AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stacey M. Leyton
Barbara J. Chisholm
Danielle Leonard
Altshuler Berzon LLP
177 Post St, Ste 300
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# List of Defendants

DONALD J. TRUMP, in his official capacity as President of the United States
The White House
1600 Pennsylvania Ave., NW
Washington, D.C. 20500

UNITED STATES OFFICE OF MANAGEMENT AND BUDGET
725 17th St., NW
Washington, D.C. 20503

RUSSELL VOUGHT, in his official capacity as Director of U.S. Office of Management and Budget
United States Office of Management and Budget
725 17th St., NW
Washington, D.C. 20503

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
1900 E St., NW
Washington, D.C. 20415-1000

CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management
United States Office of Personnel Management
1900 E Street, NW
Washington, D.C. 20415-1000

DEPARTMENT OF GOVERNMENT EFFICIENCY
1650 Pennsylvania Ave., NW
Washington, D.C. 20504

ELON MUSK, in his official capacity as the actual head of the Department of Government Efficiency
Department of Government Efficiency
1650 Pennsylvania Ave., NW
Washington, D.C. 20504

AMY GLEASON, in her official capacity as the titular Acting Administrator of the Department of Government Efficiency
Department of Government Efficiency
1650 Pennsylvania Ave., NW
Washington, D.C. 20504

UNITED STATES DEPARTMENT OF AGRICULTURE
1400 Independence Ave., SW
Washington, D.C., 20250

BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, D.C., 20250

UNITED STATES DEPARTMENT OF COMMERCE
1401 Constitution Ave., NW
Washington, D.C. 20230

HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, D.C. 20230

UNITED STATES DEPARTMENT OF DEFENSE
4000 Defense Pentagon
Washington, D.C. 20301

PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense
U.S. Department of Defense
4000 Defense Pentagon
Washington, D.C. 20301

UNITED STATES DEPARTMENT OF ENERGY
1000 Independence Ave., SW
Washington, D.C., 20585

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy
United States Department of Energy
1000 Independence Ave., SW
Washington, D.C., 20585

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave., SW, Room 713-F
Washington, D.C. 20201

ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S Department of Health and Human Services
United States Department of Health and Human Services
200 Independence Ave., SW, Room 713-F
Washington, D.C. 20201

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security
United Statement Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
1800 Martin Luther King Jr. Ave., SE
Washington, D.C. 20020

SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development
U.S. Department of Housing and Urban Development
1800 Martin Luther King Jr. Ave., SE
Washington, D.C. 20020

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

PAM BONDI, in her official capacity as Attorney General of the U.S. Department of Justice
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, NW
Washington D.C. 20240

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior
U.S. Department of the Interior
1849 C Street, NW
Washington D.C. 20240

UNITED STATES DEPARTMENT OF LABOR
200 Constitution Ave., NW
Washington, D.C. 20210

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the U.S. Department of Labor
United States Department of Labor
200 Constitution Ave., NW
Washington, D.C. 20210

UNITED STATES DEPARTMENT OF STATE
The Executive Office
Office of the Legal Advisor, Suite 5.600
600 19th Street, NW
Washington, D.C. 20522

MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State
United States Department of State
The Executive Office,
Office of the Legal Advisor, Suite 5.600
600 19th Street, NW
Washington, D.C. 20522

UNITED STATES DEPARTMENT OF TREASURY
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

SCOTT BESSENT, in his official capacity as Secretary of U.S. Department of Treasury
U.S. Department of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

UNITED STATES DEPARTMENT OF TRANSPORTATION
1200 New Jersey Ave., SE
Washington, D.C. 20590

SEAN DUFFY, in his official capacity as Secretary of U.S Department of Transportation
United States Department of Transportation
1200 New Jersey Ave., SE
Washington, D.C. 20590

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Ave., NW
Washington, D.C. 20420

DOUG COLLINS, in his official capacity as Secretary of Veterans Affairs
United States Department of Veterans Affairs
810 Vermont Ave., NW
Washington, D.C. 20420

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

UNITED STATES GENERAL SERVICES ADMINISTRATION
1800 F Street, NW
Washington, D.C. 20405

STEPHEN EHIKIAN, in his official capacity as Acting Administrator for U.S. General Services Administration
United States General Services Administration
1800 F Street, NW
Washington, D.C. 20405

NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570-0001

MARVIN KAPLAN, in his official capacity as Chairman of the National Labor Relations Board
National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570-0001

WILLIAM COWEN, in his official capacity as the Acting General Counsel of the National Labor Relations Board
National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570-0001

NATIONAL SCIENCE FOUNDATION
2415 Eisenhower Avenue, Suite W14200
Alexandria, VA 22314

BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation
2415 Eisenhower Avenue, Suite W14200
Alexandria, VA 22314

UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd Street, SW
Washington, D.C. 20416

KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration
United States Small Business Administration
409 3rd Street, SW
Washington, D.C. 20416

AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE)
250 E Street, SW
Washington, D.C. 20525

JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps
Americorps
250 E Street, SW
Washington, D.C. 20525

UNITED STATES SOCIAL SECURITY ADMINISTRATION
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

LELAND DUDEK, in his official capacity as Acting Commissioner of the U.S. Social Security Administration
United States Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235