1  Stacey Leyton (SBN 203827)
2  Barbara J. Chisholm (SBN 224656)
   Danielle Leonard (SBN 218201)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Tel. (415) 421-7151
5  sleyton@altber.com
   bchisholm@altber.com
6  dleonard@altber.com

7  *Attorneys for Plaintiffs*

8  [Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY NON-GOVERNMENTAL PLAINTIFFS** |

| | |
|---|---|
| 1 | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY** |
| 2 | **NON-GOVERNMENTAL PLAINTIFFS** |
| 3 | Pursuant to Civil L.R. 3-15, on behalf of the American Federation of Government Employees, |
| 4 | AFL-CIO ("AFGE"); American Federation of State County and Municipal Employees, AFL-CIO |
| 5 | ("AFSCME"); Service Employees International Union, AFL-CIO ("SEIU"); AFGE Local 1122; |
| 6 | AFGE Local 1236; AFGE Local 2110; AFGE Local 3172; SEIU Local 1000; Alliance for Retired |
| 7 | Americans; American Public Health Association; American Geophysical Union; Center for Taxpayer |
| 8 | Rights; Coalition to Protect America's National Parks; Common Defense Civic Engagement; Main |
| 9 | Street Alliance; Natural Resources Defense Council Inc.; Northeast Organic Farming Association, |
| 10 | Inc.; VoteVets Action Fund Inc.; and Western Watersheds Project, the undersigned certify that as of |
| 11 | this date, there is no conflict or interest (other than the named parties) to report. |

Dated: April 28, 2025              Respectfully submitted,

                                            Stacey M. Leyton
                                            Barbara J. Chisholm
                                            Danielle E. Leonard
                                            Corinne Johnson
                                            Alice X. Wang
                                            Robin S. Tholin
                                            ALTSHULER BERZON LLP
                                            177 Post St., Suite 300
                                            San Francisco, CA 94108
                                            Tel: (415) 421-7151
                                            sleyton@altshulerberzon.com
                                            bchisholm@altshulerberzon.com
                                            dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Certification of Conflicts and Interested Entities or Persons by Non-Governmental Plaintiffs, Case No.\_\_\_

1

Elena Goldstein (pro hac forthcoming)
Skye Perryman (pro hac forthcoming)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

By: */s/ Elena Goldstein*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Jules Torti (*pro hac vice forthcoming*)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (*pro hac vice forthcoming*)
Jacek Pruski (*pro hac vice forthcoming*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: (202) 579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (*pro hac vice forthcoming*)
Spencer Klein (*pro hac vice forthcoming*)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org

Certification of Conflicts and Interested Entities or Persons by Non-Governmental Plaintiffs, Case No.____

2

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorney for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Certification of Conflicts and Interested Entities or Persons by Non-Governmental Plaintiffs, Case No.___

3

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorney for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Certification of Conflicts and Interested Entities or Persons by Non-Governmental Plaintiffs, Case No.\_\_\_

4