**List of Plaintiffs represented by Elena Goldstein:**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO;

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO;

AFGE LOCAL 1122;

AFGE LOCAL 1236;

AFGE LOCAL 2110;

AFGE LOCAL 3172;

SEIU LOCAL 1000;

ALLIANCE FOR RETIRED AMERICANS;

AMERICAN GEOPHYSICAL UNION;

AMERICAN PUBLIC HEALTH ASSOCIATION;

CENTER FOR TAXPAYER RIGHTS;

COALITION TO PROTECT AMERICA'S NATIONAL PARKS;

COMMON DEFENSE CIVIC ENGAGEMENT;

MAIN STREET ALLIANCE;

NORTHEAST ORGANIC FARMING ASSOCIATION, INC.;

VOTEVETS ACTION FUND INC;

WESTERN WATERSHEDS PROJECT;

CITY OF CHICAGO, ILLINOIS;

MARTIN LUTHER KING, JR. COUNTY, WASHINGTON;

HARRIS COUNTY, TEXAS; and

CITY OF BALTIMORE, MARYLAND.