Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice application forthcoming)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        Defendants. | Case No. 3:25-cv-03698-SI<br><br>**PROOF OF SERVICE OF SUMMONS** |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 29, 2025, I served the following document(s):

**Summons in a Civil Action**
**Complaint for Declaratory and Injuctive Relief and Exhibits A-C**
**Civil Case Cover Sheet**
**Certificate of Conflicts and Interested Entities or Persons**
**Order Setting Initial Case Management Conference and ADR Deadlines**

**Standing Order for all Judges of the Northern District of California**
**Judge Illston's Standing Order**
**Judge Illston Standing Order Initial Case Management Guidelines**
**Judge Illston's Civil Pretrial Instructions**
**Initial Case Management Guideline and Clerk's Notice of Reassignment**
**Notice of Availability of Magistrate Judge**
**ECF Registration Information Handout**
**ADR Handbook**
**ADR Certification by Parties and Counsel Form**
**Request for ADR Telephone Conference**
**Stipulation & Proposed Order Selecting ADR Process**

on the parties, through their attorneys of record, as designated below:

**Personal Service:** I caused such document(s) to be served via personal service on the United States Attorney's Office pursuant to Federal Rule of Civil Procedure 4($i$)(1)(A) by delivering true and correct copies to the following address(es):

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Via Certified Mail:** I caused such document(s) to be served via USPS Certified Mail service on the Attorney General of the United States pursuant to Federal Rule of Civil Procedure 4($i$)(1)(B) by placing true and correct copies of all above documents in the mail to the following address(es):

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Via Certified Mail:** I caused such document(s) to be served via USPS Certified Mail service on the parties in this action pursuant to Federal Rule of Civil Procedure 4($i$)(2) by placing true and correct copies of all above documents in the mail to the following address(es):

Proof of Service, Case No: 3:25-cv-03698-SI                                                                                              1

1  **Jennifer Bastress Tahmasebi**
   **AmeriCorps (a.k.a. the Corporation for National and Community Service)**
2  c/o General Counsel
   250 E Street, SW
3  Washington, D.C. 20525

4  
   **Brooke Rollins**
5  **United States Department of Agriculture**
   c/o General Counsel
6  1400 Independence Ave., SW
   Washington, D.C., 20250
7  

8  **Howard Lutnick**
   **United States Department of Commerce**
9  c/o General Counsel
   1401 Constitution Ave., NW
10 Washington, D.C. 20230

11 
   **Pete Hegseth**
12 **United States Department of Defense**
   c/o General Counsel
13 1400 Defense Pentagon,
   Washington, D.C. 20301
14 

15 **Chris Wright**
   **United States Department of Energy**
16 c/o General Counsel
   1000 Independence Ave., SW
17 Washington, DC, 20585

18 
   **Elon Musk**
19 **Department of Government Efficiency**
   c/o General Counsel
20 1650 17th St NW
   Washington, D.C., 20006
21 

22 **Robert F. Kennedy Jr.**
   **United States Department of Health and Human Services**
23 c/o General Counsel
   200 Independence Ave., S.W., Room 713F
24 Washington, DC 20201

25 
   **Doug Burgum**
26 **United States Department of the Interior**
   c/o Acting Solicitor
27 1849 C Street, NW
   Washington, D.C. 20240
28

| | |
|---|---|
| 1 | **Pam Bondi** |
| 2 | **United States Department of Justice** |
|   | 950 Pennsylvania Avenue, NW |
| 3 | Washington, DC 20530-0001 |
| 4 | **Lori Chavez-Deremer** |
|   | **United States Department of Labor Office of Legal Counsel** |
| 5 | 200 Constitution Ave NW |
|   | Washington, DC 20210 |
| 6 | |
| 7 | **Marco Rubio** |
|   | **United States Department of State** |
| 8 | The Executive Office |
|   | Office of the Legal Advisor |
| 9 | Suite 5.600 600 |
|   | 19th Street, NW |
| 10 | Washington, D.C. 20522 |
| 11 | |
|    | **Sean Duffy** |
| 12 | **United States Department of Transportation** |
|    | c/o General Counsel |
| 13 | 1200 New Jersey Avenue, S.E. |
|    | Washington, DC 20590 |
| 14 | |
| 15 | **Lee Zeldin** |
|    | **United States Environmental Protection Agency** |
| 16 | c/o General Counsel |
|    | 1200 Pennsylvania Avenue, N.W. |
| 17 | Washington, D.C. 20460 |
| 18 | |
|    | **Stephen Ehikian** |
| 19 | **United States General Services Administration** |
|    | c/o General Counsel |
| 20 | 1800 F Street, NW |
|    | Washington, D.C. 20405 |
| 21 | |
| 22 | **Kristi Noem** |
|    | **United States Department of Homeland Security** |
| 23 | c/o General Counsel |
|    | 245 Murray Lane, SW Mail Stop 0485 |
| 24 | Washington, DC 20528-0485 |
| 25 | |
|    | **Marvin Kaplan** |
| 26 | **National Labor Relations Board** |
|    | c/o **William Cowen** |
| 27 | 1015 Half Street, SE |
|    | Washington, D.C. 20570-0001 |
| 28 | |

Proof of Service, Case No: 3:25-cv-03698-SI                                                                  3

**Scott Turner**
**Department of Housing and Urban Development**
The Associate General Counsel for Litigation
Office of Litigation
251 Seventh Street, S.W.
Washington, D.C. 20410

**Brian Stone**
**National Science Foundation**
c/o General Counsel
2415 Eisenhower Avenue, Suite W14200
Alexandria, VA 22314

**Russel Vought**
**United States Office of Management and Budget**
c/o General Counsel
725 17th Street, N.W.
Washington, DC 20503

**Charles Ezell**
**United States Office of Personnel Management**
c/o General Counsel
1900 E St., NW
Washington, D.C. 20415-1000

**Scott Bessent**
**United States Department of Treasury**
c/o General Counsel
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

**Kelly Loeffler**
**United States Small Business Administration**
c/o General Counsel
409 3rd St. SW
Washington, DC 20416

**Donald J. Trump**
1600 Pennsylvania Ave., NW
Washington, D.C. 20500

**Leland Dudek**
**United States Social Security Administration**
c/o General Counsel
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

**Doug Collins**
**United States Department of Veterans Affairs**
c/o General Counsel
810 Vermont Ave NW,
Washington, DC 20420

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 29, 2025, at San Francisco, California.