UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,
    Plaintiff(s),
  v.
Trump, et al.,
    Defendant(s).

Case No. 3:25-cv-03698

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Skye L. Perryman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see attached. in the above-entitled action. My local co-counsel in this case is Stacey M. Leyton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203827.

| | |
|---|---|
| P.O. Box 34553 Washington, D.C. 20043 | 177 Post St., Ste 300 San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 448-9090 | (415) 421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sperryman@democracyforward.org | sleyton@altber.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 984573.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 4/30/25                                    Skye L Perryman
                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Skye L. Perryman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 30, 2025

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

**List of Plaintiffs represented by Skye L. Perryman:**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO;

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO;

AFGE LOCAL 1122;

AFGE LOCAL 1236;

AFGE LOCAL 2110;

AFGE LOCAL 3172;

SEIU LOCAL 1000;

ALLIANCE FOR RETIRED AMERICANS;

AMERICAN GEOPHYSICAL UNION;

AMERICAN PUBLIC HEALTH ASSOCIATION;

CENTER FOR TAXPAYER RIGHTS;

COALITION TO PROTECT AMERICA'S NATIONAL PARKS;

COMMON DEFENSE CIVIC ENGAGEMENT;

MAIN STREET ALLIANCE;

NORTHEAST ORGANIC FARMING ASSOCIATION, INC.;

VOTEVETS ACTION FUND INC;

WESTERN WATERSHEDS PROJECT;

CITY OF CHICAGO, ILLINOIS;

MARTIN LUTHER KING, JR. COUNTY, WASHINGTON;

HARRIS COUNTY, TEXAS; and

CITY OF BALTIMORE, MARYLAND.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Skye Lynn Perryman*

was duly qualified and admitted on November 7, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 28, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*