UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>     Plaintiff(s),<br><br>         v.<br><br>Trump, et al.,<br><br>     Defendant(s). | Case No. <u>3:25-cv-03698</u><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Julia L. Torti</u>, an active member in good standing of the bar of the <u>State of New York</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>see attached.</u>, in the above-entitled action. My local co-counsel in this case is <u>Stacey M. Leyton</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>203827.</u>

| | |
|---|---|
| 82 Nassau Street, #601, New York, NY 10038<br>MY ADDRESS OF RECORD | 177 Post St., Ste 300 San Francisco, CA 94108<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 579-4582<br>MY TELEPHONE # OF RECORD | (415) 421-7151<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jules.torti@protectdemocracy.org<br>MY EMAIL ADDRESS OF RECORD | sleyton@altber.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my New York bar number is: 5190699.

A true and correct copy of a certificate of good standing from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>0</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  5/1/25                                                          /s/ Julia L. Torti
                                                                                APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Julia L. Torti</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE