UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Trump, et al.,<br><br>Defendant(s). | Case No. <u>3:25-cv-03698</u><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |
|---|---|

I, <u>Jacek Pruski</u>, an active member in good standing of the bar of <u>the District of Columbia Court of Appeals</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>see attached</u>, in the above-entitled action. My local co-counsel in this case is <u>Stacey M. Leyton</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>203827.</u>

| 2020 Pennsylvania Ave NW, Suite #163<br>Washington, DC 20006 | 177 Post St., Ste 300 San Francisco, CA 94108 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 579-4582 | (415) 421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jacek.pruski@protectdemocracy.org | sleyton@altber.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>888325144</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>0</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/1/2025

Jacek Pruski
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacek Pruski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT MAGISTRATE JUDGE