Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

*[Additional counsel and affiliations identified on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** <br><br> Civil Local Rule 7-11 |

Plaintiffs American Federation of Government Employees, AFL-CIO, et al. hereby respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the page limitation applicable to Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, which is being filed today. Plaintiffs seek an additional twenty-five (25) pages for their memorandum.

In support of their request, Plaintiffs provide the following showing of good cause:

1. Plaintiffs' Motion for Temporary Restraining Order involves complex constitutional and statutory claims in a case of national importance challenging the implementation of President Donald J. Trump's "Workforce Optimization" Executive Order that is being implemented to restructure the federal government, as well as extensive evidence of government-wide irreparable harm occurring due to the actions implementing the Executive Order taken by Defendants Office of Management and Budget, Office of Personnel Management, and Department of Government Efficiency, and along with seventeen Federal Agency Defendants; the standing of twenty-four (24) union, non-profit organization, and public entity plaintiffs; and numerous other factual and equitable issues.

2. Plaintiffs have been diligent in drafting their motion and supporting papers, in conformity with the format and content mandated by the Court and have attempted to shorten the length of the brief as much as possible. Plaintiffs have assembled an extensive factual record to demonstrate the extent of the ongoing and imminent harm from this Order and have diligently worked to summarize that evidence for the Court. Plaintiffs have also been working as swiftly as possible to present these issues to the Court. However, Plaintiffs require an additional twenty-five (25) pages in order to fully address the complex factual and legal background for the Court, particularly given the rapidly developing factual circumstances in this case.

3. Plaintiffs have notified counsel for Defendants of this motion, but defense counsel did not agree to stipulate to the requested relief. *See* Chisholm Decl. ¶¶5-11.

On the basis of the foregoing showing of good cause, Plaintiffs respectfully request this Court to permit them to file the accompanying Memorandum in support of Motion for Temporary Restraining Order and Order to Show Cause of 50 pages.

| | | |
|---|---|---|
| 1 | DATED: May 1, 2025 | Stacey M. Leyton |
| 2 | | Barbara J. Chisholm |
| | | Danielle E. Leonard |
| 3 | | Corinne F. Johnson |
| | | Alice X. Wang |
| 4 | | Robin S. Tholin |
| | | ALTSHULER BERZON LLP |
| 5 | | 177 Post St., Suite 300 |
| | | San Francisco, CA 94108 |
| 6 | | Tel: (415) 421-7151 |
| 7 | | sleyton@altshulerberzon.com |
| | | bchisholm@altshulerberzon.com |
| 8 | | dleonard@altshulerberzon.com |

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

By: */s/ Elena Goldstein*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006

```
                              Tel: 202-579-4582
                              jules.torti@protectdemocracy.org
                              erica.newland@protectdemocracy.org
                              jacek.pruski@protectdemocracy.org

                        By: /s/ Jules Torti

                              Attorneys for All Union and Non-Profit Organization
                              Plaintiffs (except NRDC)


                              Norman L. Eisen (pro hac vice app. forthcoming)
                              Spencer W. Klein (pro hac vice app. forthcoming)
                              STATE DEMOCRACY DEFENDERS FUND
                              600 Pennsylvania Avenue SE #15180
                              Washington, D.C. 20003
                              Tel: (202) 594-9958
                              Norman@statedemocracydefenders.org
                              Spencer@statedemocracydefenders.org

                        By: /s/ Norman L. Eisen

                              Attorneys for All Union and Non-Profit Organization
                              Plaintiffs (except NRDC)


                              Rushab Sanghvi (SBN 302809)
                              AMERICAN FEDERATION OF GOVERNMENT
                              EMPLOYEES, AFL-CIO
                              80 F Street, NW
                              Washington, D.C. 20001
                              Tel: (202) 639-6426
                              Sanghr@afge.org

                        By: /s/ Rushab Sanghvi

                              Attorneys for Plaintiffs American Federation of
                              Government Employees, AFL-CIO (AFGE) and AFGE
                              locals


                              Teague Paterson (SBN 226659)
                              Matthew Blumin  (pro hac vice app. forthcoming)
                              AMERICAN FEDERATION OF STATE, COUNTY,
                              AND MUNICIPAL EMPLOYEES, AFL-CIO
                              1625 L Street, N.W.
                              Washington, D.C.  20036
                              Tel: (202) 775-5900
```

TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By:  */s/ David Chiu*
David Chiu
City Attorney

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice app. forthcoming)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice app. forthcoming)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

By: */s/ David J. Hackett*

David J. Hackett

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Jill Habig (SBN 268770)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
jill@publicrightsproject.org

By: */s/ Jill Habig*

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL,*

*Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney

Jonathan G.C. Fombonne (pro hac vice app. forthcoming)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice app. forthcoming)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice app. forthcoming)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*
Jonathan G.C. Fombonne

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice app. forthcoming)
Lucy Prather (IL ARDC 6337780) (pro hac vice app. forthcoming)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600

Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By:     */s/Stephen J. Kane*
        Stephen J. Kane

*Attorneys for Plaintiff City of Chicago*


Ebony M. Thompson
Baltimore City Solicitor

Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By*: /s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*