1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
|---|---|

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Memorandum in Support of Motion for Temporary Restraining Order and Order to Show Cause. Plaintiffs may file a brief of up to 50 pages in length.

IT IS SO ORDERED.

Dated: _____, 2025        _____
                                            The Honorable Susan Illston
                                            United States District Court Judge