Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF MICHAEL BRADEN** |

**DECLARATION OF MICHAEL BRADEN**

I, Michael Braden, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief. I am providing this declaration in my capacity as a union officer.

2. I am the President of the American Federal of Government Employees ("AFGE") Local 928 ("Local 928" or "Union"). I have been the President of the Union for 6 years and previously served as Vice President and Steward.

3. Local 928 represents a bargaining unit of more than 1,200 civil servants who work for the Bonneville Power Administration ("BPA") in the Department of Energy ("DOE" or "Department"). These employees include student trainees, fish and wildlife specialists, treaty specialists, environmental specialists, realty specialists, power and transmission specialists, and various other support specialists. These bargaining unit members assist with the management of the power grid in Idaho, Oregon, Washington, Montana, California, Nevada, Utah, and Wyoming.

4. Local 928's mission is to advocate for and promote the interests of bargaining unit members in their federal employment. As the exclusive bargaining representative of these workers, the Union provides many services to all bargaining unit members. Core functions of the Union include collective bargaining with BPA to obtain a fair and reasonable collective bargaining agreement ("CBA"); filing and negotiating grievances against the agency to enforce the terms and conditions of the CBA; pursuing arbitrations on behalf of workers to enforce the CBA; and providing other support, guidance, and resources to bargaining unit employees. The Union also answers workers' questions about changes to laws, helps workers with harassment claims, and assists bargaining unit employees towards a path of redress for issues they find themselves in.

5. I am an Information Technology Specialist at BPA, where I have worked for approximately 11 years. In my role, I maintain and manage several information systems. For example, I am responsible for BPA's unified communications system, which integrates multiple communication tools (such as messaging, voice calls, and video meetings) into a single system.

6. BPA is a federal power marketing administration within the Department of Energy that delivers power produced in the Columbia River Basin in the Pacific Northwest to surrounding communities and beyond. Nearly 3 million people rely on BPA, which provides about 32% of the electric power generated in the Pacific Northwest.

7. BPA markets and sells affordable electrical power from 31 federal dams in the Pacific Northwest operated by the U.S. Army Corps of Engineers and the Bureau of Reclamation, as well as power from a nonfederal nuclear plant and several small nonfederal power plants. It also operates and maintains about 15,000 miles of high-voltage transmission wire, which delivers energy across Idaho, Oregon, Washington, Montana, California, Nevada, Utah, and Idaho.

8. BPA provides clean and nearly carbon-free energy. The dams that generate the power do not produce emissions or other waste products. BPA is committed to maintaining grid resilience, which means ensuring that the power grid can withstand disruptions like severe weather events. Hydropower and nuclear power are both reliable, low-cost sources of energy that are available during extreme temperatures. BPA also seeks to mitigate the environmental impacts of the federal dams that produce the power.

9. The Union first became aware of President Trump's plan to conduct "large-scale" RIFs through the February 11, 2025, Executive Order. No one from the Department of Energy had said anything about large-scale RIFs prior to that Order.

10. The Department of Energy has not provided the Union with any information regarding its plans for large-scale RIFs. But I have read articles and reviewed documents stating that the Department is planning to make massive cuts to its staff.

11. For example, I reviewed a fact sheet released by U.S. Senate Democrats in early April 2025 stating that the Department of Government Efficiency ("DOGE") was "proposing staffing cuts of up to 50% of the workforce at the Department of Energy." A true and correct copy of this fact sheet is attached hereto as Exhibit A. According to the fact sheet, the Department of Energy is contemplating a 54% cut to science and innovation programs, 61% cut to energy infrastructure and deployment programs, 71% cut to environmental management programs, 18% cut to the Nuclear National Security Administration, and 10% cut to the Power Marketing

Administrations like BPA.  Ex. A, p. 1.  The fact sheet noted that "new reductions in force (RIFs) [would] hit[] key priorities such as clean energy, grid resilience, and state and community programs the hardest." Ex. A, p. 1.  Because BPA's work involves clean energy and grid resilience, I am concerned that BPA may be subject to a bigger cut than the 10% one expected for Power Marketing Administrations.

