Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF KELLY DALY** |

**DECLARATION OF KELLY DALY**

I, Kelly Daly, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.  I am providing this declaration in my capacity as a union president.

2.      I am the president of the AmeriCorps Employees Union, Local 2027, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME Local 2027" or "Union"). AFSCME Local 2027 represents a collective bargaining unit of approximately 400 employees of Corporation for National and Community Service (CNCS) d/b/a AmeriCorps.  I have served as president of Local 2027 since 2003.AFSCME Local 2027 is affiliated with AFSCME District Council 20 and AFSCME International Union.

3.      AmeriCorps (or "Agency") is an independent agency of the U.S. government that offers individuals the opportunity to serve their country while addressing critical community needs throughout the nation. AmeriCorps offers grant funding to service organizations and a variety of service programs, including the National Civilian Community Corps ("NCCC"), the Volunteers in Service to America ("VISTA") program, AmeriCorps State and National, and AmeriCorps Seniors. The agency's mission is "to improve lives, strengthen communities, and foster civic engagement through service and volunteering." The work of our members, volunteers and partners focuses on six key areas of impact: disaster response, economic opportunity, education, environmental stewardship, healthy futures, and veterans and military families. "Partner" organizations receive grant funding and other resources to support AmeriCorps and AmeriCorps Seniors programs, and AmeriCorps volunteers, or "members," are eligible for the Segal Education Awards to help pay for college or back pay student loans after their term of service.

4.      Both before and since becoming the local union president, I have been employed by AmeriCorps, and I am currently serving as a Lead Program Specialist for the AmeriCorps VISTA program. I have been employed at AmeriCorps for 34 years.

5.      In my current position I lead a team of staff working on programming, policy, evaluation and resource materials development. I focus on the award making and member management systems as well as internal controls for the VISTA program, such as ensuring our field staff have the information they need to provide oversight to the VISTA projects they manage.

6.      The AFSCME Local 2027 collective bargaining agreement covering these workers is applicable, by its terms, to "all non-professional employees including part-time and intermittent employees." Bargaining unit members work and live all over the country, including in California, Texas, Alaska, Colorado, Mississippi, Georgia, Ohio, Delaware, the District of Columbia and Puerto Rico.

7.      These employees include Grant Management Specialists, who review cash grant applications and make awards for cash grants, Logistics Assistants, and Data and Analytics Officers. The bargaining unit also includes one of the most critical positions at AmeriCorps, Portfolio Managers, who interact directly with nonprofits and partner organizations to help them access national service resources and manage the existing projects and grants for all programs. Portfolio Managers provide oversight and work directly with AmeriCorps VISTA members. Similarly, the collective bargaining agreement covers AmeriCorps VISTA Training Specialists, who are responsible for creating and delivering member orientation to VISTA candidates at the start of their national service term, along with training and guidance for current VISTA members and sponsors. Our employees span the breadth of the agency from programming to finance and to operations.

8.      AFSCME Local 2027 represents the interests of the AmeriCorps employees. Our core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative.

9.      As the exclusive representative for the nonsupervisory AmeriCorps employees, AFSCME Local 2027 enters into collective bargaining negotiations with AmeriCorps on a wide

variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process.

10.    AFSCME Local 2027 and AmeriCorps are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace.

11.    Beginning in January 2025, employees of AmeriCorps began to receive termination notices and other pressure from the agency to leave their jobs.  First, employees were offered the Deferred Resignation Program via government-wide email with short deadlines and confusing language.  Then, on February 18, 2025, probationary employees received a "Notification of Removal During Trial Period" notifying the employees that AmeriCorps was terminating their employment, effective 11:59 p.m. the same day. In light of the Northern District of California federal court's February 28, 2025, Opinion and Written Order, AmeriCorps agreed to reinstate all affected employees with backpay on March 7, 2025.

12.    On April 7, 2025, AmeriCorps offered a second round of the Deferred Resignation Program to eligible employees, again with tight deadlines, encouraging employees to leave service.

13.    The communication regarding the Deferred Resignation Program was, to my knowledge, the first time the Agency informed employees about any upcoming "Reductions in Force" or RIFs. We had heard of the threat of RIFs through the President's Executive Orders and the press coverage, but no information came from the agency until this time.

14.    In an email on April 8, 2025, AmeriCorps announced to employees a preview of the realignment plan submitted to OPM and OMB, along with updated information about the Deferred Resignation Program. The email explained the agency was taking steps required to comply with the President's Executive Order, such as Deferred Resignation, termination of poor performers, and other "agency realignment"—including "aligning" departments and eliminating an office, and a RIF of 50% or more of AmeriCorps staff. A true and correct copy of the email is attached hereto as Exhibit A.

15.     On April 11, 2025, AmeriCorps hosted an "all hands" meeting with all staff members to discuss the Deferred Resignation Program, the RIF process, and agency realignment. The Agency did not provide any information outside of what was in the April 8, 2025, email.

