Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF VINCENT FABRIS** |

## DECLARATION OF VINCENT FABRIS

I, Vincent Fabris, declare as follows:

1.     I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.  I am providing this declaration in my capacity as a union member.

2.     I have been a dues-paying member of the American Federal Government Employees ("AFGE") Local 236 ("Local 236" or the "Union") since 2019.

3.     Local 236 represents two bargaining units of approximately 3,074 civil servants who work for the U.S. General Services Administration ("GSA").  One unit is comprised of professional employees, and the other is comprised of non-professional employees.  These employees include facilities managers, contract specialists, realty specialists, architects, financial management analysts, lease management specialists, procurement technicians, appraisers, accountants, and administrative assistants.  These bargaining unit members perform functions related to GSA's mission of providing real estate, acquisition, and technology services to the federal government and the American people.  They provide services to federal agencies, employees, and contractors, as well as to the public.

4.     Local 236's mission is to advocate for and promote the interests of bargaining unit members in their federal employment.  As the exclusive bargaining representative of these workers, the Union provides many services to all bargaining unit members.  Core functions of the Union include collective bargaining with GSA to obtain a fair and reasonable collective bargaining agreement ("CBA"); filing and negotiating grievances against the agency to enforce the terms and conditions of the CBA; pursuing arbitrations on behalf of workers to enforce the CBA; and providing other support, guidance, and resources to bargaining unit employees.

5.     I am an Industrial Hygienist in GSA's Public Buildings Service.  GSA is divided into 11 regions that provide real estate, facilities management, procurement, and technology services to federal government offices around the world.  I work in the Facilities Management Division in Region 9, which provides facilities management services to 170 federally owned buildings and leased spaces in 827 commercial buildings—including federal office buildings,

1  courthouses, and land ports of entry—in California, Arizona, Hawaii, Nevada, American Samoa,

2  Guam and the Commonwealth of the Northern Mariana Islands, Diego Garcia, mainland Japan

3  and Okinawa, the Republic of Korea, and Singapore.

4        6.      My position is in the Environmental, Health, and Safety Branch, which addresses

5  the environmental, health, and safety concerns in federal buildings, courthouses, and other

6  facilities in Region 9.  In my current role, I oversee water testing in these facilities for the presence

7  of bacteria, lead, and copper; manage indoor air quality, including during wildfires; supervise

8  asbestos inspections; and address any other health and safety concerns that arise during routine

9  inspections and emergencies.  The Environmental, Health, and Safety Branch also includes fire

10  protection engineers, who ensure that the fire prevention systems in the facilities are functional,

11  and safety specialists, who address safety issues in the facilities.

12        7.      I have worked for GSA for approximately 16 years.

13        8.      The other members of the Union and I first became aware of President Trump's

14  plan to conduct "large-scale" Reductions in Force ("RIFs") through the February 11, 2025,

15  Executive Order.  No one from GSA had said anything about large-scale RIFs prior to that Order.

16        9.      On February 24, 2025, I received an email from GSA Acting Administrator

17  Stephen Ehikian, providing notice that GSA was planning to conduct a RIF "in support of the

18  Presidential Executive Order: *Implementing The President's Department of Government*

19  *Efficiency Workforce Optimization Initiative*, dated February 11, 2025."  A true and correct copy

20  of the February 24 email, with my email address redacted, is attached hereto as Exhibit A.  The

21  email stated that "[m]ore information to impacted business units and employees will be

22  forthcoming" and provided no other details about the RIF.  Ex. A, p. 1.

23        10.     On March 3, 2025, I received an email stating that I would be subject to the RIF.  A

24  true and correct copy of the March 3 email, with my personal information redacted, is attached

25  hereto as Exhibit B.  The email stated: "your organizational unit is being abolished along with all

26  positions within the unit – including yours."  Ex. B, p.1.  The email explained that I would receive

27  an official RIF notice no earlier than 30 days from the date of the email.  Ex. B, p. 1.

28

11.     The email included an attachment providing further information on the RIF.  A true and correct copy of the email attachment is attached hereto as Exhibit C.  According to that document, GSA conducted the RIF to "support the President Executive Order: *Implementing The President's Department of Government Efficiency Workforce Optimization Initiative*, dated February 11, 2025 and OPM Memo: *Guidance on Agency RIF and Reorganization Plans*, dated February 26, 2025."  Ex. C, p.1.  The document explained that all employees impacted by the RIF, including me, would be "placed on paid administrative leave effective immediately."  Ex. C, p. 1.  It also instructed employees not to do any additional work for the agency.  Ex. C, p. 1.  By close of business that day, access to my work computer and email account had been restricted.

12.     On April 7, 2025, I received specific RIF notice, stating that my position "is being abolished as part of [GSA's] reduction-in-force."  A true and correct copy of the RIF notice, with my personal information redacted, is attached hereto as Exhibit D.  Consistent with GSA's previous emails, the notice explained that the agency was conducting a RIF "in support of the Executive Orders signed by President Donald Trump," including the February 11 Executive Order.  Ex. D, p. 1.  According to the notice, "there are no opportunities for assignment to another position in [my] competitive area," and "[a]s a result, [I] will be separated from the Federal service by RIF procedures on 6/6/2025."  Ex. D, p. 2.  The notice explained that I would be on administrative leave in the meantime and instructed me to turn in my work equipment as soon as possible.

13.     On April 14, 2025, I sent an email to GSA's RIF Mailbox email account, which is intended to provide information regarding GSA's RIFs, to ask for a retention register.  A true and correct copy of my email, with my personal information redacted, is attached hereto as Exhibit E.  During a RIF, an agency usually develops a retention register, which ranks employees within a competitive level to determine the order in which employees should be released from the agency.

14.     I received an automated email message in response, providing general information on the RIF.  A true and correct copy of the response, with my personal information redacted, is attached hereto as Exhibit F.  The email stated that GSA would only provide retention register data to employees who have received RIF notices.  Ex. F, p. 1.

15.    On April 15, 2025, I received a corrected RIF notice stating that my position will be terminated on June 7, 2025, rather than on June 6, 2025.  A true and correct copy of the notice is attached hereto as Exhibit G.  The corrected notice did not provide additional information regarding the RIF.

16.    On April 24, 2025, GSA's RIF Mailbox account emailed me "the retention register created in conjunction with [the] RIF action."  A true and correct copy of the email, with my email address redacted, is attached hereto as Exhibit H.  However, the email noted that, although the register was being provided, the "RIF was conducted under liquidation provisions, where there is no consideration given to retention standing."  Ex. H, p. 1.  That means that all of the positions in my competitive level were abolished, and no employee would be retained, so the order in which we would be released from the agency did not matter.

17.    I have also reviewed the retention register provided by GSA, and it lists more than 100 Public Buildings Service employees throughout the country, ranging from San Francisco to Houston to Atlanta.  The retention register is not attached hereto to protect the privacy of employees.  This suggests that many Public Buildings Service employes across the country were subject to GSA's RIF.

18.    I have not received any information regarding the RIFs from my supervisor, who is also subject to the RIF, or from Human Resources personnel, who have not responded to my emails requesting information.

19.    Based on conversations with my colleagues, my understanding is that 32 out of the 40 employees in my Division (the Facilities Management Division in Region 9) received RIF notices.  That includes every employee in my Branch (the Environmental, Health, and Safety Branch) and the Sustainability Branch, which seeks to reduce energy and water usage and otherwise make federal facilities more sustainable.  The only employees in my Division not subject to the RIF are the employees in the Building Services Branch, which contracts for janitorial and other building services in federal facilities.

20.    My understanding is that the RIFs will also terminate our counterparts in Region 6, which manages federal facilities in Nebraska, Iowa, Missouri, and Kansas, and Region 10, which

manages federal facilities in Alaska, Idaho, Oregon, and Washington.  Although I do not have specific information about other regional offices, I would expect that similar cuts are being made in those offices as well.

21.    I have reviewed a general RIF notice to the President of AFGE Local 236, dated March 3, 2025, which is consistent with my understanding of GSA's RIFs.  A true and correct copy of the notice is attached hereto as Exhibit I.  According to the notice, "[i]n accordance with the Executive Orders signed by President Donald J. Trump," including "the Department of Government Efficiency Workforce Optimization Initiative, dated February 11, 2025," "GSA is executing a RIF as part of a broader strategy to improve efficiency and reduce the size of the agency's workforce."  Ex. I, p. 1.  The notice provides that 563 employees in the Public Buildings Services will be affected by the RIF, including 172 bargaining unit employees represented by AFGE, effective June 1, 2025.  Ex. I, p. 1.  The notice also states that "[i]t is anticipated that this RIF will be conducted for all competitive levels . . . within each affected competitive area, defined on an organizational basis, resulting in abolishment of all positions."  Ex. I, p. 1.

22.    I have also read several online news articles that confirm my understanding of the RIFs at GSA.

23.    An article published by the Federal News Network, dated February 4, 2025, reported that GSA plans to "reduce total spending across all programs and personnel by 50%."  A true and correct copy of the article, which can also be found at https://federalnewsnetwork.com/hiring-retention/2025/02/gsa-seeks-50-spending-cuts-nonvoluntary-rif-after-opms-resignation-offer/, is attached hereto as Exhibit J.  According to the article, a GSA official explained that the reduction was being made to "comply with the directive from the President to reduce the federal workforce."  Ex. J, p. 2.  The article reported the GSA plans to terminate employees across the agency, including in offices that provide technology, procurement, facilities management, and contracting services.  Ex. J, pp. 2, 5.  These mass terminations across GSA will drastically undermine the agency's ability to provide real estate, facilities management, procurement, technology, and other services to other federal agencies and the public.

