Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF GEORGE NIKLAS GUSTAFSSON** |

## DECLARATION OF GEORGE NIKLAS GUSTAFSSON

I, George Niklas Gustafsson, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.  I am providing this declaration in my capacity as a Union President.

2.      I am the President of American Federation of Government Employees Local 228 ("Local 228" or the "Union").   Local 228 represents a bargaining unit of about 1,200 civil servants who work for U.S. Small Business Administration ("SBA") at Headquarters, in 12 SBA program offices, and field operations nationwide in the non-disaster side of the Agency.  These civil servants include loan specialists, grant management specialists, and business development specialists.  Local 228 has approximately 400 dues paying members.  These specialists in the program offices interact directly with small businesses seeking support for their small businesses.

3.      Local 228's mission is to advocate for and promote the interests of its bargaining unit members working at SBA and to ensure they have the necessary tools and support to assist the American public. As the exclusive bargaining representative of these workers, the Union provides many services to all employees in the bargaining unit.  Core functions of the Union include collective bargaining with the SBA to obtain a fair and reasonable collective bargaining agreement ("CBA"); filing grievances against the SBA to enforce the terms and conditions of the CBA; and providing other support, guidance, and resources to bargaining unit employees.

4.      I am an Attorney Advisor at SBA.  I have worked for SBA for over 15 years since 2009.  In my role as an Attorney Advisor, I provide legal support to SBA offices regarding SBA-administered loan programs.

5.      The Union first became aware of President Trump's plan to conduct a reorganization and "large-scale" reduction in force ("RIF") through the February 11, 2025 Executive Order ("EO") No. 14210.  No one from SBA had said anything about large-scale RIFs to the union prior to that Order.

6.      On March 21, 2025, the SBA announced online through News Release 25-38 that pursuant to the February 11 EO, it was planning to reduce its staff by 43%, including through a

RIF.  A true and correct copy of the SBA's March 21 Release, which can also be found at https://www.sba.gov/article/2025/03/21/small-business-administration-announces-agency-wide-reorganization, is attached hereto as Exhibit A.   The Release began: "Today, pursuant to EO 14210, the U.S. Small Business Administration (SBA) announced its plans for an agency-wide reorganization. To return to its founding mission of empowering small businesses, and to restore accountability to taxpayers, the agency will reduce its workforce by 43% – ending the expansive social policy agenda of the prior Administration, eliminating non-essential roles, and returning to pre-pandemic staffing levels." Exhibit A.   The Release quantified the number of positions that would be eliminated:  "Under the reorganization plan, the agency will eliminate approximately 2,700 active positions out of a total active workforce of nearly 6,500 through voluntary resignations, the expiration of COVID-era and other term appointments, and a limited number of reductions in force (RIFs)." Exhibit A.  The Release also claimed that field operations would not be impacted: "Core services to the public, including the agency's loan guarantee and disaster assistance programs, as well as its field and veteran operations, will not be impacted." Exhibit A.

7.      After this Release, the Union submitted a Freedom of Information Act ("FOIA") and question and a data request for information about the reorganization plan and RIFs.  The FOIA request was denied.  In response to the data request, the SBA provided the March 21 Release.

8.      On March 3, 2025, I received the first RIF notice covering three positions.  A redacted copy of that March 3 notice is attached hereto as Exhibit B.  It was for two Grants Management Specialists in Office of Entrepreneurial Development and one Program Analyst in Office of Entrepreneurial Education ("OEE"), thereby eliminating OEE.  OEE's main portfolio was providing grants to Service Core of Retired Executives ("SCORE"), which is a non-profit organization that provides free expert mentorship and educational resources to small businesses throughout the country to help them start, grow, or exit their businesses.  OEE administers an annual grant of $17,000,000 that is provided in monthly disbursements.  Before the RIF, where the staff were placed on administrative leave on March 3, OEE had a substantial backlog of grant payments on which they were already behind.  SBA has not informed the Union who is now

Declaration of George Niklas Gustafsson

performing this work, if anyone, after March 3.  It appears that no one in the Agency will be assigned to provide to SCORE the grant payments they were promised.  According to SCORE's website, it helped create 143,623 new jobs and start 59,447 new businesses in 2024.  A true and correct copy of SCORE's webpage, which is available at https://scorefoundation.org/, is attached hereto as Exhibit C.

