1  Stacey M. Leyton (SBN 203827)
2  Barbara J. Chisholm (SBN 224656)
   Danielle Leonard (SBN 218201)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Tel. (415) 421-7151
5  Fax (415) 362-8064
   sleyton@altber.com
6  dleonard@altber.com
   bchisholm@altber.com
7

8  Elena Goldstein (pro hac vice)
   Skye Perryman (pro hac vice)
9  DEMOCRACY FORWARD FOUNDATION
   P.O. Box 34553
10  Washington, DC 20043
   Tel: (202) 448-9090
11  Fax: (202) 796-4426
   egoldstein@democracyforward.org
12  sperryman@democracyforward.org
13

14  *Attorneys for Plaintiffs*

   [Additional Counsel not listed]
15

16              UNITED STATES DISTRICT COURT

17         FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19  AMERICAN FEDERATION OF              Case No. 3:25-cv-03698-SI
   GOVERNMENT EMPLOYEES, AFL-CIO, et
20  al.,                                **DECLARATION OF DON L.
                                        NEUBACHER**
21          Plaintiffs,

22      v.

23  DONALD J. TRUMP, in his official capacity
   as President of the United States, et al.,
24

25          Defendants.

26

27

28

Declaration of Don L. Neubacher                          Case No: 3:25-cv-03698-SI

# DECLARATION OF DON L. NEUBACHER

I, Don L. Neubacher, declare as follows:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am a Board Member of the Coalition to Protect America's National Parks ("Coalition"). I was the Superintendent at Yosemite National Park between 2010 and 2016, and the Superintendent of Point Reyes National Seashore between 1995 and 2010. My 36-year career with the National Park Service ("NPS"), which is an agency within the Department of the Interior ("DOI"), also included appointments at Glacier Bay National Park and the Denver Service Center. I am providing this declaration in my role as a Coalition Board Member.

3.    The Coalition is a non-profit organization made up of over 4,000 members, all of whom are current, former, and retired employees and volunteers of NPS. Together, they have accumulated over 50,000 years of experience caring for America's most valuable natural and cultural resources. The Coalition's goal is to support the preservation and protection of the National Park System and the mission-related programs of NPS to ensure the survival of the park system for generations to come.

4.    Our members and their families are regular and avid users of the National Park System, who will be adversely affected by any degradation of the parks or the NPS programs to preserve and protect the parks, provide visitor access, and ensure public safety. Our members are also avid users of other public assets for recreation and engage in conservation activities, such as preserving marine sanctuaries and national forests.

5.    Because of the severe, chaotic, and unsystematic reduction in park staffing currently underway, there is a significant leadership vacuum in NPS and a lack of available support and expertise from regional offices for unforeseen situations such as wildfires, law enforcement incidents, and public health occurrences. Of the seven regional directors throughout the nation, only two of these leadership positions are currently filled. Regional directors play a critical role in the management of the park system by providing management oversight and assistance to park units, especially small park units with limited staff and expertise. Similarly, of

the 400 Park units, more than 100 superintendent positions are estimated to be currently vacant. As a superintendent, I had to provide oversight regarding park-wide emergencies, including visitor fatalities and critical situations, almost daily. These include: public health issues such as norovirus outbreaks, storm-related flooding, large tree falls, wildfires, trail closures, visitor facilities, and rock falls that close major entrance roads. These major issues in parks require a competent and experienced superintendent to ensure they can function effectively during these crises. For example, visitors may need to be evacuated, or additional funding may be necessary to reduce the impact of the incident.  With the blanket hiring freeze, senior-level positions will likely remain vacant, and parks will not be able to meet the challenges these critical incidents pose.

6.    Even before this disorganized reorganization and severe staffing reductions, the National Park Service (NPS) had been facing a dire staffing crisis. The NPS has arrived at a crossroads in its ability to protect national parks and safely serve the American public. There are insufficient staff to provide basic services to the 332 million annual park visitors. Since 2010, park staffing levels have been reduced by 19%, a loss of roughly 2,500 full-time equivalents due to decreasing budgets. During the same period, Congress added 41 new park units to the system, a significant workload. Annual visitation to America's cherished parks has grown by 15% to a record 332 million visitors in 2024, an increase of 20 million from just 2022 levels. This increase in visitation has caused staff to be stretched to their limits without the significant impacts of the new staff cuts and proposed reductions in force (RIF).

