CITY OF CHICAGO DEPARTMENT OF LAW, AFFIRMATIVE LITIGATION DIVISION

STEPHEN J. KANE (pro hac forthcoming)
REBECCA A. HIRSCH (pro hac forthcoming)
LUCY PRATHER (pro hac forthcoming)

121 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934

*Attorneys for Plaintiff*
*City of Chicago*

DEMOCRACY FORWARD FOUNDATION
ELENA GOLDSTEIN (pro hac forthcoming)
SKYE PERRYMAN (pro hac forthcoming)
P.O. Box 34553
Washington, D.C. 20043

Telephone: (202) 448-9090

Fax:        (202) 796-4426

Email:
egoldstein@democracyforward.org
sperryman@democracyforward.org

PUBLIC RIGHTS PROJECT
JILL HABIG, State Bar # 268770
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone:  (510) 738-6788
 Email:     jill@publicrightsproject.org

*Attorneys for Plaintiff*
*City of Chicago*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698<br><br>**DECLARATION OF KIMBERLY WORTHINGTON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

# DECLARATION OF KIMBERLY WORTHINGTON

I, Kimberly Worthington, declare:

1. I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Deputy Commissioner, Bureau of Environmental, Health and Safety Management ("Bureau"), in Chicago's Department of Fleet and Facility Management ("2FM"). I have held this position since January 1, 2012. In my role as Deputy Commissioner at 2FM, I am responsible for protecting human health and the environment as it relates to City-owned property and managing the day-to-day operations and budget for the Bureau.

3. The Bureau at 2FM performs work concerning sustainability planning, brownfield management, waste management, and National Environmental Policy Act reviews, in addition to providing environmental consultations. As part of this work, the Bureau relies on and collaborates with the regional office of the United States Environmental Protection Agency ("EPA") in several ways key to the performance of its mission.

### Harms Related to Reorganization of the Environmental Protection Agency

4. For example, the City relies on the Land, Chemicals, and Redevelopment Division of the regional EPA office to provide highly sophisticated knowledge regarding environmental risks and best environmental engineering practices gathered from across the country. 2FM is in frequent contact with the staff to obtain advice regarding risks and best practices when the City is remediating brownfield sites or assisting private developers in redevelopment of brownfields. The City lacks the ability to compile and assess such nationwide information and best practice advice on its own.

5. Similarly, the U.S. General Services Administration ("GSA") announced that on May 30, 2025, it will sunset its Sustainable Facilities ("SF") Tool website. The SF Tool website compiles information about the toxicity, safety, and effectiveness of a wide variety of chemicals and substances used in building and other materials. This information is based on the work and knowledge of EPA scientists, such as those in its Office of Research and Development, which EPA

1

has already cut by 75%, as well as scientists at the Department of Energy and Department of Agriculture.

6. 2FM relies on the SF Tool website to determine which products the City and its contractors can use for public outdoor areas and buildings that will be safe for both people and the environment. In addition, certain federal grants the City receives requires it and its contractors to follow "green procurement requirements," which mandate the use of specific eco-friendly materials and products for construction and building projects. The SF Tool website provides the up-to-date information necessary for the City to comply with those grant terms.

7. Finally, the City relies on the federal workforce at the regional EPA office to respond to emergency and long-term cleanup of toxic sites throughout the City. Both the Superfund and Emergency Management Division and the Land, Chemicals, and Redevelopment Division have provided essential resources to investigate and remediate dozens of abandoned contaminated properties throughout the City. One of those projects is an ongoing program to protect people from radiation exposures to buried radioactive materials beneath the City's rights-of-way and private property, caused by historic contamination by long-defunct and bankrupt companies.

8. The cuts to the EPA's workforce, especially those with highly specialized knowledge and expertise, will greatly impact the City's ability to address environmental and public health risks and maintain a safe living environment for all of its residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2025, at Chicago, Illinois.

*Kimberly Worthington*
Kimberly Worthington