Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF SHAUN O'BRIEN** |

**DECLARATION OF SHAUN O'BRIEN**

I, Shaun O'Brien, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am a Policy Strategist in the Research and Collective Bargaining Services department of the American Federation of State, County, and Municipal Employees (AFSCME). I have worked for AFSCME for 6 years.  In my role, I oversee a team of policy advocates, with a focus on federal regulatory work.  I also provide support and guidance for the state and local legislative work of AFSCME subordinate bodies, called councils or locals, that are member affiliates of AFSCME International; under the AFSCME International Constitution, all members of AFSCME affiliates are members of AFSCME International.  I also oversee the provision of technical assistance to AFSCME affiliates on the application of federal laws and rules in their workplaces, such as allowable uses of federal funding received by AFSCME members' employers, among other things. Lastly, I have extensive and specialized knowledge regarding health and retirement benefits.

3.      AFSCME represents 1.4 million members in communities across the nation. These members include federal employees, employees of state and local government, and employees in the private sector. Through my work, I am familiar with the broad range of jobs that AFSCME members perform and the ways in which their jobs rely on federal support, including the reliable disbursement of federal funding and technical assistance from federal employees in multiple agencies. The federal government's plan to eliminate hundreds of thousands of jobs across federal agencies will harmfully impact the work AFSCME members perform. The information below provides examples of how efforts to reorganize, and significantly reduce, the federal government will harm AFSCME members.

**Department of Health and Human Services**

4.      The Department of Health and Human Services (HHS), through the Administration for Children and Families (ACF) Office of Head Start administers the Head Start program. Head Start provides free learning and development services to qualifying children between birth and age

five. It also offers parental resources, including to expectant families. Head Start's mission is to provide high-quality services in safe and healthy settings to prepare children for school and life. AFSCME represents members who work at Head Start programs across the country, including in California, Colorado, Illinois, and New York. For example, AFSCME Local 146 is the exclusive bargaining representative of all Head Start Unit employees of the Sacramento Employment and Training Agency (SETA), including those in job classifications ranging from teachers to mental health coordinators, to cooks, to intervention specialists, and many more.

5.      Each Head Start program is primarily funded through federal grant money administered by HHS. In addition to selecting, through competitive application, Head Start grant recipients, HHS is also responsible for allocating and distributing money for training and technical assistance to Head Start grant recipients and their staff; research, demonstration and evaluation activities; other discretionary payments to program participants; and cost-of-living adjustments for grant recipients. Each Head Start agency (i.e., the entity receiving the Head Start grant to operate a Head Start program) must submit periodic financial reports to regional HHS offices. And HHS, through ACS, is responsible for conducting program performance reviews of the agencies.

6.      In 2024, HHS finalized a rule to make changes to the Head Start Program Performance Standards. Many of these performance standards are geared toward improving working conditions for Head Start staff, including AFSCME members. These changes include requiring Head Start agencies to adopt and implement a systemic approach to staff training and professional development, 45 C.F.R. §§ 1302.92, certain maximum staffing ratios, 45 C.F.R. § 1302.52(d)(2), and ensuring meaningful and effective employee engagement, 45 C.F.R. § 1302.101(a)(2).

7.      A significant reduction of HHS staff will affect AFSCME members who work at Head Start agencies on multiple fronts. An understaffed HHS will almost certainly (a) delay the payment of federal grant money to Head Start agencies, affecting AFSCME members who work there; (b) fail to grant timely waivers from program requirements that are necessary for the agencies; (c) fall short on its investigatory duties; and (d) fail to enforce the newly finalized rules specifically benefiting Head Start staff.

Declaration of Shaun O'Brien

8.      HHS also houses the Office of Child Care, which oversees the Child Care and Development Fund. That Fund pays grant money to states, which then disburse that money to family childcare providers (who are AFSCME members) to subsidize the cost of care for parents who use that childcare, thus creating jobs for AFSCME members. The Office of Child Care provides other services, including compiling and hosting technical assistance resources online, hosting a webpage regarding emergency preparedness that includes information on spending flexibilities in responding to emergency situations, and providing policy interpretations for practical topics like construction and renovation of childcare facilities.

9.      In 2024, HHS finalized a rule making regulatory changes to the Child Care Development Fund aimed at lowering costs for families, improving provider payment rates and practices, and simplifying enrollment in the subsidy program. The Office of Child Care will oversee the rollout of this new rule—which is not yet complete—and its enforcement thereafter, which will benefit family childcare providers who are AFSCME members, but only if there is adequate staffing to conduct investigations.

