Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **UPDATED INDEX OF DECLARATIONS** |

**Updated Index of Declarations**

| Declarant Name | Plaintiff Affiliation | ECF Number |
|---|---|---|
| *Union Declarations* | | |
| Adler, Glenn | SEIU | 37-3 |
| Bachelder, Liliana Caetano | AFSCME | 37-4 |
| Bailey, Mark | SEIU | 37-5 |
| Blake, Kory | AFSCME | 37-6 |
| Bobbitt, Veronica | AFGE | 41-1 |
| Braden, Michael | AFGE | 37-8 |
| Burke, Mary-Jean | AFGE | 37-9 |
| Cochran, Mark Dietrich | AFGE | 41-2 |
| Couture, Rich | AFGE | 37-11 |
| Daly, Kelly | AFSCME | 37-12 |
| Dreyfus, Bethany | AFGE Local 1236 | 37-13 |
| Fabris, Vincent | AFGE | 37-14 |
| Gabel, Lane | AFSCME | 37-15 |
| Gamble, LaRhonda | AFGE | 37-16 |
| Garthwaite, Brian | AFGE | 37-17 |
| Gustafsson, George Niklas | AFGE | 37-18 |
| Howell, Joyce | AFGE | 37-19 |
| Hunter, Sarah | AFGE | 37-20 |
| Jacobs, Yolanda | AFGE | 37-21 |
| Jefferies, Karen | SEIU Local 1000 | 37-22 |
| Kelley, Everett | AFGE | 37-23 |
| Levin, Aliyah | AFGE | 37-24 |
| Nelson, Matthew | AFSCME | 41-3 |
| Neuman, Elena Medina | SEIU | 37-26 |
| Niemeier-Walsh, Micah | AFGE | 41-4 |
| Norman, Sylvia | AFGE Local 3172 | 37-28 |
| O'Brien, Shaun | AFSCME | 41-5 |
| Prendiville, Caitlin | SEIU | 37-30 |
| Soldner, Paula Schelling | AFGE | 37-31 |
| Soriano, Jesus | AFGE | 37-32 |
| Turner-Nichols, Elizabeth | AFGE Local 2110 | 37-33 |
| Wander, Francesca | SEIU Local 1000 | 37-34 |

| Wilson, Yvette | AFGE Local 1122 | 37-35 |
|---|---|---|
| *Organization Declarations* | | |
| Benjamin, Georges | American Public Health Association | 37-36 |
| Davis, Laura | Northeast Organic Farming Association, Inc. | 37-37 |
| Eaton, Paul | Votevets Action Fund Inc. | 37-38 |
| Fiesta, Richard | Alliance For Retired Americans | 37-39 |
| Molvar, Erik | Western Watersheds Project | 37-40 |
| Neubacher, Don | Coalition to Protect America's National Parks | 37-41 |
| Olson, Nina | Center for Taxpayer Rights | 37-42 |
| Phetteplace, Shawn | Main Street Alliance | 37-43 |
| Shah, Naveed | Common Defense Civic Engagement | 37-44 |
| Shultz, Alexandra | American Geophysical Union | 37-45 |
| *City and County Declarations* | | |
| Barton, Leah | Harris County, Texas | 37-46 |
| Bechelli, Adrienne | City and County of San Francisco, California | 37-47 |
| Campos, Miguel | City of Chicago, Illinois | 37-48 |
| Crispen, Dean | City and County of San Francisco, California | 37-49 |
| Dively, Dwight | Martin Luther King, Jr. County, Washington | 41-6 |
| Hahn, Darrell | Harris County, Texas | 37-51 |
| Ige, Olusimbo | City of Chicago, Illinois | 37-52 |
| Jue, Tyrone | City and County of San Francisco, California | 37-53 |
| Leach, Faith | City of Baltimore, Maryland | 37-54 |
| Pena, Samuel | Harris County, Texas | 37-55 |
| Philip, Susan | City and County of San Francisco, California | 37-56 |
| Velez, Francisco | City of Chicago, Illinois | 37-57 |
| Williams, James | Santa Clara | 37-58 |
| Worthington, Kimberly | City of Chicago, Illinois | 37-59 |
| *Former Official Declarations* | | |
| Hugler, Edward | N/A | 37-60 |
| McKeon, Brian | N/A | 37-61 |
| Wells, Reginald | N/A | 37-62 |