UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 25-cv-03698-SI <br><br> **ORDER SETTING HEARING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 37 |

Plaintiffs have filed a motion for a temporary restraining order. Dkt. No. 37. The Court sets the following schedule for briefing and hearing the motion.

Defendants' opposition is due by 3:00 p.m. (PDT) on Wednesday, May 7. As the Court granted for plaintiffs' motion, defendants' opposition may exceed the regular 25-page limit, up to 50 pages.

Plaintiffs' reply, if any, is due by 3:00 p.m. (PDT) on Thursday, May 8. Plaintiffs' reply may not exceed 15 pages, as allowed by Civil Local Rule 7-3(c).

The motion will be heard on Friday, May 9, at 10:30 a.m. (PDT) in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco. Counsel for the parties are expected to appear in person.

**IT IS SO ORDERED**.

Dated: May 2, 2025

_____
SUSAN ILLSTON
United States District Judge