ELIZABETH B. WYDRA (BAR NO. 218200)
BRIANNE J. GOROD
MIRIAM BECKER-COHEN
ANNA K. JESSURUN
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org

*Counsel for Amicus Curiae*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **CONSENT MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> Date: May 9, 2025 <br> Time: 10:30 a.m. (PDT) <br> Place: Courtroom 1, 17th Floor <br>   450 Golden Gate Avenue <br>   San Francisco, CA 94102 <br> Judge: Honorable Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Constitutional Accountability Center (CAC) hereby respectfully moves the Court for leave to file a brief *amicus curiae* in the above-captioned case in support of Plaintiffs' motion for a temporary restraining order. Counsel for all parties have consented to the filing of this brief. A copy of the proposed *amicus curiae* brief is attached to this motion. In support of this motion, *amicus* states:

1. CAC is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history. CAC works to improve understanding of the Constitution and accordingly has an interest in this case.

2. CAC has filed *amicus* briefs in courts across the country addressing the Constitution's separation of powers, including Congress's authority to determine the structure of the federal government. *See, e.g.*, Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, *American Foreign Service Association v. Trump*, No. 25-352-CJN (D.D.C. filed Apr. 25, 2025); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, *AIDS Vaccine Advocacy Coalition v. Department of State*, No. 25-cv-400 (D.D.C. filed Feb. 19, 2025); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Defendants-Appellees, *Space Exploration Technologies Corp. v. NLRB*, No. 24-40315 (5th Cir. filed Sept. 23, 2024). Accordingly, CAC has developed expertise relevant to the issue at the heart of this case, and the proposed brief provides a unique historic perspective and more detail on certain issues than the parties can provide.

3. District courts have discretion to permit third parties to participate in an action as *amici curiae*, and courts have "exercised great liberality" in allowing *amicus* briefs. *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. 06-1254, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). District courts frequently accept *amicus* briefs from non-parties when the legal issues in a case "have potential ramifications beyond the parties directly involved" or if the *amicus* has "unique information or perspective that can help the court." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quotation marks omitted). There are no strict prerequisites that must be established to qualify for *amicus* status; the sole criterion is that the applicant make a showing that its "participation is useful or otherwise desirable to the court." *Woodfin Suite Hotels*, 2007 WL 81911, at *3 (quotation marks omitted).

3. The proposed, attached *amicus curiae* brief satisfies these standards. The attached brief explains that the Constitution vests all legislative powers in Congress, including plenary authority over the structure of the federal government. Since the Founding, Congress has exercised that power to create, reorganize, and abolish federal agencies, and whenever past Presidents have restructured the federal government or abolished agencies, they have done so pursuant to authority delegated by law, and subject to appropriate restraints.

For the foregoing reasons, *amicus curiae* respectfully requests leave to file the attached brief. A proposed order is attached to this motion.

Dated:  May 7, 2025

Respectfully submitted,

*Elizabeth B. Wydra*
Elizabeth B. Wydra (Bar No. 218200)
Brianne J. Gorod
Miriam Becker-Cohen
Anna K. Jessurun
Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org

*Counsel for Amicus Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: May 7, 2025

*Elizabeth B. Wydra*
Elizabeth B. Wydra
