# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRESIDENT DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** |

Upon consideration of the Constitutional Accountability Center's motion for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for a temporary restraining order, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Dated: _____          _____
SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER                                                                          Case No. 3:25-cv-03698-SI