UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION of GOVERNMENT EMPLOYEES, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> DONALD J. TRUMP, in his official Capacity as President of the United States, et al., <br><br> Defendant(s). | Case No. 3:25-cv-03698-SI <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Robert Chan Tysor Jr.__, an active member in good standing of the bar of __the State of Texas__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Harris County, Texas__ in the above-entitled action. My local co-counsel in this case is __Sharanya Mohan__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __350675__.

__1019 Congress, 15th Floor, Houston, TX 77002__  
MY ADDRESS OF RECORD

__490 43rd St., Unit #115, Oakland, CA 94609__  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

__(713) 274-5150__  
MY TELEPHONE # OF RECORD

__(510) 738-6788__  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

__chan.tysor@harriscountytx.gov__  
MY EMAIL ADDRESS OF RECORD

__sai@publicrightsproject.org__  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __20369300__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated:   May 6, 2025

*R. Chan Tysor, Jr.*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of   Robert Chan Tysor Jr.   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  May 7, 2025

*Susan Illston*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Updated 11/2021

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Robert Chan Tysor Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1987.

I further certify that the records of this office show that, as of this date

**Robert Chan Tysor Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of May, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1004C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.