UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION⊞ ,

Plaintiff(s),

v.

DONALD J. TRUMP, in his ⊞ ,

Defendant(s).

Case No. 3:25-cv-03698-SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lucy Prather , an active member in good standing of the bar of the State of Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City of Chicago in the above-entitled action. My local co-counsel in this case is Sharanya Mohan , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 350675 .

121 N LaSalle St, Ste 600, Chicago IL 60602
MY ADDRESS OF RECORD

312-744-4294
MY TELEPHONE # OF RECORD

lucy.prather@cityofchicago.org
MY EMAIL ADDRESS OF RECORD

490 43rd St, Unit # 115, Oakland CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-738-6788
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sai@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6337780 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated:  5/2/2025                                                    Lucy Prather

5                                                                              APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11     IT IS HEREBY ORDERED THAT the application of  Lucy Prather                is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:   May 7, 2025

16

17  _____

18  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/2/2025

Re: Lucy Prather
    Attorney No. 6337780

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Lucy Prather was admitted to practice law in Illinois on 5/13/2021; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____

Andrew Oliva
Registrar