UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION of GOVERNMENT EMPLOYEES, et al., <br><br>Plaintiff(s), <br><br>v. <br><br>DONALD J. TRUMP, in his official Capacity as President of the United States, et al., <br><br>Defendant(s). | Case No. 3:25-cv-03698-SI <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, __Alexandra "Alex" Keiser__, an active member in good standing of the bar of __the State of Texas__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Harris County, Texas__ in the above-entitled action. My local co-counsel in this case is __Sharanya Mohan__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __350675__.

| | |
|---|---|
| 1019 Congress, 15th Floor, Houston, TX 77002 | 490 43rd St., Unit #115, Oakland, CA 94609 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713) 274-3061 | (510) 738-6788 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| alex.keiser@harriscountytx.gov | sai@publicrightsproject.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __24137975__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

*Alexandra Keiser*
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Alexandra "Alex" Keiser  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 7, 2025

*Susan Illston*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 06, 2025

Re: Alexandra Jordan Keiser, State Bar Number 24137975

To Whom It May Concern:

This is to certify that Alexandra Jordan Keiser was licensed to practice law in Texas on October 12, 2023, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/jw