# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br>            Plaintiffs, <br><br>    v. <br><br> PRESIDENT DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>            Defendants. | Case No. 3:25-cv-03698-SI <br><br> [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF |

Upon consideration of the Constitutional Accountability Center's motion for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for a temporary restraining order, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Dated:  May 7, 2025

_____
SUSAN ILLSTON
United States District Judge