Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Amy Le (SBN 341925)
ale@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350

Carey R. Dunne (pro hac vice forthcoming)
carey@freeandfair.org
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
646-434-8604

*Counsel for Amici Curiae*
(Amici listing on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; AFGE LOCAL 1122; AFGE LOCAL 1236; AFGE LOCAL 2110; AFGE LOCAL 3172; SEIU LOCAL 1000; ALLIANCE FOR RETIRED AMERICANS; AMERICAN GEOPHYSICAL UNION; AMERICAN PUBLIC HEALTH ASSOCIATION; CENTER FOR TAXPAYER RIGHTS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; COMMON DEFENSE CIVIC ENGAGEMENT; MAIN STREET ALLIANCE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NORTHEAST ORGANIC FARMING ASSOCIATION, INC.; VOTEVETS ACTION FUND INC.; WESTERN WATERSHEDS PROJECT; COUNTY OF SANTA CLARA, CALIFORNIA; CITY OF CHICAGO, ILLINOIS; MARTIN LUTHER KING, JR. COUNTY, WASHINGTON; HARRIS COUNTY, TEXAS; CITY OF BALTIMORE, | Case No. 3:25-cv-03698-SI<br><br>**L.R. 3-15 CERTIFICATION** |

MARYLAND; and CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of U.S. Office of Management and Budget; UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management; DEPARTMENT OF GOVERNMENT EFFICIENCY; ELON MUSK, in his official capacity as the actual head of the Department of Government Efficiency; AMY GLEASON, in her official capacity as the titular Acting Administrator of the Department of Government Efficiency; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF JUSTICE; PAM BONDI, in her official capacity as Attorney General of the U.S. Department of Justice;

1  UNITED STATES DEPARTMENT OF THE
   INTERIOR; DOUG BURGUM, in his official
2  capacity as Secretary of the U.S. Department
   of the Interior; UNITED STATES
3  DEPARTMENT OF LABOR; LORI
   CHAVEZ-DEREMER, in her official capacity
4  as Secretary of the U.S. Department of Labor;
   UNITED STATES DEPARTMENT OF
5  STATE; MARCO RUBIO, in his official
   capacity as Secretary of the U.S. Department
6  of State; UNITED STATES DEPARTMENT
   OF TREASURY; SCOTT BESSENT, in his
7  official capacity as Secretary of U.S.
   Department of Treasury; UNITED STATES
8  DEPARTMENT OF TRANSPORTATION;
   SEAN DUFFY, in his official capacity as
9  Secretary for the U.S. Department of
   Transportation; UNITED STATES
10 DEPARTMENT OF VETERANS AFFAIRS;
   DOUG COLLINS, in his official capacity as
11 Secretary of Veterans Affairs; AMERICORPS
   (a.k.a. the CORPORATION FOR
12 NATIONAL AND COMMUNITY
   SERVICE); JENNIFER BASTRESS
13 TAHMASEBI, in her official capacity as
   Interim Agency Head of AmeriCorps;
14 UNITED STATES ENVIRONMENTAL
   PROTECTION AGENCY; LEE ZELDIN, in
15 his official capacity as Administrator of U.S.
   Environmental Protection Agency; UNITED
16 STATES GENERAL SERVICES
   ADMINISTRATION; STEPHEN EHIKIAN,
17 in his official capacity as Acting
   Administrator for U.S. General Services
18 Administration; NATIONAL LABOR
   RELATIONS BOARD; MARVIN KAPLAN,
19 in his official capacity as Chairman of the
   National Labor Relations Board; WILLIAM
20 COWEN, in his official capacity as the Acting
   General Counsel of the National Labor
21 Relations Board; NATIONAL SCIENCE
   FOUNDATION; BRIAN STONE, in his
22 official capacity as Acting Director of the
   National Science Foundation; UNITED
23 STATES SMALL BUSINESS
   ADMINISTRATION; KELLY LOEFFLER,
24 in her official capacity as Administrator of the
   U.S. Small Business Administration; UNITED
25 STATES SOCIAL SECURITY
   ADMINISTRATION; and LELAND
26 DUDEK, in his official capacity as Acting
   Commissioner of the U.S. Social Security
27 Administration,

28              Defendants.

L.R. 3-15 CERTIFICATION
Case No. 3:25-cv-03698-SI

1      Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, there is no

2  conflict or interest (other than the named parties) to report.

3  Dated: May 8, 2025                          KWUN BHANSALI LAZARUS LLP

4

5                                      By:    */s/ Michael S. Kwun*
                                             Michael S. Kwun (SBN 198945)
6                                            mkwun@kblfirm.com
                                             Kate E. Lazarus (SBN 268242)
7                                            klazarus@kblfirm.com
                                             Amy Le (SBN 341925)
8                                            ale@kblfirm.com
                                             555 Montgomery Street, Suite 750
9                                            San Francisco, CA  94111
                                             (415) 630-2350
10

11                                           Carey R. Dunne (pro hac vice forthcoming)
                                             carey@freeandfair.org
12                                           FREE AND FAIR LITIGATION GROUP, INC.
                                             266 W. 37th St., 20th Floor
                                             New York, NY 10018
13                                           646-434-8604

14
                                             *Counsel for Amici Curiae Donald B. Ayer, Ty*
15                                           *Cobb, Barbara Comstock, Mickey Edwards, Philip*
                                             *Lacovara, Michael Luttig, Carter Phillips, Trevor*
16                                           *Potter, Alan Charles Raul, Paul Rosenzweig,*
                                             *Nicholas Rostow, Robert Shanks, Fern Smith,*
17                                           *Peter Smith, William Joseph Walsh, and Christine*
                                             *Todd Whitman*
18

19

20

21

22

23

24

25

26

27

28