Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Amy Le (SBN 341925)
ale@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
(415) 630-2350

Carey R. Dunne (pro hac vice forthcoming)
carey@freeandfair.org
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
646-434-8604

*Counsel for Amici Curiae*
(Amici listing on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; AFGE LOCAL 1122; AFGE LOCAL 1236; AFGE LOCAL 2110; AFGE LOCAL 3172; SEIU LOCAL 1000; ALLIANCE FOR RETIRED AMERICANS; AMERICAN GEOPHYSICAL UNION; AMERICAN PUBLIC HEALTH ASSOCIATION; CENTER FOR TAXPAYER RIGHTS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; COMMON DEFENSE CIVIC ENGAGEMENT; MAIN STREET ALLIANCE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NORTHEAST ORGANIC FARMING ASSOCIATION, INC.; VOTEVETS ACTION FUND INC.; WESTERN WATERSHEDS PROJECT; COUNTY OF SANTA CLARA, CALIFORNIA; CITY OF CHICAGO, ILLINOIS; MARTIN LUTHER KING, JR. COUNTY, WASHINGTON; HARRIS COUNTY, TEXAS; CITY OF BALTIMORE, | Case No. 3:25-cv-03698-SI<br><br>**UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE OF FORMER GOVERNMENT OFFICIALS AND ADVISORS; DECLARATION OF MICHAEL S. KWUN** |

| | |
|---|---|
| 1 | MARYLAND; and CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of U.S. Office of Management and Budget; UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management; DEPARTMENT OF GOVERNMENT EFFICIENCY; ELON MUSK, in his official capacity as the actual head of the Department of Government Efficiency; AMY GLEASON, in her official capacity as the titular Acting Administrator of the Department of Government Efficiency; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; UNITED STATES DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF JUSTICE; PAM BONDI, in her official capacity as Attorney General of the U.S. Department of Justice; |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the U.S. Department of Labor; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; UNITED STATES DEPARTMENT OF TREASURY; SCOTT BESSENT, in his official capacity as Secretary of U.S. Department of Treasury; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of Transportation; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; DOUG COLLINS, in his official capacity as Secretary of Veterans Affairs; AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of AmeriCorps; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; UNITED STATES GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator for U.S. General Services Administration; NATIONAL LABOR RELATIONS BOARD; MARVIN KAPLAN, in his official capacity as Chairman of the National Labor Relations Board; WILLIAM COWEN, in his official capacity as the Acting General Counsel of the National Labor Relations Board; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation; UNITED STATES SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration; UNITED STATES SOCIAL SECURITY ADMINISTRATION; and LELAND DUDEK, in his official capacity as Acting Commissioner of the U.S. Social Security Administration,|
| | Defendants. |

# UNOPPOSED ADMINISTRATIVE MOTION
# FOR LEAVE TO FILE BRIEF AMICI CURIAE

Amici are conservatives and include former public officials who were elected as Republicans or served in Republican administrations. These amici have collectively spent decades in public service in the federal government and state governments. They share a commitment to limited government and the rule of law. They write out of concern that the carefully constructed checks and balances that are built into our Constitution are under threat as a result of defendants' conduct. Amici respectfully seek leave to file the accompanying brief amici curiae[1] in support of the plaintiffs' motion for a temporary restraining order.

Amici and their backgrounds[2] are as follows:

- Donald B. Ayer, Deputy Attorney General in the George H.W. Bush Administration from 1989 to 1990; Principal Deputy Solicitor General in the Reagan Administration from 1986 to 1988; United States Attorney for the Eastern District of California from 1981 to 1986 in the Reagan Administration.

- Ty Cobb, Special Counsel to the President in the Trump Administration from 2017 to 2018.

- Barbara Comstock, Representative of the 10th Congressional District of Virginia from 2015 to 2019 (R).

- Mickey Edwards, Representative of the 5th Congressional District of Oklahoma from 1977 to 1993 (R).

- Philip Lacovara, Counsel to the Special Prosecutor, Watergate Special Prosecutor's Office in the Nixon Administration from 1973 to 1974.

- Michael Luttig, Circuit Judge, United States Court of Appeals appointed by George H.W. Bush from 1991 to 2006; Assistant Attorney General, Office of Legal Counsel and Counselor to the Attorney General in the Bush Administration from 1990 to 1991; Assistant Counsel to the President in the Reagan Administration from 1981 to 1982.

- Carter Phillips, Assistant to the Solicitor General in the Reagan Administration from 1981 to 1984.

---

[1] No party's counsel authored the brief amici curiae in whole or in part. No party or a party's counsel contributed money that was intended to fund preparing or submitting the brief. No person other than amici, their members, or their counsel contributed money that was intended to fund preparing or submitting the brief.

