Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel.: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DREW MAMMEL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF DREW MAMMEL**

I, Drew Mammel, declare as follows:

1.      I am employed as a litigation assistant by the law firm of Altshuler Berzon LLP.  My responsibilities include conducting factual research for agency announcements, press releases, and press articles related to the issues raised by the above captioned case.  I make the following declaration from personal knowledge and if called upon could competently testify thereto.

2.      The Plaintiffs in the above-captioned case filed a Motion for Temporary Restraining Order on Thursday, May 1, 2025.  Subsequent to the filing of that Motion, I reviewed and downloaded the documents described in this Declaration.

3.      **USDA**.  A true and correct copy of the article *Rollins: USDA downsizing plan due in May, could include some consolidation*, published by Agri-Pulse on April 23, 2025, that I downloaded from the link https://www.agri-pulse.com/articles/22789-rollins-usda-downsizing-plan-due-in-may-could-include-some-consolidation is attached hereto as Exhibit A.

4.      In that article, Secretary of Agriculture Brooke Rollins was quoted by Agri-Pulse as follows:

> During an interview with Agri-Pulse on Tuesday after a series of events in the Fargo, North Dakota, region, Rollins indicated some aspects of USDA Rural Development could be among functions of the department that get moved elsewhere.
>
> "There's seven agencies that deal with housing, including USDA," she said. "There are 12 agencies that deal with rural prosperity and rural programming, and not that some of that won't remain, **but this is the first time maybe that our country is taking a really hard look at how we organize our government**."
>
> Rollins also suggested federal firefighting services could be consolidating. Major land management agencies are largely split between USDA and Interior. The Forest Service is part of USDA, while the Bureau of Land Management is under Interior.
>
> "Maybe we keep ours, they keep theirs, but we've got to be more effective and efficient in how we fight the wildfires and how we build our firefighters, how we train them. And there's a better way to do it than the way that we're doing it," Rollins said.
> ….
> "The ultimate planning and reorganization should be finished in terms of at least the announcement by early to mid-May. So, we're getting really close to sort of the final plans," Rollins told reporters at a stop earlier Tuesday.
> …
> She said the four years Trump was out of office allowed his advisers to plan the government downsizing.

**"The four years in between term one and term two allowed a lot of work to be done to really be much more intentional on how we do just that, how we right-size the federal government, across every single agency,"** Rollins told reporters.

Ex. A at 1-2 (emphasis added).

5.      A true and correct copy of the article *After paying people to leave, one federal agency is scrambling to fill positions*, published by NPR News on May 3, 2025, that I downloaded from the link https://www.npr.org/2025/05/03/nx-s1-5384961/usda-deferred-resignation-federal-workers-aphis is attached hereto as Exhibit B.

6.      **EPA**.  On May 2, 2025, EPA issued a Press Release:  EPA Announces Next Phase of Organizational Improvements to Better Integrate Science into Agency Offices, Deliver Clean Air, Land, and Water to All Americans.  A true and correct copy of that Press Release that I downloaded from the link https://www.epa.gov/newsreleases/epa-announces-next-phase-organizational-improvements-better-integrate-science-agency is attached hereto as Exhibit C.

7.      The EPA Press Release stated:

U.S. Environmental Protection Agency (EPA) announced the next phase of organizational improvements to the agency to better provide clean air, water, and land for all Americans.  These workforce changes impact the Office of the Administrator, Office of Air and Radiation, Office of Chemical Safety and Pollution Prevention (OCSPP), and Office of Water.

**Following President Trump's Executive Order, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative,"** the Federal government "commence[d] a critical transformation of the Federal bureaucracy" to "empower American families, workers, taxpayers, and our system of Government itself."
…

This phase of reorganization will save taxpayers more than $300 million annually by Fiscal Year 2026. **It is all part of a larger, comprehensive effort to restructure the agency, and when finalized, EPA expects to have employment levels near those seen when President Ronald Reagan occupied the White House.**

Ex. C. at 2-3 (emphasis added).

8.      NPR reported on May 2, 2025, that EPA conducted a meeting on May 2. 2025 at which "EPA leadership told [Office of Research and Development] staff to expect cuts **in the coming weeks**."  (Emphasis added).  NPR also reported:  "In a meeting Friday, EPA leaders encouraged ORD's **1500** staff to apply for the roughly **500** new positions created in the reorganization."

(Emphasis added).  A true and correct copy of the NPR article, *The Trump administration says it will cut EPA staffing to Reagan-era levels*, that I downloaded from the link https://www.npr.org/2025/05/02/nx-s1-5385272/epa-environmental-protection-agency-cuts-trump-zeldin is attached hereto as Exhibit D.

9.  **HHS**.  On May 2, 2025, CBS News reported that "[n]early all of the remaining staff at the National Institute of Occupational Safety and Health … receiv[ed] layoff notices" on May 2.  The report continued, explaining that employees that received layoff notices were "put on leave until an official separation from service on July 2."  Affected workers were employed in "the World Trade Center Health Program, miner safety, and firefighter health programs."  Additionally, "[t]he layoffs … stopped work at the agency's National Personal Protective Technology Laboratory" which was "the government body tasked with vetting safety equipment like N95 masks and breathing devices used by emergency workers."  A true and correct copy of the article, *Worker safety agency NIOSH lays off most remaining staff*, that I downloaded from the link https://www.cbsnews.com/news/worker-safety-agency-niosh-lays-off-most-remaining-staff/?linkId=810633593 is attached hereto as Exhibit E.

10.  **Interior**.  On April 28, 2025, SFGate reported that the National Park Service sent an email directing National Park Service employees to submit their own resumes to the Department of the Interior as part of the agency's reduction-in-force process.  A true and correct copy of the article, *National Park Service asks workers to help with their own layoffs*, that I downloaded on May 5, 2025, from the link https://www.sfgate.com/national-parks/article/national-park-employees-must-resubmit-resumes-20299248.php is attached hereto as Exhibit F.  The email stated that "[t]he Department continues to evaluate workforce optimization opportunities," which "include[] plans for reductions-in-force."  The email also asked employees to review the accuracy of their personal information in advance of upcoming reductions.

11.  On May 2, 2025, E&E News PM reported that the Department of the Interior, by way of a Memorandum from acting chief human capital officer Stephanie Holmes to HR directors, "has placed an indefinite hold on employee reassignments or changes to work locations as it determines what positions and staff could be cut in layoffs."  The article reports that Holmes wrote that

beginning "immediately" the decision to freeze "personnel actions within the Department" is being carried out "to ensure stability during our current employee data review processes and to streamline our operational focus associated with potential reductions in force (RIF)." The article reported that the memo further stated that temporary reassignments, or promotions related to filling a vacant post, "may continue provided the employee's position of record is not anticipated to be impacted in a RIF and the position to which they are detailed is either not impacted by a potential RIF scenario or is listed as vacant on the retention register." A true and correct copy of the article *Interior freezes personnel movement ahead of possible layoffs*, that I downloaded from the following site, https://subscriber.politicopro.com/article/eenews/2025/05/02/interior-freezes-personnel-movement-ahead-of-possible-layoffs-00324318, is attached hereto as Exhibit G.

12.     On May 7, Government Executive reported that the Department of Interior "is finalizing reduction-in-force plans expected to target thousands of employees, including 1,500 at the National Park Service, with notices going out to employees within 10 days." The U.S. Geological Survey is expected to terminate an additional "1,000 employees [] focused on its Ecosystem Mission Area … and the Bureau of Reclamation will target around 100 to 150 employees." The Bureau of Land Management and Fish and Wildlife Service are likewise expected to terminate employees. "Four sources confirmed the first round of RIFs are expected on or around May 15." A true and correct copy of the article *Thousands of layoffs to hit Interior, National Parks imminently*, that I downloaded from the following site, https://www.govexec.com/workforce/2025/05/thousands-layoffs-hit-interior-national-parks-imminently/405145/, is attached hereto as Exhibit H.

13.     **Veterans' Affairs**. On May 1, 2025, the University of Arizona public radio station reported that VA employees received a notification from the VA that the deadline for the Deferred Resignation program had been extended until May 16, and that employees were at the same time informed: "As we have stressed before, should you elect not to use the DRP, VA cannot provide assurance about the certainty of your position moving forward." A true and correct copy of the article, *VA job cuts loom but deadline moves*, that I downloaded from the link https://news.azpm.org/s/100869-va-job-cuts-loom-as-secretary-doug-collins-tours-tucson-va/ is attached here to as Exhibit I.

14.    That article also reports:  When asked about the projected 80,000 positions slated for cuts, Collins said "**I did not say 80,000**; I said there was a goal of 15% which if you do the math is about 80,000."  Ex. I (emphasis added).  In early March, Secretary Collins appeared on Fox & Friends where he was asked about planned RIFs:

> "So, the 80,000 number that has come out, is that number already done? Have you already decided who to let go?" Fox's Brian Kilmeade questioned.
> "No, that is a goal that was put out … [as] President Trump and [the Office of Personnel Management] have said let's look at a reduction in force across government," Collins replied. "**And that is a goal, that is our target.**"

ECF 37-1 at 5 (emphasis changed).

15.    Subsequent to the Plaintiffs' TRO Motion filed on May 1, 2025, I found the following articles and documents addressing actual and impending RIFs and reorganizations at agencies not included in Plaintiffs' TRO:

16.    **DHS**.   On May 8, 2025, Politico reported that FEMA's acting administrator, Cameron Hamilton, was terminated after testifying before the House Appropriations subcommittee the prior day:  "I do not believe it is in the best interests of the American people to eliminate the Federal Emergency Management Agency."  A true and correct copy of the article, *FEMA chief is fired*, that I downloaded from the link https://www.politico.com/news/2025/05/08/fema-chief-fired-cameron-hamilton-00335840 is attached hereto as Exhibit J.

17.    **OPM**.   On May 1, 2025, Federal News Network reported that the Office of Personnel Management ("OPM") recently "shuttered" the OPM's "Center for Leadership Development … an arm within OPM's Human Resources Solutions [] Office."  A true and correct copy of the article, with some of the ads removed, *OPM shutters office that trained agency leaders, next generation of federal talent*, that I downloaded from the link https://federalnewsnetwork.com/reorganization/2025/05/opm-shutters-office-that-trained-agency-leaders-next-generation-of-federal-talent/ is attached hereto as Exhibit K.

