## EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br><br><br><br><br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY THE STATE OF MONTANA AND 20 OTHER STATES FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Honorable Susan Illston |

1    The Court hereby GRANTS the Administrative Motion by The State of Montana
2    and 20 Other States for Leave to File Amicus Brief in Support of Defendants.  The amicus
3    brief attached to the Motion is deemed filed. The State of Montana may also refile the
4    amicus brief separately on the docket.

6     IT IS SO ORDERED

8    Date: _____       _____
9                                   HONORABLE SUSAN ILLSTON
                               United States District Judge