# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

<u>CAREY  R.  DUNNE</u>, Bar # <u>CD1988</u>

was duly admitted to practice in the Court on

<u>May 3, 1988</u>

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  <u>May 8, 2025</u>
New York, New York

<u>Tammi M. Hellwig</u>  By  <u>s/ R. Juliano</u>
Clerk of Court     Deputy Clerk