Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Amy Le (SBN 341925)
ale@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350

Carey R. Dunne (pro hac vice forthcoming)
carey@freeandfair.org
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
646-434-8604

*Counsel for Amici Curiae Donald B. Ayer, Ty Cobb, Barbara Comstock, Mickey Edwards, Philip Lacovara, Michael Luttig, Carter Phillips, Trevor Potter, Alan Charles Raul, Paul Rosenzweig, Nicholas Rostow, Robert Shanks, Fern Smith, Peter Smith, William Joseph Walsh, and Christine Todd Whitman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; AFGE LOCAL 1122; AFGE LOCAL 1236; AFGE LOCAL 2110; AFGE LOCAL 3172; SEIU LOCAL 1000; ALLIANCE FOR RETIRED AMERICANS; AMERICAN GEOPHYSICAL UNION; AMERICAN PUBLIC HEALTH ASSOCIATION; CENTER FOR TAXPAYER RIGHTS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; COMMON DEFENSE CIVIC ENGAGEMENT; MAIN STREET ALLIANCE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NORTHEAST ORGANIC FARMING ASSOCIATION, INC.; VOTEVETS ACTION FUND INC.; WESTERN WATERSHEDS PROJECT; COUNTY OF SANTA CLARA, CALIFORNIA; CITY OF CHICAGO, ILLINOIS; MARTIN LUTHER KING, JR. COUNTY, WASHINGTON; HARRIS | Case No. 3:25-cv-03698-SI<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE OF FORMER GOVERNMENT OFFICIALS AND ADVISORS |

| | |
|---|---|
| 1 | COUNTY, TEXAS; CITY OF BALTIMORE, MARYLAND; and CITY AND COUNTY OF |
| 2 | SAN FRANCISCO, CALIFORNIA, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | DONALD J. TRUMP, in his official capacity as President of the United States; UNITED |
| 6 | STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his |
| 7 | official capacity as Director of U.S. Office of Management and Budget; UNITED STATES |
| 8 | OFFICE OF PERSONNEL MANAGEMENT; CHARLES EZELL, in his |
| 9 | official capacity as Acting Director of the U.S. Office of Personnel Management; |
| 10 | DEPARTMENT OF GOVERNMENT EFFICIENCY; ELON MUSK, in his official |
| 11 | capacity as the actual head of the Department of Government Efficiency; AMY GLEASON, |
| 12 | in her official capacity as the titular Acting Administrator of the Department of |
| 13 | Government Efficiency; UNITED STATES DEPARTMENT OF AGRICULTURE; |
| 14 | BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of |
| 15 | Agriculture; UNITED STATES DEPARTMENT OF COMMERCE; |
| 16 | HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of |
| 17 | Commerce; UNITED STATES DEPARTMENT OF DEFENSE; PETE |
| 18 | HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense; |
| 19 | UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official |
| 20 | capacity as Secretary of the U.S. Department of Energy; UNITED STATES |
| 21 | DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. |
| 22 | KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health |
| 23 | and Human Services; UNITED STATES DEPARTMENT OF HOMELAND |
| 24 | SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department |
| 25 | of Homeland Security; UNITED STATES DEPARTMENT OF HOUSING AND |
| 26 | URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary |
| 27 | of the U.S. Department of Housing and Urban Development; UNITED STATES |
| 28 | DEPARTMENT OF JUSTICE; PAM BONDI, in her official capacity as Attorney |

| | |
|---|---|
| 1 | General of the U.S. Department of Justice; UNITED STATES DEPARTMENT OF THE |
| 2 | INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department |
| 3 | of the Interior; UNITED STATES DEPARTMENT OF LABOR; LORI |
| 4 | CHAVEZ-DEREMER, in her official capacity as Secretary of the U.S. Department of Labor; |
| 5 | UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in his official |
| 6 | capacity as Secretary of the U.S. Department of State; UNITED STATES DEPARTMENT |
| 7 | OF TREASURY; SCOTT BESSENT, in his official capacity as Secretary of U.S. |
| 8 | Department of Treasury; UNITED STATES DEPARTMENT OF TRANSPORTATION; |
| 9 | SEAN DUFFY, in his official capacity as Secretary for the U.S. Department of |
| 10 | Transportation; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; |
| 11 | DOUG COLLINS, in his official capacity as Secretary of Veterans Affairs; AMERICORPS |
| 12 | (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY |
| 13 | SERVICE); JENNIFER BASTRESS TAHMASEBI, in her official capacity as |
| 14 | Interim Agency Head of AmeriCorps; UNITED STATES ENVIRONMENTAL |
| 15 | PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. |
| 16 | Environmental Protection Agency; UNITED STATES GENERAL SERVICES |
| 17 | ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting |
| 18 | Administrator for U.S. General Services Administration; NATIONAL LABOR |
| 19 | RELATIONS BOARD; MARVIN KAPLAN, in his official capacity as Chairman of the |
| 20 | National Labor Relations Board; WILLIAM COWEN, in his official capacity as the Acting |
| 21 | General Counsel of the National Labor Relations Board; NATIONAL SCIENCE |
| 22 | FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the |
| 23 | National Science Foundation; UNITED STATES SMALL BUSINESS |
| 24 | ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of the |
| 25 | U.S. Small Business Administration; UNITED STATES SOCIAL SECURITY |
| 26 | ADMINISTRATION; and LELAND DUDEK, in his official capacity as Acting |
| 27 | Commissioner of the U.S. Social Security Administration, |
| 28 | Defendants. |

Before the Court is the unopposed administrative motion of Donald B. Ayer, Ty Cobb, Barbara Comstock, Mickey Edwards, Philip Lacovara, Michael Luttig, Carter Phillips, Trevor Potter, Alan Charles Raul, Paul Rosenzweig, Nicholas Rostow, Robert Shanks, Fern Smith, Peter Smith, William Joseph Walsh, and Christine Todd Whitman for leave to file a brief amici curiae in support of the plaintiffs' motion for a temporary restraining order. Having considered the record and all the papers filed in connection with the motion, the Court grants the motion. The proposed brief amici curiae attached to the administrative motion is deemed filed.

**IT IS SO ORDERED.**

DATED: May 8, 2025

_____
Honorable Susan Illston
United States District Judge