IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br><br><br><br><br><br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION BY THE STATE OF MONTANA AND 20 OTHER STATES FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Honorable Susan Illston |

1 | The Court hereby GRANTS the Administrative Motion by The State of Montana and 20 Other States for Leave to File Amicus Brief in Support of Defendants. The amicus brief attached to the Motion is deemed filed. The State of Montana may also refile the amicus brief separately on the docket.

   IT IS SO ORDERED

Date: May 8, 2025

_____
HONORABLE SUSAN ILLSTON
United States District Judge