NICHOLAS W. BROWN
Attorney General of Washington
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER
Deputy Solicitors General
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for *Amicus Curiae* State of Washington

[*Additional amici and counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | NO. 3:25-cv-03698-SI<br><br>MOTION OF WASHINGTON, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DISTRICT OF COLUMBIA, DELAWARE, HAWAIʻI, ILLINOIS, MARYLAND, MAINE, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, AND VERMONT FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>Date: May 9, 2025<br>Time: 10:30 a.m. (PDT)<br>Place: Courtroom I, 17th Floor<br>       450 Golden Gate Avenue<br>       San Francisco, CA 94102<br>Judge: Honorable Susan Illston |

MOTION OF WASHINGTON, ET AL. TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Pursuant to Civil Local Rule 7-11, Washington, Arizona, California, Colorado, Connecticut, District of Columbia, Delaware, Hawaiʻi, Illinois, Maryland, Maine, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, and Vermont (Amici States) respectfully move the Court for leave to file a brief of *amici curiae* in the above-captioned case in support of Plaintiffs' motion for a temporary restraining order. A copy of the proposed brief of *amici curiae* is attached to this motion.

Counsel for all parties have consented to the filing of this brief.

**INTEREST AND IDENTITY OF AMICI CURIAE**

1. Amici States are collectively home to tens of thousands of federal employees, including members of Plaintiffs and their local affiliates, who provide important government services to Amici States and their residents. Collaborations and partnerships with federal agencies and employees are integral to the Amici States' ability to deliver critical services and fulfill their obligations to their citizens. The Amici States cooperate with the federal government regularly to share resources and information, respond to emergencies, protect the environment, and perform a wide range of work to protect the health, welfare, and well-being of the public. The Amici States have a compelling interest in the subject of this litigation, specifically in the ways that Defendants' mass termination of large numbers of federal employees, and dismantling of federal agencies, upends the ability of the States to protect and serve their residents.

2. Amici States' proposed brief offers a unique and valuable perspective on the nature of the harm that the mass terminations and agency dismantling impose on the States and the residents they serve. State governments rely on the stability and capacity of their federal counterparts to conduct the fundamental work of governance, which is protecting the health and

MOTION OF WASHINGTON, ET AL. TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  welfare of the residents they serve. The loss of agency capacity, expertise, and efficiency has
2  significant deleterious effects on the Amici States' ability to fulfill these responsibilities. As
3  concurrent sovereign entities in our federalist system, the Amici States are well positioned to
4  explain why Defendants' actions exceed the authority of the Executive, and how the resulting
5  harms to the States affect the public interest.

6    3.    For the foregoing reasons, Amici respectfully request the Court's permission to
7  file the brief accompanying this motion. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th
8  Cir. 1982) ("The district court has broad discretion to appoint amici curiae."), *abrogated on other
9  grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*,
10 694 F.2d 203, 204 (9th Cir. 1982) ("[T]he classic role of amicus curiae . . . [is to assist] in a case
11 of general public interest, supplementing the efforts of counsel, and drawing the court's attention
12 to law that escaped consideration."); *see also California v. U.S. Dep't of the Interior*, 381 F.
13 Supp. 3d 1153, 1163-64 (N.D. Cal. 2019) (noting "liberality" with which district courts in this
14 district permit amicus briefs); *California v. Azar*, No. 3:19-cv-01184-EMC, 2019 WL 2029066,
15 at *1 (N.D. Cal. May 8, 2019) ("District courts frequently welcome amicus briefs from non-
16 parties concerning legal issues that have potential ramifications beyond the parties directly
17 involved or if the amicus has unique information or perspective that can help the court beyond
18 the help that the lawyers for the parties are able to provide." (internal quotation marks and
19 citation omitted)).

20   For the foregoing reasons, the Amici States respectfully request leave to file the attached
21 brief. A proposed order is attached to this motion.

22
23

MOTION OF WASHINGTON, ET AL. TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

DATED this 8th day of May, 2025.

NICHOLAS W. BROWN
Attorney General

*s/ Cristina Sepe*
CHRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for *Amicus Curiae*
State of Washington

(*Additional counsel on next page*)

MOTION OF WASHINGTON, ET AL. TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

| | | |
|---|---|---|
| 1 | KRIS MAYES | ROB BONTA |
| | *Attorney General* | *Attorney General* |
| 2 | *State of Arizona* | *State of California* |
| | 2005 N. Central Avenue | 1300 I Street |
| 3 | Phoenix, AZ 85004 | Sacramento, CA 95814 |
| 4 | | |
| | PHILIP J. WEISER | WILLIAM TONG |
| 5 | *Attorney General* | *Attorney General* |
| | *State of Colorado* | *State of Connecticut* |
| 6 | 1300 Broadway, 10th Floor | 165 Capitol Avenue |
| | Denver, CO 80203 | Hartford, CT 06106 |
| 7 | | |
| 8 | KATHLEEN JENNINGS | BRIAN L. SCHWALB |
| | *Attorney General* | *Attorney General* |
| 9 | *State of Delaware* | *District of Columbia* |
| | 820 N. French Street | 400 6th Street, NW |
| 10 | Wilmington, DE 19801 | Washington, D.C. 20001 |
| 11 | | |
| | ANNE E. LOPEZ | KWAME RAOUL |
| 12 | *Attorney General* | *Attorney General* |
| | *State of Hawaiʻi* | *State of Illinois* |
| 13 | 425 Queen Street | 115 S. LaSalle Street |
| | Honolulu, HI 96813 | Chicago, IL 60603 |
| 14 | | |
| 15 | AARON M. FREY | ANTHONY G. BROWN |
| | *Attorney General* | *Attorney General* |
| 16 | *State of Maine* | *State of Maryland* |
| | 6 State House Station | 200 Saint Paul Place |
| 17 | Augusta, ME 04333 | Baltimore, MD 21202 |
| 18 | | |
| | DANA NESSEL | KEITH ELLISON |
| 19 | *Attorney General* | *Attorney General* |
| | *State of Michigan* | *State of Minnesota* |
| 20 | P.O. Box 30212 | 102 State Capitol |
| | Lansing, MI 48909 | 75 Rev. Dr. Martin Luther King Jr. Blvd. |
| 21 | | St. Paul, MN 55155 |
| 22 | | |
| 23 | | |

| | |
|---|---|
| AARON D. FORD<br>*Attorney General*<br>*State of Nevada*<br>100 North Carson Street<br>Carson City, NV 89701 | MATTHEW J. PLATKIN<br>*Attorney General*<br>*State of New Jersey*<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625 |
| RAÚL TORREZ<br>*Attorney General*<br>*State of New Mexico*<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, NM 87501 | LETITIA JAMES<br>*Attorney General*<br>*State of New York*<br>28 Liberty Street<br>New York, NY 10005 |
| JEFF JACKSON<br>*Attorney General*<br>*State of North Carolina*<br>114 W. Edenton Street<br>Raleigh, NC 27603 | DAN RAYFIELD<br>*Attorney General*<br>*State of Oregon*<br>1162 Court Street NE<br>Salem, OR 97301 |
| PETER F. NERONHA<br>*Attorney General*<br>*State of Rhode Island*<br>150 South Main Street<br>Providence, RI 02903 | CHARITY R. CLARK<br>*Attorney General*<br>*State of Vermont*<br>109 State Street<br>Montpelier, VT 05609 |

MOTION OF WASHINGTON, ET AL. TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200