1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10  AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
11  et al.,

12                              Plaintiffs,

13      v.

14  DONALD J. TRUMP, in his official
capacity as President of the United States, et
15  al.,

16                              Defendants.

17

18

19

NO. 3:25-cv-03698-SI

[PROPOSED] ORDER GRANTING
MOTION OF WASHINGTON,
ARIZONA, CALIFORNIA,
COLORADO, CONNECTICUT,
DISTRICT OF COLUMBIA,
DELAWARE, HAWAI'I, ILLINOIS,
MARYLAND, MAINE, MICHIGAN,
MINNESOTA, NEVADA, NEW
JERSEY, NEW MEXICO, NEW
YORK, NORTH CAROLINA,
OREGON, RHODE ISLAND, AND
VERMONT FOR LEAVE TO FILE
AMICI CURIAE BRIEF IN
SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY
RESTRAINING ORDER

20
21
22
23

[PROPOSED] ORDER GRANTING
MOTION OF WASHINGTON, ET AL. FOR
LEAVE TO FILE AMICI CURIAE BRIEF
IN SUPPORT OF PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING
ORDER – NO. 3:25-cv-03698-SI

1        This matter has come before the Court by motion of proposed *Amici Curiae*

2  Washington, Arizona, California, Colorado, Connecticut, District of Columbia, Delaware,

3  Hawaiʻi, Illinois, Maryland, Maine, Michigan, Minnesota, Nevada, New Jersey, New Mexico,

4  New York, North Carolina, Oregon, Rhode Island, and Vermont seeking leave to file an *amici*

5  *curiae* brief in the above-captioned matter. Having considered the papers and pleadings on file,

6  the Court hereby finds good cause to allow amicus participation by proposed *Amici Curiae*,

7  GRANTS the Motion, and ORDERS that the brief be filed in this case.

8

9  **IT IS SO ORDERED.**

10

11  Dated:_____       _____

12                                 The Honorable Susan Illston
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING
MOTION OF WASHINGTON, ET AL. FOR
LEAVE TO FILE AMICI CURIAE BRIEF
IN SUPPORT OF PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING
ORDER – NO. 3:25-cv-03698-SI

1