UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFGE, et al.                              ,

          Plaintiff(s),

   v.

Trump, et al.                             ,

          Defendant(s).

Case No. 3:25-cv-03698-SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Carey R. Dunne, an active member in good standing of the bar of the Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Donald B. Ayer et al. (see attached) in the above-entitled action. My local co-counsel in this case is Michael Kwun, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 198945.

| | |
|---|---|
| 266 W. 37th St. 20th Fl., NY, NY 10018 | 555 Montgomery St, Suite 750, San Francisco, CA  94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 646-434-8604 | 415-630-2350 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| carey@freeandfair.org | mkwun@kblfirm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CD1988.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 5/8/2025 _____              Carey R. Dunne _____

5                                                  APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of Carey R. Dunne _____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: May 9, 2025 _____

16

17    _____

18          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                                   2

United States District Court
Northern District of California

List of Represented Amici Curiae

1.  Donald B. Ayer

2.  Ty Cobb

3.  Barbara Comstock

4.  Mickey Edwards

5.  Philip Lacovara

6.  Michael Luttig

7.  Carter Phillips

8.  Trevor Potter

9.  Alan Charles Raul

10. Paul Rosenzweig

11. Nicholas Rostow

12. Robert Shanks

13. Fern Smith

14. Peter Smith

15. William Joseph Walsh

16. Christine Todd Whitman

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

CAREY  R.  DUNNE , Bar # CD1988

was duly admitted to practice in the Court on

May 3, 1988

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.          On          May 8, 2025
               New York, New York

Tammi M. Hellwig                  By        s/ R. Juliano
Clerk of Court                              Deputy Clerk