# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 3:25-cv-03698-SI <br><br> [PROPOSED] ORDER GRANTING MOTION OF WASHINGTON, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DISTRICT OF COLUMBIA, DELAWARE, HAWAI'I, ILLINOIS, MARYLAND, MAINE, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, AND VERMONT FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

[PROPOSED] ORDER GRANTING MOTION OF WASHINGTON, ET AL. FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

This matter has come before the Court by motion of proposed *Amici Curiae* Washington, Arizona, California, Colorado, Connecticut, District of Columbia, Delaware, Hawai'i, Illinois, Maryland, Maine, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, and Vermont seeking leave to file an *amici curiae* brief in the above-captioned matter. Having considered the papers and pleadings on file, the Court hereby finds good cause to allow amicus participation by proposed *Amici Curiae*, GRANTS the Motion, and ORDERS that the brief be filed in this case.

**IT IS SO ORDERED.**

Dated: May 9, 2025

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF WASHINGTON, ET AL. FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – NO. 3:25-cv-03698-SI

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200