UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 9, 2025 | **Time:** 10:31 – 11:50<br>1 Hour 19 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Donald J. Trump, et al. | |

**Attorney for Plaintiffs:** Danielle Leonard, Stacey Leyton, Corinne Johnson, Elena Goldstein, Ravi Rajendra, Yvonne Mere; Alison Holcomb (King, Jr. County)
**Attorney for Defendant:** Eric Hamilton, Andrew Bernie

**Deputy Clerk:** Esther Chung          **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS

Motion For Temporary Restraining Order (Dkt. 37) Hearing – Held

## SUMMARY

The Court provided its tentative ruling to grant the Temporary Restraining Order. The Government presented oral argument and rebuttal addressing the issue that the Court had mentioned in their tentative.

Plaintiffs' counsel presented oral argument and rebuttal to the Government's arguments.

The Government requested a preliminary injunction which was denied by the Court. The Court set a further briefing schedule and hearing.

The Motion was taken under submission.

CASE CONTINUED:  Further Hearing 5/22/2025 at 10:30 a.m. for In-Person Hearing

Plaintiffs' Further Briefing Due:  5/14/2025 by 4:00 p.m.
Defendants' Further Briefing Due:  5/19/2025 by 4:00 p.m.