|   |   |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | |
| 3 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>Fax: (415) 436-6748 |
| 4 | |
| 5 | ERIC J. HAMILTON (CABN 296283)<br>Deputy Assistant Attorney General |
| 6 | DIANE KELLEHER<br>Branch Director |
| 7 | CHRISTOPHER HALL<br>Assistant Branch Director |
| 8 | ANDREW M. BERNIE<br>Trial Attorney |
| 9 | Civil Division, Federal Programs Branch |
| 10 | 1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 353-7203<br>andrew.m.bernie@usdoj.gov |
| 11 | |
| 12 | |
| 13 | Counsel for Defendants |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*. | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's May 9, 2025 Order (ECF No. 85) entering injunctive relief against Defendants.

Dated: May 9, 2025

Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

s/ Andrew M. Bernie
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
andrew.m.bernie@usdoj.gov

*Counsel for Defendants*