UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER, No. 3:25-cv-03698-SI

**[PROPOSED] ORDER**

Plaintiffs' response to Defendants' Motion for a Protective Order or in the Alternative For Reconsideration and Request For an Immediate Administrative Stay (ECF 88) is due on Tuesday, May 14, 2025. Defendants may file a reply on Wednesday, May 15, 2025. The deadline in the Court's expedited discovery order in ECF 85 that requires Defendants Office of Budget and Management and Office of Personnel Management to produce and file Agency RIF and Reorganization Plans ("ARRPs") by Tuesday, May 13, 2025 (*see* ECF 85 at 40), is postponed until the Court rules on Defendants' Motion for Protective Order or in the Alternative For Reconsideration (ECF 88). In light of this schedule and relief from the pending production deadline, Defendants' request for an immediate administrative stay is moot.

IT IS SO ORDERED.

Dated: _____, 2025      _____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge