UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 25-cv-03698-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER AND POSTPONING DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 88 |

On Friday, May 9, 2025, the Court issued an order that compelled certain expedited discovery from defendants, with a deadline for production of Tuesday, May 13, at 4:00 p.m. (PDT). Dkt. No. 85. On Sunday, May 11, 2025, defendants filed a Motion for Protective Order or in the Alternative For Reconsideration on the basis of the deliberative process privilege, seeking a stay of the production deadline. Dkt. No. 88. The parties have conferred and neither plaintiffs nor defendants oppose a postponement of the May 13 discovery deadline while the motion is more fully considered by the Court. Accordingly, the deadline in the Court's expedited discovery order in Docket Number 85 that requires defendants Office of Budget and Management and Office of Personnel Management to produce certain materials by Tuesday, May 13, 2025 (*see* Dkt. No. 85 at 40), is stayed until the Court rules on defendants' motion.

The Court sets the following briefing schedule:

Plaintiffs' response to defendants' motion is due on Tuesday, May 13, 2025.

Defendants may file a reply on Wednesday, May 14, 2025.

///

///

The Court will determine whether to schedule a hearing on the motion after considering the parties' written submissions.

**IT IS SO ORDERED**.

Dated: May 12, 2025

_____
SUSAN ILLSTON
United States District Judge