**Outlook**

**Regarding Case 3:25-cv-03698**

From ▮
Date Sun 5/11/2025 5:36 AM
To ▮

**CAUTION - EXTERNAL:**

To whom it may concern,

I work in the Department of Health and Human Services and I wanted to let you know that I received a termination letter after 5/9. Mine was received yesterday on 5/10. Thanks, and let me know if you need additional information or proof of this. I would be happy to provide it.

Best,
▮

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.