PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW M. BERNIE
Trial Attorney
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
andrew.m.bernie@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF STEPHEN M. BILLY** |

I, Stephen M. Billy, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I currently serve as a Senior Advisor for the Office of Management and Budget (OMB), Executive Office of the President. I have occupied this position since January 24, 2025.

2. I provide this Declaration pursuant to the directive on pages 40-41 of this Court's May 9 order stating that "defendants shall serve and file a declaration(s) verifying that they have complied with this Order, including serving a copy of this order on every defendant agency head, and detailing what additional steps, if any, they have taken to comply."

3. Since the Court issued its Order just before 9:30 pm Eastern Time on Friday, Defendants have worked diligently to comply with the Order. Initially, less than thirty minutes after the Order issued, counsel for the government informed OPM, OMB, USDS, and the vast majority of the enjoined components of the Order and attached a copy of the order.

4. On May 12, counsel for the Government emailed all enjoined components, informed them of the Order's directive to serve a copy of Order on the component head, directed them to provide a copy to their component head, and further directed them to email several individuals (including myself) to verify that they had done so. All enjoined components have since confirmed that they have complied with the Court's directive.

5. Also on May 12, counsel for the Government sent compliance instructions to all enjoined components. The content of those instructions is privileged. But the instructions emphasized, among other things, that although the Government has appealed the order, the enjoined components must comply with it until there is relief from the Order from this Court or a higher court. The instructions, in addition to providing a detailed summary of the Order and setting forth compliance guidance, emphasized that Department of Justice attorneys are available to answer questions and that enjoined components should consult with Department of Justice attorneys before taking any actions arguably implicating the Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

1  Dated: May 13, 2025

4              /s/ Stephen M. Billy
               Stephen M. Billy