List of Represented Plaintiffs

1. American Federation of Government Employees
2. American Federation of State County and Municipal Employees
3. Service Employees International Union
4. AFGE Local 1122
5. AFGE Local 1236
6. AFGE Local 2110
7. AFGE Local 3172
8. SEIU Local 1000
9. Alliance for Retired Americans
10. American Geophysical Union
11. American Public Health Association
12. Center for Taxpayer Rights
13. Coalition protect America's National Parks
14. Common Defense Civic Engagement
15. Main Street Alliance