UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al., <br> Plaintiff(s), <br> v. <br> Trump, et al., <br> Defendant(s). | Case No. 3:25-cv-03698 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Norman Eisen, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see attached in the above-entitled action. My local co-counsel in this case is Stacey M. Leyton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203827.

600 Pennsylvania Avenue SE #15180 Washington, D.C. 20003
MY ADDRESS OF RECORD

177 Post St., Ste 300 San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 594-9958
MY TELEPHONE # OF RECORD

415-421-7151
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

norman@statedemocracydefenders.org
MY EMAIL ADDRESS OF RECORD

sleyton@altber.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 985724.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2025

Norman Eisen
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Norman Eisen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 14, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Updated 11/2021

2

List of Represented Plaintiffs

1. American Federation of Government Employees
2. American Federation of State County and Municipal Employees
3. Service Employees International Union
4. AFGE Local 1122
5. AFGE Local 1236
6. AFGE Local 2110
7. AFGE Local 3172
8. SEIU Local 1000
9. Alliance for Retired Americans
10. American Geophysical Union
11. American Public Health Association
12. Center for Taxpayer Rights
13. Coalition protect America's National Parks
14. Common Defense Civic Engagement
15. Main Street Alliance



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Norman L Eisen

was duly qualified and admitted on November 13, 1992 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 27, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.