<u>List of Represented Plaintiffs</u>

1.   American Geophysical Union

2.   American Public Health Association

3.   Center for Taxpayer Rights

4.   Coalition to Protect Americas National Parks

5.   Common Defense Civic Engagement

6.   Main Street Alliance

7.   Northeast Organic Farming Association, Inc.

8.   VoteVets Action Fund Inc.

9.   Western Watersheds Project

10. American Federation Of Government Employees, AFL-CIO

11. County of Santa Clara, California

12. City of Chicago, Illinois

13. Martin Luther King, Jr. County, Washington

14. Harris County, Texas

15. City of Baltimore, Maryland

16. City and County of San Francisco, California

17. American Federation Of State County And Municipal Employees, AFL-CIO

18. Service Employees International Union, AFL-CIO

19. AFGE LOCAL 1122

20. AFGE LOCAL 1236

21. AFGE Local 2110

22. AFGE LOCAL 3172

23. SEIU Local 521

24. SEIU Local 1021

25. SEIU Local 1000

26. Alliance for Retired Americans