List of Represented Plaintiffs

1.  American Geophysical Union
2.  American Public Health Association
3.  Center for Taxpayer Rights
4.  Coalition to Protect Americas National Parks
5.  Common Defense Civic Engagement
6.  Main Street Alliance
7.  Northeast Organic Farming Association, Inc.
8.  VoteVets Action Fund Inc.
9.  Western Watersheds Project
10. American Federation Of Government Employees, AFL-CIO
11. County of Santa Clara, California
12. City of Chicago, Illinois
13. Martin Luther King, Jr. County, Washington
14. Harris County, Texas
15. City of Baltimore, Maryland
16. City and County of San Francisco, California
17. American Federation Of State County And Municipal Employees, AFL-CIO
18. Service Employees International Union, AFL-CIO
19. AFGE LOCAL 1122
20. AFGE LOCAL 1236
21. AFGE Local 2110
22. AFGE LOCAL 3172
23. SEIU Local 521
24. SEIU Local 1021
25. SEIU Local 1000
26. Alliance for Retired Americans