UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFGE, et al.,

    Plaintiff(s),

v.

Trump, et al.,

    Defendant(s).

Case No. 3:25-cv-03698

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Spencer Klein, an active member in good standing of the bar of the Supreme Court of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see attached in the above-entitled action. My local co-counsel in this case is Stacey M. Leyton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203827.

| | |
|---|---|
| 600 Pennsylvania Avenue SE #15180 Washington, D.C. 20003 | 177 Post St., Ste 300 San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 594-9958 | 415-421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Spencer@statedemocracydefenders.org | sleyton@altber.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5628367.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2025    Spencer Klein
                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Spencer Klein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2025



UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

List of Represented Plaintiffs

1. American Geophysical Union
2. American Public Health Association
3. Center for Taxpayer Rights
4. Coalition to Protect Americas National Parks
5. Common Defense Civic Engagement
6. Main Street Alliance
7. Northeast Organic Farming Association, Inc.
8. VoteVets Action Fund Inc.
9. Western Watersheds Project
10. American Federation Of Government Employees, AFL-CIO
11. County of Santa Clara, California
12. City of Chicago, Illinois
13. Martin Luther King, Jr. County, Washington
14. Harris County, Texas
15. City of Baltimore, Maryland
16. City and County of San Francisco, California
17. American Federation Of State County And Municipal Employees, AFL-CIO
18. Service Employees International Union, AFL-CIO
19. AFGE LOCAL 1122
20. AFGE LOCAL 1236
21. AFGE Local 2110
22. AFGE LOCAL 3172
23. SEIU Local 521
24. SEIU Local 1021
25. SEIU Local 1000
26. Alliance for Retired Americans

Case 3:25-cv-03698-SI   Document 107   Filed 05/15/25   Page 4 of 5



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Spencer William Klein

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 27, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 9, 2025.

*Robert D. Mayberger*
Clerk of the Court

CertID-00230889



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022