UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFGE, et al().,

    Plaintiff(s),

    v.

Trump, et al().,

    Defendant(s).

Case No. 3:25-cv-03698

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jacob Kovacs-Goodman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see attached in the above-entitled action. My local co-counsel in this case is Stacey M. Leyton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203827.

| | |
|---|---|
| 600 Pennsylvania Avenue SE #15180 Washington, D.C. 20003 | 177 Post St., Ste 300 San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 594-9958 | 415-421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Jacob@statedemocracydefenders.org | sleyton@altber.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90032363.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2025

Jacob Kovacs-Goodman
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob Kovacs-Goodman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2025

*[signature: Susan Illston]*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

List of Represented Plaintiffs

1. American Geophysical Union
2. American Public Health Association
3. Center for Taxpayer Rights
4. Coalition to Protect Americas National Parks
5. Common Defense Civic Engagement
6. Main Street Alliance
7. Northeast Organic Farming Association, Inc.
8. VoteVets Action Fund Inc.
9. Western Watersheds Project
10. American Federation Of Government Employees, AFL-CIO
11. County of Santa Clara, California
12. City of Chicago, Illinois
13. Martin Luther King, Jr. County, Washington
14. Harris County, Texas
15. City of Baltimore, Maryland
16. City and County of San Francisco, California
17. American Federation Of State County And Municipal Employees, AFL-CIO
18. Service Employees International Union, AFL-CIO
19. AFGE LOCAL 1122
20. AFGE LOCAL 1236
21. AFGE Local 2110
22. AFGE LOCAL 3172
23. SEIU Local 521
24. SEIU Local 1021
25. SEIU Local 1000
26. Alliance for Retired Americans



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Jacob Kovacs-Goodman

was duly qualified and admitted on February 13, 2025 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 28, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*