

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


Case No. 3:25-cv-03698-SI


MOTION FOR LEAVE TO ELECTRONICALLY FILE

BY SCOTT C. PITCOCK, PRO SE NON-PARTY AND NTEU MEMBER

To the Honorable Susan Y. Illston:

I respectfully request leave of the Court to file electronically in case 3:25-cv-03698-SI as a pro se non-party. I am a former federal employee directly affected by Executive Order 14210, which is at issue in this case, and a member of the National Treasury Employees Union (NTEU), an affiliate of the AFL-CIO.

I have prepared an amicus curiae statement and relevant supporting documentation that I believe will assist the Court in understanding the real-world impact of the challenged policy on affected employees, as well as procedural failings and barriers encountered in seeking resolution. Due to the time-sensitive nature of this litigation, and the potential application of the Court's May 9, 2025 Temporary Restraining Order to my circumstances, I respectfully seek authorization to submit my materials via the Court's electronic filing system. I am registered with PACER and prepared to comply with all applicable rules.

Thank you for your time and consideration.

Respectfully submitted,

Scott C. Pitcock

Email: scott_pitcock@hotmail.com

Date: 5/13/2025