Scott Pitcock
2915 Bellehaven Way
Victorville CA 92392

RECEIVED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerks Office
U.S. District Court
Northern District of California
450 Golden State Ave
San Francisco, CA 94102





USPS Priority Mail Express envelope.

FROM:
Scott Pitcock
11915 Bellehaven Way
Victorville CA 92392

TO:
Clerk's Office
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA 94102

Label: ER 177 464 422 US
Postage: $31.40
Victorville, CA 92395
MAY 15, 2025