Michael R. Lozeau (SBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, California 94612
Tel: (510) 836-4200
michael@lozeaudrury.com

Peter T. Jenkins (appearance *pro hac vice*)
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
962 Wayne Avenue, Ste. 610
Silver Spring, MD 20910
Tel: (202) 265-4189
pjenkins@peer.org

*Counsel for Amicus Curiae*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION OF PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# ORDER GRANTING MOTION OF PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

This matter has come before the Court by a consent motion of Public Employees for Environmental Responsibility (PEER) seeking leave to file an Amicus curiae brief in the above-captioned matter. Having considered the papers and pleadings on file, the Court hereby finds good cause to allow Amicus participation by the proposed Amici curiae, GRANTS the Motion, and ORDERS that PEER's Amicus brief be filed in this case.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
Hon. Susan Illston, United States District Judge