Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[*Additional counsel and affiliations identified on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **PLAINTIFFS' NOTICE AND OBJECTION TO DEFENDANTS' PARTIAL NON-COMPLIANCE WITH COURT ORDER RE: DISCOVERY** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Plaintiffs submit this notice and request the Court's assistance in obtaining compliance from Defendants with respect to this Court's May 15, 2025 Order Re: Production of Certain Discovery Documents (ECF 109). Specifically, Defendants have not fully complied with this Court's Order to submit and provide to Plaintiffs "(2) the versions of ARRPs approved by OMB and/or OPM." *Id.* Defendants initially represented to this Court and Plaintiffs that there were no such documents, but after meeting and conferring with Plaintiffs, have backtracked on that representation.

The relevant history of this specific dispute is as follows:

On May 9, 2025, this Court granted expedited discovery pursuant to Rule 26 and ordered Defendants to disclose certain documents including "Agency RIF and Reorganization Plans" ("ARRPs") created pursuant to Executive Order No. 14210 ("EO") and OMB and OPM's February 26, 2025 Memorandum implementing that EO. ECF 85 at 41-42.

On May 11, 2025, Defendants filed a Motion for Protective Order or in the Alternative Reconsideration and Request for Immediate Administrative Stay (ECF 88). In support of that Motion, Defendants submitted a Declaration from an OMB official asserting that "[n]othing in an ARRP, or its review or approval by OPM or OMB, binds the agency to any particular course of action." Billy Decl. ¶5 (ECF 88-1). Plaintiffs agreed that Defendants' obligation to produce the documents ordered on May 9 should be postponed pending this Court's resolution of Defendants' motion (ECF 90), which this Court then ordered (ECF 92). Pursuant to the court-ordered briefing schedule, Plaintiffs then opposed the Motion, including by arguing that ARRPs have, in fact, been approved by OMB and OPM (ECF 96).

On May 15, 2025, this Court issued an Order, in which it described the parties' characterizations of the ARRPs in "starkly different terms." ECF 109 at 4. The Court ordered:

> By Monday, May 19, 2025 at 12:00 p.m. (PDT), defendants shall submit to the Court for *in camera* review the following documents for *four federal agency defendants*15, (1) the versions of ARRPs submitted to OMB and OPM and (2) the versions of ARRPs approved by OMB and/or OPM. Plaintiffs shall designate two of the agencies for which the ARRPs are to be produced and shall provide those agency names to defendants by 10:00 a.m. (PDT) on Friday, May 16, 2025. Defendants may designate the other two agencies for which it will provide ARRPs.
>
> By Monday, May 19, 2025 at 12:00 p.m. (PDT), defendants will also provide the same ARRPs to plaintiffs' counsel, but plaintiffs' counsel may not share the plans or their

contents with their clients or any third parties unless or until the Court orders otherwise.

*Id.*

On May 19, 2025 Defendants timely responded by submitting documents to the Court responding to the first, but not the second category of documents, with an explanation, provided both to Plaintiffs and to the Court, that included the following factual representations:

> The Court's Order directed Defendants to provide, as to ARRPs for certain components: "(1) the versions of ARRPs submitted to OMB and OPM and (2) the versions of ARRPs approved by OMB and/or OPM." As you will observe, we have attached only one version of each AARP. That is because, for these components, there is only one version. **OPM and OMB have not "approved" ARRPs for these components in the sense of formally signing off on them**; nor have they required the submission of any additional versions, and these components have not submitted any other versions. **Components do not need to receive any such "approval" from OMB and OPM, nor to wait for input from OMB or OPM, before they begin work on further studying and potentially implementing the proposals and recommendations set forth in their submitted ARRPs.**

Leonard Decl. ¶2 (emphasis added).

On Monday, May 19, 2025, Plaintiffs' counsel requested further explanation of the basis for the statement that there were no ARRPs in category 2 because none had been "formally sign[ed] off on," and asked to meet and confer. *Id.* ¶3.

