UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

| **Date:** May 22, 2025 | **Time:** 10:42 – 11:57<br>1 Hour 15 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Donald J. Trump, et al. | |

**Attorney for Plaintiffs:** Danielle Leonard, Stacey Leyton, Corinne Johnson, Ravi Rajendra, Barbara Chisholm, Tsuki Hoshijima, Alexander Holtzman
**Attorney for Defendant:** Andrew Bernie, Emily Hall

**Deputy Clerk:** Esther Chung          **Court Reporter:** Ana Dub

## PROCEEDINGS

Motion for Preliminary Injunction (Dkt. 101) Hearing – Held

## SUMMARY

The Court provided its tentative ruling to the Motion. The Court questioned the Government's counsel. Counsel provided arguments and rebuttals. The Motion was taken under submission.