Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[*Additional counsel and affiliations identified on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PLAINTIFFS' NOTICE OF CORRECTION OF DOCKET** |

Plaintiffs hereby respectfully submit this Notice of Correction of Docket in order to assist the clerk in updating the docket to correctly reflect which Plaintiffs are represented by the following Plaintiffs' counsel:

**Aaron Schaffer-Neitz:**

The following Plaintiffs are currently incorrectly listed on the docket as being represented by Aaron Schaffer-Neitz, but Mr. Schaffer-Neitz does not represent these Plaintiffs:

- County of Santa Clara;
- City and County of San Francisco, California;
- City of Chicago, Illinois;
- Martin Luther King, Jr. County, Washington;
- Harris County, Texas;
- City of Baltimore, Maryland.

**Jacob Goodman:**

The following Plaintiffs are currently incorrectly listed on the docket as being represented by Jacob Goodman, but Mr. Goodman does not represent these Plaintiffs:

- County of Santa Clara;
- City and County of San Francisco, California;
- City of Chicago, Illinois;
- Martin Luther King, Jr. County, Washington;
- Harris County, Texas;
- City of Baltimore, Maryland.

**Norman Larry Eisen:**

The following Plaintiffs are currently incorrectly listed on the docket as being represented by Norman Larry Eisen, but Mr. Eisen does not represent these Plaintiffs:

- County of Santa Clara;
- City and County of San Francisco, California;
- City of Chicago, Illinois;
- Martin Luther King, Jr. County, Washington;
- Harris County, Texas;
- City of Baltimore, Maryland.

**Spencer W. Klein:**

The following Plaintiffs are currently incorrectly listed on the docket as being represented by Spencer W. Klein, but Mr. Klein does not represent these Plaintiffs:

- County of Santa Clara;
- City and County of San Francisco, California;
- City of Chicago, Illinois;
- Martin Luther King, Jr. County, Washington;
- City of Baltimore, Maryland.

**Barbara J. Chisholm:**

The following Plaintiffs are not currently listed on the docket as being represented by Barbara J. Chisholm, but Ms. Chisholm does represent these Plaintiffs:

- VoteVets Action Fund, Inc.;
- Western Watersheds Project.

**Plaintiffs SEIU Local 521 and SEIU Local 1021:**

In addition to the attorneys currently listed on the docket as representing SEIU Local 521 and SEIU Local 1021, these two Plaintiffs are also represented by the following counsel:

- Aaron Schaffer-Neitz;
- Alice X. Wang;

1  -  Barbara J. Chisholm;
2  -  Corinne F. Johnson;
3  -  Elena Goldstein;
4  -  Erica Newland;
5  -  Jacek Pruski;
6  -  Julia Torti;
7  -  Robin Starr Tholin;
8  -  Skye L. Perryman;
9  -  Stacey M. Leyton;
10 -  Tsuki Hoshijima.

DATED: May 27, 2025

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Alice X. Wang
Robin S. Tholin
Aaron Schaffer-Neitz
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: /s/ Corinne F. Johnson

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org

sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Elena Goldstein*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*


Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*


Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*


Rushab Sanghvi (SBN 302809)

| | |
|---|---|
| 1 | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO |
| 2 | 80 F Street, NW |
| 3 | Washington, D.C. 20001<br>Tel: (202) 639-6426 |
| 4 | Sanghr@afge.org |
| 5 | By: */s/ Rushab Sanghvi* |
| 6 | *Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals* |
| 7 | |
| 8 | |
| 9 | Teague Paterson (SBN 226659) |
| 10 | Matthew Blumin (pro hac vice)<br>AMERICAN FEDERATION OF STATE, COUNTY, |
| 11 | AND MUNICIPAL EMPLOYEES, AFL-CIO<br>1625 L Street, N.W. |
| 12 | Washington, D.C. 20036<br>Tel: (202) 775-5900 |
| 13 | TPaterson@afscme.org<br>MBlumin@afscme.org |
| 14 | |
| 15 | By: */s/Teague Paterson* |
| 16 | *Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)* |
| 17 | |
| 18 | Steven K. Ury (SBN 199499) |
| 19 | SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO |
| 20 | 1800 Massachusetts Ave., N.W.<br>Washington, D.C. 20036 |
| 21 | Tel: (202) 730-7428<br>steven.ury@seiu.org |
| 22 | |
| 23 | By: */s/ Steven K. Ury* |
| 24 | *Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)* |
| 25 | |
| 26 | David Chiu (SBN 189542) |
| 27 | City Attorney<br>Yvonne R. Meré (SBN 175394) |
| 28 | Chief Deputy City Attorney |

Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY
AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

David Chiu
City Attorney

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor

|   |   |
|---|---|
| 1 | Erin King-Clancy (pro hac vice app. forthcoming) |
| 2 | Senior Deputy Prosecuting Attorney |
|   | OFFICE OF KING COUNTY PROSECUTING |
|   | ATTORNEY LEESA MANION |

Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

By: */s/ David J. Hackett*

David J. Hackett

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (CABN 350675)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Sharanya Mohan*

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne (pro hac vice app. forthcoming)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice app. forthcoming)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov

sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*
Jonathan G.C. Fombonne

*Attorneys for Plaintiff Harris County, Texas*


Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice app. forthcoming)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*
      Stephen J. Kane

*Attorneys for Plaintiff City of Chicago*


Ebony M. Thompson
Baltimore City Solicitor
Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Sara Gross*
      Sara Gross

*Attorneys for Plaintiff City of Baltimore*

NOTICE OF CORRECTION OF DOCKET, NO. 3:25-cv-03698-SI                                    8