United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 25-cv-03698-SI<br><br>**ORDER DENYING PRO SE NON-PARTY'S MOTION FOR LEAVE TO ELECTRONICALLY FILE**<br><br>Re: Dkt. No. 114 |

The Court received an application for leave to submit electronically an *amicus curiae* statement from a pro se non-party, filed on the docket on May 16, 2025. *See* Dkt. No. 114. The Court appreciates the initiative of the applicant to provide the Court with possibly relevant information, but respectfully denies the pro se non-party leave to file electronically on the docket. The applicant may submit a motion to file an *amicus* brief by mail to the Clerk's office. The applicant is encouraged to reach out to counsel for all parties to determine their position on such a motion before filing.

**IT IS SO ORDERED**.

Dated: May 27, 2025

_____

SUSAN ILLSTON
United States District Judge