| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAY 24 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | Nos. 25-3030, 25-3293 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-03698-SI<br>Northern District of California, San Francisco |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| IN RE DONALD J. TRUMP. | No. 25-3034 |
| DONALD J. TRUMP; et al., | D.C. No. 3:25-cv-3698<br>Northern District of California, San Francisco |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | |
| Real Parties in Interest. | |

2

The response to the supplemental emergency motion is due by 10:00 a.m. Pacific Time on May 27, 2025. The optional reply is due by 10:00 a.m. Pacific Time on May 29, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
