UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants - Appellants. | No. 25-3030<br><br>D.C. No.<br>3:25-cv-03698-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 45), this appeal is

dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT