UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE DONALD J. TRUMP.<br>_____<br><br>DONALD J. TRUMP; et al.,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>　　　　　Respondent,<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,<br><br>　　　　　Real Parties in Interest. | No. 25-3034<br><br>D.C. No.<br>3:25-cv-3698<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 39) to voluntarily withdraw this petition is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT