UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

| **Date:** June 4, 2025 | **Time:** 11:59 – 12:32  33 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Donald J. Trump, et al. | |

**Attorney for Plaintiffs:** Danielle Leonard
**Attorney for Defendant:** Andrew Bernie

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference Hearing – Held via Zoom webinar.

## SUMMARY

The Court questioned Plaintiffs' counsel concerning their filing of 6/3/2025. The Plaintiffs' counsel confirmed that they were not including HHS in their notification.

The Government's counsel presented more details to the Court. The Court also confirmed that there was no motion currently pending.

The Court Ordered the government to make a factual showing (and further legal argument, if the government wishes) in support of its position as to why the State Department and HUD actions (see Dkt. No. 148) are not covered by the Preliminary Injunction. The Court indicated that it requires a fuller factual basis to make a decision prior to 6/13 when State Department RIF notices may go out. The government's filing is due 6/9/2025. Plaintiffs' response is due 6/11/2025.

If State Department RIFs will be going forward on 6/13, then the hearing will occur on 6/12/2025 at 4:30 PM (PDT). If the government's counsel can represent in writing that State Department RIF notices will not go out on 6/13, then the Court will hold a hearing on 6/13/2025 at 11:30 AM (PDT). The hearing will take place over Zoom videoconference.