PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW W. BERNIE
ALEXANDER W. RESAR
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 616-8188
    alexander.w.resar@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**NOTICE OF COMPLIANCE** |

As directed by the Court at the hearing held on June 4, 2025, Defendants respectfully submit the following notice of compliance and accompanying declarations detailing the steps that the United States Department of State (State) and the United States Department of Housing and Urban Development (HUD) have taken in compliance with this Court's Temporary Restraining Order, ECF No. 85, and Preliminary Injunction, ECF No. 124.

The declaration of Lori A. Michalski, Chief Human Capital Officer at HUD, addresses HUD's decision to terminate 76 of 312 probationary employees and the legal bases for those terminations. As detailed in Ms. Michalski's declaration, HUD's termination of 76 of 312 probationary employees was not pursuant to or to implement, and was entirely independent from, sections 3(c) and 3(e) of Executive Order 14210 and the February 26, 2025, OMB/OPM Memorandum.

The declaration of Daniel Holler, Deputy Chief of Staff to the Secretary of State, addresses actions taken by Secretary of State Marco Rubio to reform the agency's operations and footprint to better reflect the current administration's diplomatic priorities and the needs of modern diplomacy. As detailed in Mr. Holler's declaration, State's intended reorganization was directed by Secretary Rubio and intended to address foreign policy needs, not to respond to any Executive Order.

Dated: June 9, 2025

Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

/s/ Alexander W. Resar
ANDREW M. BERNIE
ALEXANDER W. RESAR
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

*Counsel for Defendants*