PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW W. BERNIE
ALEXANDER W. RESAR
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 616-8188
    alexander.w.resar@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF LORI A. MICHALSKI** |

I, Lori A. Michalski, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer at the United States Department of Housing and Urban Development ("HUD"), and I have served in this role since February 2021. In my current role, I am responsible for providing oversight and management of all human capital functions for the Department. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I am aware that on May 9, 2025, this Court issued an Order Granting Temporary Restraining Order, and that on May 22, 2025, this Court issued an Order Granting Preliminary Injunction.

3. I understand that the Temporary Restraining Order and the Preliminary Injunction enjoined and/or stayed the defendant agencies, which includes HUD, from taking any actions to implement or enforce sections 3(c) and 3(e) of Executive Order 14210 or the February 26, 2025, OMB/OPM Memorandum, including by further implementation of Agency RIF and Reorganization Plans (ARRPs) by executing any existing RIF notices or issuing any further RIF notices.

4. In May 2025, HUD terminated 76 of 312 probationary employees. The terminations of these probationary employees were pursuant to and consistent with the April 24, 2025, Executive Order entitled Strengthening Probationary Periods in the Federal Service. Sections 2 and 3 of that Executive Order amend Civil Service Rule XI. The new Civil Service Rule XI, § 11.5(d), authorizes "the agency head, or his or her designee" to "consider," amongst other factors, "whether the . . . continued employment" of "an employee in a probationary or trial period" "would advance organizational goals of the agency or the Government" and "whether the employee's continued employment would advance the efficiency of the service."

5. Pursuant to that authorization, the appropriate management officials within each of the relevant program offices determined to terminate 76 of 312 probationary employees based on the Agency's assessment that these employees' continued employment would not advance the organizational goals of the Agency and would not advance the efficiency of the service. The

appropriate management officials conducted individualized determinations for the 76 of 312 probationary employees that were terminated.

6. These probationary terminations were not pursuant to or to implement, and were entirely independent from, sections 3(c) and 3(e) of Executive Order 14210 and the February 26, 2025, OMB/OPM Memorandum.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2025.

LORI MICHALSKI

Digitally signed by: LORI MICHALSKI
DN: CN = LORI MICHALSKI C = US O = U.S. Government OU = Department of Housing and Urban Development
Date: 2025.06.09 15:15:33 -04'00'

Lori A. Michalski