1  Scott C. Pitcock (pro se)
2  [Address and phone number omitted from public filing in accordance with Civil L.R. 5-1(c)(5);
3  contact information on file]
4  scott_pitcock@hotmail.com
5
6
7
8  Amicus Curiae
9  Scott C. Pitcock (Pro Se)
10
11  UNITED STATES DISTRICT COURT
12  NORTHERN DISTRICT OF CALIFORNIA
13  SAN FRANCISCO DIVISION
14
15
16  AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al..
17  Plaintiffs
18  v.
19  DONALD J. TRUMP. et al..
20  Defendants.
21
22  Case No. 3:25-cv-03698-SI
23  **MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF SCOTT C. PITCOCK**
24  **IN SUPPORT OF PLAINTIFFS**
25  (CIVIL L.R. 7-11 and 79-5(C))
26
27
28

[FILED JUN 10 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**INTEREST OF AMICUS**

Amicus is a former GS-12 IT Specialist employed by the U.S. Food and Drug Administration (FDA), where he worked, in part, on identity and access management, applying federal cybersecurity controls and responding to failures in secure environments. Having been directly affected by Executive Order 14210, Amicus offers this brief to provide technical context and documentation that may assist the Court in evaluating agency conduct and cybersecurity compliance during the relevant period.

Amicus does not seek personal relief. This brief is offered solely to assist the Court in understanding the procedural and technical risks introduced by Executive Order 14210, informed by firsthand experience and a professional background in federal cybersecurity controls. Amicus has made every effort to understand and follow applicable rules.

**BASIS FOR LEAVE**

District courts have broad discretion to grant leave to file amicus briefs. See Hoptowit v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated on other grounds by Sandin v. Conner, 515 U.S. 472 (1995); Miller-Wohl Co. v. Comm'r of Lab. & Indus., 694 F.2d 203, 204 (9th Cir. 1982). As recognized in California v. U.S. Dep't of the Interior, 381 F. Supp. 3d 1153, 1163–64 (N.D. Cal. 2019), district courts in this circuit routinely permit amicus filings that bring forward unique facts, subject-matter expertise, or perspectives not otherwise represented in the litigation.

Amicus respectfully submits that his filing meets this standard. The brief consolidates firsthand factual evidence, cybersecurity compliance analysis, and exhibits that may assist the Court in evaluating post-separation risk, compliance breakdowns, and institutional exposure. It is not duplicative of the parties' submissions and is offered in good faith to support judicial review.

## CONCLUSION

For the reasons stated above, Amicus respectfully requests that the Court grant leave to file the attached Amicus Curiae Brief in Support of Plaintiffs. A proposed order is submitted concurrently with this motion.

Respectfully submitted,

Dated: June 6, 2025

/s/Scott C. Pitcock (pro se)

Scott C. Pitcock

Amicus Curiae (Pro Se)

[Address and phone number omitted from public filing in accordance with Civil L.R. 5-1(c)(5); contact information on file]

scott_pitcock@hotmail.com