Scott C. Pitcock (pro se)
3200 Whitfield St
Little Rock, AR 72204
(501) 366-3626

June 9, 2025

Clerk of Court
United States District Court
Northern District of California
San Francisco Division

RECEIVED

JUN 1 0 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Court Clerk,

Dear Clerk of Court,

    Enclosed for filing is my Amicus Curiae Brief in *AFGE v. Trump*, Case No. 3:25-cv-03698-SI, along with supporting exhibits. One sealed envelope is included, submitted pursuant to Civil Local Rule 79-5. Thank you for your time and patience as I have worked to navigate this process.

    For transparency: I inadvertently provided unredacted versions of the sealed exhibits to both AFGE and the Department of Justice, contrary to Local Rule 79-5. My intent was to ensure full visibility of the record to the parties—not to violate the Court's rules. I have since corrected this issue by serving physical copies of the **redacted** public filings to both parties. The statements included in the sealed materials were shared with full permission and discretion. I acknowledge the procedural risk and have kept my own statement, with PII removed, on the public record. Neither party has responded to my outreach regarding this submission.

Please don't hesitate to contact me if any clarification is needed.

Respectfully,

**/s/ Scott C. Pitcock**

Scott C. Pitcock (pro se)

CERTIFICATE OF SERVICE

I certify that on June 9, 2025, I served the following documents related to *AFGE v. Trump*, Case No. 3:25-cv-03698-SI:

1. Redacted (public) version of my *Amicus Curiae Brief*
2. Redacted Exhibit List
3. Procedural Motions and Proposed Orders, including:
   - Motion for Leave to File Amicus Curiae Brief
   - Motion to File Under Seal
   - Motion for Submission on the Record
   - Proposed Orders for each motion

These materials were served by the following methods:

1. Electronic service via a secure, password-protected Drive link on June 6, 2025, to:
   - Counsel for Plaintiffs (AFGE)
   - Counsel for Defendants (U.S. Department of Justice)

2. Physical service via FedEx Overnight delivery on June 9, 2025, addressed to:
   - AFGE Legal Department
     American Federation of Government Employees, AFL–CIO
     80 F Street NW
     Washington, DC 20001

- o  U.S. Department of Justice

  Civil Division – Federal Programs Branch

  1100 L Street NW

  Washington, DC 20005

I acknowledge that my June 6 email inadvertently included both redacted and unredacted (sealed) versions of some exhibits. My intent was to ensure transparency to the parties while protecting personally identifiable information and colleague testimony from public exposure. The sealed versions were clearly marked and separately submitted to the Court in a sealed envelope pursuant to Civil Local Rule 79-5. The physical service to the parties contained only redacted materials, and no sealed exhibits.

Respectfully submitted,

/s/ Scott C. Pitcock

Scott C. Pitcock (pro se)

3200 Whitfield St

Little Rock, AR 72204

(501) 366-3626

Dated: June 9, 2025