1   Scott C. Pitcock (pro se)

2   [Address and phone number omitted from public filing in accordance with Civil L.R. 5-1(c)(5);

3   contact information on file]

4   scott_pitcock@hotmail.com

5

6

7

8   Amicus Curiae

9   Scott C. Pitcock (Pro Se)

10

11   UNITED STATES DISTRICT COURT

12   NORTHERN DISTRICT OF CALIFORNIA

13   SAN FRANCISCO DIVISION

14

15

16   AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

17   Plaintiffs

18   v.

19   DONALD J. TRUMP, et al..

20   Defendants.

21

22   Case No. 3:25-cv-03698-SI

23   **ADMINISTRATIVE MOTION TO FILE AMICUS BRIEF AND EXHIBITS UNDER**

24   **SEAL**

25   (CIVIL L.R. 7-11 and 79-5(C))

26
27

FILED

JUN 10 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1      Pursuant to Civil Local Rules 7-11 and 79-5, Amicus Curiae Scott C. Pitcock respectfully

2   moves to file under seal of unredacted versions of his Amicus Curiae Brief and attached exhibits.

3

4      The unredacted filings contain personally identifiable information ("PII"), internal

5   agency email addresses, and documentation related to internal employee separations and

6   credential management. Several exhibits contain direct scans of official agency correspondence,

7   HR communications, and metadata that, if made public, could compromise the privacy rights of

8   nonparties and inadvertently disclose sensitive internal information.

9

10      Partially redacted copies or placeholders for fully redacted documents have been

11   prepared and will be submitted to the public docket concurrently, in compliance with Fed. R.

12   Civ. P. 5.2 and Civil L.R. 79-5(d)(1)(C). These redactions are narrowly tailored and limited to

13   only that information necessary to protect third-party privacy and internal agency data.

14

15      This Court and others within the Ninth Circuit have consistently recognized compelling

16   reasons to seal documents containing nonparty PII, internal personnel records, and sensitive

17   internal agency correspondence. See, e.g., Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d

18   1122, 1137 (9th Cir. 2003); Opperman v. Path, Inc., No. 13-cv-00453, 2017 WL 1036652, at *4

19   (N.D. Cal. Mar. 17, 2017).

20

21      Accordingly, Amicus respectfully requests the Court permit the following documents to

22   be filed under seal:

23   1. Unredacted Amicus Curiae Brief

24   2. Exhibits:

25      • Exhibit A (Partial) – Statement of Scott C. Pitcock (contains direct identifiers)

26      • Exhibit B (Full) – Statement of [Employee B] (contains identifiers, nonparty privacy)

27      • Exhibit C (Full) – Statement of (Employee C) (contains identifiers, nonparty privacy)

28      • Exhibit D (Full) – Statement of (Employee D) (contains identifiers, nonparty privacy)

1      • Exhibit E (Full) – Declaration of (Employee E) + Internal Email Statements (contains
2         identifiers, nonparty privacy)
3      • Exhibit F (Partial) – Email Logs – Forwarded from FDA Account (Redactions limited to
4         names, internal email addresses, and other metadata)
5      • Exhibit G1 (Partial) – Postmarked Envelope + Termination Letter – Received May 12,
6         2025 (Redactions applied to non-official names, addresses, agency codes, barcode IDs,
7         and personally identifiable metadata on envelope)
8      • Exhibit G2 (Partial) – Notice to Terminated Probationary Employees Required by The
9         Honorable Judge Alsup's April 19, 2025, Order + Westlaw Printout (redactions applied
10        to agency codes)
11     • Exhibit H (Partial) – "Reinstatement to FDA position per 3/13/25 TRO" email from FDA
12        Official (redactions applied to email identifier)
13     • Exhibit I (Partial) – Emails Affirming Continued Employment (redactions applied to
14        names, email identifiers, PII, and other metadata)
15     • Exhibit M (Full) – Final Leave and Earnings Statement of Scott C. Pitcock (contains
16        sensitive PII and financial information)
17  3. Any declarations or supplemental filings referencing sealed material
18
19        A [Proposed] Order granting this motion is submitted herewith, as required by Civil L.R.
20  79-5(d)(1)(B).
21
22        Amicus is a pro se filer and has made every effort to comply with applicable local and
23  federal sealing procedures. This request is submitted in good faith to protect third-party privacy
24  and internal agency data, without impairing the public's access to the core facts and arguments
25  raised in the accompanying brief.
26
27

1   Respectfully submitted,

2

3   Dated: June, 6, 2025

4   /s/Scott C. Pitcock (pro se)

5   Scott C. Pitcock

6   Amicus Curiae (Pro Se)

7   [Address on file / omitted in public version]

8   scott_pitcock@hotmail.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Pro Se Admin Mot. To File Amicus Brief and Exhibits Under Seal