1  Scott C. Pitcock (pro se)
2  [Address and phone number redacted]
3  scott_pitcock@hotmail.com
4
5
6
7  Amicus Curiae
8  Scott C. Pitcock (Pro Se)
9
10  UNITED STATES DISTRICT COURT
11  NORTHERN DISTRICT OF CALIFORNIA
12  SAN FRANCISCO DIVISION
13
14
15  AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al..
16  Plaintiffs
17  v.
18  DONALD J. TRUMP, et al.,
19  Defendants.
20
21  Case No. 3:25-cv-03698-SI
22  **[PROPOSED] ORDER GRANTING PRO SE AMICUS ADMINISTRATIVE MOTION**
23  **TO FILE AMICUS BRIEF AND EXHIBITS UNDER SEAL**
24  (CIVIL L.R. 7-11 and 79-5(C))
25
26
27
28

RECEIVED JUN 10 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1  Good cause appearing, Amicus Curiae **Scott C. Pitcock's** Administrative Motion to File
2  Under Seal is hereby **GRANTED**. Unredacted copies of the following documents shall be filed
3  under seal to protect personally identifiable information (PII), internal agency metadata, and the
4  privacy of nonparty individuals referenced in the filings:
5  1. Unredacted Amicus Curiae Brief
6  2. Exhibits:
7  - Exhibit A (Partial) – Statement of Scott C. Pitcock (contains direct identifiers)
8  - Exhibit B (Full) – Statement of [Employee B] (contains identifiers, nonparty privacy)
9  - Exhibit C (Full) – Statement of (Employee C) (contains identifiers, nonparty privacy)
10 - Exhibit D (Full) – Statement of (Employee D) (contains identifiers, nonparty privacy)
11 - Exhibit E (Full) – Declaration of (Employee E) + Internal Email Statements (contains
12   identifiers, nonparty privacy)
13 - Exhibit F (Partial) – Email Logs – Forwarded from FDA Account (Redactions limited to
14   names, internal email addresses, and other metadata)
15 - Exhibit G1 (Partial) – Postmarked Envelope + Termination Letter – Received May 12,
16   2025 (Redactions applied to non-official names, addresses, agency codes, barcode IDs,
17   and personally identifiable metadata on envelope)
18 - Exhibit G2 (Partial) – Notice to Terminated Probationary Employees Required by The
19   Honorable Judge Alsup's April 19, 2025, Order + Westlaw Printout (redactions applied
20   to agency codes)
21 - Exhibit H (Partial) – "Reinstatement to FDA position per 3/13/25 TRO" email from FDA
22   Official (redactions applied to email identifier)
23 - Exhibit I (Partial) – Emails Affirming Continued Employment (redactions applied to
24   names, email identifiers, PII, and other metadata)
25 - Exhibit M (Full) – Final Leave and Earnings Statement of Scott C. Pitcock (contains
26   sensitive PII and financial information)
27 3. Any declarations or supplemental filings referencing sealed material

1  Redacted versions of the above documents, or public placeholders where applicable, have
2  been filed concurrently on the public docket in compliance with Civil Local Rule 79-5(d).
3
4
5
6  DATED:
7
8
9
10                                                          _____
11                                                          **HON. SUSAN ILLSTON**
12                                                          United States District Judge