Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchishom@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**PROOF OF SERVICE OF SUMMONS ON PEACE CORPS AND ALLISON GREENE** |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On June 11, 2025, I served the following document(s):

**Summons to Peace Corps and Allison Greene in her official capacity as Chief Executive Officer of Peace Corps**
**Amended Complaint and Exhibits A-C**
**Order Setting Initial Case Management Conference and ADR Deadlines**
**Standing Order for all Judges of the Northern District of California**
**Judge Illston's Standing Order**
**Judge Illston's Civil Pretrial Instructions**
**Judge Illston's Initial Case Management Guidelines and Clerk's Notice of Reassignment**
**Notice of Availability of Magistrate Judge**
**ECF Registration Information Handout**
**ADR Handbook**
**ADR Certification by Parties and Counsel Form**
**Request for ADR Telephone Conference**
**Stipulation & Proposed Order Selecting ADR Process**
**Docket in Case No. 3:25-cv-03698-SI**

on the Peace Corps and Allison Greene, in her official capacity as Chief Executive Officer of the Peace Corps, through their attorneys of record, as designated below:

**Personal Service:** I caused such document(s) to be served via personal service on the United States Attorney's Office pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) by delivering true and correct copies to the following address(es):

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Via Certified Mail:** I caused such document(s) to be served via USPS Certified Mail service on the Attorney General of the United States pursuant to Federal Rule of Civil Procedure 4(i)(1)(B) by placing true and correct copies of all above documents in the mail to the following address(es):

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**Via Certified Mail:** I caused such document(s) to be served via USPS Certified Mail service on the parties in this action pursuant to Federal Rule of Civil Procedure 4(i)(2) by placing true and correct copies of all above documents in the mail to the following address(es):

PROOF OF SERVICE ON PEACE CORPS AND ALLISON GREENE, Case No: 3:25-cv-03698-SI     1

Allison Greene, in her official capacity as Chief Executive Officer of the Peace Corps
Peace Corps
c/o General Counsel
1275 First Street NE
Washington, DC 20526

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed June 11, 2025, at San Francisco, California.

_____
Jada Commodore