PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW W. BERNIE
ALEXANDER W. RESAR
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 616-8188
    alexander.w.resar@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**NOTICE OF SUBMISSION OF DECLARATION** |

1 | Defendants respectfully submit the attached Second Declaration of Daniel Holler, Deputy Chief of Staff to the Secretary of State, to address Plaintiffs' Response to Defendants' Notice of Compliance, ECF No. 160, and the declarations and exhibits attached thereto.

| | | |
|---|---|---|
| 1 | Dated: June 13, 2025 | Respectfully submitted, |
| 2 | | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 3 | | U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055 |
| 4 | | San Francisco, California 94102-3495 |
| 5 | | ERIC HAMILTON<br>Deputy Assistant Attorney General |
| 6 | | DIANE KELLEHER |
| 7 | | Branch Director |
| 8 | | CHRISTOPHER HALL<br>Assistant Branch Director |
| 9 | | /s/ Alexander W. Resar |
| 10 | | ANDREW M. BERNIE<br>ALEXANDER W. RESAR |
| 11 | | Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE |
| 12 | | Civil Division, Federal Programs Branch<br>1100 L Street, NW |
| 13 | | Washington, DC 20005 |
| 14 | | *Counsel for Defendants* |