PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW W. BERNIE
ALEXANDER W. RESAR
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 616-8188
    alexander.w.resar@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**ADMINISTRATIVE MOTION TO FILE AGENCY DECLARATIONS UNDER SEAL** |

Pursuant to Civil Local Rule 7-11 and 79-5(c) and this Court's May 29, 2025 Order regarding the Production of Certain Discovery Documents, ECF No. 139, Defendants move to file under seal unredacted copies of four agency declarations.

The Court in its May 29, 2025 Order directed that Defendants file "under seal where appropriate" "declarations to the Court from appropriate individuals within the four agencies for which defendants have already provided ARRPs to the Court for *in camera* review." In compliance with that instruction, four agencies are submitting declarations. Per the Court's instructions, Defendants seek to seal the unredacted declarations.

Because the information Defendants seek to seal is not being submitted in support of any argument for relief on the merits, but rather to comply with the Court's Order, the "good cause" standard for sealing applies. *See Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016) (internal citations omitted).

In this case, there is good cause to protect information subject to the deliberative process privilege for the reasons explained in the accompanying declarations. Defendants respectfully submit that, for the reasons explained in the declarations, the ARRPs are categorically privileged and should be withheld in full. To the extent this Court disagrees, Defendants respectfully submit proposed redactions to the Court *in camera*.

## CONCLUSION

Defendants respectfully request this Court grant this Motion and permit unredacted copies of the following documents to be filed under seal:

1. U.S. Department of Interior's declaration describing the ARRP(s) produced *in camera* to the Court and the basis for the Department's assertion of deliberative process privilege.

2. U.S. Environmental Protection Agency's declaration describing the ARRP(s) produced *in camera* to the Court and the basis for the Agency's assertion of deliberative process privilege

3. U.S. National Science Foundation's declaration describing the ARRP(s) produced *in camera* to the Court and the basis for the Foundation's assertion of deliberative process privilege

4. U.S. Small Business Administration's declaration describing the ARRP(s) produced *in camera* to the Court and the basis for the Administration's assertion of deliberative process privilege.

| | | |
|---|---|---|
| 1 | DATED: June 13, 2025 | Respectfully submitted, |
| 2 | | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 3 | | U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055 |
| 4 | | San Francisco, California 94102-3495 |
| 5 | | ERIC HAMILTON<br>Deputy Assistant Attorney General |
| 6 | | DIANE KELLEHER |
| 7 | | Branch Director |
| 8 | | CHRISTOPHER HALL<br>Assistant Branch Director |
| 9 | | /s/ Alexander W. Resar<br>ANDREW M. BERNIE |
| 10 | | ALEXANDER W. RESAR<br>Trial Attorneys |
| 11 | | U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch |
| 12 | | 1100 L Street, NW<br>Washington, DC 20005 |
| 13 | | *Counsel for Defendants* |

Defendants' Admin. Mot. to File Agency Declarations Under Seal
NO. 3:25-CV-3698-SI