PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW W. BERNIE
ALEXANDER W. RESAR
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 616-8188
    alexander.w.resar@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE AGENCY DECLARATIONS UNDER SEAL** |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' Administrative Motion to File Agency Declarations under seal is GRANTED.

DATED:

                                              HON. SUSAN ILLSTON
                                              Senior United States District Judge