# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

| **Date:** June 13, 2025 | **Time:** 11:33 – 12:03<br>30 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Donald J. Trump, et al. | |

**Attorney for Plaintiffs:** Danielle Leonard
**Attorney for Defendant:** Alexander Resar

**Deputy Clerk:** Esther Chung            **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Motion Hearing – Held via Zoom webinar.

## SUMMARY

Hearing on Plaintiffs' request for clarification on whether actions at the State Department and the Department of Housing and Urban Development (HUD) are or were covered by the preliminary injunction or temporary restraining order issued by the Court. The Court provided its preliminary views on the matter. The parties presented argument and rebuttal in light of the Court's comments.

The Court confirmed that the preliminary injunction covered the State Department actions in question.

The Court ordered that the HUD ARRPs are to be provided to Plaintiffs' counsel and the Court for in camera review. The documents will be confidential and for attorneys' eyes only.