United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    AMERICAN FEDERATION OF                    Case No. 25-cv-03698-SI
     GOVERNMENT EMPLOYEES, AFL-CIO,
8    et al.,

9              Plaintiffs,                     **ORDER RE: HUD PHASE 2 ARRP**

10        v.

11   DONALD J. TRUMP, et al.,

12             Defendants.

13

14        On June 13, 2025, following a hearing regarding potential non-compliance, the Court

15   ordered defendant Department of Housing and Urban Development (HUD) to provide certain

16   documents for *in camera* review. Dkt. No. 162 at 2. Specifically, the Court directed HUD to provide

17   "a copy of any Phase 1 or Phase 2 Agency RIF and Reorganization Plans (ARRPs) it has submitted

18   to the Office of Management and Budget and/or the Office of Personnel Management and any

19   versions of ARRPs that the OMB and/or OPM have approved." *Id.* The documents were due by

20   3:00 p.m. today. The Court is in receipt of the documents that defense counsel submitted and notes

21   that HUD has submitted two versions of Phase 1 ARRPs but no Phase 2 ARRP.

22        Defendant HUD is directed to provide the Phase 2 ARRP(s) as previously ordered, or else

23   provide a declaration explaining why such ARRP is not available, no later than 3:00 p.m. (PDT) on

24   Wednesday, June 18, 2025.

25        **IT IS SO ORDERED**.

26   Dated: June 17, 2025

27                                             _____

28                                             SUSAN ILLSTON
                                               United States District Judge