IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 25-cv-03698-SI |

### DECLARATION OF LORI A. MICHALSKI

I, Lori A. Michalski, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer at the United States Department of Housing and Urban Development ("HUD") and I have served in this role since February 2021. In my current role, I am responsible for providing oversight and management of all human capital functions for the Department.

2. I am aware that on June 13, 2025, the Court ordered Defendant HUD to provide "a copy of any Phase 1 or Phase 2 Agency RIF and Reorganization Plans (ARRPs) it has submitted to the Office of Management and Budget and/or the Office of Personnel Management and any versions of ARRPS that the OMB and/or OPM have approved" by June 17, 2025.

3. I am aware that on June 17, 2025, two versions of HUD's Phase 1 ARRP as well as a related PowerPoint were provided to the Court. These documents represent all the documents that are responsive to the Court's June 13, 2025, Order.

4. HUD has not finalized its Phase 2 ARRP, and therefore, no Phase 2 ARRP has been

1

submitted either to OMB or OPM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2025.

_____
Lori A. Michalski