Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' SUBMISSIONS RE: DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** |

Pending before this Court is Plaintiffs' request that the Court confirm that the May 2025 termination of probationary employees by the Department of Housing and Urban Development ("HUD") are actions enjoined by the Court's injunctions halting implementation of Executive Order 14210. ECF 148. Because HUD has yet to provide the Court with information in its possession that is directly relevant to this question, Plaintiffs request that the Court now direct HUD to produce for in camera review any and all versions of the Phase 2 ARRP, drafts or otherwise.

To recap the pertinent events: upon learning that HUD had terminated probationary employees on or about May 15, and after efforts to meet and confer failed to resolve the issue, Plaintiffs alerted the Court and requested an urgent status conference. ECF 148.[1] At the status conference held on June 4, 2025, this Court ordered HUD to file, by no later than June 9, "a factual showing (and further legal argument, if the government wishes) in support of its position as to why the … HUD actions (see Dkt. No. 148) are not covered by the Preliminary Injunction." ECF 151. HUD filed a June 9 declaration in response. ECF 155-1. The Court on June 13 found that the declaration did not provide the Court with "enough information to determine whether or not this action was prohibited by the Court's injunction" and further ordered HUD to present for in camera review the March and April versions of the Agency RIF and Reorganization Plan ("ARRP") by June 17. ECF 162. On June 17, upon review of HUD's in camera submission, the Court observed: "HUD has submitted two versions of Phase 1 ARRPs but no Phase 2 ARRP." ECF 169. The

---

[1] HUD had terminated probationary employees en masse at OPM's direction on February 14, 2025. Two lawsuits (one in this Court, and one in the District of Maryland) challenged those terminations as unlawful. See *AFGE v. OPM*, N.D. Cal. Case No. 25-cv-01780-WHA; *Maryland v. USDA*, D. Md. Case No. 1:25-cv-00748-JKB. HUD was not one of the six federal agencies covered by the initial injunction issued by this Court. On March 13, 2025, the District of Maryland issued a TRO requiring HUD's reinstatement of its terminated probationary employees. *Maryland v. USDA*, No. 1:25-cv-00748-JKB (D. Md. Mar. 13, 2025), ECF No. 44. Pursuant to that order, HUD reinstated those employees as of March 17, 2025. *Maryland v. USDA*, No. 1:25-cv-00748-JKB (D. Md. Mar. 17, 2025), ECF No. 52-1 at 24 (Michalski Declaration: explaining that 312 previously terminated probationary employees were reinstated to employment by March 17, 2025). The March 17 reinstatement appears to have occurred after the creation and submission of HUD's Phase 1 ARRP to OMB/OPM on or around March 13. The TRO was later extended by a preliminary injunction, but the injunction requiring HUD's reinstatement of probationary employees was subsequently stayed by the Fourth Circuit on April 9. *Maryland v. USDA*, No. 25-1248 (4th Cir. Apr. 9, 2025), ECF No. 139. HUD did not, however, immediately re-terminate those probationary employees, and waited until May 15 to do so, as previously established by Plaintiffs. ECF 148.

1    Court ordered HUD to provide the Phase 2 ARRP or provide "a declaration explaining why such

2    ARRP is not available" by June 18.  On June 18, 2025, HUD submitted a declaration rather than

3    provide any Phase 2 ARRP to the Court.  ECF 170-1.

4         The April 18 HUD declaration appears to acknowledge that a Phase 2 ARRP exists, but

5    states that it is a draft and therefore not within the technical language of the Court's June 13 order

6    because it was not yet submitted to OMB/OPM.  *Id*.  However, the question before the Court is

7    whether HUD has terminated probationary employees as part of its implementation of the

8    President's "Workforce Optimization" Executive Order, the OMB/OPM implementing

9    Memorandum, or the ARRPs created to implement those directives.  *That* question does not turn on

10   whether the HUD Phase 2 ARRP is still a draft nor whether it has been submitted to (or approved

11   by) OMB/OPM.  Rather, if HUD has drafted a Phase 2 ARRP that includes probationary

12   terminations in its workforce reduction efforts and calculations (or, on the other hand, if it does not

13   address or include those terminations), that information is directly relevant to the question before

14   this Court.

15        As Plaintiffs previously explained, there is strong reason to believe that HUD has

16   considered these probationary terminations to be part of its efforts to comply with the challenged

17   Executive Order: the OMB/OPM Memorandum identified probationary terminations as a "tool" to

18   be used to effectuate the President's directive, and the OMB/OPM Phase 2 cover sheet directs each

19   agency to report the numbers of terminated probationaries.  ECF 148   By the time HUD's new

20   terminations took place, HUD had submitted at least one ARRP, and the status of the Phase 2

21   ARRP is not known to anyone other than Defendants.  HUD should be required to turn over

22   relevant information that will shed light on whether HUD considered the May termination of

23   probationary employees to be part of the ARRP and workforce reduction efforts to implement the

24   Executive Order at issue in this case.  Therefore, in order for this Court to resolve the question of

25   whether HUD has complied with the Court's injunction, Plaintiffs request that HUD be required to

26   promptly provide any and all versions of the Phase 2 ARRP (and any and all attachments or cover

27   sheets), regardless of whether that ARRP was considered a "draft" and/or submitted to OMB/OPM,

28

1  for this Court's in camera review and to Plaintiffs' counsel under the same limitations set out in the
2  Court's May 15, 2025 order, ECF No. 109 at 5.
3
4                                      Respectfully submitted,
5  DATED: June 20, 2025                    Stacey M. Leyton
6                                      Barbara J. Chisholm
                                    Danielle E. Leonard
7                                      Corinne F. Johnson
                                    Alice X. Wang
8                                      Robin S. Tholin
9                                      Aaron Schaffer-Neitz
                                    ALTSHULER BERZON LLP
10                                     177 Post St., Suite 300
                                    San Francisco, CA 94108
11                                     Tel: (415) 421-7151
12                                     sleyton@altshulerberzon.com
                                    bchisholm@altshulerberzon.com
13                                     dleonard@altshulerberzon.com
14                           By: */s/ Danielle Leonard*
15                                     *Attorneys for All Union and Non-Profit Organization Plaintiffs*
16
17                                     Elena Goldstein (pro hac vice)
                                    Skye Perryman (pro hac vice)
18                                     Tsuki Hoshijima (pro hac vice)
19                                     DEMOCRACY FORWARD FOUNDATION
                                    P.O. Box 34553
20                                     Washington, D.C. 20043
21                                     Tel: (202) 448-9090
                                    Fax: (202) 796-4426
22                                     egoldstein@democracyforward.org
23                                     sperryman@democracyforward.org
                                    thoshijima@democracyforward.org
24                           By: */s/ Tsuki Hoshijima*
25                                     *Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*
26
27
28

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jacek Pruski*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

RESPONSE TO DEFENDANTS' SUBMISSION RE: HUD, No. 3:25-cv-03698-SI    4

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE

CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

RESPONSE TO DEFENDANTS' SUBMISSION RE: HUD, No. 3:25-cv-03698-SI                                    6

By: */s/ David J. Hackett*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (CABN 350675)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Sharanya Mohan*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne (pro hac vice)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice app. forthcoming)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,

RESPONSE TO DEFENDANTS' SUBMISSION RE: HUD, No. 3:25-cv-03698-SI                          7

Corporation Counsel of the City of Chicago
Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*

*Attorneys for Plaintiff City of Chicago*


Ebony M. Thompson
Baltimore City Solicitor
Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*