1

2

UNITED STATES DISTRICT COURT

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al.*

6

7

Plaintiffs,

8

v.

9

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

10

Defendants.

11

Case No. 3:25-cv-03698-SI

**STIPULATION TO CONTINUE
DEFENDANTS' DEADLINE TO
RESPOND TO COMPLAINT**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1    Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to extend the

2    time within which Defendants shall have to answer or otherwise respond to the Complaint to July 21,

3    2025.

4

5    DATED: June 26, 2025                    CRAIG H. MISSAKIAN
                                             United States Attorney
6                                            U.S. ATTORNEY'S OFFICE
                                             450 Golden Gate Avenue, Box 36055
7                                            San Francisco, California 94102-3495

8                                            ERIC J. HAMILTON (CABN 296283)
                                             Deputy Assistant Attorney General
9                                            DIANE KELLEHER
                                             Branch Director
10                                           CHRISTOPHER HALL
                                             Assistant Branch Director
11
                                             s/ Andrew M. Bernie[1]
12                                           1100 L Street, NW
                                             Washington, DC 20005
13                                           Telephone: (202) 353-7203
                                             andrew.m.bernie@usdoj.gov
14
                                             *Counsel for Defendants*
15

16                                           Stacey M. Leyton

17                                           Barbara J. Chisholm
                                             Danielle E. Leonard
18                                           Corinne F. Johnson
                                             Alice X. Wang
19                                           Robin S. Tholin
                                             Aaron Schaffer-Neitz
20                                           ALTSHULER BERZON LLP
                                             177 Post St., Suite 300
21                                           San Francisco, CA 94108
                                             Tel: (415) 421-7151
22                                           sleyton@altshulerberzon.com
                                             bchisholm@altshulerberzon.com
23                                           dleonard@altshulerberzon.com

24
                                             By: */s/ Danielle Leonard*
25

26

27    _____

28    [1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of
      perjury that all signatories have concurred in the filing of this document.

1

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

2

3    Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
4    Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
5    P.O. Box 34553
Washington, D.C. 20043
6    Tel: (202) 448-9090
Fax: (202) 796-4426
7    egoldstein@democracyforward.org
sperryman@democracyforward.org
8    thoshijima@democracyforward.org

9    By: */s/ Elena Goldstein*

10
*Attorneys for All Union and Non-Profit Organization*
11   *Plaintiffs (except NRDC) and for Plaintiffs City of*
*Chicago, IL; Martin Luther King, Jr. County, WA;*
12   *Harris County, TX; and City of Baltimore, MD*

13   David Chiu (SBN 189542)
City Attorney
14   Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
15   Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
16   Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
17   Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
18   Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
19   CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
20   San Francisco, CA 94102
molly.alarcon@sfcityatty.org
21   alexander.holtzman@sfcityatty.org

22

23   By:  */s/ Alexander Holtzman*

24   David Chiu, City Attorney

25
*Attorneys for Plaintiff City and County of San*
26   *Francisco*

27   Tony LoPresti (SBN 289269)
COUNTY COUNSEL
28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By:  */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

4