1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| | **[PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants | |

[PROPOSED] ORDER, No. 3:25-cv-03698-SI

1    For good cause shown, it is hereby ORDERED that Defendants' deadline to respond to
2    Plaintiffs' Request for Production No. 1, including producing any responsive documents for which no
3    objection is raised and providing a privilege log for any documents for which a privilege is asserted,
4    is shortened to July 25, 2025.

6    Dated: _____          _____
7                                                                    The Honorable Susan Illston
                                                                     United States District Court Judge