UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | Case No. 25-cv-03698-SI<br><br>**ORDER FOR GOVERNMENT TO RESPOND TO MOTION TO SHORTEN TIME** |

Plaintiffs have filed a motion to shorten time for defendants to respond to plaintiffs' Request for Production No. 1. Dkt. No. 178. Defendants are ordered to respond to the motion **by 3:00 p.m. (PDT) on Tuesday, July 15, 2025.** In their response, defendants shall identify any categorical objections to production of documents responsive to plaintiffs' Request No. 1.

**IT IS SO ORDERED**.

Dated: July 11, 2025

_____
SUSAN ILLSTON
United States District Judge