CRAIG H. MISSAKIAN
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW M. BERNIE
Trial Attorney
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-7203
    andrew.m.bernie@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO QUASH AND FOR A PROTECTIVE ORDER**<br><br>**(LOCAL RULE 6-3)** |

Defendants respectfully move for an Order shortening Plaintiffs' time to respond to their forthcoming motion for a protective order and/or to quash Plaintiffs' Request for Production of Documents, ECF NO. 178-1 Ex. A (RFPs). As will be set forth in Defendants' motion, Defendants oppose those RFPs on a number of grounds, including that they: (1) seek discovery that should be deferred pending resolution of Defendants' forthcoming motion to dismiss; (2) improperly seek discovery on Administrative Procedure Act claims; (3) seek discovery related to legal theories foreclosed by the Supreme Court's recent order staying this Court's preliminary injunction; (4) seek information that is privileged; and (5) otherwise seek discovery that is overly burdensome, irrelevant, and that relates to potential relief that this Court could not grant. Absent such an order, the motion cannot be noticed for a hearing until 35 days from today, which would be after Defendants' deadline to respond to the discovery even if the Court denies Plaintiffs' pending motion to shorten Defendants' time to respond to the discovery (which Defendants will also oppose). Defendants have conferred with Plaintiffs, who have agreed to a July 21 deadline for their response. Defendants thus respectfully request that the Court enter the following proposed schedule:

Plaintiffs' opposition to the motion for a protective order and/or to quash shall be due Monday July 21.

Defendants' reply in support of the motion for a protective order and/or to quash shall be Wednesday July 23.

A proposed order reflecting this schedule is attached.

Defendants' Motion to Shorten Time for Plaintiffs to Respond to Motion to Quash and for a Protective Order
3:25-cv-3698-SI

1

Dated: July 15, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

<u>s/ Andrew M. Bernie</u>
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
andrew.m.bernie@usdoj.gov

*Counsel for Defendants*

Defendants' Motion to Shorten Time for Plaintiffs to Respond to Motion to Quash and for a Protective Order
3:25-cv-3698-SI

2