**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO QUASH AND FOR A PROTECTIVE ORDER** |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Defendants' motion to shorten Plaintiffs time to respond to Defendants' forthcoming motion to quash and for a protective order. Plaintiffs shall respond to the motion on or before July 21, 2025. Defendants may file a reply in support of the motion on or before July 23, 2025

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Susan Illston
United States District Court Judge