# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al.*

      Plaintiffs,

          v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

      Defendants.

Case No. 3:25-cv-03698-SI

[PROPOSED] ORDER GRANTING
MOTION TO SHORTEN TIME FOR
PLAINTIFFS TO RESPOND TO MOTION
TO QUASH AND FOR A PROTECTIVE
ORDER

### [PROPOSED] ORDER

Good cause having been shown, the Court grants Defendants' motion to shorten Plaintiffs time to respond to Defendants' forthcoming motion to quash and for a protective order. Plaintiffs shall respond to the motion on or before July 21, 2025. Defendants may file a reply in support of the motion on or before July 23, 2025

IT IS SO ORDERED.

Dated: __July 16_____, 2025

_____
The Honorable Susan Illston
United States District Court Judge