# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

1

**[PROPOSED] ORDER**

For the reasons set forth in Defendants' Motion to Dismiss, it is HEREBY:

ORDERED that the Motion to Dismiss is granted; and

FURTHER ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Susan Illston
United States District Court Judge