**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME** |

1

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for an extension of time *nunc pro tunc* to file the list of RIFs directed by this Court's July 18 Order, ECF No. 214, it is HEREBY:

ORDERED that the Motion is granted; and

FURTHER ORDERED that Defendants may have until July 24, 2025 at 3:00 pm Eastern/12:00 pm Pacific to provide the list of RIFs directed by this Court's July 18 Order.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Susan Illston
United States District Court Judge