1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al*.

    Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

Case No. 3:25-cv-03698-SI

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME

1

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for an extension of time *nunc pro tunc* to file the list of RIFs directed by this Court's July 18 Order, ECF No. 214, it is HEREBY:

ORDERED that the Motion is granted; and

FURTHER ORDERED that Defendants may have until July 24, 2025 at 3:00 pm Eastern/12:00 pm Pacific to provide the list of RIFs directed by this Court's July 18 Order.

IT IS SO ORDERED.

Dated: __July 23_____, 2025

_____
The Honorable Susan Illston
United States District Court Judge

2