| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | JUL 24 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

IN Re DONALD J. TRUMP

_____

DONALD J. TRUMP; et al.,

        Petitioners,

  v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

        Real Parties in Interest.

No. 25-4476

D.C. No. 3:25-cv-03698-SI
Northern District of California,
San Francisco

ORDER

Before: W. FLETCHER, RAWLINSON, and IKUTA, Circuit Judges.

    On July 21, 2025, the government filed a petition for a writ of mandamus, an emergency motion for a stay pending consideration of the mandamus petition, and an emergency motion for an immediate administrative stay. Dkt. No. 1. On July 22, 2025, the court granted the request for an administrative stay, Dkt. No. 5, which remains in effect.

The response to the emergency motion for a stay pending consideration of the mandamus petition is due August 1, 2025 at 12:00 P.M. PDT. The optional reply in support of the emergency motion is due August 8, 2025 at 12:00 P.M. PDT. The panel may schedule argument regarding the motion.

The petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, by August 1, 2025 at 12:00 P.M. PDT, the real parties in interest shall file an answer. The district court, by August 1, 2025 at 12:00 P.M. PDT, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court. Petitioners may file a reply to an answer filed by the real parties in interest, and to any answer or order by the district court if filed, by August 8, 2025 at 12:00 P.M. PDT, after service of the answer(s).