1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

[Proposed] Order Granting Stipulation to Extend Time; No. 3:25-cv-03698-SI

1

**[PROPOSED] ORDER**

2  Pursuant to stipulation, Plaintiffs' response to Defendants' Motion to Dismiss (ECF 216) is

3  due by no later than August 18, 2025.  IT IS SO ORDERED.

4

5  DATED: _____, 2025                    _____

6                                                Hon. Susan Illston
                                                 United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28