UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SHORTEN TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR AN ORDER REQUIRING PRODUCTION OF ADMINISTRATIVE RECORD(S)** |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' unopposed motion to shorten Defendants' time to respond to Plaintiffs' motion to for an order requiring production of administrative record(s). Defendants shall respond to the motion on or before August 4, 2025. Plaintiffs may file a reply in support of the motion on or before August 5, 2025.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Susan Illston
United States District Court Judge