UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al*.<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 3:25-cv-03698-SI<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (AS MODIFIED) |

[Proposed] Order Granting Stipulation to Extend Time; No. 3:25-cv-03698-SI

# [PROPOSED] ORDER

Pursuant to stipulation, Plaintiffs' response to Defendants' Motion to Dismiss (ECF 216) is due by no later than August 18, 2025. Defendants' reply is due no later than August 25, 2025. The hearing remains scheduled for Friday, August 29, 2025.

IT IS SO ORDERED.

DATED: July 31, 2025

_____
Hon. Susan Illston
United States District Court Judge