Scott C. Pitcock (pro se)

[Address and phone number omitted from public filing in accordance with Civil L.R. 5-1(c)(5); contact information on file]

scott_pitcock@hotmail.com

Amicus Curiae

Scott C. Pitcock (Pro Se)

RECEIVED
JUN 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs

v.

DONALD J. TRUMP. et al..

Defendants.

Case No. 3:25-cv-03698-SI

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF OF SCOTT C. PITCOCK IN SUPPORT OF PLAINTIFFS**

(CIVIL L.R. 7-11 and 79-5(C))

1    The Court, having considered the Motion for Leave to File Amicus Curiae Brief
2    submitted by Scott C. Pitcock, and good cause appearing, hereby GRANTS the motion.
3
4    **IT IS SO ORDERED.**
5
6    DATE:   8/1/2025
7
8
9
10
11   _____
12                 THE HON. SUSAN ILLSTON
13                  United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF OF SCOTT C. PITCOCK IN SUPPORT OF PLAINTIFFS

1