1  Scott C. Pitcock (pro se)
2  [Address and phone number redacted]
3  scott_pitcock@hotmail.com
4
5
6
7  Amicus Curiae
8  Scott C. Pitcock (Pro Se)
9
10 UNITED STATES DISTRICT COURT
11 NORTHERN DISTRICT OF CALIFORNIA
12 SAN FRANCISCO DIVISION
13
14
15 AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al..
16 Plaintiffs
17 v.
18 DONALD J. TRUMP, et al.,
19 Defendants.
20
21 Case No. 3:25-cv-03698-SI
22 **[PROPOSED] ORDER GRANTING PRO SE AMICUS ADMINISTRATIVE MOTION**
23 **TO FILE AMICUS BRIEF AND EXHIBITS UNDER SEAL**
24 (CIVIL L.R. 7-11 and 79-5(C))
25
26
27
28

*RECEIVED JUN 10 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1  Good cause appearing, Amicus Curiae **Scott C. Pitcock's** Administrative Motion to File
2  Under Seal is hereby **GRANTED**. Unredacted copies of the following documents shall be filed
3  under seal to protect personally identifiable information (PII), internal agency metadata, and the
4  privacy of nonparty individuals referenced in the filings:
5  1. Unredacted Amicus Curiae Brief
6  2. Exhibits:
7  • Exhibit A (Partial) – Statement of Scott C. Pitcock (contains direct identifiers)
8  • Exhibit B (Full) – Statement of [Employee B] (contains identifiers, nonparty privacy)
9  • Exhibit C (Full) – Statement of (Employee C) (contains identifiers, nonparty privacy)
10 • Exhibit D (Full) – Statement of (Employee D) (contains identifiers, nonparty privacy)
11 • Exhibit E (Full) – Declaration of (Employee E) + Internal Email Statements (contains
12   identifiers, nonparty privacy)
13 • Exhibit F (Partial) – Email Logs – Forwarded from FDA Account (Redactions limited to
14   names, internal email addresses, and other metadata)
15 • Exhibit G1 (Partial) – Postmarked Envelope + Termination Letter – Received May 12,
16   2025 (Redactions applied to non-official names, addresses, agency codes, barcode IDs,
17   and personally identifiable metadata on envelope)
18 • Exhibit G2 (Partial) – Notice to Terminated Probationary Employees Required by The
19   Honorable Judge Alsup's April 19, 2025, Order + Westlaw Printout (redactions applied
20   to agency codes)
21 • Exhibit H (Partial) – "Reinstatement to FDA position per 3/13/25 TRO" email from FDA
22   Official (redactions applied to email identifier)
23 • Exhibit I (Partial) – Emails Affirming Continued Employment (redactions applied to
24   names, email identifiers, PII, and other metadata)
25 • Exhibit M (Full) – Final Leave and Earnings Statement of Scott C. Pitcock (contains
26   sensitive PII and financial information)
27 3. Any declarations or supplemental filings referencing sealed material

Redacted versions of the above documents, or public placeholders where applicable, have been filed concurrently on the public docket in compliance with Civil Local Rule 79-5(d).

DATED: 8/1/2025

_(signature)_

**HON. SUSAN ILLSTON**

United States District Judge