CRAIG H. MISSAKIAN
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW M. BERNIE
CESAR E. AZRAK
Trial Attorneys
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-7203
    andrew.m.bernie@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DEFENDANTS' REPONSE TO PLAINTIFFS' REQUEST FOR STATUS CONFERENCE AND/OR CLARIFICATION OF ORDERS RE: DISCOVERY** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants respectfully respond to Plaintiffs' Request for Status Conference and/or Clarification of Orders re: Discovery (ECF 245). In response, Defendants state:

1. Plaintiffs filed their Request approximately one hour after asking for Defendants' position. Defendants had not responded to Plaintiffs' inquiry as they were making internal inquiries in order to respond when they saw the notification for ECF 245.

2. Had Plaintiffs waited for a response, Defendants would have told them that they expected to be able to complete their production soon, and in any event, within 30 days, the time by which Defendants had promised to provide a privilege log.

3. Plaintiffs' decision to once again seek this Court's involvement in ongoing discovery disputes is neither appropriate nor efficient. Plaintiffs and Defendants should try to resolve matters without asking the Court to hold status conferences.

4. If the parties still have a dispute after an actual meet-and-confer, then Plaintiffs can file a motion, and Defendants can respond, and the Court can decide, for itself, if it wishes to hold a status conference.

5. Defendants oppose Plaintiffs' request for clarification and a conference in the absence of: (1) a meet-and-confer between the parties (which should occur on the phone and involve real-time interactions between counsel) and (2) a written motion.[1]

For these reasons, Defendants ask that the Court **DENY** Plaintiffs' request for clarification or a conference.

---

[1] Defendants will shortly be filing a revised version of their Notice (ECF 244), to address a question raised by Plaintiffs.

Defendants' Response to Plaintiffs' Request for Status Conference and/or Clarification of Orders re: Discovery (ECF 245)
3:25-cv-3698-SI

1

Dated: August 12, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
Acting United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

<u>s/ Cesar Azrak</u>
Cesar Azrak
Andrew Bernie
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

Defendants' Response to Plaintiffs' Request for Status Conference and/or Clarification of Orders re: Discovery (ECF 245)
3:25-cv-3698-SI

2