**FILED**

AUG 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-3293 <br><br> D.C. No. 3:25-cv-03698-SI <br> Northern District of California, San Francisco <br><br> ORDER |

Before: W. FLETCHER, RAWLINSON, and IKUTA, Circuit Judges.

On August 5, 2025, the plaintiffs filed a motion to remand, which the government opposes. Mot. Remand 3, Dkt. No. 27. The government's response to the motion to remand is due August 13, 2025 at 12:00 P.M. PDT.