UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 25-cv-03698-SI <br><br> **ORDER FOR PARTIES TO MEET AND CONFER** <br><br> Re: Dkt. No. 245 |

On August 12, 2025, plaintiffs filed a request for a status conference and/or clarification of the Court's prior orders regarding the deadline for defendants' responses to plaintiffs' requests for production of documents (RFPs) Nos. 1, 2, and 3. Dkt. No. 245. Plaintiffs state that defendants have not provided the requested discovery and privilege log by the August 11 deadline, nor have defendants provided a firm deadline for production. Defendants responded shortly thereafter, Dkt. No. 246, indicating that the parties had not had the opportunity to meet and confer and that plaintiffs gave defendants about one hour's notice before filing their request with the Court.

The Court ORDERS the parties to meet and confer regarding the present dispute and further directs the parties to comply with the undersigned's Standing Order regarding discovery disputes. *See* Judge Illston's Standing Order ¶ 3. If the parties are unable to resolve their issues after a good faith effort at meeting and conferring, they may file a joint discovery dispute statement with the Court and request that the Court set the matter for a status conference.

**IT IS SO ORDERED**.

Dated: August 13, 2025

_____
SUSAN ILLSTON
United States District Judge