Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel.: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>      Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF STACEY LEYTON** |

Declaration of Stacey Leyton; Case No. 3:25-cv-03698-SI

1

**DECLARATION OF STACEY LEYTON**

2

I, Stacey Leyton, declare as follows:

3

      1.     I am a member in good standing of the State Bar of California and the bar of this

4

Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is

5

based on my personal knowledge, information, and belief.

6

      2.     I have an upcoming oral argument at the United States Court of Appeals for the Third

7

Circuit in Philadelphia, Pennsylvania. I was notified by the Third Circuit that the argument will likely

8

be scheduled for September 19, 2025, which will prevent me from attending a September 19, 2025

9

hearing for Defendants' Motion to Dismiss

10

      3.     My colleague Danielle Leonard will be out of the country from September 15 through

11

September 30, 2025. She is therefore unable attend a September 19, 2025 hearing for Defendants'

12

Motion to Dismiss.

13

      4.     We met and conferred with defense counsel regarding these conflicts. Defense counsel

14

consented to Plaintiffs representing to the Court that defense counsel are available for a hearing on

15

September 5 or September 12 if the hearing is set at 10:00 a.m. Pacific and held over Zoom. Defense

16

counsel also stipulated to Plaintiffs requesting to change the hearing date by motion.

17

      I declare under penalty of perjury under the laws of the United States that the foregoing is true

18

and correct. Executed August 26, 2025, in Santa Fe, New Mexico.

19

*/s/ Stacey Leyton*
Stacey Leyton

20

21

22

23

24

25

26

27

28

Declaration of Stacey Leyton; Case No. 3:25-cv-03698-SI                        1