UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al*.<br><br>    Plaintiffs,<br><br>         v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |

**[PROPOSED] ORDER**

The hearing date for Defendants' Motion to Dismiss (ECF 216) is scheduled for September \_\_\_\_, 2025, at 10:00 a.m.in San Francisco, before Judge Illston. This proceeding will be held via a Zoom webinar.  IT IS SO ORDERED.

DATED: _____, 2025          _____

Hon. Susan Illston
United States District Court Judge