UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** September 12, 2025 | **Time:** 2:34 - 2:50  6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-C v. Trump | |

**Attorney for Plaintiff:** Danielle Leonard
**Attorney for Defendant:** Marianne Kies, Cesar Azrak

**Deputy Clerk:** Esther Chung        **Court Reporter:** Zoom Recording

## PROCEEDINGS

Initial Case Management Conference – Held via Zoom webinar.

## SUMMARY

The Court questioned the parties concerning outstanding discovery and confirmed that the privilege log had been provided by Defendants. The parties were in agreement that ADR would not work for this matter.

CASE CONTINUED:  10/17/2025  at 3:00 PM for Further Case Management Conference.

Joint Case Management Statement due:  7 days before hearing
Courtesy Copy due:  Monday following filing
Zoom registration by email to sicrd@cand.uscourts.gov due: 9 days before hearing