CRAIG H. MISSAKIAN
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW M. BERNIE
CESAR E. AZRAK
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-1819
    Marianne.f.kies@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**STIPULATED REQUEST BY DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO OPERATIVE COMPLAINT** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate and respectfully request that the Court extend the time for Defendants to respond to the operative complaint, to October 30, 2025. In support of this stipulation, the parties state as follows:

Plaintiffs filed an original complaint on April 28, 2025. ECF 1. Plaintiffs amended their complaint on May 14, 2025. ECF 100. The parties stipulated to a three-week extension of the deadline for Defendants to respond to Plaintiffs' amended complaint, to July 21, 2025. ECF 175. On July 21, 2025, Defendants filed a motion to dismiss Plaintiffs' amended complaint. ECF 216. The parties then stipulated to a two-week extension of Plaintiffs' deadline to respond to Defendants' motion to dismiss, until August 18, 2025. ECF 233. Briefing on the motion to dismiss was completed on August 25, 2025. ECF 252. On September 9, 2025, the District Court "denie[d] the motion with the exception that the claims against DOGE are dismissed with leave for plaintiffs to amend to clarify the DOGE allegations" by September 30, 2025. ECF 259 at 1, 13.

The parties now respectfully request that the Court extend the time for Defendants to respond to the operative complaint, to October 30, 2025. The proposed extension of time would conserve significant time and resources that would be expended to respond to the first amended complaint, which (in one week from today) will no longer be operative. The proposed extension of time would not affect other case deadlines, as a scheduling order in this case has not yet been entered.

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document. Further, pursuant to Civil Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

A proposed order is attached.

Dated: September 23, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
Acting United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

*s/ Marianne F. Kies*
Cesar Azrak
Andrew Bernie
Marianne F. Kies
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*

| | | |
|---|---|---|
| Dated: September 23, 2025 | | Stacey M. Leyton |
| | | Barbara J. Chisholm |
| | | Danielle E. Leonard |
| | | Corinne F. Johnson |
| | | Alice X. Wang |
| | | Robin S. Tholin |
| | | ALTSHULER BERZON LLP |
| | | 177 Post St., Suite 300 |
| | | San Francisco, CA 94108 |
| | | Tel: (415) 421-7151 |
| | | sleyton@altshulerberzon.com |
| | | bchisholm@altshulerberzon.com |
| | | dleonard@altshulerberzon.com |

By: */s/ Barbara J. Chisholm*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*


Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*


David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy

Stipulated Request by Defendants for Extension of Time to Respond to Complaint
3:25-cv-3698-SI

3

Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: /s/ Alexander Holtzman

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: /s/ Tony LoPresti

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Stipulated Request by Defendants for Extension of Time to Respond to Complaint
3:25-cv-3698-SI

4

## **DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/ *Marianne F. Kies*
Marianne F. Kies
Trial Attorney