CRAIG H. MISSAKIAN
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ANDREW M. BERNIE
CESAR E. AZRAK
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-1819
    Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST BY DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO OPERATIVE COMPLAINT** |

Upon consideration of the parties' stipulation submitted September 23, 2025, and for good cause shown, the Court hereby

**ORDERS** that Defendants file their response to the operative complaint by no later than October 30, 2025.

**IT IS SO ORDERED.**

Dated: September 24, 2025

                                                Hon. Susan Illston
                                                Senior District Judge