UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN Re DONALD J. TRUMP _____ DONALD J. TRUMP, in his official capacity as President of the United States; et al.,         Petitioners, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,         Respondent, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,         Real Parties in Interest. | No. 25-4476 D.C. No. 3:25-cv-03698-SI Northern District of California, San Francisco ORDER |

Before: W. FLETCHER, RAWLINSON, and IKUTA, Circuit Judges.

The government has filed a letter requesting an administrative stay of the district court's July 18, 2025 order pending disposition of its petition for rehearing or rehearing on banc or the conclusion of any en banc proceedings. Dkt. No. 26. We construe the letter as a motion for an administrative stay and GRANT the request. The district court's July 18, 2025 order is temporarily stayed pending further order.