Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN  341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs in* AFGE v. Office of
*Management and Budget, Case No.* 3:25-cv-08302-VC

*[Additional counsel and affiliations listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br>                Plaintiffs, <br><br>     v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>         Defendants. | Case No. 3:25-cv-03698-SI <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |

1        Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs respectfully submit this administrative

2    motion in support of relating *American Federation of Government Employees, AFL-CIO, et al. v. United*

3    *States Office of Management and Budget, et al.*, Case No. 3:25-cv-08302-VC (hereinafter *AFGE II*),

4    filed today in this Court and currently assigned to Hon. Vince Chhabria, to this action, *AFGE v. Trump*,

5    Case No: 3:25-cv-03698-SI (hereinafter, *AFGE I*), which is the lower-numbered case.

6        Under Civil Local Rule 3-12(a), actions are related when: "(1) [t]he actions concern substantially

7    the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly

8    burdensome duplication of labor and expense or conflicting results if the cases are conducted before

9    different Judges."  Plaintiffs submit that both requirements are satisfied here.

10        As to the first element, both actions concern substantially the same parties and transactions.  All

11    of the plaintiffs and defendants in *AFGE II* are also plaintiffs and defendants in *AFGE I*.  Both actions

12    involve challenges to the lawfulness of efforts by the current federal administration to reduce the size

13    of the federal workforce by directives to federal agencies to engage in reductions in force of federal

14    employees.  The newly filed action, *AFGE II*, challenges the Office of Management and Budget's

15    ("OMB") and the Office of Personnel Management's ("OPM") recent direction to federal agencies to

16    unlawfully administer the RIF process in the event of a federal government shutdown.  Plaintiffs in this

17    case allege that RIFs planned by agencies, as directed by OMB and OPM (as well as USDS), are

18    unlawful for different but related reasons.

19        As to the second element, consideration of this action by a separate district judge would entail

20    unduly burdensome duplication of labor and expense in light of the significant factual overlap between

21    the two cases discussed *supra*.  In addition, there is significant legal overlap.  Both cases involve claims

22    under the Administrative Procedure Act ("APA") for arbitrary and capricious agency actions and actions

23    contrary to law pertaining to reductions in the federal workforce.  Both cases raise issues regarding the

24    source and scope of federal agencies' authority to initiate and implement RIFs, as well as OMB and

25    OPM's authority to give direction to other agencies.  This Court has already considered many of these

26    issues in its various decisions in *AFGE I*.  In addition, there may be RIFs initiated after September 30

27    that could be challenged in both cases, on the legal grounds raised in those cases.  Permitting these

28

1    actions to proceed before different judges would thus raise the risk of conflicting results.

2        Civil Local Rule 7-11(a) requires an administrative motion "be accompanied . . . by either a

3    stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be

4    obtained."  As explained in the accompanying declaration, counsel for the *AFGE II* plaintiffs contacted

5    the U.S. Attorney for the Northern District of California, the Chief of the Civil Division, and counsel

6    for Defendants in *AFGE I* to ask whether they would accept service of the complaint and whether they

7    could provide defendants' position on whether the two cases should be related.  Leyton Decl. in Support

8    of Admin. Mot. ¶¶2-3.  At the time of this filing, plaintiffs' counsel had not received any response from

9    the U.S. Attorney for the Northern District of California or Chief of the Civil Division.  *Id.* ¶2.  Counsel

10   for Defendants in *AFGE I* responded that they oppose relating the two cases.  *Id.* ¶3.

11

12    DATED: September 30, 2025              Stacey M. Leyton
                                            Barbara J. Chisholm
13                                          Danielle E. Leonard
                                            Robin S. Tholin
14                                          Talia Stender
                                            ALTSHULER BERZON LLP
15                                          177 Post St., Suite 300
                                            San Francisco, CA 94108
16                                          Tel.: (415) 421-7151
                                            Fax: (415) 362-8064
17                                          sleyton@altshulerberzon.com
                                            bchisholm@altshulerberzon.com
18                                          dleonard@altshulerberzon.com
                                            rtholin@altshulerberzon.com
19                                          tstender@altshulerberzon.com

20

21                                   By: */s/ Stacey M. Leyton*

22                                        *Attorneys for All Plaintiffs*

23

24                                        Elena Goldstein (pro hac vice app. forthcoming)
                                          DEMOCRACY FORWARD FOUNDATION
25                                        P.O. Box 34553
                                          Washington, DC 20043
26                                        Tel: (202) 322-1959
                                          egoldstein@democracyforward.org
27

                                          *Attorneys for All Plaintiffs*
28
     ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, No. 3:25-cv-03698-SI    2

1

2

Norman L. Eisen (pro hac vice app. forthcoming)

3

Craig Becker (pro hac vice app. forthcoming)
STATE DEMOCRACY DEFENDERS FUND

4

600 Pennsylvania Avenue SE #15180

5

Washington, D.C. 20003
Tel: (202) 594-9958

6

norman@democracydefenders.org
craig@emocracydefenders.org

7

*Attorneys for All Plaintiffs*

8

9

Rushab Sanghvi (SBN 302809)

10

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO

11

80 F Street, NW

12

Washington, D.C. 20001
Tel: (202) 639-6426

13

Sanghr@afge.org

14

*Attorneys for Plaintiffs American Federation of
Government Employees, AFL-CIO (AFGE) and AFGE*

15

*locals*

16

17

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY,

18

AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.

19

Washington, D.C. 20036
Tel: (202) 775-5900

20

TPaterson@afscme.org

21

*Attorneys for Plaintiff American Federation of State*

22

*County and Municipal Employees, AFL-CIO (AFSCME)*

23

24

25

26

27

28