Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs in* AFGE v. Office of Management and Budget, *Case No.* 3:25-cv-08302-VC

*[Additional counsel and affiliations listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>  Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |

| | |
|---|---|
| 1 | Having considered the arguments of the parties, the Administrative Motion to Consider Whether Cases Should Be Related is hereby GRANTED.  The case *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al.*, Case No. 3:25-cv-08302-VC, is hereby related to the above-captioned case, shall be reassigned to this Court, and shall hereinafter be referred to by the case number 3:25-cv-08302-SI. |

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

ORDER GRANTING ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED,
No. 3:25-cv-03698-SI                                                                                                                                  1