CRAIG H. MISSAKIAN
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
CESAR E. AZRAK
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR STAY OF DEADLINES AND PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The United States of America hereby moves for a stay of deadlines and proceedings, including Defendants' ongoing discovery efforts, in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, many of which are defendants in this case.  The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and most employees of the Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel from the Department of Justice therefore requests a stay of deadlines and proceedings in this case until Congress has restored appropriations to the Department.  This includes Defendants' discovery obligations in this case (i.e., concerning collection and production of potentially responsive materials, in addition to ongoing conferrals with Plaintiffs' counsel), which require extensive efforts of numerous employees, including attorneys and e-discovery support staff, at each of the 25 agency defendants in this case; the case-management conference currently set for October 17, 2025, *see* ECF #262; and any new joint case-management statement due in advance of that case-management conference, *see id.* Counsel for the Government also notes that given the posture of this case, substantial work by numerous employees from each of the 25 defendant agencies is necessary, and if this motion is denied, the work needed from those agencies to meet current deadlines and obligations may not be possible.

Defendants' Administrative Motion for Stay of Deadlines and Proceedings in Light of Lapse of Appropriations
3:25-cv-3698-SI

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that Plaintiffs oppose this motion and "reserve the right to file a response upon review of the motion."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of deadlines and proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
Acting United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

*s/ Cesar Azrak*
Cesar Azrak
Marianne Kies
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

Defendants' Administrative Motion for Stay of Deadlines and Proceedings in Light of Lapse of Appropriations
3:25-cv-3698-SI

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION**

I, Cesar Azrak, provide the following declaration:

1.   I am an attorney with the Federal Programs Branch in the Civil Division of the United States Department of Justice.  I am co-counsel on this matter, and make this declaration in support of Defendants' Administrative Motion for Stay of Deadlines and Proceedings in Light of Lapse of Appropriations.

2.   I have been informed that, due to a lapse in appropriations, I have been placed in furlough status.

3.   On October 1, 2025, I contacted Plaintiffs' counsel regarding this motion. Plaintiffs responded asking the Government to state, in the motion, as follows: "Plaintiffs oppose the motion and reserve the right to file a response upon review of the motion."

4.   I declare, under penalty of perjury, that the factual assertions contained in this declaration and in the accompanying motion are true and correct to the best of my knowledge.


                                              *s/ Cesar Azrak*
                                              Cesar Azrak
                                              Trial Attorney

Defendants' Administrative Motion for Stay of Deadlines and Proceedings in Light of Lapse of Appropriations
3:25-cv-3698-SI

4