UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN Re DONALD J. TRUMP

---

DONALD J. TRUMP; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

Real Parties in Interest.

No. 25-4476

D.C. No. 3:25-cv-03698-SI
Northern District of California,
San Francisco

ORDER

Before: W. FLETCHER, RAWLINSON, and IKUTA, Circuit Judges.

Real Parties in Interest-Plaintiffs are directed to file a response to Petitioners' Petition for Panel Rehearing and Petition for Rehearing En Banc, Dkt. No. 29, filed with this Court on September 23, 2025. The response shall comply with Ninth Cir. R. 40-1(b) and shall be filed within twenty-one (21) days of the date of this order.