Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR STAY OF DEADLINES AND PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

1    Plaintiffs oppose Defendants' motion for an indefinite stay pending the conclusion of the
2 federal government shutdown that began on October 1, 2025. ECF 273. This case can and should
3 proceed notwithstanding the lapse in federal appropriations, for several reasons.
4    1.    In support of their motion, Defendants assert that a stay is necessary because, under
5 the Antideficiency Act, "Department of Justice attorneys and most employees of the Federal
6 Defendants are prohibited from working, even on a voluntary basis, except in very limited
7 circumstances." ECF 273 at 2. However, counsel for Defendants may continue working on this
8 case if otherwise "authorized by law." 31 U.S.C. § 1341(a)(1)(B). The Department of Justice
9 interprets this provision (as DOJ has in past government shutdowns) to mean that DOJ attorneys
10 must generally request a stay of ongoing litigation, but "[i]f a court denies such a request and
11 orders a case to continue, the Government will comply with the court's order, which would
12 constitute express legal authorization for the activity to continue." *U.S. Department of Justice FY*
13 *2026 Contingency Plan* 3 (Sept. 29, 2025), available at: https://perma.cc/UNK2-F7SE. "With
14 respect to litigation, the Department's [contingency] plan assumes that the Judicial Branch will
15 continue to operate, though possibly at a reduced level, through the lapse." *Id*; *see also Kornitzky*
16 *Group, LLC v. Elwell*, 912 F.3d 637, 638 (D.C. Cir. 2019) (Srinivasan, J., concurring) (concluding
17 that the denial of a stay amounts to legal authorization for DOJ attorneys to continue working).
18 Courts regularly deny requests by the federal government to stay briefing or argument due to a
19 government shutdown. *Id.* at 638–39; *see also People for the Ethical Treatment of Animals v. U.S.*
20 *Dep't of Agric.*, 912 F.3d 641 (D.C. Cir. 2019); *Air Transp. Ass'n of Am., Inc. v. FAA*, 912 F.3d
21 642 (D.C. Cir. 2019); *Priests For Life v. HHS*, No. CV 13-1261, 2013 WL 5572730, at *1 (D.D.C.
22 Oct. 2, 2013). Counsel for Defendants may therefore lawfully continue working if the Court denies
23 the requested stay.
24    2.    The same is true for agency counsel and support staff. Defendants' motion
25 equivocates that work by agency staff "*may* not be possible." ECF 273 at 2 (emphasis added). But
26 the same interpretation of the Antideficiency Act in DOJ's contingency plan would apply to all
27 Federal Defendant Agencies. Indeed, various agency contingency plans acknowledge that
28

Plaintiffs' Opposition to Motion for Stay in Light of Lapse of Appropriations, No. 3:25-cv-03698-SI    1

employees can receive exceptions from being furloughed to continue required litigation activities.[1] And, not all agency Defendants are subject to furlough, as Defendants implicitly admit. Mot. ¶1 ("the majority of other Executive agencies…").

3. Defendants fail to explain that 89 percent of DOJ employees are already excepted from the furlough, including the majority of employees of the Civil Division. *U.S. Department of Justice FY 2026 Contingency Plan* 3 (Sept. 29, 2025) at *2, 12, available at: https://perma.cc/UNK2-F7SE.

4. Denying a stay is appropriate given the importance and subject matter of this case. *E.g.*, *United States v. US Airways Grp., Inc.*, 979 F. Supp. 2d 33, 35 (D.D.C. 2013) (denying stay during shutdown due to significance of matter to both sides). Plaintiffs challenge the unlawful reorganization of the federal government including through large-scale reductions-in-force, and the harms that this Court recognized in issuing a preliminary injunction, *see* ECF 124 at 13–17, 44–45, are continuing because of the Supreme Court's stay of the injunction. In fact, the federal government is now threatening to "use this opportunity" of a shutdown to conduct further reductions in force. *AFGE v. OMB*, No. 25-cv-08302 (N.D. Cal.), ECF 1-1 at 2 (September 2025 OMB memorandum). It therefore is possible that Defendants may take further action during the course of this government shutdown that implicates the claims in this case. Defendants' open-ended stay request, if granted, would delay and potentially thwart judicial review of these important issues, and thereby this Court's exercise of its own constitutional functions, for an indeterminate period of time.

