UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 17, 2025 | **Time:** 3:30 – 3:36 6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-C v. Trump | |

**Attorney for Plaintiff:** Danielle Leonard, Stacey Leyton
**Attorney for Defendant:** Marianne Kies, Cesar Azrak

**Deputy Clerk:** Esther Chung  **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

The parties are still waiting resolution of the pending petition for rehearing en banc by the Ninth Circuit that pertains to the ARRPS. There are additional discovery disputes that the parties will submit to the Court by letter brief.