CRAIG H. MISSAKIAN
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
CESAR E. AZRAK
Trial Attorneys
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 305-0693
    cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

1   Upon consideration of the parties' stipulation submitted October 23, 2025, and for good
2   cause shown, the Court hereby **ORDERS** that Defendants file their Answer to Plaintiffs' Second
3   Amended Complaint no later than December 15, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 24, 2025

_____
Hon. Susan Illston
Senior District Judge