| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 5 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

    Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

    Defendants - Appellants.

No. 25-3293

D.C. No. 3:25-cv-03698-SI

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered September 19, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT