Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DANIELLE LEONARD** |

**DECLARATION OF DANIELLE LEONARD**

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. On January 26, 2026, I contacted counsel for Defendants to give notice that Plaintiffs would be moving for leave pursuant to Federal Rule of Civil Procedure 15(d) to file a supplemental complaint that adds facts that have occurred subsequent to the filing of the operative Second Amended Complaint, including related to EO 14356 staffing plans and actions taken by Defendant Department of Homeland Security and the Federal Emergency Management Agency ("FEMA") to cut FEMA staffing; adds allegations to the existing claims regarding those subsequent facts; adds additional APA and ultra vires claims against DHS and FEMA arising from the recent workforce reduction actions; adds a new plaintiff, the American Foreign Service Association ("AFSA"); and adds as defendants FEMA and the individual currently running that agency (Senior Official Performing the Duties of FEMA Administrator Karen Evans).

3. On January 27, 2026, counsel for Defendants confirmed that they "take no position on your amendment of the complaint as you describe."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 27, 2026, in San Francisco, California.

_____

Danielle Leonard