1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

1  Good cause having been shown, the Court hereby GRANTS Plaintiffs' Unopposed
2  Motion for Leave to File Supplemental Complaint pursuant to Federal Rule of Civil Procedure
3  15(d).
4  IT IS SO ORDERED.

6  Dated: _____, 2026      _____
7  The Honorable Susan Illston
   United States District Court Judge