Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

**INTRODUCTION**

Plaintiffs and Defendants submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for February 6, 2026 at 12 pm.

1. **APPELLATE MATTERS**

On January 5, 2026, the Ninth Circuit denied Defendants' Petition for Panel Rehearing and Rehearing En Banc of the September 19, 2025 decision denying Defendants' mandamus petition from this Court's July 18, 2025 Order requiring production of Agency RIF and Reorganization Plans ("ARRPs") (ECF 214). *In re Trump*, No. 25-4476 (9th Cir.), Dkts. 24, 29, 35.

2. **RECENT DEVELOPMENTS**

a. The parties are also filing a Case Management Conference statement today, in the related case *AFGE v. Office of Management and Budget*, No. 3:25-cv-08302, which is also set for a CMC at 12 pm on February 6, 2026.

b. On January 27, 2026, Plaintiffs filed their Unopposed Motion for Leave to File Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d). ECF 290. The proposed Supplemental Complaint adds facts that have occurred subsequent to the filing of the operative Second Amended Complaint ("SAC"), including related to EO 14356 staffing plans and actions taken by Defendant Department of Homeland Security and the Federal Emergency Management Agency ("FEMA") to cut FEMA staffing; adds allegations to the existing claims regarding those subsequent facts; adds additional APA and ultra vires claims against DHS and FEMA arising from the recent workforce reduction actions; adds a new plaintiff, the American Foreign Service Association ("AFSA"); and adds as defendants FEMA and the individual currently running that agency (Senior Official Performing the Duties of FEMA Administrator Karen Evans). ECF 290-1.

c. The November 12, 2025 Continuing Resolution ("CR") that ended the 2025 shutdown is scheduled to expire by midnight tonight, January 30, 2026. Pub. L. No 119-37, 139 Stat 495 (2025). As of the time of this filing, the parties do not know whether Congress will enact the remaining appropriations legislation necessary to prevent a lapse in appropriations; allow a further shutdown; or enact a further CR, either with or without comparable language to Section 120

of the November 12, 2025 CR. The parties propose providing this Court with a further update early next week with additional information regarding these developments.

**3.  DISCOVERY**

On December 19, 2025, this Court issued an Order Re: RFP No. 1 Discovery Dispute. ECF 285. The parties met and conferred pursuant to that order, and pursuant to the Ninth Circuit's denial of Defendants' en banc petition discussed above, and agreed to the following schedule for production of documents in this case:

a.  Defendants produced the ARRPs pursuant to this Court's July 18, 2025 Order on January 16, 2026.

b.  Defendants will produce the agency communications ordered by this Court's December 19, 2025 Order in two stages: i) Documents from eight agencies that have conducted RIFs pursuant to or in the period after issuance of the Workforce Optimization Executive Order: (1) Department of War, (2) Department of Health & Human Services, (3) Department of Homeland Security, (4) EPA, (5) GSA, (6) NSF, (7) SBA, and (8) Department of Transportation by February 6, 2026 and ii) from the remaining Federal Agency Defendants by March 6, 2026;

c.  Defendants will produce responsive documents previously withheld on the sole ground of deliberative process privilege by February 6, 2026.

d.  Defendants will produce additional responsive documents ordered by this Court's December 19, 2025 Order from Defendants OPM, OMB, and USDS by February 18, 2026.

Plaintiffs are reviewing the documents produced and will serve further discovery as needed, and will present a proposal for production of Administrative Record(s) at the appropriate time.

**4.  SCHEDULE AND OTHER MATTERS**

Plaintiffs anticipate, but do not yet know, that further motions regarding preliminary injunctive relief may be necessary in this case, including with respect to matters addressed in the proposed Supplemental Complaint.

Plaintiffs request the Court set this case for a further Case Management Conference in April 2026.

| | | |
|---|---|---|
| 1 | DATED: January 30, 2026 | Respectfully submitted, |
| 2 | | Stacey M. Leyton |
| 3 | | Barbara J. Chisholm |
| | | Danielle E. Leonard |
| 4 | | Robin S. Tholin |
| 5 | | ALTSHULER BERZON LLP |
| | | 177 Post St., Suite 300 |
| 6 | | San Francisco, CA 94108 |
| 7 | | Tel: (415) 421-7151 |
| | | sleyton@altshulerberzon.com |
| 8 | | bchisholm@altshulerberzon.com |
| | | dleonard@altshulerberzon.com |
| 9 | | By: */s/ Danielle Leonard* |

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
3

|   |   |
|---|---|
| 1 | Tel: 202-579-4582 |
| 2 | jules.torti@protectdemocracy.org |
|   | erica.newland@protectdemocracy.org |
| 3 | jacek.pruski@protectdemocracy.org |
| 4 | By: */s/ Jacek Pruski* |

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI

4

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Simi Bhat (SBN 289143)
Katherine K. Desormeau (SBN 266463)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St Fl 21,
San Francisco, CA 94104
Tel: (415) 875-6100
sbhat@nrdc.org
kdesormeau@nrdc.org

By: */s/ Simi Bhat*

*Attorneys for Plaintiff Natural Resources Defense Council*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI

5

San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ Alexander Holtzman*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

By: */s/ David J. Hackett*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (CABN 350675)

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI

6

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Sharanya Mohan*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne (pro hac vice)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice app. forthcoming)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago
Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
7

Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor
Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*

CRAIG H. MISSAKIAN
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

*s/ Cesar Azrak*
Cesar Azrak
Marianne Kies
Robert Bombard
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
8