UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>           Defendants. | Case No. 3:25-cv-03698-SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT |

1    Good cause having been shown, the Court hereby GRANTS Plaintiffs' Unopposed
2 Motion for Leave to File Supplemental Complaint pursuant to Federal Rule of Civil Procedure
3 15(d).
4    IT IS SO ORDERED.

Dated: January 30, 2026

_____
The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING PLS.' UNOPPOSED MOTION FOR LEAVE, No. 3:25-cv-03698-SI
1