Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

Plaintiffs and Defendants submit this Supplemental Joint Case Management Statement in advance of the Case Management Conference scheduled for February 13, 2025 at 3 pm, supplementing the Joint Statement filed at ECF 293 to provide the Court with updated information on recent factual developments.

On February 3, the Congress passed, and President Trump signed, the Consolidated Appropriations Act, 2026 (Pub. L. No. 119-75), which included provisions appropriating funds for all agencies of the federal government that had not been included in prior appropriations legislation, with the exception of the Department of Homeland Security. That Act also included a section extending the November 12, 2025 Continuing Resolution ("CR") (Pub. L. No 119-37, 139 Stat 495 (2025)) by "striking the date specified in section 106(3) [January 30, 2026] and inserting 'February 13, 2026.'" Pub. L. No. 119-75, Div. H, §101.

Section 120(a) of the CR, which applies "during the period between the date of enactment of this Act and the date specified in section 106(3) of this Act," and prohibits the use of federal funds "to initiate, carry out, implement, or otherwise notice a reduction in force to reduce the number of employees within any department, agency, or office of the Federal Government" thus remains in effect through February 13, 2026. Pub. L. No 119-37, §120(a).

DATED: February 6, 2026                    Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
1

```
                          Elena Goldstein (pro hac vice)
                          Skye Perryman (pro hac vice)
                          Tsuki Hoshijima (pro hac vice)
                          DEMOCRACY FORWARD FOUNDATION
                          P.O. Box 34553
                          Washington, D.C. 20043
                          Tel: (202) 448-9090
                          Fax: (202) 796-4426
                          egoldstein@democracyforward.org
                          sperryman@democracyforward.org
                          thoshijima@democracyforward.org

                     By: /s/ Tsuki Hoshijima
```

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

```
                          Jules Torti (pro hac vice)
                          PROTECT DEMOCRACY PROJECT
                          82 Nassau St., #601
                          New York, NY 10038

                          Erica J. Newland (pro hac vice)
                          Jacek Pruski (pro hac vice)
                          PROTECT DEMOCRACY PROJECT
                          2020 Pennsylvania Ave., N.W., Suite 163
                          Washington, D.C. 20006
                          Tel: 202-579-4582
                          jules.torti@protectdemocracy.org
                          erica.newland@protectdemocracy.org
                          jacek.pruski@protectdemocracy.org

                     By: /s/ Jacek Pruski
```

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

```
                          Norman L. Eisen (pro hac vice)
                          Spencer W. Klein (pro hac vice)
                          STATE DEMOCRACY DEFENDERS FUND
                          600 Pennsylvania Avenue SE #15180
                          Washington, D.C. 20003
                          Tel: (202) 594-9958
                          Norman@statedemocracydefenders.org
                          Spencer@statedemocracydefenders.org
```

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI

2

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Simi Bhat (SBN 289143)
Katherine K. Desormeau (SBN 266463)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St Fl 21,
San Francisco, CA 94104
Tel: (415) 875-6100
sbhat@nrdc.org
kdesormeau@nrdc.org

By: /s/ Simi Bhat

*Attorneys for Plaintiff Natural Resources Defense Council*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: /s/ Alexander Holtzman

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
4

Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

By: */s/ David J. Hackett*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (CABN 350675)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Sharanya Mohan*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne (pro hac vice)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
5

|   |   |
|---|---|
| 1 | Deputy Division Director - Environmental Division |
| 2 | R. Chan Tysor (pro hac vice app. forthcoming)<br>Senior Assistant County Attorney |
| 3 | Alexandra "Alex" Keiser (pro hac vice)<br>Assistant County Attorney |
| 4 | 1019 Congress, 15th Floor<br>Houston, Texas 77002 |
| 5 | Tel: (713) 274-5102<br>Fax: (713) 437-4211 |
| 6 | jonathan.fombonne@harriscountytx.gov |
| 7 | tiffany.bingham@harriscountytx.gov<br>sarah.utley@harriscountytx.gov |
| 8 | bethany.dwyer@harriscoupntytx.gov<br>chan.tysor@harriscountytx.gov |
| 9 | alex.keiser@harriscountytx.gov |

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago
Stephen J. Kane (IL ARDC 6272490) (pro hac vice app. forthcoming)
Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor
Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI

6

By: */s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*

CRAIG H. MISSAKIAN
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

*s/ Cesar Azrak*
Cesar Azrak
Marianne Kies
Robert Bombard
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
7