UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Federation Of Government Employees, AFL-CIO, et al.       ,

        Plaintiff(s),

    v.

Trump, et al.       ,

        Defendant(s).

Case No. 3:25-cv-03698

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher Sanders , an active member in good standing of the bar of the Supreme Court of Washington , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Martin Luther King, Jr. County, WA in the above-entitled action. My local co-counsel in this case is Sai Mohan , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 350675 .

401 5th Ave Ste 800, Seattle, WA 98104-2391
MY ADDRESS OF RECORD

(206) 296-9272
MY TELEPHONE # OF RECORD

chrsanders@kingcounty.gov
MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit #115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 738-6788
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sai@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47518 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 1/28/2026 _____               Christopher Sanders _____
                                                      APPLICANT
5

6    ══════════════════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Christopher Sanders          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: February 9, 2026 _____

16

17   
     _____
18                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 47518 |
| OF | ) | **CERTIFICATE** |
| CHRISTOPHER MICHAEL SANDERS | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| _____ | ) | |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTOPHER MICHAEL SANDERS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on June 10, 2014, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 9th day of
January, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court