Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF MICHAEL A. COEN, JR.** |

## DECLARATION OF MICHAEL A. COEN, JR.

I, Michael A. Coen, Jr., declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a former Chief of Staff of the Federal Emergency Management Agency ("FEMA").

3. I first joined FEMA as a special assistant to the then-Director of FEMA from 1997 to 2000. I returned to FEMA from 2009 to 2017, during which I served as a senior counselor to the FEMA Administrator and later Chief of Staff. Most recently, I served as FEMA's Chief of Staff from 2021 to 2025.

4. The Chief of Staff is a position within the FEMA Office of the Administrator at FEMA headquarters in Washington, D.C. In that role, I was responsible for supporting the FEMA Administrator in her mission, including on staffing matters and engagement with the White House and state governors' offices.

5. Based on my years of experience at FEMA, I am familiar with the Cadre of On-Call Response/Recovery ("CORE") employees. CORE employees are hired to full-time positions for two- to four-year terms under the authority conferred on FEMA by the Stafford Act. CORE employees make up a significant part of FEMA's workforce. About 40% of FEMA employees are CORE employees, and they are generally deployed to disaster recovery areas at all times.

6. In addition to CORE employees, FEMA also maintains a cadre of over 4,000 reservists. Both CORE employees and reservists are dedicated to on-the-ground disaster relief and recovery work throughout the United States.

7. I am familiar with news reports about plans by the Department of Homeland Security ("DHS") to significantly reduce FEMA's staffing levels, including through a policy of not renewing the employment of CORE employees.

8. CORE employees perform critical functions all across the agency, and mass non-renewal of CORE employees would have a devastating impact on FEMA's disaster response and recovery capabilities.

9. CORE employees perform functions that directly support disaster response and recovery. When a disaster occurs, CORE employees, in addition to some permanent employees, are deployed to the affected area. But after the first two or three weeks, most permanent employees return to FEMA headquarters or regional offices. It is CORE employees who are the backbone of the long-term response and recovery following a disaster, making up about 90% of the FEMA workforce that remains on the ground for months, if not years, after a disaster to provide support.

10. FEMA deploys staff from its 10 regional offices in preparation for a pending disasters such as a tornado, hurricane or winter storm. Following the disaster, if a Governor requests a major disaster declaration and the request is approved by the President, FEMA staff will surge to the affected state and communities to provide federal support and begin the planning for transition from response to recovery. Most of this effort will be supported by CORE. They will be deployed if available and they are deemed qualified to fulfill the support necessary. Assignments could include logistics, engineering, disaster survivor registration, geospatial information systems, external affairs, finance and other management functions.

11. CORE employees assist disaster survivors in registering for FEMA assistance at Disaster Recovery Centers, and CORE employees follow up with survivors as their applications are processed. CORE employees also integrate with state and local officials to document damage to government infrastructure that may be eligible for FEMA funding. Eligible work could include repair or replacement of infrastructure. Another critical response activity supported by CORE employees is coordination of debris removal to gain access to communities and transition from response to recovery.

12. Another example of critical work performed by CORE employees in the immediate aftermath of a disaster is to provide contracting support through the Disaster Acquisition Response Team. The Disaster Acquisition Response Team includes about fifty employees nationwide, all of whom are CORE employees. The Disaster Acquisition Response Team deploys immediately following a disaster to oversee disaster response contracts, which are the contracts that get services and materials immediately and directly into the hands of disaster survivors. Following a hurricane, the necessary services and materials could include congregate-shelter support and initial debris

removal to open roads; or, following a major flooding event, contracts for dewatering flooded public infrastructure including schools and reconstitution of water treatment plants. The CORE employees on the Disaster Acquisition Response Team are experts at helping state and local communities navigate contracting requirements during extreme circumstances and quickly coordinating efforts to get resources in the hands of the people who need them. Loss of the CORE employees on this team would dramatically impact FEMA's ability to perform these crucial services.

13. CORE employees also provide long-term recovery support, such as the facilitation of federal funding for rebuilding of schools and other infrastructure to ensure eligibility for reimbursement. For example, in western North Carolina, FEMA CORE employees are deployed to assist state and local governments with the rebuilding of roads and bridges that were washed out during Hurricane Helene in 2024. Long-term recovery projects funded by FEMA can take multiple years to complete.

14. CORE employees also perform mitigation work for the purpose of reducing future disaster losses. For example, CORE employees work on FEMA's Hazard Mitigation Grant Program, which Congress funds through the Disaster Relief Fund. The Hazard Mitigation Grant Program provides funding to state, local, tribal, and territorial governments to develop hazard mitigation plans and rebuild in ways that reduce or mitigate future disaster losses. These CORE employees are subject-matter experts with a wealth of knowledge that allows FEMA to perform these functions well and efficiently. Cutting this staff will directly and adversely impact state, local, and tribal governments attempting to plan and protect their residents from disaster.

