Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF MARYANN TIERNEY** |

Tierney Declaration, No. 3:25-cv-03698-SI

**DECLARATION OF MARYANN TIERNEY**

I, MaryAnn Tierney, declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I worked at the Federal Emergency Management Agency ("FEMA") for nearly fifteen years. At the time that I left FEMA in June 2025, I was serving in the role of FEMA's Senior Official Performing the Duties of Deputy Administrator. There is one FEMA Deputy Administrator position for the agency, and that position is the second in command to the FEMA Administrator. In the role of Senior Official Performing the Duties of Deputy Administrator, I served as FEMA's senior career official and had responsibility for management and oversight of the functioning of FEMA's operational and support activities throughout the country, including disaster response, recovery, logistics management, and field operations functions and personnel.

3. I served as the Acting Deputy Secretary for the Department of Homeland Security in January 2025 following the inauguration of President Trump. In this role, I supported the Administration's agenda as it related to Homeland Security matters and provided advice to incoming political appointees and advisors on DHS authorities and processes.

4. I am also a former Regional Administrator for FEMA's Region III Office. I held that position starting August 2010 until I left the agency in June 2025. Region III includes Delaware, the District of Columbia, Maryland, Pennsylvania, Virginia, and West Virginia and partners with seven Tribal Nations.

5. As Regional Administrator for Region III, I was responsible for helping people before, during and after disasters in the mid-Atlantic and oversaw all aspects of FEMA's mission delivery in this geographic area.

6. I also served concurrently as Acting Regional Administrator in FEMA Region II for ten months following the devastating effects of Hurricane Sandy on New York and New Jersey.

7. Before working at FEMA, I served as Deputy Managing Director for Emergency Management in the City of Philadelphia. I also worked for New York City's Office of Emergency Management.

8. Based on my management experience at FEMA, I have knowledge of how FEMA's Cadre of On-Call Response/Recovery ("CORE") employees (and other FEMA employees, including both civil service and Stafford Act employees) are hired, evaluated, and renewed, as well as the various functions they perform. FEMA cannot function or comply with its statutory mandates without having an adequate complement of CORE employees and reservists.

9. I am aware of recent news reports about plans by the Department of Homeland Security ("DHS") to reduce the FEMA workforce, including through blanket non-renewals of CORE employees on their term expiration dates (known as "Not to Exceed" (NTE) dates). I understand from the reporting that internal documents indicate an intent to cut approximately 50 percent of the over 20,000 FEMA employees, over 40 percent of the CORE, and 85 percent of reservists.

10. The indiscriminate non-renewal of CORE employees by NTE date without any analysis of agency need is likely to adversely impact FEMA's performance of its statutory responsibilities, especially its response and recovery missions.

11. A majority of FEMA's employees are CORE employees and reservists. CORE employees perform important work across the agency, especially response and recovery work. The functions performed by CORE employees include activities such as deploying to state or tribal Emergency Operations Centers to coordinate the federal response, conducting damage assessments when requested by a Governor or Tribal Chief Executive, mobilizing FEMA resources to support state, tribal and local communities, working with disaster survivors to register and complete disaster assistance applications, and writing grants to reimburse eligible applicants under FEMA's Public Assistance Program.

12. In particular, CORE employees are central to FEMA's individual assistance program, which provides housing and other assistance to disaster survivors. FEMA's National Process Service Center, which is the centralized facility processing individual assistance requests and the backbone of FEMA's individual assistance program, is staffed primarily by CORE employees. When a disaster survivor calls FEMA for aid, it is generally a CORE employee that picks up the phone and facilitates that process.

13. CORE employees also facilitate FEMA's public assistance program, which provides grant money to cities, states, and tribal governments for debris removal, life-saving emergency protective measures, and repair of public infrastructure. CORE employees work with eligible applicants to formulate and monitor projects, conduct site visits, determine eligible work, make awards, and oversee all aspects of the grants management process. The public assistance program is the largest grant program at DHS.

14. CORE employees are also critical to FEMA's logistics and housing teams. Those teams move resources and support FEMA's housing programs in response to a disaster and sources temporary facilities to use as—for example—distribution centers or warehouses and group sites for temporary housing units. Without CORE employees, FEMA cannot deliver that aid.

15. FEMA's services are already being impaired by the ongoing CORE non-renewals. One example is a yard in Alabama where FEMA maintains a stock of temporary housing units for immediate relief for disaster survivors. Of the ten materials handlers at this location, all of whom are CORE employees, seven have already been terminated through non-renewal. With the reduced staffing, I do not believe that FEMA has the capability to maintain the housing units and to deploy them as necessary. As a result, FEMA will be unable to properly maintain assets that the government has paid for and will be unable to deploy those assets in response to a disaster.

16. CORE employees can be deployed anywhere in the country according to need. Each Region employees a substantial number of CORE employees, and others are deployed to work in those Regions from other areas of FEMA based on disaster relief and recovery needs.

17. For example, in Region III, in response to Hurricane Helene, CORE and reservist employees from outside the regional office were deployed to Virginia to support survivors and communities as they recovered.

