Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DARRELL BURTON** |

**DECLARATION OF DARRELL BURTON**

I, Darrell Burton, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Vice President of the American Federation of Government Employees ("AFGE") Local 4060. AFGE Local 4060 represents employees at the Federal Emergency Management Agency ("FEMA"), and was recognized as an exclusive representative of FEMA employees before its collective bargaining agreement was purportedly canceled pursuant to Executive Order 14,251, which is the subject of ongoing litigation.

3. I am a Title 5 permanent civil service employee at FEMA. I work as a training specialist in the Regional Office for Region 9, which is based in San Francisco, California and covers Arizona, California, Hawaii, Nevada, Guam, American Samoa, Commonwealth of Northern Mariana Islands, Republic of Marshall Islands, and Federated States of Micronesia. I have held this position since 2018. My job falls within FEMA's national preparedness mandate.

4. In my role, I facilitate internal trainings for FEMA staff in Region 9. These trainings cover a wide range of topics, including response skills related to certain types of disasters, grant management, performance management, professional development, and more. I also facilitate trainings for our state, local, tribal, and territorial partners. These trainings similarly cover a broad array of topics such as floodplain management, wildfire response, incident command systems, and emergency management.

5. These trainings, especially our internal FEMA trainings, rely heavily on CORE employees to serve as instructors. I would estimate that more than 90% of the instructors for our internal FEMA trainings are CORE employees.

6. There is a robust FEMA Qualification System ("FQS") that ensures individuals who are placed in certain incident management and incident management support roles are qualified to perform the necessary tasks. The internal trainings that I facilitate are part of the FQS. In order to be certified through the FQS for certain positions, FEMA employees must complete the corresponding trainings. Continuing to conduct these trainings, with sufficient experienced staff

to run them at the level needed to train other staff, is critical to ensure that FEMA continues to have staff qualified and able to perform important disaster response and recovery roles.

7. Part of my job is to organize the instructors for these training sessions. The denied renewals of CORE employees, which took place out of the blue at the beginning of January 2026, have already impacted our ability to provide training. Since those surprise non-renewals of CORE employees began on January 1, finding FEMA employees who are available to teach trainings sessions has become increasingly difficult.

8. Even before the indiscriminate non-renewals started, FEMA's understaffing could at times make it difficult to find instructors. Abruptly losing CORE employees has only made this problem worse. Because our pool of instructors is not limited to Region 9 employees, the non-renewal of CORE employees both inside and outside of Region 9 impacts our training capabilities.

9. For example, recently we were seeking to put on trainings related to wildfire disaster response, in advance of the upcoming summer fire season. Due to the recent terminations of CORE employees, we haven't been able to find instructors for these trainings, and it is looking increasingly likely that we won't be able to hold these sessions in the near future. Wildfires are a big priority for Region 9, and being unable to train people for certain wildfire response roles will make us less prepared to respond when the next major wildfire comes around.

10. FEMA used to have a substantial pool of qualified employees who could step in to fill various disaster response roles if necessary. But the significant attrition caused by the 2025 deferred resignation programs, combined with the hiring freeze that has been in place over the last year, has resulted in FEMA losing—and being unable to replace—many of our experienced employees who were trained and certified to perform certain disaster response roles. The FQS trainings are even more critical now so that we can fill those gaps to the extent possible with our current workforce. Instead of helping us ensure we are ready for a major disaster when it comes, DHS has instead made the problem even worse by terminating the CORE employees we rely on as instructors.

11. The non-renewals have also begun to impact other parts of Region 9's disaster work. For example, one of the CORE employees who was not renewed in early January was the

logistics section chief on one of Region 9's two Incident Management Assistance Teams ("IMATs"). IMATs are rapid-response teams that can deploy on short notice to disasters, and they are a central component of the federal government's immediate response efforts. The IMAT CORE employee who was non-renewed was a high-value employee who cannot be easily replaced, and leadership within our Region had advocated, unsuccessfully, for her term to be extended.

12.     Losing this single person has created an experience and knowledge gap that will adversely impact our Region's ability to respond to disasters, including in the San Francisco Bay Area. The abrupt nature of the loss prevented us from doing any advance planning, exacerbating the impact of this loss.

13.     I am also very worried about the effect that the staffing cut targets will have on our disaster capabilities if they continue to be implemented. We are already short-staffed, and have already lost many employees with significant experience and knowledge. If the reduction of FEMA's workforce continues, especially at the level contemplated by the staffing cut targets, we will in the near future reach a point where FEMA simply cannot perform its functions.

14.     In particular, if FEMA eliminates the "target" 41 percent of CORE employees, we will lack sufficient staff to provide the trainings needed to maintain the FQS or to adequately prepare FEMA staff for their roles before, during, and after disasters and emergencies. There are not sufficient civil service personnel to step in (on top of existing functions they perform) and take on the work done by all of these employees.

15.     While I am responsible for facilitating these trainings, no one from DHS or FEMA has explained to me (or involved me in any planning for) how we will perform these roles without CORE staff. If planning had been done, in light of my role, I would have been involved, so I do not believe there has been any planning as to how to address the loss of the functions that these employees perform. I know that these employees were not provided the opportunity to or instruction with respect to how to transition their existing workloads, before being separated.

16.     Although these cuts will be felt across the agency, I am especially concerned about FEMA's ability to perform its response and recovery work. When a disaster occurs, the response

5
Declaration of Darrell Burton, Case No. 3:25-cv-03698-SI

is staffed by employees from the region where the disaster occurred as well as additional forces from other regional offices and FEMA headquarters. As is true for FEMA generally, the majority of our full-time regional workforce is made up of CORE employees who are central to this initial response. While Title 5 regional employees are also part of the initial disaster response, their deployments are usually only for short periods, after which the vast majority of the response and recovery work is performed by CORE employees and reservists. Because so much of this work is done by CORE employees and reservists, I'm very concerned about the agency's ability to conduct its disaster relief work if the non-renewals continue. We are already in a difficult position with our current staffing levels, and we cannot afford to lose more people.

17. I have heard from AFGE members and employees included in the previous bargaining unit who have been greatly impacted by these terminations. For those whose positions have been eliminated, they are terrified about losing their income, their access to healthcare, and the public service careers they've spent years fostering.

18. Those who remain are also affected. FEMA employees were already performing multiple people's jobs due to the significant attrition over the last year. Now they will have the impossible task of taking on even more. And many are worried that, even though they perform critical agency functions and have had no performance related issues, they could be the next to be terminated.

19. FEMA has not communicated with its employees about the decisions that DHS is making that impact this agency. People are left hearing second and third hand through supervisors and through rumors what actions the agency is taking that directly affect their employment. The agency has not been forthcoming regarding these plans, even after the internal documents were widely reported in the press. FEMA employees remain in a difficult and dangerous limbo right now, wondering who will be terminated next and how it will affect the agency and our work. The manner in which DHS has directed these chaotic and abrupt decisions, including the initial rollout of the CORE separations and then the pause for the Winter Storm, followed by no clear information, has contributed to an already extremely difficult situation.

20. Nothing about this rollout appears to have been planned according to agency function or need. Terminating CORE employees by NTE date does not serve the interests of this agency, and it directly contributes to making the already difficult jobs of FEMA employees much more difficult, if we are lucky enough to keep them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 9th, 2026, in Oakland, California.

*Darrell Burton*

DARRELL BURTON