Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF BRIANNA YOUNG** |

## DECLARATION OF BRIANNA YOUNG

I, Brianna Young, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I was a Grants Division Program Specialist, Cadre of On-Call Response/Recovery Employee (CORE) at FEMA until I was abruptly not renewed on January 13, 2026. A true and correct copy of the non-renewal notice I received is attached as Exhibit A.

3. I grew up in a small farm town in Colorado, and I started volunteering with FEMA Corps when I was nineteen years old. I was on a service project with the logistics team in Fort Worth, Texas when Hurricane Harvey hit. From there, I was sent to Atlanta to respond to Hurricane Irma, and then Maryland to assist in the aftermath of Hurricane Maria.

4. In 2017, I was offered and accepted a paid position as a Reservist. It was the first time I felt like the job I was doing really mattered. You could see the relief spread across people's faces when they saw the FEMA logo. They knew that someone had finally come to save them, whether with housing, critical financial support, or other life-sustaining resources.

5. As a reservist, I was first deployed to Virginia in September 2018 to prepare for, and then respond to, a hurricane that hit both North Carolina and Virginia. I worked as a Logistics Specialist at two staging bases, that is, central points where FEMA was taking in supplies (often food and emergency medical equipment), prepping them for distribution, and sending them out to locations where other teams reported they were most needed.

6. From October 2018 to June 2019, I was deployed as a reservist in Virgina for a period of 228 days. I helped to establish the Joint Field Office, the temporary location from which FEMA could operate for the remainder of its disaster response mission. I then worked on a host of logistical tasks necessary for the functioning of that office. This included getting contracts and supply orders for everything from rebuilding materials to personal protective equipment.

7. From July 2019 to June 2020, I spent 50 weeks deployed in Missouri in response to severe storms. Initially, I worked as a Logistics Specialist, but I soon became an Ordering Specialist as I focused on procurement, contracting, and internal funding approval process to get

the FEMA personnel all of the supplies and services they needed to perform their jobs. Part of this time occurred during the start of the Covid-19 pandemic, but I remained deployed to Missouri.

8. In September 2020, I was deployed as a Logistics Specialist to Louisiana and Texas to respond to Hurricane Laura. I performed similar roles facilitating the flow of supplies needed by other FEMA employees to respond effectively.

9. I fell in love with the idea of having a career that helps people. I always wanted – and worked really hard for – a career in the Region 8 Denver office.

10. On January 13, 2024, I was thrilled to join FEMA CORE as a Program Specialist. In that role, I handled administrative matters that kept everything functioning. That included payroll, travel cards, scheduling, getting paperwork signed and sent to grant recipients, and other tasks that directly support the Grants Division Director. The Region 8 Grants Division facilitated more than thirty different grant programs, covering both disaster grants – such as Individual Assistance grants and Public Assistance grants – and non-disaster grants – such as Pre-Disaster Hazard Mitigation grants, Building Resilient Infrastructure in Communities grants, and Tribal Homeland Security grants.

11. Over the course of 2025, I was asked to step into multiple other roles to cover positions that are not filled because we are severely understaffed. I spent a month backfilling a role in the Region 8 Administrator's Office, which processes the requests for assistance, disaster declarations, and decisional memos through which state governors and local partners formally request FEMA's assistance. Then, in May 2025, when the Grants Analyst in our division retired, I took on her responsibilities in addition to my existing Program Specialist tasks. For instance, in my capacity as a Grants Analyst, I created a new unified system for our region to track all of the grants we award. This is critical to compliance efforts because FEMA is required to notify grant recipients at certain intervals, such as prior to the expiration of the performance period.

12. During 2024 and 2025, I held two Incident Support Titles and three Incident Management Titles, meaning I had completed the trainings and tasks to be certified for work with the Regional Response Coordination Center (RRCC) and in the field. Over the course of 2025, I spent 41 days working with the Regional Response Coordination Center (RRCC), which is in

charge of coordinating the initial response in a region as FEMA and other stakeholders work to get boots on the ground in a local area that is responding to a disaster.

