Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF CATHERINE FLEMING** |

**DECLARATION OF CATHERINE FLEMING**

I, Catherine Fleming, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Training Specialist, Cadre of On-Call Response/Recovery Employee (CORE) at FEMA with an upcoming NTE date of February 11, 2026.

3. Before I worked at FEMA, I was a nurse. I chose to work at FEMA because I care genuinely and deeply about the survivors of disaster events. There's no one I have met at FEMA who is not dedicated to going above and beyond for the mission. Jobs at FEMA require you to be away from your family and friends for months at a time. You don't take and stay at these jobs if you aren't committed to and passionate about helping people.

4. I have worked at the agency since October 2016. I started in the call center, and I worked my way up to my dream position in the career management section. I am one of thirteen managers who provide the training for everyone in the Individuals and Households Program (IHP).

5. The IHP program provides grants directly to individuals in disaster zones. Those individuals call into the National Processing Service Center, which assesses their needs, and if they are deemed eligible, FEMA provides them direct financial support. This individual assistance could be up to $43,600 for "housing assistance" – *e.g.* reimbursement for repairs to a damaged home, rental assistance, and grants for other costs needed to make a home safe following a disaster – and/or up to $43,600 for "other needs assistance" – *e.g.* reimbursement for repairs of personal property, assistance covering medical and dental costs, and financial assistance for funeral arrangements.

6. In 2017, I was working at FEMA's call centers when our country was devastated by Hurricanes Harvey, Irma, and Maria. I worked 10-14 hour days, 7 days a week, for about eight months straight because even then we did not have enough staff to support everyone in need. People were waiting 18 or 19 hours on the phone just to speak with us. We would answer a call

and hear people snoring because their only hope had been to stay on the line through the night and try to reach us.

7. In my current role as a Training Specialist, I am part of the team that trains every employee who will be handling grant assistance for individual and household programs. This covers almost the entirety of call center and surge staff (*i.e.* anyone in FEMA who does not typically work in the call center and personnel from other federal agencies who are brought over during high disaster season to assist with call center demand). The trainings cover all aspects of the job, from intake through end-of-mission. In a typical week during high disaster season, we will train seven classes a day, every day, and there are still more requests for trainings that we cannot currently fulfill.

8. My entire training team is CORE staff except two permanent-full time individuals. The agency's decision not to renew any CORE positions will mean only seven trainers will remain by the end of 2026. This would mean at most 2-3 classes a day, which is entirely insufficient in disaster season. The result will be fewer staff that are adequately trained before they are sent into field. This means slower assistance to survivors and a greater likelihood of errors, resulting in insufficient or incorrect service. This causes public frustration and exacerbates the backlog by forcing previously trained staff to spend additional time fixing the mistakes of those inadequately trained.

9. In my role, I have lots of visibility into the staffing levels of IHP. We have nowhere near the level of staffing needed to meet our applicants' basic needs. For example, in 2025, FEMA was called to respond to flooding and storm surges in Alaska. This was a relatively mild disaster in comparison to many of the disasters we have seen in the last few years. Nonetheless, FEMA was already so understaffed that it required the deployment of every single individual assistance inspector the agency had in order to make all the eligibility determinations needed.

10. Now the agency is cutting CORE staff, and it is happening in such a haphazard manner that there is no way the remaining employees will be able to get through a disaster and provide the services people need.

11. It is my understanding that entire departments have already been wiped out. For example, I was told that the positions in the IHP audit department were created at the same time, which meant all the employees had the same January NTE dates and the entire department was not renewed. It did not matter that this left no one to fulfill their mission. It was all completely cut.

12. I have heard FEMA leaders talk about the decision to cut half of the staff in the agency as a "level 1 disaster," *i.e.*, a major hurricane-level disaster, that is happening within the agency. They are desperately trying to triage all the specialist roles that have been or soon will be eliminated.

13. Hurricane season waits for no one, and even if the agency eventually realizes its mistake and tries to rehire new staff to fill these roles, the damage will already be done. My role is a specialized position. It takes about 18 months before an employee is qualified to serve as a Training Specialist. Any new staffer would be unable to get up to speed in time, and would lack the institutional knowledge that my team currently has. Every day, I use my years of experience as a call center employee to inform the trainings I give. That is not quickly replicable. And the irony is that by not renewing jobs like mine there will be no one who could even adequately train any new staffers in the future.

14. Likewise, cutting training positions like mine will prevent states and localities from being equipped to provide individual assistance on their own. IHP offers two main types of assistance: housing assistance and other needs assistance. Currently, Texas is the only state that processes other needs assistance without FEMA (and even Texas does not do housing assistance). Yet in 2025, when Texas gave a disaster declaration – the formal request a governor makes for federal assistance – it included a request for FEMA to help the state process other needs assistance because it had more cases than it could handle. This example shows that states could not maintain even half of what FEMA does.

15. The remaining 49 states have not tried to set up and are not trained on how to provide any of this assistance. Eliminating my position and that of other trainers will make it impossible to transition these services to the states.

16. In the past nine years, I have been renewed more than six times. Before 2025, there was never a reason to worry about not being renewed, so long as you had good performance reviews, which I have always had. In February 2025, I was renewed for a 180-day term, and in August 2025, I was renewed for another 180-day term.

17. I am approaching my February 11, 2026, NTE. Even though my supervisors have submitted the paperwork providing all the justifications for my role, I have been hearing that no CORE contracts were being renewed regardless of the justification for the need for the position.

18. On January 23, 2026, I heard that the agency temporarily paused offboarding non-renewed employees. It is my understanding that this is a temporary decision. I have received no further information from FEMA about my upcoming renewal decision. My leadership was told that CORE employees would receive documents laying out the agency's official stance during the week of January 26, 2026, but no one, including my supervisor, has received anything. I am aware of at least one CORE employee who reached their NTE date and still heard nothing from the agency. In the absence of any information, the employee was instructed to continue working, notwithstanding the fact that they had not received either a non-renewal notice or an extension, leaving them entirely unclear what the status of their job is. Every time that I ask my supervisor what to expect for my upcoming NTE date, my supervisor tells me they are still awaiting further guidance.

19. It is extremely stressful to have no information as my NTE date draws near. Given the abrupt and devastating way the agency separated CORE employees on their NTE dates in January, and the complete lack of guidance about the "temporary pause," I believe my job is still in jeopardy.

20. I worked diligently for almost a decade to be the best in my field and to get this job that I love. It's a job that I am so passionate about, and I want to stay in for the rest of my career.

21. There are no comparable jobs that would allow me to apply the niche skill set I have honed and retain the salary level that I currently have. When looking for a new job, I have seen that all the positions that I could apply to are offering half the pay that I earn now.

22. If I lose my job, I am worried about my ability to pay rent, and to care for my elderly parents who live in an attached unit. In addition to losing my income, I will lose all the sick leave days that I have intentionally accrued in order to have paid time to care for them.

23. The loss of sick days is a non-transferrable benefit that also affects others at the agency. For instance, another employee who is undergoing fertility treatments has saved up, over the course of years, 12 weeks of sick leave to add to her maternity leave, and she will lose all of it if she is not renewed.

24. The thing that really breaks my heart, however, is that I know if the agency continues its policy of not renewing CORE employees, people in areas struck by disasters in 2026 will suffer, and some of them will die.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 5, 2026, in Gore, Virginia.

_Catherine Fleming_ (signature)