Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchisholm@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF JEREMIAH HEATH** |

# DECLARATION OF JEREMIAH HEATH

I, Jeremiah Heath, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I Grants Management Specialist at FEMA. In this role, I am part of FEM Public Assistance Program within the Recovery Division. This program provides grants to state, local, tribal, and territorial governments (SLTTs), so communities can quickly respond to and recover from major disasters or emergencies. In my role, I work with SLTTs that have experienced disasters to ensure compliance with state, local, and federal regulations and help facilitate their disaster grant programs.

3. Before my employment at FEMA, I worked as police officer. I take pride in serving the public, and I chose to work at FEMA to continue my career in public service.

4. I have worked for FEMA since October 2019. I was initially hired in a temporary position as a Program Delivery Manager in Minnesota. In this role worked directly with applicants for FEMA's public assistance, primarily the state of Minnesota, to help it get federal reimbursement for completed disaster recovery projects.

5. In February 2021, I was hire as a CORE employee to continue this role as a Program Delivery Manager. From February 2021 through August 2021, I was virtually deployed to Michigan to support COVID-19 response efforts. From August 2021 through November 2022, I worked virtually with all states on COVID-related project closeout, ensuring public assistance funding projects met all federal requirements prior to closure.

6. From November 2022 until August 2023, I worked on non-COVID project closeouts and provided regional and state leadership with data and reporting on project status and workload needs.

7. In August 2023, I was renewed for another 2-year term as a CORE employee, and I became a Grant Management Specialist. I work on public assistance grant programs that helped localities across the Midwest, ensuring compliance with all relevant regulations during project closeouts.

8. Since August 2025, I have been deployed to Indiana as a Program Delivery Manager. Indiana has needed FEMA's support to recover from damage caused by flooding and high winds. I spent multiple months in the field, inspecting damage and repairs that could be eligible for public assistance funding as well as assisting the affected localities with their public assistance grants.

9. Based on my experiences across FEMA recovery efforts, I believe that states are not ready to respond to disasters on their own. They lack the personnel and capacity to respond without FEMA's supplemental assistance. Time and time again, I see disasters come and wipe out a locality's entire operating fund. States and localities rely on FEMA to replenish those funds, and they will be overwhelmed without the grant programs that we operate.

10. Starting in 2025, CORE renewal terms were changed from 2-year renewals to 80-day renewals. I was renewed for 80-day extension on August 27, 2025, and my current NTE date is February 25, 2026.

11. On my SF-50, I was designated a 1059 bargaining-unit eligible employee, and the union's records show that I was within the bargaining unit represented by AFGE.

12. On January 20, 2026, I received an "Expiration of CORE Appointment" notice, instructing me that my appointment as Grants Management Specialist will not be renewed and that my "services will no longer be needed beyond" February 25, 2026. A true and correct copy of my non-renewal notice is attached hereto as Exhibit A.

13. I received no explanation as to why I am not being renewed. I have consistently received positive performance reviews, and I even received a cash award of $3,100 for my excellent performance on June 29, 2025.

14. I have been informed that the decision not to extend my core position is based on a long-term workload assessment; however, it has not been clarified who made this assessment or how it was made. The FEMA leadership in my region has communicated that they do not have any more information about why I and other CORE employees are not being renewed. FEMA leaders have told us they are just as disheartened about the non-renewals as we are.

15. After receiving the non-renewal notice, I requested to be deployed to southern winter disasters. This request was declined, with the explanation that this was not an option.

16. The majority of the grants team that I work on is CORE employees. We are already working at full capacity, trying to address more work than we can get done. Stripping our team of CORE employees will make it impossible to get all the work done that is needed, causing long delays in the grant process.

17. Additionally, my non-renewal will impose a significant financial burden on my wife, my children, and myself. It would force us into impossible choices, such as deciding between paying our mortgage or keeping our home adequately heated. The resulting financial instability and stress would be substantial.

18. As a disabled employee who has a partially replaced elbow joint from my service as a police officer as well as severe migraines, I am provided reasonable accommodations at work. I am worried about my ability to obtain a new job that provides the same accommodations. I have started looking for new jobs, and there are not many available. Of the limited number that are available all of them would require a substantial pay cut.

19. The added stress of the impending non-renewal has already begun to significantly worsen my migraines and, once it takes effect, would likely send them completely out of control. Stress is one of primary triggers for my condition and the stress caused by these events is extremely damaging to my health. I am working hard to move the mission forward at work and care for my family at home, but this has taken a toll on my ability to care for myself and to be fully present.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 4, 2026, in Elk River, Minnesota.

Jeremiah Heath

# Exhibit A

U.S. Department of Homeland Security
Washington, DC 20472



January 20, 2026

| | |
|---|---|
| MEMORANDUM FOR: | Jeremiah Heath<br>Grants Management Specialist<br>Regional Offices<br>Region Five<br>Recovery Division<br>PA Grants Management and Closeout Branch |
| FROM: | Jennifer Grobe<br>Supervisory Emergency Management Specialist<br>Regional Offices<br>Region Five<br>Recovery Division<br>Public Assistance Branch |
| SUBJECT: | Expiration of CORE Appointment |

The purpose of this message is to notify you that your appointment as a Grants Management Specialist Cadre of On-Call Response/Recovery Employee (CORE), will not be renewed. Your current appointment as a CORE expires February 25, 2026; therefore, your services will no longer be needed beyond this date.

Please contact Jennifer Grobe via email at Jennifer.Grobe@fema.dhs.gov email by 2/20/26, for assistance with out-processing.  You must turn in all Government-issued equipment, including but not limited to cellular phones, laptop computers, keys, credentials, access or identification cards, Government travel credit/charge card (cut credit card in half), and any FEMA office files or back-up (key drives/discs) computer files you have in your possession no later than close of business on 2/24/26 date.

Thank you for the services you have provided in support of disaster survivors and the mission of the Agency.

The Retirement and Benefits Branch is available to answer any questions you may have concerning retirement and your Federal benefits.  Please contact the Retirement and Benefits Branch at fema-hc-benefits@fema.dhs.gov.

www.fema.gov

If you have any questions about this matter, please contact the Labor and Employee Relations Branch via email at fema-hc-employee-relations@fema.dhs.gov.

If you wish to keep this notification, please feel free to forward it to your personal email address as your FEMA access will be disabled close of business 2/24/26.