Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF MICHAEL SHELL** |

# DECLARATION OF MICHAEL SHELL

I, Michael Shell, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I was an Emergency Management Specialist, Cadre of On-Call Response/Recovery Employee (CORE) at FEMA until January 13, 2026, when I was not renewed.

3. I dedicated more than nine years of service to FEMA, working the last four years as a CORE employee and spending five years before that as an Individual Assistance reservist.

4. Over the last nine years, I was deployed to multiple disaster sites. As a reservist, I worked across the country, including spending seven months in Florida after Hurricane Irma, three months in North Carolina after Hurricane Florence, a full year in California after the Camp Fire, nine months in Louisiana after Hurricane Laura, three months in New Jersey after the remnants of Hurricane Ida, and four months in Kentucky after the Mayfield tornado. As CORE staff, I spent two more months in Kentucky responding to the Mayfield tornado, and two months in Georgia and Tennessee after Hurricanes Helene and Milton.

5. As an Individual Assistance reservist, I worked in both Mass Care Operations – providing immediate shelter for displaced persons – and in Direct Housing Operations – transitioning displaced persons from shelters into temporary housing units. In the field, I often worked directly with disaster survivors, operating like a case worker to explain the FEMA disaster individual assistance process, help applicants assess their eligibility before submitting claims for individual assistance, assist applicants in navigating the individual assistance process, communicate case status updates as available, and provide referrals to other government agencies and private organizations when relevant.

6. As a reservist, I served in multiple leadership roles, including Crew Lead, Task Force Lead, and Deputy Group Supervisor. During the COVID-19 pandemic, I also served as a Disaster Recovery Specialist supporting a call center project run in conjunction with the Small Business Administration.

7. As an Emergency Management Specialist CORE employee, I worked in the project management section for the Direct Housing Unit (DHU), which falls within the Recovery Division. We are responsible for the planning, coordination, and other operational and strategic support for disaster housing operations. We are the "brains of the operation," supporting FEMA reservists and other FEMA operations personnel in the field as they work to set up housing missions in disaster areas. FEMA's housing missions are the agency's coordinated effort to ensure that disaster survivors have access to safe, sanitary, and functional housing after a federally declared disaster—especially when their primary residence is damaged, destroyed, or uninhabitable.

8. My team and I housed the institutional knowledge for the mechanics of setting up a housing mission. In advance of disasters, I was responsible for project initiatives such as creating and revising the standard operating procedures that guide missions, producing direct housing user guides, interpreting policy when units had questions, and coordinating with the legal team to ensure all actions complied with the relevant standards.

9. Then, when disasters struck, we made the mission a success. We regularly worked with four to five other areas within FEMA to set up a mission, everything from the Logistics division to the Environmental Planning and Historic Preservation division. The Logistics division, for example, is the unit that actually places a temporary housing unit on a piece of property. Our team also supports direct housing through priority initiatives, project management and other tasks such as after-action reports, conducting analysis on implementation effectiveness and coordinating efforts with direct housing subject matter experts to support and improve direct housing implementation.

10. We were also cross trained with the operations side of DHU. This meant we would have coordination calls with the field, execute the mechanics of setting up a housing mission, and work directly with applicants to get them in and out of housing units in a timely, legal, and ethical manner.

11. The DHU team consists of about a dozen individuals across the country, and everyone is a CORE employee. FEMA housing missions are typically up to 18 months but can

extend even longer. We run mission support and provide continuity. We are there from beginning to end.

12. The administration's decision not to renew CORE employees could potentially wipe out our team and all of the institutional knowledge that resides with us. States and localities will be at a total loss because they do not understand the mechanics of how to run one of these missions. These states and localities also may lack many of the essential resources to manage a housing mission, including not having sufficient financial resources to cover disaster costs without federal reimbursements, not having adequate personnel to address immediate displacement needs and handle the challenges faced by displaced persons, and not having staff with the technical expertise to provide efficient and effective relief.

13. Already, the loss of CORE employees is cutting off key services. For example, I was working on a nationwide project to create a Direct Housing Service Center. It would have provided a direct communications line for those in need of temporary housing after a disaster, which would provide faster relief to individuals. It would connect these individuals to housing subject matter experts right away, and it would take a huge burden off the National Processing Service Center. The project was close to going live at the beginning of January 2026, but there is no way it will be able to launch now with CORE employees, including myself, already gone and more with upcoming NTE dates.

