Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF KISHA BLANTON** |

1

Declaration of Kisha Blanton, Case No. 3:25-cv-03698-SI

# DECLARATION OF KISHA BLANTON

I, Kisha Blanton, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am currently unemployed, having recently lost my federal employment with the Federal Emergency Management Agency ("FEMA") when my position was not renewed. Before being terminated, I worked for FEMA as an Environmental Protection Specialist, Cadre of On-Call Response/Recovery Employee (CORE) in the Mitigation Division of FEMA Region 8 in Denver, Colorado.

3. In 1999, I received a bachelor's degree in Environmental Science with a specialization in Biology from the University of Houston. I also received a master's degree in Nonprofit Management from Regis University. I have always worked for nonprofits in the areas of animal care, education, and conservation of wildlife. My career started at the Houston Zoo, where I worked in animal care for 5 years. I then worked at the Cheyenne Mountain Zoo in Colorado Springs, Colorado for 11 years in both education and conservation of endangered species. In my most recent role before joining FEMA, I was at the Denver Zoo for 11 years where I worked on various local and international conservation projects, managing community engagement and environmental education programs for the protection of critically endangered species.

4. I first learned about a potential career at FEMA from a friend who heard of a position for someone with my background and skills. Driven by a commitment to community service and an obligation to serve people, I was drawn to FEMA's mission immediately and I applied for a job with the agency as an Environmental Protection Specialist. I hoped to advance my career and believed the position I sought honored my skills as a trained biologist.

5. In July 2023, FEMA hired me as an Environmental Protection Specialist, which is a CORE position. I worked in the Environmental and Historical Preservation Department within the Mitigation Division. State, local, and tribal governments receive federal funding from FEMA for a whole range of disaster and non-disaster projects (e.g., mitigation projects meant to withstand

1  future disasters). For example, a disaster project could involve rebuilding a road or a bridge after
2  it is washed out by a flood. A non-disaster project could involve selective removal of trees and
3  vegetation—also referred to as "fuels mitigation"—near utility lines to minimize the impact of any
4  future wildfires disrupting power to nearby communities.

5  6. To receive such funds, the projects must comply with applicable federal law,
6  including environmental and historical preservation laws. My job involved reviewing FEMA-
7  funded projects for compliance with laws such as the Endangered Species Act, Clean Water Act,
8  Clean Air Act, National Environmental Policy Act, and National Historical Preservation Act, as
9  well as Executive Orders for wetlands (E.O. 11990) and flood plains (E.O. 11988), among others.

10  7. As a trained biologist, a large part of my role involved supporting other
11  Environmental Protection Specialists in our Region for projects needing review under the
12  Endangered Species Act (ESA). As a federal agency providing federal dollars to applicants,
13  FEMA is required, under Section 7 of the ESA, to consult with the U.S. Fish and Wildlife Service
14  (USFWS) any time a project receiving FEMA funding might impact a listed species. I reviewed
15  often complex projects to determine if there could be effects on species and, if so, consulted with
16  USFWS to obtain a letter of concurrence or sometimes a Biological Opinion (depending on the
17  type of consultation) that would allow FEMA to approve the work for the applicants. I also
18  helped applicants who sought FEMA funds to comply with the ESA by guiding them through the
19  process and ensuring they could implement the required conservation measures (designed to help
20  avoid or minimize risk to listed species) that were outlined by USFWS through these
21  consultations. Ensuring this process is done correctly helps insulate the federal government from
22  exposure to litigation alleging environmental violations, which can be very expensive and time-
23  consuming.

24  8. Ultimately, the most tangible and important goals of my position involved (1)
25  protecting the federal government from lawsuits, and (2) as a skilled subject matter expert, helping
26  to get FEMA-funded projects approved for the applicants in a timely manner so communities can
27  rebuild quickly after disaster and minimize risk for future disasters (preventing loss of lives,
28  property, etc.).

9. Throughout my time at FEMA, long-time CORE employees told me that my position would always be renewed as long as I performed well. Non-renewal, according to them, only occurred if the employee had serious performance issues or there was no longer a need that could justify funding the position. I have only always received positive performance evaluations, and have never been disciplined. And during my time at FEMA, there has always been a need for my position.

10. In July 2025, FEMA sent me a notice that my initial not-to-exceed date ("NTE")—set for that month—would receive a 180-day extension, making my new NTE date January 12, 2026.

11. In November 2025, my supervisor submitted the paperwork justifying the renewal of my position to upper management. I learned this from my supervisor in January 2026.

12. In early January 2026, my coworkers and I started hearing about FEMA employees whose positions were not being renewed. Still, I could not contemplate losing my position because my supervisor submitted my justification document supporting renewal, and there was a need for my position—I was one of only two biologists for the six states in Region 8. I had also been told for some time that we would get at least a 60-day notice of any non-renewal. But I was wrong. By the second week of January, I suspected a non-renewal email was coming because it seemed as if no one was getting renewed, regardless of the need for their position.

