Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF ANNA NELSON** |

## DECLARATION OF ANNA NELSON

I, Anna Nelson, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am currently unemployed, having recently lost my federal employment with the Federal Emergency Management Agency ("FEMA") as the result of the decision not to renew my position. Before being terminated, I worked for FEMA as a Grant Management Specialist, Cadre of On-Call Response/Recovery Employee (CORE) in the Grants Division of FEMA Region 8 in Denver, Colorado.

3. In 2014, I received a bachelor's degree in journalism from the University of Northern Colorado. From the time I graduated to the present, I have always found myself working in grant management. I first took on such responsibilities for three years working at a non-profit organization. I then spent the next seven years working in various departments of the state of Colorado, including the Department of Safety and the Department of Education.

4. When I first heard about local FEMA offices opening in Denver, I jumped at the opportunity to apply. FEMA's mission was certainly consistent with my commitment to public service. And throughout my life, I had always heard very positive things about federal jobs, in terms of stability, pay, benefits, working conditions, and job satisfaction.

5. On January 13, 2024, FEMA hired me as a Grant Management Specialist, which is a CORE position. During my first year of employment, I primarily monitored FEMA grant recipients—these can be state governments, tribal governments, for-profit non-governmental organizations—and ensured that they complied with all applicable federal regulations. After one year, I received a promotion and took on more responsibilities. In particular, I came to oversee the Emergency Management Performance Grant (EMPG) program for Region 8.

6. The EMPG program is the main vehicle for state, local, and tribal emergency management agencies to receive funding. Through such funding, agencies can undertake the projects necessary to ensure that their communities can recover from or be prepared for disasters. For instance, recipient agencies have used EMPG funding to construct new emergency

management centers, train staff, and purchase and maintain equipment (e.g., emergency notification systems).

7. To illustrate how much is at stake when it comes to the EMPG program, in 2025, I singlehandedly managed approximately $94,000,000 of funding across Colorado, Utah, Wyoming, Montana, North Dakota, and South Dakota. To receive such funds, states must submit an application that explains how they intend to use the money to support projects that promote the disaster preparedness standards established by FEMA and the Department of Homeland Security. Such projects can involve the purchase of backup generators for small communities at higher risk of losing utilities during a disaster; funding to implement a statewide disaster exercise that gives emergency management personnel the opportunity to identify areas of improvement and excellence in their response; or funding to develop enhanced shelter and evacuation plans, which can help ensure that equipment and supplies are readily available in areas most likely to be impacted by mass evacuations. My role was to review every application and performance report, and provide ongoing technical assistance to all six states of Region 8.

8. Throughout my time at FEMA, long-time CORE employees told me that my position would always be renewed as long as I performed well. Non-renewal, according to them, only occurred if the employee had serious performance issues or there was no longer a need that could justify funding the position. Also, I understood that non-renewal always involved 60 days of advance notice. I was not worried that I would be non-renewed because my job managing the EMPG program was critical to FEMA's mission, and I consistently received 5 out of 5 on my performance ratings.

9. In September 2025, four months before my not-to-exceed date ("NTE"), my supervisor submitted my justification paperwork to upper management. I learned this from my supervisor, who told me he wanted to submit the paperwork before a potential government shutdown.

10. Starting January 2, 2026, however, my coworkers and I started hearing about FEMA employees whose positions were not being renewed. My supervisor, division director, and

all other senior leadership were at a loss. They told me they had no idea what was happening or why—only that the word from headquarters was that no one was going to be renewed.

11. On January 9, my supervisor and mission support—what FEMA calls their human resources department—pulled me and a few others into an office and told us that we needed to prepare for the worst because we might not be renewed. I spent the next few days gathering my belongings and printing out paystubs, which I would need to apply for unemployment.

12. On January 13 at 11:36 am, FEMA informed me by email that my CORE appointment had expired, notwithstanding my supervisor's recommendation that I should be renewed. I was given until the end of the day to turn in my equipment. Although we had all heard rumors, prior to this email from FEMA, I received no formal notice or indication that my position as Grants Management Specialist would not be renewed.

13. I found this non-renewal process so dehumanizing. I have never experienced anything so cruel from an employer. This instant job loss has absolutely flipped my family upside down. My husband is a public-school teacher and we relied primarily on my six-figure salary to make ends meet. I am five months pregnant with my first child—due in June. Having lost my health insurance through the federal government, we now must pay an additional $600 a month so that I am covered under my husband's plan. It is not possible for us to pay our bills on his income alone, and unemployment benefits could take weeks to begin because of processing time. Even with the added unemployment benefits, we will likely need to break our lease (and incur those penalties) to move into my husband's parents' house. This would be the only way we could pay all our bills and prepare for the birth of our daughter. We've already had to cancel vacation plans celebrating our one-year wedding anniversary. In terms of my current job prospects, I find myself in a bind. FEMA has a generous maternity-leave and remote-work policy that I had planned to rely on to get me through most of the year, including through the birth of my child. Given that I am currently five months pregnant, looking for new employment is challenging.

14. As for FEMA's services, the non-renewal of my position will irreparably harm our recipients. As my Division Director, Conor McClintock, wrote in her justification letter, "Failure to renew [Anna's position] leaves no backfill and reduces remaining Region 8 grants staff to 4

people of the original 18 (as of January 20, 2025)." (Many of the "original 18" left because of reductions in force, deferred resignation, or fear that their jobs would be next on the chopping block). McClintock continued that the "critical functions of grants monitoring/compliance" and execution of the EMPG program would greatly suffer. Although there are still employees remaining in the grants division—all of whom are CORE employees with NTEs set this year—with my exit, no one else left has the practical, historical, or institutional knowledge to manage the EMPG program. This could result in grant recipients not receiving reimbursements; projects being halted completely because there is no one to approve, much less review, recipient requests for project amendments; and local emergency management agencies going bankrupt because the funding has halted, among other possibilities.

15. Besides grant-related work, FEMA employees like me who typically worked behind a desk were deployed to disasters throughout the country on short notice. Our Region is often deployed to assist across the county because we have a relatively low number of in-Region disasters. When Hurricanes Helen and Milton hit, over 80 percent of the staff in Region 8 was deployed. Because of the timing of my wedding, I had to seek a physical deployment waiver but I was virtually deployed. I paused my normal duties to spend six weeks fielding calls from victims, and helped direct survivors to the resources they needed. Most of my colleagues have been physically deployed at one time or another and have even missed Thanksgiving and other holidays to fulfill FEMA's mission. Most recently, one of my colleagues was deployed to Texas in July to look for those little girls after their summer camp had been flooded. If the government continues down the road of cutting CORE employees in our Region, the agency will have fewer people to deploy in response to disasters where their services could have saved lives.

16. Notwithstanding how devastating these last few weeks have been, if given an offer to go back to FEMA to my original CORE position, I would take it.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2 | correct.  February 9, 2026, in Golden, Colorado.

*Anna Rose Nelson*

ANNA NELSON

6

Declaration of Anna Nelson, Case No. 3:25-cv-03698-SI