Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF ALIZA NEWTON** |

# DECLARATION OF ALIZA NEWTON

I, Aliza Newton, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am currently unemployed, having recently lost my federal employment with the Federal Emergency Management Agency ("FEMA") as the result of the January 13, 2026 non-renewal of my position. Before being terminated, I worked for FEMA as a Cybersecurity Specialist, Cadre of On-Call Response/Recovery Employee. I was based out of FEMA headquarters in the District of Columbia.

3. My decades-long career in cybersecurity started with my military service. Simply put, cybersecurity involves protecting digital information on computers, networks, and systems from being misused, stolen, or damaged by hackers or even terrorists. From 1996 to 2004, I served in the U.S. Army as a Telecommunications Operator/Maintainer, processing secured military messages. My duty assignments were based in Fort Campbell, Kentucky; Taegu, South Korea; and the Pentagon. I was at the Pentagon during the 9/11 attack.

4. After the end of my service, from 2004 to 2010, I worked for various U.S. military contractors and continued to use my skills in informational technology management to develop cybersecurity documentation as well as numerous guidelines, regulations, and directives. The work that I performed was all based out of the Pentagon and involved different aspects of cybersecurity. For instance, one contractor had me working as a System Connection Approval Specialist that reviewed and approved agency connections to the Pentagon Network. Another position required me to review and audit systems for final approval after resolving all possible vulnerabilities. From 2010 to 2012, I worked for a U.S. Air Force contractor in their cybersecurity division, performing similar work.

5. In 2012, I began my career as a federal civilian employee. I started with the Air Force in their cybersecurity division (2012–2016, Crystal City, Virginia) and then moved to the Army's Network Enterprise Center (2016–2020, Fort Bliss, Texas), which manages and delivers all communication and information services for a segment of the U.S. Army. Throughout these

1 eight years, my job involved strengthening the security of the military's internal systems so that they are insulated from external threats. In that position, I recommended improvements and updates to high-level officials.

6. In 2020, I applied for a position with FEMA. Helping people is my passion. So when I saw that the agency was looking for an individual with cybersecurity and information technology experience, I viewed the opportunity as a perfect fit because it aligned with both my skills and my interests.

7. FEMA hired me, and on August 17, 2020, I started at FEMA as a CORE Information Systems Security Officer. I worked in the Office of Response and Recovery within the Recovery Technology Programs Division (RTPD). In that capacity, I ensured that my assigned Information Technology (IT) systems were secure from unauthorized use, viral infection, or any other problems that could compromise FEMA's systems.

8. In approximately 2022, I applied for and obtained the position of FEMA Cybersecurity Specialist, which is also a CORE position. My job involved developing and managing numerous technological systems—or applications—that FEMA used to facilitate services to state, local, and tribal governments, as well as to individual disaster survivors. I played the critical role of making sure FEMA's systems functioned seamlessly to aid disaster-relief applicants.

9. For instance, when individual survivors apply for aid after a federally declared disaster, they use an application called FEMA Application Case Tracker (FAC TRAX), a web-based customer relationship management system used to manage, track, and report on public assistance grants from formulation to close-out. To apply, individual applicants for assistance grants fill out details of their situation and describe the nature of their requests. Then FEMA proceeds to process that information, categorize it, and assess the type of relief or services that such applicants can receive. The information that applicants provide in their intake necessarily includes personally identifiable information (e.g., social security number, home address), all of which must be guarded to prevent unauthorized disclosure.

10. FAC TRAX is just one example of the myriad applications FEMA uses in facilitating disaster or mitigation services that involve the flow of sensitive and personal information, including financial information. As a cybersecurity expert, FEMA also tasked me with strengthening and maintaining other such systems so that they would be insulated from external technological attacks.

11. Throughout my time at FEMA, I never had issues with the renewal of my two-year CORE position. In fact, the process was so seamless that I did not even realize it was happening. As I understand it now, whenever my not-to-exceed date ("NTE") approached, my supervisor submitted a justification for my position a few months in advance and FEMA renewed me. I never had any concerns prior to 2026. I consistently received "excellent" ratings on my performance evaluations.

12. On or about January or February 2025, the Department of Homeland Security ("DHS") informed me and others, in writing, that CORE positions now had to be justified to and approved by DHS, not just employees' individual supervisors as previously was the case. That same communication, however, also stated that cybersecurity positions like mine, which are known as "The General Schedule job series 2210s," were exempt from this change—we did not have be preapproved by DHS. In other words, so long as our supervisor submitted a justification and we had a positive review rating, we would be renewed.

13. In November 2025, my supervisor submitted a justification for my position as he had many times before.

14. After the New Year's holiday, I learned the disturbing news that certain FEMA employees were not getting renewed. This came as a complete shock. Still, given my position as a 2210 exempt employee, I was confident I would be renewed. I was wrong. Sometime thereafter in early January, my supervisor informed me that everyone in a particular batch of upcoming renewals, myself included, would be rejected regardless of length of service and performance rating.

15. On January 13, 2026, FEMA sent me an email stating that my CORE appointment had expired, notwithstanding my supervisor's recommendation that I should be renewed. Prior to this date, I received no notice—formal or informal—that my position would not be renewed.

16. This experience has been devastating for me and my family. My husband is disabled and does not work. I am the main breadwinner paying for the mortgage, our car, the son's housing, and other bills. My son just started graduate school full time at Virginia State University in Business Management and runs track for the school. Because my son just started this month, the tuition bills have not yet arrived. But if I continue to be unemployed, my son may have to withdraw from the university as I would have no way of paying for his tuition and fees. I have already started to use our credit cards to stay afloat. I understand I am only incurring more debt. But what other choice do I have? If things do not get better, I may have to file for bankruptcy or sell my house.

17. This job market is tough and competitive. I have been searching for other jobs but have been unsuccessful thus far. The financial strains I am feeling are beginning to affect my mental health and physical wellbeing. I have begun having bouts of anxiety, not to mention the feeling of negative personal identity and shame. I have been dealing with constant insomnia from stress and am eating less because of a loss of appetite. As a disabled veteran and given all the years of services I provided to our country as a federal employee, it feels like a slap in the face for my government to just suddenly pull the rug out from under me.

18. As for FEMA's services, I believe that the nonrenewal of my position will make FEMA's information technology systems vulnerable to cyberattacks. As the subject matter expert, I was the person who relayed information up and down the chain; the upper-level officers and supervisors at the Office of Response and Recovery are now going to be left in the dark regarding the security health of the agency's systems. They simply do not have the practical and institutional knowledge that I developed over the last six years at the agency, and which are informed by my 20+ years in cybersecurity.

19. FEMA's systems could be compromised, and disaster recipients could suffer from delays or inactivity, if no one like me is there to manage the systems and ensure they are secure

and free from threats.  If there is a cyberattack, the impacts could be catastrophic.  In such an event, a number of systems could be disabled, people's identities could be compromised, and FEMA's ability to deliver its services could be stalled or even halted.  Systems that are disabled (i.e., taken offline) cannot be accessed by the public until they are repaired.  Delays in services would inevitably ensue while systems are down.  Additionally, if people's identities are stolen or used for fraudulent purposes, the public may lose confidence in FEMA's systems, which would further undermine relief efforts.  The last thing we want is for people in need to distrust FEMA as an agency they can go to for help.

20.    Notwithstanding how devastating these last few weeks have been, if given an offer to go back to FEMA to my original CORE position, I would take it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  February 5, 2026, in Stafford, Virginia.

_____
ALIZA NEWTON