Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF JACOB PRELL** |

# DECLARATION OF JACOB PRELL

I, Jacob Prell, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am currently unemployed, having recently lost my federal employment with the Federal Emergency Management Agency ("FEMA") as the result of the government's decision not to renew my employment. Before being terminated, I worked for FEMA as a Program Analyst, Cadre of On-Call Response/Recovery Employee ("CORE") at FEMA headquarters ("headquarters").

3. I have a disability called dystonia. It is a neurological movement disorder that causes involuntary or repetitive muscle contractions and impacts my physical activities. As a result, I know how difficult it is to feel helpless because of something out of my control. This understanding motivated me to commit my career to helping people in need. Over the years of dealing with a physical disability, I grew into a more empathetic person. And during my undergraduate education, I learned from one of my professors that I could make a career out of public safety. That led me to pursue an associate's degree in the field of Science in Emergency Administration Management, which naturally led me to FEMA.

4. In 2017, FEMA hired me as a Reservist in the Individual Assistance Cadre. My job title was Applicant Services Program Specialist. Although I lived in Florida at the time, I flew up to the National Conference Center in Virginia for what was supposed to be a two-week orientation. Within five days, however, Hurricane Harvey hit Texas and Louisiana. Even though I had just started, I knew that as a FEMA employee, a disaster can mean "all hands on deck." I was deployed to Maryland for 30 days straight, where I worked out of the National Processing Service Center. In the call center, I fielded calls from the public, did registration intake for hurricane victims looking for federal aid, and handled disaster assistance applications. This meant sitting down with survivors who just had their lives upended, and making sure they understood the process and had their questions answered.

5. Immediately after my work on Hurricane Harvey, Hurricanes Irma and Maria hit. FEMA deployed me to a call center in Nevada for 10 days. At the end of that period, the wildfires in Northern California struck. FEMA then had me drive from Nevada to California to work in the Disaster Recovery Center in Santa Rosa. I spent my working hours talking to individuals affected by the disaster in person and did what I could to connect them with the resources they needed. It was an eye-opening experience for me and further solidified my commitment to FEMA's mission.

6. Over the next 5 years, FEMA deployed me to as a Reservist to Rhonert Park, California (wildfires), the Texas National Processing Service Center (hurricane), Oroville, California (wildfires), and Washington D.C. (pandemic). I also continued to develop my knowledge of the organization by working in other program areas like Logistics, Qualified Interagency Recovery Coordination, and the Office of Business, Industry and Infrastructure Integration.

7. In 2023, I became a Management and Program Analyst, which is a CORE position. In that position, I have directly managed complex systems that helped streamline resource allocation between the federal government and our private sector partners during relief and recovery efforts. I addressed countless Requests For Information. Such inquiries can come from the public, other federal agencies, or private businesses, who have disaster-related questions about subjects that can range anywhere from logistics to which websites they should visit to find resources. I also supported critical operational decision-making. During Hurricanes Helene and Milton, I generated numerous reports on rail disruptions in western North Carolina and mining operations in eastern North Carolina, as well as business and industry economic analysis of impacted areas. I also coordinated medical supplies and device manufacturing, conducted business and industry coordination calls, and worked with State Business Emergency Operation Centers (BEOCs). The goal of my work was to ensure that victims have food, hydration, and shelter. To facilitate this, I helped develop a database to allow tracking of metrics related to FEMA's private sector relationships and managed a web-based portal that provided near real-time information about the latest incident updates, situation-targeted preparedness messaging, response and recovery resources, and appropriate government points of contact.

8. On the recovery side, my knowledge and expertise in data and technology helped me to efficiently manage FEMA's Disaster Resource Library Database, which equips field staff with the resources they need to connect communities with grants. It was this system that allowed local municipalities, for example, to apply for and receive grants to rebuild infrastructure damaged by disasters.

9. Throughout my time at FEMA as a reservist, my 2-year employment term has always been automatically renewed with no action from me. In 2023, when I became a CORE employee, my not-to-exceed date ("NTE") became July 15, 2025. Two weeks before my initial NTE, I received a Notification of Personnel Action ("SF-50") that informed me that my NTE would be extended to January 12, 2026. Other than the SF-50, I received no other communication—written or verbal—from anyone at FEMA about my extension.

10. On or about January 2, 2026, I had a meeting with my Supervisor of Record Brian Holt about the reported uncertainty around the renewal of certain FEMA employees. At some point during that meeting, Tyler Orton, Acting Deputy Division Director for the Interagency Coordination Division Recovery Directorate, informed me that my justification for renewal had been submitted in December. Holt then told me that out of anyone, I had the best justifications to keep my position renewed.

11. But at 5:39 PM on January 12, 2026, the date of my NTE, I received an email from Kimenita Nelson informing me that my CORE appointment had expired, notwithstanding the recommendation that I should be renewed. If I hadn't been monitoring my emails, I would have missed this message; my shift ended at 5:00 PM and management locked me out of all of my work accounts and credentials shortly after that. Prior to Nelson's email, I had received absolutely no notice or indication that my position as Program Analyst would not be renewed.

12. This has been devasting. The nonrenewal of my position has caused immediate and severe personal hardship. I rely on a deep brain simulator with an internal pulse generator to keep my disability from eventually causing my death. I need frequent medical care and upkeep through my neurologist's office and other specialists. I had changed insurance plans during the open enrollment. Although my new plan was supposed to be effective by January 11, 2026, as I

understood it, as of my last day at FEMA (January 12), my insurance-coverage change was still being processed by human resources. I had to cancel impending critical healthcare appointments because I could not afford to pay out of pocket. It was not until January 30 that I received my health insurance card, which I needed to access care. Although I have since seen a doctor, I am unable to reschedule the specialized-care appointments I previously cancelled—there is no availability until April, which is well beyond the expiration of my current insurance.

13. My loss of income also threatens my housing stability, as my lease ends soon and my wife and I are trying to relocate closer to our doctors' offices. The financial uncertainty and stress of securing new employment while managing chronic health conditions and supporting my spouse—who also requires extensive medical care and goes to school full-time—have created an overwhelming burden. This situation jeopardizes our ability to maintain our health, stability, and quality of life.

14. As for FEMA's services, the nonrenewal of my position and those of countless other CORE employees will negatively impact the agency's ability to respond to emergencies and natural disasters. In particular, the institutional knowledge that I accumulated from almost a decade in the organization is not something that can be simply handed off to just any other person. Losing this institutional knowledge, combined with my expertise in stakeholder engagement, process optimization, and interagency collaboration, weakens FEMA's ability to respond efficiently to disasters and risks gaps in the management of the systems that are used to help disaster survivors. For example, I was the primary FEMA employee responsible for designing and creating user-friendly web-based portals for nationally declared disasters on behalf of the National Business Emergency Operations Center—a subdivision of FEMA that coordinates and enhances information-sharing. I coordinated with the leadership and our public and private partners to assess disaster-related needs and how the portal can serve as a resource. As a result of my non-renewal, the efforts I spent updating and improving the portal to make it more efficient and user-friendly will be stalled. Because the system will not be improved as quickly—as I was the individual with the most specialized knowledge—recovery and response efforts may be negatively impacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. February 5, 2026, in Baltimore, Maryland.

_____
JACOB PRELL