OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
HANNAH M. GODBEY, State Bar #334475
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
E-Mail:    Tony.LoPresti@cco.sccgov.org
           Kavita.Narayan@cco.sccgov.org
           Meredith.Johnson@cco.sccgov.org
           Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara, Calif.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-cv-3698-SI<br><br>**DECLARATION OF DANA C. REED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF** |

**DECLARATION OF DANA C. REED**

I, Dana C. Reed, declare:

1. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify to the matters stated in this declaration, which are based upon my personal knowledge and my review of relevant business records.

2. I am the Director of Emergency Management for the County of Santa Clara ("Santa Clara"), where I oversee the Office of Emergency Management. I also oversee the Office of Emergency Management for the Santa Clara County Central Fire Protection District. I have held these positions for eleven years.

3. Previously, I was a Deputy Fire Chief with the City of San José, California, and I also served as an Emergency Services Specialist with the National Aeronautics and Space Administration Ames Fire Department at the Moffett Field Federal Airfield. Overall, I have worked in incident management and emergency management for nearly 45 years, including managing Emergency Operations Centers and serving as an Incident Commander in the field during emergency incidents. I also currently chair the Emergency Managers Committee of the Santa Clara County Operational Area Signatories and serve on the Approval Authority for the Bay Area Urban Areas Security Initiative.

**Background on Santa Clara and Its Office of Emergency Management**

4. Santa Clara is a charter county and a political subdivision of the State of California. It is home to approximately 1.9 million residents, making it the most populous county in Northern California and more populous than 12 U.S. states.

5. Santa Clara County covers approximately 1,300 square miles, from Gilroy in the south to Palo Alto and Milpitas in the north, and includes portions of the San Francisco Bay as well as mountains, foothills, flatland, and rivers. It contains sparsely inhabited rural areas and wildlands as well as large urban centers, including the City of San José, which is the third most populous city in California and the twelfth most populous in the Nation. Many residents live within a 10-mile radius of one or more major fault lines, including the San Andreas Fault, the Hayward Fault, and the

1  Calaveras Fault, all of which run in or closely adjacent to Santa Clara County.

2        6.      Under California's emergency management framework, Santa Clara's Office of Emergency Management is the lead emergency management agency for the entire Santa Clara County Operational Area, which encompasses the geographical region of Santa Clara County and all the local jurisdictions—including cities, towns, and special districts—within it.  In its role as the lead agency for the Santa Clara County Operational Area, the Office of Emergency Management's core function is to promote, facilitate, and support the efforts of Santa Clara and of all of the cities, towns, and local districts within the county to prepare for, respond to, and recover from disasters, emergencies, and complex incidents of all types, including natural disasters such as earthquakes and manmade incidents and events such as cyber and terrorist attacks.  The Office of Emergency Management is also responsible for direct emergency management in the unincorporated areas of the county.  This Office supports first responders, including fire, law enforcement, and emergency medical services in emergencies and disasters.  This responsibility includes determining resource priorities and coordinating the response during proclaimed disasters and emergencies, including coordinating the provision of mutual aid or other resources from other localities and from the state and federal governments.

      7.      In addition to and in tandem with the responsibilities described above, the Office of Emergency Management provides emergency management training; engages in region-wide hazard planning and mitigation efforts; activates, staffs, and operates Santa Clara County's Emergency Operations Center, which serves Santa Clara and the entire Santa Clara County Operational Area during emergency incidents; and coordinates public and private efforts to recover following incidents.

### Santa Clara's Interactions with and Reliance on FEMA Employees

      8.      When preparing for, responding to, and recovering from disasters and emergencies across Santa Clara's vast and varied geographical area, Santa Clara's Office of Emergency Management coordinates with, interacts with, and relies on the labor, expertise, and physical presence of employees of the Federal Emergency Management Agency (FEMA).  In fact, in my experience, FEMA employees have been deployed during or just hours after major disasters and

2

Declaration of Dana C. Reed ISO Plaintiffs' Motion for Preliminary Relief      Case No. 3:25-cv-3698-SI

emergencies. Based on this experience, as well as on FEMA's own National Disaster Recovery Framework,[1] Santa Clara's emergency operations are grounded in and designed around the assumption that trained, expert FEMA employees are available for deployment to Santa Clara County immediately after major disasters and emergencies strike the region.[2]

9. After significant events—including situations such as wildfires, earthquakes, floods, landslides, severe weather, dam or levee failures, droughts, pandemics and epidemics, mass shootings, and terrorist attacks—that may be declared federal major disasters or emergencies, Santa Clara's Office of Emergency Management, working closely with officials from the State of California, relies on FEMA staff to review, assess, scope, and validate the extent of a given disaster and its impact on individuals as well as private and public property, including Santa Clara-owned roadways, bridges, parks, and other land and infrastructure. In these circumstances, FEMA staff work together with the Office of Emergency Management (as well as representatives of the State of California) to conduct in-person preliminary damage assessments in the field, including to determine what federal assistance may be available and whether the disaster or emergency meets the thresholds for recommendation for federal declarations of major disasters or emergencies. FEMA staff are essential to this work, particularly given their familiarity and expertise in the relevant damage thresholds; their fluency in identifying, documenting, calculating, and assessing the damage; and their access to the staff and other resources of FEMA Regional Administrator offices where FEMA formulates recommendations whether to declare a major disaster or emergency. My understanding is that most, if not all, of the FEMA staff who are deployed to the field to conduct these preliminary damage assessments are from FEMA's Cadre of On-Call Response/Recovery (CORE) staff.

