Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF LEAH BARTON** |

# SUPPLEMENTAL DECLARATION OF LEAH BARTON

I, LEAH BARTON, declare:

1. I am the Executive Director at Harris County Public Health, the nationally accredited public health agency for the nation's third-largest county. We seek to protect health, prevent disease and injury, and promote health and well-being for everyone in Harris County.

2. I oversee a team of approximately 1,000 permanent staff members, in addition to some temporary staff, in the following divisions: Community Health and Violence Prevention Services; Community Health and Wellness; Environmental Public Health; Health Prevention and Coordinated Care; Mosquito and Vector Control; Public Health Preparedness and Response; and Veterinary Public Health. I also oversee our seven offices, including the Office of the Executive Director; Human Resources; Office of Communications, Education and Engagement; Office of Epidemiology, Surveillance and Emerging Diseases; Office of Financial Services; Office of Planning and Innovation; and Operations and Technology Services.[1]

3. I have held this position since September 2025 and have worked for Harris County since 2021. I have prior experience as Interim Executive Director of Harris County Public Health, as Deputy County Administrator, and in private sector leadership roles.

4. I make this supplemental declaration in support of the above-captioned case. My prior declaration (Dkt. No. 37-46) remains accurate. Except as otherwise stated, I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

## Harris County, Texas

5. With a population of over five million residents, and continuing to demonstrate year-over-year population growth,[2] Harris County is the most populous county in Texas and along the Gulf Coast, as well as the third most populous county in the nation.

6. Harris County is the petrochemical capital of the nation, and many industrial refining

---

[1] *About Harris County Public Health*, HARRIS CNTY. PUB. HEALTH, https://publichealth.harriscountytx.gov/About/About-HCPH (last visited Apr. 23, 2025.)

[2] *Quick Facts: Harris County, Texas*, U.S. CENSUS BUREAU, https://perma.cc/32JS-9ZE6.

and chemical companies operate along the Houston Ship Channel.[3] These facilities emit toxic air pollution, which has been shown to cause negative health impacts including respiratory issues and increased incidence of cancer.[4]

7. According to a 2024 Community Health Assessment, Harris County has more health problems compared to state-wide medians in nine health areas, including sexually transmitted infections (STIs), maternal, fetal and infant health, and immunizations and infectious diseases.[5] The State of Texas ranks 40th in an assessment of state-by-state health.[6] One in four residents of Harris County do not have health insurance.[7]

**Harms Related to Staffing Cuts at the Federal Emergency Management Agency (FEMA)**

8. Before, during, and after a natural disaster, FEMA takes steps to assist communities in need. This includes the provision of financial assistance to local, state, and territorial governments who expend resources in protection, management, or recovery from a disaster. During the COVID-19 pandemic, the FEMA Public Assistance Program expanded to include eligible emergency protective measures in response to the COVID-19 emergency at the direction or guidance of public health officials.

9. Harris County has yet to receive all the relevant public assistance reimbursements from FEMA for necessary expenses incurred to protect public health during the COVID-19 pandemic. Since 2020, Harris County Public Health has submitted over $200 million in FEMA reimbursement claims for COVID-19 and other weather-related events, such as Hurricane Beryl.

---

[3] *Petroleum Refining & Chemical Products*, TEX. ECON. DEV. AND TOURISM OFFICE, https://perma.cc/3TXX-47JB; *see also* ENV'T PROT. AGENCY, Regulatory Impacts Analysis, Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act, Section 112(r)(7) (2016) (*available at* https://perma.cc/JUJ6-4EXL).

[4] *Health Impacts of Air Pollution in Harris County, TX*, HARRIS CNTY. PUB. HEALTH, at p. 8 (2024) https://perma.cc/M39F-2HKK.

[5] OFFICE OF PLANNING AND INNOVATION, COMMUNITY HEALTH ASSESSMENT, HARRIS CNTY. PUB. HEALTH (2024) (available at https://perma.cc/XPS6-AQ7V).

[6] *2024 State Summaries, America's Health Rankings*, UNITEDHEALTH FOUND., https://www.americashealthrankings.org/learn/reports/2024-annual-report (last accessed Apr. 23, 2025).

[7] OFFICE OF PLANNING AND INNOVATION, *supra* note 5.

Approximately $66 million of these claims remain pending, and additional reductions in FEMA staffing threaten to further delay processing, putting the County's emergency response capabilities and other critical initiatives at risk.

10. FEMA employees, including CORE employees, process these reimbursements, and delays have occurred even at current staffing levels. Given the substantial volume of outstanding reimbursement requests and the historically lengthy processing timelines, any further reduction in FEMA staffing would likely further delay reimbursement to Harris County Public Health.

11. FEMA staffing reductions will also reduce the number of employees who are available to provide grant management support to Harris County. Without adequate FEMA grant management support, including designated personnel to engage with local jurisdictions, answer questions, and provide timely guidance on grant eligibility and documentation requirements, Harris County's ability to assess funding availability, commit to emergency response activities, and secure reimbursement for both current and future disaster response efforts would be significantly compromised. Such delays not only restrict the County's capacity to reallocate funds to other critical projects but also risk slowing response and recovery efforts during future public health emergencies and disaster events. As an example, during the Omicron and Delta waves of the COVID-19 pandemic, Harris County could not engage approximately 1,000 emergency nurses, respiratory therapists, and related medical personnel to support area hospitals until FEMA staff assessed program eligibility and advised the County that emergency medical staffing expenses would likely be eligible for reimbursement.

