Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF FAITH LEACH** |

**SUPPLEMENTAL DECLARATION OF FAITH LEACH**

I, Faith Leach, declare as follows:

1.      My prior declaration (Dkt. No. 37-54) remains accurate. I have knowledge of the facts set forth in this supplemental declaration as a result of information provided to me in the performance of my job duties and, if called as a witness, could and would testify competently to the matters set forth below.

2.      I am the Chief Administrative Officer of the City of Baltimore (the City). I have served in this role since March 2023.

3.      In my role, I manage the day-to-day government operations across the entire City enterprise, ensuring the effective, efficient, and equitable delivery of City services.

4.      The Mayor and City Council of Baltimore, the City's corporate identity, is a municipal corporation organized pursuant to Articles XI and XI-A of the Maryland Constitution and is entrusted with all the powers of local self-government and home rule afforded by those articles. Baltimore is the largest city in Maryland and the thirtieth largest city in the United States.

**The City's Emergency Management Agencies**

5.      The City's Office of Emergency Management is a component of the Baltimore City Fire Department. The Office of Emergency Management helps Baltimore prevent and respond to emergencies and disasters through comprehensive planning, strong partnerships, and coordinated response efforts. The City is vulnerable to events such as storms, flooding, and other emergencies that may critically impact residents.

6.      Natural disasters are not the only emergencies for which the Office of Emergency Management must prepare. A central area of the Office's focus is anti-terrorism preparation. The Department of Homeland Security (DHS) has recognized that the Baltimore area is a high-threat jurisdiction and a likely target of terrorist activities based on a risk assessment taking into account population density, concentration of symbolic landmarks, concentration of critical

infrastructure, important business interests, and potential for maximum disruption and media attention.

7.      In addition to natural disasters and terrorism, the Office of Emergency Management responds to man-made emergencies. The Office was recently called into responding to one such high-profile disaster: the March 26, 2024, allision of the M/V Dali into the Francis Scott Key Bridge. That allision caused the bridge's sudden collapse, killing six maintenance workers, plunging more than a thousand tons of steel into the Patapsco River, and closing the Port of Baltimore for eleven weeks. The allision served as a stark reminder of the importance of a locality's disaster response capabilities, and of the importance of federal capacity to assist with disaster preparedness, mitigation, response, and recovery services.

8.      Baltimore City Fire Department itself is a Class 1 fire department serving a geographic area of 92 square miles with a daytime population exceeding 1,000,000 and a residential population of more than 620,000. The Fire Department's 1,600 members respond to more than 235,000 calls for service annually.

**Anticipated Impacts of FEMA Workforce Reductions on Baltimore**

9.      FEMA provides useful and necessary assistance to the Office of Emergency Management and Baltimore City Fire Department when the City experiences emergencies, which FEMA will be far less equipped to do after staffing cuts. The FEMA CORE team, for example, provides critical disaster relief and recovery capacity when disasters exceed the capabilities of local and state governments. Cuts in such personnel would, in the event of large-scale incidents, shift federal responsibilities to the Office of Emergency Management and Baltimore City Fire Department and substantially burden local systems that are already stretched, impeding the City's ability to provide critical services to its residents.

10.     In fact, FEMA staff are involved in the surveys and assessments that go into any disaster declaration, and that declaration allows access to the disaster relief fund. FEMA's Individuals and Households Program, for example, provides financial and direct assistance for housing (such as rental assistance, reimbursement for hotel costs, or temporary housing units)

after a disaster. As another example, FEMA's Crisis Counseling Assistance & Training Program provides grants that supplement community-based outreach and educational services to relieve adverse behavioral and psychological effects caused by a disaster. FEMA Public Assistance Grants also offer financial assistance to local government to support debris removal, power generation, and repair, replacement, or restoration of disaster-damaged publicly owned facilities. Lastly, in the event of larger emergencies where thousands of residents are displaced or impacted, FEMA teams in disaster recovery centers help ensure survivors are aware of the resources available and can utilize them effectively. Delays in the assessments and surveys necessary for a disaster declaration and subsequent fund access itself could thus be catastrophic to the City.

11.     Without FEMA CORE, the City would also face reduced access to federal resources needed to establish Joint Field Offices, Recovery Offices, and Incident Management Teams. CORE personnel bring essential expertise in grant management, logistics, planning, communications, and program delivery, capabilities that enable rapid scaling of response and recovery operations during complex or multi-incident disasters. For example, after the collapse of the Key Bridge, FEMA supported operations at Baltimore's Disaster Recovery Center by coordinating recovery resources, including federal loan programs that offered financial relief to businesses economically impacted by the bridge collapse.

