CITY OF CHICAGO DEPARTMENT OF
LAW, AFFIRMATIVE LITIGATION
DIVISION

REBECCA A. HIRSCH (pro hac vice)
LUCY PRATHER (pro hac vice)

121 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934

Attorneys for Plaintiff
City of Chicago

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698<br><br>**SUPPLEMENTAL DECLARATION OF FRANCISCO VELEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**SUPPLEMENTAL DECLARATION OF FRANCISCO VELEZ**

I, FRANCISCO VELEZ, declare:

1. I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as the Executive Director of Chicago's Office of Emergency Management and Communications. I have held this position since February 2025. Before my appointment as Acting Executive Director, I served as a Deputy District Chief in the role as Coordinator of Special Events Liaison with the Chicago Fire Department.

3. As Executive Director of the Office of Emergency Management and Communications, I make strategic decisions, in collaboration with the Mayor's Office and stakeholders across the City, to manage community safety for three million Chicago residents, including by planning and executing large-scale public events, as well as by coordinating the City's emergency response efforts. I serve as a liaison and subject matter expert on all related policy matters and on use of authorities and resources to promote and protect public safety and communications. I currently manage an executive team of nine, a budget of $97 million, and approximately 800 employees, with a dedication to sustaining a strong public safety infrastructure.

4. Collaboration with State and Federal partners is an essential element of the Office of Emergency Management and Communication's public safety operations. These steps taken to dismantle the Federal Emergency Management Agency ("FEMA") threaten the continuity of OEMC's public safety coordination services.

5. The Office of Emergency Management and Communications collaborates with both the Illinois Emergency Management Agency and FEMA to respond to natural disasters within Chicago.

6. Chicago has endured three natural disasters that rise to the level of a federal Major Disaster Declaration within the past two years: twice due to extreme flooding, and once due to damage caused by multiple tornados. A Major Disaster Declaration frees up federal money for the

City's use; it also allows for the deployment of FEMA employees (including CORE staff) and resources to assist residents by removing debris, assessing damage, repairing and rebuilding damaged homes, obtaining temporary shelter, and addressing other disaster-related needs.

7. After the President signs a federal Major Disaster Declaration, FEMA provides critical staffing support to the Office of Emergency Management and Communications, in two primary ways. First, FEMA collaborates with the Illinois Emergency Management Agency to establish Disaster Recovery Centers, where residents in need of aid can obtain disaster-related shelter and potential financial support or the support in applying for potential low-cost loans. Other services that FEMA provides include: mass care, crisis counseling, case management, legal services, etc. Second, FEMA participates in a multi-agency Preliminary Damage Assessment Team alongside City, County, and State personnel in underserved areas, such as areas with an increased number of elderly or disabled residents who may not be physically able to leave their homes and travel to the nearest Disaster Recovery Center for assistance, to identify and allow such residents to access needed assistance.

8. The Office of Emergency Management and Communications lacks the staffing capacity to create multiple Disaster Recovery Centers and cannot provide sufficient personnel to knock on doors in all underserved areas of Chicago. Even if the Illinois Emergency Management Agency were able to continue to provide some support to the Office of Emergency Management and Communications during natural disasters, it would not have the capacity to fill the gap if FEMA were to be absent during a major disaster.

9. Additionally, FEMA administers programs like the Hazard Mitigation Grant Program, which funds projects to reduce future disaster risks (e.g., flood control, resilient infrastructure). These grants are essential for cities to strengthen their infrastructure and reduce long-term vulnerability. Recent usage of Hazard Mitigation Grant Program funds in Chicago and Cook County include the River City condominium Structural Retrofit and the Addison Creek Watershed Flood Reduction projects. These projects reduce the risk of property damage and loss of life when disaster strikes. If FEMA were to reduce its staffing, processing these grants would be slower, delaying essential projects.

10. FEMA also oversees the Integrated Public Alert and Warning System, which ensures cities can send emergency alerts to the public quickly and reliably during crises. This includes Wireless Emergency Alerts, which the Office of Emergency Management and Communications has used as one of its primary mass notification systems since it was introduced in 2012. Wireless Emergency Alerts help the Office of Emergency Management and Communications and emergency managers quickly inform the public about evacuation routes, shelter locations, or imminent threats.

11. FEMA also develops and coordinates National Incident Management System training, which standardizes emergency response across jurisdictions. This ensures Chicago's emergency personnel can integrate seamlessly with state and federal responders during large-scale incidents as all entities are working under the National Incident Management System framework.

12. Without FEMA personnel to oversee and administer the Integrated Public Alert and Warning System and Wireless Emergency Alerts information systems and National Incident Management System training program, emergency management personnel in Chicago at all levels could lose a critical resource in preparing for and responding to emergencies.

13. If FEMA's proposed staffing cuts go forward, the Office of Emergency Management and Communications will be unable to fill the gap left by FEMA's absence during major disasters. Without FEMA's personnel for damage assessments doors will go unknocked, vulnerable individuals will not receive aid, the City's disaster preparedness efforts would suffer, and residents who are entitled to federal, state and local disaster relief and support will not be contacted. Every lost contact during the critical window following a disaster may have long-term financial impacts on the victims when they are most vulnerable and in need.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2026, in Chicago, Illinois.

Francisco Velez, Executive Director