Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF SAMUEL PEÑA** |

# SUPPLEMENTAL DECLARATION OF SAMUEL PEÑA

I, SAMUEL PEÑA, declare:

1. I am the Chief of Infrastructure Services and Disaster Recovery with the Harris County Office of the County Engineer. Our mission includes overseeing Harris County's disaster preparedness, response, and recovery operations including FEMA Public Assistance program management, emergency debris removal, infrastructure restoration, and federal disaster reimbursement coordination. I oversee a team that manages complex emergency service procurements and contractor operations during disaster activations.

2. I have held this position since 2024. Prior to that, I served as Senior Project Manager and Chief Disaster Response Officer for Safety and Building Operations Services with the Office of the County Engineer. Prior to that I served as Fire Chief for the City of Houston for eight years and the Fire Chief for the City of El Paso for four years.

3. Except as otherwise stated, I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

## Harris County

4. With a population of over five million residents and continuing to demonstrate year-over-year population growth,[1] Harris County is the most populous county in Texas and along the Gulf of Mexico coast, as well as the third most populous county in the nation.

5. Harris County is prone to flooding and other natural disasters due to its proximity to the Gulf of Mexico, its flat and low-level elevation, and its explosive urban development. Harris County experiences a major flood event approximately every two years, resulting in hundreds of millions of dollars in damages since the inception of the Harris County Flood Control District in 1937.[2] More funds have been paid to Harris County than to any other community under the National Flood Insurance Program, which FEMA manages and administers.[3]

---

[1] *Quick Facts: Harris County, Texas*, U.S. CENSUS BUREAU, https://perma.cc/32JS-9ZE6.

[2] *Harris County's Flooding History*, HARRIS CNTY. FLOOD CONTROL DIST., https://perma.cc/2TV7-EEUQ.

[3] *Id.*

1

Declaration of SAMUEL PEÑA                                    Case No. 3:25-cv-03698

**Harms Related to Staffing Cuts at the Federal Emergency Management Agency (FEMA)**

6. From reports in the press, I am aware that the Trump Administration has recently begun implementing significant workforce reductions at the Federal Emergency Management Agency (FEMA). From those press reports, I understand that DHS has begun implementing plans to cut up to 50 percent of FEMA's staff and that Department of Homeland Security (DHS) Secretary, Kristi Noem, stated that FEMA should be completely eliminated.[4]

7. Implementation of these FEMA staffing reductions will have a direct and adverse impact on Harris County.

8. During the past ten years, FEMA has declared thirteen disasters and emergencies in Harris County.[5] These disaster/emergency declarations included:

- 2017 Hurricane Harvey
- 2018 Severe Storms and Flooding
- 2019 Severe Storms and Flooding
- 2019 Tropical Storm Imelda
- 2020 Covid–19
- 2020 Tropical Storm Beta
- 2021 Severe Winter Weather
- 2021 Hurricane Nicholas
- 2021 Covid-19 Continuance
- 2024 Severe Storms and Flooding incl. the "May Derecho"
- 2024 Hurricane Beryl
- 2026 Severe Winter Weather

These major disaster declarations have resulted in FEMA providing federal assistance

---

[4] Gabe Cohen, *FEMA planning exercise envisioned deep workforce cuts, adding to uncertainty around agency's future*, CNN (Jan. 5, 2026), https://perma.cc/QN9R-WE2Z; Sean Michael Newhouse, *FEMA set for elimination, Noem says, amid bipartisan House reform proposal*, GOV'T EXEC. (Mar. 24, 2025), https://perma.cc/2NV6-9FFG.

[5] *Disaster Declarations for States and Counties*, FED. EMERGENCY MGMT. AGENCY, https://www.fema.gov/data-visualization/disaster-declarations-states-and-counties (last accessed April 24, 2025). As of June 30, 2025, FEMA's interactive data tools are no longer available.

programming to the impacted areas through individual assistance, public assistance, and hazard mitigation assistance. FEMA's supplemental grants and/or loan programs have supported individuals, households, government entities, and certain non-profits in recovery from disaster damages.

9.  FEMA staff, including CORE employees, provide essential services to local, state, and territorial governments that expend resources in protection, management, or recovery from a disaster. Harris County has directly benefited from the assistance provided by FEMA's CORE staff.

10. When a disaster occurs, FEMA staff are on the ground at Harris County's Emergency Operation Center and satellite locations, where they coordinate communications with state and federal agencies, assist with housing solutions, advise on hazard mitigation strategies and provide and coordinate resources for remediation and other real-time needs. FEMA employees also assist in urban search and rescue operations, and activate resources to bring in trained personnel from across the country to assist in locating the missing and rescuing those who may be stranded.

11. FEMA sends its employees (including CORE employees) to disaster areas to deliver much-needed aid. Resources provided by FEMA include food, water, ice, medical equipment, and other essentials the affected community needs to prevent serious harm and loss of life. FEMA provides extra manpower to assist with the recovery effort, including personnel sufficient to distribute resources to the community. For example, after Hurricane Harvey, FEMA staff came to Harris County to distribute the aforementioned necessary supplies and help prepare shelters for the unhoused population.

12. FEMA also provides trainings that increase Harris County's capacity to prepare for and respond to different disaster scenarios. FEMA employees design and provide training for local government on a range of subjects including hazard mitigation and emergency operations. FEMA employees also facilitate tabletop exercises to train local government personnel.

