Christopher Sanders (*pro hac vice*)
General Counsel to King County Executive &
Special Deputy Prosecutor
Erin King-Clancy (SBN: 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

*Attorneys for Plaintiff,*
*Martin Luther King, Jr. County*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF AARON RUBARDT, CHIEF BUDGET OFFICER FOR MARTIN LUTHER KING, JR. COUNTY, IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

# DECLARATION OF AARON RUBARDT

I, AARON RUBARDT, declare:

1. I am over the age of eighteen and competent to testify to the matters stated herein. I make this Declaration based on my personal knowledge and on my review of records, information, and reports compiled by King County departments in the ordinary course of business.

2. I am the Chief Budget Officer for Martin Luther King, Jr. County ("King County"). I have served in this role since 2026 and have been employed by King County since 2007. I am also a member of County Executive Girmay Zahilay's Senior Leadership Team. In my role, I am responsible for managing daily County operations, coordinating strategic priorities, and advising on policy, intergovernmental relations, and emerging risks affecting County services.

## King County

3. King County is located in Washington State and encompasses approximately 2,307 square miles, with a population of roughly 2.3 million residents, making it the largest county in Washington and among the most populous counties in the United States. The County includes 39 cities, extensive rural and mountainous areas, major waterways, and critical regional infrastructure.

4. King County employs approximately 18,000 employees and is operating under a 2026-2027 biennial budget of $20.16 billion. The County provides essential regional and local services, including public health, emergency management, law enforcement, courts, prosecution and public defense, wastewater treatment, transit, solid waste management, public works, environmental protection, and elections.

5. King County is not a profit-making enterprise. The costs of providing mandatory and essential public services exceed non-tax revenues, requiring the County to rely substantially on state and federal funding. King County's 2026-2027 biennial budget assumes more than $500 million in federal funding for operating and capital programs.

6. Capital projects funded by federal sources require long-term financial certainty and involve substantial third-party contractual commitments. Adequate federal staffing, and timely review, approval, and reimbursement are critical. King County does not have the fiscal capacity to

1

Declaration of Aaron Rubardt in Support of Plaintiffs' Motion for Temporary   Case No. 3:25-cv-03698-SI
Restraining Order and Order to Show Cause Re: Preliminary Injunction

indefinitely front federal costs, particularly during periods of general fund constraint.

### Systemic Harms From Federal Workforce Reductions

7. Beginning in 2025, widespread reductions in force ("RIFs") and reorganizations across federal agencies—including the Department of Homeland Security ("DHS") and the Federal Emergency Management Agency ("FEMA")—have already caused significant disruption to King County operations.

8. King County staff have experienced unanswered communications, canceled intergovernmental meetings, delays in grant administration, and loss of access to federal subject-matter expertise. Federal employees responsible for grant oversight, technical assistance, and reimbursement approvals have been terminated without replacement, impairing ongoing County projects and services.

9. These harms are not speculative. King County depends on federal partners for data, training, regulatory interpretation, emergency response coordination, and reimbursement processing. The erosion of this intergovernmental partnership has immediate operational, fiscal, and public safety consequences.

10. These impacts are particularly concerning in light of the upcoming 2026 FIFA World Cup, for which Seattle will host multiple matches. Approximately 750,000 visitors are expected in the region. Federal agencies—including DHS, DOJ, and the Department of State—play essential roles in event security, emergency preparedness, and coordination. Federal workforce instability threatens readiness for this internationally significant event.

### FEMA-Specific Impacts On King County

11. FEMA plays a central role in King County's preparedness, mitigation, response, and recovery activities. Large-scale RIFs at FEMA would severely impair King County's ability to protect life, property, and public infrastructure.

12. FEMA-funded staff support King County's Office of Emergency Management ("OEM"), including work on wildfire risk reduction, extreme heat mitigation, emergency planning, training, and large-scale disaster exercises. Loss of FEMA-funded positions would jeopardize implementation of critical public safety strategies, including the Community Wildfire Protection Plan

2

Declaration of Aaron Rubardt in Support of Plaintiffs' Motion for Temporary
Restraining Order and Order to Show Cause Re: Preliminary Injunction

Case No. 3:25-cv-03698-SI

required under the County's Wildfire Risk Reduction Strategy.

13. FEMA staffing reductions would also impair disaster response and recovery operations, including deployment of technical experts to Washington's Emergency Operations Center, staffing of Joint Field Offices, operation of Disaster Recovery Centers, and timely processing of Public Assistance and Individual Assistance programs.

14. FEMA Core staff—who comprise much of FEMA's regional response and recovery workforce—are essential for on-the-ground coordination with state and local governments following disasters. Loss of these personnel would directly delay reimbursement, technical guidance, and community recovery assistance.

### Financial Harm And Pending FEMA Reimbursements

15. Since 2015, King County has been a FEMA Public Assistance applicant for multiple federally declared disasters, including severe storms, flooding, wildfires, and the COVID-19 pandemic.

