1  David Chiu (SBN 189542)
    City Attorney
2  Yvonne R. Meré (SBN 175394)
    Chief Deputy City Attorney
3  Mollie M. Lee (SBN 251404)
    Chief of Strategic Advocacy
4  Sara J. Eisenberg (SBN 269303)
5  Chief of Complex and Affirmative Litigation
    Molly J. Alarcon (SBN 315244)
6  Alexander J. Holtzman (SBN 311813)
    Deputy City Attorneys
7  OFFICE OF THE CITY ATTORNEY
    FOR THE CITY AND COUNTY OF
8  SAN FRANCISCO
9  1390 Market Street, 7th Floor
    San Francisco, CA 94102
10 molly.alarcon@sfcityatty.org
    alexander.holtzman@sfcityatty.org
11

12 *Attorneys for Plaintiff*
    City and County of San Francisco
13

14                UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17 AMERICAN FEDERATION OF                        Case No. 3:25-cv-03698-SI
    GOVERNMENT EMPLOYEES, AFL-CIO, *et*
18 *al.*,                                        **DECLARATION OF DORIS PADILLA**

19        Plaintiffs,

20    v.

21 DONALD J. TRUMP, in his official capacity
    as President of the United States, *et al.*,
22
         Defendants.
23

24

25

26

27

28

DECLARATION OF DORIS PADILLA, No. 3:25-cv-03698-SI

**DECLARATION OF DORIS PADILLA**

I, Doris Padilla, declare as follows:

1. I am the Deputy Director in charge of the Division of Emergency Services at the Department of Emergency Management of the City and County of San Francisco (City).

2. I have worked for the City for 15 years. I joined the City in 2010 at the Department of Emergency Management, where I researched community resilience and engaged neighborhood groups and nonprofits in preparedness and capacity-building work. During this initial tenure at the Department of Emergency Management, I served as a Community Outreach Specialist and Exercise Coordinator. In 2019, I joined the San Francisco Human Services Agency as the Disaster Preparedness and Response Director. In this role, I strengthened the Human Services Agency's ability to lead and respond to mass care and human services emergencies, and I oversaw disaster preparedness and response efforts. Starting in February 2020, I coordinated the COVID-19 response at the Human Services Agency Department Operations Center. In July 2020, I was selected to lead the Human Services Branch at the City's COVID Command Center.

3. I hold a Bachelor of Arts in Chicano Studies and Political Science from the University of California, Los Angeles, and a Master of Public Administration from San Francisco State University.

4. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

5. The City has recently experienced emergencies to which FEMA has responded, including the COVID-19 pandemic and 2023 winter storms. The City actively prepares for a wide range of possible disasters or emergencies in which it would rely on FEMA's assistance, including flooding, earthquakes, extreme weather, and terrorist attacks.

6. CORE employees at FEMA are essential to FEMA's work in helping local governments. I expect that the federal government's layoffs of FEMA CORE employees will harm the City and its residents in three primary ways.

7. *First*, I expect that the layoffs of CORE employees will lead to a significantly slower

DECLARATION OF DORIS PADILLA, No. 3:25-cv-03698-SI                                                    1

1   response by the federal government with fewer resources to disasters. CORE employees have subject

2   matter expertise, deploy to disaster sites, and can work out of the Emergency Operations Centers

3   (EOCs) from which the disaster response is managed and perform a range of activities, including

4   damage assessment, logistics management, and community relations. Hundreds of FEMA staff may

5   deploy to a disaster site to support response efforts.

6       8.    The City has conducted its emergency planning based on well-supported assumptions

7   tied to FEMA's current response capacity. With the planned layoffs, it will likely take the City longer

8   to receive federal support compared to the timelines outlined in our plans. With these layoffs, the

9   City will need to replan for a much longer timeframe in which the City will be left to meet its own

10  needs before FEMA determines the support it can provide. In addition, the City will compete with

11  other local governments and states for the limited FEMA resources and staff. Even once FEMA sends

12  CORE staff, it's likely that they will deploy fewer people. In summary, cuts to FEMA CORE staff

13  will weaken the ability of federal, state, and local governments to provide societal stabilization

14  following disasters.

15      9.    *Second*, layoffs of CORE employees will result in delays in financial assistance to the

16  City and its residents, which is vital to the City's recovery from any disaster. CORE employees are

17  essential in processing aid applications for both individual assistance to City residents and public

18  assistance to the City. Examples of individual assistance include rental assistance, home repair or

19  replacement, medical/dental cost reimbursement, and funeral expenses. Examples of public assistance

20  include reimbursement of costs to the City for emergency medical care or repair of utility systems

21  and public buildings. During the COVID-19 emergency, for example, public assistance supported

22  high volume vaccination sites. CORE employees provide technical assistance in accessing this

23  funding, including through Program Delivery Managers. The City will often work with the same

24  Program Delivery Managers for many years, and these employees will be involved in granular

25  aspects of financial assistance—for example, assessing the materials required for rebuilding and

26  helping to ensure compliance with the National Environmental Protection Act. CORE employees

27  provide critical support to disaster survivors and communities, and expect that the CORE employee

28

DECLARATION OF DORIS PADILLA, No. 3:25-cv-03698-SI                                                   2

1  layoffs will delay reimbursements and result in increased upfront costs for the City.

2      10.    *Third*, the layoffs of CORE employees will negatively impact disaster preparedness. CORE employees are not solely involved in response and recovery but also work on preparedness. For example, CORE employees provide trainings and support preparedness initiatives, including through the National Exercise Program (NEP). The National Exercise Program provides the City with technical assistance for disaster preparedness exercises. The City would not have the staff to conduct disaster preparedness exercises of the same quality and scale without the support of CORE employees within the National Exercise Program, harming the City's preparedness for future disasters. CORE employees also help provide technical assistance to senior local officials on how to prepare to unlock federal resources that will be necessary following a disaster.

    11.    Each of the above harms will occur to at least some degree with the layoffs of CORE employees that I understand from public reporting may have already occurred in January, and these harms will deepen this year as the federal government refuses to renew more CORE employees' terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of February 2026, in San Francisco, California.

Signed by:

*Doris Padilla*

DORIS PADILLA

DECLARATION OF DORIS PADILLA, No. 3:25-cv-03698-SI      3