Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION LILLI LESSEY** |

# DECLARATION OF LILLI LESSEY

Lilly Lessey hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the President and a dues-paying member of Local 3241 of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME Local 3241" or the "Union"). I have served as the elected President of Local 3241 since September 2023.

3. AFSCME Local 3241 is affiliated with Oregon Council 75 of the American Federation of State, County and Municipal Employees ("AFSCME Council 75"). Council 75, through its constituent local unions like Local 3241, represents over 40,000 workers across state government agencies, county governments, municipalities, nonprofits, and other organizations across the State of Oregon. Both AFSCME Local 3241 and AFSCME Council 75 are subordinate bodies of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"). All members of AFSCME Local 3241 are also members of AFSCME Council 75 and AFSCME International."). Membership is voluntary and requires the payment of membership dues, a portion of which is remitted to AFSCME International. I have paid my membership dues in a timely fashion for many years.

4. AFSCME Local 3241 is the certified exclusive collective bargaining representative, pursuant to Oregon state law, for over 90 employees at the Oregon Department of Emergency Management (OEM). OEM's mission is to lead collaborative state-wide efforts to protect, mitigate, prepare for, respond to, and recover from emergencies or disasters, regardless of cause. One of the primary ways OEM accomplishes this mission is by managing federal grant programs related

to disaster relief, emergency preparedness, and homeland security. The primary federal agency OEM works with is the Federal Emergency Management Agency (FEMA), and OEM is the primary grantee within the State of Oregon for FEMA programs. FEMA and its parent agency, the Department of Homeland Security (DHS), provide the vast majority of funding that OEM receives.

5. The bargaining unit at OEM includes all employees within OEM that are not managerial, supervisory, confidential, temporary, or scheduled for under 32 hours per month. These bargaining unit employees conduct a wide variety of mission critical work at OEM, from grant management to search and rescue to office administration. Bargaining unit members care deeply about OEM's mission to keep Oregon's communities safe.

6. The Union's mission is to represent the interests of OEM's employees and advocate for fairness in the workplace and better working conditions. AFSCME Local 3241 and OEM have executed a collective bargaining agreement ("CBA") that codifies various terms and conditions of employment, including benefits, work rules, layoff provisions, a negotiated grievance process, and other procedures of the workplace. The Union funds its work on behalf of represented employees through the voluntary membership dues paid by bargaining unit employees who affirmatively elect to join the Union as members.

7. In my role as AFSCME Local 3241 President, I am the primary point of contact for the Union. I interface regularly with OEM management, communicating proactively about issues impacting bargaining unit members. I am also in constant communication with the employees that AFSCME Local 3241 represents, soliciting their input and facilitating regular membership meetings. Prior to being elected President, I served as a steward, representing bargaining unit members in disciplinary and

grievance meetings. As a result, I am very familiar with the different roles that our bargaining unit members work in as well as their priorities and concerns.

8. Both before and since becoming the President of AFSCME Local 3241, I have been employed by OEM as a Public Assistance Program Representative. I have been in this role for six years, beginning in 2020.

9. The Public Assistance unit is one of multiple teams dedicated to administering and disbursing FEMA funding to our subrecipients. At the start of Fiscal Year 2025, OEM administered 29 separate FEMA grants or lines of federal disaster assistance. Essentially, OEM functions as a passthrough for FEMA grants, disbursing funds to state and local agencies, tribal governments, nonprofits and individuals that may qualify for FEMA's array of programs.

10. Employees with the Public Assistance unit at OEM, like myself, oversee management of FEMA's Public Assistance Grant program, which provides funding for costs incurred due to presidentially-declared disasters. Under this program, organizational subgrantees can obtain reimbursement for qualified expenditures such as immediate disaster response, debris removal, and repairs to damaged infrastructure.

