Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF AMY M. SPIEGEL** |

## DECLARATION OF AMY M. SPIEGEL

Amy M. Spiegel hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Director of Negotiations for the Washington Federation of State Employees, American Federation of State, County and Municipal Employees, Council 28 ("WFSE" or "the Union"). WFSE is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"). Membership in WFSE is voluntary and requires the payment of membership dues, a portion of which is remitted to AFSCME International. All members of WFSE are also members of AFSCME International.

3. I joined the staff of WFSE in 2005, initially serving as a Council Representative and Labor Advocate before becoming the Director of Negotiations in 2012. Before joining WFSE staff, I worked for the Washington State Department of Social and Health Services and was a member of WFSE myself.

4. In my capacity as Director of Negotiations, I oversee Union staff and lead negotiations in all manner of contract bargaining for WFSE's approximately 52,000 members. Of WFSE's 52,000 members, approximately 40,000 members work for the State of Washington across 44 different government agencies.

5. WFSE is the exclusive collective bargaining representative for classified employees at these state agencies, certified pursuant to state law. Our members, be they healthcare workers or ecologists, work tirelessly to serve residents across the State of Washington. I am the lead negotiator for the General Government Collective Bargaining Agreement ("GG CBA"), the agreement that covers these state employees.

6. In addition to negotiating the CBA, it is also part of my role to ensure that the CBA is properly enforced and to represent members in contract enforcement proceedings. In order to obtain the information I need to do this, I submit Requests for Information to State and sub-agency management.

7. As part of my role, I interface with WFSE staff across the state, including our Council Representatives. Council representatives are WFSE employees whose role is to coordinate internal organizing efforts and to interface directly with our members to resolve workplace issues at the local level. As part of their job duties, Council Representatives attend local Union-Management Communication Committee meetings with agency representatives, which provide a forum for representatives from the union and from management to exchange agency-specific information and discuss matters that are of interest to both parties.

8. Council Representatives also interface directly with Human Resources staff and others within agency management on matters that impact bargaining unit members, gathering feedback from members about notification received by WFSE on matters such as potential layoffs or changes to working conditions. Council Representatives will share information they learn from management with members and report information learned from members and the agency back to WFSE Negotiations Department staff, including myself.

9. Shortly after the inauguration of President Trump in January 2025, the Trump Administration ordered federal agency officials to halt disbursement of certain funding to states. Although this funding freeze was rescinded shortly thereafter, the Trump Administration made clear that it intended to reduce a wide array of funding, particularly to Democrat-controlled states.

3
Declaration of Amy M. Spiegel

10. Because Washington State has elected Democrats to the position of Governor and as a majority of the Washington State Legislature, WFSE became concerned about the potential that certain forms of federal funding for Washington State would be halted or delayed by the Trump Administration, with potential impacts on WFSE members and their jobs.

11. Having anticipated that there might be cuts to federal funding streams that impact our members, in December 2024, I drafted a request for information (RFI), to be filed with the Washington State Government, to obtain information on all positions within the bargaining unit that are supported by federal funding. Specifically, I requested that the State identify each federally funded position and provide: the percentage of that position that is federally funded, the source and purpose of that funding, whether the position is grant-funded, and if so, what specific grant programs it relies on, and the purpose and duration of the relevant grants.

12. By February 2025, I obtained responses for all requested positions covering all agencies that received federal funding and employ WFSE-represented workers.

13. When new federal funding cuts are proposed, WFSE refers to the provided spreadsheets to understand which bargaining unit positions may be impacted.

14. In January 2026, I was made aware that the Department of Homeland Security (DHS) was taking steps to drastically reduce staffing at Federal Emergency Management Agency (FEMA). As reported by outlets such as CNN and the New York Times, DHS revoked FEMA's authority to renew the contracts of FEMA's Cadre of On-Call Response and Recovery employees (CORE).

