Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF CHLOE SHIVELY** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

2

# DECLARATION OF CHLOE SHIVELY

I, Chloe Shively, declare as follows:

1. I am over 18 years of age and competent to give this declaration. I am a paralegal at the law firm of Altshuler Berzon LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. I have been asked by Plaintiffs' counsel to compile 2025 and 2026 press articles regarding DHS and FEMA, including the recent non-renewal of FEMA's CORE employees.

3. A true and correct copy is attached hereto as **Exhibit A** of USA Today, *Trump should 'get rid' of FEMA, Homeland Security chief Kristi Noem says* (Feb. 10, 2025), available at: https://www.usatoday.com/story/news/politics/2025/02/10/trump-fema-kristi-noem-homeland-security/78382194007/.

4. A true and correct copy is attached hereto as **Exhibit B** of NPR, *Trump wants states to handle disasters. States aren't prepared* (March 21, 2025), available at: https://www.npr.org/2025/03/21/nx-s1-5327595/trump-order-fema-states-disaster-response.

5. A true and correct copy is attached hereto as **Exhibit C** of Government Executive, *FEMA set for elimination, Noem says, amid bipartisan House reform proposal* (March 24, 2025), available at: https://www.govexec.com/management/2025/03/fema-set-elimination-noem-says-amid-bipartisan-house-reform-proposal/404008/.

6. A true and correct copy is attached hereto as **Exhibit D** of Politico, *New Noem plan leaves FEMA on the chopping block* (March 26, 2025), available at: https://www.politico.com/news/2025/03/26/noem-fema-restructure-eliminate-grants-00250610.

7. A true and correct copy is attached hereto as **Exhibit E** of Politico, *FEMA chief given lie detector test after leak of private meeting* (April 4, 2025), available at: https://www.politico.com/news/2025/04/04/fema-chief-given-lie-detector-test-after-leak-of-private-meeting-politico-00272302.

8.      A true and correct copy is attached hereto as **Exhibit F** of <u>The HILL</u>, *Judge finds FEMA withholding grants in violation of court order,* (Apr. 4, 2025), available at https://thehill.com/regulation/court-battles/5232494-judge-fema-grants-trump-blue-states/.

9.      A true and correct copy is attached hereto as **Exhibit G** of <u>New York Times</u>, *Leader of FEMA Is Dismissed as Trump Administration Takes Aim at the Agency* (May 8, 2025), available at: https://www.nytimes.com/2025/05/08/us/politics/fema-cameron-hamilton.html.

10.     A true and correct copy is attached hereto as **Exhibit H** of <u>Bloomberg News</u>, *'Abolishing FEMA' Memo Outlines Ways for Trump to Scrap Agency* (June 16, 2025) available at: https://www.bloomberg.com/news/articles/2025-06-17/-abolishing-fema-memo-outlines-ways-for-trump-to-scrap-agency.

11.     A true and correct copy is attached hereto as **Exhibit I** of <u>NPR</u>, *The Trump administration says it wants to eliminate FEMA. Here's what we know* (June 26, 2025), available at: https://www.npr.org/2025/06/26/nx-s1-5430469/faq-fema-elimination.

12.     A true and correct copy is attached hereto as **Exhibit J** of <u>CNN</u>, *FEMA workers put on leave after signing letter warning of Trump's overhaul of the agency* (Aug. 26, 2025), available at: https://www.cnn.com/2025/08/26/politics/fema-workers-administrative-leave-katrina-declaration-trump.

13.     A true and correct copy is attached hereto as **Exhibit K** of <u>Washington Post</u>, *Noem at odds with Trump-appointed panel over future of FEMA* (November 19, 2025), available at: https://www.washingtonpost.com/politics/2025/11/19/noem-odds-with-trump-appointed-panel-over-future-fema/.

14.     A true and correct copy is attached hereto as **Exhibit L** of <u>New York Times</u>, *Trump Wanted to Abolish FEMA. His Own Advisers Disagree* (Nov. 21, 2025), available at: https://www.nytimes.com/2025/11/19/climate/fema-review-council-report-trump.html.

15.     A true and correct copy is attached hereto as **Exhibit M** of <u>AP News</u>, *Trump administration makes major changes to a report it commissioned on FEMA reforms, AP sources say* (Nov. 21, 2025), available at: https://apnews.com/article/fema-review-council-kristi-noem-trump-disasters.

16.     A true and correct copy is attached hereto as **Exhibit N** of <u>CNN</u>, *'She's the enforcer': New FEMA chief led effort to rein in agency spending, strip funding from Muslim groups, sources say*, (Nov. 24, 2025), available at: https://www.cnn.com/2025/11/24/politics/karen-evans-fema-chief-exclusive.

17.     A true and correct copy is attached hereto as **Exhibit O** of <u>New York Times</u>, *In a Reversal, FEMA Won't Reinstate Suspended Workers* (Dec. 1, 2025) available at: https://www.nytimes.com/2025/12/01/climate/fema-reinstates-workers-letter-leave.html.

18.     A true and correct copy is attached hereto as **Exhibit P** of <u>CNN</u>, *Exclusive: Trump's FEMA council to recommend dramatic downsizing and overhaul – but not elimination – of the agency* (Dec. 10, 2025), available at: https://www.cnn.com/2025/12/10/politics/fema-council-report-recommend-downsizing-overhaul.

19.     A true and correct copy is attached hereto as **Exhibit Q** of <u>CNN</u>, *White House officials abruptly postpone final meeting of Trump-created FEMA task force* (Dec. 11, 2025), available at:  https://www.cnn.com/2025/12/11/politics/white-house-postpone-fema-meeting.

20.     A true and correct copy is attached hereto as **Exhibit R** of <u>CNN</u>, *Exclusive: DHS begins slashing FEMA disaster response staff as 2026 begins* (Jan. 2, 2026) available at: https://www.cnn.com/2026/01/01/politics/dhs-cutting-fema-disaster-response-staff.

21.     A true and correct copy is attached hereto as **Exhibit S** of <u>Cascadia Daily News</u>, *Regional FEMA offices slashed by DOGE face further cuts; disaster response may suffer* (Jan. 4, 2026), available at: https://www.cascadiadaily.com/2026/jan/04/regional-fema-offices-slashed-by-doge-face-further-cuts-disaster-response-may-suffer/.

22.     A true and correct copy is attached hereto as **Exhibit T** of <u>The Guardian</u>, *Fema staff outraged by draft plans for deep cuts under Trump* (Jan. 8, 2026), available at: https://www.theguardian.com/us-news/2026/jan/08/fema-staff-cuts-trump.

23.     A true and correct copy is attached hereto as **Exhibit U** of <u>New York Times</u>, *FEMA Staff Bracing for Dismissal of 1,000 Disaster Workers* (Jan. 13, 2026), available at: https://www.nytimes.com/2026/01/06/climate/fema-staff-cuts-1000-workers.html.

24.     A true and correct copy is attached hereto as **Exhibit V** of <u>NPR</u>, *FEMA is getting rid of thousands of workers in areas recovering from disasters* (Jan 16, 2026), available at: https://www.npr.org/2026/01/16/nx-s1-5677605/fema-cuts-jobs-trump.

25.     A true and correct copy is attached hereto as **Exhibit W** of <u>Washington Post</u>, *DHS pauses cuts to FEMA as massive winter storm barrels in* (Jan. 23, 2026), available at: https://www.washingtonpost.com/weather/2026/01/23/dhs-pauses-fema-cuts-storm/.

26.     A true and correct copy is attached hereto as **Exhibit X** of <u>CNN</u>, *FEMA halts terminations of disaster workers as agency prepares for massive winter storm* (Jan. 23, 2026), available at: https://www.cnn.com/2026/01/23/politics/fema-halts-terminations-winter-storm.

27.     A true and correct copy is attached hereto as **Exhibit Y** of <u>Scripps News</u>, *FEMA pauses termination of disaster workers ahead of winter storm* (Jan. 23, 2026), available at: https://www.scrippsnews.com/politics/the-president/fema-pauses-termination-of-disaster-workers-ahead-of-winter-storm.

28.     A true and correct copy is attached hereto as **Exhibit Z** of <u>Associated Press</u>, *FEMA will resume staff reductions that were paused during winter storm, managers say* (Feb. 6, 2026), available at: https://apnews.com/article/fema-staff-cuts-kristi-noem-winter-storm-fern-1b3a4ea77c6f299abda3f5046a6b24e5.

29.     A true and correct copy is attached hereto as **Exhibit AA** of <u>Politico</u>, *Capitol Agenda: Republicans prepare DHS punt* (Feb. 2, 2026), available at: https://www.politico.com/live-updates/2026/02/09/congress/dhs-shutdown-funding-bill-continuing-resolution-00771028.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed February 10, 2026, in San Francisco, California.

_____

CHLOE SHIVELY

Exhibit A



Kristi Noem     Add Topic

# Trump should 'get rid' of FEMA, Homeland Security chief Kristi Noem says

**Riley Beggin**
USA TODAY

Updated Feb. 10, 2025, 12:43 p.m. ET



| Show me what's buzzing in the news. | → |

| Show me the most popular stories right now. | → |

| Help me understand something important happening right now. | → |

**Deeper**Dive BETA

WASHINGTON – Homeland Security Secretary Kristi Noem said she would advise President Donald Trump to "get rid of FEMA the way it exists today," highlighting another federal agency that has been a target for the president in recent months.

State and local officials should control how money typically distributed by the Federal Emergency Management Agency is used after natural disasters, Noem told CNN on Sunday.

"We still need the resources and the funds and the finances to go to people who have these types of disasters like Hurricane Helene and the fires in California," Noem told CNN's Dana Bash. "But you need to let the local officials make the decisions on how that is deployed so it can be deployed much quicker."

Trump and tech billionaire Elon Musk, who was tapped to lead the president's efforts to pare down the federal government, have been reevaluating the future of disaster aid, claiming it has been used for unintended purposes.

Members of Congress have argued that several actions by the new administration, including dismantling agencies and freezing the distribution of funds, violate the law because they ignore spending directives Congress passed into law.

But Noem said on CNN that Trump "can and I believe that he will" reconsider FEMA's role.

"He'll work with Congress to make sure it's done correctly and that we're still there to help folks who have a terrible disaster or crisis in their life," she said.

Noem, former governor of South Dakota, was confirmed to lead the Department of Homeland Security late last month. In addition to overseeing FEMA, the agency will play a central role in enacting Trump's campaign promise to deport unauthorized immigrants.

Trump said last month during a tour of damage left in North Carolina by Hurricane Helene that the relief agency "turned out to be a disaster" and suggested it "go away."

He also said states should take care of natural disasters because they can move more quickly than the federal bureaucracy.

## What is FEMA?

FEMA, a United States government agency, coordinates the federal response to disasters. It was created in 1979 through an executive order by President Jimmy Carter.

The agency is headquartered in Washington, D.C., and employs more than 20,000 people nationwide. It has an operating budget and a disaster relief fund to reimburse states and local governments in emergencies. It also includes money for disaster victims that can be used for emergency needs and to help uninsured homeowners rebuild.

According to FEMA, it mission "is helping people before, during and after disasters. Our core values and goals help us achieve it."

*Contributing: Maria Francis*

Exhibit B





    DONATE

CLIMATE

# Trump wants states to handle disasters. States aren't prepared

MARCH 21, 2025 · 4:08 PM ET

Lauren Sommer



Responding to disasters like Hurricane Helene in North Carolina takes thousands government workers and millions of dollars, something states rely on the federal government for.

*Mario Tama/Getty Images/Getty Images North America*

President Trump has signed an executive order directing underlined state and local governments to "play a more active and significant role" in preparing for disasters. For months, Trump has said he's considering getting rid of the Federal Emergency Management Agency, the country's disaster response arm.

"I say you don't need FEMA, you need a good state government," Trump said while visiting the Los Angeles fires in January. "FEMA is a very expensive, in my opinion, mostly failed situation."

But emergency management experts say Trump's order technically wouldn't do

much to shift responsibility. Currently, local and state governments are already in charge of disasters. The question is whether the Trump administration will begin withdrawing the <u>federal resources and funding that states rely on</u>.

When a major hurricane, flood or wildfire hits, FEMA starts working on a disaster only when requested by the state government. The agency organizes thousands of federal workers who help in disaster response and process claims for millions of dollars in aid. Even then, states and local governments still remain in charge.

---

**Have information you want to share** about ongoing changes at FEMA or elsewhere in the federal government? Reach out to this reporter through encrypted communications on Signal at sommer.55

Without FEMA, states would need to find thousands of additional personnel to inspect damage, distribute disaster aid and plan the rebuilding of public infrastructure. Without federal funding, states would face billions of dollars in recovery costs. After Hurricane Irma in 2017, Florida relied on <u>more than $5.5 billion dollars</u> from the federal government.

FEMA also helps states prepare for disasters, which can reduce the damage they cause and the number of lives that are lost. <u>One study</u> from the National Institute of Building Sciences, a non-profit research group, found that federal investment of $27 billion since 1995 to prepare infrastructure for flooding will ultimately save $160 billion. Many state emergency management offices also <u>rely on federal grants to pay their employees</u>.

While many states advocate for simplifying FEMA's process for distributing disaster aid, they say FEMA is still a vital partner. As the climate gets hotter, hurricanes, floods and wildfires are getting more intense. FEMA is now responding to <u>three to four times more disasters now</u> than it did in the 1980s.

"It seems counterintuitive to discuss, in a time when we have more and more severe events, when states need more and more help, that we would provide less and less federal resources to support those states," says Tim Manning, a former deputy administrator at FEMA under the Obama administration.

## How states work with FEMA

As soon as Hurricane Helene hit North Carolina in 2024, emergency managers knew they had a monumental task ahead.

The storm left a broad swath of destruction in its wake. Heavy rainfall, <u>exceeding 30 inches</u> in some spots, washed out roads and flooded homes and buildings across many towns, some becoming almost impossible to reach.

---



**CLIMATE**

**What the firings at FEMA could mean for the next hurricane or wildfire**

When disasters are larger than both local and state governments are able to handle, they can call in federal help by requesting a federal disaster declaration. North Carolina Governor Roy Cooper <u>made that request</u> the day the storm hit,

setting the stage for federal resources to come in, like FEMA. Still, FEMA doesn't take over the disaster responses.

"The locals are in charge of their county and their situation and the state of North Carolina advises FEMA on what we need," says Justin Graney, chief of external affairs for North Carolina Emergency Management.

FEMA is also responsible for marshalling resources from the entire federal government, including from the Department of Defense and the U.S. Army Corps of Engineers.

"FEMA doesn't have any helicopters," Manning says. "It doesn't have any aircraft, doesn't have any ships. FEMA's role is to coordinate all those resources from the federal government in support of the states. They are just the organizers."

## More than 8,000 federal workers arrive

As North Carolina residents began taking in the damage from the storm, the immediate needs were for shelter, hot food and medical help, as well as search and rescue for missing people.

"Pretty much everything we had to throw at the storm, we threw at the storm," Graney says. "And then 39 other states sent us resources and teams. So it was a massive response to what turned out to be a massive, catastrophic storm."

That response included 8,500 federal workers for both Hurricanes Helene and Milton, a storm that hit Florida two weeks later. FEMA brought in its own staff from all over the country, but had to call in personnel from other federal agencies to fill the need.



During major disasters, FEMA sends thousands of staff, as well as organizing personnel from throughout the federal government, to help with disaster aid and search and rescue.
*Mario Tama/Getty Images/Getty Images North America*

One of FEMA's primary roles is getting aid to disaster victims, what's known as "individual assistance." That includes funds for finding temporary housing and funding repairs on homes, when it's not covered by the owner's insurance policy. Some assistance is designed to reach disaster victims within days, allowing them to replace food, pay for temporary hotel stays and replace vital items like medications and clothing.

To process those claims, FEMA's call centers for Hurricane Helene got <u>more than half a million calls per week</u>, a volume so high that many went unanswered.

Without FEMA, states would need to find and train a similar staffing effort, able to process disaster aid in a very short time. Many states share resources, sending teams to other states in times of need. But as disasters get more intense and frequent with climate change, states have fewer resources to share.

"Those resources become taxed," says Claire Connolly Knox, a professor of emergency and crisis management at the University of Central Florida. "That's where having a federal entity come in and be able to assist and backfill those resources, whether that's people, goods, services, is important."

FEMA also gives funding to local governments and tribes to rebuild public infrastructure after disasters, including schools, roads, bridges and parks, known as "<u>public assistance.</u>" Ahead of disasters, <u>FEMA offers grants</u> so communities can

make their infrastructure less likely to be destroyed.

## How FEMA could be reformed

Trump has ordered the creation of a new council to do a "full-scale review" of FEMA, including recommendations for how to reform the agency. Their report is due within six months of their first meeting, which has yet to take place.

Trump's latest executive order mandates that a new "National Resilience Strategy" be drafted, with the goal of "reducing taxpayer burdens through efficiency." Project 2025, the conservative policy agenda organized by the Heritage Foundation, says the majority of disaster costs should be shouldered by the states.

"For far too long, state and local governments have neglected investing in resilience, infrastructure, and disaster preparedness because they can count on an unlimited backstop from the federal government — an unsustainable and irresponsible strategy that has resulted in needless destruction and deaths of everyday Americans," White House spokesman Kush Desai said in an emailed statement.



**CLIMATE**
**Exclusive: Trump administration drops work on stronger building codes for disasters**

Still, many states don't want to see FEMA go away. The Trump administration's recent firings of more than 200 employees at FEMA are already likely to make the agency less able to handle future disasters.

