Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DANIELLE LEONARD** |

# DECLARATION OF DANIELLE LEONARD

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I also make this declaration pursuant to Local Rule 65-1(a)(5) regarding notice of the accompanying Motion For Temporary Restraining Order And Order To Show Cause ("TRO Motion").

2. Plaintiffs filed a motion for leave to file a supplemental complaint in this action on January 27, 2026. That Supplemental Complaint included allegations and claims involving recent actions of Defendants Department of Homeland Security ("DHS") and Federal Emergency Management Agency ("FEMA") and their agency heads, including the separations of FEMA employees that commenced on January 1, 2026.

3. On January 22, 2026 FEMA announced that the "offboarding" of certain employees would be temporarily paused in the face of a serious winter storm affecting large portions of the country. The message from FEMA also explained that employees separated earlier that day would be reinstated and promised that further information would be forthcoming.

4. After the weekend of that winter storm, when no further information was available, on February 4, 2026, I wrote on behalf of Plaintiffs to counsel for Defendants regarding the FEMA employees separated from federal employment between January 1, 2026 and January 22, 2026 and their ongoing irreparable harm. Plaintiffs asked whether Defendants would agree to reinstate these employees and thereby avoid the need to pursue injunctive relief. We asked for a response by Monday, February 9. A true and correct copy of the email exchange including this communication is attached hereto as Exhibit A.

5. Over the weekend of February 6-7, 2026, the press reported FEMA sources as confirming that the "pause" in separations at FEMA would end imminently.

6. On February 9, 2026, counsel for Defendants responded:

We are confirming receipt of your inquiry regarding the separation of CORE employees. We are actively discussing with DHS and FEMA but will not be able to provide an answer

1

by noon today. In the hope of avoiding unnecessary motions practice, please give us one more day to run this to ground for you. We will send you the answer tomorrow.

Ex. A.

7.In light of reports of imminent plans to resume separations, we promptly responded, asking for confirmation by the end of Monday, February 9, 2026, that Defendants would reinstate those employees previously separated and halt all further separations. Ex. A. We gave notice that if Defendants could not provide those commitments, Plaintiffs would seek a temporary restraining order.

8.Defendants confirmed they could not provide further information on February 9, 2026, and would respond to Plaintiffs' motion.

9.Defendants also responded that they do not oppose Plaintiffs' request for up to 15 extra pages, subject to similar accommodation for any responsive briefing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 10, 2026, in Alameda, California.

*[signature]*

DANIELLE LEONARD

# Exhibit A

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Monday, February 9, 2026 4:44 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>
**Cc:** Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Robin Tholin <rtholin@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Subject:** Re: AFGE v. Trump (N.D. Cal.)

Hi Danielle,

We won't be able to provide further information tonight. So we will respond to your Motion.

Thank you.
Marianne

Get Outlook for iOS

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Monday, February 9, 2026 1:15:07 PM
**To:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>
**Cc:** Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Robin Tholin <rtholin@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Subject:** [EXTERNAL] RE: AFGE v. Trump (N.D. Cal.)

Counsel,
Late last week and over the weekend, multiple media reported that a lift on the pause of terminations at FEMA was imminent. While we can give you until the end of today PT, without commitment that non-renewals will not resume this week or next and that everyone previously separated will be fully returned, we cannot wait to seek emergency injunctive relief and plan to file tomorrow as soon as we are able. Please consider this your notice that we will be seeking a TRO. We will await your further response, and will indicate your opposition should we need to seek a TRO (unless you tell us otherwise).
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone,*

*and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice. Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*


**From:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Sent:** Monday, February 9, 2026 6:52 AM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>
**Cc:** Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Robin Tholin <rtholin@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Subject:** RE: AFGE v. Trump (N.D. Cal.)

Hi Danielle,

We are confirming receipt of your inquiry regarding the separation of CORE employees. We are actively discussing with DHS and FEMA but will not be able to provide an answer by noon today. In the hope of avoiding unnecessary motions practice, please give us one more day to run this to ground for you. We will send you the answer tomorrow.

Thank you.
--
**Robert C. Bombard**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Wednesday, February 4, 2026 3:10 PM
**To:** Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Robin Tholin <rtholin@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Subject:** [EXTERNAL] RE: AFGE v. Trump (N.D. Cal.)


Counsel-

As you know from our Supplemental Complaint, Plaintiffs are challenging recent actions by Defendants DHS and FEMA to eliminate CORE positions and implement a workforce reduction plan. We are aware that on January 22, DHS announced a pause in the implementation of the CORE reductions in light of Winter Storm Fern, and promised employees further guidance early last week. But no further guidance has been provided to date. We are also aware of a small number of employees (including some separated on January 22, earlier in the day before the pause was announced), who have been returned to service with 90-day renewals. However, many employees

whose positions were eliminated between January 1 and 22 have not been returned to service, including a number who have lost or who are about to lose health care coverage.

The actions of DHS and FEMA are causing irreparable harm and Plaintiffs intend to seek relief from the Court. We are writing in the hope of avoiding the need for injunctive relief with respect to those previous separations, in the event that the agency has reconsidered its attempt to reduce these positions and the work these employees perform.

Please let us know by no later than noon ET on Monday, February 9, 2026 whether DHS and FEMA will rescind the disapproval of the renewals of CORE employees who were separated beginning January 1, 2026, and will return them to service without interruption in benefits including health insurance. If you can provide that commitment, we can avoid the need to seek injunctive relief addressing those previous separations.

Two other housekeeping matters:

We will prepare and send over a draft of the supplemental CMC statement now due on Friday.

We understand that you also represent newly-added Defendants FEMA and Evans and therefore will accept service of the supplemental complaint (via ECF) without requiring our physically mailing that document and the case docket to those clients, but please let us know if that understanding is incorrect.

Thanks,

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice. Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*