UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 25-cv-03698-SI<br><br>**ORDER CONVERTING MOTION FOR TEMPORARY RESTRAINING ORDER INTO MOTION FOR PRELIMINARY INJUNCTION AND SETTING SCHEDULE** |

On February 10, 2026, plaintiffs filed a motion for a temporary restraining order related to actions taking place within the Federal Emergency Management Agency ("FEMA"). Dkt. No. 301. Plaintiffs request relief as soon as possible but no later than February 13, 2026.

The Court has reviewed the motion. These are weighty issues, newly brought in this case, which would benefit from full briefing and oral argument. Accordingly, the Court hereby CONVERTS plaintiffs' motion for a temporary restraining order into a motion for preliminary injunction and sets the following schedule. Defendants' response is due no later than February 18, 2026. Plaintiffs' reply brief is due no later than February 23, 2026. The Court sets an in-person hearing for 10:00 a.m. on February 27, 2026.

Additionally, no later than February 13, 2026, plaintiffs shall file a statement explaining precisely which "DHS directives" they ask this Court to enjoin, as enumerated in paragraph 1 of their proposed order. *See* Dkt. No. 301-2.

**IT IS SO ORDERED**.

Dated: February 10, 2026

SUSAN ILLSTON
United States District Judge