Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 3:25-cv-03698-SI

**PLAINTIFFS' STATEMENT PURSUANT TO FEBRUARY 10 ORDER**

Pursuant to this Court's February 10, 2026 Order (ECF 304) directing Plaintiffs to explain the DHS directives they ask this Court to enjoin, Plaintiffs submit the following explanation of the "DHS directives that remove FEMA authority over personnel decisions with respect to FEMA employees, including but not limited to Cadre of On-Call Response/Recovery (CORE) employees." ECF 301-2 at 20-22. Plaintiffs also submit an accompanying Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction. As explained below, Plaintiffs seek to enjoin three DHS directives: 1) DHS's removal of FEMA decision-making authority over CORE positions; 2) DHS's imposition of a workforce reduction plan to eliminate half of FEMA staff, including 41 percent of CORE positions; and 3) DHS's order to eliminate CORE positions on their Not to Exceed ("NTE") dates beginning on January 1, 2026 regardless of agency need or employee performance.

**1. Removal of FEMA Decision-Making Authority Over CORE Positions**

Plaintiffs ask this Court to enjoin the DHS directive that removes FEMA's authority to renew CORE employee positions. FEMA's human resources website confirms this directive, in a posted "December Update," by explicitly stating: "***FEMA's authority to extend CORE appointments ended on December 31, 2025***." Jackson Decl. (ECF 303), Ex. A. DHS removed that authority. ECF 301-1 at 16-18.

**2. Workforce Reduction Plan to Cut FEMA Staff by Half**

Plaintiffs further seek to enjoin the DHS directive that imposes on FEMA a workforce reduction plan with target reductions of 50 percent of FEMA staff, including 41 percent of CORE positions. On December 23, 2025, FEMA management were sent directions to plan for "target" cuts of 50 percent of FEMA staff:

Reference Table of September 30, 2025 Actuals and FY26 Targets

| | Target Workforce Total Count | Percent of Workforce Total | 9/30/2025 Workforce Count Totals | Total Count Reduction | Total Percent Reduction |
|---|---|---|---|---|---|
| Total | 11,500 | | 23,067 | 11,567 | 50% |
| Permanent Full Time | 4,200 | 36.5% | 4,956 | 756 | 15% |
| Disaster Full Time | 6,200 | 53.9% | 10,571 | 4,371 | 41% |
| Surge Workforce | 1,100 | 9.6% | 7,540 | 6,440 | 85% |

| MET | 9/30/2025 Total | Percentage of 9/30/25 Workforce | Target Count | Target Percentage by MET | Target of Overall Workforce |
|---|---|---|---|---|---|
| 1 Advisor to S1 and POTUS | 188 | 1% | 115 | 1% | 1% |
| Permanent Full Time | 146 | 78% | 92 | 80% | 1% |
| Disaster Full Time | 42 | 22% | 23 | 20% | 0% |
| Surge Workforce | - | 0% | 0 | 0% | 0% |
| 2 Regional Coordination | 1,961 | 9% | 1150 | 10% | 10% |
| Permanent Full Time | 485 | 25% | 460 | 40% | 4% |
| Disaster Full Time | 1,395 | 71% | 690 | 60% | 6% |
| Surge Workforce | 81 | 4% | 0 | 0% | 0% |
| 3 Continuity | 486 | 2% | 460 | 4% | 4% |
| Permanent Full Time | 483 | 99% | 455 | 99% | 4% |
| Disaster Full Time | 3 | 1% | 5 | 1% | 0% |
| Surge Workforce | - | 0% | 0 | 0% | 0% |

ECF 298 at 13. DHS (specifically, DHS Secretary Noem) created this workforce reduction plan—which is directly contrary to FEMA's own assessment of agency staffing needs (ECF 101-1 at 10)—and imposed it on FEMA. ECF 301-1 at 14-16; *see also id*. at 14 ("Noem's revisions [to the draft FEMA Council report] also include a recommendation to further cut FEMA staff by about half").

DHS has thus far refused to make public its Annual Staffing Plan, including any plan for FEMA. Notwithstanding this lack of transparency, FEMA began implementing this plan, at DHS direction, on New Year's Eve. *Id*. at 16-18.

**3. Order to Eliminate CORE Positions Solely on the Basis of NTE Date**

Plaintiffs further seek to enjoin DHS's directive to FEMA to eliminate CORE positions, based *only* on each position's NTE date, starting on January 1, 2026. FEMA recommended and justified renewing the positions that DHS eliminated beginning January 1. ECF 301-1 at 16-18. But DHS has consolidated decision-making at the "S1" (DHS Secretary) level, required the elimination of positions by NTE date beginning January 1, and disregarded FEMA supervisor approvals of and recommendations for renewals as well as FEMA's own analysis of staffing needs. *Id*.; *see also id.* at 10.

DATED: February 12, 2026

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Elizabeth Eshleman
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Elena Goldstein*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT

2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice app. forthcoming)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorney for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.

Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: /s/ Teague Paterson

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: /s/ Steven K. Ury

*Attorney for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: /s/ David Chiu

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900

By: */s/ Tony LoPresti* _

*Attorneys for Plaintiff County of Santa Clara, Calif.*

General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice app. forthcoming)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and Martin Luther King, Jr. County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)
Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel.: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Rebecca A. Hirsch (pro hac vice)
Lucy Prather (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874)
Chief Solicitor
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
christopher.sousa@baltimorecity.gov

By: /s/ Christopher Sousa

*Attorneys for Plaintiff City of Baltimore*