UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 13, 2026 | **Time:** 3:27 – 3:40<br>13 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-C v. Trump | |
| **Case No.:** 25-cv-8302-SI | **Case Name:** American Federation Of Government Employees, AFL-C v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard
**Attorney for Defendant:** Pierce Anon, Cesar Azrak, Brad Rosenberg, Robert Bombard

**Deputy Clerk:** Esther Chung     **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

The Court confirmed the scheduling for each case and confirmed that it would like to receive copies of the ARRPs electronically.

CASE CONTINUED: 5/8/2026 at 3:00 p.m. for Further Case Management Conference (in both cases). Further Case Management Statement due by 5/1/2026.