# Exhibit 3

## CONDITIONS OF EMPLOYMENT

- **CORE** (Cadre of On-Call Response Employee) – hired to perform longer term disaster work at a fixed location with a regular tour of duty.

**NATURE OF APPOINTMENT**:

- I understand that this is a temporary civil service excepted service position that does not confer eligibility or priority consideration for permanent appointment. I may be terminated at any time, with cause (e.g. poor performance or misconduct) or without cause (e.g. downsizing of workforce, change in program direction or operational needs). My appointment will neither help nor hinder my chances for permanent appointment.
- I understand that my appointment is subject to successful completion and processing of essential security investigation forms, cooperation with the investigation and a favorable determination on my suitability for Federal employment.
- I will conduct myself at all times in a professional manner, preserve the public trust and adhere to FEMA/DHS rules and regulations.
- I may be required to work long hours under stressful and unfavorable conditions.
- I understand that I may be assigned to perform my disaster-related duty, irrespective of my position description, based on the needs of the operational situation.
- I may be released from an assignment at any time and with little or no notice based on the needs of the operation. In addition, I understand that I may be placed in a non-duty, no-pay status at anytime (e.g. due to downsizing of the workforce or change in program direction) and may be terminated at any time for cause (e.g. poor performance or misconduct) and that I am not subject to any protection afforded by reduction-in-force provisions, re-employment rights or adverse action procedures established under any statutory or regulatory provision**.**
- My work schedule and temporary geographical assignment may be changed based on the mission needs of the Agency.
- I must be ready to deploy wherever the Agency needs my services within 24 -48 hours of notification.
- I understand that I will receive benefits such as health and life insurance
- I understand that my appointment will end on the Not to Exceed (NTE) date of my appointment, unless it is extended based on the needs of the Agency.

**CONDITIONS OF APPOINTMENT**:

- Use of electronic funds transfer is mandatory for salary payments and travel reimbursements.
- I must be eligible for and able to maintain a government issued travel card and I will abide by the terms and conditions established by the card provider and FEMA.  Violations (e.g. delinquency, personal use of card) will result in appropriate disciplinary action, up to and including termination of employment.
- I will travel in the most expeditious and cost effective manner, using the Agency's Travel Agent to make all my travel arrangements.
- If I am authorized to use a motor vehicle for official business, I must comply with all applicable laws, regulations and policies relating to official motor vehicle usage.
- Upon arriving at a temporary duty station location, I must check in by phone and follow instructions.  I am also required to check out and update my deployment status with the Automated Deployment Database.
- If I am a retired Federal civil servant, my pay from FEMA may be subject to offset.

**I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITION OF MY EMPLOYMENT WITH FEMA AS A STAFFORD ACT EMPLOYEE.  I ALSO UNDERSTAND THAT FAILURE TO MEET AND MAINTAIN THE CONDITIONS OF EMPLOYMENT AT ANY TIME COULD RESULT IN TERMINATION OF MY EMPLOYMENT**.

_____          _____

**Printed Name of Employee**                                    **Last Four digits of SSN**


_____          _____

**Signature of Employee**                                         **Date**