# Exhibit 4

U.S. Department of Homeland Security
Washington, DC 20472



August 08, 2025

To: Khaalis Jackson
AFGE Local 4060

FROM: David E. Richardson
Senior Official Performing the Duties of the Administrator

SUBJECT: **Executive Order 14251 Exclusions From Federal Labor-Management Relations Programs**

---

This letter is to confirm that, effective immediately, the Federal Emergency Management Agency's (FEMA) current Collective Bargaining Agreement (CBA) with AFGE Local 4060 is terminated in accordance with Executive Order 14251. This action applies to all employees previously covered by the agreement, except for police officers and firefighters.

As a result, the Agency will no longer engage in union-related activities for non-police officer and non-firefighter employees, including but not limited to:

- Collective bargaining
- Honoring "union time"
- Processing grievances
- Participating in arbitration proceedings
- Withholding union dues
- Union office space and related resources will be reclaimed.

We appreciate your attention to this matter.