# Exhibit 5

| | |
|---|---|
| **From:** | Chief-Human-Capital-Officer |
| **Sent:** | Tuesday, December 23, 2025 5:48 PM |
| **To:** | Black, Donna; Barton, Victoria; Breslin, Thomas; Dobitsch, Stephanie; Phillips, Gregg; Hoffman, Erin; Allen, Jotham; Sjoberg Radway, Cynthia; Arnold, David; Gabliks, Eriks; Franklin, Tami (External); Wollenhaupt, Charles; Couch, Joseph; Waters, Julie; Padilla, Kenneth; Layou, Thomas; Devine, Jarrett; Morea, Anthony; D'Amora, Andrew; Toro, Manny J; Peterson, Mark J; Sanders, Catherine; Lamb, Zachary; Littrell, Tammy; Baquero, Jose; Doucette, Fred; Maykovich, Vincent; Hartnett, Christopher; Hutchinson, Lilian; Ashe, Robert (Rob); Chesney, Michael S; Van Der Werff, Jay; Fox, Katherine B; Fenton, Bob; Guy, Peter; Samuel, Jessica; Higgins, Jennifer |
| **Cc:** | Prieur, La'Toya; Sanchez, Blanca; Neurauter, Jeffrey; Khan, Puneet; Clayton, Andrew; Bilicic, William |
| **Subject:** | Request for Input: Workforce Capacity Planning Exercise |

FEMA Leadership,

Consistent with Office of Management and Budget (OMB) and Office of Personnel Management (OPM) guidance implementing Executive Order 14356, FEMA is conducting an internal workforce capacity planning exercise to inform the Agency's Annual Staffing Plan and required quarterly updates.

As part of this effort, we are requesting that each component take a bottom-up, zero-based analytical approach to identify the positions you recommend retaining as essential to sustain FEMA's core mission delivery and minimum operating capabilities. For planning purposes, components should assess mission requirements as if starting from a baseline of zero and identify the positions necessary to perform statutory and operational functions.

This exercise applies across all workforce categories, including permanent full-time employees, CORE employees, Reservists, and any surge workforce, and is intended to provide leadership with a clear, component-level understanding of mission-critical capacity. **The exercise is pre-decisional in nature; no staffing actions or personnel decisions are being directed or implemented as part of this request.**

Consistent with FEMA's operational model, response and recovery functions remain a priority, and planning assumptions reflect a continued reliance on both the career and disaster workforces. Reference planning parameters for employee types and Mission Essential Tasks are included in the accompanying workforce planning tool.

Instructions
- Using the first tab, "Organizational Data for Review," filter by your component and identify the positions you recommend retaining (Column I) by organization and employee type, based on mission essentiality and operational requirements.
- The second tab, "Pivot Tables for Reference," provides workforce distribution data as of September 30, 2025, along with reference views to support your assessment.
- The third tab, "Employee Type for Reference," lists employee categories for consistency.

This exercise supports FEMA's compliance with OMB and OPM workforce planning requirements and is intended solely to inform leadership deliberations. It does not constitute a staffing action, reduction in force, or directive regarding personnel actions.

The planning document is restricted to program heads and senior advisors. Do not further disseminate this task or the associated materials.

Suspense for completion is December 31, 2025.

DRAFT Workforce Plan - December 2025.xlsx

La' Toya Prieur, MBA
Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support

▮▮▮▮▮▮▮▮▮▮

Executive Assistant: ▮▮▮▮▮▮▮▮▮▮

Federal Emergency Management Agency
fema.gov

