Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **SUPPLEMENTAL DECLARATION OF KHAALIS JACKSON** |

1  **DECLARATION OF KHAALIS JACKSON**

2  I, Khaalis Jackson, declare as follows:

3      1.   I am over 18 years old and competent to give this declaration. This declaration is
4  based on my personal knowledge, information, and belief and supplements the declaration I
5  previously provided in support of Plaintiffs' Motion for Temporary Restraining Order (ECF 303).

6      2.   I am the President of the American Federation of Government Employees Local
7  4060 ("AFGE Local 4060" or the "Union"). The American Federation of Government Employees,
8  AFL-CIO ("AFGE"), is a labor organization and unincorporated association that represents
9  approximately 800,000 federal civilian employees through its affiliated councils and locals
10 nationwide. AFGE Local 4060 represents Federal Emergency Management Agency ("FEMA")
11 employees throughout the United States.

12     3.   As explained in my previous declaration, on January 1, 2026, DHS and FEMA
13 began issuing non-renewals to Cadre of On-Call Response/Recovery Employees ("CORE") based
14 on not-to-exceed ("NTE") date. On January 22, 2026, some FEMA employees received a message
15 stating that the "offboarding" would be suspended as of January 22.

16     4.   On February 20, 2026, the Union sent a survey to Local 4060 members to better
17 understand the situation on the ground. My understanding from reviewing the results of that
18 survey as well as from speaking with affected employees is that, of the CORE employees who had
19 NTE dates between January 23 and now, most have neither been renewed or non-renewed. They
20 remain in limbo, awaiting an official decision from the agency about their renewal. In the
21 meantime, they have been asked to continue to work.

22     5.   Others with post-January 22nd NTE dates have received short, 90-day extensions,
23 placing their new NTE date in April or May. For many, those extensions came weeks after their
24 NTE dates elapsed.

25     6.   For the small subset of CORE employees who had their non-renewals rescinded
26 after they were not renewed on their NTE dates in January, my understanding is that they have
27 been granted, at most, 90-day extensions. Some individuals who had their non-renewal notices
28 rescinded have been told by their supervisor that they will get a 90-day extension, but have not

1 | received any official written confirmation of such an extension.

2 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
3 | true and correct. Executed February 23, 2026, in Kansas City, Missouri.

*Khaalis Jackson*