Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF PACE SCHWARZ** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF PACE SCHWARZ**

I, Pace Schwarz, declare as follows:

     1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, and is made in support of the Plaintiffs' Motion for Preliminary Injunction.

     2.    I am a Research Assistant in the Office of the General Counsel for the American Federation of Government Employees, AFL-CIO ("AFGE"). In my role as a Research Assistant, I conduct research for AFGE for litigation, certification, and delegation matters. Over the past year, I have spent a considerable amount of time collecting and reviewing information sent to and collected by AFGE related to actions taken by the current Presidential administration to reduce the size of the federal workforce.

     3.    This declaration is based on my personal knowledge of information collected in my role at AFGE regarding the information and documents received by AFGE and that I have reviewed and collected from union officers and members.

     4.    On February 20, 2026, the Union sent a survey to Local 4060 members asking them whether they are or were FEMA CORE employees, and if so whether they had been non-renewed or have a Not-to-Exceed (NTE) date that has passed. I have reviewed the results of this survey. I also reviewed other communications with union members, the declarations filed in this case, and the list of current dues paying members of AFGE Local 4060 (who are also, by virtue of their Local 4060 membership, members of the national-level AFGE).

     5.    Based on that review, I have identified multiple current dues-paying members of AFGE who were employed as FEMA CORE employees, whose NTE dates fell on or after January 1, 2026, and who were non-renewed, resulting in their separation from employment. These members are experiencing severe hardships, including the loss of health insurance requiring cancelation of critical appointments and procedures and financial uncertainty affecting their ability to afford housing and other basic necessities.

     6.    I have also identified multiple current dues-paying AFGE members who are CORE employees and had NTE dates that fell between January 23 and now, and are currently working but

remain in limbo, awaiting an official decision from the agency about their renewal.  Other dues-paying AFGE members have forthcoming NTE dates, including one member who is currently looking for other work due to the uncertainty of having an NTE date in early March in light of DHS's actions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 24, 2026, in Washington, D.C.

Pace Schwarz