Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF STACEY M. LEYTON** |

## DECLARATION OF STACEY M. LEYTON

I, Stacey M. Leyton, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. On Wednesday, February 25, 2026, I became aware that MaryAnn Tierney had reviewed the declaration of FEMA political appointee Karen Evans (ECF 312-1) and that she had responses to statements in that declaration that she wanted to share with the Court.

3. After learning that information, I emailed Defendants' counsel on the afternoon of Wednesday, February 25, 2026, asking for Defendants' position on Plaintiffs' request for leave to submit supplemental evidence in support of Plaintiffs' preliminary injunction reply. Defendants' counsel responded that they would not object, provided that Plaintiffs did not object to Defendants' potential submission of additional evidence. Plaintiffs then requested Defendants' justification for the submission of surreply evidence, given that none of Plaintiffs' reply evidence (including the to-be-filed Tierney supplemental declaration) went beyond responding to Defendants' opposition briefing and evidence. Plaintiffs have not yet received any response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 25, 2026, in San Francisco, California.

_____
STACEY M. LEYTON