1
2
3
4
5
6
7
8

9              UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION REPLY** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLS' MOT FOR LEAVE, No. 3:25-cv-03698-SI

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' administrative motion for leave to submit supplemental evidence in support of Plaintiffs' preliminary injunction reply.

IT IS SO ORDERED.

Dated: _____, 2026    _____
                                           The Honorable Susan Illston
                                           United States District Court Judge