1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

# [PROPOSED] ORDER

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Reply in Support of Motion for Preliminary Injunction. Plaintiffs may file a brief of up to 20 pages in length.

IT IS SO ORDERED.

Dated: __February 27__, 2026

_____
The Honorable Susan Illston
United States District Court Judge