UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: March 3, 2026 | Time: 10:59 – 1:00<br>1 Hour 38 Minutes | Judge: SUSAN ILLSTON |
|---|---|---|
| Case No.: 25-cv-03698-SI | Case Name: American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Elizabeth Eshleman, Stacey Leyton (AFL-CIO; Raphael Rajendra (County of Santa Clara)
**Attorney for Defendant:** Robert Bombard

**Deputy Clerk:** Esther Chung        **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Motion for Preliminary Injunction (Dkt. 301) – Held.

## SUMMARY

The Court provided its tentative ruling. Counsel presented oral arguments and rebuttals. The Court questioned Counsel during their presentations.

Plaintiffs argued that the preliminary injunction should not be delayed due to the factual questions which arose during the hearing. The Government renewed its request to file a supplemental Declaration. The Court indicated that it would let Counsel know if additional supplemental declarations are requested. The Court did confirm that it wished to receive the worksheet that was attached to the email discussed during the hearing.