1
2
3
4
5
6
7
8

9        UNITED STATES DISTRICT COURT

10     FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION REPLY |
|---|---|

[PROPOSED] ORDER GRANTING PLS' MOT FOR LEAVE, No. 3:25-cv-03698-SI

# [PROPOSED] ORDER

Good cause having been shown, the Court grants Plaintiffs' administrative motion for leave to submit supplemental evidence in support of Plaintiffs' preliminary injunction reply.

IT IS SO ORDERED.

Dated: March 4, 2026

_____
The Honorable Susan Illston
United States District Court Judge