CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
Trial Attorneys
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 598-9509
    Robert.Bombard2@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DEFENDANTS' NOTICE ACCOMPANYING EXHIBIT PURSUANT TO MARCH 3, 2026, ORDER** |

The Court's Order of March 3, 2026, ECF No. 321, directed Defendants to "file the email attachment to the December 23, 2025 email" attached as Exhibit 5 to the Declaration of Karen S. Evans ("Evans Declaration," ECF No. 312-1) by today's date. To be clear, the email that appears at Exhibit 5

does not have an attachment but rather has an electronic link to a shared Microsoft Excel document hosted on a Microsoft SharePoint site on the Federal Emergency Management Agency's network.

Based on information provided to the undersigned counsel by the Department of Homeland Security and FEMA, undersigned counsel understands that attached hereto is a true and correct copy, subject to the qualification described below, of the Microsoft Excel document hosted at the Microsoft SharePoint site accessible by authorized users within FEMA via the link in the December 23, 2025 email, with a document creation date of December 12, 2025, according to the Microsoft Excel document properties associated with the provided document.

As noted above, for technical reasons necessary to facilitate filing this document by the specified deadline, under time and resource constraints, undersigned counsel for Defendants exported the provided Microsoft Excel document into Adobe PDF. Defendants possess a native version of the Microsoft Excel document and can provide it to the Court and Plaintiffs upon request. To the extent necessary, Defendants will follow up with any additional details.

DATED: March 5, 2026                Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Christopher Hall*
CHRISTOPHER HALL
Assistant Branch Director

ROBERT BOMBARD
MARIANNE F. KIES

Defendants' Notice Accompanying Exhibit
NO. 3:25-CV-3698-SI

Trial Attorneys
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9509
robert.bombard2@usdoj.gov

*Counsel for Defendants*

Defendants' Notice Accompanying Exhibit
NO. 3:25-CV-3698-SI