# Exhibit A

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-7203
    Robert.Bombard@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF LA'TOYA PRIEUR IN RESPONSE TO THE COURT'S MARCH 3, 2026 ORDER** |

Declaration of La'Toya Prieur in Response to the Court's March 3, 2026 Order
3:25-cv-3698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, La'Toya Prieur, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. I am the Chief Human Capital Officer at the Federal Emergency Management Agency ("FEMA"), headquartered in Washington, D.C. I have served in this position since October 2024.

2. The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3. On March 3, 2026, the Court ordered Defendants to identify "the individual(s) involved in the decisions regarding the renewal of the CORE employees whom defense counsel referenced at the hearing."

4. To the best of my knowledge, the following individuals at FEMA were involved in the decisions regarding the non-renewal and renewal of the CORE employees:

    a. Myself

    b. Karen S. Evans, Senior Official Performing the Duties of Administrator

    c. FEMA Program offices which are composed of the eleven executive offices and ten Regions.

5. To the best of my knowledge, the following individuals at Department of Homeland Security ("DHS") Headquarters were involved in the decisions regarding the renewal of the CORE employees:

    a. Roland Edwards, Chief Human Capital Officer

    b. Joseph Guy, Deputy Chief of Staff

    c. Troup Hemenway, Principal Deputy Chief of Staff

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

In Washington, DC:

LA'TOYA PRIEUR
Digitally signed by LA'TOYA PRIEUR
Date: 2026.03.05 22:05:25 -05'00'

La'Toya Prieur
Chief Human Capital Officer
Federal Emergency Management Agency

Declaration of La'Toya Prieur in Response to the Court's March 3, 2026 Order
3:25-cv-3698-SI

2