CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
CESAR AZRAK
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **STIPULATION FOR PARTIAL EXTENSION OF TIME TO COMPLETE EXPEDITED DISCOVERY AS TO DEFENDANT FEDERAL EMERGENCY MANAGEMENT AGENCY** <br><br> Hon. Susan Illston |

Stipulation for Partial Extension of Time to Complete Expedited Discovery
3:25-cv-3698-SI

Under Civil Local Rules 6-2 and 7-12, as well as Federal Rule of Civil Procedure 6(b)(1)(A), the Parties stipulate as follows.

1.    On March 3, 2026, this Court ordered expedited discovery from Defendants in this matter, to include: (i) documents "related to the renewals/nonrenewals of CORE employees"; and (ii) "communications from DHS and FEMA, including email communications, regarding the renewals/nonrenewals of CORE employees as well as 'target' reductions of FEMA and CORE employee staffing."" ECF 321.

2.    The Parties filed a position statement with respect to their disputes on March 6, 2026 (ECF 327). The Court entered a further Order "Re: Expedited Discovery Disputes" on March 9, 2026. ECF 328. The March 9 Order set a deadline for the production of responsive documents of Tuesday, March 17, 2026. *Id.*

3.    Defendants represent that today (Tuesday, March 17, 2026), DHS will produce its non-privileged, responsive materials, as well as a privilege log. FEMA will also produce a substantial volume (approximately 12,000) of non-privileged, responsive materials from 9 custodians, as well as materials from FEMA Principal leadership and Regional Administrators (30 additional custodians), as well as a privilege log. The materials produced today will include the custodial records of the FEMA witnesses scheduled for deposition the week of March 30 (FEMA's Senior Official Performing the Duties of Administrator, "SOPDA," and FEMA's CHCO).

4.    Defendants further represent that FEMA is unable to complete the remainder of its entire production within the timeframe ordered by the Court.

5.    Defendants therefore requested Plaintiffs' agreement to a partial extension on Tuesday, March 17, 2026, and the parties met and conferred by email and videoconference.

6.    The Parties stipulate to an extension of the March 17, 2026, deadline—to **Friday, March 20, 2026**—to permit FEMA to complete its remaining document production, and to provide any privilege log necessary only for that remaining document production.

7.    Plaintiffs have agreed to this stipulation without prejudice to raising any disputes regarding the scope or content of Defendants' productions and privilege logs.

8.    For good cause shown, the Parties respectfully request that the Court enter their

Stipulation for Partial Extension of Time to Complete Expedited Discovery
3:25-cv-3698-SI

stipulation and order FEMA to complete its expedited document production on the terms agreed to by the Parties by **Friday, March 20, 2026**.


Dated: March 17, 2026                    Respectfully submitted,

                                         CRAIG H. MISSAKIAN (CABN 125202)
                                         United States Attorney
                                         U.S. ATTORNEY'S OFFICE
                                         450 Golden Gate Avenue, Box 36055
                                         San Francisco, California 94102-3495

                                         ERIC J. HAMILTON (CABN 296283)
                                         Deputy Assistant Attorney General

                                         DIANE KELLEHER
                                         Branch Director

                                         CHRISTOPHER HALL
                                         Assistant Branch Director

                                         */s/ Marianne F. Kies*
                                         MARIANNE F. KIES
                                         Trial Attorney
                                         1100 L Street, NW
                                         Washington, DC 20005
                                         Telephone: (202) 353-1819
                                         Marianne.F.Kies@usdoj.gov

                                         *Counsel for Defendants*


                                         *For Plaintiffs:*

                                         Stacey M. Leyton
                                         Barbara J. Chisholm
                                         Danielle E. Leonard
                                         Robin S. Tholin
                                         Elizabeth Eschleman
                                         ALTSHULER BERZON LLP
                                         177 Post St., Suite 300
                                         San Francisco, CA 94108
                                         Tel: (415) 421-7151
                                         sleyton@altshulerberzon.com
                                         bchisholm@altshulerberzon.com
                                         dleonard@altshulerberzon.com


                                    By: */s/ Danielle Leonard*

Stipulation for Partial Extension of Time to Complete Expedited Discovery
3:25-cv-3698-SI

2

**DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

I, Marianne F. Kies, declare that I have obtained the concurrence in the filing of this document from each of the Plaintiff signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 17, 2026, in Falls Church, Virginia.

/s/ *Marianne F. Kies*
MARIANNE F. KIES (D.C. Bar No. 1023554)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW,
Washington, D.C.  20005
Telephone:  (202) 353-1819
E-mail:  Marianne.F.Kies@usdoj.gov

*Attorney for Defendants*

Stipulation for Partial Extension of Time to Complete Expedited Discovery
3:25-cv-3698-SI

3

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March ___, 2026

_____
Hon. Susan Illston
United States District Judge