| | |
|---|---|
| **From:** | Bombard, Robert (CIV) |
| **To:** | "Danielle Leonard"; Kies, Marianne F (CIV); Rosenberg, Brad (CIV); Hall, Christopher (CIV); Azrak, Cesar E (CIV) |
| **Cc:** | "Tsuki Hoshijima"; "Stacey Leyton"; "BJ Chisholm"; "Elle Eshleman"; "Jessica Levy" |
| **Subject:** | RE: Case 3:25-cv-03698-SI American Federation Of Government Employees, AFL-CIO et al v. Trump et al -- Document Productions |
| **Date:** | Monday, March 23, 2026 5:11:00 PM |
| **Attachments:** | image001.png |

Counsel:

Pursuant to the Court's March 20 Order, the Defendants are ordered to "'identify any individuals who were the recipients or authors of the groups/addresses' identified at page 2 of plaintiffs' discovery statement."

The following individuals have access to the respective email addresses:

- Hiringrequest@hq.dhs.gov – Andrew Whitaker, Greyson McGill, Joseph Guy, Juliana Blackwell, Steven Munoz, and Troup Hemenway
- dhspersonnelactions@hq.dhs.gov – Coann Glaze, Akua Hall, Leslie Glaser, and Latarsha Pearson
- personnelverificationactionsleadership@hq.dhs.gov – Coann Glaze, Greyson McGill, Joseph Guy, Leslie Glaser, Matthew Kessler, Mischell Navarro, Steven Munoz, and Troup Hemenway

We are available to meet and confer tomorrow between 1-4PM ET.

Regarding the privilege log meet and confer, we are looking for times and will follow up with you later in the week.

Thank you.
--
**Robert C. Bombard**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Monday, March 23, 2026 2:15 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Tsuki Hoshijima <thoshijima@democracyforward.org>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** [EXTERNAL] Case 3:25-cv-03698-SI American Federation Of Government Employees, AFL-CIO et al v. Trump et al -- Document Productions

Counsel:

We are writing with respect to a number of things pertaining to the Court's Friday order and the document productions:

1. Please provide times that you are available to meet and confer today or tomorrow per the Court's Friday order/Tuesday deadline (with respect to the scope of the DHS search).

2. Please provide additional dates/times for meeting and conferring with respect to the DHS and FEMA privilege logs, or let us know if you are also prepared to meet and confer with respect to those in the initial call today or tomorrow.

3. We have two issues to raise with respect to the Court's order to search phones.

   a.    First, please confirm that the searches of telephones that are being performed pursuant to the Court's order will include personal phones used for government business. We have good reason to believe, including recent Congressional requests, that personal phones are used by at least Kristi Noem and Corey Lewandowski for government business and those phones therefore should be searched as well.

   b.    Second, as with all discovery responses, to the extent that responsive communications did exist, but no longer exist because they have been deleted, please identify those documents and when they were deleted.

4. We request that at our meet-and-confer, you are prepared to address our challenge to the confidentiality over-designations under the protective order that we sent an email about on Friday.

5. It appears that the load files that you produced for the DHS and FEMA productions are missing information about document families, such as the association between emails and their attachments.   Was there a reason that this standard information was not included? (Or if it was and we are missing that, can you confirm that?) If this was not in fact included, can you provide updated load files for that overlay of meta-data?

Thanks,

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her



*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain*

*privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*