CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
CESAR AZRAK
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF RAYMOND MALENGO** |

Declaration of Raymond Malengo
3:25-cv-3698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Raymond Malengo, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.    I am the Special Investigations and Operations Division Chief, Office of Professional Responsibility ("OPR") at the Federal Emergency Management Agency ("FEMA"). In this position, I supervise a total of 24 investigators, analysts, and support personnel. I also oversee the collection of data from FEMA-issued equipment. I have held this position since November 5, 2023.

2.    The statements set forth in this Declaration are to the best of my knowledge, information, and belief, and review of documents and information provided to me in my official duties.

3.    I understand that this Court entered an Order on March 20 directing Defendants' review of government furnished equipment ("GFE") cellular telephones ("phone") of certain employees and former employees of FEMA for responsive documents.

4.    I am also aware that the Court's March 20 order set a deadline for production of responsive documents by March 26.

5.    I submit this Declaration to explain the process and searches that FEMA was able to implement up to the signing of this Declaration.

**SUBSTANTIVE SCOPE OF FEMA SEARCH**

6.    Two current FEMA OPR investigators have received specialized training at the Federal Law Enforcement Training Center (FLETC) to conduct forensic analysis of mobile devices. These investigators use a forensic tool known as Cellebrite to conduct extractions of the material stored on the device. Forensic extractions retrieve a variety of data to include text messages, contacts, photos/videos, calendar appointments, notes, and a variety of application specific data. Once the extraction is obtained, the investigator uses the extraction to generate a report of the material on the device.

7.    In order to image a GFE phone, our office must take physical possession of the phone.

8.    Depending on the volume of data present on the phone, it can take between 2-4

Declaration of Raymond Malengo
3:25-cv-3698-SI

hours to complete an extraction. OPR has two forensic computers capable of performing device extractions. Both of those forensic computers are located in FEMA's headquarters in Washington, D.C. Only one extraction can be completed at a time by each of the two investigators.

9.    After a phone is imaged, the staff then must generate a report of the material on the device. Depending on the volume of material present, this report may take 4-6 hours. This report is generated by Cellebrite and may not be completed while an extraction is being performed.

10.    After the data is placed into a report, keyword searches can be performed to identify items of interest.

11.    OPR does not have trained staff available to travel to all 10 FEMA regions across the United States to take physical custody of the Regional Administrators' phones. As noted above, OPR currently has two investigators who are qualified to conduct forensic extraction of mobile devices, both of whom are assigned to FEMA's headquarters in Washington, D.C.

## STRUCTURE AND TIMING OF FEMA SEARCH AND REVIEW TO DATE

12.    I understand that the Office of Chief Counsel ("OCC") requested each of the identified custodians in the March 20 Order to search their GFE phone for any responsive documents.  Further, if there were any responsive documents, the employee was requested to provide a screenshot of those messages.

13.    After requested by OCC, we began to take physical custody of phones for the employees identified in the Court's order assigned to Headquarters, Washington, D.C.

14.    As I stated above, each of the two investigators can only process 1 phone at a time.

15.    To date, our OPR has completed forensic extractions of 9 phones.  We have completed the process for the phones issued to the following personnel:

    a.  Karen Evans

    b.  La'Toya Prieur

    c.  Victoria Barton

    d.  Puneet Kahn

    e.  Thomas Breslin

    f.  Jessica Samuel

g. Gregg Phillips

h. Shila Cooch

i. Blanca Sanchez

16.    The initial report has been generated for Victoria Barton.  No other reports have been generated. OPR's primary goal at the present time is to collect the devices and perform the forensic extractions.

17.    OPR investigators are working to coordinate with the remaining 21 individuals identified by the court. These include some employees who are furloughed and thus currently unavailable due to the funding lapse. Additionally, the 10 regional administrators will be required to send their devices to FEMA Headquarters in order for their devices to be reviewed.

18.    Due to a lapse in funding, FEMA mailroom operations are shutdown.

19.    Due to a lapse in funding, all travel has been canceled.

20.    Upon the resolution of the funding lapse, I estimate that OPR will need 14 days to complete the forensic extractions of the phones and 6 additional days to complete the reporting of each phone.

21.    Following completion of the reports for each phone, OPR can search by date and keyword.  Thereafter, OPR will be prepared to upload the documents, if any, to the Department of Justice for attorney review.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2026

In Washington, D.C.:

RAYMOND P MALENGO
Digitally signed by RAYMOND P MALENGO
Date: 2026.03.26 18:28:11 -04'00'

Raymond Malengo,
Special Investigations and Operations Division Chief
Office of Professional Responsibility,
Federal Emergency Management Agency

Declaration of Raymond Malengo
3:25-cv-3698-SI

3