UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 25-cv-03698-SI

**ORDER RE: FEMA PHONE DATA EXTRACTION**

On March 26, 2026, defendants filed a notice updating the Court on the status of their compliance with the expedited discovery orders related to the pending motion for preliminary injunction regarding the Federal Emergency Management Agency (FEMA). Dkt. No. 337. In the notice, defendants state the following request: "While FEMA does not believe that the physical extraction of data from phones is necessary if individual custodians can confirm that they have no responsive records to produce, FEMA seeks confirmation from the Court that such data extractions are unnecessary, particularly for Tier 2 custodians." *Id.* at 5-6.

In light of the information defendants have provided, the Court agrees it is reasonable for defendants not to conduct physical cell phone data extraction at this time for FEMA Tier 2 custodians, *provided that* each custodian submits a declaration, signed under penalty of perjury, describing the search efforts and confirming that they have no responsive records to produce. The declarations shall be provided directly to plaintiffs' counsel; they need not be filed on the docket.

**IT IS SO ORDERED**.

Dated: March 27, 2026

SUSAN ILLSTON
United States District Judge