**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER** |

For good cause shown, Defendants' Motion for a Protective Order to Preserve Confidentiality Designations shall be, and hereby is, GRANTED.  IT IS SO ORDERED.

Date: _____        _____

                                    Susan Illston
                                    United States District Judge

[Proposed] Order
3:25-cv-3698-SI