CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT C. BOMBARD
Trial Attorneys
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-1819
    Marianne.F.Kies@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF MARIANNE F. KIES** |

Declaration of Marianne F. Kies
3:25-cv-03698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Marianne F. Kies, state as follows under penalty of perjury:

1. I am a Trial Attorney with the U.S. Department of Justice. I am licensed to practice law in Virginia, New York, and the District of Columbia. I am counsel for Defendants in the above-captioned action.

2. The statements set forth in this Declaration are based on my personal knowledge.

3. Attached as **Exhibit 1** is a true and correct copy of the transcript of the March 3, 2026, hearing in this case.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of deposition of Karen Evans in this case.

5. Attached as **Exhibit 3** is a true and correct copy of a May 14, 2025, memorandum from David E. Richardson to Kristi Noem, which was introduced as Exhibit 21 in the deposition of Karen Evans.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcript of deposition of Roland Edwards in this case.

7. Attached as **Exhibit 5** is a true and correct copy of an email between counsel in this case, dated February 26, 2026.

8. Attached as **Exhibit 6** is a true and correct copy of an email between counsel in this case, dated April 14, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of Plaintiffs' March 20, 2026, Requests for Production of Documents to all Defendants.

10. Attached as **Exhibit 8** is a true and correct copy of an email between counsel in this case, dated April 8, 2026.

11. Attached as **Exhibit 9** is a true and correct copy of the Declaration of Stephanie O'Neill, dated April 15, 2026.

12. Attached as **Exhibit 10** is a true and correct copy of the Declaration of Noah Peters, dated April 15, 2026.

Declaration of Marianne F. Kies
3:25-cv-03698-SI

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 15, 2026

In Falls Church, Virginia:

/s/ Marianne F. Kies
Marianne F. Kies
Trial Attorney
Department of Justice

Declaration of Marianne F. Kies
3:25-cv-03698-SI

2