# Exhibit 3

Ex. 21 to Evans Deposition, Memorandum from David E. Richardson, FEMA, to Kristi Noem, DHS (May 14, 2025)



U.S. Department of Homeland Security
Washington, DC 20472

FEMA

May 14, 2025

## DECISION

MEMORANDUM FOR:    Kristi Noem
Secretary of the Department of Homeland Security

FROM:    David E. Richardson
FEMA Senior Official Performing the Duties of Administrator

SUBJECT:    **Reinstating FEMA's Ability to Renew Term Employees Based on Mission Requirements**

**Purpose:** FEMA requests your approval to use an internal process to renew term-limited appointments for Cadre of On-call Response/Recovery Employees (COREs) across job series deemed necessary to maintain the Agency's operational readiness for the 2025 hurricane season.

**Background:** FEMA has 2,652 term employees who are not currently in excepted job series and whose terms will expire before the end of CY2025. Most FEMA term employees support active disaster operations and are funded out of the Disaster Relief Fund. FEMA's term-limited appointments consist of existing agency employees and are not new hire employees. If terms are allowed to expire, it may impact FEMA's ability to conduct its mission during the 2025 hurricane season. See Annex A for additional background. This memo rescinds the memo dated May 12, 2025 on the same topic.

**Signature Level Justification:** Allows FEMA to review, based on mission requirements, and appropriately renew term-limited appointments for 2,652 COREs whose term expires between April - December 2025. Appointments will be renewed for a period of 180-days, with a review at the 90-day mark; no automatic renewals will be allowed.

**Timeliness:** Hurricane season is approaching; a prompt decision would be greatly appreciated.



Evans 71
EXHIBIT
DATE: 3|3|26
SUSAN ASHE

Confidential - Subject to Protective Order

Subject:  Reinstating FEMA's Ability to Renew Term Employees Based on Mission
Requirements
Page 2

Recommendation: FEMA recommends approving the internal process for renewing select existing
employees with term limited appointments for disaster-related employees as required across select
job series.

Approve/date _____ Disapprove/date _____

MAY 1 9 2025

Modify/date _____ Needs discussion/date _____

Confidential - Subject to Protective Order                    USA-AFGE-Exp.-0000406