# Exhibit 5

Email from Stacey Leyton, Altshuler Berzon LLP, to Marianne Kies, Department of Justice
(Feb. 26, 2026)

## Bombard, Robert (CIV)

| | |
|---|---|
| **From:** | Stacey Leyton <sleyton@altshulerberzon.com> |
| **Sent:** | Thursday, February 26, 2026 7:42 PM |
| **To:** | Kies, Marianne F (CIV); Azrak, Cesar E (CIV); Hall, Christopher (CIV); Bombard, Robert (CIV) |
| **Cc:** | Danielle Leonard; BJ Chisholm; Tsuki Hoshijima; Robin Tholin |
| **Subject:** | [EXTERNAL] RE: AFGE v. Trump |

Marianne,

Defendants' opposition brief and evidence were filed a week ago.  If Defendants lacked access to certain evidence due to the shutdown, Defendants should have raised the issue at that time.  With the hearing not scheduled until 3/3, there would have been room in the briefing schedule for Defendants to have some additional time to submit such evidence if that were truly required.

Instead, the belated request appears to be an attempt to submit surreply evidence; indeed, your original email stated that the purpose of the supplemental evidence was to be "responsive to evidence Plaintiffs provided *with their Reply brief*."  Further, the shutdown justification is not credible given first that FEMA's leadership was not furloughed.

Finally, while Defendants will suffer no prejudice from Plaintiffs' one-day delay in submission of evidence, Defendants' late submission after Plaintiffs' reply has already been filed would prejudice Plaintiffs.  In sum, there is no justification for Defendants to submit surreply evidence, and so we will oppose.

Stacey


Stacey Leyton
(hear my name)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Office: (415) 421-7151 ext. 304
Cell: (415) 378-6427
sleyton@altber.com
Pronouns: she/her

----


Legal administrative assistant: Giorgia Ligiardi
glingiardi@altber.com

## ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying,*

*disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a wver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Thursday, February 26, 2026 3:03 PM
**To:** Stacey Leyton <sleyton@altshulerberzon.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Danielle Leonard <dleonard@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>; Robin Tholin <rtholin@altshulerberzon.com>
**Subject:** RE: AFGE v. Trump

Stacey,

Plaintiffs submitted late evidence because of their declarant's stated unavailability. Defendants also were unable to submit additional facts, which are necessary for completeness of the record, by the deadline of the opposition due to, *inter alia*, the lapse in appropriations and related resource constraints. The additional declaration will be short.

Can you please let me know your position?

Thank you,
Marianne

**From:** Stacey Leyton <sleyton@altshulerberzon.com>
**Sent:** Wednesday, February 25, 2026 7:25 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Danielle Leonard <dleonard@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>; Robin Tholin <rtholin@altshulerberzon.com>
**Subject:** [EXTERNAL] RE: AFGE v. Trump

Marianne,

Can you please clarify what supplemental evidence you intend to present and what the justification would be for submitting surreply evidence?  None of Plaintiffs' reply evidence (including the forthcoming Tierney declaration) goes beyond responding to Defendants' opposition briefing and evidence so we do not see any justification.

Stacey

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Wednesday, February 25, 2026 4:02 PM
**To:** Stacey Leyton <sleyton@altshulerberzon.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Danielle Leonard <dleonard@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>; Robin Tholin <rtholin@altshulerberzon.com>
**Subject:** RE: AFGE v. Trump

Counsel,

We do not object, provided Plaintiffs do not object to our potential submission of a supplemental declaration responsive to evidence Plaintiffs provided with their Reply brief.

---

**From:** Stacey Leyton <sleyton@altshulerberzon.com>
**Sent:** Wednesday, February 25, 2026 6:42 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Danielle Leonard <dleonard@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>; Robin Tholin <rtholin@altshulerberzon.com>
**Subject:** [EXTERNAL] RE: AFGE v. Trump

If you anticipate that you will have any response by today, please let us know.  Otherwise, we will go ahead and file by COB.

Stacey

---

**From:** Stacey Leyton
**Sent:** Wednesday, February 25, 2026 2:05 PM
**To:** 'Kies, Marianne F (CIV)' <Marianne.F.Kies@usdoj.gov>; 'Azrak, Cesar E (CIV)' <Cesar.E.Azrak@usdoj.gov>; 'Hall, Christopher (CIV)' <Christopher.Hall@usdoj.gov>; 'Bombard, Robert (CIV)' <Robert.Bombard2@usdoj.gov>
**Cc:** Danielle Leonard <dleonard@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>; Robin Tholin <rtholin@altshulerberzon.com>
**Subject:** RE: AFGE v. Trump

Counsel,

One of our declarants, MaryAnn Tierney, was handling winter storm response over the weekend and was unable to review the Evans declaration in time to submit a declaration by yesterday.  She has now reviewed and we would like to submit a supplemental declaration from you.  We are planning to file an administrative motion seeking leave to file late evidence.  We would not do any additional briefing.  Can you let us know your position on this request?

Thank you,
Stacey

---

**From:** Stacey Leyton
**Sent:** Monday, February 23, 2026 11:43 AM
**To:** 'Kies, Marianne F (CIV)' <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Danielle Leonard <dleonard@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Tsuki Hoshijima <thoshijima@democracyforward.org>; Robin Tholin <rtholin@altshulerberzon.com>
**Subject:** RE: AFGE v. Trump

Counsel,

We anticipate asking the Court for five additional pages for our reply brief in support of a preliminary injunction.  Can you please let us know Defendants' position on this request?

Thank you,

Stacey


Stacey Leyton
(hear my name)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Office: (415) 421-7151 ext. 304
Cell: (415) 378-6427
sleyton@altber.com
Pronouns: she/her

----


Legal administrative assistant: Giorgia Ligiardi
glingiardi@altber.com

ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a wver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

4