# Exhibit 6

Email from Danielle Leonard,
Altshuler Berzon LLP, to Brad Rosenberg (Apr. 14, 2026)

## Bombard, Robert (CIV)

| | |
|---|---|
| **From:** | Danielle Leonard <dleonard@altshulerberzon.com> |
| **Sent:** | Tuesday, April 14, 2026 4:39 PM |
| **To:** | Rosenberg, Brad (CIV); Hall, Christopher (CIV); Kies, Marianne F (CIV); Azrak, Cesar E (CIV); Bombard, Robert (CIV); Newman , Jeremy  S. (CIV) |
| **Cc:** | Tsuki Hoshijima; Stacey Leyton; BJ Chisholm; Elle Eshleman; Jessica Levy |
| **Subject:** | RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): ECF 343 |

Brad-

Discovery in this case has been open for some time, and Plaintiffs do not need to seek the Court's permission to take these or any other depositions pursuant to Rule 30.  Please confirm counsel and the witnesses' availability on the dates we have noticed, and whether DOJ intends to represent the witnesses.

Your prior communications have confirmed that you (or your clients) are directly in contact with Ms. Voorhies:  *i.e.*, your email of April 8, 2026, received at 5:09 pm PT:  "Kristi Noem, Corey Lewandowski**, and Kara Voorhies have confirmed that they did not use their personal phones** to discuss FEMA CORE renewals or targeted reductions of FEMA staffing between December 1, 2025 and March 6, 2026.").  Please explain how you obtained this information without having "any information regarding her, including whether she is represented by private counsel."

Thanks,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Sent:** Tuesday, April 14, 2026 12:59 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Cc:** Tsuki Hoshijima <thoshijima@democracyforward.org>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm

<bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy
<jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): ECF 343

Danielle,

Thanks for the update on your filing.  Regarding the depositions, neither are currently authorized by the court, so its forthcoming decision will inform how we proceed.  That said, we are looking into how a potential deposition of Mr. Guy would be handled if the court allows the deposition—we will follow-up on that as soon as we can.  As for Ms. Voorhies, we do not have any information regarding her, including whether she is represented by private counsel.  To that end, we understand that plaintiffs may need to serve her with a subpoena.

Hope this helps.

Best,
Brad

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Tuesday, April 14, 2026 1:24 PM
**To:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Cc:** Tsuki Hoshijima <thoshijima@democracyforward.org>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): ECF 343

Brad-

Thanks, we can agree to the usual seven days for your reply, and will present the schedule and request to move up the hearing to the Court at the Court's convenience with our response papers.  We will include that we do not oppose your request that any hearing be held by zoom.

Are you able to give us Defendants' position on whether you will be intending to represent Guy and Voorhies in the upcoming depositions, and any issue with the specific dates?  We are moving forward with arrangements.  With respect to Guy, we understand that he remains a government employee (and therefore would be represented by DOJ), if that is incorrect please let us know.

With respect to Voorhies, if you cannot give us your position and intentions on this, we will have no choice but to serve her with a subpoena and will understand that you are not claiming any representational relationship, including with respect to Defendants' recent conversations with her.  Or, if you or your clients are aware that she is represented by private counsel, please provide us with their information so that we can communicate through her counsel.

Thanks,

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

## ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice. Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Sent:** Tuesday, April 14, 2026 9:14 AM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Cc:** Tsuki Hoshijima <thoshijima@democracyforward.org>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): ECF 343

Hi Danielle,

Thank you for your email.  Regarding your proposal to shorten the schedule, plaintiffs can file their opposition this Wednesday (in other words, tomorrow), and we consent to a hearing as needed at the Court's convenience if we have the option to appear virtually (due to travel logistics if the Court schedules a hearing on short notice), but we need the seven days provided by the local rules to file our reply in support of our own motion.  Thus, if plaintiffs file their opposition tomorrow, our reply would be due on Wednesday, April 22.  Unfortunately, we cannot agree to filing our reply before then due to various conflicts.

We will get back to you separately regarding the deposition exhibits.

Best,
Brad

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Monday, April 13, 2026 8:03 PM
**To:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Bombard, Robert (CIV)

<Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Cc:** Tsuki Hoshijima <thoshijima@democracyforward.org>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): ECF 343


Counsel-

We have reviewed your motion filed Friday for a blanket order maintaining your blanket confidentiality designations, as well as the spreadsheet provided on Thursday evening regarding deposition exhibits for which you have lifted or continue to assert confidentiality designations.  Upon review of your spreadsheet, Defendants appear to be asserting that "PII" includes all names and government email addresses of individuals communicating about government business by e-mail, given that the documents for which you assert "Confidential- PII Only" contain no confidential PII.  For six documents, the designation is listed, without explanation, as "Confidential," which we assume means something other than the document contains information that you assert is PII.

With respect to the motion, we will propose to the Court a shortened time on the schedule, in light of the expedited nature of these proceedings. We will file our response by Wednesday, and will propose deadline of Monday, April 20 for your reply, with a hearing as needed at the Court's convenience. Please let us know if you consent to this shortened schedule.

With respect to the deposition exhibits, Defendants' continued assertions of confidentiality do not meet their burden with respect to any of these designations, and we believe the designations should be lifted by operation of the Protective Order.  Without waiving those arguments, we respond further in the attached with respect to each document for which you continue to assert confidentiality, in whole or part.

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her


## ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*