# Exhibit 7

Plaintiffs' Requests for the Production of Documents to All Defendants (Set Two)
(Mar. 20, 2026)

Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **PLAINTIFFS' REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS (SET TWO)** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

PROPOUNDING PARTY: PLAINTIFFS

RESPONDING PARTY: DEFENDANTS

SET NO.: TWO

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs request that Defendants produce electronic copies of all documents and materials described below, pursuant to the instructions set forth below and the parties' ESI protocol (ECF 256), to the office of Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, California 94108, within thirty days.  This is the deadline for response *and* production of all responsible non-privileged documents to which Defendants do not interpose a valid objection.  Plaintiffs are available to meet and confer as needed to discuss the scope of Defendants' searches prior to the response deadline, per the parties' ESI protocol.

**INSTRUCTIONS**

1.      All DOCUMENTS requested herein must be produced in their entirety, with all attachments and enclosures, regardless of whether you consider the attachments and enclosures to be relevant or responsive to the Request.

2.      DOCUMENTS attached to each other should not be separated.

3.       DOCUMENTS shall be produced in accordance with the parties' ESI protocol, specifically:

> The parties agree to produce documents in ☒ PDF, ☒TIFF, ☒native and/or ☐paper or a combination thereof [] file formats. Specifically, the parties agree to produce emails and Microsoft Word files in TIFF file format and other electronic documents including any Excel or PowerPoint files in native file format. The parties agree to provide load files with original metadata and extracted text. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

To the extent that DEFENDANTS wish to produce any DOCUMENTS responsive to these Requests in any different format, Plaintiffs are available to meet and confer *prior* to the response deadline.

4.      In responding to each Request, DEFENDANTS are to produce each and every responsive DOCUMENT in DEFENDANTS' possession, custody, and/or control.  If no such

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI

1

DOCUMENTS exist in DEFENDANTS' possession, custody, and/or control, please state that fact in the response.  DEFENDANTS need not produce exact duplicates of the same document from multiple custodians.

5.    DEFENDANTS need not identify or produce responsive DOCUMENTS previously produced in this litigation.

6.    DEFENDANTS need not identify or produce responsive DOCUMENTS created solely for the purpose of defending this litigation, such as attorney drafts of briefs.

7.    For purposes of these Requests, a DOCUMENT is deemed to be in DEFENDANTS' "control" if any of DEFENDANTS' attorneys, agents, employees, accountants, financial or tax advisors, or any other persons and/or entities purporting to act on DEFENDANTS' behalf have actual or physical possession of the DOCUMENT or a copy thereof, or if DEFENDANTS have the right to access or secure the DOCUMENT or copy thereof from another person having actual physical possession of the DOCUMENT.

8.    These Requests should be construed as broadly as possible with all doubts resolved in favor of production. The words "all," "any," "each," "and," and "or" shall be construed conjunctively or disjunctively as necessary to make the Request inclusive rather than exclusive. Except as specifically provided in these Requests, words imparting the singular shall include the plural and vice versa, where appropriate. Except as specifically provided in these Requests, words imparting the present tense shall also include the past and future tense and vice versa, where appropriate.

9.    If any requested DOCUMENT is withheld on the basis of any claim of privilege, PLAINTIFFS request a privilege log served by no later than the document response date. DEFENDANTS must set forth the information sufficient for Plaintiffs to ascertain whether the privilege properly applies, including but not limited to, describing the DOCUMENT withheld, stating the privilege being relied upon, identifying all persons and/or entities (by name, title, address, and relationship to DEFENDANTS) who have had access to such DOCUMENT (including but not limited to all the identity(ies) of the author(s) or maker(s), recipient(s), and cc

and bcc recipient(s)), the number of attachments (if any), the Bates or production number of any attachments not withheld on the basis of privilege, the applicable date(s), and the subject matter(s) in a privilege log.  To the extent that Defendants assert the Deliberative Process privilege for any document, Defendants should include in this log the reasons that assertion is consistent with the prior orders of the District Court and Ninth Circuit Court of Appeals in this case.

10.    If any portion of any DOCUMENT responsive to these Requests is withheld under the claim of privilege, all non-privileged portions must be produced with the portion(s) claimed to be privileged redacted and logged in a privilege log pursuant to the preceding instructions.

11.    If DEFENDANTS object to a portion of any Request, DEFENDANTS should respond to any portion of the Request to which DEFENDANTS have no objection.

12.    These Requests are to be regarded as continuing pursuant to Rule 26(e) of the Federal Rules of Civil Procedure. DEFENDANTS are required to provide, by way of supplementary responses hereto, such additional information as may be obtained by DEFENDANTS or any person acting on DEFENDANTS' behalf that will augment or modify the answers now given to the following Requests. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, DEFENDANTS are required to supplement these responses and provide additional DOCUMENTS without a specific request from Plaintiffs.

13.    Plaintiffs serve these requests without prejudice to their rights to serve additional requests for production of DOCUMENTS.

