# Exhibit 9

Declaration of Stephanie O'Neill (OBM) (Apr. 15, 2026)

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT C. BOMBARD
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF STEPHANIE O'NEILL** |

Declaration of Stephanie O'Neill
3:25-cv-03698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Stephanie O'Neill, state as follows under penalty of perjury:

1.    I am the Chief of the Federal Workforce Branch in the Office of Performance and Personnel Management in the Office of Management and Budget (OMB). My staff and I coordinate with employees of the Office of Personnel Management (OPM) to collect and review personnel planning documents from agencies.

2.    The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3.    On or around October 15, 2025, President Trump issued Executive Order 14356, *Ensuring Continued Accountability in Federal Hiring*.

4.    Section 2(c)(i) of the Executive Order stated that "[w]ithin 60 days of the date of this order, each agency shall prepare an Annual Staffing Plan, in coordination with OPM [Office of Personnel Management] and the Office of Management and Budget (OMB)."

5.    Section 2(c)(iii) of the Executive Order stated: "Agencies shall submit updates to OPM and OMB at the beginning of each quarter, beginning with the second quarter of the 2026 fiscal year, showing progress in implementing their Annual Staffing Plans."

6.    OPM instructed agencies to submit their original staffing plans and initial updates to staffing@opm.gov and workforce@omb.eop.gov.  OPM directed subsequent quarterly updates to be  uploaded to an online portal or emailed to staffing@opm.gov.

7.    I am able to access documents uploaded to OPM's online portal or emailed to workforce@omb.eop.gov. A number of agencies, including the Inspector General of the Department of Homeland Security, have submitted Annual Staffing Plans and/or quarterly updates to either the OPM portal or the workforce@omb.eop.gov email address. Neither the Department of Homeland Security nor the Federal Emergency Management Agency has done so.

Declaration of Stephanie O'Neill
3:25-cv-03698-SI

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2026

In Washington, D.C.:

STEPHANIE O'NEILL
Digitally signed by STEPHANIE O'NEILL
Date: 2026.04.15 17:32:28 -04'00'

Stephanie O'Neill
Chief, Federal Workforce Branch
Office of Performance and Personnel
 Management
Office of Management and Budget

Declaration of Stephanie O'Neill
3:25-cv-03698-SI

2