# Exhibit 10

Declaration of Noah Peters (OBM) (Apr. 15, 2026)

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT C. BOMBARD
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF NOAH PETERS** |

Declaration of Noah Peters
3:25-cv-03698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Noah Peters, state as follows under penalty of perjury:

1.    I am Senior Advisor to the Director at the U.S. Office of Personnel Management.

2.    The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3.    On or around October 15, 2025, President Trump issued Executive Order 14356, *Ensuring Continued Accountability in Federal Hiring*.

4.    Section 2(c)(i) of the Executive Order stated that "[w]ithin 60 days of the date of this order, each agency shall prepare an Annual Staffing Plan, in coordination with OPM [Office of Personnel Management] and the Office of Management and Budget (OMB)."

5.    Section 2(c)(iii) of the Executive Order stated: "Agencies shall submit updates to OPM and OMB at the beginning of each quarter, beginning with the second quarter of the 2026 fiscal year, showing progress in implementing their Annual Staffing Plans."

6.    In the course of my official duties, I am familiar with the Annual Staffing Plans and quarterly updates that federal agencies have sent to OPM pursuant to Executive Order 14356.

7.    OPM has not received an Annual Staffing Plan or quarterly update pursuant to Executive Order 14356 concerning the Department of Homeland Security (DHS) or the Federal Emergency Management Agency (FEMA).  Neither DHS nor FEMA has sent such an Annual Staffing Plan or quarterly update to OPM.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2026

In Washington, D.C.:

*Noah Peters*

Noah Peters
Senior Advisor
Office of Personnel Management

Declaration of Noah Peters
3:25-cv-03698-SI

1