Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION** |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for a Protective Order to Preserve Confidentiality Designations (ECF 343), it is hereby ORDERED that Defendants' motion is DENIED.

Good cause having been shown, it is hereby FURTHER ORDERED that:

1. All Excel spreadsheets produced in native format identifying CORE employees subject to personnel actions shall be designated Confidential in unredacted form.

2. Any individual DHS Hiring Verification Process forms containing employee names and information shall be designated confidential in unredacted form.

3. The parties shall refrain from filing on the public record any unredacted personnel records about individual CORE employees and will file any such documents discussing personnel actions with respect to specific CORE employees with the names redacted.

4. By no later than two weeks from the date of this order, Defendants may designate as confidential any other documents containing personnel records or discussing personnel actions with respect to specific individual employees, for which they must propose redactions for publicly filed versions that are as narrow as possible while maintaining the identified interest in confidentiality.  The mere presence of an employee name or work contact information does not suffice to designate a document confidential.

   a. For any document so identified, Plaintiffs shall promptly review and provide lists of challenges, if any, within two weeks.

   b. If the parties cannot reach agreement on the designations, Defendants bear the burden of moving to maintain the designation.

5. The parties shall present the Court with a list of agreed upon Bates numbers that are confidential in unredacted form, and the confidentiality designation shall be lifted from everything else.

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION, No. 3:25-cv-03698-SI

1

IT IS SO ORDERED.


Dated: _____, 2026        _____
                                        The Honorable Susan Illston
                                        United States District Court Judge