Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF STACEY M. LEYTON** |

**DECLARATION OF STACEY M. LEYTON**

I, Stacey M. Leyton, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action.  This declaration is based on my personal knowledge, information, and belief.

2.    Plaintiffs emailed Defendants on Monday, April 13, 2026, asking for Defendants' position on Plaintiffs' request to shorten the briefing schedule for Defendants' motion for a protective order.  Defendants agreed to a shortened schedule containing the following deadlines: Plaintiffs' response to the motion shall be filed by Wednesday April 15, 2026, Defendants' reply in support of the motion shall be filed by April 22, 2026, and a hearing, if needed, shall be held at the Court's convenience.  Defendants consented to this request, on the condition that Plaintiffs include a request to hold any hearing virtually by Zoom, to which Plaintiffs do not object.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 15, 2026, in San Francisco, California.

_____

STACEY M. LEYTON

1