Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRESERVE CONFIDENTIALITY DESIGNATIONS** |

[PROPOSED] ORDER GRANTING PLS' MOT TO SHORTEN TIME, No. 3:25-cv-03698-SI

## [PROPOSED] ORDER

Good cause having been shown, Plaintiffs' unopposed motion to shorten time to hear Defendants' motion for a protective order to preserve confidentiality designations is GRANTED.

Plaintiffs' response to Defendants' motion for a protective order shall be filed by Wednesday, April 15, 2026.

Defendants' reply in support of the motion for a protective order shall be filed by Wednesday, April 22, 2026.

The Court will issue a separate Clerk's Notice, as necessary, about a hearing date.

IT IS SO ORDERED.

Dated: __April 16_____, 2026          _____

The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING PLS' MOT TO SHORTEN TIME, No. 3:25-cv-03698-SI
1