CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
Robert.Bombard2@usdoj.gov

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF KAREN S. EVANS IN SUPPORT OF PRESERVATION OF RECORDS FROM PERSONAL TELEPHONE** |

In accordance with the provisions of 28 U.S.C. § 1746, I, Karen S. Evans, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.    I am the Senior Official Performing the Duties of Administrator ("SOPDA") for the Federal Emergency Management Agency ("FEMA"), headquartered in Washington, D.C. In this position, I primarily, but not solely, exercise the authorities previously assigned to FEMA and the Director of FEMA within the Robert T. Stafford Disaster Relief and Emergency Assistance Act ("Stafford Act"), Public Law 93-288 as amended, codified at 42 U.S.C. §§ 5121, *et seq.*; administer the National Flood Insurance program; and carry out several functions delegated to me by the Secretary of Homeland Security. I have held the SOPDA position since December 3, 2025.

2.    The statements set forth in this Declaration are based on my personal knowledge.

3.    I have preserved all FEMA-related communications on my personal cell phone.

4.    Specifically, as to FEMA-related Signal messages on my personal cell phone, because the Signal app auto-deletes messages after a period of time, I took appropriate screen shots of such messages before deletion.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2026

In Washington, D.C.:

_____
Karen S. Evans
Senior Official Performing the Duties of
Administrator ("SOPDA")
Federal Emergency Management Agency

Declaration of Karen S. Evans ISO preservation of records from personal telephone
3:25-cv-3698-SI

1