| | |
|---|---|
| **From:** | Hall, Christopher (CIV) |
| **To:** | Danielle Leonard; Bombard, Robert (CIV); Kies, Marianne F (CIV); Rosenberg, Brad (CIV); Tsuki Hoshijima |
| **Cc:** | Newman , Jeremy S. (CIV); Stacey Leyton; BJ Chisholm; Elle Eshleman; Jessica Levy |
| **Subject:** | RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena |
| **Date:** | Wednesday, April 29, 2026 7:20:11 PM |
| **Attachments:** | image001.png |

Danielle and colleagues –

Expect another email from us this evening regarding our forthcoming document production, but we need to respond separately to correct a mistaken assumption in your email immediately below.

Your email, sent at 5:12 pm ET Tuesday, April 28, characterized our email of 1:02 pm ET that day as having provided "confirmation that [Defendants' counsel] have accepted service" of the proposed deposition subpoena of Joseph Guy under Fed. R. Civ. P. 45 that you shared with us by email at 10:31 ET Monday, April 27. That characterization was incorrect. As of yesterday's email, we had not been provided authorization to accept service of a Rule 45 subpoena on Mr. Guy's behalf, and that has not changed since then. Our email of 1:02 pm ET Tuesday, April 28 simply stated in relevant part that "[r]egarding Mr. Guy's deposition, he has confirmed that Monday, May 4 in Washington, D.C. will work. DOJ attorneys will be representing the interests of the United States at his deposition, but we will let you know if we learn that Mr. Guy has retained his own counsel." Nothing in that statement can be reasonably construed as accepting service of a Rule 45 subpoena on Mr. Guy's behalf, contrary to your assumption immediately below.

For underlying context, we represent the United States and the named agency defendants, including the heads of each named agency in their official capacities, both generally speaking and in this matter. By contrast, we do not represent employees or former employees of those agency defendants in their individual capacities. (There is a separate process under which Department of Justice representation is authorized for government personnel who are sued in their individual capacities where appropriate, which is not relevant here.) We understand—and have conveyed to you—that as of the end of the day on Thursday, April 30, Mr. Guy will no longer be an employee of the State Department (which is a party to this matter) or a government employee more generally. Were his deposition scheduled to occur during his time as an employee of a party-defendant, his attendance at that deposition would be a matter properly considered and (if necessary) enforced and resolved under Fed. R. Civ. P. 30. But because he will no longer be an employee of a party-defendant as of the scheduled date of his deposition, his attendance is a matter governed by Fed. R. Civ. P. 45. We do not represent him in that capacity.

Consistent with that, absent express authorization from him to accept service of a subpoena on his behalf, we cannot do so. We are not saying this to you to slow down the process of scheduling any Court-ordered or authorized deposition, including that of Mr. Guy, but to provide you the information you need to ensure

that your rights are adequately protected under Fed. R. Civ. P. 45. Thus, we regard it as important that we correct the mistaken assumption immediately below.

As we have stated before, we will do everything we reasonably can, consistent with the scope of our legal authority as counsel for the official-capacity defendants in this case, to help facilitate Mr. Guy's deposition on the timetable directed by the Court. He has indicated to us, and we have conveyed to you, that he is willing to voluntarily comply with the date, time, and location of the deposition you have noticed for Monday, May 4, and we have no reason to believe he intends to do otherwise. But the way to ensure that from your end—as we have stated to you to ensure that your rights and those of your clients are protected under this process—is to proceed consistent with Rule 45. It would not serve those interests to permit an incorrect assumption to linger that we have "accepted service" on behalf of Mr. Guy or have authorization from him to do so. If we obtain such authorization, we will advise you of that as soon as we are able to, and we otherwise remain happy to work with you to facilitate this process in the most efficient way possible.

Regards,
Chris

Christopher R. Hall
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box 883
Washington, D.C. 20044
202-514-4778

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Tuesday, April 28, 2026 5:12 PM
**To:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-

Thank you for the further response and confirmation that you have accepted service and notified Mr. Guy of his deposition date and time, and obtained his confirmation. We will proceed on May 4, and will also plan to proceed pursuant to the subpoena on May 6 with respect to Ms. Voorhies.  Please forward any further counsel contact information for either Mr. Guy or Ms. Voorhies as soon as you have it.

