| | |
|---|---|
| **From:** | Bombard, Robert (CIV) |
| **To:** | "Danielle Leonard"; Kies, Marianne F (CIV); Rosenberg, Brad (CIV); Tsuki Hoshijima |
| **Cc:** | Hall, Christopher (CIV); Newman , Jeremy S. (CIV); Stacey Leyton; BJ Chisholm; Elle Eshleman; Jessica Levy |
| **Subject:** | RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena |
| **Date:** | Friday, April 24, 2026 9:17:00 PM |
| **Attachments:** | image001.png |

Hi Danielle,

We are reaching out to update you on a couple of items.

First, in accordance with the Court's Order of April 22 directing Defendants to "communicate to plaintiffs the members of the "FEMA 2.0" Signal group chat and the dates of the messages contained in Exhibits A and C to the Eshleman declaration[]" by this date, ECF 351, we are providing the information below:

- The members of the "FEMA 2.0" Signal group chat are the following: Karen Evans, Kara Voorhies, and Joseph Guy.

- The date of the messages contained in Exhibit A of the Eshleman Declaration is March 5, 2026.

- The date of the messages contained in Exhibit C of the Eshleman Declaration is January 23, 2026.

Second, as to the deposition of Kara Voorhies, we were informed this evening that she had been served with a deposition subpoena and that she has recently retained private counsel. That is the extent of our knowledge, but we will update you if and when we learn more.

As for Mr. Guy, we were informed earlier today that as of Thursday, April 23, he was not represented by counsel. As of this email, we are unaware of any change in Mr. Guy's representation status since the end of the day Thursday. If we learn of any change his status, we will let you know.

At the same time, we do have a different development to convey regarding Mr. Guy. From DHS counsel, we have learned that Mr. Guy is imminently departing from the State Department, and his final day of federal employment is Thursday, April 30. We wanted to flag this for you now as it pertains to his anticipated deposition during the week of 4-8 May. To that end, because Mr. Guy will no longer be a State Department employee effective May 1 —and thus no longer an employee of any party to this matter—the only means for Plaintiffs to compel his attendance at a deposition after April 30 would be through service of a subpoena under Rule 45. (As is the case with Ms. Voorhies.)

Please let us know if we can provide any additional information to help facilitate this process.

Thank you.

Robert C. Bombard
Trial Attorney

U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Thursday, April 23, 2026 5:47 PM
**To:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-

Are we correct in understanding your below email to indicate that you will be representing Defendants at the deposition of Joseph Guy, but not the witness? Who, if anyone, will be representing Mr. Guy for purposes of the deposition?

With respect to Ms. Voorhies, we first asked you whether Defendants intended to represent Ms. Voorhies on April 10, 2026, and first asked you to provide the information that you or your clients have regarding her counsel on April 14, more than a week ago.  Stating that you do not know whether Ms. Voorhies has counsel, if your clients do in fact know, is not accurate. Please provide the information, or confirm that your clients actually do not have this information.

Thanks,

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Sent:** Thursday, April 23, 2026 12:09 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Hi Danielle,

Thank you for the updates regarding the depositions for Mr. Guy and Ms. Voorhies. As for Mr. Guy, I have confirmed that the week of May 4-8 works. Mr. Guy will be available in Washington, D.C. and we will be representing Defendants at his deposition.

As for Ms. Voorhies, we still do not know whether she has legal representation, but we have asked this question and are awaiting a response. We will update you as soon as we have an answer. As for the location of Ms. Voorhies' deposition, we appreciate that you are amenable to holding a deposition in D.C. but suspect that will depend on Ms. Voorhies and her counsel (if she has counsel).  As with Mr. Guy, we will attend and represent the interests of Defendants on whatever date Ms. Voorhies' deposition is held.  Beyond that, we will await the completion of any necessary process set forth by Rule 45, including confirmation of service of the draft subpoena you previously shared, which will necessarily be a matter resolved between Plaintiffs' counsel and Ms. Voorhies (or her counsel, if she is represented), with appropriate notice to Defendants under Rule 45, although we will provide any assistance we might be able to reasonably provide consistent with our role under Rule 45.

Thank you.

**Robert C. Bombard**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Thursday, April 23, 2026 2:11 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle

Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-

In light of the Court's order setting further deadlines for production through April 29, and requiring depositions either next week or the week after, we will take the depositions of Joseph Guy and Kara Voorhies the week of May 4.

With respect to Mr. Guy, we understand that you will make him available in DC and intend to represent him. If that is not correct please let us know today.  If you have availability constraints that week please let us know, and we can discuss an appropriate date.

We will need to coordinate the timing of both depositions. As you know, in light of the lack of information from you regarding Ms. Voorhies' legal representation, we have currently noticed that deposition in Houston on May 6. We continue to prefer to make these arrangements through her counsel, if she has counsel. We believe your clients have this information, in light of your prior contacts and ongoing DHS investigations. Please provide any information regarding Ms. Voorhies' counsel in possession of your clients today. If anyone at your clients has this information, in light of the Court's order requiring these depositions, it would not be appropriate to continue to withhold it.

Finally, we would be amenable to taking this deposition in DC as well, for the convenience of all other counsel, but that of course depends on Ms. Voorhies and her counsel.

Thanks,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Wednesday, April 22, 2026 1:38 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Danielle: We are checking but have not yet been able to determine if Ms. Voorhies has counsel.

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Tuesday, April 21, 2026 8:26 PM
**To:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Tsuki Hoshijima <thoshijima@democracyforward.org>
**Cc:** Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Elle Eshleman <eeshleman@altshulerberzon.com>; Jessica Levy <jlevy@altshulerberzon.com>
**Subject:** RE: [EXTERNAL] Re: AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): Notice of Deposition Subpoena

Counsel-
Attached please find Defendants' service copy of a Notice of Subpoena for Kara Voorhies, and the Rule 45 Subpoena.  We reiterate our request for any information in your or your clients' possession regarding her legal counsel.

Thanks,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender*

*immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*