| **From:** | Bombard, Robert (CIV) |
| **To:** | Danielle Leonard; Tsuki Hoshijima; Stacey Leyton; BJ Chisholm; Elle Eshleman; Jessica Levy |
| **Cc:** | Hall, Christopher (CIV); Rosenberg, Brad (CIV); Kies, Marianne F (CIV); Newman , Jeremy S. (CIV) |
| **Subject:** | AFGE v. Trump, 25-cv-03698-SI (N.D. Cal.): ECF 351 Productions |
| **Date:** | Wednesday, April 29, 2026 11:55:00 PM |
| **Attachments:** | AFGE v Trump_USA-AFGE-Exp.-0034341 Metadata.xls.xlsx<br>DRAFT.docx<br>Privilege Log to Defs 4.29.26 Production re ECF 351.pdf |

Hi Danielle,

The productions ordered by the Court on April 22 (ECF 351) have been produced to Plaintiffs. The productions are located in your JEFS folder for this case, beginning at Bates Number USA-AFGE-Exp.-0424450.  We note the following, which we will also memorialize in a Notice to the Court:

**Electronic Communications on Guy's and Voorhies's Work Phones:**

Defendants searched Mr. Guy's DHS phone and Ms. Voorhies's FEMA phone using the following terms: core OR cores OR fema OR staff!. No responsive communications were identified. Upon examination, Defendants confirmed that Ms. Voorhies's DHS phone had been inoperable since November 20, 2025, which means that it was never operable or used during the relevant discovery timeframe (December 1, 2025, to March 6, 2026). Therefore, Ms. Voorhies's DHS phone was not key-word searched, as it cannot contain any responsive information.

**FEMA Staffing Plan Email Communication:**

Regarding communications about the FEMA annual staffing plan between DHS and OMB/OPM, Defendants have produced 96 responsive documents, as well as a privilege log.

**Metadata for 2026 Talking Point:**

Following additional forensic efforts by our ALS lab technicians, Defendants are able to produce this document in native format, with all existing metadata intact. The native is attached to this email.

**SOPDA Evans's Meeting Notes:**

As ordered, Defendants are producing unredacted versions of the handwritten notes of FEMA SOPDA Karen Evans that were previously produced in redacted form.  Defendants are not asserting any privileges over these materials.  Thus, no privilege log accompanies them.

**Personal Phones:**

Ms. Evan's' phone yielded 5 additional Signal chat screenshots that have been produced, as well as a privilege log and her required attestation, which will be filed along with our notice.

Defendants were not able to search the personal phone of Kara Voorhies, for legal, practical, and logistical reasons that we've flagged previously, which we will detail in tonight's forthcoming Notice to the Court. For similar reasons, Ms. Voorhies has also has not provided a declaration to the Court.

Defendants were unable to obtain an attestation from Mr. Guy that he preserved FEMA-related communications on his personal phone.

**Tier 2 FEMA Declarations:**

Finally, Defendants have produced two additional FEMA Tier 2 declarations which include two responsive text message screenshots.

Thank you.

--
**Robert C. Bombard**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Cell: (202) 598-9509