Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> ***EMERGENCY RELIEF REQUESTED*** <br><br> **PLAINTIFFS' URGENT REQUEST FOR COURT CONFERENCE TO ADDRESS DEFENDANTS' NON-COMPLIANCE** |

Plaintiffs request the Court set an urgent conference **today, if possible,** to discuss further relief for Defendants' non-compliance with this Court's orders, including Defendants' failure to submit the required declarations and refusal to acknowledge service of a deposition notice for their employee.

Late last night (April 29, 2026), Defendants filed a "Notice of Substantial Compliance with Order of April 22, 2026" which revealed, in fact, substantial previous and continued *non-compliance*, including the failure to submit required declarations from either Joseph Guy or Kara Voorhies. ECF 356.[1]  The depositions of these individuals are scheduled for Monday, May 4 (Mr. Guy, in Washington, DC) and Wednesday, May 6 (Ms. Voorhies, in Houston, Texas), pursuant to this Court's order that they take place by no later than next week.  ECF 351.  With respect to Mr. Guy, Defendants' only explanation for the failure to provide any declaration was:  "Defendants were unable to obtain from Mr. Guy an attestation that he preserved FEMA-related communications on his personal phone."  ECF 356 at 1.

The urgency of Plaintiffs' request, for a status conference today if at all possible, is driven by the circumstances that Defendants are representing to exist with respect to former DHS Deputy Chief of Staff and *current* State Department employee Joseph Guy. As of today, Mr. Guy remains employed by and therefore represented by Defendants.  ECF 356 at 2.  Defendants represent, however, that Mr. Guy will be leaving federal employment as of **today**, April 30, 2026. *Id*. Defendants have taken two actions with respect to Mr. Guy that require immediate assistance from the Court:  first, they have failed to provide the ordered declaration from their current employee; and second, they are refusing to acknowledge that Mr. Guy has been served through his *current counsel*, as required by Federal Rule of Procedure 5(b)(1), for the upcoming deposition.

This Court's order of April 22 required Defendants, among other things, to search Mr. Guy's personal phone and provide responsive documents, *which they have not done*, and to provide a declaration from Mr. Guy attesting to the preservation of documents, *which they have not done.* ECF 356 at 2-3.  Defendants did not produce any documents from Mr. Guy's personal phone,

---

[1] Defendants provided no notice or opportunity to Plaintiffs to meet and confer regarding their non-compliance prior to this filing.

notwithstanding Ms. Evans' testimony that she communicated with Mr. Guy on his personal phone, and notwithstanding Defendants' confirmation that Mr. Guy was one of the participants in the Signal Chat titled "FEMA 2.0." (a Signal chat that Defendants initially failed to disclose). ECF ECF 356-3 ("The members of the 'FEMA 2.0' Signal group chat are the following: Karen Evans, Kara Voorhies, and Joseph Guy.").[2]

The Court's April 22 Order also required the deposition of Mr. Guy to take place no later than the week of May 4.  ECF 351.  With respect to the upcoming deposition, Plaintiffs served Defendants a notice of deposition through counsel, as is required by Federal Rule of Civil Procedure 5(b)(1).[3]  ECF 356-2 at 5-6.  When Defendants represented that Mr. Guy would no longer be employed as of the agreed upon date of May 4, and requested that Plaintiffs therefore provide a Rule 45 subpoena, Plaintiffs served a Rule 45 subpoena, again through his current counsel, as required by Rule 5(b)(1).  *See* ECF 356-2 (counsel emails).  Defendants are now, however, taking the position that service has not been accomplished, notwithstanding their current representation of Mr. Guy as an employee of the State Department through today.  *Id*.  Plaintiffs could not serve Mr. Guy, as a represented party, in any way other than through counsel under the federal rules.  At the same time, Defendants have refused to directly answer Plaintiffs' repeated inquiries as to whether Defendants intend to represent Mr. Guy at the upcoming deposition (stating only that they will represent Defendants, and do not know whether Mr. Guy will have his own counsel).  *Id*. Plaintiffs have effectuated service, consistent with Rule 5(b)(1) *through counsel*, and Defendants need to directly answer the question of whether they intend to represent Mr. Guy at the upcoming deposition as a former official.

This non-compliance with this Court's order reflects a consistent pattern in this case; over the past several weeks, Plaintiffs have been able to obtain substantial discovery from Defendants— discovery that should have timely been produced earlier as ordered by this Court—only *after*

---

[2] Notably, Ms. Evans now declares that the Signal app auto-deletes messages (ECF 356-1 ¶4). That is not true, as evidenced by the FEMA 2.0 chat, which was set to delete after four weeks (shown by the "4w" at the top of the chat).  If Ms. Evans had in fact set her other Signal chats to auto-delete and thereby failed to preserve, that would be a violation of federal law.

[3] "If a party is represented by an attorney, service under this rule **must be made on the attorney** unless the court orders service on the party."  FRCP 5(b)(1) (emphasis added).

seeking further orders from this Court, and only *after* having deposed witnesses including Karen Evans (including previously withheld phone records and centrally relevant handwritten notes). Defendants' production from last night, required by this Court's Order (obtained only after Plaintiffs were forced to seek relief from this Court from Defendants' prior non-compliance), *again* reflects only partial compliance. Plaintiffs will raise the myriad issues with this production directly with Defendants today and attempt to further meet and confer. It is long past the time when Defendants should have *fully* complied with this Court's orders regarding expedited discovery.

Plaintiffs request this emergency conference to discuss appropriate relief for Defendants' non-compliance with respect to the declarations, their refusal to acknowledge service, and to ensure that Defendants fully comply with this Court's orders in advance of the upcoming depositions. Plaintiffs respectfully request the Court set this conference for today if possible, in light of Mr. Guy's impending departure from federal employment.

DATED: April 30, 2026                    Respectfully submitted,

                                         Stacey M. Leyton
                                         Barbara J. Chisholm
                                         Danielle E. Leonard
                                         Robin S. Tholin
                                         Elizabeth Eshleman
                                         ALTSHULER BERZON LLP
                                         177 Post St., Suite 300
                                         San Francisco, CA 94108
                                         Tel: (415) 421-7151
                                         sleyton@altshulerberzon.com
                                         bchisholm@altshulerberzon.com
                                         dleonard@altshulerberzon.com

                                         By: */s/ Danielle Leonard*

                                         *Attorneys for All Union and Non-Profit Organization Plaintiffs*

                                         Elena Goldstein (pro hac vice)
                                         Skye Perryman (pro hac vice)
                                         Tsuki Hoshijima (pro hac vice)
                                         DEMOCRACY FORWARD FOUNDATION
                                         P.O. Box 34553
                                         Washington, D.C. 20043

Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of
Government Employees, AFL-CIO (AFGE) and AFGE
locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State
County and Municipal Employees, AFL-CIO
(AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees
International Union, AFL-CIO (SEIU)*


David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)

PLAINTIFFS' URGENT REQUEST FOR CONFERENCE, No. 3:25-cv-03698-SI

5

Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By:  */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By:  */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and Martin Luther King, Jr. County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)
Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*