UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants.</td><td>Case No.  25-cv-03698-SI<br><br>**ORDER RE: PLAINTIFFS' URGENT REQUEST**<br><br>Re: Dkt. No. 357</td></tr>
</table>

Late last night, defendants filed a "Notice of Substantial Compliance With Order of April 22, 2026 (ECF 351)." Dkt. No. 356. In that notice, defendants state that former DHS Deputy Chief of Staff Joseph Guy's last day of federal employment is today, April 30, 2026. This morning, plaintiffs filed a request for an urgent status conference today due to Guy's impending departure from federal employment and outstanding discovery issues to resolve before he departs. Dkt. No. 357.

Having reviewed the filings, the Court **ORDERS** defendants to: (1) search Guy's personal phone for responsive documents, as previously ordered, Dkt. No. 351 at 4;[1] (2) provide a declaration from Guy attesting to the preservation of responsive documents, as previously ordered, Dkt. No.

---

[1] The Court's April 22, 2026 Order ordered defendants to search Guy's personal phone and to produce all responsive communications by April 29, 2026. Dkt. No. 351 at 4. In particular, there was evidence that SOPDA Evans had a group Signal thread titled "FEMA 2.0" that Evans had set to delete after four weeks, and Evans testified that she communicated with Guy on Guy's personal cell phone. Further evidence has now come out that the "FEMA 2.0" group thread consisted of Evans, Guy, and Kara Voorhies.

Defendants' most recent filing is silent on their compliance with the order to search Guy's personal phone and produce all responsive communications by yesterday. *See* Dkt. No. 356.

United States District Court
Northern District of California

351 at 4;[2] and (3) accept service of Guy's deposition notice to comply with this Court's April 22, 2026 order, Dkt. No. 351 at 1-2.  These items shall be completed to the best of defendants' abilities **today, before Guy leaves government employment.**

        **IT IS SO ORDERED**.

Dated:   April 30, 2026

_____
SUSAN ILLSTON
United States District Judge

---

[2] This declaration was also due yesterday.  *See* Dkt. No. 351 at 4.

2