CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
Robert.Bombard2@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF JOSEPH GUY REGARDING RECORDS FROM PERSONAL TELEPHONE** |

Declaration of Joseph Guy regarding records from personal telephone
3:25-cv-3698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Joseph Guy, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.    I am the Chief of Staff to the Special Envoy to the Shield of the Americas at the U.S. Department of State, headquartered in Washington, D.C. Previously, I was the Deputy Chief of Staff at the Department of Homeland Security and the Acting Immigration Detention Ombudsman. In my role as Deputy Chief of Staff, my primary responsibility was to coordinate and manage, at a high level, presidential and secretarial priorities for DHS components, including the Federal Emergency Management Agency ("FEMA"). I held the Deputy Chief of Staff position from January 2025 to March 2026.

2.    The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3.    I understand that on April 22, 2026 (ECF No. 351), and on April 30, 2026 (ECF No. 358), this Court ordered me to search my personal phone and attest to the preservation of FEMA-related communications on my personal phone.

4.    On April 29, 2026, I performed a self-search of my personal phone. I searched Signal, iMessage, the Notes application, and the Files application for responsive documents. I used the following search terms: renewal, core, and staffing plan. No responsive documents were located.

5.    Signal messages on my personal device were not preserved. It was my understanding that Karen Evans was preserving any work-related Signal messages, including any from the FEMA 2.0 Chat.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2026

In Alexandria, Virginia:

_____

Joseph Guy
Chief of Staff to the Special Envoy for the Shield of the Americas
U.S. Department of State