CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
(DC Bar No. 467513)
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-3374
Brad.Rosenberg@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**NOTICE REGARDING REINSTATEMENT OF CORE EMPLOYEES** |

NOTICE REGARDING REINSTATEMENT OF CORE EMPLOYEES
3:25-cv-3698-SI

Defendants hereby inform the Court that FEMA has initiated contact to offer new appointments to CORE employees whose appointment expired during the first three weeks in January, which were the subject of Plaintiffs' Motion for a Preliminary Injunction.  A small subset of those CORE employees whose appointments expired during the first three weeks in January have retired or indicated their intention not to return, and therefore are not included among the CORE employees who have been or will be provided offers of reinstatement.  Defendants will further update the Court with additional information as soon as it is available.

Dated: May 1, 2026                         Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(DC Bar No. 467513)
Special Counsel

CHRISTOPHER HALL
Assistant Branch Director

ROBERT BOMBARD
JEREMY S.B. NEWMAN
MARIANNE F. KIES
Trial Attorneys
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 514-3374
Brad.Rosenberg@usdoj.gov

*Counsel for Defendants*

NOTICE REGARDING REINSTATEMENT OF CORE EMPLOYEES
3:25-cv-3698-SI

1