UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
(AFGE), et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 25-cv-03698-SI

**ORDER RE: DISCOVERY DISPUTES
IN ADVANCE OF JOSEPH GUY
DEPOSITION**

Re: Dkt. Nos. 359, 360

The Court is in receipt of the filing by defendants and the declaration of Joseph Guy. Dkt. No. 359. Guy's deposition has been noticed for Monday, May 4, 2026. The Court now rules as follows on the urgent discovery requests that plaintiffs have raised in advance of Guy's deposition. *See* Dkt. No. 360.

**Deposition Notice and Subpoena**: This Order clarifies the deposition notice and subpoena issued to Guy are deemed served and are effective, based on service on defense counsel while Guy was still in government employment, pursuant to Federal Rules of Civil Procedure 5(b)(1) and 45. Guy is **ORDERED** to appear for his deposition on May 4, 2026.

**Search of Mr. Guy's Personal Phone**: Guy's declaration indicates that he conducted a "self-search" of his personal phone using the terms "renewal, core, and staffing plan" but that no responsive documents were located. Dkt. No. 359-1 ¶ 4. The Court's prior orders did not authorize a self-search. *See* Dkt. Nos. 351 at 4, 358 at 1. The Court further agrees with plaintiffs that the search terms Guy used were underinclusive. Accordingly, Guy is **ORDERED** to bring his personal

phone to his deposition on May 4, 2026. Before the deposition, counsel for defendants shall search his phone again, using *at minimum* substantially the same search terms defendants applied to their searches of ESI from DHS custodians, *see* Dkt. No. 344 at 7.

**Images of Karen Evans's Phone:** Plaintiffs request the Court order the content of all FEMA SOPDA Karen Evans's FEMA-related Signal chats be produced to plaintiffs or provided to the Court for *in camera* review. Dkt. No. 360 at 3. On April 29, 2026, defendants produced five additional images from Evans's personal phone that reflect material responsive to this Court's April 22, 2026 order (Dkt. No. 351) but failed to explain why this material was not previously produced. The Court **ORDERS** defendants to produce all FEMA-related Signal chats from Evans's phone, by the commencement of Guy's deposition on May 4, 2026.

**Karen Evans's Incomplete Planner Notes:** Plaintiffs request the Court order defendants to produce unredacted pages of Evans's planner that reflect Evans's weekly Wednesday meetings with Guy in advance of Guy's May 4 deposition. Dkt. No. 360 at 4. Defendants have produced an image of Evans's phone reflecting FEMA-related topics from a February 4, 2026 meeting with Guy regarding CORE renewals (Ex. A) but have not produced Evans's planner notes for that date. The Court **ORDERS** defendants to produce all Evans's planner notes that reflect any Evans's meetings with Guy, by the commencement of Guy's deposition on May 4, 2026.

　　　**IT IS SO ORDERED**.

Dated: May 1, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2