Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

**INTRODUCTION**

Plaintiffs and Defendants submit this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for May 8, 2026 at 3:00 pm.  ECF 310.  This Statement focuses on developments since the last Case Management Conference on February 13, 2026.

**1.    RECENT DEVELOPMENTS**

a.    The parties in the related case *AFGE v. OMB*, No. 3:25-cv-08302, are also filing a Case Management Statement today, in advance of the Further Case Management Conference in that case, which is also scheduled for 3:00 pm on May 8, 2026.

b.    On January 30, 2026, Plaintiffs filed a Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d).  ECF 298.  The Supplemental Complaint added facts that occurred subsequent to the filing of the Second Amended Complaint, including related to EO 14356 staffing plans and actions taken by Defendant Department of Homeland Security and the Federal Emergency Management Agency to cut FEMA staffing; added allegations to the existing claims regarding those subsequent facts; added additional APA and ultra vires claims against DHS and FEMA arising from the recent workforce reduction actions; added a new plaintiff, the American Foreign Service Association; and added as defendants FEMA and the individual currently running that agency (Senior Official Performing the Duties of FEMA Administrator Karen Evans).  ECF 298.

c.    Plaintiffs filed a motion for a temporary restraining order, which the Court converted to a preliminary injunction motion.  ECF 301, 304.  The Court held a motion hearing on March 3, 2026, and ordered expedited discovery later that day.  ECF 321.  The Court has issued several subsequent orders resolving issues related to expedited discovery.  *See* ECF 328, 336, 339, 351, 355, 358.

d.    The deposition of Joseph Guy is scheduled for May 4, 2026.  The parties are discussing the date of Kara Voorhies' deposition with her personal counsel.

e.    On April 28, 2026, the Court issued an order resolving Defendants' request for a protective order to maintain confidentiality designations.  ECF 355.  Defendants have a May 12,

2026 deadline to make any additional confidentiality designations that are consistent with the Court's order, after which Plaintiffs will promptly review and respond within two weeks, after which the parties will "present the Court with a list of agreed upon Bates numbers that are confidential in unredacted form."  ECF 355 at 3.

g.    The Court has set the following schedule for supplemental briefing on Plaintiffs' pending preliminary injunction motion:

| | |
|---|---|
| Plaintiffs' supplemental brief | May 22, 2026 |
| Defendants' supplemental response | June 5, 2026 |
| Plaintiffs' supplemental reply | June 10, 2026 |

ECF 351 at 6.  The Court has also set a further hearing on the preliminary injunction motion on June 17, 2026 at 1:30pm.  *Id.*

h.    On March 20, 2026, Plaintiffs served requests for production on Defendants, which relate to issues in the broader case and are not limited to DHS, FEMA, or the issues raised by the pending preliminary injunction.  By email on April 17, 2026, Plaintiffs agreed to a two-week extension of the deadline for Defendants' response to those requests, until May 4, 2026.  On April 22, 2026, the Court denied Defendants' request, ECF 344 at 17, to stay discovery including these document request responses, ECF 351 at 1.

i.    Finally, the parties provide the following separate statements:

Defendants' position: To the extent the District Court denied Defendants' request to stay discovery related to the Supplemental Complaint, Defendants respectfully renew their request now. As noted above, Plaintiffs have already served burdensome requests for production (ECF 345-7) that seek, *inter alia*, broad categories of documents from more than two dozen federal agencies. Defendants will timely serve written responses and objections, by agreement with Plaintiffs. However, as noted in Defendants' earlier filing (ECF 344), Defendants reiterate that they have had no opportunity yet to respond to the Supplemental Complaint, to which Plaintiffs' putative discovery relates. Defendants plan to move to dismiss the Supplemental Complaint by no later than **May 22, 2026**. The Court should consider Defendants' motion, when it is fully briefed, and if any aspect of the Supplemental

Complaint remains after resolution of Defendants' motion, then the parties should confer over the scope of the remaining claims and any discovery necessary to resolve them. Defendants, and the Court, should not be forced to expend enormous resources responding to discovery, and resolving disputes surrounding it, when the viability of the subject complaint is in question.

Plaintiffs' response: The Court has already considered and denied Defendants' request to stay discovery.  Plaintiffs filed their supplemental complaint at the end of January, and until Defendants' initial stay request on April 15, Defendants had never raised the issue of a motion to dismiss.  ECF 350 at 22; ECF 344 at 13.  Defendants still have not disclosed any purported basis for dismissal that they intend to raise in this new motion (including whether they are the same types of arguments previously raised and rejected in this case, ECF 259). The parties can confer on a briefing schedule on the motion once it is filed, but Defendants have provided no reason for the Court to reconsider its denial of a stay in the meantime.

