CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
ROBERT C. BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

Defendants.

Case No. 3:25-cv-03698-SI

**NOTICE OF PARTIAL COMPLIANCE
WITH ORDER OF MAY 1, 2026 (ECF 362)
AND REGARDING IMPOSSIBILITY OF
FULL COMPLIANCE**

Notice Regarding Partial Compliance and Impossibility of Full Compliance
3:25-cv-03698-SI

Defendants respectfully inform the Court of their efforts to comply with the Court's Friday, May 1, 2026, Order, issued at 8:55 p.m. ET that day, upon Plaintiffs' filing of a "Notice" to which Defendants had no opportunity to respond. ECF 362 ("May 1 Order").

Defendants' counsel were provided access to and conducted a manual search of Mr. Guy's personal cell phone at his residence on Sunday, May 3, using broad search terms similar to those previously used to search Electronically Stored Information ("ESI") from Department of Homeland Security ("DHS") custodians identified in this expedited discovery process. *See* attached Declaration of Tracey L. Urban. One document was produced. *Id.* Defendants also understand that Mr. Guy will also bring his cell phone to his Monday, May 4 deposition where— as ordered by this Court, and consistent with his prior representations—he will appear with his own counsel.

It was, however, impossible to comply with the Court's order regarding Ms. Evans. *See* attached Declaration of James P. Evans. Ms. Evans left her residence in West Virginia for a previously scheduled family matter in the State of Idaho before 6:00 a.m. ET on Saturday, May 2. *Id.* Ms. Evans's personal cell phone is with her in Idaho, and the handwritten notes on her "planner" are at her residence in West Virginia. *Id.* Accordingly, as Ms. Evans's and Mr. Guy's personal counsel[1] informed Plaintiffs in writing on Saturday, it was impossible to produce "FEMA-related" Signal chats from Ms. Evans's personal cell phone, or to produce additional handwritten notes from her planner, in the weekend hours allotted by the Court's Order. *Id.*, Ex. A. Mr. Guy's personal counsel offered to postpone the deposition. *Id.* Plaintiffs demurred. *Id.*

Ms. Evans advises that she will return from her scheduled trip at approximately 9:30 p.m. ET on Wednesday, May 6. *Id.* Accordingly, Defendants do not anticipate having access to her materials until Thursday, May 7.

---

[1] Ms. Evans and Mr. Guy have retained the same personal counsel. Mr. Guy, who is no longer an employee of the United States Government, retained personal counsel on Saturday, May 2.

Dated: May 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Marianne F. Kies*
ROBERT C. BOMBARD
MARIANNE KIES
JEREMY S.B. NEWMAN
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

*Counsel for Defendants*