CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT C. BOMBARD
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al.*

    Plaintiffs,

      v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

    Defendants.

Case No. 3:25-cv-03698-SI

**DECLARATION OF JAMES P. EVANS REGARDING IMPOSSIBILITY OF COMPLIANCE WITH COURT ORDER VIS-À-VIS KAREN EVANS (ECF 362)**

In accordance with the provisions of 28 U.S.C. § 1746, I, James P. Evans, state as follows under penalty of perjury:

1.     I am Chief Counsel for the Federal Emergency Management Agency ("FEMA"). I have held this position since January 26, 2026.

2.     The statements set forth in this Declaration are based on my personal knowledge and information and materials provided to me in the course of my official duties.

3.     I am aware that, at 8:55 p.m. Eastern Time on Friday, May 1, 2026, this Court issued an order directing various productions from FEMA's Senior Official Performing the Duties of Administrator ("SOPDA"), Karen Evans. Specifically, the Court ordered Defendants to produce, by 9:00 a.m. ET on Monday, May 4, (i) "all FEMA-related Signal chats" from the SOPDA's personal cell phone, and (ii) all handwritten notes "that reflect any Evans's [sic] meetings with [Joseph Guy]." ECF 362 at 2.

4.     Before 6:00 a.m. ET on Saturday, May 2, Ms. Evans departed her residence in West Virginia for a previously scheduled family matter in the State of Idaho. She advises that she will return to her residence in West Virginia at approximately 9:30 p.m. ET on Wednesday, May 6.

5.     Ms. Evans was not aware of the Court's May 1 order, issued at 8:55 p.m. ET on Friday, May 1, when she departed her residence.

6.     Ms. Evans's personal cell phone is with her in Idaho.

7.     Ms. Evans's "planner," which includes her handwritten notes that are the subject of the Court's May 1 Order, is in her residence in West Virginia.

8.     At 7:02 p.m. ET on Saturday, May 2, Ms. Evans's personal attorney, Jason Greaves of the Binnall Law Group, contacted all Plaintiffs' counsel and informed them that "[t]he searches ordered by the court to take place for Ms. Evans cannot be accomplished because she is on leave, and is out of the state. She had no knowledge of this order until we reached her this afternoon, and she does not have access to the records you are seeking until she returns. Therefore, even if the deposition occurs on Monday, it will be without the benefit of any records that may be turned up in the ordered search." Mr. Greaves asked Plaintiffs' counsel to postpone the May 4 deposition,

requested alternate dates, and emphasized that, "if the deposition occurs on Monday, it will be without the benefit of any records that may be turned up in the ordered search." **Ex. A**.

9.    At approximately 10:03 p.m. ET on Saturday, May 2, Plaintiffs responded to Ms. Evans's attorney's email. Plaintiffs' counsel declined to postpone the May 4 deposition. *Id.*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2026

In Washington, D.C.:

JAMES P EVANS
Digitally signed by JAMES P EVANS
Date: 2026.05.03 21:09:31 -04'00'

_____

James P. Evans
Chief Counsel
Federal Emergency Management Agency

Declaration of James Evans Regarding Impossibility of Compliance
3:25-cv-03698-SI

2

# EXHIBIT A

| | |
|---|---|
| **From:** | Danielle Leonard |
| **To:** | Jason Greaves |
| **Cc:** | Jesse Binnall; Lindsay McKasson; Rosenberg, Brad (CIV); Bombard, Robert (CIV); Hall, Christopher (CIV); Newman , Jeremy S. (CIV); Kies, Marianne F (CIV); Yusman, Kevin; Evans, James; Tsuki Hoshijima; Stacey Leyton; BJ Chisholm; Elle Eshleman; Jessica Levy |
| **Subject:** | [EXTERNAL] RE: AFGE v. Trump - Deposition of Joe Guy |
| **Date:** | Saturday, May 2, 2026 10:02:53 PM |
| **Attachments:** | image001.png |

Mr. Greaves-

We have received and reviewed your messages upon arriving in DC.  The Court's orders are clear. We will proceed on Monday and expect full compliance, including with respect to Mr. Guy and the materials that Defendants must produce by the time ordered by the Court.

