CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT C. BOMBARD
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone:202-353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF TRACEY L. URBAN REGARDING COMPLIANCE WITH COURT ORDER VIS-À-VIS JOSEPH GUY (ECF 362)** |

In accordance with the provisions of 28 U.S.C. § 1746, I, Tracey L. Urban, state as follows under penalty of perjury:

1. I am Lead Paralegal Specialist with the Federal Programs Branch, in the Civil Division of the U.S. Department of Justice. I have held this position since June 16, 2024. As Lead Paralegal Specialist, I report to Lonnee Brooks, Supervisory Paralegal Specialist.

2. The statements set forth in this Declaration are based on my personal knowledge and information and materials provided to me in my official duties.

3. On Thursday, April 30, 2026—his last day of federal employment—Joseph Guy executed a Declaration, under the penalty of perjury, attesting that he had searched Signal, iMessage, the Notes application, and the Files application on his personal phone using the terms "renewal," "core," and "staffing plan," and did not locate responsive documents. ECF 359-1 ¶ 4. Mr. Guy further attested that Signal messages on his personal phone were not preserved, and he understood that Federal Emergency Management Agency Senior Official Performing the Duties of Administrator Karen Evans was preserving work-related Signal messages. *Id.* ¶ 5.

4. At 8:55 p.m. Eastern Time on Friday, May 1, this Court issued an order directing Mr. Guy to bring his personal phone to his deposition on May 4 and further directing that: "Before the deposition, counsel for defendants shall search his phone again, using *at minimum* substantially the same search terms defendants applied to their searches of ESI from DHS custodians, *see* ECF No. 344 at 7." ECF 362 at 1–2.

5. At ECF 344 at 7, Defendants explained that Defendant Department of Homeland Security ("DHS") had used the following Boolean search terms in connection with searches of Electronically-Stored Information ("ESI"):

- (CORE OR "Cadre of On-Call Response and Recovery") /5 (renew* OR nonrenew* OR reappoint* OR nonreappoint* OR NTE OR "workforce reduction plan")
- "Workforce Capacity Planning Exercise" /5 FEMA
- Target /5 (reduc* OR staff*) /5 FEMA

6. This Declaration explains Defendants' efforts to comply with the Court's May 1 Order directing further searches of Mr. Guy's personal cell phone.

Declaration of Tracey L. Urban Regarding Compliance
3:25-cv-03698-SI

1

7.    On Sunday, May 3, I traveled to Mr. Guy's residence with Federal Programs Assistant Branch Director Christopher Hall, where I met with Mr. Guy and Mr. Guy's personal attorney, Jason Greaves of the Binnall Law Group.

8.    Mr. Guy handed me his personal cell phone for searching. Thereupon, I personally manually searched all applications on Mr. Guy's personal cell phone reasonably could have contained potentially responsive information. The applications I searched were: iMessages, Notes, Files, Google Documents, and Signal. The search took approximately one and a half hours to complete.

9.    At the direction of Mr. Hall, and within the presence of Mr. Hall and Mr. Greaves, in each of these applications, I searched the following keywords (disjunctive): "core", "cadre", "renew", "nonrenew", "non-renew", "reappoint", "nonreappoint", "non-reappoint", "NTE", "workforce", "reduction", "capacity", "target", "FEMA", and "staff".

10.    The results of my search are as follows, separated by application:

- **iMessage.**
  - A search of the term "core" yielded over 100 hits, of which 1 was determined to be responsive during this search.
  - A search of the term "cadre" yielded 0 hits, of which 0 were responsive.
  - A search of the term "renew" yielded 3 hits, of which 0 were responsive.
  - A search of the term "nonrenew" or "non-renew" yielded 3 hits, of which 0 were responsive.
  - A search of the term "reappoint" yielded 0 hits, of which 0 were responsive.
  - A search of the term "nonreappoint" or "non-reappoint" yielded 3 hits, of which 0 were responsive.
  - A search of the term "NTE" yielded 0 hits, of which 0 were responsive.
  - A search of the term "workforce" yielded 3 hits, of which 0 were responsive.
  - A search of the term "reduction" yielded 3 hits, of which 0 were responsive.
  - A search of the term "capacity" yielded 3 hits, of which 0 were responsive.
  - A search of the term "target" yielded 3 hits, of which 0 were responsive.

