UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR COURT APPROVAL OF CHANGE IN DEPOSITION DATE** |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' administrative motion for Court approval of the change in deposition date.  The Court's previous order (ECF 351) is modified to permit the deposition of Kara Voorhies to proceed on May 11, 2026.


IT IS SO ORDERED.


Dated: ___May 4_____, 2026    _Susan Illston_____

The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING PLS' ADMIN MOT, No. 3:25-cv-03698-SI        1