CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
ROBERT C. BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>            Plaintiffs,<br><br>                    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>            Defendants. | Case No. 3:25-cv-03698-SI<br><br>**URGENT REQUEST FOR EMERGENCY CONFERENCE ON DISCOVERY ISSUES** |

Urgent Request for Emergency Conference on Discovery Issues
3:25-cv-03698-SI

Defendants respectfully, but urgently, request that this Court direct an immediate conference regarding evolving discovery disputes in the above-captioned litigation. The parties have met and conferred, but those discussions have become unproductive. Among other things, Plaintiffs seek full compliance with an order (ECF 362) that Defendants have explained is impossible to comply with within the timeframe at issue. Due to the rapidly evolving nature of the parties' disputes over discovery in this case, Defendants believe that a prompt status conference, with an opportunity for both sides to be heard and subsequent guidance from the Court, is necessary. Defendants are available as soon as today.

Dated: May 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Marianne F. Kies*
ROBERT C. BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-353-1819
Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*

Urgent Request for Emergency Conference on Discovery Issues
3:25-cv-03698-SI

1