UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] PRESERVATION ORDER** |

## [PROPOSED] ORDER

Based upon the full and complete record in this matter, including the request by Plaintiffs today for emergency relief (ECF 368), this Court's subsequent Order (ECF 370), and the Court's concern that Defendants and their agents have used Signal to communicate about issues in this case and had set messages to disappear after a certain time period (ECF 351 at 2, citing Eshleman Decl. (ECF 350-1) ¶¶3-4 & Ex. A), and for good cause shown and to preserve evidence relevant to this case, the Court hereby ORDERS Defendants, their agents, employees, and all those acting in concert that they:

1. Shall turn off disappearing messages for any Signal chats related to FEMA and any Signal chat groups containing any communications related to FEMA, whether on personal or agency-issued phones ("FEMA Signal Communications"), including but not related to the following Signal chats identified by Joseph Guy on May 4, 2026: FEMA Comms; FEMA-HQ; FEMA Data Hunt; FEMA Grants; FEMA RIF; Good FEMA; DOGE FEMA; FEMA ORR Awareness; FEMA Sanity Club; FEMA OPA; HQ-FEMA; NC FEMA; FEMA Region 6; FEMA DH Leadership; FEMA II; Florida ICE FEMA; FEMA $$$; FEMA 2025 Disaster Plan; FEMA ESEC; FEMA IT; FEMA Messaging; MS FEMA Trip; FEMA Prep Team; FEMA 2; FEMA OPE Coord; FEMA Videos; and FEMA 2.0.

2. Shall not delete any data pertaining to any FEMA Signal Communications.

3. Shall not take any action whatsoever that would result in the deletion or loss of any data pertaining to any FEMA Signal Communications, including but not limited to communications and backup Signal data, information about when Signal chats were created, when "disappearing message" function(s) were turned on and/or off, the identities and contact information of the chat participants, and when chat participants were added and/or removed.

4. Prior to repairing or replacing any device (work or personal) that has been used for FEMA Signal Communications or re-installing any communication application (including but not limited to Signal), shall notify Defendants' counsel, who shall have an obligation to ensure

[PROPOSED] PRESERVATION ORDER, No. 3:25-cv-03698-SI                                    1

that all files, messages, and other documents related to FEMA from the device(s) are preserved, whether the device(s) at issue are work or personal.

It is FURTHER ORDERED that Defendants' counsel shall, on the day that this Preservation Order issues, send electronic notice of this Order to all individual Defendants, to Defendant agencies, to all federal employee participants in the FEMA Signal Communications, and to each of the following individuals identified by Joe Guy as being some of the participants in the FEMA Signal Communications: Karen Evans; Kara Voorhies; David Richardson; Victoria Barton; Troup Hemenway; Andrew Whitiker; James Percival; Corey Lewandowski; Micah Bock; Tricia McLaughlin; Joshua Whitehouse; Clark Barrow; Dillon McGreggor; Paul Stackhouse; Greyson McGill; Will Bilicic; Kyle Shut; Jeff Harbough; Tim Kieser; Jason Killmeyer; Antoine McCord; and Kerianne Tobitsch.

It is FURTHER ORDERED that Defendants' counsel shall submit a sworn statement to the Court by no later than two (2) days after issuance of this Preservation Order, detailing the steps taken to ensure compliance with this Order.

IT IS SO ORDERED.

Dated: _____, 2026        _____
                                          The Honorable Susan Illston
                                          United States District Court Judge