Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | ***EMERGENCY RELIEF REQUESTED*** |
| v. | **PLAINTIFFS' FURTHER EVIDENCE IN SUPPORT OF REQUEST FOR IMMEDIATE COMPLIANCE (ECF 368)** |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

In further support of Plaintiffs' Request for Immediate Compliance with Court Order and Preservation of Records (ECF 368), to be discussed at the hearing scheduled for today, May 5, 2026 at 11 a.m., Plaintiffs hereby provide notice of the in camera submission to the Court of the rough transcript of the deposition of Joseph Guy. Because the deposition was ongoing at the time of Plaintiffs' emergency request, Plaintiffs had not yet received the rough transcript in time to file it with Plaintiffs' May 4 request. Plaintiffs received the rough transcript last night from the court reporter, and are providing it to the Court expeditiously this morning.

Plaintiffs are providing the rough transcript to the Court in camera by email in light of the small number of confidentiality designations made by counsel for the witness. Specifically, Mr. Guy's personal counsel designated Mr. Guy's home address and telephone number and information regarding his current employment, and there are no confidentiality designations over the remainder of the transcript. *See* Trans. at 255-256.

Notably, as Plaintiffs discussed in their emergency request, Mr. Guy revealed that he had taken action last week to alter the contents stored in his Signal application on his personal phone, including work-related communications pertaining to the individuals and subjects at issue in this litigation. The extensive discussion of the material on Mr. Guy's personal phone is contained at pages 24-25, 32-33, 37-149, 150-167.

As an initial matter, while Mr. Guy repeatedly asserted that "I don't recall any work-related discussions taking place on my personal phone," (e.g., Trans. at 41:14-15; *see also* 578:17-859:21), the record is now replete with proof of extensive use of personal devices for DHS and FEMA-related communications. E.g., *id.* at 140-142; 153-154, 159-163 (Mr. Guy listing twenty-seven FEMA-related Signal groups from his personal phone). When asked whether he deleted or archived any Signal chats that he participated in after leaving DHS, Mr. Guy initially responded "I don't recall." *Id.* at 69:11-13; *see also id*. 83:18-25 to 84:1-16. Then, under questioning, Mr. Guy specifically admitted that he had reinstalled the Signal application on his personal phone late last week (after providing his declaration to this Court, ECF 359-1), resulting in the loss of content. *Id*. at 84-86. He admitted that the "entire chat with Karen Evans" was deleted because he reinstalled the Signal app on his phone late last week: "*I know that it was deleted because it was reinstalled*."

*Id*. at 85:6-7 (emphasis added); *id*. at 85:22 ("*It just wiped everything out again*.") (emphasis added). Mr. Guy also confirmed he informed counsel for Defendants over the weekend of the actions he had taken to reinstall the Signal application on his personal phone. *Id*. at 87:16-19 ("Q. Did you communicate with counsel? A. I let them know after the fact. Q. How soon after the fact? A. The next day."). While Mr. Guy, after a break during which he consulted with counsel, later attempted to claim that nothing was deleted, the further questioning undermines that revisionist history. *Id*. at 91-149, 150-167. As a result of Mr. Guy's actions, his Signal application on his personal phone no longer contains any content prior to April 29, 2026, including the dates on which auto-delete settings were added or altered prior to April 29, 2026, and any of the content of the many FEMA-related chats that he later revealed and admitted had no auto-delete setting, among other information (such as the content of chats that would have appeared *prior* to any auto-delete setting having been added). *E.g*., *id*. at 140-142; 153-154, 159-163. Thus, even if many of these chats were set to auto-delete at *some* point in time, Mr. Guy's actions certainly destroyed relevant information and content (as he initially admitted, *id*. at 85-86).

In addition, Defendants produced a single document (a text chain from Mr. Guy) yesterday morning, in response to this Court's order prior to the deposition (ECF 362). Mr. Guy confirmed that the text chain (discussing FEMA CORE employees), which was only provided to Plaintiffs' counsel on Monday, had been provided by him to Defendants' counsel on *Wednesday, April 29*. *Id*. at 107-108.

DATED: May 5, 2026                   Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Elizabeth Eshleman
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND

600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: /s/ Norman L. Eisen

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: /s/ Rushab Sanghvi

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: /s/ Teague Paterson

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*


David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By:  */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and Martin Luther King, Jr. County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)
Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*