**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** May 5, 2026 | **Time:** 11:04 – 12:05 1 Hour 1 Minute | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima
**Attorney for Defendant:** Robert Bombard, Brad Rosenberg, Christopher Hall

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – Held via Zoom webinar.

## SUMMARY

The documents which have been produced, and which will be produced from K. Evans were discussed.  The Court reiterated its order listing what should be produced by K. Evans by Thursday, May 7 at 7 p.m. Eastern to Plaintiffs.

The Plaintiffs raised issues concerning the productions to date.  Counsel for J. Guy raised objections to the Court concerning the deposition of this client.

The Court discussed the preservation order with the parties and indicated that it will be issued shortly.

The Case Management Conference set on 5/8/2026 is VACATED.