UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al., | Case No. 25-cv-03698-SI |
| Plaintiffs, | **ORDER RE: CONTINUED DEPOSITION OF JOSEPH GUY** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

As discussed at the status conference today, Joseph Guy is **ORDERED** to appear for his continued deposition scheduled for the afternoon of May 8, 2026.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____
SUSAN ILLSTON
United States District Judge