CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
(DC Bar No. 467513)
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-3374
Brad.Rosenberg@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**NOTICE REGARDING COMPLIANCE ISSUES AND EMERGENCY REQUEST TO EXTEND DEADLINES** |

Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines
3:25-cv-3698-SI

Defendants respectfully file this Notice Regarding Compliance Issues and Emergency Request to Extend Certain Deadlines in this case. Specifically, Defendants request that the Court: (1) extend the deadline issued by the Court at the May 5, 2026, hearing for Defendants to produce certain documents from Karen Evans, currently set at May 7, 2026, at 7 PM ET, by 6 days, to May 13, 2026, at 7 PM ET; (2) postpone the further deposition of Joseph Guy from May 8, 2026, to May 15, 2026, or a later date at the convenience of the Plaintiffs and the deponent. The deposition of non-party Kara Voorhies is currently scheduled for May 11, 2026. Defendants would be willing for this deposition to go forward as scheduled, but Defendants would also be amenable to postponing that deposition to May 18, 2026, or a later date at the convenience of the Plaintiffs and the deponent. If the Court grants this relief, it would also be necessary to extend the briefing schedule on the Motion for Preliminary Injunction and continue the hearing date. Defendants respectfully submit that postponing the briefing and hearing dates by either 7 days or 14 days would be appropriate.

Defendants respectfully request that this relief is warranted in light of three significant developments since Tuesday's conference. *First*, Defendants hereby submit the Declaration of Jeff M. Neurauter, Acting Chief Human Capital Officer of FEMA. Mr. Neurauter avers under penalty of perjury that FEMA has offered reappointment to all of the CORE employees whose terms expired from January 1, 2026, through January 21, 2026, and whose terms were not renewed, except for those who retired or resigned from employment before their terms expired. *See* Neurauter Decl. ¶¶ 4, 7-8; *see also id.* Ex. A (compilation of the reappointment offers, with personally identifying information redacted). This Declaration substantiates the notice provided by Defendants' counsel on May 1, 2026. *See* Notice Regarding Reinstatement of CORE Employees, ECF No. 361. Defendants believe that this development moots Plaintiffs' Motion for Preliminary Injunction. At the very least, it reduces the urgency of resolution of Plaintiffs' Motion. Because the CORE employees at issue in Plaintiffs' Motion have been offered the opportunity to return to FEMA (and, indeed, nearly 100 COREs have already accepted their offers, *see* Neurauter Decl. ¶ 10.i), it is no longer necessary for discovery to proceed on extremely expedited deadlines.

Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines
3:25-cv-3698-SI

1

*Second*, on May 6, 2026, Joseph Guy filed an emergency motion to quash his deposition subpoena and for a protective order in the United States District Court for the Eastern District of Virginia. *See* Emergency Mot. by Non-Party Joseph Guy to Quash Subpoena and for Protective Order, *Guy v. Am. Fed. of Gov't Emps., AFL-CIO*, ECF No. 1, No. 1:26-mc-8 (E.D. Va. May 6, 2026). The motion argues that the subpoena for his deposition should be quashed because, *inter alia*, it was never properly served, imposes an undue burden, and violates his Fourth Amendment rights. *See id.* Earlier this afternoon, the Virginia court issued an order transferring the motion to the Northern District of California, pursuant to Federal Rule of Civil Procedure 45(f). *See* Order, *Guy v. Am. Fed. of Gov't Emps., AFL-CIO*, ECF No. 5, No. 1:26-mc-8 (E.D. Va. May 7, 2026). Postponing his deposition would give this court time to consider Mr. Guy's arguments and Plaintiffs' counterarguments. If Mr. Guy's deposition is postponed, that would further reduce the urgency of producing documents from Ms. Evans. Defendants' proposed schedule, in which the deadline for Ms. Evans to produce documents is extended to May 13, 2026, and Mr. Guy's deposition is scheduled for May 15, 2026, would also give Plaintiffs more time to review any documents produced from Ms. Evans before the deposition.

*Finally*, Defendants reiterate arguments made at the hearing on May 5, 2026, that producing Ms. Evans' documents by 7 PM ET on May 7, 2026, would be incredibly difficult and burdensome, if not impossible. A Department of Justice (DOJ) attorney and litigation support staff traveled from the Washington, DC area to Ms. Evans' home in Martinsburg, WV, and began the process this morning of collecting the documents ordered to be produced by the Court. DOJ has collected the planner notes that the Court has ordered to be produced. They have been processed by our lab and are being reviewed for privilege. Due to Signal's encryption technology, DOJ has had difficulty exporting Signal chats from Ms. Evans' electronic devices in a form that would allow them to be processed and produced. Accordingly, DOJ began the process of video recording the Signal chats this afternoon, but those videos will still need to be converted from video form into individual screen-grabs, otherwise processed, and then reviewed for privilege, before they can be produced. DOJ staff are continuing to work to process and produce these

Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines
3:25-cv-3698-SI

materials as quickly as possible.  However, we do not currently believe that it will be possible to comply fully with the Court's order by 7 PM ET today.[1]

Although the Court insisted on this schedule to allow expedited discovery to conclude soon enough to allow briefing on the Motion for Preliminary Injunction on the current schedule, Defendants respectfully submit that FEMA's offer to reappoint the CORE employees at issue, now substantiated, reduces the urgency of resolving the Motion for Preliminary Injunction.

The Court has currently scheduled supplemental briefing on the Motion for Preliminary Injunction for May 22, 2026, for Plaintiffs' opening brief, June 5, 2026, for Defendants' response, and June 10, 2026, for Plaintiffs' reply, with a hearing set for June 17, 2026.  Defendants are happy to maintain that briefing and argument schedule, but have submitted that it might be appropriate to postpone these deadlines and the hearing date by either 7 days or 14 days to accommodate what they understand to be Plaintiffs' preference that expedited discovery be completed prior to briefing.  Such an extension would allow the parties to conclude expedited discovery in advance of briefing, even with the extensions requested by Defendants.  Moreover, this modest delay would not prejudice the Plaintiffs, given that the CORE employees at issue in Plaintiffs' Motion have been offered the opportunity to return to FEMA.

For the foregoing reasons, Defendants respectfully request that the Court extend the deadline for Defendants to produce additional documents from Ms. Evans, postpone the further deposition of Mr. Guy, and postpone the supplemental briefing deadlines and hearing date on Plaintiffs' Motion for Preliminary Injunction.

---

[1] While Defendants would normally submit a declaration, their retrieval and processing of Ms. Evans's information has been happening in real time, and Defendants wanted to bring this matter to Plaintiffs', and the Court's, attention as quickly as possible.

Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines
3:25-cv-3698-SI

Dated: May 7, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(DC Bar No. 467513)
Special Counsel

CHRISTOPHER HALL
Assistant Branch Director

ROBERT BOMBARD
JEREMY S.B. NEWMAN
MARIANNE F. KIES
Trial Attorneys
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 514-3374
Brad.Rosenberg@usdoj.gov

*Counsel for Defendants*

Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines
3:25-cv-3698-SI

4

**MEET AND CONFER STATEMENT**

On May 7, 2026, I sent an email to Plaintiffs' counsel asking for Plaintiffs' position on the relief requested herein, and offered to confer by telephone. I then conferred with Plaintiffs' counsel regarding this request by videoconference. Plaintiffs' counsel indicated that they opposed the requested relief.


*/s/ Brad P. Rosenberg*

Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines
3:25-cv-3698-SI

5