CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT C. BOMBARD

Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF JEFF M. NEURAUTER** |

Declaration of Jeff M. Neurauter
3:25-cv-3698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Jeff M. Neurauter, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.      I am the Acting Chief Human Capital Officer at the Federal Emergency Management Agency ("FEMA"), headquartered in Washington, D.C. I have served in this position since May 4, 2026. I have worked within the Office of the Chief Human Capital Officer at FEMA for 4 years.

2.      The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3.      FEMA employs several individuals as temporary, term employees to assist with response and recovery work required for certain Presidentially declared disasters whose salaries are paid from the FEMA Disaster Relief Fund. These employees are identified as Cadre of On-call Response/Recovery Employees ("COREs"), and they have set terms of employment. FEMA has the option to decide to renew their employment based on mission need.

4.      Between January 1, 2026 and January 21, 2026, FEMA had 178 COREs whose terms of employment were set to end in that time period. Thirty of these COREs resigned or retired from employment before their term of employment expired, leaving a balance of 148 COREs whose terms of employment expired in January 2026.

5.      I understand that these 148 COREs are the subject of a Supplemental Complaint filed by Plaintiffs in this action on January 30, 2026.

6.      Two weeks ago, FEMA decided to offer the 148 COREs new terms of appointment as COREs with terms of employment of six months or one year, based on the needs of the program or regional offices these COREs supported.

7.      FEMA previously sent letters to 142 of these COREs letters offering them a new appointment as a CORE for either one year or six-month term of employment, depending on the needs of the program offices or regional offices that they supported.

Declaration of Jeff M. Neurauter
3:25-cv-3698-SI

8.      Six of these COREs were not previously sent letters because of administrative error and I have confirmed that FEMA sent those six COREs letters of offer yesterday.

9.      Attached as Exhibit A is a copy of the letters sent to the 148 COREs offering them a new appointment, with their personally identifying information redacted.

10.      As of May 6, 2026, FEMA has received the following responses to those letters:

    i.   94 COREs have advised FEMA that they accept their offers.

    ii.   14 COREs have advised FEMA that they decline their offers.

    iii.   40 COREs have not yet responded.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2026

In Washington, DC:

JEFF M NEURAUTER
Digitally signed by JEFF M NEURAUTER
Date: 2026.05.07 12:27:46 -04'00'

Jeff M. Neurauter

Acting Chief Human Capital Officer

Federal Emergency Management Agency

Declaration of Jeff M. Neurauter
3:25-cv-3698-SI

# EXHIBIT A

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████████ |
| **CC:** | cheryl.pierce@fema.dhs.gov,natashia.riverafeliciano@fema.dhs.gov,██████████████████chloe.kissinger @fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger) |
| **Sent:** | 5/2/2026 9:22 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130767 |

**Federal Emergency Management Agency**

██████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Divison as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=24ad66f6-f65c-4523-b2d0-aacc9b8ef749&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████ |
| **CC:** | josefina.carey@fema.dhs.gov,cheryl.pierce@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/2/2026 14:21 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist - CORE-RSL-062009220044 |

## Federal Emergency Management Agency

████████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Federal Insurance and Mitigation Administration, Mitigation, Hazard Mitigation Cadre Management Branch as a Emergency Management Specialist, IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist, IC-0089-9, Step 03
- **Base Salary: $56,243** Per Year
- **Locality Adjustment: $9,585** Per Year
- **Salary: $65,838** Per Year
- **Duty Station:** Holstein, Iowa
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=398809d1-22a3-41a7-b16a-455f5a0e6801&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Holstein, Iowa. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

|  |  |
|---|---|
| CC: | ████████████████████ karamotu.akinfenwa@fema.dhs.gov,hilary.goldstein@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Hilary Goldstein) |
| Sent: | 5/3/2026 8:26 EDT |
| Subject: | FEMA - Tentative Job Offer Program Analyst - CORE-OCFO-0624CFFB3892-APRIL2026 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field Based Operations Unit, as a Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-13, Step 03
- **Base Salary: $96,987**Per Year
- **Locality Adjustment: $16,546**Per Year
- **Salary: $113,533** Per Year
- **Duty Station:** Biloxi, Mississippi
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=19082cf3-906a-4993-b7ea-a1e9d60c1522&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Karamotu Akinfenwa
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
karamotu.akinfenwa@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| █ ███ | heather.hale@fema.dhs.gov,adrienne.diggs@fema.dhs.gov,ryann.shelburne@fema.dhs.gov,██████████████ |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne) |
| **Sent:** | 5/6/2026 9:04 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Reports Analyst (Audit Group) - CORE-ORR-06-DRF-VC-00328 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Response and Recovery-Recovery Directorate-Individual Assistance Division-Program Support Branch as a Program Reports Analyst (Audit Group), IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Reports Analyst (Audit Group), IC-0343-12, Step 7
- **Base Salary: $91,757** Per Year
- **Locality Adjustment: $31,142**Per Year
- **Salary: $122,899** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=ff27312c-a410-4159-988f-ee72274850a9&type=tentative to accept or decline this position by 05/08/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

| | |
|---|---|
| **To:** | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| **CC:** | silvy.abraham@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| **Sent:** | 5/1/2026 14:00 EDT |
| **Subject:** | FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-R5-06-DC-0005 |

**Federal Emergency Management Agency**

▇▇▇▇▇▇ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Five, Mitigation Division as a Environmental Protection Specialist, IC-0028-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-12, Step 01
- **Base Salary: $76,463.00** Per Year
- **Locality Adjustment: $23,596.00** Per Year
- **Salary: $100,059.00** Per Year
- **Duty Station:** Chicago, Illinois
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=094f5c01-a0f9-4203-aef4-d52284931d1a&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | mabel.james@fema.dhs.gov,jose.miranda-laureano@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar) |
| **Sent:** | 5/1/2026 17:12 EDT |
| **Subject:** | FEMA - Tentative Job Offer Construction Analyst - CORE-ORR-062010100087 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate,, Public Assistance Division,, Standard Unit 4, as a Construction Analyst, IC-0828-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Construction Analyst, IC-0828-12, Step 04
- **Base Salary: $84,110** Per Year
- **Locality Adjustment: $14,349** Per Year
- **Salary: $98,459** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=9437fe20-ea29-4abf-9c0d-ac62ed1bb5b2&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████████ |
| **CC:** | luis.rodriguez@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| **Sent:** | 5/1/2026 15:36 EDT |
| **Subject:** | FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-R1-061609070002 |

## Federal Emergency Management Agency

████████████████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region One, Mitigation Division as a Environmental Protection Specialist, IC-0028-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-12, Step 03
- **Base Salary: $81,561.00**Per Year
- **Locality Adjustment: $26,573.00**Per Year
- **Salary: $108,134.00** Per Year
- **Duty Station:** Cambridge, Massachusetts
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=8321dcb8-289a-4e7e-ae87-633a28ff064d&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ██████████████

**CC:** kiara.anderson@fema.dhs.gov,kimberly.potter@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter)

**Sent:** 5/1/2026 14:33 EDT

**Subject:** FEMA - Tentative Job Offer INVESTIGATOR - CORE-06-DRF-OCSO-011605-93874

## Federal Emergency Management Agency

█████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Security Officer, Fraud Investigations and Inspections Division, Major Fraud Investigations Branch as a INVESTIGATOR, IC-1801-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** INVESTIGATOR, IC-1801-13, Step 04
- **Base Salary:** $100,018 Per Year
- **Locality Adjustment:** $33,946 Per Year
- **Salary:** $133,964 Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=fc19d791-8d8c-4f6d-97ba-12336a052f4f&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

**4.Drug Testing:** This position is a Testing Designated Position (TDP) because of its security, public health, and/or public safety sensitivity and is subject to random drug testing. You must submit to a drug test to proceed with the hiring process. The Drug Program Coordinator will contact you with a location, date and time for testing. In the event of a refusal to be tested or a positive test, the selection process will cease and your tentative offer rescinded. Upon favorable response to testing, we will proceed with the hiring process.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation

requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | cynthia.jones@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| **Sent:** | 5/1/2026 11:23 EDT |
| **Subject:** | FEMA - Tentative Job Offer EMERGENCY MANAGEMENT SPECIALIST - IMC-LOG-62110300106-MAY2026 |

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Incident Management Support Division as a EMERGENCY MANAGEMENT SPECIALIST, IT-0089-2. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** EMERGENCY MANAGEMENT SPECIALIST, IT-0089-2
- **Base Salary: $42.72** Per Hour
- **Locality Adjustment: $16.21** Per Hour
- **Salary: $58.93** Per Hour
- **Duty Station:** Cliffside Park, New Jersey
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=4b0ec519-44d1-43cc-bbc4-9b73344f0dd4&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Clifside Park, New Jersey. It is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | [redacted] |
| CC: | elizabeth.ridgeway@fema.dhs.gov,josefina.carey@fema.dhs.gov,robert.adamsii@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar) |
| Sent: | 5/1/2026 13:01 EDT |
| Subject: | FEMA - Tentative Job Offer Supervisory Management & Program Analyst (Cadre Coordinator) - CORE-RSL-061805070002 |

Federal Emergency
Management Agency

[redacted]

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, CADRE Coordination Branch, as a Supervisory Management & Program Analyst (Cadre Coordinator), IC-0343-14. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Management & Program Analyst (Cadre Coordinator), IC-0343-14, Step 07
- **Base Salary:** $128,938 Per Year
- **Locality Adjustment:** $21,997 Per Year
- **Salary:** $150,935 Per Year
- **Duty Station:** Biloxi, Mississippi
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0bd6d60b-aedd-49bb-a2a5-167ad5f53e8c&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

This position is not eligible for Federal Benefits.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████ |
| CC: | cynthia.jones@fema.dhs.gov,robin.hansberry@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| Sent: | 5/1/2026 14:02 EDT |
| Subject: | FEMA - Tentative Job Offer Supply Specialist - IMC-LOG-62006140046-MAY2026 |

Federal Emergency
Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, as a Supply Specialist, IT-2001-2. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supply Specialist, IT-2001-2
- **Base Salary:** $29.57 Per Hour
- **Locality Adjustment:** $5.04Per Hour
- **Salary:** $34.61 Per Hour
- **Duty Station:** Goose Creek, South Carolina
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=02c69873-fec9-4830-a532-0062d79f478f&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Goose Creek, South Carolina. It is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ■■■■■■■■■■■■ |
| CC: | cheryl.pierce@fema.dhs.gov,paul.whitman.2@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Cheryl Pierce) |
| Sent: | 5/1/2026 15:56 EDT |
| Subject: | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130650 |

## Federal Emergency Management Agency

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

### The details of your offer are as follows:
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=cc9c6131-4f9d-4517-81a1-df07aaef6b2c&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest

convenience. **Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████████

**CC:** shannon.blair@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Krystle Wagemann)

**Sent:** 5/6/2026 17:16 EDT

**Subject:** FEMA - Tentative Job Offer Quality Assurance Specialist - CORE-06-DRF-AM-00024

## Federal Emergency Management Agency

████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Procurement Officer, Acquisition Operations Division as a Quality Assurance Specialist, IC-1910-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Quality Assurance Specialist, IC-1910-12, Step 8
- **Base Salary: $**94,306Per Year
- **Locality Adjustment: $**22,435Per Year
- **Salary: $116,741** Per Year
- **Duty Station:** Atlanta, Georgia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=c6a8d223-eeec-4ebc-9254-4b245dbb2563&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.
**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

5/6/2026 17:20 EDT

Page 1 of 2

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Krystle N. Wagemann
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
krystle.wagemann@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

| | |
|---|---|
| To: | █████████████ |
| CC: | kasia.pruitt@fema.dhs.gov,margot.bachman@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| Sent: | 5/1/2026 12:19 EDT |
| Subject: | FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-R8-6M2508MI6703 |

## Federal Emergency Management Agency

█████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Eight, Mitigation Division, Environmental and Historic Preservation Branch as a Environmental Protection Specialist, IC-0028-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-12, Step 03
- **Base Salary: $81,561.00**Per Year
- **Locality Adjustment: $24,892.00**Per Year
- **Salary: $106,453.00** Per Year
- **Duty Station:** Lakewood, Colorado
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=9ecb9116-800f-4db0-8ae4-76fe28ce8ed8&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████ |
| CC: | dina.metz@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| Sent: | 5/1/2026 16:19 EDT |
| Subject: | FEMA - Tentative Job Offer Telecommunications Specialist - CORE-OCIO-61903050003 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Information Officer, Management, Business Management, IT Acquisition Division, Wireless Enterprise Services Branch as a Telecommunications Specialist, IC-0391-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Telecommunications Specialist, IC-0391-12, Step 03
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $27,682** Per Year
- **Salary: $109,243** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service, CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=55921dfc-7f14-451e-82ee-5b1b46c48034&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:

CC:                  valerie.greenwood@fema.dhs.gov,aleia.eanes@fema.dhs.gov,karamotu.akinfenwa@fema.dhs.gov

From:                usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes)

Sent:                5/5/2026 10:29 EDT

Subject:             FEMA - Tentative Job Offer Supervisory Grants Management Specialist - CORE-OCFO-061905070014-APRIL2026

## Federal Emergency Management Agency

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field-Based Operations Unit, as a Supervisory Grants Management Specialist, IC-1109-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Grants Management Specialist, IC-1109-13, Step 05
- **Base Salary:** $103,049Per Year
- **Locality Adjustment:** $17,580Per Year
- **Salary:** $120,629 Per Year
- **Duty Station:** Biloxi, Mississippi
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step:** Please visit https://onboard.usastaffing.gov//?selectee=3a170fd7-3d02-462b-8c1c-c2c699b87aa6&type=tentative to accept or decline this position by 05/07/2026. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Karamotu Akinfenwa
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
karamotu.akinfenwa@fema.dhs.gov
Attached Files
- New Supervisor - Notice of Ethical Obligations.pdf_.pdf
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ██████████████ |
| CC: | elizabeth.ridgeway@fema.dhs.gov,josefina.carey@fema.dhs.gov,robert.adamsii@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar) |
| Sent: | 5/1/2026 13:24 EDT |
| Subject: | FEMA - Tentative Job Offer Supervisory Management & Program Analyst - CORE-RSL-0623CMEHP3190 |

