Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> ***Emergency Enforcement Requested*** <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE REGARDING COMPLIANCE ISSUES AND OPPOSITION TO EMERGENCY REQUEST TO EXTEND DEADLINES** |

PLAINTIFFS' RESP. AND OPP'N TO REQUEST TO EXTEND DEADLINES, No. 3:25-cv-03698-SI

Defendants' filing provides no valid reason for this Court to relieve them of their obligation to comply with the Court's deadline for production of responsive material from the personal phone and computer of Karen Evans, nor to move the depositions and deadlines previously ordered by this Court. Their statements in their notice fail to support their claim that it is impossible for Defendants to comply with this Court's orders, and they remain able to comply *before today's deadline*. Defendants have had staff and counsel on the ground at Ms. Evans' house since this morning who are fully capable of taking images of the material on Ms. Evans' phone, and Defendants should be ordered to fully comply, including by a specific order that Defendants collect images of the content of Ms. Evans' phone and produce that material to Plaintiffs. There is no justification for this most recent effort to postpone the depositions of Mr. Guy and Ms. Voorhies, which should proceed, as should the current briefing schedule. Defendants' representations regarding recent actions they have been taking with respect to CORE employees provide no basis to delay these matters and should be considered at the appropriate time, during the upcoming preliminary injunction briefing.

## I.    Ms. Evans' Computer and Phones

Defendants have not explained how or why it has been impossible to image the content of Ms. Evans' phones (at a minimum, by taking pictures or screenshots) in the nearly seven and a half hours since they arrived at her house at 9:30 am, or why they cannot do so before this Court's deadline of 7pm eastern. Nor have Defendants explained why they cannot achieve even partial compliance. The request to excuse this deadline should be rejected, and Defendants should be ordered to comply by this Court's deadline.

On April 22, 2026, the Court ordered Defendants to produce responsive communications from Karen Evans' personal phone. ECF 351 at 4; *see also* ECF 321 (original order to produce responsive documents and communications pertaining to the CORE and staffing); ECF 328, 336, 339 (further compliance orders). After Plaintiffs identified problems with Defendants' incomplete production, ECF 360 at 43, the Court issued a further order on May 1, 2026 requiring Defendants "to produce all FEMA-related Signal chats from Evans's phone, by the commencement of Guy's deposition on May 4, 2026." ECF 362. Minutes before the start of that deposition on May 4,

PLAINTIFFS' RESP. AND OPP'N TO REQUEST TO EXTEND DEADLINES, No. 3:25-cv-03698-SI

1

Defendants filed a notice representing that it would be "impossible to comply with the Court's order regarding Ms. Evans." ECF 364. After Plaintiffs sought further enforcement, Defendants discovered additional material previously withheld (reportedly in the possession of agency counsel) and produced that material, ECF 373, which did not contain any of the material from Ms. Evans' phone. The Court held a hearing on May 5, 2026, at which Defendants revealed for the first time the existence of "backups" of Signal messages on Ms. Evans computer. After that hearing, the Court again ordered Defendants to produce Ms. Evans' Signal chats, and gave Defendants until May 7, 2026 at 7 pm EST to do so. ECF 377. When Defendants requested to have until the end of the day Friday, May 8 to produce those materials, the Court informed Defendants "that won't do" and correctly noted that "[s]urely it can be done on Thursday." Transcript of May 5 Hearing at 11:19-20.

