Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Third-Party Joseph Guy*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE) et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Case No.: 3:25-cv-3698-SI <br><br> **URGENT REQUEST FOR HEARING ON EMERGENCY MOTION TO QUASH** <br> (Fed. R. Civ. P. 45(d)(3)(A)) |

Non-party Joseph Guy, by counsel, respectfully, but urgently requests that this Court direct an immediate hearing on the Emergency Motion to Quash that was transferred from the Eastern District of Virginia (Case No. 1:26-mc-00008) pursuant to Rule 45(f).

The continued deposition of Mr. Guy is scheduled for May 8, 2026, at 1:00 p.m. EDT. Mr. Guy has never been served with a subpoena. He has never been brought within the jurisdiction of this Court. He has never had any due process to respond to the numerous orders being entered against him in this Court. All such orders are premised upon the erroneous conclusion that he has been served and they are void. He is entitled by the Due Process Clause to be heard on this foundational issue.

Mr. Guy's counsel has conferred with Plaintiffs' counsel who, while they oppose a hearing in this matter and believe it to be "unnecessary and inappropriate," they are available any time to attend

any hearing ordered by the Court. Undersigned, and her colleague Jason Greaves, who is admitted in the Eastern District of Virginia and is therefore authorized by Rule 45(f) to file papers and appear on this motion as an officer of this Court, are also available.

Dated:  May 7, 2026

Respectfully submitted,

/s/ *Lindsay R. McKasson*
Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Third-Party Joseph Guy*

- 2 -