UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No.  25-cv-03698-SI

**ORDER RE: DEFENDANTS' EMERGENCY REQUEST TO EXTEND DEADLINES**

Re: Dkt. Nos. 383, 384, 385

On May 5, 2026, the Court held a status conference to discuss ongoing expedited discovery issues.  Dkt. No. 377.  The Court ordered that Karen Evans's Signal and day planner materials be produced to plaintiffs by today, May 7, 2026 at 7:00 p.m. Eastern time, and that Joseph Guy appear for his continued deposition on the afternoon of May 8, 2026.  Dkt. Nos. 377, 381.  On May 6, 2026, Guy filed an emergency motion to quash his deposition subpoena and for a protective order in the United States District Court for the Eastern District of Virginia.  *See Guy v. Am. Fed. of Gov't Emps., AFL-CIO*, ECF No. 1, No. 1:26-mc-8 (E.D. Va. May 6, 2026).  This afternoon, the Eastern District of Virginia transferred the motion to this Court.  *See id.,* ECF No. 5.  Later this afternoon, Guy filed an "Urgent Request for Hearing on Emergency Motion to Quash," requesting an immediate hearing prior to his deposition scheduled for tomorrow.  Dkt. No. 385.

Also this afternoon, defendants filed a "Notice Regarding Compliance Issues and Emergency Request to Extend Deadlines."  Dkt. No. 383.  Defendants request that the Court (1) extend the deadline for defendants to produce Karen Evans's materials from today, May 7, 2026 at 7 p.m. eastern time to May 13, 2026 at 7 p.m. Eastern time, and (2) postpone the further deposition of Joseph Guy from tomorrow afternoon to May 15, 2026, or a later date.  Defendants also proposed

United States District Court
Northern District of California

extending the briefing and hearing dates on the pending motion for preliminary injunction.  Shortly thereafter, plaintiffs filed a response opposing the extension of all deadlines.  Dkt. No. 384.

The Court **GRANTS** defendants' request to postpone the continued deposition of Joseph Guy until May 15, 2026.  The Court **EXTENDS** the deadline for production of Karen Evans's materials to Tuesday, May 12, 2026 at 7:00 p.m. Eastern time.  Plaintiffs may elect whether to depose Kara Voorhies as scheduled on May 11, 2026, or whether to postpone that deposition until after the conclusion of Guy's deposition and receipt of Evans's materials.

Plaintiffs **SHALL FILE** a response as to the merits of Guy's motion to quash and for a protective order by May 12, 2026, at 12 p.m. pacific time.  Counsel for plaintiffs, defendants, and Joseph Guy shall also email sicrd@cand.uscourts.gov indicating their availability for a hearing on the motion to quash on May 13 or May 14, should the Court find such a hearing is needed.

The Court **RESETS** the supplemental briefing deadlines on plaintiffs' pending motion for preliminary injunction as follows:

Plaintiffs' supplemental motion is now due **May 29, 2026.**

Defendant's response is due **June 12, 2026.**

Any reply is due **June 17, 2026, at 2:00 p.m. pacific time.**

The supplemental hearing on plaintiffs' pending motion for preliminary injunction (currently set for June 17, 2026) shall be continued to **June 23, 2026, at 1:30 p.m. pacific time**, to be held in person in Courtroom 1 of the San Francisco courthouse.

**IT IS SO ORDERED**.

Dated: May 7, 2026

_____
SUSAN ILLSTON
United States District Judge