CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
ROBERT C. BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>        Defendants. | Case No. 3:25-cv-03698-SI<br><br>**NOTICE REGARDING PRESERVATION ORDER (ECF 380)** |

Defendants respectfully provide the attached Declaration of Agency Counsel, pursuant to this Court's Order on Preservation (ECF 380).

Dated: May 7, 2026                          Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Marianne F. Kies*
ROBERT C. BOMBARD
MARIANNE F. KIES
JEREMY S.B. NEWMAN
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

*Counsel for Defendants*