CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD ROSENBERG
Special Counsel
CHRISTOPHER HALL
Assistant Branch Director
MARIANNE F. KIES
JEREMY S.B. NEWMAN
ROBERT BOMBARD
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF KATELAND JACKSON REGARDING COMPLIANCE WITH PRESERVATION ORDER (ECF 380)** |

In accordance with the provisions of 28 U.S.C. § 1746, I, Kateland Jackson, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. Since April 2025, I have been employed by the U.S. Department of Homeland Security ("DHS") as the Chief of Staff for the Office of the General Counsel ("OGC"). As the Chief of Staff, I supervise attorneys and other professional staff who are coordinating DHS efforts to comply with the Preservation Order.

2. The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3. I understand that on May 5, 2026, this Court ordered Defendants' counsel to, in relevant part, "send electronic notice of this Order to [certain] individuals [named in the Order], to the heads of defendant agencies Department of Homeland Security (DHS) and Federal Emergency Management Agency (FEMA), to DHS and FEMA counsel, and to any other individuals as necessary to effectuate this order." ECF 380. This Court further ordered "that agency counsel shall submit a sworn statement to the Court by no later than two (2) days after issuance of this Preservation Order, detailing the steps taken to ensure compliance with this Order." *Id.*

4. I submit this Declaration to detail the steps taken to ensure compliance with the Court's Preservation Order.

5. The Department of Justice (DOJ) informed Defendants' Agency Counsel of the Preservation Order via email at 8:20 p.m. ET on May 5, 2026.

6. The Preservation Order states that it applies to the following individuals: "Karen Evans; Kara Voorhies; David Richardson; Victoria Barton; Troup Hemenway; Andrew Whitiker [sic]; James Percival; Corey Lewandowski; Micah Bock; Tricia McLaughlin; Joshua Whitehouse; Clark Barrow; Dillon McGreggor [sic]; Paul Stackhouse; Greyson McGill; Will Bilicic; Kyle Shut [sic]; Jeff Harbough [sic]; Tim Kieser [sic]; Jason Killmeyer; Antoine McCord; and Kerianne Tobitsch."

7. DHS maintains a global address book for current employees. This address book is updated regularly but is not always accurate, as employees may remain in the address book after they depart or email addresses may be inadvertently omitted. DHS does not maintain a database

Declaration of Kateland Jackson Regarding Compliance with Preservation Order (ECF 380)
3:25-cv-3698-SI

1

for the personal contact information of former employees. That information may be maintained, to the extent DHS possesses it, in the Office of the Chief Human Capital Officer (OCHCO).

8. Agency counsel immediately endeavored to locate contact information for all individuals identified by the Preservation Order. This process was complicated by the fact that Plaintiffs failed to spell many of the names correctly in the information they provided the Court. Over the course of the next few hours after receiving the Court's Preservation Order, I understand that DHS was able to identify and/or confirm the current DHS email addresses for:

    a. Karen Evans ("head" of FEMA, *see* ECF 380), Victoria Barton, and William Bilicic, who are currently employed by FEMA.

    b. Andrew Whitaker, Clark Barrow, Dillon McGregor, James Percival, Micah Bock, Kyle Schutt, Antoine McCord, and Kerianne Tobitsch, who are currently employed by DHS.

    c. Tim Kaiser, who is currently employed by U.S. Immigration and Customs Enforcement ("ICE"), which is a component of DHS.

9. In addition, I understand that Defendants already had contact information for the personal counsel for Joseph Guy, Kara Voorhies, and Karen Evans.

10. Agency counsel reached out to OCHCO at 8:49 p.m. ET on May 5 for assistance in locating email addresses for former employees. Unfortunately, given the late hour, the OCHCO contact who would be most likely to have access to that information was unavailable. Instead, through a combination of internet searches and the personal knowledge of individuals who could be reached, Agency Counsel were able to locate personal email addresses information for David Richardson and Troup Hemenway. In addition, they were able to locate the email address for Greyson McGill at the Office of Personnel Management ("OPM"), where he now works. I understand that, for Corey Lewandowski, DOJ was already in possession of his personal cell phone number, from testimony of Karen Evans at her deposition (Evans Dep. Tr. 160:16-18), and also identified (from internet searches) Mr. Lewandowski's personal counsel. I understand that, for Tricia McLaughlin, DOJ located her social media accounts.

11. I understand that by approximately 12:10 a.m. ET on May 6 (9:10 p.m. PT on May

5, local time where the Order issued), DOJ had sent notice of the Preservation Order to all of the individuals at the addresses identified above in paragraphs 8–10. I also understand that DOJ provided notice on May 5 of the Preservation Order to Secretary Mullin (Head of DHS), care of DHS General Counsel James Percival (via email), who in turn promptly provided notice to Secretary Mullin. Finally, as stated previously in paragraph 5, I understand that DOJ provided notice of the Preservation Order to the DHS and FEMA attorneys who have been working on this case on May 5.

12.     The next morning, at 8:42 a.m. ET on May 6, OCHCO provided Agency Counsel with personal email addresses for Corey Lewandowski and Tricia McLaughlin. Agency counsel provided that information to DOJ at 8:45 a.m. ET, and I understand that DOJ sent additional notice via email to those individuals at approximately 9:06 a.m. ET.

13.     In addition, at 8:42 a.m. ET on May 6, OCHCO provided Agency Counsel with personal email addresses for Geoff Harbaugh, Paul Stackhouse, and Joshua Whitehouse. Agency counsel provided that information to DOJ at 8:45 a.m. ET, and I understand that DOJ sent notice via email to those individuals at approximately 9:06 a.m. ET. Finally, although DOJ sent an email with notice of the Court's Preservation Order to Jason Killmeyer at the ICE email address available in the DHS global address book on May 5, DHS Agency Counsel was subsequently informed that he had recently departed the agency. Accordingly, I understand that DOJ provided notice via his personal email address on May 7.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.


Dated:  May 7, 2026

In Washington, D.C.:

_Kateland R. Jackson_
_____
Kateland Jackson
Chief of Staff, Office of the General Counsel
U.S. Department of Homeland Security