UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GUY,

          Plaintiff,

     v.

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,

          Defendant.

Case No.  26-mc-80146-SK

***SUA SPONTE* JUDICIAL REFERRAL
FOR PURPOSE OF DETERMINING
RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Susan Illston to consider whether G*uy v. American Federation of Government Employees, AFL-CIO*, No. 26-mc-80146-SK is related *American Federation Of Government Employees, AFL-CIO et al v. Trump et al.*, No. 25-cv-03698-SI.

**IT IS SO ORDERED**.

Dated: May 12, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California