**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** May 13, 2026 | **Time:** 9:28 – 10:04 36 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al. | |
| **Case No.:** 26-mc-80146-SI | **Case Name:** Guy v. American Federation of Government Employees, AFL-CIO | |

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima
**Attorney for Defendant:** Robert Bombard, Christopher Hall, Jason Greaves

**Deputy Clerk:** Esther Chung            **Court Reporter:** Ana Dub

**PROCEEDINGS**

Motion to Quash (Dkts. 1, 385) – Held via Zoom webinar.

**SUMMARY**

The Court questioned the Plaintiffs' concerning service of the deposition subpoena on Mr. Guy. The parties presented oral arguments and rebuttals.  The Court questioned Mr. Guys' counsel concerning use of AI in writing the brief regarding incomplete citations and sentences.

ORDERS: The Court DENIES the Motion to Quash and ORDERS that Mr. Guys' continued deposition proceed.  The Court also ORDERED that counsel for Mr. Guy file a Declaration under Oath concerning the brief and how the incomplete and fictitious quotes were included in the brief.  The Declaration is to be filed by 5/15/2026.  Written orders will be issued.

The document production of Evans was discussed.  The Court instructed the parties to meet and confer and file any papers concerning FEMA 2.0 tomorrow morning by 10 a.m.