Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT REGARDING KAREN EVANS'S SIGNAL CHAT "FEMA 2.0" (ECF 396)** |

PLAINTIFFS' RESPONSE RE: COMPLIANCE DISPUTE, No. 3:25-cv-03698-SI

Plaintiffs file this response to Defendants' statement earlier today regarding the compliance disputes over Defendants' production of Karen Evans' Signal messages. ECF 396. As explained below, given Defendants' offer of a further deposition of Ms. Evans on the issues related to Defendants' production of Ms. Evans' Signal chats, Plaintiffs are not asking the Court for any relief at this time. Plaintiffs reserve their right to later seek any further remedies with respect to noncompliance or spoliation as appropriate.

Plaintiffs briefly respond to the points in Defendants' statement as follows.

1. Defendants' filing confirms that Plaintiffs' concerns about non-compliance and spoilation are warranted, and that Signal messages have been lost. On May 1, 2026, in light of substantial evidence that Defendants had not produced all relevant content from Ms. Evans' personal phone (on which she admitted to conducting government business and communications), this Court ordered Defendants to "produce all FEMA-related Signal chats from Evans's phone, by the commencement of Guy's deposition on May 4, 2026." ECF 362; *see also* ECF 351 at 4 (earlier order for production of Signal messages from personal phone). Defendants received two extensions based on their stated inability to comply. ECF 364, 377, 383, 386. When Defendants eventually made a production on May 12, 2026, Plaintiffs promptly reviewed the production and identified what appeared to be missing Signal communications.

The "FEMA 2.0" Signal group chat exemplified the concern. Ms. Evans participated in a Signal chat called FEMA 2.0 with Kara Voorhies and Joseph Guy. *See* ECF 356-3 at 1. Ms. Evans previously produced an image taken of the FEMA 2.0 chat on her personal phone that Defendants represented was taken March 5, 2026. ECF 350-1, Ex. A; 356-3 at 1. The image showed a message in which Senior Advisor to the DHS Secretary Kara Voorhies instructed Ms. Evans to provide FEMA staffing data for a staffing plan. *Id.* Thus, as of early March, the Signal app on Ms. Evans' phone showed the substance of at least some messages from the FEMA 2.0 chat.

But neither that message, nor any other message, was shown in the screenshot of the FEMA 2.0 chat as produced by Defendants on May 12, 2026. Eshleman Decl., Ex. B. The screenshot produced on May 12 of the FEMA 2.0 chat does not include the substance of any messages but

shows that *Ms. Evans* "set the disappearing message timer to 1 week" on March 11, 2026—two days after this Court's order (ECF 328) setting the initial expedited discovery production deadline. *See id.* A recent production of the FEMA 2.0 chat from third-party witness Kara Voorhies confirms that Ms. Evans was the one who changed the auto-delete function on the chat from 4 weeks to 1 week deletion on March 11, 2026. Eshleman Decl., Ex. C.

Defendants have now explained that their latest production did not include any substantive messages in the FEMA 2.0 chat because "messages in the FEMA 2.0 chat were set to disappear and did disappear." Eshleman Decl., Ex. A. Defendants explained that Ms. Evans had backed up her Signal application on April 25, 2026, but that the messages on the FEMA 2.0 chat had already disappeared by the time of that backup. *Id.* Defendants have also represented that the messages are no longer on Ms. Evans' phone. *Id.* In her earlier declaration in response to this Court's order regarding preservation, Ms. Evans said nothing about having recently changed the auto-delete settings on any chat conversations, and she said nothing about any backup. ECF 351 at 4. It is not possible to tell from Defendants' productions what other Signal messages were lost before Ms. Evans created a backup of her Signal messages.

Having now disclosed these preservation issues, Defendants have offered "to reopen Ms. Evans' deposition and make her available for two hours of additional questioning regarding the substance of any FEMA 2.0 Signal Chat messages, efforts to locate additional responsive material on her personal devices, and related topics." ECF 396 at 1. Plaintiffs accept the offer to reopen Ms. Evans' deposition, so long as the topics of examination are not limited the FEMA 2.0 chat but also include preservation efforts for, and substance of, any other Signal communications that have been lost. Given this offer, Plaintiffs are not seeking any additional relief from the Court at this time. But Plaintiffs reserve the right to later seek any further remedies with respect to noncompliance or spoliation as appropriate.

As to Plaintiffs' other concerns about gaps in the production, Defendants state that they "intended to produce all non-privileged messages contained within responsive Signal chats" and that if some messages were "inadvertently cut off," Defendants "are happy to work with [Plaintiffs]

to resolve concerns." ECF 396 at 4. Plaintiffs will also accept Defendants' offer to meet and confer further with Defendants on any such issues.

2. Plaintiffs file this response separately, rather than in a joint statement, because Defendants did not provide their position until just before the deadline to file, despite Plaintiffs' repeated requests. Eshleman Decl. ¶ 2 & Ex. A.

DATED: May 14, 2026                     Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Elizabeth Eshleman
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

PLAINTIFFS' RESPONSE ON COMPLIANCE DISPUTE, No. 3:25-cv-03698-SI
3

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

PLAINTIFFS' RESPONSE ON COMPLIANCE DISPUTE, No. 3:25-cv-03698-SI

4

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State
County and Municipal Employees, AFL-CIO
(AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees
International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE
CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

PLAINTIFFS' RESPONSE ON COMPLIANCE DISPUTE, No. 3:25-cv-03698-SI

By:  */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By:  */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By:  */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL,
Harris County, TX, and Martin Luther King, Jr.
County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)
Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Rebecca A. Hirsch (IL ARDC 6279592) (pro hac
vice)

Lucy Prather (IL ARDC 6337780) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*