Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
Jesse R. Binnall (VA Bar #79292)
Jesse@binnall.com
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Third-Party Joseph Guy*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE) et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Case No.: 3:25-cv-3698-SI <br><br> 3:26-mc-80146-SI <br><br> **NOTICE OF DECLARATIONS FROM THIRD-PARTY JOSEPH GUY'S COUNSEL** |

Please take Notice that pursuant to the Court's May 13, 2026 Order, ECF No. 395, the Binnall Law Group hereby files the declarations from third-party Joseph Guy's counsel, Jesse R. Binnall, Jason C. Greaves, and Lindsay R. McKasson.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Lindsay R. McKasson*
Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
Jesse R. Binnall (VA Bar #79292)
Jesse@binnall.com

- 1 -

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Third-Party Joseph Guy*

Notice of Declarations from Third-Party Joseph Guy's Counsel – Case Nos. 3:25-cv-3698-SI and 3:26-mc-80146-SI