Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
Jesse R. Binnall (VA Bar #79292)
Jesse@binnall.com
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Third-Party Joseph Guy*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE) et al., | ) ) ) ) Case No.: 3:25-cv-3698-SI |
| Plaintiffs, | ) ) 3:26-mc-80146-SI |
| v. | ) ) **DECLARATION OF JESSE R. BINNALL** |
| DONALD J. TRUMP et al., | ) ) |
| Defendants. | ) ) ) |

I, Jesse R. Binnall, state as follows under penalty of perjury to the best of my knowledge and belief:

1. I am the founding and managing partner of Binnall Law Group, PLLC ("BLG" or "the Firm"), a litigation firm headquartered in Alexandria, Virginia. I submit this declaration in my capacity as managing partner to address the circumstances that led to the filing of phantom citations in the Emergency Motion to Quash and to describe the Firm's response to this serious error.

2. As managing partner, I have overall supervisory responsibility for the Firm's attorneys, its quality assurance processes, and its policies—including its policies governing the use of artificial intelligence tools. I am deeply troubled by what occurred in this matter and take this

incident with the utmost seriousness. The filing of fabricated quotations in a court filing is unacceptable, inexcusable, and an embarrassment to this Firm. It has never happened before at BLG, and I am committed to ensuring it never happens again.

3. BLG has established firm-wide policies governing the responsible use of artificial intelligence. Those policies explicitly authorize the use of appropriate AI platforms—including Claude, which operates in a data-isolated environment that fully protects client confidences—for certain categories of work. Those same policies prohibit the use of tools like Claude for legal research and legal drafting, which must be conducted exclusively through specifically designated legal-focused platforms, such as Westlaw or LexisNexis. The policies further require that any AI-generated content intended for filing be independently reviewed by an attorney who must, among other things, manually verify all citations and cross-check legal reasoning against primary sources. Attorneys are expected to read every case they cite. These requirements are not aspirational—they are mandatory.

4. The Firm has provided training to all attorneys and staff on the responsible use of AI. That training specifically addresses the risk of AI hallucinations—including the generation of citations to cases that do not exist or quotations that do not appear in cited cases—and reinforces the obligation to verify all AI-generated content before any use in a client matter or court filing. What occurred in this case represents a failure to follow both our written policies and our training, at multiple levels of our internal review process.

5. Upon learning that phantom quotations had appeared in a filed court document, I immediately directed that this matter be treated as a firm-level priority. The Firm has launched an internal investigation to understand fully how the error occurred and to identify any gaps in our policies, training, or oversight processes that permitted it. That investigation is ongoing. We are committed to acting diligently and deliberately—not rashly—to ensure that any corrective measures are both thorough and durable.

6. Independently of the investigation's findings, we are already taking immediate corrective steps. First, we are conducting a supplemental, firm-wide training on citation verification and the responsible use of AI tools, with particular emphasis on the requirement that attorneys personally read and verify every case they cite. Second, we are conducting a comprehensive review

of our existing AI use policies and quality assurance protocols to identify additional safeguards and procedural checkpoints that can prevent recurrence. Third, we are evaluating what additional supervisory measures are appropriate given the circumstances of this specific filing. The internal personnel consequences arising from this event remain under active review and consideration.

7.      On behalf of Binnall Law Group, I offer my sincere and unqualified apology to this Court, to opposing counsel, to the Department of Justice, and to our client. Courts rely on the integrity of the representations made by the attorneys who appear before them. That integrity was compromised here. We understand the gravity of what occurred, and we share the Court's concern. The obligation to submit accurate, verified citations is not merely a technical rule—it is a fundamental duty that every attorney owes to every court. We failed that duty in this instance, and we are committed to ensuring it does not happen again. Ever.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 15, 2026

_____
Jesse R. Binnall
Managing Partner

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930
jesse@binnall.com

*Attorney For Third-Party Joseph Guy*