Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
Jesse R. Binnall (VA Bar #79292)
Jesse@binnall.com
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Third-Party Joseph Guy*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE) et al., ) ) ) ) | Case No.:  3:25-cv-3698-SI |
| Plaintiffs, ) ) | 3:26-mc-80146-SI |
| v. ) ) ) | **DECLARATION OF LINDSAY R. MCKASSON** |
| DONALD J. TRUMP et al., ) ) ) ) | |
| Defendants. ) | |

I, Lindsay McKasson, counsel to third-party Joseph Guy, and pursuant to this Court's May 13, 2026, Order, declare as follows:

1.      I am a partner at the Binnall Law Group, PLLC ("BLG").

2.      I am a member in good standing of the California State Bar.

3.      On May 6, 2026, an Emergency Motion by Non-Party Joseph Guy to Quash Subpoena and for Protective Order (the "Motion") was filed by my colleagues at BLG in the United States District Court for the Eastern District of Virginia ("EDVA"). The Motion was thereafter transferred to this Court.

4.      Although I have no firsthand knowledge of how the Motion was drafted, reviewed, or filed (I did not sign the Motion or enter an appearance in the EDVA matter), I understand that as a member of Mr. Guy's legal team, counsel of record in the present matter, a partner at BLG, and an Officer of the Court, I share in responsibility for ensuring that all filings made on the client's behalf are accurate and consistent with counsel's obligations and duties to the client and to the Court.

5.      While BLG has instituted policies and procedures that should have prevented any inauthentic case quotations from being included in any filing, there was clearly a failure in action that resulted in the Motion being filed with such errors. This is unacceptable.

6.      BLG is undertaking an internal investigation relating to the drafting of this Motion to identify how this occurred and to implement additional safeguards, including enhanced verification procedures and increased supervision.

7.      In addition to the internal investigation, we are also taking corrective action, including additional firm-wide training.

8.      I sincerely apologize to the Court, to opposing counsel, to the Department of Justice, and to our client for this incident, including the additional time and resources expended in addressing this matter.

9.      I understand the gravity of this error and am committed to ensuring that no similar issue arises in this or any other matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 15, 2026

_____
Lindsay R. McKasson (CA Bar # 293144)

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930
Lindsay@binnall.com

*Attorney For Third-Party Joseph Guy*