Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF TSUKI HOSHIJIMA** |

Declaration of Tsuki Hoshijima, Case No. 3:25-cv-03698-SI

**DECLARATION OF TSUKI HOSHIJIMA**

I, Tsuki Hoshijima, declare as follows:

1.      I am a member in good standing of the District of Columbia Bar and the State Bar of Massachusetts.  I am admitted pro hac vice in this case.  I represent all Union and Non-Profit Organization Plaintiffs (except NRDC) and Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD in this action.  This declaration is based on my personal knowledge, information, and belief.

2.      On April 28, 2026, the Court issued an order addressing Defendants' blanket confidentiality designations.  ECF 355.  The Court identified two categories of documents that remain confidential in unredacted form.  *Id.*  The Court also allowed Defendants two weeks to "designate as confidential any other documents containing personnel records or discussing personnel actions with respect to specific individual employees."  *Id.*  After resolving any disputes over those additional designations, "[t]he parties shall present the Court with a list of agreed upon Bates numbers that are confidential in unredacted form, and the confidentiality designation shall be lifted from everything else."  *Id.* at 4.

3.      The deadline for Defendants to make any additional confidentiality designations was May 12, 2026.  Defendants made no additional designations.

4.      Plaintiffs created a list of documents that remain confidential under the two categories specifically identified by the Court on April 28, 2026, and provided the list to Defendants.  Defendants did not raise any objection.  Defendants stated by email that they agree to Plaintiffs' filing of the list with the Court.  The list is attached here as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed May 22, 2026, in Somerville, Massachusetts.

_____
TSUKI HOSHIJIMA

1

Declaration of Tsuki Hoshijima, Case No. 3:25-cv-03698-SI