CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
JEREMY S.B. NEWMAN
Chief Litigation Counsel
CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors
ROBERT C. BOMBARD
Trial Attorney
Civil Division, Federal Programs Branch

    1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9509
Robert.bombard2@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF ROBERT C. BOMBARD** |

Declaration of Robert C. Bombard
3:25-cv-03698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Robert C. Bombard, state as follows under penalty of perjury:

1. I am a Trial Attorney with the U.S. Department of Justice. I am licensed to practice law in Colorado. I am counsel for Defendants in the above-captioned action.

2. The statements set forth in this Declaration are based on my personal knowledge.

3. Attached as **Exhibit 1** is a true and correct copy of a March 14, 2025, memorandum from DHS Deputy Under Secretary for Management Randolph D. Alles to DHS Components and Office Heads, which was introduced as Exhibit 40 in the deposition of Roland Edwards.

4. Attached as **Exhibit 2** is a true and correct copy of a May 14, 2025, memorandum from FEMA SOPDA David E. Richardson to DHS Secretary Kristi Noem, which was introduced as Exhibit 21 in the deposition of Karen Evans.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Karen Evans in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2026

In Alexandria, VA

/s/ *Robert C. Bombard*
Robert C. Bombard
Trial Attorney
Department of Justice

Declaration of Robert C. Bombard
3:25-cv-03698-SI

1