# EXHIBIT 1

U.S. Department of Homeland Security
Washington, DC 20528



## Homeland Security

March 14, 2025

MEMORANDUM FOR:    Component and Office Heads

FROM:              R.D. Alles    RANDOLPH D ALLES  _Digitally signed by RANDOLPH D ALLES Date: 2025.03.14 17:45:59 -04'00'_
                   Deputy Under Secretary for Management

SUBJECT:           DHS Hiring Verification Process

---

Effective immediately, the Department is instituting a new hiring verification process to ensure that all proposed hiring actions are thoroughly vetted and receive approval from the Office of the Secretary. This process prioritizes filling critical vacancies vital to securing our borders and safeguarding our nation, while also permitting strategic hiring in other mission-critical areas as needed.

**Key Provisions:**

- **No hiring without prior approval:** No Component or Office may hire any individual without prior authorization from the Office of the Secretary.

- **Exceptions:** The hiring verification process does not apply to the following categories:
    o Law enforcement professionals.
    o Immigration officers.
    o Uniformed members of the U.S. Coast Guard.
    o Attorneys in the Office of the General Counsel supporting the above roles.
    o Other positions listed in Attachment 1.

- **Additional exceptions:** Any additional exceptions must be approved by the Office of the Secretary. Requests for exceptions should include a completed DHS Hiring Verification Process Form (Attachment 2), with justification for the proposed hiring action and approval from the Component or Office Head.

If you have any questions or require additional guidance, please contact Roland Edwards, Chief Human Capital Officer at Roland.Edwards@hq.dhs.gov.

Attachments:
1. DHS Priority and Mission Critical Occupations
2. DHS Hiring Verification Process Form

cc: Human Capital Leadership Council



Plaintiffs'
EXHIBIT
DATE: 4|2|26
SUSAN ASHE

Confidential - Subject to Protective Order                USA-AFGE-Exp.-0000408

Distribution List

Chief of Staff
Under Secretary for Management
Under Secretary for Science and Technology
Under Secretary for Intelligence and Analysis
Under Secretary for Strategy, Policy, and Plans
Commissioner, U.S. Customs and Border Protection
Commandant, United States Coast Guard
Director, United States Secret Service
Director, U.S. Citizenship and Immigration Services
Administrator, Federal Emergency Management Agency
Assistant Secretary (Administrator), Transportation Security Administration
Assistant Secretary (Director), U.S. Immigration and Customs Enforcement
General Counsel
Inspector General
Executive Secretary
Director, Federal Law Enforcement Training Centers
Director, Cybersecurity and Infrastructure Security Agency
Assistant Secretary for Countering Weapons of Mass Destruction
Assistant Secretary for Legislative Affairs
Assistant Secretary for Public Affairs
Assistant Secretary for Partnership and Engagement
Director, Office of Homeland Security Situational Awareness
Chief Medical Officer (Director, Office of Health Security)
Officer for Civil Rights and Civil Liberties
Office of the Immigration Detention Ombudsman
Chief Privacy Officer
U.S. Citizenship and Immigration Services Ombudsman
Law Enforcement Advisor to the Secretary
Military Advisor to the Secretary
Chief Financial Officer
Chief Human Capital Officer
Chief Information Officer
Chief Procurement Officer
Chief Readiness Support Officer
Chief Security Officer
Director, Federal Protective Service
Director, Office of Biometric Identity Management
Executive Director, Program Accountability and Risk Management

