**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al.*

      Plaintiffs,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

      Defendants.

Case No. 3:25-cv-03698-SI

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
SUPPLEMENTAL COMPLAINT (ECF
298)**

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss the Supplemental Complaint, Plaintiffs' opposition, and the entire record herein, IT IS, HEREBY,

ORDERED that the Motion to Dismiss is granted; and

FURTHER ORDERED that the Supplemental Complaint in this action is DISMISSED.

IT IS SO ORDERED.


Dated: _____, 2026


_____
Honorable Susan Illston
United States District Court Judge

1