Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF STACEY LEYTON** |

DECLARATION OF STACEY LEYTON, CASE NO. 3:25-CV-03698-SI

**DECLARATION OF STACEY LEYTON**

I, Stacey Leyton, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action.  This declaration is based on my personal knowledge, information, and belief.

2.      Shortly before 9:00 a.m. on May 26, 2026, Plaintiffs sent Defendants' counsel an email stating that Plaintiffs planned to file a request that the Court extend the supplemental preliminary injunction schedule by one week, which would allow the preliminary injunction and motion to dismiss to be briefed and heard together.  Plaintiffs provided Defendants with a proposed schedule and asked for Defendants' position on the request.  As of the time of filing, Plaintiffs had not received a response from Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed May 26, 2026, in San Francisco, CA.


_____
STACEY LEYTON

DECLARATION OF STACEY LEYTON, CASE NO. 3:25-CV-03698-SI