UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Good cause having been shown, Plaintiffs' motion to modify the preliminary injunction briefing schedule is **GRANTED**.

Plaintiffs' supplemental preliminary injunction filing and Plaintiffs' opposition to Defendants' motion to dismiss shall be filed by Friday, June 5, 2026.

Defendants' response to Plaintiffs' supplemental preliminary injunction filing and Defendants' reply in support of their motion to dismiss shall be filed by Friday, June 19, 2026.

Plaintiffs' supplemental reply in support of preliminary injunction motion shall be filed by Wednesday, June 24, 2026.

The Court will hold a hearing on both motions on _____, 2026, at _____.

Additionally, having reviewed the filings regarding the discovery dispute over Plaintiffs' March 20, 2026 RFPs, Defendants' request for a stay of discovery pending resolution of Defendants' motion to dismiss is **DENIED**.  Defendants must produce documents responsive to Plaintiffs' RFPs within 10 days of this order.

**IT IS SO ORDERED.**

Dated: _____, 2026          _____
The Honorable Susan Illston
United States District Court Judge