UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Federation of
Government Employees, AFL-
CIO, et al.                              ,

          Plaintiff(s),

     v.

Trump, et al.                            ,

          Defendant(s).

Case No. 3:25-cv-03698

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrea J. Matthews, an active member in good standing of the bar of the Commonwealth of Mass., hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see attached in the above-entitled action. My local co-counsel in this case is Barbara J. Chisholm, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 224656.

| | |
|---|---|
| P.O. Box 34553, Washington, D.C. 20043 | 177 Post St, Ste 300, San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 448-9090 | (415) 421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| amatthews@democracyforward.org | bchisholm@altshulerberzon.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 694538.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/26/2026

Andrea J. Matthews
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Andrea J. Matthews  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

**List of Plaintiffs represented by Andrea J. Matthews:**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO

AFGE LOCAL 1122

AFGE LOCAL 1236

AFGE LOCAL 2110

AFGE LOCAL 3172

SEIU LOCAL 521

SEIU LOCAL 1000

SEIU LOCAL 1021

ALLIANCE FOR RETIRED AMERICANS

AMERICAN GEOPHYSICAL UNION

AMERICAN PUBLIC HEALTH ASSOCIATION

CENTER FOR TAXPAYER RIGHTS

COALITION TO PROTECT AMERICA'S NATIONAL PARKS

COMMON DEFENSE CIVIC ENGAGEMENT

MAIN STREET ALLIANCE

NORTHEAST ORGANIC FARMING ASSOCIATION, INC.

VOTEVETS ACTION FUND INC.

WESTERN WATERSHEDS PROJECT

CITY OF CHICAGO, ILLINOIS

MARTIN LUTHER KING, JR. COUNTY, WASHINGTON

HARRIS COUNTY, TEXAS

and CITY OF BALTIMORE, MARYLAND

# The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK

#### JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

**Telephone:**
(617) 557-1100

**General Email:**
sjccountyclerk@sjcstate.ma.us

**Bar Admission Email:**
sjc.mass.bar.admission@jud.state.ma.us

**ALLISON S. CARTWRIGHT**
CLERK

February 25, 2026

Attorney Andrea J. Matthews
Andrea J. Matthews
1624 Lamont Street NW
Washington , DC  20010
matthews.andrea@gmail.com

**IN RE:**      **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Andrea J. Matthews .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  02/25/2026 02.20.21.22.23.24.2026
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

——————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on     **November 20, 2015**, said Court being the highest Court of Record in said Commonwealth:

## Andrea J. Matthews

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this   **twenty-fifth**   day of   **February** in the year of our Lord **two thousand and twenty-six.**

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County