UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Federation of Government Employees, AFL-CIO, et al.          ,

Plaintiff(s),

v.

Trump, et al.          ,

Defendant(s).

Case No. 3:25-cv-03698

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gregory M. Cumming, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see attached in the above-entitled action. My local co-counsel in this case is Barbara J. Chisholm, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 224656.

P.O. Box 34553, Washington, D.C. 20043
MY ADDRESS OF RECORD

177 Post St, Ste 300, San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 448-9090
MY TELEPHONE # OF RECORD

(415) 421-7151
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gcumming@democracyforward.org
MY EMAIL ADDRESS OF RECORD

bchisholm@altshulerberzon.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5102421.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/26/2026

Gregory M. Cumming
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory M. Cumming is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 27, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

**List of Plaintiffs represented by Gregory M. Cumming:**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO

AFGE LOCAL 1122

AFGE LOCAL 1236

AFGE LOCAL 2110

AFGE LOCAL 3172

SEIU LOCAL 521

SEIU LOCAL 1000

SEIU LOCAL 1021

ALLIANCE FOR RETIRED AMERICANS

AMERICAN GEOPHYSICAL UNION

AMERICAN PUBLIC HEALTH ASSOCIATION

CENTER FOR TAXPAYER RIGHTS

COALITION TO PROTECT AMERICA'S NATIONAL PARKS

COMMON DEFENSE CIVIC ENGAGEMENT

MAIN STREET ALLIANCE

NORTHEAST ORGANIC FARMING ASSOCIATION, INC.

VOTEVETS ACTION FUND INC.

WESTERN WATERSHEDS PROJECT

CITY OF CHICAGO, ILLINOIS

MARTIN LUTHER KING, JR. COUNTY, WASHINGTON

HARRIS COUNTY, TEXAS

and CITY OF BALTIMORE, MARYLAND



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

————

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Gregory Martin Cumming

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2013,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on March 30, 2026.*

Clerk of the Court

*CertID-00282756*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022