**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al*.

    Plaintiffs,

       v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

    Defendants.

Case No. 3:25-cv-03698-SI

**[PROPOSED] ORDER**

Upon good cause shown, the Court hereby enters the following briefing schedule:

    a.  Plaintiffs' supplemental preliminary injunction filing and Plaintiffs' opposition to Defendants' motion to dismiss shall be filed by Friday, June 5, 2026.

    b.  Defendants' response to Plaintiffs' supplemental preliminary injunction filing, and Defendants' reply in support of their motion to dismiss, shall be filed by Monday, June 22, 2026.

    c.  Plaintiffs' supplemental reply in support of their preliminary injunction motion shall be filed by Friday, June 26, 2026.

    d.  The Court will hold an in-person hearing on Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss on _____.

The Court further ORDERS that Defendants' discovery obligations regarding Plaintiffs' Second Set of Requests for Production shall be, and hereby are, STAYED pending resolution of Defendants' motion to dismiss.  If the Court denies Defendants' motion to dismiss, the parties shall confer and submit a joint report regarding further discovery within 10 days of the Court's Order.

[Proposed] Order

IT IS SO ORDERED.

 

 

_____

Susan Illston
United States District Judge

 

_____

Date