UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
(AFGE), et al.,

        Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 25-cv-03698-SI

**ORDER DENYING ADMINISTRATIVE
MOTION TO MOVE BRIEFING AND
HEARING DATES**

Plaintiffs have filed an administrative motion to modify the briefing schedule on the supplemental preliminary injunction and on defendants' recently-filed motion to dismiss.  Dkt. No. 404.  They also reply to defendants' statement (Dkt. No. 403) regarding a pending discovery dispute. Defendants have responded to the administrative motion.  Dkt. No. 409.

The Court DENIES the request to move the briefing schedule.  The briefing dates on the supplemental preliminary injunction and on the motion to dismiss shall remain as currently set.  The Court ADVANCES the hearing on the motion to dismiss from June 26 to June 23, 2026, so that it may be heard at the same time as the supplemental hearing on the preliminary injunction.

The Court will rule at a later date on the pending discovery dispute.

**IT IS SO ORDERED**.

Dated: May 28, 2026

_____
SUSAN ILLSTON
United States District Judge