Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF TSUKI HOSHIJIMA** |

**DECLARATION OF TSUKI HOSHIJIMA**

I, Tsuki Hoshijima, declare as follows:

1.      I am a member in good standing of the District of Columbia Bar and the State Bar of Massachusetts. I am admitted pro hac vice in this case. I represent all Union and Non-Profit Organization Plaintiffs (except NRDC) and Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD in this action. This declaration is based on my personal knowledge, information, and belief.  This declaration is submitted in support of Plaintiffs' motion for Rule 37(e) remedies.

2.      On April 29, 2026, Defendants produced five Signal screenshots from Karen Evans' personal phone.  ECF 356 at 2.  True and correct copies of those five screenshots are attached to this declaration as **Exhibit A** and **Exhibit B**.  Exhibit A includes two screenshots from the FEMA Rapid Response Signal group, one screenshot of the FEMA >< HQ Signal group (redacted by Defendants), and one screenshot of the Winter Storm Team Signal group.  Exhibit B includes one screenshot of a Signal chat with Joe Guy.

3.      On May 4, 2026, Defendants produced a screenshot from the FEMA 2.0 chat.  A true and correct copy of that screenshot is attached to this declaration as **Exhibit C**.

4.      On May 12, 2026, Defendants produced screenshots from Evans' Signal backup. ECF 396 at 1-3.  Those screenshots included 47 Signal chats with DHS and FEMA officials.  Of those, at least 15 appear to have been set to auto-delete.

5.      On May 11, 2026, Kara Voorhies produced FEMA-related communications from her personal phone in response to a Rule 45 subpoena. Those screenshots included twenty-seven FEMA-related chats, which included one-on-one chats as well as group chats titled: "FEMA QUEENS; Advisor/Counselor Co…; Disaster Response Up…; DR Action Group; Winter Storm Team; FEMA RIF; FEMA Sanity Club; FEMA RIF; Karen Gregg Kara + Joe; FEMA 2.0; FEMA HQ; and FEMA Rapid Response. Of those 27 chats, at least 4 appear to have been set to auto-delete.

6.      On May 27, 2026, Defendants sent Plaintiffs a letter seeking to claw back a number of Signal messages produced by Voorhies based on assertions of attorney-client privilege and

deliberative process privilege, indicating that agency counsel had used Signal chats to exchange messages with agency officials who were using their personal phones and that agency decisionmaking had taken place through Signal messages.

7.     I am familiar with the Signal application.  The Signal application does not default to deleting messages after a set time period, but it offers participants in a chat the option to affirmatively engage auto-deletion settings.  Options raise from 30 seconds to four weeks, or custom.  The Signal application informs users who try to change the auto-delete timeframe that: "When enabled, new messages sent and received in this chat will disappear after they have been seen."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in Somerville, MA.

Tsuki Hoshijima

DECLARATION OF TSUKI HOSHIJIMA, CASE NO. 3:25-CV-03698-SI

# Exhibit A



USA-AFGE-Exp.-0425305



USA-AFGE-Exp.-0425306



USA-AFGE-Exp.-0425307



USA-AFGE-Exp.-0425308

# Exhibit B



USA-AFGE-Exp.-0425309

# Exhibit C

9:47

**FEMA 2.0**
4w

KV    request it that way          9:45 AM

**Joe Guy**
Corey also wants to make sure that any "easy money" is pushed out
9:46 AM

**Kara Voorhis**
Just DRF?  9:48 AM

The easiest would be Flood Mitigation Assistance but it is NFIP not DRF. If we're just trying to make people happy, that would help. If we're working down the balance of the DRF, it would not.

We'll also check if anything new has become ready to award for non-COVID PA or HMGP this week so far          9:50 AM

**Kara Voorhis**

**Joe Guy**
Corey also wants to make sure that any "easy money" is pushed out

Please give me a call on this

KV          11:38 AM

Signal message

USA-AFGE-Exp.-0425461