Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RULE 37(E) REMEDIES** |

The motion for Rule 37(e) remedies of the Union Plaintiffs (including American Federation of Government Employees (AFGE); American Federation of State, County & Municipal Employees (AFSCME); and Service Employees International Union (SEIU)), and the Local Government Plaintiffs (including County of Santa Clara, California; City of Chicago, Illinois; Martin Luther King, Jr. County, Washington; Harris County, Texas; City of Baltimore, Maryland; and City and County of San Francisco, California) came before this Court for consideration. Upon consideration, and for good cause shown, IT IS HEREBY ORDERED that the motion for Rule 37(e) remedies is GRANTED.

The Court finds that Signal messages about agency business that should have been preserved were lost because Defendants failed to take reasonable steps to preserve them and that it cannot be restored or replaced through additional discovery. The Court finds prejudice to Plaintiffs from loss of that information and that Defendants acted with the intent to deprive Plaintiffs of the information's use in this litigation. Accordingly, under Federal Rule of Civil Procedure 37(e), IT IS HEREBY ORDERED that:

1. Defendants may not rely on any hindsight testimony that denies Defendants' plan to substantially reduce Federal Emergency Management Agency (FEMA) staffing, denies the Department of Homeland Security's (DHS's) direction over that plan, or denies implementation of that plan through indiscriminate separation of Cadre of On-Call Response/Recovery (CORE) employees.

2. In considering Plaintiffs' preliminary injunction motion and any future proceedings in this case, Court will presume that the lost Signal messages would have been unfavorable to Defendants because they would have been further evidence of Defendants' plan, DHS's control, and Defendants' implementing actions.

3. Plaintiffs are entitled to fees incurred in uncovering and addressing Defendants' spoliation. The parties shall meet and confer and attempt to resolve the amount of fees that Defendants will pay to Plaintiffs and if the parties cannot reach an agreement, Plaintiffs are granted leave to file a fee application.

[PROPOSED] ORDER GRANTING MOTION FOR RULE 37(E) REMEDIES, No. 3:25-cv-03698-SI

1

IT IS SO ORDERED.


Dated: _____, 2026        _____
The Honorable Susan Illston
United States District Court Judge