Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR RULE 37(E) REMEDIES** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | Civil Local Rules 6-3 and 7-11 |

Plaintiffs respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rules 6-3 and 7-11, to exceed the page limitation applicable to Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Relief and to Set a Prompt Schedule on Plaintiffs' Motion for Partial Summary Judgment, which is being filed today, and to shorten time for briefing and hearing on Plaintiffs' Motion for Rule 37(e) Remedies, likewise being filed today.  Specifically, Plaintiffs seek an additional twenty (20) pages for their Supplemental Brief, in light of the factual and legal complexity of the issues raised, and respectfully request that the accompanying Motion for Rule 37(e) Remedies be briefed and heard on the same schedule as the related Supplemental Brief.  Defendants oppose the requested additional pages, but do not oppose Plaintiffs' requested briefing schedule for the Rule 37(e) motion.

In support of their request, Plaintiffs provide the following showing of good cause:

Request for Additional Pages

1.    Plaintiffs' Motion for Preliminary Relief involves Administrative Procedure Act and ultra vires claims alleging workforce reduction actions by agency Defendants that exceed authority, are contrary to law, and are arbitrary and capricious, based on a substantial factual record developed pursuant to this Court's discovery orders following the initial Preliminary Injunction hearing.  *See* ECF 321 at 1.  Plaintiffs challenge the actions of Defendant Department of Homeland Security ("DHS") to dismantle the positions and functions of Defendant Federal Emergency Management Agency ("FEMA") by abruptly rolling out staffing cuts as part of a plan to reduce FEMA's employees by half (more than 11,000).  Plaintiffs' Supplemental Brief addresses Plaintiffs' claims that these actions by DHS, FEMA, and their agency heads violate a host of statutes, including but not limited to: FEMA's authorizing statutes, *see* 6 U.S.C. §613, §614, and 42 U.S.C. Chapter 68; the Post-Katrina Emergency Management Reform Act of 2006, *see* 6 U.S.C. §§315, 316; and Section 120 of the November 12, 2025 Continuing Resolution, which was extended through at April 30, 2026, *see* Pub. L. No 119-37, §120, 139 Stat 495 (2025); Homeland Security and Further Additional Continuing Appropriations Act, 2026, Pub. L. No 119-86, div. B §§101-102.

In particular, the Supplemental Brief summarizes and explains the significance of the additional evidentiary record developed since the original preliminary injunction briefing, pursuant to

this Court's orders for document and deposition discovery going "to the core question in this case: whether DHS ordered or directed that FEMA make staffing cuts (and cut staffing to a certain level)." ECF 321 at 1-2. That evidentiary record, which Defendants describe as "extensive," was assembled only after numerous orders of this Court enforcing Defendants' discovery obligations. And it requires additional pages to explain the context of the events of December 2025 and January 2026 and highlight evidence showing that DHS directed FEMA to implement a plan to reduce FEMA's workforce by 50% and to begin doing so by terminating CORE employees by their NTE date starting in the beginning of January 2026, as well as subsequent events.

2.      Plaintiffs have been diligent in drafting their motion and supporting papers, in conformity with the format and content mandated by the Court and have attempted to shorten the length of the brief as much as possible. Plaintiffs have assembled an extensive factual record to demonstrate the extent of DHS's planning and direction and have diligently worked to summarize that evidence and describe the impact of that evidence on Plaintiffs' claims. However, Plaintiffs require an additional twenty (20) pages in order to fully address the complex factual and legal background for the Court, particularly given Defendants' non-compliance with discovery orders in this case.

3.      Plaintiffs have notified counsel for Defendants of this motion and Plaintiffs' request for additional pages. Defendants oppose the motion for additional pages. *See* Leyton Decl. ¶3.

Request for Briefing and Hearing Schedule

4.      Good cause also supports Plaintiffs' request to shorten time for the briefing and hearing for Plaintiffs' Motion for Rule 37(e) Remedies in light of the facts and circumstances set forth in Plaintiffs' accompanying Motion for Rule 37(e) Remedies and supporting documents, the motion for preliminary relief and accompanying documents, and the complete record of this case. Specifically, Defendants' failure to preserve, spoliation, and misrepresentations discussed in the Rule 37 motion directly relate to the evidence and claims at issue in the Supplemental Brief in Support of Motion for Preliminary Relief. The overlap in these factual and evidentiary issues support briefing and hearing these motions on the same schedule, so that the Court may consider these interrelated motions together.

5.      Plaintiffs' proposed schedule does not prejudice Defendants.  Defendants' Supplemental Opposition to the Motion for Preliminary Relief is currently due on June 12, 2026. ECF 386.  As Plaintiffs' Motion for Rule 37(e) Remedies will be filed today, May 29, 2026, Plaintiffs' proposed schedule does not alter Defendants' 14-day deadline for filing their opposition to under Civil Local Rule 7-3.

6.      Plaintiffs' proposed schedule would advance their own reply deadline from June 19, 2026 to June 17, 2026 at 2:00 p.m., and advance the hearing on the Motion for Rule 23(e) Remedies to June 23, 2026 at 1:30 p.m. Pacific time, to be heard at the same time as the supplemental hearing on Plaintiffs' Motion for Preliminary Injunctive Relief and the hearing on Defendants' Motion to Dismiss.  ECF 386, 410.

7.      Pursuant to Civil Local Rule 6-3, Plaintiffs provided notice to Defendants of their intent to file this Administrative Motion and the Motion for Rule 37(e) Remedies and the parties met and conferred about the motion and briefing schedule.  Leyton Decl. ¶4.

8.      Defendants requested that Plaintiffs report that they have the following position:  At this time, Defendants do not oppose an administrative motion to modify the briefing schedule, so long as they are provided with the 14 days to file an opposition as contemplated by the Court's Local Rules.  Defendants, however, reserve their right to move to modify the briefing schedule after having had an opportunity to review Plaintiffs' substantive filing.  *Id.*

On the basis of the foregoing showing of good cause, Plaintiffs respectfully request this Court to permit them to file the accompanying Supplemental Brief in Support of Motion for Preliminary Injunctive Relief and to Set a Prompt Schedule on Plaintiffs' Motion for Partial Summary Judgment of 45 pages, and grant the request for an order shortening time to hear Plaintiffs' Motion for Rule 23(e) Remedies on the same schedule as the supplemental preliminary injunction briefing.

DATED: May 29, 2026

Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Elizabeth Eshleman
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006

Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: /s/ Teague Paterson

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: /s/ Steven K. Ury

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By:  /s/ David Chiu

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL

COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, and Martin Luther King, Jr. County, WA*

Jonathan G.C. Fombonne
Harris County Attorney

Sarah Utley (pro hac vice app. forthcoming)

Managing Counsel
Bethany Dwyer (pro hac vice app. forthcoming)
Deputy Division Director - Environmental Division
R. Chan Tysor (pro hac vice)
Senior Assistant County Attorney
Alexandra "Alex" Keiser (pro hac vice)
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5102
Fax: (713) 437-4211

jonathan.fombonne@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscoupntytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

By: */s/ Jonathan G.C. Fombonne*

*Attorneys for Plaintiff Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

Rebecca A. Hirsch (IL ARDC 6279592) (pro hac vice)
City of Chicago Department of Law,
Affirmative Litigation Division
121 N LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel: (312) 744-6934
Rebecca.Hirsch2@cityofchicago.org

By: */s/ Rebecca Hirsch*

*Attorneys for Plaintiff City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor

Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*