Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF STACEY M. LEYTON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR RULE 37(E) REMEDIES** |

**DECLARATION OF STACEY M. LEYTON**

I, Stacey M. Leyton, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.  I also make this declaration pursuant to Civil Local Rule 6-3.

2.      On May 29, 2026, I provided notice to counsel for Defendants of Plaintiffs' intent to file an Administrative Motion seeking leave to file a supplemental preliminary injunction brief of up to 45 pages, and requested Defendants' position.  I also provided notice that Plaintiffs would be filing a motion for remedies under FRCP 37(e) and asked whether Defendants would consent to hearing that motion on the same schedule as the supplemental briefing and hearing on the motion for preliminary injunction, given the overlapping evidence and factual issues raised in the two motions.

3.      Counsel for Defendants responded that Defendants oppose Plaintiffs' request for additional pages.

4.      Plaintiffs' and Defendants' counsel conferred further by email and video conference on May 29, 2026 about the Rule 37(e) motion and the briefing schedule.  Following that conferral, counsel for Defendants emailed Plaintiffs with the following position statement on the administrative motion to shorten time to hear the motion for sanctions: "At this time, Defendants do not oppose an administrative motion to modify the briefing schedule, so long as they are provided with the 14 days to file an opposition as contemplated by the Court's Local Rules.  Defendants, however, reserve their right to move to modify the briefing schedule after having had an opportunity to review Plaintiffs' substantive filing."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed May 29, 2026, in San Francisco, California.

_____
Stacey M. Leyton

Leyton Decl. ISO Pls.' Admin. Mot. to Exceed Page Limit and Shorten Time, No. 3:25-cv-03698-SI          1