Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **THIRD DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.    This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.    A true and correct copy of the Signal chat with "J" marked KLV_000363 – KLV_000368 is attached as **Deposition Exhibit 140**.

4.    A true and correct copy of the email correspondence marked USA-AFGE-Exp.-0017838 – USA-AFGE-Exp.-0017841 is attached as **Deposition Exhibit 146**.

5.    A true and correct copy of the response letter to Kara Voorhies' Subpeona to Testify at a Deposition and Produce Documents from Keven F. Sweeney, dated May 11, 2026, is attached as **Deposition Exhibit 148**.

6.    A true and correct copy of the Signal group chat between Kara Voorhies and Joe Guy marked KLV_000426 is attached as **Deposition Exhibit 200**.

7.    A true and correct copy of the Signal help page is attached as **Deposition Exhibit 202**.

8.    A true and correct copy of the Signal group chat with the name "Mount Weather". marked USA-AFGE-Exp.-0425603 – USA-AFGE-Exp.-0425604 is attached as **Deposition Exhibit 203**.

9.    A true and correct copy of the Signal group chat between Kara Voorhies and Joe Guy is attached as **Deposition Exhibit 204**.

10.    A true and correct copy of the Signal group chat FEMA 2.0 marked KLV_000515 is attached as **Deposition Exhibit 205**.

11.    A true and correct copy of the Signal group chat FEMA Rapid Response marked USA-AFGE-Exp.-0425666 is attached as **Deposition Exhibit 206**.

12. A true and correct copy of the Signal group chat Winter Storm Team marked KLV_000304 is attached as **Deposition Exhibit 215**.

13. A true and correct copy of the Signal group chat DHS Team marked USA-AFGE-Exp-0426031 is attached as **Deposition Exhibit 217**.

14. A true and correct copy of the Signal group chat between Karen Evans and Joe Guy marked USA-AFGE-Exp.-0425834 attached as **Deposition Exhibit 223**.

15. A true and correct copy of an image of a Signal group chat marked USA-AFGE-Exp.-0425462 is attached as **Deposition Exhibit 228**.

16. A true and correct copy of the Signal group chat with the name "FEMA 2.0". marked USA-AFGE-Exp.-0425848 is attached as **Deposition Exhibit 300**.

17. A true and correct copy of the Signal group chat with the name "FEMA 2.0" marked KLV_000514 – KLV_000515 is attached as **Deposition Exhibit 301**.

18. A true and correct copy of the Signal group chat with the name "FEMA 2.0". marked USA-AFGE-Exp.-0425461 is attached as **Deposition Exhibit 303**.

19. A true and correct copy of the Signal chat with "Troup H" marked USA-AFGE-Exp.-0425462 – USA-AFGE-Exp.-0425464 is attached as **Deposition Exhibit 306**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____
Danielle Leonard

THIRD DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

Docusign Envelope ID: B704B996-254F-4C64-99A3-DE902A83B435

EXHIBIT ___134___
WIT: _____
DATE: _____
V. Hildebrandt, CSR

## SUBCONTRACTOR TERMINATION LETTER

**Date**: 3/12/2026

**To:** LV Consulting, LLC
1763 Columbia Rd NW, Suite 175 #278675, Washington, DC 20009

**Re:** Termination for Convenience – Subcontract Agreement dated **October 1, 2025**

Dear Kara,

Pursuant to the termination for convenience clause in the Subcontractor Agreement between **AnchorCode Technologies, LLC** ("Contractor") and **LV Consulting, LLC** ("Subcontractor"), Contractor hereby provides notice of immediate termination for convenience of the subcontract.

**Effective Date of Termination:** Immediately upon receipt of this notice

**Required Actions:**
- You shall immediately stop all work under the subcontract upon receipt of this notice
- You may submit a claim within thirty (30) days of the termination date for work performed prior to termination
- Any claim must reflect only the percentage of work actually performed and reasonable charges directly resulting from termination
- Claims shall not include avoidable costs, lost profits, or unabsorbed overhead

This termination is for convenience only and does not reflect any performance issues or breach of contract on your part.

Please acknowledge receipt of this notice and confirm your understanding of the termination requirements.

Thank you for your services during this engagement.

