Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **FOURTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.      This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.      A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.-0425487 – USA-AFGE-Exp.-0425500 is attached as **Deposition Exhibit 142** Part 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____

Danielle Leonard

FOURTH DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

EXHIBIT 142
WIT: _____
DATE: _____
V. Hildebrandt, CSR

Winners believe in their worth in advance of their performance.
—Denis Waitley

**27**
**Friday**
**February 2026**

Daily Notes

58th Day   307 Left   Week 9

Mar

Talked to [illegible]

Jess Kramer 12:30
Mission Assignment Work Starting Monday
w/ the Army Corp of Engineers—
→ tracking down
help mark timelines in Next 48hrs]
Consider in Next 48 hrs —]
can we do it in 2 days? Remediation →
Remediation timeline
the EPA Check in TCG @ 1:00pm
the Sampling testing
Debris Removal After repair the pipe
< 4 months
Modernized — the pipe — the Mission Assignments
will have Check in
Option B/C Develop the pipe

talked w/ Kara w/ Victoria placed
She used the coaching as my deputy
I'm taking one-on-one w/ them —
Need to ensure their leadership is informed

USA-AFGE-Exp.-0425487



USA-AFGE-Exp.-0425488



USA-AFGE-Exp.-0425489

Stephanie (Cont'd)
questions — in the future

The whole point of getting things done
is knowing what to leave undone.
—Stella Isaacs

**9**
**Tuesday**
**December 2025**

343rd Day  22 Left  Week 50

Jan

Daily Notes

Stephanie (Cont'd)
questions — in the future

USA-AFGE-Exp.-0425490



USA-AFGE-Exp.-0425491



USA-AFGE-Exp.-0425492



USA-AFGE-Exp.-0425493



USA-AFGE-Exp.-0425494



USA-AFGE-Exp.-0425495



USA-AFGE-Exp.-0425496



USA-AFGE-Exp.-0425497



USA-AFGE-Exp.-0425498



USA-AFGE-Exp.-0425499



Date: 2/10/26

Thursday

Check my Leave Slip for 2/11/26

sent the request for BRIC

\* Need to call Peter

CORE Court Case
Personnel Issues                              - Political hires
  ✓ Jeff Rubini - transfer GS 14
  ✓ NATO Detailee
  ✓ Announcement
  ✓ Diego / other issues → MDR due to
Residency Strategy.                    firing
  · Politicals hiring

GSA / OMB                              w/ GSA -
Kara, Karen, Will                     \* Ed token
Eric, John                            move forward

                    DRF   Check the Distribution
                              of the Weekly Report

USA-AFGE-Exp.-0425500