Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **FIFTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.    This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.    A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.-0425501 – USA-AFGE-Exp.-0425513 is attached as **Deposition Exhibit 142** Part 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____

Danielle Leonard

FIFTH DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI



# February 11, 2026
## Wednesday

February 2026
SuMo TuWe Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

March 2026
SuMo TuWe Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**WEDNESDAY**

**11**

To be rescheduled: Contract Review (AF1's Office ) - Evans, Karen

**7 AM**

**8**

Late to the Office

(Muted)  0830 FEMA Daily        (Speaking)  0830 FEMA Da

**9**

**10**

Hold: Phillips testimony

**11**

**12 PM**  Lunch

FEMA Political Appointees Meeting ; AF1 Conference Room // Microsoft Teams Meeting; FEMA-Cl

**1**  FEMA Sync; Microsoft Teams Meeting; SCHULENBURG, CHRISTOPHER

Hold; AF1's Conference Room ; Evans, Karen

**2**  Transit to WH; EEOB 260; Evans, Karen

Karen Evans <> Eric Ueland (OMB) ; EEOB 260; Ueland, Eric M. EOP/OMB

**3**  Transit to FEMA HQ; Evans, Karen

USACE REA Settlement Discussion ; AF1's Cc        End of Day OA Sync; AF1 Conference Room ;

**4**

**5**

**6**

USA-AFGE-Exp.-0425501



USA-AFGE-Exp.-0425502

# February 12, 2026
Thursday

| February 2026 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

| March 2026 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**THURSDAY**

**12**

To be rescheduled: SES/GS-15 Details Briefing (AF1 Office/ Microsoft Teams Meeting) - FEMA

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Brief | (Speaking) 0830 FEMA Daily Operations Br

**9**

SSP; Microsoft Teams Meeting; Guy, Joseph

**10**

**11**

**12 PM** Lunch

**1**

**2**

**3** Canceled: Nuclear Power Program
SCIF 530/ SVTC 738-5099 ; FEMA Administrator

**4** End of Day OA Sync; AF1 Conference Room ; | Canceled: Weekly Sync: SCOPE; Microsoft Te

**5**

**6**

USA-AFGE-Exp.-0425503



**Daily Notes**                                        Date: 2/17/26

Email

2/7/26  pend ERIN reminder for AA
        sent Agenda to joe Redw Sync Meeting
→       Tribal moving to 90% PA Declaration
               Keith 4:43 pm

        Send to Micah 4:40 pm

        followup Report for 2/25 Olympics
—       BLC / ERIN 3:59 pm
               James Evans @ 3:52 pm

Agenda
  • Planitter pilot
  • Water EPA project (check w/ Jess)
  • Comms plan for final FEMA Report
        – Task force
        – Block grants
  • Hill Meeting(s)
  • Personnel
        • Exec Sec
        • Andrew

USA-AFGE-Exp.-0425504



USA-AFGE-Exp.-0425505



USA-AFGE-Exp.-0425506



# February 18, 2026
## Wednesday

**WEDNESDAY**

**18**

To be rescheduled: Hold: Liaison Officer brief

**7 AM**

**8**

(Muted)  0830 FEMA Daily Operations Briefi...    (Speaking)  0830 FEMA Daily Operati...

**9**

**10**

**11**

**12 PM**  Lunch

Transit to WH (arrival by 12:45pm): Evans, Karer

**1**

Calendar hold: Federal engagement and coordination with state, local, and private sector stakeholde...

**2**  Transit to FEMA HQ: Evans, Karen

Management Cost POP Extensions; AF1 Conference Room //  Microsoft Teams Meeting; Eva...en

**3**  NFIP Mapping Meeting ; AF1's Cnference Room ; Evans, Karen

**4**  End of Day OA Sync; AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff

**5**

**6**

USA-AFGE-Exp.-0425507



Daily Notes

EPA Check in                                    Date: 2/19/26

Jeff Rubini              D. Lee Forgren

Various Agencies:

Sit Rep readout

vs through HQ   vs Regional Office

* Needs DC Water
  Before 4 wk timeline

Jake Murphy

→ District Declaration
   Holding the place for the declaration
No costs              * Interim
                        Possibles
FEMA Coordinator      * pipes *
EPA the lead          Mission Assist
IMMAC    water testing
          (NPS)
          where they are at for testing
Federal facilities
* voluntary intact testing
  Army Corp      (Emergency

Sync
Kevian, Chris, Joe
                        See Notes

© Franklin Planner Corporation • Universal-Classic



USA-AFGE-Exp.-0425509



USA-AFGE-Exp.-0425510





USA-AFGE-Exp.-0425512



USA-AFGE-Exp.-0425513