Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**SIXTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.      This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.      A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.- 0425514 – USA-AFGE-Exp.-0425517, USA-AFGE-Exp.-0425312 – USA-AFGE-Exp.-0425334 is attached as **Deposition Exhibit 142 Part 3**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

Danielle Leonard

SIXTH DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI



# February 25, 2026
## Wednesday

February 2026
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

March 2026
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**WEDNESDAY**

**25**

To be Rescheduled: Hold: Pre-Brief (Rep. Edwards) (AF1 Conference Room ) - Evans, Karen

To be Rescheduled: In Person meet w/ Rep. Chuck Edwards (R-NC-11) (Longworth House Office Building)

**7 AM**

**8**
(Muted)  0830 FEMA Daily Operations Briefing
FEMA HQ M1 Conf Room; VTC; FEMA Channel 12;
FEMA-NWC

(Speaking)  0830 FEMA Daily Operations Briefing
FEMA HQ M1 Conf Room; VTC; FEMA Channel 12;
FEMA-NWC

**9**
**Transit to DHS HQ**
Evans, Karen

**10**
**Hearing Prep Session**
Room 3431 - NJIC
SecretaryScheduler

**11**

**12 PM**
Lunch

**Evans 4 Top**
Executive Dining Facility
Banner, Paul

**1**
**Check In**
Microsoft Teams M---
Kramer, Jessica L.

**DCOS Guy Meeting**
CR 2407
Conf Room 2407

**FEMA Sync**
Microsoft Teams Meet
SCHULENBURG, Ch

**Transit to FEMA HQ**
Evans, Kar

**2**

**3**
**Waste, Fraud and Abuse Meeting**
AF1 Conference Room
Evans, Karen

**4**
**End of Day OA Sync**
AF1 Conference Room ; NCR-500C-8NW-2807-MTR
FEMA-Chief of Staff

**5**

USA-AFGE-Exp.-0425514



USA-AFGE-Exp.-0425515

1/28/26

## 9
**Monday**
**February 2026**

*Last Quarter Moon*

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

✓ Completed
→ Forwarded
✗ Deleted
G✗ Delegated
• In Process

January 2026
March 2026

↓ ABC   **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

*(handwritten)* → find Joe on the lease
→ VI next week talk to Victoria

USA-AFGE-Exp.-0425516



USA-AFGE-Exp.-0425517

## December 2025

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 4 | 5 | 6 | |
| _Full Moon_ | | | |
| 11 | 12 | 13 | |
| _Last Quarter Moon_ | | | |
| 18 | 19 | 20 | |
| | _New Moon_ | | |
| 25 | 26 | 27 | |
| _Christmas_ | _Kwanzaa / Boxing Day (Canada)_ | _First Quarter Moon_ | |
| | | | |

© Franklin Planner Corporation • Original–Classic

## December 2025 Index

| Date | Index important information recorded on this month's Daily or Weekly Notes. |
|---|---|
| 1 | S2 Tag up |
| | Staff Calls |
| 2 | Staffing Plans |
| | Alligator Alcatraz |
| | Principals Meeting, OMB Meeting (OB3) |
| 3 | FEMA Corp IEWA |
| 4 | Political Meeting (FEMA) |
| 5 | Meeting w/ GOD |
| 8 | Antone Call (items needed) |
| 9 | Meeting PA |
| | Senator Budd Call (12/18) |
| 10 | OB3 Meeting w/ HGT |
| 11 | Political Meeting |
| 12 | SES/GS 15 meeting |
| | Peter Guy meeting |
| 15 | Region 10 Vince Discussion |
| 16 | Wireless meeting |
| | Region 7 - Cathy |
| 17 | Tailwater Meeting |
| 18 | Senator Budd Conf Call |
| | Principal Meeting |
| 19 | FEMA Briefing @ 9 ES |
| 22 | Delegation Authority |
| | Continuity Contracts |
| 23 | Principals meeting |
| 24-26 | Holiday |
| 29 | Joe Guy Call |
| | Katrina meeting |
| 30 | Joe Guy Call |
| | Senator Kennedy Call |
| 31 | Lunch w/ Jacqueline and Aileen |

