Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **SEVENTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3. A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.-0425335 – USA-AFGE-Exp.-0425361 is attached as **Deposition Exhibit 142** Part 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____

Danielle Leonard

## 9

**Tuesday**
**December 2025**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 28 | 29 | 30 | 31 |  |  |  |

November 2025   January 2026
S M T W T F S   S M T W T F S

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

### ↓ ABC  Prioritized Daily Task List

### Daily Tracker

Track expenses, email, voice mail, or other information.

### Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

---

# December 8, 2025

**Monday**

December 2025 / January 2026 (mini calendars)

### MONDAY

8

7 AM

8

(Muted) 0830 FEMA Daily Operations Briefi↻    8:30 Front Office Stand-Up; S2 Office/Micros↻

9

1:1 Jeff Afman ; 828 SCIF; Evans, Karen    UCG: Volunteer Force Mission; Microsoft Tear↻

10

Executive Time ↻

OPR/HR Monthly Sync; AF1's Conference Room ; FEMA Administrator

11

Taiwan Resilience Policy Dialogue Pre-Brief; 200G Conference Room ; Evans, Karen

12 PM   Lunch

↻

1   Password Keeper System Meeting ; AF1's Conference Rooom ; FEMA Administrator

2   Transit to WH; FEMA Administrator    FY 2025 FEMA Senior Employee Performance Cl

White House Briefing
WH; FEMA Administrator

3   Transit to FEMA HQ; FEMA Administrator

Weekly DHS-DoW Synch on Volunteer Force ↻

4   End of Day OA Sync; AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff ↻

(not w/full Team)

5

6

USA-AFGE-Exp.-0425335

The whole point of getting things done
is knowing what to leave undone.
—Stella Isaacs

# 9

**Tuesday**
**December 2025**

### Daily Notes

343rd Day  22 Left  Week 50





© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425336

# 10

**Wednesday**
**December 2025**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 28 | 29 | 30 | 31 |  |  |  |

November 2025
S M T W T F S
30 | 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

✓ Completed
→ Forwarded
✗ Deleted
G○ Delegated
• In Process

## ↓ ABC  Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

FEMA
Review
Council

List of
Members

↓ Legislation
FEMA —

USA-AFGE-Exp.-0425337

Daily Notes                                    Date: 12/9/25



Victoria @ 5:59am
35 for PENA review Once

[redacted]

Hawaii - Kara 5:17pm

La Toya SES 10:50am

Eddie
✓ [redacted]

Saturday

Dr. Browning

359
151
216

Agenda
ONG SSC Meeting Friday
Personnel
 - Dates
  , SS Charing Ethics
  · Joe Owen
Taskforce
Passback changes / Modifications
Schedule for outreach
Contract Delay

[redacted]

© Franklin Planner Corporation · Universal-Classic

USA-AFGE-Exp.-0425338

Daily Notes

Date:

# December 10, 2025
Wednesday

| December 2025 | January 2026 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 31 |

**WEDNESDAY**

**10**

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Briefi⟳    8:30 Front Office Stand-Up; S2 Office/Micros ⟳

**9**

**10**  Executive Time ⟳    FEMA OB3 Weekly Update; Microsoft Tea ⟳ 📎

MWEC Budget; Microsoft Teams Meeting; Schulenburg, Christopher

**11**

S1 Holiday Party    Transit to St. E's; FEMA Administrato⟩
Munro Building Atrium, USCG HQ

**12 PM**    FEMA Review Council Meet and Greet ; St. E's (C⟩

**1**  FEMA Sync; Microsoft Teams Meeting; SCHULENBURG, CHRISTOPHER    ⟳

**2**  Galvanick Discussion
Microsoft Teams Meeting // NCR-500C-8NW-2807 MTR
Evans, Karen

**3**  Transit to FEMA HQ; FEMA Administrator

Executive Time    ⌀

**4**  End of Day OA Sync; AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff    ⟳

**5**

**6**

USA-AFGE-Exp.-0425339

People are pretty much alike. It's only that our differences
are more susceptible to definition than our similarities.
—Linda Ellerbee

# 10

Wednesday
December 2025

Daily Notes                    344th Day  21 Left  Week 50

[redacted]

Sync 4:00pm                              DCoS - Rapes

Annual Planning Guidance
Pending Meetings "update the chart"                    Joe Owen
Draft of the Ready to send →          Joe Dexter
Notstanding letters for Secretary     Exec 1st Meeting
                                      (Next Week)

[redacted]

