Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        Defendants. | Case No. 3:25-cv-03698-SI<br><br>**EIGHTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.    This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.    A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.-0425362 – USA-AFGE-Exp.- 0425388 is attached as **Deposition Exhibit 142** Part 5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____
Danielle Leonard

EIGHTH DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

# 19

**Friday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

*New Moon*

November 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✗ Deleted
G✍ Delegated
• In Process

## ↓ ABC   Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

## Daily Notes

Date:

USA-AFGE-Exp.-0425362

The happiest people are those who are
too busy to notice whether they are or
—William Feather

**19**
**Friday**
**December 2025**

Day  12 Left  Week 51

Energy hour Agreement January 31, 2026
10:58am                                    Debra Stahn

Core
DHS - 089  HCO - 089
Gov't wd.  HC  PACO      No New   Front Line
(Allow    #1                       CBA etc/exp
2 years)  Phased
          Financial
              ↑ Got HCO

Sun
* Contracts in Hackday w/Renect
National Emergency Plan afternoon
Will be Next week —

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425363

## 20

**Saturday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

November 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✗ Deleted
G Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

## December 19, 2025

**Friday**

December 2025
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

January 2026
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

FRIDAY

19

To be rescheduled: Continuity Contract and Expenditure Review (Top Secret)  (ONCP SCIF) - F    Karen

**7 AM**

**8**
(Muted)  0830 FEMA Daily Operations Briefi    Canceled: 8:30 Front Office Stand-Up; S2 Of

**9**

**10**

**11**

**12 PM**   Transit to St. E's ; Evans, Karen
FEMA Briefing; S1's Office; SecretaryScheduler

**1**   Transit to FEMA HQ; Evans, Karen

**2**   FEMA Interview; Microsoft Teams; Evans, Karen

**3**

**4**   End of Day OA Sync; AF Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff

**5**

**6**

USA-AFGE-Exp.-0425364

As we work to create light for others,
we naturally light our own way.
—Mary Anne Radmacher

# 21
**Sunday**
**December 2025**

**Daily Notes**                    355th Day  10 Left  Week 51

© Franklin Planner Corporation • Original–Classic

There are no accidents, only nature throwing her weight
around. . . . Nature will pick up the cards we have spilled,
shuffle them, and begin her game again.
—Camille Paglia

# 20
**Saturday**
**December 2025**

**Daily Notes**                    354th Day  11 Left  Week 51

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425365

## 22

**Monday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

November 2025
S M T W T F S
30　　　　　1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
　　　　1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

✓ Completed
→ Forwarded
✗ Deleted
Ⓖ Delegated
• In Process

↓ ABC **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

## 21

**Sunday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

November 2025
S M T W T F S
30　　　　　1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
　　　　1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

✓ Completed
→ Forwarded
✗ Deleted
Ⓖ Delegated
• In Process

↓ ABC **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

USA-AFGE-Exp.-0425366

We need so little to feel loved; all we need to do is begin to notice the multitude of tiny gifts and small miracles that punctuate each day we are alive.
—Wayne Muller

**22**

**Monday**
**December 2025**

**Daily Notes**                    356th Day  9 Left  Week 52



© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425367

## 23
**Tuesday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

November 2025    January 2026

### 1 ABC  Prioritized Daily Task List

### Daily Tracker

Track expenses, email, voice mail, or other information.

### Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

---

## December 22, 2025
**Monday**

| | December 2025 | | | | | | January 2026 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MONDAY**

**22**

Bilicic, AL (California) - Bilicic, William — To — 6 →

Manion OOO (OOO) - Manion III, Richard — To Dec 23 →

**7 AM**

**8** (Muted)  0830 FEMA Daily Operations Briefing (2025)
FEMA HQ M1 Conf Room; VTC; Zoom (Passcode: 2828); FEMA Channel 13, Dial-in: 800-320-43⁃⁃ PIN: ⁃⁃
FEMA-NWC

