Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **NINTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

NINTH DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.      This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.      A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.-0425389 – USA-AFGE-Exp.-0425415 is attached as **Deposition Exhibit 142** Part 6.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.


_____

Danielle Leonard

NINTH DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

It is far more impressive when others discover your good qualities without your help.
—Judith Martin

**6**

Tuesday
January 2026

Daily Notes — 6th Day 359 Left Week 2

*Geese — Victoria — Final pay — per Victoria — Before Signature* (circled note at top)

lft message tara 10:28

Victoria 10:35am — Talked to Joe re press

[redacted]

"this is ruining these lawyers"

repeatedly failure (CUEC explicitly)

diversion

delinquent fiduciaries

presents to

[redacted]

*that's one*

DCI rep't
Spend Plan (Next Week)
Pay charts → run CHCO
total compensation
RE OT

Greg — functional personnel review
Dave grant
SSP
Terminations
121? past FPS

---

Life is not so much about beginnings and endings as it is about going on and on and on. It is about muddling through the middle.
—Anna Quindlen

**5**

Monday
January 2026

Daily Notes — 5th Day 360 Left Week 2

[redacted]

Talked to Will RE: TN and the 90 raise furloees

[redacted]

---

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425389

# 7

**Wednesday**
**January 2026**

|   | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 | 3 |
|   | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|   | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|   | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025     February 2026

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

# 6

**Tuesday**
**January 2026**

*Epiphany*

|   | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 | 3 |
|   | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|   | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|   | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025     February 2026

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425390

Many ideas grow better when transplanted into
another mind than in the one where they sprang up.
—Oliver Wendell Holmes, Sr.

**8**

Thursday
January 2026

**Daily Notes**        8th Day   357 Left   Week 2

When we dwell on the positive and feed our minds
with beauty and goodness, we exude positivity and
create favorable situations. It's as simple as that.
—Leona Sokolova

**7**

Wednesday
January 2026

**Daily Notes**        7th Day   358 Left   Week 2

© Franklin Planner Corporation • Original–Classic

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425391

# 9

**Friday**
**January 2026**

S M T W T F S
                1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

December 2025     February 2026
S M T W T F S     S M T W T F S
      1  2  3  4  5  6                1  2  3  4  5  6  7
7  8  9 10 11 12 13    1  2  3  4  5  6  7
14 15 16 17 18 19 20   8  9 10 11 12 13 14
21 22 23 24 25 26 27   15 16 17 18 19 20 21
28 29 30 31            22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G❂ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

# 8

**Thursday**
**January 2026**

S M T W T F S
                1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

December 2025     February 2026
S M T W T F S     S M T W T F S
      1  2  3  4  5  6                1  2  3  4  5  6  7
7  8  9 10 11 12 13    1  2  3  4  5  6  7
14 15 16 17 18 19 20   8  9 10 11 12 13 14
21 22 23 24 25 26 27   15 16 17 18 19 20 21
28 29 30 31            22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G❂ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8
9
10
11
12
1
2
3
4
5
6
7
8

USA-AFGE-Exp.-0425392

As the sun comes out, it smiles and shines and misses no one or nothing, but kindly shines, like the falling snow that melts in the heat.
—John Sheehy

**9**
Friday
January 2026

**Daily Notes**

9th Day · 356 Left · Week 2

© Franklin Planner Corporation · Original–Classic

---

**Daily Notes** Date: 1/9/26

- Gregg - 11:10
1. 1/13 - start game up - Victoria
2. CHCO - Meeting
3. explain the process - Put in writing
   Contractors - overtime -
4. Respect - More time w/ codes
      Adequate time - pause -
   → internal (Keith) ←
5. ▮▮▮▮▮▮▮
   → personnel        * H. Weather tip
6. Multiplier
   (feedline)
7. each   Constant Contact * format to create * * henposte
      * Electronic logo * para to Cindy
                                        → team files
   Cindy 9:14 am          → Marisol
                          → Pam  * Name tag
                              list of people

