Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **TENTH DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Danielle Leonard, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.    This declaration compiled exhibits from the recent expedited discovery depositions, which were marked consecutively, that are cited in Plaintiffs' supplemental brief, attached here in numberical order with a brief description.

3.    A true and correct copy of the partially redacted version of Karen Evans' handwritten calendar notes marked USA-AFGE-Exp.-0425416 – USA-AFGE-Exp.-0425446 is attached as **Deposition Exhibit 142** Part 7.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____
Danielle Leonard

# 21

**Wednesday**
**January 2026**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 | 3 |
|  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

✓ Completed
→ Forwarded
✗ Deleted
G Delegated
* In Process

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

## ↓ ABC   Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

USA-AFGE-Exp.-0425416

# 21

## Wednesday
## January 2026

21st Day   344 Left   Week 4



© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425417

7/27/26

ment Schedule



# FEMA

Dept Component Meeting

→ Public Case Prior to Criminal
- can turn out ) Case -
  in returning - ) USSS

Fleet week - NYC
    early June end of July
        250, World Cup, etc

on the Hill - Make sure they
                know on the Hill

→ 53K Fines ( ICE )
Most people in Custody -
→ 11,638 Leo          80K Beds
        in Boards    end of Month    Beds
— exceed goals -

OGC - Regulatory -
    #2 Behind   3.3B - saved
        Trey>
Litigation - New Congressional visit
on How to do          policy -
        Contracting - New policy
                    from SI/OGC
20 today's SI
    Anniversary
Website - Worst of the worst
MN Stories -
Fraud - to OPA -
CBP -
CISA - FIFA Exercises
    Verizon update

USA-AFGE-Exp.-0425418

USA-AFGE-Exp.-0425419



**/A**

E) ✓ 1/29/26
:R

*more*
*ines*
RISK
*cassgred*

-TURNEn
OK,
ENT

- 7 Regions impacted
- list of who was
  invited to a call and
  who showed up
- 2023 Winter Storm
  caused 7 fatalities and
  300,000 people w/out
  power
  ___E

- OK, TX, MS
- Be proactive but don't
  over react

- OK is the only state
  so far that has asked
  for specific resources
- expect Huckabee to reach
  out

USA-AFGE-Exp.-0425420

USA-AFGE-Exp.-0425421

* Power Companies -
proper response - PA
get the clients there -

summarize everything
we need -

sheltering (warning
shelters)

IL - Temps
Area of concern -
Social Chat Joe, Kate,
CL SI, Gregg
the logistics
the States who participated
the National Security
Threats -
May 13 from the Joe
Schedule 24×7
every day -
all sites incident command

Region 3 ✓
Region 2 - NY

Ken Graham
↳ Briefing
Materials

2 Docs -
Agenda -
Read ahead -
Background Material

SI ~~Read~~ Briefing Memo

- Current Status -

- National Security
Issues

Critical Infrastructure
Energy



AA Phillips                          1/22/26

## FEMA

On the call-
★ Who was invited
#1  who showed up
- Type of Weather Storm -
2023 - TX, OK - Snow
6 - 7 Region
                    ICE
Temps          AK      130m
July/noon      TN      under
- Tuesday      and US   watch
- Monitoring   GA
  the threat   SC
MS struggles   NC
               another VA
                    heaviison

Case 3:25-cv-03698-SI    Document 414-10    Filed 05/30/26    Page 9 of 33

USA-AFGE-Exp.-0425422

1/22/26

## FEMA

Provided my phone number-
opening Comments from Gregg
Region 1 - stand up toward the
              end - level 3
Region 7 - No unmet needs @ this
Cathi              Time
       Missouri -
Region 6 - Level 3 'No unmet'
★ NM - impacted.  Needs -
      By previous Disaster
strapped for Cash
OK - had reach out direct -
      thankyou
KS - declaration?
LA - Decla

