Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF STACEY LEYTON IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING** |

**DECLARATION**

I, Stacey Leyton, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.      All of the documents attached to this declaration were produced by Defendants in discovery in this litigation, or by third party Kara Voorhies in response to Plaintiffs' Rule 45 subpoena.  None of these documents is subject to any current Confidentiality designation, or request from Defendants to claw back produced documents.

3.      A true and correct copy of the documents marked USA-AFGE-Exp.-0005421 – USA-AFGE-Exp.-0005422 is attached as **Exhibit A**.

4.      A true and correct copy of the documents marked USA-AFGE-Exp.-0005423 – USA-AFGE-Exp.-0005424 is attached as **Exhibit B**.

5.      A true and correct copy of the documents marked KLV_000297 is attached as **Exhibit C**.

6.      A true and correct copy of the documents marked USA-AFGE-Exp.-0001045 – USA-AFGE-Exp.-0001047 is attached as **Exhibit D**.

7.      A true and correct copy of the documents marked USA-AFGE-Exp.-0002201 – USA-AFGE-Exp.-0002203 is attached as **Exhibit E**.

8.      A true and correct copy of the documents marked USA-AFGE-Exp.-0004816 – USA-AFGE-Exp.-0004819 is attached as **Exhibit F**.

9.      A true and correct copy of the documents marked USA-AFGE-Exp.-0017105 – USA-AFGE-Exp.-0017108 is attached as **Exhibit G**.

10.      A true and correct copy of the documents marked USA-AFGE-Exp.-0025348 – USA-AFGE-Exp.-0025351 is attached as **Exhibit H**.

11.      A true and correct copy of the documents marked USA-AFGE-Exp.-0171494 – USA-AFGE-Exp.-0171498 is attached as **Exhibit I**.

FIRST LEYTON DECLARATION, CASE NO. 3:25-CV-03698-SI

12. A true and correct copy of the documents marked KLV_000226 – KLV_000229 is attached as **Exhibit J**.

13. A true and correct copy of the document marked USA-AFGE-Exp.-0425677 is attached as **Exhibit K**.

14. A true and correct copy of the document marked KLV_000375 is attached as **Exhibit L**.

15. A true and correct copy of the document marked KLV_000113 is attached as **Exhibit M**.

16. A true and correct copy of the document marked KLV_000169 – KLV_000170 is attached as **Exhibit N**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 29, 2026, in San Francisco, California.

_____
Stacey Leyton

# Exhibit A

| | |
|---|---|
| **From:** | Prieur, La'Toya [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D47853C52FB04E47AA9D0194AE59BBB5-0D4E1677-D6] |
| **Sent:** | 1/13/2026 2:20:40 PM |
| **To:** | Arnold, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=21301f0b9d664d0baab6e9eee212b7c1-381590cb-8b]; Sanchez, Blanca [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=60453facb7f24219b8584785477c429d-7fc8c239-ad]; Berry, Emilie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d34d80df7c84cfca9ec25a8c8e98a27-Gosnell, Em] |
| **CC:** | Hoffman, Erin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ba1fd64bfa14b3f8884567f07ac3265-Hoffman, Er]; Schargorodski, Spencer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1db7f31deb7341c98111708db6c919ca-SCHARGORODS]; Prieur, La'Toya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d47853c52fb04e47aa9d0194ae59bbb5-0d4e1677-d6] |
| **Subject:** | RE: Appeal |
| **Attachments:** | OEHP NTE Non-Renewal Appeal Justification 1-6-2026-FINAL.docx |

Dave,

Acknowledging receipt of your appeal. Looping in Blanca and Emilie to send this to the OA for reconsideration.


LP

**From:** Arnold, David <david.arnold@fema.dhs.gov>
**Sent:** Tuesday, January 13, 2026 1:57 PM
**To:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Cc:** Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>; Schargorodski, Spencer <spencer.schargorodski@fema.dhs.gov>
**Subject:** Appeal

La'toya,

Good afternoon. I just wanted to thank you for your briefing today. You answered a lot of questions and have developed a good process.

I do have an appeal (see attached). When we spoke earlier you said that you were the first stop as part of the appeal process for non-renewals that happen before the full implementation of the new process. This non-renewal took place at the end of December. If I need to send this elsewhere first, please let me know.

Respectfully,

Dave

David R Arnold
Deputy Administrator for Resilience (SOPD)
Mobile: (202) 679-1287
David.Arnold@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

Confidential - Subject to Protective Order          USA-AFGE-Exp.-0005421



# Exhibit B

On December 31, 2025, FEMA Human Capital Employee Relations notified the Office of Environmental Planning and Historic Preservation (OEHP) that two Cadre of On-Call Response/Recovery Employee (CORE) positions were not being renewed. OEHP is appealing the non-extension of one of these positions.

**Appeal: Supervisory Management and Program Analyst (GS-0340-14) serving the role of Cadre Coordinator.**

**Function**

The Cadre Coordinator ensures FEMA meets statutory requirements for a qualified, ready workforce to deliver Stafford Act programs during major disasters. This position is responsible for overseeing the operational readiness of a disaster cadre within FEMA's incident workforce. FEMA cadres are diverse groups of FEMA employees organized by operational or programmatic functions and FEMA Qualification System (FQS) positions that perform disaster-related duties during FEMA incident operations. Each cadre is comprised of various employee types that can include Permanent Full-Time (PFT), Cadre of On-Call Response and Recovery Employees (CORE), Temporary Full-Time (TFT) and intermittent employees (Reservists). Each cadre has a uniquely assigned Cadre Coordinator, who is responsible for ensuring that across that workforce, the mission essential functions for field operations are trained against and delivered effectively.

The Cadre Coordinator, OEHP (Hazard Mitigation Division) leads 600+ field staff in the national Environmental Planning and Historic Preservation (EHP) Cadre, including 195 Direct Charge COREs and 190 Reservists. This position supervises 17+ Cadre Managers, oversees staff deployment, coordinates cadre resource needs with regions, and ensures compliance with environmental and historic preservation laws and Executive Orders, per the Post Katrina Management Reform Act (PKEMRA).

**Impact**

The Cadre Coordinator is responsible for ensuring the assigned workforce is ready to deliver Stafford Act programs to survivors and communities when the President declares major disasters nationwide. In 2025, EHP Cadre achieved 100% compliance with the EEEM goal.

The loss of this position is not in compliance with the FEMA Cadre Management Framework which recognizes the criticality of a cadre leadership position with the authority to strategically deploy staff, oversee hiring and training priorities, and ensure field operational expectations are met. Without a Cadre Coordinator, field operations will be negatively impacted in the Agency's FEMA's ability to meet its goal to enhance operational readiness to support the homeland because response and recovery programs cannot deliver their mission without trained and capable environmental personnel ensuring adherence to federal law. That responsibility rests with the Cadre Coordinator to fully realize.

