Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **INDEX OF PLAINTIFFS' EVIDENCE** |

<u>**Index of Plaintiffs' Evidence**</u>

<u>**Declaration and Exhibits**</u>

I.      **Second Supplemental Declaration of Khaalis Jackson**

Ex. A
Ex. B
Ex. C
Ex. D
Ex. E
Ex. F

II.     **First Declaration of Danielle Leonard (Deposition Transcripts)**

Ex. A (Deposition of Karen Evans 3/31)
Ex. B (Deposition of Roland Edwards 4/2)
Ex. C (Deposition of La'Toya Prieur 4/3)
Ex. D (Deposition of Joseph Guy 5/4)
Ex. E (Deposition of Kara Voorhies 5/11)
Ex. F (Deposition of Jospeh Guy 5/15)
Ex. G (Deposition of Karen Evans 5/26)

III.    **Second Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 1
Depo. Ex. 2
Depo. Ex. 3
Depo. Ex. 4
Depo. Ex. 5
Depo. Ex. 10
Depo. Ex. 13
Depo. Ex. 16
Depo. Ex. 17
Depo. Ex. 18
Depo. Ex. 19
Depo. Ex. 20
Depo. Ex. 21
Depo. Ex. 22
Depo. Ex. 23
Depo. Ex. 24
Depo. Ex. 25

Depo. Ex. 26

Depo. Ex. 27

Depo. Ex. 28

Depo. Ex. 29

Depo. Ex. 31

Depo. Ex. 34

Depo. Ex. 38

Depo. Ex. 39

Depo. Ex. 40

Depo. Ex. 41

Depo. Ex. 45

Depo. Ex. 46

Depo. Ex. 47

Depo. Ex. 49

Depo. Ex. 66

Depo. Ex. 76

Depo. Ex. 78

Depo. Ex. 79

Depo. Ex. 82

Depo. Ex. 90

Depo. Ex. 100

Depo. Ex. 106

Depo. Ex. 113

Depo. Ex. 114

Depo. Ex. 117

Depo. Ex. 118

Depo. Ex. 132

Depo. Ex. 133

Depo. Ex. 134

Depo. Ex. 135

Depo. Ex. 136

**IV.     Third Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 140

Depo. Ex. 146

Depo. Ex. 148

Depo. Ex. 200

Depo. Ex. 202

Depo. Ex. 203

Depo. Ex. 204

Depo. Ex. 205

INDEX OF PLAINTIFFS' EVIDENCE                              Case No: 3:25-cv-03698-SI

Depo. Ex. 206
Depo. Ex. 215
Depo. Ex. 217
Depo. Ex. 223
Depo. Ex. 228
Depo. Ex. 300
Depo. Ex. 301
Depo. Ex. 303
Depo. Ex. 306

**V.      Fourth Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 1

**VI.     Fifth Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 2

**VII.    Sixth Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 3

**VIII.   Seventh Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 4

**IX.     Eight Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 5

**X.      Ninth Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 6

**XI.     Tenth Declaration of Danielle Leonard (Deposition Exhibits)**

Depo. Ex. 142 Part 7

INDEX OF PLAINTIFFS' EVIDENCE                    Case No: 3:25-cv-03698-SI

**XII.    First Declaration of Stacey Leyton (Additional Exhibits)**

Ex. A
Ex. B
Ex. C
Ex. D
Ex. E
Ex. F
Ex. G
Ex. H
Ex. I
Ex. J
Ex. K

**XIII.   In Camera Declaration of Stacey Leyton**

Ex. A
Ex. B
Ex. C
Ex. D
Ex. E
Ex. F
Ex. G
Ex. H
Ex. I
Ex. J
Ex. K
Ex. L
Ex. M
Ex. N
Ex. O
Ex. P
Ex. Q

INDEX OF PLAINTIFFS' EVIDENCE                              Case No: 3:25-cv-03698-SI