UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR RULE 37(E) REMEDIES** |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Supplemental Brief in Support of Motion for Preliminary Relief and to shorten time to hear Plaintiffs' Motion for Rule 37(e) Remedies.

Plaintiffs may file a Supplemental Brief in Support of Motion for Preliminary Relief of up to 45 pages in length.

The Court sets the briefing deadlines for Plaintiffs' Motion for Rule 37(e) Remedies as follows:

Defendants' response is due: **June 12, 2026**.

Any reply is due on **June 17, 2026, at 2:00 p.m. pacific time.**

The hearing on the Rule 37 motion will be held concurrently with the supplemental hearing on plaintiffs' motion for preliminary injunction and hearing on defendants' motion to dismiss, on **June 23, 2026, at 1:30 p.m. pacific time**.

IT IS SO ORDERED.

Dated: ___June 4_____, 2026     _____

The Honorable Susan Illston
United States District Court Judge