Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF ELIZABETH ESHLEMAN** |

**DECLARATION OF ELIZABETH ESHLEMAN**

I, Elizabeth Eshleman, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action.  This declaration is based on my personal knowledge, information, and belief.

2.    **Exhibit A** is a true and correct copy of the document marked USA-AFGE-Exp.-0133326 produced by Defendants during expedited discovery in this case, and is an email from DHS CHCO Roland Edwards with a subject line "Due by December 3 at 12PM: Annual Staffing Plan Data Call" that attaches "a standardized template that aligns with OPM/OMB reporting requirements."

3.    **Exhibit B** is a true and correct copy of several tabs of a native excel spreadsheet marked as USA-AFGE-Exp.-01333327 that Defendants produced during expedited discovery and is the attachment to the email in USA-AFGE-Exp.-0133326.  Exhibit B contains the following tabs from USA-AFGE-Exp.-01333327: "Employee Plan," "Reduction-Restructure," and "Workforce Planning Instructions."  The exhibit has been altered to include in the bottom right corner of each page the Bates number of the spreadsheet and the title of the spreadsheet tab associated with that page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed June 5, 2026, in San Francisco, California.

_____
ELIZABETH ESHLEMAN

1

Declaration of Elizabeth Eshleman, Case No. 3:25-cv-03698-SI

# Exhibit A

| | |
|---|---|
| **From:** | Edwards, Roland |
| **To:** | HCLC-Principals; HCLC-Deputies |
| **Cc:** | Courtney, Paul; KESSLER, MATTHEW |
| **Subject:** | Due by December 3 at 12PM: Annual Staffing Plan Data Call |
| **Date:** | Friday, November 21, 2025 9:16:08 AM |
| **Attachments:** | Annual Staffing Plan Data Call Template.xlsx |

**As required per the Executive Order 14356,** *Ensuring Continued Accountability in Federal Hiring* **and related** Fact Sheet: President Donald J. Trump Ensures Continued Accountability in Federal Hiring **, the Department must submit an Annual Staffing Plan to OPM and OMB.**

**To facilitate this process, we have attached a standardized template that aligns with OPM/OMB reporting requirements. The template is designed to streamline data collection and reporting across components.**

**The staffing plan takes a bottoms-up approach to determine the appropriate staffing levels needed to support Presidential priorities, mission-critical areas, and statutory obligations. The OPM/OMB tasker also requires information related to contractors.  Please share this as soon as possible with your Heads of Contracting so they can support completion of this tasker on time.**

**Instructions for completing this data call:**

- **Components should distribute this template to their lowest-level offices to complete the tabs highlighted in green.**
- **Components should answer the tabs highlighted in blue at the consolidated component level.**
- **Components should submit a consolidated response no later than 12 p.m., Wednesday, December 3.**

**I understand this is a tight deadline, but your support is critical to ensuring DHS can fully comply with the Executive Order. We will hold an office hours session on Monday, November 24, to address any questions you may have regarding this data call.**

**You may also contact Huy Le at** huy.le@hq.dhs.gov **and Bety Idriss at** betelehem.idriss@hq.dhs.gov **directly with any questions.**

**Thank you for your assistance!**

**-Roland**

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0133326

# Exhibit B

Provide a bridge from current headcount to proposed staffing count at the end of FY26. If the hire applies to multiple categories, pick the one that is most applicable to avoid double counting.

| Organization Information | | | | | | | | | Organizational Functions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NFC Org Code (office level) | Component | Org Level 2 | Org Level 3 | Org Level 4 | Org Level 5 | Org Level 6 | Org Level 7 | Org Level 8 | Organizational Function (high-level, no more that 2-3 sentences) | Presidential Priority (Y/N) | If Yes, provide citation |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

USA-AFGE-Exp.-0133327 (Employee Plan)

| Statutory Obligation (Y/N) | If Yes, provide citation | 9/30/25 FTE | Hiring Calculations | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | (+) New Hires related to Presidential priorities and focus areas (as indicated by EOs) | (+) New Hires to fulfill statutory obligations | (+) New Hires in technology/STEM areas | (+) New Hires in non-Presidential/non-statutory/non-technology/STEM | (+) Hires to replace contractors | Planned FTE Additions<br><br>[**Calculated Field**] |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |

