# EXHIBIT A

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
JEREMY S.B. NEWMAN
Chief Litigation Counsel
CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors
ROBERT C. BOMBARD
Trial Attorney
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 353-1819
    Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**SUPPLEMENTAL DECLARATION OF JEFF M. NEURAUTER** |

In accordance with the provisions of 28 U.S.C. § 1746, I, Jeff M. Neurauter, state as follows under penalty of perjury:

1. I am the Acting Deputy Chief Human Capital Officer at the Federal Emergency Management Agency ("FEMA"), headquartered in Washington, D.C. I have served in this position since May 4, 2026. I have worked within the Office of the Chief Human Capital Officer at FEMA for 4 years.

2. The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3. The following is the current employment status of the non-party COREs who submitted a declaration regarding their non-renewal or upcoming NTE dates on behalf of Plaintiffs.

4. Brianna Young: accepted a one-year appointment offered on May 1, 2026; entered on duty May 17, 2026.

5. Jeremiah Heath: NTE date was February 25, 2026. On January 20, 2026, he was given 30 days' notice that he would not receive a new appointment because his supervisor determined there was a lack of work; appointment ended February 25, 2026; applied for retirement.

6. Michael Shell: declined a May 1, 2026 offer of appointment on May 8, 2026.

7. Kisha Blanton: accepted a one-year appointment offered on May 1, 2026; scheduled to enter on duty on June 14, 2026.

8. Anna Nelson: recalled to duty on January 23, 2026; received a one-year appointment effective April 15, 2026.

9. Aliza Newton: accepted a one-year appointment offered on May 1, 2026; scheduled to enter on duty on June 28, 2026.

10. Jacob Prell: accepted a one-year appointment offered on May 1, 2026; entered on duty June 1, 2026.

11. Catherine Fleming: has not had a gap in appointments; she received a new 90-day appointment on May 24, 2026.

Declaration of Jeff M. Neurauter
3:25-cv-03698-SI

1

12.     The previous OCHCO counts of non-renewed COREs was an evolving process and upon further examination of the personnel records, FEMA reasserts the numbers provided in my May 7, 2026 Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2026

In Washington, D.C.:

JEFF M NEURAUTER    Digitally signed by JEFF M
                    NEURAUTER
                    Date: 2026.06.11 14:48:13 -04'00'

Jeff M. Neurauter
Acting Deputy Chief Human Capital Officer
Federal Emergency Management Agency

Declaration of Jeff M. Neurauter
3:25-cv-03698-SI