CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
ROBERT BOMBARD
MARIANNE F. KIES
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
Robert.Bombard@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>     Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>     Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF MICHAEL WEISSMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 37(E) REMEDIES** |

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

In accordance with the provisions of 28 U.S.C. § 1746, I, Michael Weissman, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.      I am the Acting Deputy Chief Information Officer (DCIO) within the Office of the Chief Information Officer ("OCIO") for the U.S. Department of Homeland Security ("DHS" or "Department"). I am also the Chief Data Officer for DHS. I have held both positions since January 2026.

2.      The Management Directorate for DHS is the central administrative support function that enables the Department to achieve its missions. *See* https://www.dhs.gov/management-directorate. The Management Directorate includes the Office of the Chief Financial Officer, the Office of the Chief Human Capital Officer, and so forth. Most notably, for purposes of this Declaration, the Management Directorate includes OCIO. OCIO is responsible for implementing the programs necessary to align DHS's Information Technology personnel, resources, and assets. *See* https://www.dhs.gov/office-chief-information-officer. OCIO leads the DHS's efforts to secure, manage, share, and create a common language for data within the Department's 22 components and headquarters. We evaluate current status, identify solutions, and support evidence-based policy making decisions in accordance with the Evidence Act. DHS's records management responsibilities are also housed within OCIO, in the Records and Information Management Division. Michelle Thomas, Departmental Records Officer, leads this division and reports to me. The office is responsible for records management training for new, current, and departing employees; managing departmental records control schedules; and other records management responsibilities.

3.      Based on my position, I am familiar with the Department's policies on records management and the efforts of Department headquarters personnel to preserve electronic messages (i.e., text messages or messages sent on messaging platforms, collectively referred as "electronic messages"). DHS policy requires the retention of all electronic federal records, as required by law. I provide below an overview of DHS' policies for records management.

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

1

<u>DHS POLICY ON RECORDS MANAGEMENT</u>

4.      DHS has established a comprehensive framework for the preservation of electronic records on government issued devices and personal devices through three interrelated policies: DHS Directive 141-01, "Records and Information Management" (August 11, 2014, certified current September 26, 2019) (Exhibit A); DHS Instruction 141-01-001.1, "Records and Information Management" (June 8, 2017, incorporating Change 1, September 9, 2019) (Exhibit B); and DHS Policy Directive Memorandum 141-03, "Electronic Records Management Updates for Chat, Text, and Instant Messaging" (February 23, 2018) (Exhibit C). There are also separate policies related to email management, which are not further discussed here (DHS Directive 142-03 and Instruction 142-03-001) as they are not applicable to the issues in this case. Together, these policies ensure that DHS employees comply with the Federal Records Act and National Archives and Records Administration ("NARA") guidance on the creation, preservation, and disposition of federal records, including electronic messages.

5.      DHS Directive 141-01 establishes the foundational policies for the Department's Records and Information Management (RIM) Program. It applies to all records created, collected, processed, used, stored, and/or destroyed by DHS, regardless of medium, lifecycle stage, or environment. The directive defines records broadly, including all recorded information made or received by DHS in connection with public business and preserved as evidence of the Department's activities. DHS Instruction 141-01-001.1 builds on the general framework established by DHS Directive 141-01 by providing detailed implementation guidance for the Department's RIM Program.

6.      DHS Policy Directive 141-03 provides specific guidance for managing electronic records created through chat, text, and instant messaging platforms. It emphasizes that substantive communications related to agency business, policies, and activities conducted via these platforms that qualify as federal records must be preserved, regardless of whether they are on government issued phones or personal devices. This directive references and builds off the guidance in 141-01 and 141-01-001 to make clear to DHS employees that their record responsibilities extend to

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

2

electronic messaging.

7.    In 2023, NARA established criteria for electronic messages managed under a Capstone approach. Agencies were given the opportunity to adopt this approach rather than rely on existing records retention schedules. Under Capstone, retention periods are determined by the role or position of the individual, rather than by the content of each message. Agencies that choose to implement the Capstone approach for electronic messages use the General Records Schedule (GRS) 6.1, Email and other Electronic Messages Managed Under a Capstone Approach disposition authority. Agencies using Capstone GRS 6.1 must submit NARA form NA-1005 (Verification for Implementing GRS 6.1). DHS elected to follow the Capstone approach and submitted NA-1005 to NARA for approval on September 19, 2023. NARA approved the form on August 7, 2025. However, DHS had already been complying with the Capstone approach (i.e., preserving all communications for Capstone officials), prior to the submission in September 2023.

8.    The Deputy Chief Information Officer, Chris Bartz, on February 20, 2025, sent a Department-wide email to employees reminding them of their records management responsibilities as employees (Exhibit D). This email included two attachments: (1) A step-by-step guide on how to preserve texts on iOS (Exhibit E) and (2) DHS EM Form 210, "Electronic Messaging Retention and Attestation" (March 2023) (Exhibit F).

9.    DHS Form EM 210 provides step-by-step instructions for assessing, capturing, and preserving electronic messages that qualify as federal records, including Signal messages. It includes a checklist to help employees determine whether a message qualifies as a federal record (e.g., if it documents decisions, actions, or agency business) and detailed instructions for saving screenshots of messages, emailing them to a government account, and archiving them in a shared drive folder. DHS Form EM 210 serves as a practical tool for ensuring compliance with DHS policies on records retention and preservation. It complements the overarching framework by providing specific guidance and accountability measures for the retention of electronic messaging records, including text messages, messaging applications, and social media messaging. The form ensures that employees understand their obligations under the Federal Records Act and DHS

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

3

policies.

10.    DHS Form EM 210 explicitly extends this obligation to government records that exist on personal devices. As stated on the form: "You are expected to exclusively use government equipment in the performance of your duties. If, however, you create government electronic messaging records on a personal device, you must also use the same steps in this document to capture and save the records." *See* Exhibit F at 1.

11.    In addition to DHS EM Form 210 and step-by-step guides on how to preserve electronic messages on iOS and Android, DHS also has provided guidance on archiving WhatsApp conversations for iOS (Exhibit G) and Android (Exhibit H). Furthermore, on April 7, 2025, the Chief Information Officer (CIO) sent a Department-wide message to DHS employees on their responsibilities to preserve work-related communications and records transmitted on Signal, which is a DHS-approved application on government devices (Exhibit I). The CIO reiterated that this policy extended to work messages on personal devices, for which "you must preserve and transmit them to your work device, such as by taking screenshots and sending those screenshots to your DHS e-mail or forwarding the messages to your work device." *Id.* The CIO also reminded individuals to "[e]nsure any auto-delete features are disabled." *Id.*

12.    Separately and independent of this litigation, on March 10, 2026, the CIO sent a reminder to all DHS employees regarding preserving electronic messaging records that contained federal records under the FRA, "includ[ing] email and any tools used to communicate for work, such as text messages (SMS), iMessage, Teams and encrypted apps like Signal or WhatsApp." (Exhibit J). This notice stated that "[a]ll work-related communications and records are considered official government records and must be preserved, regardless of format." *Id.* It also stated that "DHS policy requires employees to use work devices for all work-related activities" and that "[i]f work communications appear on a personal device, the employee must preserve them and transfer to a work device—for example, by taking screenshots and emailing them to a DHS email account, or forwarding the messages," which "must be completed within 20 days," and "the original messages must be deleted from the personal account once the employee has confirmed they are

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

archived in a DHS system."

13.    DHS mandatory records management training reminds employees and contractors annually of their obligation to preserve all federal records, including electronic records. The mandatory training has a section stating that "Departmental guidance requires all employees to acknowledge their responsibility to preserve electronic messages meeting the definition of a federal record by using DHS Form EM 210, or your component's equivalent form." Employees are required to acknowledge and certify this requirement in the training in order to proceed. (Exhibit K).

