Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF TSUKI HOSHIJIMA** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF TSUKI HOSHIJIMA, No. 3:25-CV-03698-SI

**DECLARATION OF TSUKI HOSHIJIMA**

I, Tsuki Hoshijima, declare as follows:

1.      I am a member in good standing of the District of Columbia Bar and the State Bar of Massachusetts. I am admitted pro hac vice in this case. I represent all Union and Non-Profit Organization Plaintiffs (except NRDC) and Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD in this action. This declaration is based on my personal knowledge, information, and belief.  This declaration is submitted in support of Plaintiffs' reply in support of their motion for Rule 37(e) remedies.

2.      On May 12, 2026, Defendants made a production of documents that they described in their cover email as "FEMA-related Signal chats from Karen Evans's personal phone."  The next day, Defendants sent a privilege log for the production.  That privilege log is attached as **Exhibit A**.  The "filename" column includes the name of the Signal individual or group chat. Defendants redacted or withheld a number of Signal messages based on an assertion of attorney-client privilege, including for Signal groups called "CA EO." "Disaster Response Updates," "FEMA HQ," and "Winter Storm Team."  Attached as **Exhibit B** are two images of Signal messages from Karen Evans' personal phone that Defendants redacted based on attorney-client privilege.  The redactions include Signal messages from James Percival, the General Counsel of the Department of Homeland Security.

3.      On June 12, 2026, at 12:45pm Pacific Time, the personal counsel for Karen Evans, Jason Greaves, sent errata sheets for Evans' deposition transcripts by email to Plaintiffs. Defendants attached that errata to their opposition to Plaintiffs' Rule 37(e) motion later that day. ECF 420-2 at 33–39.  That errata substantively changed Evans' May 26, 2026 testimony by striking references to her interactions with Department of Justice lawyers.  *Id.* at 34.  Defendants relied on that errata in their brief, ECF 420 at 11, to support their representation that the Department of Justice did not know about Evans' Signal backup at the time she made it.

4.      Department of Justice attorneys attended Evans' May 26, 2026 deposition in person.  *See* 5/26 Evans Dep. at 2 (listing appearances).  They were present when Evans testified about her interactions with the Department of Justice and the Department of Justice's knowledge

of her Signal backup.  However, the Department of Justice attorneys in attendance never made any attempt that day to correct Evans' testimony.  Nor did the Department of Justice make any attempt to correct that testimony at any time before Evans' personal counsel provided the errata on June 12, 2026.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 17, 2026, in Somerville, MA.

