Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>             Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF ELIZABETH ESHLEMAN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Eshleman Decl. ISO Pls.' Admin. Mot. to Exceed Page Limit, No. 3:25-cv-03698-SI

# DECLARATION OF ELIZABETH ESHLEMAN

I, Elizabeth Eshleman, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. On June 16, 2026, I provided notice to counsel for Defendants of Plaintiffs' intent to file an Administrative Motion seeking leave to file a reply brief in support of preliminary injunctive relief of up to 25 pages, and requested Defendants' position.

3. Counsel for Defendants responded that Defendants oppose Plaintiffs' request for additional pages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 17, 2026, in San Francisco, California.

_____
Elizabeth Eshleman