Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **THIRD SUPPLEMENTAL DECLARATION OF KHAALIS JACKSON** |

Third Supplemental Declaration of AFGE Local 4060 President Khaalis Jackson, No. 3:25-cv-03698-SI

## DECLARATION OF KHAALIS JACKSON

I, Khaalis Jackson, declare as follows:

1.    I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief and supplements the declarations I previously provided in support of Plaintiffs' motion for preliminary injunction (ECF 303, 314-2, 414).

2.    I am the President of the American Federation of Government Employees Local 4060 ("AFGE Local 4060" or the "Union"). The American Federation of Government Employees, AFL-CIO ("AFGE"), is a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals nationwide. AFGE Local 4060 represents Federal Emergency Management Agency ("FEMA") employees throughout the United States.

3.    In my second supplemental declaration, I described, among other things, a recent all-employee meeting at which FEMA leadership stated that DHS is still controlling decisions regarding FEMA CORE staffing. ECF 414.

4.    Since that declaration, information has come to the union's attention from a FEMA employee, who wishes to remain anonymous, regarding a recent town-hall meeting with FEMA's Resilience Directorate. Nominated FEMA Administrator Cameron Hamilton participated in the meeting. Mr. Hamilton informed Resilience Directorate employees that FEMA would need to check with DHS about the length of CORE term extensions before providing information about such extensions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 16, 2026, in Kansas City, Missouri.

Khaalis Jackson

Third Supplemental Declaration of AFGE Local 4060 President Khaalis Jackson, No. 3:25-cv-03698-SI

1