Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF JACQUELINE TSAI** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Declaration of Jacqueline Tsai, Case No. 3:25-cv-03698-SI

**DECLARATION OF JACQUELINE TSAI**

I, Jacqueline Tsai, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  I am a paralegal at the law firm of Altshuler Berzon LLP.  I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2.      A true and correct copy is attached hereto as **Exhibit A** of a press release from May 7, 2026 entitled "FEMA Review Council Releases Final Report, " downloaded from the following website: https://www.fema.gov/press-release/20260507/fema-review-council-releases-final-report.

3.      A true and correct copy is attached hereto as **Exhibit B** of AP News, *Mullin pledges progress on disaster relief during his first official trip as DHS secretary* (Apr. 7, 2026), downloaded from the following website: https://apnews.com/article/fema-mullin-north-carolina-hurricane-helene-cbp-aabf3ae1d3cd82d0a158090ea287085a.

4.      A true and correct copy is attached hereto as **Exhibit C** of The Guardian, *DHS secretary calls for US states to lead disaster response instead of Fema* (Apr. 7, 2026), downloaded from the following website: https://www.theguardian.com/us-news/2026/apr/07/dhs-secretary-state-fema-disaster-response.

5.      A true and correct copy is attached hereto as **Exhibit D** of Center for Economic and Policy Research, *What Markwayne Mullin's Confirmation Hearing Tells Us About FEMA* (Mar. 24, 2026), downloaded from the following website: https://cepr.net/publications/what-markwayne-mullins-confirmation-hearing-tells-us-about-fema/.

6.      A true and correct copy is attached hereto as **Exhibit E** of AP News, *Trump-appointed FEMA Review Council proposes sweeping changes to federal disaster support* (May 7, 2026), downloaded from the following website: https://apnews.com/article/fema-review-council-markwayne-mullin-disasters-22540cc138b3e55762c44306a3e97d8e.

7.      A true and correct copy is attached hereto as **Exhibit F** of Federal News Network, *USDA employees facing relocation weigh whether to stay or go. Some are eligible for incentives either way* (June 11, 2026), downloaded from the following website:

Declaration of Jacqueline Tsai, Case No. 3:25-cv-03698-SI

https://federalnewsnetwork.com/workforce/2026/06/usda-employees-facing-relocation-weigh-whether-to-stay-or-go-some-are-eligible-for-incentives-either-way/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed June 17, 2026, in San Francisco, California.

_____

JACQUELINE TSAI

Declaration of Jacqueline Tsai, Case No. 3:25-cv-03698-SI

# Exhibit A

# FEMA Review Council Releases Final Report

**Release Date: May 7, 2026**

WASHINGTON -- The president's Federal Emergency Management Agency (FEMA) Review Council today released its final report, marking a major milestone in the administration's ongoing efforts to strengthen FEMA's mission, operations and accountability. The council, established by President Trump, conducted a thorough review of FEMA's capabilities, challenges and opportunities for reform.

"Under President Trump's leadership, FEMA is committed to getting resources directly to the communities and people who need them most," said **Department of Homeland Security (DHS) Secretary Markwayne Mullin.** "FEMA is not the first responder, but rather a force multiplier standing shoulder to shoulder with states, tribes, and local governments to ensure rapid and effective recovery. We are driving ahead, transforming FEMA into a streamlined, mission-focused agency that delivers results. Our readiness is stronger than ever, and we are prepared to meet any challenge that comes our way."

Appointed by President Donald J. Trump, the FEMA Review Council is comprised of senior leaders and disaster response experts from across the nation, including Secretary of Homeland Security Markwayne Mullin, Secretary of War Pete Hegseth and representatives from state and local governments, emergency management and law enforcement. The council's mandate is to advise the president on FEMA's ability to capably and impartially address disasters and to recommend changes that best serve the national interest.

Independent of the council's work, the Trump Administration has already implemented reforms and improvements to FEMA. Despite a cumulative lapse in DHS funding for more than 100 days, Secretary Mullin's leadership has driven significant enhancements to FEMA operations, fiscal transparency, fraud prevention and readiness, resulting in an organization that is leaner, faster and laser-focused on delivering value to taxpayers and supporting state, local, tribal and territorial partners before, during and after disasters.



