UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

ORDER GRANTING PLS' MOT TO EXCEED PAGE LIMIT, No. 3:25-cv-03698-SI

**ORDER**

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Reply Brief in Support of Motion for Preliminary Injunctive Relief.

Plaintiffs may file a Reply Brief in Support of Motion for Preliminary Injunctive Relief of up to 25 pages in length.

IT IS SO ORDERED.

Dated: June 18, 2026          _____

The Honorable Susan Illston
United States District Court Judge