**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CIVIL MINUTES

| **Date:** June 23, 2026 | **Time:** 1:27 – 2:23 55 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima
**Attorney for Defendant:** Robert Bombard, Brad Rosenberg

**Deputy Clerk:** Esther Chung                **Court Reporter:** Stephen Franklin

### PROCEEDINGS

Motion for Miscellaneous Relief (Dkt. 412), Motion for Preliminary Injunction (Dkt. 301), Motion to Dismiss (Dkt. 402) – Held via Zoom webinar.

### SUMMARY

The Court provided its tentative ruling on the Motion to Dismiss, the discovery dispute concerning plaintiffs' request for production and whether to grant plaintiffs' continued request for a preliminary injunction re: FEMA.  The Court indicated that it would be denying the preliminary injunction and then moving immediately into summary judgment on the FEMA question.

The parties presented their oral arguments and rebuttals.  A schedule was set by the Court.

Plaintiffs' supplemental papers on the preliminary injunction was considered the motion for summary judgment.

Defendants will file their Opposition and Cross-Motion for Summary Judgment: **7/17/2026**
Plaintiffs will file their Reply to opposition and their Opposition to Cross-Motion: **7/31/2026**
Defendant will file their Reply: **8/7/2026**
Motions on Summary Judgment and Rule 37 will be heard: **8/28/2026 at 10:00 a.m. on Zoom**
*Courtesy hard copies are due 3 days after each filing.*

ADR: The matter is referred to Magistrate Judge Spero for Early Settlement Conference.  Judge Spero will contact the parties.

An Order concerning the discovery disputes will be issued.