Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF CORINNE F. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE SECOND SUPPLEMENTAL COMPLAINT** |

**DECLARATION OF CORINNE F. JOHNSON**

I, Corinne F. Johnson, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.      On June 29, 2026, I provided notice to counsel for Defendants during a videoconference meet and confer of Plaintiffs' intent to file a Motion to File Second Supplemental Complaint adding Plaintiffs and addressing actions of Defendant U.S. Department of Agriculture, and I requested Defendants' position.

3.      Defendants agreed that if they opposed this motion, the briefing of the motion could be set on the same schedule that the parties negotiated with respect to Plaintiffs' Motion for Preliminary Injunction.  Plaintiffs agreed to this schedule for both motions.

4.      As agreed, I provided further information to Defendants' counsel by email on June 30, 2026, confirming the identity of the additional parties and describing the additional claims.

5.      On July 1, 2026, counsel for Defendants responded confirming that Defendants oppose Plaintiffs' motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed July 1, 2026, in San Francisco, California.

/s/ Corinne F. Johnson
Corinne F. Johnson