UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL COMPLAINT** |

Good cause having been shown, the Court hereby GRANTS Plaintiffs' Motion for Leave to File a Second Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d).

IT IS SO ORDERED.

Dated: _____, 2026    _____
The Honorable Susan Illston
United States District Court Judge