Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>                Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF CORINNE F. JOHNSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**DECLARATION OF CORINNE F. JOHNSON**

I, Corinne F. Johnson, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"), pursuant to Civil L.R. 79-5(f), the Northern District of California's webpage "E-Filing Under Seal in Civil Cases," and this Court's Standing Order.

3. On June 29, 2026, I provided notice to counsel for Defendants by email of the certain documents Plaintiffs intended to file in support of their Motion for Preliminary Injunction re: USDA that had been designated either confidential or attorneys' eyes only. These documents included: a) the USDA's Agency Reorganization and RIF Plan ("ARRP"), which had been designated Attorneys' Eyes Only, and b) certain e-mails regarding those ARRPs and agency staffing that Defendants designated "CONFIDENTIAL" under the stipulated Protective Order entered in this case.

4. As required by this Court's Standing Order, I informed Defendants of Plaintiffs' belief that none of these documents meet the standard for maintaining confidentiality and filing under seal, and requested Defendants' position. Counsel met and conferred with Defendants' counsel by videoconference on June 29, 2026 to discuss these designations.

5. On July 1, 2026, Defendants' counsel emailed following up on that meet and confer and stated that "Defendants agree to allow the USDA Phase One and Phase Two ARRPs to be filed on the public docket."

6. Defendants' counsel also subsequently lifted the Confidentiality designation on six emails, subject to Plaintiffs' agreement to redact phone numbers, which Plaintiffs provided. Defendants' counsel also confirmed that Defendants will not lift the Confidentiality designation on three documents. Those three e-mails are attached as Exhibits A-C to the Declaration of Corinne F. Johnson in Support of Plaintiffs' Motion for Preliminary Injunction Re: USDA.

7. Accordingly, Plaintiffs are filing these three documents, and the portions of Plaintiffs' Memorandum that quote from or otherwise refer to the content of the aforementioned documents, under seal. Plaintiffs maintain their position that these documents do not warrant confidential treatment, and will respond further if and when Defendants justify these designations.

8. Pursuant to Civil L.R. 79-5(f)(6), Plaintiffs have narrowly tailored this request to seal only such information in Plaintiffs' Memorandum that Defendants have designated as confidential. Plaintiffs are filing in the public record a redacted version of Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction Re: USDA.

9. Pursuant to Civil L.R. 79-5(f)(1) and the Northern District of California's webpage "E-Filing Under Seal in Civil Cases," the Proposed Sealed Material is attached to the Administrative Motion and identified as follows:

    a. Exhibits A-C to Corinne F. Johnson's Declaration in Support of Plaintiffs' Motion for Preliminary Injunction Re: USDA. (The Declaration will be filed publicly, with the Exhibits under seal).

    b. Within the unredacted version of Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction Re: USDA, the text that is highlighted pursuant to Civil L.R. 79-5(e)(2) at the pages and lines listed in the Administrative Motion pursuant to Civil L.R. 79-5(f)(1).

10. As the Designating Parties, Defendants must establish that the requirements and standards needed to justify sealing these materials are met.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 1, 2026, in San Francisco, California.

_/s/ Corinne F. Johnson_____
Corinne F. Johnson