UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, No. 3:25-cv-03698-SI

The Court has reviewed the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed by Plaintiffs on July 1, 2026, in connection with Plaintiffs' Motion for Preliminary Injunction re: USDA.  The Court orders as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence offered in Support of Sealing (Defendants to provide pursuant to L.R. 79-5(f)) | Order |
|---|---|---|
| Declaration of Corinne F. Johnson in Support of Plaintiffs' Motion for Preliminary Injunction Re: USDA ("Johnson Decl."), Exhibit A | | |
| Johnson Decl., Exhibit B | | |
| Johnson Decl., Exhibit C | | |
| Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction Re: USDA ("Memorandum") at page 5, lines 24-25 | | |
| Memorandum at page 8, lines 7-23 | | |
| Memorandum at page 28, line 9 | | |
| Memorandum at page 28, line 11 | | |
| Memorandum at page 28, n.24 | | |
| Memorandum at page 29, lines 19-20 | | |
| Memorandum at page 35, line 21 | | |

IT IS SO ORDERED.


Dated: _____, 2026     _____
The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, No. 3:25-cv-03698-SI            1