12. An AP News article dated April 4, 2025, also reported that the Department of Energy has identified thousands of its employees as nonessential and subject to future RIFs.  A true and correct copy of the AP News article, which can also be found at https://apnews.com/article/energy-federal-employees-layoffs-rif-doge-db7b6446928095c26bfe79c608e1e8e7, is attached hereto as Exhibit B.  According to the article, the Department of Energy has identified more than 8,500 positions (out of 17,500 positions in the Department) as "eligible to be cut to meet the goals of President Donald Trump's executive order for mass reductions in federal employees." Ex. B, p. 1.

13. Another article from the Federal News Network, dated April 4, 2025, reported that the Department of Energy submitted an "Agency RIF and Reorganization Planning (ARRP) Phase 1" plan that identified 43% of employees as nonessential.  A true and correct copy of the Federal News Network article, which can also be found at https://federalnewsnetwork.com/workforce/2025/04/energy-department-extends-hiring-freeze-deems-43-workforce-non-essential-in-reorganization-plan/, is attached hereto as Exhibit C.  The article stated that the Department of Energy has identified the employees of BPA and the other Power Marketing Administrations as "essential" and "excluded from any upcoming RIFs." Ex. C, p. 1.  However, the article reported that the Department also plans to reduce its workforce through efforts other than RIFs, including by increasing attrition, terminating or no longer renewing certain positions, and incentivizing employees to leave by offering voluntary early retirement and Voluntary Separation Incentive Payments.

14. I am very concerned about the prospect of RIFs at BPA.  Based on the reports I read, it is clear that the Department of Energy is planning to make massive cuts to its workforce.  The fact sheet and articles seem to present conflicting information on whether the RIFs will

specifically affect BPA. The fact sheet reported a 10% expected cut to Power Marketing Administrations, which may be higher at BPA because of its work on clean energy and grid resilience. On the other hand, the Federal News Network article reported that employees of the Power Marketing Administrations will not be subject to RIFs. Because of the drastic reductions that the Department of Energy has to make to comply with President Trump's Executive Order, I am concerned that the Department will end up cutting BPA staff.

15. The Department of Energy has already acted erratically when making staffing decisions at BPA. The Department had identified the Culture Group within BPA for termination, pursuant to Trump's Executive Order on ending diversity, equity, and inclusion ("DEI") programs, because the description of the Group included a reference to DEI. The Culture Group actually performs many other functions and liaises with all other offices within BPA. After identifying the Group for termination, the Department of Energy put employees in the Group on administrative leave. At first, the Union was told that those employees were subject to a RIF. But now it appears that that they might not be subject to a RIF. Such unpredictable actions by the Department of Energy make me even more concerned that BPA might be subject to a large-scale RIF soon.

16. Even a 10% reduction in BPA staff would be very disruptive. Every department at BPA is already overworked and understaffed. It had been losing experienced employees for years and trying to hire people to replace them, prior to Trump's directives to cut federal employees. Then, approximately 300 out of 3,000 BPA employees took the Office of Personnel Management's "Fork in the Road" offer for deferred resignation. BPA thus lost 300 employees identified as "essential" by the Department of Energy (as reported by the Federal News Network article) as a result of the "Fork in the Road" offer.

17. That has left some serious gaps in BPA's work. For example, BPA has not been able to keep up with its inventory management. That presents significant risks in the event of an emergency. For example, without keeping track of its inventory, BPA cannot ensure that there will be a backup transformer if a transformer on a power line is damaged by a storm, and as a result, customers may lose power for an extended period of time. In addition, BPA may not be

able to update its information technology systems, which increases the risk of its systems being hacked and threatens the power supply of its customers.