16.     With no prior notice to the Union, on Tuesday April 15, 2025, AmeriCorps announced to participants in the National Civilian Community Corps ("NCCC"), through template letters via email, that all projects were terminated, and all members would be sent home, effective immediately.

17.     The NCCC program engages young people to serve 10–11-month, team-based service projects by partnering with local and national nonprofit organizations and FEMA. NCCC participants, or "members," assist people in disaster areas, help collect, harvest, and distribute food, support medical institutions, and work with disadvantaged youth. For example, NCCC members have responded to the California wildfires, New Mexico floods, and Hurricanes Helene and Milton in Florida. AmeriCops NCCC members receive a Segal AmeriCorps Education Award after completing their service, which can be used to pay for future education expenses or repay qualified student loans. Additionally, NCCC members receive a modest weekly stipend during their service term.

18.     As a result of the immediate termination with no notice, projects across the country were stopped abruptly, and NCCC members had to figure out how to pay to return to their permanent homes, as the Agency did not provide return transportation or any funds to cover the return travel. For example, an NCCC team was slated for a project at a youth camp in Alaska from April through July, until they received an abrupt notice that their project was terminated. Their work was to assist in preparing the camp for the upcoming season, complete infrastructure improvements, provide trail maintenance, and facilitate safe and educational activities for the campers. This is just one of many teams whose work was completely ended, without notice, leaving project sponsors struggling to make do without the NCCC volunteers that they *need* to accomplish their important service goals.

19.     Project sponsors rely heavily on NCCC members and have many questions about the termination of their projects. The NCCC staff that remains, however, were told not to contact

current sponsors about the project terminations, as messaging is required to go through DOGE. This leaves project sponsors without anyone at AmeriCorps to contact about this sudden disruption in their critical operations.

20.    On Wednesday, April 16, 2025, AmeriCorps began sending boilerplate notices of administrative leave to AmeriCorps agency staff, both at headquarters in Washington, D.C. and in regional offices across the country. I received an email placing me on administrative leave at 4:54 p.m. Bargaining unit members began notifying the union by phone and email messages that they were also placed on leave and locked out of their computer systems shortly thereafter. A true and correct copy of the notice is attached hereto as Exhibit B.

21.    On Wednesday April 23, 2025, staff remaining at the Agency began reporting to the Union that they were hearing RIF notices would be coming April 23 or 24, 2025. In response, the Union requested information from AmeriCorps regarding the current status of DRP, RIFs, and agency realignment. Later that day, Agency management responded, stating they were expecting RIF notices to be sent within the next 24 hours. They attached a template RIF notice to this email. A true and correct copy of the template RIF notice is attached hereto as Exhibit C. The Union further requested a full list of the employees scheduled to be subjected to the RIF, and the factors used to determine their standing. After receiving no response, the Union sent a renewed request to AmeriCorps on Friday, April 25, 2025. The Union never received a response to its information request and still does not have a full list of employees subject to the RIF.

22.    On Thursday April 24, 2025, the Union began receiving reports that members were receiving RIF notices. I received a RIF notice, addressed to another AmeriCorps employee, via email on April 24, 2025, at 10:05 a.m. Several other employees received the same erroneous notice. I received an email the same day at 12:06 p.m., stating the previous email was "inadvertently sent" and advising me to delete it. I received my own RIF notice at 1:03 p.m. A true and correct copy of the Specific Notice of a Reduction in Force is attached hereto as Exhibit D.

23.    Metadata on the RIF notice PDF I received shows that the author of the notice is listed as "Bloom, Robert (CFPB)," who appears to be a Human Capital Systems Consultant at the

Consumer Financial Protection Bureau. To the best of my knowledge, Robert Bloom has never worked at AmeriCorps.

24.     I have heard that Agency management did not want to RIF employees but is being forced to by the Department of Government Efficiency ("DOGE"). I know the Agency submitted a reorganization plan in mid-March, as required by a February 11, 2025, Executive Order, that did not recommend any RIFs, and it was rejected by The Office of Management and Budget ("OMB").

25.     I have learned from staff still working that only 116 employees remain at AmeriCorps nationwide. An additional 35 AmeriCorps NCCC employees were also temporarily brought back to work from administrative leave to send the AmeriCorps NCCC members to their homes of record. Prior to these RIFs, AmeriCorps had approximately 720 employees across the country. I estimate that approximately 90% of the bargaining unit received RIF notices.

26.     This RIF will have extremely detrimental impacts on the functioning of the Agency. The few remaining staff members left at AmeriCorps will be unable to complete the day-to-day work required to keep the Agency running. For example, a team of AmeriCorps staff is responsible for managing and disbursing funds from the National Service Trust, a fund established to support AmeriCorps members through Segal AmeriCorps Education Awards, which may be used to pay for members' future education costs or to repay qualified student loans.  As a result of the mass RIFs, there is only one "Trust Officer" left at AmeriCorps, who will now be responsible for processing up to 29,801 AmeriCorps members' awards. This is an impossible task for one person.