24.     One article from the Government Executive, dated March 7, 2025, discussed the RIFs at the Public Buildings Service, where I work, more specifically.  A true and correct copy of the article, which can also be found at https://www.govexec.com/workforce/2025/03/gsa-continues-slow-drip-rifs-nearly-wiping-out-entire-offices/403573/, is attached hereto as Exhibit K. The article stated that the Public Buildings Service "laid off around 600 employees, with much of its regional staff throughout the country bearing the brunt of the cuts."  The article noted that "[n]early 40% of GSA's region nine," where I am based, "were let go."  Ex. K, p. 1.  The article reported that GSA's RIFs in March were "focused on eliminating entire functions and offices," including offices within GSA that perform technology and procurement services.  Ex. K, pp. 1–2.

25.     An article from the Federal News Network, dated March 10, 2025, reported that GSA laid off around 600 employees on March 3, with the Public Buildings Service bearing "the brunt of [GSA's] workforce reductions."  A true and correct copy of the article, which can also be found at https://federalnewsnetwork.com/workforce/2025/03/gsa-offers-voluntary-early-retirements-amid-widespread-layoffs/, is attached hereto as Exhibit L.  One GSA employee told Federal News Network that "[e]very single region has reported mass RIFs now, but no one in leadership is disseminating info on it."  Ex. L, p. 3.

26.     Another article from the Federal News Network, dated March 19, 2025, stated that GSA employees impacted by the March 3 RIFs "had been placed on 90 days of administrative leave until their official termination date," which is consistent with my experience.  A true and correct copy of the article, which can also be found at https://federalnewsnetwork.com/workforce/2025/03/gsa-sets-may-deadline-for-more-staff-cuts-through-layoffs-and-incentives/, is attached hereto as Exhibit M.  The article also stated that the GSA will conduct further RIFs and "expect[s] to cut 63% of the [Public Buildings Service] workforce" overall.  Ex. M, p. 3.

27.     According to another article published by the Federal News Network on February 25, 2025, the Public Buildings Service had 5,600 employees prior to the RIFs and other terminations.  A true and correct copy of the article, which can also be found at https://federalnewsnetwork.com/hiring-retention/2025/02/gsas-real-estate-shop-loses-725-

1  employees-to-deferred-resignation-offer/, is attached hereto as Exhibit N.  A 63% cut in Public

2  Buildings Service staff would thus result in the termination of approximately 3,500 employees.

3        28.     The drastic 80% cut from 40 to 8 employees in my Division alone will significantly

4  threaten the health and safety of federal employees, federal contractors, and visitors at the facilities

5  we manage, which include federal office buildings, courthouses, and land ports of entry.  We were

6  already stretched thin with our workload prior to the RIFs.  As I mentioned, my Division manages

7  170 federally owned buildings and leased spaces in 827 commercial buildings across a vast

8  geographic region that includes California, Arizona, Hawaii, Nevada, American Samoa, Guam and

9  the Commonwealth of the Northern Mariana Islands, Diego Garcia, mainland Japan and Okinawa,

10  the Republic of Korea, and Singapore.

11        29.     As a result of the reorganization and RIFs, there will be no one in my Region to

12  address environmental, health, safety, and sustainability issues in the federal office buildings,

13  courthouses, land ports of entry, and other federal facilities.  That means there will be no one in

14  the Region to maintain fire protection systems; oversee the testing of water for the presence of

15  bacteria, lead, and copper; manage indoor air quality; supervise asbestos inspections; ensure the

16  sustainability of the buildings; and address any other environmental, health, and safety concerns

17  that arise during routine testing and emergencies.

18        30.     GSA usually contracts out routine inspections for asbestos, indoor air quality,

19  water, and environmental issues.  But agency employees provide guidelines for the contractors,

20  work with the contractors while they conduct the inspections, answer their questions, and review

21  their results.

22        31.     Employees in my Division also deal with health and safety issues that come up

23  during emergencies.  For example, during wildfires, we develop protocols to address smoke and

24  indoor air quality issues within federal facilities.  If a person in a federal building has tuberculosis,

25  we provide guidance on how to contain its spread.

26        32.     It is difficult to imagine that the few remaining employees at GSA will be able to

27  pick up the work of my Division, especially given reports of large-scale RIFS throughout the

28  agency.  Accordingly, the RIFs will threaten the health and safety of federal employees and

1    anyone else who uses or visits the federal buildings that we manage.  And similarly drastic cuts to

2    other regional offices will no doubt endanger the health and safety of federal employees and

3    visitors at federal buildings, courthouses, and facilities throughout the country.

4         33.    The reorganization and RIFs are having an immediate adverse effect on the Union's

5    ability to provide core services to its members and to accomplish its mission.  Because GSA has

6    issued RIF notices to 563 bargaining unit members, the Union is receiving many questions from

7    members regarding the RIFs.  Many members are concerned about their health insurance, other

8    benefits that will be affected by the RIFs, and ability to find other employment.  Responding to all

9    the questions and trying to reassure members takes a lot of time, and the diversion of time toward

10   those efforts threatens the Union's ability to provide core services to unit members and to

11   accomplish its mission.

12        34.    The Union's staff and activities are funded through members' voluntary dues, most

13   of which are paid through payroll deductions from their pay.  If the Union no longer receives dues

14   from the 563 members who are being laid off, that will make it significantly more difficult for the

15   Union to continue to function and to provide the services and protection to bargaining units

16   identified here.

17        35.    I have worked for GSA since 2009 and have experienced prior government

18   shutdowns in October 2013 and December 2018–January 2019.  Some of my colleagues and I

19   were furloughed, and our facilities management work was temporarily stopped or delayed.  During

20   those periods, if there was an indoor air quality problem in a federal building we managed, for

21   example, no one in my Division could go to the building to address it and federal employees were

22   potentially getting sick from air quality issues.  The reorganization and large-scale RIFs taking

23   place now will make health and safety issues at federal facilities considerably worse than during

24   the prior shutdowns.  There would not just be temporary suspensions or delays in facility

25   management services.  After the RIFs take effect, the environmental, health, and safety issues in

26   many federal buildings and facilities across the country would not be addressed at all.

27

28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed April __29__, 2025, in San Francisco, California.

Vincent Fabris

Exhibit A



**Vincent Fabris** ███████████████████

---

# Notice of Intent of Reduction in Force
1 message

---

**GSA Acting Administrator** <████████████@notify.gsa.gov>      Mon, Feb 24, 2025 at 3:07 PM
To: ███████████████



GSA team,

On Friday, GSA placed the first phase of employees who opted to take the Deferred Resignation Program (DRP) on paid administrative leave to begin their next chapter. I want to congratulate those employees on their decision and thank them for their service to GSA. Many more employees are still working through the DRP process, which will conclude at the end of March. As I have shared with you before, the DRP was the first step in GSA's effort to refocus, modernize, and streamline the agency.

We are now proceeding with the next step of this process, in support of the Presidential Executive Order: *Implementing The President's Department of Government Efficiency Workforce Optimization Initiative*, dated February 11, 2025. This serves as notice that the agency will be conducting a Reduction in Force (RIF) and is seeking approval from Office of Personnel Management (OPM) to also obtain a Voluntary Early Retirement Authority (VERA). More information to impacted business units and employees will be forthcoming.

I offer my sincere and heartfelt gratitude for all GSA employees impacted by this decision. I appreciate your service to this nation, as well as my best wishes for the next stages of your lives and careers. I promise you that GSA will continue to do everything in our power to make your departure fair and dignified.

Thank you,

Stephen Ehikian
Acting Administrator / Deputy Administrator

 U.S. General Services Administration



4/28/25, 4:16 PM
Case 3:25-cv-03698-SI     Document 37-14     Filed 05/01/25     Page 13 of 66
GSA.gov Mail - Notice of Reduction in Force
2/2

This email was sent to ███████████ on behalf of General Services Administration · 1800 F Street NW ·Washington, DC 20405 · 866-606-8220

Exhibit B



**Vincent Fabris - 9PMS** ████████████████

---

## Fwd: Employees Impacted by Reduction in Force (RIF)
1 message

---

**Vincent Fabris - 9PMS** ████████████████
████████████████████████

Mon, Mar 3, 2025 at 3:43 PM

Vincent Fabris, CIH
Industrial Hygienist
Safety and Environmental Branch
Facilities Management Division
General Services Administration
50 United Nations Plaza
Mail Box 9
San Francisco, CA 94102

████████████████████

---------- Forwarded message ---------
From: **GSA Administrator** <gsaadministrator@gsa.gov>
Date: Mon, Mar 3, 2025 at 3:29 PM
Subject: Employees Impacted by Reduction in Force (RIF)
To:

I am writing to share some difficult news. This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours. To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting today, Monday, March 3, 2025. No earlier than 30 days from the date of this email you will receive your official notice of Reduction in Force (RIF), which will begin an additional 60 days of paid administrative leave prior to your separation from the agency. This will give you a total of 90 days on paid leave to help facilitate your transition. The official RIF notice will come to your gsa.gov email and will contain detailed information about your benefits.

You will retain your gsa.gov email to facilitate communications with the agency throughout this 90-day process. In addition, you will be notified if the agency is approved for Voluntary Early Retirement Authority (VERA). If so, you will be able to participate up to your separation date from the agency, if you meet the criteria.

Please take immediate action to complete the requirements in the *Instructions for Employees Impacted by RIF* (attached). Your GSA Access Card will be deactivated so you will need to take immediate steps to return your card, secure access to your GSA email, and establish your paid administrative leave.