9.      In April, I received emails from the Agency notifying the Union of additional RIFs. On April 3, 2025, at 8:24 a.m., I received a RIF Notice from Ain Munn, SBA Labor Relations Specialist, for 18 employees, consisting of 17 contract specialists and one accountant.  They were placed on administrative leave effective that day, April 3, "with an effective termination date of June 1, 2025.  A redacted copy, in so far as to protect the employee names, of the April 3 RIF Notice is attached hereto as Exhibit D.  This RIF is for SBA's entire procurement office except for approximately two supervisors and two other employees—so four employees remaining, to perform the work that 22 employees previously did.  The procurement office supports the entire agency by acquiring goods and services needed in operation of the SBA, including computer hardware, software, and services.  The procurement office also acts as subject matter experts for other components of the agency to ensure their procurement process is completed in a timely, accurate and cost-effective manner.  This work included significant overtime in August and September of 2024 in order to ensure that contracts were awarded on time and under budget.  In Fiscal Year 2024, the procurement office handled hundreds of millions of dollars of procurement actions for SBA.   This decimation of the procurement office means SBA staff will not be able to get necessary supplies to perform the work, obtaining the services and supplies necessary for SBA to accomplish its mission, properly competing for procurement contracts, leading to more sole source awards and higher prices for the SBA.

10.     During the week of April 7, SBA had a briefing with the Union.  I was present for the Union, and present for the SBA were Julie Brill, Deputy Chief Human Capital Officer, and Munn.  SBA provided no specific information about the Reorganization or RIFs because the Reorganization Plan was still being developed.  They said the 2,700 number was still subject to change.

11.     On April 11, Munn sent another RIF Notice effective that day, April 11, "with an effective termination date of June 9, 2025" for one IT Cyber Security position.  A true and correct copy of the April 11 RIF Notice with employee name redacted is attached hereto as Exhibit E.

12.     On April 17, Munn sent two additional RIF Notices.  The first RIF notice was sent at 6:09 a.m., and stated that it was effective the prior day, April 16, "with an effective termination date of June 14, 2025" for three positions.  A true and correct copy of the first April 17 RIF Notice with employee names redacted is attached hereto as Exhibit F.

13.     The second April 17 RIF Notice was sent at 11:01 a.m. and stated it was effective that day, April 17, "with an effective termination date of June 15, 2025" for 17 positions, including two positions in the Office of Investment and Innovation, four positions in the Office of Entrepreneurial Development ("OED"), and 11 positions in the Office of Field Operations.  Despite the March 21 Release asserting that field operations would not be impacted, the RIF Notice immediately cut 11 field staff positions, including two from the Dallas/Fort Worth Office and one from the Arizona, Los Angeles, Rochester, New York, Washington, D.C., Orange County/Inland Empire, New Jersey, Springfield, and San Francisco office.  These 11 Program Support positions are support staff to the four public-facing roles of lenders relations specialist, business development specialist, outreach and marketing specialists, and economic development specialist.  The business development specialists provide 8(a) program participants support and help them receive funding from other government agencies.  The 8(a) Business Development program is a federal contracting and training program for socially and economically disadvantaged small business owners. It is called 8(a) because it is authorized by 8(a) of the Small Business Act (15 U.S.C. § 637(a)). The business development specialists will have less time to perform site visits and provide lender presentations to program 8(a) participants once they have to perform all of their own administrative support work.  A true and correct copy of the second April 17 RIF Notice with employee names redacted is attached hereto as Exhibit G.

14.     SBA's primary lending program for providing financial assistance to small businesses is 7(a), where a bank makes a loan to a small business and SBA guarantees the loan.  There are different types of 7(a) loans.  Some of those loans require SBA approval at the time of

loan origination. The bank makes the 7(a) loan to a small business, which is guaranteed in part by the SBA, such that the SBA bears a portion of the cost if the loan defaults.  For the 7(a) loans that require approval at origination, that approval is conducted out of the Sacramento office as well as its satellite office in Hazard, Kentucky.  Historically, there were approximately six loan specialists and/or loan processing assistants in that satellite office.  The Supervisor of the office took the deferred resignation option.  Due to a combination of deferred resignations and attrition, the office was down to two people.  On April 24, I received notice that the two remaining SBA employees in Hazard, Kentucky who review loan applications for approval at origination would be laid-off through a RIF notice.  A true and correct copy of the April 24 notice with employee names redacted is attached hereto as Exhibit H.  With the hiring freeze, that means the Hazard satellite office no longer has staff to support the Sacramento approval center, so employees in Sacramento will have to pick up all of this work.  Because the Sacramento employees have existing work, it will take longer for 7(a) loans to get approved and small businesses will have to wait longer to hear whether or not they will get an SBA loan and be delayed in receiving the money.