7.    I have seen a report that was published on March 10, 2025 in The Hill that the White House instructed NPS to cut 30% payroll of its 16,000 permanent employees, or 4,800 NPS jobs. A true and correct copy of the March 10 article, which is also available at [Trump administration eyes 30 percent payroll reduction at National Park Service](), is attached hereto as Exhibit A. In the article, when asked about the cuts, the DOI's Spokesperson Elizabeth Peace originally said, "We do not comment on specific personnel matters," but then continue to connect "reducing unnecessary positions" to "President Donald J. Trump's leadership . . . to right-size the federal workforce." Peace did not deny the authenticity or accuracy of the White House directive.

8.      According to a separate article published last week by Government Executive on April 23, a large scale RIF in NPS appears imminent as NPS employees are about to receive an email to submit resumes to DOI so they can see if they are eligible for other NPS positions if they are laid off as part of a RIF process. A true and correct copy of the April 23 article, which is also available at https://www.govexec.com/workforce/2025/04/interior-solicits-employees-resumes-preparation-widespread-layoffs/404786/, is attached hereto as Exhibit B. This is after 1,100 NPS employees opted for the second deferred resignation program.

9.      The April 23 article also reports that beginning on May 4, DOI will "centralize many of its functions, including human resources, IT, finance, contracting, communications, international affairs, and other administrative roles, away from individual bureaus and into the central part of the department in a process." When I was Superintendent at Yosemite, NPS tried a similar centralization of human resources functions; HR staff were moved out of park areas, and regional offices' functions were centralized in Colorado. It led to inefficiency, morale issues, and complaints by field staff due to delays in hiring; certain functions, such as hiring and processing, were restored to regional offices and assigned to parks. But that was only one function being performed in regional offices that was transferred. DOI is trying to have all agencies bring all regional support functions, IT, HR, communications, and contracting to DOI all at one time. Based on my 36-year career, such a reorganization is likely to create significant problems and impair services because park areas have different needs and proximity to these areas matters. For example, knowledge of specific park functions and areas such as IT or contracting needs can only be fully met if these staff have in-depth knowledge of the parks and their specific needs. The impact of the disarray will fall hardest on the smaller parks with limited resources, such as Rosie the Riveter National Historical Park in Richmond, California, Eugene O'Neill National Historic Site in Danville, California, and John Muir National Historic Site in Martinez, California.  Smaller parks lack the necessary engineering, scientific, construction management, IT, and HR staff on site, and must currently seek assistance from the regional offices that offer that support.  For example, regional offices now provide detailed expertise in contracting, engineering, compliance, and project management to complete building rehabilitation. Without the expertise and project

assistance, historic buildings and other facilities, for example, will not get regular maintenance and upkeep, and once deterioration occurs, it cannot be reversed easily. Another former park ranger makes that point in an MSN article about the NPS RIF that I saw on April 24, 2025. A true and correct copy of that MSN article, which is also available at 'It's devastating': Virginia park rangers warn of lasting damage from federal cuts, is attached hereto as Exhibit C.

10.     Based on my experience as a park Superintendent, eliminating so many NPS employees at once will immediately adversely impact the parks and park visitors, such as Coalition members. If RIF eliminates fee collector positions, there will mile-long lines to enter the parks. Traffic will not improve once inside the park and visitors will be frustrated trying to find parking, even if a space is available. For example, at Yosemite, the park will likely have to stop specific functions, close park areas, or limit entrance times or the number of visitors. There is no way to accommodate current rising visitation levels without additional staff support during the upcoming peak season. With fewer staff, they will not be able to implement any restriction system that would assist with the flow of visitors to make sure that the experience is safe and memorable, and visitors are not stuck in traffic jams and frustrated when unable to find parking. In addition, without adequate staff to manage visitors, the park will likely exceed visitor capacities set by the approved Merced and Tuolumne Wild and Scenic River Plans. These capacities were set to ensure the outstanding river values, including water quality and meadow health, are not degraded. Predictably, if visitors continue to come in larger numbers during peak times, there will be lasting resource damage and possibly some irreversible damage.