10.      AFSCME represents family childcare providers in California, Pennsylvania, New Jersey, New York and Oregon. This includes the members of Child Care Providers United (CCPU), a union of child care workers in California that brings together over 40,000 family child care providers and is a partnership of unions including AFSCME Local 3930. These providers run small, family childcare centers, often out of their own homes. They rely on a fully functional and fully staffed Office of Child Care to disburse grant money on time, to provide guidance on compliance with the various regulations that govern the members' individual small businesses, and to oversee the implementation of the 2024 rule regarding the Child Care Development Fund. AFSCME members who work as family child care providers will simply go out of business if they do not receive their grant money on time, which is almost certain to happen if HHS carries out its announced reorganization plan. AFSCME members will also be harmed if HHS's Office of Child Care is decimated by the planned reorganization, as that will significantly impact the rollout of the new rule and implementation of the subsidy program.

11.     AFSCME represents approximately 350,000 members in the health care sector whose work relies on federal administration and oversight of Medicaid, which is also performed by HHS. AFSCME's members include employees who work in state and county administration of Medicaid, such as those who make Medicaid eligibility determinations; case managers for people with disabilities, who in turn rely on Medicaid; health care professionals who treat and care for individuals covered by Medicaid, including some whose employer is both the Medicaid managed care plan covering Medicaid enrollees and their health care provider such as members of AFSCME affiliate United Nurses Associations of California / Union of Health Care Professionals (UNAC) who work for Kaiser Permanente in California among others; workers in nursing homes, which rely heavily on Medicaid because it covers the majority of nursing home residents; independent home care providers who care for Medicaid enrollees with disabilities, including members of AFSCME local 3930, United Domestic Workers (UDW) in California; emergency medical technicians and paramedics who treat and transport Medicaid enrollees in ambulances; interpreters paid by state Medicaid programs who help individuals with language barriers communicate with their care providers, among others. Each of these members relies on a fully staffed and functional HHS for the timely, accurate and effective administration and oversight of Medicaid and the promulgation of rules, guidance and state-specific waivers and demonstration projects essential to the operation of state Medicaid programs. For instance, the federal government sets and updates minimum eligibility requirements, informing the eligibility determinations that AFSCME members make and, absent these requirements, AFSCME members will not be able to perform their jobs or will be severely impacted in their ability to do so. AFSCME member care providers are compensated for their work based on reimbursement rates set pursuant to HHS guidance, especially in the case of Medicaid managed care plans, capitated rates subject to annual HHS review and approval: absent a functional HHS, these members' compensation will be threatened.  Eliminating or significantly scaling back staffing of Medicaid would thus harm these members.

12.     HHS also houses the Centers for Disease Control and Prevention (CDC). The CDC is the nation's health protection agency and, among other things, publishes research and guidance

1  about emerging public health threats. AFSCME represents members who work in the public health

2  field in a variety of capacities, including disease tracking and immunization promotion and

3  administration. Many of these AFSCME public health employee members work for public health

4  authorities directly, and these public health authorities share information with the CDC to inform

5  its public health tracking and in turn rely on CDC data to inform their own work. These members'

6  jobs will be harmed if CDC staff is cut and it is unable to perform the same quality and volume of

7  work.

8           13.     Within the CDC is the National Institute for Occupational Safety and Health

9  (NIOSH). NIOSH was created by the Occupational Safety and Health (OSH) Act to be the lead

10  research agency for the federal government. The agency focuses on workers in the highest risk

11  industries – mineworkers, firefighters, construction workers, healthcare workers and agriculture

12  workers – all of whom are at high risk of job injuries, illness and fatalities. NIOSH is the

13  only federal government agency broadly charged with conducting research and gathering and

14  analyzing information to keep workers safe and healthy. NIOSH collaborates with employers and

15  employees to translate research findings into practical solutions.

16           14.     NIOSH research, evaluations, and certifications are known by businesses and

17  workers globally. The work it does includes: ensuring that respirators used by 50 million

18  American workers function effectively; protecting firefighters from cancer and coal miners from

19  lung disease; investigating mysterious occupational disease outbreaks caused by chemicals or

20  infectious diseases; ensuring drivers are focused on the road and not distracted; assisting

21  workplaces to address substance use disorders brought on by the growing scourge of opioids; and

22  training, through 18 Education and Research Centers, the next generation of health and safety

23  professionals to monitor potential occupational health threats at workplaces nationwide. NIOSH's

24  work informs worker safety across sectors; without its vital research and information distribution

25  all workers, including AFSCME members in the private sector, will be less safe on the job.