[2] Individual amici are listed in alphabetical order by last name. All former affiliations of the individuals are listed for identification purposes only. The individual amici join this brief in their individual capacities, and not on behalf of any current or former affiliated agencies or organizations.

- Trevor Potter, Chairman of the Federal Election Commission and Commissioner of the Federal Election Commission from 1991 to 1995; General Counsel to John McCain's Presidential Campaign from 2000 to 2008.

- Alan Charles Raul, Associate Counsel to the President in the Reagan Administration from 1986 to 1988; General Counsel to Office of Management and Budget from 1988 to 1989 in the Reagan and George H.W. Bush Administrations; General Counsel to U.S. Department of Agriculture from 1989 to 1993 in the George H.W. Bush Administration; Vice Chairman of the Privacy and Civil Liberties Oversight Board from 2006 to 2008 in the George W. Bush Administration.

- Paul Rosenzweig, Deputy Assistant Secretary for Policy, Department of Homeland Security in the George W. Bush Administration from 2005 to 2009.

- Nicholas Rostow, Special Assistant to the President for National Security Affairs and Legal Adviser to the National Security Council under Reagan and George H.W. Bush Administrations from 1987 to 1993; Special Assistant to the Legal Adviser, U.S. Department of State from 1985 to 1987; Senior Research Scholar at Yale Law School.

- Robert Shanks, Deputy Assistant Attorney General, Office of Legal Counsel in the Reagan Administration from 1981 to 1984.

- Fern Smith, Judge of the U.S. District Court for the Northern District of California appointed by President Reagan from 1988 to 2005.

- Peter Smith, Representative-at-Large of Vermont from 1989 to 1991 (R).

- William Joseph Walsh, Representative of the 8th Congressional District of Illinois from 2011 to 2013 (R).

- Christine Todd Whitman, Governor of New Jersey from 1994 to 2001 (R); Administrator of the Environmental Protection Agency in the George W. Bush Administration, 2001-2003.

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved . . . ." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC,* 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005); *see also Centro Legal de la Raza v. Exec. Off. for Immigr. Rev.*, 524 F. Supp. 3d 919, 949 (N.D. Cal. 2021) (noting that the court received and granted five motions for leave to file amicus briefs in support of the plaintiffs' motion for a preliminary injunction). Here, amici's participation will assist the Court's adjudication of the motion for a temporary restraining order by providing a broader perspective on the role of the Constitutional scheme of checks and balances, and the rule of law. The parties consent to the filing of the proposed amicus brief. Kwun Decl. ¶¶ 2–3.

/ / /

For the foregoing reasons, amici respectfully request leave to file the accompanying brief.

Dated: May 8, 2025                                KWUN BHANSALI LAZARUS LLP

                                    By:   */s/ Michael S. Kwun*
                                          Michael S. Kwun (SBN 198945)
                                          mkwun@kblfirm.com
                                          Kate E. Lazarus (SBN 268242)
                                          klazarus@kblfirm.com
                                          Amy Le (SBN 341925)
                                          ale@kblfirm.com
                                          555 Montgomery Street, Suite 750
                                          San Francisco, CA 94111
                                          (415) 630-2350

                                          Carey R. Dunne (pro hac vice forthcoming)
                                          carey@freeandfair.org
                                          FREE AND FAIR LITIGATION GROUP, INC.
                                          266 W. 37th St., 20th Floor
                                          New York, NY 10018
                                          646-434-8604

                                          *Counsel for Amici Curiae Donald B. Ayer, Ty Cobb, Barbara Comstock, Mickey Edwards, Philip Lacovara, Michael Luttig, Carter Phillips, Trevor Potter, Alan Charles Raul, Paul Rosenzweig, Nicholas Rostow, Robert Shanks, Fern Smith, Peter Smith, William Joseph Walsh, and Christine Todd Whitman*

**Declaration of Michael S. Kwun**

I, Michael S. Kwun, declare as follows:

1. I am counsel of record for Donald B. Ayer, Ty Cobb, Barbara Comstock, Mickey Edwards, Philip Lacovara, Michael Luttig, Carter Phillips, Trevor Potter, Alan Charles Raul, Paul Rosenzweig, Nicholas Rostow, Robert Shanks, Fern Smith, Peter Smith, William Joseph Walsh, and Christine Todd Whitman, who in the foregoing administrative motion request leave to file a brief amici curiae. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I emailed counsel for the plaintiffs and counsel for the defendants requesting the consent of the parties to the filing of the brief amici curiae. In my emails to counsel, I explained that the brief would be in support of the plaintiffs' motion for a temporary restraining order.

3. By return email, counsel for the plaintiffs and counsel for the defendants each informed me that their respective clients consent to the filing of the brief amici curiae.

4. The brief that amici seek leave to file is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 8, 2025, at San Francisco, California.

                                                   /s/ Michael S. Kwun
                                                   Michael S. Kwun