18.    **Transportation**.   On May 3, 2025, Government Executive reported that "Transportation Secretary Sean Duffy announced at a town hall … that the department will perform reductions in force at the end of May."  A true and correct copy of the article, *Initial layoffs at Transportation Department expected in late May*, that I downloaded from the link

*Transportation Department expected in late May*, that I downloaded from the link

https://www.govexec.com/workforce/2025/05/initial-layoffs-transportation-department-expected-late-may/405041/ is attached hereto as Exhibit L.

19.      Subsequent to the Plaintiffs' TRO Motion filed on May 1, 2025, I also reviewed and downloaded the following articles:

20.      **March 6 Cabinet Meeting**.  On March 6, 2025, NPR reported that President Trump held a meeting with Cabinet members and Elon Musk regarding staffing cuts at federal agencies. Afterwards, President Trump discussed the meeting with reporters and said with respect to Cabinet members: **"If they can cut, it's better.  And if they don't cut then Elon will do the cutting."** (Emphasis added.)  A true and correct copy of the article, *Trump says Cabinet secretaries, not Elon Musk, are in charge of agency cuts*, that I downloaded from the link

https://www.npr.org/2025/03/06/nx-s1-5320339/trump-musk-cabinet-firings is attached hereto as Exhibit M.

20.      **AutoRIF Software**.  On May 8, 2025, Reuters reported that "[u]nder direction from Musk's [DOGE], software developers at [OPM]" have created an updated version of a software program called AutoRIF "to speed layoffs across the U.S. government."  The article stated that "[t]he software could turbo-charge the rapid-fire effort to downsize the government at a time when a number of larger federal agencies are preparing to execute plans for mass layoffs of tens of thousands of workers."  A true and correct copy of the article, *DOGE-led software revamp to speed US job cuts even as Musk steps back*, that I downloaded from the link https://www.reuters.com/business/world-at-work/doge-led-software-revamp-speed-us-job-cuts-even-musk-steps-back-2025-05-08/ is attached hereto as Exhibit N.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed May 8, 2025, in San Francisco, California.

Drew Mammel

Drew Mammel

Exhibit A

www.agri-pulse.com/articles/22789-rollins-usda-downsizing-plan-due-in-may-could-include-some-consolidation



Agriculture Secretary Brooke Rollins with Sen. John Hoeven, R-N.D. (Noah Wicks photo)

# Rollins: USDA downsizing plan due in May, could include some consolidation

Noah Wicks (/authors/295-noah-wicks) and Steve Davies (/authors/2-steve-davies)
April 23, 2025

The Trump administration's plan for reorganizing and downsizing USDA should be out by the middle of May, and it will likely call for consolidating some programs with other agencies, according to Agriculture Secretary Brooke Rollins.

During an interview with
*Agri-Pulse*
on Tuesday after a series of events in the Fargo, North Dakota, region, Rollins indicated some aspects of USDA Rural Development could be among functions of the department that get moved

elsewhere.

"There's seven agencies that deal with housing, including USDA," she said. "There are 12 agencies that deal with rural prosperity and rural programming, and not that some of that won't remain, but this is the first time maybe that our country is taking a really hard look at how we organize our government."

Rollins also suggested federal firefighting services could be consolidating. Major land management agencies are largely split between USDA and Interior. The Forest Service is part of USDA, while the Bureau of Land Management is under Interior.

"Maybe we keep ours, they keep theirs, but we've got to be more effective and efficient in how we fight the wildfires and how we build our firefighters, how we train them. And there's a better way to do it than the way that we're doing it," Rollins said.

She stressed that the reorganization was intended to make government services more efficient.

"We're not taking a look at, 'Are we going to take food away from hungry kids', or 'Are we going to stop fighting those wildfires" — but looking at all of those layers of bureaucracy to make sure we're doing it in the most efficient and effective way possible with the taxpayer dollars," she said.

USDA is finalizing a second round of buyouts and has been expected to announce more layoffs as part of the downsizing.

"The ultimate planning and reorganization should be finished in terms of at least the announcement by early to mid-May. So, we're getting really close to sort of the final plans," Rollins told reporters at a stop earlier Tuesday.

**It's easy to be "in the know"**
**about agriculture news from coast to coast! Sign up for a FREE month of Agri-Pulse news. Simply**
**click here.**
(https://bit.ly/3Ae10ey)

Rollins told
*Agri-Pulse*
she wasn't ready to announce how many employees had been allowed to take the buyouts because some of the applications were being turned down. For example, she said applications from Farm Service Agency field staff had been declined.

"It's a bit of a moving target, because some of them … we pull back," she said.

She said the four years Trump was out of office allowed his advisers to plan the government downsizing.

"The four years in between term one and term two allowed a lot of work to be done to really be much more intentional on how we do just that, how we right-size the federal government, across every single agency," Rollins told reporters.

The downsizing has already been significant, with news outlets including
*Agri-Pulse*
reporting the loss of well over 10% of employees at the agency of approximately 100,000 employees.

Kevin Shea, former administrator of the Animal and Plant Health Inspection Service, told
*Agri-Pulse*
Monday that "well over" 1,000 people at APHIS are leaving the agency, and that the loss in personnel is approaching "20% of the workforce."

In the Plant Protection and Quarantine area alone, 700 to 800 people out of approximately 3,000 will no longer be on the job — about a quarter of the workforce.

The Agricultural Research Service lost well over 1,000 employees in the latest buyout, which follows about 800 employees leaving through the first one. That's out of an organization of about 7,000 people, according to the agency's website.

For more news, go to Agri-Pulse.com (https://www.agri-pulse.com/).



Noah Wicks (mailto:Noah@agri-pulse.com)
Associate Editor



Steve Davies (mailto:steve@agri-pulse.com)

Deputy Managing Editor

Exhibit B

5/5/25, 2:01 PM
After paying people to leave, USDA scrambles to fill positions : NPR
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 14 of 80

HOURLY NEWS

Play Live Radio

LISTEN LIVE

MY PLAYLIST



DONATE

POLITICS

# After paying people to leave, one federal agency is scrambling to fill positions

MAY 3, 2025 · 6:00 AM ET

HEARD ON ALL THINGS CONSIDERED

 Andrea Hsu

Audio will be available later today.



Samples of insects that agricultural specialists look for when inspecting flowers for harmful pests are seen at Miami International Airport in Miami, Florida, on February 7, 2024.

*Giorgio Viera/AFP via Getty Images*

As the Trump administration marches forward with its plan to dramatically slash the federal workforce, agencies are bidding farewell to employees who have agreed to resign now in exchange for pay and benefits through September.

But at least one agency, the U.S. Department of Agriculture's Animal and Plant Health Inspection Service (APHIS), is already scrambling to fill some of those newly vacant roles, according to internal communications seen by NPR.

On Thursday, a day after the departure of hundreds of employees who accepted the deferred resignation offer, remaining APHIS employees received an email from human resources announcing "lateral transfer opportunities." Qualified employees are invited to apply by Tuesday for 73 open positions "that are especially critical to fill as soon as possible," the email said.

---

**Sponsor Message**

---

The agency is looking for scientists, budget analysts, technicians, inspectors and a veterinarian to carry out its mission to protect the health, welfare and value of America's plants, animals and natural resources.

The immediate posting of these jobs has infuriated employees who took the deferred resignation offer out of fear that their positions would be eliminated.

"We are now all at home, being paid to stay home while they announce, less than 24 hours later, our jobs," said one APHIS employee who accepted deferred

resignation and now sees their position on the list of openings. "What logic metric is being used to justify this?"



**POLITICS**

**Trump is proposing big budget cuts — except for defense and the border**

The employee, whose role involved ensuring that agricultural commodities entering the U.S. are both legal and safe, agreed to speak with NPR on condition of anonymity out of fear of reprisal for speaking to the media.

## On the hook for two salaries

In filling jobs that are open due to voluntary resignations, the government will effectively be on the hook for two salary-and-benefit packages through the end of September — one for the person newly moving into the job, and one for the person who was paid to leave that job.

It's not clear what will happen to the roles that are vacated by employees who move to the newly opened positions.

**Sponsor Message**

It's also not clear if all 73 open positions had been occupied by people who accepted the deferred resignation offer. The email to employees explained that

Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 17 of 80

APHIS had been approved to fill a limited number of positions "given the impact of recent and upcoming staff departures."

NPR asked the USDA press office to explain the rationale for offering employees in mission-critical positions the chance to resign with five months of pay and benefits, and how their replacements would be funded during those months. Most APHIS positions are funded through fees paid by importers and other entities that use the agency's services, not Congressional appropriations.

The agency declined to answer those questions and instead sent a statement.

"Under President Trump's leadership, USDA is being transparent about plans to optimize and reduce our workforce and to return the Department to a customer service focused, farmer first agency," the statement said. "While Secretary Rollins is actively pursuing plans to reduce USDA's workforce to better serve the needs of the people we serve, she will not compromise the critical work of the Department, including its ongoing work to protect American agriculture from foreign disease and pests."



U.S. Agriculture Secretary Brooke Rollins speaks to the press outside the White House on February 14, 2025 in Washington, D.C.

Kayla Bartkowski/Getty Images North America

## Fear of being fired led to resignation

The APHIS employee who spoke to NPR said they never wanted to leave their job. They'd been with the government for about eight years.

The employee took pride in the role they played, protecting American agriculture from invasive plants, pests and diseases and ensuring the safety of imported food products headed for supermarkets.

They did not consider leaving when the first deferred resignation offer was rolled out days after President Trump's inauguration. But eventually, they bowed to what they describe as "relentless attempts" over the past few months to get employees to quit.

The overriding message, the employee said, was basically — "You should take the [deferred resignation offer] before we fire you. It's really the best option for you."



**NATIONAL**

**Most federal workers said they wouldn't resign. Now some are reconsidering**

With no information on USDA's restructuring plans coming from management, and conflicting information over whether mission-critical roles would be spared in layoffs, the employee became increasingly fearful that no APHIS job was safe.