On Tuesday, May 20, 2025, the parties met and conferred but were unable to resolve their disputes. *Id.* Defendants explained that there is only one set of ARRPs regardless of whether they have been approved or not, and contrary to their earlier email, they are now not making any factual representations regarding whether ARRPs have been approved. *Id.* Defense counsel declined to provide further explanation for the statements in the May 19 email in which they represented to Plaintiffs and the Court that OMB and OPM have not "formally" approved the ARRPs. *Id.*

## DISCUSSION

Plaintiffs understand that Defendants' position is that they have fully complied with the Court's order. Plaintiffs disagree, and understand the Court's order to require the production of separate categories of documents not only because there may be different versions, but also in light of the direct relevance of information regarding what, in fact, has been approved by OMB/OPM in whole or in part. Defendants' initial representation to the Court that the ARRPs have not been

1   approved "in the sense of formally signing off" raises many questions, including which of the

2   produced documents has been approved in any way, whether formally or informally, in whole or part.

3   Plaintiffs have submitted evidence to the Court that establishes that OMB/OPM are in fact approving

4   and disapproving these documents (including by responding in writing that certain elements of the

5   ARRPs meet expectations and others do not, and by rejecting plans that do not RIF at levels directed

6   by OPM/OPM/DOGE, *see* ECF 36, Ex. 1).  *See also* ECF 37-12 ¶24 (OMB rejected AmeriCorps

7   ARRP for not including RIF); ECF 96-1 ¶¶15-20 (OMB, OPM, and DOGE rejected NSF's proposed

8   ARRP and required large RIFs); *id.* ¶¶6-13, Ex. 1 at 4-6 & Atts. D, I (similar, at non-defendant

9   agency National Endowment for the Humanities).

10          Plaintiffs understand that Defendants are representing that there are no additional versions of

11  the produced ARRPs, but ask that Defendants identify whether the produced versions fall within

12  category 2 of the Court's order: "(2) the versions of ARRPs approved by OMB and/or OPM."

13  Plaintiffs therefore request assistance from the Court in resolving this dispute regarding compliance,

14  including by requiring Defendants to identify which ARRPs produced to the Court have, in fact, been

15  approved in whole or part (and in which part) by OMB or OPM, including by OMB/OPM responding

16  that the ARRPs in whole or part "meet expectations" or similar communications.

17  Respectfully submitted,

18  DATED: May 20, 2025                 Stacey M. Leyton
                                        Barbara J. Chisholm
19                                      Danielle E. Leonard
                                        Corinne Johnson
20                                      Alice X. Wang
                                        Robin S. Tholin
21                                      Aaron Schaffer-Neitz
                                        ALTSHULER BERZON LLP
22                                      177 Post St., Suite 300
                                        San Francisco, CA 94108
23                                      Tel.: (415) 421-7151
                                        Fax: (415) 362-8064
24                                      sleyton@altshulerberzon.com
                                        bchisholm@altshulerberzon.com
25                                      dleonard@altshulerberzon.com
26
27                            By: */s/ Danielle Leonard*
28

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

By: */s/ Elena Goldstein*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice app. forthcoming)
Spencer W. Klein (pro hac vice app. forthcoming)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180

1   Washington, D.C. 20003
    Tel: (202) 594-9958
2   Norman@statedemocracydefenders.org
    Spencer@statedemocracydefenders.org
3

4   By: */s/ Norman L. Eisen*

5      *Attorneys for All Union and Non-Profit Organization
       Plaintiffs (except NRDC)*
6

7      Rushab Sanghvi (SBN 302809)
8      AMERICAN FEDERATION OF GOVERNMENT
       EMPLOYEES, AFL-CIO
9      80 F Street, NW
       Washington, D.C. 20001
10     Tel: (202) 639-6426
       Sanghr@afge.org
11

12  By: */s/ Rushab Sanghvi*

13     *Attorney for Plaintiffs American Federation of
       Government Employees, AFL-CIO (AFGE) and AFGE
14     locals*

15

16     Teague Paterson (SBN 226659)
       Matthew Blumin (pro hac vice)
17     AMERICAN FEDERATION OF STATE, COUNTY,
       AND MUNICIPAL EMPLOYEES, AFL-CIO
18     1625 L Street, N.W.
       Washington, D.C. 20036
19     Tel: (202) 775-5900
       TPaterson@afscme.org
20     MBlumin@afscme.org
21