---

[1] *E.g.*, USDA Contingency Plan at 48, https://www.usda.gov/sites/default/files/documents/fy2026-usda-lapse-plan.pdf (Office of General Counsel attorneys and staff will be excepted where "continued service is implied from the Constitutional function of the judiciary for cases in litigation that are not postponed during the shutdown"); EPA Contingency Plan at 1, https://www.epa.gov/system/files/documents/2025-09/epa-contingency-plan-9_29_25.pdf ("Legal counseling, litigation and law enforcement activities as required"); Labor Department Contingency Plan at 59, https://www.dol.gov/sites/dolgov/files/general/plans/dol-contingency-plan.pdf (Office of the Solicitor will allow furlough exception "to meet potential litigation demands during shutdown").

1  DATED: October 2, 2025                    Respectfully submitted,

2                                            Stacey M. Leyton
                                             Barbara J. Chisholm
3                                            Danielle E. Leonard
                                             Corinne F. Johnson
4                                            Alice X. Wang
                                             Robin S. Tholin
5                                            ALTSHULER BERZON LLP
                                             177 Post St., Suite 300
6                                            San Francisco, CA 94108
                                             Tel: (415) 421-7151
7                                            sleyton@altshulerberzon.com
                                             bchisholm@altshulerberzon.com
8                                            dleonard@altshulerberzon.com

9

10                                   By: */s/ Danielle Leonard*

11                                      *Attorneys for All Union and Non-Profit Organization
                                        Plaintiffs*
12

13                                      Elena Goldstein (pro hac vice)
                                        Skye Perryman (pro hac vice)
14                                      Tsuki Hoshijima (pro hac vice)
                                        DEMOCRACY FORWARD FOUNDATION
15                                      P.O. Box 34553
                                        Washington, D.C. 20043
16                                      Tel: (202) 448-9090
                                        Fax: (202) 796-4426
17                                      egoldstein@democracyforward.org
                                        sperryman@democracyforward.org
18                                      thoshijima@democracyforward.org

19

20                                   By: */s/ Tsuki Hoshijima*

21                                      *Attorneys for All Union and Non-Profit Organization
                                        Plaintiffs (except NRDC) and for Plaintiffs City of
22                                      Chicago, IL; Martin Luther King, Jr. County, WA;
                                        Harris County, TX; and City of Baltimore, MD*
23

24                                      Jules Torti (pro hac vice)
                                        PROTECT DEMOCRACY PROJECT
25                                      82 Nassau St., #601
                                        New York, NY 10038
26

27                                      Erica J. Newland (pro hac vice)
                                        Jacek Pruski (pro hac vice)
28                                      PROTECT DEMOCRACY PROJECT

Plaintiffs' Opposition to Motion for Stay in Light of Lapse of Appropriations, No. 3:25-cv-03698-SI        3

2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jacek Pruski*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org

MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)

Plaintiffs' Opposition to Motion for Stay in Light of Lapse of Appropriations, No. 3:25-cv-03698-SI        5

|   |   |
|---|---|
| 1 | Raphael N. Rajendra (SBN 255096) |
| 2 | Hannah M. Godbey (SBN 334475) |
|   | OFFICE OF THE COUNTY COUNSEL |
| 3 | COUNTY OF SANTA CLARA |
|   | 70 West Hedding Street, East Wing, 9th Floor |
| 4 | San José, CA 95110 |
|   | Tel: (408) 299-5900 |
| 5 | Kavita.Narayan@cco.sccgov.org |
|   | Meredith.Johnson@cco.sccgov.org |
| 6 | Raphael.Rajendra@cco.sccgov.org |
| 7 | Hannah.Godbey@cco.sccgov.org |

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

By: */s/ David J. Hackett*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (CABN 350675)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Sharanya Mohan*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney

Plaintiffs' Opposition to Motion for Stay in Light of Lapse of Appropriations, No. 3:25-cv-03698-SI      6

Jonathan G.C. Fombonne (pro hac vice)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice app. forthcoming)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago
Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson

Baltimore City Solicitor
Sara Gross (pro hac vice app. forthcoming)
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*