15. Other CORE employees also support disaster preparedness before a disaster strikes. For example, CORE employees support FEMA's National Response Coordination Center, which coordinates the federal response to an emergency or major disaster. FEMA CORE employees deployed to the National Response Coordination Center gather situational awareness of state emergency management activities and the support provided by federal departments and agencies. CORE employees also perform other preparedness functions, such as working with states on training exercises to prepare for disasters.

16. A reduction in CORE employees would harm the ability of FEMA to fulfill its responsibilities because FEMA is already understaffed. While I was Chief of Staff, the Government Accountability Office published a report (available at https://www.gao.gov/products/gao-23-105663) that found that FEMA's staffing levels were well short of staffing targets. I agree with the conclusion of the Government Accountability Office report that inadequate staffing has been a long-term problem for FEMA. Cutting already short-staffed offices and programs within FEMA will harm FEMA's ability to perform the functions that Congress has required.

17. A blanket non-renewal of CORE employees would be a significant departure from past practice. Traditionally, the vast majority of CORE employees were routinely renewed at the end of their terms because of FEMA's staffing needs. In fact, in the past, CORE employees were generally hired to two-year terms. But because almost all CORE employees were being renewed, FEMA started offering four-year terms to many CORE employees starting in about 2023.

18. In the past, the Department of Homeland Security had no involvement in personnel decisions about FEMA's CORE employees. Nor was the FEMA Office of the Administrator involved in decisions about CORE employees. Instead, the programs and offices requesting to hire CORE employees would request approval from FEMA's Chief Financial Officer. Those programs and offices would also largely handle performance management and the decision of whether to renew CORE employees' terms. This past practice allowed programs and officers to hire and renew CORE employees to meet their needs.

19. Non-renewal of a significant number of CORE employees would significantly hinder FEMA's ability to respond effectively in the event of a disaster, or multiple disasters. Even with current staffing levels, it can be difficult for FEMA to respond to concurrent disasters. For example, in 2017, FEMA had to respond to three major hurricanes in quick succession—Harvey, Irma, and Maria—while California was suffering historic wildfires. Due to its understaffed disaster workforce, FEMA had to pull employees that were responding to Hurricane Harvey and send them to Puerto Rico to respond to Hurricane Maria. Cutting FEMA's workforce will only worsen the existing issues in FEMA's disaster response capabilities.

20. The loss of CORE employees would not only reduce the level of staff available to

respond to disasters, but it would also result in the loss of valuable experience and knowledge gained from past disasters. Effective emergency management depends on experience, and without the experience of CORE employees, FEMA will lose valuable lessons learned from Hurricane Katrina and many other disasters.

21. Maintaining adequate staffing year-round is especially important because the timing of disasters can be unpredictable. While hurricane season from June to November can be a busy time for FEMA, disaster season is now year-round. In some years, the spring has been the busiest time for disaster response because of spring flooding and tornadoes. Tornadoes can come with no warning. One example of a devastating, no-notice tornado is the Joplin tornado, which destroyed thousands of homes in 2011. Earthquakes can also happen at any time. FEMA's congressional remit also includes emergencies such as terrorist attacks, while likewise happen without warning.

22. Because disasters and emergencies can happen at any time, with no or little warning, it is important that FEMA have staff that are trained and ready to deploy at a moment's notice. There is no time to staff up after a disaster strikes.

23. Significant staff reductions at FEMA would be devastating for FEMA's capability to respond in the event of a disaster and help communities recover. It would be irresponsible to reduce FEMA's capabilities at a time when climate change is intensifying the frequency and severity of natural disasters that require federal assistance.

24. Mass non-renewal of CORE employees would also impair recovery in areas that are still recovering from past disasters. For example, CORE employees are on the ground supporting long-term recovery efforts in areas that have suffered floods in recent years, like western North Carolina, Kerr County, Texas, and Vermont. As the number of FEMA CORE employees continues to be reduced through non-renewals, the remaining FEMA CORE employees will continue to take on additional work. This will further delay recovery operations across the country as FEMA support will not be available. Responding to new disasters will always be the priority. With fewer CORE employees, reassignments from recovery operations to a response operation will be the norm.

25. In my experience, while some states have more robust disaster relief and recovery

capabilities, many do not have nearly the capacity necessary to provide the type of coordinated disaster response that is FEMA's mission to provide in the event of a major disaster. When a state is overwhelmed or multiple states require simultaneous support, FEMA should be ready to support. There is an economy of scale for FEMA to manage a cadre of CORE professionals that are trained and ready to assist states on their worst days. Cutting FEMA staff risks repeating disasters like Katrina that should never happen again.

26. Terminating CORE employees would be especially problematic given that FEMA has already lost many of its full-time staff over the last year. Last year, I added my signature to a public letter by Stand Up for Science that raised concerns about the reduction of FEMA's disaster workforce by current DHS and FEMA leadership. https://www.standupforscience.net/fema-katrina-declaration. The latest plan to drastically reduce CORE employees only adds to the concerns that we raised in that letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 9, 2026, in Washington, DC.

*Michael A. Coen, Jr.*