18. For any given disaster, it is not possible to predict which other FEMA offices, beyond the home region, will contribute the necessary staff to perform all relief and recovery functions. For each disaster or emergency, field leaders identify staffing requirements which are first met with regional staff and then, when regional staffing cannot meet the requirement, sent to FEMA Headquarters for action. At FEMA Headquarters, resourcing decisions must be balanced

against national availability and requirements.

19. For purposes of this nationwide system of disaster relief and recovery deployment, FEMA employees are typically assigned to not just their programmatic role, but also to a disaster relief role, and can be called up to be deployed as needed by the agency.

20. Throughout my 15 years at FEMA, COREs were instrumental in the federal response. There was not a single disaster in that time where COREs were not front and center to the support provided from the initial response to the closeout of that disaster which can often be up to eight years later. COREs are fundamental to how FEMA meets its statutory mandates. The Federal Coordinating Officer for each disaster—who is appointed by the FEMA Administrator upon a disaster declaration to be the lead federal representative on the ground—is primarily filled by a CORE. COREs also serve a variety of on-the-ground roles, like logisticians responsible for ensuring delivery of critical resources to disaster survivors.

21. When I was assigned as the Acting Regional Administrator in FEMA Region II, I worked closely with COREs to support New York and New Jersey following Hurricane Sandy. For example, I worked with the Federal Coordinating Officer, who was a CORE, to develop novel housing solutions for New Yorkers displaced by the storm.

22. I am also familiar with the functions performed by reservists. Reservists are temporary, on-call employees who are ready to deploy at a moment's notice on an as-needed basis. Reservists are employees hired for up to two-year terms. Reservists generally are called up to work as needed on specific disasters, but may work multiple disasters in a single year depending on their position and the level of disaster activity.

23. Reservists support disaster response and recovery in many of the same way COREs do, but on a more temporary basis and almost exclusively at joint field offices which are disaster facilities established following a major disaster declaration to oversee the response and recovery operation for that event. Reservists perform work in logistics, hazard mitigation, disaster survivor assistance, individual assistance, and public assistance.

24. DHS's reported plans for blanket non-renewal of CORE employees are a significant departure from past practice for managing CORE employees. FEMA's CORE Manual establishes

1  procedures for managing the CORE employee workforce, including detailed procedures regarding
2  hiring and renewal. Under the CORE manual, non-renewal depends on a detailed workload
3  analysis to determine the agency's needs.

4      25.    At the regional level, the decision to hire CORE employees is based on a written
5  workload analysis prepared by a division director and signed by the Regional Administrator, which
6  is then submitted to the Office of the Chief Financial Officer for review. This process allows for a
7  thoughtful assessment of FEMA's workload. Decisions about whether to renew a CORE employee
8  are similarly subject to careful analyses of agency needs.

9      26.    To my knowledge, DHS has never been involved in decision-making about the
10 FEMA workforce, including the approval or disapproval of CORE renewals. In my experience, it is
11 unprecedented that the DHS Secretary or even the FEMA Administrator would assume decision-
12 making authority for CORE renewals.

13     27.    The reportedly blanket non-renewal of CORE employees for NTE dates beginning
14 January 1, 2026, is inconsistent with FEMA's policies regarding CORE renewal set out in the
15 CORE Manual and FEMA's practice of renewing according to agency need.

16     28.    In practice, CORE employees have been regularly renewed because FEMA is
17 understaffed and has had sufficient disaster relief work to require renewal of the vast majority of
18 CORE employees. During my fifteen years at FEMA, including through the time I left in 2025,
19 FEMA experienced significant staffing shortages and struggled to meet requirements to perform
20 the agency's important mission. Each of the 23 cadres that form FEMA's incident management
21 workforce has a "force structure number," which is the target staffing level, and "force strength
22 numbers," which is the actual staffing level. These numbers include CORE employees. In recent
23 years, the force strength number in each of the 23 cadres has consistently fallen short of the force
24 structure number.

25     29.    In my nearly fifteen years as Regional Administrator, I am aware of only a handful
26 of times that CORE employees were not renewed. Generally, Region III had a steady stream of
27 work that justified the continued employment of CORE employees.

28     30.    I believe that the reportedly indiscriminate non-renewal of CORE employees will

significantly impact FEMA's ability to perform disaster response and recovery work and to be prepared for future disasters. This includes work preparing for disasters, long-term recovery efforts following past disasters, and the relief and recovery services needed for future disasters.

31.  If DHS carries through on the projected eighty-five percent cut of Stafford Act reservists, that will also have an extremely adverse impact on FEMA's disaster relief and recovery functions. Disaster reservists fill the vast majority of roles at the joint field office level and make up the majority of staff that interact with disaster survivors through the National Process Service Center and field teams.

32.  The prospect of mass staffing reductions at FEMA is concerning given both the context of the last year and broader trends relating to disasters. In the last year, FEMA has already lost a significant number of its staff, including some of its most experienced and field-ready responders. Meanwhile, in this era of climate change, storms are faster, stronger, and less predictable. There are greater demands on emergency managers with less room for error. Any reform to FEMA that does not consider these factors would be unreasonable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed [February 9, 2026, in Philadelphia, Pennsylvania.

_____
MaryAnn Tierney