13. As a CORE employee, I was deployed to three disaster locations in Texas, South Carolina, and then Colorado. In July 2024, I spent a month in Houston, Texas, after Hurricane Beryl, serving as an Operations Task Force Leader. I worked directly with the state, county, and city officials to ensure they were getting the FEMA assistance they needed and to answer any questions they had about the process of getting FEMA assistance. I also worked in the field with our Disaster Survivor Assistance (DSA) teams who go door to door and help people register for assistance, as well as with our Disaster Recovery Center (DRC) locations to ensure they had everything they needed to get disaster survivors registered for assistance and acting as a liaison for any issues that needed to be brought up to leadership.

14. In October 2024, I was again deployed for a month as an Operations Task Force Leader, this time in South Carolina responding to Hurricane Milton. I worked with the Operations Branch Director on tracking and reporting disaster operations to our state partners. I was also in charge of tracking FEMA employee staffing across all cadres as more staff were deployed to the disaster, which provided accurate internal reporting and ensured every employee was accounted for at all times. My contribution to the team was recognized in my deployment review, which noted that I brought "a high level of professionalism, dedication to mission, selflessness, a true embrace of FEMA's CORE Values, and a sincere desire to go above and beyond requirements for the success of the entire team and mission."

15. In November 2025, I was sent to Durango, Colorado, to help the Individual Assistance team conduct preliminary damage assessments after widespread flooding. These assessments catalogue and compile information on unmet needs in order to assess whether an area qualifies for a disaster declaration triggering FEMA support. Although damage assessments were not within my typical program function, because some of the team was furloughed because the flooding occurred during the shutdown, those of us with adequate field experience stepped up to fill in as needed.

16. From my experiences in the field, I know that states do not currently have the capacity to adequately respond to disasters. Usually when we arrive, the state employees have already been there for a couple of days, there are only a handful of them, and they are overwhelmed trying to juggle all the stages of disaster response. They rely on the resources, personnel, and knowledge of FEMA.

17. As my January 13, 2026 NTE date approached, my supervisor submitted the paperwork explaining the need for my renewal. I have consistent performance reviews showing excellent performance. Just two days before my non-renewal, I was given a 5.0/5.0 Achieved Excellence performance review. The review described how I "delivered outstanding performance throughout 2025 at FEMA, consistently exceeding expectations and demonstrating exceptional initiative, adaptability, and leadership," and that I proved to "be a cornerstone of stability and innovation for the Grants Division" by leading "several major process improvement projects" and "stepp[ing] up to provide critical support" during "periods of staff transition and increase workload." A true and correct copy of the performance evaluation I received is attached as Exhibit B.

18. I was the only person in my position in the Grants Division. The division had already lost 65% of the staff it had in January 2025. The Division Director was a probationary employee who was terminated, two branch chiefs and two other employees felt compelled to take the deferred resignation program, and another employee resigned from the increased stress of the job. We have barely been staying afloat in our current workload.

19. Up until 10:53 a.m. on January 13, when I received the notice of my non-renewal, neither my supervisors nor the Regional Administrator knew whether I would be renewed.

20. It is my understanding that my non-renewal decision came from DHS, not FEMA. I saw a copy of the paperwork requesting my renewal, and it explicitly required Secretary Kristi Noem to sign off.

21. I am scared about the financial and health consequences of my non-renewal. I am not married, so I do not have an existing second option for health insurance, and I cannot afford to buy health insurance without an income. I am living with and relying on the support of my

parents in order to cover my basic living needs, and I am worried about my ability to deal with any surprise expenses that may come up.

22. I am enrolled in school part-time to obtain an Emergency Services Administration degree, and I may have to tap into the savings that I have set aside for housing costs in order to continue paying tuition.