14. My CORE appointment had an NTE date of January 13, 2026. I received an email from FEMA OCHCO at 1:37pm on January 13, 2026, informing me that my appointment would not be renewed. A true and correct copy of my non-renewal email is attached hereto as Exhibit A.

15. I received no prior notice or warning, and I had five hours to get things in order and leave.

16. Prior to this, renewals have always been a standard action.

17. I had filled out the paperwork for my renewal on November 6, 2025, and my supervisors submitted it with their justifications for my renewal on November 7, 2025.

18. All of my performance reviews have been excellent, including a recent review in August 2025. In fact, I received two monetary performance bonuses in 2025: one of

approximately $2,500 for exemplary work in spring 2025 and one of approximately $1,000 for my work responding to Hurricanes Helene and Milton.

19. I was told by my supervisor that these non-renewals are happening because the agency has been instructed to reduce its staff by 50%. The supervisors do not entirely know how that 50% cut is going to be carried out, but it is starting with getting rid of every CORE employee as their NTE dates come up in 2026.

20. In my view, they are approaching this with a sledgehammer, not a scalpel. They are smashing through everyone without being thoughtful about who is getting cut and what they do for the agency.

21. From a personal standpoint, the loss of my employment and steady income has created a significant hardship and placed me in a precarious financial situation. I lost dental and vision insurance immediately on January 13, 2026, and I will lose health insurance on February 13, 2026. I am currently struggling to meet basic necessities such as paying for rent, food, utilities, and car insurance. At this moment, my greatest concern is maintaining stable housing. I have to dip into my savings to pay rent, and I am worried about exhausting those savings if I cannot find stable employment right away.

22. I have colleagues on my DHU team who are additionally worried because they have disabilities and fear that they may be unable to get new employment that provides them the reasonable accommodations they need.

23. I loved my job. I love being in the field, and I love helping people. It is my sincere hope that the decision to eliminate FEMA CORE positions will be reconsidered and reversed, allowing us to resume our mission as a prepared and capable agency, one that delivers the level of service the American public truly deserves.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 5, 2026, in Falls Church, VA.

*Michael Shell*

Michael Shell

# Exhibit A

**Shell, Michael**

| | |
|---|---|
| **From:** | FEMA-HC-Employee-Relations |
| **Sent:** | Tuesday, January 13, 2026 1:37 PM |
| **To:** | Shell, Michael |
| **Cc:** | Davila, Carlos; Smith, Marquita |
| **Subject:** | Expiration of CORE Appointment |
| **Attachments:** | Fact Sheet_Benefits Upon Separation from FEMA.pdf |

Dear Michael Shell,

The purpose of this message is to notify you that your appointment as an Emergency Management Specialist, Cadre of On-Call Response/Recovery Employee (CORE), will not be renewed. Your current appointment as a CORE expires January 13, 2026; therefore, your services will no longer be needed beyond this date.

Please contact Carlos Davila via email at Carlos.Davila@fema.dhs.gov by January 13, 2026, for assistance with out-processing. You must turn in all Government-issued equipment, including but not limited to cellular phones, laptop computers, keys, credentials, access or identification cards, Government travel credit/charge card (cut credit card in half), and any FEMA office files or back-up (key drives/discs) computer files you have in your possession no later than close of business on January 13, 2026.

Thank you for the services you have provided in support of disaster survivors and the mission of the Agency.

The Retirement and Benefits Branch is available to answer any questions you may have concerning retirement and your Federal benefits. Please contact the Retirement and Benefits Branch at fema-hc-benefits@fema.dhs.gov.

If you have any questions about this matter, please contact the Labor and Employee Relations Branch via email at fema-hc-employee-relations@fema.dhs.gov.

If you wish to keep this notification, please feel free to forward it to your personal email address as your FEMA access will be disabled close of business January 13, 2026.

**For the office POC:**

1. You will need to coordinate with your local HR Liaison or HR POC to process an SF-52 for this action.
2. LER will request offboarding in ALM to remove the employee's building and systems access by 6:00pm on the date of NTE expiration. If deployed, the employee will be offboarded 48 hours after their NTE.

1