13. Sure enough, on January 12, at 2:29 pm, FEMA sent me an email stating that my CORE appointment had expired, notwithstanding my supervisor's recommendation that I should be renewed. I was at a doctor's appointment when this email was sent. I only heard about it from my supervisor who called me. When I got home, I discovered that I was locked out of all my work accounts and could not access any files or communications. One of my superiors had to email the non-renewal letter to my personal email account.

14. This experience has been devasting for me and my family. I have been a single mother of three children for the past 14 years. As much as I loved my jobs prior to FEMA, they did not pay well and I could not support my family. When COVID hit, I put myself through graduate school while working full time and raising my children, because I wanted a better life for

us. I'm proud to say I graduated at the top of my class and was invited to join the Alpha Sigma Nu Honor Society. Being admitted into this organization is very difficult and not only reflects an excellence in academics, but a proven commitment to community service and embodying the core values of my university. My job with the federal government—the job I worked so hard to get—provided me with good pay, better retirement, and health benefits, not to mention a place where I really felt I could make a difference in my community and beyond. It was a life changing opportunity that got us out of a place of "survival mode" and into "thriving mode." My children no longer had to live off free or reduced-price lunches. I could finally start saving so I could help get my children through college when the time came.

15. I do not know what lies ahead with my career. The job market is very competitive right now and I am scared it will take months to find my next role. We have had to immediately cut back on expenses. We will be back in survival mode, watching every penny spent, cutting back on groceries, cutting out anything "extra" like haircuts or school clothes, and no special trips to places like Starbucks to reward someone for a good grade—the little things I liked to do for my kids. I had promised my kids a trip for spring break and had to cancel and tell them we have to stay home. This is hard because I've always struggled giving them opportunities like their peers get (fun vacations and experiences) and I finally got to a place in my career where I could do that for them and now it got taken away again.

16. I am hoping I will qualify for unemployment, which will help pay some, but not all of my bills, especially depending on the cost of health insurance going forward. I will need to pick up a part-time job (if I can find one) while I look for a more permanent full-time job. Unemployment will be much less than what I had made at FEMA, so we will not have enough money to pay for everything (mortgage, food, gas, insurance, health care, etc). And I fear that I won't be able to find a new job by the time unemployment runs out.

17. My 16-year-old daughter was born with cleft lip and palate and is due for another surgery this year (this would be her sixth surgery since birth). I will have to postpone her surgery because I would not be able to take on the medical debt from the out-of pocket expenses at this time. I also promised her we could start planning trips to look at colleges this spring or summer

(she is a junior in high school), but that will no longer be able to happen unless I find a job quickly.

18. Words cannot capture the emotional toll this job loss has taken on me. I've been in complete shock. I am a shell of my former self. I'm heartbroken that I have worked so hard and come so far just to now not be able to provide for my kids in the way I've always wanted to and in the way they deserve. My dream career was taken away so quickly, with only a few hours' notice and no time to plan for the "what next." I'm left picking up the pieces and scrambling to figure out how to move forward and support my family.

19. As for FEMA's services, the nonrenewal of my position will likely irreparably harm state, local, and tribal partners who seek federal funding from FEMA. It was already a very heavy workload with only two biologists in our region to keep up with the needs of project review. The sole remaining biologist in Region 8—also a CORE employee and her NTE is in April—had already been pulled into different directions even before my nonrenewal, as we were short-staffed and had lost several members on our team last year for various reasons (e.g., deferred resignation, fear of job insecurity). It took me a few years to fully get trained and comfortable in the unique role played by the Environmental Protection Specialist; the position cannot easily be turned over to someone else. Consultations (between FEMA and USFWS) required under Section 7 of the ESA can be very lengthy and require trained subject matter experts to collect and compile the data needed to submit reports to the USFWS.

20. Projects still coming in could face serious delays and the communities that rely on these funds to rebuild after disaster or mitigate for future disasters could be stuck waiting and face another disaster before work can be completed. For instance, projects such as those designed to minimize the impacts of flooding (e.g., rebuilding a levee system) to protect entire communities will likely be delayed. These projects often involve complex environmental compliance issues due to scale and scope. If the project cannot be approved in a timely manner, then this puts the community at an elevated risk for disastrous floods in the next flood season. Our state, local, and tribal partners depend on us to work diligently so they can do the work they need to do to protect the communities they serve.

21. Notwithstanding how devastating these last few weeks have been, if given an offer to go back to FEMA to my original CORE position, I would take it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  February 6, 2026, in Aurora, Colorado.

*Kisha Blanton*

KISHA BLANTON