10. Because the Office of Emergency Management is not authorized to validate these

---

[1] See FEMA, National Disaster Recovery Framework (3d ed.) (Dec. 10, 2024), https://www.fema.gov/sites/default/files/documents/fema_national-disaster-recovery-framework-third-edition_05062025_0.pdf [archived at https://perma.cc/W9UM-6HLQ]; FEMA, National Disaster Recovery Framework (last updated May 14, 2025), https://www.fema.gov/emergency-managers/national-preparedness/frameworks/recovery [archived at https://perma.cc/K3BT-JNZN].

[2] See generally County of Santa Clara Emergency Operations Plan (Jan. 2022), https://files.santaclaracounty.gov/exjcpb1566/migrated/2022%20EOP_County%20of%20Santa%20Clara_01.20.2022%20Accessibility%20Check.pdf [archived at https://perma.cc/6H3P-94JD].

assessments or formulate or transmit the declaration recommendations, reductions in staffing at FEMA, including but not only FEMA's CORE staff, would significantly slow down or could altogether prevent FEMA from performing its critical, on-the-ground damage assessment functions. These assessments are the necessary first step toward obtaining a federal disaster declaration, itself a pre-requisite to Santa Clara accessing Public Assistance to repair or rebuild public infrastructure, and to Santa Clara residents accessing Individual Assistance to meet their recovery needs. Especially because FEMA has previously acknowledged that it is already understaffed, cuts to FEMA staff, including CORE employees, thus significantly increase the risk that the federal aid allocated by Congress will be inaccessible to the local governments and communities that need it—including, and especially, at the time they need it most, for emergency clothing, shelter, food, and other survival needs.

11. In addition to imposing harms on Santa Clara and its residents in the hours and days after a disaster or emergency, reduction in FEMA's staffing, including of its CORE employees, could increase overall costs, both for the federal government and local governments like Santa Clara. For example, unless there is an immediate impact to residents' lives or personal safety which means repairs must be undertaken immediately to protect the community, Santa Clara awaits assessment, review, and approval by FEMA staff before it can begin to restore public infrastructure damaged during disasters and emergencies. Delays in FEMA's assessment and approval of these projects can result in further degradation of the damaged infrastructure and increase the ultimate cost of repair.

12. FEMA personnel who are present on the ground, in person, and on-site during or immediately after major disasters and emergencies also play a critical, irreplaceable role in supporting residents as they navigate the aftermath of an event that may have thrown their lives into turmoil—for example, because their home has been lost, the grazing land necessary to keep their cattle alive has been burned, or their business has been destroyed. As an illustration, severe winter storms ravaged Santa Clara from December 2022 to February 2023. In the days, weeks, and months following the storms, the Office of Emergency Management and FEMA coordinated closely to facilitate FEMA staff arriving in Santa Clara County, to erect structures, and to establish connections with FEMA's Regional Offices and internet infrastructure. They then established and staffed

disaster recovery centers—physical stations where residents could come to meet with FEMA staff and receive guidance regarding how to navigate the financial, logistical, and legal supports they need after emergencies, for everything from emergency loans to replacing vital records to recovering physical property. My understanding is that most of the FEMA workers who directly interact with Santa Clara residents in this capacity and provide this Individual Assistance following a disaster are CORE or reservist employees, and they are highly trained and familiar with the FEMA policies and processes residents must successfully navigate in order to apply for and obtain emergency assistance. A substantial reduction in the number of such employees at FEMA would threaten or undermine the ability of Santa Clara residents to respond to and recover from disasters, as it would diminish FEMA's capacity to promptly deploy sufficient and sufficiently trained personnel on-site to areas that experience disasters and help residents access Individual Assistance. FEMA's staffing reductions could also force Santa Clara to divert its own resources, to the extent feasible, to make up for the federal shortfall and uncertainty.