12. Additionally, in the aftermath of a major event, FEMA has provided direct support for disaster recovery efforts in Harris County. This includes the National Disaster Medical System (NDMS), which utilizes healthcare providers across the nation to enter post-disaster areas and set up temporary medical centers to provide care to impacted citizens, and the Disaster Mortuary Operational Response Team (DMORT), which fields experts to support local mortuary services in identifying victims and reuniting human remains with loved ones. FEMA assists with the deployment of these teams by providing logistical support, such as arranging travel, coordinating arrivals and hotel accommodations, and ensuring that both personnel and equipment arrive on time

and are effectively integrated with local government partners. By providing support for non-impacted healthcare professionals and mortuary experts, NDMS and DMORT allow for Harris County Public Health workers to adequately support the community while concurrently handling any personal injury or impact. Because of FEMA's key logistical support for these teams, reduced staffing at FEMA would adversely impact the operation of NDMS and DMORT in Harris County and jeopardize sufficient public health operations in times of disaster. Given the frequency of high-risk natural disasters in Harris County, this is of particular concern.

13.    FEMA Incident Command System (ICS) training is a critical component of Harris County Public Health emergency preparedness, as it enables Harris County to effectively coordinate with federal, state, local, and international emergency partners. These FEMA-developed trainings are offered in both online and instructor-led formats, including courses delivered by FEMA personnel through the National Disaster and Emergency Management University.[8] As of December 29, 2025, 92 percent of Harris County Public Health employees (964 of 1,037) have completed all four required National Incident Management System foundational courses, ensuring broad baseline preparedness across the department. More advanced and position-specific FEMA trainings—such as ICS 300, 400, 305, 318, 312, HSEEP—are completed by a smaller but critical subset of county leadership, preparedness staff, public information officers, and subject matter experts who are essential for managing complex, large-scale incidents.[9] However, these advanced and position-specific courses are offered less frequently, and repeated pauses in FEMA training availability due to COVID-19 disruptions and government shutdowns have placed many employees behind in their required courses, leaving County staff waiting for essential training. These delays have already challenged Harris County Public Health's ability to maintain National Incident Management System

---

[8] THE NATIONAL DISASTER AND EMERGENCY MANAGEMENT TRAINING. FEMA. https://training.fema.gov/ (last accessed on January 30, 2026).

[9] ICS 300 and ICS 400 trainings cover advanced applications of the Incident Command System for expanding and complex incidents, including multi-agency and multi-jurisdictional coordination. ICS 305, 312, and 318 trainings are position-specific courses that focus on the roles and responsibilities of Incident Management Team members, including incident command, planning, logistics, and operational coordination functions. HSEEP (Homeland Security Exercise and Evaluation Program) training provides standardized guidance for designing, conducting, and evaluating emergency preparedness exercises.

compliance. Compliance with this standard ensures that personnel from multiple agencies and jurisdictions can quickly organize and communicate effectively during an incident, allowing responders to focus on serving the community instead of spending time establishing a leadership structure and making a plan for coordination. When agencies and jurisdictions maintain National Incident Management System compliance, all partners are ready to operate together and prioritize community needs immediately. Reduced FEMA training staff would cause continued disruptions or reductions in FEMA training capacity, which would further constrain Harris County leadership readiness, slow incident command activation, weaken regional and national coordination, and ultimately impair public health response, recovery operations, and the protection of community health and safety during emergencies.

14. The BioWatch program is a vital component of Harris County's public health and homeland security infrastructure, providing early detection and response capabilities for potential biological threats, including anthrax. The effectiveness of this program depends on sustained federal support, specialized FEMA training, and FEMA participation in coordinated exercises to ensure readiness across agencies. Any reduction in FEMA staffing would directly compromise BioWatch operations, limit training and exercise participation, and weaken the County's ability to rapidly detect, respond to, and mitigate biological threats, thereby posing a serious risk to public health and safety.

15. The ability of Harris County community members to receive timely disaster assistance is critical to maintaining non-medical drivers of health such as food, shelter, and transportation. Following a disaster, FEMA staff, including CORE employees, set up Disaster Recovery Centers (DRCs) to support residents with emergency assistance applications. Cuts to FEMA staff would place the burden of operating Disaster Recovery Centers on Harris County Public Health or another Harris County department, which would divert Harris County budget and staffing from important local needs.

16. Harris County is preparing to support the FIFA World Cup, a global event that will bring a significant influx of visitors, increased infrastructure demands, and heightened public safety and public health responsibilities. Adequate preparedness for an event of this scale requires close

coordination with federal partners, advance planning, training, and clear communication channels to ensure rapid response in the event of a disaster, public health emergency, or security incident. FEMA plays a critical role in supporting these preparedness efforts, including guidance on emergency response coordination and disaster assistance eligibility. Any reduction in FEMA staffing will hinder planning, slow response capabilities, and jeopardize the County's ability to effectively protect residents and visitors during the World Cup and other large-scale future events.

17. The direct and substantial interests discussed above demonstrate the harm to Harris County which will result from staffing reductions at FEMA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 05, 2026 at Houston, Texas.

/s/ Leah Barton
LEAH BARTON