12.     Because Baltimore is a coastal city, it is more susceptible to flooding and other consequences of climate change. The City relies on FEMA trainings and programs to maintain readiness for flooding events. For example, the City has engaged residents in flood-prone communities to join the National Flood Insurance Program, which provides flood insurance (often not covered in home insurance policies) and encourages floodplain management practices. FEMA trainings are essential for City staff to understand the Program and accurately inform residents of the insurance premium discounts available to them based on the National Flood Insurance Program's Community Rating System. Staffing cuts also threaten to disrupt the trainings that FEMA provides for floodplain certification, disaster preparedness planning, and

technical and oversight assistance for Community Assistance Visits, which assess how local governments can strengthen their implementation of the National Flood Insurance Program.

13.     In addition, Baltimore receives reimbursement through the FEMA Public Assistance Program for the costs of services and equipment (e.g. snow removal efforts, water crisis support) associated with responding to declared emergencies caused by inclement weather or infrastructure incidents. The FEMA Public Assistance Program is administered by CORE employees, and reimbursements will necessarily be delayed by staffing cuts that eliminate the personnel who process such reimbursements.

14.     Several programs and positions in the Office of Emergency Management and Baltimore City Fire Department themselves are funded with FEMA grants such as the Emergency Management Performance Grant, the Homeland Security Grant Program, Assistance for Firefighters Grant Program, Fire Prevention & Safety Grants, and Port Security Grants.

- For example, the City uses Emergency Management Performance Grant funding to support salaries for its Duty Officer Program, which permits the Office of Emergency Management to provide round-the-clock incident and emergency response.
- The Office of Emergency Management has also used State Homeland Security Program grants to fund the salaries for preparedness, training and exercise, planning, and communications personnel; surveillance of special events or high-risk areas; equipment for bomb squad and special operations teams; community emergency response team training; community preparedness promotional materials, supplies and equipment for the hazmat/chemical, biological, radiological, nuclear, explosives, and search and rescue teams; supplies and upgrades for the City's Emergency Operations Center; and staff training and development.

- The Baltimore City Fire Department also relies on Fire Prevention and Safety Grants to support the salaries of its vacant dwelling and door-to-door smoke alarm installation teams.

Grant funding that supports these critical missions for Baltimore would be delayed or threatened if FEMA lacks the personnel to carry out its statutory duties. Should FEMA grant funding be impaired, the City would find itself unable to compensate staff, procure necessary equipment, and conduct needed training and regional coordination.

15.    Delays in accessing federal Public Assistance grants and Individual Assistance programs (including housing, home repairs, and temporary sheltering) in the event of large-scale incidents would likely force the City to front recovery costs or postpone critical services. If the City is forced to front those costs or postpone services, there will be delays in the delivery of housing, repair, and sheltering services that would disproportionately impact low-income and vulnerable communities, who often have fewer options for temporary housing or financial stability.

16.    Baltimore also uses the FEMA Bulletin, which provides critical information about funding opportunities, national emergencies and response efforts, public assistance programs, technical support and training opportunities, guidance and examples of prevention, response, mitigation, and recovery initiatives, and the FEMA Daily Operations Briefing, which provides updates on new or ongoing incidents, hazard monitoring, disaster declaration activity, and event monitoring. A staffing reduction at FEMA would likely hamper this information sharing.

17.    Baltimore relies upon trainings provided by FEMA through the National Disaster and Emergency Management University (formerly Emergency Management Institute) and online independent study courses. The City's disaster preparedness would be negatively impacted if these trainings were no longer offered due to staffing cuts.

* * *

18.    Put simply, for departments like the Office of Emergency Management and Baltimore City Fire Department—already managing high demand for emergency medical

services and coping with aging infrastructure—FEMA staffing cuts translate directly into longer

recovery timelines, increased reliance on contractors and short-term staffing, higher local

financial burdens, and a reduced capacity to support residents and infrastructure following major

disasters.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct. Executed February  6 , 2026 at BALTIMORE CITY, MARYLAND.

_Faith P. L_

_____

Faith P. Leach

DECLARATION OF FAITH LEACH
NO.