13. FEMA provides public assistance to affected communities in the form of resources, manpower, and recovery funds. Harris County and FEMA have coordinated over 300 public assistance projects since 2017. FEMA employees also help local governments and individuals to navigate the process to receive additional federal funding, including by assisting community

members who need help applying for federal benefits. Additionally, FEMA makes financial assistance available directly to affected residents to begin the rebuilding process. The Disaster Relief Fund, maintained by DHS and replenished by Congress, allocates these funds to affected residents. This direct disaster relief work is largely done through FEMA employees (including CORE employees) and funded through the Disaster Relief Fund.

14. A reduction in the number of FEMA employees would directly impact Harris County residents the next time the County faces a major disaster. A reduction in FEMA staffing would very likely mean fewer employees available for preparedness training and exercises, worsening the impacts of a disaster. Immediately after a disaster, there would likely be insufficient manpower from FEMA to distribute emergency resources at recovery centers. Nor would trained staff be available on the ground to efficiently assist residents with individual assistance applications. Combined with a shortage of staff available to properly process a high volume of individual assistance applications and accurately and effectively distribute funds, residents' claims would increasingly be denied or delayed. This could double or triple the wait time for temporary housing, replacement of belongings, and home repairs. Such an extended delay would cause serious economic hardship for the residents of Harris County. Delayed grant processing also delays mitigation efforts, which are essential to prevent public health consequences such as harmful mold growth in residences and spread of contagious illnesses in shelters.

15. Having fewer personnel to assist with disaster recovery and distribution of critical resources would also have a direct negative impact on Harris County's agencies, services, and finances. The Harris County Office of Emergency Management and County organizations that provide social services would face increased demand that those agencies are not currently staffed to meet, forcing individuals to turn to homeless shelters, food banks and emergency medical services. This would create financial strain on local governments within the County and would divert resources from other essential county services. Reduced FEMA staffing for disaster recovery would also delay or prevent Harris County from accessing FEMA's public assistance funds for critical post-disaster work such as debris removal and infrastructure repair.

16. FEMA employees (including on-the-ground CORE employees) are also critical to

reviewing and verifying the damage assessments required to obtain a federal disaster declaration—a key step in the FEMA financial assistance process. Trainings by FEMA employees, including CORE employees, prepare local government to properly document damage assessments, understand eligible costs, and understand the specialized damage assessment protocols (e.g. substantial damage models) that FEMA builds and regularly updates. Once on the ground, these same FEMA employees use their technical proficiency to assist local governments to prepare claim documentation for reimbursement and to ensure full compliance with all FEMA requirements.

17. In the event of a hurricane, FEMA-covered costs may include security measures, debris removal, and repair of Harris County critical infrastructure, such as road and bridges. During Hurricane Harvey, for example, FEMA personnel assisted the Office of the County Engineer in the months-long property-damage assessment for the thousands of homes and businesses impacted by the disaster. My understanding is that CORE employees were involved in this on-ground and extensive work.

18. Moreover, while the Office of the County Engineer performs the debris removal from the unincorporated area of Harris County, in the aftermath of disasters such as Hurricane Beryl, the Office of the County Engineer relies on FEMA to provide debris removal reimbursements. That process is administered by FEMA employees (including CORE employees) and entails significant and complex paperwork. In our experience, FEMA was understaffed even under previous staffing conditions, and this resulted in delays in processing and in obtaining reimbursements.

19. Harris County has yet to receive the relevant public assistance reimbursements from FEMA for events that occurred years ago. In fact, reimbursements and approvals remain ongoing for weather-related incidents including Hurricane Ike (2008) and Hurricane Harvey (2017). Given the volume of outstanding reimbursement requests, and the historical lengthy duration in processing these requests due to inadequate staffing, further staff reductions at FEMA would further extend the delay in reimbursement for these funds. These delays strain county resources and make it difficult for the County to meet its residents' needs in other areas.

20. Natural disasters in Harris County are likely to become more severe and more frequent due to climate change, the County's location in an active hurricane corridor, its continuing

population growth, and the substantial percentage of residents who reside in low-resource, high-flood risk communities. It is therefore very likely Harris County and its residents will require the assistance of FEMA in the short and long term.

21. The U.S. Fire Administration (USFA) is an entity within FEMA.

22. The USFA provides data collection, public education, research, and training. USFA also serves as the conduit for FEMA grants that provide critically needed equipment, protective gear, emergency vehicles, training, and funding for required staffing, and projects that enhance public safety and firefighter safety. The USFA has in the past provided free Unified Command Training for the Houston Fire Department, the Harris County Fire Marshal's Office and the thirty-three Emergency Service Districts within Harris County at its National Fire Academy in Emmitsburg, Maryland. However, due to the staffing reductions at FEMA, all in-person training classes offered by the National Fire Academy as well as FEMA's Center for Domestic Preparedness and National Disaster and Emergency Management University have been suspended.

23. The resources, training and equipment provided through the USFA directly benefit the Office of the County Engineer and the residents of Harris County by improving the firefighting skills and capabilities of the thirty-three departments in Harris County that residents rely on to keep them safe. Any further reduction within the USFA would hinder the training and flow of information as required by the 2003 Homeland Security Presidential Directive – 5, which was issued specifically to require such training. Further reductions would also disrupt the award of grant funds to the detriment of the Office of the County Engineer and place Harris County at great risk of loss of life and property.

24. The direct and substantial interests discussed above demonstrate the harm to Harris County that would result from staffing reductions at FEMA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2026 at Houston, Texas.

_____
SAMUEL PEÑA