16. As of January 2026, King County has more than $103 million in FEMA Public Assistance reimbursements pending approval or payment. The majority of this amount relates to COVID-19 response and recovery, with additional outstanding projects stemming from the 2017 and 2020 flood events and more recent disasters.

17. These pending reimbursements include large infrastructure repair projects, emergency protective measures, donated resources, water control facilities, roads and bridges, debris removal, and management costs. Delays in reimbursement force the County to carry substantial financial risk and increase costs due to lost interest and inflation.

18. FEMA staffing reductions threaten to further delay or halt review, approval, and payment of these reimbursements, compounding fiscal harm to the County.

### Permitting, Floodplain Management, And Infrastructure Delays

19. FEMA plays a critical role in floodplain management, flood mapping, and National Flood Insurance Program ("NFIP") compliance. King County departments—including the Department of Local Services ("DLS") and the Department of Natural Resources and Parks ("DNRP")—rely on FEMA for Letters of Map Amendment ("LOMA"), Letters of Map Revision

3

Declaration of Aaron Rubardt in Support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction

Case No. 3:25-cv-03698-SI

("LOMR"), technical assistance, training, and ordinance review.

20. FEMA staffing shortages have already caused permitting delays. For example, a City of Redmond project requiring FEMA floodplain approval has experienced prolonged delays, threatening a one-year construction postponement and an estimated $1 million increase in project costs. King County cannot lawfully bypass FEMA requirements without risking catastrophic downstream liability.

21. FEMA also provides essential training required to maintain NFIP compliance. Loss of FEMA training capacity places the County at risk of noncompliance, probation, increased flood insurance premiums for residents, or suspension from the NFIP altogether.

**Public Health Impacts**

22. Public Health - Seattle & King County relies on FEMA for disaster recovery coordination, Disaster Recovery Center operations, emergency preparedness training, and interagency planning. FEMA staffing reductions would limit Public Health's ability to disseminate health and safety information, meet preparedness training requirements, and coordinate response during major public health emergencies.

**Wastewater Treatment Division Impacts**

23. The King County Department of Natural Resources and Parks, Wastewater Treatment Division ("WTD"), operates and maintains critical regional wastewater infrastructure, including treatment plants, pump stations, conveyance systems, and associated facilities that serve millions of residents and businesses across King County. WTD is designated as a critical lifeline utility and is essential to public health, environmental protection, and regional economic stability.

24. WTD relies extensively on FEMA programs to support continuity of operations, disaster cost recovery, and long-term infrastructure resilience. Reductions in FEMA staffing or curtailment of FEMA programs would have immediate and material operational, financial, and safety impacts on WTD and, by extension, King County's ability to meet its core public obligations.

25. FEMA's Public Assistance program is a core mechanism through which WTD recovers eligible costs following federally declared disasters. These reimbursements support emergency protective measures, debris removal, facility stabilization, and damage repairs following major storm

4

events, flooding, seismic incidents, or other disasters. Delays or unavailability of FEMA Public Assistance support would increase WTD's financial exposure, reduce access to technical guidance on eligibility and documentation standards, impair audit readiness, and potentially shift disaster recovery costs to local ratepayers. Such impacts would also affect capital planning, rate stability, and long-term asset management for the wastewater system.

26. WTD also routinely evaluates and applies for FEMA hazard mitigation grants to harden critical infrastructure against seismic, flood, and climate-related risks, including projects addressing electrical redundancy, facility protection, and system resilience. Loss or reduction of FEMA staffing would likely delay technical review, approval timelines, and grant administration, which are already lengthy. These delays would jeopardize the feasibility of future mitigation projects, particularly those requiring federal cost-share, and would increase the County's exposure to preventable disaster-related damage.

27. FEMA staffing reductions would also affect regional emergency coordination and response mechanisms relied upon by WTD, including participation in emergency support functions related to public works and engineering, hazardous materials response, and continuity of operations planning. Reduced FEMA capacity would limit training opportunities, exercises, and preparedness programs that support WTD's ability to safely operate critical facilities during and after major incidents.

28. Collectively, the loss or degradation of FEMA support to WTD would materially increase operational risk, delay disaster recovery, strain local financial resources, and undermine the resilience of essential wastewater infrastructure relied upon by millions of King County residents.

**Conclusion**

29. The reductions in force and reorganization of FEMA and other federal agencies have already caused concrete harm to King County. Continued or expanded workforce reductions will further impair emergency preparedness, disaster response, infrastructure recovery, fiscal stability, and public safety for more than 2.3 million residents.

30. Because of the deeply integrated nature of federal, state, and local government operations, the full scope of harm from a substantially depleted federal workforce will continue to

5

Declaration of Aaron Rubardt in Support of Plaintiffs' Motion for Temporary
Restraining Order and Order to Show Cause Re: Preliminary Injunction

Case No. 3:25-cv-03698-SI

unfold over time, with cascading and irreversible consequences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2026 at Seattle, Washington.

_____
AARON RUBARDT

6

Declaration of Aaron Rubardt in Support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction

Case No. 3:25-cv-03698-SI

Case 3:25-cv-03698-SI   Document 303-17   Filed 02/10/26   Page 8 of 8