11. Program Representatives are assigned to portfolios that correspond to different presidentially-declared disasters. I focus specifically on funding that relates to the declared COVID emergency in Oregon, disaster declaration number DR4499. To date, FEMA has obligated over $1.5 billion dollars for COVID recovery in Oregon, helping communities obtain reimbursement for costs incurred due to the pandemic. Although COVID is no longer considered an "open incident" by FEMA, OEM is still working to administer funds. As it stands, there are over $149 million in pending FEMA funds for

hospitals, schools, state medical authorities, and other entities across the State of Oregon that help keep our communities safe and healthy.

12. In my role as an OEM employee, I oversee all stages of the grant administration process, from ensuring that potential recipients know about funding opportunities, to assisting applicants with preparing their application materials, to ensuring compliance with reporting requirements. Throughout the entire lifecycle of a grant, I help liaise between subrecipients and FEMA, serving as the middle point of contact.

13. As such, a big part of my role is interfacing directly with the employees that work at FEMA. Specifically, I work with employees in FEMA's Region 10 Office, which serves the geographies of Oregon, Washington, Idaho, and Alaska. Historically, regional office employees have included permanent Title 5 employees, employees that are part of FEMA's Cadre of On-Call Response/Recovery Employees (CORE), and other Stafford Act employees. Bargaining unit members employed by OEM, like me, interface with FEMA employees in all these categories.

14. Ultimately, OEM bargaining unit members cannot do our work without our counterparts in FEMA. There are multiple points in the grant lifecycle that cannot move forward without FEMA employees, because only they can approve certain elements, be it environmental review or approval of specific budget line items. Bargaining unit members also rely on FEMA employees for technical assistance and guidance on how to navigate the federal process. I have seen first-hand that grant administration is more effective when I have established communication and trust with our federal partners, the employees at FEMA. Thus, in order to better perform my own job duties, I have worked to build a close working relationship with FEMA employees during my six-year tenure.

15. Because I started in my role in 2020, I have seen multiple Presidential administrations. Up until this current Administration, frequent contact with FEMA employees was part and parcel with my job. I saw FEMA employees and OEM employees as being part of the same team, working towards the same mission: helping our Oregon community recover from natural disasters as effectively and efficiently as possible, by getting disaster relief money into the most reliable and capable hands with the least amount of waste possible. The essential work of administering disaster relief funds to communities in Oregon simply could not happen without both OEM and FEMA at the table.

16. OEM's ability to work with FEMA started to change with the beginning of the second Trump Administration. Immediately upon taking office, President Trump and senior officials like DHS Secretary Kristi Noem signaled hostility towards FEMA, indicating that they wanted to eliminate the agency. Shortly after, DHS and FEMA officials started taking steps to reduce FEMA's grant programs. In February 2025, for example, FEMA notified grant recipients that pursuant to direction from Secretary Noem, FEMA and DHS would be instituting additional manual review processes over existing grant funding. Like many state agencies, millions of dollars in federal funding from FEMA were suddenly frozen. This included funding for the Public Assistance Grant program that I work on.

17. As another example, in June 2025, Secretary Noem issued another directive, this time requiring that her office approve any expenditure of $100,000 or more. This threshold is drastically less than the typical projects that we would submit to FEMA and it has significantly slowed our work. I have not been able to get any projects approved where they total more than $100,000 since the Trump Administration took over, where I previously was able to facilitate projects totaling hundreds

of millions. Larger projects were often needed to meet the moment since we were dealing with unpredictable disasters.

18. In addition to the more onerous review processes, DHS and FEMA officials also issued directives to eliminate entire programs. For example, in March 2025, FEMA announced it would be ending the Building Resilient Infrastructure and Communities (BRIC) program and took steps to end grants through its Flood Mitigation Assistance Grant Program. As in many other states, Oregon communities rely on this funding for critical emergency preparedness and flood-protection projects. Without federal funds, OEM and our subrecipients were forced to put potentially life-saving projects on hold.

19. In addition to cuts to FEMA's programs directly, I have also observed a significant decrease in FEMA personnel since the second Trump Administration began, with many employees leaving under workforce reduction programs. Other employees departed due to frustrations and concerns about the changes underway at FEMA or their working conditions. The employees who have left have largely not been replaced. The result has been significant attrition within FEMA, resulting in a huge loss of institutional knowledge. The FEMA employees that have remained are stretched incredibly thin, seeing their workloads balloon as they have fewer resources to work with.