15. It is my understanding that FEMA's CORE employees interact with Washington state agencies in a number of ways, including by administering FEMA's various grant programs that the state is a recipient of. In some cases, we know that these grant funds are used to

pay the costs of specific identified bargaining unit positions. In other cases, we are aware that grant funds are deposited into the state's Disaster Response Account, a fund administered by the state treasury that holds both state appropriations for disaster recovery and federal appropriations, each of which also help pay for bargaining unit positions since agencies may then draw on this account to pay wages, benefits, and other costs.

16. To understand whether cuts to FEMA could impact WFSE bargaining unit members, I reviewed the information provided by employer agencies in February 2025 to understand whether any bargaining unit positions are funded through grant programs administered by FEMA.

17. At least four agencies included bargaining unit positions that were funded through FEMA grant programs: the Military Department, the Department of Health, the Department of Ecology, and the Department of Natural Resources. More information about these state agencies, their respective bargaining units, and the positions funded under FEMA grant programs are discussed below.

18. <u>Emergency Management Division (EMD)</u>:

   a. The Emergency Management Division (EMD) is a subdivision of the Washington State Military Department. As of February 2025, based on information provided by the employer, WFSE represented approximately 100 federally funded bargaining unit positions within EMD. These positions include administrative assistants, office assistants, and emergency management program specialists. The proportion of federal funding that these positions receive ranges between 25% and 100%.

   b. Over half of the federally funded bargaining unit positions at EMD are funded through grant programs that are administered via FEMA. These grant programs, identified by acronym in the provided spreadsheet, include the Emergency

Operations Center Grant Program (EOC); the Emergency Management Performance Grant Program (EMPG); the State Homeland Security Grant Program (SHSP); Operation Stonegarden (OPSG); the Urban Area Security Initiative (UASI); and the Nonprofit Security Grant Program (NSGP). Some positions are also funded by a program with the acronym "HMEP," which may refer to Hazard Mitigation / Emergency Preparedness (thus referencing FEMA funds) or the Hazardous Materials Emergency Preparedness (HMEP) grant administered by the U.S. Department of Transportation. Additionally, one position is funded entirely via the Volcano Education and Outreach program within the National Earthquake Hazards Reduction Program (NEHRP) which is primarily implemented by FEMA.

c. The remainder of the positions list the funding source as being the State's Disaster Recovery Account (DRA). All of the positions that list the DRA as the source of funding are listed as being 100% federally funded. Thus, it is substantially certain that these positions are funded in large part through FEMA grant programs, as FEMA is the primary source for federal disaster relief disbursements.

d. Based on this spreadsheet data, it appears that in February 2025, the vast majority of listed bargaining unit positions were dependent on FEMA funding streams.

19. Department of Health (DOH)

a. As of February 2025, WFSE represented over 115 federally funded bargaining unit positions within DOH. These positions include epidemiologists, administrative assistants, IT professionals, and communications consultants, among many others.

b. As of February 2025, WFSE represented 14 bargaining unit positions that listed that they were 100% funded via FEMA. Specifically, the spreadsheet lists 13 Fiscal Analyst positions and one Management Analyst position. For each position, the

6
Declaration of Amy M. Spiegel

spreadsheet notes that they are "FF24 FEMA 100% Reimbursement Admin" and that the end date for the funding is September 3, 2025.

20. Department of Ecology (ECY):

   a. As of February 2025, WFSE represented over 370 federally funded bargaining unit positions within ECY. The positions include a wide array of job categories, from natural resource scientists to budget analysts to environmental planners.

   b. As of February 2025, eight of the listed bargaining unit positions include FEMA as a source of funding. Specifically, there are seven "Environmental Planner" positions that list their source of funding as FEMA's "Community Assistance Program – State Support Services Element" (CAP- SSSE). The spreadsheet notes that these positions range from 8% to 50% federally funded. Additionally, there is one "IT Data Management" position that is listed as being 100% funded via a Cooperative Technical Partnership with FEMA.

21. Department of Natural Resources (DNR):

   a. As of February 2025, WFSE represented over 230 federally funded positions within DNR. These positions include natural resource scientists, IT project managers, civil engineers, and communications consultants, among many others.

   b. As of February 2025, two positions within the DNR bargaining unit listed FEMA as a source of funding for the position. Specifically, two Natural Resource Scientists positions are listed as being funded by NOAA's National Tsunami Hazard Mitigation Program and via a FEMA Cooperative Technical Partnership. The spreadsheet indicates that the grant is funded through September 2026 and that "the other federal funding is not a grant."