"Our relationship with our federal partners is critical," North Carolina's Graney says. "That relationship remains important and one we rely on."

If the bulk of disaster response falls to states, some could struggle to keep up. While larger states like Florida and California have well-established emergency management offices, smaller states have few resources and staff, especially to prepare for disasters ahead of time. Infrastructure and landscape-scale projects that help protect communities from wildfires and floods are largely out of reach for local government budgets.

"Not every state had the capacity to do all the phases of emergency management, including preparedness, response, recovery and mitigation," says Knox. "This is especially true in local counties in which there might be one person designated to do emergency management, especially in rural areas."

Emergency management experts say there are areas where FEMA's disaster response efforts could be improved, especially in the complex and sometimes lengthy process for local governments to get funding for rebuilding. FEMA walks a difficult line, balancing distributing aid quickly with taking enough time to ensure there's no fraud or abuse.

"That is probably where we should be focusing most of our efforts is understanding the complexities that have developed in the way the federal

Case 3:25-cv-03698-SI    Document 303-21    Filed 02/10/26    Page 15 of 127

government oversees money going to recovery efforts and making that simpler," Manning says.

At a recent congressional hearing about FEMA, the director of the Alabama Emergency Management Agency, Jeffrey Smitherman, testified that it would be best for FEMA to handle giving out individual assistance. But he suggested that public assistance for local governments be given directly to states as a "block grant," instead of being managed by FEMA. That could give states leeway to spend the money without federal oversight.

Giving states funding directly also could mean that infrastructure is rebuilt with a patchwork of regulations. Under the Biden administration, projects getting federal funding were required to be built to a higher standard, constructed to withstand future flooding. The Trump administration had previously repealed that rule during its first term.

Without federal guidelines to build with climate change in mind, experts say many states have little incentive to build projects better, since the financial responsibility for rebuilding after the next disaster largely falls on the federal government.

"It's malpractice as emergency managers, as government officials, to not plan for what might impact their citizens," Manny says. "That's at the fundamental core of planning for disaster response."

fema    disasters    climate change

**More Stories From NPR**



Exhibit C

Notice at Collection  |  Your Privacy Choices  ☑️✗  |  Exercise Your Privacy Rights

**Government Executive**

🔍

**Laid off HHS employees win judge approval to seek class action suit**

‹                                                                          ›



○○○

Homeland Security Secretary Kristi Noem talks with reporters after a hearing on Capitol Hill on Feb. 25, 2025. Noem on Monday said that the Federal Emergency Management Agency would be eliminated. CHIP SOMODEVILLA / GETTY IMAGES

*Management*

# FEMA set for elimination, Noem says, amid bipartisan House reform proposal

The disaster response and recovery agency has been repeatedly criticized by President Donald Trump.

**SEAN MICHAEL NEWHOUSE**  |  **MARCH 24, 2025**

**HOMELAND SECURITY**      **DISASTER MANAGEMENT**      **CONGRESS**



**H**omeland Security Secretary Kristi Noem said during Monday's Cabinet meeting that the Federal Emergency Management Agency would be eliminated. At about the same time, in contrast, a bipartisan pair of lawmakers introduced legislation to separate FEMA from its parent department.

Noem's brief mention of FEMA came during her discussion of various DHS operations, of which the disaster management agency is a component. After detailing ongoing immigration enforcement efforts at the southern border and developing Coast Guard operations, the secretary concluded her remarks by noting that "we're going to eliminate FEMA."

Given that FEMA is authorized in statute, it's uncertain how much authority the Trump administration has to make changes to the agency's organization without congressional approval.

On Capitol Hill, a bipartisan House duo sponsored legislation that would turn FEMA into an independent, Cabinet-level agency.

The bill comes from Rep. Jared Moskowitz, D-Fla., who formerly served as director of emergency management in his home state, and Rep. Byron Donalds, R-Fla., who is running for governor with the endorsement of President Donald Trump.

"As these emergencies continue to grow larger and more widespread, the American people deserve a federal response that is efficient and fast. To achieve that, FEMA should be reformed," Moskowitz said in a statement. "FEMA currently sits under the bureaucracy of [DHS] — and with around 20 other agencies and offices under that umbrella, the set-up simply doesn't work. DHS has become too

big and too slow to oversee what needs to be a quick and flexible emergency response."

Likewise, Donalds said in a statement that FEMA should report directly to the president, as it has become "overly-bureaucratic, overly-politicized [and] overly-inefficient."

Under the bill, the president would appoint, pending Senate confirmation, a director for FEMA and up to four deputy directors. Currently, only the FEMA administrator and deputy administrator require Senate confirmation, according to the 2024 plum book that identifies presidentially appointed government positions.

It would require FEMA's director to have at least five years of executive leadership experience respectively in the public and private sectors. In comparison, the administrator presently needs at least five years of such experience in the public or private sector.

FEMA's fate has been an open question since a January visit to North Carolina where Trump said, while touring destruction caused by Hurricane Helene, that he was considering getting rid of the agency. The president suggested that states should play a more significant role in disaster response.

"FEMA has been a very big disappointment. They cost a tremendous amount of money. It's very bureaucratic, and it's very slow," he said. "I think that when there's a problem with the state, I think that that problem should be taken care of by the state."

On March 19, Trump signed an executive order that aims to give state and local governments more responsibility in preparing for natural disasters and cyberattacks. While the directive mandates the creation of a National Resilience Strategy and streamlining preparedness and response policies, it does not provide specific instructions for such governments nor does it modify FEMA in any way.

An accompanying fact sheet said the order "enables state and local governments to better understand, plan for and address the needs of their citizens by reducing the complexity of federal preparedness and response policies."

In response to Noem's elimination comment, a senior DHS official said in a statement to *Government Executive* that "[W]e are cutting out wasteful spending and bureaucracy that slows down relief efforts" and that "President Trump and Secretary Noem know that disaster recovery efforts are best led by state and local officials not federal bureaucrats."

The statement also notes that FEMA is now requiring contract renewals for most of its workforce to be approved by DHS and has frozen hiring. Such news was first reported by *CBS*.

Gallup reported in 2023 that 49% of Americans rated FEMA as being excellent or good at its job, one of the highest ratings in the survey. 

**How are these changes affecting you? Share your experience with us:**
**Eric Katz:** ekatz@govexec.com, Signal: erickatz.28
**Sean Michael Newhouse:** snewhouse@govexec.com, Signal: seanthenewsboy.45
**Erich Wagner:** ewagner@govexec.com; Signal: ewagner.47

**SHARE THIS:**

**NEXT STORY:**
GSA names new deputy administrator




ment          Workforce

nting government: Reflections 30 years later    Retiring NTEU President Reflects on 3 Decades in Organized Labor





ment          Workforce          Oversight

# Exhibit D

# POLITICO

**EXCLUSIVE**

## New Noem plan leaves FEMA on the chopping block

The Homeland Security secretary expressed support for eliminating long-term disaster recovery efforts under the Federal Emergency Management Agency.



Homeland Security Secretary Kristi Noem expressed support for radically shrinking the Federal Emergency Management Agency. | Alex Brandon/AP

By **THOMAS FRANK**
03/26/2025 12:12 PM EDT

   

Homeland Security Secretary Kristi Noem has privately voiced support for dramatically shrinking the Federal Emergency Management Agency, six people told POLITICO's E&E News.

Noem told Trump administration officials in a meeting Tuesday at Department of Homeland Security headquarters that she wants to eliminate FEMA's role in funding long-term rebuilding efforts and and halt multibillion-dollar grant programs that help communities prepare for disasters.

No decisions have been made, and it is unclear if certain FEMA functions would be removed from the federal government or be relocated to another agency or department.

"We are grateful the press is covering Secretary Noem's efforts to eliminate waste, fraud, and abuse within the Department of Homeland Security," a DHS spokesperson said.

The meeting, which occurred one day after Noem said publicly that "we're going to eliminate FEMA," also included FEMA acting Administrator Cameron Hamilton and Corey Lewandowski, an adviser to President Donald Trump.

Noem and other officials are looking to rebrand FEMA by putting it directly under White House control and narrowing the agency's responsibilities to helping survivors in the immediate aftermath of disasters, according to the people, who were granted anonymity to discuss internal deliberations.

FEMA or its successor would give states disaster funding to address only "immediate needs" and for life-saving or life-sustaining operations such as search-and-rescue missions and for providing emergency supplies such as shelter, food and water, the people said.

The plans under consideration mark a watershed moment for FEMA, which had been an independent agency from its creation in 1979 to 2003, when it became part of the newly created Department of Homeland Security.

Trump, who has assailed FEMA as a presidential candidate and since taking office, suggested abolishing the agency in January. He created a council that's co-chaired by Noem and Defense Secretary Pete Hegseth to review FEMA and recommend changes by late July.

---

**WATCH: THE CONVERSATION**

**Scott Bessent at Davos on Greenland, affordability, and the Fed | The Conversation**

Now the administration is considering abolishing the council, according to the people who spoke to E&E News. A *Federal Register* notice published Wednesday morning invites the public to submit comments to the council about individual experiences with FEMA. The council has not met.

At a televised Cabinet meeting on Monday, Noem spoke about DHS efforts related to border control and drug interdiction. Then she added at the end of remarks, "And we're going to eliminate FEMA."

The seemingly impromptu remark stunned lawmakers, state emergency officials and FEMA itself.

Noem's meeting Tuesday with Hamilton and Lewandowski made it clear to some FEMA officials that she wants to plan for winding the agency down by the end of the fiscal year. One DHS insider said the department is looking at "narrowing and focusing the aperture of FEMA's mission dramatically."

FEMA provides tens of billions of dollars a year to help states and individuals rebuild from disasters such as hurricanes, flooding and wildfires. As disasters have become more destructive due to climate change and increasing development, FEMA spending has soared.

One person close to FEMA said the changes could amount to a rebranding that

helps Trump take credit for revising an agency that has faced extensive criticism for its response to disasters.

**FILED UNDER:** WHITE HOUSE, DONALD TRUMP, KRISTI NOEM, FEMA, DISASTER RELIEF

**SPONSORED CONTENT**

**Why Is Everyone Quitting Gmail?**
Proton Mail

**Document Details Why 2026 Could Change The Nation Forever?**
Mark May 15th on your calendar
Paradigm Press

**IRS Forgives Millions in Tax Debt Before 1/31 Deadline**
As the tax relief deadline nears, thousands of Americans are rushing to resolve their tax debts before the IRS...
Fresh Start Information

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

———————————

© 2026 POLITICO LLC

Exhibit E

# POLITICO

## FEMA chief given lie detector test after leak of private meeting

The Department of Homeland Security tested acting Administrator Cameron Hamilton shortly after he met with DHS Secretary Kristi Noem.



Acting FEMA Administrator Cameron Hamilton meets with Kentucky storm victims in February. | @FEMA_Cam/X.com

By **THOMAS FRANK**
04/04/2025 01:43 PM EDT

   

The head of the Federal Emergency Management Agency was given a lie detector test by the Department of Homeland Security to determine if he leaked information about a recent private meeting concerning FEMA, two former senior FEMA officials told POLITICO's E&E News.

The test was given to FEMA acting Administrator Cameron Hamilton after he met March 25 with Homeland Security Secretary Kristi Noem and Corey Lewandowski, an adviser to President Donald Trump, those people said. The test was given within two days of the meeting and cleared Hamilton.

DHS acknowledged the test in an email.

"Under Secretary Noem's leadership, DHS is unapologetic about its efforts to root out leakers that undermine national security. We are agnostic about your standing, tenure, political appointment or status as a career civil servant — we will track down leakers and prosecute them to the fullest extent of the law," Homeland Security Assistant Secretary for Public Affairs Tricia McLaughlin wrote.

At the March 25 meeting in DHS headquarters in Washington, Noem discussed dramatically shrinking FEMA and shifting disaster recovery efforts from the agency to states. Noem called the meeting one day after saying at a televised Cabinet meeting, "We're going to eliminate FEMA."

E&E News and CNN disclosed the meeting March 26, and other media outlets followed their reporting.

Although Hamilton is in charge of the nation's leading disaster agency, he appears to have little control over decisions affecting FEMA, including whether to shrink or abolish the agency. Hamilton has expressed frustration to FEMA colleagues, said multiple people, granted anonymity to discuss private conversations.

Noem's statement about eliminating FEMA blindsided agency officials. One FEMA official said: "We heard about it on TV like everyone else."

**WATCH: THE CONVERSATION**



**Scott Bessent at Davos on Greenland, affordability, and the Fed | The Conversation**

Three days before Noem announced that FEMA would be eliminated, Hamilton told hundreds of state and local emergency managers at a conference in Washington about his plans for the agency.

When Trump created an advisory council to review FEMA and suggest changes, he put Noem and Defense Secretary Pete Hegseth in charge.

A former Navy SEAL who worked in nonsupervisory positions at the departments of Homeland Security and State from 2015 to 2023, Hamilton has no background in emergency management. Every FEMA chief since 2009 previously ran a state emergency management agency.

Trump has not appointed a FEMA administrator.

Days after taking office, he named Hamilton FEMA's assistant administrator in charge of the agency's Office of Response and Recovery. Under FEMA's rules, the assistant administrator becomes the agency's acting administrator if there is no official agency administrator or deputy administrator.

**FILED UNDER:** WHITE HOUSE, DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, FEMA

**SPONSORED CONTENT**

**Why Is Everyone Quitting Gmail?**

Proton Mail

**Why AI Brings Speech Clarity That Old Hearing Aids Just Can't Match**

Crystal clear sound to hear in noisy places

AudioNova

**One Bite Of This Can Keeps Blood Sugar Below 100 (Try Tonight)**

Blood Sugar Above 100? Try This It Now

Life Now

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

---

© 2026 POLITICO LLC

Exhibit F





# THE HILL

TRENDING:    **LIVE UPDATES: HOMAN MINNEAPOLIS        GOVERNMENT SHUTDOWN        TRUMP-SCHU**

COURT BATTLES

# Judge finds FEMA withholding grants in violation of court order

BY ZACH SCHONFELD - 04/04/25 1:00 PM ET

 







# THE HILL

A federal judge Friday ordered the Federal Emergency Management Agency (FEMA) to disburse millions of dollars of grants to Democratic-led states, finding the administration's withholding of the funds breached his previous ruling.

"FEMA's manual review process violates the Court's preliminary injunction order," U.S. District Judge John McConnell wrote.

McConnell, an appointee of former President Obama, has blocked the administration from implementing an across-the-board freeze on federal grants as the states' lawsuit proceeds and has now twice found the administration wasn't in compliance.

The case began with an Office of Management and Budget (OMB) memo directing the sweeping freeze. Even though it has since been rescinded, the judge's order prevents the administration from implementing it under any other name.

Late last month, the attorneys general from Washington, D.C., and 22 states returned to McConnell over concerns that FEMA was instituting a grant review process in violation of his order. The states said they were waiting on a combined tens of millions of dollars in disbursements.

The Justice Department pushed back, insisting to the judge that FEMA was in compliance.

"FEMA's manual review process has nothing to do with the OMB Directive, and is expressly not a pause or freeze on funding — it is instead a change to the manner in which FEMA processes and approves payment requests," the department wrote in court filings. "FEMA intends to make appropriate payments under the relevant grants, which forecloses Plaintiffs' allegations of a continued 'pause' or 'freeze.'"

---

### Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

 

# THE HILL

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

McConnell disagreed, saying the review "essentially imposes an indefinite categorical pause on payments."

He went on to find the review is "covertly" an attempt by the administration to implement President Trump's executive order that aims to ensure so-called sanctuary cities don't receive federal funds.

"This is yet another example of an activist judge trying to obstruct President Trump's agenda," said a senior official at the Department of Homeland Security, which oversees FEMA. "At the direction of Secretary Noem, FEMA has implemented additional controls to ensure that all grant program activity is consistent with law and does not promote fraud, waste or abuse, as it has in the past. We will continue to ensure that U.S. taxpayer dollars are being used wisely and for mission critical efforts."

*Updated at 5:40 p.m. EDT*

**ADD AS PREFERRED SOURCE ON GOOGLE**

TAGS   **BARACK OBAMA   DONALD TRUMP   MITCH MCCONNELL   OBAMA**

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## More Court Battles News



Exhibit G

# Leader of FEMA Is Dismissed as Trump Administration Takes Aim at the Agency

The ouster of Cameron Hamilton, less than a month before the start of the hurricane season, came a day after he told lawmakers that FEMA was vital to communities "in their greatest times of need" and should not be eliminated.

 ▶ Listen to this article · 5:28 min   Learn more

 **By Christopher Flavelle**
Christopher Flavelle has covered FEMA for a decade.

May 8, 2025

Cameron Hamilton, the acting head of the Federal Emergency Management Agency, was pushed out of the job on Thursday, according to several people familiar with his departure. His ouster came a day after he told members of Congress that FEMA — which President Trump has suggested should be disbanded — was vital to communities "in their greatest times of need" and should not be eliminated.

The agency, which coordinates the federal response to natural disasters, confirmed in a statement that Mr. Hamilton was no longer serving as acting administrator. Many other senior leaders have been fired or decided to leave as the agency has faced an uncertain future. Mr. Hamilton's firing was reported earlier by Politico.

On Tuesday, Kristi Noem, the homeland security secretary whose agency includes FEMA, testified before lawmakers that FEMA should be eliminated. Mr. Hamilton, appearing before Congress on Wednesday, said instead that FEMA "must return to its roots," helping state and local governments respond to disasters.