## DEFINITIONS

1.    COMMUNICATION or COMMUNICATIONS mean communication of thoughts, opinions, information, or documents, including orally or by handwriting, typewriting, e-mail, text messages, chat messages, telephone messages, voicemail, tape-recording, digital recording AND every other means of recording upon any tangible thing, including ESI.

2.    DEFENDANTS means all defendants identified in Plaintiffs' operative Second Amended and Supplemental Complaints, other than the President of the United States Donald J. Trump.

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI
3

3.      DOCUMENT or DOCUMENTS have the full meaning ascribed to those terms under Rule 34 of the Federal Rules of Civil Procedure and include, without limitation, any and all drafts; COMMUNICATIONS; correspondence; memoranda; records; reports; books; records, reports, and summaries of personal conversations or interviews; diaries; graphs; charts; diagrams; tables; photographs; recordings; tapes; microfilms; minutes; records, reports, and summaries of meetings or conferences; records and reports of consultants; press releases; stenographic, handwritten, and any other notes; work papers; checks, front and back; check vouchers, check stubs, and receipts; tape data sheets, data processing cards and discs, and any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced; and any paper or writing of whatever description, including any computer database or information contained in any computer. Any production of electronically stored information shall include the information needed to understand such information. The terms DOCUMENT or DOCUMENTS further includes all copies where the copy is not identical to the original.

4.      FEDERAL AGENCY DEFENDANTS means defendants so identified Plaintiffs' operative Second Amended and Supplemental Complaints, as well as anyone acting on their behalf including employees, agents, representatives, officials, and any other affiliated individuals.

5.      OMB means the United States Office of Management and Budget and anyone acting on its behalf including employees, agents, representatives, officials, and any other affiliated individuals.

6.      OPM means the United States Office of Personnel Management and anyone acting on its behalf including employees, agents, representatives, officials, and any other affiliated individuals.

7.      ANNUAL STAFFING PLAN means the "annual staffing plans" required by Executive Order 14356, including but not limited to the "final annual staffing plans" required to be submitted to OMB and OPM by that Order.

**REQUESTS**

**REQUEST FOR PRODUCTION NO. 4:**

All versions of ANNUAL STAFFING PLANs.

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI
4

**REQUEST FOR PRODUCTION NO. 5:**

All "updates" required by Executive Order 14356 to be submitted "to OPM and OMB at the beginning of each quarter, beginning with the second quarter of the 2026 fiscal year, showing progress in implementing their Annual Staffing Plans."

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS referencing or reflecting any "exemption" request made to, or granted or denied by OPM, with respect to ANNUAL STAFFING PLANS, in whole or part.

**REQUEST FOR PRODUCTION NO. 7:**

All COMMUNICATIONS discussing any ANNUAL STAFFING PLAN (in whole or any part) from October 15, 2025 to the present, including but not limited to COMMUNICATIONS between any Federal Agency Defendant and OMB or OPM, within or between OMB and OPM, and within any Federal Agency Defendant.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, from September 1, 2025 to the present, referring to or discussing reductions-in-force ("RIFs") including but not limited to communications within or among Federal Agency Defendants, between Federal Agency Defendants and OPM or OMB, and within or between OPM and OMB.

**REQUEST FOR PRODUCTION NO. 9:**

All OMB or OPM DOCUMENTS, including but not limited to COMMUNICATIONS, from September 1, 2025 to the present, not already produced in this litigation, pertaining to: 1) "workforce reduction" or "downsize[ing] the federal workforce"; (2) the "duplicative or unnecessary functions and positions" referenced in EO 14536; or 3) the "unnecessary roles" referenced by OMB Director Russell Vought in the December 8, 2025 Memorandum regarding the "President's Management Agenda."

**REQUEST FOR PRODUCTION NO. 10:**

Consistent with DEFENDANTS' obligations to supplement prior productions of documents responsive to RFP No. 1, to the extent not previously produced by Defendants in this litigation pursuant to court order, all COMMUNICATIONS between any Federal Agency Defendant and

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI

5

OMB, OPM, or USDS discussing any Agency RIF and Reorganization Plan (in whole or any part) between September 1, 2025 and the present.

**REQUEST FOR PRODUCTION NO. 11:**

Consistent with Defendants obligations to supplement prior productions of documents responsive to RFP Nos. 2 and 3, to the extent not previously produced by Defendants in this litigation pursuant to court order, all Federal Agency Defendant applications for waivers of statutorily-mandated RIF notice periods and responses by OMB or OPM to any Federal Agency Defendant's request for waivers of statutorily mandated RIF notice periods, through the date of production.

DATED: March 20, 2026

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Elizabeth Eshleman
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice app. forthcoming)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI
7

80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorney for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorney for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI

8

Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI
9

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice app. forthcoming)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and Martin Luther King, Jr. County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)
Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel.: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI

Rebecca A. Hirsch (pro hac vice)
Lucy Prather (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874*)*
Chief Solicitor
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
christopher.sousa@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO), No. 3:25-cv-03698-SI

11