We'll need names of counsel for the Democracy Forward offices/security on Monday, please provide those by close of business Thursday.

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Sent:** Tuesday, April 28, 2026 1:02 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Hi Danielle,

Thank you for your patience as we try to run down the information you have requested. Regarding Mr. Guy's deposition, he has confirmed that Monday, May 4 in Washington, D.C. will work. DOJ attorneys will be representing the interests of the United States at his

deposition, but we will let you know if we learn that Mr. Guy has retained his own counsel. As of today, the information we have is that Mr. Guy does not have his own private counsel.

As for Ms. Voorhies, we need to make one clarification: we were under the impression late Friday that she had hired an attorney. Today, however, we have learned that Ms. Voorhies does not yet have legal representation but is still in the process of obtaining counsel. We have asked for her counsel's contact information to provide to you if and when a decision is made. We will update you as soon as we have more information regarding her.

Thank you.

Robert C. Bombard
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Tuesday, April 28, 2026 12:07 PM
**To:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-
We are writing to follow up on yesterday's email, to which we have not yet received a response. Please provide the requested information.

Thank you,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended*

*recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Danielle Leonard
**Sent:** Monday, April 27, 2026 10:31 AM
**To:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-
We have reviewed the further information you provided on Friday regarding the Voorhies and Guy depositions.  We will proceed with the depositions of Mr. Guy and Ms. Voorhies on May 4 and 6 respectively, subject to any further discussions with any counsel that intends to represent them at these depositions.

With respect to the representation of Ms. Voorhies, you are correct that in light of Defendants' failure to provide any information regarding her representation, we were required to serve her with the Rule 45 subpoena via a process server, which was completed on Friday.  We understand that the only way that you would be aware of that service is confirmation from Ms. Voorhies herself or her counsel, which is further confirmation of your continued contacts with her or her counsel.  Please provide the information regarding the identity of her private counsel today, or, given your continued contacts with Ms. Voorhies, convey the message that they are welcome to contact us.

We expect full compliance with the Court's order that "Evans, Guy, and Voorhies to attest to the preservation of FEMA-related communications on their personal phones in declarations filed under penalty of perjury" by April 29.  We understand that you will be coordinating with Ms. Voorhies' counsel in order to achieve this, now that she is represented.  Again, please provide that contact information.  We remain open to discussing the location of Ms. Voorhies' deposition, but that depends on communications with her counsel that we have not yet been able to have.

With respect to Mr. Guy, you have previously represented that he is available the week of May

4.  We will therefore depose him on May 4 in Washington, DC.  Given that he currently remains an employee of a Defendant, we believe the revised notice of deposition pursuant to Rule 30 is sufficient.  However, in light of your request, we have also attached a Rule 45 subpoena and accompanying notice.  Please confirm that you accept service of the attached subpoena on behalf of Mr. Guy, given his current employment status.  In addition, you have not responded to our question as to who will be representing Mr. Guy for purposes of the deposition: please provide that information.

Thanks,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Sent:** Friday, April 24, 2026 6:19 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Hi Danielle,

We are reaching out to update you on a couple of items.

First, in accordance with the Court's Order of April 22 directing Defendants to "communicate to plaintiffs the members of the "FEMA 2.0" Signal group chat and the dates of the messages contained in Exhibits A and C to the Eshleman declaration[]" by this date, ECF 351, we are providing the information below:

- The members of the "FEMA 2.0" Signal group chat are the following: Karen Evans, Kara Voorhies, and Joseph Guy.

- The date of the messages contained in Exhibit A of the Eshleman Declaration is March 5, 2026.

- The date of the messages contained in Exhibit C of the Eshleman Declaration is January 23, 2026.

Second, as to the deposition of Kara Voorhies, we were informed this evening that she had been served with a deposition subpoena and that she has recently retained private counsel. That is the extent of our knowledge, but we will update you if and when we learn more.

As for Mr. Guy, we were informed earlier today that as of Thursday, April 23, he was not represented by counsel.  As of this email, we are unaware of any change in Mr. Guy's representation status since the end of the day Thursday.  If we learn of any change his status, we will let you know.