**2.     SCHEDULE AND OTHER MATTERS**

Plaintiffs request that the Court set this case for a further Case Management Conference in July 2026.

**3.     DEFENDANTS' NOTICE**

Defendants filed a "Notice Regarding Reinstatement of CORE Employees" with the Court today.  ECF 361.  The parties provide the following separate statements about that notice.

Defendants' Position:  Defendants inform the Court that FEMA has initiated contact to offer new appointments to CORE employees whose appointment expired during the first three weeks in January, which were the subject of Plaintiffs' Motion for a Preliminary Injunction.  A small subset of those CORE employees whose appointments expired during the first three weeks in January have retired or indicated their intention not to return, and therefore are not included among the CORE employees who have been or will be provided offers of reinstatement.  Defendants will further update the Court with additional information as soon as it is available.

Plaintiffs' Response:  Plaintiffs have reviewed Defendants' Notice filed after 5pm today (ECF 361).  Plaintiffs have had no opportunity to investigate or take discovery into counsel's

factual representations to the Court.  Plaintiffs will respond to the representations after proper factual investigation and at an appropriate time in the current schedule.


DATED: May 1, 2026                         Respectfully submitted,

                                           Stacey M. Leyton
                                           Barbara J. Chisholm
                                           Danielle E. Leonard
                                           Robin S. Tholin
                                           ALTSHULER BERZON LLP
                                           177 Post St., Suite 300
                                           San Francisco, CA 94108
                                           Tel: (415) 421-7151
                                           sleyton@altshulerberzon.com
                                           bchisholm@altshulerberzon.com
                                           dleonard@altshulerberzon.com

                                     By: */s/ Danielle Leonard*

                                           *Attorneys for All Union and Non-Profit Organization Plaintiffs*

                                           Elena Goldstein (pro hac vice)
                                           Skye Perryman (pro hac vice)
                                           Tsuki Hoshijima (pro hac vice)
                                           DEMOCRACY FORWARD FOUNDATION
                                           P.O. Box 34553
                                           Washington, D.C. 20043
                                           Tel: (202) 448-9090
                                           Fax: (202) 796-4426
                                           egoldstein@democracyforward.org
                                           sperryman@democracyforward.org
                                           thoshijima@democracyforward.org

                                     By: */s/ Tsuki Hoshijima*

                                           *Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

                                           Jules Torti (pro hac vice)
                                           PROTECT DEMOCRACY PROJECT
                                           82 Nassau St., #601
                                           New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jacek Pruski*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.

Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson* _____

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury* _____

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Simi Bhat (SBN 289143)
Katherine K. Desormeau (SBN 266463)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St Fl 21,
San Francisco, CA 94104
Tel: (415) 875-6100
sbhat@nrdc.org
kdesormeau@nrdc.org

By: */s/ Simi Bhat* _____

*Attorneys for Plaintiff Natural Resources Defense Council*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)

Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By:  */s/ Alexander Holtzman*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By:  */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

David J. Hackett (pro hac vice)
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb (pro hac vice)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy (pro hac vice app. forthcoming)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

By: /s/ David J. Hackett

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (CABN 350675)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org

By: /s/ Sharanya Mohan

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL,
Harris County, TX, and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne (pro hac vice)
Deputy County Attorney and First Assistant
Tiffany Bingham (pro hac vice app. forthcoming)
Managing Counsel
Sarah Utley (pro hac vice app. forthcoming)
Division Director – Environmental Division
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice app. forthcoming)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: /s/ Jonathan G.C. Fombonne

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago
Stephen J. Kane (IL ARDC 6272490) (pro hac vice
app. forthcoming)

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
8

Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Stephen J. Kane*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor
Sara Gross (pro hac vice app. forthcoming*)*
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Sara Gross*

*Attorneys for Plaintiff City of Baltimore*

CRAIG H. MISSAKIAN
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

BRAD P. ROSENBERG
Special Counsel

CHRISTOPHER HALL
Assistant Branch Director

*s/ Robert Bombard*

JOINT CASE MANAGEMENT STATEMENT, No. 3:25-cv-03698-SI
9

ROBERT BOMBARD
MARIANNE KIES
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
 1100 L Street, NW
 Washington, DC 20005
 Telephone: (202) 598-9509
 robert.bombard.2@usdoj.gov

*Counsel for Defendants*