We will see you Monday and will alert security that you, or someone from your firm, will be accompanying the deponent.

(moving co-counsel to bcc).


Thanks,
Danielle


Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her



*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice.  Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*


**From:** Jason Greaves <jason@binnall.com>
**Sent:** Saturday, May 2, 2026 4:37 PM
**To:** Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Danielle Leonard <dleonard@altshulerberzon.com>; Elena Goldstein <egoldstein@democracyforward.org>; sperryman@democracyforward.org; Tsuki Hoshijima <thoshijima@democracyforward.org>; jules.torti@protectdemocracy.org; erica.newland@protectdemocracy.org; jacek.pruski@protectdemocracy.org; Norman@statedemocracydefenders.org; Spencer@statedemocracydefenders.org; Rushab Sanghvi <sanghr@afge.org>; tpaterson@afscme.org; Matt Blumin <mblumin@afscme.org>;

steven.ury@seiu.org; Alarcon, Molly (CAT) <molly.alarcon@sfcityatty.org>; Holtzman, Alexander (CAT) <alexander.holtzman@sfcityatty.org>; Kavita.Narayan@cco.sccgov.org; meredith.johnson@cco.sccgov.org; Rajendra, Ravi <raphael.rajendra@cco.sccgov.org>; Godbey, Hannah <hannah.godbey@cco.sccgov.org>; chrsanders@kingcounty.gov; eclancy@kingcounty.gov; sai@publicrightsproject.org; Eliana Greenberg <eliana@publicrightsproject.org>; Toby Merrill <toby@publicrightsproject.org>; jonathan.fombonne@harriscountytx.gov; sarah.utley@harriscountytx.gov; bethany.dwyer@harriscoupntytx.gov; chan.tysor@harriscountytx.gov; alex.keiser@harriscountytx.gov; Rebecca Hirsch <rebecca.hirsch2@cityofchicago.org>; Lucy Prather <lucy.prather@cityofchicago.org>; sara.gross@baltimorecity.gov
**Cc:** Jesse Binnall <jesse@binnall.com>; Lindsay McKasson <lindsay@binnall.com>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; robert.bombard2@usdoj.gov; Hall, Christopher (CIV) <Christopher.Hall@usdoj.gov>; Jeremy.S.Newman@usdoj.gov; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Yusman, Kevin <Kevin.Yusman@fema.dhs.gov>; Evans, James <james.evans@fema.dhs.gov>
**Subject:** Re: AFGE v. Trump - Deposition of Joe Guy

You don't often get email from jason@binnall.com. Learn why this is important

I will also note, that we are reserving all rights regarding service of the subpoena on Mr. Guy.

Jason Greaves
Partner
Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314
(571) 467-0003 (direct)
(703) 888-1930 (fax)
jason@binnall.com

This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.

On Sat, May 2, 2026 at 7:02 PM Jason Greaves <jason@binnall.com> wrote:

Hello counsel,

This email is to inform you that this lawfirm will be representing Joe Guy as a witness in this matter, and to resovle some logistical challenges presented by the order entered by the court at 8:55 p.m. EDT, with expected compliance by early morning on Monday.

We would request that you push out Mr. Guy's deposition until the following week, to give us time to get him up to speed and prepared for his deposition.

Additionally, as you are aware, we represent Karen Evans in this matter. The searches ordered by the court to take place for Ms. Evans cannot be accomplished because she is on leave, and is out of the state. She had no knowledge of this order until we reached her this afternoon, and she does not have access to the records you are seeking until she returns. Therefore, even if the deposition occurs on Monday, it will be without the benefit of any records that may be turned up in the ordered search.

Please let me know if you are in agreement to push the depo and if you have any proposed dates.

Best regards,

**Jason Greaves**
**Partner** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 467-0003 (direct)
(703) 888-1943 (office)
jason@binnall.com



This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.