- ■ A search of the term "FEMA" yielded 3 hits, of which 0 were responsive.
- ■ A search of the term "staff" yielded 3 hits, of which 0 were responsive.
- **Notes.**
  - ■ A search of the term "core" yielded 24 hits, of which 0 were responsive.
  - ■ A search of the term "cadre" yielded 1 hit, of which 0 were responsive.
  - ■ A search of the term "renew" yielded 1 hit, of which 0 were responsive.
  - ■ A search of the term "nonrenew" or "non-renew" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "reappoint" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "nonreappoint" or "non-reappoint" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "NTE" yielded over 100 hits, of which 0 were responsive.
  - ■ A search of the term "workforce" yielded 2 hits, of which 0 were responsive.
  - ■ A search of the term "reduction" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "capacity" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "target" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "FEMA" yielded 5 hits, of which 0 were responsive.
  - ■ A search of the term "staff" yielded 5 hits, of which 0 were responsive.
- **Files.**
  - ■ A search of the term "core" yielded 5 hits, of which 0 were responsive.
  - ■ A search of the term "cadre" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "renew" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "nonrenew" or "non-renew" yielded 6 hits, of which 0 were responsive.
  - ■ A search of the term "reappoint" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "nonreappoint" or "non-reappoint" yielded 6 hits, of which 0 were responsive.
  - ■ A search of the term "NTE" yielded 1 hit, of which 0 were responsive.

Declaration of Tracey L. Urban Regarding Compliance
3:25-cv-03698-SI

3

- ■ A search of the term "workforce" yielded 3 hits, of which 0 were responsive.
- ■ A search of the term "reduction" yielded 5 hits, of which 0 were responsive.
- ■ A search of the term "capacity" yielded 0 hits, of which 0 were responsive.
- ■ A search of the term "target" yielded 4 hits, of which 0 were responsive.
- ■ A search of the term "FEMA" yielded 7 hits, of which 0 were responsive.
- ■ A search of the term "staff" yielded 6 hits, of which 0 were responsive.
- **Google Documents.**
  - ■ A search of the term "core"  yielded 30 hits, of which 0 were responsive.
  - ■ A search of the term "cadre" yielded 5 hits, of which 0 were responsive.
  - ■ A search of the term "renew" yielded 33 hits, of which 0 were responsive.
  - ■ A search of the term "nonrenew" or "non-renew" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "reappoint" yielded 2 hits, of which 0 were responsive.
  - ■ A search of the term "nonreappoint" or "non-reappoint" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "NTE" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "workforce" yielded 38 hits, of which 0 were responsive.
  - ■ A search of the term "reduction" yielded 69 hits, of which 0 were responsive.
  - ■ A search of the term "capacity" yielded 65 hits, of which 0 were responsive.
  - ■ A search of the term "target" yielded 55 hits, of which 0 were responsive.
  - ■ A search of the term "FEMA" yielded 11 hits, of which 0 were responsive.
  - ■ A search of the term "staff" yielded 145hits, of which 0 were responsive.
- **Signal.**
  - ■ A search of the term "core" yielded 35 hits, of which 0 were responsive.
  - ■ A search of the term "cadre" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "renew" yielded 0 hits, of which 0 were responsive.
  - ■ A search of the term "nonrenew" or "non-renew" yielded 0 hits, of which 0 were responsive.

Declaration of Tracey L. Urban Regarding Compliance
3:25-cv-03698-SI

4

- A search of the term "reappoint" yielded 0 hits, of which 0 were responsive.
- A search of the term "nonreappoint" or "non-reappoint" yielded 0 hits, of which 0 were responsive.
- A search of the term "NTE" yielded 0 hits, of which 0 were responsive.
- A search of the term "workforce" yielded 0 hits, of which 0 were responsive.
- A search of the term "reduction" yielded 0 hits, of which 0 were responsive.
- A search of the term "capacity" yielded 0 hits, of which 0 were responsive.
- A search of the term "target" yielded 0 hits, of which 0 were responsive.
- A search of the term "FEMA" yielded 0 hits, of which 0 were responsive.
- A search of the term "staff" yielded 8 hits, of which 0 were responsive.

11.    As reflected above, overall, the searches I conducted of Mr. Guy's personal cell phone resulted in one communication that was determined to be responsive.

12.    To capture any potentially responsive communications, I used my work phone to take a picture of potentially responsive communications, which I subsequently emailed to my work email.

13.    I understand that the Federal Programs Branch anticipated producing one communication to Plaintiffs before the commencement of Mr. Guy's deposition on May 4.

14.    The Federal Programs Branch's Automated Litigation Support Lab ("FPB ALS Lab"), *see* ECF 333-3 (Doi Decl.), was not able to assist in the search of Mr. Guy's personal phone within the timeframe allotted by the Court's May 1 Order. The FPB ALS Lab is generally unavailable to assist on weekends unless overtime assistance is requested in advance. The Court's May 1 Order (ECF No. 362) issued at 8:55 p.m. ET on Friday, May 1. The FPB ALS Lab was not able to assist before the start of Mr. Guy's deposition on Monday, May 4 at 9:00 a.m. ET.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2026
In Washington, D.C.:

Declaration of Tracey L. Urban Regarding Compliance
3:25-cv-03698-SI

5

Tracey L. Urban

Tracey L. Urban
Lead Paralegal Specialist
Department of Justice