## Federal Emergency Management Agency

██████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, CADRE Coordination Branch, as a Supervisory Management & Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

### The details of your offer are as follows:

- **Position Title:** Supervisory Management & Program Analyst, IC-0343-13, Step 04
- **Base Salary: $100,018** Per Year
- **Locality Adjustment: $36,477** Per year
- **Salary: $136,495** Per Year
- **Duty Station:** Los Angeles, California
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=7e753087-7330-493d-9bdc-7ea4c6f301eb&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████ |
| CC: | cynthia.jones@fema.dhs.gov,robin.hansberry@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| Sent: | 5/1/2026 11:50 EDT |
| Subject: | FEMA - Tentative Job Offer SUPPLY MANAGEMENT SPECIALIST - IMC-LOG-06-DRF-IM-LOG-032205-MAY2026 |

**Federal Emergency Management Agency**

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Incident Management Support Division as a SUPPLY MANAGEMENT SPECIALIST, IT-2003-2. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** SUPPLY MANAGEMENT SPECIALIST, IT-2003-2
- **Base Salary:** $26.69Per Hour
- **Locality Adjustment:** $5.07Per Hour
- **Salary:** $34.76 Per Hour
- **Duty Station:** Ponce, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=037cd074-135a-4ff8-9131-720c8bcbff30&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Ponce, Puerto Rico. It is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| To: | ████████████████ |
|---|---|
| CC: | tammy.stephenson@fema.dhs.gov,nikita.kandpal@fema.dhs.gov,judith.estrella@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Judith Estrella) |
| Sent: | 5/2/2026 10:22 EDT |
| Subject: | FEMA - Tentative Job Offer Management and Program Analyst - CORE-MSEO-061703270001 |

### Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Executive Office, STRAT,POLICY,AND PROG ANALY DV as a Management and Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Management and Program Analyst, IC-0343-13, Step 3
- **Base Salary:** $96,987Per Year
- **Locality Adjustment:** $32,917Per Year
- **Salary: $129,904** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step:** Please visit https://onboard.usastaffing.gov//?selectee=a603e83d-439d-4a41-9edb-91bcfd153422&type=tentative to accept or decline this position by 05/06/2026. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Judith Estrella
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
Judith.Estrella@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ▇▇▇▇▇▇▇▇▇ |
| CC: | josefina.carey@fema.dhs.gov,sara.everingham@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham) |
| Sent: | 5/1/2026 12:55 EDT |
| Subject: | FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-RSL-062008250032 |

## Federal Emergency Management Agency

▇▇▇▇▇▇▇▇

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, Cadre Coordination Branch as a Environmental Protection Specialist, IC-0028-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-11, Step 04
- **Base Salary:** $70,176 Per Year
- **Locality Adjustment:** $23,818 Per Year
- **Salary:** $93,994 Per Year
- **Duty Station:** Alexandria, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ/Regional FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a6838d0b-0361-426a-abd0-9f0a8dba0cb6&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

Your official duty station is your residence of record Alexandria, Virginia. It Is your responsibility to:
- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** krystle.wagemann@fema.dhs.gov,latonya.armour@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Krystle Wagemann)

**Sent:** 5/1/2026 17:14 EDT

**Subject:** FEMA - Tentative Job Offer Financial Management Specialist - CORE-RR-H32302210012

## Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Office Of Hermit's Peak/Calf Canyon Fire Claims as a Financial Management Specialist, IC-0501-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Financial Management Specialist, IC-0501-12, Step 02
- **Base Salary: $**79,012Per Year
- **Locality Adjustment: $**21,539 Per Year
- **Salary: $100,551** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=b0823f92-410f-4e7d-ab22-cb5c0316f4c3&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnair
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Krystle N. Wagemann
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
krystle.wagemann@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████ |
| **CC:** | shekiema.entzminger@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Jose Flores) |
| **Sent:** | 5/2/2026 13:23 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-ORR-06-DRF-PC-00714-4-30-26 |

**Federal Emergency Management Agency**

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Associate Administrator,, Business Management Office, Budget Formulation Section as a Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Program Analyst, IC-0343-13, Step 03
- **Base Salary: $96,987**Per Year
- **Locality Adjustment: $32,917**Per Year
- **Salary: $129,904** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service, CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=154ca808-0dc3-4ed5-b55e-4ab59dffadff&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮

**CC:** marvin.jones@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger)

**Sent:** 5/1/2026 16:45 EDT

**Subject:** FEMA - Tentative Job Offer Materials Handler-MVO-Leader - CORE-ORR-061911190001

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Distribution Management Division, Distribution Centers West Branch, Hawaii Section as a Materials Handler-MVO-Leader, WL-6907-8. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Materials Handler-MVO-Leader, WL-6907-8, Step 3
- **Salary: $39.85** Per Hour
- **Duty Station:** Aiea, Hawaii
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to Exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0f05a7da-0e81-42c5-bedc-17f18fd51fdc&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information. fema-hc-benefits@fema.dhs.gov

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Chloe Kissinger
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
chloe.kissinger@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮

**CC:** austin.johnson@fema.dhs.gov,joshua.patterson@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson)

**Sent:** 5/2/2026 12:23 EDT

**Subject:** FEMA - Tentative Job Offer PROGRAM ANALYST - CORE-RSL-0621RLMI0139

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Federal Insurance and Mitigation Administration, Disaster Branch as a PROGRAM ANALYST, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** PROGRAM ANALYST, IC-0343-12, Step 4
- **Base Salary: $84,110**Per Year
- **Locality Adjustment: $29,439**Per Year
- **Salary: $113,549** Per Year
- **Duty Station:** Houston, Texas
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit** https://onboard.usastaffing.gov//?selectee=abd73999-f06c-4bdb-a174-3c83e9c810a4&type=tentative **to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.
**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▇▇▇▇▇▇▇▇▇▇▇ |
| **CC:** | dina.metz@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/1/2026 9:14 EDT |
| **Subject:** | FEMA - Tentative Job Offer IT Specialist (Network) - CORE-OCIO-06-DRF-OCIO-16041312 |

## Federal Emergency Management Agency

▇▇▇▇▇▇▇▇

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Information Officer, Operations, Network Operations & Security Center (NOSC), GWO Team 1 as a IT Specialist (Network), IC-2210-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** IT Specialist (Network), IC-2210-12, Step 03
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $27,682** Per Year
- **Salary: $109,243** Per Year
- **Duty Station:** Round Hill, Virginia
- **Appointment Type:** Stafford Act Excepted Service, CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=6506058d-b0f8-4c48-bf41-615b8ae203e0&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

Case 3:25-cv-03698-SI    Document 383-1    Filed 05/07/26    Page 54 of 300

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:**         ███████████████

**CC:**         josefina.carey@fema.dhs.gov,kimberly.potter@fema.dhs.gov

**From:**       usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter)

**Sent:**       5/1/2026 16:26 EDT

**Subject:**    FEMA - Tentative Job Offer Historic Preservation Specialist - CORE-RSL-062008250134

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, OFFICE OF OPERATIONS, CADRE COORDINATION BRANCH as a Historic Preservation Specialist, IC-0301-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Historic Preservation Specialist, IC-0301-11, Step 04
- **Base Salary: $70,176** Per Year
- **Locality Adjustment: $12,737** Per Year
- **Salary: $82,913** Per Year
- **Duty Station:** Seymour, Indiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=f7fbe609-7a7d-40c7-99d0-cbe9cf5191f7&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Seymour, Indiana. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | austin.johnson@fema.dhs.gov,randall.pape@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson) |
| **Sent:** | 5/2/2026 10:16 EDT |
| **Subject:** | FEMA - Tentative Job Offer Materials Handler - CORE-061911280008 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Distribution Management Division, California Section as a Materials Handler, WG-6907-6. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Materials Handler, WG-6907-6, Step 5
- **Base Salary: $36.45**Per Hour
- **Locality:** included
- **Salary: $36.45** Per Hour
- **Duty Station:** Tracy, California
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=8df42d7f-c25e-4af3-b738-8570d15cc3dc&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▇▇▇▇▇▇▇▇▇▇ |
| **CC:** | natalie.thelusma-kopel@fema.dhs.gov,morris.boone@fema.dhs.gov,mehwish.zafar@fema.dhs.gov,aleia.eanes@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes) |
| **Sent:** | 5/2/2026 11:27 EDT |
| **Subject:** | FEMA - Tentative Job Offer Budget Analyst - CORE-ORR-0621RRFO0189 |

## Federal Emergency Management Agency

▇▇▇▇▇▇▇▇

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Field Operations Directorate, Office of Assistant Administrator as a Budget Analyst, IC-0560-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Budget Analyst, IC-0560-13, Step 03
- **Base Salary: $96,987** Per Year
- **Locality Adjustment: $32,917** Per Year
- **Salary: $129,904** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted ServiceTemporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=28c2a5b8-4d88-409f-abbf-558f0a38d925&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

| | |
|---|---|
| **To:** | ▓▓▓▓▓▓▓ |
| **CC:** | dina.metz@fema.dhs.gov,austin.johnson@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson) |
| **Sent:** | 5/1/2026 14:13 EDT |
| **Subject:** | FEMA - Tentative Job Offer IT Specialist (CUSTSPT) - CORE-OCIO-06-DRF-IT-00111 |

## Federal Emergency Management Agency

▓▓▓▓▓

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Information Officer, Operations as a IT Specialist (CUSTSPT), IC-2210-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** IT Specialist (CUSTSPT), IC-2210-11, Step 5
- **Base Salary: $72,303**Per Year
- **Locality Adjustment: $24,540**Per Year
- **Salary: $96,843** Per Year
- **Duty Station:** Round Hill, Virginia
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=229423ed-29c0-4730-88b5-60a8208aedca&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** jose.centeno@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry)

**Sent:** 5/1/2026 9:09 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist - CORE-ORR-061906050023

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Cadre Management and Training Branch as a Emergency Management Specialist, IT-0089-2. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist, IT-0089-2
- **Base Salary: $29.41**Per Hour
- **Locality Adjustment: $5.02**Per Hour
- **Salary: $34.43*** Per Hour
- **Duty Station:** Kissimmee, Florida
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=08e40973-5fdb-4446-a3c0-aef3586f713f&type=tentative to accept or decline this position by Monday, May 4, 2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Kissimmee, Florida. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | marquita.smith@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| **Sent:** | 5/1/2026 16:31 EDT |
| **Subject:** | FEMA - Tentative Job Offer SPV Management & Program Analyst - 20260501-53587 |

## Federal Emergency Management Agency

███████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Incident Management Support Division, Cadre Management Branch as a SPV Management & Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** SPV Management & Program Analyst, IC-0343-13, Step 06
- **Base Salary:** $106,080.00 Per Year
- **Locality Adjustment:** $36,004.00 Per Year
- **Salary:** $142,084.00 Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=b6e29ec9-9013-4d99-b953-56beb0407be4&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience. **Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** linel.tristanimartinez@fema.dhs.gov,sara.everingham@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham)

**Sent:** 5/1/2026 16:32 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Mitigation) - CORE-R2-061807200104

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Caribbean Area Divison as a Emergency Management Specialist (Mitigation), IC-0089-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Mitigation), IC-0089-11, Step 03
- **Base Salary: $68,049** Per Year
- **Locality Adjustment: $11,609** Per Year
- **Salary: $79,658** Per Year
- **Duty Station:** Saint Thomas, Virgin Islands
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=c4b580f9-48cb-49e4-a087-ae0cc38e182b&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ██████████████████

**CC:** laura.stever@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Jose Flores)

**Sent:** 5/2/2026 12:43 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-06-DRF-TC-00962

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 9
- **Base Salary: $66,791**Per Year
- **Locality Adjustment: $18,207**Per Year
- **Salary: $84,998** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=ad41221d-2da0-4d39-85b8-d16e259cc47e&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████ |
| **CC:** | austin.johnson@fema.dhs.gov,juan.ayala@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson) |
| **Sent:** | 5/1/2026 15:32 EDT |
| **Subject:** | FEMA - Tentative Job Offer CONGRESSIONAL LIAISON SPECIALIST - CORE-R6-062206EA0657 |

**Federal Emergency Management Agency**

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Regional Administrator as a CONGRESSIONAL LIAISON SPECIALIST, IC-0301-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** CONGRESSIONAL LIAISON SPECIALIST, IC-0301-12, Step 4
- **Base Salary: $84,110**Per Year
- **Locality Adjustment: $22,928**Per Year
- **Salary: $107,038** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=37510e5d-9ec8-4666-9252-9cf3b2ff9b7f&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | marvin.jones@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger) |
| **Sent:** | 5/2/2026 15:03 EDT |
| **Subject:** | FEMA - Tentative Job Offer Materials Handler (Motor Vehicle Operator) - CORE-061910230001 |

## Federal Emergency Management Agency

███████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Distribution Management Division as a Materials Handler (Motor Vehicle Operator), WG-6907-6. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Materials Handler (Motor Vehicle Operator), WG-6907-6, Step 5
- **Salary: $25.02** Per Hour
- **Duty Station:** San Juan, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=c6767b4f-6ea6-45cb-8f8f-fa9dfa4562f5&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a

final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Chloe Kissinger
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
chloe.kissinger@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████████

**CC:** krystle.wagemann@fema.dhs.gov,marvin.jones@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Krystle Wagemann)