At 11:10 am PST this morning, five hours before the Court-ordered deadline for production, Defendants emailed Plaintiffs stating "A team has been at Ms. Evans's house in West Virginia since the morning.… We have run into substantial challenges regarding the retrieval of [Evans'] Signal messages…. [B]ased on the information we currently have we do not think it will be possible to produce those messages today." Plaintiffs promptly met and conferred with Defendants. During that 11:45 am call, Defendants confirmed that one of their attorneys and forensic lab techs have been at Evans' home since 9:30 am eastern this morning and were still at her home at the time of the call. Defendants further confirmed that Evans possesses Signal messages on her personal phone as well as a backup of Signal chats stored on her desktop computer. Defendants stated that as of that time, they had not imaged any of the Signal messages on Evans' phone or computer. Although Defendants claimed the compliance with the Court's order would be "impossible," they were unable to provide any explanation for why they had been unable to, at a minimum, take screenshots or photos of the Signal messages on Evans' phone. Further, Defendants stated that, although they then still had four hours until the deadline, they were not planning on producing *any* Signal messages from Evans' phone before the Court-ordered deadline, again without explanation for why they could not accomplish any production at all in the time remaining.

PLAINTIFFS' RESP. AND OPP'N TO REQUEST TO EXTEND DEADLINES, No. 3:25-cv-03698-SI

2

Defendants also confirmed that they had collected the backup files from Ms. Evans' computer, but represented they were "encrypted" (which Ms. Evans, as the person who created the backups, should be able to overcome).[1]  Defendants stated that they also would not produce any of the communications saved on Ms. Evans' desktop computer by the Court's deadline.

**Defendants still have time left in the day to comply.**  In light of Defendants' planned non-compliance and the need to obtain these materials before resuming the deposition of Joseph Guy tomorrow, Plaintiffs respectfully request that the Court order Defendants to produce screenshots or images of the Signal messages on Ms. Evans' phone that are covered by the Court's discovery orders and produce them by the 7 pm EST deadline.

Defendants' announced non-compliance does not justify the extension of either the deposition of Mr. Guy or Ms. Voorhies, which should remain on schedule.  Plaintiffs have diligently prepared for these depositions and are prepared to digest the materials produced by Defendants quickly and proceed.  The unjustified delay of those depositions would be prejudicial to Plaintiffs.

### II.    Defendants' Representations About Recent Personnel Actions

At Tuesday's hearing, Defendants requested that this Court postpone depositions and deadlines in light of their representations regarding reinstatement and relief that they contend moots some of Plaintiffs' requested relief in this case.  This Court declined to do so and should deny this renewed request.  Plaintiffs welcome Defendants' efforts to remedy prior violations of law, and will review the materials provided by Defendants for the first time today and address them in the context of the forthcoming preliminary injunction briefing.  Defendants' filing provides no basis for delaying proceedings in this case.

### III.    Mr. Guys' Meritless Motion to the Eastern District of Virginia

As this Court is aware, late last night, Mr. Guy filed a Motion to Quash in the Eastern District of Virginia (attached hereto as Ex. A), which effectively requested that the Eastern District

---

[1] *See, e.g.*, https://support.signal.org/hc/en-us/articles/360007059752-Backup-and-Restore-Messages

of Virginia reverse this Court's prior orders.  Plaintiffs worked diligently upon notice of this filing to submit a response first thing this morning (attached hereto as Exhibit B).  That Court has now issued an order transferring the motion back to this Court (Exhibit C).  The motion attempts to relitigate issues already resolved by this Court and should be rejected.  It certainly should not derail either compliance by Defendants or the schedule previously established by this Court.

* * *

In sum, the Court should reject this eleventh hour attempt to, once again, excuse Defendants' non-compliance with this Court's orders, and require Defendants to fully comply.

DATED: May 7, 2026

Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Elizabeth Eshleman
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: /s/ Tsuki Hoshijima

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: /s/ Jules Torti

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: /s/ Norman L. Eisen

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426

Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*


David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)

PLAINTIFFS' RESP. AND OPP'N TO REQUEST TO EXTEND DEADLINES, No. 3:25-cv-03698-SI

Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

PLAINTIFFS' RESP. AND OPP'N TO REQUEST TO EXTEND DEADLINES, No. 3:25-cv-03698-SI

7

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and Martin Luther King, Jr. County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)
Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)

Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*

PLAINTIFFS' RESP. AND OPP'N TO REQUEST TO EXTEND DEADLINES, No. 3:25-cv-03698-SI

9