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0000409

1. **HS Priority Mission Critical Occupations (PMCO)**

| PMCOs | FY25 Target | FY25 PP3 Onboard | Vacant |
|---|---|---|---|
| CBP Air Interdiction Agents (1881) | 530 | 539 | -9 |
| CBP Air Operations (2181) | 11 | 13 | -2 |
| CBP Border Patrol Agents (1896) | 20,205 | 19,291 | 914 |
| CBP Marine Interdiction Agents (1801) | 445 | 429 | 16 |
| CBP Officers (1895) | 26,397 | 26,233 | 164 |
| FEMA Emergency Mgmt Specialists (0089) | 11,485 | 11,314 | 171 |
| FLETC Instruction (1801) | 642 | 549 | 93 |
| ICE Criminal Investigators (1811) | 6,393 | 6,122 | 271 |
| ICE Deportation Officers (1801) | 6,053 | 6,032 | 21 |
| TSA Trans. Security Officers (1802) Full-Time | 45,334 | 46,024 | -690 |
| TSA Trans. Security Officers (1802) Part-Time | 6,368 | 6,493 | -125 |
| USCIS Immigration Services (1801) | 10,583 | 9,022 | 1,561 |
| USSS Special Agents (1811) | 4,157 | 3,880 | 277 |
| USSS Uniformed Division (0083) | 1,693 | 1,573 | 120 |
| **Total PMCOs** | **140,296** | **137,514** | **2,782** |

2. **DHS Mission Critical Occupations (MCO)**

| DHS MCOs | FY25 Target [1] | FY25 PP3 Onboard | Vacant |
|---|---|---|---|
| CBP - 0401 General Natural Resource Mgmt. & Biological Sciences[1] | 2,812 | 2,874 | -62 |
| CBP - 0511 Auditing[1] | 342 | 353 | -11 |
| CBP - 0950 Paralegal Specialist[1] | 361 | 365 | -4 |
| CBP - 1889 Import Specialist[1] | 1,026 | 1,134 | -108 |
| CBP - 1894 Customs Entry and Liquidating[1] | 398 | 443 | -45 |
| CISA - 1801 General Inspection, Investigation & Compliance | 143 | 113 | 30 |
| ICE - 0132 Intelligence | 864 | 100 | 764 |
| ICE - 0905 General Attorney | 1,840 | 1,799 | 41 |
| USCIS - 1801 Adjudication Officer | 489 | 473 | 16 |
| USCIS - 1801 Immigration Officer | 1,579 | 1,337 | 242 |
| USCIS - 1801 Refugee Officer | 573 | 439 | 134 |
| USCIS - 0930 Hearings and Appeals | 1,654 | 1,443 | 211 |
| **Total MCOs** | **12,081** | **10,873** | **1,208** |

[1] FY24 Targets provided by CBP.

Confidential - Subject to Protective Order    USA-AFGE-Exp.-0000410

3.  **Government-wide MCOs**

| Govt Wide MCOs | FY25 Target | FY25 PP3 Onboard | Vacant |
|---|---|---|---|
| 0201 – Human Resource Specialist | 2,491 | 2,416 | 75 |
| 1102 – Contracting Specialist | 1,952 | 1,561 | 391 |
| 2210 – Information Technology Specialist | 7,413 | 6,521 | 892 |
| Total Gov't wide MCOs | 13,037 | 12,179 | 858 |

4.  **Critical Occupations**

| Critical Occupations | FY25 Targets[2] | FY25 PP3 Onboard |
|---|---|---|
| 0080/1801/1811 - Polygraph | | 107 |
| 0701 - Veterinary Medical Science | | 6 |
| 0704 - Animal Health Technician | | 6 |
| Total Critical Occupations | | 119 |

[2] These job series are in a new categorization of functions essential to the ongoing mission of the Department. DHS is working to formulate FY25 targets for these positions.

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0000411

 **Homeland Security**

# DHS Hiring Verification Process

**Component Instructions:** Please submit the completed form, signed by your Component or Office Head, to hiringrequests@hq.dhs.gov. Approved forms will be sent back to your Component or Office Head with a copy to your Component and DHS CHCO. Disapproved forms will be returned to the Component or Office Head.

**Component:** <select>         **Sub Organization:**

**Series:**         **Grade:** <select>         **Title of Position:**

**Justification for Exemption:**

For series exemptions, please attach the following:

1. Organization charts
2. Mission impact statements
3. Budgetary, EO or other requirements that support the increase to an entire series.

_____          _____
Component or Office Head Signature                    Date

---

**For the Office of the Secretary's Use Only**

☐ Approved          ☐ Disapproved          ☐ Return (in case of questions)

**Comments:**

_____          _____
Office of the Secretary's Signature                    Date

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0000412