Sincerely,

Kyle Schutt
Owner
AnchorCode Technologies, LLC

I acknowledge receipt of this Termination for Convenience notice:

By: _____

Name: **Kara Voorhies**

Title: **Owner**

Subcontractor: **LV Consulting, LLC**

Date: 3/14/2026 _____

---

AnchorCode Technologies, LLC Subcontractor Termination Letter

KLV_000513

EXHIBIT _____140_____
WIT: _____
DATE: _____
V. Hildebrandt, CSR



11:04

< J    J

J

J >

&? Name not verified

No groups in common

Apr 4, 2025

Call

At 15:30 I received a call from CL while on I-75 (Alligator Alley poor cell coverage) returning home from Bogotá.  Conversation lasted, with a few dropped calls, approximately 15-20 minutes.

Following initial greetings, CL advised that POTUS had directed addressing the future of FEMA - reducing from 20,000 employees and 10 locations to an agency that focuses more exclusively on

+ nt Message

resources/monies given to the states for other matters.  He

KLV_000363



11:04 🔕

‹    J    J                    📹    📞

Apr 4, 2025

Call

At 15:30 I received a call from CL while on I-75 (Alligator Alley poor cell coverage) returning home from Bogotá.  Conversation lasted, with a few dropped calls, approximately 15-20 minutes.

Following initial greetings, CL advised that POTUS had directed addressing the future of FEMA – reducing from 20,000 employees and 10 locations to an agency that focuses more exclusively on Continuity of Government – resources/monies given to the states for other matters.  He offered that the agency has $150 billion that needs to be dispersed and will receive an additional $50 billion before the end of the fiscal year.

He offered that he had dinner with

\+  a    Message        🗒  📷  🎤

pulled / provided a few names
-including mine for the FEMA

KLV_000364

11:04

<    J   J    ◻   ☎

...ore the end of the fis...
year.

Apr 4, 2025

He offered that he had dinner with JD a few nights ago and that JD pulled / provided a few names -including mine for the FEMA project.

He asked about my background and whether I thought my skills would be aligned with those of a larger team to affect the president's objective given it would have to be a team as no one individual would be capable of doing so.  I advised that while I had not managed a $200 billion dollar budget nor 20k employees, my experience in government and seeking efficiencies while also succeeding the mission leveraging the strengths of our organization and those of others, was something in which I had succeeded.  I also work well with cross-functional teams.

˅

When we talked about a potential

+   Message   

KLV_000365

11:04

< J J

succeeded. I also work well with
cross-function

Apr 4, 2025

When we talked about a potential
look for a downsized organization,
and I mentioned more of an
executive instead of an operational
entity, he stated that FEMA would
remain under DHS, not the WH—
with which I agreed and noted my
comment on executive was a
much smaller agency that focused
on key issues.

When he mentioned DHS, I
offered that I had extensive and
positive experience working with
DHS/HSI during my domestic
assignments - he asked no
questions and I did not provide
details or names.

He then asked who else in Crest I
worked with - I mentioned JD, JH,
ES, and KV. He then asked if I
could work daily with KV -
absolutely.

Message

KLV_000366



11:04

J  J

absolutely.

Apr 4, 2025

He noted that the job would only be for six months and "we" would have to be in DC, believe he said we would be seconded to the government (NFI) during the time on the project working Monday thru Friday— with the occasional trip home.  He also noted that JD would provide housing.

While not particularly relevant, and while addressing the poor cellular coverage, I advised I was on my way home to Bonita Springs.  He stated he knows the area well as he has a home in Naples (NFI).

Best,

Steve                                   9:36 AM

FEMA, <u>500 C Street SW,</u>
<u>Washington DC 20472</u>

Just south of National Mall/
Smithsonian Air and Space....

+        Message

Jun 4, 2025

KLV_000367



**11:04**

J   J

**Steve**    Apr 4, 2025    9:36 AM

FEMA, 500 C Street SW, Washington DC 20472

Just south of National Mall/ Smithsonian Air and Space....