### November 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

### December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### January 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

© Franklin Planner Corporation • Original–Classic

Dec

USA-AFGE-Exp.-0425312

## December 2025
## Master Task List

| Personal | Business |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## December 2025

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
| | 1 | 2 | 3 |
| 7<br>Pearl Harbor Remembrance Day | 8 | 9 | 10 |
| 14<br>Hanukkah Begins at Sundown | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31<br>New Year's Eve |

Dec

USA-AFGE-Exp.-0425313

→ Brenda Dilley tomorrow @ 9 nam
→ forwarded the ~~AAAA~~ 9 man Meeting –
                        to the team 12/9

→ the personnel request to Trump) –
                        Mission Support

18678 88  11/20
  3935 19  11/18

Check ~~▓~~ for Deposit
  12/11
  12/20

## December 2025 Index

| Date | Index important information recorded on this month's Daily Notes. |
|------|------------------------------------------------------------------|
|      |                                                                  |

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425314

# December 1, 2025
## Monday

| December 2025 | January 2026 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |

**MONDAY**

**1**

Karen Late Arrival to the Office

**7 AM**

**8**
(Muted) 0830 FEMA Daily Operations Briefi...    8:30 Front Office Stand-Up; S2 Office/Micros...

**9**
DHS UCG: Volunteer Force Mission; Microsoft Teams Meeting; Sullivan, Robert

**10** Executive Time

arrive late

**11**

**12 PM** Lunch

**1** Canceled: Video Recording ; NRCC – Studio A ; FEMA Administrator

**2** Executive Time
Canceled: Transit to St. E's CWMD; Under Secretary SCIF / ST E. CWMD 8Y01-16; FEMA Administrator

**3** Project Porch Light w/DHS S&...
CWMD Large SCIF CR LL8 8Z04-...
FEMA Administrator     3:30 FEMA SSP Funds Discussi...    Weekly DHS-DoW Synch o...

**4** End of Day OA Sync; AF1 Conference Room ; I...    Canceled: Transit to FEMA HQ; FEMA Administrat...

**5**

**6**

---

**1**
**Monday**
**December 2025**

| S M T W T F S |
|---|
| 1 2 3 4 5 6 |
| 7 8 9 10 11 12 13 |
| 14 15 16 17 18 19 20 |
| 21 22 23 24 25 26 27 |
| 28 29 30 31 |

November 2025 — January 2026

✓ Completed
→ Forwarded
✗ Deleted
G○ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**
Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425315

Measure yourself by your best moments, not by your worst. We are too prone to judge ourselves by our moments of despondency and depression.
—Robert Johnson

**1**
Monday
December 2025

**Daily Notes**    335th Day  30 Left  Week 49

52 Stand Up 8:30

52 28-32 Unemployment Schedule

1214 Linda Gregory

(illegible handwritten notes)

2 Exec Orders

Hire beds — SI operations — Anywhere

talked to Kara RE: Terminations
talked to Joshua RE: Terminations
talked to Victoria RE: Terminations

Lynne 4:11pm
OPS Briefing
Andrew will be Add — DoW Volunteer Force
Mission → Assign yats → after the fact (Wednesday)

NC — Spreadsheet
FATE - 12/4
H2mor Office
5D package
52 Monday
AA

52 Meeting
Medical leave

---

Date  12 / 1 / 25

Gen 2025 - 35157
print Gregg Ph. 11/25 email plan
Sonia Fanucchi — 7:54pm
  Fire mgmt Assistance Grant
NC HmGP (Dave Arnold)
  wants input on document
  being reviewed by Joshua, Victoria
Check a shredder to be made by Shira Cook
Stephanie review of Performance Plan
  @ vre principals
Bob Festa 3:13pm (Attachments)
  Olympics 2028
5D document 3:46pm
Keeper Discussion 2:23pm
Proposers Bayley, Keith... @ 10:50 am
Change RS Major disaster 10:48am
  WS PA Cleanup
Latoya @ 10:26am  List of employees
Victoria Media policy
  check Stephanie email
SD UO?
Training? 5:13am