[handwritten notes]

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425340

# December 11, 2025
Thursday

11
Thursday
December 2025
Last Quarter Moon

**THURSDAY**

**11**

Karen late arrival: 10:30/11:00am

To be rescheduled: Nuclear Power Program (SCIF 530/ SVTC 738-5099 ) – FEMA Administrator

**7 AM**

**8** (Muted) 0830 FEMA Daily Operations Briefing
FEMA HQ M1 Conf Room; VTC; Zoom (Passcode:
FEMA-NWC

8:30 Front Office Stand-Up
S2 Office/Microsoft Teams Meeting
DeputyScheduler

**9** Pre-Meet: Member Level Call with Rep. Rick Larsen (D-WA)
Microsoft Teams Meeting//AF1 Conference Room
FEMA Administrator

**10** Executive Time

**11** FEMA Political Appointees Meeting
AF1 Conference Room // Microsoft Teams Meeting
FEMA-Chief of Staff

**12 PM** Lunch

Transit to WH
EEOB
FEMA Administrator

**1** FEMA Council Public Meeting
Indian Treaty Room (Room #474); Eisenhower Executive Office Building (EEOB)

**2**

**3** MDR from FEMA to OCHCO
Microsoft Teams Meeting
MGMT.Scheduler

Transit to FEMA HQ
FEMA Administrator

Member Level Call
Ranking Member ...rsen
███████████ Anderson, Hallie

**4** End of Day OA Sync
AF1 Conference Room ; NCR ...
FEMA-Chief of Staff

Canceled: Weekly Sync: SCOPI
Microsoft Teams Meeting; M...
McGill, Greyson

**5**

**6**

## Appointment Schedule

**8**

**9**

**10**

**11**

**12**

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

**I ABC  Prioritized Daily Task List**

███████████████

## Daily Tracker

Track expenses, email, voice mail, or other information.

I have come to understand that
every day is something to cherish.
—Kerri Strug

## 11
**Thursday**
**December 2025**

**Daily Notes**

345th Day  20 Left  Week 50

© Franklin Planner Corporation • Original-Classic

---

Daily Notes                                Date: 12/11/25

S2 Standup 8:30am

ONDOP? → Joe by?

IG Difference (Commerce/Employment)
Million

FY25 Statement Audit (Schechny)

GAO Memo - w/ OGC Signature (Next Friday)

Washington St - Briefed

© Franklin Planner Corporation • Universal-Classic

USA-AFGE-Exp.-0425342

# 12

**Friday**
**December 2025**

|   | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 | 6 |
|   | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|   | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|   | 28 | 29 | 30 | 31 |   |   |   |

✓ Completed
→ Forwarded
✗ Deleted
◷ Delegated
• In Process

November 2025
S M T W T F S
30
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

↓ ABC  **Prioritized Daily Task List**

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

## Daily Notes

Date:

USA-AFGE-Exp.-0425343

**Daily Notes**  Date: 12/12/25

Create response to
Sec. Catherine Cortez Masto - HYC/SK
Powerpoint - slides -
Grants -
Metrics -
8 met p. adopte

* Not obligated
goe

Sync (Curtis)
* p. staff 8 - *
Maul Letter - chart -
Direct Hiring - Mem,
- Gregg Phillips - HQ Approved
2 travel ace for Charlottesville -
* Guidehouse * Attorney
Contract -
L→ || Lawyer-yel

© Franklin Planner Corporation • Universal-Classic

USA-AFGE-Exp.-0425344

Daily Notes                                           Date:

## December 12, 2025
Friday

December 2025
Su Mo Tu We Th Fr Sa
     1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

January 2026
Su Mo Tu We Th Fr Sa
              1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

| | FRIDAY |
|---|---|
| | 12 |
| 7 AM | |
| 8 | |
| | (Muted) 0830 FEMA Daily Operations Briefi ⟳    8:30 Front Office Stand-Up; S2 Office/Micros ⟳ |
| 9 | |
| 10 | Executive Time                                      ∅ |
| 11 | |
| 12 PM | |
| | Lunch |
| 1 | |
| | Denise Morales Sync AF1 Office // Microsoft Teams Meeting; Evans, Karen |
| 2 | Executive Time |
| | SES/GS-15 Details Briefing; AF1 Office/ Microsoft Teams Meeting; FEMA Administrator    ∅ |
| 3 | |
| | Executive Time                                      ∅ |
| 4 | End of Day OA Sync AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff  ⟳ |
| 5 | |
| 6 | |

USA-AFGE-Exp.-0425345

Sharing what you have is more
important than what you have.
—Albert M. Wells, Jr.