**9** FEMA Call
Microsoft Teams Meeting
Guy, Joseph

UCG: Volunteer Force Mission
Microsoft Teams Meeting
Sullivan, Robert

**10**

**11** Defense Production Act Subject Matter Expert ⁃
AF1's Conference Room
Evans, Karen

Lunch

**12 PM** Delegations of Authority
AF1 Conference Room ; NCR-500C-8NW-2807 ⁃⁃⁃
Evans, Karen

**1** Annual Planning Guidance
AF1 Conference Room
Evans, Karen

**2** Continuity Contract and Expenditure Review (Tc
ONCP SCIF
Evans, Karen

**3** Weekly DHS-DoW Synch on Volunteer Force
https://fema.zoomgov.com/j/1606974  vd ⁃⁃
Sullivan, Robert

**4** End of Day OA Sync
AF1 Conference Room ; NCR-500C-8NW-2807-MTR
FEMA-Chief of Staff

**5**

**6**

USA-AFGE-Exp.-0425368

Our children give us the opportunity to become
the parents we always wished we'd had.
—Louise Hart

**24**
Wednesday
December 2025

**Daily Notes**          358th Day  7 Left  Week 52

Holiday

© Franklin Planner Corporation • Original–Classic

A hug is like a boomerang—you get it back right away.
—Bil Keane

**23**
Tuesday
December 2025

**Daily Notes**          357th Day  8 Left  Week 52



© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425369

## 25
**Thursday**
**December 2025**

*Christmas*

S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2025
S M T W T F S
30 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

✓ Completed
→ Forwarded
✗ Deleted
G✸ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

### Daily Tracker
Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

## 24
**Wednesday**
**December 2025**

S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2025
S M T W T F S
30 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

January 2026
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

✓ Completed
→ Forwarded
✗ Deleted
G✸ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

### Daily Tracker
Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

USA-AFGE-Exp.-0425370

I have been very happy with my homes, but homes really are no more than the people who live in them.
—Nancy Reagan

**26**
Friday
December 2025

Daily Notes                    360th Day  5 Left  Week 52

*holiday*

© Franklin Planner Corporation • Original–Classic

My idea of Christmas, whether old-fashioned or modern, is very simple: loving others. Come to think of it, why do we have to wait for Christmas to do that?
—Bob Hope

**25**
Thursday
December 2025

Daily Notes                    359th Day  6 Left  Week 52

*holiday*

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425371

# 27

**Saturday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

*First Quarter Moon*

November 2025   January 2026

| / | Completed |
|---|---|
| → | Forwarded |
| ✕ | Deleted |
| G✓ | Delegated |
| • | In Process |

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

# 26

**Friday**
**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

*Kwanzaa*
*Boxing Day (Canada)*

November 2025   January 2026

| / | Completed |
|---|---|
| → | Forwarded |
| ✕ | Deleted |
| G✓ | Delegated |
| • | In Process |

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425372

Our greatest duty and our main responsibility is
to help others. But please, if you can't help them,
would you please not hurt them?
—Tenzin Gyatso

**28**
Sunday
December 2025

**Daily Notes**                    362nd Day  3 Left  Week 52

© Franklin Planner Corporation • Original-Classic

The future is much like the present, only longer.
—Dan Quisenberry

**27**
Saturday
December 2025

**Daily Notes**                    361st Day  4 Left  Week 52

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425373

## 29
**Monday**
**December 2025**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 28 | 29 | 30 | 31 |  |  |  |

November 2025    January 2026

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

Stephanie
✓ Holderfeild  12/16
✓ Rachel Hande  12/23

✓ Unpected Thu Stick

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

## 28
**Sunday**
**December 2025**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 28 | 29 | 30 | 31 |  |  |  |

November 2025    January 2026

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425374

Life isn't a matter of milestones but of moments.
—Rose Kennedy

*HERS update Greg Victoria

[redacted]

29
Monday
December 2025

Daily Notes

363rd Day 2 Left Week 1

9:30 Joe Guy - Grant
- Turn to ORR after New year
- The HERS
- H/W bullets for Joe due to SI

Senator Kennedy - h[illegible] - Clear thing of Victoria - wants to be put through - Regz - 10:38am

Katrina Victoria, Paul, Puneet, Gregg, [illegible] Karen

Appeal
PA - Regional ① / under PA process
HQ - [illegible] (PES) / legal strategy OC

Due Outs
① revision in the Memo
② Language
③ OC/legal resources

* Victoria is following by HQ Dillon

3:45 Reach out Puneet - asked what does he work? he would see the detail in the report what do you work on all week? who gives you assignments?