Add email → Byend  Cindy to Facebook
           year
           system  Bylaws Chair        (Gladys website
                   * State Changes      * Pam - Kristin
                   review                 is fast past
           * Parlimentarian              Monika Perkins
                                         Marissa
Terry pm → 1 Account                     Link to every club
Minnie  → 2 Online                       (website
        (Cindy)    Secretary             Terre Gumbs)
         Kristie)   * Gladys

© Franklin Planner Corporation · Universal–Classic

USA-AFGE-Exp.-0425393

# 10

**Saturday**
**January 2026**

*Last Quarter Moon*

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

December 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

February 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

## ↓ ABC  Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

## Daily Notes

Date:

Ninety percent of all human wisdom is
the ability to mind your own business.
—Robert A. Heinlein

**11**
Sunday
January 2026

Daily Notes                    11th Day  354 Left  Week 2

Zitchy
Rules I
Fatca 3

Victoria Litigation Snapshot

WAR Friday

© Franklin Planner Corporation • Original-Classic

We should be inspired by people . . . who show that
human beings can be kind, brave, generous, beautiful,
strong—even in the most difficult circumstances.
—Rachel Corrie

**10**
Saturday
January 2026

Daily Notes                    10th Day  355 Left  Week 2

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425395

## 12
**Monday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

Track exp

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

## 11
**Sunday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425396

ORL Journal          Date  1 / 12 / 26

FLO Need to Review
The modeling is built in their Anyps —
the Next Month formula (w/ page 3)
30/60/90 — ORL
↳ Quick Wins

schedule in 2wks

Cynthia
* Approved
assessment out (3-12pm)
replace
restrictions, PFT
PPT for the Cadre
Leveraging the Cadre
(Greg James)
staffing
Greg Hicks

Dick Note
— CORE —
* change the termination Existing
process — Active Decision Plan
Need to look communication Appeal or
w/ fixords 100days Note
impactful extensions  actual Feb 1, 2026

How to
automate
the review
of the pay?
→ Check this
for solution

↳ can you convert?

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425397

Date

# January 12, 2026
## Monday

| January 2026 | February 2026 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 | 1 2 3 4 5 6 7 |
| 4 5 6 7 8 9 10 | 8 9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | |

**MONDAY**

**12**

**7 AM**

**8**

(Muted)  0830 FEMA Daily Operations Briefi     (Speaking)  0830 FEMA Daily Operations Bri

**9**

UCG: Volunteer Force Mission; Microsoft Teams Meeting; Sullivan, Robert

**10**

OCHCO Update; AF1's Conference Room; Evans, Karen

Executive Time

**11**

Hurricane Ian Day by Day Briefing
Conference Room 262/ Virtual via ZOOM
Evans, Karen

**12 PM**

Lunch

**1**

Drones/ OMB FASC PMO tagup ; Webex; Benedict, Cheri M. EOP/OMB

**2**

Functional Review
AF1's Conference Room
Evans, Karen

**3**

DHS PRB Process Office Hours Session #1     Executive Time
Microsoft Teams Meeting
CHCO Scheduler     Weekly DHS-DoW Synch on Volunteer Force

**4**

End of Day OA Sync; AF1 Conference Room ; I

BRIC Meeting ; AF1's Office ; Evans, Karen

**5**

**6**

USA-AFGE-Exp.-0425398

Some adventures begin easily. It is not *hard*,
after all, to be sucked up by a tornado or pushed
through a particularly porous mirror.
—Seanan McGuire

**12**
Monday
January 2026

**Daily Notes**          12th Day   353 Left   Week 3

w/ Shila @10:00am (I was late)

LaToya / Blanca / Kara / Victoria / Puneet / Writ / Shila Gotham

(Feb yes/no) Memo / hiring verification

Notification

(Expiration?)