# 22

**Thursday**
**January 2026**

22nd Day    343 Left    Week 4

© Franklin Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425423

1/22/2?

nent Schedule


FEMA

→ NRCC Activated –
   – 50 truckload – w/ specifics
                  Ft Worth – Logistics
   – M.K yuley Activated
→ DOW Coordination (Add total King ports)
*→ Need to invite USCG today –

– Post ops –
   ↳ Std objectives –
   1-7 Regions    TX  (A)  Comp'Hd.
                  two IMATS

Tomorrow @
   NRCC and the NCC –

pre identify the FCC –

→ Friday call @ 8:00am
              w/ energy sector –

Rubini @ 11:00 am

Joe

USA-AFGE-Exp.-0425424

USA-AFGE-Exp.-0425425

VA Governor's phone #

(Stay) — He signed
UV
MS ✓
MD ✓ ✓
LA ✓
AR ✓
GA
IN
→TN ✓
OH

✓ received

Verbal Appeals —
As many as we can't get done
formally —

Metrics 1st Local

EROC — States
Feed Shelves *
* as stocked →

Clear lines of Command
which wing — Hitler —
(power to address)

* Energy their Companies
Corps —



USA-AFGE-Exp.-0425426

Case 3:25-cv-03698-SI    Document 414-10    Filed 05/30/26    Page 14 of 33

## 24
**Saturday**
**January 2026**

Cleaning your house while your kids are still growing
is like shoveling the walk before it stops snowing.
—Phyllis Diller

**Daily Notes**        24th Day  341 Left  Week 4

Arkansas AS Gary ███████ (PA)

General Mahfouz LA ███████

Stephen McCraney MS ███████

75% / 75% / 25% heated

75% / 75% / 25%

H°

★ PA Double Check
Available
Nly 25

## 23
**Friday**
**January 2026**

In the corporate hustle, don't let the weight of success be the
anchor of your mental well-being. Seek balance, not burnout.
—Abhysheq Shukla

Thursday → verification

**Daily Notes**        23rd Day  342 Left  Week 4

Call (1:00pm) Antoine / Romney Tomorrow

DOE — Talking points from DOE

Disaster updated notes Kerk Greg
Karon
USCG
NSC

★ Draft Agenda

USAID Governor phones
press conference

Schedule POC
Hour by Hour
and telephone

energy emergency Notice

⊙ FEMA left side right side

[Take Top documents
Talking Points]

By tonight
Air Briefing Kart

for Arkan

What the Biggest
Problem

★ Disaster Declaration
updated

★ Action
Item

Status Report

USA-AFGE-Exp.-0425428

## 24 Saturday January 2026

December 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

February 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

### Appointment Schedule
8
9
10
11
12
1
2
3
4
5
6
7
8

### ↓ ABC  Prioritized Daily Task List

### Daily Tracker
Track expenses, email, voice mail, or other information.

## 25 Sunday January 2026

December 2025
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

January 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

February 2026
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

### Appointment Schedule
8
9
10
11
12
1
2
3
4
5
6
7
8

### ↓ ABC  Prioritized Daily Task List

### Daily Tracker
Track expenses, email, voice mail, or other information.

USA-AFGE-Exp.-0425429

**25**

Sunday

January 2026

25th Day 340 Left  Week 4

Every person's memory is their private literature.
—Aldous Huxley

### Daily Notes

*(handwritten notes, largely illegible)*

---

Daily Notes    Date: 1/24/26

*(handwritten notes with redactions, largely illegible)*

- General Welfare
- Major Declarations (LA)
- Northern... not interested in Advance
- Do we anticipate now early?
- LA — 252 Houses
- N5 — 130/yr in State Emer — lost
- 1N — Emergency Declaration — Energy reasons — live
- i-20 govt ...
- *Succession Speakers*
- *Legislators*
- Governor ... Major Declaration
- 72 hrs @ the State?
- ... + Non Profits
- 5 to cap
- ... breakdown
- ... Legislature — breath
- Natural ... perhaps ... Major ... probation ...