**Impact Drivers**

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0005423

- **Responsible for Cadre Force Structure, Oversight, and Training:** Incumbent ensures the readiness of the national EHP cadre by overseeing the cadre's force structure model, equipping individual members of the cadre with mission appropriate equipment, overseeing collective and individual training requirements, qualifying cadre members in their specific FQS job title, and ensuring optimal deployment availability as well as monitoring/facilitating disaster performance evaluations for each cadre member.
  - o Maintains Position Task Book (PTB) and Qualification Sheet accuracy for a 600+ sized cadre based on lessons learned and programmatic updates in compliance with FEMA Qualification System (FQS) guidelines and selects candidates for FQS progression and qualification consideration.
    - In 2025, EHP delivered 32 FQS courses, advancing PTB progression and performance goals of over 620 cadre members.
    - Six FQS courses were revised in alignment with new Executive Orders and policy updates.
  - o Ensures a balance of EHP specialists with specific expertise are available to support disaster needs. Specialists in the National EHP Cadre are trained subject matter experts who are responsible for ensuring FEMA funded projects comply with 30 statutes, regulations, and executive orders.
    - In 2025, the national EHP Cadre completed statutorily required environmental and historic preservation reviews for over 35,000 projects.
    - The national EHP Cadre deployed in support of over 60 events.
    - The Environmental Floodplain Specialist is an essential field-forward role required for FEMA's compliance with the Endangered Species Act (16 U.S.C. § 1536), Magnuson-Stevens Act (16 U.S.C. § 1801).
    - The Historic Preservation Specialist field forward role is an essential required qualification for FEMA to comply with the National Historic Preservation Act (54 U.S.C. § 306108).
- **Responsible for Cadre Staff Human Resources Oversight:** Incumbent manages employee time and attendance and reasonable accommodations ensuring that cadre member needs are fulfilled, ensures coordination with agency human resource office, oversees travel card issuance and management for individual cadre members as required and manages the administration of the assigned cadre management programs to ensure cadre members meet program requirements.
- **Responsible for National Cadre Policy and Doctrine Development:** Incumbent is the cadre representative on all policy and doctrinal working groups providing cadre input on all cadre management and incident workforce management issues.


**Positions requested to be extended:**
1. Donald Balius, Supervisory SPV Management & Program Analyst, IC-14, Series 0340

Confidential - Subject to Protective Order                                          USA-AFGE-Exp.-0005424

# Exhibit C



KLV_000297

# Exhibit D

| From: | Sanchez, Blanca [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE  GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=60453FACB7F24219B8584785477C429D-7FC8C239-AD] |
|---|---|
| Sent: | 1/23/2026 3:20:51 PM |
| To: | Ellis, Andrew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c6be14e3154a46ddbda9de969bd2ebcd-HOCKER JR.,]; Rutherford, Kelly [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d69f0178b7fe441c829871fadd4dd31a-RUTHERFORD,] |
| Subject: | FW: NTE - Appeal - HMGP Team |
| Attachments: | HMGP NTE Non Renewal Memo_Final.docx |

Happy Friday!
Please add to the RSL appeal folder.
v/r, Blanca

**From:** Boulet, Valerie <valerie.boulet@fema.dhs.gov>
**Sent:** Friday, January 23, 2026 1:07 PM
**To:** Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>
**Subject:** NTE - Appeal - HMGP Team

Hi Blanca,

Resilience has an appeal request on the following employees: ███████, ███████, ███████
███. I have included a draft memo with justification. Can you please let me know if you need anything else.

Thanks,

Valerie

Confidential - Subject to Protective Order                                 USA-AFGE-Exp.-0001045

**Purpose**: Appeal non-extension of Cadre of On-Call Response/Recovery Employee (CORE) positions for the Hazard Mitigation Grant Program (HMGP) grants

**Background or Context**: On January 13, 2026, FEMA Human Capital Employee Relations notified Resilience of three Cadre of On-Call Response/Recovery Employee (CORE) positions were not being renewed. Resilience is appealing the non-extension of these positions.

The required FEMA Headquarters capacity needed to deliver the HMGP program is 24 staff. As of January 12, 2026, there were 15 staff (63% capacity) at Headquarters. With the non-renewal of three CORE positions, the current capacity to support HMGP is 12 staff (50% capacity).

This reduced capacity will directly limit the program's ability to respond to internal and external inquiries – including but not limited to, requests from FEMA/Department of Homeland Security senior leadership, questions from members of Congress, and ongoing Government Accountability Office/Office of the Inspector General audits – adjudicate requests from regional offices and state partners, and provide necessary oversight of requirements that keep the program legally compliant with regulation and statute.

These losses have already and will continue to negatively impact the agency's ability to simply implement the HMGP. The program will be unable to deliver the following high priority, required actions in a timely manner:
- Responding to application and performance period extension requests from state, tribal, and territorial partners
- Recommending HMGP authorization in response to disaster declaration requests from Regional Administrators
- Coordinating and reviewing Financial Obligation Memos to approve and obligate available HMGP funding
- Developing procedures to implement and enforce agency and Administration priorities (e.g., reducing unobligated funding and shortening grant lifespans)

Function
The HMGP is authorized in Section 404 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act). HMGP provides assistance for hazard risk reduction projects to state, local, tribal and territorial governments after a Presidentially declared disaster. Currently, HMGP oversees the implementation of over $26.7 billion in mitigation grants across the United States and is FEMA's second largest grant program by dollars.

The Headquarters HMGP Branch performs the following essential functions:
- Overseeing and managing HMGP operations, including - but not limited to - inter- and intra-agency coordination/correspondence (e.g., GAO/OIG audits, congressional inquiries, and extension requests), eligibility determinations, data analysis and reporting, and program effectiveness evaluations.
- Ensuring compliance with and oversight of OMB Circular No. A-94, *Guidelines and Discount Rates for Benefit-Cost Analysis of Federal Programs*.
- Ensuring national consistency through providing oversight to regional, state, local, tribal, and territorial partners and ensuring compliance with eligibility, feasibility, and cost-effectiveness requirements explicitly required in 44 CFR § 206.434.

PRE-DECISIONAL/DELIBERATIVE

Confidential - Subject to Protective Order          USA-AFGE-Exp.-0001046

**Appeal non-extension of Cadre of On-Call Response/Recovery Employees**
Page 2

- Ensuring project review and oversight of monitoring/closeout activities comply with the requirements of 2 CFR § 200 and 44 CFR § 206 Subpart N.

Impacts

Economic Impact: The HMGP provides an economic benefit through the reduction of future natural disaster losses; for every $1 invested in HMGP, it provides $6 dollars in national benefit. A reduction in Headquarters HMGP staff negatively impacts the economic benefit of mitigation projects.

Legal Impact: Without the oversight the HMGP Branch provides, FEMA would not comply with statute and regulation.

Congressional and Executive Oversight Impact: There will be a significant delay in responding to Agency, Department, Executive Branch, and Legislative Branch requests for information.