USA-AFGE-Exp.-0133327 (Employee Plan)

| | | Reduction Calculations | | | | | FY26 Projection & Rationale | |
|---|---|---|---|---|---|---|---|---|
| (-) Retirements | (-) Other regular attrition (i.e. non-retirement voluntary departures) | (-) Performance Management (involuntary attrition for reasons including performance, misconduct, and mini-DRPs and other negotiated departures) | (-) Attrition from RIF | (-) Attrition from DRP | (-) Other reductions | Subtotal: Planned FTE Reductions [**Calculated Field**] | 9/30/26 Projected FTE [**Calculated Field**] | How was the appropriate staffing for this need determined? See "Workforce Planning Instructions" tab. |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |
| | | | | | | 0 | 0 | |

USA-AFGE-Exp.-0133327 (Employee Plan)

| Question | Response |
|---|---|
| 1. List all areas that do not align with Presidential priorities. As a starting point, consider how each agency function aligns with EOs and FY26 and FY27 budget. | |
| 2. What functions support statutory obligations but exceed statutory requirements without directly supporting a Presidential priority? | |
| 3. Are there any efficiencies that may be created by removal of unnecessary management layers? Please describe the agency's plan for management delayering. | |
| 4. Are there any efficiencies that may be created by elimination of duplicative or unnecessary functions and positions? Are there any efficiencies that may be created by effective and efficient distribution of workload across similar positions and shared skill sets? | |
| 5. Are there any efficiencies that may be created by consolidation of administrative functions? What administrative functions does the agency plan to consolidate? | |
| 6. Where can efficiencies be gained through technological or process improvements? How many FTE (if any) will be reduced upon completion of the project? Please describe. | |
| 7. How does the agency plan to improve performance management of low performing employees? Please also include a discussion of any resource needs, communications to supervisors, and any union considerations or changes to personnel policies. | |
| 8. What contracts are unnecessary and can be eliminated entirely or partially? What can be moved in-house to lower costs or provide a better service? | |

USA-AFGE-Exp.-0133327 (Reduction-Restructure)

Workforce Planning Factors

Instructions: At an agency level, provide answers to the questions below. To answer these questions, offices and subcomponents should do a thorough review of the services provided and appropriate staffing levels. Agencies are welcome but not required to share this additional detail in the staffing plan submission.

Agencies should take a bottoms-up view to arrive at the appropriate staffing to support Presidential priorities, mission-critical areas and statutory obligations. Instead of anchoring to historical staffing levels, agencies should ask – what is the unit of work to be done after removing unnecessary steps and improving efficiency, and how many people are required to complete that work? Example analysis:

Example 1: We have an average caseload of 10. We have a 30-day deadline to respond and typically write 50 pages for each case. We eliminated unnecessary requirements so reports can now be 40 pages. Each employee can write 100 pages a month. Therefore, the appropriate staffing is 4 FTE (10 cases x 40 pages / 100 pages per employee). In the summer, our caseload doubles and we will meet this surge capacity with contractors, adding an additional 4 contractors for the 3 summer months.

Example 2: We expect to hire 1,000 people this year and offboard 4,000. Each hire takes an HR specialist 5 hours to onboard and each departure takes 2 hours. This implies 13,000 hours of work (5 hours x 1,000 hires plus 2 hours x 4,000 departures) and a need for 6.5 HR specialists.

Example 3: We are working to digitize our website, which is directly supporting a Presidential priority. Right now, we have 2 program managers that oversee 4 contractors. We estimate we can hire 2 engineers directly who can build the website and sustain it. We will hire these 2, conduct a RIF for the 2 program managers, and terminate the contract for the 4 contractors.

USA-AFGE-Exp.-0133327 (Workforce Planning Instructions)

Example 4: Our help desk gets 80 tickets per day, and each ticket takes 30 minutes to complete. Therefore, this function has 200 hours of work per week (80 tickets x 30 minutes x 5 days) and requires 5 full-time employees to appropriately staff.

Example 5: Our agency has three different policy offices that deal with overlapping policy areas. Each policy office has a staff of 30. We estimate that the work of all three policy offices could be handled by 40 employees, provided we brought on the right skillsets. For example, across all three, we do not have enough subject matter expertise in an area that has emerged as a presidential priority, and we have long lacked appropriate expertise in data science. We will RIF two of the redundant policy offices, hire three data scientists, hire three new subject matter experts in areas that correspond to the emerging presidential priority, and hire four additional support employees.

USA-AFGE-Exp.-0133327 (Workforce Planning Instructions)