TECHNOLOGIES USED TO PRESERVE ELECTRONIC MESSAGES ON GOVERNMENT-ISSUED DEVICES

14.    From September 29, 2023, to April 9, 2025, DHS deployed third-party TeleMessage software to archive from government-issued devices SMS texts, Signal messages, and WhatsApp messages for select DHS employees, mostly "Capstone" officials, which include senior officials. DHS employees whose communications were not covered by the TeleMessage system were still obligated to manually archive their messages. As discussed above, all DHS employees (whether or not Capstone officials) who received or sent messages relating to government work on their personal devices, were obligated to send copies of those messages to their government-issued devices or government email accounts and manually archive them. Although the TeleMessage software reduced the burden on these officials to manually archive messages from their government-issued devices, and made it easier for the Department to respond to FOIA and discovery requests for these messages, DHS disabled TeleMessage in April 2025 due to cybersecurity failures. At this point, DHS employees whose communications had been covered by the TeleMessage system were again obligated to manually archive their messages in accordance with existing DHS policy. Despite recent changes in technology, DHS policy and practices for archiving Capstone official records has been consistent with NARA GRS 6.1.

15.    DHS is in the process of developing and exploring new processes and technologies to enable the regular archiving of electronic messages on government-issued devices for DHS

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

senior officials and Capstone officials. This includes developing a scalable process to enable regular preservation of DHS employee electronic messages on government-issued devices without requiring those employees to manually screenshot and archive each message.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  June 12, 2026

In Washington, D.C.:

_____
Michael Weissman
Acting Deputy Chief Information Officer Office of the Chief Information Officer
U.S. Department of Homeland Security

Declaration of Michael Weissman ISO Defendants' Opposition to Plaintiffs' Motion for Rule 37(E) Remedies
3:25-cv-3698-SI

6

# EXHIBIT A

**Department of Homeland Security**
**DHS Directives System**
**Directive Number:  141-01**
**Revision Number: 01**
**Issue Date: 08/11/2014**
**Certified Current: 09/26/2019**

# RECORDS AND INFORMATION MANAGEMENT

## I.    Purpose

This Directive establishes the Department of Homeland Security (DHS) Records and Information Management (RIM) Program and sets forth the policies for managing records regardless of medium, lifecycle stage, or environment.

## II.    Scope

This Directive applies throughout DHS.  It applies to Federal records, non-records used for reference, and personal records.  Each Component may augment this Directive with more specific internal policies and procedures that are in alignment with DHS policy.

## III.    Authorities

A.    Title 44, United States Code (U.S.C.), Chapter 21, "National Archives and Records Administration," Chapter 29, "Records Management by the Archivist of the United States and by the Administrator of General Services," Chapter 31, "Records Management by Federal Agencies," Chapter 33, "Disposal of Records," Chapter 35, "Coordination of Federal Information Policy," and Chapter 36, "Management and Promotion of Electronic Government Services"

B.    Title 36, Code of Federal Regulations (CFR), Chapter XII, Subchapter B, "Records Management"

C.    Title 41, CFR, Subtitle C, Chapter 102, "Creation, Maintenance, and Use of Records"

D.    Office of Management and Budget (OMB) / National Archives and Records Administration (NARA) Memorandum M-12-18, "Managing Government Records Directive"

E.    DHS Delegation 04000, "Delegation for Information Technology"

Directive # 141-01
Revision # 00

# IV.  Responsibilities

A.  ***Senior Agency Official***:

1.    Ensures that the Department efficiently and appropriately complies with all applicable records management statutes, regulations, and NARA policies.

2.    Makes adjustments to practices, personnel, and funding as may be necessary to ensure records management compliance and support the business needs of the Department.

B.  ***Chief Information Officer (CIO)***:

1.    Establishes and oversees the RIM Program throughout the Department.

2.    Appoints an official as the Chief Records Officer to lead and manage a Department-wide RIM Program.

3.    Establishes RIM qualification requirements and training throughout the Department.

4.    Provides for the seamless capture and storage of electronic records and associated metadata in DHS enterprise–wide systems and applications.

5.    Ensures that records management and archival functions are addressed in the requirements development phase for the design, development, and implementation of new or significantly revised information systems.

6.    Assists OMB in the performance of its functions assigned under the E-Government Act of 2002.

7.    Ensures that system administrators do not disconnect or delete electronic mail stores and personal network drives or personal desktops and any other storable information technology (IT) device of departing personnel until proper receipt.

C.  ***Chief Human Capital Officer (CHCO)***:

1.    Ensures RIM training is included as a component of the in-processing procedures for all DHS personnel.

2.      Facilitates annual RIM training (as developed by the Chief Records Officer) for all DHS personnel.

3.      Ensure that confirmation of records custodial transfer is received prior to out-processing of the departing personnel.

D.      The ***General Counsel, Office of the*** provides notice to the CIO and other appropriate officials of the need to suspend records disposition requirements for litigation, Congressional inquiries, etc. and when suspensions have been lifted.

E.      ***Chief Privacy Officer***:

1.      Establishes the policies for, and oversees, proper handling of record and non-record material containing Personally Identifiable Information (PII).

2.      Examines new or updated records systems for privacy considerations.

3.      Coordinates with the CIO to determine the requirements necessary to facilitate timely and accurate searches for Freedom of Information Act (FOIA) requests.

F.      ***Component heads***:

1.      Implement the DHS RIM Program within their Components.

2.      Designate a Chief Records Officer for the Component, who manages the RIM Program in accordance with this Directive and ensures proper records officials (records liaisons or custodians) are identified.

3.      Obtain Component specific records retention schedules (via the Component Chief Records Officer) for all records within the Component.

4.      Incorporate requirements for annual records training into contracts, as appropriate.

G.      ***Records Management Policy Working Group (RMPWG)***:

1.      Advises the CIO on RIM policy impact and effectiveness.

2.      Provides recommendations to integrate functional policies and practices throughout the Department.

3.      Is managed and led by the Chief Records Officer.

Directive # 141-01
Revision # 00

4.    Members include a representatives from across the Department, as determined by the Chief Records Officer.

H.    ***Records Leadership Council (RLC)***:

1.    Advises the CIO on DHS-wide RIM policies and procedures.

2.    Provides recommendations on requirements, standards, and practices for the DHS-wide RIM program.

3.    Provides recommendations to the CIO on records management governance requirements for IT systems and records management activities, accomplishments, and risks within DHS.

4.    Members include authorized representatives from OCIO's Records and Information Management Program Office, each Operational Component, and the Federal Law Enforcement Training Center.

# V.    Policy and Requirements

It is DHS policy to preserve all records in accordance with applicable statutory requirements that leverages economic advantages and provides a common basis among all Components.  The Department has established the following requirements for all DHS employees.

A.    Create, receive, and maintain official records providing adequate and proper documentation in support of DHS activities (Title 44, U.S.C., Section 3301).

1.    Non-records are not retained beyond the usefulness of the records or when no longer needed for reference and should be kept separate from official DHS records.

2.    Keep personal records to a minimum and separate from official DHS records.  Personal files are excluded from the definition of Federal records and are not owned by the Government.

B.    Ensure all records are properly maintained in all programs, projects, and administration efforts).

C.    Print electronic records, including metadata, and file them in a paper records keeping system.  If an Electronic Records Management System (ERMS) is available, file records in accordance with the requirements of that system.

D.    Maintain records according to a designated DHS file plan, which allows for retrieval across the varied DHS missions.

E.      Provide appropriate training to new employees and annual training to current employees to ensure awareness of their responsibilities to maintain and safeguard DHS records.