_____
Tsuki Hoshijima

DECLARATION OF TSUKI HOSHIJIMA, CASE NO. 3:25-CV-03698-SI

# Exhibit A

| Prod_BEGDOC# | Prod_ENDDOC# | FILENAME | TAG - Privilege | TAG - Privilege Description | TAG - Redaction |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0425562 | USA-AFGE-Exp.-0425562 | Adam Stahl_001 | PII - Personal Privacy | Personal cell phone numbers are redacted as PII. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425567 | USA-AFGE-Exp.-0425567 | Andrew Ott_001 | PII - Personal Privacy | Personal cell phone redacted as PII. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426431 | USA-AFGE-Exp.-0426431 | Andrew Whitacre_001 | PII - Personal Privacy | Personal cell phone redacted as PII | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426435 | USA-AFGE-Exp.-0426435 | Andrew Whitacre_002 | DP - Deliberative Process | Deliberative discussion seeking final approval for agency action. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425557 | USA-AFGE-Exp.-0425557 | Biloxi_001 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration in Biloxi. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425559 | USA-AFGE-Exp.-0425559 | Biloxi_003 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration in Biloxi. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425560 | USA-AFGE-Exp.-0425560 | Biloxi_004 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration in Biloxi. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425561 | USA-AFGE-Exp.-0425561 | Biloxi_005 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration in Biloxi. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425518 | USA-AFGE-Exp.-0425518 | Biloxi_006 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration in Biloxi. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425519 | USA-AFGE-Exp.-0425519 | Biloxi_007 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration in Biloxi. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425569 | USA-AFGE-Exp.-0425569 | CA EO_002 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425570 | USA-AFGE-Exp.-0425570 | CA EO_003 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425571 | USA-AFGE-Exp.-0425571 | CA EO_004 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425572 | USA-AFGE-Exp.-0425572 | CA EO_005 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425573 | USA-AFGE-Exp.-0425573 | CA EO_006 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425574 | USA-AFGE-Exp.-0425574 | CA EO_007 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425575 | USA-AFGE-Exp.-0425575 | CA EO_008 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425576 | USA-AFGE-Exp.-0425576 | CA EO_009 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425577 | USA-AFGE-Exp.-0425577 | CA EO_010 | AC - Attorney Client Privilege; DP - Deliberative Process | Deliberative discussions and advise from counsel regarding Executive Order re California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425521 | USA-AFGE-Exp.-0425521 | Disaster Response Updates_001 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425522 | USA-AFGE-Exp.-0425522 | Disaster Response Updates_002 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425523 | USA-AFGE-Exp.-0425523 | Disaster Response Updates_003 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425526 | USA-AFGE-Exp.-0425526 | Disaster Response Updates_006 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425527 | USA-AFGE-Exp.-0425527 | Disaster Response Updates_007 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425528 | USA-AFGE-Exp.-0425528 | Disaster Response Updates_008 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425536 | USA-AFGE-Exp.-0425536 | Disaster Response Updates_016 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425813 | USA-AFGE-Exp.-0425813 | FEMA ESEC_038 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425814 | USA-AFGE-Exp.-0425814 | FEMA ESEC_039 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425540 | USA-AFGE-Exp.-0425540 | FEMA HQ_001 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425541 | USA-AFGE-Exp.-0425541 | FEMA HQ_002 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425542 | USA-AFGE-Exp.-0425542 | FEMA HQ_003 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |

| | | | | | |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0425543 | USA-AFGE-Exp.-0425543 | FEMA HQ_004 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425544 | USA-AFGE-Exp.-0425544 | FEMA HQ_005 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425545 | USA-AFGE-Exp.-0425545 | FEMA HQ_006 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425546 | USA-AFGE-Exp.-0425546 | FEMA HQ_007 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425547 | USA-AFGE-Exp.-0425547 | FEMA HQ_008 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425548 | USA-AFGE-Exp.-0425548 | FEMA HQ_009 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425549 | USA-AFGE-Exp.-0425549 | FEMA HQ_010 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425550 | USA-AFGE-Exp.-0425550 | FEMA HQ_011 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425702 | USA-AFGE-Exp.-0425702 | FEMA QUEENS_002 | DP - Deliberative Process | Deliberative discussions regarding proposed contracts. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425703 | USA-AFGE-Exp.-0425703 | FEMA QUEENS_003 | AC - Attorney Client Privilege; DP - Deliberative Process | Communications reflecting pre-decisional discussions and attorney client communications regarding the Katrina Letter. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425704 | USA-AFGE-Exp.-0425704 | FEMA QUEENS_004 | DP - Deliberative Process | Deliberative discussions regarding contracts. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425647 | USA-AFGE-Exp.-0425647 | FEMA QUEENS_010 | DP - Deliberative Process | Deliberative discussions regarding draft statement re staffing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425648 | USA-AFGE-Exp.-0425648 | FEMA QUEENS_011 | DP - Deliberative Process | Deliberative discussions regarding California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425659 | USA-AFGE-Exp.-0425659 | FEMA QUEENS_022 | DP - Deliberative Process | Deliberative discussions regarding individual termination. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425665 | USA-AFGE-Exp.-0425665 | FEMA QUEENS_028 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425666 | USA-AFGE-Exp.-0425666 | FEMA Rapid Response_001 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425668 | USA-AFGE-Exp.-0425668 | FEMA Rapid Response_003 | DP - Deliberative Process | Deliberative discussions regarding California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425669 | USA-AFGE-Exp.-0425669 | FEMA Rapid Response_004 | DP - Deliberative Process | Deliberative discussions regarding California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425670 | USA-AFGE-Exp.-0425670 | FEMA Rapid Response_005 | DP - Deliberative Process | Deliberative discussions regarding California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425671 | USA-AFGE-Exp.-0425671 | FEMA Rapid Response_006 | DP - Deliberative Process | Deliberative discussions regarding California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425672 | USA-AFGE-Exp.-0425672 | FEMA Rapid Response_007 | DP - Deliberative Process | Deliberative discussions regarding California. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425674 | USA-AFGE-Exp.-0425674 | FEMA Rapid Response_009 | DP - Deliberative Process | Deliberative discussions regarding California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425675 | USA-AFGE-Exp.-0425675 | FEMA Rapid Response_010 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425676 | USA-AFGE-Exp.-0425676 | FEMA Rapid Response_011 | DP - Deliberative Process | Deliberative communications regarding Collective Bargaining Agreement | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425679 | USA-AFGE-Exp.-0425679 | FEMA Rapid Response_014 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425680 | USA-AFGE-Exp.-0425680 | FEMA Rapid Response_015 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425681 | USA-AFGE-Exp.-0425681 | FEMA Rapid Response_016 | DP - Deliberative Process | Deliberative discussions regarding whether to meet with a governor. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425684 | USA-AFGE-Exp.-0425684 | FEMA Rapid Response_019 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425685 | USA-AFGE-Exp.-0425685 | FEMA Rapid Response_020 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425686 | USA-AFGE-Exp.-0425686 | FEMA Rapid Response_021 | DP - Deliberative Process | Deliberative discussions regarding draft statement to the press. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425687 | USA-AFGE-Exp.-0425687 | FEMA Rapid Response_022 | DP - Deliberative Process | Deliberative discussions regarding draft statement to the press. | REDACTION COMPLETE |