# Exhibit B

ADVERTISEMENT

**HURRICANE SEASON**       Photos: Melissa's impact    Tracking map    How to help    What science says

U.S. NEWS

# Mullin pledges progress on disaster relief during his first official trip as DHS secretary




1 of 3 |  Homeland Security Secretary Markwayne Mullin, right, talks with Mayor Peter O'Leary, during a trip to survey damage caused by Hurricane Helene, Tuesday, April 7, 2026 in Chimney Rock, N.C. This is Mullin's first official trip since replacing Kristi Noem. (AP Photo Rebecca Santana)

BY  REBECCA SANTANA AND GABRIELA AOUN ANGUEIRA

Updated 3:00 PM PDT, April 7, 2026

CHIMNEY ROCK, N.C. (AP) — Homeland Security Secretary Markwayne Mullin on Tuesday toured North Carolina areas devastated by Hurricane Helene in 2024, revealing plans to prioritize relief to disaster-impacted communities on his first official trip since replacing Kristi Noem, whose leadership cast uncertainty over federal disaster response.

While the trip focused on emergency management, Mullin also weighed in on immigration enforcement, a centerpiece policy of the Trump administration, which his department also oversees. He suggested he might halt customs processing at airports serving cities whose local governments resist the administration's immigration policies, a move that would align with his predecessor's hardline approach.

At his confirmation hearing last month, Mullin tried to project a softer tone on immigration enforcement, after a backlash over high-profile operations and the deaths of two Americans at the hands of federal officers. Mullin also signaled a different approach to the Federal Emergency Management Agency following criticism of Noem's policies.

A

D

A
D
V
E
R
T
IS
E
M
E
N
T

At a roundtable discussion Tuesday, Mullin said FEMA was focused on catching up on past disaster work and clearing a backlog of needs that stacked up during his predecessor's tenure ahead of the Atlantic hurricane season, which begins June 1.

---

### RELATED STORIES



**Trump's pick to lead FEMA pledges to be 'fair and reasonable' in assessing disaster aid requests**

2 MIN READ



**Trump nominates Cameron Hamilton, fired after defending FEMA, to lead the agency**

4 MIN READ    💬 119



**Trump-appointed FEMA Review Council proposes sweeping changes to federal disaster support**

4 MIN READ    💬 11

"Disasters are happening constantly," Mullin said, adding that he would brief President Donald Trump Tuesday on the 22 still pending major disaster declaration requests from states and tribes across the U.S. "We're trying to push this stuff forward as fast as possible."



Mullin also said he "may have identified" a candidate for permanent administrator of FEMA, which is on its third temporary leader since Trump took office, but declined to name them.

Asked if eliminating FEMA — which Trump has threatened to do — was still on the table, Mullin said "reforming FEMA would be a better term."

Mullin's visit comes less than a week after he ended Noem's directive that all DHS expenditures over $100,000 be personally approved by the secretary's office, a rule that critics said bottlenecked FEMA reimbursements and compromised disaster response and recovery.

ADVERTISEMENT

## Mullin threatens to remove CBP officers from some airports

While Mullin has already made strides on disaster response, he has yet to set forth a clear vision for immigration enforcement, although he is expected to align with the president's vision. That was apparent in his comments about removing Customs and Border Protection officers from airports in so-called "sanctuary cities."

"If they're not enforcing immigration laws, then why would I be processing immigration in their city?" Mullin said, adding that the idea was still under consideration. He suggested he would raise the idea in his briefing to Trump.

Mullin gave no further details. But withdrawing CBP officers from airports could disrupt international travel and trade. CBP officers check all incoming travelers into the country as well as the billions of dollars of trade that enters through land crossings and airports.

The Trump administration has already threatened to withdraw funding to Democratic cities and states that it says do not cooperate with immigration enforcement.



**Sign up for Morning Wire:** Our flagship newsletter breaks down the biggest headlines of the day.

| Email address | Sign up |

By checking this box, you agree to AP's Terms of Use and acknowledge that AP may collect and use your data pursuant to our Privacy Policy.

## North Carolina is still hard-hit

Few disaster-hit areas experienced the impacts of FEMA's recent tumult as acutely as North Carolina, where about $1.6 billion in FEMA public assistance dollars has been obligated so far and where roughly 2,000 projects are still in some stage of FEMA approval, according to a letter North Carolina Gov. Josh Stein sent Mullin after his swearing in.

North Carolina Sen. Thom Tillis excoriated Noem for delays in reimbursements to his state just days before her firing, telling her at a Senate hearing she had "failed" at FEMA.

Mullin said at the roundtable that Trump had told him he wanted North Carolina to be his first stop and had told Mullin "people in North Carolina love me."

ADVERTISEMENT

North Carolina carries outsize political significance this year. Tillis, one of the state's Republican senators, is retiring, raising Democratic hopes of a pickup this fall. The race is sure to attract hundreds of millions in campaign spending and pits Democrat Roy Cooper, the state's former governor, against Michael Whatley, the former chairman of the Republican National Committee.