18. Because of the loss of employees to the "Fork in the Road," BPA has also not been able to take on new projects, such as an infrastructure project to add miles of high-speed Internet and high-voltage power lines. Working on such projects requires buying additional equipment. And even though the employees remaining at BPA who manage the supply chain have taken on more work, they still have not been able to keep up.

19. In addition, much of the work at BPA is highly specialized and requires specific training and experience at BPA. For example, realty specialists at BPA cannot perform the job just by having commercial realty experience. They must learn to follow specific regulations that govern BPA's realty issues, including ensuring BPA's rights of way for its transmission lines and granting easements for private landowners. Similarly, power and transmission specialists at BPA must be able to follow specific regulations governing how they conduct and record BPA's business transactions, including buying and selling power and selling transmission services. Treaty specialists at BPA must understand treaties with Indian Tribes in the areas where the dams are located. They must also understand trade deals with Canada, where the Columbia River, which powers the dams providing power to BPA, originates. Environmental specialists at BPA must know to dam the Columbia River downstream so that the fish belonging to the Indigenous people do not swim up to Canada.

20. Losing any of these specialized BPA employees would seriously affect BPA's operations, the ability of remaining employees to do their work, and its customers' access to power. For example, BPA employees who maintain the power grid have experience working closely with employees of other power grids and know how to get the power running again in an emergency. If those employees are terminated, any remaining BPA employees who lack that experience will be unable to perform their jobs. As a result, customers in California, for example, may lose access to power during an earthquake. Similarly, if an experienced BPA cybersecurity employee is terminated and someone who lacks sufficient experience performs that job, then a bad actor might hack BPA's computer system and cut off power for the 3 million people who rely on

BPA's power.  In addition, employees who remain at BPA would not be able to perform their regular duties if the computer system is down.

21.   The Department of Energy's planned reorganization and RIFs directly threaten the Union's ability to provide core services to bargaining unit members and to accomplish its mission. Many members are very concerned about the prospect of large-scale RIFs, given reports of the Department of Energy's plan to cut its staff by half.  Understandably, they are worried about the prospect of losing their employment, health insurance, and other benefits.  Responding to all of their questions and trying to reassure members takes a lot of time, and the diversion of time toward those efforts threatens the ability of the Union to provide core services to bargaining unit members and to accomplish its mission.

22.   The Union's staff and activities are funded through members' voluntary dues, most of which are paid through payroll deductions.  If the Union no longer receives dues from members who are laid off in a large-scale RIF, or who otherwise leave their jobs and whose positions are left vacant, that will make it significantly more difficult for the Union to continue to function and to provide the services and protection to the bargaining unit identified here.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 28, 2025, in Vancouver, Washington.

Michael Braden

Michael L Braden
Digitally signed by Michael L Braden
Date: 2025.04.28 11:57:50 -07'00'

# Exhibit A

## Major Staffing Cuts Across DOE Loom

***DOGE is reportedly proposing staffing cuts of up to 50% of the workforce at the Department of Energy (DOE), with new reductions in force (RIFs) hitting key priorities such as clean energy, grid resilience, and state and community programs the hardest while even targeting national security programs.***

---

The staffing cuts the Department is reportedly contemplating break down as follows:

1. 54% cut (1,800+ positions) to science and innovation programs
2. 61% cut (990+ positions) to energy infrastructure and deployment programs
3. 71% cut (3,000+ positions) to the Deputy Secretary's Office, environmental management programs, and other policy programs
4. 18% cut (540+ positions) to the Nuclear National Security Administration (NNSA)
5. 10% cut (520+ positions) to the Power Marketing Administrations (PMAs)

---

1. Science and Innovation Programs:

DOGE is targeting clean energy programs in the science and innovation directorate at DOE. Last week, it was revealed that >$800M in already announced green technology grants from the Office of Energy Efficiency and Renewable Energy (EERE) were being circulated on an internal hit list. On top of killing these grants, slashing staffing at EERE and across other science and innovation programs will drastically limit DOE's ability to propel clean energy research that drives down energy costs.