27.     The normal management of the full portfolio of AmeriCorps State and National, AmeriCorps VISTA, and AmeriCorps Seniors projects requires hundreds of staff. Now, in addition to the normal day-to-day management of those projects, the remaining staff must process the over 1,000 termination actions required, after many AmeriCorps grants were abruptly ended. To terminate a grant, AmeriCorps staff must go through an involved process in the Agency's award-making system, with each termination action reviewed by several different AmeriCorps

staff members. This is not a task achievable by the remaining ten Portfolio Managers or the seven Senior Portfolio Managers supervising them.

28.    In addition, without proper staffing levels, the remaining grant and project recipients whose projects were not terminated will not receive the needed technical assistance or program oversight and will almost certainly have difficulties receiving funds without adequate employees of AmeriCorps to service them. Additionally, the agency will be unable to process new grant or grant continuation applications in a timely manner, if at all. I expect this will affect thousands of nonprofits, local, city and state governments, and tribal nations who rely on AmeriCorps and AmeriCorps Seniors services.

29.    Many AmeriCorps employees work directly with AmeriCorps members, such as the individuals volunteering with the NCCC or VISTA who are onboarded and offboarded by AmeriCorps employees in our bargaining unit. For example, many employees process member "payroll," or the stipend that members receive for their service. Additionally, AmeriCorps Trust Officers process member applications for education grants after their service is completed. Without proper staffing levels, members may not receive their proper stipends or education awards on time, if at all.

30.    There are a small number of AmeriCorps employees who were not placed on administrative leave.  There is no possible way that those individuals can perform the work needed to run this agency in compliance with its statutory duties.  The staff who remain in an active status are also adversely impacted and harmed by this RIF, because they have to shoulder the responsibility of the work of hundreds who have been let go.  The inevitable result is that the work will not be performed, and the working conditions of employees still working actively will be tremendously worse and harmful.

31.    Prior to this mass RIF on April 24, 2025, AmeriCorps was assigned the task by the Administration of creating plans for the termination of AmeriCorps programs, such as NCCC and VISTA programs.  I was specifically assigned to the AmeriCorps VISTA group. There are statutory requirements for how services and grants may be terminated, which include giving proper notice to grant recipients, allowing recipients to request hearings, and making arrangements

to send members home when their project ends.  This planning work was ongoing, to determine how and whether the Administration's goal of eliminating services and grants could be done lawfully (if at all).  With the exception of one team member, everyone that had been working to ensure that AmeriCorps VISTA complied with the law has received RIF notices, so this team of AmeriCorps staff could not have ensured the VISTA program terminations were done properly. This has been borne out by an April 25, 2025, communication to a group of grantees and sponsors who were notified their projects were being discontinued. A true and correct copy of a sample notice of project termination is attached hereto as Exhibit E.

32.     The RIF directly threatens the Union's ability to provide core services to unit members and to accomplish its mission. Since terminations and administrative leaves began at AmeriCorps, and even more so now with RIF notices out, the Union has been inundated with communications from affected employees who were blindsided by the changes in their employment and are very concerned about their livelihoods and the mission of the Agency. Affected employees have contacted the union to seek information, guidance, explanations of their rights, and legal advice. For example, I recently spoke with a member who is scheduled to go on maternity leave soon. She was placed on administrative leave and was extremely concerned that, while on maternity leave, she would receive a RIF notice. She contacted the Union because she is concerned that she will lose health benefits before giving birth. Many of the staff who are being terminated will not be able to carry their federal health benefits beyond their last day of AmeriCorps employment. Unless the employee is eligible for retirement or on a partner's health plan, their only option to retain health insurance is through COBRA, which is extremely expensive. Many members are concerned about their potential loss of health insurance when their employment ends.

33.     The lack of advance notice of this RIF made it even more difficult for the Union to plan and prepare to help affected employees and the employees that remain behind. The Union was unable to download important documents, such as information about the bargaining unit, before we were locked out of AmeriCorps accounts. Because, while on leave, employees may not return to the office, the Union's financial records and checkbook were left for days in the union

1    office at AmeriCorps headquarters. Only when a Union officer that was not put on administrative

2    leave returned from vacation, could the materials be retrieved.

3        34.    The Union's staff and activities are funded through members' voluntary dues, most

4    of which are paid through payroll deduction. If the Union no longer receives dues from the about

5    90% of members who have been laid off, it will be significantly more difficult for the Union to

6    continue to function and to provide the services and protection to bargaining units identified here.

7        35.    I have worked in the federal government for 34 years and have experienced prior

8    government shutdowns in 1995-96, 2013, and 2018-19. This RIF will take services to far worse

9    than shutdown levels. During prior shutdowns, AmeriCorps had enough advance notice to

10   communicate with sponsors, grantees, members, volunteers, and contractors about our extended

11   departure and make arrangements for the length of the shutdown. We had virtually no prior notice

12   for this RIF and were almost immediately locked out of computer systems, leaving us unable to

13   make arrangements before departure. I do not know, aside from reports in the media, if sponsors

14   or grantees have been notified of the RIF at this time.