This Reduction in Force (RIF) is part of the agency's restructuring process and the functions of affected GSA units no longer align with the agency's goals and recent Executive Orders and guidance from the Office of Personnel Management, including their *Guidance on Agency RIF and Reorganization Plans Requested by Implementing The President's "Department of Government Efficiency" Workforce*

3/3/25, 4:04 PM — GSA.gov Mail - Fwd: Employees Impacted by Reduction in Force (RIF).

Case 3:25-cv-03698-SI — Document 37-14 — Filed 05/01/25 — Page 16 of 66

*Optimization Initiative* issued February 26, 2025. This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition. If you have any questions about next steps, please email RIF@gsa.gov or visit the Office of Personnel Management RIF site. For additional important information, please review the *Reduction in Force Information and Resources* (attached). Should you lose access or need IT support, please contact the IT Service Desk at (866) 450-5250.

On behalf of the GSA, I want to personally thank you for the dedication, hard work, and impact you have made here. Your contributions have mattered, and we are truly grateful. Thank you again for everything you have done for the GSA.

--



**U.S. General Services Administration**

**Stephen Ehikian**
Acting Administrator and Deputy Administrator

**5 attachments**

**Instructions for Employees Impacted by Reduction in Force (RIF).pdf**
150K

**Reduction in Force (RIF) Information and Resources.pdf**
221K

**HR Links Job Aid on Cancelling Approved Leave.pdf**
291K

**HR Links Job Aid on Administrative Leave.pdf**
1150K

**GSA IT General Rules of Behavior - CIO 2104.1C.pdf**
286K

Exhibit C

# Reduction in Force (RIF) Information and Resources
### Information as of 2/28/25

Please use this Information and Resources document to navigate useful information during this transition period. To navigate the document, you can scroll or use the document outline found by clicking the "show tabs and outline" (☰) button to the left of the document.

For specific guidance on required actions for security and GSA Access Cards, retaining systems access, and beginning administrative leave, please refer to the Instructions for Employees Impacted by Reduction in Force (RIF).

## 1)    REDUCTION IN FORCE INTENT

GSA has made the determination to initiate Reduction in Force (RIF) procedures as part of the agency's restructuring process. These actions support the Presidential Executive Order: *Implementing The President's Department of Government Efficiency Workforce Optimization Initiative*, dated February 11, 2025 and OPM Memo: *Guidance on Agency RIF and Reorganization Plans*, dated February 26, 2025.

## 2)    ADMINISTRATIVE LEAVE

Once you receive written notice that you have been impacted by a Reduction in Force (RIF), you will be placed on paid administrative leave effective immediately.

You will remain on paid administrative leave for the duration of the "notice period" as specified in your written notice.

Once on administrative leave, you will no longer be permitted to conduct the duties of your position, but you will retain limited equipment and systems access, to enable official communications regarding your RIF standing, until you separate from the agency.

## 3)    SYSTEMS ACCESS

While on paid administrative leave, you will retain access to the following systems:

- **GSA email** - Your email access will be retained for the sole use of maintaining communication regarding your standing as an employee until your termination. You are prohibited from using it as a representative of GSA or for personal communications
- **HRLinks** - You will retain access, but should not make any changes to past or future timecards.
- **eOPF** - You will retain access to your personnel records via eOPF.
- **FedHR Navigator** - You will retain access to your retirement records and calculator.

1

- **Login.gov** - You will retain access to Employee Express (EEX), Leave and Earnings Statements and W-2 tax prep forms. You are strongly encouraged to update your login.gov account with your personal email address to retain access after you separate.
- **Online Learning University** - You will retain full access to this library of free, online courses until your separation from the agency. We encourage you to take advantage of courses which may assist with your career transition.

**NOTE:** While on administrative leave, you still must follow *GSA's IT Rules of Behavior* and remain in good standing to retain use of GSA systems and equipment.

For information regarding how to save your eOPF files, please refer to Section 6: Separation for instructions on downloading and saving information from your eOPF.

## 4)    PAY AND BENEFITS

### Pay During Administrative Leave

While on paid administrative leave:
- You will continue to be paid at the same rate and frequency as you did before you were placed on administrative leave.
- You will continue to accrue annual and sick leave.
- You will receive any scheduled Within Grade (Step) Increases.
- You will maintain the same benefits as you did before you were placed on administrative leave.

### Pay After Separating from the Agency

Once you separate from the agency:
- You will receive your RIF severance payout, if eligible. OPM's Severance Pay Estimation Worksheet is intended to allow those eligible for severance pay to calculate the approximate amount of severance pay he or she may receive. The actual calculation formula is somewhat more complicated and technical therefore the actual payout will be provided by OHRM.

### Federal Employee Health Benefits

While on paid administrative leave, your health benefits will not change.

Upon separation from the agency:
- Federal Employee Health Benefits (FEHB) will continue for 31 days and may continue, with the employee paying 100%, plus a 2% administrative fee, of the premium (with no contribution from the agency) for up to 18 months.
- Federal Dental and Vision Insurance Program (FEDVIP) coverage ends upon separation.

2

- Flexible spending accounts are closed on separation. Unspent money in a health care FSA is not refunded, although claims for purchases up to the date of separation still will be paid. Unspent money in a childcare FSA will remain available for use through the plan year.
- For more information, visit OPM's RIF Benefits Summary.

## 5)    VOLUNTARY SEPARATION INCENTIVES

### Voluntary Early Retirement Authority (VERA)

Voluntary Early Retirement, or "Early Out", as it is commonly referred to, is a strictly voluntary option that allows eligible employees to retire early.  The authority encourages more voluntary separations and helps agencies to complete needed organizational changes with minimal disruption to the workforce.

There is no reduction in annuity if you are under the age of 62 as a FERS employee, unlike retiring under the normal Minimum Retirement Age (MRA) +10 rules. However, you must be at your MRA to become eligible for the FERS supplement.

**Who is eligible for VERA?**
If you are  covered by the Civil Service Retirement System (CSRS) or the Federal Employees Retirement System (FERS), then you are eligible for VERA if you meet the following requirements:
- 50 years or older with 20 years of service or any age with 25 years of service; and
- Employee is serving in the Agency covered by OPM's authorization for 30 days prior to the agency receiving official approval.

**How to access FedHR Navigator?**
Go to FedHR Navigator
- Use GSAuth to login

## 6)    SEPARATION

### Separating From the Agency

Once your "notice period" has expired:
- You will be required to complete the GSA Form 1655 Pre-Exit Clearance Checklist. The checklist serves as a reminder to return all GSA property, terminate accounts, and cancel certain employment privileges prior to the last active employment date.
- You will receive a box from GSA-IT and will be required to ship or return your agency-issued equipment within 7 days of receipt.

## Retaining Personnel Records

**Login.gov**
You are strongly encouraged to update your access to your personal email address to retain access to Employee Express (EEX), Leave and Earnings Statements and W-2 tax prep forms after you separate.

**Electronic Official Personnel Folder (eOPF)**
To download and save your entire eOPF, please follow the instructions below:
- Go into the [eOPF portal](#) at OPM
- Click "My eOPF Print Folder" tab at the top
- Check "Select All"
- Click one of the two print buttons
- Click "My eOPF Print Status" tab at the top
- Wait for the print request to process (this can take several minutes or longer depending on volume)
- While waiting, read the instructions describing what the password will be for your document password
  - Password will be your last name plus the print number, which you will see in a box as the request is processing.  Example:  John Doe requested the print job and the system assigned 1234 as the job number.  The password would be Doe1234
- When "View" appears in the "Action" box, click on it.
- Save as a PDF
- Open the PDF in Adobe and enter password

## Outside Employment and Unemployment Benefits

While on administrative leave:
- You are not eligible to receive state unemployment benefits.
- You are free to accept other employment subject to the ethics rules for outside employment and applicable federal law; however, you may not accept employment with another federal agency.

Once you are terminated:
- You are eligible to receive state unemployment benefits.
- You are free to accept federal or non-federal employment, subject to the post-government employment ethics rules and applicable federal law.
- You are entitled to reinstatement rights afforded all federal "displaced employees" for a period of three years.

## Retention Standing

Your retention standing will be provided in your individual official RIF notice. Retention standing is an employee's relative standing on a retention register based on tenure, veterans' preference, and length of service augmented by performance credit.

# 7)   CAREER TRANSITION

## Available Employee Support

- Access to GSA's Online Learning University (OLU) will be available during your paid administrative leave. You may use this resource to build skills during your transition period.
- The Employee Assistance Program (EAP) offers assistance for a variety of situations such as grief, job stress, drug addiction, alcohol dependency, and mental health, emotional well-being, family matters, legal and financial problems. Licensed or credentialed professional counselors provide no-cost face-to-face, short-term counseling to employees and family members. Counselors also provide referrals to community resources based on client needs, health insurance coverage, and financial resources.
    - Employees can call 800-222-0364 or 888-262-7848 (TTY) from anywhere in the United States and employees assigned overseas can call collect 314-387-4701 to receive immediate assistance, 24 hours a day, 365 days a year. You can also obtain information and resources online at www.FOH4You.com.

## Career Transition Assistance Plan (CTAP)

The Career Transition Assistance Plan (CTAP) is an intra-agency program that helps surplus or displaced federal employees improve their chances of finding a new job in their agency, by giving them selection priority over other applicants, as long as they're qualified for the job.