15.    Although the Union has repeatedly asked for specifics about the 43% staff cut to understand what Agency functions will be impacted beyond these examples, the Agency has not informed the Union about where the RIFs will take place.  It is not clear how many positions that will be eliminated are on the disaster side of the Agency, which provides low interest loans to businesses so they can rebuild after disasters like hurricanes or fires.  Even though the Union has asked the Agency, the Union has not heard how many employees in its bargaining unit are still employed by SBA after the DRPs and probationary employees who were reinstated.

16.    The Reorganization Plan is having an immediate adverse effect on the Union's ability to provide core services to unit members and to accomplish its mission.  Because the RIF Notices are coming in on a rolling basis, the Union's members are in constant fear that they will be in the next group to receive a RIF notice.  The Union is receiving a high volume questions from members about what is happening.  Responding to all the questions and trying to reassure members takes a lot of time and the diversion of time toward those efforts threatens the Union's ability to provide core services to unit members and to accomplish its mission.  For the employees

Declaration of George Niklas Gustafsson

who remain at SBA after the RIFs are completed, the workload of everyone who remains will increase significantly.  If the DRP and RIFs are not evenly spread out, there will be areas that might not have any bargaining unit members left working, and that will lose the great majority of positions, such as in the procurement office.

17.    The announced reorganization and RIFs will have an immediate impact outside of the SBA.  Depending on where the personnel cuts occur, loan applications and servicing actions will take longer to process, applications to the SBA government contracting programs may take longer to process, small businesses will have to wait longer to receive advice and assistance, SBA grantees will have to wait longer to receive grant funding, and there will be fewer people to answer questions and provide advice and assistance to small businesses

18.    If the current plans were published in the Federal Register for notice and comment, the Union would actually know which positions were impacted and would take the time to comment on these plans because the Union's members are very concerned if they will continue to be employed by the SBA.

19.    The Union's representational activities are funded through members' voluntary dues, a substantial amount of which are paid through payroll deduction from their pay.  If the Union no longer receives dues from a significant portion of its members due to the Reorganization Plan, that will make it significantly more difficult for the Union to continue to function and to provide the services and protection to bargaining units identified here.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed May 1, 2025, in San Francisco, California.

_____
George Niklas Gustafsson

Declaration of George Niklas Gustafsson

Exhibit A

Small Business Administration Announces Agency-Wide Reorganization | U.S. Small Business Administration



An official website of the United States government    Here's how you know

    U.S. Small Business Administration



Home    Article search    Small Business Administration Announces Agency-Wide Reorganiz…

**NEWS RELEASE 25-38**

# Small Business Administration Announces Agency-Wide Reorganization

SBA will restructure to eliminate wasteful spending, restore mission of empowering small businesses

Published on March 21, 2025

—

WASHINGTON, D.C. – Today, pursuant to EO 14210 ⬀ , the U.S. Small Business Administration (SBA) announced its plans for an agency-wide reorganization. To return to its founding mission of

Small Business Administration Announces Agency-Wide Reorganization | U.S. Small Business Administration

empowering small businesses, and to restore accountability to taxpayers, the agency will reduce its workforce by 43% – ending the expansive social policy agenda of the prior Administration, eliminating non-essential roles, and returning to pre-pandemic staffing levels.

The strategic reorganization will begin a turnaround for the agency by restoring the efficiency of the first Trump Administration, as well as its focus on promoting small businesses. Core services to the public, including the agency's loan guarantee and disaster assistance programs, as well as its field and veteran operations, will not be impacted.

The SBA's reorganization will enable the agency to become a dynamic and efficient force for small businesses, manufacturing, and job creation in support of President Trump's economic agenda. SBA will refocus its resources on the core missions of supplying capital, fostering innovation, supporting veteran small business owners, providing field support, and delivering timely disaster relief.