11.     Yosemite receives annual visitation of over 4 million people. Point Reyes receives about 2.3 million annual visitors. Visitors have a human impact, but many can be mitigated. At all parks, resource management and science staff provide monitoring of keystone species, environmental parameters, and the status of cultural resources such as historic buildings and archeological sites. These staff ensure the preservation of species and nationally important resources as required by statute and NPS policy. They also provide critical knowledge, skills, and abilities for restoration, adaptation, and mitigation efforts to reduce or eliminate threats to our cultural and natural heritage within the NPS. If a RIF removes these critical staff, there will likely

Declaration of Don L. Neubacher

be significant impacts on endangered and other special status species, ecosystems that will not be restored, and visitor impacts that cannot be mitigated. At Yosemite, for example, the NPS resources employees ensure the health and preservation of Sierra Nevada bighorn sheep, Sierra Nevada red fox, and red-legged frogs, and many other special status species as required by law. At Point Reyes, the NPS employees protect 30 federally listed threatened and endangered species of animals, and six federally listed threatened or endangered species of plants exist within the Seashore. The parks require a full resource staff to manage, monitor, and mitigate threats to these species and to allow careful access to visitors. Overall, 1,000 federally listed threatened and endangered species live in more than 200 of the around 400 units of the NPS. The RIF has the potential to decimate resource management efforts across the country.

12.    During the partial government shutdown from December 2018 to January 2019, Coalition members saw National Park System visitors trample sensitive ecological areas with their vehicles and dogs. This was a direct result of having inadequate staff present to protect endangered species.

13.    Regarding Coalition members' enjoyment of marine sanctuaries, many of those sanctuaries are protected by the Department of Commerce's National Oceanic & Atmospheric Administration's (NOAA) Office of National Marine Sanctuaries, managing enormous swathes of ocean around the United States, from Hawaii and American Samoa to the Florida Keys, as well as the Great Lakes region. These areas are often adjacent to national park units such as Channel Islands National Park and Point Reyes National Seashore. Protecting the sanctuaries requires having specialized staff who are experts in marine ecosystems. Without sufficient numbers of knowledgeable staff, NOAA will not be able to preserve these biodiverse areas, which could then cause the degradation of the marine ecosystems and harm rare species that visitors can view in those important ocean systems. Reduced staff also means there will likely be fewer hours or days for Coalition members to visit the recreational areas in the marine sanctuaries.

14.    If large-scale RIFs occur, NPS will have more limited ranger-led tours, guided walks and educational programs. I expect the park hours to visitor facilities may need to be reduced. It will take longer to enter national parks, there will be more traffic once inside, and it

will take longer to find parking. Emergency medical services, search and rescue could be impacted by reductions in trained staff, as well as by the absence of top leadership to manage the situation. Longer response times to emergencies will be likely in the event of large-scale RIFs. And visitors will find it more difficult to locate knowledgeable staff to answer questions about where it is safe to swim, or what local flora and fauna are safe, which will put visitors at risk.

15.     The anticipated large-scale RIF will have an untenable impact on the workers who remain at the NPS. They will have to work very long hours without adequate direction in parks that lack superintendents, and they will have reduced support from the regional offices as other staff's employment is terminated, some staff relocate to DOI headquarters in Washington, D.C., and others quit. Morale will be dismal.

16.     In the very short term, the employees who receive a RIF notice for work at parks in remote areas, such as Yosemite National Park or the national parks in Alaska, will likely need to immediately relocate to other geographic areas to look for new employment. This will be a hardship because many park employees are in park housing and would therefore need to move into private housing. Even if the RIF is later ruled invalid, it would be highly unlikely that the same trained NPS employees who are subjected to the RIF could be rehired later because they will likely relocate themselves and their families to a new area and job.