26           15.     Specifically, AFSCME represents members who work as health technicians,

27  nurses, disease intervention specialists, dental hygienists, medical assistants, medical

28  technologists, autopsy technicians, lab technicians, forensic toxicologists, deputy coroners,

custodians, maintainers, street laborers, mechanics, parks laborers, painters, electricians, HVAC mechanics, waste treatment workers, sanitation workers, sewage disposal workers, and engineers who rely on respirator protection to keep them safe on the job. Without NIOSH expertise to verify their respiration protection is real and adequate, and NIOSH information regarding the limits of respirators, these members will be unable to rely on their PPE when performing essential job functions. Further, without NIOSH to certify new respirators, these workers will not benefit from future advances in respirators. To take just one example, AFSCME affiliate United Nurses Associations of California / Union of Health Care Professionals (UNAC/UHCP) represents more than 40,000 registered nurses and other healthcare professionals in California and Hawaii.

16.     NIOSH also offers no-cost Health Hazard Evaluations to help employees, unions, and employers learn whether health hazards are present at their workplaces. It also recommends ways to reduce hazards and prevent work-related illness. For example, I am aware that an AFSCME local union in Arizona requested such an evaluation to assess workplace safety. Without staff, NIOSH cannot continue to offer this free resource, which will in turn be unavailable to AFSCME and its members to use to improve their working conditions through collective bargaining.

**Department of Agriculture**

17.     The Department of Agriculture (USDA), administers several programs relating to food in public schools, including the National School Lunch Program, the School Breakfast Program, the Special Milk Program, and the Summer Food Service Program. These programs pay for a large proportion of school food service in public K-12 schools. USDA also recently published updated dietary guidelines for school lunches. *See* 89 Fed. Reg. 31962 (Apr. 25, 2024).

18.     AFSCME members include people who work in food service in K-12 schools. Their wages and benefits are funded at least in part by funding from the school food programs listed above. These AFSCME members are also on the front lines of adapting practices to conform to the new dietary guidelines. Without a fully staffed and functional USDA, these members cannot count on the money that funds their jobs to be reliably disbursed. They also cannot rely on guidance from the USDA on how to properly implement updated nutrition guidelines. Notably, the

Declaration of Shaun O'Brien

1   2024 rule requires changes to school nutrition in phases, beginning with the upcoming 2025-2026

2   school year. This is a critical time during which school nutrition professionals will rely on the

3   USDA as a source of information, training, and guidance to implementing its newly developed

4   changes.

5        19.      USDA also administers the Child and Adult Care Food Program, which provides

6   reimbursements for nutritious meals and snacks to children enrolled at participating childcare

7   centers. Many of AFSCME's members who provide family childcare, discussed above, receive

8   reimbursement for the food they serve through this program. These family childcare providers

9   generally serve low-income families and operate on very slim margins. They would not be able to

10  cover the costs of meals without CAFCP funding. Without adequate USDA staff to process

11  CAFCP grants made to the intermediaries that distribute funding directly to family childcare

12  providers, these AFSCME members generally will either have to pay out of pocket to feed the

13  otherwise eligible children for whom they care, or more likely stop offering meals as part of their

14  program.

15       20.      **Department of Labor**

16       21.      The Department of Labor (DOL) houses the Occupational Safety and Health

17  Administration (OSHA). OSHA administers and enforces the OSH Act and is dedicated to

18  creating safe and healthy working environments across the country. The OSH Act directly covers

19  most private sector workplaces as well as certain public sector workplaces in states that have

20  chosen to adopt and operate their own OSHA state plan for either just state and local public sector

21  workplaces or both those workplaces and private sector workplaces. Many states have their own

22  OSHA programs, which are required to meet minimum federal requirements, including by

23  establishing requirements that are at least as effective as Federal OSHA standards in regulating

24  private and public workplaces, and are monitored and evaluated annually by Federal OSHA.

25  Federal OSHA sets and enforces safety standards; provides training, outreach, education, and

26  assistance; and works collaboratively with state OSHAs to ensure they meet minimum federal

27  requirements, including that they adopt standards that are at least as effective as Federal OSHA

28  standards.

Declaration of Shaun O'Brien

22.     AFSCME represents members who work at state OSHA agencies, who rely on the federal government to set minimum standards to inform the work that state OSHAs do. Without a functional federal OSHA, members at these state entities will be left without guidance for setting and implementing their own standards, especially in response to emerging workplace hazards like heat stress.