"My understanding from management was there was no guarantee," the employee said.

Fueling the unease was the fact that there were deep cuts happening elsewhere. In late March, the Department of Health and Human Services announced a reduction in force, or RIF, of 10,000 employees, as part of what the agency called a "dramatic restructuring."

**Sponsor Message**



Sealy Full Mattress |
Posturepedic Hybrid
| Firm | Ashurst 11"

$1,049.99
**$419.77**

Shop Now

"Just like anyone else, our fear was that we would be RIF'd regardless of how mission-critical we were," the APHIS employee said.

Around that same time, Trump signed an executive order ending collective bargaining rights for wide swaths of the federal workforce, including everyone at APHIS, citing national security concerns. Days later, employees were told their union would no longer be recognized.

"Now we have no workers' rights," the employee remembers thinking.

So when USDA reopened its deferred resignation offer on April 1 and gave employees a week to decide whether to opt in, the employee decided it was best to leave.

"By that point, I was so terrified," they said.



**POLITICS**

**New lawsuit argues Trump and DOGE's government overhaul is unconstitutional**

Since then, a federal judge has halted Trump's executive order on collective bargaining, and even before that, APHIS had informed at least one of the unions representing its employees, the National Association of Agriculture Employees (NAAE), that the agency would once again recognize the union.

## Concerns about mass departures were brewing

Even before now, there were signs that senior leaders at APHIS were concerned about the large number of people departing the agency.

On April 23, some employees who had accepted the second deferred resignation offer, including entomologists, botanists and quarantine staff with APHIS' Plant Protection and Quarantine program, received an email from agency leaders, inviting them to change their minds and stay in their jobs.

"While staffing levels will be reduced in other areas ... your mission critical position will not be affected," the message promised.

But not everyone got this offer. The APHIS employee who spoke with NPR surmises that people working in less visible positions, away from the ports where goods are inspected, were excluded, despite the important role they play in providing those on the frontlines with critical information in real time.

The employee considers that an oversight, given how much their colleagues at the ports rely on them.

**Sponsor Message**

"It would be like cutting off the jobs of all the 911 operators and leaving the police on the street," they said.

**CLIMATE**

**Rural communities were promised millions in disaster funds. Trump is ending it**



Armando Rosario-Lebron, the union's eastern regional vice president, says the union broadly supports lateral moves and even has procedures for how they should be carried out in its collective bargaining agreement with APHIS.

"We have nothing against laterals as an instrument for workforce balancing," he says.

What the union finds objectionable is the timing, Rosario-Lebron says, with opportunities rolled out a day after people left their jobs, and without any notice given to the union.

Nevertheless, the job opportunities have been posted. Qualified applicants — those with relevant experience as well as the licensure and certifications to perform the work — have until 11:59 p.m. ET on May 6 to apply for the new positions, according to internal communications. Reassignments take effect May 18, with employees reporting to their new positions May 19.

usda     federal employees     trump     efficiency

Exhibit C

5/2/25, 1:48 PM
EPA Announces Next Phase of Organizational Improvements to Better Integrate Science into Agency Offices, Deliver Clean Air, Land…

Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 23 of 80



Home <https://epa.gov/>    /    News Releases <https://epa.gov/newsreleases/search>

# EPA Announces Next Phase of Organizational Improvements to Better Integrate Science into Agency Offices, Deliver Clean Air, Land, and Water to All Americans

May 2, 2025

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** – U.S. Environmental Protection Agency (EPA) announced the next phase of organizational improvements to the agency to better provide clean air, water, and land for all Americans. These workforce changes impact the Office of the Administrator, Office of Air and Radiation, Office of Chemical Safety and Pollution Prevention (OCSPP), and Office of Water.

Following President Trump's Executive Order, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative," the Federal government "commence[d] a critical transformation of the Federal bureaucracy" to "empower American families, workers, taxpayers, and our system of Government itself."

*"With these organizational improvements, we recommit to fulfilling all of our statutory obligations and exceptionally delivering on EPA's core mission of protecting human health and the environment. This reorganization will bring much needed efficiencies to incorporate science into our rulemakings and sharply focus our work on providing the cleanest air, land, and water for our communities. It will also save at least $300 million annually for the American people,"* **said EPA Administrator Lee Zeldin.**

With this action, EPA is delivering organizational improvements to the personnel structure that will directly benefit the American people and better advance the agency's core mission, while Powering the Great American Comeback.

EPA is creating the first-of-its-kind Office of State Air Partnerships within the Office of Air and Radiation. This office will be focused on working with, not against, state, local and tribal air permitting agencies to improve processing of State Implementation Plans and resolving air permitting concerns. This will help ensure national consistency so that a state, local or tribal air permitting agency receives the same answer regardless of where they are in the country. EPA is also creating the Office of Clean Air Programs that will align statutory obligations and mission essential functions based on centers of expertise to ensure more transparency and harmony in regulatory development.

Similarly, changes to the Office of Water will better align the development of regulations, guidance, and policy with the science that underpins it. EPA is also elevating issues of cybersecurity, emergency response, and water reuse and conservation to ensure they are receiving appropriate resources to address today's pressing water issues.

In this reorganization, the agency is shifting its scientific expertise and research efforts to program offices to tackle statutory obligations and mission essential functions. This includes the creation of the Office of Applied Science and Environmental Solutions (OASES) in the Office of the Administrator to align research and put science at the forefront of the agency's rulemakings and technical assistance to states.

Specifically, OCSPP will gain more than 130 scientific, technical, bioinformatic, and information technology experts to work directly on the backlogs of over 504 new chemicals in review that are beyond the statutorily required timeframes and over 12,000 pesticide reviews that are well beyond their expected timelines. In this process, EPA is also gaining the tools needed to advance a PFAS testing strategy to ensure that we are furthering our understanding of PFAS and its impacts on human health and the environment. These organizational improvements provide better tools and capabilities to allow OCSPP to use computational and bioinformatic tools—and eventually artificial intelligence—to streamline and improve the review of chemicals and pesticides.

5/2/25, 1:48 PM                    EPA Announces Next Phase of Organizational Improvements to Better Integrate Science into Agency Offices, Deliver Clean Air, Land…

Case 3:25-cv-03698-SI   Document 70-1   Filed 05/08/25   Page 26 of 80

This phase of reorganization will save taxpayers more than $300 million annually by Fiscal Year 2026. It is all part of a larger, comprehensive effort to restructure the agency, and when finalized, EPA expects to have employment levels near those seen when President Ronald Reagan occupied the White House.

Earlier this year, EPA announced <https://epa.gov/newsreleases/epa-terminates-bidens-environmental-justice-dei-arms-agency> the termination of the Biden-Harris Administration's Environmental Justice (EJ) and Diversity, Equity, and Inclusion (DEI) arms of the agency. In doing so, EPA began a Reduction in Force for approximately 280 DEI and EJ employees and transferred 175 employees who perform statutory obligations and mission essential functions to other offices.

Last updated on May 2, 2025

Exhibit D

5/5/25, 2:07 PM
Trump administration announces reorganization and/or cuts at EPA : NPR
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 28 of 80



HOURLY NEWS

Play Live Radio

LISTEN LIVE

MY PLAYLIST



DONATE

CLIMATE

# The Trump administration says it will cut EPA staffing to Reagan-era levels

MAY 2, 2025 · 9:15 PM ET

By Alejandra Borunda



The Environmental Protection Agency's science wing, the Office of Research and Development, faces major changes under the Trump administration. The office does research to understand how environmental contaminants affect human health. Its work feeds into regulations like the Clean Air Act.

*Mark Schiefelbein/AP*

The Trump administration underlined announced plans for a significant reorganization of the Environmental Protection Agency on Friday, and signaled major cuts in staffing to come – especially for the agency's scientific research arm.

EPA administrator Lee Zeldin <u>said the EPA</u> expects to cut staff to levels similar to the 1980s, when President Ronald Reagan occupied the White House, in order to "operate as efficiently and effectively as possible."

That could mean potentially thousands fewer employees. The agency currently has a workforce of <u>about 15,000 people</u>. Staffing during the Reagan administration fluctuated between about 11,000 to 14,000 employees.

---



**CLIMATE**

**EPA announces dozens of environmental regulations it plans to target**

The agency plans major changes in the Office of Research and Development, the wing of EPA that provides scientific analysis on the risks of air pollution, chemicals, and other environmental hazards. It plans to move some scientific staff from ORD into existing policy-making offices, which write regulations, and send others to newly created offices.

In a meeting on Friday, EPA leadership told ORD staff to expect cuts in the coming weeks.

Former EPA official Jennifer Orme-Zavaleta says the reorganization could undermine research at the EPA, and its ability to protect human health.

"By splitting things up or eliminating that expertise, we put people at greater risk and we put this country at greater risk," Orme-Zavaleta says.

The ORD has historically provided independent scientific assessments about the risks of environmental contaminants, from lead in drinking water to air pollution. Its scientists have provided foundational research into some of the country's most challenging environmental problems.

ORD researchers were some of the first to identify sources of PFAS as health hazards over a decade ago, for example. Before that, research from a <u>North Carolina laboratory</u> established direct links between breathing in different amounts of ozone – the primary component of smog – and health problems like asthma. Policymakers within the agency rely on ORD science to design rules to protect Americans from pollution.



EPA Administrator Lee Zeldin announced a reorganization to make EPA "operate as efficiently and effectively as possible." The reshuffle would create several new offices, but agency leaders told staff to expect significant employment cuts in coming weeks.

*Evan Vucci/AP*

Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 31 of 80

Experts are concerned that staff and budget changes could result in major cuts to research. Zeldin has previously announced his intention to slash EPA's overall budget by 65% in coming years. In its budget submitted to Congress this week, the Trump administration called for a roughly 45% cut to ORD's budget.

"The magnitude of these kinds of cuts would really affect the entire research enterprise of the EPA," says Chris Frey, a dean of research at North Carolina State University who led ORD during the Biden Administration.

In an op-ed published Friday in Newsweek, Zeldin said the reorganization efforts are intended to "transform the EPA into a more efficient and effective agency."