22  By: */s/ Teague Paterson*

23     *Attorneys for Plaintiff American Federation of State
       County and Municipal Employees, AFL-CIO (AFSCME)*
24

25     Steven K. Ury (SBN 199499)
       SERVICE EMPLOYEES INTERNATIONAL UNION,
26     AFL-CIO
       1800 Massachusetts Ave., N.W.
27     Washington, D.C. 20036
       Tel: (202) 730-7428
28

1 steven.ury@seiu.org

2 By: */s/ Steven K. Ury*

3 *Attorney for Plaintiff Service Employees International*
4 *Union, AFL-CIO (SEIU)*

5

6 David Chiu (SBN 189542)
 City Attorney
7 Yvonne R. Meré (SBN 175394)
 Chief Deputy City Attorney
8 Mollie M. Lee (SBN 251404)
 Chief of Strategic Advocacy
9 Sara J. Eisenberg (SBN 269303)
 Chief of Complex and Affirmative Litigation
10 Molly J. Alarcon (SBN 315244)
 Alexander J. Holtzman (SBN 311813)
11 Deputy City Attorneys
 OFFICE OF THE CITY ATTORNEY FOR THE CITY
12 AND COUNTY OF SAN FRANCISCO
 1390 Market Street, 7th Floor
13 San Francisco, CA 94102
 molly.alarcon@sfcityatty.org
14 alexander.holtzman@sfcityatty.org

15

16 By:  */s/ David Chiu*

17 *Attorneys for Plaintiff City and County of San Francisco*

18

19 Tony LoPresti (SBN 289269)
 COUNTY COUNSEL
20 Kavita Narayan (SBN 264191)
 Meredith A. Johnson (SBN 291018)
21 Raphael N. Rajendra (SBN 255096)
 Hannah M. Godbey (SBN 334475)
22 OFFICE OF THE COUNTY COUNSEL
 COUNTY OF SANTA CLARA
23 70 West Hedding Street, East Wing, 9th Floor
 San José, CA 95110
24 Tel: (408) 299-5900

25

26 By:  */s/ Tony LoPresti*

27 *Attorneys for Plaintiff County of Santa Clara, Calif.*

28 David J. Hackett (pro hac vice)

1   General Counsel to King County Executive & Special
    Deputy Prosecutor
2   Alison Holcomb (pro hac vice)
    Deputy General Counsel to King County Executive &
3   Special Deputy Prosecutor
    Erin King-Clancy (pro hac vice app. forthcoming)
4   Senior Deputy Prosecuting Attorney
    OFFICE OF KING COUNTY PROSECUTING
5   ATTORNEY LEESA MANION
    401 5th Avenue, Suite 800
6   Seattle, WA 98104
    (206) 477-9483
7   David.Hackett@kingcounty.gov
    aholcomb@kingcounty.gov
8   aclancy@kingcounty.gov

9   By: */s/ David J. Hackett* _____  _____

10      *Attorneys for Plaintiff Martin Luther King, Jr. County*

11
        Sharanya Mohan (SBN 350675)
12      PUBLIC RIGHTS PROJECT
        490 43rd Street, Unit #115
13      Oakland, CA 94609
        Tel: (510) 738-6788
14      sai@publicrightsproject.org

15
    By: */s/ Sharanya Mohan* _____

16
        *Attorney for Plaintiffs Baltimore, MD, Chicago, IL,*
17      *Harris County, TX, and King County, WA*

18

19      Christian D. Menefee
        Harris County Attorney
20
        Jonathan G.C. Fombonne (pro hac vice app. forthcoming)
21      Deputy County Attorney and First Assistant
        Tiffany Bingham (pro hac vice app. forthcoming)
22      Managing Counsel
        Sarah Utley (pro hac vice app. forthcoming)
23      Division Director – Environmental Division
        Bethany Dwyer (pro hac vice app. forthcoming)
24      Deputy Division Director - Environmental Division
        R. Chan Tysor (pro hac vice)
25      Senior Assistant County Attorney
        Alexandra "Alex" Keiser (pro hac vice)
26      Assistant County Attorney
        1019 Congress, 15th Floor
28      Houston, Texas 77002

Tel.: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac app. forthcoming)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*