23. I have worked since age 19 to be able to have a career at FEMA. I am devastated by the non-renewal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 6, 2026, in Denver, Colorado.

*Brianna R Young*
Brianna Young

# Exhibit A

**From:** FEMA-HC-Employee-Relations <fema-hc-employee-relations@fema.dhs.gov>
**Sent:** Tuesday, January 13, 2026 10:53:35 AM
**To:** Young, Brianna <brianna.young@fema.dhs.gov>
**Cc:** Fox, Katherine B <Katherine.Fox5@fema.dhs.gov>; Ugalde, Berenice <berenice.ugalde@fema.dhs.gov>
**Subject:** Expiration of CORE Appointment

Dear Brianna Young,

The purpose of this message is to notify you that your appointment as a Program Specialist, Cadre of On-Call Response/Recovery Employee (CORE), will not be renewed. Your current appointment as a CORE expires 01/13/2026; therefore, your services will no longer be needed beyond this date.

Please contact Katherine Fox via email at Katherine.fox5@fema.dhs.gov by 01/13/2026, for assistance with out-processing.  You must turn in all Government-issued equipment, including but not limited to cellular phones, laptop computers, keys, credentials, access or identification cards, Government travel credit/charge card (cut credit card in half), and any FEMA office files or back-up (key drives/discs) computer files you have in your possession no later than close of business on 01/13/2026.

Thank you for the services you have provided in support of disaster survivors and the mission of the Agency.

The Retirement and Benefits Branch is available to answer any questions you may have concerning retirement and your Federal benefits.  Please contact the Retirement and Benefits Branch at fema-hc-benefits@fema.dhs.gov.

If you have any questions about this matter, please contact the Labor and Employee Relations Branch via email at fema-hc-employee-relations@fema.dhs.gov.

If you wish to keep this notification, please feel free to forward it to your personal email address as your FEMA access will be disabled close of business 01/13/2026.

### For the office POC:
1. You will need to coordinate with your local HR Liaison or HR POC to process an SF-52 for this action.
2. LER will request offboarding in ALM to remove the employee's building and systems access by 6:00pm on the date of NTE expiration. If deployed, the employee will be offboarded 48 hours after their NTE.

Employee Relations

For access to our forms please visit Employee Relations (sharepoint.com)
Federal Emergency Management Agency
**fema.gov**





Fact Sheet_Benefits Upon Separation from FEMA.pdf
153 KB

# Exhibit B



U.S. Department of Homeland Security
Region VIII
Denver Federal Center, Building 710
P.O. Box 25267
Denver, CO  80225-0267

R8-GRD

January 11, 2026

**2025 Performance Appraisal: Bri Young**

**Employee:** Bri Young
**Review Period:** January 1, 2025 – December 31, 2025
**Reviewer:** Conor McClintock, Grants Division Director (A)
**Division:** Grants Division, FEMA Region 8

---

**Summary of Performance:**

Bri Young has demonstrated exceptional performance throughout 2025, consistently exceeding expectations and contributing significantly to the success of the Grants Division and Region 8. Her initiative, adaptability, and dedication to process improvement have been evident across a wide range of projects and responsibilities.

**Key Accomplishments:**

- **Project Leadership & Innovation:** Bri successfully developed and implemented multiple systems to streamline grant management, including the R8 Grants Award Tracker and the Grants Inbox Tracker. Her work on these projects improved accountability, transparency, and efficiency within the division. Notably, she leveraged Power Automate to enhance notification processes, demonstrating technical proficiency and a commitment to modernizing workflows.
- **Process Improvement:** Bri led the creation of comprehensive checklists, job aids, and forms to support recurring grants tasks, directly aiding in the training and onboarding of new team members. Her efforts to model onboarding programs after best practices and to develop SOP documentation have set a new standard for operational excellence.
- **Collaboration & Team Support:** Bri regularly stepped into leadership and support roles, such as providing ORA Admin Coverage during staff absences and facilitating emergency meeting planning. Her willingness to take on additional responsibilities and her proactive approach to problem-solving have made her a reliable and valued team member.
- **Training & Development:** Bri attended and facilitated numerous trainings, including Microsoft Power Platform courses, FEMA Manager and Supervisor courses, and