13. I have reviewed reports that the federal Administration intends to make major cuts to FEMA's staff, including CORE and reservist staff, and may even intend to cut FEMA's CORE workforce by 40 percent and its overall workforce by half. Santa Clara has an Emergency Operations Plan that memorializes and establishes Santa Clara's holistic emergency management framework. That Plan assumes the existence and availability of trained FEMA staff in disasters and emergencies, including because FEMA operates programs and FEMA's staff conduct activities that Santa Clara and its personnel cannot replicate or replace. Thus, cuts to FEMA's CORE, reservist, and other staff threaten the reliability of that Emergency Operations Plan. Therefore, FEMA's staffing cuts to date and its announcement of massive future cuts is already causing doubt and uncertainty about Santa Clara's own budgeting and staffing plans, which are based on the Emergency Operations Plan and related emergency planning exercises. Were FEMA to continue cutting its staffing, Santa Clara may be required to revise its Emergency Operations Plan, including to account for the substantial risk that FEMA would not provide the staffing and other resources that it has historically deployed and has previously indicated it would deploy in future disasters and emergencies. Even if Santa Clara were to revise its Emergency Operations Plan to account for

FEMA's absence, I do not anticipate that it would be possible for Santa Clara itself to replace the staffing, programming, and other resources that FEMA makes available to Santa Clara and its residents during major disasters and emergencies.

14. Additionally, FEMA staff provide support to local governments if an emergency or major disaster occurs at a large-scale event. Such emergencies can include, among other things, natural disasters, infrastructure failures, active shooter or terrorist events, and crowd-control incidents such as stampedes. Santa Clara just hosted one large-scale event, Super Bowl LX on February 8, 2026, which was rated a Special Event Assessment Rating (SEAR) Level 1 event. Santa Clara also has additional upcoming large-scale events, the FIFA World Cup games during the Summer of 2026, which are rated SEAR Level 2 events. Consistent with FEMA's own guidance documents to date, Santa Clara expected and expects that FEMA staff are available for immediate deployment during or immediately after any disasters or emergencies that occur during these events.

15. In fact, Santa Clara relies on FEMA's maintenance of a sufficient number of employees to handle acute, high-level, simultaneous needs that result in multiple concurrent activations. For example, during the late summer of 2020, FEMA staff deployed to Santa Clara to provide on-the-ground response and recovery support to Santa Clara and its residents related to the SCU Lightning Complex fires, which burned almost 400,000 acres across Santa Clara and four other counties. At the very same time, FEMA staff were also deployed to neighboring Santa Cruz and San Mateo Counties to assist with response and recovery from the CZU Lightning Complex fires; to five counties just north of the San Francisco Bay in connection with yet a third major Northern California wildfire, the LNU Lightning Complex fires; and across the country for COVID-19 response and recovery.

16. The 2026 FIFA World Cup presents a similar situation. Because FIFA World Cup games will be played over the same five-week period in eleven cities across the country, all of which may experience disasters or emergencies, it is likely already a stretch for FEMA staff to be prepared to deploy to all eleven sites simultaneously. Six matches will take place in the Santa Clara region alone over the course of 19 days, from June 13 to July 1, 2026, and it is anticipated that multiple cities in the Santa Clara region will host sponsored and unsponsored events connected to the FIFA

Case 3:25-cv-03698-SI   Document 303-12   Filed 02/10/26   Page 8 of 8

World Cup. Reductions in FEMA's staffing levels have already increased the risk that the agency would be unable to provide an adequate response to an emergency event occurring during the FIFA World Cup games, and that risk would multiply were FEMA staff continue to be cut between now and the World Cup. What is more, the FIFA World Cup games will occur at the start of peak fire season in Northern California, hurricane season in Florida and Texas, and tornado season in the northern Plains and upper Midwest. If a wildfire, hurricane, and/or tornado were to occur, FEMA would need to deploy CORE or other staff immediately to provide support not only to the localities hosting World Cup games, but also to the localities impacted by the wildfires, hurricanes and/or tornadoes. As a local government that manages an area at significant risk for wildfires, Santa Clara relies on FEMA to maintain staffing levels that enable it to deploy and provide support in these sorts of disasters and emergencies even if there are also disasters or emergencies due to weather or SEAR Level 1 or 2 events elsewhere. FEMA's staffing cuts cast doubt on Santa Clara's ability to rely on FEMA in these disasters and emergencies; further staffing cuts would only exacerbate the problem.

17. Like many other local governments, Santa Clara also relies on FEMA personnel to perform grant administration functions timely and competently. FEMA staffing cuts, especially substantial cuts, would harm Santa Clara because they would reduce Santa Clara's access to FEMA employees who provide technical assistance for the often complex grants that Santa Clara receives and relies upon to conduct its own programming, purchase emergency-management equipment, and plan for and provide mutual aid across the Bay Area region and state.

18. In short, dramatic reductions in FEMA staffing would undermine Santa Clara's ability to engage in critical emergency management planning, response, and recovery, and would also likely cause Santa Clara to incur additional costs. For Santa Clara's nearly two million residents, these functions can be—and have been—a literal lifeline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 08, 2026 at San José, California.

_____
DANA C. REED

7
Declaration of Dana C. Reed ISO Plaintiffs' Motion for Preliminary Relief    Case No. 3:25-cv-3698-SI