20. Due to the impacts already caused by the delays, program cuts, and the loss of FEMA personnel described in the previous paragraphs, OEM and members of AFSCME Local 3241 have incurred a wide range of negative impacts, discussed more extensively below. To address the harms incurred by the OEM and Oregon residents, the State of Oregon joined multiple lawsuits to challenge the various DHS actions described, such as the attempt to eliminate the BRIC program. Some of these attempts have been successful. For

example, a federal district judge in Massachusetts determined that the attempted elimination of the BRIC program was unlawful.

21. Despite these courtroom wins and the continued efforts by the State of Oregon and OEM to push back, issues with FEMA delays and staffing have persisted, only getting worse in the new year of 2026.

22. In January 2026, I was made aware of a DHS policy not to renew the positions of Stafford Act FEMA employees ("DHS non-renewal policy"). This is consistent with what I have observed in Region 10 since 2025, where FEMA employees have had difficulties ensuring they will be renewed moving forward. Although, to my knowledge, none of the FEMA employees I work with on a regular basis have had their positions non-renewed since January of this year, I am concerned that their positions will be eliminated once they reach their not to exceed dates because they are CORE employees. Such nonrenewal would have a number of negative impacts on OEM's work and bargaining unit members.

23. Even before the current DHS non-renewal policy was announced, I have observed the negative impacts that stem from FEMA program and staffing reductions. As FEMA employees have departed the agency, OEM's workstreams have been significantly delayed. For example, all of our grants must go through environmental and historical preservation review, a highly technical function that only FEMA employees perform. Within Region 10, the environmental and historic review unit has lost a significant portion of its staff that had the training and expertise to conduct these reviews. Before this reduction in personnel, reviews would take at most eight weeks. Now, the same reviews are taking at least six months. This longer review window causes significant delays in the approval process and creates more uncertainty in my work. If there

are further reductions in FEMA personnel under DHS's non-renewal policy, these review periods will take even longer, further delaying the approval process and the delivery of critical funds.

24. The reductions in FEMA personnel have not only slowed down the grant process, but they have significantly increased the workload of bargaining unit members. For example, as part of my role, I have had to spend much more time following up with FEMA than I did before. What used to take one email now requires much more labor-intensive outreach. Additionally, with fewer FEMA employees, the quality of work product from FEMA staff has necessarily decreased. Additionally, there are fewer FEMA employees that have the level of expertise needed to produce the high-quality work we are used to. As a result, I have had to spend more time deciphering messages and filling in the gaps, doing tasks that the FEMA employees typically have in the past, which in turn slows me down and prevents me from doing my other work. If more FEMA employees are eliminated, bargaining unit members will need to invest even more time into trying to fulfill, to the extent possible, the functions that were previously handled by FEMA.

27. The loss of FEMA personnel makes the jobs of OEM bargaining unit members harder in other ways, too. As FEMA employees leave the agency, their institutional and technical knowledge is also lost. In some cases, this loss of expertise creates delays, as described with the environmental and historical preservation review process above. The loss of expertise also makes it harder to get technical assistance. For example, it used to be that if I had a specific question about program eligibility or if I ran into an issue with an individual application, my supervisor or I could reach out to the FEMA employee that knew the ins and outs of that particular program. That employee could then advise on how to proceed and help move the grant process forward. Now, however, many of the individuals with

deep knowledge about the grant programs we administer have left FEMA. As a result, there are fewer individuals that can answer more technical questions and help troubleshoot issues. Not only is this more time intensive for me, but it also means there are fewer opportunities to develop creative solutions with FEMA employees, making it harder to help local and tribal governments get the assistance they need. This problem will only get worse as more employees leave FEMA, as there will be fewer and fewer employees with the degree of institutional knowledge that we have traditionally relied on to navigate the grant process.