22. From my initial review of the February 2025 funding data as described above, it appears that multiple units may have bargaining unit members that are impacted by any delays or cuts to FEMA funding, but the unit that would have the highest number of impacted WFSE members is the Emergency Management Division within the Military Department.

23. In addition to reviewing the RFI spreadsheets, I also reviewed publicly available grant data. According to this data, the Washington State Military Department is currently the recipient of multiple FEMA grants in Fiscal Year 2026. These include Public Assistance grants, Fire Management Assistance grants, Hazard Mitigation grants, and Homeland Security grants.

24. According to previous statements by EMD officials, a portion of FEMA grants are used to cover EMD's costs of administering the grant. I therefore assume that some of the Fiscal Year 2026 grants listed above are being used for EMD's administration costs, including the cost of staffing bargaining unit positions.

25. In light of this information, I requested that the Council Representative that interfaces with the Military Department ask the employer about potential impacts of FEMA cuts on bargaining unit members. That question was to be posed to the employer during a planned Union-Management Committee meeting scheduled for January 28, 2026, but the meeting was postponed, so the Council Representative instead inquired about the potential impacts of FEMA cuts by asking a representative from Human Resources. The Council Representative then shared with me what he learned.

26. The Human Resources employee indicated to the Council Representative that while the employer did not have full information about the extent of the FEMA cuts, it is the case that if funding is delayed moving forward because of cuts to FEMA personnel, the

Department may need to consider layoffs, and WFSE should prepare our members for that possibility.

27. Under the GG CBA, a layoff is defined as any employment action that results in separation from service with an employing agency, employment in a job class with a lower salary range, a reduction in the work year, or a reduction in the number of work hours. Layoffs may be initiated under certain set of listed occurrences, which include a lack of funds or the termination of a project.

28. It is not uncommon for bargaining unit positions across the State to be negatively affected by reductions in particular federal funding streams, however such funding cuts are generally communicated both to the employee and the Union well in advance of any termination, thus allowing all parties to adequately plan for the future, including—critically—to look into the availability of alternative positions for terminated employees.

29. Sudden delays or lapses in federal funding hamper the Union's ability to identify alternatives to termination for bargaining unit members, destabilize the lives of affected members and their families, and the Washingtonians they serve. In this case, if FEMA funds are not disbursed in a timely manner, WFSE members are at risk of losing their jobs (and therefore, their negotiated benefits like health insurance) prematurely. Even if members in impacted positions are not terminated, they may see other changes to their working conditions, such as different job duties, lower pay, or less advantageous schedules or commutes if they are reassigned to new programs.

30. If there are layoffs, the greatest loss to the Union is a diminished public workforce to service communities across Washington State. However, there are also a number of practical harms to the Union. A loss in membership will lead to a decrease in dues revenue, and both WFSE and AFSCME rely on such revenue to perform critical representational

work for our members every day. Reductions in bargaining unit size also reduces our strength at the bargaining table where we negotiate wages, benefits, and other terms and conditions of employment for our members. Even if layoffs do not occur, lapses in federal funding reduce the overall budget that the state has to pay for the wages and benefits for our members, which reduces our strength at the bargaining table and strengthens the employer's arguments during collective bargaining negotiations to try to convince the union to agree to concessions. Washington State is already facing a budget deficit in which the State is asking the Union to accept worse wages and benefits as a result, and these FEMA cuts will actively weaken our negotiating posture.

31. For these reasons, I am concerned that DHS's recent moves to cut FEMA personnel will result in funding delays or eliminations of entire programs. Such delays and cuts directly impact bargaining unit members, not only by making their jobs harder in the day-to-day, but by making their jobs more precarious. Because of this I will continue to monitor the status of our FEMA-funded bargaining unit positions within Washington State and will continue to proactively communicate with agency management about the potential impacts.

32. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Yelm, Washington on the 6th day of February, 2026

_____
Amy M. Spiegel