"Communities look to FEMA in their greatest times of need," Mr. Hamilton told lawmakers, "and it's imperative that we remain ready to respond to those challenges."

Mr. Hamilton added, "I do not believe it is in the best interest of the American people to eliminate the Federal Emergency Management Agency." Even so, he said, that was "a conversation that should be had between the president of the United States and this governing body."

The debate over whether FEMA should survive dates back to the early days of the

administration. Mr. Trump visited North Carolina in January, after parts of the state had been devastated by Hurricane Helene, and said that FEMA under President Joseph R. Biden Jr. had failed to do enough to help hurricane survivors.

"I think we're going to recommend that FEMA go away," Mr. Trump said.

Mr. Trump's frustrations with FEMA echoed longstanding concerns among the agency's own leaders, who felt that it was increasingly being asked to do too much with too few resources. For example, FEMA had been asked to work on the response to the Covid-19 pandemic, as well as assisting with migrants in the first Trump administration.

And the frequency and severity of hurricanes, wildfires and other calamities has increased as human-caused climate change causes average temperatures to rise.

There were just three billion-dollar disasters in the United States in 1980, but that total increased to 27 last year, according to data collected by the National Oceanic and Atmospheric Administration, or NOAA. (The Trump administration has since directed NOAA to stop updating that database.)

Mr. Trump was the first president to push for the agency's dismantling, generating alarm with FEMA and also among the state emergency management officials who rely on it. But the administration's desire to actually disband the agency has been unclear.

State officials from around the country, including Republicans, have urged the White House not to dismantle the agency.

State emergency managers, who would bear the greatest burden if FEMA were to disappear, have also called for the agency to survive. "FEMA must maintain the work force, resources, and authorities necessary to achieve the agency's mission," the National Emergency Management Association, which represents state emergency managers, wrote in an open letter last month.

There have been indications that the White House is listening to those concerns. Last week, Mr. Trump named the members of a council that is meant to advise on the future of FEMA. That council includes emergency management professionals and officials from disaster-prone cities and states — a decision that some saw as a signal that FEMA is unlikely to be disbanded.

Ms. Noem, however, did not appear to be among those rooting for FEMA to survive. During Tuesday's hearing, she told lawmakers that "FEMA as it exists today should be eliminated."

It was not the first time that Ms. Noem and Mr. Hamilton were on different sides of an

issue. Early in the administration, Ms. Noem directed FEMA to freeze its grant funding, to avoid sending money to groups or states that were viewed as helping undocumented migrants. Under Mr. Hamilton, FEMA struggled to find a way to meet those restrictions, while also abiding by the agency's legal obligations.

FEMA said on Thursday that Mr. Hamilton had been replaced as acting administrator by David Richardson, the assistant secretary at the Homeland Security Department's office for countering weapons of mass destruction. (In a statement, Representative Bennie G. Thompson, the top Democrat on the House Committee on Homeland Security, called for President Trump to nominate a permanent administrator "with the proper experience and qualifications.")

Mr. Richardson will face a difficult job. As of Thursday morning, FEMA had available about half as many staff members trained to respond to disasters as it did at this point last year, according to agency documents. That follows months of downsizing at FEMA, with many workers accepting early resignation offers or being terminated.

Atlantic hurricane season starts in three weeks.

Michael Gold contributed reporting.

**Christopher Flavelle** is a Times reporter covering how President Trump is transforming the federal government.

---

A version of this article appears in print on , Section A, Page 17 of the New York edition with the headline: With FEMA Under Fire, Agency Chief Is Dismissed

Exhibit H

# 'Abolishing FEMA' Memo Outlines Ways for Trump to Scrap Agency

*Zahra Hirji, Jason Leopold, Lauren Rosenthal*

Homeland Security Secretary Kristi Noem directed the Federal Emergency Management Agency to prepare a memo on how to abolish itself and create a re-branded, radically smaller disaster response organization, according to a copy of the document reviewed by Bloomberg News.

As recently as last week, President Donald Trump and Noem said they wanted to wind down FEMA but offered few details publicly. The March 25 memo offers insight into how the administration has weighed which of its current functions to cut. Technically, only Congress can eliminate the agency.

FEMA headquarters in Washington, DC.Photographer: Stefani Reynolds/Bloomberg

Titled "Abolishing FEMA," the memo was addressed from then-acting FEMA head Cameron Hamilton to his bosses at the Department of Homeland Security and outlines a number of functions that "should be drastically reformed, transferred to another agency, or abolished in their entirety," possibly as soon as late 2025. Potential changes included eliminating long-term housing assistance for disaster survivors, halting enrollments in the National Flood Insurance Program and providing smaller amounts of aid for fewer incidents — moves that by design would dramatically limit the federal government's role in disaster response.

The existence of the seven-page memo has not been previously reported. While Trump and other officials have continued to press for abolishing FEMA in its current form since the memo was created, it's unclear which specific recommendations from the document are still on the table.

"This just means you should not expect to see FEMA on the ground unless it's 9/11, Katrina, Superstorm Sandy," said Carrie Speranza, who used to advise the agency and is now president of the US council of the International Association of Emergency Managers.

DHS, FEMA, and the White House did not respond directly to questions about the memo's creation, contents, or how it has been used since. Instead, DHS Assistant Secretary for Public Affairs Tricia McLaughlin wrote in an email: "It's not a secret that under Secretary Noem and Acting Administrator Richardson, FEMA, as it is today, will no longer exist. Federal Emergency Management will shift from bloated, DC-centric dead weight to a lean, deployable disaster force that empowers state actors to provide relief for their citizens. The old processes are being replaced because they failed Americans in real emergencies for decades." Former FEMA leader Hamilton did not respond to requests for comment.

Read more: What Trump's FEMA Cuts Mean for Hurricane Season

FEMA, which was created by President Jimmy Carter in 1979, has come under attack from both Democrats and Republicans for a range of issues — from its struggle to provide timely assistance in the wake of deadly hurricanes, such as Katrina and Maria, to its rebuilding programs, which have faced mounting costs as climate change drives increasingly damaging weather in densely populated communities.

A number of new reform bills have surfaced in Congress, including a proposal by Louisiana Republican Clay Higgins to replace FEMA with block grants to state governments similar to some social safety-net programs, with the goal of reducing costs. Competing bipartisan bills suggest leaving FEMA intact while overhauling its grant programs and reimbursements in an effort to speed up the recovery process.

The memo, meanwhile, outlines numerous ways to drive down federal disaster spending, largely by canceling long-running initiatives, revoking financial assistance altogether in some cases and pushing more disaster oversight and funding onto state and local governments. Many of these proposals appeared in the Heritage Foundation-led Project 2025 report — though its authors recommended keeping FEMA intact. Disaster experts, including ex-FEMA officials, say the plans would overwhelm state budgets and lead to longer recoveries, especially if carried out on a fast timeline.

## 'A smaller footprint'

The memo came after Noem directed staff to draw up plans for reducing the agency to "a smaller footprint of core functions," according to the document. Hamilton wrote it in coordination with a small number of veteran senior FEMA officials, according to people familiar with the matter who weren't authorized to speak publicly.

> Cameron Hamilton, then-acting administrator of FEMA, during a House Appropriations Subcommittee on Homeland Security hearing on May 7.Photographer: Pete Kiehart/Bloomberg

Hamilton outlined a new agency that would still play a central role in preparing for and immediately responding to disasters, but would ratchet back everything else.

To begin with, he recommended that the federal government cease assistance for smaller, less destructive events and focus resources on "disasters of national significance." Under the new framework, states would likely have to pay a greater share of associated costs than they commonly do now.

Michael Coen, who served as FEMA chief of staff under President Joe Biden, said the proposed approach could "leave a lot of communities behind" since many states don't have the budget or capacity to help communities fully recover. "If you live in a community in Vermont that is affected by a flood, that's a significant event for you, but it might not be a significant event for national security," Coen said.

Read more: Trump Can't End FEMA But It Needs Reform, Says Obama's FEMA Head

For bigger disasters, the memo suggests the federal government oversee search-and-rescue teams and logistics tied to stockpiling water, food and other critical resources, and provide some financial relief right after a disaster. These functions "would be neither effective or efficient to replicate 50 times over at the state level," per the memo.

But even for these bigger events, Hamilton recommended a narrower federal role for long-term recovery. For example, the memo proposes FEMA no longer provide housing for disaster survivors due to high costs. This would mean eliminating long-term rental assistance and direct housing for disaster survivors, including government-leased apartments or FEMA trailers or RVs.

> A FEMA disaster recovery center in Pasadena, California, assists residents during the Los Angeles wildfires in January.Photographer: Jill Connelly/Bloomberg

Coen questioned how such a sweeping reform would work in practice. "States don't have the capacity to administer their own housing programs for disaster survivors," he said.

The document acknowledges that most states are today "unprepared" to step up their role. Hamilton proposed initially providing "robust" support for growing state and local capacity — such as some grants, training and exercises — that would later be ramped down.



Get the Morning & Evening Briefing Americas newsletters.

Get the Morning & Evening Briefing Americas newsletters.

Get the Morning & Evening Briefing Americas newsletters.

Start every morning with what you need to know followed by context and analysis on news of the day each evening. Plus, Bloomberg Weekend.

Start every morning with what you need to know followed by context and analysis on news of the day each evening. Plus, Bloomberg Weekend.

Start every morning with what you need to know followed by context and analysis on news of the day each evening. Plus, Bloomberg Weekend.

The memo is also critical of the National Flood Insurance Program, which has more than 4 million policyholders

currently enrolled, for pushing the government "farther and farther into debt." NFIP has filled a gap in the insurance market since 1968, providing subsidized flood coverage for homeowners. But as climate change increases flood risk, the program has become insolvent. Hamilton suggested Trump may "be able to direct the cessation of new policy sales and renewals," but that more research was needed into the president's legal options for ordering reforms.

At the end of the memo, Hamilton proposed four possible new names for FEMA: the Office of Crisis Management (OCM), the Office of Crisis Response (OCR), the National Crisis Response Agency (NCRA) and the National Office of Emergency Management (NOEM) — an acronym that dovetails with the name of the Homeland Security secretary.

## Executive branch powers, limits

Hamilton exited the agency in May, a day after testifying before Congress that he thought FEMA shouldn't be abolished. He was replaced by Homeland Security official David Richardson, who has limited disaster management experience.

Many of the proposed changes cannot be implemented "without the engagement and action of Congress," according to the memo. For example, permanent changes to types or amounts of housing and other forms of individual assistance would likely require legislative action, as would reforming or repealing the flood insurance program.

But staff deemed the executive branch could roll out others immediately, such as by scaling back aid for disasters. In April, FEMA ended a grant program funding projects to reduce future disaster damage by making communities more resilient; this is one of the programs identified for possible elimination in the memo.

A FEMA Review Council established by Trump via executive order met for the first time in May and is set to produce a report with recommendations for reforming the agency in November. Given the administration's urgency around overhauling FEMA, Hamilton had recommended skipping that process and cancelling the council.

Last week, both Noem and Trump reiterated their intention to axe the agency after the end of this hurricane season. "Under Secretary Noem's leadership, the FEMA Review Council is developing a comprehensive plan for necessary change," said McLaughlin of DHS.

Climate costs are increasingly high. The US spent nearly $1 trillion on disaster recovery and other climate-related needs over the 12 months ending May 1, according to an analysis by Bloomberg Intelligence.

The big question now is if "a significant earthquake or a hurricane in the coming months" could shift the conversations around FEMA once more, said Coen. "We'll see."

Exhibit I







DONATE

CLIMATE

# The Trump administration says it wants to eliminate FEMA. Here's what we know

JUNE 26, 2025 · 5:38 AM ET

 Rebecca Hersher



People impacted by wildfires in 2025 seek information and relief at a FEMA Disaster Recovery Center in Pasadena, Calif. The president has said the Federal Emergency Management Agency, FEMA, should be eliminated, and has appointed a group of high level officials to recommend options for restructuring or reforming the agency.

*Etienne Laurent/AP*

President Trump says the Federal Emergency Management Agency, FEMA, should be eliminated, and that states should take on more responsibility for responding to and preparing for extreme weather and other disasters.

That would mean big changes for the millions of Americans who rely on FEMA after hurricanes, wildfires, tornadoes, floods and other weather disasters every

year. The cost of weather disasters in the U.S. has skyrocketed in the last decade, as climate change causes more intense weather and populations grow in areas that are at high risk for hurricanes, wildfires and other destructive events.

FEMA currently works with states to prepare for disasters, provides on-the-ground help during emergencies and pays out billions of dollars for repairs. Emergency management experts and state disaster response officials say that FEMA plays a crucial role that state governments cannot handle on their own.

Here's what we know about the Trump administration's plans to eliminate FEMA.

### When will FEMA be eliminated?

President Trump says the agency could be eliminated as soon as December 2025. Speaking in the Oval Office in June, he said that major changes to FEMA would come after the Atlantic hurricane season ends in November. "We want to wean off of FEMA, and we want to bring it back to the state level," the president said. He also said that the agency will immediately "give out less money" to states that are recovering from disasters.

The president also appointed a council of cabinet members, governors and emergency management experts, tasked with recommending changes to FEMA. That group, the FEMA Review Council, had its first meeting in May, and is supposed to make recommendations by mid-November. The council is expected to complete its work by May 2026, suggesting that the Trump administration intends to eliminate or restructure FEMA in the period between the 2025 hurricane season and the 2026 hurricane season.

### Why is the Trump administration proposing this?

FEMA has a long history of failing to serve those who need help the most after disasters. Under the Biden administration, the agency was taking steps to address those problems. For example, the agency simplified paperwork, expanded on-the-ground help after disasters and made it easier for survivors to get money for diapers, food and other immediate needs.

The Trump administration is taking a different approach. The president has repeatedly suggested that FEMA is hopelessly flawed. At the first meeting of the FEMA Review Council, the council's co-chair, Department of Homeland Security Secretary Kristi Noem, said, "The president and I have had many, many discussions about this agency. I want to be very clear. The President wants it eliminated as it currently exists. He wants a new agency."

### Doesn't Congress oversee FEMA?

Yes, and only Congress can fully eliminate FEMA, although the executive branch can act on its own to restructure or reduce the size of the agency.

Congress has its own ideas about how to reform FEMA. A bipartisan bill making its way through Congress would simplify the process for disaster survivors to apply for federal assistance, and remove FEMA from the Department of Homeland Security, giving the agency a direct line to the president.

That bill would also incentivize states to invest more in disaster preparedness, by tying it to federal aid after a disaster. The bill's focus on preparation as a core FEMA responsibility is at odds with the Trump administration's approach to reforming the agency, which has so far included drastically cutting FEMA's disaster preparedness spending.

**What specific FEMA changes are being proposed by the Trump administration?**

The president has suggested that the federal government should have a much smaller role in responding to disasters. But it's unclear what that means in practice.

At the first meeting of the FEMA Review Council, Secretary Noem said she supports a simplified payment system wherein states receive large disaster recovery block grants from the federal government, rather than tailored reimbursements and grants to cover specific repairs. And President Trump said in June that FEMA will provide less disaster-related assistance to states overall.

Bloomberg news also reported that an internal agency memo from March confirmed that agency leaders were considering changing FEMA's policies to make it harder for states to receive funding after disasters.

Other members of the review council suggested shrinking FEMA's National Flood Insurance Program, which provides the majority of residential flood insurance in the U.S. And FEMA has already canceled billions of dollars of grants for infrastructure upgrades that were supposed to prevent future damage from extreme weather.

**Is FEMA ready to respond to disasters right now?**

By many measures, FEMA appears less ready to respond to disasters than it was before President Trump took office.

The acting FEMA director, Cameron Hamilton, was abruptly let go in the spring. He was replaced by David Richardson, a DHS official who has no prior emergency management experience.

After Richardson took over, Reuters reported more than a dozen top FEMA employees resigned, including the then-second in command at the agency. In June, the head of the agency's disaster coordination office resigned.

And changes to other parts of the federal government have also affected FEMA. An AmeriCorps program which trained and deployed young people to help after disasters was canceled because of an executive order signed in the early days of Trump's second term. And the Department of Homeland Security, which usually supplies underline_extra staff for FEMA after particularly large disasters, is already stretched thin because of the administration's focus on arresting and deporting people.

climate change     fema     wildfires     2025 hurricane season

**More Stories From NPR**



Exhibit J

POLITICS • 2 MIN READ

# FEMA workers put on leave after signing letter warning of Trump's overhaul of the agency

UPDATED AUG 26, 2025

By  Gabe Cohen



The Federal Emergency Management Agency (FEMA) headquarters building on January 29, 2025, …



The Federal Emergency Management Agency on Tuesday placed several employees on administrative leave effective immediately, just one day after they **signed an open letter warning Congress** that the Trump administration's sweeping overhaul of the agency could lead to catastrophic failures in disaster response.

Titled "Katrina Declaration," **the letter** accuses President Donald Trump and Homeland Security Secretary Kristi Noem, whose department oversees FEMA, of undermining the agency's capabilities, ignoring its congressionally mandated authority and appointing unqualified leadership. The group calls for FEMA to be shielded from political interference and for its workforce to be protected from politically motivated firings.

Of the more than 180 current and former FEMA staffers who signed the letter, most did so anonymously. Only 36 signed publicly, though it's unclear how many were still employed when the letter was released.

Among them was Virginia Case, a supervisory management and program analyst, who told CNN she received notice Tuesday evening that she'd been placed on paid leave.