At the same time, we do have a different development to convey regarding Mr. Guy.  From DHS counsel, we have learned that Mr. Guy is imminently departing from the State Department, and his final day of federal employment is Thursday, April 30.  We wanted to flag this for you now as it pertains to his anticipated deposition during the week of 4-8 May.  To that end, because Mr. Guy will no longer be a State Department employee effective May 1 —and thus no longer an employee of any party to this matter—the only means for Plaintiffs to compel his attendance at a deposition after April 30 would be through service of a subpoena under Rule 45. (As is the case with Ms. Voorhies.)

Please let us know if we can provide any additional information to help facilitate this process.

Thank you.

Robert C. Bombard
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Thursday, April 23, 2026 5:47 PM
**To:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>

**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-

Are we correct in understanding your below email to indicate that you will be representing Defendants at the deposition of Joseph Guy, but not the witness? Who, if anyone, will be representing Mr. Guy for purposes of the deposition?

With respect to Ms. Voorhies, we first asked you whether Defendants intended to represent Ms. Voorhies on April 10, 2026, and first asked you to provide the information that you or your clients have regarding her counsel on April 14, more than a week ago.  Stating that you do not know whether Ms. Voorhies has counsel, if your clients do in fact know, is not accurate.  Please provide the information, or confirm that your clients actually do not have this information.

Thanks,

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Sent:** Thursday, April 23, 2026 12:09 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV)

<Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>

**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Hi Danielle,

Thank you for the updates regarding the depositions for Mr. Guy and Ms. Voorhies. As for Mr. Guy, I have confirmed that the week of May 4-8 works. Mr. Guy will be available in Washington, D.C. and we will be representing Defendants at his deposition.

As for Ms. Voorhies, we still do not know whether she has legal representation, but we have asked this question and are awaiting a response. We will update you as soon as we have an answer. As for the location of Ms. Voorhies' deposition, we appreciate that you are amenable to holding a deposition in D.C. but suspect that will depend on Ms. Voorhies and her counsel (if she has counsel).  As with Mr. Guy, we will attend and represent the interests of Defendants on whatever date Ms. Voorhies' deposition is held.  Beyond that, we will await the completion of any necessary process set forth by Rule 45, including confirmation of service of the draft subpoena you previously shared, which will necessarily be a matter resolved between Plaintiffs' counsel and Ms. Voorhies (or her counsel, if she is represented), with appropriate notice to Defendants under Rule 45, although we will provide any assistance we might be able to reasonably provide consistent with our role under Rule 45.

Thank you.

**Robert C. Bombard**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Thursday, April 23, 2026 2:11 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-
In light of the Court's order setting further deadlines for production through April 29, and requiring depositions either next week or the week after, we will take the depositions of Joseph Guy and Kara Voorhies the week of May 4.

With respect to Mr. Guy, we understand that you will make him available in DC and intend to represent him. If that is not correct please let us know today.  If you have availability constraints that week please let us know, and we can discuss an appropriate date.

We will need to coordinate the timing of both depositions. As you know, in light of the lack of information from you regarding Ms. Voorhies' legal representation, we have currently noticed that deposition in Houston on May 6. We continue to prefer to make these arrangements through her counsel, if she has counsel. We believe your clients have this information, in light of your prior contacts and ongoing DHS investigations. Please provide any information regarding Ms. Voorhies' counsel in possession of your clients today. If anyone at your clients has this information, in light of the Court's order requiring these depositions, it would not be appropriate to continue to withhold it.

Finally, we would be amenable to taking this deposition in DC as well, for the convenience of all other counsel, but that of course depends on Ms. Voorhies and her counsel.


Thanks,
Danielle


Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her


**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*


**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Wednesday, April 22, 2026 1:38 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>

**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Danielle: We are checking but have not yet been able to determine if Ms. Voorhies has counsel.

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Tuesday, April 21, 2026 8:26 PM
**To:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-
Attached please find Defendants' service copy of a Notice of Subpoena for Kara Voorhies, and the Rule 45 Subpoena.  We reiterate our request for any information in your or your clients' possession regarding her legal counsel.

Thanks,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*