**Sent:** 5/1/2026 14:47 EDT

**Subject:** FEMA - Tentative Job Offer Inventory Management Specialist - CORE-RR-061910160007

## Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Distribution Management Division California Section as a Inventory Management Specialist, IC-2010-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Inventory Management Specialist, IC-2010-12, Step 04
- **Base Salary: $**84,110Per Year
- **Locality Adjustment: $**38,977 Per Year
- **Salary: $123,087** Per Year
- **Duty Station:** Tracy, California
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=592f5ead-5532-46bb-83f1-756036f4b000&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Krystle N. Wagemann
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
krystle.wagemann@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** laura.stever@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Jose Flores)

**Sent:** 5/2/2026 12:48 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-0623RRRD1972

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 02
- **Base Salary: $54,485**Per Year
- **Locality Adjustment: $9,295**Per Year
- **Salary: $63,780** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service, CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=e61eaa35-1421-4203-a0b9-e460f2a9b4eb&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Page 2 of 2

Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████ |
| **CC:** | cheryl.pierce@fema.dhs.gov,trad.leavitt@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Cheryl Pierce) |
| **Sent:** | 5/1/2026 15:38 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist - CORE-RSL-061908270001 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, OFFICE OF RESILIENCE STRATEGY, CONTINUOUS IMPROVEMENT DIVISION, REGIONAL & FIELD INTEGRATION BRANCH as a Emergency Management Specialist, IC-0089-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist, IC-0089-13, Step 05
- **Base Salary: $103,049**Per Year
- **Locality Adjustment: $18,796**Per Year
- **Salary: $121,845** Per Year
- **Duty Station:** Anniston, Alabama
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=9a5d61c2-6ac6-4ac2-9669-f011575c9b58&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest

convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████████

**CC:** james@fema.dhs.gov,nirali.mehta@fema.dhs.gov,ryann.shelburne@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne)

**Sent:** 5/1/2026 14:29 EDT

**Subject:** FEMA - Tentative Job Offer Program Analyst - CORE-ORR-06-DRF-RECV-070808

---

## Federal Emergency Management Agency

████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, Response and Recovery-Recovery Directorate-Public Assistance Division-Appeals Section as a Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-13, Step 4
- **Base Salary: $100,018** Per Year
- **Locality Adjustment: $33,946**Per Year
- **Salary: $133,964** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=15de9cbb-446d-4695-9c8f-d930cfd7bde0&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** [redacted]

**CC:** marvin.jones@fema.dhs.gov,keith.apodaca@fema.dhs.gov,judith.estrella@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Judith Estrella)

**Sent:** 5/2/2026 10:26 EDT

**Subject:** FEMA - Tentative Job Offer Inventory Management Specialist - 20260501-57438

## Federal Emergency Management Agency

[redacted]

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, INCIDENT MGMT SUPPORT DIVISION as a Inventory Management Specialist, IC-2010-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Inventory Management Specialist, IC-2010-12, Step 10
- **Base Salary:** $99,404Per Year
- **Locality Adjustment:** $33,738Per Year
- **Salary: $133,142** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=da049865-9fb3-4cb5-863f-8099dac1e1bc&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest

convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Judith Estrella
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
Judith.Estrella@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ■■■■■■■■ |
| **CC:** | josefina.carey@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger) |
| **Sent:** | 4/30/2026 16:12 EDT |
| **Subject:** | FEMA - Tentative Job Offer HISTORIC PRESERVATION SPECIALIST - CORE-RSL-061903080063 |

## Federal Emergency Management Agency

■■■■■■

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, Cadre Coordination Branch as a HISTORIC PRESERVATION SPECIALIST, IC-0301-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** HISTORIC PRESERVATION SPECIALIST, IC-0301-11, Step 5
- **Base Salary: $72,303**Per Year
- **Locality Adjustment: $17,201**Per Year
- **Salary: $89,504*** Per Year
- **Duty Station:** Columbus, Georgia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** CORE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=2582e902-ef59-406a-90ca-8f6e8407cf5e&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Columbus, Georgia. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Chloe Kissinger
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
chloe.kissinger@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** marvin.jones@fema.dhs.gov,chloe.kissinger@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger)

**Sent:** 5/2/2026 11:36 EDT

**Subject:** FEMA - Tentative Job Offer Materials Handler - CORE-ORR-061909240033

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Logistics Operations Division, Manufactured Housing Operations Branch as a Materials Handler, WG-6907-6. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Materials Handler, WG-6907-6, Step 5
- **Salary: $25.84** Per Hour
- **Duty Station:** Selma, Alabama
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=6f62c92e-cd4f-4d75-82e7-5eb12d665244&type=tentative to accept or decline this position by 05/05/2026.** *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a

final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Chloe Kissinger
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
chloe.kissinger@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** juwan.madaki@fema.dhs.gov,raelyn.melton@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards)

**Sent:** 5/1/2026 15:01 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R9-062509RD5483

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Nine, Recovery Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561.00**Per Year
- **Locality Adjustment: $37,795.00**Per Year
- **Salary: $119,356.00** Per Year
- **Duty Station:** Oakland, California
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=96c3a6e9-49da-4a31-90de-c162472ea588&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████ |
| **CC:** | josefina.carey@fema.dhs.gov,patrick.beverly@fema.dhs.gov,robert.adamsii@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar) |
| **Sent:** | 5/1/2026 17:15 EDT |
| **Subject:** | FEMA - Tentative Job Offer Management & Program Analyst - CORE-RSL-06-DRF-FIMA-061501 |

## Federal Emergency Management Agency

███████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, Information Management Branch, as a Management & Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Management & Program Analyst, IC-0343-13, Step 03
- **Base Salary: $96,987** Per Year
- **Locality Adjustment: $ 16,546** Per Year
- **Salary: $113,533** Per Year
- **Duty Station:** Baton Rouge, Louisiana
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=92669c75-4ce7-4467-be3e-e3fd9588e8d7&type=tentative to accept or decline this position by 05/08/26**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | sara.gonzalez@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ingrid Flores) |
| **Sent:** | 5/1/2026 14:57 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-ORR-06-DRF-RECV-062501 |

## Federal Emergency Management Agency

▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, REQ DEV, TRAIN AND QA/QC TEAM as a Program Analyst, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-12, Step 02
- **Base Salary: $**79,012 Per Year
- **Locality Adjustment:** $26,817Per Year
- **Salary: $105,829** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=2450f0d9-d512-472d-99ca-508c1bf08447&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Ingrid Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ingrid.flores@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████████

**CC:** krystle.wagemann@fema.dhs.gov,marquita.smith@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Krystle Wagemann)

**Sent:** 5/1/2026 14:25 EDT

**Subject:** FEMA - Tentative Job Offer Program Manager - CORE-RR-06-DRF-CM-LOG-0004

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Incident Management Support Division as a Program Manager, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Manager, IC-0343-13, Step 03
- **Base Salary: $**96,987 Per Year
- **Locality Adjustment:** $ 32,917 Per Year
- **Salary: $129,904** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed One Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=2981d2c3-bdaf-40b1-a378-0aaf083ce43a&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Krystle N. Wagemann
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
krystle.wagemann@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

To:            ██████████████

CC:            tasaria.bettis@fema.dhs.gov,kenneth.manco@fema.dhs.gov

From:          usastaffingoffice@usastaffing.gov (on behalf of Kenneth Manco)

Sent:          5/1/2026 12:22 EDT

Subject:       FEMA - Tentative Job Offer Personal Property Specialist - IC-CORE-0624MSCA3939APRIL2026

**Federal Emergency Management Agency**

██████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Administrative Officer, Accountable Property and Support Services Division as a Personal Property Specialist, IC-1101-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Personal Property Specialist, IC-1101-12, Step 3
- **Base Salary:** $81,561 Per Year
- **Locality Adjustment:** $27,682Per Year
- **Salary: $109,243** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0672099f-8ce6-4fdb-8bf2-fed468bbb3aa&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

**To:** ▮▮▮▮▮▮▮▮▮▮

**CC:** josefina.carey@fema.dhs.gov,robert.adamsii@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Ingrid Flores)

**Sent:** 5/1/2026 14:53 EDT

**Subject:** FEMA - Tentative Job Offer ENVIRONMENTAL PROTECTION SPECIALIST - CORE-RSL-061908190008

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations as a ENVIRONMENTAL PROTECTION SPECIALIST, IC-0028-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** ENVIRONMENTAL PROTECTION SPECIALIST, IC-0028-12, Step 03
- **Base Salary: $**81,561 Per Year
- **Locality Adjustment:** $13,914 Per Year
- **Salary: $95,475.00** Per Year
- **Duty Station:** Broken Arrow, Oklahoma
- **Appointment Type:** Stafford Act Excepted Service DIRECT CHARGE CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=86cd9ee9-9461-4240-89e4-2c278808d29a&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Broken Arrow, Oklahoma. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Ingrid Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ingrid.flores@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████ |
| CC: | sara.everingham@fema.dhs.gov,linel.tristanimartinez@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham) |
| Sent: | 5/1/2026 16:40 EDT |
| Subject: | FEMA - Tentative Job Offer Appeal Analyst - CORE-R2-062202RD1351 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, POLICY IMPLEMENTATION BRANCH as a Appeal Analyst, IC-0301-12. This email will outline the details of your offer and the next steps in the hiring process.

### The details of your offer are as follows:
- **Position Title:** Appeal Analyst, IC-0301-12, Step 03
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=39600202-5542-4177-8fd8-f2e844bbd4f7&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮ |
| **CC:** | mabel.james@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/6/2026 15:27 EDT |
| **Subject:** | FEMA - Tentative Job Offer Supervisory Program Analyst - CORE-ORR-06-DRF-CM-PA-0013 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, Cadre Management Section as a Supervisory Program Analyst, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Program Analyst, IC-0343-12, Step 03
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $27,682** Per Year
- **Salary: $109,243** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=10e3aac3-50a6-46b3-bca2-e183652ed5f6&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.


FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

To: ████████████████████████

CC: yanira.awang@fema.dhs.gov

From: usastaffingoffice@usastaffing.gov (on behalf of Jose Flores)

Sent: 5/2/2026 11:22 EDT

Subject: FEMA - Tentative Job Offer Program Analyst - CORE-ORR-0623RRRD2451

Federal Emergency
Management Agency

████████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Individual Assistance Division, Individuals and Households Branch as a Program Analyst, IC-0343-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-11, Step 03
- **Base Salary:** $68,049 Per Year
- **Locality Adjustment:** $11,609 Per Year
- **Salary:** $79,658 Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service, CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=562eaf3d-db13-4a6f-b4f5-2b57b1bfd87d&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:                 [REDACTED]

CC:                 anetra.cordier@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov,sablee80@outlook.com

From:               usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy)

Sent:               5/4/2026 11:33 EDT

Subject:            FEMA - Tentative Job Offer Emergency Management Specialist - CORE-ORR-0623RRRD2051

---

Federal Emergency
Management Agency

[REDACTED]

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist, IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist, IC-0089-9, Step 01
- **Base Salary: $52,727** Per Year
- **Locality Adjustment: $17,896**Per Year
- **Salary: $70,623** Per Year
- **Duty Station:** Hyattsville, Maryland
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=8beb9734-b83e-449b-8e53-66460cbd8051&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████ |
| CC: | yanira.awang@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy) |
| Sent: | 5/1/2026 16:07 EDT |
| Subject: | FEMA - Tentative Job Offer Emergency Management Specialist - CORE-ORR-06-DRF-TC-00994 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist, IC-0089-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist, IC-0089-11, Step 03
- **Base Salary: $68,049** Per Year
- **Locality Adjustment: $18,550**Per Year
- **Salary: $86,599** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a1677091-01bc-42a2-b388-a8244a6ac83a&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████████ |
| CC: | linel.tristanimartinez@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| Sent: | 5/2/2026 12:49 EDT |
| Subject: | FEMA - Tentative Job Offer Public Affairs Specialist - CORE-R2-06-DRF-RG02-123101 |

## Federal Emergency Management Agency

███████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, External Affairs as a Public Affairs Specialist, IC-1035-12. This email will outline the details of your offer and the next steps in the hiring process.