10:18 AM

Jun 4, 2025

Outgoing voice call · 12:09 PM

Call Again

Jun 19, 2025

Outgoing voice call · 6:21 PM

Call Again

Jun 29, 2025

Outgoing voice call · 4:46 PM

Incoming voice call · 5:56 PM

Call Back

+   Message



Outgoing voice call · 10:32 AM

KLV_000368

EXHIBIT 146
WIT: _____
DATE: _____
V. Hildebrandt, CSR

**Sent:**       12/31/2025 4:23:14 PM
**To:**         Evans, Karen [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=85bf5c69b59b407dbe7a70b634015dc0-771d1d66-f8]; Voorhes, Kara
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5]
**Subject:**    FW: ORR CORE Renewals
**Attachments:** NTE data - 1.1 - 1.4 - ORR V2.xlsx

Karen and Kara,

I realize this is above my pay grade.

Because the CORE issue happened before I arrived, I wasn't advised on the matter at hand, nor aware of the actioning on the extensions.

There are potential mission and delivery impacts about which I need to make you aware.

My specific concerns are listed below specifically related to the heavy emphasis material handlers, e.g. forklift drivers. Response logistics will be negatively impacted.

Thanks,

gp

Logistics impacts of expiring COREs.

Selma Housing

-       This eliminates 7 of 10 material handlers.
o       The individuals receive, inspect, do minor repairs monthly, and move, stage, and deploy MHUs and Travel Trailers to housing missions.
o       Their loss will significantly slow our ability to deploy units to disasters, and the resulting significantly less frequent inspection of units will have us missing leaks and other damage delaying deployment and increasing repair costs.
o       Cumberland is a much smaller operation (a quarter of the size) and only has 2 material handlers and we typically operate both sites simultaneously for speed and flexing is typically not an option.
-       This eliminates 1 of 2 carpenters who do repairs to units and who make the travel modifications necessary to safely deploy the units on the highways enroute to housing missions. There is one carpenter at Cumberland.
-       BOTTOM LINE:  survivor delays in occupying housing and the possibility that the quality of the units will be less than we'd like

Distribution Centers

-       This eliminates 1 Material Handler and one Staging Management Team Member in Puerto Rico and 1 Material Handler and 1 Inventory Specialist at Tracy, CA.
o       Staff are already thin because of the hiring freeze, compounds Tracy's 'inflexibility; should something happen – the Inventory Person manages the hundred million dollars of stuff there and the MH is typically a jack of all trades

Cadre and Field Impacts

         USA-AFGE-Exp.-0017838

- Senior IM CORE manager, great performer, huge contributor, and institutional knowledge cornerstone. Who is a designated devolution person for continuity.
- 2 general logistician IM COREs currently deploy at disasters (NC and FL)

**From:** Peterson, Tonneisha <tonneisha.peterson@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 2:24 PM
**To:** Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>; Phillips, Gregg <gregg.phillips@fema.dhs.gov>
**Cc:** Turi, Keith <Keith.Turi@fema.dhs.gov>
**Subject:** RE: ORR CORE Renewals

Good afternoon,

Apologies for the duplicate email. The previous report omitted the MCO positions. Please use the attached version instead.

The password is the same as before.

Thanks,

Toni

**From:** Peterson, Tonneisha
**Sent:** Wednesday, December 31, 2025 1:06 PM
**To:** Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>; Phillips, Gregg <gregg.phillips@fema.dhs.gov>
**Cc:** Turi, Keith <Keith.Turi@fema.dhs.gov>
**Subject:** RE: ORR CORE Renewals

Greg,

For your reference, I have attached a list of ORR appointments scheduled to expire between January 1 and January 4, 2026.

Password to follow.

Thanks,

Toni

**From:** Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 12:45 PM
**To:** Phillips, Gregg <gregg.phillips@fema.dhs.gov>
**Cc:** Berry, Emilie <emilie.berry@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>; Turi, Keith <Keith.Turi@fema.dhs.gov>; Blair, Shannon <shannon.blair@fema.dhs.gov>; Peterson, Tonneisha <tonneisha.peterson@fema.dhs.gov>
**Subject:** RE: ORR CORE Renewals

Good afternoon, Greg, and team –

The requested 30-day extension for the following ORR CORE positions were **disapproved**:

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0017839

| ORR | Program Specialist | 1 |
|---|---|---|
|  | Program Analyst | 4 |
|  | Logistics Mgmt Specialist | 1 |
|  | Supply Specialist | 2 |
|  | Inventory Mgmt Specialist | 1 |
|  | Carpenter | 1 |
|  | Materials Handler | 9 |

OCHCO is drafting the required notices to impacted employees. Given the number of staff currently on leave and the need to issue notices promptly and collect Government Equipment (GE), as applicable, please provide the name(s) of supervisor/manager of record for each of the position listed above.