© Franklin Planner Corporation · Original-Classic

USA-AFGE-Exp.-0425316

# 2

**Tuesday**
**December 2025**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 28 | 29 | 30 | 31 |  |  |  |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

November 2025
S M T W T F S
30
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

↓ ABC  **Prioritized Daily Task List**

*(handwritten notes):*
✗ California to Pema?
✗ who's like Taylor
Tom depts (4)
Stephanie Delegone
where is it?
Grant

## Daily Tracker

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

Date

USA-AFGE-Exp.-0425317

Date 12 2 25

Hal

- Grace Milliand @ 5:46pm
  Water Mission

✓ Jagot - Stephanie @ 4:51pm
  Staffing plan

_handout Joe/Kara_
re schedule the weekly sync
- Kara do the S2 Meeting
- Kara/Joe also the
    OneP
- personnel issues -
- and will send the picture
NE PA - Cynthia
        /5 Briefing
        4 Monday.

© Franklin Planner Corporation · Original-Classic

USA-AFGE-Exp.-0425318

Date

# December 2, 2025
Tuesday

December 2025
| SuMo TuWe Th Fr Sa |
| 1 2 3 4 5 6 |
| 7 8 9 10 11 12 13 |
| 14 15 16 17 18 19 20 |
| 21 22 23 24 25 26 27 |
| 28 29 30 31 |

January 2026
| SuMo TuWe Th Fr Sa |
| 1 2 3 |
| 4 5 6 7 8 9 10 |
| 11 12 13 14 15 16 17 |
| 18 19 20 21 22 23 24 |
| 25 26 27 28 29 30 31 |

**TUESDAY**

**2**

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Brief ⟳    8:30 Front Office Stand-Up; S2 Office/Micro ⟳

**9**

9:30 FEMA Sync; Microsoft Tea    DHS Messaging ; AF1's Confere    UCG: Volunteer Force Mis: ⟳

**10**

Executive Time ⟳

FEMA HQ Building Lease Meeting; AF1 CR // Microsoft Teams Meeting; Voorhies, Kara

**11**

OPR/HR Monthly Sync ; AF1's Conference Room ; FEMA Administrator ⌀

**12 PM**

Principals Meeting; AF1's Conference Room / Teams; FEMA Administrator ⌀

Lunch ⌀

**1**

HPCC Next Steps/Updates; AF1's Conference Room; FEMA Administrator

**2**

Executive Time ⟳

FY26 OB3 Spend Plan Briefing with OMB; https://fema.zoomgov.com/j/1616804186?pwd=!    ?8kk!

**3**

Weekly Sync -Peter; Microsoft Teams Meeting; Evans, Karen ⟳

Executive Time ⌀

**4**

End of Day OA Sync; AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff ⟳

**5**

**6**

USA-AFGE-Exp.-0425319

Principals 12:15                    Date  12  2  25

(Mission Support - National Security?)
↳ Metrics for Above
Regional
Leaving - of w/ Admirals -                    OB3 →
                                              CUAS    After
Stephanie (Exec Services)                     ELFA    Friday

pull Steve Bradie Dec 12
  & Keith Turi

DRF Report → Monthly Report        ‖ 12/4 ‖ Contracts
           ⇒ Senator Brad (Victoria)
             Cynthia                    DLe
                                        Staffing Plan
RCC    Jennifer / Amy    a site         SES

n site personnel
                    Majority of claims
interface     TF 3E    & non-operative
n the public office - Claimants  → 3rd Total lost
        public
            3-1 → face to face      * 90 day Restriction
Draft Memo
  to write 90 days!      * in the previous Admin
Same Virtual
 → Arbitrists              * OB3    removal list
 → Reinstatement
 → Appraisals           80 PWS  RFC
 → Forensic Accountant  Bestate IA
(30 day Extension)    thought
   for Contract)      CIN   9k / Month



USA-AFGE-Exp.-0425320

[Handwritten notes, largely illegible]

Left page:

Due Dates
1. 30day email - Jeff
2. Modify seed - Paul
   Today
3. updated staff plan
   Minimize n sete    fededd
   Cate
4. Memo 51 / 444

cmo - Kim in the OBS  2:30
2:30 w/ Kara, Dave, Karen
   Andrew Clayton

grat n FTE/Word Cap

[redacted]

Stone Garden (ongoing discussion)    would be the $
   w/ CBP                            at plan up
which be separate from the          (yes for feed)
regular appropriation
*  policy advice ? update ? **      * Hey America
get back    n wishing CBP program        was it completed?
   Note 1/20 for Academ1rad residate - review w/ Bus America

Right page:

Sync 4:10                           Date  12 2 25
* HR - Classified take a look
   Kara  look @ email

* Urge letter By Friday SI

[redacted]

MGmT → Minnesota  past 5 years
Acquisition re package per Chris
Decision Memo -
We have 2 contracts 2 are over $5 million
Contract tracker (w/date)
   has been updated          [ Threshold for Review ]
→ Staffing Plan #5 ←
              - Travel - Kara
                "first"

USA-AFGE-Exp.-0425321

"Man," I cried, "how ignorant
art thou in thy pride of wisdom!"
—Mary Shelley

# 2

**Tuesday**
**December 2025**

**Daily Notes**    336th Day · 29 Left · Week 49

52    7:40 am

AA →

Madison all the core Document

Original document → 249/night 1500 Bed

52 - the documents

attd in Que → [illegible] Meeting    Clerk/ [illegible]
your the documents —

Before we
6/9    your back next week    Pay the
document
9:30

your [illegible]: comments [illegible] at memos

52/ Jimmy 9:30    w/ [illegible]
Madison

USA-AFGE-Exp.-0425322

# December 3, 2025
## Wednesday

December 2025
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

January 2026
Su Mo Tu We Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**WEDNESDAY**

3

← From Dec 2  Puneet Khan (leave) (reachable at 202-909-7040) (chicago) - Khan, Puneet To Dec 7 →

**7 AM**

**8**

(Muted)  0830 FEMA Daily Operations Briefi    8:30 Front Office Stand-Up; S2 Office/Micros

**9**  Annual Leave

UCG: Volunteer Force Mission; Microsoft Tea

**10**

**11**

**12 PM**

Lunch

Canceled: FEMA Sync; Microsoft Teams Meeting; SCHULENBURG, CHRISTOPHER

Mission Assignment; AF1's Conference Room ; FEMA Administrator

**1**

**2**  FEMA Corps IRWA; Microsoft Teams Meeting // AF1 Conference Room; NCR-500C-8NW-2807-MTR; Evan

**3**  Executive Time

Review of Materials for Taiwan Resilience Policy Dialogue Pre-Brief; 828 SCIF; FEMA Administrator

**4**  End of Day OA Sync; AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff

**5**

**6**

12/4/2025 1:16 PM

---

# 3
## Wednesday
## December 2025

S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2025
S M T W T F S
30
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

✓ Completed
→ Forwarded
X Deleted
GΘ Delegated
• In Process

## ↓ ABC  Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

3

4

5

6

7

8

USA-AFGE-Exp.-0425323

Vulnerability is not weakness;
it's our greatest measure of courage.
—Brené Brown

**3**

**Wednesday**
**December 2025**

Daily Notes    337th Day   28 Left   Week 49

5A  Fall Material update

Sync Meeting

12/19 – Mt. Weather

Tom Breslin / Kara

* WAR Summary (Spe.)
* 1 FMLS 30 day extension

→ Tami Franklin MDR

→ Request Discussion
w/ Jefferson
of Port
Appointed
for Drafters
in places
(Meeting)
– New form
8/20

Date  12  3  25

Email to Review

(Stephanie staff 3:49pm)   Requested lunch
                            12:15pm

→ Co Temp @ 2:00pm
   (SES Allentuns)

Cathaire Sanders Region 9 – 1:25pm
   options as she needs par time

BOB 3 docs from Kyle 12-30 due from Dave Arnold
   due by COB                      N00