**13**
Saturday
December 2025

Daily Notes                    347th Day  18 Left  Week 50

---

Experience is a hard teacher because she
gives the test first, the lesson afterwards.
—Vernon Sanders Law

**12**
Friday
December 2025

*Rob Law*
*Jagger*

Daily Notes                    346th Day  19 Left  Week 50

Peter Guy - #611: Man

30 Day Memo
Delegation of Authority → agency (claims yr) (sign off)
→ Modify at today in the athletes
→ was part organization ← delegation
package
codes expiring in January
10 - are going to let me go -
Can they pick up the Surge?
Non Mission Critical -        (C - level)
(GS level)

Joe Guy - mine - Hagerty talking points
- The Governor of NJ/Hardy/ton - Surveil
will -

Keith Tran -    ███████████████
(Haley) ?     ███████████████
Floyd         ███████████████

GS 15/SES  La Toya, Stephanie, Will, Karen
(Waiver for Shila) she was going to get 3% -

Joint Staffing Plan          OIG - waitlist -
DRF
Standards for Core    (Fitw) ?    Version 4 -
GS
- pegged 3 SES
average)

June 4:00pm            Region 1 → Partner
(auth) Write-up
Notes

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425346

# 14

**Sunday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

*Hanukkah*
*Begins at Sundown*

November 2025    January 2026

✓ Completed
→ Forwarded
✗ Deleted
G𝒮 Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

**Daily Tracker**

Track expenses, email, voice mail, or other information.

# 13

**Saturday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

November 2025    January 2026

✓ Completed
→ Forwarded
✗ Deleted
G𝒮 Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

**Daily Tracker**

Track expenses, email, voice mail, or other information.

USA-AFGE-Exp.-0425347

If you don't learn to laugh at yourself,
life's going to feel a lot longer than you'd like.
—Natalie Portman

# 14

Sunday
December 2025

## Daily Notes

348th Day   17 Left   Week 50

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425348

# December 15, 2025
Monday

December 2025
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

January 2026
Su Mo Tu We Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## MONDAY
## 15

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Briefi    Canceled: 8:30 Front Office Stand-Up; S2 Of

**9**

UCG: Volunteer Force Mission; Microsoft Teams Meeting; Sullivan, Robert

Executive Time

**10**

Meeting Media ; AF1 Conference Room; Evans, Karen

**11**

Oath of Office - AA ORR; AF1 Office ; Evans, Karen

**12 PM**  Lunch

**1**

Make-up 1:1 with Jeff Afman; 828 SCIF; Evans, Karen

**2**

HOLD: Security Assessments for FEMA

**3**

RA/DRA Monthly; AF1's Conference Room / Virtual via Zoom; FEMA Administrator

Weekly DHS-DoW Synch on Volunteer Force; https://fema.zoomgov.com/j/16069749197?pwd=kSdB

**4**

End of Day OA Sync; AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff

**5**

**6**

---

## 15
### Monday
### December 2025

S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2025        January 2026
S M T W T F S      S M T W T F S
30              1                1 2 3
2 3 4 5 6 7 8      4 5 6 7 8 9 10
9 10 11 12 13 14 15    11 12 13 14 15 16 17
16 17 18 19 20 21 22   18 19 20 21 22 23 24
23 24 25 26 27 28 29   25 26 27 28 29 30 31

✓ Completed
→ Forwarded
✗ Deleted
G Delegated
• In Process

↓ ABC  Prioritized Daily Task List

*[handwritten: put the message language to/cc Guy and to Holly]*

### Daily Tracker

Track expenses, email, voice mail, or other information.

### Appointment Schedule

**8**

**9**

**10**

**11**

**12**

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

USA-AFGE-Exp.-0425349

# December 15, 2025

Monday

| December 2025 | January 2026 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 31 |

## MONDAY

### 15

**7 AM**

**8**

(Muted)  0830 FEMA Daily Operations Briefi    Canceled: 8:30 Front Office Stand-Up; S2 Of

**9**

UCG: Volunteer Force Mission; Microsoft Teams Meeting; Sullivan, Robert

**10**

Executive Time

Meeting Media ; AF1 Conference Room; Evans, Karen

**11**

Oath of Office – AA ORR; AF1 Office ; Evans, Karen

**12 PM**   Lunch

**1**

Make-up 1:1 with Jeff Afman; 828 SCIF; Evans, Karen

**2**

Security Assessments for FEMA
IN-PERSON:  NCR-400C-CONFCTR-B-MTR

RA/DRA Monthly; AF1's Conference

**3**

Transit to St. E's ; Evans, Karen

3:30 S2 <> Karen Evans; S2 Office; DeputySchedu    Weekly DHS-DoW Synch on Volunteer Force