Maths
Puneet - owner of the process - work
Travel 1/17-19
the folders
"Senior Leadership"
→ typos
(OCA) owns the travel 2 wks in Advance
*Self Notes
Travel → Travel Ban
*Victoria for final
policy for travel
Regional ownership (Mission Critical Travel -)

*Weekly Sync - 12/31 cancelled *
*Schedule Next Week
Karen "EBook" ← for Hilands

Landing - 3:29pm
4:34 PFTS?

© Franklin Planner Corporation • Original-Classic

## 30
### Tuesday
### December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

November 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC  Prioritized Daily Task List

### Daily Tracker

Track expenses, email, voice mail, or other information.

### Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

---

## December 29, 2025
### Monday

December 2025
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

January 2026
| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**MONDAY**

**29**

← From Dec 22   Bilicic, AL (California) - Bilicic, William   To   6 →

A. Clayton: OOO (Massanutten, VA) ((202) 215-5447) - Clayton, Andrew   To Jan 2, 26 →

Manion - FEMA R4 (FEMA R4 RO) - Manion III, Richard   To Dec 30 →

**7 AM**

**8**

**9**  **Canceled: UCG: Volunteer Force Mission**
Microsoft Teams Meeting; Sullivan, Robert

**10**  **Executive Time**

**11**  **World Cup 26 Engagement (Colorado Springs, (**   **Louisiana Katrina Projects for Exter    onsid**
AF1's Conference Rm/ Teams ; Evans, Karen   AF1 Conference Room // Microsoft Tea... Mee

**12 PM**  Lunch

**1**

**2**  **Executive Time**

**3**  **Executive Time**   **Canceled: Weekly DHS-DoW Synch r    untee**
https://fema.zoomgov.com/j/16069749    d

**4**  **End of Day OA Sync**
AF1 Conference Room ; NCR-500C-8NW-2807-MTR; FEMA-Chief of Staff

**5**

**6**

USA-AFGE-Exp.-0425376

USA-AFGE-Exp.-0425377

# December 30, 2025
## Tuesday

January 2026
Su Mo Tu We Th Fr Sa
          1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

December 2025
Su Mo Tu We Th Fr Sa
    1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

January 2026
Su Mo Tu We Th Fr Sa
          1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

To          6 →
ndrew To Jan 2, 26 →
hard

### TUESDAY

### 30

← From Dec 22          Bilicic, AL (California) - Bilicic, William          To:     26 →
← From Dec 29  A. Clayton: OOO (Massanutten, VA) ((202) 215-5447) - Clayton, Andrew To Jan 2, 26 →
← From Dec 29          Manion - FEMA R4 (FEMA R4 RO) - Manion III, Richard
To be Rescheduled: Weekly Sync - Peter (Microsoft Teams Meeting) - Evans, Karen

**7 AM**

**8**

**9**

**10**  Executive Time

**11**

**12 PM**  Canceled: Principals Meeting
AF1's Conference Room / Teams, FEMA Admin          Lunch

**1**

**2**  Executive Time

**3**  Sen. Kennedy and FEMA Administrator (A) Call
Phone Call: Dial In: 202-228-2663 Pin # 97218626;          Executive Time

**4**  End of Day OA Sync
AF1 Conference Room ; NCR-500C-8NW-2807          Hold for an appointment

**5**

**6**

USA-AFGE-Exp.-0425378

Goals are dreams with deadlines.
—Diana Scharf-Hunt

**31**
Wednesday
December 2025

Daily Notes                    365th Day  0 Left  Week 1

[redacted]

3) Not going to approve the CNRES (Bridget extension)
4) Purchase a WH Larson     and CNRES
5) YGEO               in general
6) my schedule

[redacted]