Process failure / PIN / ⟶ exists funded

(Payroll) — hurly — Rates

Cynthia → Core pay
the Math       regular pay
* the overtime *       pay for Cores for Next 2026

(LaToya) ⟶

Second Week in Feb ⟶

Core —
1/12 through May ⟶ Proposal ⟶ Tomorrow
Cleared by the end of day Material      * If published into the Federal Register
List of Associated Elements
Working Group Critical Corps
* Indemnity
in DHS

FASC w/ OMB 1:00
w/ Jeff
* Maintaining List      DHS S&T
IDIQ
refer to List ⟶ Georgia's 2023
that found NDAA
not be
produced   ① ⟶ Covered item   ⟶ Identify the list
    entity
② CUAS   ⟶   DHS → Do Not procurement

USA-AFGE-Exp.-0425399

# January 13, 2026
## Tuesday

**TUESDAY**

**13**

To be rescheduled: FEMA Spend Plan Briefing (AF1 Conference Room // Microsoft Teams Meet

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Briefi    (Speaking) 0830 FEMA Daily Operation- Bri

**9**

**10**

Executive Time

Sync; Microsoft Teams Meeting; Swartz, Neal

**11**

Executive Time

**12 PM**

Principals Meeting; AF1's Conference Room / Teams; FEMA Administrator

Oath of Office - AA MS; AF1's Office ; Evans, Karen

**1**

Lunch

Hold
AF1's Conference Room

**2**

Evans, Karen

**3**

RA/DRA Monthly; AF1'

Weekly Sync -Peter; Micros    DHS PRB Process Office Hours
                             Microsoft Teams Meeting
Pre-Brief: Meeting with NC Gc    Canceled: Pre-brief - SOPE    CHCO Scheduler

**4**

Meeting w/ Cameron Marshall ; AF1's Conference    End of Day OA Sync; AF1 Conference Room ; I

**5**

**6**

## Prioritized Daily Task List

↓ ABC

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

**8**

**9**

**10**

**11**

**12**

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

USA-AFGE-Exp.-0425400

If you are idle, be not solitary; if you are solitary, be not idle.
—Samuel Johnson

**13**
Tuesday
January 2026

Daily Notes                13th Day · 352 Left · Week 3

*LaToya*   *NonAppro*

→ NTE 90 days / Staffing Plan / Blanca
Calling          March 31        MDR Frank
                                  Coast Guard
Reservists    ↙ Inventory
└ Imonly      Inventory
                → pay being the new pay plan
▶ pay for qual work   policy for the pay
  115% → 200%

Principals Noon          January
                         Feb List today
CFO – the process Renew
→ Minimum of 30 days Notifications   → Not Triad Review
→ Reservists - Pay ←
     * as group for Renewal *

[redacted]

CA Meeting
w/ Puneet / Zarek / Victoria / Kara / W# / Kara

© Franklin Planner Corporation · Original-Classic

# 14

**Wednesday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025   February 2026
S M T W T F S   S M T W T F S

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

uHLO - Issue

7 plans apply

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425402

It's okay to need help. It's okay to break down and
have to be rescued. In fact, sometimes asking for
help is the bravest thing we can possibly do.
—Candice Jarrett

## 14
Wednesday
January 2026

**Daily Notes**           14th Day   351 Left   Week 3

Language - by Friday                    Joe, Kara, Karen 1:00pm
- Dillon - 12pm                         ✱ NC is out
off and Stratical level                 ✱ Kevan Centralize
✱ *illegible* ✱                              Tracker
                           Appropriate   All information
                              lots        in one place
                         ✱ office staff  Friday → political?
Jeff                                     Pk(funding - Craig
Kara, Karen
(Exec order (permitting)                 ✱ Dillon →
                                          Do Not Raise
⟶ Major next Friday                     ➡ Maui ← Memo
National Resilience Strategy            (Non Disaster Grant
Policy Review                            OB3 By end of
➡ Preparedness / Response                the month)
➡ papers for review good ✱              ✱ Termination
                                          Memo
Learn 3 -                                 PJ
  NATO / things Resiliency              ✱ Task Force
                 Structure               Next Week -
✱ Early Summer NATO                      election integrity
  Washington DC ⟵

© Franklin Planner Corporation • Original–Classic

USA-AFGE-Exp.-0425403

# January 15, 2026
## Thursday

January 2026
Su Mo Tu We Th Fr Sa
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2026
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