© Franklin Planner Corporation · Original-Classic

Daily Notes

Date: 1/26/26

RA to reach to State
TN → Cut and Toss Teams

Ky - Eric Gibson 4:04 pm
(300 Guard National movement)
any unmet needs
Tornado focus 8.7 threshold
Major declaration or expedited funds
Majorde in PA
Debris removal teams focused to region
Beginning Tomorrow
Will meet threshold
Clearing Debris
Not necessarily (IA)
Clear up lists - Tysons last Bldg
Choices
time line?
Just a few 7-10 days
sort [illegible]
FCO Levy
w/ Regional Administrator
Shelters
(getting the teams)

✓ LA - 4:20 pm
Cut and Toss
Major Declaration
36 hr [illegible] Math problem estimate
Major category Debris Removal
greater expansion public Assistance
Emergency Fed in LA

# 26

**Monday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

*First Quarter Moon*

December 2025 / February 2026

✓ Completed
→ Forwarded
✕ Deleted
G Delegated
• In Process

1 ABC Prioritized Daily Task List

Daily Tracker

Track expenses, email, voice mail, or other information.

Appointment Schedule

8
9
10
11
12
1
2
3
4
5
6
7
8

USA-AFGE-Exp.-0425430

"Key ESCE itesimin s?

NSC        Seth/~~xxxx~~ (Inter Governmental
                                    Affairs)
                    DOE
                 and FEMA                              1/26/24
Power                                                  a/day NSC
restored        - Airports -
                              "Jeff"    *TVA -
                                          Multiple weeks
- Alex -                                    w/ no xxxx
  targeting the large
  towns -
        Prioritize              MS - resources →
        the area      Both Reporting   underreporting
                        Time 2hrs
PlaceMyers                                Power lines -
  getting the        → Power outage    * feral # centers
  crews in there   MS * for Both    Same thermal generators
                   TN            heated        Critical -
  * Debris -                                  targeting
     removal    TVA →  FEBret            facilities
                        Howard       size * COOPS
                        Rob Ash      Food utilities
                                     ~~xxxx~~
ready to go          Cut and Toss    → Food water
                        IMAT         → sheltering ←

                                      * Sheltering
                                         the List -

              OEA
            * Victoria   → Munip
               will work    Coops -
                 w/ White House and
                  DH / OPA

USA-AFGE-Exp.-0425432



Helping people before, during, and after disasters.



Scan to subscribe to this briefing.

I have decided that I'm ready to stop destroying myself
and start creating. I have already accepted my invitation
and no one will convince me again that I'm not worthy.
—Glennon Doyle

**26**

**Monday**
**January 2026**

**Daily Notes**                                        26th Day · 339 Left · Week 5

© Franklin Planner Corporation • Original–Classic

---

Daily Notes    ESC                                 Date: 1/26/26

RepSe @ DOE

Drew  Electric Coops

145-day law problems w/one customer

LA - Balance                          90% By
                  90% By Friday       Thursday

* Damage Assessments
   (Cedar Trees and Power lines)

→ Cutting through the vegetation in LA

145 - Elec Coops           * 2wks of totally
Road map management          recovery *
Water etc through FEMA
DOE generators

* Public Power          ETR
  TN                    * By Wednesday/
                          Thursday

Nashville, TN
(TEMA) (2020)           the last 10%
Recovered costs         is a problem...