Impact Drivers

The Headquarters HMGP Branch provides a significant and quantifiable service to grant program execution and oversight:

- HMGP program staff have processed 312 application and performance period extension requests since the beginning of 2023 and have responded to over 320 official requests (e.g., congressional inquiries, Secretary and Administrator level taskers) since the beginning of 2025.
- Since July 2025, HMGP program staff have assisted the regional offices with 77 project application reviews, 44 benefit cost analysis/technical reviews, 77 closeout reviews, and 3 environmental and historic preservation reviews. This work has prepared over $694.1 million in HMGP funding for future obligation.
- The HMGP Branch has reviewed 618 projects for consideration for obligation through the financial obligation memo process (i.e., required for projects with obligations greater than or equal to $100,000). These projects total over $892.4 million in HMGP funding, of which $46.4 million has been successfully obligated and an additional $74.3 million is pending imminent obligation.

**Signature Level Justification:** If the memo is requesting Secretary review/decision please explain why the decision must be made at this level (statutory/congressional requirement, condition of policy directive, etc.) or indicate that the signature level may be delegated to another DHS official.

**Timeliness**: Resilience requests decision as soon as possible in order to work with the Office of the Chief Human Capital Officer to renew CORE staff to minimize disruption in delivering HMGP across the nation.

**Recommendation**: Resilience recommends the successful appeal to reinstate and renew CORE staff in support of the HMGP program. If approved, Resilience with work with the Office of Chief Human Capital Officer to expeditiously renew CORE staff.

Confidential - Subject to Protective Order

# Exhibit E

**Sent:**      12/31/2025 8:37:48 AM
**To:**        Ashe, Robert (Rob) [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=047423dfe34344df83ab02c25acc98ec-ASHE, ROBER]; Chief-Human-Capital-
              Officer [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=34a62cfbc6b74637a816e14a887016e2-chief-compo]
**CC:**        Toro, Manny J [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=5b375e809a724d80a801c49049a16671-Toro, Manny]
**Subject:**   RE: Request for Input: Workforce Capacity Planning Exercise

Happy New Year and thank you Rob. I know this was not business as usual, on behalf of FEMA, thank you for the work

**From:** Ashe, Robert (Rob) <robert.ashe@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 8:09 AM
**To:** Chief-Human-Capital-Officer <Chief-Human-Capital-Officer@fema.dhs.gov>
**Cc:** Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>; Toro, Manny J <Manny.Toro@fema.dhs.gov>
**Subject:** RE: Request for Input: Workforce Capacity Planning Exercise

Toya/Blanca,

Please see the notes below that explain the growth in Region 4 numbers based on our zero based assessment of required PINS to execute the current mission:

Region 4's numbers increased significantly. Here is context for the changes.

- Region 4 has 1415 authorized PINs
- The Workforce Plan spreadsheet reports 751 filled PINs for Region 4.
- Region 4 is manned at 53% capacity with by far the largest workload of any Region.
- Our "zero based" assessment requires 1,059 PINs.
- The Region was projected to grow to 1,415 PINS in 2025 to increase capacity to address the workload that was a result of several years of high OPTEMPO and overlapping disasters (I cut that number by 356 PINs upon assuming the ARA role).
- The projected growth was primarily in three areas:

1.      The continued staffing of the **Florida Long Term Recovery Office** (LTRO). This office was projected at 224 PINs. When I took over as ARA I capped this number at 175 PINs. It is currently filled at 154 PINs. This office manages seven disasters and will assume three additional disasters when the Tallahassee JFO closes.

2.      **Force Structure Review PINs** – HQ FEMA completed a Force Structure review in 2024 determining that additional field staff were needed in the Regions, forward positioned to address applicant needs. Growth in Recovery numbers reflects these positions.

3.      Staffing the **North Carolina LTRO**. President Trump's Executive Order "*Emergency Measures to Provide Water Resources in California and Improve Disaster Response in Certain Areas (January 24, 2025)*" directed the agency to support Recovery Operations in North Carolina. Helene's severity dictated the need for a LTRO. The N.C. LTRO is authorized 426 PINs. I capped the number that will staff this office to 225. This office is only staffed with 53

         USA-AFGE-Exp.-0002201

personnel and is needed to facilitate the closure of the JFO and provide stability in the recovery process.

- Region 4 requires increased capacity to address the substantial workload.  Our LTRO, CORE and Local Hire employees provide capacity and the ability to right-size the organization as the workload diminishes.
- Changes to the mission set can significantly alter the required numbers.  The Region stands ready to adjust.

Happy to further discuss with leadership.

Rob

---

**From:** Chief-Human-Capital-Officer <Chief-Human-Capital-Officer@fema.dhs.gov>
**Sent:** Tuesday, December 23, 2025  17:48
**Subject:** Request for Input: Workforce Capacity Planning Exercise

FEMA Leadership,

Consistent with Office of Management and Budget (OMB) and Office of Personnel Management (OPM) guidance implementing Executive Order 14356, FEMA is conducting an internal workforce capacity planning exercise to inform the Agency's Annual Staffing Plan and required quarterly updates.

As part of this effort, we are requesting that each component take a bottom-up, zero-based analytical approach to identify the positions you recommend retaining as essential to sustain FEMA's core mission delivery and minimum operating capabilities. For planning purposes, components should assess mission requirements as if starting from a baseline of zero and identify the positions necessary to perform statutory and operational functions.

This exercise applies across all workforce categories, including permanent full-time employees, CORE employees, Reservists, and any surge workforce, and is intended to provide leadership with a clear, component-level understanding of mission-critical capacity. **The exercise is pre-decisional in nature; no staffing actions or personnel decisions are being directed or implemented as part of this request.**

Consistent with FEMA's operational model, response and recovery functions remain a priority, and planning assumptions reflect a continued reliance on both the career and disaster workforces. Reference planning parameters for employee types and Mission Essential Tasks are included in the accompanying workforce planning tool.

Instructions
- Using the first tab, "Organizational Data for Review," filter by your component and identify the positions you recommend retaining (Column I) by organization and employee type, based on mission essentiality and operational requirements.
- The second tab, "Pivot Tables for Reference," provides workforce distribution data as of September 30, 2025, along with reference views to support your assessment.
- The third tab, "Employee Type for Reference," lists employee categories for consistency.

This exercise supports FEMA's compliance with OMB and OPM workforce planning requirements and is intended solely to inform leadership deliberations. It does not constitute a staffing action, reduction in force, or directive regarding personnel actions.

The planning document is restricted to program heads and senior advisors. Do not further disseminate this task or the associated materials.

Suspense for completion is December 31, 2025.