F.      Establish appropriate out-processing for departing employees and ensure that the program or process is established to review and adjudicate requests for the removal of records.

G.      Create and/or Implement Record Schedules:

  1.      Where acceptable, apply the General Records Schedules (GRS), as approved by the National Archives and Records Administration.

  2.      For mission related records, follow the instructions for disposition of records as specified by the approved DHS, Component, or Enterprise Records Schedule and dispose of as authorized by that schedule.

  3.      In the absence of a Record Schedule, create DHS, Component, or Enterprise Record Schedules which specify disposition instructions for unscheduled records and submit to the National Archives and Records Administration for approval by the Archivist of the United States.

H.      Implement a Vital Records Program.

I.      Evaluate annually the RIM Program, including records disposition, responsibilities, training, and records maintenance.

# VI.  Questions

Address questions regarding this Directive to the Office of the Chief Information Officer, Records and Information Management Program Office at dhsrecordsmanagement@hq.dhs.gov.

Chris Cummiskey
Acting Under Secretary for Management

8/11/14
Date

- 5 -

# EXHIBIT B

**Department of Homeland Security**
**DHS Directives System**
**Instruction Number: 141-01-001**
**Revision Number: 00.1**
**Issue Date: 06/08/2017**
Incorporating Change 1, 09/09/2019
Approved by John Zangardi, Chief Information Officer

# RECORDS AND INFORMATION MANAGEMENT

## I.    Purpose

This Instruction implements the Department of Homeland Security (DHS) Directive 141-01, "Records and Information Management."

## II.    Scope

This Instruction applies throughout DHS to all records of the Department, as defined in the Federal Records Act, regardless of medium, which are created, collected, processed, used, stored and/or destroyed by DHS.  Each Component is authorized to develop and implement more specific policies and procedures consistent and compatible with this Departmental Instruction and DHS policy.

## III.    References

A.    Title 5, United States Code (U.S.C.), Chapter 5, Subchapter II – "Administrative Procedure"

1.    § 552. "Public information; agency rules, opinions, orders, records, and proceedings" ["Freedom of Information Act," as amended]

2.    § 552a. "Records maintained on individuals" ["Privacy Act of 1974," as amended]

3.    § 553. "Rule making"

B.    Title 18, U.S.C., Chapter 101, "Records and Reports"

C.    Title 18, U.S.C., Chapter 121, "Stored Wire and Electronic Communications Transactional Records Access"

D.    Title 40, U.S.C. Subtitle III, "Information Technology Management"

1

E.    Title 5, Code of Federal Regulations (CFR), Part 1320, "Controlling Paperwork Burdens on the Public"

F.    DHS Management Directive 047-01

G.    DHS Directive 140-06 and Instruction 140-06-001, "Privacy Policy for Research Programs and Projects"

H.    DHS Directive 123-05, "Telework Directive"

I.    *DHS Directive 142-03, "Electronic Mail Usage and Maintenance"*

J.    *DHS Directive 262-11, "Freedom of Information Act Compliance"*

K.    DHS Instruction 047-01-001, "Privacy Policy and Compliance"

L.    Federal Continuity Directive (FCD) 1, "Federal Executive Branch National Continuity Program and Requirements," ~~October 2012~~ *January 2017*

M.    FCD 2, "Federal Executive Branch Mission Essential Function and Primary Mission Essential Function Identification," ~~July 2013~~ *June 2017*

## IV.  Definitions

A.    "***Records Schedules***" or "***schedule***":  Identifies records as either temporary or permanent.  All records schedules are approved by the National Archives and Records Administration (NARA).  A records schedule provides mandatory instructions for the disposition of records (including the transfer of permanent records and disposal of temporary records) when the records are no longer needed by the agency.  As part of the ongoing records life cycle, disposition should occur in the normal course of agency business.  All Federal records are scheduled (44 U.S.C. 3303) either by an agency schedule or a General Records Schedule (GRS).  A schedule can be (a) a Standard Form (SF) 115, "Request for Records Disposition Authority" that has been approved by NARA to authorize the disposition of Federal records; (b) a GRS issued by NARA; or (c) a printed agency manual or directive containing the records descriptions and disposition instructions approved by NARA on one or more SF 115s or in the GRS.

Instruction # 141-01-001
Revision 00.1

1.    ***GRS***:  The Archivist of the United States issues GRS to provide disposal authorization for temporary administrative records common to several or all agencies of the Federal Government.  These include records relating to civilian personnel, fiscal accounting, procurement, communications, printing, other common functions, and certain non-textual records. Use of the GRS is mandatory under 44 U.S.C. 3303a, so DHS requests authority from NARA prior to deviating from the disposition instructions prescribed in the General Records Schedules in accordance with 36 CFR 1225.22(c).

2.    ***Agency Records Schedules***:  All Federal agencies are required by law to develop records schedules for all records not covered by the GRS (44 U.S.C. 3303).  Agencies submit the schedules for NARA approval on an SF 115.  The SF 115 contains descriptions of record series or systems and disposition instructions for each.  These instructions specify when the series is to be cut off, when eligible temporary records are to be destroyed or deleted, and when permanent records are to be transferred to NARA.  The Office of the Secretary and DHS Components fulfill these requirements through two primary instruments:

   a.    Enterprise Records Schedules: Schedules which provide disposition authorization for records common to multiple DHS Components, which are not already covered by the GRS.

   b.    Component Records Schedules:  Schedules which provide disposition authorization for program records unique to a single DHS Component, which are not already covered by the GRS or an Enterprise Records Schedule.

B.    ***Schedule Approval***:  NARA approves a schedule before it can be implemented. This approval authorizes and makes mandatory the retention periods contained in the schedule as well as the disposition instructions to be carried out upon expiration of the prescribed retention period.  Some schedules, especially those containing records relating to financial management, claims, and other related matters, are also approved by the Government Accountability Office (44 U.S.C. 3309) before NARA approves the schedule.

C.    ***Schedule Guide***:  A schedule guide is a printed agency manual or directive containing descriptions of and disposition instructions for all documentary materials, record and non- record, created by a Federal agency or major component of an executive department.  Unless taken from the GRS, the disposition instructions for agency records are approved by NARA on one or more SF 115s prior to issuance by the agency. The disposition instructions for the non-record material are established by the agency and do not require NARA approval.

D.      ***Enterprise Scheduling***:  The coordinated, enterprise-level submission of records disposition requests to NARA for common functions across the Department.  The process for creating an enterprise schedule requires the Records Management Program Office to research existing DHS-wide and Component-specific schedules to ascertain the presence of specific classes of records, desired/required retention periods, and the existence of current disposition authority.  The Records Management Program Office also vets the draft schedule through the Component Records Management Offices; and submits the schedule to NARA for approval.  Component Records Offices vet the schedule through the appropriate program area.  Once the schedule is approved by NARA, it obviates the need to create a Component-specific schedule.

E.      ***File Plan***:  A list of records in a specific office that describes how the records are organized and maintained.  DHS adopted the Federal Enterprise Architecture (FEA) Business Reference Model (BRM) as basis for the Department-wide uniform file plan.  The BRM provides an organized, hierarchical construct for describing the day-to-day business operations of the Federal Government using a functionally driven (not organizational) approach.

F.      ***Nonrecord materials***:  Are those Federally owned informational materials that do not meet the statutory definition of records (44 U.S.C. 3301) or that have been excluded from coverage by the definition. Excluded materials are extra copies of documents kept only for reference, stocks of blank forms or publications, or documents that provide no evidence of agency functions and activities.