| | | | | | |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0425688 | USA-AFGE-Exp.-0425688 | FEMA Rapid Response_023 | DP - Deliberative Process | Deliberative discussions regarding draft statement to the press. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425691 | USA-AFGE-Exp.-0425691 | FEMA Rapid Response_026 | DP - Deliberative Process | Deliberative discussions regarding press statement re funding. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425692 | USA-AFGE-Exp.-0425692 | FEMA Rapid Response_027 | DP - Deliberative Process | Deliberative discussions regarding FEMA GO. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425693 | USA-AFGE-Exp.-0425693 | FEMA Rapid Response_028 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425707 | USA-AFGE-Exp.-0425707 | FEMA Rapid Response_037 | DP - Deliberative Process | Deliberative discussions regarding site visit. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425708 | USA-AFGE-Exp.-0425708 | FEMA Rapid Response_038 | DP - Deliberative Process | Deliberative discussions regarding talking points for NSC meeting. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425709 | USA-AFGE-Exp.-0425709 | FEMA Rapid Response_039 | DP - Deliberative Process | Deliberative discussions regarding talking points for NSC meeting. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425711 | USA-AFGE-Exp.-0425711 | FEMA Rapid Response_041 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425712 | USA-AFGE-Exp.-0425712 | FEMA Rapid Response_042 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425713 | USA-AFGE-Exp.-0425713 | FEMA Rapid Response_043 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425714 | USA-AFGE-Exp.-0425714 | FEMA Rapid Response_044 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425715 | USA-AFGE-Exp.-0425715 | FEMA Rapid Response_045 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425716 | USA-AFGE-Exp.-0425716 | FEMA Rapid Response_046 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425717 | USA-AFGE-Exp.-0425717 | FEMA Rapid Response_047 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425718 | USA-AFGE-Exp.-0425718 | FEMA Rapid Response_048 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425719 | USA-AFGE-Exp.-0425719 | FEMA Rapid Response_049 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425720 | USA-AFGE-Exp.-0425720 | FEMA Rapid Response_050 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425721 | USA-AFGE-Exp.-0425721 | FEMA Rapid Response_051 | DP - Deliberative Process | Deliberative discussions regarding public statement re decision regarding individual employee and talking points re shutdown impacts. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425722 | USA-AFGE-Exp.-0425722 | FEMA Rapid Response_052 | DP - Deliberative Process | Deliberative discussions regarding public talking points re shutdown. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425727 | USA-AFGE-Exp.-0425727 | FEMA Rapid Response_057 | DP - Deliberative Process | Deliberative discussions regarding messaging re shutdown. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425728 | USA-AFGE-Exp.-0425728 | FEMA Rapid Response_058 | DP - Deliberative Process | Deliberative discussions regarding messaging re shutdown and communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425729 | USA-AFGE-Exp.-0425729 | FEMA Rapid Response_059 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425730 | USA-AFGE-Exp.-0425730 | FEMA Rapid Response_060 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425731 | USA-AFGE-Exp.-0425731 | FEMA Rapid Response_061 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425732 | USA-AFGE-Exp.-0425732 | FEMA Rapid Response_062 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425733 | USA-AFGE-Exp.-0425733 | FEMA Rapid Response_063 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425734 | USA-AFGE-Exp.-0425734 | FEMA Rapid Response_064 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425735 | USA-AFGE-Exp.-0425735 | FEMA Rapid Response_065 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425736 | USA-AFGE-Exp.-0425736 | FEMA Rapid Response_066 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425737 | USA-AFGE-Exp.-0425737 | FEMA Rapid Response_067 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425739 | USA-AFGE-Exp.-0425739 | FEMA Rapid Response_068 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |

| | | | | | |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0425740 | USA-AFGE-Exp.-0425740 | FEMA Rapid Response_069 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425741 | USA-AFGE-Exp.-0425741 | FEMA Rapid Response_070 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425742 | USA-AFGE-Exp.-0425742 | FEMA Rapid Response_071 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425743 | USA-AFGE-Exp.-0425743 | FEMA Rapid Response_072 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425744 | USA-AFGE-Exp.-0425744 | FEMA Rapid Response_073 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425745 | USA-AFGE-Exp.-0425745 | FEMA Rapid Response_074 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425746 | USA-AFGE-Exp.-0425746 | FEMA Rapid Response_075 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425747 | USA-AFGE-Exp.-0425747 | FEMA Rapid Response_076 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425748 | USA-AFGE-Exp.-0425748 | FEMA Rapid Response_077 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425749 | USA-AFGE-Exp.-0425749 | FEMA Rapid Response_078 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425750 | USA-AFGE-Exp.-0425750 | FEMA Rapid Response_079 | DP - Deliberative Process | Deliberative discussions regarding communications re disbursements of funds. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425752 | USA-AFGE-Exp.-0425752 | FEMA Rapid Response_081 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425753 | USA-AFGE-Exp.-0425753 | FEMA Rapid Response_082 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425754 | USA-AFGE-Exp.-0425754 | FEMA Rapid Response_083 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425755 | USA-AFGE-Exp.-0425755 | FEMA Rapid Response_084 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425756 | USA-AFGE-Exp.-0425756 | FEMA Rapid Response_085 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425757 | USA-AFGE-Exp.-0425757 | FEMA Rapid Response_086 | DP - Deliberative Process | Deliberative discussions regarding communications re DRF. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425759 | USA-AFGE-Exp.-0425759 | FEMA Rapid Response_088 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425760 | USA-AFGE-Exp.-0425760 | FEMA Rapid Response_089 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425761 | USA-AFGE-Exp.-0425761 | FEMA Rapid Response_090 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425762 | USA-AFGE-Exp.-0425762 | FEMA Rapid Response_091 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425763 | USA-AFGE-Exp.-0425763 | FEMA Rapid Response_092 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425764 | USA-AFGE-Exp.-0425764 | FEMA Rapid Response_093 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425765 | USA-AFGE-Exp.-0425765 | FEMA Rapid Response_094 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425766 | USA-AFGE-Exp.-0425766 | FEMA Rapid Response_095 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425767 | USA-AFGE-Exp.-0425767 | FEMA Rapid Response_096 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425768 | USA-AFGE-Exp.-0425768 | FEMA Rapid Response_097 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425774 | USA-AFGE-Exp.-0425774 | FEMA Rapid Response_103 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425775 | USA-AFGE-Exp.-0425775 | FEMA Rapid Response_104 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425776 | USA-AFGE-Exp.-0425776 | FEMA Rapid Response_105 | DP - Deliberative Process | Deliberative communications regarding Congressional hearings. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425777 | USA-AFGE-Exp.-0425777 | FEMA Rapid Response_106 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | REDACTION COMPLETE |