ADVERTISE

M
E
N
T

Helene, a 350-mile-wide (560 kilometers) hurricane, ravaged multiple southeastern states in September 2024.

The storm caused 108 deaths in North Carolina and $60 billion in damages. It destroyed homes, businesses and utility infrastructure. Entire communities were cut off, prompting helicopter rescues after roads and bridges washed away.

Hurricane damage is still visible, with cars and remnants of homes washed up on banks, remains of knocked-out bridges and piles of thick trees and branches that rushed down the river when it swelled to a torrent of water.

A
D
V
E
R
T
IS
E
M
E
N
T

## Misinformation shrouded FEMA's response to Hurricane Helene

Rep. Chuck Edwards, a Republican representing some of the impacted areas who lost one of his own businesses in the storm, said Tuesday he also grew frustrated with what he called FEMA's "bureaucracy" and the difficulties local communities faced in receiving payments.

"Still plenty of bureaucracy there," said Edwards, who praised Mullin's removal of the $100,000 rule.

FEMA's presence in North Carolina had a tense start as distrust grew among some impacted residents, fueled in part by then-candidate Trump's own misinformation about the Biden administration and FEMA's response in the swing state.

Edwards found himself debunking FEMA-related misinformation shortly after the storm, issuing a statement to his constituents that FEMA was not diverting donations to the border or seizing property, among other claims.

After an armed man was arrested in Lake Lure for making threats toward FEMA workers, the agency temporarily suspended door-to-door home visits in the affected areas.

Stein, a Democrat, welcomed Mullin's visit. "It is encouraging that Secretary Mullin is getting down to business," he told The Associated Press in a statement Tuesday.

On Monday, FEMA approved $26 million in buyouts of damaged and destroyed North Carolina homes, saying in a statement that Mullin encouraged the agency to "redouble its efforts" to help survivors.

Mullin's remarks drew a sharp contrast from his predecessor Noem, who repeatedly called for FEMA to be eliminated "as it exists today." Trump floated the idea of eliminating FEMA altogether on a North Carolina visit just days into his second term, calling the agency a "very big disappointment."

Trump has repeatedly expressed a desire to push more responsibility for disasters down to states, and a presidentially appointed FEMA Review Council is expected to soon release a report recommending sweeping

reforms of how and to what extent the federal government supports disaster-impacted communities.

While most FEMA staff are still being paid during the record-long partial government shutdown, many offices were ordered to slow or stop work shortly after the shutdown began on Feb. 14.

Meanwhile, the agency's Disaster Relief Fund is running low, with about $3.6 billion remaining. The DHS appropriations bill would replenish the fund with over $26 billion.

———

This version corrects that Mullin said Trump told him "people in North Carolina love me," not that Trump "wanted North Carolina to love" him.

Gabriela Aoun Angueira reported from San Diego, California.



**REBECCA SANTANA**
Santana reports on the Department of Homeland Security, immigration policy and the federal agencies that touch on immigration. She's reported on refugee resettlement, ICE operations and employment-based immigration and is reachable on Signal at RebeccaSantana.51.





**GABRIELA AOUN ANGUEIRA**
Gabriela covers philanthropy's role in disaster resilience and recovery. She is based in San Diego, California.

ADVERTISEMENT





Download document

---

**MOST READ**

1  White House talking points claim victories in initial Iran deal but often don't meet reality
   5 MIN READ    💬 560

2  Judge upholds the conviction of former Wisconsin judge Hannah Dugan for helping immigrant evade ICE
   3 MIN READ    💬 221

3    Trump ramps up Education Department's dismantling with changes on special education and civil rights
4 MIN READ    558

4    B-52 was in the air a very short time before crashing and killing all 8 on board
5 MIN READ    55

5    Iran coach says team ordered out of US right after 2-2 draw with New Zealand in World Cup opener
4 MIN READ    305

ADVERTISEMENT



# Exhibit C

Case 3:25-cv-03698-SI    Document 423-2    Filed 06/17/26    Page 15 of 35

**Trump administration**

🕐 This article is more than **2 months old**

# DHS secretary calls for US states to lead disaster response instead of Fema

## Markwayne Mullin visits Asheville to survey Hurricane Helene recovery in first big trip since Kristi Noem's ouster



📷 Markwayne Mullin, center left, listens to a briefing on hurricane recovery efforts, on Tuesday in Lake Lure, North Carolina. Photograph: Rebecca Santana/AP

**Joseph Gedeon** *and* **Dharna Noor**

Tue 7 Apr 2026 16.26 EDT

G Prefer the Guardian on Google

Case 3:25-cv-03698-SI    Document 423-2    Filed 06/17/26    Page 16 of 35

Markwayne Mullin, the US homeland security secretary, used a visit to Asheville, North Carolina to call for a fundamental shift in the role of the Federal Emergency Management Agency (Fema), arguing that states and local governments – not the federal agency – should lead disaster response.