2. Energy Infrastructure and Deployment Programs:

The Office of Clean Energy Demonstrations (OCED) deploys clean energy technologies, such as long duration storage, carbon capture and storage, and direct air capture, in large demonstration projects across the US. OCED's portfolio also includes programs to provide rural and remote communities with resources to improve the affordability and reliability of their energy systems. DOGE is reportedly proposing killing OCED just like it killed USAID and the Department of Education. We also suspect the Grid Deployment Office (GDO), which deploys essential programs for hardening the US grid to natural disasters, and the State and Community Energy Programs Office (SCEP), which helps communities with efforts like the Home Energy Rebate Programs and the Weatherization Assistance Program that save families money on their energy bills may be at risk.

The Department runs several critical programs aimed at lowering energy bills and improving household energy efficiency. Firings at Health and Human Services have already impacted essential energy programs like the Low-Income Home Energy Assistance Program (LIHEAP), which was shuttered last week.  The Department has already lost half of its staff running the Weatherization Assistance Program (WAP) through probationary firings and retirements.  The anticipated cuts could end these programs at DOE, potentially cutting off energy assistance to low-income housing across the US without staff to run WAP. WAP saves households on average $372 or more every year.

3. Environmental Management Programs:

One of DOE's major responsibilities is to clean up radioactive waste from missions that span the Manhattan Project to the Cold War. These responsibilities fall to Office of Environmental Management (EM). Slashing staff at EM would severely impact these efforts, leaving radioactive waste in the earth and in our groundwater where they pose a severe threat to human health and the environment.

4. Nuclear National Security Administration:

The Nuclear National Security Administration (NNSA) is tasked with maintaining "a safe, secure, and reliable nuclear stockpile." As such, NNSA is essential to our nation's security, and cuts to NNSA jeopardize our collective safety. In 2024, GAO found that NNSA remained about 200 below the staffing levels identified in a 2020 staffing needs study. Additional cuts will undoubtedly continue to harm DOE's ability to manage contractors, leaving the agency increasingly

vulnerable to waste, fraud, abuse, and mismanagement. The most recent CR included a steep cut to the Defense Nuclear Nonproliferation programs at NNSA, programs that prevent terrorists from acquiring nuclear and radioactive material and detect and trafficking of these materials; programs that remove radioactive materials at risk of misuse or causing a catastrophic accident; and programs that detect and monitor foreign nuclear fuel cycle and weapons development activities, nuclear material movement or diversion, and nuclear explosions. If Republicans continue their targeting of DNN with RIFs, it will significantly impact our ability to ensure global nuclear security.

5. Power Marketing Administrations:

The [Power Marketing Administrations](#) "operate electric systems and sell the electrical output of federally owned and operated hydroelectric dams in 34 states." PMAs supply power to 60 million Americans, many of whom are in rural areas that would otherwise be underserviced. They are also responsible for ensuring grid stability in the regions where they operate. Staffing cuts could limit PMAs' ability to perform real time balancing of electricity supply and demand essential for grid health.  It could also cause unexpected increases in energy costs for American households.

# Exhibit B

POLITICS

# The Energy Department identifies thousands of nonessential positions at risk of DOGE cuts



BY TARA COPP AND JENNIFER MCDERMOTT
Updated 12:41 PM PDT, April 4, 2025

WASHINGTON (AP) — The Energy Department has identified thousands of federal workers it deems "nonessential" and would not be protected if there is another round of large-scale firings, according to a document obtained by The Associated Press.

The jobs at risk include more than 8,500 positions across the Energy Department and the National Nuclear Security Administration — which upgrades and maintains the nation's nuclear warheads. The department identified them as eligible to be cut to meet the goals of President Donald Trump's executive order for mass reductions in federal employees.

It was not clear if every position identified as nonessential would be eliminated. All federal agencies had until March 13 to identify what departments and positions could be consolidated in a planning process to streamline the agencies and ready them for potential "large scale reductions in force," Trump's Feb. 26 order directed.