15       36.    It appears to me, based on my decades of service at AmeriCorps, that this RIF is

16   intended to eliminate this Agency which was created and authorized by Congress. The cuts are so

17   severe there is no other reasonable conclusion from these actions. This is a tragic loss. This

18   country is better off for the work that this Agency and its employees perform every day. My

19   fellow AmeriCorps employees and I have dedicated our lives to the promotion of national service

20   through our own public service—this work is my calling—and there is no replacement for having

21   the ability to do this public service work taken away from us.

22       I declare under penalty of perjury under the laws of the United States that the foregoing is

23   true and correct. Executed April -2^, 2025, in Reston, VA.

24

25   _Kelly Daly_

26   Kelly Daly

27

28

Declaration of Kelly Daly

Exhibit A



From: Jennifer Bastress Tahmasebi <cncs@delivery.nationalservice.gov>
Sent: Tuesday, April 8, 2025 9:04 AM

Subject: Update on Agency Realignment Plan and Deferred Resignation Program



Office of the Chief Executive Officer
April 8, 2025

# Update on Agency Realignment Plan and Deferred Resignation Program

Dear colleagues,

On Tuesday, March 18, I shared that in accordance with **guidance** from the Office of Personnel Management (OPM) and Office of Management and Budget, AmeriCorps was developing an Agency Reorganization and Reduction in Force Plan (ARRP). Federal agencies are required to submit a Phase 2 ARRP by Monday, April 14, detailing implementation of the plan by Tuesday, Sept. 30.

Also, yesterday the Office of Human Capital shared **Important Information on the Deferred Resignation Program** (DRP). Yesterday's message omitted an important detail: If DRP applications submitted exceed the stated limits, the completed submissions received prior to the limit being reached will be eligible to participate. All staff interested in the DRP, including those in positions identified as ineligible, should submit a complete application. We expect to adhere to the identified limits, but eligibility is subject to change. The Office of Human Capital will notify all applicants of their application status. Additionally, as noted in the DRP agreement, re-employed annuitants are excluded from the DRP.

Ahead of next week's ARRP deadline, I am sharing a preview below of the agency's plan for realignment. This information is for internal use only and is subject to change pending feedback from the administration.

**Framework**

AmeriCorps is complying with the Executive Order focused on workforce optimization titled *"Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative."* **The** agency is taking the following steps to align with this goal:

- OPM Deferred Resignation Program (DRP) and Voluntary Early Retirement Authority (VERA)
- Agency-specific Deferred Resignation Program (DRP)
- Terminate poor performers
- Agency realignment
- Reduction in Force (RIF) of up to 50 percent or more

The ARRP schedules realignment to occur after these steps because the agency expects there may be additional changes to structure, staffing patterns, supervision, and individual positions based on the cumulative impact of DRP, termination of poor performers, VERA, realignment, the RIF process, and natural attrition of staff. In realigning the agency's structure, agency leadership took the following approach:

1. Align positions that have the same function into the office responsible for that function
2. Align departments for maximum efficiency
3. Eliminate an office for maximum efficiency

**1. Align positions that have the same function into the office responsible for that function**

**Impact/Evaluation**

All impact and evaluation positions will be located in the Office of Research and Evaluation (ORE). The following positions will be realigned to ORE:

- AmeriCorps NCCC: *program evaluation specialist*
- AmeriCorps Seniors: *evaluation and program impact specialist; research and evaluation specialist*
- AmeriCorps State and National: *program impact manager*
- AmeriCorps VISTA: *program impact specialist; program impact specialist*

**Communications and Marketing**

All communications and marketing positions will be located in the Office of Communications and Marketing (OCM). The following positions will be realigned to OCM:

- AmeriCorps NCCC: *digital media specialist*
- AmeriCorps VISTA: *digital media specialist; senior communications specialist*

**Recruitment**

Recruitment and outreach positions, with the exception of those in AmeriCorps NCCC, will be located in OCM. The following positions will be realigned to OCM:

- Chief Program Officer (CPO) Immediate: *senior recruiter; recruiter; recruiter*
- AmeriCorps Seniors: *senior program and partnership development specialist; senior outreach specialist; outreach contractor; outreach reach specialist; program support assistant*
- AmeriCorps VISTA: *marketing and outreach manager; outreach support specialist; senior recruiter; recruiter; recruiter*

**Data**

CPO department data positions, with the exception of those in AmeriCorps NCCC and AmeriCorps VISTA, will be located in Office of the Chief Data Officer (CDO). The following positions will be realigned to CDO:

- CPO Immediate: *data and analytics officer; data and analytics officer*
- AmeriCorps State and National: *impact specialist*

**<u>2. Align departments for maximum efficiency</u>**

**Partnerships**

The Partnerships Office will move to CPO Immediate for maximum efficiency to align with the programs they support in forming partnerships, resources, and networks. The

following positions will be realigned to CPO Immediate: *director of partnerships; senior advisor for strategic partnerships; senior advisor to the CEO; special assistant for alumni engagement; strategic partnerships specialist; P-12 education advisor fellow; bridging and belonging advisor fellow; energy advisor fellow*

**Monitoring**

All positions in the Monitoring Office will move to the Office of the Chief Risk Officer (OCRO) for maximum efficiency to align with agency risk assessment and oversight activities.