You're eligible for CTAP if:
1. You're a current federal employee who meets the definition of a surplus or displaced employee—you've received official notice that your job is no longer needed or that you will lose your job by Reduction in Force (RIF).
2. Your agency is accepting applications from within or outside of the permanent workforce.
3. You meet the qualifications and other requirements of the job you're applying for.

## Interagency Career Transition Assistance Plan (ICTAP)

The Interagency Career Transition Assistance Plan (ICTAP) is an interagency program that helps surplus or displaced federal employees improve their chances of finding a new job at another agency (not their current or former agency), by giving them selection priority over other applicants from outside the agency.

You're eligible for ICTAP if:
1. You're a current federal employee who meets the definition of a surplus or displaced employee—you've received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF).
2. The agency you're applying to is accepting applications from outside of their workforce.
3. The job you're applying to is in the local commuting area.
4. You meet the qualifications and other requirements of the job you're applying for.

For more information on Career Transition, please visit the Office of Personnel Management (OPM) The Employee's Guide to Career Transition (CTAP, ICTAP, RPL)

## 8)    CONTACTS

If you have any questions about next steps, please email RIF@gsa.gov or visit the Office of Personnel Management RIF site. Please do not reach out to OPM directly with questions. Instead, for all benefits and retirement questions, contact your Designated Benefits Specialist or contact RIF@gsa.gov. Should you lose access or need IT support, please contact the IT Service Desk at (866) 450-5250.

Exhibit D



**Public Buildings Service**

07 April 2025

MEMORANDUM FOR          Fabris,Vincent C
                        Industrial Hygienist
                        Public Buildings Service

FROM:                   MICHAEL PETERS (P)
                        COMMISSIONER
                        PUBLIC BUILDINGS SERVICE

SUBJECT:                SPECIFIC NOTICE OF REDUCTION-IN-FORCE

In support of the Executive Orders signed by President Donald Trump, *The Hiring Freeze dated January 20, 2025, Eliminating the Federal Executive Institution dated February 10, 2025,* and the *Department of Government Efficiency Workforce Optimization Initiative dated February 11, 2025,* the GSA is executing a Reduction in Force (RIF) as part of the broader strategy to improve efficiency and reduce the size of the agency's workforce. This memorandum serves as a specific reduction in force notice.

Your position as a Industrial Hygienist 0690, ▇ located in the 9PMS, Public Buildings Service, General Services Administration (GSA), is being abolished as part of an agency reduction-in-force.

This action is being carried out in accordance with law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and internal GSA Policy. In accordance with these provisions, you will be released from your competitive level. This register was based on the following factors:

**Competitive area**: 9PMS

**Type of Service:** Permanent

**Position Title, Series, Grade:** Industrial Hygienist 0690, ▇

**Retention subgroup:** ▇

**Competitive Level:** ▇▇▇

**Tenure Group:** ▇ Permanent

**RIF SCD:** ▇▇▇▇

1

**Adjusted RIF SCD:** ███████

**Most Recent Performance Ratings (Last 4 years):** ██

█

We have determined that there are no opportunities for assignment to another position in your competitive area. As a result, you will be separated from the Federal service by RIF procedures on **6/6/2025**. You will be placed into administrative leave status for this duration and must return your Government equipment at the earliest opportunity.

If you have questions about the RIF process, you may consult the civil service regulations and the OPM Workforce Reshaping Handbook.

You are eligible for placement assistance under the Agency Career Transition Assistance Program (CTAP) which provides:
- Special selection priority to other Agency offices within the commuting area,
- Registration on the Agency Reemployment Priority List (RPL); and
- Information about special selection priority under the Interagency CTAP.

Information and registration procedures for the RPL are included in the attachments to this notice. You will need to submit your updated resume and registration form on or before the deadline to RPL@gsa.gov.  For more information on RPL, CTAP and ICTAP, see the GSA Order 9330.3.

You may be eligible for severance pay under civil service regulations if you are not in fact eligible for regular optional retirement, voluntary early retirement authority (VERA) or discontinued service retirement (DSR). Employees eligible for DSR are separated through personnel action under RIF (as for all other affected individuals) but must apply for DSR to receive separation benefits. For information on DSR, see the CSRS/FERS Handbook Chapter 44 and contact your retirement specialist.

Your separation may also confer eligibility for unemployment compensation via your state's workforce security office. You may receive an SF-8, *Unemployment Compensation for Federal Employees (UCFE)* to help you in that application process.

**Please acknowledge receipt of this memorandum by clicking "Reply" and typing "Received."** Your reply does not mean that you agree or disagree with the contents of this memorandum. By replying, you will not forgo any of the rights mentioned above. Failure to reply does not void the contents of this memorandum.

2

Be assured that this reduction in force, and the abolishment of your position, in no way reflects on your performance, efficiency or conduct as a GSA employee. If you have any questions concerning the abolishment of your position, please contact the Office of Human Resources at RIF@gsa.gov.

**Attachment:**
- Your Rights in Connections with this action
- Reemployment Priority List Registration Form

Exhibit E



**Vincent Fabris** ▉▉▉▉▉▉▉▉▉

---

# Retention Register
1 message

---

**Vincent Fabris** ▉▉▉▉▉▉▉▉▉▉▉　　　　　　　　　　　Mon, Apr 14, 2025 at 3:15 PM
To: RIF Mailbox <rif@gsa.gov>

To whom this may concern:

As an employee being RIFed, I want to see the retention register. If I am not allowed to see the retention register I want to know why.

Respectfully,

Vincent Fabris, CIH
Industrial Hygienist
Safety and Environmental Branch
Facilities Management Division
General Services Administration
50 United Nations Plaza
Mail Box 9
San Francisco, CA 94102

Cell: ▉▉▉▉▉▉▉▉

Exhibit F



**Vincent Fabris** ███████████████

## RIF Retention Register
1 message

---

**RIF Mailbox** <rif@gsa.gov>                                    Thu, Apr 24, 2025 at 7:37 AM
Bcc: ███████████████████

Good Morning,

Please find attached the retention register created in conjunction with this RIF action. The agency established competitive levels that included groups of interchangeable positions. The agency applied four RIF retention factors (tenure, veterans' preference, length of service, and performance ratings) to the competitive level which then became the retention register, which lists employees in the order of their relative retention standing. Though this is being provided, please note that this RIF was conducted under liquidation provisions, where there is no consideration given to retention standing.

Regards,
GSA RIF Team

---

 **A N00A.pdf**
389K

Exhibit G



**Public Buildings Service**

15 April 2025

MEMORANDUM FOR          Fabris,Vincent C
                        Industrial Hygienist
                        Public Buildings Service

FROM:                   MICHAEL PETERS
                        COMMISSIONER
                        PUBLIC BUILDINGS SERVICE

SUBJECT:                SPECIFIC NOTICE OF REDUCTION-IN-FORCE

In support of the Executive Orders signed by President Donald Trump, *The Hiring Freeze dated January 20, 2025, Eliminating the Federal Executive Institution dated February 10, 2025,* and the *Department of Government Efficiency Workforce Optimization Initiative dated February 11, 2025,* the GSA is executing a Reduction in Force (RIF) as part of the broader strategy to improve efficiency and reduce the size of the agency's workforce. This memorandum serves as a specific reduction in force notice.

Your position as a Industrial Hygienist, GS-0690-█ located in the 9PMS, Public Buildings Service, General Services Administration (GSA), is being abolished as part of an agency reduction-in-force.

This action is being carried out in accordance with law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and internal GSA Policy. In accordance with these provisions, you will be released from your competitive level. This register was based on the following factors:

**Competitive area**: 9PMS

**Type of Service:** Permanent

**Position Title, Series, Grade:** Industrial Hygienist, GS-0690-█

**Retention subgroup**: █

**Competitive Level:** █████

**Tenure Group:** █ - Permanent

**RIF SCD:** ██████

**Adjusted RIF SCD:** ███████████

**Severance Pay Estimate:** $0.00

**Most Recent Performance Ratings (Last 4 years):** ██

- 2024 Rating: ██
- 2023 Rating: ██
- 2022 Rating: ██
- 2021 Rating: ██

We have determined that there are no opportunities for assignment to another position in your competitive area. As a result, you will be separated from the Federal service by RIF procedures on **6/7/2025**. You will be placed into administrative leave status for this duration and must return your Government equipment at the earliest opportunity.

If you have questions about the RIF process, you may consult the civil service regulations and the OPM Workforce Reshaping Handbook.

You are eligible for placement assistance under the Agency Career Transition Assistance Program (CTAP) which provides:
- Special selection priority to other Agency offices within the commuting area,
- Registration on the Agency Reemployment Priority List (RPL); and
- Information about special selection priority under the Interagency CTAP.

Information and registration procedures for the RPL are included in the attachments to this notice. You will need to submit your updated resume and registration form on or before the deadline to RPL@gsa.gov.

Your severance estimate is included if you are eligible. The RIF Benefits Guide has general information about leave and benefit entitlements. This resource provides guidance on grade and pay retention, repromotion consideration, severance pay, leave and unemployment compensation. You will not receive severance if you are eligible for regular optional retirement, voluntary early retirement authority (VERA) or discontinued service retirement (DSR). Eligibility for severance and the worksheet used to calculate your estimate is provided here. Employees eligible for DSR are separated through personnel action under RIF (as for all other affected individuals) but must apply for DSR to receive separation benefits. For information on DSR, see the CSRS/FERS Handbook Chapter 44 and contact your retirement specialist.

Your separation may also confer eligibility for unemployment compensation via your state's workforce security office. You may receive an SF-8, *Unemployment Compensation for Federal Employees (UCFE)* to help you in that application process.