**Key features of SBA's reorganization include:**

- **Promoting business formation and growth** by shifting resources to expand capital formation functions and personnel, removing the emphasis from partisan programs of the past.
- **Prioritizing risk management and fraud prevention** by centralizing these functions within the Office of the Chief Financial Officer, in the effort to restore integrity to agency programs, audits, and financial statements.
- **Expanding disaster response support** by transferring disaster loan servicing functions and additional personnel into the Office of Disaster Recovery and Resilience. Additionally, the agency will cross-train field office personnel to support disaster recovery efforts.
- **Eliminating redundant pandemic-era positions** associated exclusively with processing pandemic-era loans within the Office of Capital Access.
- **Ensuring that 30% of the agency is located in the field**, by decentralizing services and working to better serve Main Streets across America.
- **Promoting veteran businesses and American manufacturing** by preserving existing staffing levels within the Office of Veterans Business Development and the Office of Manufacturing and Trade.
- **Exempting key accountability offices from reductions** at this time including the Office of Advocacy and the Office of the Inspector General.

Much of the reorganization is targeted to reverse the broad and costly expansion of the SBA under the Biden Administration. Since the pandemic, the agency has nearly doubled in size, in part to support a suite of new progressive programs like the Green Lender Initiative, the Community Navigator Pilot Program, and DEI activities. This partisan agenda, promoted at the expense of America's small businesses, predictably led to the deterioration of SBA's services and financial performance. An estimated $200 billion in Paycheck Protection Program (PPP) and Covid Economic Injury Disaster Loan (EIDL) fraud was ignored for four years. Meanwhile, irresponsible Biden-era changes to the 7(a) loan program generated ⧉ rising defaults and delinquencies, as well as negative cash flow for the first time in over a decade – which will have future, multi-year consequences for the program.

"The SBA was created to be a launchpad for America's small businesses by offering access to capital, which in turn drives job creation, innovation, and a thriving Main Street. But in the last four years, the agency has veered off track – doubling in size and turning into a sprawling leviathan plagued by mission creep, financial mismanagement, and waste. Instead of serving small businesses, the SBA served a partisan political agenda – expanding in size, scope, and spending," **said SBA Administrator Kelly Loeffler.**

"Just like the small business owners we support, we must do more with less. We have therefore submitted plans to pursue a strategic restructuring that will realign the agency and its resources with our founding mission. By eliminating non-mission-critical positions and consolidating functions, we will revert to the staffing levels of the last Trump Administration, which supported a historic economic boom. We will return our focus to driving private sector growth and delivering disaster relief with accountability, efficiency, and results."

Under the reorganization plan, the agency will eliminate approximately 2,700 active positions out of a total active workforce of nearly 6,500 through voluntary resignations, the expiration of COVID-era and other term appointments, and a limited number of reductions in force (RIFs).

The average salary of an SBA employee is over $132,000 – more than double the national average wage. The reduction in workforce will save taxpayers more than $435 million annually by FY26.

SBA's reorganization plan will provide for the preservation of public services through a strategic transfer of duties. It will be actioned in the coming weeks.

Small Business Administration Announces Agency-Wide Reorganization | U.S. Small Business Administration

###

**About the U.S. Small Business Administration**

The U.S. Small Business Administration helps power the American dream of entrepreneurship. As the leading voice for small businesses within the federal government, the SBA empowers job creators with the resources and support they need to start, grow, and expand their businesses or recover from a declared disaster. It delivers services through an extensive network of SBA field offices and partnerships with public and private organizations. To learn more, visit www.sba.gov.

Newsroom          Plain language

SBA blog      Accessibility

Leadership team          Disclaimers

**Open government          Oversight**

Freedom of Information Act      Inspector General

# Media contacts

**U.S. Small Business Administration**

✉ Press_Office@sba.gov ✉

## Sign up

Receive information about upcoming SBA events, news alerts, and program updates.

*\* indicates a required field*

Email*

ZIP Code*

Return to top

**About SBA**

Contact SBA

Locations

Upcoming events

**About the site**

Site map

Privacy policy

Linking policy

No Fear Act

Open data sources

Policies and guidance

Budget and performance

Regulations.gov ⧉

Advocacy

Hearings and appeals

Ombudsman

Fraud and identity theft

WhiteHouse.gov ⧉

 USA.gov ⧉

Subscribe to SBA
emails

Your information will
only be used in
accordance with our
 website privacy policy.