17.     The Reorganization Plan is having an immediate adverse effect on the Coalition's ability to provide core services to members and to accomplish its mission. We are spending time raising awareness about what is happening at the DOI, contacting and educating legislators about our concerns with the DOI Plans, and receiving an influx of calls and emails regarding the future of the National Park Service. The RIF will redirect the Coalition's attention even further away from visitor services and public safety. The RIF and reorganization will result in a drastically reduced permanent workforce, resulting in a dramatic loss of public services and access. Our members will not be able to enjoy the parks as fully in the short term, but in the long term, the biological and cultural resources of the park will degrade.

18.     If the current plans regarding the reorganization and drastic downsizing of NPS were published in the Federal Register for notice and comment, the Coalition would take the time

1  to comment on these Reorganization and RIF Plans because they would be catastrophic for the

2  park system in irreversible ways and significantly interfere with the visitor experience, including

3  for Coalition members. The Coalition provided extensive comments during the public comment

4  period for the 2018 NPS reorganization plan during the first President Trump Administration.

5      19.    If parks are closed or less available to the public and poorly staffed, there will be

6  significant negative economic impacts on regional economies. National parks across the United

7  States generated over $55 billion in economic benefits in 2024.

8

9      I declare under penalty of perjury under the laws of the United States that the foregoing is

10  true and correct. Executed April 27, 2025, in Point Reyes Station, California.

11

12

13

14  _____

15  Don L. Neubacher

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A



archive.today
webpage capture

Saved from | https://thehill.com/homenews/state-watch/5186981-trump-administration-nati | search

11 Mar 2025 00:16:05 UTC

history

All snapshots  from host thehill.com

Webpage | Screenshot

share    download .zip    report bug or abuse

TRENDING:   CANADA TARIFFS    GREENLAND ELECTION    DOW PLUNGES    NATIONAL PARK SERVICE    SPONSORED:    CONTENT FROM V

JUST IN

**Ann Coulter questions arrest of Columbia protester on free speech grounds**

MEDIA | 1 MINUTE AGO

**Climate change could be threatening satellites as they orbit in space: Study**

ENERGY & ENVIRONMENT | 34 MINUTES AGO

**Trump responds to market meltdown**

BUSINESS & ECONOMY | 54 MINUTES AGO

**Trump eyes slashing ACA enrollment period**

NEWS | 1 HOUR AGO

**McConnell criticizes and votes no on Trump Labor pick**

SENATE | 1 HOUR AGO

**Senate confirms Lori Chavez-DeRemer as Labor secretary**

SENATE | 1 HOUR AGO

**Musk blames Ukraine for X outage**

TECHNOLOGY | 1 HOUR AGO

**Trump considers easing safety screenings for chemicals**

ENERGY & ENVIRONMENT | 1 HOUR AGO

VIEW ALL

STATE WATCH

# Trump administration eyes 30 percent payroll reduction at National Park Service

BY RACHEL FRAZIN - 03/10/25 6:14 PM ET

FOLLOW ON
Google News

Listen to this Article

The Trump administration is eyeing a 30 percent payroll reduction at the National Park Service, signaling big cuts at a high-profile government agency that could make headlines during the summer vacation season.

Managers were asked to put together plans to eliminate 30 percent of payroll, a former employee who had to put together one such plan told The Hill.

The reduction would be to payroll, meaning it would not necessarily lead to a 30 percent reduction in the National Park Service's staffing, since some workers earn more than others.

Either way, it would be a significant cut that would be felt at the service, and, if they are among the places facing job cuts, could be noticed by visitors to places such as Yellowstone National Park, Glacier National Park and other sites managed across the country by the National Park Service.

The ex-employee who spoke with The Hill said such a reduction likely would be felt in the near term with potential losses for rangers and janitors — and in the long term, with conservation projects potentially put at risk.

Workforce reductions have been discussed across the government as Elon Musk and the Department of Government Efficiency look to make large cuts across federal agencies and departments.

This is the first time the 30 percent reduction plan for the National Park Service — which manages all national parks, most national monuments and other historic U.S. properties — has been reported.

The National Park Service has more than 20,000 employees, including both permanent and seasonal workers when parks staff up for the busy summer season. The source familiar with the planned cuts said they would be made to the 16,000 members of the permanent National Park Service workforce.