23.     AFSCME also represents members in states that have adopted state OSHA plans that cover their workplaces and therefore count on the adoption and implementation of effective state plans to ensure safe and healthy workplaces. Weaknesses in state OSHA plans that result from not having a functional federal OSHA will threaten the workplace safety and health of those members.  This includes AFSCME members in the private sector who work in first responder jobs, including Emergency Medical Technicians and paramedics in California and other states.

24.     AFSCME also represents members who work in the private sector whose workplaces are in states that have not adopted state OSHA plans for the private sector and are therefore regulated directly by Federal OSHA. For example, AFSCME represents members who work at private hospitals and nursing homes, including in New Jersey, who rely on OSHA protections to keep them safe at work. They rely on strong federal OSHA enforcement to keep them safe at work. And AFSCME represents employees of the Shedd Aquarium in Chicago, Philadelphia Zoo, and other facilities involving direct interaction with animal life where OSHA compliance, and the threat of enforcement, directly impacts member safety on the job.

25.     AFSCME as a union also relies on OSHA resources when bargaining contracts with employers and when enforcing member rights on the job. AFSCME relies on OSHA resources to research occupational safety and health recommendations and incorporates those recommendations into contract language that AFSCME bargains for on behalf of members.

26.     AFSCME staff also regularly contact OSHA Compliance Assistance Specialists, who provide free training and compliance assistance to employers and labor. Those Specialists help AFSCME staff gauge whether employers are compliant with OSHA and troubleshoot safety issues. They also present trainings and information sessions for members and employers that AFSCME has attended.

27.     If OSHA is unable to continue to update its guidance documents and training resources—or even if it is slower to do so, which it is certain to be with staffing cuts—the loss of authoritative and up-to-date sources of safety standards and recommendations will weaken AFSCME's power at the bargaining table to negotiate for workplace safety improvements that have, until recently, been accepted as consensus best practices.

28.     And if OSHA does not have staff working as Compliance Assistance Specialists, or if these specialists are fewer and number and thus less readily available (as they certainly will be with staffing cuts), AFSCME will lose, or see delays in accessing, that valuable resource for enforcing its members' rights on the job. As a result, AFSCME's members will be compelled to work in workplaces that are less safe, and they will be subject to greater risk of occupational injury, illness and death.

29.     DOL also houses a Wage and Hour Division (WHD), the mission of which is to enforce compliance with labor standards, specifically regarding worker pay and certain leave requirements. In 2023 and 2024, employees at the Maryland Department of Public Safety and Correctional Services, including AFSCME members, received a settlement for nearly $23 million to remedy wage theft under the Fair Labor Standards Act. The settlement was a direct result of a years-long investigation by the WHD. The WHD is responsible for administering the settlement and will process individual claims for settlement funds for at least three years after the settlement. If DOL significantly reduces the staff in the WHD, the office very likely will be unable to process any future AFSCME member claims in a timely way. If DOL significantly reduces the staff in the WHD, the office also will be unable to as effectively enforce wage and hour requirements, and violations of AFSCME members' rights will go unvindicated or, at a minimum with major staffing cuts, be unnecessarily protracted.

30.     The Bureau of Labor Statistics (BLS) is within DOL as well. AFSCME relies on BLS's data compilation and reporting in its daily work. For instance, after the COVID-19 pandemic, state and local governments generally had high numbers of vacant positions but were unable to fill those vacancies quickly. AFSCME staff identified this trend by analyzing BLS's monthly Job Openings and Labor Turnover Survey (JOLTS). We then worked with the employers

1  to address that staffing gap. We also rely on BLS's monthly employment report to inform our

2  strategic thinking and BLS's consumer price index to inform our negotiations for wage increases.

3  With significant cuts to staffing, BLS will be unable to continue to gather the data or to compile

4  the data into these monthly reports that are essential to tracking labor trends, informing strategic

5  decision-making for the union, and identifying specific problems affecting state and local

6  government employers, and, in turn, our members.