He says the proposed changes will save an estimated $300 million by 2026 – a roughly 3% savings compared to the agency's 2024 budget of more than $9 billion.

## Scientific staff worry about "musical chairs"

In a meeting Friday, EPA leaders encouraged ORD's 1500 staff to apply for the roughly 500 new positions created in the reorganization.

"I feel like they're playing musical chairs, but taking out half the chairs, and everyone else is going to get cut," says an EPA staff scientist who attended the meeting. NPR is not using their name because they fear retribution for speaking publicly.

CLIMATE

5/5/25, 2:07 PM
Trump administration announces reorganization and cuts at the EPA : NPR
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 32 of 80



**Air pollution still plagues nearly half of Americans. That does a number on our health**

The reorganization is just the latest change at EPA. In March, Zeldin announced ambitious plans to review and potentially roll back more than two dozen environmental rules and policies.

Earlier this year, the agency announced it would close offices focused on environmental justice and diversity, equity and inclusion and freeze millions of dollars in grant funding. In its statement Friday, the agency said those cuts resulted in a reduction in force of about 280 people, while 175 people were transferred to other offices.

In its first 100 days, the Trump administration has made cuts to scientific programs across the federal government. It has fired hundreds of scientists at the National Oceanic and Atmospheric Administration and slashed funding for research administered through the National Institutes of Health and the National Science Foundation. It has also dismissed scientists working on the National Climate Assessment, the government's flagship report on how global warming is affecting the U.S.

epa     u.s. environmental protection agency     lee zeldin     donald j. trump

Exhibit E



Nearly all of the remaining staff at the National Institute of Occupational Safety and Health were laid off Friday, multiple officials and laid-off employees told CBS News, gutting programs ranging from approvals of new safety equipment to firefighter health.

Much of the work at NIOSH, an arm of the U.S. Centers for Disease Control and Prevention, had already stalled after an initial round of layoffs on April 1 at the

agency ordered by Health and Human Services Secretary Robert F. Kennedy Jr.

New requests for investigations of firefighter injuries and workplace health hazards had already stopped being accepted. A CDC plan to help Texas schools curb the spread of measles infections was also scrapped due to the layoffs.

NIOSH was started in 1970 as part of the same law that created another federal agency called the Occupational Safety and Health Administration, or OSHA. In addition to its own voluntary recommendations for employers, NIOSH produces research to inform OSHA's regulations and enforcement.

NIOSH employees receiving layoff notices late Friday included some workers for the World Trade Center Health Program, miner safety, and firefighter health programs. Some workers for those programs had been asked to temporarily return to work for another month or two, after pleas from members of Congress.

Among the layoffs to NIOSH's World Trade Center Health Program were nurses and scientists, two CDC officials said. Staff dealing with enrollment, member services and other administrative duties were also cut.



An organizational chart annotated by a group of NIOSH staff showing the divisions that were eliminated by the

layoffs.

C B S   N E W S

Layoff notices received by workers Friday were almost identical to those received in the initial round of Kennedy's cuts, which said that their duties "have been identified as either unnecessary or virtually identical to duties being performed elsewhere in the agency."

The main difference with Friday's layoff notices was the date they take effect: workers are being put on leave until an official separation from service on July 2, instead of in June.

The layoffs also stopped work at the agency's National Personal Protective Technology Laboratory. This NIOSH division had been the government body tasked with vetting safety equipment like N95 masks and breathing devices used by emergency workers.

The laboratory's respirator approval program had been in the middle of processing around 100 applications for personal protective equipment, one laid-off official said.

Stalled work includes changes needed to meet new standards issued by the National Fire Protection Association for this year. No equipment is currently certified to meet those standards, nor has the agency been able to issue refunds to application fees paid for by manufacturers.

Efforts to spot and warn of counterfeit personal protective equipment was also halted due to the layoffs, officials said.

"Millions of workers across various sectors - including healthcare, construction, and emergency services - depend on NIOSH-approved respirators. Without these approvals, their safety is compromised, leading to potential illness, injury, or even death," laid-off employees wrote in a letter shared with CBS News.

## HHS responds to NIOSH layoffs

HHS did not immediately respond to a request for comment on Friday, asking

what would happen to the agency's work now that most of its teams had been eliminated. The department had previously said that NIOSH would be absorbed into a new agency called the Administration for a Healthy America.

In a post Saturday on X, the department said that firefighter programs were still a top priority and that as "the agency continues to streamline operations, the essential services provided by NIOSH will remain fully intact and uninterrupted."

The department also claimed no CDC employees had been terminated on Friday and only a "required notice was sent to NIOSH employees, following the agreed-upon standard process with the union."

Laid-off NIOSH workers told CBS News that the department's post was misleading, since workers represented by unions were still on the job until Friday, when they received letters from HHS informing them of the layoffs and that they would be locked out of the agency's buildings.

That capped a process which started in late March, after unions received a notice saying that most NIOSH employees could be cut by the end of June. In the past, unions could use that time to negotiate with the department, allowing employees to continue to work during talks that might mitigate or avoid a "reduction in force" of their members.

However, unions were unable to initiate negotiations with Kennedy's department to head off the layoff notices Friday. An executive order issued by President Trump ended collective bargaining with unions representing the CDC and some other agencies, which is now being challenged in court.

---

# More from CBS News

**More than 100 National Renewable Energy Lab employees laid off in Golden**



**Denver City Council rejects extention of Flock Safety cameras**



**Radio traffic of deadly crash in Weld County doesn't end debate over pursuit**

**Spring slop is heading to Colorado, bringing snow to the mountains and heavy rain to Denver**



In:      **Centers for Disease Control and Prevention**      **RFK Jr.**

## Alexander Tin

Alexander Tin is a digital reporter for CBS News based in the Washington, D.C. bureau. He covers federal public health agencies.

 **Twitter**

*© 2025 CBS Interactive Inc. All Rights Reserved.*



Exhibit F

National Park Service asks workers to help with their own layoffs




    Newsletters    **Sign in**

**NATIONAL PARKS**

# National Park Service asks workers to help with their own layoffs

Thousands of National Park Service employees told to submit their resumes

By **Kylie Mohr**, *Big Sky Country Contributing Parks Editor*

April 28, 2025

   



Grand Canyon National Park ranger Jill Staurowsky gives a tour to visitors on Feb. 22, 2025.
Brandon Bell/Getty Images



🎧 Listen Now:

**National Park Service asks workers to help...**

About 4 Minutes    📊 Everlit

In between keeping clueless visitors away from ornery wildlife, cleaning park bathrooms and filling in for departed co-workers, National Park Service employees must add yet another task to their list: updating their resumes and, in some instances, creating new ones from scratch.

Watch More

5/7/25, 10:44 AM
National Park Service asks workers to prepare for unknown layoffs
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 42 of 80

# SFGATE

Park service employees were instructed late last week to submit their updated resumes by noon Tuesday and prepare for more staff reductions, according to an email apparently sent from the National Park Service to all employees, a screenshot of which was shared with SFGATE by National Parks Conservation Association director of communications Kati Schmidt.

---

**ADVERTISEMENT**
Article continues below this ad

---

The senders and recipients weren't visible in the screenshot SFGATE reviewed, but an email signature at the bottom identifies the sender as Rita Moss, an associate

director for workforce and inclusion at the Park Service. Her name appears with the same title on the agency's contact information webpage.

"The Department continues to evaluate workforce optimization opportunities," Moss' email reads. "This includes plans for reductions–in–force, with exemptions for positions that are critical to public safety" or are linked to the "highest priority programs," with no examples given.



FILE: Ranger Susan Darrell welcomes a visitor to Acadia National Park near Bar Harbor, Maine.
Robert F. Bukaty/AP

The Trump administration is still reducing the size and functionality of the federal government — including the Department of the Interior, which houses the National Park Service and other land management agencies. The agency, already running with 100 key leadership positions unfilled and 2,400 fewer employees than last year, is still slated to lose more staff soon due to continued "optimization" efforts.

5/7/25, 10:44 AM    National park employees must resubmit resumes or risk being laid off, unknown if...

Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 44 of 80

Impending layoffs would be on top of mid-February firings and two rounds of deferred resignation and voluntary early retirement offers. The Department of the Interior offered employees a severance payment of at most $25,000 to leave the agency at the end of May, according to an email sent in mid-March that was obtained by SFGATE.

All National Park Service employees were ordered to turn in a resume, even if they've worked for the park service for decades, which in some cases may mean they don't have one. Employees were asked to make sure their resumes include a comprehensive list of all positions held, including part-time or full-time status, key responsibilities, degrees, certifications and completed training programs.

The email from Moss also asks employees to review their personal information for accuracy in advance of upcoming reductions.

## BEST OF SFGATE

**History |** The incredible implosion of the Bay Area's biggest pyramid scheme
**Food |** Tragedy almost shuttered this Berkeley brunch institution
**Culture |** Inside the Bay Area's cult-like obsession with Beanie Babies
**Local |** The world's last lost tourist thought Maine was San Francisco

*Get SFGATE's top stories sent to your inbox by signing up for The Daily newsletter here.*

**ADVERTISEMENT**
Article continues below this ad

"These reductions would paralyze the ability of the NPS to carry out its legally mandated mission," said an earlier news release from Resistance Rangers, a group of more than 1,000 off-duty park service rangers. In early April, Interior Secretary Doug Burgum ordered parks to stay "open and accessible" despite staffing cuts. Parks must submit any closures or reductions in hours, trails and campgrounds to higher-ups in Washington, D.C., before taking any action at a park level.



A National Park Service ranger conducts a walking tour in Shark Valley, part of the Everglades National Park, on April 17, 2025.
Joe Raedle/Getty Images

Upcoming cuts are on top of an already-shrinking workforce designed to protect national parks for current and future generations. Over the past 15 years, the park service's workforce has declined by 20%, while national park visitation has increased by more than 15%.

The park service is reeling from a variety of changes in the past several weeks. A leaked draft document from the Department of the Interior last week showed that the Trump administration is considering shrinking the boundaries of six national monuments. In mid-April, Burgum signed over control of the agency to a so-called Department of Government Efficiency (DOGE) operative.