  specialized PTB trainings. She developed job aids and delivered targeted training sessions to ensure her colleagues were equipped to navigate new systems and processes.
- **Above and Beyond Contributions:** Bri consistently volunteered for tasks outside her core responsibilities, such as leading the Building 53 supply order, coordinating and deploying out on IA PDAs, and creating a Grants Book Club to foster team engagement and professional development. Her work on the Region 8 Etiquette Guide, including revising it to comply with new executive orders, demonstrated her attention to detail and policy compliance.
- **Adaptability & Initiative:** Bri responded effectively to urgent and unexpected needs, such as the rollout of GovTA during a payroll week and the emergency re-opening of government meetings. She handled these challenges with professionalism and ensured continuity of operations.

**Strengths:**

- Exceptional organizational skills and attention to detail
- Strong leadership and project management capabilities
- Technical proficiency with Microsoft Lists, Power Automate, and SharePoint
- Effective communicator and collaborator
- Proactive in identifying and resolving operational challenges
- Consistently demonstrates initiative and a willingness to take on new responsibilities

**Overall Assessment:**

Briana Young's performance in 2025 has been exemplary. She has consistently delivered high-quality work, demonstrated outstanding initiative, and made significant contributions to the Grants Division and Region 8. Her commitment to excellence, innovation, and teamwork is highly commendable. Bri is a valued asset to the organization, and her work this year sets a strong foundation for continued success.

**Rating:**
Achieved Excellence 5.0/5.0

**Reviewer Comments:**

Bri Young has delivered outstanding performance throughout 2025 at FEMA, consistently exceeding expectations and demonstrating exceptional initiative, adaptability, and leadership. In a year marked by significant organizational change, operational challenges, and loss of 65% of grants staff, Bri proved to be a cornerstone of stability and innovation for the Grants Division.

Bri took the lead on several major process improvement projects, including the development and rollout of the R8 Grants Award Tracker and the Grants Inbox Tracker, both of which have greatly enhanced the division's ability to manage, track, and distribute work efficiently. Her technical proficiency with Microsoft Lists, Power Automate, and SharePoint was instrumental in

modernizing workflows and improving accountability across the team. Bri's willingness to learn new systems and implement automation solutions set a new standard for operational excellence.

During periods of staff transition and increased workload, Bri stepped up to provide critical support, including multiple stints covering the ORA Admin role and facilitating emergency meeting planning. She consistently volunteered for tasks beyond her core responsibilities, such as leading supply orders for Building 53, coordinating IA PDAs, and creating a Grants Book Club to foster team engagement and professional development.

Bri's commitment to training and knowledge sharing was evident in her development of comprehensive onboarding programs, job aids, and checklists, as well as her delivery of targeted training sessions to ensure her colleagues were equipped to navigate new systems and processes. Her leadership in revising the Region 8 Etiquette Guide to comply with executive orders and her efforts to revamp the Grants SharePoint further demonstrate her attention to detail and dedication to continuous improvement.

Her collaborative spirit and proactive problem-solving have been invaluable during a year of transition, helping to maintain continuity and drive positive change within the division. Bri's contributions to process improvement, training, cross-divisional support, and operational readiness have been consistently above and beyond expectations.

Overall, Bri Young's adaptability, technical expertise, and commitment to excellence have been instrumental to Region 8's success. She has set a high standard for reliability, initiative, and teamwork, making her a trusted leader and role model for her colleagues.

Bri's dedication, leadership, and ability to drive innovation and positive change have made a significant impact on our division's and the region's success.

Sincerely,

Conor McClintock
Grants Division Director (A)
FEMA Region 8