28. The reduction in FEMA employees has also negatively impacted bargaining unit employee morale. As noted, the lack of adequate staffing at FEMA has significantly delayed grant disbursement, which strains relationships with our subrecipients. It is bargaining unit members like myself that have to go back to our partners in the community and explain why projects are not getting approved, despite the significant investment in time and resources that they have already put into their application. It is incredibly demoralizing, especially for employees such as myself who do this work because of the mission and our desire to perform an important public service for our community. Despite working through numerous disasters, from COVID to wildfires, I would say this is the lowest I have seen morale within the bargaining unit. Additional cuts to FEMA will only make this worse.

29. Yet another impact of the cuts at FEMA is the impact on OEM's budget. Although most funds received by OEM are disbursed to subrecipients, a significant and important portion of funding goes towards OEM's administration and staffing costs, which pays for the salaries of bargaining unit members. In fact, some grants directly fund specific projects undertaken by bargaining unit members. When FEMA funds are delayed or grant

programs are cancelled, OEM must try to scramble to cover any shortfalls. Although OEM has been able to cover these gaps to date, management has indicated to me that in the future, and as a result of proposed cuts I understand are imminent today, OEM may be required to furlough or layoff OEM staff whose positions are federally funded due to the cash flow shortages that would result. As more FEMA personnel are eliminated, the likelihood of similar funding delays increases, which would only exacerbate the pressure that cuts to the FEMA grants themselves would cause. Reductions in funds or personnel at FEMA therefore threaten the job security of bargaining unit members in major ways. As programs and personnel at FEMA are terminated, it is clear that OEM will need to cut programs and positions within our own agency, resulting in layoffs or furloughs.

30. As outlined in our CBA, in order to avoid layoffs, OEM management should first look to see whether an employee may be transferred to a fully funded position. To date, there has been one bargaining unit position that has lost funding due to FEMA cuts—management is still in the process of trying to identify alternative positions for that unit member, so no formal layoff has been initiated, but the process to this point of losing this employee's position has laid bare how precarious our jobs are, and the substantial likelihood that additional cuts now would lead to layoffs almost immediately. This is in part because as more FEMA programs are eliminated, there will be fewer and fewer fully funded positions available to transfer impacted bargaining unit employees, making layoffs more likely.

31. Because of this, bargaining unit members are very concerned about the potential for layoffs with OEM. As bargaining unit members hear about new efforts to reduce the capacity of FEMA, they realize it is only a matter of time before these cuts impact OEM's budget. Bargaining unit members have raised this concern at almost every Union meeting

we have had recently. Layoffs negatively impact bargaining unit members in myriad ways, in my experience. Upon separation of employment, bargaining unit members lose access to negotiated benefits, like healthcare and retirement contributions. Because of this, people are terrified of losing their jobs, which is causing extraordinary stress, including for me personally. Both my husband and I work in OEM's Public Assistance program. If we were laid off, we would not only lose both of our incomes, but we would both lose our healthcare and the low-cost premiums we rely on.

32. Layoffs also negatively impact the Union. A loss in membership leads to a decrease in dues revenue, which is essential for ensuring that the Union can carry out its representational duties. A loss in membership also impacts AFSCME Local 3241's bargaining power. If our bargaining unit shrinks, so too does our ability to take collective action, and we will lose our leverage at the bargaining table.

33. Even if layoffs do not occur, cuts at FEMA can still impact bargaining unit members. When there is a decrease in federal funding, state agencies like OEM have fewer resources to work with, which in turn impacts what we are able to achieve for our members at the bargaining table.

34. What is most concerning to me about the cuts to FEMA, however, is how it will impact our ability to carry out OEM's mission that I and my fellow bargaining unit members care so much about. We took these jobs because we wanted to help make Oregon communities safer and more resilient. We know that Congress has allocated resources exactly for this purpose. Further cuts to FEMA means that we can't do the essential work of ensuring that this funding reaches communities in need. My colleagues and I have scrambled over the last year to try and fill the gaps, extending ourselves to make sure the work gets done.

However, I worry we won't be able to do this if DHS carries on with its current efforts to drastically reduce the size of FEMA.

35. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Salem, Oregon on the 9th day of February, 2026

                                                      Lilli Lessey