Advertisement

"I'm disappointed but not surprised," Case said, adding that she was aware of at least six other FEMA workers who received similar emails. "I'm also proud of those of us who stood up, regardless of what it might mean for our jobs. The public deserves to know what's happening, because lives and communities will suffer if this continues."

Workers who are placed on leave "will conduct no business, visit no FEMA/DHS facility and contact no FEMA/DHS personnel," according to an email to FEMA employees reviewed by CNN.

Employees were also ordered to share their personal email addresses because access to their FEMA/DHS accounts had been suspended.

"It is not surprising that some of the same bureaucrats who presided over decades of inefficiency are now objecting to reform. Change is always hard. It is especially for those invested in the status quo, who have forgotten that their duty is to the American people not entrenched bureaucracy," a FEMA spokesperson said in a statement to CNN. "Our obligation is to survivors, not to protecting broken systems. Under the leadership of Secretary Noem, FEMA will return to its mission of assisting Americans at their most vulnerable."

Advertisement

The "Katrina Declaration" letter warns that critical reforms enacted after the failed response to Hurricane Katrina are being unraveled, as the Trump administration moves to either abolish or drastically shrink FEMA's role.

The move echoes actions taken earlier this summer, when the Trump administration **suspended roughly 140 employees** from the Environmental Protection Agency days after they signed a public letter raising concerns about the treatment of federal workers and the Trump administration's regulations on climate and public health.

*This story has been updated with additional details.*

 **Politics**                                                                 Subscribe

## Up next

 Trump signs bill ending government shutdown, starting clock on ICE talks

3 MIN READ

 Trump admin attorney leaves Minnesota after telling judge her job 'sucks' amid crush of immigration cases

6 MIN READ

 The Trump administration's rushed narrative about the killing of Alex Pretti has collapsed

4 MIN READ

 Jeff Bezos-owned Washington Post conducts widespread layoffs, gutting a third of its staff

4 MIN READ

## Most popular

1    Bad Bunny's Super Bowl halftime performance redefined what it means to be an American patriot

2    Trump calls Olympic skier 'real loser' after athlete expresses 'mixed emotions' representing the US

3    Trump calls Bad Bunny's Super Bowl halftime show performance 'one of the worst, EVER'

Exhibit K

# Noem at odds with Trump-appointed panel over future of FEMA

*Brianna Sacks, Isaac Arnsdorf*

A panel appointed by President Donald Trump to review whether to eliminate the Federal Emergency Management Agency has instead concluded in a report that the agency should be more powerful and autonomous. Homeland Security Secretary Kristi L. Noem, however, wants to take FEMA in a different direction.

Upgrade for 3 extra accounts to share

Premium comes with extra access for friends and family, plus more benefits.

See more details

The wrangling over the FEMA review council's long-awaited report, which has been in the works for nearly 10 months, will help determine the fate of one of Trump's controversial efforts to reshape the government and its ability to respond to disasters such as floods, fires and hurricanes.

Noem, as the council co-chair, is responsible for finalizing the report and sending it to Trump for review. Her draft, which is not finished, recommends keeping FEMA within the Department of Homeland Security and largely removing FEMA from its direct role in disaster relief, instead turning it into more of a grant-making operation, according to five people familiar with the situation who spoke on the condition of anonymity to discuss the private deliberations. The council's earlier draft did not recommend those changes, but rather that FEMA gets elevated to a Cabinet-level office.

Noem's office also wants to reduce the federal government's share of disaster-related costs to 50 percent, with states having to fund the other 50 percent with cash, which some council members staunchly opposed, according to a person familiar with the situation. Under FEMA guidelines, the federal government covers about 75 percent of costs, and in extreme cases it will front nearly 100 percent for a period of time. The council is recommending FEMA keep its current cost share responsibility, which is defined by the Stafford Act.



**Follow** Trump's second term

A spokesperson for DHS denied Noem was trying to alter the report.

"Secretary Noem is the Chairwoman of the council and has worked with committee members collaboratively on the reform report," DHS spokeswoman Tricia McLaughlin said in a statement. She said the council has "spent months working to provide recommendations to reshape and reform the bureaucratic mess that exists at FEMA."

The negotiations over the report are still in flux, and the president's final decision is not yet clear, according to people familiar with the process. Since he initially floated "reforming and overhauling FEMA — or maybe

getting rid of FEMA" in January, Trump has met with first responders and victims' families in disaster areas and heard from advisers and Republican officials who oppose eliminating the agency. The final report, which carries no legal weight but is a recommendation to the president for FEMA's next steps, is expected in mid-December. The New York Times first reported details of tensions around the FEMA Review Council's report earlier Wednesday.

White House spokeswoman Abigail Jackson described the council's mandate as recommending how to make sure "the federal role remains supplemental and appropriate to the scale of disaster."

"Secretary Noem is working hard to implement the President's vision that will best serve the American public," Jackson said.

Trump, who has been highly critical of FEMA, appointed the council in part to address criticism of the way the federal government responds to natural disasters, according to people involved in the process. The 10-member council, led by Noem and co-chaired by Secretary of Defense Pete Hegseth, is composed of Republican state and local elected officials, a veteran FEMA official and an insurance CEO.

"When we first heard about the creation of this council, I think there were concerns that it would not do its due diligence," said Pete Gaynor, who led FEMA for a time during Trump's first administration. "But I think the council has done some pretty good work. I think they have made some positive recommendations on turning this thing from an overly complicated recovery process to something more simplified I think meets everyone's goals."

In early November, the council submitted a 160-page draft proposal on how to revamp FEMA and improve the country's disaster response system — the result of about 13,000 public comments and about a dozen public and closed meetings with communities, many small and rural, from Puerto Rico to Louisiana to Wyoming to California.

The overarching conclusion aligned with Trump's impulse to push more disaster-response capabilities and decisions to states. But the council, according to a person involved in the process and a review of meetings, became more focused on improving and elevating the agency, rather than shrinking or eliminating it.

"President Trump is putting Americans first by creating a once-in-a-lifetime opportunity to methodically align and strengthen how emergency management is integrated across all levels of government," Kevin Guthrie, Florida's director of emergency management, said during an August FEMA review council meeting in Oklahoma City. "We don't get an opportunity to hit the reset button often, and we've been given that opportunity through this committee."

Some of the council's detailed suggestions include making it easier for disaster-stricken residents and communities to get FEMA's Individual and Public Assistance funds by accelerating the dispersal of funding to the communities and reforming how FEMA manages the National Flood Insurance Program, according to three people familiar with the report and a copy of its table of contents. It also proposed moving FEMA out of DHS and making it a Cabinet-level department.

But after the report's submission, Noem and her top adviser, former Trump campaign manager Corey Lewandowski, cut the draft proposal to fewer than 20 pages, while keeping open the possibility of releasing the rest as supplemental material, officials said. Some White House officials received a copy of the council's unedited draft, according to two people familiar with the matter.

"It's like Edward Scissorhands," a person familiar with the situation said of Noem's edited version of the report. "She wants to chop it up, and decentralize and really drastically limit FEMA. Many members on the council are not happy with how she has put her thumb on the scale."

Noem's revisions also include a recommendation to further cut FEMA staff by about half and have FEMA only handle debris removal and emergency protective measures when responding to a disaster, moving most of its other work — such as helping repair damaged utilities, roads and bridges, public buildings and parks — to other agencies, according to a person familiar with the reports. In addition, about a month ago, Noem announced a desire to relocate FEMA's headquarters from D.C. to Texas, which Politico first reported.

Those ideas concerned some experts on the council who warned that state and local governments lack the

resources to take over those responsibilities from FEMA and that the changes needed to be phased in to give states and local communities time to shift their budgets to better support their own emergency management capabilities.

After Trump commissioned the council through an executive order in January, the administration had largely pinned FEMA's future on what the council would suggest.

The members took that mission seriously, according to people familiar with the process. While it was clear to some that Trump and Noem both desired to get rid of FEMA as it exists today, members of the council spent months sifting through feedback from all corners of the U.S., including tribes that often struggle to get federal disaster assistance, and determined that FEMA needed to make its programs more accessible to rural regions, according to people familiar with the report. The council also highlighted the need to mitigate risk by enabling communities to rebuild more safely, they said.

That effort, one person said, created some tension between some council members and Noem and Lewandowski, who would often come into their meetings and interject his thoughts.

One example is Noem's proposal to move FEMA to Texas, and potentially tap Nim Kidd, the head of the Texas Division of Emergency Management and a member of the council, to lead the agency. She argued that relocating the agency's headquarters was one of Trump's desires, according to two people with knowledge of the situation, who added that some members of the council were shocked by the proposal.

That shift had not been something the council was discussing, and relocating much of the agency's operations out West seemed counterintuitive to the council's goal of enabling FEMA to operate more efficiently and nimbly when responding to disasters across the U.S., those people said. White House officials told some council members that the relocation was not one of Trump's priorities.

Transferring much of the agency's operations nearly across the country would make it much harder to coordinate a federal emergency response, experts and current and former officials said, especially since one of FEMA's key responsibilities is ensuring that the executive branch can function during a national emergency, such as a terrorist attack, and overseeing national emergency communication systems.

For the last few months, there has been speculation as to whether Noem would accept the council's outline for the future of FEMA and thus the nation's disaster response framework.

At the National Emergency Management Association's conference last month, Guthrie, the Florida emergency management director, addressed attendees, telling them about the much-awaited council report. Cameron Hamilton, FEMA's former acting administrator whom Noem fired this spring for going against her desire to eliminate the agency, then asked him a blunt question: "What degree of confidence do you have that [the] report that you submit to DHS will be what is submitted to the president?"

"[Guthrie] sighed," Hamilton recalled. "He said he feels confident in the report that they will submit to the Secretary. And that's where he stopped."

*Greg Schneider contributed to this report.*

Exhibit L

# *Trump Wanted to Abolish FEMA. His Own Advisers Disagree.*

A panel convened by President Trump is said to have rejected the president's idea that the agency should "go away."



▶ Listen to this article · 6:01 min   Learn more

 

**By Maxine Joselow and Scott Dance**

Maxine Joselow reported from Washington, and Scott Dance from Anchorage.

Nov. 19, 2025

A task force formed by President Trump to consider changes to the Federal Emergency Management Agency has recommended that it should not be abolished, according to four people briefed on the matter, a position that conflicts with Mr. Trump's earlier assertion that the agency should "go away."

It is unclear whether Kristi Noem, the homeland security secretary, will accept the task force's suggestions, the people said. FEMA is part of the Department of Homeland Security.

The deliberations underscore a growing tension within Mr. Trump's political coalition over the federal role in responding to hurricanes, floods, fires and other disasters across the country that are growing more destructive as the planet warms.

Democrats and Republicans agree that the agency is often slow and inefficient. But Republicans, who control Washington, have come to recognize that FEMA aid is crucial to disaster-struck communities and would be difficult, if not impossible, for state and local governments to replace.

Earlier this year Mr. Trump called for dismantling or drastically scaling down FEMA and shifting responsibility for disaster response to the states, saying governors should handle more emergencies on their own. In May, the administration pushed out Cameron Hamilton, then the acting FEMA administrator, a day after he told Congress that the agency should not be eliminated because it helped communities "in their greatest times of need."

But in the wake of the July 4 floods that devastated the Texas Hill Country, Mr. Trump and his aides seemed to soften their rhetoric around FEMA. Mr. Trump said during a visit to the disaster zone in Texas that "some good people" were running the agency.

Many of the people appointed by the president to the FEMA task force hail from red states in the South that are vulnerable to hurricanes and reliant on FEMA aid. They include officials from Florida and Texas, two of the states that receive the most federal disaster assistance.

The task force has presented Ms. Noem with a draft report that calls for reforming but preserving

the agency in some form, the four people briefed on the matter said. The panel failed to release its final report by Sunday as required by an executive order Mr. Trump issued in May.

The final report is now expected by the end of the year. It could ultimately suggest a compromise intended to appease the White House, such as renaming FEMA or eliminating the agency "as it exists today" or "in its current form," two of the people briefed on the matter said.

In response to questions, Tricia McLaughlin, a spokeswoman for the Homeland Security Department, said in an email, "The FEMA Review Council has spent months working to provide recommendations to reshape and reform the bureaucratic mess that exists at FEMA. All council members have provided key insights, ideas and suggestions as their final report takes shape."

Most of the members of the task force are Republicans, including Michael Whatley, the former chairman of the Republican National Committee. He is running for a Senate seat in North Carolina, which was battered by Hurricane Helene last year and is still waiting for some FEMA aid.

Through a spokeswoman, Mr. Whatley declined to comment on the contents of the report.

The draft report, which the Homeland Security Department declined to release to The New York Times, proposes changes to FEMA that would provide aid to states more quickly, according to the four people briefed on the matter. It also suggests that FEMA should not continue sending money to states a decade or more after a disaster has struck. And it floats the idea of restoring FEMA to a cabinet-level agency that answers directly to the president, as it did before 2003.

Ms. Noem is editing the draft report before presenting it to Mr. Trump and has reduced it to roughly 20 pages from around 100 pages, according to the people briefed on the matter. Ms. McLaughlin said that Ms. Noem, the chairwoman of the task force, had not altered the draft report's findings.

The deliberations over the document come at a tumultuous time for FEMA.

David Richardson resigned on Monday as acting administrator of the agency after just six months on the job. Karen Evans, a senior political appointee at FEMA who earlier this year led an overhaul of the federal Cybersecurity and Infrastructure Security Agency, will take over as acting FEMA administrator on Dec. 1.

Ms. Evans, like Mr. Richardson, lacks experience in emergency management, which is a legal requirement to lead FEMA.

Mr. Richardson had told colleagues that he planned to leave the agency by the end of the year, according to three people familiar with his comments. But he resigned on Monday because officials in the White House and the Homeland Security Department were considering forcing him out of the job after the task force released its report, the people said.

Ultimately, while the Trump administration can restructure FEMA without congressional approval, eliminating the agency would require an act of Congress.

Yet on Capitol Hill, many Republicans have joined with Democrats to support legislation that would make FEMA a cabinet-level agency and reform its operations to move money more quickly to

disaster-struck communities. A House committee voted, 57-3, to advance the measure in September.

Representative Sam Graves, Republican of Missouri and the lead sponsor of the bill, said earlier this month that he was optimistic the measure could eventually pass with White House support, despite Mr. Trump's desire to dismantle FEMA, Federal News Network reported.

"We've got people on both sides bought into this process," he said at an event hosted by Punchbowl News, adding, "FEMA is broken. The president knows it's broken. So we're instituting some real reforms."

Christopher Flavelle contributed reporting from Washington.

**Maxine Joselow** covers climate change and the environment for The Times from Washington.

**Scott Dance** is a Times reporter who covers how climate change and extreme weather are transforming society.

---

A version of this article appears in print on , Section A, Page 16 of the New York edition with the headline: Keep FEMA, Draft Report By Task Force Urges Trump

Exhibit M

POLITICS

# Trump administration makes major changes to a report it commissioned on FEMA reforms, AP sources say



1 of 2 | South Dakota Gov. Kristi Noem gives a news conference along the Rio Grande, Aug. 21, 2023, in Eagle Pass, Texas. (AP Photo/Eric Gay, File)



BY **GABRIELA AOUN ANGUEIRA**

Updated 5:04 PM PST, November 19, 2025

A draft of a much-anticipated report on reforms to the Federal Emergency Management Agency has been whittled down in size, with recommendations compiled by a council appointed by the president slashed and amended by Homeland Security Secretary Kristi Noem's office, according to three people familiar with the developments.

The report "got nuked," said one former FEMA official. The three people, who spoke to The Associated Press on condition of anonymity to discuss the issue with the media, said the report shrunk from over 160 pages to roughly 20. They said it left council members and other emergency management leaders

concerned that some of the recommendations about the country's disaster preparedness won't make it into the final copy, which is expected around Dec. 12.

The draft report's downsizing reflects the Trump administration's push to disengage the federal government from disaster management and the agency overseeing it, FEMA, pushing more responsibility for preparing, responding to and recovering from climate on states, tribes and territories.



AD
More Homeowners Can Qualify For Relief
CalAssist MORTGAGE FUND
The CalAssist Mortgage Fund has been updated:
● NEW higher income limits
● Many disaster areas included
● Still free to apply and no repayment required
Apply Now
at CalAssistMortgageFund.org — funds are limited.
Recovery Starts with Relief
Administered by the California Housing Finance Agency

The former officials said that cutting some of the original recommendations and adding others that further diminish FEMA will not only show that the administration is intervening politically in a professional undertaking. They said the changed recommendations could ultimately leave states and other governments unequipped to prepare for or recover from disasters.

### RELATED STORIES



**FEMA could still support winter storm response in a shutdown, despite administration warnings**



**FEMA extends housing aid for Maui wildfire survivors until 2027**



**Trump executive order seeks to speed up rebuilding of homes destroyed by Los Angeles wildfires**

Those who oppose shrinking FEMA say most state and local governments can't take on more of the enormous financial and logistical strains of rebuilding, especially as the frequency and severity of extreme weather wrought by climate change grows, and that FEMA plays a key coordinating role, shepherding help from across the federal government.

DHS did not immediately respond to requests for comment. Asked about the status of the report, White House spokeswoman Abigail Jackson said the review council will recommend to President Donald Trump how FEMA may be reformed "such that the Federal role remains supplemental and appropriate to the scale of disaster," and that "Secretary Noem is working hard to implement the President's vision that will best serve the American public."

ADVERTISEMENT

## The initial draft sought reforms to FEMA

The council, appointed by Trump and made up almost exclusively by members from Republican-led states who support significant FEMA reforms, finished a draft report in early November of over 160 pages, according to the three people.