### The details of your offer are as follows:
- **Position Title:** Public Affairs Specialist, IC-1035-12, Step 04
- **Base Salary:** $84,110 Per Year
- **Locality Adjustment:** $31,920 Per Year
- **Salary:** $116,030 Per Year
- **Duty Station:** New York, New York
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=92458177-a622-40de-a4cf-3e463baab8cd&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information:

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ████████████ |
| CC: | valerie.greenwood@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Courtney Hutchinson) |
| Sent: | 5/1/2026 15:15 EDT |
| Subject: | FEMA - Tentative Job Offer GRANTS MANAGEMENT SPECIALIST - CORE-OCFO-061905070051-APRIL2026 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field-Based Operations Unit, as a GRANTS MANAGEMENT SPECIALIST, IC-1109-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** GRANTS MANAGEMENT SPECIALIST, IC-1109-11, Step 05
- **Base Salary: $72,303**Per Year
- **Locality Adjustment: $12,335**Per Year
- **Salary: $84,638** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=411eadc4-608a-4c57-8fad-6827cf834e26&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Courtney Hutchinson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
courtney.hutchinson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | anetra.cordier@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy) |
| **Sent:** | 5/1/2026 14:55 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-061906060111 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 01
- **Base Salary: $52,727** Per Year
- **Locality Adjustment: $8,995** Per Year
- **Salary: $61,722** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=d348f0c3-3848-4408-bb86-e27199f199a0&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▬▬▬▬▬▬ |
| **CC:** | marvin.jones@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/2/2026 12:55 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-6R23RRLM2711 |

**Federal Emergency Management Agency**

▬▬▬▬

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Logistics Operations Division, MHU OPS Site - Selma as a Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-13, Step 02
- **Base Salary: $93,956** Per Year
- **Locality Adjustment: $16,029** Per Year
- **Salary: $109,985** Per Year
- **Duty Station:** Selma, Alabama
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=c65d3fc7-1a3b-4a5e-80c6-c9cbd71f5cce&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | miranda.cicale@fema.dhs.gov,sara.everingham@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham) |
| **Sent:** | 5/1/2026 12:45 EDT |
| **Subject:** | FEMA - Tentative Job Offer Administrative Specialist (HR) - CORE-R3-062403MS5190 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Three, Mission Support Division as a Administrative Specialist (HR), IC-0301-09. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Administrative Specialist (HR), IC-0301-09, Step 02
- **Base Salary: $54,485**Per Year
- **Locality Adjustment: $15,795**Per Year
- **Salary: $70,280** Per Year
- **Duty Station:** Philadelphia, Pennsylvania
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type: HQ/Regional FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=7675ffbf-0f00-4ca1-a3eb-69c162b6f3b8&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | linel.tristanimartinez@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Lizette Gauthier) |
| **Sent:** | 5/1/2026 16:03 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130755 |

**Federal Emergency Management Agency**

▮▮▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division, Caribbean Area Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $13,914** Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=67a9d7b5-b70e-4487-ab2e-3920cd57aadd&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Lizette Gauthier
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
lizette.gauthier@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████ |
| **CC:** | dina.metz@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/1/2026 16:42 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-OCIO-06-DRF-OCIO-16041309 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Information Officer, Management, Readiness, Response & Deployment, Readiness Division as a Program Analyst, IC-0343-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-11, Step 03
- **Base Salary: $68,049** Per Year
- **Locality Adjustment: $18,550** Per Year
- **Salary: $86,599** Per Year
- **Duty Station:** Euless, Texas
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=93cd7405-609d-421d-8978-675fa1cbcdd2&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Your official duty station is your residence of record Euless, Texas. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** minerva.febosantiago@fema.dhs.gov,lizette.gauthier@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Lizette Gauthier)

**Sent:** 5/1/2026 12:25 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130802

## Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=ccbf4404-7a1f-4e52-ab33-0f386237be78&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

.Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Lizette Gauthier
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
lizette.gauthier@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | kiiarah.enworom@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/1/2026 16:53 EDT |
| **Subject:** | FEMA - Tentative Job Offer Supervisor Public Affairs Specialist - CORE-OEA-0623EACD2773 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of External Affairs, Communications Division, Communicator Branch as a Supervisor Public Affairs Specialist, IC-1035-14. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisor Public Affairs Specialist, IC-1035-14, Step 03
- **Base Salary: $114,610** Per Year
- **Locality Adjustment: $38,899** Per Year
- **Salary: $153,509** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=5202b848-2c1a-4821-99da-482da2a8c939&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** sara.everingham@fema.dhs.gov,joshua.patterson@fema.dhs.gov,acmckenna@yahoo.com

**From:** usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham)

**Sent:** 5/1/2026 16:46 EDT

**Subject:** FEMA - Tentative Job Offer PROGRAM ANALYST - CORE-RSL-06-DRF-FIMA-081401

## Federal Emergency Management Agency

███████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Federal Insurance and Mitigation Administration, HAZARD MITIGATION GRANT PROGRAM as a PROGRAM ANALYST, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** PROGRAM ANALYST, IC-0343-12, Step 06
- **Base Salary: $89,208** Per Year
- **Locality Adjustment: $33,854**Per Year
- **Salary: $123,062** Per Year
- **Duty Station:** Colts Neck, New Jersey
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type: HQ/Regional FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=80904215-2e92-4522-9c1f-c86820ce1b96&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | james@fema.dhs.gov,nirali.mehta@fema.dhs.gov,ryann.shelburne@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne) |
| **Sent:** | 5/1/2026 14:47 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-ORR-6R25RRRD5702 |

**Federal Emergency Management Agency**

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, Response and Recovery-Recovery Directorate-Technology Programs Division-BUSINESS BRANCH as a Program Analyst, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-12, Step 4
- **Base Salary: $84,110** Per Year
- **Locality Adjustment: $25,956**Per Year
- **Salary: $110,066** Per Year
- **Duty Station:** Chicago, Illinois
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=003be43d-e9ad-4500-b4dd-8983c56e8af2&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮ |
| **CC:** | kevin.caulfield@fema.dhs.gov,brenda.young@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/2/2026 15:06 EDT |
| **Subject:** | FEMA - Tentative Job Offer Security Specialist - DCCORE-OCSO-061912030007-99119 |

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Security Officer, Security Operations Division, Disaster Security Branch as a Security Specialist, IC-0080-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Security Specialist, IC-0080-13, Step 01
- **Base Salary: $90,925** Per Year
- **Locality Adjustment: $15,512** Per Year
- **Salary: $106,437** Per Year
- **Duty Station:** Zachary, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=7e85841c-cdf9-450e-8bd0-8304d3db2d29&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

**4.Drug Testing:** This position is a Testing Designated Position (TDP) because of its security, public health, and/or public safety sensitivity and is subject to random drug testing. You must submit to a drug test to proceed with the hiring process. The Drug Program Coordinator will contact you with a location, date and time for testing. In the event of a refusal to be tested or a positive test, the selection process will cease and your tentative offer rescinded. Upon favorable response to testing, we will proceed with the hiring process.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation

requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

This position is not eligible for Federal Benefits.

Your official duty station is your residence of record Zachary, Louisiana. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** cynthia.jones@fema.dhs.gov,robin.hansberry@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry)

**Sent:** 5/1/2026 13:35 EDT

**Subject:** FEMA - Tentative Job Offer Supply Specialist - IMC-LOG-62006140040-MAY2026

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, as a Supply Specialist, IT-2001-1. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supply Specialist, IT-2001-1
- **Base Salary: $28.73**Per Hour
- **Locality Adjustment: $6.38**Per Hour
- **Salary: $35.11** Per Hour
- **Duty Station:** Kaneohe, Hawaii
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=989b5b1d-76ba-4cf4-a7a2-94e270cc290c&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Kaneohe, Hawaii. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:**

**CC:** sara.everingham@fema.dhs.gov,miranda.cicale@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham)

**Sent:** 5/1/2026 16:20 EDT

**Subject:** FEMA - Tentative Job Offer Program Analyst - CORE-R3-06-DC-0017

## Federal Emergency Management Agency

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Three, Regional Administrator as a Program Analyst, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-12, Step 02
- **Base Salary: $79,012**Per Year
- **Locality Adjustment: $22,906**Per Year
- **Salary: $101,918** Per Year
- **Duty Station:** Philadelphia, Pennsylvania
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type: HQ/Regional FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=2d81311d-d0e2-4ef2-8a09-8bbf22fdeebe&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** anetra.cordier@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy)

**Sent:** 5/1/2026 14:56 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-06-DRF-PC-00447

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 01
- **Base Salary: $52,727** Per Year
- **Locality Adjustment: $8,995**Per Year
- **Salary: $61,722** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=39b3a48e-0baf-455f-9208-38b020cbe89d&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮

**CC:** anetra.cordier@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy)

**Sent:** 5/1/2026 14:52 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist - CORE-ORR-06-DRF-VC-00151

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist, IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist, IC-0089-9, Step 02
- **Base Salary: $54,485** Per Year
- **Locality Adjustment: $18,492**Per Year
- **Salary: $72,977** Per Year
- **Duty Station:** Hyattsville, Maryland
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a55aaca7-ae0a-441a-9d9c-10e779a58327&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** miranda.cicale@fema.dhs.gov,sara.everingham@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham)

**Sent:** 5/1/2026 16:27 EDT

**Subject:** FEMA - Tentative Job Offer Supervisory Emergency Management Specialist (Recovery) - CORE-R3-062403RD3377-2

## Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Three, Recovery Division as a Supervisory Emergency Management Specialist (Recovery), IC-0089-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Emergency Management Specialist (Recovery), IC-0089-13, Step 05
- **Base Salary: $103,049** Per Year
- **Locality Adjustment: $29,874**Per Year
- **Salary: $132,923** Per Year
- **Duty Station:** Philadelphia, Pennsylvania
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type: HQ/Regional FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=33ee80fa-306b-4769-a639-1ae003dcd6dc&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████ |
| **CC:** | shekiema.entzminger@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy) |
| **Sent:** | 5/1/2026 14:31 EDT |
| **Subject:** | FEMA - Tentative Job Offer IT Specialist (INFOSEC) - CORE-ORR-06-DRF-ORR-052202 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Associate Administrator, Business Management Office, IT Management Section as a IT Specialist (INFOSEC), IC-2210-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** IT Specialist (INFOSEC), IC-2210-13, Step 08
- **Base Salary: $112,142** Per Year
- **Locality Adjustment: $38,061**Per Year
- **Salary: $150,203** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=052f19db-c9b6-4c04-b263-ab054aa4ffc2&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████

**CC:** valerie.greenwood@fema.dhs.gov,karamotu.akinfenwa@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes)

**Sent:** 5/2/2026 9:36 EDT

**Subject:** FEMA - Tentative Job Offer Grants Management Specialist - CORE-OCFO-061905070058-APRIL2026

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field-Based Operations Unit, as a Grants Management Specialist, IC-1109-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Grants Management Specialist, IC-1109-11, Step 10
- **Base Salary: $**82,938Per Year
- **Locality Adjustment: $14,149**Per Year
- **Salary: $97,087** Per Year
- **Duty Station:** Biloxi, Mississippi
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=f1abac4b-455d-4ff7-a3e3-0d5039e842b9&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Karamotu Akinfenwa
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
karamotu.akinfenwa@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▇▇▇▇▇▇▇▇▇ |
| **CC:** | greg.teets@fema.dhs.gov,kayla.loy@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Karamotu Akinfenwa) |
| **Sent:** | 5/1/2026 14:14 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - Policy - CORE-OCFO2-0621CFFM0251 |

## Federal Emergency Management Agency

▇▇▇▇▇▇

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Financial Management Division, as a Program Analyst - Policy, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst - Policy, IC-0343-12, Step 02
- **Base Salary: $79,012**Per Year
- **Locality Adjustment: $26,817**Per Year
- **Salary: $105,829** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=5859fd5f-b9b7-4928-9ab0-554ed7a2877f&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

Case 3:25-cv-03698-SI    Document 383-1    Filed 05/07/26    Page 150 of 300

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Karamotu Akinfenwa
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
karamotu.akinfenwa@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▓▓▓▓▓▓▓ |
| **CC:** | linel.tristanimartinez@fema.dhs.gov,lizette.gauthier@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Lizette Gauthier) |
| **Sent:** | 5/1/2026 16:14 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-062007220270 |

## Federal Emergency Management Agency

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Recovery Division as a Emergency Management Specialist (Recovery), IC-0089-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-11, Step 03
- **Base Salary: $68,049**Per Year
- **Locality Adjustment: $11,609**Per Year
- **Salary: $79,658** Per Year
- **Duty Station:** Saint Thomas, Virgin Islands
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=74bcc616-7e66-47b8-a2ed-40bf3380db0b&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Lizette Gauthier
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
lizette.gauthier@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████

**CC:** austin.johnson@fema.dhs.gov,heather.hale@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson)

**Sent:** 5/1/2026 14:11 EDT

**Subject:** FEMA - Tentative Job Offer Program Support Specialist - CORE-ORR-06-DRF-MC-00500

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Program Support Branch as a Program Support Specialist, IC-0301-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Support Specialist, IC-0301-9, Step 4
- **Base Salary: $58,001**Per Year
- **Locality Adjustment: $19,686**Per Year
- **Salary: $77,687** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=d65a32b8-5107-4698-b6fb-b6b36fd73430&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████

**CC:** cheryl.pierce@fema.dhs.gov,paul.whitman.2@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Cheryl Pierce)

**Sent:** 5/2/2026 15:39 EDT

**Subject:** FEMA - Tentative Job Offer Logistics Management Specialist - CORE-R2-061806130231

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Logistics Management Specialist, IC-0346-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Logistics Management Specialist, IC-0346-11, Step 05
- **Base Salary: $72,303**Per Year
- **Locality Adjustment: $12,335**Per Year
- **Salary: $84,638** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=8f130d4b-3f6b-4659-8cb8-91e5b5f7dc70&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▉▉▉▉▉▉▉▉▉ |
| **CC:** | angela.knight@fema.dhs.gov,josefina.carey@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| **Sent:** | 5/1/2026 11:57 EDT |
| **Subject:** | FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-RSL-061903080014 |

**Federal Emergency Management Agency**

▉▉▉▉▉▉

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, Cadre Coordination Branch as a Environmental Protection Specialist, IC-0028-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-11, Step 04
- **Base Salary: $70,176**Per Year
- **Locality Adjustment: $16,695**Per Year
- **Salary: $86,871** Per Year
- **Duty Station:** Atlanta, Georgia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1year
- **Every Employee is an Emergency Manager Position Type: Expeditionary Workforce**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=3f5ec36e-f2d0-4090-94b5-693699d6a594&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Atlanta, Georgia. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Angela Knight
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
angela.knight@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮ |
| **CC:** | linel.tristanimartinez@fema.dhs.gov,claude.hyacinthe@fema.dhs.gov,ryann.shelburne@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne) |
| **Sent:** | 4/30/2026 15:32 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-062007220236 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Offices-Region Two-Recovery Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 6
- **Base Salary: $89,208** Per Year
- **Locality Adjustment: $33,854**Per Year
- **Salary: $123,062** Per Year
- **Duty Station:** Earle Naval Ammunition Depot, New Jersey
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=ff2b12e1-f8cf-49c0-b34c-1a6bbc51b675&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** cheryl.pierce@fema.dhs.gov,mabel.james@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Cheryl Pierce)