Please send the requested names as soon as possible today.

v/r, Blanca

---

Blanca Sanchez
FEMA DCHCO
500 C St, SW
Washington, DC 20024
Mobile # 771-250-8095 (call or text)

---

**From:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Sent:** Thursday, December 25, 2025 5:26 PM
**To:** Phillips, Gregg <gregg.phillips@fema.dhs.gov>
**Cc:** Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>; Berry, Emilie <emilie.berry@fema.dhs.gov>; Turi, Keith <Keith.Turi@fema.dhs.gov>
**Subject:** ORR CORE Renewals

Good afternoon Gregg.

To process CORE renewals with effective dates on or after January 1, 2026, the Office of the Chief Human Capital Officer (OCHCO) is providing an informational memo with personally identifiable information redacted to the Office of the Administrator that will supplement the DHS Hiring Verification Process Form. The attached is shared for awareness. OCHCO will seek 30-day renewals pending a final determination by FEMA and DHS leadership.

As always, please feel welcome to reach out for further discussion.

La' Toya Prieur, MBA
Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support
Mobile Phone: (771) 219-5434
Latoya.Prieur@fema.dhs.gov
*Executive Assistant: Agnes.Gautier@fema.dhs.gov*
Federal Emergency Management Agency
fema.gov

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0017840



# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
## ATTORNEYS AT LAW

KEVIN F. SWEENEY
SHAREHOLDER
DIRECT: 610.772.2327
KSWEENEY@CHAMBERLAINLAW.COM

300 CONSHOHOCKEN STATE ROAD, SUITE 570
WEST CONSHOHOCKEN, PA 19428
610.772.2300
FAX: 610.772.2305

PHILADELPHIA
HOUSTON
ATLANTA
SAN ANTONIO

May 11, 2026



**Via Hand Delivery**
Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Re:  *AFGE et. Al. v. Trump et. Al.,* 25-cv-03698-SI (N.D. Cal.)
Subpoena to Testify at a Deposition and Produce Documents

Dear Ms. Leonard,

We write on behalf of our client, Kara Voorhies, to produce documents responsive to the above-mentioned Rule 45 subpoena you issued to her as a non-party witness. The production includes contracts pertaining to Ms. Voorhies, as well as communications from her personal phone.

As to the communications we are producing, we note that our Firm has harvested files from applications on Ms. Voorhies's personal phone that may contain responsive communications and/or are covered by the Court's Preservation Order. See Docket Number 380.[1] We have done so to preserve evidence from this device and to facilitate our review and production of the communications demanded by your subpoena.

To appropriately tailor a reasonable search of the over 45,000 harvested phone communication files and meet the subpoena's very short suspense,[2] we applied the same search term strings used by the government as an actual party to this matter. See Docket Number 344 at 7. We note that these search term strings are the same ones the Court ordered be applied to the search of Joseph Guy's personal phone at a minimum (See Docket Number 362 at 2). See Docket Number 351, 380. In addition to these search term strings, we further applied the following singular search terms:

- reappoint* or nonreappoint*
- Renew*
- renew* and (core or cadre)
- Target or targeted or targeting or targets
- Target w/5 reduc*
- target w/5 staff

---

[1] We note that, with respect to Signal messages, we were not able to extract the messages in native format and had to, instead, screen shot the chats.
[2] As you know, we were retained a little over one week ago.

*AFGE et. Al. v. Trump et. Al.,* 25-cv-03698-SI (N.D. Cal.)
May 11, 2026
Page **2** of **2**

- workforce

All search term hits were, in turn, reviewed for responsiveness. Our production includes all documents determined by this review to be responsive. As you can imagine, it comes at considerable burden and expense to Mr. Voorhies, who is not a party to this matter.

If you have any questions, please do not hesitate to reach out to me or Larry Campagna. Have a nice weekend.