Anganced 4 OOR – CPO – 12:34pm Stephanie

√ Request background name National Board (Actually)
   back @ No.13 8-14th
                        pull background

(Back After)

USA-AFGE-Exp.-0425324

# 4

**Thursday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

*Full Moon*

November 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

January 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✕ Deleted
G✆ Delegated
• In Process

## ↓ ABC   Prioritized Daily Task List

✓ Call Brenda
✓ Fred (PA)

Exercises (Note)

Jeff Kim

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

Date

USA-AFGE-Exp.-0425325



USA-AFGE-Exp.-0425326

Daily Notes                                    Date:

# December 4, 2025

Thursday

December 2025     January 2026
Su Mo Tu We Th Fr Sa   Su Mo Tu We Th Fr Sa
      1  2  3  4  5  6           1  2  3
 7  8  9 10 11 12 13    4  5  6  7  8  9 10
14 15 16 17 18 19 20   11 12 13 14 15 16 17
21 22 23 24 25 26 27   18 19 20 21 22 23 24
28 29 30 31           25 26 27 28 29 30 31

THURSDAY

4

← From Dec 2   Puneet Khan (leave) (reachable at 202-909-7040) (chicago) – Khan, Puneet →

Karen Late Arrival to Work

Karen late arrival: 10:30/11:00am

| Time | | |
|---|---|---|
| 7 AM | | |
| 8 | (Muted) 0830 FEMA Daily Operations Briefing<br>FEMA HQ M1 Conf Room; VTC; Zoom (Passcod | 8:30 Front Office Stand-Up<br>S2 Office/Microsoft Teams Meeting; D |
| 9 | UCG: Volunteer Force Mission<br>Microsoft Teams Meeting; Sullivan, Robert | |
| 10 | Executive Time | |
| 11 | FEMA Political Appointees Meeting<br>AF1 Conference Room // Microsoft Teams Meeting; NCR-500C-8NW-2807-MTR; FEMA-Chief of ...arf | |
| 12 PM | Lunch | Next Generation Warning System<br>AF1's Conference Room; FEMA Administrator |
| 1 | SES/GS-15 Details Briefing<br>AF1 Office/ Microsoft Teams Meeting; FEMA Administrator | |
| 2 | Executive Time | Termination of Grants Plan and SSP Closeout<br>AF1's Conference Room; FEMA Administrator |
| 3 | Taiwan Resilience Policy Dialogue Pre-Brief<br>200G Conference Room ; Evans, Karen | |
| 4 | End of Day OA Sync<br>AF1 Conference Room ; NCR-500C-8NW-2807 | Weekly Sync: SCOPE<br>Microsoft Teams Meeting; McGill, Greyson |
| 5 | | |
| 6 | | |

USA-AFGE-Exp.-0425327

> Brevity may be the soul of wit, but not
> when someone's saying, "I love you."
> —Judith Viorst

# 4
**Thursday**
**December 2025**

## Daily Notes
338th Day  27 Left  Week 49

S2 Stand up 8:30
S2 going to Billington
Follow up Kelly in Florida (Kevin Guthrie)
* w/ Grey on the GPO candidate
reported to perms to be a good acquaint
_____ Security Round table / we are gonna start to
_____ talk to industry
Media — will there in the _____ vendor parties are ___
Strategy — wanna to S2 you don't work for 15 minutes

Political Appointee Meeting 11:30
→ Covered it advisors ←        (John S

11, 176        Andrew Kasper
                    CWD -

Stephanie
1. Looking @ all Core Dates   1B propose plan reduction
   1A- Katrina Core Dates
2. Meeting Delegation (free schedule) Core
3. @ All Delegation →
4. All Titles status for Core
5. Working on Numbers w/ Will (actorist
6. Chronology on the NATO (Will come as email)

Talked to Kara RE the Number is 14, 383
         and Tip Line (Will call Kara)
Will send the BAE Memo -

Victoria
* SSP Out     Erin, Dave, Andrew, Victo
Not ___ separate    and the spreadsheet to S2
* BAE letters ___