**4**

Transit to FEMA HQ; Evans, Karen    End of Day OA Sync; AF1 Conference Room ;

**5**

**6**

USA-AFGE-Exp.-0425350

12/15/25



FEMA

Vince

model 15-in Seattle
levy damage - levy failure
landslides - 2 -
Looking @ impact
(Washington) will
be asking → Major

to oregon -

USA-AFGE-Exp.-0425351

We have only this moment, sparkling like a star
in our hands—and melting like a snowflake.
—Marie Beynon Ray

AL-107 ) EOY
SL-1053 ) balance

**15**
Monday
December 2025

**Daily Notes**                    349th Day   16 Left   Week 51

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425352

# December 16, 2025

Tuesday

December 2025
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

January 2026
Su Mo Tu We Th Fr Sa
          1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

## TUESDAY

### 16

To be Rescheduled: FEMA Spend Plan Briefing (AF1 Conference Room // Microsoft Teams Meeting)
Work from Home

**7 AM**

**8**
(Muted) 0830 FEMA Daily Operations Briefing
FEMA HQ M1 Conf Room; VTC; Zoom (Passcode
FEMA-NWC

Canceled: 8:30 Front Office Stand-Up
S2 Office/Microsoft Teams Meeting
DeputyScheduler

**9**
Catherine Sanders (RA(A) Region 7) Meeting
Microsoft Teams Meeting
Evans, Karen

**10**

**11**
Annual Leave

**12 PM**

**1**

**2**
Wireless Contract Non-Concur Appeal
AF1 Conference Room // Microsoft Teams Meeting
FEMA Administrator

FEMA Interview
Microsoft Teams Meeting
Evans, Karen

**3**
Weekly Sync -Peter
Microsoft Teams Meeting
Evans, Karen

PA Non-Concur Appeal
AF1 Conference Room // Microsoft Teams Meeting
Evans, Karen

**4**
End of Day OA Sync
AF1 Conference Room ; NCR-500C-8NW-2807-MTR
FEMA-Chief of Staff

**5**

**6**

## 16
Tuesday
December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

✓ Completed
→ Forwarded
✗ Deleted
G Delegated
• In Process

November 2025
S M T W T F S
30
 2 3 4 5 6 7 8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
          1 2 3
 4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

### ↓ ABC   Prioritized Daily Task List

### Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

**8**

**9**

**10**

**11**

**12**

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

USA-AFGE-Exp.-0425353

**16**
**Tuesday**
**December 2025**

350th Day  15 Left  Week 51

Stephanie (Cont'd)

questions — in the future
of FEMA —

- this is good —

Peter Gay 3:00pm —
Staffing Plan —
Building —

→ Region lvl — Ann Mary #

GS-15 open PW — MC

every GS-13 —
La Toya standardized

→ Mission impact
Brian (Cont'd)
in Response

"analytic size
Region"

Mission Analysis Tool —
he will be hearing
by Stephanie

→ OE ←

Senator Blackburn TN
3:15pm

USA-AFGE-Exp.-0425354

ment Schedule

FEMA

USA-AFGE-Exp.-0425355

Daily Notes                                    Date: 12/7/23

* → Security due 12/22

→ FY25 _____ 7:23pm due tomorrow @ 10:00am

[redacted]

requested MX to Stephanie, Dobritch
• the email RE CARES and hiring
• the White House in Omaha
• the email passback (look @ email)

→ Ratings - Stephanie 2:34pm

[redacted]

© Franklin Planner Corporation • Universal-Classic

USA-AFGE-Exp.-0425356

Daily Notes                                          Date:

# December 17, 2025
Wednesday

| | December 2025 | January 2026 |
|---|---|---|
| | Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| | 1 2 3 4 5 6 | 1 2 3 |
| | 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| | 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| | 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| | 28 29 30 31 | 25 26 27 28 29 30 31 |

**WEDNESDAY**

**17**

**7 AM**

**8**

Taiwan Resilience Policy          (Muted)  0830 FEMA Daily          Canceled: 8:30 Front Office
Dialogue

**9**       Institute for Defense Analyses
            (730 East Glebe Road Road,
            Alexandria, VA 22305)
            Evans, Karen