You don't have to do everything by the time you're
thirty. Or forty. All you need is a work ethic.
It's what allows you to push through moments
of disappointment and self-doubt and fear.
—Candace Bushnell

**30**
Tuesday
December 2025

Daily Notes                    364th Day  1 Left  Week 1

Joe/Guy told
→ for all new vehicle          * Briefed Gregg and
                                          Victoria

[redacted]

    SIGNED
→ for PRN - by charge of RO
   "      "      "      E. Craigley
   "      "      "
   "      "      "

[redacted]

(June 4/year)                  (Bone Park
* Messy Bus)                     email)
Weekly report - Congressional reports - Joe
                                Project with Let the Principals
→ Exec Sec Process ←                know -
46 Cites
  by January
 *      one note          OEA/OEA

              signed to ST for Newport Richerer
              signed OVAS Judy memo
Green folders     Letter Dossa H1461 (TX)

[redacted]

## December 2025 Business Expenses

| Day | Business Purpose Where, Why, Who, etc. | Odometer Beginning | Odometer End | Miles Traveled | Gas | Auto Other | Travel Fares | Meals | Lodging | Other |
|-----|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| TOTAL | Carry totals to Annual Summary of Business Expenses in Finance section | | | | | | | | | |

## 31
### Wednesday
### December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

*New Year's Eve*

- ✓ Completed
- → Forwarded
- ✗ Deleted
- G✓ Delegated
- • In Process

November 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### ↓ ABC   Prioritized Daily Task List

### Daily Tracker
Track expenses, email, voice mail, or other information.

### Appointment Schedule

8
9
10
11
12
1
2
3
4
5
6
7
8

USA-AFGE-Exp.-0425380

## January 2026

| Thursday | Friday | Saturday | Notes |
|---|---|---|---|
| 1 New Year's Day | 2 | 3 Full Moon | |
| 8 | 9 | 10 Last Quarter Moon | |
| 15 Lets al Mi'raj Begins at Sundown | 16 | 17 | |
| 22 | 23 | 24 | |
| 29 | 30 | 31 | |

© Franklin Planner Corporation • Original-Classic

## January 2026 Index

Jan

| Date | Index important information recorded on this month's Daily or Weekly Notes. |
|---|---|
| 2 | Discussion w/ Political Staff Members |
| 5 | National Security Emergency Plan |
| 6 | Principals Meeting |
| 7 | Personnel Actions |
| 8 | Hold Meeting |
| 9 | Cindy Farley Meeting |
| | Annual Leave |
| 12 | ORR functional Review |
| | Cynthia Meeting |
| | Fase words |
| 13 | Hold Meeting |
| | Principals |
| 14 | Status Meeting w/ Joe |
| 15 | Adm. Cindy Coast Guard |
| 16 | Dave Arnold Exchange (Quit) |
| 20 | Hold Meeting |
| | Principals Meeting |
| 21 | Exec Sec Meeting w/ Joe |
| | Dept Component Meeting (SI) |
| 22 | FEMA Notes |
| | NRCC Activated |
| 23 | White House Meeting w/ Storm |
| 24 | Down in DC for Storm |
| 25 | SI in FEMA |
| 26 | Storm Notes |
| 27 | Storm and What Home |
| 28 | Governor Cindy visit |
| 29 | Press for Money that fired |
| 30 | Court Decision Notes |

| December 2025 | | | | | | | January 2026 | | | | | | | February 2026 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | | | |

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425381

## January 2026
### Master Task List

| Personal | Business |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## January 2026

| Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|
|  |  |  |  |
| 4 | 5 | 6 | 7 |
|  |  | Epiphany |  |
| 11 | 12 | 13 | 14 |
| 18 | 19 | 20 | 21 |
| New Moon | Martin Luther King, Jr. Day |  |  |
| 25 | 26 | 27 | 28 |
| First Quarter Moon |  |  |  |

USA-AFGE-Exp.-0425382

The time for procrastination is over. Begin!
—Mary Ellen W. Smoot

# 1
**Thursday**
**January 2026**

## Daily Notes

1st Day  364 Left  Week 1

## January 2026 Index

| Date | Index important information recorded on this month's Daily Notes. |
|------|-------------------------------------------------------------------|
|      |                                                                   |