**THURSDAY**

**15**

**7 AM**

**8**
(Muted) 0830 FEMA Daily Operations Briefi  (Speaking) 0830 FEMA Daily Operations Bri

**9**
UCG: Volunteer Force Mission; Microsoft Teams Meeting; Sullivan, Robert

**10**
Executive Time

Transit to USCG HQ; Evans, Karen

**11**
Assumption of Command Ceremony for
Admiral Kevin E. Lunday
Ceremonial Entrance United States Coast Guard
Headquarters

Lunch

**12 PM**

**1**
Transit to FEMA HQ; Evans, Karen

Canceled: 1:1 Jeff Afman; 828; FEMA

Hold
AF1's Conference Room / Teams ; Evans, Karen

**2**
FEMA Political Appointees Meeting ; AF1 Cor   Weekly Sync: SCOPE; Microsoft Teams Meetin

**3**
1:1 w/ Jeff Afman ; 828 SCIF; Evans, Karen

**4**
End of Day OA Sync; AF1 Conference Room ; NCR-500C, BNW-2807-MTR; FEMA-Chief of Staff

**5**

**6**
ICIT Gala
Watergate Hotel 2650 Virginia Ave NW Washington, DC

---

## 15
### Thursday
### January 2026

S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

Isra al Mi'raj
Begins at Sundown

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

### ↓ ABC   Prioritized Daily Task List

### Daily Tracker
Track expenses, email, voice mail, or other information.

### Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425404

Date: 1/13/26

© Franklin Planner Corporation · Universit-Classic

Date:

FEMA

✓ Craig Chesnek                    * GPP
→ Paul Hathigs                        Tom
→ Stephane Holderfield
→ Rachel Hause - ExecSec
✓ Mike Horton (OPPA)
                                           Paula
   Victoria's
→ Katehauiach

* Juan Arias    1/26        Tim ciao
                                           OCC
→ Cotton over cash

   Spencer Wodson
   * Kare

✓ Zach
   Joe Owen
→ Tribal (OEA)

* Dave Arnold -
   Went to directly
   PPD

USA-AFGE-Exp.-0425406

A rock pile ceases to be a rock pile the moment one person contemplates it, bearing within them the image of a cathedral.
—Antoine de Saint-Exupéry

# 15
**Thursday**
**January 2026**

**Daily Notes**    15th Day   350 Left   Week 3

political → meeting

NSC oppgv

Planning guidance    10:32 am

Staffing Plan notes 10:08 am

Charts will @ 10:08 am

— Performance Report — org
(9 min/Phils)
→ DOJ for Due Date?
forward
→ guideline stare fdrs
, sears —

NATO —
moved forward —

MRA 083 —

© Franklin Planner Corporation • Original—Classic

## January 16, 2026
Friday

January 2026
Su Mo Tu We Th Fr Sa
          1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2026
Su Mo Tu We Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

| | | |
|---|---|---|
| **FRIDAY** | | |
| **16** | | |
| | Z.Hoag (OOO, Michigan) - Hoag, Zachariah | Tc → |
| | Puneet Khan – Delayed arrival (medical appt in am) - Khan, Puneet | |
| **7 AM** | | |
| **8** | (Muted) 0830 FEMA Daily Operations Briefing<br>FEMA HQ M1 Conf Room; VTC; FEMA Channel<br>FEMA-NWC | (Speaking) 0830 FEMA Daily Operations Briefir<br>FEMA HQ M1 Conf Room; VTC; FEMA Channel<br>FEMA-NWC |
| **9** | Contracts for DHS/DOJ Analysis efforts<br>WebEx<br>Jaggers, John E. EOP/OMB | |
| **10** | Executive Time | AF1 meet w/David Arnold<br>AF1's Office<br>Evans, Karen |
| **11** | OA Functions Meeting<br>AF1's Office<br>Evans, Karen | Hold: Travel Reviews with Rick |
| **12 PM** | Working Lunch / Contract Review<br>AF1's Office<br>Evans, Karen | |
| **1** | EDW Decommissioning Project Briefing<br>AF1's Conference Room<br>Evans, Karen | Executive Time |
| **2** | ONCP Contract Review<br>530<br>Evans, Karen | |
| **3** | Executive Time | SES/GS-15 Details Briefing<br>AF1 Office/ Microsoft Teams Meeting<br>FEMA Administrator |
| **4** | End of Day OA Sync<br>AF1 Conference Room ; NCR-500C-8NW-2807-MTR<br>FEMA-Chief of Staff | |
| **5** | | |
| **6** | | |