* TN Emergency Agency   schedule changes,
                          analysis,
                          cancels

                        → FEMA funding
                          stress moving
                          forward

© Franklin Planner Corporation • Universal–Classic

Case 3:25-cv-03698-SI    Document 414-10    Filed 05/30/26    Page 21 of 33

# 27

**Tuesday**
**January 2026**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 | 3 |
|  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| December 2025 | February 2026 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 4 5 6 7 |
| 7 8 9 10 11 12 13 | 8 9 10 11 12 13 14 |
| 14 15 16 17 18 19 20 | 15 16 17 18 19 20 21 |
| 21 22 23 24 25 26 27 | 22 23 24 25 26 27 28 |
| 28 29 30 31 | |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC  **Prioritized Daily Task List**

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Daily Notes

Date: 1/26/26

Peter Rabe 6.30pr
hos Hall @ energy CA andms

✗ POC ana FOC
give NSC

USA-AFGE-Exp.-0425434

Seek freedom and become captive of your desires.
Seek discipline and find your liberty.
—Frank Herbert

# 27

**Tuesday**
**January 2026**

**Daily Notes**          27th Day  338 Left  Week 5

Ret Kara Ann RE: the Grant option

Reana USR System Memo
(Signed the SSF Congressional Report (ex.)

→ Cnd Meeting @ 1/32 @ 4:41pm
Dan Kelly + Lisa

→ ED Meeting to be scheduled

[redacted]

→ Peter Danjecek in delay of Policy?
speaking

Region 5 - Mike Chesney retire 3/31
       Fred Koehler
       Mark Peterson

Jeff Albini @ 2:00pm
8 + guiding Jr 4/5 extend Exh
8
3.5
5

Case 3:25-cv-03698-SI   Document 414-10   Filed 05/30/26   Page 22 of 33

USA-AFGE-Exp.-0425435

# 28
**Wednesday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**December 2025**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

**February 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

(Homeowner)
→ SBA – LA – 12 Disaster

Joe Guy
French waits
Meet in Victoria
Squadron

His priority list
→ Christina's go to page

**Daily Tracker**

Track expenses, email, voice mail, or other information.

**Appointment Schedule**

8

9

10

11

12

1

2

3

4

5

6

7

8

---

# January 27, 2026
**Tuesday**

| **TUESDAY** |
|---|
| **27** |

← From Jan 26    Bilicic, SL (Rochester, MN ) - Bilicic, William    9 →
To be rescheduled: Hold  (AF1's Conference Room) - Evans, Karen

**7 AM**

**8** — (Muted) 0830 FEMA Daily Operations Briefing — FEMA HQ M1 Conf Room; VTC; FEMA Channel; FEMA-NWC | (Speaking) 0830 FEMA Daily Operations Briefir — FEMA HQ M1 Conf Room; VTC; FEMA Channel; FEMA-NWC

**9** — Executive Time

**10**

**11** — REMINDER: NICCL Call - Severe Winter Storm — Meeting ID: 160 883 9107; Passcode: 079754 — FEMA-ESF15-Coordination

**12 PM** — Canceled: Principals Meeting — AF1's Conference Room / Te — FEMA Administrator | (Muted) 1230 Interagency VTC — FEMA HQ M1 Conference Rc — FEMA-NWC | (Speaking) 1230 Interagency V — FEMA HQ M1 Conference Rc — FEMA-NWC

**1** — Lunch

**2** — Executive Time | Pre-Brief: NEMA/IAEM/BCEM Meet and Greets — AF1's Conference Room — Evans, Karen

**3** — Executive Time

**4** — End of Day OA Sync — AF1 Conference Room ; NCR-500C-8NW-2807-MTR — FEMA-Chief of Staff

**5**

**6**

USA-AFGE-Exp.-0425436

USA-AFGE-Exp.-0425437

USA-AFGE-Exp.-0425438

1/28/26




FEMA

FEMA



- reconciliation of the Spreadsheet
  w/ Gov Landry

⇒ richland parish
    → Hazard Mitigation)





USA-AFGE-Exp.-0425439

Case 3:25-cv-03698-SI   Document 414-10   Filed 05/30/26   Page 27 of 33

# 29

**Thursday**
**January 2026**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2026
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