DRAFT Workforce Plan - December 2025.xlsx

**La' Toya Prieur, MBA**
Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support
Mobile Phone: (771) 219-5434
Latoya.Prieur@fema.dhs.gov

*Executive Assistant:* Agnes.Gautier@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



Confidential - Subject to Protective Order

# Exhibit F

| From: | Hoffman, Erin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4BA1FD64BFA14B3F8884567F07AC3265-HOFFMAN, ER] |
|---|---|
| Sent: | 1/1/2026 7:29:59 PM |
| To: | Neurauter, Jeffrey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8beaaac6b694cf1852839debe8c1292-Neurauter,]; Sanchez, Blanca [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=60453facb7f24219b8584785477c429d-7fc8c239-ad] |
| CC: | Prieur, La'Toya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d47853c52fb04e47aa9d0194ae59bbb5-0d4e1677-d6] |
| Subject: | Fw: CORE Extension Denials |

Adding the two of you in LaToya's absence.

**Erin Hoffman**
Acting Associate Administrator for Resilience
Federal Emergency Management Agency
202-803-3978

---

**From:** Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>
**Sent:** Thursday, January 1, 2026 7:27:54 PM
**To:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Subject:** Fw: CORE Extension Denials

Do you happen to know if there's any kind of appeal process for that we're following for these?

**Erin Hoffman**
Acting Associate Administrator for Resilience
Federal Emergency Management Agency
202-803-3978

---

**From:** Fontenot, Kristin <kristin.fontenot@fema.dhs.gov>
**Sent:** Thursday, January 1, 2026 9:12:03 AM
**To:** Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>; Arnold, David <david.arnold@fema.dhs.gov>
**Cc:** Boulet, Valerie <valerie.boulet@fema.dhs.gov>; Schargorodski, Spencer <spencer.schargorodski@fema.dhs.gov>
**Subject:** Re: CORE Extension Denials

Happy new year
I realize today is a holiday and I realize I have little time here which is why I'm reaching out on this.

I would like to understand, which you have confirmed to seek, Erin, last of night an appeal process for these.

However I would also like to understand if we can offer termination of 5 or more other COREs in EHP for ▇▇ ▇▇ extension - the position, function, and his high performance over years in it would warrant the continuation of the position AS continued by the employee. We would/could get you the names of other COREs tomorrow as well if that is palatable.

We all know the all positions cannot be as easily reassigned to others on a team and in the case of a cadre coordinator we face a significant and negative issue to the cadre at large with such an abrupt termination.

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0004816

I think we all can also reassess how to proceed as other NTEs come up, but in this case we have a significant and immediate issue facing the cadre.

More broadly -

• If January NTEs are all to be terminated - it would be helpful to know if there is any opportunity to assess this against a 50% or so reduction rate more strategically. The task completed to validate COREs in Dec didn't have a target and made the needed cases for renewals without one. Do we have a target? Can we reassess against a target instead? The overarching recommendations would be different in that case and perhaps more palatable to leadership.

• I would urge a discussion about an appeal process. I believe that DHS/FEMA still expect delivery of mission critical services and that there will be times when their decision unknowingly prevents that success. How we are able to articulate that with enough days to have a reconsideration is critical moving forward in the weeks and months ahead.

I am on leave tomorrow but the people of HMD are my priority and I will hop on a call with you if you can help me navigate the days ahead.

(Also a note that the IC11 on this list is currently deployed supporting NC recovery operations - we will have negative impacts in our field operations if this persists too as people leave either remote or in person deployments supporting disaster survivors.)

Get Outlook for iOS

---

**From:** Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 3:17:37 PM
**To:** Fontenot, Kristin <kristin.fontenot@fema.dhs.gov>; Arnold, David <david.arnold@fema.dhs.gov>
**Cc:** Boulet, Valerie <valerie.boulet@fema.dhs.gov>
**Subject:** Re: CORE Extension Denials

OCHCO is drafting the required notices to impacted employees. Given the number of staff currently on leave and the need to issue notices promptly and collect Government Equipment (GE), as applicable, please provide the name(s) of supervisor/manager of record for each of the position listed above. We can ask about an appeal when we submit.

**Erin Hoffman**
Acting Associate Administrator for Resilience
Federal Emergency Management Agency
202-803-3978

---

**From:** Fontenot, Kristin <kristin.fontenot@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 2:58:37 PM
**To:** Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>; Arnold, David <david.arnold@fema.dhs.gov>
**Cc:** Boulet, Valerie <valerie.boulet@fema.dhs.gov>
**Subject:** RE: CORE Extension Denials

In addition, do we have guidance on how the individuals will be notified? Do we wait until HR notifies them?

So two things:

1. I'd like to inquire about an appeal for the second individual as the impact will be significant to the cadre's operations. The loss of the sole/only cadre coordinator for a large cadre will have significant ripple effects to operational capability:

Confidential - Subject to Protective Order                                              USA-AFGE-Exp.-0004817

a.        The Cadre Coordinator is a senior leader to the field staff, a deployable asset who frequently deploys to the field and has served in various response and recovery roles as needed. The Cadre Coordinator oversees a large, deployable workforce and the leaders who manage it, ensuring qualification and readiness to deliver Stafford Act programs during Presidentially-declared major disasters nationwide. As the first and second line supervisor for over 17 cadre managers and field staff, the Cadre Coordinator is responsible for staff deployment and statutory compliance with Environmental and Historic Preservation requirements, regulations, and Executive Orders, while actively working to eliminate barriers and expedite project reviews in alignment with administration intent. The EHP cadre size is approximately 480 personnel (DCC and RSV) and the loss of a cadre coordinator responsible for all oversight of the team's supervisors.

2.        How do we notify (or do we notify) the employee – what is the protocol here? The second employee has been with the cadre quite a long time – ▓▓▓ has been with FEMA

Thanks


Kristin Leahy Fontenot
Assistant Administrator, Hazard Mitigation Directorate
Resilience, FEMA
Office/Mobile: (202) 880-1456
kristin.fontenot@fema.dhs.gov


Federal Emergency Management Agency
fema.gov

---

**From:** Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 1:58 PM
**To:** Fontenot, Kristin <kristin.fontenot@fema.dhs.gov>; Arnold, David <david.arnold@fema.dhs.gov>; Defrancesco, Donna <Donna.Defrancesco2@fema.dhs.gov>
**Cc:** Boulet, Valerie <valerie.boulet@fema.dhs.gov>
**Subject:** CORE Extension Denials

Hello,

The renewals for the following two COREs have been denied by leadership:

| ORG Level 1 | ORG Level 2 | Name | Official Position Title | Duty Location | Series | Employee Type | PP | Grade | Step | FLSA |
|---|---|---|---|---|---|---|---|---|---|---|
| RESILIENCE | ENV PLAN & HIST PRESERVATION | ▓▓▓ | HISTORIC PRESERVATION SPECIALIST SUPVY | SEYMOUR, IN | 301 | DC CORE | IC | 11 | 4 | N |
| RESILIENCE | ENV PLAN & HIST PRESERVATION | ▓▓▓ | SPV MANAGEMENT & PROG ANALYST | BILOXI, MS | 343 | CORE | IC | 14 | 7 | E |

NTE
Date
1/1/2026
1/4/2026

Thank you,

Erin

Confidential - Subject to Protective Order                    USA-AFGE-Exp.-0004818