G.      ***Personal files*** (also called ***Personal Papers***):  Are documentary materials belonging to an individual that are not used to conduct agency business. Personal files are excluded from the definition of Federal records and are not owned by the Government.

H.      ***Records*** or ***Federal records***:  Is defined in 44 U.S.C. § 3301 as including *"all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them."* ~~all books, papers, maps, photographs, machine readable materials, or other documentary materials, regardless of physical form or characteristics, made or received by an agency of the United States Government under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations or other activities of the Government or because of the informational value of the data in them~~ (44 U.S.C.

4

3301).  *This definition includes all traditional forms of records, regardless of physical form or characteristics, including information created, manipulated, communicated, or stored in digital or electronic form*.

I.    **_Telework_**:  Any arrangement in which an employee regularly performs officially assigned duties at home or other worksites geographically convenient to the residence of the employee and away from the traditional worksite.

# V.  Responsibilities

A.    **_Chief Records Officer_**:

1.    Serves as the Department's leader on Records and Information Management (RIM) related matters and is the agency representative to NARA, other departments, and agencies;

2.    Ensures annual RIM training, in coordination with the Chief Human Capital Officer, is current and compliant with DHS requirements;

3.    Facilitates RIM training as part of DHS-wide personnel in-processing procedures;

4.    Leads, oversees, develops, coordinates, and implements the Department's RIM policy and procedures to include vital records management and NARA approval for all systems and program schedules throughout the agency, in collaboration with Component records officials;

5.    Ensures records training is developed and implemented for records positions *as well as all DHS personnel*;

6.    Develops records retention schedules applicable throughout the Department;

7.    Develops ~~enterprise~~ *records retention schedules applicable to specific DHS programs or support entities*;

8.    Ensures all records are properly managed with RIM policies and procedures to include necessary tools to manage records;

9.    Participates in Acquisition Decision Reviews and Events for all enterprise information technology acquisitions; facilitates and participates in activities of the Records Leadership Council (RLC);

10.    Establishes RIM procedures for records and record systems/applications to be applied throughout DHS including:

5

Instruction # 141-01-001
Revision 00.1

      a.      Transfer of records to records custodians during out-processing.

      b.      Processing of records and IT system retention schedules.

11.    Ensures that DHS enterprise-wide systems and applications are in compliance with applicable RIM policies.

B.    ***Chief Privacy Officer***:

1.    Provides requirement to ensure records are stored in a way to make FOIA searches accurate and timely.  Ensures privacy considerations are included in the RIM process during the creation or updating of any information systems containing records.

2.    Ensures DHS employees understand how to properly handle record and non- record material with Personally Identifiable Information.

3.    Ensures all DHS employees receive annual training on record management requirements for FOIA compliance.

4.    Ensures privacy compliance documentation, including Privacy Threshold Assessments, Privacy Impact Analyses and Systems of Record Notices, cite an accurate and appropriate NARA approved retention and disposal schedule approved by Component Records Management Officers and the DHS Chief Records Officer (see DHS Instruction 047-01-001).

C.    ***Component Heads***:

1.    Designate a Chief Records Officer for the Component, and ensure records custodians are identified for all records.  Assign the Component Chief Records Officer with the responsibility for leading, overseeing, and implementing a RIM Program within the Component in accordance with DHS policy.

2.    Ensure all acquisitions and all phases of the acquisition lifecycle incorporate records management requirements, to include coordination with the RIM Program.

3.    Ensure that Component systems and programs are operating in compliance with the applicable privacy documentation and that privacy compliance documentation cites an accurate and appropriate NARA approved retention and disposal schedule.

Instruction # 141-01-001
Revision 00

4.     Reinforce the importance of RIM at the leadership staff level through ongoing development training and ensure annual mandatory RIM training is accomplished for all Component employees in accordance with DHS policy.

5.     Ensure the identification, retention, and management of electronic and paper records according to DHS Records policy, to include custodial transfer and custody of records during out-processing.

6.     Ensure RIM is included in information technology system that are acquired or developed within their Component.

D.    **_RLC_**:

1.     Issues an annual RIM Report to the Under Secretary for Management (USM) and NARA;

2.     Supports the Department's Chief Records Officer through the development of policies, procedures, related instructions, and quadrennial strategy;

3.     Provides observations and recommendations regarding needed or proposed policy/program changes to the Chief Records Officer; and

4.     Provides Component oversight and support for RIM activities.

E.    **_Component Chief Records Officers_**:

1.     Lead, oversee, and implement a RIM Program in accordance with DHS policy to include records management within systems development, governance, and acquisition review;

2.     Ensure Component personnel maintain a uniform file plansystem;

3.     Ensure the identification, retention, and management of electronic and paper records according to DHS Records policy, to include custodial transfer and custody of records during out-processing;

4.     Ensure records retention schedules are developed and applied throughout the Component;

5.     Ensure Component RIM procedures include guidance for identifying and managing vital records in accordance with DHS RIM policy and the FCD 1 and 2;

7

6.      Ensure Component records are aligned to the DHS RIM policy and requirements;

7.      Coordinate with the Departmental Chief Records Officer to obtain NARA approval for all systems and record schedules;

8.      Ensure the respective Component's portion of the file plan database is current;

9.      Ensure all Component records are properly scheduled;

10.     Ensure all Component personnel, including Program Managers, *adequately document the organization, functions, policies, decisions, procedures, and essential transactions of the agency in accord with NARA regulations and* appropriately manage the records they create or receive in the course of conducting DHS business;

11.     Coordinate compliance with FOIA, the Privacy Act and E-Discovery;

12.     Ensure all employees in the Component receive necessary records training;

13.     Require mandatory annual RIM training for all employees; and

14.     Notify the DHS RIM Program Office and NARA when they become aware of any actual, imminent, or threatened unlawful removal, defacing, alteration, or destruction of records (including electronic or machine-readable records) in the custody of the agency.

F.    ***Subcomponent Records Liaisons***:

1.      Serve as primary records points of contact for their Subcomponent and as an extension of the Component Records Manager;

2.      Coordinate records activities for their Subcomponent on behalf of the Component Records Management Program;

3.      Perform records management duties consistent with applicable ofpolicy and guidance; and

4.      Collaborate with Component RIM Program Officials.

8

G.    ***Records Custodians***:

1.    Inform the Subcomponent Records Management Liaison of any issues regarding the records in their custody, such as the deletion or loss of a record;

2.    Ensure retention of records, non-records and personal papers subject to a hold or freeze upon notification from the Office of the General Counsel; and

3.    Perform records management duties consistent with applicable policy and guidance.

H.    ***DHS RIM Program Office***:

1.    Periodically evaluate or request the collection of information from the Component Chief Records Officers/Officials or Component Heads (as applicable) concerning the records management programs to be provided to the USM and NARA.  The Office of Inspector General is exempt from such evaluation and/or information collection efforts;

2.    Perform staff assistance visits as requested by Component leadership or records personnel; and

3.    Promulgate RIM guidance for DHS through various media.

I.    ***DHS Program Managers***:

1.    Implement RIM requirements and governance into all DHS acquisitions and all phases of the acquisition lifecycle, to include coordination, review, and approval from the RLC;

2.    Incorporate mandatory RIM training for contractors on all DHS contracts when contractors handle, review, or process DHS records; and

3.    Ensure that all DHS systems that create, handle, and store records are scheduled, that proper records controls are applied or that records are transferred to a Records Management Application as applicable.