| | | | | | |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0425778 | USA-AFGE-Exp.-0425778 | FEMA Rapid Response_107 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425779 | USA-AFGE-Exp.-0425779 | FEMA Rapid Response_108 | DP - Deliberative Process | Deliberative discussions regarding how to respond to Congressional hearing. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425819 | USA-AFGE-Exp.-0425819 | Fred Doucette_001 | DP - Deliberative Process | Deliberative discussions regarding Vermont disaster declaration. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425820 | USA-AFGE-Exp.-0425820 | Fred Doucette_002 | DP - Deliberative Process | Deliberative discussions regarding Vermont disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425821 | USA-AFGE-Exp.-0425821 | Fred Doucette_003 | DP - Deliberative Process | Deliberative discussions regarding Vermont disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425822 | USA-AFGE-Exp.-0425822 | Fred Doucette_004 | DP - Deliberative Process | Deliberative discussions regarding Vermont disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425591 | USA-AFGE-Exp.-0425591 | Gregg Phillips_005 | DP - Deliberative Process | Deliberative discussions concerning funding decisions and security clearances. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425592 | USA-AFGE-Exp.-0425592 | Gregg Phillips_006 | DP - Deliberative Process | Deliberative communications regarding guidance from White House. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425593 | USA-AFGE-Exp.-0425593 | Gregg Phillips_007 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425835 | USA-AFGE-Exp.-0425835 | Joe Guy_002 | DP - Deliberative Process | Deliberative discussions regarding FEMA Review Council. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425836 | USA-AFGE-Exp.-0425836 | Joe Guy_003 | DP - Deliberative Process | Deliberative discussions regarding FEMA Review Council. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425838 | USA-AFGE-Exp.-0425838 | Joe Guy_005 | DP - Deliberative Process | Deliberative discussions regarding individual staffing decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425839 | USA-AFGE-Exp.-0425839 | Joe Guy_006 | DP - Deliberative Process | Deliberative discussions regarding funding in Florida. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425840 | USA-AFGE-Exp.-0425840 | Joe Guy_008 | DP - Deliberative Process | Deliberative discussions regarding funding in Florida. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425841 | USA-AFGE-Exp.-0425841 | Joe Guy_009 | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Deliberative discussions regarding funding in Florida. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425860 | USA-AFGE-Exp.-0425860 | Kara Voorhis_001 | PII - Personal Privacy | Redacted personal cell phone number as PII. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425861 | USA-AFGE-Exp.-0425861 | Kara Voorhis_002 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425862 | USA-AFGE-Exp.-0425862 | Kara Voorhis_003 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425863 | USA-AFGE-Exp.-0425863 | Kara Voorhis_004 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425869 | USA-AFGE-Exp.-0425869 | Kara Voorhis_010 | DP - Deliberative Process | Deliberative discussions regarding FEMA Review Council. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425870 | USA-AFGE-Exp.-0425870 | Kara Voorhis_011 | DP - Deliberative Process | Deliberative discussions regarding FEMA Review Council. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425873 | USA-AFGE-Exp.-0425873 | Kara Voorhis_014 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425875 | USA-AFGE-Exp.-0425875 | Kara Voorhis_016 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425876 | USA-AFGE-Exp.-0425876 | Kara Voorhis_017 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425877 | USA-AFGE-Exp.-0425877 | Kara Voorhis_018 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425878 | USA-AFGE-Exp.-0425878 | Kara Voorhis_019 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425879 | USA-AFGE-Exp.-0425879 | Kara Voorhis_020 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425881 | USA-AFGE-Exp.-0425881 | Kara Voorhis_022 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425882 | USA-AFGE-Exp.-0425882 | Kara Voorhis_023 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425883 | USA-AFGE-Exp.-0425883 | Kara Voorhis_024 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425884 | USA-AFGE-Exp.-0425884 | Kara Voorhis_025 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425885 | USA-AFGE-Exp.-0425885 | Kara Voorhis_026 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425886 | USA-AFGE-Exp.-0425886 | Kara Voorhis_027 | DP - Deliberative Process | Deliberative communications related to cyber incidents. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425889 | USA-AFGE-Exp.-0425889 | Kara Voorhis_030 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425892 | USA-AFGE-Exp.-0425892 | Kara Voorhis_033 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425897 | USA-AFGE-Exp.-0425897 | Kara Voorhis_038 | DP - Deliberative Process | Deliberative communications regarding Puerto Rico. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425908 | USA-AFGE-Exp.-0425908 | Karen Gregg Kara + Joe_002 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425909 | USA-AFGE-Exp.-0425909 | Karen Gregg Kara + Joe_003 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425910 | USA-AFGE-Exp.-0425910 | Karen Gregg Kara + Joe_004 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |

| | | | | | |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0425911 | USA-AFGE-Exp.-0425911 | Karen Gregg Kara + Joe_005 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425921 | USA-AFGE-Exp.-0425921 | Karen Gregg Kara + Joe_015 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425922 | USA-AFGE-Exp.-0425922 | Karen Gregg Kara + Joe_016 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425923 | USA-AFGE-Exp.-0425923 | Karen Gregg Kara + Joe_017 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425924 | USA-AFGE-Exp.-0425924 | Karen Gregg Kara + Joe_018 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425925 | USA-AFGE-Exp.-0425925 | Karen Gregg Kara + Joe_019 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425933 | USA-AFGE-Exp.-0425933 | Karen Gregg Kara + Joe_029 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425934 | USA-AFGE-Exp.-0425934 | Karen Gregg Kara + Joe_030 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425938 | USA-AFGE-Exp.-0425938 | Karen Gregg Kara + Joe_034 | DP - Deliberative Process | Deliberative discussions related to issues stemming from the shutdown. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425940 | USA-AFGE-Exp.-0425940 | Karen Gregg Kara + Joe_036 | DP - Deliberative Process | Deliberative discussions related to issues stemming from the shutdown. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425941 | USA-AFGE-Exp.-0425941 | Karen Gregg Kara + Joe_037 | DP - Deliberative Process | Deliberative discussions related to issues stemming from the shutdown. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425942 | USA-AFGE-Exp.-0425942 | Karen Gregg Kara + Joe_038 | DP - Deliberative Process | Deliberative discussions related to issues stemming from the shutdown. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425943 | USA-AFGE-Exp.-0425943 | Karen Gregg Kara + Joe_039 | DP - Deliberative Process | Deliberative discussions related to emergency declarations | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425944 | USA-AFGE-Exp.-0425944 | Karen Gregg Kara + Joe_040 | DP - Deliberative Process | | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425945 | USA-AFGE-Exp.-0425945 | Karen Gregg Kara + Joe_041 | DP - Deliberative Process | Deliberative discussions related to emergency declarations | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425946 | USA-AFGE-Exp.-0425946 | Karen Gregg Kara + Joe_042 | DP - Deliberative Process | Deliberative discussions related to emergency declarations | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425947 | USA-AFGE-Exp.-0425947 | Karen Gregg Kara + Joe_043 | DP - Deliberative Process | Deliberative discussions related to emergency declarations | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425948 | USA-AFGE-Exp.-0425948 | Karen Gregg Kara + Joe_044 | DP - Deliberative Process | Deliberative discussions related to emergency declarations | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425970 | USA-AFGE-Exp.-0425970 | Victoria Barton_006 | DP - Deliberative Process | Deliberative discussions regarding reasonable accommodations | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425971 | USA-AFGE-Exp.-0425971 | Victoria Barton_007 | DP - Deliberative Process | Deliberative discussions related to CORE payscale | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425972 | USA-AFGE-Exp.-0425972 | Victoria Barton_008 | DP - Deliberative Process | Deliberative discussions related to CORE payscale | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425973 | USA-AFGE-Exp.-0425973 | Victoria Barton_009 | DP - Deliberative Process | Deliberative discussions regarding California. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425982 | USA-AFGE-Exp.-0425982 | Victoria Barton_018 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425983 | USA-AFGE-Exp.-0425983 | Victoria Barton_019 | DP - Deliberative Process | Deliberative discussions regarding funding decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425961 | USA-AFGE-Exp.-0425961 | Victoria Barton_020 | DP - Deliberative Process | Deliberative communications related to draft talking points. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425987 | USA-AFGE-Exp.-0425987 | Victoria Barton_023 | PII - Personal Privacy | Redacted cell phone number for governor as PII | REDACTION COMPLETE |
| USA-AFGE-Exp.-0425988 | USA-AFGE-Exp.-0425988 | Victoria Barton_024 | DP - Deliberative Process | Deliberative discussions regarding talking points re winter storm | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425989 | USA-AFGE-Exp.-0425989 | Victoria Barton_025 | DP - Deliberative Process | Deliberative discussions regarding talking points re winter storm | WITHHELD for Privilege |
| USA-AFGE-Exp.-0425992 | USA-AFGE-Exp.-0425992 | Victoria Barton_040 | DP - Deliberative Process | Deliberative discussions regarding grantmaking decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426012 | USA-AFGE-Exp.-0426012 | Victoria Barton_041 | DP - Deliberative Process | Deliberative communications related to individual employee personnel decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426013 | USA-AFGE-Exp.-0426013 | Victoria Barton_042 | DP - Deliberative Process | Deliberative communications related to individual employee personnel decisions. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426021 | USA-AFGE-Exp.-0426021 | Victoria Barton_050 | DP - Deliberative Process | Deliberative communications related to shutdown messaging | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426022 | USA-AFGE-Exp.-0426022 | Victoria Barton_051 | DP - Deliberative Process | Deliberative communications related to shutdown messaging | WITHHELD for Privilege |
| USA-AFGE-Exp.-0426023 | USA-AFGE-Exp.-0426023 | Victoria Barton_052 | DP - Deliberative Process | Deliberative communications related to shutdown messaging | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426040 | USA-AFGE-Exp.-0426040 | Winter Storm Team_013 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0426041 | USA-AFGE-Exp.-0426041 | Winter Storm Team_014 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0426054 | USA-AFGE-Exp.-0426054 | Winter Storm Team_027 | DP - Deliberative Process | Deliberative communications related to messaging about winter storm. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0426055 | USA-AFGE-Exp.-0426055 | Winter Storm Team_028 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426074 | USA-AFGE-Exp.-0426074 | Winter Storm Team_047 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426075 | USA-AFGE-Exp.-0426075 | Winter Storm Team_048 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426085 | USA-AFGE-Exp.-0426085 | Winter Storm Team_058 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |

| | | | | | |
|---|---|---|---|---|---|
| USA-AFGE-Exp.-0426086 | USA-AFGE-Exp.-0426086 | Winter Storm Team_059 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426097 | USA-AFGE-Exp.-0426097 | Winter Storm Team_075 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426099 | USA-AFGE-Exp.-0426099 | Winter Storm Team_076 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | WITHHELD for Privilege |
| USA-AFGE-Exp.-0426100 | USA-AFGE-Exp.-0426100 | Winter Storm Team_077 | AC - Attorney Client Privilege | Legal advice regarding briefing memo | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426102 | USA-AFGE-Exp.-0426102 | Winter Storm Team_078 | AC - Attorney Client Privilege | Legal advice regarding briefing memo | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426220 | USA-AFGE-Exp.-0426220 | Winter Storm Team_198 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426262 | USA-AFGE-Exp.-0426262 | Winter Storm Team_231 | DP - Deliberative Process | Deliberative communications related to winter storm messaging. | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426305 | USA-AFGE-Exp.-0426305 | Winter Storm Team_310 | PII - Personal Privacy | Personal cell phone number for Governor redacted as PII | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426310 | USA-AFGE-Exp.-0426310 | Winter Storm Team_312 | DP - Deliberative Process | Personal cell phone number of Governor redacted as PII | REDACTION COMPLETE |
| USA-AFGE-Exp.-0426402 | USA-AFGE-Exp.-0426402 | Winter Storm Team_349 | DP - Deliberative Process | Deliberative discussions regarding disaster declaration. | REDACTION COMPLETE |

# Exhibit B



USA-AFGE-Exp.-0425575



USA-AFGE-Exp.-0426102