"We shouldn't look at Fema as being a first responder, but look at Fema as supporting the first responders you already have," Mullin told reporters at a roundtable discussion.

Mullin's remarks came as he toured western North Carolina to highlight federal recovery efforts after Hurricane Helene, which devastated the region in September 2024. It marked Mullin's first major public visit since being confirmed by the Senate last month and as the shutdown of the Department of Homeland Security (DHS), which oversees Fema, enters its eighth week.

Mullin's record on the climate crisis and disaster preparedness has sparked criticism from recovery experts. Critics also note that Mullin does not appear to have a background in disaster management, having never served on either the House homeland security committee or the Senate homeland security committee.

But earlier this week, Mullin moved to clear a backlog of home buyout requests that Fema acknowledged had been "severely stalled" by red tape, and rescinded a rule requiring personal approval of contracts over $100,000 that critics said had hobbled the agency's response.

He explained that he'll be "briefing the president on 22 other disasters around the nation".

"The state is much more equipped. Neighbors are much more equipped. Local mayors are much more equipped. Emergency response from the states have much better equipment than Fema," Mullin said.

Mullin's comments come as the agency has faced intense scrutiny over its handling of Helene recovery.

Mullin's predecessor, Kristi Noem, came under fire by Fema staff and disaster experts for insisting upon personally reviewing all agency spending over $100,000. That policy became a bottleneck for the distribution of recovery funds to Asheville.

Thom Tillis, a North Carolina senator, last month accused the homeland security department of violating federal law by enacting the policy and thereby restricting Fema recovery funds.

"It begs the question: why? Why would you be involved in that? Why would that be a policy?" Tillis asked at a Senate judiciary committee hearing.

During his confirmation hearing, Mullin pledged to revoke Noem's policy of personally reviewing all Fema expenditures over $100,000. "That's called micromanaging," he said. "I'm not a micromanager."

He also said that Fema should be "restructured, not eliminated", responding to concerns about Noem floating the idea of eliminating the agency entirely and shifting the responsibility for disaster recovery on to states.

As recently as 2019, Mullin also questioned the existence of the global climate crisis. But there is scientific consensus that global warming is real, human caused and dangerous. An analysis conducted in the aftermath of Hurricane Helene found that the storm was made 200 to 500 times more likely because of the climate crisis, and 10% wetter.

When it comes to delays in helping North Carolina recover, Mullin pointed to the disaster backlog, and insisted that "they haven't been forgotten".

He said: "I know because I work with this federal delegations – that conversation happens almost every day.

"Fema can be there to get them past the first heavy lift, to let them start rebuilding, and then we can just be, hopefully, help fund the recovery after that."

Case 3:25-cv-03698-SI    Document 423-2    Filed 06/17/26    Page 18 of 35

# Most viewed

# Exhibit D

Mullin's DHS Hearing Raises Questions on FEMA Cuts - Page

ARTICLE • EXPOSE THE HEIST: POWER AND POLICY IN UNPRECEDENTED TIMES

# What Markwayne Mullin's Confirmation Hearing Tells Us About FEMA

Mar 24, 2026

By Matt Sedlar



6/16/26, 11:57 AM
Case 3:25-cv-03698-SI     Document 423-2     Filed 06/17/26     Page 21 of 35
Mullin's DHS Hearing Raises Questions on FEMA Cuts

Markwayne Mullin, Trump's recently confirmed nominee to lead the Department of Homeland Security (DHS), had an eventful Senate confirmation hearing last week — particularly his interactions with Sen. Rand Paul (R-Ky).

While the back-and-forth didn't resolve the senators' disagreements — Paul stated he would oppose the nomination — it did offer a comparison of Mullin's stance on the Federal Emergency Management Agency (FEMA) with that of his predecessor, Kristi Noem. A quick refresher: Noem initially echoed Trump's call to "eliminate" the agency. She implemented policies that cut staff, ended vital grant programs, and placed barriers to assistance, such as mandating her personal approval for any aid requests exceeding $100,000, resulting in a massive $17 billion backlog.