Asked if large-scale firings are coming, the Energy Department, through spokesperson Ben Dietderich, said multiple plans are being considered and no final decisions have been made.

**RELATED STORIES**



**Fired federal workers face choices now that a judge wants them rehired**


**Trump opens window for a deal with Iran but issues warning if things don't work out**


**Departamento de Energía de EEUU identifica miles de puestos que podrían ser eliminados por el DOGE**

Sen. Patty Murray of Washington and Rep. Marcy Kaptur of Ohio said gutting the department would raise energy costs for families and businesses, slow innovation and put national and global security at risk.

"It is extremely concerning that the department is reportedly considering firing the very experts tasked with maintaining a safe, secure and reliable nuclear weapons stockpile," the two Democrats said in a joint statement to The Associated Press. "These dangerous cuts should not transpire. We call for this foolishness to be set aside."

There are about 17,500 federal positions within the department, which has a wide range of responsibilities beyond those for nuclear weapons. It also operates hydroelectric dams, cleans up contaminated radioactive

waste sites, maintains and modernizes the power grid and provides grants for things like home weatherization. Only 9,004 of those positions were deemed essential, according to the document.

The majority of the employees within the National Nuclear Security Administration were deemed essential, according to the document. The majority of the national labs operated by the Energy Department are run by contractors and also would not be affected.

In February, the Trump administration ended up scrambling to reinstate hundreds of National Nuclear Security Administration employees who were laid off by [Elon Musk's Department of Government Efficiency](#) after it became apparent many were directly supporting nuclear weapons management.

About 3,000 employees at the Energy Department work directly for the nuclear security agency, which manages national security complexes nationwide where nuclear weapons material and warhead components are stored and refurbished to maintain the nuclear weapons stockpile.

According to the document, about 500 positions at the nuclear security agency and about 8,000 jobs across the Energy Department were deemed nonessential. Some of those have already been reduced through deferred resignations.

Energy Secretary Chris Wright has said the department grew too big during the Biden administration in the last four years and now he's right-sizing it. He acknowledged publicly that it was a mistake to lay off the nuclear security agency workers in February.

Unlike some of the other federal agencies where cuts have left a deep impact on employment in the national capital region, much of the Energy Department's workforce is scattered throughout the country in different energy sectors.

An earlier round targeted probationary employees but was thrown out by a federal judge.

**TARA COPP**
Copp covers the Pentagon and national security for the Associated Press. She has reported from Afghanistan, Iraq, throughout the Middle East, Europe and Asia.



**JENNIFER McDERMOTT**
McDermott is a reporter on the Associated Press Climate and Environment team. She focuses on the transition to clean energy.



# Exhibit C

WORKFORCE

# Energy Department extends hiring freeze, deems 43% workforce non-'essential' in reorganization plan

The Energy Department estimates just over 9,000 positions are "essential," and are excluded from any upcoming reduction in force.



Jory Heckman | @jheckmanWFED
April 4, 2025 3:15 pm    3 min read



A governmentwide hiring freeze expires later this month, but the Energy Department will continue to put a hold on most hiring as part of a broader agency reorganization plan.

President Donald Trump ordered a 90-day governmentwide hiring freeze (https://federalnewsnetwork.com/workforce/2025/01/trumps-day-1-executive-actions-include-federal-hiring-freeze-return-to-office-directive/) on his first day in office that is scheduled to lapse on April 20. But the Energy Department is counting on a longer hiring freeze to shrink its workforce.

The department is considering several options to cut staffing, including layoffs through a reduction in force (RIF).

But first, DOE is considering RIF alternatives, such as driving up its rate of attrition, which includes employees who leave or retire from the agency.

— Learn how FEMA and DoD teams are using collaboration, automation and AI to shape cybersecurity at the edge in our new Executive Briefing, sponsored by Verizon. Download today!