**Grant Administration**

The Office of Grant Administration (OGA) will move to the CPO Immediate Office and the Office of Regional Operations (ORO).

CPO Immediate: The team responsible for the grant process up until applicant notification will move to CPO Immediate for maximum efficiency to align with the programs that provide all the content for announcements through the applicant notification. The following positions will be realigned to CPO Immediate: *senior grant review specialist/GARP team supervisor; senior grant review specialist/GARP team lead; grant review specialists*

ORO: The OGA team responsible for financial grant actions and the team responsible for training/agency staff who work with grantees will move to ORO and regions for maximum efficiency for the agency and grantees to receive programmatic and financial assistance. The following positions will be realigned to ORO: *All other positions in OGA*

**Office of Inspector General (OIG) Engagement**

The staff member in AmeriCorps State and National that works on OIG engagement will move to OCRO for maximum efficiency to align with other OIG engagement activities. The following position will be realigned to OCRO: *systems and compliance specialist*

**3. Eliminate offices for maximum efficiency and to align with future state**

- Eliminate the Office of Performance and Strategy and transition the staff and required deliverables to departments already tasked with the work.
- AmeriCorps will end all Public Health AmeriCorps (PHA) spending in fiscal year 2025, as this is an initiative of the previous administration. PHA-funded staff in AmeriCorps State and National, ORO, ORE, the Office of Monitoring, and the Office of Civil Rights with a Not To Exceed date of April 30, 2026, may be subject to a reduction in force modifying their end date to Sept. 30, 2025.

I know that combined with other changes our agency is navigating, these planned realignment changes can cause anxiety. I want to remind you of the **Employee Assistance Program** that provides support services to federal employees. We will continue to keep you up to date and share information as we are able.

Thank you for your flexibility, hard work, and dedication to our mission.

In service,

Jennifer Bastress Tahmasebi
Interim Agency Head



Manage preferences  /  AmeriCorps.gov

We sent this email to on behalf of AmeriCorps.

*Produced and published at US taxpayer expense.*

This email was sent to using GovDelivery Communications Cloud on behalf of: AmeriCorps · 250 E. Street SW · Washington, DC 20525 · (202) 606- 5000 · (800) 833-3722

Exhibit B



**AmeriCorps**

MEMORANDUM

DATE:          April 16, 2025

FROM:          Jennifer Bastress Tahmasebi
               Interim Agency Head

SUBJECT:       PLACEMENT ON ADMINISTRATIVE LEAVE

The purpose of this memorandum is to inform you that you are being placed on excused absence (also known as administrative leave) with pay effective immediately, pursuant to, among other authorities, 5 C.F.R. § 630.1403. You will remain on administrative leave with pay until otherwise notified.

While you are on administrative leave with pay, you must be available by telephone and e-mail during normal business hours, as it may be necessary for Agency officials to contact you.

You also must remain available to report to work if directed to do so. If you wish to request other leave (annual, sick or leave without pay) during this period, you should contact ceo@americorps.gov to make your request.

During the period that you are on administrative leave you are not to enter AmeriCorps premises, access AmeriCorps systems, or attempt to use your position or authority with AmeriCorps in any way without my prior permission or prior permission of a supervisor in your chain of command.

Any questions regarding the above information should be directed to ceo@americorps.gov.

Exhibit C

MEMORANDUM FOR:     «EmployeeFirstName» «EmployeeLastName»
                    «JobTitle»
                    «Office2»

FROM:               Jennifer Bastress Tahmasebi
                    Interim Agency Head

DATE:               «RIF Date»

SUBJECT:            Specific Notice of Reduction in Force

I regret to inform you that you are affected by a reduction in force (RIF) action. This RIF is necessary for workforce reshaping (i.e. reorganization) of AmeriCorps.

This is your specific notice of RIF. In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you are being released from your competitive level based on your retention standing. Consequently, you will be separated from the Federal service effective «EffectiveDateLong». In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent RIF notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

Please contact RIFquestions@americorps.gov immediately if you believe any of the below information is incorrect.

**Retention Standing**

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:

Competitive Area: «Office4»
Type of Service: «AppointmentType» «AppointmentTypeDesc»
Work Schedule: «WorkSchedule»
Position: «JobTitle»
Pay Plan-Series-Grade: «PayPlan» - «Grade» - «Series»
Competitive Level: «CompetitiveLevel»
Tenure Group and Subgroup: «TenureGroup»
Veterans' Preference: «VeteransPreference»
Last Three Performance Ratings:
        2024: «2024 Rating»
        2023: «2023 Rating»
        2022: «2022 Rating»

Additional Years of Credit Based on Performance Ratings: «AYCBoR»
Adjusted RIF Service Computation Date (SCD): «RIF-Adjusted SCD» «AMERICORPS-PROVIDED RIF ADJUSTED SCD DATE»

**RIF Package**

As an employee impacted by RIF, you will be provided with documents outlining applicable benefits for which you may be eligible or entitled, as appropriate.