**Please acknowledge receipt of this memorandum by clicking "Reply" and typing "Received."** Your reply does not mean that you agree or disagree with the contents of this

memorandum. By replying, you will not forgo any of the rights mentioned above. Failure to reply does not void the contents of this memorandum.

Be assured that this reduction in force, and the abolishment of your position, in no way reflects on your performance, efficiency or conduct as a GSA employee. If you have any questions concerning the abolishment of your position, please contact the Office of Human Resources at RIF@gsa.gov.

**Attachment:**
- Your Rights in Connections with this action
- Reemployment Priority List Registration Form
- OHRM Points of Contact

Exhibit H



**Vincent Fabris** ██████████████

---

## RIF Retention Register

1 message

---

**RIF Mailbox** <rif@gsa.gov>                           Thu, Apr 24, 2025 at 7:37 AM
Bcc: ███████████████████

Good Morning,

Please find attached the retention register created in conjunction with this RIF action. The agency established competitive levels that included groups of interchangeable positions. The agency applied four RIF retention factors (tenure, veterans' preference, length of service, and performance ratings) to the competitive level which then became the retention register, which lists employees in the order of their relative retention standing. Though this is being provided, please note that this RIF was conducted under liquidation provisions, where there is no consideration given to retention standing.

Regards,
GSA RIF Team

---

 **A N00A.pdf**
389K

Exhibit I



U.S. GENERAL SERVICES ADMINISTRATION (GSA)

MARCH 3, 2025

MEMORANDUM

TO:        MARGARET LIEN
                PRESIDENT
                AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 236

FROM:     FITZGERALD GREEN
                NATIONAL LABOR RELATIONS SPECIALIST
                NATIONAL LABOR RELATIONS TEAM
                OFFICE OF HUMAN RESOURCES MANAGEMENT
                U.S. GENERAL SERVICES ADMINISTRATION

SUBJECT:   NOTIFICATION OF REDUCTION IN FORCE

---

This is the formal notice of management's decision to implement a reduction in force (RIF), effective June 1, 2025. In accordance with Article 30 of the Collective Bargaining Agreement (CBA) between the U.S. General Services Administration (GSA) and the American Federation of Government Employees (AFGE), Local 236, we are providing the below required information:

**1. The event that may necessitate a RIF or Transfer of Function (TOF);**

As part of our ongoing efforts to align with the administration's workforce policies and strategic restructuring initiatives, GSA is taking necessary steps to optimize the agency's operations while ensuring compliance with federal directives. In accordance with the Executive Orders signed by President Donald J. Trump—the Hiring Freeze, dated January 20, 2025, Eliminating the Federal Executive Institution, dated February 10, 2025, and the Department of Government Efficiency Workforce Optimization Initiative, dated February 11, 2025, GSA is executing a RIF as part of a broader strategy to improve efficiency and reduce the size of the agency's workforce.

**2. The approximate number of employees  that may be affected initially;**

There are 563 employees affected by this RIF in the Public Buildings Service (PBS), 172 of which are bargaining unit employees represented by AFGE. Attached is a listing of employees by organization. It is anticipated that this RIF will be conducted for all competitive levels (meaning, all job series and GS grades) within each affected competitive area, defined on an organizational basis, resulting in abolishment of all positions.

Retention registers will be provided in accordance with the CBA.

**3. The cut-off for processing personnel actions in the affected competitive areas prior to implementation;**

Personnel actions were cut off on February 27, 2025.

**4. The anticipated effective date that the action will be taken.**

As noted above, the RIF will be effective June 1, 2025.

AFGE Local 236 may request bargaining on procedures or appropriate arrangements related to the RIF that are not covered by the negotiated RIF procedures in Article 30 or other provisions of the parties' CBA. Such a request must be submitted within five (5) workdays of receiving this notice. If a briefing is requested, it will be scheduled within ten (10) workdays, and AFGE Local 236 must submit any proposals within ten (10) workdays following the briefing. Any negotiable proposals will subsequently be addressed through mid-term bargaining.

All bargaining will be conducted in accordance with the CBA and the Statute (5 U.S.C. § 7101 et seq.). If no request to bargain or negotiable proposals are received within the specified timeframe, GSA will proceed with implementation as planned.

**5. Conclusion**

GSA is committed to working closely with AFGE Local 236 throughout this process.

If you have any questions regarding this notice, please contact Fitzgerald Green or Terry Oberly, National Labor Relations Specialists, with the National Labor Relations Team, at nlrt@gsa.gov.

Attachment: Roster of AFGE-represented bargaining unit employees

Exhibit J

Listen Live ⌄

**TRENDING:** Opportunities for laid-off OPM employees  |  IRS layoff notices delayed by 'glitches'  |  Space Force plans alarm governors

HIRING/RETENTION

## GSA seeks 50% spending cuts, nonvoluntary RIF after OPM's resignation offer

The proposed cuts and RIF at GSA raise questions about its ability to keep meeting its mission without impacting customer agencies.

 Jory Heckman | @jheckmanWFED
February 4, 2025 12:13 pm   🕐 6 min read

 

**GSA seeks 50% spending cuts, nonvoluntary RIF after OPM's resig…**

⟲ ⟳                                                       ☁ ⓘ    00:00:00

The Trump administration's leadership at the General Services Administration is looking to cut the agency's total budget in half, and looking to reduce staffing to reach that goal.

GSA leaders have notified staff they are expected to reduce total spending across all programs and personnel by 50%. Plans to meet that goal are due to GSA's acting administrator no later than Friday.

GSA's Federal Acquisition Service told staff in a town hall meeting on Jan. 31 that senior leadership is developing a plan to cut GSA's spending by 50%. Potential areas for cuts include personnel, payroll and contracts.

GSA leadership didn't offer a timeline for implementing the cuts, but employees were told that a nonvoluntary Reduction in Force (RIF) is expected "shortly" after Feb. 6. That's the deadline for federal employees to accept the Office of Personnel Management's "deferred resignation offer."

——  **Learn how FEMA and DoD teams are using collaboration, automation and AI to shape cybersecurity at the edge in our new Executive Briefing, sponsored by Verizon. Download today!**

(https://federalnewsnetwork.com/cme-event/federal-insights/threat-hunters-at-the-edge-how-fema-dod-teams-tackle-cyber-at-frontline-disaster-response-sites/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=verizon&utm_content=in-articlepromo)

FAS Commissioner Josh Gruenbaum told staff in an email this week that FAS will be "looking at operations in every portfolio to strengthen our business and comply with the directive from the President to reduce the federal workforce."

"We can and must make tough decisions to create a leaner and more agile organization," Gruenbaum wrote.

Among those decisions, Gruenbaum told employees that "we won't need staff in certain parts of the country," and will be "cutting redundant business functions and associated staffing."

"In addition to optimizing our workforce, we're also considering how we can use AI in our portfolios and ways to reduce prices for our client agencies," Gruenbaum wrote.

Acting GSA Administrator Stephen Ehikian told employees in an email last week that the "OPM email is real and should be taken seriously," and added that there are "NO excluded positions" at GSA.

"Per President Trump's directives concerning the federal workforce, there will be a multi-step approach to reducing the size of the federal workforce and consolidating redundant operations," Ehikian wrote in an email sent Jan. 30.

"If you do not accept, you should expect more changes to come. We will be implementing a performance culture that will evaluate everyone based on key performance metrics," he wrote. "There will be further consolidation of office and centralization of functions. This plan is actively being worked on, but will not be finalized before Feb. 6."

—— **Sign up for our daily newsletter so you never miss a beat on all things federal**

**(https://federalnewsnetwork.com/email-alerts/)**

GSA's return to office mandate, he added, will go into effect on March 3, with the requirement of working five days per week at a federal facility.

Elon Musk, the head of the White House's Department of Government Efficiency, wrote on X (https://x.com/elonmusk/status/1886498750052327520) Monday that GSA's 18F —— a team of designers, software engineers and product designers that helps other federal agencies build, buy and share technology products —— has been "deleted."

A source familiar with the situation at GSA said 18F engineers "have deleted large swaths of internal code" at the direction of Thomas Shedd, the director of GSA's Technology Transformation Services.

Federal News Network has reached out to GSA for comment about 18F's status and spending cuts proposed by GSA's leadership.

## 'GSA is going to be a substantially smaller organization'

Michael Peters, commissioner of GSA's Public Buildings Service, told staff in an email obtained by Federal News Network that non-Defense Department federal building space —— both owned and leased —— "should be reduced by at least 50%."

"This reduction will come from more efficient space utilization, as well as an overall downsizing of the federal workforce," Peters wrote.

The lower operating and maintenance costs, he added "will enable us to deliver higher-quality work environments over a smaller, more appropriately-sized footprint."

Peters wrote that his initial assessment of GSA's real-estate holdings shows a "gross excess of space in the portfolio," as well as "substantial levels of deferred maintenance."

Peters said GSA will also transition away from an "agency-centric model of space utilization" to a "whole of government" approach "that assesses requirements and availability across agencies."

—— Read more: Hiring/Retention

(https://federalnewsnetwork.com/category/workforce/hiring-retention/)

He added that he expects this new approach will allow PBS to "further consolidate and reduce space, as well as downsize the associated support staff and other PBS resources."

Peters previewed his plans last week at a meeting of the Public Buildings Reform Board. (https://federalnewsnetwork.com/facilities-construction/2025/01/federal-buildings-chief-eyes-50-reduction-of-office-space-moving-gsa-out-of-its-headquarters/) During that meeting, he said a "disproportionate amount" of eliminated building space would come from the Washington, D.C. metro area — and will include GSA moving out of its own 1800 F St. NW headquarters.