**U.S. Small Business Administration**

409 3rd St., SW

Washington, DC 20416

800-827-5722 📞

    

# Exhibit B

From: "Munn, Ainbint" <Ainbint.Munn@sba.gov>
To: "Gustafsson, George N. (Nik)" ████████████████
Cc: ████████████████████████████████
████████████████████████████████████████████████████
████████████████████
Bcc:
Date: Mon, 3 Mar 2025 20:44:06 +0000
Subject: AFGE Courtesy Notification - Reduction in Force

Greetings,


Pursuant to Article 34, Reduction-in-Force, Section 3, Notification, please be advised the Agency is
implementing a Reduction in Force (RIF) that will impact the following bargaining unit employees:


| **Name** | **Position Title** | **Office Name** |
|---|---|---|
| ████████████ | Grants Management Specialist | Office of Entrepreneurial Development |
| ████████████. | Grants Management Specialist | Office of Entrepreneurial Development |
| ████████████ | Program Analyst | Office of Entrepreneurship Education |


As a note, impacted employees have been notified of the intended RIF and will be placed on
administrative leave effective today, March 3, 2025, with an effective termination date of May 1,
2025.


Please feel free to contact me if you have any questions related to this matter.


Respectfully,

Ain


*Ain Munn, MS, HRM&D*

Labor Relations Specialist

National Labor Relations Division

Office of Human Resources Solutions (OHRS)

Desk: (202) 470-2365

Cell: (202) 480-3105

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

***Please consider the environment before printing this email.***

**Was OHRS helpful today?  Please let us know by completing our OHRS Customer Service Survey**

Exhibit C

4/26/25, 7:49 PM
Score Foundation | Enabling free mentoring and education to small businesses
Case 3:25-cv-03698-SI    Document 37-18    Filed 05/01/25    Page 18 of 34



☰

# WELCOME TO THE SCORE FOUNDATION

## THE PHILANTHROPIC ARM OF SCORE

Collaborating with corporate sponsors to support SCORE mentoring and programs for small business

DONATE

The SCORE Foundation, a 501 (c) (3) non-profit organization, serves as the philanthropic arm of SCORE, America's premier source of free and confidential business advice to entrepreneurs and small business owners around the country.

Through individual donations and institutional sponsorships, the Foundation supports the SCORE education programs and free mentor network of more than 10,000 volunteers who work in every community to help small businesses succeed and prosper.

### MORE THAN

# 5.5 million

**people sought business educational help through score.org in 2024**

## SELECTED SPONSORS

      

## HELP US INCREASE OUR IMPACT BY SUPPORTING THE SCORE FOUNDATION



# FOR **INDIVIDUALS**

**By your philanthropic gift to The SCORE Foundation, you will support SCORE in its delivery of national programs as well as specific, local initiatives that take place through 240 chapters.**

Your individual gift helps more entrepreneurs toflourish in their communities, delivering valuable new services, neighborhood vibrancy and job creation. Every donation has a positive impact!

LEARN MORE



# FOR **INSTITUTIONS**

**Your involvement as an institutional sponsor of The SCORE Foundation enables your organization to play a leadership role in supporting small businesses everywhere.**

By affiliating your corporation or foundation with SCORE and its mission, you will not only build your brand among this fastest growing sector of the economy but your organization can see impact to your bottom line as small business owners leverage your own products and services.

LEARN MORE

4/26/25, 7:49 PM
Score Foundation | Enabling free mentoring and education to small businesses
Case 3:25-cv-03698-SI    Document 37-18    Filed 05/01/25    Page 20 of 34

Our commitment to the SCORE Foundation is a great example of how we work with small businesses at each stage of business ownership with not only financing but hands-on guidance and support,

**–Scott Stearsman,** Head of Small Business | Truist Corporation



Download the Corporate Sponsorship Brochure

**DOWNLOAD**

SCORE HELPED CREATE

# 143,623

new jobs in 2024

SCORE HELPED START

# 59,447

new businesses in 2024

DONATE

Home        About        Institutional        Individual        Contact Us

Copyright © 2023 The SCORE Foundation | score.org | Privacy Policy | Website Policy



Washington DC website by LightMix

Exhibit D

| From: | Munn, Ainbint <Ainbint.Munn@sba.gov> |
|---|---|
| Sent: | Thursday, April 3, 2025 8:24 AM |
| To: | Gustafsson, George N. (Nik) |
| Cc: | Munn, Ainbint |
| Subject: | AFGE Courtesy Notification - Reduction in Force - Office of the Chief Acquisition Officer (OCAO) |

Greetings,

Pursuant to Article 34, Reduction-in-Force, Section 3, Notification, please be advised the Agency is implementing a Reduction in Force (RIF) that will impact the following bargaining unit employees:



| Name | Position Title | Office Name |
|---|---|---|
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |
| | Accountant | Office of The Chief Acquisition Officer |
| | Contract Specialist | Office of The Chief Acquisition Officer |

As a note, impacted employees have been notified of the intended RIF and will be placed on administrative leave effective today, April 3, 2025, with an effective termination date of June 1, 2025.