The Interior Department, which houses the National Park Service, declined to comment on any specific workforce reductions but acknowledged the Trump administration's efforts to reduce costs to taxpayers.

"We do not comment on specific personnel matters," spokesperson J. Elizabeth Peace said.

"Under President Donald J. Trump's leadership, the Department is working to right-size the federal workforce, cut bureaucratic waste, and ensure taxpayer dollars are spent efficiently. By streamlining operations and reducing unnecessary positions, we are strengthening our ability to serve the public while making government more effective and accountable," she added.

CONTENT CONTINUES BELOW SURVEY

**What Do You Think?**

**Have you ever served on an executive board for a nonprofit organization and / or private company?**

○ Yes, multiple times

○ Just once

○ Not yet, but I want to

○ No, and I do not want to

○ Other / Does not apply

\* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

NEXT \*

"We will continue working with the Department of Government Efficiency and other agencies to implement cost-saving measures that put taxpayers first while ensuring the responsible stewardship of America's natural and cultural resources," Peace said.

The National Park Service, like other parts of the federal government, has already seen workforce reductions through the elimination of probational employees. These federal workers held probationary status because they are new to their government jobs or positions. Some probationary workers, for example, are on that status because they were promoted to new positions.

The former employee said the cuts being planned at the National Park Service are a 30 percent total payroll cut, meaning they would include the probationary employees who were fired last month and would not be an additional 30 percent cut on top of them.

Managers were not given specific instructions on whom to cut, and each office was told to put together the list, according to the ex-staffer.

In addition, the person said the department is expected to shuffle around senior career officials who are part of the Senior Executive Service.

The anticipated cuts come as the Interior Department has already eliminated 2,300 positions, including 1,000 that were reported to be part of the Park Service.

President Trump and his allies have characterized the sweeping staff losses as efforts to cut down on fraud,

5/1/25, 12:15 PM
Case 3:25-cv-03698-SI   Document 37-41   Filed 05/01/25   Page 13 of 22
Trump administration lays of 80 percent of staff from public at National Park Service

waste and abuse, and the president has said that more
cuts are coming.

But others say the firings are disruptive to government
function — and the lives of civil servants.

Cuts at the National Park Service have the potential to
be politically unpopular, as these places are both
pillars of local economies and treasured destinations
by many Americans across the political spectrum.

At the same time, the cuts the Trump administration
have promised have hit other parts of the government
that can be politically sensitive, including the
Department of Veterans Affairs.

Some of these cuts have sparked worries from
Republicans in Congress about how cuts are being
made. Musk last week reportedly battled with
Secretary of State Marco Rubio at a Trump Cabinet
meeting over the nature of cuts to that department.

Parks advocates have decried plans to cut down the
workforce.

"Local economies will be harmed if parks are not well
managed due to lack of staffing or if they are closed,"
Phil Francis, chair of the executive council of the
Coalition to Protect America's National Parks, said in
an email.

**TAGS**   DONALD TRUMP   DONALD TRUMP   DONALD TRUMP   DONALD
TRUMP GOVERNMENT JOB CUTS   DONALD TRUMP GOVERNMENT JOB CUTS
NATIONAL PARK SERVICE   NATIONAL PARK SERVICE   NATIONAL PARK
SERVICE CUTS   NATIONAL PARK SERVICE CUTS   NATIONAL PARK SERVICE
PAYROLL REDUCTION   NATIONAL PARK SERVICE PAYROLL REDUCTION
TRUMP ADMINISTRATION   TRUMP ADMINISTRATION   TRUMP
ADMINISTRATION PAYROLL REDUCTION   TRUMP ADMINISTRATION
PAYROLL REDUCTION   TRUMP JOB CUTS   TRUMP JOB CUTS

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be
published, broadcast, rewritten, or redistributed.

 

---

## More State Watch News                              SEE ALL

 

STATE WATCH                          STATE WATCH

Exhibit B



# Interior solicits employees' resumes in preparation for widespread layoffs

By Eric Katz

April 23, 2025

The Interior Department is asking its employees to turn over their resumes as it prepares to slash its workforce, with major changes expected in early May.