7      31.     The Employee Benefits Security Administration (EBSA) within DOL oversees

8  millions of private-sector benefits plans, including retirement, health, and welfare benefit plans,

9  across the country. The office develops regulations; enforces federal employee benefits laws; and

10  provides educational resources for all involved in benefits administration, from individual

11  employees to service providers to plan sponsors. EBSA runs a direct hotline that guarantees a

12  return call by the next business day, open to individual benefits recipients, plan administrators, and

13  practitioners. AFSCME represents approximately 100,000 members in the private sector, many of

14  whom rely on EBSA's regulations, enforcement, and direct assistance services to ensure they

15  receive health and retirement benefits in accordance with law. An understaffed EBSA would

16  undermine the security of their employer-sponsored benefits.

17  **Department of Veterans Affairs**

18      32.     AFSCME members perform a variety of roles at State Veterans' Homes. These

19  Homes are facilities that provide nursing home, domiciliary, or adult day care to veterans. They

20  are owned and operated by state governments, but the Department of Veterans Affairs (VA) must

21  formally recognize and certify each home and survey each facility every year to ensure it

22  continues to meet VA standards. The VA also significantly funds these homes through per diem

23  funding and through grant money for special projects like capital improvements.

24      33.     AFSCME members work in these homes in Alaska, California, Delaware, Iowa,

25  Illinois, Louisiana, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Jersey, New Mexico,

26  Ohio, Pennsylvania, Rhode Island, and Washington. They perform a range of jobs, including

27  working as nurses, certified nursing assistants, support staff, facilities maintenance, cleaning

28

1    services, and food services. For example, AFSCME represents Alcohol Treatment Counselors

2    serving state veterans homes as employees of the California Department of Human Resources.

3        34.    An understaffed VA will be less reliably able to process grant money that supports

4    these homes' work and will be less able to process applications for capital improvement grants.

5    An understaffed VA will almost certainly fall behind on annual inspections of the homes. That

6    lack of oversight would result in a loss of funding or a degradation of working conditions for

7    AFSCME members, as these homes may be regularly the subject of required improvements as a

8    result of the inspections.

9    **Social Security Administration**

10       35.    AFSCME represents members who work for state agencies that determine

11   eligibility for Disability Insurance (DI) benefits through the Old Age, Survivors and Disability

12   Insurance (OASDI) program. This is an interactive process between the state agencies and the

13   federal SSA. SSA sets rules and guidance governing eligibility for DI. SSA is also the entity that

14   ultimately pays the benefits. The state agencies' involvement consists of receiving an application

15   that has been referred from SSA to the state agency, conducting an assessment regarding whether

16   the individual has a qualifying disability, then sending that determination back to SSA. State

17   agencies also rely on SSA-administered technology in making their assessments, including SSA

18   software that allows staff to upload voluminous medical records for faster assessment.

19       36.    AFSCME represents members who work at state determination entities in

20   California, Illinois, Minnesota, Nebraska, Ohio, Oregon, Pennsylvania, and Washington. In

21   California, this includes physicians who are involved in the medical assessments that inform the

22   state determinations; they are represented by the Union of American Physicians and Dentists, an

23   AFSCME affiliate.

24       37.    Without adequate staff at SSA to refer applications to state and local entities,

25   receive and process state determinations, and ensure that SSA-hosted technology is functional,

26   these AFSCME members will be significantly hindered in performing their jobs; and even modest

27   understaffing will immediately lead to delays in this active collaboration between AFSCME

28   members and SSA staff that is mission critical for AFSCME members to do their jobs.

1    38.    Of AFSCME's membership, approximately 200,000 are retired public service

2    workers who remain members of AFSCME, participate in its governance, and advocate for

3    fairness, equality, and income security for retired Americans. AFSCME's retiree membership is

4    organized into local and state chapters that are chartered by AFSCME. They elect local and state

5    leadership and, together, organize under a national Retiree Council. Many of AFSCME's retiree

6    members are eligible for Social Security benefits, either by virtue of age, survivorship, or

7    disability. Many AFSCME members (retiree or not) also have children who receive disability

8    benefits administered by SSA or who receive survivor or dependent benefits. Without a fully

9    functional SSA, these members face interruption in their receipt of benefits.

10    **Department of Housing and Urban Development**

11    39.    AFSCME represents over numerous bargaining units of members who work at

12    housing authorities across the country, including employees of the following housing authorities in

13    California: San Mateo County, Contra Costa County, Berkeley City, and Los Angeles City.

14    Housing authorities generally oversee public housing in their geographic area. Among other

15    things, housing authorities check individuals' eligibility to live in public housing, which is based

16    on their income and family size. They do so based on income limits set by the Department of

17    Housing and Urban Development (HUD).

18    40.    HUD funds public housing authorities. Local HUD offices also refer those seeking

19    residency in public housing to housing authorities. Significant staffing cuts at HUD will

20    jeopardize the regular and timely distribution of HUD money to housing authorities, will make

21    HUD less able to regularly update its income eligibility rules, and force HUD to close its local

22    offices, threatening AFSCME member jobs (as funding delays reduce the employer's ability to

23    budget and pay AFSCME member salaries) and eliminating a vital resource for the communities

24    that AFSCME members represent.