ADVERTISEMENT
Article continues below this ad

In March, staff were told not to publicize record-breaking visitor numbers from 2024; the closure of 33 park service facilities was announced, and a spending freeze limited employees' credit cards to a $1 spending limit. In February, more than 1,000 employees were fired in what's being called the "Valentine's Day Massacre."

Parks are already feeling the impacts of staffing reductions and delays. Interruptions in the hiring of seasonal employees in Yosemite National Park has led to the park's scientists, rangers, IT staff and leadership cleaning campground bathrooms due to a custodian shortage.

## More National Parks

— Trump admin declares emergency in California's federal forests
— 'Much more difficult': Cuts leave famed Calif. trail in shambles
— National parks are in crisis. Should you visit or not?
— A rogue ranger is documenting every National Park Service firing

*We love national parks just as much as you do, so we have a newsletter that covers them from top to bottom. Sign up here.*

April 28, 2025

### Kylie Mohr

**BIG SKY COUNTRY CONTRIBUTING PARKS EDITOR**

 

Exhibit G

E&E News | Article: Interior freezes personnel movement ahead of possible layoffs

## E&E NEWS PM

# Interior freezes personnel movement ahead of possible layoffs

## The hold will "ensure stability during our current employee data review processes," an internal memo said.

 BY: **SCOTT STREATER** | 05/02/2025 04:43 PM EDT



The Interior Department headquarters in Washington. | Francis Chung/POLITICO

**E&E NEWS PM |** The Interior Department has placed an indefinite hold on employee reassignments or changes to work locations as it determines what positions and staff could be cut in layoffs.

A Friday memorandum from Stephanie Holmes, Interior's acting chief human capital officer, follows a mandate issued last week directing Interior staffers to update their

resumes and certify the accuracy of individual "employee data reports" listing staffers' pay grades and job titles, as well as length of service. That information is being used to develop retention rosters that will determine what staff positions are cut in any layoff scenario.

Advertisement



Holmes wrote that beginning "immediately" the decision to freeze "personnel actions within the Department" is being carried out "to ensure stability during our current employee data review processes and to streamline our operational focus associated with potential reductions in force (RIF)," according to the memo reviewed by POLITICO's E&E News.

The latest memo adds to the uncertainty agency staffers are facing as they brace for possibly large-scale layoffs.

An Interior spokesperson declined to comment.

But major changes are already underway.

Interior Secretary Doug Burgum last month signed a secretarial order advancing a reorganization plan that includes consolidating "human resources, information technology, financial management, training and development, international affairs, contracting, communications, Federal financial assistance, and other administrative functions."

Burgum's April 17 order offered no details on when the reorganization and consolidation plan will be executed, or when it will be completed.

The secretary assigned the task of overseeing the reorganization to Tyler Hassen, a former "Department of Government Efficiency" official who is now serving as Interior's acting assistant secretary for policy, management and budget.

Holmes' Friday memo to HR directors and human capital officers directs that any "internal personnel actions resulting in an occupational series change or movement from an administrative functional area" that occurred after Burgum's April 17 order "must be reversed" no later than "the pay period beginning May 18."

Holmes gave human resource officials a May 7 deadline to inform their department's Office of Human Capital "of any actions that need to be reversed."

The memo adds that temporary reassignments, or promotions related to filling a vacant post, "may continue provided the employee's position of record is not anticipated to be impacted in a RIF and the position to which they are detailed is either not impacted by a potential RIF scenario or is listed as vacant on the retention register."

Meanwhile, agency employees are waiting to see if Interior moves on expected agencywide layoffs.

The firings, if they take place, would kick off a complex process in which some employees compete against each other, jockeying for remaining positions using tenure, veterans' preference, length of service and performance ratings.

Interior two weeks ago sent lists of specific competitive areas where staffers would compete for jobs, according to documents obtained by E&E News. Among the areas listed: the Bureau of Ocean Energy Management's Office of Renewable Energy, Interior civil rights division in Denver, Bureau of Land Management's communications office at Interior headquarters, and a host of BLM state offices and directorates.

Interior has offered two rounds of deferred resignation and retirement to staffers; it's not clear how many took the offer.

*Scott Streater can be reached on Signal at s_streater.80.*

---

UP NEXT IN **THIS EDITION OF E&E NEWS PM**

Trump proposes smallest National Science Foundation budget in decades
BY CORBIN HIAR




 **YOUR ACCOUNT MANAGEMENT TEAM**

5/2/25, 2:24 PM
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 52 of 80
EE News | Article | Interior freezes personnel movement ahead of possible layoffs

Nick King

Associate Account Manager, Primary

nking@politico.com

---

© 2025 POLITICO LLC

Exhibit H

## Government Executive

# Thousands of layoffs to hit Interior, National Parks imminently

By Natalie Alms and Eric Katz

May 7, 2025

*Updated May 7 at 8:50 p.m.*

The Interior Department is finalizing reduction-in-force plans expected to target thousands of employees, including 1,500 at the National Park Service, with notices going out to employees within 10 days.

The anticipated layoffs follow the departure of thousands of Interior employees leaving the department under various incentives. Interior earlier in May initiated a consolidation of several functions currently conducted by each bureau individually by rolling them up into the department's headquarters, where they will report directly to Secretary Doug Burgum. Some of the employees who were part of that consolidation—such as those in IT, communications, finance, human resources and contracting—are eventually expected to feel the impacts of workforce downsizing.

NPS is expected to issue around 1,500 RIFs, while the U.S. Geological Survey will lay off around 1,000 employees—focused on its Ecosystems Mission Area, according to a person familiar with the plans—and the Bureau of Reclamation will target around 100 to 150 employees, according to another employee there briefed on the details. Other components, such as the Bureau of Land Management and the Fish and Wildlife Service, are also expected to experience layoffs. Four sources confirmed the first round of RIFs are expected on or around May 15.

Reclamation already lost about one-quarter of its 5,800 employees through incentivized departures, according to an employee briefed on the details, so it is expecting a smaller RIF of 100 to 150 employees. At NPS, meanwhile, just 5% of employees have so far opted into the "deferred resignation program"—which has enabled them to take paid leave through September, at which point they must leave government service—leading to a more significant expected RIF for the agency.

In addition to NPS headquarters and regional offices, NPS' Cultural Resources Stewardship, Partnerships, and Science Directorate and Natural Resource Stewardship and Science directorates are expected to be heavily impacted, with the vast majority of staff being laid off. Those divisions are made up of hundreds of biologists, archaeologists, geologists, historians and other scientists and specialists who help preserve and understand resources within the parks.

While NPS staff were originally told the RIFs would focus on Washington and regional staff, wiping out those directorates would mean individual parks would also see direct impacts. Some of the functions of those offices are statutorily required, said Kriten Brengel, the National Parks Conservation Association's senior vice president for government affairs, who added groups like hers would sue Interior if it follows through on its plans.

A second round of RIFs is expected at least in some parts of Interior in mid-June, according to two employees briefed on the matter. A third deferred resignation offer is under discussion between the two rounds of RIFs, several employees said, though the exact contours of who would be eligible for that is still taking shape. A high uptake on that offer could obviate the need for additional RIFs, employees said.

The Interior Department did not respond to a detailed list of questions regarding its plans.

*Government Executive* first reported on Interior's plan to consolidate functions across the department earlier this month, which Interior Secretary Doug Burgum subsequently confirmed in a memorandum. Burgum tapped the assistant secretary for policy, management budget—a role currently being filled by Tyler Hassenm—to lead the effort. Hassen previously served in the Department of Government Efficiency.

Interior bureaus held RIF webinars this week to inform employees of the process for the layoffs, but largely did not offer details on when to expect the cuts to occur or who would be impacted.

The department last month asked employees for updated resumes—ostensibly so their agencies can determine their eligibility for other positions if they are laid off—and instructed them to verify their personnel data were up to date in preparation for a RIF. Last week, Interior froze all personnel actions, including name changes, promotions and reassignments, in anticipation of the consolidation and subsequent layoffs.

David Szymanski, regional director for NPS' Pacific West Region, told employees on Wednesday there would certainly be RIFs coming shortly. The agency would be further reorganized following those layoffs, he said, though no details have been shared to date. Syzmanksi told employees he would be taking the deferred resignation offer, but encouraged them not to lose faith in the agency.

"Do what you can to keep the Park Service going," he said. "Those left will be responsible for determining what this looks like."

The cuts come on top of a significant exodus across Interior as employees have flocked to the deferred resignation, buyouts and early retirements all while a hiring freeze is in place. NPS has already lost around 13% of its workforce, according to NPCA, complicating Burgum's order to keep parks open without reducing hours.

The mandate—park superintendents will need a sign off from agency leadership to close even a trail or visitor center—already raised concerns with agency stakeholders even before the layoff plans were made clear. NPCA's Brengel suggested Burgum was "setting up the Park Service for failure" as it aims to carry out the same level of operations without the requisite staff to do so.

She added the expansion of NPS RIFs to the science teams means the cuts are "larger and more directly attacking the Park Service."

A USGS employee in the Ecosystems Mission Area said the cuts will likely spell the end of fish survey work, in which agency staff go out on ships to provide data to states that inform their fish stocking and harvest rates.

"The states do not have the funds or staff to take over," the employee said. "There are few people in the US with these skills."

Mary Jo Rugwell, a long time BLM executive who now leads the Public Lands Foundation, said her former agency has lost more than 1,000 employees since President Trump took office, or about 10% of the workforce. The agency has long suffered from understaffing, Rugwell said, an issue exacerbated in Trump's first term when he moved the agency's headquarters to Grand Junction, Colorado. Now, she said, as employees head for the exits and more RIFs are expected, BLM will struggle to carry out the Trump administration's priorities to approve oil and gas leasing, grazing permits, drilling and timber sales, work that requires significant experience.

"The very people you need to get this work done, they're sending them packing," Rugwell said. "And it doesn't make any sense."

Interior has not yet finalized its consolidation effort. Next steps, such as the conversion of email addresses from the bureau to department level, will occur after the RIFs have taken place. Employees said the rapid pace of change is making it both harder for employees to do their work and easier for the department to see through its overhaul.

Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 56 of 80

"Morale is at an all time low," one employee said. "People are worried about RIFs, contracts being cut and so many changes coming at once. Consolidation at the department is seen as a hostile takeover of bureau level functions, and a way to group people to make RIFs easier."

In his fiscal 2026 budget, President Trump proposed cutting Interior's budget by 30%. That includes a $1 billion cut to NPS and transferring some of its sites to state control.

Szymanski, the NPS regional director, told his staff that NPS "changing direction" does not mean their accomplishments were in vain.

"I don't want anyone to look back and say 'that work I did didn't matter,' because it did," he said.

*This story was updated with additional information.*

[[Related Posts]]

By Natalie Alms and Eric Katz

May 7, 2025

https://www.govexec.com/workforce/2025/05/thousands-layoffs-hit-interior-national-parks-imminently/405145/

Exhibit I

GOVERNMENT  JOBS  DONALD TRUMP / Modified may 1, 2025 6:21 a.m.

## VA job cuts loom but deadline moves

Sec. Collins says layoffs won't affect healthcare, but Tucson VA staff worry about impact on veterans and support roles. by Katya Mendoza          Post        Share



Department of Veterans Affairs Secretary Doug Collins and U.S. Rep. Juan Ciscomani at the Tucson VA Medical Center on Monday, April 28, 2025. Secretary Collins says he is taking care of veterans.
Katya Mendoza, AZPM News

Listen
VA Secretary Collins 4-28 PM
-0:38

VA employees who accepted the original Deferred Resignation Program through the Office of Personnel Management need to reapply for what is known as DRP 2.0 according to a resource website for the federal workforce.

Tucson VA employees were notified Wednesday morning that the deadline to apply for DRP 2.0, that was initially set for Wednesday, April 30 by 5 p.m. ET, has now been extended through May 16.

Employees who request and are approved for the deferred resignation would separate from the agency by September 30 and go on administrative leave on either July 1 or 7 days after or 7 days after both employee and manager have signed the necessary paperwork if the employee is aged 40 or older according to MyFEDBenefitsHelp.com.

Wednesday's email from Secretary Collins says that, "Under this program, employees can choose to resign from VA and receive full pay and benefits through September 30, 2025."

The message also says, "As we have stressed before, should you elect not to use the DRP, VA cannot provide assurance about the certainty of your position moving forward. What we can say, though, is that if you are separated through a RIF, you will be afforded all the protections and benefits to which you are entitled under law."

A Tucson VA employee who wished to remain anonymous for fear of retribution said, "The protection is that you aren't involved in a RIF (Reduction in Force), being able to defer resignation for longer and save yourself from a RIF."

According to the Tucson VA, "As of April 29, 2025, the Southern Arizona VA Health Care System (SAVAHCS) has approximately 3,418 employees and about 21% of those are Veterans. Prior to March 4, the Southern Arizona VA Health Care System had approximately 3,426 employees and approximately 22% of those were Veterans."

Veterans Affairs Secretary Doug Collins and Republican Rep. Juan Ciscomani (AZ-6) toured the Southern Arizona VA Health Care System in Tucson on Monday, to hear from healthcare providers, staff, and veterans.

Secretary Collins, who took the job about 80 days ago said that he's spent half of his time fighting against "innuendo and rumor" about what's going on at the VA.

"One of the things at the VA that we're working on is making sure that we're using the resources and the people that Congress has provided for us to do, exactly what President Trump told me to do," Collins said.

Collins, a veteran, has been a practicing military chaplain for the U.S. Air Force Reserve since 2002 and served in Iraq from 2008-2009.

He was a member of the U.S. House representing Georgia between 2013 and 2021.

He says that over the last 10 years, the VA has struggled with inefficiencies.

"Certain parts of our system, our hospitals, our disability claims and even our cemeteries have had issues that we're not working on as we should," he said before praising the efforts made by the Tucson VA to address issues like veteran suicide and homelessness.

The agency is one of the top employers of veterans, according to the Pew Research Center.

As of September 2024, the VA employed 122,015 veterans, followed by the different branches of the military.

According to the New York Times, about 1,960 employees have been fired from the VA, however most have been reinstated and no official number of cuts to the federal workforce exists.

The VA is also planning a mass-reorganization of its workforce and outlined plans to cut about 15% of its employees according to an internal memo obtained by the Associated Press that has since been widely circulated.

The memo states, "For planning purposes, the Department's initial objective is to return to our 2019 end-strength numbers of 399,957 employees."

Collins said that the organization currently has about 470,000 employees.

When asked about the projected 80,000 positions slated for cuts, Collins said "I did not say 80,000; I said there was a goal of 15% which if you do the math is about 80,000."

During Monday's media event, when asked about how he would reconcile the estimated thousands of veterans who had already been laid off due to mass federal workforce cuts by DOGE, he said no one has been terminated yet.

"How do I reconcile terminations that have never happened yet? Well they haven't happened," Collins said.

According to federal data compiled by Democrats on the House Appropriations Committee, and reported in the New York Times, about 6,000 veterans have been laid off from the federal workforce.

When asked for clarification on whether veterans employed by the federal government had not been laid off Collins said, "I did not say that, there will be veterans laid off just like there is in every other industry in this country."

When asked about future layoffs, Collins said that he is not getting rid of any doctors or therapists and that if they happened to leave, it would be on their own accord.

"Explain to me how an interior designer is helping my veteran get healthcare and occupational therapy? Explain to me how a supply of workers and people that are in a middle management system, which do not do a disability claim or actually see a patient in a healthcare center are actually stopping them from getting quality care?"

However, VA employees disagree.

Employees who work at the Tucson VA told AZPM that interior designers serve a purpose.

Those staff members asked to remain anonymous due to fears of retribution.

According to one Tucson VA employee, "They work really hard to make sure that our hospitals are equipped with all of the ADA compliant signage, they make sure that people can navigate the hospital easily, the old veterans always get lost at the SAVAHCS…They know all of the rules and regulations for building code, they work to make sure our facility looks nice."

The employee added that VA interior designers have also been tapped to find room for employees who are returning to work.

NPR reported in 2023, according to a nationwide Medicare survey, veterans rated VA hospitals higher than private healthcare facilities in ten categories relevant to patient satisfaction.

"The problem is we have an organization that has been run by people who have complained about the VA for years, there's individuals who are invested in this system as it is and that to me is appalling," Collins said.

The Secretary noted receiving letters from Ciscomani and others from across the aisle calling for accountability to the VA.

"But the minute we even talk about making changes, all of a sudden says you're destroying VA healthcare," Collins said.

The employee also added that they are concerned about the quality of healthcare that will be provided after the 15% reduction in workforce throughout the agency.

AZPM's reporting in March showed that Tucson VA employees expressed concerns about already being understaffed across many departments.

According to USAJOBS, the federal workforce job board, the Tucson VA currently has 31 vacant positions for physicians, nurses, psychologists, physical therapists, social workers and other jobs.

According to another Tucson VA employee, that number is usually much higher.

The Department has not confirmed yet how many employees have left or been let go from the VA in Southern Arizona.

**MORE:**
GOVERNMENT   JOBS   DONALD TRUMP

**YOU MAY ALSO LIKE:** Tucson protesters turn out for nationwide May Day rallies   Border Czar addresses Arizona lawmakers   Federal grant cuts hit Pima County Health Department, impacting jobs and services

**By posting comments, you agree to our** [ Comment Policy ]

AZPM encourages comments, but comments that contain *profanity*, *unrelated information*, *threats*, *libel*, *defamatory statements*, *obscenities*, *pornography* or that violate the law are not allowed. Comments that *promote commercial products or services* are not allowed. Comments in violation of this policy will be removed. Continued posting of comments that violate this policy will result in the commenter being banned from the site.

By submitting your comments, you hereby give AZPM the right to post your comments and potentially use them in any other form of media operated by this institution.

## What do you think?

### 0 Responses

Agree    Disagree    Interesting    Surprised    Angry    Sad

**0 Comments**

1   Login ▼

G

Start the discussion...

LOG IN WITH     OR SIGN UP WITH DISQUS ?

Name

♡   Share

Best   Newest   Oldest

Be the first to comment.

Subscribe     Privacy     Do Not Sell My Data

**CONNECT**

Subscribe to our Newsletter   Facebook   Twitter   Instagram   YouTube   Events

**ABOUT**

Addresses / Phone Numbers   Careers   Student Employment   Staff Directory   Pressroom   Signal Coverage Maps   Service Outage Monitor   Contact Us

**SUPPORT**

Donate   Become a Member   Manage your Membership   Major Giving   Planned Giving   Corporate Support   Donate a Vehicle   Volunteer

**COMPLIANCE**

Annual Reports   Diversity Statement   Equal Opportunity Report   FCC Public Files   Financial Reports   CPB SAS Employment Section   Public File Contact   Code of Ethics   Editorial Standards   Open Meeting Policy   CAB Meeting Calendar   Privacy Policy

AZPM is a service of the University of Arizona and our broadcast stations are licensed to the Arizona Board of Regents who hold the trademarks for Arizona Public Media and AZPM. We respectfully acknowledge the University of Arizona is on the land and territories of Indigenous peoples.



Exhibit J

FEMA chief is fired | Politico

**POLITICO** 

## FEMA chief is fired

Federal Emergency Management Agency acting Administrator Cameron Hamilton told people he was terminated Thursday.



Cameron Hamilton, acting head of the Federal Emergency Management Agency, told Congress on Wednesday that the Trump administration should not eliminate FEMA. | House Appropriations Committee/YouTube

By **THOMAS FRANK**
05/08/2025 01:17 PM EDT

   

The head of the Federal Emergency Management Agency was fired Thursday morning, according to two people with direct knowledge of the situation.

Cameron Hamilton, FEMA's acting administrator, has told people that he was terminated, leaving the nation's disaster agency without a top official three weeks before the start of the Atlantic hurricane season and as Congress scrutinizes FEMA's proposed budget for fiscal 2026.

Advertisement

AD

Hamilton was summoned to Department of Homeland Security headquarters in Washington on Thursday morning and told of his termination by Deputy Homeland Security Secretary Troy Edgar and Corey Lewandowski, a longtime adviser to President Donald Trump, according to a person with direct knowledge.