A table of contents obtained by the AP showed the initial draft included nine "key principles," including reforming public assistance, flood insurance, direct assistance to survivors, and improving rural resilience.

It also included sections on potential reforms to the Stafford Act, which dictates most of FEMA's authorities, and proposes a phased approach to the changes, to prepare state and local governments.

Two former officials familiar with the matter told the AP the initial recommendations included several of the reforms Trump and Noem have repeatedly touted, including giving states upfront direct grants for disaster recovery instead of reimbursing for the work after it's done, a process that is often criticized for being too slow and bureaucratic.

ADVERTISEMENT

Other initial recommendations would reduce how much FEMA pays for disasters by reducing the federal cost share below its current minimum of 75%, and raising the threshold of how much a disaster must be estimated to cost before FEMA recommends to the president that it receive a major disaster declaration. Declarations are ultimately up to the president regardless of that formula.

A
D
V
E
R
T
IS
E
M
E
N
T

## The new draft cuts proposed reforms and makes others

After submitting the draft in early November to DHS for comment and approval, council members learned Noem's office cut the report to around 20 pages, the former officials said.

Two people who had not seen the DHS version but are close to members of the council who did said the new draft removes any mention of mitigation programs and slashes preparedness dollars for local emergency management agencies. The AP could not independently confirm other changes made to the draft.

Noem called a last-minute meeting of the FEMA Review Council on Wednesday afternoon. DHS did not respond to questions about the meeting.

The AP could not reach council members for comment.

At a disaster resilience conference in Florida Wednesday, council member and Florida Division of Emergency Management Executive Director Kevin Guthrie said federal funds would "continue to come down" to states, but that, with legislative changes, the money could potentially arrive in "days and weeks," hinting at the transition to using direct grants. He did not address the draft report in his remarks.

Many of the expected recommendations would require action by Congress because the 1988 Stafford Act lays out most of FEMA's responsibilities. Other changes could be implemented by Trump or the FEMA administrator.

A
D
V
E
R
T
IS
E
M
E
N
T

## A Republican-dominated council

For nearly a year, the council has been meeting around the country, holding listening sessions in disaster-impacted places and surveying emergency management professionals and others on how to reform FEMA, and streamline federal support after disasters.

Trump created the review council by executive order on Jan. 24, the same day he proposed " getting rid of " FEMA after touring Hurricane Helene damage in North Carolina.

It is co-chaired by Noem and Defense Secretary Pete Hegseth, though Hegseth did not attend the last of three public meetings, and Noem attended two meetings virtually.

The members are almost exclusively from Republican-led states and include the emergency management directors of Texas and Florida, Virginia Gov. Glenn Youngkin, and Texas Gov. Greg Abbott. Former Mississippi Gov. Phil Bryant is vice chair.

Members held three public meetings between May and August in Washington, D.C., New Orleans and Oklahoma City, along with multiple closed-door listening sessions with Native tribes and in disaster-impacted states and territories including North Carolina and Puerto Rico. They also surveyed emergency management directors and others involved with disaster recovery.

Experts hoped that what they believed was a thorough approach would mean that the final recommendations would be reflective of the broad input.



**GABRIELA AOUN ANGUEIRA**
Gabriela covers philanthropy's role in disaster resilience and recovery. She is based in San Diego, California.

ADVERTISEMENT

AD

LEARN MORE

## MOST READ



1   In some states, a push to end all property taxes for homeowners

2   Carney rolls his eyes at US Treasury secretary, says he told Trump he meant what he said at Davos

3   Live updates: Senate Democrats block DHS funding package ahead of shutdown deadline

4   New videos show Alex Pretti scuffle with federal officers in Minneapolis 11 days before his death

5   Homeland Security Secretary Kristi Noem faces rising calls for her firing or impeachment

ADVERTISEMENT

Exhibit N

# 'She's the enforcer': New FEMA chief led effort to rein in agency spending, strip funding from Muslim groups, sources say

*Gabe Cohen*

When Karen Evans arrived at the Federal Emergency Management Agency as a senior adviser this spring, her mandate was clear: help the Department of Homeland Security tighten its control over the agency and rein in spending.

She quickly became known as the "final gatekeeper" for all funding requests. "Her nickname was the terminator," a former senior official told CNN. "She was terminating grants, terminating contracts, terminating people."

Oftentimes, that meant no money went to communities across the country that were either preparing for or recovering from a calamity.

"Her intent was just to put out the least amount of money possible and not put any money into places or activities that didn't align, or even suggested may not align with their priorities," said another former senior official who worked with Evans. "She was going through, line by line, and disapproving things. She often didn't know what they meant or what would happen."

To some inside the administration, Evans has been an effective force in DHS' push to improve efficiency, cut perceived waste and reshape FEMA to fit the president's priorities.

Now Evans, a longtime government employee with limited emergency management experience, is set to lead the FEMA — the third person to hold the position in the first 10 months of President Donald Trump's second term.

To critics, Evans' appointment suggests that Homeland Security Secretary Kristi Noem intends to accelerate the dismantling of FEMA and shift more responsibility for disaster response to the states. Noem has publicly criticized FEMA, vowing to "clean house" and calling the agency partisan, bloated and ineffective.

More than a dozen current and former FEMA insiders, who spoke to CNN anonymously for fear of retribution, described Evans as a DHS loyalist who brooks no opposition, often clashing with staff and instilling fear. In recent months, multiple senior sources said Evans helped orchestrate the removal of dozens of FEMA staffers and seasoned emergency management experts, allowing DHS to consolidate control.

She's also been at the center of several controversial moves at FEMA — from allegedly pushing to strip grant funding from Muslim organizations, to enforcing Noem's new policy requiring her sign-off on all spending over $100,000, which was blamed for slowing the response to deadly floods in Texas over the summer.

"She's the enforcer for DHS," one former senior FEMA official told CNN. "Her job was to effectively grind FEMA to a halt."

DHS declined to comment for this story, and Evans did not respond to detailed questions from CNN.

Evans is stepping into FEMA's top job as the agency's future hangs in the balance. There's fierce debate over whether FEMA should stay part of the Department of Homeland Security, how much responsibility it should have during disasters, and who gets to call the shots — and control the money.

During Trump's first term, Evans — a government employee of nearly three decades who has primarily worked in information technology and cybersecurity — served as a senior official with the Department of Energy before moving to DHS.

She left government during the Biden administration, returning to DHS last winter.

In March, Trump nominated her for DHS undersecretary of management, and she quickly became a key player, advising top brass — including those reshaping FEMA's future, multiple sources said.

The administration withdrew her nomination in July. A DHS spokesperson said it would let her focus on FEMA, calling her leadership "critical" amid the overhaul of the agency.

Evans was shifted into FEMA full time, tasked with helping Noem and Corey Lewandowski — Trump's longtime ally turned DHS special government employee — drive their mission to shrink the agency.

She would work alongside the then-newly appointed acting FEMA administrator, David Richardson, another DHS loyalist with little experience managing natural disasters. Noem and Lewandowski tapped Richardson for the top job after firing his predecessor, Cameron Hamilton, for feuding with leadership and opposing the administration's plan to eliminate FEMA.

At FEMA, Evans quickly earned a reputation as a hard-charging leader who would deliver DHS results.

She tightened the funding funnel, cutting a litany of spending deemed wasteful. But some say her strict oversight has made it harder for the agency to deliver aid to communities by forcing staff to review and rewrite thousands of spending requests, multiple sources said.

"We had to ensure we were being polite and respectful," a senior FEMA official told CNN. "We had to write proposals to say things like, 'We respectfully request your approval for ...' and couldn't say things like, 'Without this there will be a significant problem' — as that was deemed 'threatening.'"

DHS has repeatedly defended its delivery of FEMA assistance, saying the agency is operating far more efficiently under Trump and Noem, though some agency insiders dispute those claims.

As of September, hundreds of millions of dollars in FEMA funds were still caught up in the funding approval process awaiting signatures from Noem, according to two sources with knowledge of the backlog.

Along the way, Evans has clashed with FEMA staff, including high-ranking officials, multiple sources said.

"I've been in meetings where she just completely dressed down senior executives in front of everybody," a longtime FEMA official said. "The environment she created is just so toxic."

Evans also drove some of the agency's most high-profile disruptions. This summer, she helped orchestrate the abrupt firing of two dozen IT staffers, including two top executives, following a cybersecurity breach, three sources told CNN.

Noem called their actions "incompetence" at the time and accused the workers of downplaying the breach and obstructing DHS efforts to resolve it. According to sources, Evans had long clashed with one of the executives fired in the incident.

"There's an example of something that was blown way out of proportion for an outcome," one former senior official with firsthand knowledge of the incident told CNN.

Evans also oversaw the removal of the grants branch director and then her replacement, leaving staff in limbo and fearful that any action could lead to termination, multiple sources said. Several senior officials say DHS never offered an explanation for the moves.

By early fall, she was promoted to FEMA chief of staff, and her authority continued to grow. Some considered her the agency's de-facto leader, as Noem and DHS became increasingly frustrated by Richardson's public gaffes and what they believed was his inability to champion the department's overhaul of FEMA to Congress and the public. Last week, Richardson resigned as the administration prepared to oust him, and Evans took the role.

Even before joining FEMA full time, Evans sparked concern among agency leaders for her part in efforts to strip security funding from Muslim nonprofits, as first reported by CNN. According to two sources, Evans was the first to float the idea of disqualifying all Muslim groups from security grants to FEMA officials.

She spent months leading attempts to block the groups from receiving funds that are used to bolster security at mosques and to protect against hate crimes, according to five former officials.

"There was a real effort by Karen to put Muslim organizations in the light of being terrorists so they would be removed from FEMA grants," one official said.

It began with a call this spring, when DHS raised concerns that Muslim organizations with anti-Israel views were receiving federal funding.

"She proposed that, to show impartiality, maybe all Muslim organizations should be banned," a former senior FEMA official told CNN.

FEMA leaders — unsure whether the proposal originated with Evans or if she was just the messenger — instructed her not to put the request in writing, given it could be discriminatory and illegal, the sources said.

After pushback, the idea of a blanket ban ended, but Evans and DHS continued to press the issue.

On multiple occasions, she sent back lists of Muslim organizations that had cleared background checks to DHS' intelligence office, two sources said.

"She said, 'How could this be? There are still Muslim organizations here,'" one official told CNN. "It was a case of, just keep asking until you get the answer that you want."

Ultimately, dozens of Muslim groups were disqualified from receiving grants, multiple sources said.

A DHS spokesperson said FEMA used "resources including the Office of Intelligence and Analysis and law enforcement" to determine that "multiple grant subrecipients had supported or were affiliated with organizations or individuals associated with terrorism or terrorist activities."

DHS denied that the department ever considered imposing a blanket ban on Muslim organizations receiving these security grants.

"DHS and FEMA do not make policy decisions on the basis of religion," the spokesperson wrote to CNN. "Such claims are ludicrous and deeply unserious."

Evans' lack of significant emergency management experience has raised concerns, given the agency's primary role of helping states and communities respond to and recover from the worst natural disasters and national emergencies.

The FEMA administrator is required to have such experience — a post-Katrina reform — but like her predecessors this year, Evans will serve as the "Senior Official Performing the Duties of the Administrator," a title that allows her to run the agency without Senate confirmation.

"The emergency manager is who you call when systems fail — and that culture is one built upon extensive lessons learned from the past," a senior FEMA official told CNN. "We just keep getting further and further away from this central tenant."

But that notion of a "central tenant" is in flux as the agency nears an inflection point.

Evan's appointment comes just weeks before the new FEMA Review Council, a committee formed by Trump and co-chaired by Noem to decide the agency's future, is expected to deliver recommendations to reshape the agency.

Meanwhile, dozens of lawmakers have signed on to a bipartisan bill known as the "FEMA Act" that would remove the agency from DHS and make it independent — a change Noem strongly opposes, multiple sources told CNN.

Noem is pushing the FEMA Review Council to recommend keeping the agency within DHS, where she would retain control, despite proposals to move it closer to the White House under the National Security Council or as a Cabinet-level agency, according to two sources familiar with the discussions.

Case 3:25-cv-03698-SI    Document 303-21    Filed 02/10/26    Page 75 of 127

The debate is about more than bureaucracy. States across the country have complained for months about critical funding delays and a lack of guidance on what support will be available going forward.

Amid all this, some see Evans as a placeholder. Sources say she has proved herself a loyal soldier, ready to carry out the vision of Noem and Lewandowski.

"Karen doesn't have any real power," a former senior official said. "Karen is there to do whatever she's told."

Exhibit O

**The New York Times** | https://www.nytimes.com/2025/12/01/climate/fema-reinstates-workers-letter-leave.html

# *In a Reversal, FEMA Won't Reinstate Suspended Workers*

Employees suspended in the summer after signing a letter critical of the president were told they could return to work. But the reinstatement was short-lived.

 ▶ **Listen to this article · 5:01 min**  Learn more

 **By Maxine Joselow**
Reporting from Washington

Dec. 1, 2025

The Trump administration said on Monday that it was revoking the reinstatement of 14 employees of the Federal Emergency Management Agency who have been on administrative leave since August, when they wrote a letter to Congress warning that President Trump was gutting disaster response in the United States.

The move was an abrupt reversal from last week, when FEMA sent notices to the employees stating that "you are being removed from administrative leave," according to copies of the notices reviewed by The New York Times.

Tricia McLaughlin, a spokeswoman for the Department of Homeland Security, the parent agency of FEMA, said in an email on Monday that rogue "bureaucrats" had sent those notices without the approval of senior department leaders. After those leaders, who are political appointees, read news articles about the reinstatements, they reversed course, she said.

"Reporting revealed that 14 FEMA employees previously placed on leave for misconduct were wrongly and without authorization reinstated by bureaucrats acting outside of their authority," Ms. McLaughlin said, adding that "this administration will not tolerate rogue conduct, unauthorized actions or entrenched bureaucrats resisting change."

David Z. Seide, a lawyer with the Government Accountability Project, a nonprofit group that helped the FEMA employees file complaints challenging their suspensions with the U.S. Office of Special Counsel, criticized the administration for subjecting the workers to whiplash. "They've done the wrong thing again and this is appalling," he said.

Mr. Seide said that senior career officials at FEMA had been informed of the reinstatements. "Their concept of rogue bureaucrat is anyone who's not a political appointee," he said.

Of the 14 employees, one was initially fired in mid-November, according to Mr. Seide. That worker successfully challenged her firing after her lawyers argued that it violated federal laws protecting whistle-blowers, he said.

The letter to Congress, titled the "Katrina Declaration," rebuked Mr. Trump's plan to drastically scale down FEMA and shift more responsibility for disaster response to state officials. It came days before the 20th anniversary of Hurricane Katrina, one of the deadliest and costliest storms to ever strike the United States.

The letter accused the Trump administration of violating the Post-Katrina Emergency Management Reform Act, which Congress passed after the storm shook national confidence in the government's ability to handle disasters. The landmark law required FEMA administrators to have a "demonstrated ability in and knowledge of emergency management."

But Mr. Trump installed first one and then another acting FEMA administrator who lacked experience in emergency management. The second acting head, David Richardson, told employees in June that he did not know the United States had a

hurricane season, a comment that unnerved many workers. The agency later said he had been joking.

**Are you a federal worker? We want to hear from you.**

The Times would like to hear about your experience as a federal worker under the second Trump administration. We may reach out about your submission, but we will not publish any part of your response without contacting you first.

Continue »

After Mr. Richardson resigned last month, Karen Evans, a senior political appointee at FEMA, took over as acting administrator on Monday. Ms. Evans has a background in cybersecurity, and this year she led an overhaul of the Cybersecurity and Infrastructure Security Agency.

Of the 192 current and former FEMA employees who signed the letter, 35 attached their names, while the rest withheld their identities for fear of retaliation. And of those 35, 14 were placed on administrative leave, while the rest have left the agency after accepting buyout offers or other jobs.

The FEMA workers organized the letter alongside Stand Up for Science, a nonprofit group that has protested the Trump administration's cuts to federally funded scientific research. The group helped coordinate a similar letter in June that accused the administration of politicizing and sidelining the Environmental Protection Agency. After that letter, the E.P.A. placed 144 employees on administrative leave and then fired seven of them.

At FEMA, the very future of the agency is now uncertain.

In Mr. Trump's first months back in office, he said that the agency should "go away" after the hurricane season and that governors should handle more disasters on their own. He also established a task force to consider whether the agency should be abolished or overhauled.

But in the wake of the July 4 floods that devastated the Texas Hill Country, Mr. Trump and his aides seemed to soften their stance on FEMA. During a visit to the disaster zone in Texas, Mr. Trump said that "some good people" were running the agency.

In recent weeks, the task force presented Kristi Noem, the homeland security secretary, with a draft report that called for overhauling but preserving FEMA in some form. The final report is scheduled to be made public next week, and it is unclear whether Ms. Noem or Mr. Trump will accept its recommendations.

**Maxine Joselow** covers climate change and the environment for The Times from Washington.

A version of this article appears in print on , Section A, Page 17 of the New York edition with the headline: Suspended FEMA Workers Won't Get Their Jobs Back

Exhibit P

# Exclusive: Trump's FEMA council to recommend dramatic downsizing and overhaul – but not elimination – of the agency

*Gabe Cohen*

A task force created by President Donald Trump plans to recommend the most sweeping overhaul of FEMA in decades, dramatically reducing the federal agency's role in disaster response by cutting its workforce in half and rolling out a new block grant system designed to get aid to communities faster and with less bureaucratic hassle.