**Sent:** 5/2/2026 15:24 EDT

**Subject:** FEMA - Tentative Job Offer Supervisory Emergency Management Specialist - CORE-ORR-061906060026

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Public Assistance Division, Appeals Team 3 as a Supervisory Emergency Management Specialist, IC-0089-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Emergency Management Specialist, IC-0089-13, Step 06
- **Base Salary: $106,080**Per Year
- **Locality Adjustment: $18,097**Per Year
- **Salary: $124,177** Per Year
- **Duty Station:** Grand Marais, Michigan
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=aed75cbd-be9e-4a10-8296-549e276c3107&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████ |
| **CC:** | josefina.carey@fema.dhs.gov,robert.adamsii@fema.dhs.gov,courtney.hutchinson@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Courtney Hutchinson) |
| **Sent:** | 5/4/2026 10:35 EDT |
| **Subject:** | FEMA - Tentative Job Offer ENVIRONMENTAL PROTECTION SPECIALIST - CORE-RSL-062008250008 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations as a ENVIRONMENTAL PROTECTION SPECIALIST, IC-0028-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** ENVIRONMENTAL PROTECTION SPECIALIST, IC-0028-11, Step 04
- **Base Salary: $70,176**Per Year
- **Locality Adjustment: $16,695**Per Year
- **Salary: $86,871.00** Per Year
- **Duty Station:** Athens, Georgia
- **Appointment Type:** Stafford Act Excepted Service DIRECT CHARGE CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=007f0c55-58a0-44c1-9d67-2d6cd9c522d4&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Athens, Georgia. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Courtney Hutchinson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
courtney.hutchinson@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:**         ████████████

**CC:**        ligaya.white@fema.dhs.gov,sara.everingham@fema.dhs.gov

**From:**      usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham)

**Sent:**      5/1/2026 12:31 EDT

**Subject:**   FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-R10-6M2510MI6714

## Federal Emergency Management Agency

████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Ten, Mitigation Division as a Environmental Protection Specialist, IC-0028-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-13, Step 03
- **Base Salary: $96,987**Per Year
- **Locality Adjustment: $30,619**Per Year
- **Salary: $127,606*** Per Year
- **Duty Station:** Bothell, Washington
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=844fe82c-9258-419a-bdcb-6cb9c3f4353c&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | kevin.caulfield@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/1/2026 14:39 EDT |
| **Subject:** | FEMA - Tentative Job Offer TELECOMMUNICATIONS SPECIALIST - CORE-OSO-061810310009-87858 |

## Federal Emergency Management Agency

█████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Security Officer, Security Operations Division, Security Technology Branch, Technical Security Design Section as a TELECOMMUNICATIONS SPECIALIST, IC-0391-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** TELECOMMUNICATIONS SPECIALIST, IC-0391-13, Step 05
- **Base Salary: $103,049** Per Year
- **Locality Adjustment: $34,975** Per Year
- **Salary: $138,024** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=3e80a26a-ba91-4b14-a529-52001f20f0bf&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

**4.Drug Testing:** This position is a Testing Designated Position (TDP) because of its security, public health, and/or public safety sensitivity and is subject to random drug testing. You must submit to a drug test to proceed with the hiring process. The Drug Program Coordinator will contact you with a location, date and time for testing. In the event of a refusal to be tested or a positive test, the selection process will cease and your tentative offer rescinded. Upon favorable response to testing, we will proceed with the hiring process.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation

requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮

**CC:** valerie.greenwood@fema.dhs.gov,damarisperezsanz@gmail.com,chloe.kissinger@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger)

**Sent:** 5/2/2026 9:30 EDT

**Subject:** FEMA - Tentative Job Offer Grants Management Specialist - CORE-OCFO-061905070056-APRIL2026

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field-Based Operations Unit, as a Grants Management Specialist, IC-1109-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Grants Management Specialist, IC-1109-11, Step 05
- **Base Salary: $72,303**Per Year
- **Locality Adjustment: $12,335**Per Year
- **Salary: $84,638** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=44b4db33-ad51-4455-9a87-38439dc022d1&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Page 2 of 2

Karamotu Akinfenwa
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
karamotu.akinfenwa@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮

**CC:** mabel.james@fema.dhs.gov,brandon.kline@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar)

**Sent:** 5/1/2026 15:21 EDT

**Subject:** FEMA - Tentative Job Offer Civil Engineer - CORE-ORR-061804050024



## Federal Emergency Management Agency

▮▮▮▮ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, Public Assistance Division, Specialized Unit 2, as a Civil Engineer, IC-0810-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Civil Engineer, IC-0810-13, Step 05
- **Base Salary: $103,049** Per Year
- **Locality Adjustment: $34,675**Per Year
- **Salary: $138,024** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a4b25a58-73e9-4aac-9bfe-1c81029ad680&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████ |
| **CC:** | josefina.carey@fema.dhs.gov,jaclyn.leathers@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| **Sent:** | 5/1/2026 11:53 EDT |
| **Subject:** | FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-RSL-062008250035 |

## Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Environmental Planning and Historical Preservation, Office of Operations, Cadre Coordination Branch as a Environmental Protection Specialist, IC-0028-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-11, Step 02
- **Base Salary: $65,922**Per Year
- **Locality Adjustment: $11,246**Per Year
- **Salary: $77,168** Per Year
- **Duty Station:** New Orleans, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=f5d8e678-3e56-490a-a461-cf9a3f2f39a8&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Jaclyn Leathers
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jaclyn.leathers@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████

**CC:** cheryl.pierce@fema.dhs.gov,mario.campizaymat@fema.dhs.gov,chloe.kissinger@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger)

**Sent:** 5/2/2026 9:15 EDT

**Subject:** FEMA - Tentative Job Offer Logistics Management Specialist - CORE-R2-061806130219

## Federal Emergency Management Agency

████████████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Logistics Management Specialist, IC-0346-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Logistics Management Specialist, IC-0346-9, Step 07
- **Base Salary: $63,275**Per Year
- **Locality Adjustment: $10,795**Per Year
- **Salary: $74,070** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=7f87ff13-e1cd-4560-8ee0-cb17b58d5fc5&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████ |
| **CC:** | sean.wolridge@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Jose Flores) |
| **Sent:** | 5/2/2026 12:30 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Specialist (Policy) - H32302210004 |

## Federal Emergency Management Agency

███████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate,, Office Of Hermit's Peak/Calf Canyon Fire Claims, Hermit's Peak Office as a Program Specialist (Policy), IC-0301-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Specialist (Policy), IC-0301-13, Step 02
- **Base Salary: $93,956** Per Year
- **Locality Adjustment: $17,222**Per Year
- **Salary: $111,178** Per Year
- **Duty Station:** Santa Fe, New Mexico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=3023a864-fcc0-4620-8ab5-41bf4d881824&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

This position is not eligible for Federal Benefits.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████

**CC:** yanira.awang@fema.dhs.gov,angela.knight@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Angela Knight)

**Sent:** 5/4/2026 15:55 EDT

**Subject:** FEMA - Tentative Job Offer Management and Program Analyst - CORE-ORR-0623RRRD2425

## Federal Emergency Management Agency

████████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Individual Assistance Division, Individuals and Households Branch as a Management and Program Analyst, IC-0343-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Management and Program Analyst, IC-0343-11, Step 03
- **Base Salary: $68,049**Per Year
- **Locality Adjustment: $23,096**Per Year
- **Salary: $91,145** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=d856fcc9-7b7e-474e-a2e6-1f25c3ca2ab3&type=tentative to accept or decline this position by 05/07/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest

convenience. **Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Angela Knight
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
angela.knight@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| To: | ████████████████████ |
| --- | --- |
| CC: | kasia.pruitt@fema.dhs.gov,corinna.giacalone@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| Sent: | 5/1/2026 12:50 EDT |
| Subject: | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R8-62007220066 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Eight, Recovery Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561.00**Per Year
- **Locality Adjustment: $24,892.00**Per Year
- **Salary: $106,453.00** Per Year
- **Duty Station:** Lakewood, Colorado
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=fe11dfc5-ea35-4278-aef4-6e5f6ec82303&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████ |
| **CC:** | sara.gonzalez@fema.dhs.gov,brian.holt@fema.dhs.gov,ryann.shelburne@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne) |
| **Sent:** | 5/1/2026 11:33 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-ORR-061901290004 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Interagency Coordination Division, Response and Recovery-Recovery Directorate-INTERAGENCY COORD DIVISION as a Program Analyst, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-12, Step 3
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $27,682**Per Year
- **Salary: $109,243** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=b6b3f222-bfab-40ba-988a-b1decc634f6e&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

5/6/2026 14:18 EDT

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████ |
| **CC:** | sara.gonzalez@fema.dhs.gov,michael.birchenough@fema.dhs.gov,ryann.shelburne@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne) |
| **Sent:** | 5/1/2026 12:27 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-ORR-06-DRF-RECV-31215 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Reporting and Analytics Division, Response and Recovery-Recovery Directorate-Reporting & Analytics Division-Data Services Unit as a Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-13, Step 6
- **Base Salary: $106,080** Per Year
- **Locality Adjustment: $28,917**Per Year
- **Salary: $134,997** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a10cb9c8-e7d3-4396-bd75-8596138760c1&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████████

**CC:** keith.williams@fema.dhs.gov,marvin.jones@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar)

**Sent:** 5/1/2026 15:28 EDT

**Subject:** FEMA - Tentative Job Offer Communications Specialist - CORE-06-DRS-LOG-93011

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Logistics Systems Division, as a Communications Specialist, IC-0301-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Communications Specialist, IC-0301-13, Step 06
- **Base Salary: $106,080** Per Year
- **Locality Adjustment: $36,004** Per Year
- **Salary: $142,084** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=de1ec4c1-b400-420c-a9e1-835d75db3545&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ██████████████ |
| **CC:** | sara.gonzalez@fema.dhs.gov,tisha.panter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Mehwish Zafar) |
| **Sent:** | 5/1/2026 13:14 EDT |
| **Subject:** | FEMA - Tentative Job Offer Appeal Analyst - CORE-ORR-061801020011 |

## Federal Emergency Management Agency

██████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, Appeals Team 2, as a Appeal Analyst, IC-0301-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Appeal Analyst, IC-0301-13, Step 04
- **Base Salary: $100,018**Per Year
- **Locality Adjustment:** $**17,063** Per Year
- **Salary: $117,081** Per Year
- **Duty Station:** San Juan, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=82e34479-389e-4f5e-aada-573bb9543aed&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Mehwish Zafar
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mehwish.zafar@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

Page 2 of 2

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮

**CC:** austin.johnson@fema.dhs.gov,barret.curtis@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson)

**Sent:** 5/1/2026 19:11 EDT

**Subject:** FEMA - Tentative Job Offer Training Specialist - CORE-R6-06-DRF-DRM-00127

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, National Preparedness Division, Regional Integration Branch as a Training Specialist, IC-1712-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Training Specialist, IC-1712-12, Step 5
- **Base Salary: $86,659**Per Year
- **Locality Adjustment: $23,623**Per Year
- **Salary: $110,282** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=18187e8b-e9b6-494a-a7df-051ca35e1db4&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████ |
| **CC:** | austin.johnson@fema.dhs.gov,sara.gonzalez@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson) |
| **Sent:** | 5/2/2026 12:24 EDT |
| **Subject:** | FEMA - Tentative Job Offer Appeal Analyst - CORE-ORR-06-DRF-RECV-AA-31 |

## Federal Emergency Management Agency

████████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recover Directorate, Public Assistance Division, as a Appeal Analyst, IC-0301-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Appeal Analyst, IC-0301-13, Step 5
- **Base Salary: $103,049**Per Year
- **Locality Adjustment: $17,580**Per Year
- **Salary: $120,629** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=efd84f99-a913-4750-994d-f4c9edf954c1&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | heather.hale@fema.dhs.gov,adrienne.diggs@fema.dhs.gov,ryann.shelburne@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne) |
| **Sent:** | 5/1/2026 11:23 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Analyst - CORE-ORR-0621RRRD0065 |

**Federal Emergency Management Agency**

████████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Response and Recovery-Recovery Directorate-Individual Assistance Division-Program Support Branch as a Program Analyst, IC-0343-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-11, Step 9
- **Base Salary: $80,811** Per Year
- **Locality Adjustment: $27,427** Per Year
- **Salary: $108,238** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=d32d5a31-8815-41f6-9a15-9eec6768ccc6&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮ |
| **CC:** | chloe.kissinger@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger) |
| **Sent:** | 5/2/2026 9:08 EDT |
| **Subject:** | FEMA - Tentative Job Offer Management and Program Analyst - CORE-ORR-0623RRRD2428 |

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Management and Program Analyst, IC-0343-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Management and Program Analyst, IC-0343-11, Step 04
- **Base Salary: $70,176**Per Year
- **Locality Adjustment: $19,130**Per Year
- **Salary: $89,306** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=3377e008-1120-457b-8dbc-d0e79fc7e110&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Chloe Kissinger
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
chloe.kissinger@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████████████

**CC:** austin.johnson@fema.dhs.gov,marvin.jones@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson)

**Sent:** 5/1/2026 14:12 EDT

**Subject:** FEMA - Tentative Job Offer Logistics Management Specialist - CORE-061912200006

**Federal Emergency Management Agency**

████████████████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Logistics Operations Division as a Logistics Management Specialist, IC-0346-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Logistics Management Specialist, IC-0346-11, Step 5
- **Base Salary: $72,303**Per Year
- **Locality Adjustment: $12,335**Per Year
- **Salary: $84,638** Per Year
- **Duty Station:** Caguas, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=6f7f596d-0168-412d-8512-8c552d9f8919&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information:

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** heather.hale@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy)

**Sent:** 5/1/2026 9:19 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-06-DRF-ND-00011

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary:** $81,561 Per Year
- **Locality Adjustment:** $27,682Per Year
- **Salary:** $109,243 Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=017fc56c-88e0-4de1-8560-401338d7b6fe&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮ |
| **CC:** | vernae.childrey@fema.dhs.gov,aleia.eanes@fema.dhs.gov,marvin.jones@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes) |
| **Sent:** | 5/1/2026 17:32 EDT |
| **Subject:** | FEMA - Tentative Job Offer Materials Handler - CORE-ORR-061909240036 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Logistics Operations Division, Manufactured Housing Unit Operations Site - Selma as a Materials Handler, WG-6907-6. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Materials Handler, WG-6907-6, Step 05
- **Base Salary: $25.84**Per Hour
- **Locality Adjustment: included**
- **Salary: $25.84** Per Hour
- **Duty Station:** Selma, Alabama
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=3557e073-c324-4d31-a6f5-7d40af61243c&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Aleia Eanes
Lead HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
aleia.eanes@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ██████████████████████████