Very truly yours,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**

Kevin F. Sweeney

cc: Larry Campagna

Enclosures

6:01 🔕      .ıl 🛜 ⚡

<    **Joe Guy (Mobil...**     
        ⏱ 1d

What time you leaving Friday?

Tue, Apr 28

ⓘ Joe Guy (Mobile) set disappearing
message time to 1 day.

📞 Incoming voice call · 2:28 PM

**Call Back**

Wed, Apr 29

📞 You declined a voice call · 10:59 AM

📞 Unanswered voice call · 11:41 AM

📞 Incoming voice call · 12:14 PM

**Call Back**

Fri, May 1

🛡 Your safety number with Joe Guy (Mobile)
has changed.

**Learn More**

Tue, May 5        ⌄

📞 Unanswered voice call · 8:62 AM

\+    Message          

EXHIBIT

**200**

DEPONENT NAME:
Guy, Joseph    DATE: 5/15/26

KLV_000426



Signal Support Help Center home page                                                    ≡

Signal Support > Security > Security FAQ

Q   Search

**Articles in this section**                                                              ⌄

# What is a safety number and why do I see that it changed?

## What is a safety number?

Each Signal one-to-one chat has a unique safety number that allows you to verify the security of your messages and calls with specific contacts. **This does not verify anyone's identity.**

Verification of safety numbers is a good security practice for sensitive communication. If a safety number has been marked as verified, any change must be manually approved before sending a new message.

## Why do I see a safety number change alert?

Signal advises you whenever a safety number has changed. This allows users to check the privacy of their communication with a contact and helps protect against any attempted man-in-the-middle attacks.

The most common scenarios where a safety number advisory is displayed are when a contact switches to a new phone or re-installs Signal, but these actions don't always result in a safety number change. However, if a safety number changes frequently or unexpectedly it may be a sign that something is wrong.

## Why was my message before the safety number change alert not delivered?

Undelivered messages will not be resent after a safety number has changed. Your messages with Signal are end-to-end encrypted which is like having locks and keys for each message. When the safety number changes it's as if you have changed the locks and keys for your messages. So, messages that were sent before the safety number change are using the old locks and will not be delivered.

## How do I view a safety number?

Note: This is only created after you've accepted a message request.

1. Open a chat with a contact.
2. Tap on the chat header or ⋯ the overflow menu then chat settings.
3. Select View Safety Number.

## How do I verify the safety number with my contact?

The easiest way to compare safety numbers is to scan your contact's QR code (ideally in person). You can also visually or audibly compare the numeric code, or use the share icon to copy it to your clipboard to use on another channel. If the safety number is identical then you can be sure that you are communicating with the right person.

To do so, both you and the other person should follow the steps to view a safety number as listed above and tap to scan or share the code. You can then tap "Mark as verified" to apply the setting on your side only.

## How do I manage the verified status of the safety number?

View the safety number and tap the Mark as Verified or tap Clear Verification button.

## How do I know if a safety number has been marked as verified?

A checkmark will appear in the chat header by your contact's name when the safety number is marked as verified. It will remain verified unless the safety number changes or you manually change the verification status.

Have more questions? Submit a request

---

Return to top ^

## Recently viewed articles

Set and manage disappearing messages

Backup and Restore Messages

## Related articles

How do I know if my message was delivered or read?

Is it private? Can I trust it?

Requesting your account data

Signal Profiles and Message Requests

Backup and Restore Messages

Signal is committed to your privacy. Signal runs on donations as a nonprofit. Donate here!





USA-AFGE-Exp.-0425604



USA-AFGE-Exp.-0425603





EXHIBIT

204

DEPONENT NAME: Guy, Joseph

DATE: 5/15/26





KLV_000515





USA-AFGE-Exp.-0425666



USA-AFGE-Exp.-0425667



USA-AFGE-Exp.-0425668



USA-AFGE-Exp.-0425669



USA-AFGE-Exp.-0425670



USA-AFGE-Exp.-0425673



USA-AFGE-Exp.-0425674



USA-AFGE-Exp.-0425675



USA-AFGE-Exp.-0425676



USA-AFGE-Exp.-0425677



USA-AFGE-Exp.-0425678



USA-AFGE-Exp.-0425679



USA-AFGE-Exp.-0425680



USA-AFGE-Exp.-0425681



USA-AFGE-Exp.-0425682



USA-AFGE-Exp.-0425683

4:16

**FEMA Rapid Resp...**
Victoria Barton, Lauren,

Wed, Jan 14

Victoria Barton

Reply

Rep. Moskowitz FEMA Member
Day Captioned.mp4 - Rep. Mos...
frame.io

https://next.frame.io/share
/5813d4c7-700f-479e-819d
-2d67f0b1360f/view
/aa82844c-bb7b-493d-ab2d
-dcf1a9c0b0d2