OLR OBJECTIVES Evidence Proofs

---

Date  12  4  25

Sync
→ POS @ 8:30 @ NSC ←
Geno
Holiday        (order hotties) *

* Will - Report        OB3 Andrew KS
(Dave Arnold)          ___ Kyle
* Black, Speaker Bureau *
→ DRF Report
→ Spreadsheet

Kara 4:56pm
* Keith discussion
* Coast Guard
* Senior Advisors
* PBO

© Franklin Planner Corporation • Original-Classic

# 5

**Friday**
**December 2025**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 28 | 29 | 30 | 31 |  |  |  |

✓ Completed
→ Forwarded
✗ Deleted
Ⓖ Delegated
• In Process

November 2025
S M T W T F S
30 ... 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## ↓ ABC   Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

Date

USA-AFGE-Exp.-0425329

Why not go out on a limb? Isn't that where the fruit is?
—Frank Scully

## 5

Friday
December 2025

### Daily Notes

339th Day   26 Left   Week 49

Helicopter PD w/ Kira farm @ 11:30am

Matt — Matt Treger offline    (Paul Dickens)
Bruce — Financial services
Former Congressman    @ VA (Research Grants)
(Maine)?    Administrative

VLO — to use Non & experience?

[redacted]

Issued the Federal Register Notice (2)

---

### Daily Notes

Date: 12/5/25

Bob Parton Ph Extension  8:18pm
DMPG Wednesday @ 2PM
Amy Herriger
[redacted]    brief
→ Will PM projects  1:55pm
Kemper Jolly  9:54pm
Stephanie  5:32pm the Devils
Tick Power Resume  5:34pm

[redacted]

© Franklin Planner Corporation • Original-Classic

© Franklin Planner Corporation • Universal-Classic

USA-AFGE-Exp.-0425330

# 6

**Saturday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

November 2025
S M T W T F S
30
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

**Daily Notes**    Date:

USA-AFGE-Exp.-0425331

At some point in life, the world's beauty becomes
enough. You don't need to photograph, paint,
or even remember it. It is enough.
—Toni Morrison

**7**

**Sunday**
**December 2025**

**Daily Notes**    341st Day  24 Left  Week 49

There are two things to aim at in life: first, to
get what you want; and, after that, to enjoy it.
Only the wisest of people achieve the second.
—Logan Pearsall Smith

**6**

**Saturday**
**December 2025**

**Daily Notes**    340th Day  25 Left  Week 49

© Franklin Planner Corporation • Original–Classic

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425332

## 8

**Monday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**Appointment Schedule**

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

November 2025
S M T W T F S
30 | 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

↓ ABC   **Prioritized Daily Task List**

8

9

10

11

12

1

2

3

4

**Daily Tracker**

Track expenses, email, voice mail, or other information.

5

6

7

8

---

## 7

**Sunday**
**December 2025**

*Pearl Harbor*
*Remembrance Day*

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**Appointment Schedule**

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

November 2025
S M T W T F S
30 | 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

↓ ABC   **Prioritized Daily Task List**

8

9

10

11

12

1

2

3

4

**Daily Tracker**

Track expenses, email, voice mail, or other information.

5

6

7

8

USA-AFGE-Exp.-0425333

We should all do something to right the wrongs that we see and not just complain about them.
—Jacqueline Kennedy Onassis

OPR-
LER-

**8**
**Monday**
**December 2025**

OPR/CHCO **Daily Notes**    342nd Day · 23 Left · Week 50

→ Antoine - Need the information

NAPLES        up to 4 years
            [w/ Richardson 2 year Appt]

List (51)
  ↳ what they are going to be working

Hiring Verification All hires                ___

→ Mission Critical occupations    | go through the
                                   | list
Across the Board → OCC
                              IT        updated list
Emergency Mgmt Specialist Procurement      in the CORE
                              IT

Will do Password Keeper as case by case (OPA - use case)

✻ the list the Director Always - digital signature
  Will move

© Franklin Planner Corporation · Original-Classic

USA-AFGE-Exp.-0425334