**10**                                    FEMA OB3 Weekly Upt

**11**

**12 PM**                                 Lunch              Canceled: QFR overview
                                                             Microsoft Teams Meeting
                                                             FEMA ExecSec

**1**                                     Canceled: FEMA Sync; Microsoft Teams Meeting; SCHULENBURG

**2**

**3**       Executive Time

**4**       The Office of Public Affairs Christmas Party      End of Day OA Sync; AF1 Conference Room ; I
            3rd Floor NJIC

**5**

**6**

USA-AFGE-Exp.-0425357

I doubt that the imagination can be suppressed.
If you truly eradicated it in a child, they would
grow up to be an eggplant.
—Ursula K. Le Guin

# 17
## Wednesday
## December 2025

**Daily Notes**                351st Day  14 Left  Week 51

@ the EXEC
all day —
check email/notes —

Talked to Stephanie
re: update the spreadsheet

Talked to Verena
re: the email message

Talked to Kira
re: the way new
re: codes

© Franklin Planner Corporation • Original—Classic

USA-AFGE-Exp.-0425358

# December 18, 2025
## Thursday

December 2025
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

January 2026
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**THURSDAY**

**18**

Karen late arrival: 10:30/11:00am

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Briefi...    Canceled: 8:30 Front Office Stand-Up; S2 Of...

**9**

UCG: Volunteer Force Mission; Microsoft Teams Meeting; Sullivan, Robert

**10**

Executive Time

**11**

FEMA Political Appointees Meeting ; AF1 Conference Room // Microsoft Teams Meeting; FEM... ...nie...

**12 PM**    Lunch

Principals Meeting; AF1's Conference Room / Teams; FEMA Administrator

**1**    SES/GS-15 Details Briefing; AF1 Office/ Microsoft Teams Meeting; FEMA Administrator

Prep for S1 FEMA Briefing ; AF1's Conference Room; Evans, Karen

**2**

National Security Emergency Plan Meeting ; AF1 Conference Room // Microsoft Teams Meeti...   FEMA

**3**

FEMA Interview; Microsoft Teams ; Evans, Karen

**4**    End of Day OA Sync; AF1 Conference Room ; I...    Weekly Sync: SCOPE; Microsoft Teams Meetin...

**5**

**6**

---

# 18
## Thursday
## December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

✓  Completed
→  Forwarded
✗  Deleted
G⊘  Delegated
•  In Process

November 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

↓ ABC  **Prioritized Daily Task List**

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425359

**Annex C: Biography**

**Senator Budd**
**Republican, North Carolina**





- First elected to the Senate in 2022 and currently serves on the following Committees
  - o   Senate Armed Services, Commerce, Health and Education, and Small Business
- Was a member of the House of Representatives for North Carolina's Greensboro area, from 2017, 2023.
- Previously a gun store and range owner, venture capitalist, and facilities services company executive.
- Has a master's in theology from Dallas Theological Seminary, and a Master of Business Administration from Wake Forest.
- Native of Winston-Salem, North Carolina.



USA-AFGE-Exp.-0425360

Let not thy will roar when thy power can but whisper.
—Thomas Fuller

# 18
### Thursday
### December 2025

**Daily Notes**    352nd Day  13 Left  Week 51

[handwritten notes, partially illegible]

Gel Writing — ✓ Call/Text Trgc
Grey/Shila — jaguar paperwork          Documented
Victoria to the email —                the lack of
                                       instructs
Political Meeting 11:30  [tomato]      Unit Power
Staffing Plans                         Full/Half day
                                       Mission Support
— Merging Divisions — Refer Recovery/Mitigation
* 3 People in Region — Project Manager *
Mission Analysis — Tool? Peter →   (Thu Report)
* Web Page/Intdut — to spreadsheet  CFO Report
                                    (Helissa?
[REDACTED]                      ←    this
                                     will)
PPA Region    * Holiday Schedule
New Years Eve etc
Staffing Travel     2025 year end Accompishments
Kara Figueroa      Exercises? for Participation

[REDACTED]

© Franklin Planner Corporation • Original-Classic

---

→ Have to Complete Equip
  Security Clearance

**Daily Notes**                        Date: 12/18/25

* April 2025            Wednesday 12:52pm

[REDACTED]

→

Directive 010-08: Deployment of the FEMA Workforce

[REDACTED]

© Franklin Planner Corporation • Universal-Classic

USA-AFGE-Exp.-0425361