© Franklin Planner Corporation • Original–Classic

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425383

## 2
**Friday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025   February 2026
S M T W T F S   S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13   1 2 3 4 5 6 7
14 15 16 17 18 19 20   8 9 10 11 12 13 14
21 22 23 24 25 26 27   15 16 17 18 19 20 21
28 29 30 31   22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G✷ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

---

## 1
**Thursday**
**January 2026**

*New Year's Day*

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025   February 2026
S M T W T F S   S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13   1 2 3 4 5 6 7
14 15 16 17 18 19 20   8 9 10 11 12 13 14
21 22 23 24 25 26 27   15 16 17 18 19 20 21
28 29 30 31   22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G✷ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425384

Treat yourself to the sweet joy of dreaming of beautiful things,
a fabulous job, a fulfilling relationship.
—Amanda Ford

**2**
Friday
January 2026

god @ the end of
std pass

**Daily Notes**

2nd Day · 363 Left · Week 1

Gotham / Travel Not Approved
Discussion re their terminations

resigned his termination memo - w/ grants separated rct

USA-AFGE-Exp.-0425385

# 3

**Saturday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

*Full Moon*

December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

February 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

✓ Completed
→ Forwarded
✗ Deleted
G Delegated
* In Process

## ABC  Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8
9
10
11
12
1
2
3
4
5
6
7
8

# January 2, 2026

**Friday**

January 2026

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

February 2026

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**FRIDAY**

**2**

← From Dec 29, 25    A. Clayton: OOO (Massanutten, VA) ( ▮▮▮ ) Clayton, Ar
← From Dec 31, 25    Manion OOO (OOO) – Manion III, Richard
Puneet K. AL ▮▮▮ (Chicago) – Khan, Puneet

7 AM

8

9

10  Executive Time    1:1 with Zach Hoag / AF1's Office ; Evans, Karen

11

12 PM  Lunch

1

2  Executive Time

3  Executive Time

4  End of Day OA Sync / AF1 Conference Room ; NCR-500C-8NW-2807    Weekly Sync: SCOPE / Microsoft Teams Meeting; MTR_TSA CHCO 610

5

6

USA-AFGE-Exp.-0425386

I do my thing and you do your thing.
I am not in this world to live up to your expectations.
—Fritz Perls

# 4
**Sunday**
**January 2026**

**Daily Notes**    4th Day  361 Left  Week 1

© Franklin Planner Corporation • Original–Classic

Decision is a sharp knife that cuts clear and
straight . . . ; indecision, a dull one that hacks
and tears and leaves ragged edges behind it.
—George Horace Lorimer

# 3
**Saturday**
**January 2026**

**Daily Notes**    3rd Day  362 Left  Week 1

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425387

## 5
**Monday**
**January 2026**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 | 3 |
|  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025 — February 2026

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

Email
- Exercises/OND
- Intl RFI 30th McKinnis
- APO followup PS
- Ethics
  NFRW Bylaws Homeland
  WFRW ✓
- Sign my SES Performance
- Marjie Warner (AI)
Task Force Memo
Status of Hermit's Peak
Delegation Authorities
QOLE Paper
Reservists

Review Group Emails

Leave Slip 1/15 (hair)
- Status of Cathie Sanders

- Antione (fraud)
- Review grantees (Resilience)

- Package for SES details (11/12)
- Mt Weather visit schedule
- Olympics Bob Fenton

**Daily Tracker**
Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8  ✓ Finish Security Forms
   1k Submky
   dated
   & printed

9

10  Contracts
    PA Review
    Files Review

11  Review Spend Plans
    Followup Budd
    Issue (Phil)

12

1  WFRW
   - Treasurer report
   - ✓ Go to Bank
   - ✓ Reconcile Acct Dec

2

3

4

5

6

7

8

---

## 4
**Sunday**
**January 2026**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 | 3 |
|  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025 — February 2026

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**
Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425388