### 16
### Friday
### January 2026

S  M  T  W  T  F  S
               1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

December 2025
S M T W T F S
    1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
↱ Forwarded
✗ Deleted
G✓ Delegated
↔ In Process

↓ ABC  **Prioritized Daily Task List**

*Note to 90then*
*RE doorman*
*making?*

*Noncareer*
*in term to*
*Peace*
*claims offices?*

**Appointment Schedule**

8
9
10
11
12
1
2
4
5
6
7
8

**Daily Tracker**

Track expenses, email, voice mail, or other information.

USA-AFGE-Exp.-0425408

Treat every person you meet as if they were a friend, whether or not they have earned it. You never know how that person might be a blessing to you someday.
—Cindy Trimm

**17**
**Saturday**
**January 2026**

**Daily Notes** 17th Day 348 Left Week 3

© Franklin Planner Corporation • Original–Classic

Doubt is not a pleasant condition, but certainty is an absurd one.
—Voltaire

**16**
**Friday**
**January 2026**

Rob, Joe, John Rover Trip
Tuesday ↓??

**Daily Notes** 16th Day 349 Left Week 3

Data Broker Act? Fire people @ contractor → only team
Buy Data
Witness Statement
Dave Arnold - 10:30
* trying to put Back on the Balance
I didn't talk to Dave Richardson
Meetings now COS @ 9/30, you know
PJ (who is ?) * Professional
→ you didn't think, need to know ??
Professional – talked to
he was Notified
Decommissioning the EDW see page 3 of the presentation
Eric Rizzo
Sync Clarified the Docs in the meantime (5 tasker)
Joaquin Cavarner OT/ last week February Stand taste Prep–
free
Sent the emails – Dave Arnold Resigned

(margin notes:) * Both all and Signature · * assignment · * Dave Arnold resignation · – performance plans

Julie Waters – Next week
* GS-14 – Brady – travel *
FEMA position – TDY extension
→ IT 34 year *1/6 Blanca
Positions – Internation
→ Zach – Policy for the paperwork

© Franklin Planner Corporation • Original–Classic

## 18

**Sunday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

*New Moon*

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

February 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

↓ ABC   **Prioritized Daily Task List**

### Appointment Schedule

8
9
10
11
12
1
2
3
4
5
6
7
8

**Daily Tracker**

Track expenses, email, voice mail, or other information.

## 17

**Saturday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

February 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

↓ ABC   **Prioritized Daily Task List**

### Appointment Schedule

8
9
10
11
12
1
2
3
4
5
6
7
8

**Daily Tracker**

Track expenses, email, voice mail, or other information.

USA-AFGE-Exp.-0425410

Forgiveness is not an occasional act. It is a permanent attitude.
—Martin Luther King, Jr.

**19**
Monday
January 2026

Daily Notes                    19th Day  346 Left  Week 4

holiday

© Franklin Planner Corporation • Original-Classic

The society which scorns excellence in plumbing because plumbing is a humble activity and tolerates shoddiness in philosophy because it is an exalted activity will have neither good plumbing nor good philosophy.
—John W. Gardner

**18**
Sunday
January 2026

Daily Notes                    18th Day  347 Left  Week 3

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425411

## 20

**Tuesday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✕ Deleted
G Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

## 19

**Monday**
**January 2026**

*Martin Luther King, Jr. Day*

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✕ Deleted
G Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425412

Date: 1/30/26



© Franklin Planner Corporation · Original-Classic

© Franklin Planner Corporation · Leadership-Classic

USA-AFGE-Exp.-0425413

Date

Date:

USA-AFGE-Exp.-0425414

If you have enough fantasies, you're ready
in the event that something happens.
—Sheila Ballantyne

**20**

Tuesday
January 2026

Daily Notes                                    20th Day  345 Left  Week 4

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425415