✓ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

Track expense

**Appointment Schedule**

8

9

10

11

12

1

2



**Daily Notes**                                        Date:



USA-AFGE-Exp.-0425440

Case 3:25-cv-03698-SI    Document 414-10    Filed 05/30/26    Page 28 of 33



Born originals, how comes it to pass that we die copies?
—Edward Young

**29**
Thursday
January 2026

Daily Notes

29th Day  336 Left  Week 5

© Franklin-Planner Corporation • Original-Classic

USA-AFGE-Exp.-0425441

Case 3:25-cv-03698-SI   Document 414-10   Filed 05/30/26   Page 29 of 33

# 30

Friday
January 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

February 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

/ Completed
→ Forwarded
✗ Deleted
G✓ Delegated
• In Process

↓ ABC   **Prioritized Daily Task List**

Varshav Sharma
CEO - Wittersom SL

### Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

**8**

**9**

**10**

**11**

**12**

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

---

# January 29, 2026

Thursday

| January 2026 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| February 2026 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**THURSDAY**

**29**

← From Jan 26 · Bilicic; SL (Rochester, MN ) - Bilicic, William

**7 AM**

**8**

(Muted) 0830 FEMA Daily Operations Briefi ↻   (Speaking) 0830 FEMA Daily Operat⁺   Bri ↻

**9**

**10**   Executive Time ↻

Meet-and-Greet with NEMA President AJ Gary; AF1's Conference Room; Evans, Karen

**11**

FEMA Political Appointees Meeting ; AF1 Conference Room // Microsoft Teams Meeting; FEMA-Chie ↻

**12 PM**   Lunch   ⌀   DUE: Paper NICCL summary - Severe Winter Sto

(Muted) 1230 Interagency VTC   (Speaking) 1230 Interagency V
FEMA HQ M1 Conference Room; .   FEMA HQ M1 Conference Room;
FEMA-NWC ↻   FEMA-NWC ↻   Canceled: 1:1 Jeff . ↻

**1**

Executive Time

**2**   Pre-Brief: Call with Ranking Member Larsen; AF   Call with Ranking Member Larsen ; AF1's Confer

Executive Time   ⌀

**3**   SES/GS-15 Details Briefing; AF1 Office/ Microsoft Teams Meeting; FEMA Administrator   ⌀

Executive Time   ⌀

**4**   End of Day OA Sync; AF1 Conference Room ; I ↻   Weekly Sync: SCOPE; Microsoft Teams Meetin ↻

**5**

**6**

USA-AFGE-Exp.-0425442



USA-AFGE-Exp.-0425443

# 31

**Saturday**
**January 2026**

|  | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 | 3 |
|  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

December 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

February 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

✓ Completed
→ Forwarded
✗ Deleted
G⊘ Delegated
• In Process

## ABC  Prioritized Daily Task List

## Daily Tracker

Track expenses, email, voice mail, or other information.

## Appointment Schedule

8

9

10

11

12

1

2

3

4

5

6

7

8

## Daily Notes

Date: 1/30/26

Direct Housing (Vietna)

Disaster aba Mgmt →Kaui NC —
WORK
-Alaska- pixing
-NC Debris-
Gregg -byan talk-
Vietna in radio ship
-Per putting
Together things
- Brief in the
Lapse -Communication
-Off employees
management
Debris

OPPA -initial lessons learned

USA-AFGE-Exp.-0425444

Your health comes first; without that, you have nothing.
The family comes second. Your business comes third.
You better recognize and organize those first two
so that you can take care of the third.
—Lester B. Knight

# 31

**Saturday**
**January 2026**

## Daily Notes

31st Day  334 Left  Week 5

© Franklin Planner Corporation • Original Classic

USA-AFGE-Exp.-0425445

USA-AFGE-Exp.-0425446

# January 2026 Business Expenses

| Day | Business Purpose Where, Why, Who, etc. | Odometer | | Miles Traveled | Gas | Auto Other | Travel Fares | Meals | Lodging | Other |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Beginning | End | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| | Carry totals to Annual Summary of Business Expenses in Treasurer section | | TOTAL | | | | | | | |