**Erin Hoffman**
Acting Associate Administrator, Resilience
Federal Emergency Management Agency
202-803-3978

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0004819

# Exhibit G

**From:**     Sjoberg Radway, Cynthia [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE  GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4717A18ECDF84FFF921B4BE4CA780428-21A74D8C-31]
**Sent:**     1/5/2026 11:53:18 AM
**To:**       Bilicic, William [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a8d35e355c24ff98d728931441d89d6-17597001-19]; Clayton, Andrew
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=91ab663fd653453195bd72d3ebf9a7ab-dc3b7313-6b]
**CC:**       James, Greg [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=0572e344401e4985afda5367d61d53e7-James, Haro]; Nola, Theresa
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=80387df9a6874789bd7cb7cc55372729-Nola, There]; Layou, Thomas
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e1465ebf2b34916965998df3363a822-6a35370b-ed]; Khan, Puneet
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=1c2ce09ea8f34f429cb459624ed77b8c-002c703b-83]
**Subject:**  OCFO CORE Appeal Request
**Attachments:** OCFO-FBO NTE Non-Renewal Appeal Justification 1-3-2026 Updated (002).pdf


Hi Will- thank you for your assistance on this.

Hi Andrew, hope you had a nice weekend. As first level review, we have drafted a request to appeal the CFO CORES
recently impacted. Please let us know if you have any questions.

Thank you, Cynthia

**Cynthia Sjoberg Radway**
Chief Financial Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security
Cynthia.SjobergRadway@fema.dhs.gov

Confidential - Subject to Protective Order     USA-AFGE-Exp.-0017105

On December 31, 2025, FEMA Human Capital Employee Relations notified Office of the Chief Financial Officer (OCFO) nine Cadre of On-Call Response/Recovery Employee (CORE) positions were not being renewed due to the elimination of these positions. OCFO is appealing the non-extension for seven of these positions.

**Appeal 1. Six Positions. Validate As You Go (VAYGo) Payment Integrity and Information Act (PIIA) testing of Public Assistance grants.**

**Function**
Six positions directly support FEMA's Office of Chief Financial Officer (OCFO) Field Based Operations (FBO) Validate As You Go (VAYGo) program, whose mission is to complete the statutorily required Payment Integrity and Information Act (PIIA) testing of FEMA's Public Assistance (PA) grants. The VAYGo program, launched in 2019, has proven successes with conducted internal control payment reviews of PA disbursements from fiscal year (FY) 2018 to 2022 totaling $30.9B with an overall combined error rate of 0.71 percent. This past FY, VAYGo completed testing of FY 2023 PA disbursements totaling $7.8B with the lowest error rate in history of 1.22 percent as reported to OMB. In addition, since its inception the VAYGo program has recouped $368M in erroneous payments back to the Disaster Relief Fund.

The VAYGo program is FEMA's PA grants payment internal control review process which ensures FEMA's compliance with statutory improper payment review and reporting requirements while reducing the administrative burden of project closeout documentation requirements for recipients demonstrating effective internal control processes. The program provides structured, real-time oversight between obligation and closeout to identify and mitigate improper payment risk early, reduce audit exposure, and protect federal disaster funds. The program is a core part of FEMA's and DHS's financial oversight strategy, strengthening accountability across partners and ensuring compliance with PIIA, OMB Circular A-123 Appendix C, and the Stafford Act.

**Impact**
DHS continues to rely on the VAYGo team due to the success of the program. OCFO is required to conduct PIIA testing of $7.1B PA disbursements to be reported to DHS in FY 2026 Q4 and anticipated future testing will increase to $10.9B in PA disbursements FY 2027 Q4. Non-extension of these positions will prevent OCFO from completing the required PIIA testing and meeting DHS mandated reporting timelines for inclusion in the FY 2026 and FY 2027 DHS Agency Annual Reports to Congress.

**Impact Drivers**
- Incumbents are part of a small, dedicated team critical to the day-to-day VAYGo operations in completing testing functions for COVID, Hurricanes Harvey, Irma and Maria (HIM), and all-other disaster samples as determined by a DHS statistical random selection. The samples are selected from the applicable fiscal year PA disbursement pool being tested by VAYGo.
- VAYGo testing was expanded in FY 2020 to include COVID events, COVID has been the driving factor in sampled dollar volume
  - FY 2023 sample of $7.8B – COVID is $6.6B (85%)
  - FY 2024 sample of $7.1B – COVID is $5.1B (72%)
  - Anticipated FY 2025 sample of $10.9B – COVID is $8.3B (76%)

- The HIM and all-other sampled disbursements through FY 2025 collectively total $13.7B.
- The sheer volume of supporting documentation to support the above COVID, HIM, and all-other sampled major disaster dollars is extensive due to the line-item review of documentation such as invoices, contracts, timesheets, medical staffing timesheets, medical PPE, supplies, etc. Recipients and subrecipients upload their supporting documentation associated with their selected samples into PA Grants Manager system, VAYGo Module.
- Incumbents perform a comprehensive review of detailed supporting documentation associated with their assigned testing sample, which in most cases requires request for information (RFI) back to the recipient/subrecipient. RFI documentation is uploaded and then analyzed for completeness and compliance. The multitude of testing actions require significant staffing resources, coordination, and time to complete.

Time is charged to applicable major disasters based on the samples worked by each team member. These six positions contribute substantially to these outcomes and ensuring Disaster Relief Funds across FEMAs PA grant enterprise are appropriately expended, instilling the public's confidence.

**Additional Information:**
Per PIIA, an improper payment is defined as any payments that should not have been made or were made in incorrect amounts, including overpayments, underpayments, and payments to ineligible recipients.

Positions requested to be extended:
1. Adam Brune, Supervisory, Financial Management Specialist, IC-14, Series 0501
2. Carmen Vargas Molina, Supervisory, Grants Management Specialist, IC-13, Series 1109
3. George Humphrey, Grants Management Specialist, IC-13, Series 1109
4. Harvey O'Conor, Grants Management Specialist, IC-11, Series 1109
5. Ilba Llavona Ortiz, Grants Management Specialist, IC-11, Series 1109
6. Damaris Sanchez Perez, Grants Management Specialist, IC-11, Series 1109

**Appeal 2: 1 Position. Disaster Relief Fund Finance and Administration Section Chief**
███████████████, IC-0501-13 Financial Management Specialist (CORE) - Finance and Administration Section Chief (FSC).

**Function:**
Incumbent is one of four qualified Type II Finance and Administration Section Chiefs (FSC). within FEMAs disaster response and recovery financial management enterprise, with the expertise to lead resource management operations for a Level 2 or higher Stafford Act declared disaster event. A Level 2 disaster requires a high amount of direct Federal assistance for response and recovery efforts and elevated coordination among Federal, State, Tribal, and Local entities. The skill set required for a Level 2 FSC takes years of disaster response activity to master, which enables a Level 2 FSC to quickly respond and adapt to ever changing disaster conditions. These unique and mastered skills are necessary as disasters can quickly cascade or exacerbate in size, scope and length of Disaster Relief Fund (DRF) resource commitments.