9

Instruction # 141-01-001
Revision 00

J.    ***DHS Employees***:

1.    *Adequately document the organization, functions, policies, decisions, procedures, and essential transactions of the agency and* ~~P~~*p*roperly identify, capture, retain, file, and dispose of or transfer records regardless of media or phase of creation stage (records lifecycle) in accordance with Title 44 U.S.C. Chapter 31; NARA regulations, 36 CFR Chapter XII, Subpart B; and DHS records policy;

2.    Properly identify, manage, and maintain vital records;

3.    Complete RIM training annually;

4.    Manage records created or received in the course of conducting DHS business, including E-Mail and instant messaging records according to applicable federal and DHS regulations and policy for RIM, Privacy, FOIA, Information Sharing, and E-Discovery;

5.    Coordinate RIM activities with Component RIM personnel to ensure compliance with applicable policies and procedures;

6.    When teleworking, identify, safeguard, and manage all records in accordance with DHS RIM policies.  See additional telework guidance at DHS Directive 123-05;

7.    Ensure physical records, e.g., printed email, show all the metadata and identifiers that would be available if the records were stored electronically including the names of the sender and recipients, date, subject, and a list of attachments, by configuring their office applications according to RIM Program Office guidance; and

8.    Ensure any Federal Records under their direct control are transferred to their supervisors or records custodian as part of out-processing from DHS.

# VI.  Content and Procedures

*A.    The Federal Records Act requires all Federal agencies to make and preserve records containing adequate and proper documentation of their organization, function, policies, decisions, procedures, and essential transactions of the agency and designed to furnish the information necessary to protect the legal and financial rights of the Government and of persons directly affected by the agency's activities (44 U.S.C. § 3101; 36 CFR § 1222.22).  This includes creating records that:*

10

1.     *Document the persons, places, things, or matters dealt with by the agency.*

2.     *Facilitate action by agency officials and their successors in office.*

3.     *Make possible a proper scrutiny by the Congress or other duly authorized agencies of the Government.*

4.     *Protect the financial, legal, and other rights of the Government and of persons directly affected by the Government's actions.*

5.     *Document the formulation and execution of basic policies and decisions and the taking of necessary actions, including all substantive decisions and commitments reached orally (person-to-person, by telecommunications, or in conference) or electronically.*

6.     *Document important board, committee, or staff meetings.*

B.     *The Federal Records Act requires all Federal agencies to establish a records management program (36 C.F.R. § 1220.34).  The program includes:*

1.     *Issuing policies establishing program objectives, responsibilities, and authorities for the creation, maintenance, and disposition of agency records.;*

2.     *Assigning records management responsibilities in each program (mission) and administrative area to ensure incorporation of recordkeeping requirements and records maintenance, storage, and disposition practices into agency programs, processes, systems, and procedures;*

3.     *Integrating records management and archival requirements into the design, development, and implementation of electronic information systems;*

4.     *Providing guidance and training to all agency personnel on their records management responsibilities, including identification of Federal records, in all formats and media;*

5.     *Developing records schedules for all records created and received by the agency and obtain NARA approval of the schedules prior to implementation;*

6.     *Complying with applicable policies, procedures, and standards relating to records management and recordkeeping requirements issued by the Office of Management and Budget, NARA, GSA, or other agencies, as appropriate;*

11

Instruction # 141-01-001
Revision 00.1

*7.    Instituting controls ensuring that all records, regardless of format or medium, are properly organized, classified or indexed, and described, and made available for use by all appropriate agency staff; and*

*8.    Conducting formal evaluations to measure the effectiveness of records management programs and practices, and to ensure that they comply with NARA regulations.*

C.    Records include *all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them. This definition includes all traditional forms of records, regardless of physical form or characteristics, including information created, manipulated, communicated, or stored in digital or electronic form* ~~all books, papers, maps, photographs, machine readable materials, or other documentary materials, regardless of physical form or characteristics, made or received by an agency of the United States Government under Federal law or in connection with the transaction of public business and preserved or are appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations or other activities of the Government or because of the informational value of the data in the records~~ (44 U.S.C. 3301).

D.    Records, regardless of media or phase of creation stage (records lifecycle) are properly *created,* identified, captured, retained, filed, and disposed of or transferred in accordance with Title 44 U.S.C. Chapter 31; NARA regulations, 36 CFR, Chapter XII, Subpart B; and DHS records policy.

    1.    *Records are created to the extent necessary to ensure adequate documentation in accordance with 44 U.S.C. § 3101; 36 CFR § 1222.22.*

    2.    Records are organized and identified across the Department through a standard filing system, the DHS-wide FEA BRM file plan.

    3.    Non-records are managed separately from records, inventoried, and deleted or destroyed in accordance with DHS Records Policy.

    4.    Personal records are non-records and maintained separately from DHS records and kept to a minimum.

5.	Employees (including Career Senior Executive Service and Political Appointees) may not remove or duplicate DHS records upon separation without prior approval by the Component Head.

6.	DHS records, regardless of format, cannot be destroyed without an approved schedule.

# VII.  Questions

Address questions regarding this Instruction contact a Component Records Liaison, Records Custodian, Records Officer (Component or DHS), or OCIO for assistance with records identification, permanent records management, records schedules, identification of non-record documents, and additional information about the Department's Record and Information Management Program.

_____	6/7/17
Richard Staropoli	Date
Chief Information Officer

13

Instruction # 141-01-001
Revision 00

# EXHIBIT C

**U.S. Department of Homeland Security**
**Washington, DC 20528**



Issue Date: 02/23/2018

Policy Directive 141-03

MEMORANDUM FOR:    Component Heads

FROM:    Claire M. Grady  *CMG 2/23/18*
Under Secretary for Management

SUBJECT:    Electronic Records Management Updates for Chat, Text, and
Instant Messaging

The Presidential and Federal Records Act Amendments of 2014 (Public Law 113-187) enacted
on November 26, 2014, expands the definition of federal records to include all recorded
information, regardless of physical form or characteristics, including information created,
manipulated, communicated, or stored in digital or electronic form.

Much like in-person or telephonic conversations, business communications created and
transmitted between Department employees that include substantive information about agency
business, policies, and activities made via chat, text, or instant message may be considered
federal records and must be preserved.  DHS employees must take appropriate steps to establish
and maintain a separate record of the communication that may be considered federal records.  All
DHS business transactions by electronic means are required to comply with the Department's
records management policies.  For more information about what constitutes a federal record,
please refer to Title 44, United States Code, Chapter 33, Section 3301 and the Records and
Information Management Program's Frequently Asked Questions page and the enclosed
attachment, "Documenting Electronic Messages and Verbal Communications."

In order to comply with federal law, applicable regulations, policy, and DHS Directive 141-01,
the Department has implemented the following electronic records management guidance for the
use of chat, text, or instant messaging:

- All DHS business transactions by electronic means are required to comply with the
  Department's records management policies.  DHS employees should take steps to
  establish and maintain federal records when conducting business using chat, text, or
  instant messaging.
- All internal DHS chat/messaging systems (i.e., Lync, Skype, or other tools) must display
  a banner/disclaimer prohibiting the system to be used to formally transact agency
  business or to document the activities of the organization.

If you have any questions, visit the DHS Records and Information Management (RIM) site or,
contact Tammy Hudson, DHS Records Officer, Office of the Chief Information Officer, phone:
571-512-1122, email:  tammy.hudson@hq.dhs.gov.

1

**Attachment:  Documenting Electronic Messages and Verbal Communications**

**What is an "electronic message"?**
Electronic messages include a range of communications from text to chat to IM (instant messages).  They reside and are exchanged on agency networks and devices, on personal devices, or they can be hosted by third-party providers.

**What is a "verbal communication"?**
Verbal communications include telephone conversations, voicemail messages (or series of voicemails), a formal meeting, or even an informal chat with a coworker in the hallway.