On that last issue, Sen. Andy Kim (D-NJ) cited a report he authored with Sen. Gary Peters (D-MI) that found at least 1,034 disaster-assistance contracts, grants, or awards were delayed or left pending because of Noem's policy. The funding delay included aid for survivors of the July 2025 flash flooding in Texas and Hurricane Helene.

Mullin was incredibly clear on his opposition to Noem's policy, stating: "That's called micromanaging, and I don't know if the Secretary put that in or someone else did … I'm not a micromanager." Sen. Kim also pointed out that under Noem, there had been no nominations for a full FEMA administrator with emergency management experience, just acting administrators. So far, there have been three acting administrators since Trump took office: Cameron Hamilton was fired, David Richardson stepped down, and Karen Evans is the current acting administrator. Mullin committed to making a full administrator a priority, but he expressed concern regarding the partisan nature of the nomination process. Mullin said, "I'm going to find someone who is capable of doing the job," pleading with the senators to "give them a fair shake."

While Mullin's positions on those issues were somewhat positive, his ambiguous responses regarding the agency's role and staffing cuts were less encouraging.  Mullin did clearly state, "I think [FEMA] needs to be restructured, not eliminated," but reiterated that local and state governments are better suited to respond to disasters than FEMA.  "[F]or the FEMA to walk in, like [the] FBI walking in on a crime scene and taking over, no one's going to care more about their backyard than the people that live there in that state," he stated, saying that FEMA was designed to "write checks."

Mullin also deflected questions about the agency's staffing cuts, calling parts of the government "very bloated" and then bringing up the current partial government shutdown.

The central question that Mullin — and by extension, the Trump administration — has yet to address is how local and state governments, especially in rural

areas that lack the financial capacity, are expected to absorb costs and response responsibilities that will shift to them as federal aid and support are reduced. There has been no plan put forward by Trump or his cabinet on how to build that capacity. So far, the plan has been to pull the rug out from under local governments without worrying about how they land.

Trump's nominees for cabinet-level positions have a habit of saying one thing and doing another, and Mullin may likely continue that tradition. The American people have already given the Trump administration a "fair shake" when it comes to handling disaster response. It's now up to Mullin to prove that he was the right pick to lead DHS, and that he will prioritize people over politics.

# Exhibit E

ADVERTISEMENT

U.S. NEWS

# Trump-appointed FEMA Review Council proposes sweeping changes to federal disaster support



1 of 2 |  The Federal Emergency Management Agency headquarters is photographed in Washington, May 5, 2025. (AP Photo/Gene J. Puskar, File)



BY **GABRIELA AOUN ANGUEIRA**

Updated 1:53 PM PDT, May 7, 2026

A council meant to [reform the Federal Emergency Management Agency](#) proposed Thursday a series of long-awaited changes to the disaster recovery body that stop short of the administration's promises to dismantle it, but could reduce the number of disasters the federal government supports and the amount of money it doles out.

The council appointed by President Donald Trump approved a highly anticipated report that outlines ways the Trump administration could potentially put far more responsibility on states, tribes and territories for [disaster preparedness, response and recovery](#).

It proposes upending how the federal government determines which disasters to support, how FEMA pays states and other governments for disaster recovery costs, and what kind of FEMA assistance survivors receive, among other reforms.

"These recommendations are all about accelerating federal dollars, streamlining the process, making it less bureaucratic so that Americans can get the help they need on the worst day of their lives," former Virginia

Gov. Glenn Youngkin, a council member, said in a public meeting Thursday with nearly 6,000 virtual attendees.

ADVERTISEMENT

There is broad agreement that FEMA needs reforms to move faster and relieve bureaucracy. However, the council's recommendations raise concerns among some disaster experts that shifting responsibilities will be more than some state and local governments, the private sector, or survivors can handle.

---

## RELATED STORIES



**Former Trump attorneys, aides plead not guilty to Wisconsin fake elector felony charges**

2 MIN READ



**Judge upholds the conviction of former Wisconsin judge Hannah Dugan for helping immigrant evade ICE**

3 MIN READ



**Trump moves oversight of special education and civil rights out of the Education Department**

2 MIN READ    💬 161

Homeland Security Secretary [Markwayne Mullin](#) said the report offered him "a clear direction and an oversight of an agency that is in need of reform, but is still mission capable."

The recommendations will now be sent to Trump, though many of the reforms would require congressional action.

Trump "looks forward to reviewing the recommendations," White House spokesperson Abigail Jackson said in a statement, and "remains committed to getting resources to communities in need while also working with states to ensure they invest in their own resilience before disaster strikes."