(https://federalnewsnetwork.com/cme-event/federal-insights/threat-hunters-at-the-edge-how-fema-dod-teams-tackle-cyber-at-frontline-disaster-response-sites/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=verizon&utm_content=in-articlepromo)

The department, in an "Agency RIF and Reorganization Planning (ARRP) Phase 1" report it submitted last month, estimates that 43% of employees serve in non-"essential" positions.

The department has nearly 16,000 employees in total — but that figure includes staff currently on paid administrative leave. Including vacancies, DOE is authorized to have a workforce of more than 17,500 positions.

About 1,200 employees accepted the Office of Personnel Management's "deferred resignation" offer, and DOE put more than 70 employees on leave for working on diversity, equity and inclusion (DEI) programs.

DOE's workforce data excludes the 555 probationary employees it recently fired en masse. The department notes they "may be reinstated," after federal judges ruled (https://apnews.com/article/mass-firings-federal-workers-trump-administration-7cc7320f469cc65529367aaea2fd9dcb) OPM unlawfully coordinated the firing of probationary employees across the federal government.

The department estimates just over 9,000 positions are "essential," and are excluded from any upcoming RIFs. The department considers employees essential if they work in these offices:

- Office of Cybersecurity, Energy Security and Emergency Response
- Office of Environment, Health, Safety and Security
- Office of Environmental Management
- Office of Intelligence and Counterintelligence
- National Nuclear Security Administration
- Bonneville Power Administration
- Southeastern Power Administration
- Southwestern Power Administration
- Western Area Power Administration

The report states DOE's essential employee count is different from its contingency plans in the event of a government shutdown. Under its most recent contingency plan (https://web.archive.org/web/20250224002753mp_/https://www.energy.gov/sites/default/files/2023-10/Department%20of%20Energy%20Implementation%20Activities%20in%20the%20Case%20of%20a%20Lapse%20of%20Appropriations_FY%202024_(9-28-23)_Office%20List%20Update.pdf), DOE said about 5,500 employees would keep working during a shutdown.

"While the core group of essential personnel required to remain during a lapse are extremely minimal, such limited capabilities are neither intended nor capable of sustaining ongoing government operations," the report states.

— [Sign up for our daily newsletter so you never miss a beat on all things federal (https://federalnewsnetwork.com/email-alerts/)](https://federalnewsnetwork.com/email-alerts/)

The department's inventory of essential positions excludes the independent Office of the Inspector General and the Secretary of Energy Advisory Board (SEAB).

The Energy Department says it "may conduct targeted RIFs" to meet the goals of its reorganization, but it's also pursuing other options to reduce its workforce.

Before President Donald Trump's inauguration in January, DOE lost about 7.5% of its workforce each year through attrition. But the department plans to accelerate attrition, "through actively enhanced performance and conduct policies."

"Performance data has been submitted to OPM to aid in developing governmentwide performance metrics for evaluating the federal workforce," the report states.

The department said it "may request" approval for Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIP). About 1,640 employees are eligible for those offers.

DOE is conducting a comprehensive review of its retention incentives, "with agreements terminated or not extended where appropriate." As part of this review, the department is also taking a closer look at incentives for its cybersecurity workforce.

The department will also cut staffing by terminating or no longer renewing term positions and reemployed annuitants.

While developing a timeline for Phase 2 of its workforce plans, the report states DOE "will continue to implement initiatives advancing employees' return to office, instilling merit-based principles, categorizing policy positions, and optimizing collective bargaining agreements in tandem with insights gleaned from related government efficiency initiatives and ongoing Secretarial review."

— [Read more: Workforce (https://federalnewsnetwork.com/category/workforce/)](https://federalnewsnetwork.com/category/workforce/)

Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.





**Jory Heckman**

Jory Heckman is a reporter at Federal News Network covering the Postal Service, Department of Veterans Affairs, IRS, big data and technology issues. Follow @jheckmanWFED

| Sign up for breaking news. | Email Address | | Signup |