If you feel you may be eligible to retire under Immediate, Early, Deferred Retirement or a Discontinued Service Retirement, we strongly encourage you to contact Jennifer Page to determine what you may be eligible for or entitled to, as appropriate. If you are eligible to elect retirement as a means of separating from Federal Service, please reach out to obtain retirement/benefits counseling and answer all your questions.

Eligibility to Retire After RIF Date Annual Leave Option

If your first eligibility date to retire will occur between the RIF effective date and the expiration of your accumulated annual leave balance, you will be eligible for one of the two separation benefits:

- Severance Pay, or
- Discontinued Service Retirement

Please contact Jennifer Page for more information.

| Retirement Specialist | Phone Number | Email Address |
|---|---|---|
| Jennifer Page | 202-606-6912 | OHCBenefitsandRetirement@americorps.gov |

In addition to the advice you receive from your Retirement Specialist, the OPM website https://www.opm.gov/retirement-center/ will provide you with additional information concerning your benefits and retirement information to assist you in making your decision.
For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Deferred Resignation for Individuals Age 40 or Older**
The agency announced a Deferred Resignation Program to the workforce on April 7. Under the Older Workers Benefit Protection Act individuals age 40 or older have until May 22 (45 days from April 7) to consider entering into a deferred resignation agreement. If you are age 40 or older and would like to enter into the Deferred Resignation Program, please send a signed deferred resignation agreement to deferredresignation@americorps.gov. The agency will review your agreement and if submitted timely will then return a fully executed copy to you. Your participation in the Deferred Resignation Program would result in you not being separated by the RIF.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)

If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. Your appeal must be in writing and may be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Bargaining Unit Employees may grieve their separation by filing a grievance in accordance with Article 18 of the AmeriCorps/ AFSCME Local 2027 collective bargaining agreement.  If you are a member of the bargaining unit as notated on your SF 50 in box 37 with the code 2027 or in the remarks section (box 45) you may be represented by the union.  You must file your grievance within 14 calendar days of the effective date of this action.  You must follow the process as outlined in Article 18. In lieu of contacting the Agency's Labor Relations Officer as described in Article 18, grievances should be sent to **RIFquestions@americorps.gov.**  For further information on filing a grievance, you should contact a union steward. The union can be reached at Cncsemployeesunion@gmail.com.  If you are alleging that your separation involves a prohibited personnel action, you may file with MSPB in accordance with the information above.

Equal Employment Opportunity (EEO)

If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age (40 and over) or disability, you may file a complaint with the Agency's Civil Rights and Employment Branch at eo@americorps.gov. You must email the Civil Rights and Employment Branch no later than 45 calendar days of the effective date of the action, specifically, your separation from Federal service. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. You may also access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel

You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

**Ethics Restrictions**

While you are on administrative leave, you are still a federal employee and subject to the Standards of Ethical Conduct for Employees of the Executive Branch ("Standards") at 5 CFR part 2635, the Hatch Act, and other applicable federal laws. You may accept outside employment so long as it is not in violation of these Standards. Please contact ethics@americorps.gov if you have specific ethics questions. Once you separate from the agency, either by RIF or deferred resignation, you should take note of the information in the attached Summary of Post Government Employment Restrictions.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351. Further and detailed information about the RIF regulations may also be accessed on OPM's Reductions in Force website. You may review the RIF regulations at 5 C.F.R. Part 351. You may make an appointment to review and obtain a copy of records pertaining to you by contacting RIFquestions@americorps.gov.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 or www.foh4you.com.

Because you are being separated through a RIF action, you are eligible for placement assistance. Specifically, you are eligible for the Agency's Reemployment Priority List (RPL). Your RIF package includes a RPL form should you choose to be considered for reemployment.  Please fill it out and send it to RIFquestions@americorps.gov.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under the Workforce Investment Act (WIA). You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact your retirement specialist to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reason stated above. Leadership at AmeriCorps is appreciative of your service.

Attached is an Authorization for Release of Employment Information form. This authorizes AmeriCorps to release your resume and other employment information to your local employment services agency and/or other potential public or private sector employers. Please sign the attached Authorization for Release of Employment Information and return it to RIFquestions@americorps.gov.


Attachments (9)
1.  Acknowledgement of Receipt
2.  MSPB Appeal Information
3.  OPM Retention Regulations
4.  Unemployment Insurance
5.  State Workforce Programs
6.  Authorization for Release of Employment Information
7.  Reemployment Priority List (RPL) Program Information
8.  Deferred Resignation Agreement
9.  Summary of Post Government Restrictions

## Reemployment Priority List (RPL) Registration Form

Eligible employees must submit a completed RPL registration form to the Office of Human Capital on or before the Reduction-in-Force separation date. Please send this form to jepage@americorps.gov.