Peters said the PBS is also restructuring away from an "outdated and inefficient model" of 11 regional offices (https://www.gsa.gov/about-us/gsa-regions) across the country.

"In the immediate future, we will effectuate a restructuring along functional reporting lines rather than the current matrix of regions and functions," he wrote. This more streamlined organization will allow the majority of our remaining personnel the flexibility to provide service across the entire geographic footprint in response to surges in demand and provide improved resource utilization and efficiency."

Peters said these plans are still not "fully formed," but notified PBS staff ahead of OPM's deferred resignation offer deadline (https://federalnewsnetwork.com/workforce/2025/01/trump-

administration-offers-most-feds-deferred-resignation-if-they-quit-by-next-week/) .

"GSA is going to be a substantially smaller organization in the future. I am excited to work with a highly motivated team to affect transformational change. If you want to join me on this mission to transform how PBS functions and to set an example for other federal agencies, be prepared for the hard work and difficult decisions that will be required to right size PBS," he wrote.

## 'If there is a place in government that is run like a company, it is GSA'

The proposed cuts at GSA raise questions about its ability to keep meeting its mission without impacting customer agencies.

A former GSA official told Federal News Network that the agency and its many missions — the federal government's landlord, tech hub and contracting nerve center — have always been a "force-multiplier for really good cross-governmental efficiencies."

"It is a prerogative of the president to set the budgets, to make sure that the government is functioning in a reflection of the way they want. I'm not trying to take that away from the administration. But to come in and just do mass layoffs and without really understanding the potential consequences — there's mission-critical infrastructure run out of GSA," the official said.

While Trump administration officials have touted agency cuts as a way to cut federal spending, much of GSA's funding doesn't come from congressional appropriations.

"It's mostly not an appropriated agency. Even the IT shop at GSA runs off a working capital fund, which is responsive to the buyers of tech within the agency," the former GSA official said. "If there is a place in government that is run like a company, it is GSA. So to dismiss it, and say it's 'deleted,' you're either missing the point or there's something else at play here."

Exhibit K

**Government Executive**

# GSA continues slow drip of RIFs, nearly wiping out entire offices

By Natalie Alms and Eric Katz

March 7, 2025

The General Services Administration is slowly moving through its organization to lay employees off en masse, leaving some of its offices with few if any staff still standing.

On Thursday, the agency — which plays a key role in managing the government's real estate, procurement and technology, among other things — slashed virtually all of its Office of the Chief Financial Officer based in the national capital region, issuing more than 100 reduction-in-force notices.

That followed the agency on Wednesday eliminating nearly the entire northwest region of its Public Buildings Service, issuing RIFs to more than 90% of its roughly 200 employees there.

PBS had earlier this week laid off around 600 employees, with much of its regional staff throughout the country bearing the brunt of the cuts. Nearly 40% of GSA's region nine, based in San Francisco and covering California, Nevada, Arizona and Hawaii, were let go, employees said. GSA is in the process of terminating thousands of leases across the country and has said it will soon list hundreds of federal properties to sell.

Last weekend, GSA also eliminated 18F, a government consultancy that helps other agencies with their technology, laying off around 90 people. Among the work affected by the shuttering of the group were projects to help military service members and overseas Americans vote more securely and to stand up a new website at the National Weather Service, according to a group of former 18F employees.

More cuts are coming. In a Thursday meeting, Thomas Shedd — the head of the agency's cross-government tech group, the Technology Transformation Services, which housed 18F — told staff that TTS will be cut down to half its size, according to a recording of the meeting obtained by *Government Executive*. TTS will stop work that isn't required by statute, is not deemed "critical" or falls outside the priorities of GSA and the administration. The agency will eliminate contracts and job functions outside of those areas, he said.

Shedd, a Tesla alum, previously called TTS' technical expertise "essential" to GSA and the administration. On Thursday, he asked employees "to remain focused on the reason you came to the government and the team to begin with, which is to deliver value and ship," tech lingo for releasing a product or feature.

At a separate town hall meeting for another one of GSA's divisions on Thursday, employees were told RIFs were focusing on the Federal Acquisition Service—of which TTS is a part—and PBS first. About three-quarters of GSA's 13,000 employees work in those two divisions. The remaining GSA offices will subsequently endure their own RIFs to align with the restructured FAS and PBS, employees were told.

One current GSA employee said the morale has, expectedly, tanked at the agency and "no one knows" when the slow but steady stream of layoffs will end.

"We're constantly checking emails for RIF notices and debating whether it would be better to be RIF'd now, because the daily threat is mentally draining, or be one of the few left to pick up the pieces of whatever is left of a formerly great place to work," the employee said.

GSA's acting administrator, Salesforce alum Stephen Ehikian, warned employees last week that RIFs would be coming at the agency. The layoffs followed a directive from President Trump to conduct widespread workforce reductions and all agencies are required to submit initial RIF plans by March 13. Like many agencies, GSA also offered voluntary early retirement to eligible staff.

GSA's RIFs are currently focused on eliminating entire functions and offices, according to employees briefed on that matter, with more nuanced cuts expected in the next round.

Within GSA, various offices have presented their roles and responsibilities to what senior executives are calling a "murder board," on which Ehikian and other political appointees sat, to justify their positions. The focus of those meetings was on staffing cuts, according to an employee briefed on the discussions.

Ehikian has been particularly focused on utilizing AI to reduce headcount and at least some GSA employees have been tasked with reporting to their supervisors on ways the technology could assume their work responsibilities.

Within TTS, Shedd listed the government's identity proofing and single sign-on service, Login.gov, as a priority. The division head also pointed to FedRAMP — a security standards program for cloud products and services — and cloud.gov — a shared service for government agencies to move to the cloud — as priorities. He noted that the cloud.gov team has been "working super hard" to help GSA's leadership with AI.

"There's still loads of work to do," Shedd told staff in the online meeting, where the chat function was disabled and no questions were taken, according to a current TTS employee. But even the TTS teams doing work that is continuing under the current administration could see cuts as GSA tries to get to a "target reduction number," he said.

By Natalie Alms and Eric Katz

March 7, 2025

https://www.govexec.com/workforce/2025/03/gsa-continues-slow-drip-rifs-nearly-wiping-out-entire-offices/403573/

Exhibit L

Listen Live ⌄

WORKFORCE

## GSA offers voluntary early retirements amid widespread layoffs

GSA is also pursuing Voluntary Separation Incentive Payments (VSIPs) worth up to $25,000 to eligible employees.

 Jory Heckman | @jheckmanWFED
March 10, 2025 3:54 pm  ⏱ 3 min read



The General Services Administration is offering early retirement to eligible employees, and is seeking approval to offer lump-sum payments as part of the deal.

Several agencies are making similar offers to their employees, as the Trump administration pursues widespread cuts to the federal workforce.

This is the latest step GSA is taking to reduce its headcount. The agency has already laid off hundreds of employees since last week, as part of an ongoing Reduction in Force (RIF).

GSA Acting Administrator Stephen Ehikian told employees in an email that the Office of Personnel Management approved its request for Voluntary Early Retirement Authority (VERA) to all eligible employees, "including those impacted by the RIF."

—— Join us Apr. 29-30 at 1 p.m. ET to hear from leaders across government and industry during Federal News Network's CX Exchange. Register now!

(https://federalnewsnetwork.com/cme-event/technology-main/federal-news-networks-cx-exchange-2025/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=cx_exchange&utm_content=in-articlepromo)

"VERA is a strictly voluntary option that allows eligible employees to retire early and is often used by agencies undergoing reductions and restructuring as a means of achieving their workforce goals with less disruption to individuals and work units," Ehikian wrote in the email obtained by Federal News Network.

GSA has also asked OPM for approval to offer Voluntary Separation Incentive Payments (VSIPs) to eligible employees. Ehikian wrote that he's "optimistic about it being approved in the near future."

The maximum amount agencies can offer in a VSIP is $25,000.

Federal employees under the Civil Service Retirement System (CSRS) and Federal Employees Retirement System (FERS) are eligible for voluntary early retirement (https://federalnewsnetwork.com/workforce/2021/03/usps-offers-early-retirements-to-non-union-employees-in-agency-reorganization/) if they're at least 50 years of age, with at least 20 years of service, or any age with at least 25 years of service.

"I encourage each of you to consider your options as we move forward," Ehikian told employees. "The new GSA will be slimmer, more efficient and laser-focused on efficiency and high-value outcomes."

A GSA spokesperson told Federal News Network that the agency is "pleased that OPM approved Voluntary Early Retirement Authority (VERA) to be offered to all eligible GSA employees as we continue our restructuring."

The spokesperson added that the GSA's ongoing restructuring is in support on a recent executive order (https://links-1.govdelivery.com/CL0/https:%2F%2Flinks-1.govdelivery.com%2FCL0%2Fhttps:%252F%252Fwww.whitehouse.gov%252Fpresidential-actions%252F2025%252F02%252Fimplementing-the-presidents-department-of-government-efficiency-workforce-optimization-initiative%252F%2F1%2F010001953a36de88-1b59d43a-1640-4d59-8912-063534905157-000000%2FL9-B2lNY9hTOCHrZ5YK5BUR3Aqm6IZOQanle8hzKoOA=393/1/010001958101e2d6-a8a2820b-976a-48d5-94f8-8346904fa568-000000/GKDY6MRMJ39SbUXO8s4Bk3teT9zgxsK4LPpC0vhxvSM=395) signed by President Donald Trump.