Additionally, impacted employees are still eligible to opt-in to the SBA Deferred Resignation Program (DRP). The deadline to opt-in is no later than Monday, April 7, 2025.

Employees who have already sent a request to opt-in to the DRP but have not signed the agreement will still receive notice of the impending RIF, however, once the DRP agreement is signed the terms and provision of the agreement will be honored and the employee will not be impacted by any RIF action.

If an employee has not currently elected to opt-in to the DRP but would like to do so after receiving the RIF notice must email: defferedresignations@sba.gov to begin the process.

Please feel free to contact me if you have any questions related to this matter.

Respectfully,
Ain

Ain Munn, MS, HRM&D

Labor Relations Specialist
National Labor Relations Division
Office of Human Resources Solutions (OHRS)
Desk: (202) 470-2365
Cell: (202) 480-3105

This e-mail and any a achments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any a achments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.

☐ Please consider the environment before printing this email.



Was OHRS helpful today?  Please let us know by completing our OHRS Customer Service Survey

Exhibit E

From:               Munn, Ainbint <Ainbint.Munn@sba.gov>
Sent:               Friday, April 11, 2025 1:22 PM
To:                 Gustafsson, George N. (Nik)
Cc:                 Munn, Ainbint
Subject:            AFGE Courtesy Notification - Reduction in Force - OCIO

Greetings,

Pursuant to Article 34, Reduction-in-Force, Section 3, Notification, please be advised the Agency is implementing a Reduction in Force (RIF) that will impact the following bargaining unit employee(s):

| <u>Name</u> | <u>Position Title</u> | <u>Office Name</u> |
|---|---|---|
| ██████████ | IT Cyber Security (Information Security) | Office of the Chief Information Officer |

As a note, impacted employees have been notified of the intended RIF and will be placed on administrative leave effective today, April 11, 2025, with an effective termination date of June 9, 2025.

Please feel free to contact me if you have any questions related to this matter.

Respectfully,
Ain

Ain Munn, MS, HRM&D
Labor Relations Specialist
National Labor Relations Division
Office of Human Resources Solutions (OHRS)
Desk: (202) 470-2365
Cell: (202) 480-3105

This e-mail and any a achments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any a achments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.

☐ Please consider the environment before printing this email.



Was OHRS helpful today?  Please let us know by completing our OHRS Customer Service Survey

Exhibit F

**From:** Munn, Ainbint <Ainbint.Munn@sba.gov>
**Sent:** Thursday, April 17, 2025 6:09 AM
**To:** Gustafsson, George N. (Nik) <████████@sba.gov>
**Cc:** Munn, Ainbint <Ainbint.Munn@sba.gov>
**Subject:** AFGE Courtesy Notification - Reduction in Force - OEMISS and OIT

Greetings,

Pursuant to Article 34, Reduction-in-Force, Section 3, Notification, please be advised the Agency is implementing a Reduction in Force (RIF) that will impact the following bargaining unit employee(s):

| **Name** | **Position Title** | **Office Name** |
|---|---|---|
| ████████ | Administrative Program Support | Office of Executive Management Installation and Support Services |
| ████████ | Administrative Program Support | Office of Executive Management Installation and Support Services |
| ████████ | Grants Management Specialist | Office of International Trade |

As a note, impacted employees have been notified of the intended RIF and will be placed on administrative leave effective today, April 16, 2025, with an effective termination date of June 14, 2025.

Please feel free to contact me if you have any questions related to this matter.