Interior will centralize many of its functions, including human resources, IT, finance, contracting communications, international affairs and other administrative roles, away from individual bureaus and into the central part of the department in a process expected to begin May 4, according to employees briefed on the plans. Layoffs, or reductions in force, are not likely to occur at that point, though they are expected in the coming weeks.

"The department continues to evaluate workforce optimization opportunities," the U.S. Geological Survey said in an email to employees on Tuesday and obtained by *Government Executive*. "This includes plans for reductions-in-force."

USGS noted that positions of the "high priority" to achieve the department's mission, as well as those critical to public safety, would be exempted from the RIFs.

"As the department continues to plan for reductions-in-force to increase workforce efficiency, employees should proactively review their personnel records for accuracy," USGS wrote. "Additionally, Human Resources is requesting an updated resume from all Interior employees."

The National Park Service is expected to soon send out a similar email to all of its staff, according to an employee involved in those plans. Both NPS and USGS are asking employees to verify that all their personnel records are correct and up to date. They must also submit their resumes, ostensibly so their agencies can determine their eligibility for other positions if they are laid off.

Employees expressed concern about the request, however, saying the department could examine their resumes to determine which positions are mission-critical. Alyse Sharpe, an Interior spokesperson, said the department was adhering to guidelines as laid out by the Office of Personnel Management but had no further details on RIF plans at this time.

The Internal Revenue Service has also requested employees turn over updated resumes in preparation for widespread layoffs.

*Government Executive* first reported on Interior's plan to consolidate functions across the department earlier this month, which Interior Secretary Doug Burgum subsequently confirmed in a memorandum. Impacted entities will soon report directly to the secretary's office, he said.

Burgum tapped the assistant secretary for policy, management budget, a role currently being filled by Tyler Hassen. Hassen previously served in the Department of Government Efficiency.

USGS, in its message to staff, noted it had offered several voluntary separation incentives to employees, including a second round of the "deferred resignation program" that enabled staff to sit on paid leave until they leave the agency by Sept. 30.

At NPS, 1,100 employees have signed up for the second DRP, according to an employee briefed on the figure. Due to Burgum's April 3 order requiring all National Parks and other NPS-managed properties remain open at their current hours unless top leadership approves of changes, however, half of those requests are currently pending further review. Already, staff and stakeholders are raising concerns about Burgum's demands.

Kristen Brengel, senior vice president of governmental affairs for the National Parks Conservation Association, called the order "reckless and out of touch," saying it was "setting up the Park Service for failure." She noted NPS has for years suffered from understaffing, which the Trump administration has compounded with freezes, separation incentives and expected layoffs.

"The administration is now tying their hands and forcing them to jump through bureaucratic hoops just to close a trail, campground or visitor center they believe poses a risk or can't be staffed," Brengel said of local park leadership.

The Park Service joins IRS and the Agriculture Department in potentially denying DRP applicants due to concerns mission-critical work would suffer. Multiple offices within USDA—which saw 16,000 employees accept the DRP—have rejected employees applying for the program, such as the Animal and Plant Health Inspection Service denying employees out of fear that critical losses among staff would hamper avian influenza response.

NPS human resources office, like others throughout Interior, is now combing through all employees' documentation to ensure the information is up to date "in preparation for the RIF," one employee said. HR staff are themselves preparing for the early May consolidation into central Interior, which, due to the condensed timeframe, has stoked concerns of a chaotic rollout as emails change and employees, potentially, get locked out of accounts.

"There are so many issues with that," one employee said of the current plans.

The agency will also engage in all of this work while entering its busiest HR time of the year, as it looks to hire thousands of seasonal staff in anticipation of its highest visitation period of the year.

That hiring will take place even as at least some NPS employees have been told to expect a third deferred resignation window next month.

USGS has seen 860 employees opt into the program, according to an employee briefed on that figure, and that number is expected to climb as those at least 40 years old have extra time to finalize their decisions. About two-thirds of the top 12 career USGS staff have opted to resign.