25    **Small Business Administration**

26    41.    Many AFSCME members carry student loan debt. As public servants, many have

27    benefited from the Public Service Loan Forgiveness program and from income-driven repayment

28    options that attach to the federal student loans of those employed in the public sector. The Trump

1  administration has announced that it will transfer the processing of student loans from the

2  Department of Education to the Small Business Administration (SBA). A severely understaffed

3  SBA will be less likely to timely process loan forgiveness or to be responsive to requests to adjust

4  income-based repayment to align with members' income and family size, causing significant

5  financial harm to AFSCME members.

6  **Department of Transportation**

7       42.    Federal funding for transportation activities and infrastructure comes primarily

8  from the U.S. Department of Transportation (DOT). DOT programs fund construction on federal-

9  aid highways, bridges, tunnels, ports, airports, ferries and public transit. Federal funds can also

10  generally be used for capital construction, acquisitions, and other projects. Federal highway funds

11  may be used for "preventive maintenance," which might include surface treatments like chip seals

12  or micro-surfacing, ditch restoration, traffic signal rebuilds and upgrades, and many other types of

13  activities.

14       43.    AFSCME represents highway maintenance workers, bridge maintenance workers,

15  environmental specialists and planners across the country, all of whom perform duties on a regular

16  basis that could qualify for federal funding and would be undermined should an understaffed

17  Department of Transportation be unable to timely and consistently process the distribution of

18  federal funds. For example, AFSCME represents a bargaining unit of employees of the Santa

19  Clara Valley Transportation Authority, and another of the Golden Gate Bridge, Highway and

20  Transportation District Painters.

21       44.    The Federal Transit Administration (FTA), part of DOT, manages and disburses

22  federal funds for public transit.  This includes federal support for transit worker training and re-

23  training, certain security expenses at large transit agencies, and other activities.

24       45.    AFSCME represents members who work at transit agencies in California,

25  Connecticut, Iowa, Florida, Michigan, Minnesota, New Mexico, New York, Ohio, Oregon,

26  Virginia, Washington, and Wisconsin. Many transit agencies with AFSCME collective bargaining

27  agreements rely on the federal government to cover a significant share of operations and

28  maintenance costs.

46.     Disruption of distribution of federal funding to public transit would have immediate and catastrophic impacts on transit agencies and their workers, irrespective of the type, size or location of the agency. Transit providers would likely be forced to reduce service substantially, decrease maintenance intervals, and dramatically reduce administrative staff and costs until alternative revenue sources, such as local taxes or fees, could be identified and enacted. The federal government provides support for preventive maintenance on vehicles and infrastructure – which many AFSCME members may perform regularly – that covers up to 80% of the cost. Funding for paratransit services would also be in jeopardy. Federal funds for training and upskilling workers, IT upgrades or enhanced security for transit agencies would also be at risk.

**National Labor Relations Board**

47.     The National Labor Relations Board (NLRB) protects the rights of private sector employees. It enforces the 1935 National Labor Relations Act and, in that capacity, is integral to private sector unions, including AFSCME's approximately 100,000 private sector members. The NLRB conducts union elections, investigates and adjudicates unfair labor practice charges, and makes and enforces substantive rules governing labor relations in the private sector, among other things.

48.     Without a functional NLRB, including its 48 regional offices throughout the country, AFSCME will be hampered in its ability to form new private-sector units or file and resolve unfair labor practice allegations on behalf of its private-sector membership.  AFSCME private sector members are already experiencing significant delays in the processing of pending Unfair Labor Practice charges they have filed; any reduction in staffing would further delay the legal relief to which these AFSCME members are entitled.

**Department of the Treasury**

49.     The Department of the Treasury (Treasury) is responsible for disbursing much of the grant money discussed above, including block grants, formula grants, and direct payments for specified use. Without a functional Treasury, or even just with a lower-staffed Treasury Department of any kind, these payments very likely will be delayed or stop altogether, severely harming AFSCME members and jeopardizing their jobs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 28, 2025, in Washington, D.C.

SHAUN O'BRIEN