Hamilton was driven back to FEMA headquarters a few miles away, where he cleared out his desk and left, the person told POLITICO's E&E News.

FEMA confirmed the news.

The firing occurred one day after Hamilton told a House Appropriations subcommittee that the nation needs FEMA, which Trump has suggested abolishing or shrinking.

"I do not believe it is in the best interests of the American people to eliminate the Federal Emergency Management Agency," Hamilton said at the hearing.

**FILED UNDER:** CONGRESS, DEPARTURES, FEMA

Exhibit K

 Listen Live ∨

REORGANIZATION

## OPM shutters office that trained agency leaders, next generation of federal talent

The OPM Center for Leadership Development office housed an array of leadership training programs, all aiming to enhance the skills of the federal workforce.

 **Drew Friedman | @dfriedmanWFED**
May 1, 2025 6:52 pm    🕐 7 min read

  

Amid the Trump administration's sweeping overhaul of the federal workforce, the Office of Personnel Management has shuttered an office that was central to developing leadership skills governmentwide.

The Center for Leadership Development (CLD), an arm within OPM's Human Resources Solutions (HRS) office, was bulldozed as part of an OPM reduction in force (RIF) in April. Federal News Network confirmed the elimination of the office with OPM, as well as two sources who provided further information on the condition of anonymity for fear of professional retribution.

About 140 employees were working in the CLD office back in January, but those numbers had dwindled to about 80 employees over the last few months, according to an OPM employee familiar with the situation. Many CLD employees opted into the deferred resignation program (DRP) or voluntarily left their jobs. OPM notified the remaining employees on April 18 that their positions were being eliminated as part of the agency's RIF.



AdChoices

**Spokane Tribe Resort & Casino**

Looking for your next thrill? You'll find it at #SpokaneTribeResort — where the lights never dim and the action never stops. 💫

LEARN MORE

"It is with great regret that I must inform you that your position is being abolished, and you have been reached for release in reduction in force action," OPM Acting Director Charles Ezell wrote in a RIF notice, obtained by Federal News Network. "This reduction in force is being carried out in accordance with current law and regulations … and internal OPM policy. In accordance with these provisions, you will be released from your competitive level, and you do not have an assignment right to another position in your competitive area."

—— **Find out what steps agencies should take to better protect OT systems in our latest Executive Briefing, sponsored by Claroty. Download today!**

(https://federalnewsnetwork.com/cme-event/federal-insights/defending-operational-technology-strategies-visibility-and-protection/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=claroty&utm_content=in-articlepromo)

The CLD office housed multiple leadership development programs and offered a variety of fee-for-service training opportunities, all aiming in one way or another to enhance federal employees' skills — whether it was supporting those early on in their careers or helping mid-career employees prepare for a leadership role.

"The net impact [of the office's elimination] is really compromising and undermining the ability of the federal government to perform," Peter Bonner, former OPM Associate Director for HRS, said in an interview. "The government is not going to have the quality and caliber of future leadership talent it needs to be able to succeed in the missions of those agencies."

Before the mid-April RIF, a couple components of OPM's CLD office had already shut down. On the instructions of two executive orders from President Donald Trump in February, OPM eliminated both the Federal Executive Institute (FEI) (https://federalnewsnetwork.com/management/2025/02/white-house-moves-to-eliminate-federal-executive-institute/) and the Presidential Management Fellows (PMF) program (https://federalnewsnetwork.com/workforce/2025/02/presidential-management-fellows-at-a-loss-after-trump-orders-programs-elimination/) — two governmentwide programs that had been managed through CLD.

Over the last few months, employees still working within CLD were offloading work from those programs while continuing to provide the services for other programs that had remained active, at least temporarily.

But OPM's RIF in April swept up what was left of CLD: the OPM Lab (https://www.opm.gov/services-for-agencies/center-for-leadership-development/the-lab/) — an initiative intended to help agencies reshape

programs and processes using human-centered design; the Federal HR Institute (https://www.opm.gov/services-for-agencies/center-for-leadership-development/federal-hr-institute/), which offers HR training and development courses governmentwide; and USA Learning (https://usalearning.gov/) — a contract vehicle for offering online learning and development products to agencies.



"OPM is reimagining how the government delivers supervisory and human capital training going forward to ensure programs are cost-efficient, high-quality and meet the current needs of the government," OPM spokesperson McLaurine Pinover told Federal News Network by email. "In the meantime, it has decommissioned CLD and other legacy programs, and customers are being transitioned to other solutions."

OPM said USA Learning may take longer to decommission than some of the other CLD components, as the agency works to transition its customers to other contracts. OPM is also looking to establish a new e-learning capability, according to the agency.

Sign up for our daily newsletter so you never miss a beat on all things federal

(https://federalnewsnetwork.com/email-alerts/)

# "Like cutting off your whole arm"

CLD employees whose positions were eliminated in the recent RIF are expected to continue working for another two months to offload and transition their work portfolios, according to an April 18 internal email obtained by Federal News Network. Many employees who worked in CLD are currently on paid administrative leave and will be fully separated from the agency by June 19.

"We understand this is a difficult time, and we deeply appreciate your continued professionalism and commitment," the OPM email reads. "Please don't hesitate to reach out with any questions of concerns as we move through this transition together."

The closure of CLD came around the same time OPM eliminated (https://federalnewsnetwork.com/workforce/2025/04/laid-off-opm-employees-given-2-days-to-apply-for-identical-jobs-in-new-office/) its office for Human Capital Data Management and Modernization (HCDMM), which oversaw OPM's major data assets including FedScope and the Enterprise Human Resources Integration (EHRI) system. OPM also closed its Office of Communications and its Office of Procurement Operations earlier this year in a RIF.

An OPM employee familiar with the situation in the CLD office, speaking anonymously for fear of professional retribution, said they were "shocked" about the full elimination of the center.

*Premium Fast-Acting Acid Relief*

"It's like cutting off your whole arm when you just had a hangnail," the employee said in an interview. "I couldn't believe OPM could be abolishing an entire organization actively engaged with delivering support to agencies. There was still a lot of interest. People were still actively signing up for classes."

In the time between the partial closure of CLD in February and the RIF in April, the employee said outside of sunsetting the two programs, the other work in the office still didn't feel like "business as usual."

"There was a reverberation that things weren't normal," the employee said.

The breadth of CLD's offerings was far-reaching. Across government, nearly every agency was working with the OPM office in some capacity — either with an individual employee signing up for a training module, or an employee team taking a course as a group through OPM.

"We would get feedback about these trainings being life-changing," the employee said. "We would often hear from employees how the services made them a better leader and a better public servant."

——— Read more: Reorganization

(https://federalnewsnetwork.com/category/management/reorganization/)

## Loss of opportunities for federal leaders

OPM's shuttering of CLD comes as part of the federal government's major downsizing and restructuring. The White House has directed all executive branch agencies to significantly reduce and reorganize their workforces and programs.

"Whenever there are budget cuts or whenever there are talks about streamlining for effectiveness, the old saying is always that training and development is the first thing to go — and yet again, we're seeing that happen," Jenny Mattingley, vice president for government affairs at the Partnership for Public Service, said in an interview. "But training and development is one of the key ingredients to making a workforce more effective. It's really unfortunate to see some of these systems taken down without something in place to make sure we're not leaving a big gap."

5/8/25, 1:29 PM
Case 3:25-cv-03698-SI Document 70-1 Filed 05/08/25 Page 69 of 80
OPM shutters office that trained agency leaders, next generation of federal talent

The employees working in CLD had focus areas across a number of fields, including human-centered design, leadership training, federal HR and customer experience. Although some agencies offer their own internal training and development programs, having consistent programming available governmentwide is also an important asset, according to Mattingley.

"There are a lot of skills that pertain to every manager and every executive, so having some consistency of leadership framework is good," Mattingley said. "It also means people from lots of different agencies have an opportunity to come together, to network, to learn together, to understand. That's much more effective than doing trainings in siloes."

But now in the office's absence, and with the loss of roughly 140 experts in federal training and development, there are more questions than answers about how that work will continue governmentwide.

"I think that there's an open question of how, where, when and by whom is leader development programming going to be offered, rolled out and fielded at scale in the federal government in the future?" Jason Briefel, legislative director of the Senior Executives Association, said in an interview. "It certainly doesn't strike me as being more effective or efficient to have each individual agency totally build and spin up those things for themselves or to independently contract or procure for them."

"Cutting everything down to ground level and then rebuilding it, when the programs were actually quite effective — that doesn't make a lot of sense to me," Bonner, the former HRS associate director, said. "I don't know a single government employee that doesn't have ideas on how to improve the services they're providing in the bottom lefthand drawer of their desk that they've just been waiting for somebody to ask about."

**If you would like to contact this reporter about recent changes in the federal government, please email [drew.friedman@federalnewsnetwork.com (mailto:drew.friedman@federalnewsnetwork.com)](mailto:drew.friedman@federalnewsnetwork.com) or reach out on Signal at drewfriedman.11**

*Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*

Exhibit L

# Government Executive

# Initial layoffs at Transportation Department expected in late May

By Sean Michael Newhouse

May 2, 2025

*Updated at 4:15 p.m. ET May 3*

Transportation Secretary Sean Duffy announced at a town hall on Friday that the department will perform reductions in force at the end of May as part of the Trump's administration goal to reduce the federal employee headcount.

The number of employees who will be let go depends on how many staffers participate in the second round of the deferred resignation program through which government workers can receive pay and benefits until Sept. 30 if they agree to resign. Duffy also didn't rule out that there could be future workforce reductions.

"The DRP will end. We'll look at the numbers. We're going to do the RIF. We're going to know at the end of May what that looks like," he said, according to audio obtained by *Government Executive*. "I don't have plans after that. I can't say we're all done. I don't have plans to do anything else but what we're doing right now, and I have faith that we can do more with less."

DOT's DRP was open for a week at the beginning of April, but employees who are 40 and older have until May 22 to decide whether to take the offer. The Office of Personnel Management had recommended that agencies give such workers 45 days to consider if they wanted to accept in order to comply with anti-age discrimination law.