The recommendations from the FEMA Review Council, a copy of which was obtained by CNN, do not propose eliminating the Federal Emergency Management Agency, as Trump and Homeland Security Secretary Kristi Noem once vowed.

The draft report does recommend changing the agency's name as part of a rebranding effort, referring to it temporarily as "FEMA 2.0."

"It is time to close the chapter on FEMA," the report states. "A new agency should be established that retains the core missions of FEMA, while highlighting the renewed emphasis on locally executed, state or tribally managed, and federally supported emergency management."

The council is expected to vote on the recommendations Thursday, after which the report will land on President Trump's desk for review. Trump has been openly critical of the agency and at one point suggested he would phase it out after hurricane season, which ended this month.

The recommended changes, the council argues, are aimed at streamlining operations, cutting red tape and fulfilling Trump's desire to shift more responsibility for disaster response and recovery onto the states.

The council also suggests raising the bar for states to qualify for federal assistance, a move that could leave states footing a much larger share of the bill for major disasters and handling smaller storms entirely on their own.

The long-awaited report is the product of months of closed-door debate and political wrangling. Perhaps the most contentious recommendation is to keep FEMA under the umbrella of the Department of Homeland Security.

Several agency veterans, state officials, and even some council members argued that FEMA should have greater independence. Public comments also overwhelmingly favored an independent FEMA, according to three sources familiar with the discussions.

But Noem, who co-chairs the council and opposed moving FEMA, prevailed. The final report recommends leaving FEMA under DHS, preserving Noem's influence over its $25 billion budget.

## Rebranding and disaster aid

As part of the overhaul expected in the months ahead, the council not only recommends cutting FEMA's workforce by 50% but also moving many employees out of Washington, DC – "rebalancing" the agency's headquarters and field staff to reduce what it calls "bureaucratic bloat." The report says the workforce reduction could be carried out over two to three years with any cost savings delivered back to states.

It's unclear when the rebranding would happen. Trump officials have been pushing for a name change for months.

In a March memo titled "Abolishing FEMA," then-acting Administrator Cameron Hamilton floated options like the "National Office of Emergency Management" – which would be known by familiar acronym – NOEM.

Notably, some of the more radical ideas floated during the council's deliberations — such as moving the agency's headquarters out of Washington, DC (another DHS idea) — were ultimately left on the cutting room floor.

Many of the disaster aid changes are likely to garner some support from FEMA insiders who believe that too many programs and responsibilities have been dropped onto the federal agency over the years, distracting from its primary responsibility of assisting states when they are overwhelmed by hurricanes, wildfires, floods and other catastrophes.

But the idea of shifting more responsibility to states while slashing FEMA's workforce has sparked concern among veteran FEMA officials, who worry it could leave the nation less prepared for major emergencies.

Some of the proposals will likely require action from Congress and changes to federal regulations.

The proposed block grant system would deliver disaster aid to hard-hit states within 30 days of a major federal disaster declaration to provide a quick "financial backstop and cashflow for the rapid response and recovery," though states will likely face a higher cost share than the current rules require.

The plan would also consolidate individual aid into a single direct payment to survivors to accelerate disaster recovery. For homeowners, this assistance would be capped based on property value and level of need, providing a simpler way to cover crucial expenses like repairs and temporary housing.

The council is pushing states to bolster their capabilities while raising the threshold to qualify for disaster aid. The president has the final say on disaster declarations, but these thresholds have traditionally guided if – and when – federal help is delivered.

"Federal assistance should only be reserved for truly catastrophic events that exceed [State, Local, Tribal and Territorial] capacity and capability," the report states.

Trump administration officials have been discussing this idea since the spring, when they proposed quadrupling the threshold, but never issued specific updated guidance.

While the administration expects states to shoulder more responsibility, FEMA would likely maintain certain critical disaster resources like its Urban Search and Rescue Network.

"Although state and local authorities have the primary responsibility for responding to a wide range of hazards and protecting their citizens, the federal government should retain the responsibility to support these efforts when required," the report states.

The report proposes replacing FEMA's current Hazard Mitigation Grant Program – designed to help communities build back safer after a disaster – with a two-part funding structure designed to more quickly provide money for immediate repairs and then long-term risk reduction.

In a bid to make the National Flood Insurance Program more financially stable, the proposal would encourage private insurance companies to take over policies and seek to ensure homeowners pay prices based on their actual flood risk.

For months, the council's members – mostly Republicans, with some seasoned emergency management officials – debated whether FEMA should remain under DHS, become an independent agency or be moved under the White House's National Security Council. Proponents of such a move argued this would insulate the agency from political maneuvering.

But after intense pressure from Noem and DHS, the council is recommending that FEMA stay put. The report argues "the Department provides critical resources, budgeting support, and intelligence capabilities, which enables stronger disaster preparedness, faster response, and better recovery efforts for states and communities while maintaining government stability and continuity during crises."

Meanwhile, Noem and DHS have been tightening their grip on FEMA, ousting some of the agency's most

experienced leaders and installing loyalists with little background in emergency management.

Noem and other DHS leaders also have slashed key grant programs, including the Building Resilient Infrastructure and Communities (BRIC) program, a move that's now tied up in court battles.

State emergency management officials have been sounding the alarm for months, warning that critical FEMA funds aren't reaching communities, leaving many to wonder what help will be available when the next disaster strikes.

This report lands as Congress is discussing charting its own course for FEMA's future. The bipartisan FEMA Act, which has already attracted 40 co-sponsors, would make the agency independent and, like the council's recommendations, create disaster response and recovery block grants for states.

Lawmakers say the goal is to give states more flexibility and improve the nation's ability to respond to emergencies.

As the debate over FEMA's future rages on, one thing is clear: The stakes for disaster preparedness and recovery in America have never been higher, as climate change fuels more intense storms, creating increasingly catastrophic conditions for communities nationwide.

Exhibit Q

# White House officials abruptly postpone final meeting of Trump-created FEMA task force

*Gabe Cohen*

White House officials abruptly postponed the final meeting of a Trump-created task force charged with shaping the future of the Federal Emergency Management Agency, roughly two hours before it was set to begin on Thursday, according to three sources familiar with the decision.

Members of the FEMA Review Council, all appointed by the Trump administration, had been expected to vote on a final draft report recommending sweeping changes to FEMA, before sending it to the president for review. But in recent days, White House officials reviewed the report and objected to its recommendations, arguing it lacked sufficient procedural changes that could be implemented before the end of Trump's term, two sources said.

One White House official told CNN that the meeting was cancelled "because White House officials had not been fully briefed on the latest draft of the report, despite some officials at DHS thinking they had been."

Efforts to halt the meeting escalated Wednesday night, according to a source, coinciding with CNN's exclusive reporting on the council's recommendations, which included proposals to cut FEMA's workforce in half, rename the agency, shift most disaster aid to a block grant system, and raise the threshold for states to qualify for disaster assistance. The proposal did not include a plan to eliminate the agency, as President Donald Trump and Homeland Security Secretary Kristi Noem, whose department oversees FEMA, have repeatedly vowed to do.

Trump, who will ultimately decide whether to implement the proposed changes, has not commented on the council's proposal.

Noem, who co-chairs the FEMA Review Council, pushed back against the White House's concerns and attempted to move forward with the meeting, the source said. By noon Thursday, however, the White House had overruled her and postponed it. Noem appeared unaware of the cancellation when, minutes after the meeting was postponed, she told a House committee — where she was testifying — that she needed to leave early to co-chair the FEMA council meeting.

Noem told lawmakers "I have to actually leave this hearing early, because the FEMA review Council is giving their report today on suggestions for changes to FEMA. I have to co-chair it. I will be leaving soon to have to go do that."

The first indication for DHS that the meeting had been canceled came Thursday morning, when staff for the review council showed up at the White House, where the meeting was set to be held, and found out their access to the offices had been cut off. Only then were they officially informed that the White House had called off the meeting.

At the same time, several council members preparing to head over were urgently told to stand down.

The full council had met behind closed doors with DHS officials on Wednesday to finalize the report for Thursday's session, allowing members to make last-minute additions or raise concerns. A source told CNN there was no indication that any members planned to oppose moving the report forward.

DHS, seemingly blindsided by the decision, referred questions about the cancelation to the White House.

The long-awaited report that was supposed to be voted on Thursday is the product of months of closed-door debate and political wrangling. Perhaps the most contentious recommendation is to keep FEMA under the umbrella of the Department of Homeland Security.

Several agency veterans, state officials, and even some council members argued that FEMA should have greater independence. Public comments also overwhelmingly favored an independent FEMA, according to three sources familiar with the discussions.

But Noem, who co-chairs the council and opposed moving FEMA, prevailed. The final report recommends leaving FEMA under DHS, which would preserve Noem's influence over its $25 billion budget.

Exhibit R

# Exclusive: DHS begins slashing FEMA disaster response staff as 2026 begins

*Gabe Cohen*

The Trump administration is abruptly cutting dozens of disaster response and recovery staff at the Federal Emergency Management Agency this week, according to internal emails obtained by CNN and sources familiar with the plan.

On New Year's Eve, some employees received emails saying their positions "would not be renewed" and "therefore, your services will no longer be needed" after their contracts expire in the first days of January.

The cuts target FEMA's Cadre of On-Call Response and Recovery (CORE) teams, which form the backbone of the agency's operations during and after a disaster, and could be just the beginning of a larger effort by Secretary Kristi Noem and the Department of Homeland Security to shrink FEMA.

After CNN's story was published Friday, a DHS spokesperson described the non-renewals as "a routine staff adjustment of 50 staff out of 8,000."

However, multiple sources told CNN the department has recently discussed deeper cuts to CORE, and several officials said the department's actions here — to oust all workers whose contracts expire in a specific timeframe — is not routine.

According to two sources with knowledge of the terminations, which suddenly ousted roughly 50 CORE staff, the decision came from FEMA's new acting chief Karen Evans — who was elevated to the role by DHS leadership after the embattled previous agency head resigned.

The notices stunned employees, who learned they would be let go within days. "Beyond cruel to be treated in such a way," one of the workers said.

FEMA's CORE employees are among the first federal boots on the ground during a disaster, working shoulder-to-shoulder with local officials, helping survivors and managing the crucial aid and grants that fuel recovery and rebuilding.

"FEMA can't do disaster response and recovery without CORE employees," a former senior FEMA official told CNN. "The regional offices are almost entirely CORE staff, so the first FEMA people who are usually onsite won't be there. The impact is states are on their own."

So far, DHS, which oversees FEMA, hasn't given the agency much guidance about what comes next, leaving employees anxious about more cuts.

A DHS spokesperson denied that the department has implemented any new policy for these workers and did not address questions about this week's abrupt terminations or the department's broader plans to downsize the agency.

"The CORE program consists of term-limited positions that are designed to fluctuate based on disaster activity, operational need, and available funding," the spokesperson said in a statement to CNN. "CORE appointments have always been subject to end-of-term decisions consistent with that structure and there has been no change to policy."

CORE employees make up about 40% of FEMA's workforce — over 8,000 people — working full-time hours on temporary contracts. Several thousand of these workers will see their contracts end in 2026.

Traditionally, CORE workers have served on two-to-four-year contracts that were almost always renewed. In 2025, DHS limited FEMA to renewing these contracts for just 180 days at a time while they considered a long-

term plan to shrink the agency.

As of January 1, DHS revoked FEMA's authority to renew those employees without approval from Homeland Security officials, according to internal documents obtained by CNN.

Now, DHS is instructing FEMA to let at least some of those contracts lapse, forcing employees to depart as their terms expire.

Under President Donald Trump's second administration, DHS has argued for the past year that FEMA is bloated, despite a 2023 Government Accountability Office report that found the agency was facing a staffing shortfall of more than 6,000 employees—about 35% below its target level. Thousands of FEMA's staff of about 25,000 left in 2025 due to layoffs and buyouts, deepening the shortage.

The latest cuts to CORE are part of a broader Trump administration effort to overhaul FEMA, shrink its footprint and shift more responsibility for disaster response to the states. A task force appointed by the administration – known as the FEMA Review Council – is expected to soon release sweeping recommendations, including a proposal to cut the agency's workforce in half.

But after CNN exclusively obtained a draft of the recommendations this month, the White House abruptly postponed the task force's final meeting, leaving FEMA's future in limbo.

Inside FEMA and across the country, officials are sounding the alarm about the administration's plan, warning that most states simply aren't equipped to handle major disasters on their own.

Billions in federal funding for communities nationwide remain stuck in FEMA's backlog, largely because of bureaucratic hurdles imposed by Trump's DHS. With the future of federal funding up in the air, some states are already tightening their own budgets and laying off local emergency management staff whose departments rely on money from FEMA to brace for the impact.

The FEMA Review Council is expected to recommend moving some agency staff out of Washington, DC, and into other parts of the country — a move that could help fill some gaps if the CORE workforce is slashed.

Still, it likely means fewer federal boots on the ground when disaster strikes, leaving states with more responsibility for supporting survivors and navigating access to the federal resources that are still available — a bureaucratic process the Trump administration has vowed to improve.

*This story has been updated with additional details.*

Exhibit S

Advertisement



## CASCADIA DAILY NEWS

Menu

NW Washington's locally owned, fiercely independent news source

Subscribe

News | Local | Flooding

GOVERNMENT

# Regional FEMA offices slashed by DOGE face further cuts; disaster response may suffer

Federal aid already hampered by Trump administration cuts before NW WA flooding

Jan. 4, 2026 9:00 p.m.



More than 150 FEMA personnel were positioned in Washington state after December 2025 flooding. Many FEMA employees in regional offices were cut this year.
*(Photo courtesy of Federal Emergency Management Agency)*

**By OWEN RACER**

*Health Care/Public Health Reporter*

As Washington prepares to ask for a major disaster declaration from the same federal government that just months ago wanted to abolish the Federal Emergency Management Agency, former employees say sweeping cuts have already diminished FEMA's ability to respond.

FEMA employees in Western Washington who were "DOGE'd" this year by the Trump administration worry that even if a major disaster declaration is granted, unlocking resources for individuals and nonprofits, relief tasks will fall upon an understaffed and under-resourced agency.

For flood victims already disenchanted by their FEMA experience after flooding in 2021, some are relying on community support while waiting with bated breath for possible federal aid. Others are avoiding damage documentation in expectation of disappointment again.

Nearly 2,450 employees are estimated to have left FEMA since the second Trump administration began, ushering in cuts mandated by the Department of Government Efficiency (DOGE). FEMA's presence in Western Washington wasn't spared from the Trump administration's deep cuts, according to former employees of the agency in the region.

Due to the cuts, the country is unable to simultaneously respond to multiple disasters, according to a report by the Government Accountability Office, a governmental oversight body. FEMA's Region 10 office in Bothell oversees Washington, Alaska, Oregon and Idaho.



Floodwater sweeps through Sumas in December 2025 along the U.S.-Canada border. (*Isaac Stone Simonelli*/*Cascadia Daily News*)

The cuts made to FEMA's presence in Western Washington, including Region 10, in the last year are significant, former employees Mitch Paine and Matt Glazewski told Cascadia Daily News.

"There's absolutely no way that they have anywhere near the number of staffing that they had a year ago to be able to handle federal disaster declarations," Glazewski said.

In the last year, the Trump administration eliminated many regional employees in probationary periods, including high performers who recently received promotions,  according to a current Region 10 employee who requested anonymity.

FEMA, which is funded by Congress and overseen by the Department of Homeland Security, declined to say how many regional positions were cut in the last year.

"Workforce adjustments have not affected FEMA's ability to support disaster response or recovery efforts in Washington or elsewhere," a FEMA spokesperson said in a written response to questions.

However, just as 2026 began, DHS began executing another round of dozens of cuts to FEMA's emergency disaster response "CORE" employees, according to CNN, which reported that regional offices are mostly composed of the type of positions that were cut.

The current Region 10 employee told CDN that they weren't aware of any regional CORE employees who had their contracts canceled in the last week. Region 10 CORE employees' contracts were recently temporarily extended by only 180 days, following new DHS guidance issued in 2025, according to the employee.

With CORE contracts potentially in question, the current employee said much of the FEMA staff is left in the dark regarding their own future and the agency's.

Fear is widespread throughout the agency, Paine said, adding that employees who remain are scared to speak up after the Trump administration has repeatedly fired employees who speak out.

FEMA employees signed a petition stating that the cuts put the nation at risk of repeating mistakes made during Hurricane Katrina in 2005. Federal officials suspended those employees, twice.

FEMA's Region 10 team helps communities with permitting and regulation, which ties into the availability of flood insurance. "That team is down to very few people, so there is very little assistance out there for communities," said Paine, who worked for FEMA for five years until May.

The mapping team, which includes engineers and staff who produce flood maps and help communities assess landslide risk and study aftermath, is down multiple staff members, Paine said.

"They lost a lot of engineers," he said. "It means less regional support."

FEMA's mitigation team, which helped with some of the preparation and planning work that set Mount Vernon up to build its flood wall that prevailed amid record-breaking Skagit River levels, has taken a hit, too.

Water seeps through the seams of a floodwall in downtown Mount Vernon in December 2025. Seepage beneath the wall is expected and a design function.
(*Owen Racer*/Cascadia Daily News)

Paine, who worked in mitigation for FEMA in Washington, both for Region 10 and the agency's national headquarters, said it seems like the Trump administration is lumping in mitigation work with "funding climate change."

"Mitigation isn't about climate or equity, it's about reducing future damage costs," Paine said.