**CC:** yanira.awang@fema.dhs.gov,jose.centeno@fema.dhs.gov,ryann.shelburne@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Ryann Shelburne)

**Sent:** 5/1/2026 14:58 EDT

**Subject:** FEMA - Tentative Job Offer Workforce Assistant - CORE-ORR-06-DRF-MC-00545

## Federal Emergency Management Agency

██████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Response and Recovery, Service Center Support as a Workforce Assistant, IC-0303-7. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Workforce Assistant, IC-0303-7, Step 4
- **Base Salary: $47,417** Per Year
- **Locality Adjustment: $16,093**Per Year
- **Salary: $63,510** Per Year
- **Duty Station:** Hyattsville, Maryland
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=5e8495ce-dd99-4db3-afa7-10330e7e7aca&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

5/6/2026 14:12 EDT                                                                                           Page 1 of 2

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Ryann Shelburne
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
ryann.shelburne@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████ |
| **CC:** | joshua.patterson@fema.dhs.gov,graceanna.enzinger@fema.dhs.gov,josefina.carey@fema.dhs.gov,jaclyn.leathers@fema.dhs.gov,judith.estrella@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Judith Estrella) |
| **Sent:** | 5/2/2026 10:18 EDT |
| **Subject:** | FEMA - Tentative Job Offer PROGRAM ANALYST - CORE-RSL-06-DRF-FIMA-081502 |

**Federal Emergency Management Agency**

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Federal Insurance and Mitigation Administration, Mitigation/REGIONAL SUPPORT TEAM as a PROGRAM ANALYST, IC-0343-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** PROGRAM ANALYST, IC-0343-11, Step 3
- **Base Salary: $**68,049Per Year
- **Locality Adjustment: $**21,483Per Year
- **Salary: $89,532** Per Year
- **Duty Station:** Bothell, Washington
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1-year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0d97bdb8-93da-47b5-8738-b144c30cbf43&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Judith Estrella
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
Judith.Estrella@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████████████████ |
| **CC:** | joseph.ghattas@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| **Sent:** | 5/1/2026 11:57 EDT |
| **Subject:** | FEMA - Tentative Job Offer Investigator - CORE-OA-061906050030 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of Professional Responsibility, Internal Investigations Division, Internal Investigations Branch as a Investigator, IC-1810-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Investigator, IC-1810-13, Step 03
- **Base Salary: $96,987.00**Per Year
- **Locality Adjustment: $32,917.00**Per Year
- **Salary: $129,904.00** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FT
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=27d5f1c7-c8d5-45e7-bb04-ceb983bcc554&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

**4.Drug Testing:** This position is a Testing Designated Position (TDP) because of its security, public health, and/or public safety sensitivity and is subject to random drug testing. You must submit to a drug test to proceed with the hiring process. The Drug Program Coordinator will contact you with a location, date and time for testing. In the event of a refusal to be tested or a positive test, the selection process will cease and your tentative offer rescinded. Upon favorable response to testing, we will proceed with the hiring process.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation

requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | anetra.cordier@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy) |
| **Sent:** | 5/1/2026 15:48 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-06-DRF-MC-00154 |

## Federal Emergency Management Agency

████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 03
- **Base Salary: $56,243** Per Year
- **Locality Adjustment: $19,089**Per Year
- **Salary: $75,332** Per Year
- **Duty Station:** Hyattsville, Maryland
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=4431e21e-56f3-4eff-b104-7dd95f8e961c&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** barret.curtis@fema.dhs.gov,christopher.mabry@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry)

**Sent:** 5/1/2026 18:32 EDT

**Subject:** FEMA - Tentative Job Offer Public Affairs Specialist - IMAT-R6-06-DRF-RGIMAT-022140

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Response Division as a Public Affairs Specialist, IT-1035-4. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Public Affairs Specialist, IT-1035-4, Step
- **Base Salary: $47.17** Per Hour
- **Locality Adjustment: $12.86**Per Hour
- **Salary: $60.03** Per Hour
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service IMAT Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=273c8018-00a6-4fc4-aba0-2bcac054af1a&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | carlos.zenocortes@fema.dhs.gov,kenneth.manco@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Manco) |
| **Sent:** | 5/1/2026 9:05 EDT |
| **Subject:** | FEMA - Tentative Job Offer Human Resources Specialist (Staffing & Placement) - CORE-OCHCO-06-DRF-OCCHCO-110407 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Human Capital Officer, Office of Human Resources Operations, Stafford Act Staffing Division, Disaster Workforce Staffing Branch as a Human Resources Specialist (Staffing & Placement), IC-0201-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Human Resources Specialist (Staffing & Placement), IC-0201-12, Step 5
- **Base Salary:** $86,659Per Year
- **Locality Adjustment:** $29,412Per Year
- **Salary: $116,071** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a2b67db9-6a79-4a69-9983-a26946e5da55&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Manco
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.manco@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | jennifer.ours@fema.dhs.gov,kimberly.potter@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kimberly Potter) |
| **Sent:** | 5/1/2026 14:46 EDT |
| **Subject:** | FEMA - Tentative Job Offer IT specialist (CUSTSPT) - CORE-OCIO-06-DRF-IT-00042 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Information Officer, Operations, Operations & Services, Service Center, Voice Service Branch as a IT specialist (CUSTSPT), IC-2210-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** IT specialist (CUSTSPT), IC-2210-9, Step 05
- **Base Salary: $59,759** Per Year
- **Locality Adjustment: $20,282** Per Year
- **Salary: $80,041** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=4d5d5135-6e2d-4d3d-9740-81ed756b5f28&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kimberly Potter
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kimberly.potter@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ██████████████████ |
| **CC:** | frankie.senegal@fema.dhs.gov,austin.johnson@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson) |
| **Sent:** | 5/1/2026 14:37 EDT |
| **Subject:** | FEMA - Tentative Job Offer SUPERVISORY MANAGEMENT & PROGRAM ANALYST - CORE-OCFO-06-DRF-CM-FM-0002-APRIL2026 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field-Based Operations Unit, as a SUPERVISORY MANAGEMENT & PROGRAM ANALYST, IC-0343-14. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** SUPERVISORY MANAGEMENT & PROGRAM ANALYST, IC-0343-14, Step 6
- **Base Salary:** $125,356Per Year
- **Locality Adjustment:** $42,546Per Year
- **Salary: $167,902** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=c08af3dc-e9f0-43b6-b8b5-5d254af85c19&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

This position is not eligible for Federal Benefits.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- New Supervisor - Notice of Ethical Obligations.pdf..pdf
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████

**CC:** cheryl.pierce@fema.dhs.gov,glenise.allen@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Cheryl Pierce)

**Sent:** 5/2/2026 18:40 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Mitigation) - CORE-RSL-061908290069

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Resilience, Resilience-FIMA, Mitigation, Hm Cadre Management Branch as a Emergency Management Specialist (Mitigation), IC-0089-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Mitigation), IC-0089-11, Step 03
- **Base Salary: $68,049**Per Year
- **Locality Adjustment: $18,795**Per Year
- **Salary: $86,844** Per Year
- **Duty Station:** Rosemount, Minnesota
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=50c51b02-4d0d-4907-90bd-7db827b86147&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Cheryl Pierce
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
cheryl.pierce@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮

**CC:** sara.gonzalez@fema.dhs.gov,austin.johnson@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson)

**Sent:** 5/2/2026 12:25 EDT

**Subject:** FEMA - Tentative Job Offer Insurance Specialist - CORE-ORR-061810160001

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Public Assistance Division, Insurance Unit as a Insurance Specialist, IC-1101-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Insurance Specialist, IC-1101-12, Step 3
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $22,234**Per Year
- **Salary: $103,795** Per Year
- **Duty Station:** Denton, Texas
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ\Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=5b7e5bdc-3906-4eef-84c5-caea3376148f&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████

**CC:** heather.hale@fema.dhs.gov,alyssa.gillespy@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Alyssa Gillespy)

**Sent:** 5/1/2026 14:40 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-06-DRF-VC-00220

## Federal Emergency Management Agency

████████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Emergency Management Specialist (Recovery), IC-0089-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-11, Step 04
- **Base Salary: $70,176** Per Year
- **Locality Adjustment: $23,818**Per Year
- **Salary: $93,994** Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=f62f8e7e-8170-465d-8d46-06abc385cb47&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alyssa Gillespy
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alyssa.gillespy@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** krystle.wagemann@fema.dhs.gov,luis.rodriguez@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Krystle Wagemann)

**Sent:** 5/1/2026 14:39 EDT

**Subject:** FEMA - Tentative Job Offer Public Affairs Specialist (Social Content) - CORE-R1-06DRFRG0150030

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region One, Regional Administrator as a Public Affairs Specialist (Social Content), IC-1035-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Public Affairs Specialist (Social Content), IC-1035-12, Step 05
- **Base Salary: $**86,659 Per Year
- **Locality Adjustment: $**28,234Per Year
- **Salary: $114,893** Per Year
- **Duty Station:** Cambridge, Massachusetts
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=fe91e206-570c-4d8c-8bcb-31a3b84aa1c0&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Krystle N. Wagemann
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
krystle.wagemann@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | valerie.greenwood@fema.dhs.gov,karamotu.akinfenwa@fema.dhs.gov,aleia.eanes@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes) |
| **Sent:** | 5/2/2026 9:48 EDT |
| **Subject:** | FEMA - Tentative Job Offer Supervisory Grants Management Specialist - CORE-OCFO-06-DRF-OCFO-092202-APRIL2026 |

## Federal Emergency Management Agency

████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Office of the Chief Financial Officer, Field-Based Operations Unit, as a Supervisory Grants Management Specialist, IC-1109-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Grants Management Specialist, IC-1109-13, Step 05
- **Base Salary: $103,049**Per Year
- **Locality Adjustment: $17,580**Per Year
- **Salary: $120,629** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0c865d0f-449e-49c8-8b9e-3197a2f92a55&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Karamotu Akinfenwa
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
karamotu.akinfenwa@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:**　　　　　████████████████

**CC:**　　　　　austin.johnson@fema.dhs.gov,anetra.cordier@fema.dhs.gov

**From:**　　　usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson)

**Sent:**　　　5/1/2026 14:12 EDT

**Subject:**　FEMA - Tentative Job Offer Senior Program Specialist - CORE-ORR-0623RRRD2337

## Federal Emergency Management Agency

████████████████,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, Individuals and Households Branch as a Senior Program Specialist, IC-0301-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Senior Program Specialist, IC-0301-12, Step 3
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,896**Per Year
- **Salary: $95,457** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Term appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=d8e2bc62-1c45-40b8-9abf-0cef7d232e75&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:

New Hire Questionnaire

DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act

OF-306: Declaration for Federal Employment

FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request

**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

Annuitant Questionnaire

Conditions of Employment

Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | marvin.jones@fema.dhs.gov,vernae.childrey@fema.dhs.gov,aleia.eanes@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes) |
| **Sent:** | 5/2/2026 10:44 EDT |
| **Subject:** | FEMA - Tentative Job Offer Materials Handler - CORE-061909240016 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Logistics Operations Division, Manufactured Housing Unit Operations Site - Selma as a Materials Handler, WG-6907-6. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Materials Handler, WG-6907-6, Step 05
- **Base Salary: $25.84**Per Hour
- **Locality Adjustment: included**
- **Salary: $25.84** Per Hour
- **Duty Station:** Selma, Alabama
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type: HQ FTE**
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=ec1efa4a-e413-4acc-9e90-94f9bf5c890c&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Aleia Eanes
Lead HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
aleia.eanes@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████████

**CC:** ligaya.white@fema.dhs.gov,sara.everingham@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Sara Everingham)

**Sent:** 5/1/2026 12:39 EDT

**Subject:** FEMA - Tentative Job Offer Historic Preservation Specialist - CORE-R10-6M2310MI2500

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Ten, Mitigation Division, Environmental and Historic Preservation Branch, Non-Hazard Mitigation Assistance as a Historic Preservation Specialist, IC-0301-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Historic Preservation Specialist, IC-0301-12, Step 01
- **Base Salary: $76,463** Per Year
- **Locality Adjustment: $24,139** Per Year
- **Salary: $100,602** Per Year
- **Duty Station:** Bothell, Washington
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=eac8fc3d-3a00-41c8-a70a-25520aa4f5ea&type=tentative to accept or decline this position by 05/03/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Sara R. Everingham
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
sara.everingham@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▉▉▉▉▉▉▉ |
| **CC:** | cynthia.jones@fema.dhs.gov,robin.hansberry@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| **Sent:** | 5/1/2026 17:49 EDT |
| **Subject:** | FEMA - Tentative Job Offer Supply Specialist - IMC-LOG-62006140060-MAY2026 |

## Federal Emergency Management Agency

▉▉▉▉▉▉

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, as a Supply Specialist, IT-2001-2. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supply Specialist, IT-2001-2, Step
- **Base Salary: $27.63** Per Hour
- **Locality Adjustment: $6.15**Per Hour
- **Salary: $33.78** Per Hour
- **Duty Station:** Raeford, North Carolina
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:**  Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Expeditionary Workforce
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=8202c342-9338-4aa3-8ce5-c3ae3ef11492&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Raeford, North Carolina. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ■■■■■■■■ |
| **CC:** | vicki.rygiel@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards) |
| **Sent:** | 5/1/2026 13:01 EDT |
| **Subject:** | FEMA - Tentative Job Offer Program Specialist (Grants) - CORE-R8-062308GP3150 |