Signal message

USA-AFGE-Exp.-0425684

USA-AFGE-Exp.-0425685



USA-AFGE-Exp.-0425686

USA-AFGE-Exp.-0425687



USA-AFGE-Exp.-0425688



USA-AFGE-Exp.-0425689



USA-AFGE-Exp.-0425690



USA-AFGE-Exp.-0425691



USA-AFGE-Exp.-0425692



USA-AFGE-Exp.-0425693



USA-AFGE-Exp.-0425694



USA-AFGE-Exp.-0425695



USA-AFGE-Exp.-0425696



USA-AFGE-Exp.-0425697

4:16

**FEMA Rapid Resp...**
Victoria Barron, Lauren,

Mon, Feb 9
Wed, Feb 11

Micah Bock

⌄ Retry

**Homeland Security (@DHSgov) on X**
"Secretary Noem is a great leader." During the recent winter storm, @Sec_Noem would stay through the night with FEMA personnel, working to coordinate relief for affected communities. This is the leader that DHS personnel are familiar with. The aspersions cast by leftists in x.com

https://x.com/dhsgov/status/2021640783867105735?s=

Signal message

USA-AFGE-Exp.-0425698



USA-AFGE-Exp.-0425699



USA-AFGE-Exp.-0425700



USA-AFGE-Exp.-0425706



USA-AFGE-Exp.-0425707



USA-AFGE-Exp.-0425708



USA-AFGE-Exp.-0425709



USA-AFGE-Exp.-0425710



USA-AFGE-Exp.-0425711



USA-AFGE-Exp.-0425712



USA-AFGE-Exp.-0425713

USA-AFGE-Exp.-0425714



USA-AFGE-Exp.-0425723



USA-AFGE-Exp.-0425724



USA-AFGE-Exp.-0425725

USA-AFGE-Exp.-0425726



USA-AFGE-Exp.-0425727



USA-AFGE-Exp.-0425750



USA-AFGE-Exp.-0425751

FEMA Rapid Resp...
Victoria Barton, Lauren,

Thu, Feb 26

Victoria Barton
No funding, no FIFA!
No ticket, no taco!

Harry Fones

Dillon M

Joe Guy

Victoria Barton

Signal message

USA-AFGE-Exp.-0425752



USA-AFGE-Exp.-0425753



USA-AFGE-Exp.-0425754



USA-AFGE-Exp.-0425755



USA-AFGE-Exp.-0425758



USA-AFGE-Exp.-0425766



USA-AFGE-Exp.-0425767



USA-AFGE-Exp.-0425768



USA-AFGE-Exp.-0425769



USA-AFGE-Exp.-0425770



USA-AFGE-Exp.-0425771



USA-AFGE-Exp.-0425772



USA-AFGE-Exp.-0425773



USA-AFGE-Exp.-0425774



USA-AFGE-Exp.-0425775



USA-AFGE-Exp.-0425776



USA-AFGE-Exp.-0425777



USA-AFGE-Exp.-0425780

USA-AFGE-Exp.-0425738



KLV_000304



KLV_000305



KLV_000306

12:23

**Winter Storm Team**

Karen Evans

CHCO sent ~~~~ ~~~~il
Fri, Jan 23
regarding the halting of the CO...

This is what we're saying to reporters.

"This is a mischaracterization of how FEMA's CORE program works. The CORE program consists of term-limited positions that are designed to FLUCTUATE based on disaster activity, operational NEED, and available funding. FEMA's National Response Coordination Center has been activated in response to a historic winter storm, in line with this mission FEMA is following standard protocol to ensure mission functions are being met. We urge the media to report on how Americans can stay safe this weekend, not create manufactured drama while a winter storm looms."