**Impact:**

The elimination of this position diminishes FEMA's capacity to deliver financial management leadership and technical expertise for several concurrent large scale Stafford Act disaster operations, as incumbent is one of only four qualified Type II FSC. Mr. █████████'s extensive 344 deployment days in 2025 to support Hurricanes Helene (NC) and Milton (FL) disasters highlight his essential skill sets that bring value to field level financial management as well as a strong commitment to his professional responsibilities in providing resources to individuals and communities in the aftermath of a disaster. Mission critical FSC functions performed by incumbent include overseeing internal controls of funding and procurement actions, ensuring obligation and expenditures of disaster relief funds are properly documented and tracked, which is essential for potential reimbursement to communities impacted by these devasting events.

**Additional Information:**
Finance and Administration Section Chief (FSC) deploys to field disaster operations serving as OCFO senior financial advisor to the Federal Coordinating Officer; manages all financial, administrative, human resources, training, and cost analysis aspects of a Stafford Act emergency or major disaster declaration; and complies with the Chief Financial Officers (CFO) Act of 1990. The FSC is responsible for improving financial information quality, strengthening internal controls, better resource use, and providing accurate and timely financial reporting. This position is a key component of the Incident Command System (ICS), the standardized management structure used during emergency responses in the United States.

Mr. █████████ effectively represented the OCFO by participating in the 1st National Direct Housing Implementation Team engagement session and provided analytical capabilities to substantiate funding requests for DHS Secretarial approval for the $2.5 billion debris removal mission in North Carolina.

Confidential - Subject to Protective Order          USA-AFGE-Exp.-0017108

# Exhibit H

| | |
|---|---|
| **From:** | Layou, Thomas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e1465ebf2b34916965998df3363a822-6a35370b-ed] |
| **Sent:** | 12/31/2025 10:25:12 AM |
| **To:** | Senegal, Frankie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d212ac96e6b47aa9efb4d1905e18846-Senegal, Fr] |
| **Subject:** | Re: Request for Input: Workforce Capacity Planning Exercise |

Thanks Frankie.

Get Outlook for iOS

---

**From:** Senegal, Frankie <frankie.senegal@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 10:22:49 AM
**To:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Subject:** RE: Request for Input: Workforce Capacity Planning Exercise

Thom,

OCFO data has been entered.  See attached for a copy of the submission..

Thanks,
Frankie Senegal
Administrative Officer
Business Operations Unit
Office of the Chief Financial Officer
Mobile: (202) 304-2366

---

**From:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 8:34 AM
**To:** Senegal, Frankie <frankie.senegal@fema.dhs.gov>
**Subject:** FW: Request for Input: Workforce Capacity Planning Exercise

She cleared it. Let me know once you have access.

---

**From:** Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 8:32 AM
**To:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Subject:** Re: Request for Input: Workforce Capacity Planning Exercise

I'm fine with it, thanks.

**Cynthia Sjoberg Radway**
Chief Financial Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security
Cynthia.SjobergRadway@fema.dhs.gov

---

**From:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Sent:** Wednesday, December 31, 2025 8:21:39 AM

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0025348

**To:** Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>
**Subject:** RE: Request for Input: Workforce Capacity Planning Exercise

Cynthia,

I wanted to get your clearance to submit the tasker we received from OCHCO that is due today. I worked with the division heads to ensure we followed a bottoms-up approach as outlined in the guidance. Attached and below is a chart reflecting our assessment of where OCFO staffing should be to accomplish our mission.

Please note, this exercise is pre-decisional; no staffing actions or personnel decisions are being directed or implemented at this stage.

Let me know if you clear this, and I'll proceed to enter our numbers into the site.

**Summary:**
Except for FBO and FSD, all divisions retained 100% of their positions with FMD showing some growth. Please note, the retention amount includes 31 DRP vacated positions

| Divisions | FY 2025 Count | FY 2026 Retention |
|---|---|---|
| Front Office | 1 | 1 |
| Business Operations Unit | 4 | 4 |
| Budget Planning and Analysis Division | 35 | 35 |
| Field-Based Operations Unit | 270 | 241 |
| Financial Management Division | 229 | 276 |
| Financial Systems Division | 31 | 30 |
| **OCFO Total** | 570 | 587 |

Thank you,

Thom

**From:** Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>
**Sent:** Wednesday, December 24, 2025 9:00 AM
**To:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Subject:** Fw: Request for Input: Workforce Capacity Planning Exercise

Can you please ensure we meet the date?

Thank you, Cynthia

**Cynthia Sjoberg Radway**
Chief Financial Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security
Cynthia.SjobergRadway@fema.dhs.gov

**From:** Chief-Human-Capital-Officer <Chief-Human-Capital-Officer@fema.dhs.gov>
**Sent:** Tuesday, December 23, 2025 5:47:38 PM
**To:** Black, Donna <donna.black@fema.dhs.gov>; Barton, Victoria <victoria.barton@fema.dhs.gov>; Breslin, Thomas <thomas.breslin@fema.dhs.gov>; Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Phillips, Gregg

Confidential - Subject to Protective Order

<gregg.phillips@fema.dhs.gov>; Hoffman, Erin <Erin.Hoffman@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Arnold, David <david.arnold@fema.dhs.gov>; Gabliks, Eriks <eriks.gabliks@fema.dhs.gov>; Franklin, Tami <tami.franklin@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>; Couch, Joseph <joseph.couch@fema.dhs.gov>; Waters, Julie <julie.waters@fema.dhs.gov>; Padilla, Kenneth <kenneth.padilla@fema.dhs.gov>; Layou, Thomas <thomas.layou@fema.dhs.gov>; Devine, Jarrett <Jarrett.Devine@fema.dhs.gov>; Morea, Anthony <anthony.morea@fema.dhs.gov>; D'Amora, Andrew <andrew.damora@fema.dhs.gov>; Toro, Manny J <Manny.Toro@fema.dhs.gov>; Peterson, Mark J <Mark.Peterson2@fema.dhs.gov>; Sanders, Catherine <catherine.sanders@fema.dhs.gov>; Lamb, Zachary <zachary.lamb@fema.dhs.gov>; Littrell, Tammy <Tammy.Littrell@fema.dhs.gov>; Baquero, Jose <jose.baquero@fema.dhs.gov>; Doucette, Fred <frederick.doucette@fema.dhs.gov>; Maykovich, Vincent <Vincent.Maykovich@fema.dhs.gov>; Hartnett, Christopher <christopher.hartnett@fema.dhs.gov>; Hutchinson, Lilian <Lilian.Hutchinson@fema.dhs.gov>; Ashe, Robert (Rob) <robert.ashe@fema.dhs.gov>; Chesney, Michael S <michael.chesney@fema.dhs.gov>; Van Der Werff, Jay <jay.vanderwerff@fema.dhs.gov>; Fox, Katherine B <Katherine.Fox5@fema.dhs.gov>; Fenton, Bob <Robert.Fenton@fema.dhs.gov>; Guy, Peter <peter.guy@fema.dhs.gov>; Samuel, Jessica <jessica.samuel@fema.dhs.gov>; Higgins, Jennifer <jennifer.higgins@fema.dhs.gov>
**Cc:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>; Sanchez, Blanca <blanca.sanchez@fema.dhs.gov>; Neurauter, Jeffrey <Jeff.Neurauter@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** Request for Input: Workforce Capacity Planning Exercise

FEMA Leadership,

Consistent with Office of Management and Budget (OMB) and Office of Personnel Management (OPM) guidance implementing Executive Order 14356, FEMA is conducting an internal workforce capacity planning exercise to inform the Agency's Annual Staffing Plan and required quarterly updates.