***The Department must capture and manage these records in compliance with Federal records management laws, regulations, and policies.***

**What kind of verbal communications or electronic messages might be considered a record?**
Any communication in which an Agency decision or commitment is made or where an action is committed to, that is not otherwise documented, needs to be captured.  For example:
- A meeting or conference call where a decision is made, if formal meeting minutes or notes are not taken.
- A text or telephone call giving guidance to a member of the regulated community.
- A telephone call responding to a member of the public about DHS policy.

**What is the best way to capture conversations that are records?**
- Write a memo to the file. Be sure to include:
  - Date and time of the communication
  - Type of communication (e.g., text, voicemail, telephone call)
  - Context of the message or conversation (electronic messages)
  - Participants
  - Subject
  - Details on any decisions or commitments (verbal communications)
  - Corresponding threads that precede a communication and provide more background

**Does this mean that I have to write a transcript of every conversation or copy every text message?**
No, not all electronic messages or verbal communications are records.  Only write a memo to the file if one is needed to document your activities as a federal employee, contractor, and not otherwise captured.

**How can I get additional guidance?**
If you have policy questions about electronic messages or verbal communication records, contact your Component or the DHS Records Officer.  You can find additional guidance in the following publications:
- DHS Instruction 141-01-001, "Records and Information Management"
- Documenting Your Public Service, National Archives and Records Administration

# EXHIBIT D

**Saini, Danielle (CTR)**

| | |
|---|---|
| **From:** | Office of the Chief Information Officer |
| **Sent:** | Thursday, February 20, 2025 9:15 AM |
| **Subject:** | Apple iMessage re-enabled and Records Management |
| **Attachments:** | Preserving Texts Photos and Videos on iOS.pdf; DHS Form EM 210_Attestation Form.pdf |



February 20, 2025

Colleagues,

As part of our commitment to maintaining robust cybersecurity defenses and transparency in our communications, every DHS employee must practice strong cybersecurity measures, protect DHS data, and adhere to records retention policies. Our mobile devices are significant targets for adversaries, so we must remain vigilant in their safe use.

If you have any questions about operating your mobile devices, archival of any records, or to report any suspicious activity on your devices, always, reach out to the HQ IT Service Desk at itsupport@hq.dhs.gov call 1-800-250-7911, access IT4me Self-Service Portal or the mobility support section Mobility Support Quick Reference Guide for help.

**Only use DHS devices for official business.**  DHS IT and security personnel manage these devices to ensure their security. Your DHS devices should only be used with DHS-approved applications and software specifically vetted and managed to ensure their security. If you are required to send official communications outside of DHS, only use pre-approved collaboration applications from your DHS device.

**Avoid discussing DHS business or sensitive topics across unencrypted voice (phone) calls.** Instead of making traditional mobile phone calls, use DHS-approved collaboration platforms' audio, which provide a secure voice communication option such as Apple Facetime, Signal or Microsoft Teams.

**Avoid discussing DHS business or sensitive topics across unencrypted text messages.** Microsoft Teams and email should be the default means of secure communication. This method works for internal messaging with colleagues, as well as DHS partners and other Federal agencies. The use of Apple iMessage is now approved for use across the Department this does not eliminate a user's responsibility to manually back up their text messages appropriately.

**Records Management** All DHS employees must comply with the Federal Records Act and DHS policies regarding electronic messages, including chat, text, or instant messages. In 2022, DHS introduced the Electronic Messaging Retention and Attestation Form (DHS EM 210), requiring employees to certify that all Federal records on mobile devices are preserved before departure or issuance of a new device.

**What is a record?** "Includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them." (44 U.S.C. § 3301) If you have any questions, please contact dhsrecordsmanagement@hq.dhs.gov.

**Personal Usage** Consider implementing the Cybersecurity and Infrastructure Security Agency's guidance on ensuring secure mobile communication for your personal devices as detailed here: How to Communicate Securely on Your Mobile Device.

Very Respectfully

RADM Chris Bartz
Deputy Chief Information Officer
U.S. Department of Homeland Security
Office of the Chief Information Officer

# EXHIBIT E

# Quick Reference Guide



**Homeland Security**

# Preserving Texts, Pictures, and Videos on iOS

## Purpose

This guide provides step-by-step instructions for preserving official business text messages and/or pictures and videos on an iOS device.

## Overview

**Section 1:** [Taking and Emailing Screenshots on Your iOS Device](#)
**Section 2:** [Saving Screenshots to Your DHS Workstation](#)

## Section 1: Taking and Emailing Screenshots on Your iOS Device

**Step 1.** From your home screen, open the **Messages** app

**Step 2.** Select the thread to capture. To take a screenshot on iPhone X (10) and later, press the **Up Volume** button and the **Power** button at the same time. For iPhone 8 and earlier, press the **Power** button and the **Home** button at the same time

**Step 3.** The screenshot will appear in the lower left corner of your screen. Repeat this process to capture the entire conversation







FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020

1

# Quick Reference Guide


## Homeland Security

**Step 4.** From your home screen, open the **Photos** app

**Step 5.** Select the **Albums** tab in the lower right of the screen, then scroll down and select **Screenshots**

**Step 6.** Tap on the **Select** option in the top right of the screen







**Step 7.** Tap on the screenshots you want to email, then select the **Upload** icon in the bottom left corner (a **blue checkmark** verifies that the photo has been selected)

**Step 8.** Select the **Outlook** icon to email the screenshots to yourself

**Step 9.** Enter your email address, then include the **name(s) of participants, date/time, and topic/theme** of the conversation in the email body. Select the **Send** arrow in the top right corner







# Quick Reference Guide



## Section 2: Saving Screenshots to Your DHS Workstation

**Step 1.** From your DHS workstation, locate the email with the screenshots in your Outlook inbox



**Step 2.** Double click the email to open. Select the **File** tab at the top left of the window



# Quick Reference Guide



## Step 3. Select **Save as Adobe PDF**



## Step 4. Save the email to your **PC**



FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020

# Quick Reference Guide



**Step 5.** Open the PDF and select the **Tools** tab at the top left of the screen, then select **Enhance Scans**



FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020                                                                                          5

# Quick Reference Guide



**Step 6.** Select **Recognize Text,** then select **In This File**



**Step 7.** Select **Recognize Text**



**Congratulations! You have successfully preserved your texts; click on the links in your PDF to open each screenshot. This is not limited to just text screenshots—repeat this process to preserve any picture or video on your iOS device.**

FOR OFFICIAL USE ONLY
Last Updated: 11/11/2020

6

# EXHIBIT F

DEPARTMENT OF HOMELAND SECURITY
**ELECTRONIC MESSAGING RETENTION AND ATTESTATION**

As an employee of the Department of Homeland Security, **you have a legal obligation to retain and preserve records** under the Federal Records Act, and DHS Management Directive 141-01.

Electronic messaging records can include but are not limited to:

- text messages (for example, SMS/MMS)
- messaging services available on mobile devices (for example, iMessage)
- messaging applications (for example, WhatsApp, Signal, etc.)
- social media messaging applications (for example, Facebook messenger, Twitter, etc.)

*\* Other forms of electronic records, such as emails and instant messages, will be addressed under other guidance and are not covered by this Retention and Attestation policy.*

**What's in this document**

This document provides:

- Guidance about whether information you have via electronic messaging needs to be retained or preserved.
- Step-by-step instructions for saving and storing electronic messaging records.
- An attestation that you have done your part to ensure that our Department remains in compliance with relevant authorities.

**How to use this document**

1. **Assess** whether you have created a Federal record that must be kept.
2. **Save** electronic messages as records by following the steps for taking and storing screenshots.
3. **Sign** the attestation and **save** a copy for yourself.
4. **Send the signed attestation** to the appropriate Records Liaison for your Component. (For a list of Component Records Liaisons or Records Offciers, see Records and Information Management Professionals (dhs.gov) *or* Records Officers.)