AD

V
E
R
T
IS
E
M
E
N
T

## Major changes to federal aid

Among the council's most significant recommendations is changing how states, tribes, and territories qualify for federal support from a decision informed by a per-capita formula that weighs costs against population to a pre-defined set of metrics for a disaster to trigger federal support.

It also recommended giving states direct payments within 30 days of a disaster, with a potential for another payment further down the line, replacing the current system of reimbursing states after recovery work is done.

Survivors' assistance would be upended, too: The council proposed limiting housing assistance to those whose homes are rendered uninhabitable and offering survivors a one-time payment instead of multiple channels for rental, repair, and replacement assistance.



**Sign up for Morning Wire:** Our flagship newsletter breaks down the biggest headlines of the day.

Email address      Sign up

☐ By checking this box, you agree to AP's Terms of Use and acknowledge that AP may collect and use your data pursuant to our Privacy Policy.

FEMA would focus its survivor aid on emergency housing, moving away from long-term housing assistance and giving states the option to run their own housing programs while adhering to federal standards.

"States, figure it out," said council member and Florida emergency management director Kevin Guthrie. "Do what's best for you."

Other recommendations include shifting most flood insurance policies away from the National Flood Insurance Program, which is over $20 billion in debt, to the private market, and continuing to align premium costs more closely with risk.

A
D
V
E
R
T
IS
E
M
E
N
T

## A bumpy road to a final report

Trump has threatened to dismantle FEMA and has repeatedly said he wants to push more responsibility for disaster preparedness, response and recovery to the states.

The 12-person council he appointed is co-chaired by Mullin and Defense Secretary Pete Hegseth. It is comprised of current and former officials and emergency managers from predominantly Republican-led states.

Emergency managers, local leaders, nonprofits involved with disaster management and survivor groups have anxiously awaited the council's findings, which were due roughly six months ago but were delayed as former Homeland Security Secretary Kristi Noem and council members clashed over drafts.

The final recommendations seemed to move away from at least one of the most controversial reforms included in past drafts: Cutting the FEMA workforce by 50%, a recommendation included in a December draft reviewed by The Associated Press.

ADVERTISEMENT

## Can Congress pass FEMA reforms?

In a statement to The Associated Press, a spokesperson for The National Emergency Management Association said the group "broadly supports the overarching principles outlined by the council of less complexity in federal programs, faster assistance, and cost savings at all levels."

Some disaster experts worry local governments and nonprofits won't be able to fill in potential voids left by a federal pullback. Limiting survivor aid to those whose houses are uninhabitable, for example, "would dramatically increase the level of displacement and economic insecurity" for low-income survivors, said Noah Patton, director of disaster recovery at the National Low-Income Housing Coalition.

ADVERTISEMENT

Most major changes would require legislative action. A FEMA reform act passed out of a House committee last year, but no further action has been taken.

Case 3:25-cv-03698-SI    Document 423-3    Filed 06/17/26    Page 28 of 35

Patton said he was skeptical that lawmakers could pass FEMA reform soon, especially with limited time before the midterm elections, and said the recommendations are not a foregone conclusion.

"It is important to remember that these are suggestions — they aren't set in stone," he said.



**GABRIELA AOUN ANGUEIRA**

Gabriela covers philanthropy's role in disaster resilience and recovery. She is based in San Diego, California.

ADVERTISEMENT

AD

HOT JOBS

Gastroenterology Physician

Make up to $4,500/day

Find flexible, high-paying roles nationwide.

Search now

**MOST READ**

1    Initial deal to end US-Iran war moves toward formal signing despite lingering questions

6 MIN READ    🗩 793

2   8 people died in B-52 bomber crash at US Air Force base in Southern California, officials say

3 MIN READ    🗩 184

3   Iran coach says team ordered out of US right after 2-2 draw with New Zealand in World Cup opener

4 MIN READ    🗩 238

4   Don't expect a repeat. UFC boss Dana White says 'never again' to another White House fight night

3 MIN READ    🗩 362

5   Pool owners react to algae bloom turning Trump's reflecting pool green

ADVERTISEMENT



  

# Exhibit F

USDA employees facing relocation weigh whether to stay or go. Some are eligible for incentives either way | Federal News Network





WORKFORCE

# USDA employees facing relocation weigh whether to stay or go. Some are eligible for incentives either way

National Agricultural Statistics Service employees facing relocation are being offered incentives to leave or stay with the agency.