Office:                          Duty Station City:                          State:

Name:

Address:

City:                          State:          ZIP Code:

Telephone #:    Home:                Work:                Cell:

Date of RIF Separation:                Tour of Duty:    Full-time        Other

Are you available: For Part-Time Positions?        Yes        No

For Non-Permanent Positions?                Yes        No

Current series and band:          _____

**List the Positions for which you believe you qualify for and are available.**
(qualification determinations will be made by the OHC based on the qualification requirements of individual positions)

| Title | Series | Acceptable Bands |
| | | Highest |
| | | Lowest |
| A. | | |
| B. | | |
| C. | | |
| D. | | |
| E. | | |

Note: There is no restriction on the number of positions that can be listed

Registrant's Signature                    Date

For Office of Human Resources Use Only:

Registration Received:                    Registrant Added to RPL:

Comments:

(Include specifics on promotion potential of the position from which separated and any other pertinent information)

HR Point of Contact:                              Telephone:

Tenure Group:

30% Disabled Veteran: _____ 1 – AD Career                          2 – AD  Career-

 Conditional Veteran:            1– A Career                          2 – A  Career-

 Conditional

 Non-Veteran:          1– B Career                          2 – B Career-Conditional

Exhibit D

MEMORANDUM FOR:        KELLY DALY
                       LEAD PROGRAM SPECIALIST
                       DEPARTMENT OF THE CHIEF OF PROGRAM OPERATIONS

FROM:                  Jennifer Bastress Tahmasebi
                       Interim Agency Head

DATE:                  4/24/25

SUBJECT:               Specific Notice of Reduction in Force

I regret to inform you that you are affected by a reduction in force (RIF) action. This RIF is necessary for workforce reshaping (i.e. reorganization) of AmeriCorps.

This is your specific notice of RIF. In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you are being released from your competitive level based on your retention standing. Consequently, you will be separated from the Federal service effective Tuesday, June 24, 2025. In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent RIF notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

Please contact RIFquestions@americorps.gov immediately if you believe any of the below information is incorrect.

**Retention Standing**

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:

Competitive Area: AMERICORPS VISTA
Type of Service: 6.0 Excepted-Permanent/SES-Noncareer
Work Schedule: Full Time
Position: LEAD PROGRAM SPECIALIST
Pay Plan-Series-Grade: NY - 03/00 - 301.0
Competitive Level: 0052
Tenure Group and Subgroup: Group 1
Veterans' Preference: 1-NONE
Last Three Performance Ratings:
        2024: 4
        2023: 4
        2022: 4


Adjusted RIF Service Computation Date (SCD): 4/24/74

**RIF Package**

As an employee impacted by RIF, you will be provided with documents outlining applicable benefits for which you may be eligible or entitled, as appropriate.

If you feel you may be eligible to retire under Immediate, Early, Deferred Retirement or a Discontinued Service Retirement, we strongly encourage you to contact Jennifer Page to determine what you may be eligible for or entitled to, as appropriate. If you are eligible to elect retirement as a means of separating from Federal Service, please reach out to obtain retirement/benefits counseling and answer all your questions.

Eligibility to Retire After RIF Date Annual Leave Option

If your first eligibility date to retire will occur between the RIF effective date and the expiration of your accumulated annual leave balance, you will be eligible for one of the two separation benefits:
- Severance Pay, or
- Discontinued Service Retirement

Please contact Jennifer Page for more information.

| Retirement Specialist | Phone Number | Email Address |
|---|---|---|
| Jennifer Page | 202-606-6912 | OHCBenefitsandRetirement@americorps.gov |

In addition to the advice you receive from your Retirement Specialist, the OPM website https://www.opm.gov/retirement-center/ will provide you with additional information concerning your benefits and retirement information to assist you in making your decision.
For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Deferred Resignation for Individuals Age 40 or Older**
The agency announced a Deferred Resignation Program to the workforce on April 7. Under the Older Workers Benefit Protection Act individuals age 40 or older have until May 22 (45 days from April 7) to consider entering into a deferred resignation agreement. If you are age 40 or older and would like to enter into the Deferred Resignation Program, please send a signed deferred resignation agreement to deferredresignation@americorps.gov. The agency will review your agreement and if submitted timely will then return a fully executed copy to you. Your participation in the Deferred Resignation Program would result in you not being separated by the RIF.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)

If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. Your appeal must be in writing and may be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Bargaining Unit Employees may grieve their separation by filing a grievance in accordance with Article 18 of the AmeriCorps/ AFSCME Local 2027 collective bargaining agreement.  If you are a member of the bargaining unit as notated on your SF 50 in box 37 with the code 2027 or in the remarks section (box 45) you may be represented by the union.  You must file your grievance within 14 calendar days of the effective date of this action.  You must follow the process as outlined in Article 18. In lieu of contacting the Agency's Labor Relations Officer as described in Article 18, grievances should be sent to **RIFquestions@americorps.gov.**  For further information on filing a grievance, you should contact a union steward. The union can be reached at Cncsemployeesunion@gmail.com.  If you are alleging that your separation involves a prohibited personnel action, you may file with MSPB in accordance with the information above.

Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age (40 and over) or disability, you may file a complaint with the Agency's Civil Rights and Employment Branch at eo@americorps.gov. You must email the Civil Rights and Employment Branch no later than 45 calendar days of the effective date of the action, specifically, your separation from Federal service. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. You may also access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

**Ethics Restrictions**

While you are on administrative leave, you are still a federal employee and subject to the Standards of Ethical Conduct for Employees of the Executive Branch ("Standards") at 5 CFR part 2635, the Hatch Act, and other applicable federal laws. You may accept outside employment so long as it is not in violation of these Standards. Please contact ethics@americorps.gov if you have specific ethics questions. Once you separate from the agency, either by RIF or deferred resignation, you should take note of the information in the attached Summary of Post Government Employment Restrictions.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351. Further and detailed information about the RIF regulations may also be accessed on OPM's Reductions in Force website. You may review the RIF regulations at 5 C.F.R. Part 351. You may make an appointment to review and obtain a copy of records pertaining to you by contacting RIFquestions@americorps.gov.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 or www.foh4you.com.

Because you are being separated through a RIF action, you are eligible for placement assistance. Specifically, you are eligible for the Agency's Reemployment Priority List (RPL). Your RIF package includes a RPL form should you choose to be considered for reemployment.  Please fill it out and send it to RIFquestions@americorps.gov.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under the Workforce Investment Act (WIA). You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact your retirement specialist to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reason stated above. Leadership at AmeriCorps is appreciative of your service.

Attached is an Authorization for Release of Employment Information form. This authorizes AmeriCorps to release your resume and other employment information to your local employment services agency and/or other potential public or private sector employers. Please sign the attached Authorization for Release of Employment Information and return it to RIFquestions@americorps.gov.

Attachments (9)
1.  Acknowledgement of Receipt
2.  MSPB Appeal Information
3.  OPM Retention Regulations
4.  Unemployment Insurance
5.  State Workforce Programs
6.  Authorization for Release of Employment Information
7.  Reemployment Priority List (RPL) Program Information
8.  Deferred Resignation Agreement
9.  Summary of Post Government Restrictions

**Reemployment Priority List (RPL) Registration Form**

Eligible employees must submit a completed RPL registration form to the Office of Human Capital on or before the Reduction-in-Force separation date. Please send this form to jepage@americorps.gov.

Office:                            Duty Station City:                            State:

Name:

Address:

City:                            State:                    ZIP Code:

Telephone #:    Home:                    Work:                        Cell:

Date of RIF Separation:                    Tour of Duty:    Full-time            Other

Are you available: For Part-Time Positions?    Yes                No

For Non-Permanent Positions?            Yes        No

Current series and band:            _____


**List the Positions for which you believe you qualify for and are available.**
(qualification determinations will be made by the OHC based on the qualification requirements of individual positions)

| Title | Series | Acceptable Bands |
| --- | --- | --- |
| | | Highest |
| | | Lowest |
| A. | | |
| B. | | |
| C. | | |
| D. | | |
| E. | | |

Note: There is no restriction on the number of positions that can be listed Registrant's

Signature                                   Date

For Office of Human Resources Use Only:

Registration Received:                    Registrant Added to RPL:

Comments:

(Include specifics on promotion potential of the position from which separated and any other pertinent information)

HR Point of Contact:                              Telephone:

Tenure Group:

30% Disabled Veteran: _____ 1 – AD Career                              2 – AD  Career-

Conditional Veteran:              1– A Career                              2 – A  Career-

Conditional

Non-Veteran:         1– B Career                              2 – B Career-Conditional

Exhibit E

**From:** AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorBS.gov>
**Sent:** Friday, April 25, 2025 5:00:25 PM
**To:** █████████████████████
**Cc:** ████████████████████████████████
**Subject:** Termination Notice of AmeriCorps Award

**\*\*EXTERNAL SENDER\*\***

Anton Jones

Literacy Minnesota

700 Raymond Ave

Ste 180

Saint Paul

MN, 55114

RE:

22VSEMN002

24VS275999

Dear AmeriCorps Award Recipient:

Effective immediately, the above-referenced AmeriCorps award is being terminated per 2 CFR 200.340(a)(4) because it has been determined that your award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days. Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals,, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)

- Midwest@americorps.gov (IL, IN, KY, MI, OH)

- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)

- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)

- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)

- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)

- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)

- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

> (a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

> (b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member

transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

*AmeriCorps Seniors*

You are encouraged to notify volunteers, volunteer stations and the Advisory Council. Please also reference Appendix A.3 in your program handbook for close-out guidance.

*AmeriCorps VISTA*

If you have members active on your award/agreement, all members will be removed from your project effective immediately.  Further communication will go directly to impacted members and sponsors.

*Volunteer Generation Fund and Days of Service*

Notification of award termination should be sent to all subrecipients and community partners. Communication to subrecipients should include instruction to immediately cease award activity and the Close Out Instructions for Grantees.

*Research and Evaluation*

Notification of award termination should be sent to all subrecipients and community partners.


Jennifer Bastress Tahmasebi

Interim Agency Head