⎯⎯   Sign up for our daily newsletter so you never miss a beat on all things federal

(https://federalnewsnetwork.com/email-alerts/)

GSA's Office of Human Resources Management, he added, will send additional information on the VERA, eligibility requirements and VSIP updates.

The agency laid off about 600 employees on March 3, and continues to terminate additional personnel.

GSA's Public Buildings Service, which manages a governmentwide portfolio of leased and owned federal office buildings, has felt the brunt of these workforce reductions. Agency leaders expect to cut 63% of its workforce.

Last week, GSA began terminating employees across its 11 regional offices. The agency on March 5 announced major layoffs in its region 10 office (https://x.com/jheckmanWFED/status/1897451413518594518), which generally covers the Pacific Northwest.

"Every single region has reported mass RIFs now, but no one in leadership is disseminating info on it," one GSA employee told Federal News Network. "We are getting updates from an offline GSA employee group chat and just trading info at this point."

FedScoop first reported last week (https://fedscoop.com/exclusive-gsa-to-reduce-tech-services-arm-by-50-eliminate-non-statutory-work/) that GSA also plans to cut its Technology Transformation Services staff by 50%.

Ehikian wrote in his email that GSA "has initiated significant reductions and restructuring across several business units to gain efficiencies, eliminate redundancy, and improve alignment with Administration and agency priorities."

"I offer my sincere and heartfelt gratitude for the work of all GSA employees impacted by these decisions. I am working closely with senior leaders across GSA to reshape and refocus organizational units as quickly as possible following these departures. I am confident that these changes will return GSA to our founding principles of ensuring the federal government operates with efficiency, fiscal responsibility, and accountability," he wrote.

Other agencies are taking a similar approach to cut staffing.

—— Read more: Workforce

(https://federalnewsnetwork.com/category/workforce/)

The Social Security Administration told staff last month (https://federalnewsnetwork.com/workforce/2025/02/ssa-wants-to-reduce-workforce-by-7000-through-vera-vsip/) it's offering voluntary early retirements and VSIPs worth up to $25,000, with the goal of reducing its workforce by about 7,000 employees. SSA already has its lowest headcount in more than 50 years.

The Associated Press reported Monday (https://federalnewsnetwork.com/workforce/2025/03/top-us-health-agency-makes-25000-buyout-offer-to-most-of-its-employees/) that the Department of Health and Human Services sent a similar "voluntary separation offer" to more than 80,000 of its employees.

*Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*

Exhibit M

4/20/25, 9:26 PM
Case 3:25-cv-03698-SI   Document 37-14   Filed 05/01/25   Page 55 of 66
GSA sets May deadline for more staff cuts through layoffs and incentives



Listen Live ⌄

WORKFORCE

## GSA sets May deadline for more staff cuts through layoffs and incentives

GSA expects to complete a first-round RIF at the Federal Acquisition Service by the end of next week. A second round of layoffs at FAS is expected this summer.

 Jory Heckman | @jheckmanWFED
March 19, 2025 7:02 pm   🕒 4 min read



The General Services Administration is planning further cuts to its workforce by early May through a combination of voluntary incentives to leave the agency and nonvoluntary layoffs.

GSA is offering Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIP) to employees. Wednesday is the first day eligible employees can apply for early retirement and buyouts.

GSA Deputy Chief Human Capital Officer Jeremy Taylor told employees in an email the agency will accept VERA and VSIP applications through April 4.

Employees who accept the VERA/VSIP will separate from the agency no later than May 3.

___   **Join us Apr. 29-30 at 1 p.m. ET to hear from leaders across government and industry during Federal News Network's CX Exchange. Register now!**

(https://federalnewsnetwork.com/cme-event/technology-main/federal-news-networks-cx-exchange-2025/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=cx_exchange&utm_content=in-articlepromo)

"Employees may apply for a VERA only, or a VSIP in combination with a resignation, a regular optional retirement, or early retirement (VERA)," Taylor wrote.

Employees laid off through an ongoing Reduction in Force (RIF) are eligible to apply to the VERA/VSIP, but Taylor said RIF'd employees are prohibited from receiving both a VSIP payment and severance.

The maximum amount agencies can offer in a VSIP is $25,000. Federal employees under the Civil Service Retirement System (CSRS) and Federal Employees Retirement System (FERS) are eligible for voluntary early retirement (https://federalnewsnetwork.com/workforce/2021/03/usps-offers-early-retirements-to-non-union-employees-in-agency-reorganization/) if they're at least 50 years of age, with at least 20 years of service, or any age with at least 25 years of service.

This is GSA's latest step to shrink its workforce. The agency laid off hundreds of employees earlier this month, as part of an ongoing Reduction in Force (RIF). Employees who received RIF notices must also separate from the agency no later than May 3.

Thomas Shedd, director of GSA's Technology Transformation Services, told employees that staff in two divisions — the Talent Division and Market Development & Partnerships Division — were laid off.

The Talent Division (https://handbook.tts.gsa.gov/office-of-operations/talent/) focused on hiring and onboarding decisions. MD&P oversaw several functions (https://handbook.tts.gsa.gov/office-of-operations/market-dev-and-partnerships/), including lead generation, account management and customer satisfaction.

Shedd said affected employees have received an email with their official termination notice. TTS already cut about 50% of its workforce earlier this month.

—— **Sign up for our daily newsletter so you never miss a beat on all things federal**

(https://federalnewsnetwork.com/email-alerts/)

"These are difficult times and TTS will be impacted by the departure of these valued colleagues, who were in many cases friends," Shedd wrote in an email. "I want to thank them for their service and offer

gratitude for the contributions they've made to our organization. They were an important part of how TTS was built and how it delivers for partners and the American public."

More cuts are expected, according to two people familiar with GSA's planning. The agency expects to complete a first-round RIF at the Federal Acquisition Service by the end of next week. A second round of layoffs at FAS is expected this summer.

The [agency laid off about 600 employees on March 3 (https://federalnewsnetwork.com/workforce/2025/03/gsa-offers-voluntary-early-retirements-amid-widespread-layoffs/)](https://federalnewsnetwork.com/workforce/2025/03/gsa-offers-voluntary-early-retirements-amid-widespread-layoffs/) and terminated hundreds more in the following days. GSA's Public Buildings Service, which manages a governmentwide portfolio of leased and owned federal office buildings, felt the brunt of these workforce reductions. Agency leaders expect to cut 63% of the PBS workforce.

A GSA employee, however, told Federal News Network that the Public Buildings Service hit a "snag" with its RIFs, and will have to wait 90 days to continue further cuts.

GSA conducted "box" RIFs across PBS, eliminating entire functions or closing entire office locations the agency said it no longer needed. Employees impacted by those RIFs have been placed on 90 days of administrative leave until their official termination date.

"They now can't reorganize, because they actually do need people to do those functions in those geographic areas. So now they have to wait 90 days for the first wave of RIFs to be officially gone. Then they can finalize a new org structure and do the second round of RIFs based on the normal process," the GSA employee said.

GSA employees are eligible for VSIP if they've been employed by GSA or another executive branch agency for a continuous period of at least three years and serve in a position without a time limitation.

"In rare circumstances, the agency may have designated a position as ineligible for VERA/VSIP," Taylor wrote.

Other agencies are taking a similar approach to staffing cuts.

Read more: Workforce

(https://federalnewsnetwork.com/category/workforce/)

The Social Security Administration told staff last month
(https://federalnewsnetwork.com/workforce/2025/02/ssa-wants-to-reduce-workforce-by-7000-
through-vera-vsip/) it's offering voluntary early retirements and VSIPs, intending to reduce its
workforce by about 7,000 employees. SSA already has its lowest headcount in more than 50 years.

The Associated Press reported on March 10
(https://federalnewsnetwork.com/workforce/2025/03/top-us-health-agency-makes-25000-buyout-
offer-to-most-of-its-employees/) that the Department of Health and Human Services sent a similar
"voluntary separation offer" to more than 80,000 of its employees.

**If you would like to contact this reporter about recent changes happening in the federal
government, please email JHeckman@FederalNewsNetwork.com
(mailto:JHeckman@FederalNewsNetwork.com)  or reach out on Signal at: JHeckman.29**

*Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located
within the European Economic Area.*





**Jory Heckman**

Jory Heckman is a reporter at Federal News Network covering the Postal Service,
Department of Veterans Affairs, IRS, big data and technology issues. Follow
@jheckmanWFED

Sign up for
breaking
news.

| Email Address | Signup |

Exhibit N

4/27/25, 9:16 PM
GSA's real estate shop loses 725 employees to 'deferred resignation' offer
Case 3:25-cv-03698-SI   Document 37-14   Filed 05/01/25   Page 60 of 66

Listen Live

HIRING/RETENTION

## GSA's real estate shop loses 725 employees to 'deferred resignation' offer

A GSA spokesperson says the agency "is reviewing all options to optimize our footprint and building utilization."

 Jory Heckman | @jheckmanWFED
February 25, 2025 6:59 pm   🕐 8 min read



Trump administration leaders at the General Services Administration are looking to cut its governmentwide real estate portfolio by 50% (https://federalnewsnetwork.com/facilities-construction/2025/01/federal-buildings-chief-eyes-50-reduction-of-office-space-moving-gsa-out-of-its-headquarters/) and is pursuing similar cuts to its spending and personnel. (https://federalnewsnetwork.com/hiring-retention/2025/02/gsa-seeks-50-spending-cuts-nonvoluntary-rif-after-opms-resignation-offer/)

But GSA is seeing some of its biggest headcount reductions within its Public Building Service, its real estate shop that serves as the federal government's landlord.