Respectfully,

Ain

*Ain Munn, MS, HRM&D*
Labor Relations Specialist
National Labor Relations Division
Office of Human Resources Solutions (OHRS)
Desk: (202) 470-2365
Cell: (202) 480-3105

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

🌲 *Please consider the environment before printing this email.*



**Was OHRS helpful today?  Please let us know by completing our OHRS Customer Service Survey**

Exhibit G

**From:** Munn, Ainbint <Ainbint.Munn@sba.gov>
**Sent:** Thursday, April 17, 2025 11:01 AM
**To:** Gustafsson, George N. (Nik) < @sba.gov>
**Cc:** Munn, Ainbint <Ainbint.Munn@sba.gov>
**Subject:** AFGE Courtesy Notification - Reduction in Force - OII, OFO and OED

Greetings,

Pursuant to Article 34, Reduction-in-Force, Section 3, Notification, please be advised the Agency is implementing a Reduction in Force (RIF) that will impact the following bargaining unit employee(s):

**Office of Investment and Innovation:**

| Name | Job Title |
| --- | --- |
| | Program Analyst (Operations Division) |
| | Program Analyst (OII Ecosystems Development) |

**Office of Field Operations:**

| Name | Job Title |
| --- | --- |
| | District Support Assistance (Arizona Field Office) |
| | District Support Assistant (Los Angeles Field Office) |
| | Program Support Assistant (Dallas/Fort Worth Field Office) |
| | Program Support Assistant (Rochester Branch Office) |
| | Program Support Assistant (New York District Office) |
| | Program Support Assistant (Dallas/Fort Worth Field Office) |
| | Program Support Assistant (Washington Metro Area District Office) |
| | Program Support Assistant (Orange County/Inland Empire District Office) |
| | Program Support Assistant (New Jersey District Office) |
| | Program Support Assistant (San Francisco District Office) |
| | Lender Relations Specialist (Springfield Branch Office) |

**Office of Entrepreneurial Development:**

| Name | Job Title |
| --- | --- |
| | Program Analyst (Office of Women's Business Ownership) |
| | Program Support Specialist (Office of Small Business Development Centers) |
| | Program Analyst (Office of Small Business Development Centers) |
| | Program Analyst (Office of Small Business Development Centers) |

As a note, impacted employees have been notified of the intended RIF and will be placed on administrative leave effective today, April 17, 2025, with an effective termination date of June 15, 2025.

Please feel free to contact me if you have any questions related to this matter.

Respectfully,

Ain


*Ain Munn, MS, HRM&D*

Labor Relations Specialist

National Labor Relations Division

Office of Human Resources Solutions (OHRS)

Desk: (202) 470-2365

Cell: (202) 480-3105

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

 *Please consider the environment before printing this email.*



**Was OHRS helpful today?  Please let us know by completing our OHRS Customer Service Survey**

Exhibit H

**From:** Munn, Ainbint <Ainbint.Munn@sba.gov>
**Sent:** Thursday, April 24, 2025 8:10 AM
**To:** Gustafsson, George N. (Nik) <████████@sba.gov>
**Cc:** Munn, Ainbint <Ainbint.Munn@sba.gov>
**Subject:** AFGE Courtesy Notification - Reduction in Force - Office of Capital Access (OCA)

Greetings,

Pursuant to Article 34, Reduction-in-Force, Section 3, Notification, please be advised the Agency is implementing a Reduction in Force (RIF) that will impact the following bargaining unit employees:

| __Name__ | __Position Title__ | __Office Name__ |
|---|---|---|
| ████████<br>Operations – Immediate Office | Program Analyst | OCA Office of Financial Programs |
| ████████.<br>Operations – Immediate Office | Program Analyst | OCA Office of Financial Programs |
| ████████<br>Operations – Center Operations | Program Analyst | OCA Office of Financial Programs |
| ████████.<br>Operations – Immediate Office | Program Analyst | OCA Office of Financial Programs |
| ████████.<br>Operations – 7(A) LGPC, Hazard, KY | Loan Processing Asst. | OCA Office of Financial Programs |
| ████████<br>Operations – DLSC, Birmingham, AL | Management Analyst | OCA Office of Financial Programs |
| ████████<br>Operations – Center Operations | Management Analyst | OCA Office of Financial Programs |
| ████████<br>Operations – NGPC, Herndon VA | Loan Specialist | OCA Office of Financial Programs |

1

As a note, impacted employees have been notified of the intended RIF and will be placed on administrative leave effective today, April 24, 2025, with an effective termination date of June 22, 2025.

Please feel free to contact me if you have any questions related to this matter.

Respectfully,

Ain

*Ain Munn, MS, HRM&D*

Labor Relations Specialist

National Labor Relations Division

Office of Human Resources Solutions (OHRS)

Desk: (202) 470-2365

Cell: (202) 480-3105

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

 *Please consider the environment before printing this email.*



Was OHRS helpful today?  Please let us know by completing our OHRS Customer Service **Survey**