By Eric Katz

April 23, 2025

https://www.govexec.com/workforce/2025/04/interior-solicits-employees-resumes-preparation-widespread-layoffs/404786/

Exhibit C

**Upgrade your Chrome brows...**
Get localized weather, trending news, AI p...

Close                    Add it now

Moses Lake  ☀ 71°F

Search the web

≡   Discover   Following        News   Local   Science   Tech        ✨ Personalize

**3 Signs You May Want to Switch Financial Advisors**
SmartAsset                                         Learn More

Ad

h  InsideNoVa (English)   Follow

# 'It's devastating': Virginia park rangers warn of lasting damage from federal cuts

Story by Madison Parlopiano | VCU Capital News Service • 5d •

5 min read





L   'It's devastating': Virginia park rangers warn of lasting damage from federal cuts

State's $2.3B park economy faces staffing crisis

© 2025 Microsoft      Your Privacy Choices      Consumer Health Privacy   Privacy and Cookies   Terms of Use   Advertise   •••      ⚡ Feedback

RICHMOND - Temperatures are warming, flowers are blooming and Virginia's peak park tourism seasons are ahead.

Travelers could find their plans affected, with funding and job cuts hitting the National Park Service. Virginia boasts several trails, parks and historic landmarks that fall under park service management which could be impacted. State officials hope park tourism stays strong because of the millions it generates, and park officials are trying to manage expectations with less resources.



Costco Shoppers Say This Wrinkle...

The Skincare Magazine    Learn more

What park visitors may find

If staff is limited, ranger-led tours, guided walks and educational programs could be canceled. Hours of operation for these national parks may be reduced. Visitors could experience longer wait times and lines to enter the park with fewer staff to manage entrance stations.

Rangers are trained to perform emergency medical services, search and rescue, traffic stops and respond to various other safety concerns, according to ranger activity reports. From July through September 2024, Shenandoah National Park rangers responded to 142 service calls, 23 medical events and 18 search and rescues.

Tourists may have to educate themselves on local flora and fauna, which could put themselves at risk, according to Ronan Connolly, who was formerly employed by the Department of Energy and Environmental Protection's park service.

"The effects of these cuts will be devastating to not only the park service, but also the public that enjoys these protected locations," Connolly stated in an email. "The effects will be felt nationwide and will impact the properties they maintain far after the Trump Administration has left office."

▶ **Related video**: Washington leaders warn AmeriCorps cuts will impact trails, public lands (KING-TV Seattle)

KING-TV Seattle

Washington leaders warn AmeriCorps cuts will impact trails, public lands



The park service hopes to ensure every visitor can still explore and enjoy national parks.

© 2025 Microsoft    About our Ads    Consumer Health Privacy    Privacy and Cookies    Terms of Use    Advertise

"Our teams are dedicated to meeting the evolving needs of our visitors, ensuring memorable and meaningful experiences for all," the public relations team stated in response to a question about current conditions and staffing.

Many different positions were impacted, according to Bill Wade, who previously served as a superintendent of Shenandoah National Park. He is now the executive director of the Association of National Park Rangers, a nonprofit that supports park management and park rangers.

"It wasn't just one or two categories, although probably two categories that got hit the hardest across the service were the people who do staff the visitor centers, and you have the ranger-led programs and school groups and that sort of thing, and then the fee collectors," Wade said.



**Boho Geo Throw Pillow ...**

Etsy — Learn more ›

Around nine fee collector positions were cut at Shenandoah, according to Wade. Multiple custodial positions were also lost.

Wade is worried about a lot of the smaller parks that have historic buildings. Regular maintenance and upkeep is required, he said. If these buildings can't be maintained the effects could be devastating.

"They start to deteriorate and, you know, once they start to deteriorate, it's not easy to reverse that," Wade said.

The Virginia Tourism Corporation highlights and promotes tourist destinations around the state, including national parks. The organization is still promoting Virginia parks, while putting extra emphasis on the importance of "leave no trace," according to director of communications Juliana Thomas.

"So reminding visitors to dispose of their waste properly, pack it in, pack it out, and leave the areas exactly as they found them," Thomas said. "With potentially limited staff resources, we all need to do our part for the visitors who come after us."