Most of the federal workforce was eligible for the first DRP round, which ended in early February. About 1,100 DOT employees opted into that first round, said Keith Washington, DOT's deputy assistant secretary for administration, at Friday's town hall. Several agencies have sponsored a second round, including DOT. Washington said that approximately 2,500 employees have signed resignation contracts and are beginning their leave.

That number could rise. A DOT spokesperson told *Government Executive* that approximately 4,000 employees applied for the second DRP round.

DOT had a little more than 57,000 employees in fiscal 2024.

Duffy said that employees won't find out if they were laid off as they try to access their offices, which occurred at the Health and Human Services Department.

"I would find that to be disrespectful to have you find out that you're going to be RIF'd if your key [or] if your [Personal Identity Verification] card didn't work," he said. "So, no, that's not going to happen."

The secretary also said there are currently no plans to relocate DOT outside of the Washington, D.C., area, which the Agriculture Department is intending to do with much of its workforce.

Unlike RIFs at the U.S. Agency for International Development and Consumer Financial Protection Bureau, which have effectively eliminated the agencies, Duffy said DOT is the president's "favorite department."

"If we have huge holes in this department [post DRP] where we can't do our work, we're going to figure out ways to bring people in or move people around," he said. "I'm going to make sure that we have the resources and the people available to accomplish the mission because the president wants us to accomplish this mission."

Despite the cost cutting associated with RIFs, Duffy wants investments in air safety, an issue that has gotten increased attention since the January plane collision in Washington, D.C.

At Wednesday's Cabinet meeting, he said that he would ask Congress to fund a new air traffic control system. And on Thursday DOT announced that controllers who are eligible to retire but under the mandatory retirement age of 56 will receive a 20% bonus of their basic pay each year that they continue to work.

*Senior correspondent Eric Katz contributed to this report*

*This story has been updated with information from the Transportation Department.*

By Sean Michael Newhouse

May 2, 2025

https://www.govexec.com/workforce/2025/05/initial-layoffs-transportation-department-expected-late-may/405041/

Exhibit M

5/8/25, 12:35 PM
Trump says Cabinet secretaries, not Musk, lead college agency cuts
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 74 of 80



HOURLY NEWS

Play Live Radio

LISTEN LIVE

MY PLAYLIST



DONATE

POLITICS

# Trump says Cabinet secretaries, not Elon Musk, are in charge of agency cuts

UPDATED MARCH 6, 2025 · 6:58 PM ET

 Shannon Bond



President Trump speaks after signing executive orders in the Oval Office on Thursday.

*Alex Wong/Getty Images*

President Trump told his Cabinet members on Thursday that they are in charge of staff reductions, not Elon Musk, amid continuing questions over the billionaire adviser's role in a drastic reshaping of the federal government.

Trump said he'd told his Cabinet as much in a closed-door meeting with most of his secretaries, which Musk also attended.

"I don't want to see a big cut where a lot of good people are cut. I want the Cabinet members to keep the good people, and the people that aren't doing a good job, that are unreliable, don't show up to work, etc., those people can be cut," Trump told reporters in the Oval Office.

"If they can cut, it's better. And if they don't cut then Elon will do the cutting," the president said.



**POLITICS**

**Nearly 6,000 USDA workers fired by Trump ordered back to work for now**

Musk is the public face of the Trump administration's efforts to slash federal spending and staffing through the Department of Government Efficiency, or DOGE, which despite its name is not an actual federal agency. However, the White House says Musk is not the administrator of DOGE but instead a "special government employee" who advises the president and has no power to set policy.

The opacity over who is leading DOGE and what authority Musk wields has fueled criticism and legal challenges to DOGE and to mass firings carried out at many agencies. Trump himself added to the confusion when he said in his address to Congress this week that DOGE is "headed" by Musk.

Trump's comments Thursday mark a rare instance of the president publicly reining in Musk. That's after lawmakers of both parties raised concerns that Cabinet secretaries, not Musk, should be the ones calling the shots over hiring and firing.

On Tuesday, Senate Majority Leader John Thune, R-S.D., told CNN that while Musk's goals and objectives are right, agency leaders are "probably better attuned to the individual programs."

The Trump administration is planning further widespread reductions in force across federal agencies. In a social media post on Thursday, Trump wrote: "[N]ow that we have my Cabinet in place, I have instructed the Secretaries and Leadership to work with DOGE on Cost Cutting measures and Staffing. As the Secretaries learn about, and understand, the people working for the various Departments, they can be very precise as to who will remain, and who will go. We say the 'scalpel' rather than the 'hatchet.'"

Trump added: "It's very important that we cut levels down to where they should be, but it's also important to keep the best and most productive people."



POLITICS

**How does the U.S. federal workforce compare with those in other countries?**

Exhibit N

Exclusive: DOGE-led software revamp to speed US job cuts even as Musk steps back | Reuters

Learn more about 



My News    

# Exclusive: DOGE-led software revamp to speed US job cuts even as Musk steps back

By **Alexandra Alper**

May 8, 2025 4:38 AM PDT · Updated 3 hours ago

  



Elon Musk looks on, in the Oval Office of the White House in Washington, D.C., U.S., February 11, 2025. REUTERS/Kevin Lamarque/File Photo Purchase Licensing Rights

## Summary

Software is upgrade of old Pentagon program

OPM will lead demos to spur use at other agencies

Program could turbo-charge mass layoffs

WASHINGTON, May 8 (Reuters) - The federal human resources agency at the heart of billionaire Elon Musk's efforts to slash the federal workforce is poised to roll out software to speed layoffs across the U.S. government, two people familiar with the matter told Reuters.

5/8/25, 12:38 PM
DOGE-led software revamp to speed US job cuts even as Musk steps back | Reuters
Case 3:25-cv-03698-SI    Document 70-1    Filed 05/08/25    Page 79 of 80

The software could turbo-charge the rapid-fire effort to downsize the government at a time when a number of larger federal agencies are preparing to execute plans for mass layoffs of tens of thousands of workers.

The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

Some 260,000 government workers already have accepted buyouts, early retirement or been laid off since Republican President Donald Trump returned to the presidency in January, according to a Reuters tally. The process has been far from smooth. Some workers were mistakenly fired and had to be rehired.

The software is an updated version of a decades-old Pentagon program, known as AutoRIF, that had been little used in recent years.

Under direction from Musk's Department of Government Efficiency (DOGE), software developers at the U.S. Office Of Personnel Management (OPM) have created a more user-friendly web-based version over the past few months that provides targets for layoffs much more quickly than the current labor-intensive manual process, four sources said, speaking on condition of anonymity.

The program is poised to be rolled out to the agencies by OPM just as Musk steps back from DOGE, which has driven the downsizing effort, to focus more on Tesla and his other companies.

AutoRIF's name comes from "Reduction in Force," a term used to describe mass layoffs. The revamped version has been given the more benign-sounding name "Workforce Reshaping Tool," three sources said.

With the software revamp now complete, OPM will lead demonstrations, user testing and start adding new users in the coming weeks, one of the sources said.

DOGE, OPM, the White House, Pentagon and Musk did not respond to requests for comment.

Wired magazine was first to report on the revamp effort. But Reuters is reporting for the first time on the completion of that revamp, the capabilities of the new program, rollout plans and its new name.

**JOB-CUTTING SCYTHE**

Trump established DOGE to modernize government software, cut spending and drastically reduce the size of the federal workforce, which he complains is bloated and wasteful.

DOGE has said it has saved more than $160 billion through cuts to federal contracts and staff, but it has given few details publicly about what it is doing to modernize technology to make the government more efficient.

The update of the Pentagon software, which DOGE has not publicly confirmed, is the only known example of that effort bearing fruit.

Currently, most federal RIFs are done manually - with HR employees poring over spreadsheets containing data on employee seniority, veteran status and performance, three sources told Reuters.

The new software is being rolled out just as larger agencies such as the Department of Veterans Affairs are set to move forward with plans to eliminate some 80,000 jobs. The Internal Revenue Service has said it wants to slash its payrolls by 40%, according to media reports.

The tool will allow agencies "to remove a massive number of federal employees from their positions," if it works, said Nick Bednar, an associate professor of law at the University of Minnesota who has been tracking the government layoffs.

"What DOGE has started is going to continue without Elon Musk," Bednar said.

AutoRIF was developed by the Pentagon more than a quarter century ago. It pulled data from its HR system, sifted through firing rules quickly and produced names of employees eligible to be laid off.

Feedback

But it was difficult to migrate it to other agencies, whose workers had to manually input data on potential candidates for dismissal, a cumbersome process that is subject to errors. The program, described as "clunky" by a 2020 Pentagon HR newsletter, also would allow only one employee to work on a RIF, two sources said.

The upgrade makes it web-based, easing employee access to the tool while enabling multiple people to work on a mass layoff, three sources said. It also allows for the upload of employee data for analysis, freeing HR workers from having to manually input personal records of possible targets for dismissal.

While speed is a clear advantage, the software could pose other challenges, according to Don Moynihan, a professor at the University of Michigan's Ford School of Public Policy.

"If you automate bad assumptions into a process, then the scale of the error becomes far greater than an individual could undertake," Moynihan said.

"It won't necessarily help them to make better decisions and it won't make those decisions more popular," Moynihan added.

Trump's drive to downsize and reshape the government already has led to the gutting of entire agencies such as the U.S. Agency for International Development as well as the Consumer Financial Protection Bureau, which seeks to protect Americans from financial abuses.

The government overhaul has led to numerous lawsuits that seek to block the Trump administration from moving forward with some of the planned dismissals.

Reporting by Alexandra Alper; Additional Reporting by Raphael Satter and Tim Reid; Editing by Ross Colvin and Will Dunham

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Suggested Topics:

World at Work

Purchase Licensing Rights

## Read Next

World at Work
**Workday gets contract from US agency behind DOGE's staff cuts without competitive tender**
2:29 PM UTC

World at Work
**French supermarket group Auchan to cut over 700 jobs in Spain**
3:01 PM UTC

World at Work
**Stellantis to cut up to 200 jobs through voluntary exits at Italy's Termoli plant**
2:01 PM UTC

World at Work
**Defense Secretary Hegseth to slash senior-most ranks of military**
May 6, 2025