With assistance from the nonprofit Whatcom Long Term Recovery Group, FEMA dollars and mitigation efforts helped Whatcom residents elevate their homes following the floods of November 2021. However, Paine and U.S. Rep. Rick Larsen, an Everett Democrat, worry the administration's deprioritization of mitigation is putting communities at risk.

"This administration has been clear that they want to narrow FEMA's focus strictly to immediate response, and maybe help with a little bit of long-term recovery, but not really help at all with states or communities to build the infrastructure necessary to lessen the impact of a disaster if it comes," Larsen said.

The administration's operation of FEMA lacks a vision beyond decreasing the government's role in helping communities deal with disasters, Larsen said. FEMA's denial of Washington's request for federal disaster relief following last year's bomb cyclone, in which the agency said aid "is not warranted," is consistent with the Trump administration's approach, Larsen said.

"When we don't have FEMA staff that can support communities in finding ways to recover so people get to a better place than before, [that] makes us less prepared for the next flood," Paine told CDN. "The fact that Whatcom and Skagit County had a flood four years ago, and they're facing one already again, adds emphasis; we can't just put stuff back to how it was before because this will happen again."

## An uncertain future

While the Trump administration approved Washington's most recent emergency declaration, the state is still holding out for a major disaster declaration, which some leaders are skeptical will come in a politically fraught climate. When asked on Dec. 11 what the recovery plan would entail if the federal government didn't help, Gov. Bob Ferguson said the granting of emergency aid from the federal government "does seem to be on an increasingly partisan bent."

Gov. Bob Ferguson is joined by state and local leaders during a press conference in December 2025 on the Skagit Valley College campus in Mount Vernon. (Santiago Ochoa/Cascadia Daily News)

Ferguson isn't alone. Colorado Democrats, including the governor, said Trump was playing "political games" after the state's request for emergency recovery funds was denied in December.

Plus, after the Trump Administration canceled FEMA's Building Resilient Infrastructure and Communities (BRIC) program, a hospital just across the border in Oregon is desperately fundraising to finish the construction of a tsunami shelter after FEMA pulled $14 million in awarded funding for the project. Washington, along with 20 other states, sued to restore the FEMA grants, saying in its filing that it's unsure if two levee projects in the state can be completed without the nearly $100 million FEMA originally granted.

Had the BRIC program not been canceled, Paine said the program would've been ideal for recovering communities like Sumas in need of home elevation and drainage improvement.

Agreeing with the governor, Rep. Larsen said he wouldn't be surprised if the Trump administration chose not to support Washington's long-term recovery. Washington's potential for a major disaster declaration did, however, possibly receive a boost when U.S. Health Secretary Robert F. Kennedy Jr. announced a public health emergency declaration over the state's flooding.

The potential politicization of FEMA aid isn't so easily identifiable, according to Glazewski, who says there are instances — such as Trump's denial of aid to North Carolina after Hurricane Helene ravaged Trump-supporting counties — that surprised him.

"It does appear that there is some sort of political piece associated with it, but it's also not rational because it doesn't feel as if there's really a clear way to say why something was or wasn't (denied)," Glazewski said. "It seems feeling-based, not based on the scale of the disaster or the need."

FEMA activated a response center for flooding on Dec. 9, 2025, and deployed more than 150 regional FEMA staff. *(Photo courtesy of Federal Emergency Management Agency)*

Unbeknownst to his supervisor, Glazewski, who lives in Bellingham and worked for the federal government for nearly two decades, including about six years with FEMA, was "DOGE'd" this March. The email thanked him for his service. Many others in the region were also abruptly fired this year, he said, adding that this shrunk the bench of regionally deployable FEMA employees.

Since Washington was granted a disaster declaration, out-of-state FEMA personnel, including three FEMA search-and-rescue teams, were welcomed in Washington. Out-of-state FEMA employees are likely working overtime, exhausted and burn out quicker, Glazewski said, adding that "it's not a great situation for anyone."

Plus, Paine said, non-local support staff don't necessarily know the peculiarities or realities of Washington communities.

"Not having a strong regional team just kind of limits our ability to have effective FEMA support," Paine said.

More than 150 regional FEMA employees were deployed in Washington as of Dec. 23 following Trump's Dec. 12 emergency declaration, according to the agency. More federal resources could be deployed if the state receives a major disaster declaration.

Exhibit T

**Trump administration**

🕐 This article is more than **1 month old**

# Fema staff outraged by draft plans for deep cuts under Trump

**Staff warn that the homeland security secretary's proposed cuts could weaken Fema's disaster response**



📷 Fema workers and LA county firefighters comb through debris after the Eton fire in California on 12 January 2025. Photograph: Barbara Davidson for The Washington Post via Getty Images

**Dharna Noor**

Thu 8 Jan 2026 10.28 EST

Current and former staff at the Federal Emergency Management Agency (Fema) expressed outraged over reports that the agency has drafted plans to eliminate thousands of staff in 2026 – part of a broader restructuring effort being overseen by the homeland security secretary, Kristi Noem.

"The Trump administration seems determined to continue weakening the agency's efforts to help people before, during and after disasters," said Jeremy Edwards, former spokesperson for Fema and the White House during Joe Biden's presidency.

Fema has already seen a mass exodus of staff since Trump re-entered the White House in January. Further cuts would be "an affront to not only the law, but also to common sense when we are in a situation where states and local communities have been vocal about the fact they do not have the ability or the capacity to replicate what Fema does for them", one longtime Fema official, who requested anonymity, said.

The response came after dozens of senior agency employees on 23 December reportedly received notice about the launch of a workforce planning exercise, asking them to identify which Fema positions are critically necessary for the agency's operations and which could be slashed. It also included a spreadsheet outlining a goal to cut Fema staff by more than 50% by the next fiscal year's start in October, though it reportedly no said decisions about workforce reductions have not been finalized.

Reached for comment, a Fema spokesperson said the agency "has not issued and is not implementing a percentage-based workforce reduction".

"There is no directive to reduce the agency's workforce by 50%, and no such target has been approved by [the Department of Homeland Security] or the White House. The materials referenced from the leaked documentation stem from a routine, pre-decisional workforce planning exercise," the spokesperson said. "An accompanying spreadsheet was an internal working tool used to collect planning inputs. Any numerical assumptions reflected in that draft were not approved, were not adopted, and do not represent Fema policy or leadership direction."

But the 50% target echoes recommendations from the the taskforce that Donald Trump set up last year to help overhaul the agency. A draft of that group's final report, which was leaked to CNN last month, also called for cutting the agency's workforce in half and shifting many full-time staff out of Washington DC to nationwide regional offices.

"Political leadership at Fema can pretend that this is just a training exercise, but anyone with eyes knows that Kristi Noem has been hellbent on such workforce reductions and they have already successfully fired or laid off literally thousands of full time staff," said Edwards, the former spokesperson for Fema.

"It seems like an oddly specific exercise to do if it's not something you are actively preparing for."

Edwards said he participated in training exercises while at Fema, "but never something like this".

"They are usually situation-based and related to specific emergency events, in my experience," he said. "So it's very strange to just randomly say: 'What if we cut the staff by 50%?' It's less strange when you remember that this type of staff reduction is something this administration has had its eye on."

Nearly 2,450 employees of Fema are estimated to have exited the agency since the second Trump administration began. On 31 December 2025, some employees also reportedly received emails saying their positions would not be renewed once their contracts expire in the first days of January.

Those recent cuts specifically target the agency's cadre of on-call response and recovery teams, its term-limited workforce that provides crucial support in disaster response and recovery efforts. These recent changes could be a major blow to disaster recovery, the longtime Fema official said.

"Imagine if we had to tackle a Helene or Milton or Maria or Irma without the backbone of our forward-deploying force," the person said. "These decisions are made by people at the top of Fema and at [the Department of Homeland Security] who have no idea how anything works, don't care about the agency or its people, or the American people. Their only goal is to prove who can show the most fealty to the administration no matter how damaging or cruel those actions end up being."

Edwards said changes under Noem are pushing the agency in the wrong direction.

"The agency should be focused on preparing communities for inevitable disasters, not its own demise," he said.

Exhibit U

# FEMA Staff Bracing for Dismissal of 1,000 Disaster Workers

The job cuts expected this month are part of a plan by the homeland security secretary, Kristi Noem, to remake the agency.

 **Listen to this article · 5:30 min**  Learn more

 **By Scott Dance**
Reporting from Washington

Published Jan. 6, 2026   Updated Jan. 13, 2026

Federal Emergency Management Agency supervisors are advising their staff to prepare for the elimination of 1,000 jobs this month as part of changes that Kristi Noem, the secretary of the Department of Homeland Security, is overseeing at the agency, according to three people with knowledge of the discussions.

The dismissals would apply to contractual FEMA staff whose assignments, which typically last for two or four years, expire this month. The workers, known as FEMA's Cadre of On-Call Response/Recovery Employees, or CORE, help facilitate disaster recovery and emergency preparedness in communities across the country and have historically made up nearly 40 percent of the agency's work force.

Three FEMA employees, including senior officials and supervisors, all of whom requested anonymity because they were not authorized to speak to the news media, confirmed the dismissals.

Daniel Llargues, a FEMA spokesman, said in an email that the CORE employees are "term-limited positions that are designed to fluctuate based on disaster activity, operational need, and available funding."

The dismissals are elevating fears among FEMA staff that more job cuts are on the way this year. A FEMA planning document obtained by The New York Times detailed potential cuts of more than 11,500 people from a work force of about 23,000. The existence of the document was first reported by The Washington Post.

Mr. Llargues called the document "a routine, pre-decisional work force planning exercise." He said there was no "percentage-based work force reduction plan."

The FEMA employees who spoke with The Times expressed concern that Ms. Noem appears to be deeply involved in work force changes at FEMA. Federal law enacted after Hurricane Katrina in 2005 bars the homeland security secretary from "significantly" reducing FEMA's ability to perform its mission of preparing for, responding to and leading recovery from disasters.

The homeland security secretary, Kristi Noem, has said she wants shift more of the responsibility and cost of disaster response and recovery from FEMA to states.  Kenny Holston/ The New York Times

Emails sent to senior FEMA officials in recent weeks, and reviewed by The Times, show that as of the end of 2025, agency officials could no longer renew CORE workers' employment without Ms. Noem's approval. A form, reviewed by The Times, that is required to be attached to any requests to renew CORE employment includes a space for a signature from the office of the homeland security secretary.

The 2025 hurricane season in the United States was relatively quiet, with just one tropical storm, Chantal, making landfall. Still, recovery from disasters like the Los Angeles fires last January and Hurricane Helene in 2024 continues to require federal resources, which are moving more slowly to communities or being denied altogether.

Critics of the Trump administration's approach to disaster response said further cuts to FEMA staffing would put Americans at risk.

"You cannot gut the agency responsible for disaster response and expect it to function at its best when the next hurricane, wildfire or flood hits," said Rafael Lemaitre, a former FEMA official now serving on the advisory council of an advocacy group called Sabotaging Our Safety.

FEMA's staffing dropped significantly through firings and early retirements in the first year of this Trump administration. Briefings on FEMA operations across the country issued each day show the agency's work force is more than 20 percent smaller than it was a year ago, down to 23,000 employees from nearly 29,000.

CORE employees, who made up 39 percent of the FEMA work force as of 2022, according to the Government Accountability Office, help the agency remain nimble and adapt to changing needs

associated with disaster relief and long-term disaster recovery, said Ernest Abbott, a professorial lecturer in law at George Washington University who served as FEMA's general counsel under President Bill Clinton. They allow the agency to hire employees and move them around without being bound to traditional civil service rules, he said.

"The whole point was to have an agency that had flexibility and could ramp up and down with events," Mr. Abbott said.

President Trump and Ms. Noem, whose department oversees FEMA, have said they want to shift more of the responsibility and cost of disaster response and recovery from the federal government to states.

But while members of both parties agree FEMA is in need of overhaul to better help communities, many Republicans don't agree that staffing cuts would help accomplish that. A draft spending bill released by the Republican-controlled Senate last month includes provisions that would bar FEMA from cutting staff needed for key functions, including delivery and review of disaster aid.

Dominik Lett, a policy analyst with  the libertarian Cato Institute, said that while job cuts could make FEMA leaner, they wouldn't necessarily reduce states' reliance on the agency, or the flow of billions of dollars of disaster aid.

But with fewer workers, FEMA could be slow to aid communities, said Michael Coen Jr., a FEMA chief of staff under the Biden and Obama administrations. Any deficiencies may not be exposed until it's too late, he said.

"Maybe it will take a disaster," Mr. Coen said. "That might be the tipping point when more people speak up."

Maxine Joselow contributed reporting.

*A correction was made on Jan. 8, 2026*: An earlier version of this article described incorrectly the Cato Institute. It is a libertarian organization, not a right-leaning organization.

*A correction was made on Jan. 13, 2026*: An earlier version of this article misstated the number of tropical storms that made landfall in the United States during the 2025 hurricane season. It was one, not zero. (Chantal was a tropical storm when it made landfall in South Carolina.)

————

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at corrections@nytimes.com.  Learn more

**Scott Dance** is a Times reporter who covers how climate change and extreme weather are transforming society.

A version of this article appears in print on , Section A, Page 14 of the New York edition with the headline: FEMA Prepares to Lose 1,000 Disaster Workers

Exhibit V







HOURLY NEWS

LISTEN LIVE

MY PLAYLIST

DONATE

**CLIMATE**

# FEMA is getting rid of thousands of workers in areas recovering from disasters

JANUARY 16, 2026 · 5:00 AM ET

HEARD ON MORNING EDITION



Rebecca Hersher

**3-Minute Listen**                                        PLAYLIST    TRANSCRIPT



Ellaird Bailey and his wife, Charlotte, who lost their home in Altadena, Calif., to a wildfire in early 2025, stand in front of their recreational vehicle in December 2025. The RV is parked on the property where their house once stood. It can take years for disaster survivors to recover, often with the help of local Federal Emergency Management Agency workers.

*Jae C. Hong/AP*

Thousands of workers across the Federal Emergency Management Agency (FEMA) will lose their jobs this year, according to multiple people who attended personnel meetings that supervisors held in the last week.

FEMA supervisors warned that workers with multiyear contracts that are set to expire this year will not see those contracts extended, even if they are actively working on rebuilding efforts in places that recently suffered disasters. Some divisions within the agency stand to lose half their workers if current policies stay in place for the rest of the year, those with direct knowledge said. They all requested that NPR not use their names because they were told they would be fired for speaking to the press.

FEMA and the White House did not respond to questions about why employees are being let go or how the cuts will affect the agency's ability to respond to disasters. President Trump has repeatedly stated that he believes FEMA is ineffective and should be eliminated as it currently exists, although the administration has not released a long-awaited report on specific reforms.

"I think it's irresponsible," says Michael Coen, who served as FEMA chief of staff under the Biden and Obama administrations. "I think it's going to adversely affect FEMA's ability to respond and help communities recover."

*The Washington Post* originally reported on plans to cut about 50% of the agency's workforce.

The FEMA employees who are set to lose their jobs fill a wide variety of positions. Unlike other federal agencies, FEMA relies on a large number of workers on two-to-four-year contracts. That's because Congress wanted the agency to be able to dial up the number of workers to meet demand after major events and reduce it during quieter periods.

"It's a pretty significant part of the workforce," says Coen, who estimates that about 40% of FEMA workers are part of what's known as the CORE division, which is short for the Cadre of On-Call Response/Recovery Employees. That amounted to nearly 9,000 workers as of 2022, the most recent year for which data was available from the Government Accountability Office.

Such employees fill crucial roles around the United States. They are often the first FEMA workers on the ground at disasters, deployed to help survivors access immediate funds to pay for hotel rooms, food, clothing, baby formula and other essentials.

Such workers also help disaster survivors fill out paperwork to apply for money to

repair their homes. Then they work with local governments for years to help them rebuild after hurricanes, floods and wildfires.

"There's not really any plan in place to keep around people that might be in critical chains of command," points out Jeremy Edwards, who served as FEMA press secretary under the Biden administration. For example, people who work directly with disaster survivors or who help local governments prepare for hurricane season.

Former senior FEMA leaders echoed that concern. "This will cause extended recovery times for communities impacted by disasters," says Deanne Criswell, who led FEMA under the Biden administration.

Coen expressed worry about specific places that have been hit hard by hurricanes and floods in the last few years. "This will delay recoveries across the country. In western North Carolina, in Kerr County, Texas, in Florida," he says, listing three places that are still recovering with the help of federal disaster funds. "Flooding in Vermont and Kentucky. Wildfires in Maui, in Los Angeles. There are FEMA staff in all those places, and they're primarily CORE staff that are on the ground."

The cuts may also face legal challenges. A law passed in the wake of Hurricane Katrina bars the Department of Homeland Security, which oversees FEMA, from making cuts to the agency that would significantly hamper the agency's ability to respond to disasters. On Wednesday, 13 House Democrats sent a letter to the White House alleging that plans to dramatically reduce the size of FEMA violate that law.

climate change     fema     wildfire

# Exhibit W

*Democracy Dies in Darkness*

# DHS pauses cuts to FEMA as massive winter storm barrels in

On Thursday night, the Department of Homeland Security's head of human resources sent an email saying FEMA decided that the agency would halt their process of non-renewing dozens of federally funded employees.

January 23, 2026

 By Brianna Sacks

The Department of Homeland Security has paused terminations of employees working on the Federal Emergency Management Agency's disaster response as it ramps up preparations for a massive and life-threatening winter storm that will pummel half the country this weekend.