## Federal Emergency Management Agency

■■■■■■■

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Eight, Grants Management Division as a Program Specialist (Grants), IC-0301-09. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Specialist (Grants), IC-0301-09, Step 05
- **Base Salary: $59,759.00**Per Year
- **Locality Adjustment: $18,238.00**Per Year
- **Salary: $77,997.00** Per Year
- **Duty Station:** Lakewood, Colorado
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=a1061c11-3313-46fb-bcad-0ffad281ce30&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮

**CC:** juwan.madaki@fema.dhs.gov,jeffrey.smyly@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Kenneth Richards)

**Sent:** 5/1/2026 14:03 EDT

**Subject:** FEMA - Tentative Job Offer Environmental Protection Specialist - CORE-R9-062009010021

## Federal Emergency Management Agency

▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Nine, Mitigation Division as a Environmental Protection Specialist, IC-0028-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Environmental Protection Specialist, IC-0028-12, Step 04
- **Base Salary: $84,110.00**Per Year
- **Locality Adjustment: $38,9877.00**Per Year
- **Salary: $123,087.00** Per Year
- **Duty Station:** Oakland, California
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 1 Year
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=071eed67-21cf-4ed3-a8dc-fe20d04331eb&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Kenneth Richards
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
kenneth.richards@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████ |
| **CC:** | james.orchard@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Keri Huntzberry) |
| **Sent:** | 4/30/2026 13:51 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - IMCORE-IRC-06-DRF-MM-NDRS-0016-APRIL2026 |

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Interagency Coordination Division, Cadre Management Support Office as a Emergency Management Specialist (Recovery), IT-0089-2. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IT-0089-2
- **Base Salary: $38.87**Per Hour
- **Locality Adjustment: $10.60**Per Hour
- **Salary: $49.47*** Per Hour
- **Duty Station:** Fort Worth, Texas
- **Appointment Type:** Stafford Act Excepted Service IMCORE Temporary appointment
- **Appointment Length:** Not to exceed 1 year.
- **Every Employee is an Emergency Manager Position Type:** IM-CORE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=4a0608d2-3c45-4666-b944-db823b5832de&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Your official duty station is your residence of record Fort Worth, Texas. It Is your responsibility to:

- Maintain accurate address records with FEMA. You must notify your HR Specialist immediately if your address changes prior to your start date as this may impact your job offer; including your duty station and total pay rate. If you move after your start date, you must notify your supervisor immediately so they may initiate the process to update your duty station, pay rate, and any applicable tax forms.
- Foster an environment that ensures you can perform your official duties safely, as well as home maintenance, insurance and utilities required to operate Government equipment that is issued to you, including cell phones and laptop.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Keri Huntzberry
Supervisory HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
keri.a.huntzberry@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▆▆▆▆▆▆▆▆▆▆

**CC:** shannon.blair@fema.dhs.gov,chloe.kissinger@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger)

**Sent:** 5/6/2026 16:58 EDT

**Subject:** FEMA - Tentative Job Offer Transportation Specialist - CORE-ORR-LOG-FEMA2

## Federal Emergency Management Agency

▆▆▆▆▆▆

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Logistics Management Directorate, Transportation Division, Transportation Operations Branch as a Transportation Specialist, IC-2101-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Transportation Specialist, IC-2101-12, Step 05
- **Base Salary:** $86,659 Per Year
- **Locality Adjustment:** $29,412 Per Year
- **Salary:** $116,071 Per Year
- **Duty Station:** Winchester, Virginia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to Exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=6cfe7dbd-28d8-489e-8d7c-0bc145d43e38&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Chloe Kissinger
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
chloe.kissinger@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

| | |
|---|---|
| To: | ████████████████ |
| CC: | linel.tristanimartinez@fema.dhs.gov,claude.hyacinthe@fema.dhs.gov,alma.hernandezperez@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Alma Hernandez Perez) |
| Sent: | 5/5/2026 7:26 EDT |
| Subject: | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-062202RD1355 |

Federal Emergency
Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Recovery Division as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 3
- **Base Salary:** $ 56,243Per Year
- **Locality Adjustment:** $ 21,344Per Year
- **Salary:** $77,587 Per Year
- **Duty Station:** New York, New York
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=b4d29b9f-8afa-4436-a315-aa3d36db7156&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like

to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance

Healthcare Flexible Spending Account (FSAFEDS)

Sick Leave

Paid Travel

Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alma Hernandez Perez

HR Specialist

FEMA OCHCO | Stafford Act Staffing Division

alma.hernandezperez@fema.dhs.gov

Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:        ██████████████

CC:        lekisha.crawford@fema.dhs.gov,alma.hernandezperez@fema.dhs.gov,cynthia.mars@fema.dhs.gov

From:      usastaffingoffice@usastaffing.gov (on behalf of Alma Hernandez Perez)

Sent:      5/6/2026 14:38 EDT

Subject:   FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - COREREG6062106RD0306

## Federal Emergency Management Agency

██████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Regional Administrator, Louisiana Recovery Office as a Emergency Management Specialist (Recovery), IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-9, Step 05
- **Base Salary: $59,759**Per Year
- **Locality Adjustment: $10,195**Per Year
- **Salary: $69,954** Per Year
- **Duty Station:** Baton Rouge, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=01a69748-e1c9-401b-a5ae-801c64f0ddf9&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Alma Hernandez Perez
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alma.hernandezperez@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

| | |
|---|---|
| To: | ███████████████ |
| CC: | guanina.santiagodejesus@fema.dhs.gov,al.gomez@fema.dhs.gov,angel.melendezmorales@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Brenda Young) |
| Sent: | 5/5/2026 11:37 EDT |
| Subject: | FEMA - Tentative Job Offer Executive Officer - CORE-R2-061806130906 |

Federal Emergency
Management Agency

███████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Executive Officer, IC-0301-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Executive Officer, IC-0301-13, Step 1
- **Base Salary: $90, 925**Per Year
- **Locality Adjustment: $15, 512**Per Year
- **Salary: $106,437** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.***Update*** Benefits
This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Brenda Young
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brenda.young@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:

CC: shannon.blair@fema.dhs.gov,hilary.goldstein@fema.dhs.gov

From: usastaffingoffice@usastaffing.gov (on behalf of Hilary Goldstein)

Sent: 5/6/2026 17:16 EDT

Subject: FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-ORR-FEMA1

## Federal Emergency Management Agency

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Individual Assistance Division, as a Emergency Management Specialist (Recovery), IC-0089-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-13, Step 3
- **Base Salary: $96,987**Per Year
- **Locality Adjustment: $32,917**Per Year
- **Salary: $129,904** Per Year
- **Duty Station:** District of Columbia, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=2227e955-8bb4-4245-8d7e-b284f21533ee&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits:**

This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Hilary K. Goldstein
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
hilary.goldstein@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

| | |
|---|---|
| To: | ████████████ |
| CC: | guanina.santiagodejesus@fema.dhs.gov,al.gomez@fema.dhs.gov,angel.melendezmorales@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Brenda Young) |
| Sent: | 5/5/2026 9:48 EDT |
| Subject: | FEMA - Tentative Job Offer Executive Officer - CORE-R2-061805020048 |

Federal Emergency
Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Executive Officer, IC-0301-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Executive Officer, IC-0301-12, Step 3
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request

**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.***Update* Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Brenda Young
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brenda.young@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:          ████████████

CC:          al.gomez@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov

From:        usastaffingoffice@usastaffing.gov (on behalf of Jose Flores)

Sent:        5/5/2026 7:54 EDT

Subject:     FEMA - Tentative Job Offer Program Analyst - CORE-R2-061806130538

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices,, Region Two,, Regional Administrator, Caribbean, Area Divsion as a Program Analyst, IC-0343-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-9, Step 04
- **Base Salary: $58,001**Per Year
- **Locality Adjustment: $9,895**Per Year
- **Salary: $67,896** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 6 months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.


Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance

Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

Case 3:25-cv-03698-SI Document 383-1 Filed 05/07/26 Page 259 of 300

Case 3:25-cv-03698-SI Document 383-1 Filed 05/07/26 Page 259 of 300

| | |
|---|---|
| To: | ███████████ |
| CC: | alma.hernandezperez@fema.dhs.gov,lekisha.crawford@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Alma Hernandez Perez) |
| Sent: | 5/6/2026 14:33 EDT |
| Subject: | FEMA - Tentative Job Offer Supervisory Logistics Management Specialist - COREREG6062106RS0345 |

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Regional Administrator, Louisiana Recovery Office as a Supervisory Logistics Management Specialist, IC-0346-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Logistics Management Specialist, IC-0346-13, Step 03
- **Base Salary: $96,987** Per Year
- **Locality Adjustment: $16,546** Per Year
- **Salary: $113,533** Per Year
- **Duty Station:** Baton Rouge, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=8f7ad3cc-8dbd-489d-8713-c847cc5168fd&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:

                                                                   Page 1 of 2

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Alma Hernandez Perez
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alma.hernandezperez@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ██████████ |
| **CC:** | maria.marcum@fema.dhs.gov,lorie.lafon@fema.dhs.gov,audra.collier@fema.dhs.gov,brittany.schwarz@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Brittany Schwarz) |
| **Sent:** | 5/6/2026 15:12 EDT |
| **Subject:** | FEMA - Tentative Job Offer EMERGNECY MANAGEMENT SPECIALIST - CORE-R6-062306RA3134 |

## Federal Emergency Management Agency

██████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, as a EMERGNECY MANAGEMENT SPECIALIST, IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** EMERGNECY MANAGEMENT SPECIALIST, IC-0089-9, Step 4
- **Base Salary: $58,001**Per Year
- **Locality Adjustment: $9,895** Per Year
- **Salary: $67,896** Per Year
- **Duty Station:** Baton Rouge, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six month
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=af58199b-617d-46b6-b736-8b4ae9ff1df3&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Brittany M. Schwarz
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brittany.schwarz@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

**To:** ████████████████

**CC:** mellen.jackson@fema.dhs.gov,al.gomez@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of MEllen Jackson)

**Sent:** 5/1/2026 16:23 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130693

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service IC-CORE appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit** https://onboard.usastaffing.gov//?selectee=ae7a8b15-9aa5-4d3a-8e86-b97e4c859676&type=tentative **to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position is not eligible for Federal Benefits.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


MEllen Jackson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mellen.jackson@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ████████████

**CC:** alma.hernandezperez@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Alma Hernandez Perez)

**Sent:** 5/4/2026 16:37 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130663

## Federal Emergency Management Agency

████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Recovery Office as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 3
- **Base Salary: $81,561** Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Alma Hernandez Perez
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alma.hernandezperez@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| To: | ▮▮▮▮▮▮ |
| CC: | maria.marcum@fema.dhs.gov,audra.collier@fema.dhs.gov,lorie.lafon@fema.dhs.gov,brittany.schwarz@fema.dhs.gov |
| From: | usastaffingoffice@usastaffing.gov (on behalf of Brittany Schwarz) |
| Sent: | 5/6/2026 15:17 EDT |
| Subject: | FEMA - Tentative Job Offer EMERGENCY MANAGEMENT SPECIALIST - CORE-R6-062306RA3133 |

## Federal Emergency Management Agency

▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, as a EMERGENCY MANAGEMENT SPECIALIST, IC-0089-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** EMERGENCY MANAGEMENT SPECIALIST, IC-0089-9, Step 3
- **Base Salary: $56,243**Per Year
- **Locality Adjustment: $9,595**Per Year
- **Salary: $65,838** Per Year
- **Duty Station:** Baton Rouge, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0cc07cb0-6526-4aed-a779-cacb5d48a9e0&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Brittany M. Schwarz
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brittany.schwarz@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

**To:** ███████████████

**CC:** alma.hernandezperez@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Alma Hernandez Perez)

**Sent:** 5/5/2026 15:02 EDT

**Subject:** FEMA - Tentative Job Offer Program Analyst - IC-CORE-06160727002

## Federal Emergency Management Agency

████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Administrative Officer, Accountable Property and Support Services Division as a Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-13, Step 04
- **Base Salary: $100,018**Per Year
- **Locality Adjustment: $33,946** Per Year
- **Salary: $133,964** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Term appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Alma Hernandez Perez
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
alma.hernandezperez@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | guanina.santiagodejesus@fema.dhs.gov,al.gomez@fema.dhs.gov,mellen.jackson@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of MEllen Jackson) |
| **Sent:** | 5/1/2026 15:46 EDT |
| **Subject:** | FEMA - Tentative Job Offer Administrative Support Assistant - CORE-R2-061806130005 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮▮ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, as a Administrative Support Assistant, IC-0303-7. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Administrative Support Assistant, IC-0303-7, Step 05
- **Base Salary: $48,854**Per Year
- **Locality Adjustment: $8,334**Per Year
- **Salary: $57,188** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Term appointment
- **Appointment Length:**  Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=0afccd33-1c5a-41aa-a374-0fc20c3617e7&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position is not eligible for Federal Benefits.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

MEllen Jackson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
mellen.jackson@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | angel.melendezmorales@fema.dhs.gov,al.gomez@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Brenda Young) |
| **Sent:** | 5/5/2026 9:06 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130795 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 3
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13, 914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.
***Update*Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance

Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Brenda Young
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brenda.young@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ███████████

**CC:** al.gomez@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Jose Flores)

**Sent:** 5/2/2026 13:17 EDT

**Subject:** FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130749

## Federal Emergency Management Agency

███████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service, CORE, Temporary appointment
- **Appointment Length:** Not to exceed 6 months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=9c5636ea-b36c-4911-8013-e06c9b19e50d&type=tentative to accept or decline this position by 05/04/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

This position is not eligible for Federal Benefits!