MB                                    6:52 AM

+    Message

Caroline Miller

KLV_000307



12:23

**Winter Storm Team**

not create manufactured drama whi. Fri, Jan 23 storm looms."

MB                                    6:52 AM

Victoria Barton

Caroline Miller
Standing by for updated
placemats that NRCC said wou...

@Gregg Phillips flagging

6:55 AM

7:23 AM EST Report from
region:
VA EM Request should be
making its way through FEMA
channels/Recovery now to
validate and process the
request.

Do not have ETA on when it
will be ready for S1 review yet
but want to ensure all parties
are aware that it is working
through internal channels.
Recommend a courtesy note
to Jeff Rubini and Art at the
NSC

Message

Victoria Barton

KLV_000308



KLV_000309



**Winter Storm Team**

Mon, Jan 26

Right now FEMA remains at NRCC Activation Level 3, and our mission focus has not changed.  Based on:
    •   State emergency operations centers moving from full to partial activation,
    •   The absence of outstanding unmet requests for assistance, and
    •   Continued stable operating conditions,

We recommend that we transition to a Level 3 posture with full daytime operations and an enhanced overnight watch, rather than a full 24-hour staffing model.

What this means in practice:
    •   Daytime NRCC operations remain fully staffed and fully engaged.
    •   Overnight coverage will be maintained through the



KLV_000310

1:31

 **Winter Storm Team**

and fully engaged.

· Ove'  Mon, Jan 26  ge will be maintained through the National Watch Center, with additional ORR presence (4-5) in the NRCC to ensure continuous monitoring and immediate escalation if needed.

· This posture allows us to remain ready, responsive, and disciplined while preserving our ability to quickly re-escalate if conditions change.

This does not signal nor does it imply reduced federal support.

KE                                8:00 PM

**Joe CHILBERT**

AT&T update isolated to 9 sites in WV, weather related

J                                    8:03 PM

How many people were impacted?          8:28 PM

Karen Evans

W'

Message

about 30 minutes

KLV_000311



1:33

**Winter Storm Team**

direction.                              5:21 AM

Wed, Jan 28

Victoria Barton

This morning, ARA Rob Ashe will be on a helicopter with Mississippi Gov. Tate Reeves. Our photog will also be flying with them to get photos and B roll we can use with the Gov.

🙏🇺🇸                              7:14 AM

Good morning! Gov Landry will come to FEMA to meet with AF1 and AA Phillips and Senior Advisor Kara Voorhies. I will be staffing. Plan is to do meeting in M1 followed by NRCC tour. ETA is not available yet - I am coordinating with the stafff. We will have photog. I am told DHS leadership is tracking and aware!                              7:45 AM

Joe Guy (Mobile)

We need 5-10 talking points on the storm response in region 4 for S1 for when we

Message

KLV_000312



KLV_000313



KLV_000314



KLV_000315



KLV_000316



KLV_000317





USA-AFGE-Exp.-0426028



USA-AFGE-Exp.-0426029



USA-AFGE-Exp.-0426030



USA-AFGE-Exp.-0426031

USA-AFGE-Exp.-0426032





USA-AFGE-Exp.-0425834



USA-AFGE-Exp.-0425835



USA-AFGE-Exp.-0425836



USA-AFGE-Exp.-0425837



USA-AFGE-Exp.-0425838



USA-AFGE-Exp.-0425839



USA-AFGE-Exp.-0425841



USA-AFGE-Exp.-0425842



USA-AFGE-Exp.-0425843



USA-AFGE-Exp.-0425844



USA-AFGE-Exp.-0425845



USA-AFGE-Exp.-0425846



USA-AFGE-Exp.-0425857



USA-AFGE-Exp.-0425858



USA-AFGE-Exp.-0425859





USA-AFGE-Exp.-0425462



**Exhibit 300**
05/26/2026

USA-AFGE-Exp.-0425848



KLV_000514



KLV_000515

**Exhibit 303**
05/26/2026

USA-AFGE-Exp.-0425461



**Exhibit 306**

05/26/2026

USA-AFGE-Exp.-0425962



USA-AFGE-Exp.-0425963



USA-AFGE-Exp.-0425964