As part of this effort, we are requesting that each component take a bottom-up, zero-based analytical approach to identify the positions you recommend retaining as essential to sustain FEMA's core mission delivery and minimum operating capabilities. For planning purposes, components should assess mission requirements as if starting from a baseline of zero and identify the positions necessary to perform statutory and operational functions.

This exercise applies across all workforce categories, including permanent full-time employees, CORE employees, Reservists, and any surge workforce, and is intended to provide leadership with a clear, component-level understanding of mission-critical capacity. **The exercise is pre-decisional in nature; no staffing actions or personnel decisions are being directed or implemented as part of this request.**

Consistent with FEMA's operational model, response and recovery functions remain a priority, and planning assumptions reflect a continued reliance on both the career and disaster workforces. Reference planning parameters for employee types and Mission Essential Tasks are included in the accompanying workforce planning tool.

Instructions
- Using the first tab, "Organizational Data for Review," filter by your component and identify the positions you recommend retaining (Column I) by organization and employee type, based on mission essentiality and operational requirements.
- The second tab, "Pivot Tables for Reference," provides workforce distribution data as of September 30, 2025, along with reference views to support your assessment.
- The third tab, "Employee Type for Reference," lists employee categories for consistency.

This exercise supports FEMA's compliance with OMB and OPM workforce planning requirements and is intended solely to inform leadership deliberations. It does not constitute a staffing action, reduction in force, or directive regarding personnel actions.

The planning document is restricted to program heads and senior advisors. Do not further disseminate this task or the associated materials.

Suspense for completion is December 31, 2025.

Confidential - Subject to Protective Order    USA-AFGE-Exp.-0025350

DRAFT Workforce Plan - December 2025.xlsx

**La' Toya Prieur, MBA**
Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support
Mobile Phone: (771) 219-5434
Latoya.Prieur@fema.dhs.gov

*Executive Assistant:* Agnes.Gautier@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



Confidential - Subject to Protective Order

USA-AFGE-Exp.-0025351

# Exhibit I

| | |
|---|---|
| **From:** | Bilicic, William [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0A8D35E355C24FF98D728931441D89D6-17597001-19] |
| **Sent:** | 12/18/2025 5:32:49 PM |
| **To:** | Evans, Karen [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=85bf5c69b59b407dbe7a70b634015dc0-771d1d66-f8] |
| **CC:** | Dobitsch, Stephanie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=330d2d04e3fd4974ab1d8bd4177bf2c7-333d7208-af]; Teets, Greg [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d52f3f1936be4582ab77f4364b8c9a1b-Teets, Greg]; Allen, Jotham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9785bafc59904d52ae494def3ffad4be-ALLEN, JOTH]; Clayton, Andrew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=91ab663fd653453195bd72d3ebf9a7ab-dc3b7313-6b]; Khan, Puneet [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1c2ce09ea8f34f429cb459624ed77b8c-002c703b-83]; Prieur, La'Toya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d47853c52fb04e47aa9d0194ae59bbb5-0d4e1677-d6]; Layou, Thomas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e1465ebf2b34916965998df3363a822-6a35370b-ed]; Sjoberg Radway, Cynthia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4717a18ecdf84fff921b4be4ca780428-21a74d8c-31]; Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5] |
| **Subject:** | RE: FEMA CORE Expiration Data - Q2 FY2026 |
| **Attachments:** | CORE Pay-Period 23 Payrol Data_UniqueID.xlsx |

Thanks, La'Toya/all for your help on this.

Adding Karen and Kara back to this chain now.

Karen,

Please find the updated spreadsheet attached. As you will see, this excel does not contain any names and, instead, they used a unique ID for each line. This Excel also links each unique ID to the disaster(s) that they are currently working on.

I wanted to ensure you had this in advance of the 1:15pm meeting, and have included everyone on the chain in the event you have questions regarding the excel.

Standing by to support!

Sincerely,
Will

Will Bilicic
Special Advisor to the Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security
Mobile: (202) 706-3095

**From:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 12:17 PM

　　　　USA-AFGE-Exp.-0171494

**To:** Bilicic, William <william.bilicic@fema.dhs.gov>; Layou, Thomas <thomas.layou@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** RE: FEMA CORE Expiration Data - Q2 FY2026

Will,

Program/Regional Offices are not planning to renew all COREs.


LP

---

**From:** Bilicic, William <william.bilicic@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 12:13 PM
**To:** Layou, Thomas <thomas.layou@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** RE: FEMA CORE Expiration Data - Q2 FY2026

Thanks, Thom!

Since there are only 300 listed, does that mean that the number of COREs that expire in January is down from the original 324 from La'Toya's original email?

Thanks again!

Sincerely,
Will

Will Bilicic
Special Advisor to the Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security
Mobile: (202) 706-3095

---

**From:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 12:10 PM
**To:** Bilicic, William <william.bilicic@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** RE: FEMA CORE Expiration Data - Q2 FY2026

Will,

Please see the attached spreadsheet. Each individual was given a unique ID (1-300).

Confidential - Subject to Protective Order

Best,

Thom

---

**From:** Bilicic, William <william.bilicic@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 12:07 PM
**To:** Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Layou, Thomas <thomas.layou@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** RE: FEMA CORE Expiration Data - Q2 FY2026

Hi all,

Just wanted to check in on a status update on this. The 1:15pm meeting is quickly approaching, and I want AF1 to have time to review the spreadsheet before the meeting.

Thanks!

Sincerely,
Will

Will Bilicic
Special Advisor to the Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security
Mobile: (202) 706-3095

---

**From:** Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 10:02 AM
**To:** Layou, Thomas <thomas.layou@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** Re: FEMA CORE Expiration Data - Q2 FY2026

Thank you, Thom.

**Cynthia Sjoberg Radway**
Chief Financial Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security
Cynthia.SjobergRadway@fema.dhs.gov

---

**From:** Layou, Thomas <thomas.layou@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 9:59:28 AM
**To:** Bilicic, William <william.bilicic@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham

Confidential - Subject to Protective Order

<jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** RE: FEMA CORE Expiration Data - Q2 FY2026

We're working it now.