**Note:** You are expected to exclusively use government equipment in the performance of your duties. If, however, you create government electronic messaging records on a personal device, you must also use the same steps in this document to capture and save the records.

## Step 1. Assess whether electronic messages need to be retained

Determine whether the messages on your DHS phone need to be captured and saved by going through the list below. *Check all the boxes that apply.*

☐ While conducting DHS (agency) business I created or received information through electronic messaging related to official business.

☐ The electronic message contains evidence of my Component or office's functions, policies, decisions, procedures, operation, mission, programs, projects, or activities.

☐ The electronic message came from someone outside of DHS, **but** it resulted in me making a formal comment or taking some sort of action related to my DHS role.

☐ The electronic message documents business actions like what happened/was decided, what advice was given, who helped make a decision, etc.

☐ The electronic message is an original document related to agency business that does not exist elsewhere.

If you checked **any box** above, your electronic messaging information might qualify as a record that you need to capture and store. **Go to Step 2.**

**OR**

☐ I'm still not sure. **Call your Component Records Liaison**. To find the name or contact information of your Records Liaison or Records Officer, see Records and Information Management Professionals (dhs.gov) *or* Records Officers.

**OR**

☐ **None of the above**.
→You **have not** created a record that needs to be retained. **Go to Step 3, read the attestation and sign**.

## Step 2. Save appropriate electronic messages as records

To capture electronic messages and save them as records, take screen shots and then store those images by emailing them to yourself at your government email address.

(If you do not know how to take screenshots on your device, use the instructions at the end of this document or call your IT Help Desk.)

1. Find the messages on your phone that need to be captured and stored.
2. Take as many screenshots of the messages as you need to capture all of them.
3. For each record, on your phone, attach the images to an email.
4. In the body of the email, include this information for each record
   - the name(s) of participants in the electronic messaging exchange
   - date/time of the exchange
   - topic/theme of the conversation.
5. Send the email to your work email address.
6. From your work email inbox, open the email you sent yourself, save it as a PDF and name it "[FIRST INITIAL LAST NAME]_RECORDS] to a folder on your shared drive called RECORDS. (You may have to create this folder.) For example, kfrog_record.PDF.

**If you need detailed instructions about how to capture screens on your device or to send email to yourself**, use the instructions at the end of this document or call your IT Help Desk.

## Step 3. Attest to preserving electronic message records and save a copy for yourself

*Check all that apply*. Save a copy of the signed page for yourself.
**I checked at least one box in Step 1** and I attest that each statement is true:

☐ I understand that I have electronic messages that may be Federal Records that must be preserved.

☐ For each electronic message qualifying as a Federal Record or requiring preservation for legal obligations, I ensured the steps above were completed fully and that the Department has access to these electronic records through my shared drive RECORDS file.

**OR      I did not check at least one box in Step 1** and I attest that both statements are true:

☐ I carefully reviewed my electronic messages against the list in Step 1 and determined that I do not have qualifying electronic messages that must be retained.

☐ If I had any questions about my obligations or how to retain or preserve records or information from electronic messaging, I got them answered by contacting the Help Desk or by contacting my Component Records Liaison.

☐ I understand that after I sign:

- The Department will regard this form as evidence of my full understanding of and compliance with my recordkeeping and preservation responsibilities.
- Evidence of non-compliance despite my signature could be subject to administrative action for current employees and/or referrals for any relevant statutory violations for outgoing or current employees.

You sign here:

X _____     Date: _____

## Step 4. Email this signed page to your Records Liaison or Records Officer

- Save a copy of the signed page for yourself.
- Email the signed page to your Records Liaison. If you don't know the name and contact information of your Records Liaison or Records Officer, see Records and Information Management Professionals (dhs.gov) *or* Records Officers.

DHS Form EM 210   (3/23)                                                                                           Page 2 of 3

| Step-by-step instructions for capturing screens and storing them as records |
| --- |

**For iPhones**, follow these steps to retain information:

1. Tap the electronic messaging icon (e.g., the "Messages" icon or icons for apps such as Signal, WhatsApp, etc.).

2. Select the thread where the electronic message to be retained or preserved is.

3. Take a screenshot of the electronic message to be retained:

    a. For iPhone X (10) or later models:

       Hold the **Up Volume** button and **Power** button at the same time

    b. For iPhone 8 and earlier models:

       Press the **Power** and **Home** buttons at the same time.

       If you don't know the model of iPhone you have, go to your **Settings** icon, select **General**, and then select **About**.

4. From your home screen, open your **Photos** app.

5. Select the **Albums** tab in the lower right of the screen, then scroll down and select **Screenshots**.

6. On the top right of the screen, select on the **Select** option.

7. Tap on the screenshots of the electronic images that you want to email. Each image you selected shows a **blue checkmark**.

8. In the bottom left corner, select the **Upload** icon.

9. Select **Outlook** to email the screenshots to yourself.

10. Enter your government email address, then in the body of the email include the name(s) of participants in the electronic messaging exchange, date/time of the exchange, and topic/theme of the conversation. When you're done documenting the conversation, select **Send**.

11. At your DHS workstation, locate the email with the screenshots in your Outlook inbox.

12. Double click the email to open and select the **File** tab.

13. Select **Save as Adobe PDF**.

14. Save the email to a folder in your Shared Drive marked as "[YOUR FIRST INITIAL AND LAST NAME]_RECORDS." For example: "JSmith_RECORDS"

**For Android devices**, follow these steps to retain information:

1. Open the electronic messaging icon (e.g., the "Messages" icon or icons for apps such as Signal, WhatsApp, etc.).

2. Select the thread where the electronic message to be retained or preserved is.

3. Take a screenshot of the electronic message to be retained or preserved by holding the **Down Volume** button and **Power** button at the same time. The screenshot will appear in the lower left corner of your screen. Repeat this process to capture the entire conversation.

4. From your work container, open **Outlook**.

5. Compose a new email and tap the **attach file icon** (paperclip).

6. Select **choose from photo library**.

7. In the top left corner, select **Images**.

8. Select the images you'd like to send. Each one selected appears with a yellow checkmark. Then tap on **Done**.

9. Enter your government email address, then in the body of the email include the name(s) of participants in the electronic messaging exchange, date/time of the exchange, and topic/theme of the conversation. When you're done documenting the conversation, select **Send**.

10. At your DHS workstation, locate the email with the screenshots in your Outlook inbox.

11. Double click the email to open and select the **File** tab.

12. Select **Save as Adobe PDF**.

13. Save the email to a folder in your Shared Drive marked as "[YOUR FIRST INITIAL AND LAST NAME]_RECORDS." For example: "JSmith_RECORDS"

**Still confused?** Contact your Records Liaison or call your IT Help Desk.

DHS Form EM 210   (3/23)                                                                                         Page 3 of 3

# EXHIBIT G

For iOS Devices



# WhatsApp Conversation Recordkeeping for iOS Devices

As an excepted WhatsApp user, you must maintain ALL communications on WhatsApp to assist in ensuring that the Department continues to meet its responsibilities in records management and records retention for legal purposes.

At the conclusion of a WhatsApp conversation, please follow the below steps to export the chat and email the record of that chat to yourself on your DHS email.

## Step-by-Step Instructions:

**Step 1.** To export your **WhatsApp** conversation to your DHS email for recordkeeping, first open the conversation that you would like to export.