Jory Heckman | @jheckmanWFED
June 11, 2026 7:08 pm    🕐 7 min read



The Agriculture Department is making an ultimatum to thousands of its employees as part of its sweeping relocation plans — move to keep their jobs or quit.

USDA is embarking on a multi-part reorganization plan that includes relocating more than half (https://federalnewsnetwork.com/workforce/2025/07/usda-to-relocate-more-than-half-of-d-c-area-employees-under-reorganization-plan/) of its D.C.-area workforce to hubs across the country by the end of this summer. About 90% of USDA employees already work outside of the Washington, D.C. area.

Employees impacted by relocation plans work at the Food Safety and Inspection Service, Forest Service, Economic Research Service, National Institute of Food and Agriculture, and Food and Nutrition Service. USDA employees outside the D.C. area are also receiving relocation notices.





USDA is setting different deadlines for employees at its component agencies to make their decisions.

**── Earn CPE credit: The latest webinar from the Billington CyberSecurity Cyber and AI Outlook Series will focus on the real-world risks facing AI deployments across the federal landscape. Register now!**

(https://federalnewsnetwork.com/cme-event/federal-insights/billington-cybersecurity-cyber-and-ai-outlook-series-episode-6-securing-ai-for-national-security-defending-federal-and-military-ai-systems-from-emerging-cyber-threats/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=billington&utm_content=in-articlepromo)

Employees at the department's National Agricultural Statistics Service have until July 8 to decide whether to accept their reassignment to St. Louis or one of the agency's regional offices. NASS employs about 500 employees, most of them working as agricultural statisticians. The agency serves as an authoritative source of data on crop production, livestock, and farm finance. It conducts a census every five years to collect agricultural data on every county in the United States.

In a memo sent Monday, NASS wrote that employees who agree to relocate must report to their new office by Sept. 21. USDA wrote in its notice that employees may have the option to voluntarily report to their new location sooner than their official relocation date.

"NASS maintains a policy of effective, efficient and balanced utilization of human and other resources to achieve program goals. Based on program needs, management has decided to reassign your current position," the agency wrote.

The decision isn't an easy one for most impacted USDA employees. Internal (https://federalnewsnetwork.com/workforce/2026/05/usda-relocation-of-food-assistance-employees-will-lead-to-major-staffing-losses-union-warns/) union surveys (https://federalnewsnetwork.com/workforce/2026/05/three-quarters-of-usda-researchers-tapped-to-relocate-tell-union-theyre-not-going/) show a majority of their members would rather leave the agency than relocate to keep their jobs. That's what happened under the first Trump administration, when USDA tried to move hundreds of jobs to Kansas City (https://federalnewsnetwork.com/workforce/2019/07/usda-relocation-could-cut-existing-ers-nifa-workforces-by-half/). The department's research agencies dealt with major staffing shortages that took years to resolve.

PAYCHEX

AI: Hype or **Actually Helpful**?
A practical guide for SMBs.

But regardless of their choice, employees at NASS are eligible for financial incentives. According to the notice obtained by Federal News Network and conversations with those impacted, NASS employees who agree to move and commit to working in their new office for two years will receive a relocation incentive. The notice, however, doesn't offer much detail about what employees would receive.

A USDA spokesperson didn't provide any additional details about the relocation incentive, or whether employees at other department components will be eligible to receive one.

"The secretary continues to work methodically and thoughtfully to deliver on the president's mandate for better accountability to the American taxpayer," the spokesperson said in a statement. "Each mission area is mindful of the critical functions it delivers and the customers it serves, and each announcement and implementation plan is reflective of that."

—— **Sign up for our daily newsletter so you never miss a beat on all things federal**

(https://federalnewsnetwork.com/email-alerts/)

The memo also states that NASS and all components under USDA's research, education and economic mission area will offer buyouts and early retirement to employees who received relocation notices. The Forest Service (https://federalnewsnetwork.com/reorganization/2026/06/forest-service-offers-separation-incentives-to-employees-ahead-of-upcoming-relocations/) told employees earlier this month that it will offer Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIP) to staff impacted by its relocation plans.

Employees at the Food Safety and Inspection Service, which is relocating about two-thirds of its D.C.-area workforce to "mission-critical locations," including Iowa and Georgia, were told last week (https://federalnewsnetwork.com/reorganization/2026/06/fsis-employees-face-decision-deadline-under-usda-relocation-plans/) they must decide whether to relocate or quit their jobs by June 30. The National Institute of Food and Agriculture sent relocation notices to non-bargaining unit employees on Monday. But bargaining-unit employees have not yet received their notices.