According to sources familiar with the situation at GSA, approximately 725 Public Buildings Service employees took the Office of Personnel Management's "deferred resignation" offer (https://federalnewsnetwork.com/workforce/2025/01/trump-administration-offers-most-feds-deferred-resignation-if-they-quit-by-next-week/) — a nearly 13% reduction of its headcount.

PBS currently has a headcount of about 5,600 employees. The workforce cuts do not include employees in their probationary period that GSA recently fired, or an upcoming reduction in force that will lead to more terminations. (https://federalnewsnetwork.com/workforce/2025/02/gsa-to-conduct-nonvoluntary-rif-in-latest-effort-to-trim-headcount/)

——— Learn how FEMA and DoD teams are using collaboration, automation and AI to shape cybersecurity at the edge in our new Executive Briefing, sponsored by Verizon. Download today!

(https://federalnewsnetwork.com/cme-event/federal-insights/threat-hunters-at-the-edge-how-fema-dod-teams-tackle-cyber-at-frontline-disaster-response-sites/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=verizon&utm_content=in-articlepromo)

GSA Acting Administrator Stephen Ehikian told staff in an email on Monday that the first phase of GSA employees who took the deferred resignation offer have been placed on administrative leave "to begin their next chapter."

A former GSA employee still involved in the real estate industry raised concerns that the Public Buildings Service is cutting its workforce faster than the agency's long-standing goal of shrinking its portfolio of government office space.

"You're talking about getting rid of the people, but you haven't yet accomplished getting rid of the work that those people are doing," the former GSA official told Federal News Network. "Get rid of the buildings, then get rid of the property managers who service those buildings, and get rid of the project managers who manage the construction projects at these at these federal buildings."

PBS accounts for about 40% of GSA's total workforce.

"You don't need as many people to operate GSA, especially if you get rid of federal buildings. It's federal buildings that drive headcount at GSA," the former official said. "If GSA was purely a leasing organization, the amount of people you need would be drastically reduced."

Multiple administrations have focused on reducing the federal government's footprint. GSA leaders under the Biden administration accelerated plans to offload office space (https://federalnewsnetwork.com/agency-oversight/2024/12/gsa-steps-up-plans-to-offload-underutilized-federal-buildings/) that agencies no longer needed.

The former GSA official said funding and administrative hurdles have often held up efforts to reduce office space. But cutting funding and personnel, he added, would only complicate those efforts.

───   **Sign up for our daily newsletter so you never miss a beat on all things federal**

(https://federalnewsnetwork.com/email-alerts/)

"This isn't anything new. GSA has been trying to get rid of federal buildings," the former official said. "There's laws and policies that stand in their way. And the issue of money — how do you pay to get people out of the buildings? How do you pay to do environmental remediation? There's a lot that goes into it."

Federal News Network recently spoke to a former PBS employee (https://federalnewsnetwork.com/federal-report/2025/02/gsa-cuts-probationary-hires-tasked-with-reducing-federal-office-space/) who was still in her probationary period and was fired earlier this month. The employee, who requested anonymity to avoid retaliation, said she helped GSA terminate leases that were expiring and up for renewal.

Current GSA employees have told Federal News Network that some of the agency's senior leaders have raised concerns that they're "losing too many key people (https://federalnewsnetwork.com/workforce/2025/02/gsa-losing-too-many-people-as-leaders-pursue-cuts-to-personnel-office-space-and-contracts/) " in workforce reduction efforts.

"The people that I personally know who have taken the deferred resignation are the people who have the good, marketable skills," the former GSA official said. "They're smart people. They're motivated. They're hardworking. And they're the ones who are going ... Those are the people that are leaving the government are exactly the people you want to be to remain there."

GSA leaders have told staff they are expected to reduce total spending across all programs and personnel by 50%.

4/27/25, 9:16 PM
Case 3:25-cv-03698-SI   Document 37-14   Filed 05/01/25   Page 63 of 66
GSA's real estate shop loses 725 employees to deferred resignation offer

"The remaining 50%, you've completely demoralized them through the way you're talking to them, the way you're treating them," the former GSA official said. "I feel like they're shooting themselves in the foot long term."

Meanwhile, GSA has terminated leases for at least half a dozen Social Security Administration field offices.

A source familiar with the federal real estate industry said GSA has ended leases for the SSA field offices in White Plains, New York; Green Bay, Wisconsin; Meridian, Mississippi; Campbellsville, Kentucky; Greenville, North Carolina and Hazard, Kentucky.

An SSA spokesperson told Federal News Network that the agency is "working with GSA to review our leases and ensure they are used efficiently."

——   **Read more: Hiring/Retention**

(https://federalnewsnetwork.com/category/workforce/hiring-retention/)

"Most of the leases we are not renewing are for small remote hearing sites that are co-located with other Federal space. As the majority of our hearings are held virtually, we no longer need as many in-person hearing locations. In fact, in FY24, twenty percent of these offices held no in-person hearings. Other offices are non-public facing, being consolidated into nearby locations, or we had planned to close. Social Security continuously monitors and evaluates the use of our office space to maximize efficiency for the American taxpayer," the spokesperson said.

The industry source called the scope of the reductions "unprecedented." GSA, he added, typically signs five-year leases with the option of renewing for another five years, and the agency is targeting potentially hundreds of leases that are coming up for renewal.

"Whenever they're in a renewal situation, they're looking at them very carefully," he said.

4/27/25, 9:16 PM
GSA's real estate shop loses 725 employees to deferred resignation offer
Case 3:25-cv-03698-SI    Document 27-14    Filed 05/01/25    Page 64 of 66

The industry source said some of the SSA field offices targeted for closure served rural populations, and that the nearest remaining SSA field offices are at least an hour's drive away.

"These offices are open to the public," he said. "It's a service that the federal government provides to anyone who's got connections with the Social Security Administration. So they're closing access to the public."

The industry source called GSA's strategy was "not smart." In addition to reducing access to SSA services in these communities, the industry source questioned whether the lease reductions would save GSA money.

"The basic methodology is that GSA puts out a [request for proposals], and then people compete for it, and many times, actually build a building for them. Then it keeps it on the local property tax roll, so that's advantageous for the community, and the government just leases it," the source said. "It is much cheaper than the government owning and operating the actual buildings. They're basically attacking a system that saves the government money, and allows the public to get access to government agencies."

A GSA spokesperson said in a statement that Acting GSA Administrator Stephen Ehikian's vision for GSA "includes reducing our deferred maintenance liabilities, supporting the return to office of federal employees, and taking advantage of a stronger private/government partnership in managing the workforce of the future."

"GSA is reviewing all options to optimize our footprint and building utilization. GSA is actively working with our tenant agencies to assess their space needs and fully optimize the federal footprint, and we'll share more information on specific savings and facilities as soon as we're able," the spokesperson said.

The Department of Government Efficiency (DOGE), based on the latest data from its website, (https://doge.gov/savings) claims the federal government has saved more than $144 million by eliminating nearly 100 leases across the U.S. DOGE reports the canceled leases represent more than 2.3 million square feet of building space.

The former GSA official, however, said some of the DOGE's reported savings include leases that GSA agreed to terminate under the Biden administration.

"We're already hearing anecdotally ... where a letter may go out from DOGE to say, 'We're going to terminate this lease.' But GSA has already been trying to negotiate a buyout of that lease for months. They're taking a lot of credit, it seems like, for stuff that GSA has already been working on," the former official said.

In some cases, the former GSA official said the agency is canceling leases years ahead of their renewal.

"All the communication is coming from GSA, but it's the idea that's being driven by DOGE. It's the left hand not talking to the right hand. And so, they're sending out kind of mixed messages to the ownership group, and in some cases, really harming the negotiation position of the government," the former official said.

A union representing employees at the National Labor Relations Board said DOGE recently created confusion for staff when its website included its office space in Buffalo, New York, among its list of terminated leases.

An NLRB union official told Federal News Network that the agency told employees in Buffalo that they would be relocating to smaller office space within the same building, and that those plans were finalized under the Biden administration.

"New space had been picked out, designs and details worked out months ago. All we were waiting for was the build-out, to be done so the new lease could be signed," an NLRB union official told Federal News Network.

According to the union official, the same morning the lease appeared in the DOGE report, the NLRB regional director in the Buffalo office told staff she had been given notice they had 90 days to vacate and that both the current and future lease had been canceled.

The NLRB Union official said GSA later in the day refuted the lease cancellation, and told the NLRB that there was never any intent to cancel the current or future lease.

"Chaos for chaos' sake, and no other purpose but smoke and mirrors," the union official said. The National Labor Relations Board did not respond to a request for comment.

The former GSA official said these miscommunications are becoming increasingly common at the agency, because all official communications are coming from agency leadership — not from managers and supervisors below them.

"A manager can call people and say, 'Hey, this is what's going on.' But they can't send out come sort of formal guidance. GSA HR can't provide any kind of formal clarification," the official said. "Basically,

anything that's going to be communicated that's formal, or a kind of policy position or clarification, it has to be approved at the administrator level."

The official said this communications environment has created a lot of "hearsay" within the agency

"One of your coworkers may be telling you something that's absolutely true, [but] it's all a game of telephone inside of GSA … they're creating this environment where there's just no clarity. There's no source of truth. There's nothing you can look to say, 'This is what's going on. This is information you can rely on.'"

*Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*





### Jory Heckman

Jory Heckman is a reporter at Federal News Network covering the Postal Service, Department of Veterans Affairs, IRS, big data and technology issues. Follow @jheckmanWFED

Sign up for breaking news.

Email Address

Signup