**5 Ways to Potentially...**

SmartAsset — See More ›

National Park Service staff and funding cuts

NPS remains committed to preserving the natural and cultural resources it manages, while following orders.

"As part of the broader efforts led by the Department of the Interior under President Trump's leadership, we are implementing necessary

© 2025 Microsoft

Your Privacy Choices    Consumer Health Privacy    Privacy and Cookies    Terms of Use    Advertise

reforms to ensure fiscal responsibility, operational efficiency, and government accountability," NPS said in a statement.

An estimated 1,000 probationary park staff were fired in February, according to the National Parks Conservation Association. Staff in the probationary period, which lasts a year on average, includes any recent hires and current or long-standing employees who were moved or promoted into a new position.

Approximately 63 park staff members were fired in Virginia, according to data from the Resistance Rangers, a community of former park service employees, some retired and some who were recently fired. Fifteen were employed at Shenandoah.

Virginia tourism could suffer

Virginia is No. 5 in the U.S. when it comes to visitor spending, jobs supported, value added and economic output, according to National Park Services data.

Tourism dollars are important for the state. Visitors brought in over $33.3 billion in 2023, according to an older press release from Gov. Glenn Youngkin and the Virginia Tourism Corporation.

"Our tourism industry is a crucial part of driving economic prosperity, providing jobs, building vibrant communities, and enhancing the quality of life for all Virginians," Youngkin stated.

The state's parks are a big attraction as over 23 million Virginia park visitors spent an estimated $1.5 billion in 2023, according to the park service. The impact directly benefits the parks, but also surrounding areas with money spent on camping, gas, groceries, hotels, recreational industries, restaurants, retail and transportation.

Park-related tourism spending supported over 21,000 jobs and $769 million in labor income. Overall the economic output was estimated at $2.3 billion for the Virginia economy. The number of jobs and money generated was up from the year before.

The staffing cuts to such an economic engine don't make sense, not when parks bring in an estimated $55 billion in economic returns throughout the country, according to Emily Douce, deputy vice president of government affairs at the National Parks Conservation Association.

"If it were a business, say like Disneyland or Disney World, if you had record-breaking visitation that brings in lots of money for the local economy, then you wouldn't be cutting staff," Douce said. "You would be increasing the amount of staff to ensure visitors have a great time."

She confirmed that without enough staff, park visitors could expect closed or poorly maintained bathrooms, overflowing trash cans, reduced hours and visitor centers, fewer open campgrounds and long lines at entrance gates.

Secretary of the U.S. Department of the Interior Doug Burgum sent out an order that requires all parks to get approval for park closures, according to Douce.

© 2025 Microsoft

Your Privacy Choices    Consumer Health Privacy    Privacy and Cookies    Terms of Use    Advertise

"So, it'll be interesting to see how they expect to do this with a severe reduction in the workforce," Douce said.

Seasonal workers cover many front-facing positions, like custodians, fee collectors and visitor educators, according to Douce. However, many jobs can't be covered by seasonal staff, like those that oversee the budgets, scientists and staff that monitor the wildlife and protect cultural resources.

Between firings and buyouts, the parks are being dismantled, she said.

"It's devastating to our national parks and they're in trouble," Douce said.

The funding for the park service primarily comes from Congress, according to the National Park Foundation. Parks also receive funding through entrance and user fees, along with private philanthropy received by the foundation.

Capital News Service is a program of Virginia Commonwealth University's Robertson School of Media and Culture. Students in the program provide state government coverage for a variety of media outlets in Virginia.

### Sponsored Content



OTTO Insurance

**These Companies Are Overcharging You for Washington Auto Insurance**

Ad



USWalletSaver

**SS Recipients Under $2,384/mo Now Entitled To 12+ Benefits in Washington**

Ad

### More for You



CNN

Trump-appointed judge says president's use of Alien Enemies Act is unlawful in first-of-its-kind ruling

1k        281



Business Insider · 2d

I tracked where every item was from during my Costco trip and saw just how much...

668        324



mySA · 2d

Popular camping closed at Big Bend Here's why.

29        1