Earlier this month, The Washington Post reported that the agency planned to terminate disaster response and recovery workers in waves. On New Year's Eve, agency officials eliminated about 65 positions that were part of FEMA's largest workforce, known as the Cadre of On-Call Response and Recovery (CORE) — staffers who are among the first on the ground after a disaster and often stick around for years to help communities recover.

But on Thursday night, DHS' head of human resources sent an email notifying teams that "just a few minutes ago," FEMA headquarters decided the agency would halt their process of non-renewing dozens of federally funded employees. These roles, hired by FEMA for multiyear terms under the Stafford Act using the disaster relief fund, have been up for renewal on a rolling basis.

Earlier that day, about 30 disaster workers received notices that their jobs would not be renewed. The pause then prompted human resources staff to backtrack, notifying those same workers that they still had jobs, according to the email and an official familiar with the process. Like others interviewed for this story, the official spoke on the condition of anonymity because they were not authorized to speak publicly about the matter.

"I didn't even know what was happening until it happened," the official said, adding that as human resources initially emailed people informing them that their jobs would not be renewed, senior leaders were learning that FEMA was pausing terminations.

In a statement, the Department of Homeland Security said that the agency regularly changes staffing levels for its disaster response and recovery efforts.

"The CORE program consists of term-limited positions that are designed to FLUCTUATE based on disaster activity, operational NEED, and available funding," the department said in its statement, which included text in all-caps.

"FEMA's National Response Coordination Center has been activated in response to a historic winter storm, in line with this mission FEMA is following standard protocol to ensure mission functions are

being met," it added.

Officials would not comment on how long the pause would last.

While states and local authorities handle most of their preparation and response to winter storms, FEMA will often deliver resources ahead of time, including generators and personnel if the potential for disaster seems high. Stafford Act employees, such as CORE members, will deploy to a state if they request an emergency or disaster declaration and the president approves it.

The sudden shift in staffing direction has caught officials across the agency by surprise, six officials said. In recent weeks, their teams were told to prepare to lose a substantial number of people over the next few months.

Since December, DHS has terminated more than 100 people across the agency who FEMA employs under the Stafford Act.

Some were informed on New Year's Eve; others were given only a day or two to turn in their equipment; and still more were cut after their supervisors sent detailed memos explaining why their roles remained vital to FEMA's mission. The agency also lost veteran employees who oversaw finances for Hurricane Helene recovery, as well as civil engineers who assist states with mitigation and rebuilding roadways, bridges and schools. Some offices in the Midwest have lost experienced managers who typically help lead operations during emergencies and big disasters.

On Wednesday, FEMA cut nearly 85 local hires from several regions, including a handful who were still working on Hurricane Helene recovery projects in North Carolina — a state now readying itself for potential power outages — according to two people with knowledge of the situation. FEMA's call center in Puerto Rico lost many of their local hires Wednesday as well, one FEMA official said. If multiple states are hit hard enough and ask the president for federal assistance, those workers could have helped out, two officials said.

The same day the department halted the terminations, Homeland Security Secretary Kristi L. Noem visited the agency's headquarters to help guide national coordination and preparation for the sweeping storm. Noem, whose department oversees FEMA, also hosted a call Thursday morning with governors from 21 states that are bracing for dangerous, chilling weather. She assured them that DHS and FEMA will support them.

"We can pre-deploy any needs that you may have, as far as generators or supplies to different parts of your state if you think you have a weakness in some area that's going to be hit pretty hard," Noem told the governors, reiterating that "if there is certain responses or requests specific to this event, feel free to reach out and use that contact information, and we'll do all that we can to be helpful."

During the call, Karen Evans, FEMA's interim administrator, and Gregg Phillips, who is now overseeing the Office of Response and Recovery, also offered their personal cellphone numbers in case any governor needs to get in touch with them immediately.

Noem has instructed FEMA to be aggressive in preparing for the heavy snow and ice forecast to blanket a large portion of the United States and has promised a rapid and well-coordinated response, according to an official with knowledge of the situation. FEMA has delivered tens of thousands of meals and liters of water to various states, and it has positioned drivers who shuttle supplies outside distribution

centers from Louisiana to Pennsylvania.

The decision to pause the terminations also coincides with the House's approval Thursday of a spending bill that would fund FEMA's disaster relief fund and help the agency "maintain staffing levels, including a reservist workforce and its Cadre of Response/Recovery Employees, necessary to fulfill the missions required under" federal law.

Ahead of the storm, 10 officials from different parts of the agency who spoke to The Post said they were nervous about their ability to properly respond, given how their ranks have thinned over the past year, with the agency losing about 20 percent of its staff.

Noem, who has exercised strict oversight over FEMA since taking over DHS, has repeatedly expressed a desire to shrink or eliminate the agency. The Post reported that she previously recommended cutting agency staffing by about half.

In a previous statement, FEMA spokesperson Daniel Llargués said the agency had "not issued and is not implementing a percentage-based workforce reduction."

Employees in CORE roles are typically renewed every two to four years. When the end of an employee's contracted term approaches, their supervisors typically seek approval to renew those roles. Most positions are reinstated, according to four current and former FEMA officials, in part because recovery work is long and complex.

But in recent weeks, DHS' process for renewing these temporary roles has changed frequently, according to officials with knowledge of the situation. Last week, supervisors in each region had to write memos justifying every role coming up for renewal this year, which would then be sent to FEMA's temporary top official and then to Noem, according to two people familiar with the process. Guidance then shifted earlier this week. In a memo from Thursday, obtained by The Post, FEMA officials said that DHS will be making the calls without collecting justifications, and that "only extensions approved by DHS will be processed and they will be limited to 90 days."

One CORE employee said DHS suddenly cut her job without warning after her manager had submitted a memo urging the agency to keep her on. Because some firings have been abrupt, some employees were not able to transition their work, she said.

"And to be clear, I think most of us expected there to be staffing cuts this year," the person said. "Just not in the bulldozer approach that didn't take into account your job or performance."

## What readers are saying

The comments reflect widespread criticism of the decision to pause the terminations of FEMA disaster response employees, with many attributing it to political motivations, particularly due to the storm's impact on southern red states. Commenters express skepticism about the... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

Exhibit X

# FEMA halts terminations of disaster workers as agency prepares for massive winter storm

*Gabe Cohen*

The Federal Emergency Management Agency has abruptly halted ongoing terminations of hundreds of disaster workers as the agency prepares for an enormous winter storm expected to pound a large swath of the country in the coming days.

In an email Thursday afternoon, obtained by CNN, staff were told that FEMA would "cease offboarding" disaster workers whose employment contracts are expiring in the days ahead — a practice that had been ongoing since the start of January.

Two sources familiar with the decision said the looming storm was a significant factor in the sudden pause, though Homeland Security officials have been quietly grappling with the fate of these workers for weeks.

It is unclear how long the pause in dismissals will last.

So far this month, roughly 300 disaster workers have been let go, with only a handful receiving contract extensions, according to other sources.

In response to a request for comment Thursday evening, DHS stressed that the agency's disaster staffing includes "term-limited positions that are designed to FLUCTUATE based on disaster activity, operational NEED, and available funding."

The pause came just hours after Homeland Security Secretary Kristi Noem, whose department oversees FEMA, visited the agency's headquarters for a briefing on the incoming winter storm, which forecasters warn could devastate communities and require a significant federal response.

Noem, a vocal critic of FEMA throughout President Donald Trump's second term, has repeatedly called for sweeping reforms — or even the agency's elimination. The Trump administration is already deep into a FEMA overhaul, with thousands of employees — including many seasoned leaders — lost to layoffs and buyouts over the past 12 months.

Even as Noem toured FEMA's headquarters and met with officials Thursday, managers were escorting staffers out of the building whose contracts were ending, according to a source who witnessed the scene.

But then, something shifted, and hours later the cuts were paused.

Noem held a call Thursday morning with governors from the states expected to be impacted to address any questions and concerns about preparations and federal resources.

In internal documents obtained by CNN on Thursday, agency leaders outlined their winter storm preparations, writing that "FEMA is on the ground and leaning forward, proactively supporting states in the path of this winter storm to ensure a rapid and well-coordinated response. Disasters are best when locally execute, state managed and federally supported, a role we take seriously."

FEMA has activated its National Response Coordination Center, deployed response teams and resources to Texas, Virginia, Georgia and Pennsylvania, and pre-staged 30 generators, 250,000 meals and 400,000 liters of water in Louisiana, according to the documents.

More than 200 specialists will staff call centers to support survivors needing urgent assistance, and more than two dozen Urban Search and Rescue teams are on standby, the documents showed.

Nearly all of the workers axed in January are part of FEMA's Cadre of On-Call Response and Recovery — known as "CORE" — the backbone of the agency, making up about 40% of FEMA's workforce. These are often

the first federal boots on the ground when disaster strikes. Many play key roles in critical projects and oversee aid distribution and long-term funding to states and communities. Their 2- to 4-year contracts have almost always been extended — until now. As of January 1, FEMA lost its authority to renew contracts, and now DHS and Noem must approve every extension.

"We're getting slaughtered," a high-ranking FEMA official told CNN last week. "Local disaster recovery is being heavily affected and it's only going to get worse. Applicants and local governments are getting nervous because their program delivery managers are being let go with little to no notice and no proper transition."

More than a dozen longtime FEMA officials said these recent cuts have sown new chaos and confusion, as they do not appear to be tied to performance or lack of need, but simply to expiring contracts that the Department of Homeland Security has chosen not to renew.

"This will weaken the agency's ability to respond to future disasters, delay life-saving operations, and increase the likelihood of operational failures when the next major emergency occurs," another high-ranking official warned in recent days.

Nearly half of FEMA's workforce — thousands of employees — face contract expirations in 2026, many just before hurricane and wildfire season. Yet, DHS has offered no public plan for who, if anyone, will be renewed. Even senior FEMA officials admit they're in the dark about DHS's long-term strategy.

Exhibit Y

# FEMA pauses termination of disaster workers ahead of winter storm

*Scripps News Group*

The Federal Emergency Management Agency has abruptly halted the termination of hundreds of disaster workers because of the massive winter storm.

In an email Thursday obtained by CNN, staff were told FEMA would stop dismissing workers whose contracts are expiring. Sources told CNN the looming winter storm was a major factor in the pause.

Roughly 300 disaster workers have been let go this month, with only a handful receiving contract extensions.

**RELATED STORY | [Winter storm travel insurance: What's covered and what's not?](#)**

The decision came hours after Homeland Security Secretary Kristi Noem visited FEMA headquarters for a storm briefing.

The Trump administration is conducting a major FEMA overhaul, with thousands of employees leaving through layoffs and buyouts. In June 2025, administration officials suggested phasing out FEMA in its current form and shifting responsibilities to state governments.

Critics have warned that cutting FEMA could put a strain on state and local resources.

According to federal data, FEMA has reduced its workforce by about 2,000 employees since 2024, representing nearly 9% of the agency's workforce.

**RELATED STORY | [Acting FEMA administrator resigns as agency faces sweeping changes](#)**

Copyright 2026 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Exhibit Z



**3.35%** APY ⓘ
Member FDIC

**E*TRADE PREMIUM SAVINGS**
For a limited time, earn a cash bonus up to
$2,000. Terms apply.*

GET START


Sponsors of GOBankingRates

# FEMA will resume staff reductions that were paused during winter storm, managers say



People work at the Federal Emergency Management Agency headquarters in Washington, on Saturday, Jan. 24, 2026. ( Read More



BY GABRIELA AOUN ANGUEIRA
Updated 1:40 PM PST, February 6, 2026

The Federal Emergency Management Agency will resume staff cuts that were briefly paused during January's severe winter storm, according to two FEMA managers, stoking concern across the agency over its ability to address disasters with fewer workers.

FEMA at the start of January abruptly stopped renewing employment contracts for a group of staffers known as Cadre of On-Call Response/Recovery, or CORE employees, term-limited hires who can hold senior roles and play an important role in emergency response.

LIVE        Savannah Guthrie   Catherine O'Hara cause of death   Eddie Bauer bankruptcy   Super Bowl commercial lawsuit
Trump administration

se

The two FEMA team managers, who spoke on condition of anonymity because they were not authorized to discuss the staffing changes with the media, were told this week that dismissals were going to resume soon

but were not given a specific date. It was not clear how many people would be impacted.

ADVERTISEMENT

FEMA staff told The Associated Press that the policy indiscriminately terminates employees without taking into account the importance of their role or their years of experience. The hundreds of CORE dismissals have wiped out entire teams, or left groups without managers, they said.

**RELATED STORIES**



**FEMA could still support winter storm response in a shutdown, despite administration warnings**



**FEMA extends housing aid for Maui wildfire survivors until 2027**



**Trump executive order seeks to speed up rebuilding of homes destroyed by Los Angeles wildfires**

"It's a big impact to our ability to implement and carry out the programs entrusted to us to carry out," one FEMA manager told the AP.

The officials said it was unclear who at the Department of Homeland Security or FEMA was driving the decision. Managers used to make the case to extend a contract months in advance, they said, but now leaders were often finding out about terminations at the same time as their employees.

In an emailed statement, FEMA spokesperson Daniel Llargues did not confirm or deny the planned staffing cuts but said the CORE program was meant to fluctuate based on operational need and available funding.

ADVERTISEMENT

"We are confident that our staffing decisions are consistent with both the mission and the intended structure of the CORE program," Llargues said.

There are over 10,000 CORE workers, making up nearly half of FEMA's workforce. While they are employed on two- and four-year contracts, those terms are "routinely renewed," one manager said, calling CORE the "primary backbone" for FEMA's response and recovery work. Many CORE are supervisors and it's not uncommon for them to have worked at the agency for many years, if not decades.

CORE employees are paid out of FEMA's Disaster Relief Fund and are not subject to as long a hiring process as permanent full-time federal employees. That allows the agency to be more nimble in its hiring and onboard employees more quickly as needs arise. With DHS funded only temporarily because of a battle in Congress over immigration tactics, CORE employees can work and be paid during a government shutdown, so long as the disaster fund still has money.

The administration's efforts to reduce the workforce come as the Trump administration has been promising reforms for FEMA that it says will reduce waste and shift emergency management responsibilities over to states.

ADVERTISEMENT

It also comes as DHS faces increasing criticism over how it manages FEMA, including delays in getting disaster funding to states and workforce reductions.

FEMA lost nearly 10% of its workforce between January and June 2025, according to the Government Accountability Office. Concern has grown in recent months among FEMA staff and disaster experts that larger cuts are coming.

A draft report from the Trump-appointed FEMA Review Council included a recommendation to cut the agency's workforce in half, according to a person familiar with the matter who spoke on the condition of anonymity because they were not authorized to discuss the report with media. The council's final report, due last November, has not been published.

"Based on past disasters, we know that slashing FEMA's workforce will put Americans at risk, plain and simple," Rep. Bennie Thompson of Mississippi, ranking member of the House Homeland Security Committee, said after introducing a resolution Wednesday condemning FEMA staff cuts.

ADVERTISEMENT

Last week, a coalition of unions and nonprofits led by the American Federation of Government Employees filed a legal complaint against the Trump Administration over the FEMA reductions.

A CORE employee at FEMA headquarters who asked not to be named for fear of losing their job said that even though FEMA was able to support states during Winter Storm Fern, a year of staff losses could already be felt. There were fewer people available for backup, they said, and staff were burned out from ongoing uncertainty.



**GABRIELA AOUN ANGUEIRA**
Gabriela covers philanthropy's role in disaster resilience and recovery. She is based in San Diego, California.

Exhibit AA

# POLITICO



11 HOURS AGO

## Capitol agenda: Republicans prepare **DHS punt**

It's highly unlikely all sides can agree to a full-year Department of Homeland Security revamp by Friday at midnight.



**CALEN RAZOR**
02/09/2026, 8:00AM ET

With fewer than five days to go before a DHS shutdown, Senate Democrats have put bill text for full-year funding on the table. But another punt is probably still the best-case scenario, and it's by no means guaranteed.

— **What Democrats are pitching:** The draft legislation Democrats sent Republicans on Sunday would codify the immigration enforcement guardrails outlined by Democratic leaders last week, according to two people granted anonymity to discuss the plans. They include new judicial warrant requirements and limits on masking by federal agents.

Advertisement

AD

— **Republicans review and prepare for CR:** While getting bill text is generally a good thing for the process, after Republicans complained publicly into the weekend about the lack of specifics from Democrats, it hasn't changed the endgame for this week. Republicans and the White House view some of the ideas as possible areas for negotiation, but it's just highly unlikely all sides agree to a full-year DHS revamp by Friday at midnight.

Senate Republicans expect to begin taking procedural steps Monday to set up consideration of a DHS funding patch. Senate aides still hope there's a way to prevent a DHS shutdown, and progress on negotiations could dictate how easy it is to get bipartisan buy-in for another CR. Most Democrats will be reluctant to punt.

— **Shutdown still looks likely:** Unless the Senate does the unexpected and clears a new CR for DHS by Wednesday, there probably won't be enough time for the House to follow suit before the shutdown deadline. House GOP leaders have no plans to cancel next week's recess absent clearer proof of progress in the Senate, meaning a DHS shutdown could take even longer to resolve.

***What else we're watching:***

— **Ghislaine Maxwell deposition:** The House Oversight Committee will depose Jeffrey Epstein co-conspirator Ghislaine Maxwell virtually at 10 a.m. Monday. Maxwell is expected to invoke the Fifth Amendment and be uncooperative with questioning. House Judiciary ranking member Jamie Raskin (D-Md.) will be reviewing unredacted Epstein files, according