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓

**CC:** mabel.james@fema.dhs.gov,chloe.kissinger@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Chloe Kissinger)

**Sent:** 5/6/2026 15:55 EDT

**Subject:** FEMA - Tentative Job Offer Supervisory Management and Program Analyst - CORE-ORR-06-DRF-CM-PA-0011

## Federal Emergency Management Agency

▓▓▓▓▓▓▓ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Response and Recovery, Recovery Directorate, Public Assistance Division, Field Resource Branch, Cadre Management Section, Central Team 2 as a Supervisory Management and Program Analyst, IC-0343-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Supervisory Management and Program Analyst, IC-0343-13, Step 7
- **Base Salary: $109,111** Per Year
- **Locality Adjustment: $37,032**Per Year
- **Salary: $146,143** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 6 months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=2fcc09b8-2cbf-4009-a802-ab795cf38ed9&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- New Supervisor - Notice of Ethical Obligations.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

To:        ████████████████

CC:        maria.marcum@fema.dhs.gov,lorie.lafon@fema.dhs.gov,brittany.schwarz@fema.dhs.gov

From:      usastaffingoffice@usastaffing.gov (on behalf of Brittany Schwarz)

Sent:      5/5/2026 12:05 EDT

Subject:   FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - R6-CORE-062007220163

## Federal Emergency Management Agency

████████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Recovery Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 4
- **Base Salary: $84,110**Per Year
- **Locality Adjustment: $14,349**Per Year
- **Salary: $98,459** Per Year
- **Duty Station:** San Juan, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** CORE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=c7300ed5-337d-419d-9e05-4b7c42d1f1b9&type=tentative to accept or decline this position by 05/08/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Brittany M. Schwarz
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brittany.schwarz@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ██████████████████████ |
| **CC:** | al.gomez@fema.dhs.gov,guanina.santiagodejesus@fema.dhs.gov,tiffany.largent@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Tiffany Largent) |
| **Sent:** | 5/6/2026 11:32 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130688 |

## Federal Emergency Management Agency

████████████████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 03
- **Base Salary: $81,561**Per Year
- **Locality Adjustment: $13,914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service Core Term appointment
- **Appointment Length:** Not to exceed Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave

Paid Travel
Paid Holidays

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Tiffany Largent
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
tiffany.largent@fema.dhs.gov
Attached Files

- FEMA TJO Attachment (FTE) - Returning April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | guanina.santiagodejesus@fema.dhs.gov,al.gomez@fema.dhs.gov,angel.melendezmorales@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Brenda Young) |
| **Sent:** | 5/5/2026 9:23 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Recovery) - CORE-R2-061806130399 |

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Emergency Management Specialist (Recovery), IC-0089-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Emergency Management Specialist (Recovery), IC-0089-12, Step 3
- **Base Salary: $81, 561**Per Year
- **Locality Adjustment: $13, 914**Per Year
- **Salary: $95,475** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed six months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.***Update* Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Brenda Young
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brenda.young@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ███████████████████ |
| **CC:** | austin.johnson@fema.dhs.gov,megan.fitzgerald@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Austin Johnson) |
| **Sent:** | 5/4/2026 16:59 EDT |
| **Subject:** | FEMA - Tentative Job Offer Emergency Management Specialist (Mitigation) - CORE-R7-06-DRF-DRM-0018 |

## Federal Emergency Management Agency

███████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Seven, Mitigation Division as a Emergency Management Specialist (Mitigation), IC-0089-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Emergency Management Specialist (Mitigation), IC-0089-11, Step 1
- **Base Salary: $63,795**Per Year
- **Locality Adjustment: $12,102**Per Year
- **Salary: $75,897** Per Year
- **Duty Station:** Kansas City, Missouri
- **Appointment Type:** Stafford Act Excepted Service IC-CORE Temporary appointment
- **Appointment Length:**  Not to exceed 6 Months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=b8448ccd-9758-4740-97e9-0c897e5ad5c9&type=tentative to accept or decline this position by 05/05/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

5/6/2026 15:29 EDT

As a FEMA Employee, you may be eligible for Federal Benefits.

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Austin Johnson
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
austin.johnson@fema.dhs.gov
Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

5/6/2026 15:29 EDT

# New Hire Notification

To:                 ███████████████

CC:                 sean.carroll@fema.dhs.gov

From:               usastaffingoffice@usastaffing.gov (on behalf of Jose Flores)

Sent:               5/5/2026 8:07 EDT

Subject:            FEMA - Tentative Job Offer Logistics Management Specialist - CORE-R2-061807030017

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Logistics Management Specialist, IC-0346-13. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Logistics Management Specialist, IC-0346-13, Step 05
- **Base Salary:** $103,049 Per Year
- **Locality Adjustment:** $17,580 Per Year
- **Salary:** $120,629 Per Year
- **Duty Station:** Christiansted, Virgin Islands
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:**  Not to exceed 6 months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment) for additional information.

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Jose Flores
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
jose.flores@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To: ██████████████

CC: shannon.blair@fema.dhs.gov,hilary.goldstein@fema.dhs.gov

From: usastaffingoffice@usastaffing.gov (on behalf of Hilary Goldstein)

Sent: 5/6/2026 17:26 EDT

Subject: FEMA - Tentative Job Offer Program Analyst - CORE-067850SUM300D

## Federal Emergency Management Agency

██████████ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Mission Support, Office of the Chief Human Capital Officer, Office of Human Resources Operations as a Program Analyst, IC-0343-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Program Analyst, IC-0343-12, Step 7
- **Base Salary: $91,757**Per Year
- **Locality Adjustment: $31,142**Per Year
- **Salary: $122,899** Per Year
- **Duty Station:** Washington, District of Columbia
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=1acb41c4-0fd9-4cee-bf6e-b2281d4b462b&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire

**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**

This position may be eligible for the following Federal Benefits:

Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid Holidays

Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Hilary K. Goldstein
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
hilary.goldstein@fema.dhs.gov

Attached Files

- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf

# New Hire Notification

**To:** ███████████████████

**CC:** michelle.braithwaite@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Michelle Braithwaite)

**Sent:** 5/5/2026 15:52 EDT

**Subject:** UPDATED FEMA - Tentative Job Offer Graphic Arts Specialist - CORE-R2-062202EA1592

## Federal Emergency Management Agency

███████████████

We are pleased to extend an updated tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, as a Graphic Arts Specialist, IC-1001-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Graphic Arts Specialist, IC-1001-12, Step 04
- **Base Salary: $84,110**Per Year
- **Locality Adjustment: $14,349**Per Year
- **Salary: $98,459** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service Term appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/04/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits:**
**This position may be eligible for the following Federal Benefits:**
**Federal Employee Health Benefits (FEHB)**

**Dental and Vision Insurance**
**Healthcare Flexible Spending Account (FSAFEDS)**
**Sick Leave**
**Paid Travel**
**Paid Holidays**
Upon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!


Michelle C. Braithwaite
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
michelle.braithwaite@fema.dhs.gov
Attached Files
  - FEMA TJO Attachment (FTE) - Returning April 2026.pdf

# New Hire Notification

| | |
|---|---|
| **To:** | ████████ |
| **CC:** | guanina.santiagodejesus@fema.dhs.gov,linel.tristanimartinez@fema.dhs.gov,aleia.eanes@fema.dhs.gov |
| **From:** | usastaffingoffice@usastaffing.gov (on behalf of Aleia Eanes) |
| **Sent:** | 5/5/2026 7:56 EDT |
| **Subject:** | FEMA - Tentative Job Offer Support Services Specialist - CORE-R2-061806130404 |

## Federal Emergency Management Agency

████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Two, Regional Administrator, Caribbean Area Division as a Support Services Specialist, IC-0342-11. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**

- **Position Title:** Support Services Specialist, IC-0342-11, Step 10
- **Base Salary: $82,938**Per Year
- **Locality Adjustment: $14,149**Per Year
- **Salary: $97,087** Per Year
- **Duty Station:** Guaynabo, Puerto Rico
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed 6 months
- **Every Employee is an Emergency Manager Position Type:** Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=b4433384-983f-4686-85e9-5a8589cb3893&type=tentative to accept or decline this position by 05/06/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.**Benefits:** This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations

and I look forward to hearing from you!

Aleia Eanes
Lead HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
aleia.eanes@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮

**CC:** michelle.braithwaite@fema.dhs.gov,cynthia.mars@fema.dhs.gov,lekisha.crawford@fema.dhs.gov

**From:** usastaffingoffice@usastaffing.gov (on behalf of Michelle Braithwaite)

**Sent:** 5/6/2026 14:26 EDT

**Subject:** FEMA - Tentative Job Offer LOGISTICS MANAGEMENT SPECIALIST - COREREG6062406RA5324

## Federal Emergency Management Agency

▮▮▮▮▮▮▮▮

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Regional Administrator, Louisiana Recovery Office as a LOGISTICS MANAGEMENT SPECIALIST, IC-0346-9. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** LOGISTICS MANAGEMENT SPECIALIST, IC-0346-9, Step 3
- **Base Salary: $56,243**Per Year
- **Locality Adjustment: $9,595**Per Year
- **Salary: $65,838** Per Year
- **Duty Station:** Baton Rouge, Louisiana
- **Appointment Type:** Stafford Act Excepted Service CORE Temporary appointment
- **Appointment Length:** Not to exceed Six Months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/08/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance

Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Michelle C. Braithwaite
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
michelle.braithwaite@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:        ▮▮▮▮▮▮▮▮▮▮

CC:       michelle.braithwaite@fema.dhs.gov,richalle.nash@fema.dhs.gov

From:    usastaffingoffice@usastaffing.gov (on behalf of Michelle Braithwaite)

Sent:    5/6/2026 14:35 EDT

Subject:  FEMA - Tentative Job Offer IT SPECIALIST - CORE-R6-062206RA1000

## Federal Emergency Management Agency

▮▮▮▮▮▮ ,

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Six, Regional Administrator as a IT SPECIALIST, IC-2210-12. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** IT SPECIALIST, IC-2210-12, Step 5
- **Base Salary: $86,659** Per Year
- **Locality Adjustment: $17,635**Per Year
- **Salary: $104,294** Per Year
- **Duty Station:** Austin, Texas
- **Appointment Type:** Stafford Act Excepted Service CORE appointment
- **Appointment Length:** Not to exceed Six months
- **Every Employee is an Emergency Manager Position Type:** HQ/Regional FTE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please complete your accepted by 05/08/2026 in your profile:** https://onboard.usastaffing.gov/. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
Excepted Service Appointment Acknowledgment
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
This position may be eligible for the following Federal Benefits:
Federal Employee Health Benefits (FEHB)

Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Michelle C. Braithwaite
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
michelle.braithwaite@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA TJO Attachment (FTE) - Returning April 2026.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf

# New Hire Notification

To:    ███████████████

CC:    brittany.schwarz@fema.dhs.gov

From:    usastaffingoffice@usastaffing.gov (on behalf of Brittany Schwarz)

Sent:    5/6/2026 17:41 EDT

Subject:    FEMA - Tentative Job Offer Logistics Management Specialist (Logistics Section Chief) - CORE-6R40FDSAD40CD

## Federal Emergency Management Agency

███████████

We are pleased to extend a tentative job offer with the Federal Emergency Management Agency (FEMA), Regional Offices, Region Nine, Response Division as a Logistics Management Specialist (Logistics Section Chief), IT-0346-4. This email will outline the details of your offer and the next steps in the hiring process.

**The details of your offer are as follows:**
- **Position Title:** Logistics Management Specialist (Logistics Section Chief), IT-0346-4, Step 0
- **Base Salary: $52.02**Per Hour
- **Locality Adjustment: $24.11** Per Hour
- **Salary: $76.13** Per Hour
- **Duty Station:** Oakland, California
- **Appointment Type:** Stafford Act Excepted Service IMAT Temporary appointment
- **Appointment Length:** Not to exceed 1 year
- **Every Employee is an Emergency Manager Position Type:** IMAT-CORE
- **Work Schedule:** Full-Time
- **Effective Date:** To be determined. This offer is contingent upon successful completion of the pre-employment process.

**Next Step: Please visit https://onboard.usastaffing.gov//?selectee=f837fe06-94b1-4936-844a-8d62d15f864f&type=tentative to accept or decline this position by 05/09/2026**. *This link will direct you to USAJOBS where you will login using your USAJOBS (login.gov) username and password.*

Upon acceptance, you will begin the pre-employment process, including:

**1. Complete Acceptance Forms:** After accepting the tentative offer in the system, you will be directed to complete the following forms in the system:
New Hire Questionnaire
DHS 11000-9: Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act
OF-306: Declaration for Federal Employment
FEMA 121-0-0-8: FEMA Employee Screening and eQip Initiation Request
**2. Upload Acceptance Documents:** Attached to this email are several forms you must download, complete and upload into the system. When uploading, please remember to enter the completion date to complete the task:
Annuitant Questionnaire
Conditions of Employment
Position Acceptance Questionnaire
**3. Security Background Investigation:** All selectees are required to undergo a security background investigation before moving forward to the next stage of the hiring process. Upon receipt of your acceptance forms, your information will be provided to FEMA's Personnel Security department to begin the background investigation process. If the security specialist requires any additional information from you, they will contact you directly.

FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities. Reasonable Accommodation requests are granted on a case-by-case basis. Medical documentation may be requested if the disability is not obvious. If you would like to request an accommodation, please contact the Office of Civil Rights at fema-ocr-ra@fema.dhs.gov, at your earliest convenience.**Benefits**
As a FEMA Employee, you may be eligible for Federal Benefits. Please refer to the attached Tentative Offer Guide (FEMA TJO attachment)

for additional information.
Federal Employee Health Benefits (FEHB)
Dental and Vision Insurance
Healthcare Flexible Spending Account (FSAFEDS)
Sick Leave
Paid Travel
Paid HolidaysUpon successful completion of the pre-employment process, you will be contacted to discuss a start date for your new position, and a final job offer will be issued. You should not make any life changes until you receive a **final offer** from us. Congratulations and I look forward to hearing from you!

Brittany M. Schwarz
HR Specialist
FEMA OCHCO | Stafford Act Staffing Division
brittany.schwarz@fema.dhs.gov
Attached Files
- Annuitant Questionnaire.pdf
- Position Acceptance Questionnaire.pdf
- FEMA Conditions of Employment SAS - April 2026.pdf
- FD 123-0-2-1 Personnel Standards of Conduct Revision 1.pdf