---

**From:** Bilicic, William <william.bilicic@fema.dhs.gov>
**Sent:** Thursday, December 18, 2025 9:36 AM
**To:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>; Layou, Thomas <thomas.layou@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Clayton, Andrew <andrew.clayton@fema.dhs.gov>; Khan, Puneet <puneet.khan@fema.dhs.gov>
**Subject:** RE: FEMA CORE Expiration Data - Q2 FY2026
**Importance:** High

Good morning all,

Thanks for this helpful information!

Thom,

Per our call, AF1 would like a spreadsheet that focuses only on the COREs set to expire in January (324 noted below by La'Toya) linked to the financial information/a disaster code. When doing so, please **do not** include any names of the employees as AF1 does not want that information included. I have attached a spreadsheet with a few tables that could be used to quickly add this information, this was pulled from the various spreadsheets sent by La'Toya below and Stephanie on Monday, without names.

Thanks in advance—let me know if you need any additional information or guidance on this.

Sincerely,
Will

Will Bilicic
Special Advisor to the Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security
Mobile: (202) 706-3095

---

**From:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Sent:** Wednesday, December 17, 2025 6:46 PM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Franklin, Tami <tami.franklin@fema.dhs.gov>; Sjoberg Radway, Cynthia <cynthia.sjobergradway@fema.dhs.gov>; Layou, Thomas <thomas.layou@fema.dhs.gov>; Teets, Greg <Greg.Teets@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Subject:** FEMA CORE Expiration Data - Q2 FY2026

Good evening Ms. Evans.

Confidential - Subject to Protective Order    USA-AFGE-Exp.-0171497

Between January 1 – March 31, 2026, FEMA will have 950 CORE appointments due for renewal or other personnel action determined by leadership. Attached is an informational memo, breakout of whom expires and when, and financial information linked to active disasters.

Of note:
- 950 CORE/FWS employees have Q2 FY 2026 expiration dates (January 1 – March 31, 2026)
  - 324 expire in January (down from 325 initially reported – 1 employee was converted to a different appointment type)
  - 314 expire in February
  - 312 expire in March
- CORE Pay Period Data
  - Column 05 & OS: This column applies only to a few individuals who were on a training detail.
    - Total charges $15,102(N/A)
  - Column 06: Charges in this column are allocated to the majors and are tied to a specific disaster associated with the pay.
    - Total charges $4,926,382(Annualized: $128,085,932)
  - Column 6M: These are BRIC CORES.
    - Total charges $80,744(Annualized: $2,099,344)
  - Column 6R: These CORES charge the Base – Disaster Readiness Support Account.
    - Total charges $261,771(Annualized: $6,806,046)
  - Column H3: This column lists Hermit's Peak CORES.
    - Total charges $88,155(Annualized: $2,292,030)

La' Toya Prieur, MBA
Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support
Mobile Phone: (771) 219-5434
Latoya.Prieur@fema.dhs.gov

*Executive Assistant:* Agnes.Gautier@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



# Exhibit J



9:52

**DR Action Group**
⏱ 1w

Get out.                    7:29 AM

Jun 6, 2025              😂 2

**Will Bilicic**

Non-profit memo signed.

Dave asked me to send it to Joe copying Corey and Kara. Kara just flagging for you so you can resend to Corey since he's looking out for your name.

8:20 AM

Thanks, I will send him a message to flag it as well

8:24 AM

Jun 8, 2025

**Will Bilicic**

Just a reminder that I won't be in until around noon tomorrow since I'll be flying back from Chicago.

I've be working on updating the NFIP memo and it'll be ready for DR tomorrow to sign. Also have a meeting with the response office to discuss

Message

The other important memo is a public broadcasting memo

KLV_000226

9:52

DR Action Group
1w

I've be working on updating the USIP memo and it'll be ready for DR tomorrow to sign. Also have a meeting with the response Jun 8, 2025 uss another memo.

The other important memo is a public broadcasting memo that Anthony had for review that we need to look at after he clears it.                3:06 PM

Same, I land at 11:45-ish
                            3:06 PM

**Greg Abide**
Got it. We have a meeting with DOGE and the IA team on the disaster info portal. Let me know how can help yall from there in the morning and safe travels to both.          3:08 PM

Just talked to Dave. He wants org charts with how many people are at HQ and also who all the SES' are/where they are at.

Was Rick working on getting those? He wants them by

Message

KLV_000227



**DR Action Group**
⏱ 1w

noon.                          5:52 PM

Jun 8, 2025

**Will Bilicic**
Yes Rick was.

We have the top level
managers org chart and the
numbers by office        5:52 PM

👍

What we are still waiting on is
org charts for each specific
office like ORR          5:52 PM

**Greg Abide**
That initial one will help as
long as numbers are accurate
and it includes SES      5:53 PM

**Will Bilicic**
They were tasked to do this on
Thursday. They should be
ready Monday easily.

They should have a list of all
SES employees already.
                         5:53 PM

Greg Abide

thing in the morning.      5:54 PM

KLV_000228

**9:52**

## DR Action Group
🕐 1w

SES employees already.

W                                    5:53 PM

**Jun 8, 2025**

**Greg Abide**

Okay. I'll ask Rick for them first thing in the morning.    5:54 PM

**Will Bilicic**

I'll email him tonight too so he can start working it first thing.

And we can have them print out large ones for DR too

W                                    5:55 PM

**Greg Abide**

Perfect    7:00 PM

I've been hunting that info for weeks now. Glad we are looking at it closely    8:13 PM

**Will Bilicic**

It's shockingly hard for FEMA to produce them.    8:56 PM

**Greg Abide**

I told Dave that when we were talking    9:03 PM

+    Message

It's because they're hiding stuff

KLV_000229

# Exhibit K



USA-AFGE-Exp.-0425677

# Exhibit L

5:40

**Joe Guy (Mobil...**
🕐 1d

Call Again

Jun 16, 2025

Call me when you have a moment

4:35 PM

📞 Incoming voice call · 4:36 PM

Call Back

Jun 24, 2025

Agenda for Friday:

1. Staffing
2. Grant discussion
    a) nofos and FY25 funding

3:39 PM

👍

Jun 25, 2025

2. b) Recession package
    c) Termination process update
3. $100k approvals methodology
for disaster (I have a
recommendation on this but ne
concurrence)

2:26 PM

👍

Message

of the debris removal package. It's

KLV_000375

# Exhibit M



KLV_000113

# Exhibit N

10:40

**A K J**

Joe Guy (Mobile)

Aug 25, 2025



**FEMA staff warn Trump officials' actions risk a Katrina...**

About 150 FEMA employees signed a letter to Congress arguing that current agency leadership has hind...

www.washingtonpost.com

https://www.washingtonpost.com/weather/2025/08/25/fema-staff-protest-letter/

Let's find them  8:56 AM

Erin says the names she recognizes are not here anymore. I imagine those who signed took the DRP  9:56 AM

Fri, May 1

Message



KLV_000170