DHS Employee Guide



For iOS Devices

---

**Step 2.**  Once you have opened the conversation, click on your contact's name/number at the top of the screen.



**Step 3.** This will bring up the **Contact Info** page. Scroll down on your iOS device.



DHS Employee Guide

For iOS Devices



**Step 4.** At the bottom of the **Contact Info** page you will see the **Export Chat** option. Select **Export Chat**.



**Step 5.** This will bring up another prompt asking if you would like to include media. Select **Attach Media**.



DHS Employee Guide



For iOS Devices

**Step 6.** You can now choose where you would like to send your conversation. For compliance purposes, the DHS requires users to send all **WhatsApp** conversations using **Outlook**. Select the **Outlook** app.



**Step 7. Outlook** will compose an email with a **.zip** attachment containing your **WhatsApp** conversation. In the **.zip** file, **WhatsApp** will export chats as **.txt** files, photos as **.jpg** files, and audio as **.opus** files. Email the file to your  DHS email and store the record according to your organization's records management policy.



# EXHIBIT H

For Android Devices



# WhatsApp Conversation Recordkeeping for Android Devices

As an excepted WhatsApp user, you must maintain ALL communications on WhatsApp to assist in ensuring that the Department continues to meet its responsibilities in records management and records retention for legal purposes.

At the conclusion of a WhatsApp conversation, please follow the below steps to export the chat and email the record of that chat to yourself on your DHS email.

## Step-by-Step Instructions:

**Step 1.** To export your **WhatsApp** conversation to your DHS email for recordkeeping, first open the conversation that you would like to export.



DHS Employee Guide

For Android Devices



**Step 2.**  Once you have opened the conversation, click on the **three dots** at the top right of your screen. This will open the options tab.



**Step 3.** From the options tab, select **More**.



DHS Employee Guide



For Android Devices

**Step 4.** The **More** tab will open additional options for your conversation. Select **Export chat**.



**Step 5.** This will bring up a tab asking *how* you would like to send your **WhatsApp** chat. Select the **Microsoft Outlook** app.



DHS Employee Guide



For Android Devices

**Step 6.** **Outlook** will compose an email with attachments containing your **WhatsApp** conversation. For the attachments, **WhatsApp** will format chats as **.txt** files, photos as **.jpg** files, and audio as **.opus** files. Email the file to your DHS email and store the record according to your organization's records management policy.



DHS Employee Guide

# EXHIBIT I

**From:** DHS Employee Communications
**To:** Granger, Christopher
**Subject:** A Message from Chief Information Officer Antoine McCord on Signal App
**Date:** Monday, April 7, 2025 5:34:45 PM



**DHS Employee Communications**

April 7, 2025

**A Message from Chief Information Officer Antoine McCord on Signal App**

Colleagues,

Recent media coverage has focused on Signal as an app used on government mobile devices. We want to take this opportunity to remind DHS employees that **Signal is an approved app on government devices** that includes secure and valuable end-to-end message encryption.

When using Signal however, please remember the following:

- **All work-related communications and records are considered official government records and must be preserved, regardless of format.** As official government records, the most effective way to manage this requirement is to use only work devices for work-related activities. To the extent work messages appear on your personal device, you must preserve and transmit them to your work device, such as by taking screenshots and sending those screenshots to your DHS e-mail or forwarding the messages to your work device. This requirement includes the affirmative obligation to preserve all communications and information in Signal that is subject to preservation for litigation.
- Ensure any **auto-delete features are disabled** and ensure that you are **retaining all messages** on your DHS work device.
- **Remain vigilant.** Encryption does not prevent "phishing" scams or impersonation – where a hacker pretends to be someone they are not.
- **Do not use Signal to transmit classified information.** The standard protocols for classified information remain in effect and the fact that Signal includes robust end-to-end encryption does not alter those requirements.

If you have any questions please call 1-800-250-7911, or email itsupport@hq.dhs.gov.

Sincerely,

Antoine McCord
Chief Information Officer

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*

---

Connect with DHS:

Facebook | Twitter | Instagram | LinkedIn | Flickr | YouTube

U.S. Department of Homeland Security
www.dhs.gov

---

This email was sent to chris.granger@hq.dhs.gov on behalf of the U.S. Department of Homeland Security Employee Communications | DHS.gov
Please do not reply to this message. It was sent from an unattended mailbox.

# EXHIBIT J

**From:** DHS Management Communications
**To:**
**Subject:** Reminder from Chief Information Officer Antoine McCord on Electronic Message Federal Records Preservation
**Date:** Tuesday, March 10, 2026 12:06:23 PM

## Reminder from Chief Information Officer Antoine McCord on Electronic Message Federal Records Preservation

**March 10, 2026**

**Reminder from Chief Information Officer Antoine McCord on Electronic Message Federal Records Preservation**

Colleagues,

This is a reminder that all DHS employees must preserve their electronic messaging records. Federal law and DHS policy require the retention of all federal records, including electronic messages. Electronic messages include email and any tools used to communicate for work, such as text messages (SMS), iMessage, Teams, and encrypted apps like Signal or WhatsApp.

Because DHS Components operate in separate network enclaves and manage their own messaging environments, the way electronic messages are captured and archived can differ by Component. Some Components have technical controls that automatically retain certain types of messages, while others may rely more heavily on user action. For example, Department-wide Outlook and Teams messages are automatically retained and preserved. Regardless of these technical differences, the requirement to preserve all federal records is the same for every employee.

If employees send work-related messages using a phone's SMS or iMessage app, or an approved encrypted app such as Signal or WhatsApp, those messages must be archived. Employees should work with their Component records office and CIO office to understand the appropriate archiving options.

To comply with the Freedom of Information Act and the Federal Records Act, all employees must routinely save a copy of these electronic messaging records after sending or receiving them. This is the same requirement that already applies to work emails sent from non-government devices or non-government email accounts.

When using electronic messaging on your phone (SMS, iMessage) or encrypted apps (such as Signal or WhatsApp), please remember:

- All work-related communications and records are considered official government records and must be preserved, regardless of format.
- This manual archiving requirement does not apply to messages sent in mobile Outlook or Teams, which are archived automatically.
- DHS policy requires employees to use work devices for all work-related activities. If work communications appear on a personal device, the employee must preserve them and transfer them to a work device—for example, by taking screenshots and emailing them to a DHS email account, or forwarding the messages.
  - This transfer to an official account must be completed within 20 days, and the original messages must be deleted from the personal account once the



Evans 9
EXHIBIT
DATE: 3/31/26
SUSAN ASHE

employee has confirmed they are archived in a DHS system. This requirement applies to all electronic messages, including SMS and emails.

* Employees are responsible for ensuring that any auto-delete features for messaging are turned off on DHS work devices.

For additional guidance on how to archive your electronic messages, please see directions in DHS Form EM210, "Electronic Messaging Retention and Attestation." If you have any questions or require additional assistance, please contact DHS Records Management, dhsrecordsmanagement@hq.dhs.gov.

Antoine McCord

Chief Information Officer

U.S. Department of Homeland Security

This email was sent to ███████████████ on behalf of the U.S. Department of Homeland Security Employee Communications | DHS.gov
Please do not reply to this message. It was sent from an unattended mailbox.

# EXHIBIT K



# Electronic Messaging Retention and Attestation

Departmental guidance requires all employees to acknowledge their responsibility to preserve electronic messages meeting the definition of a federal record by using DHS Form EM 210, or your component's equivalent form. Listed below are some messages covered by this requirement:

- Text Messages
- Messaging applications
- Social media messaging applications

DHS requires the use of the attestation forms when offboarding, relinquishing, or replacing an electronic mobile device.

Please contact your respective Records Officer or Records Liaison to obtain your component's Electronic Messaging Retention and Attestation form.

**I hereby certify that I have read and understand my responsibilities in completing the Electronic Messaging Retention and Attestation form.**

*Select the checkbox to proceed*