One NIFA employee, who spoke on condition of anonymity for fear of retaliation, told Federal News Network that they are "actively seeking another job, but said they have not yet decided what they will do.

"If I can get a job that meets my needs, then I will quit the federal government, even though I don't want to," the NIFA employee said. "My family can't afford for me to be unemployed. If we have to move, we will. We will leave behind family and friends and a life we love."

USDA Deputy Secretary Stephen Vaden told lawmakers last summer (https://federalnewsnetwork.com/workforce/2025/07/usda-expects-fewer-employees-will-refuse-relocation-as-laid-off-feds-struggle-to-find-jobs/) that department leaders expect fewer employees will refuse to move this time around, because mass layoffs across the federal workforce have made the job search more challenging in the D.C. area.

"I think many of them will choose to come, because given cuts made by other federal agencies here in Washington, D.C., the job market isn't what it once was here," Vaden told the Senate Agriculture, Nutrition and Forestry Committee last June.

The NIFA employee said many of their colleagues were hired as remote employees and are now being asked to move to cities "a lot of us have never visited and have no ties to." They said the lump-sum relocation program "won't cover our actual costs."

"Now I have to evaluate how much money we'd lose by moving, versus how long I might be unemployed if I quit, and figure out what my best options are," the NIFA employee said. "I didn't expect, going into public service, or really with any position, to have to pay out of pocket just to keep my job, but that's what's happening."

Agriculture Secretary Brooke Rollins told lawmakers during a House Agriculture Committee hearing (https://www.youtube.com/watch?v=gLgaQZrBKmA) last week that the relocations across the country will be a "massive value add" for USDA research.

—— **Read more: Workforce**

(https://federalnewsnetwork.com/category/workforce/)

"We have some extraordinary researchers, but most of them don't want to be in Washington, D.C.," Rollins said. "The challenge is when you have decades of Washington, D.C.-located research, they're doing extraordinary work, but you begin to lose out on the opportunity to have some of the brightest minds who may not want … to move to Washington, where it's much more expensive to live and to do that research."

Surveys from USDA unions, however, suggest employees are less willing to relocate. Internal polling conducted by the National Treasury Employees Union in May found that 80% of D.C.-area Food and Nutrition Service employees would quit their jobs (https://federalnewsnetwork.com/workforce/2026/05/usda-relocation-of-food-assistance-employees-will-lead-to-major-staffing-losses-union-warns/) rather than relocate this summer. Another survey conducted by the American Federation of Government Employees Local 3403, representing ERS and NIFA employees, found that about 76% of its members (https://federalnewsnetwork.com/workforce/2026/05/three-quarters-of-usda-researchers-tapped-to-relocate-

Case 3:25-cv-03698-SI   Document 423-2   Filed 06/17/26   Page 35 of 35

NASS employees who agree to move and commit to working in their new office for a year will be partially compensated for relocation expenses through the department's new "lump sum" reimbursement model. AFGE said the new reimbursement model is less generous than what USDA offered to employees who relocated under the first Trump administration.

Traditional federal reimbursement policies cover costs such as shipping household goods, moving employees and their families, tax allowances and other discretionary items like temporary storage. USDA's "lump sum" model would provide a flat moving reimbursement rate for relocating employees, based on the department's moving cost calculations. USDA said its new "lump sum" model will expedite reimbursement processing times, improve cost predictability and reduce administrative burden.  But AFGE officials say the new policy could mean some employees end up spending thousands of dollars out of pocket in moving costs.

"Moving or relocation expenses incurred by you in connection with this reassignment will be paid by the agency in accordance with the relocation lump-sum program," NASS wrote in its notice. "Exact entitlement is determined on a case-by-case basis, but with the lump-sum program, employees receive a single lump-sum payment, calculated using employee-specific data, to cover relocation allowances."

Between January 2025 and January 2026, USDA lost about 20,000 employees, according to federal workforce data published by the Office of Personnel Management. Since the start of the second Trump administration, USDA components impacted by upcoming relocation plans have lost 30% to 40% of their staff.

**If you would like to contact this reporter about recent changes in the federal government, please email [jheckman@federalnewsnetwork.com](mailto:jheckman@federalnewsnetwork.com) (mailto:jheckman@federalnewsnetwork.com) , or reach out on Signal at jheckman.29**

*Copyright © 2026 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*



 **Jory Heckman**

Jory Heckman is a reporter at Federal News Network covering the Postal Service, Department of Veterans Affairs, IRS, big data and technology issues. Follow @jheckmanWFED

Sign up for breaking news.

| Email Address | | Signup |

## Around the Web