Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: August 21, 2026 <br> Time: 10:00 a.m. <br> Location: Courtroom 1, 17th Floor |

## MOTION FOR PRELIMINARY INJUNCTION

TO ALL DEFENDANTS: PLEASE TAKE NOTICE that on August 21, at 10:00 a.m. in Courtroom 1, 17th Floor, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, Plaintiffs American Federation of Government Employees; American Federation of State County and Municipal Employees; County of Santa Clara, California; Martin Luther King, Jr. County, Washington; Harris County, Texas; City of Baltimore, Maryland; the City and County of San Francisco, California; Western Watersheds Project; The Coalition to Protect America's National Parks; Natural Resources Defense Council, American Geophysical Union and proposed Plaintiffs Prince George's County, Maryland; the National WIC Association; and the Alliance of Crop, Soil and Environmental Science Societies will move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65-1 of the Civil Local Rules and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. §705, for a stay and preliminary injunction that:

1.    Enjoins and/or stays Defendants from taking any action to implement, carry out, or effectuate the USDA Reorganization Plan, or any aspect thereof, as set forth in USDA's Agency RIF and Reorganization Plan ("ARRP") and July 24, 2025 Secretary Memorandum SM 1078-15 ("Secretary Memorandum"), including but not limited to:

    a.    Reorganizing or downsizing any component USDA agency or subagency, including closing, moving, or consolidating offices or transferring programs or functions between offices;

    b.    Issuing management directed reassignment letters or their equivalent, or otherwise requiring USDA employees to relocate;

    c.    Taking any action to implement, carry out, effectuate, or enforce management directed reassignment letters to USDA employees that issued before the date of this order, or any deadlines specified or identified in those letters;

    d.    Taking any action to separate USDA employees from federal employment based on their response or non-response to management directed reassignment letters that

issued before the date of this order;

e.  Taking any action to implement, carry out, effectuate, or enforce the closure of Food and Nutrition Administration Regional or Washington, D.C. Offices or relocating or reassigning regional employees and D.C. area staff or their positions or functions to other locations;

f.  Taking any action to implement, carry out, effectuate, or enforce efforts to decommission, vacate, close, or dispose of the Beltsville Agricultural Research Facility (BARC) in Beltsville, MD or to vacate its laboratories or to relocate or reassign BARC or other Agricultural Research Service employees or their positions or functions to other locations;

g.  Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of Economic Research Service or National Institute of Food and Agriculture employees or their positions or functions to Kansas City, MO or other locations;

h.  Taking any action to implement, carry out, effectuate, or enforce the closure or relocation of Forest Service Regional or Washington, D.C. Offices, or any Forest Service research station or locations, or relocating or reassigning regional functions, regional or D.C. employees, or research employees or their positions or functions to other locations;

i.  Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees or functions in the Rural Development mission area or Natural Resources Conservation Service employees or their positions or functions to other locations;

j.  Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees in the Farm Production and Conservation mission area or their positions or functions to other locations;

k.  Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees in the Foreign Agricultural Service or their positions or

functions to other locations;

l. Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees in or under the Office of the Assistant Secretary for Civil Rights, or the Office of General Counsel, or their positions or functions to other locations; or

m. Taking any action to implement, carry out, effectuate, or enforce the elimination of offices, including but not limited to the Equity Team, Climate Team, Center for Sustainable Commodities, and the Office of Regional Conservationists.

2. Further orders that within two (2) business days, Defendants provide notice of the Court's Order to all USDA employees, and any labor organization representing USDA employees, including by e-mail notification that includes the Order, and by posting the Order on the USDA Reorganization website (https://www.usda.gov/about-usda/reorganization) and any component agency website dedicated to the USDA Reorganization Plan.

The Motion is made on the grounds that (1) Plaintiffs are likely to prevail on their claims that the USDA's Reorganization Plan and the actions of USDA and USDA Secretary Rollins to implement that plan are *ultra vires* and violate the Administrative Procedure Act ("APA"), 5 U.S.C. §706(2)(A), (B), and (C); (2) that Plaintiffs will suffer irreparable injury unless the relief requested is granted; and (3) that the balance of equities and public interest favor injunctive relief.

This Motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction re: USDA; the Declarations listed in the accompanying Index of Evidence in Support of Preliminary Injunction re: USDA; Plaintiffs' Motion for Leave to File Second Supplemental Complaint and attached proposed Second Supplemental Complaint; and the entire record in this case.

DATED: July 1, 2026                          Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Robin S. Tholin
Elizabeth Eshleman
Jessica Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
Andrea Matthews (pro hac vice)
George M. Cumming (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org
amatthews@democracyforward.org
gcumming@democracyforward.org

By: */s/ Andrea Matthews*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: */s/ Jules Torti*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin  (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO

1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*_____

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*_____

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By:  */s/ David Chiu*_____

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By:  */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By:  */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By:  */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL,*

*Harris County, TX, Martin Luther King, Jr. County, WA*

ABBIE KAMIN
Harris County Attorney
NEAL SARKAR
First Assistant County Attorney
SARAH J. UTLEY
Managing Counsel,
Affirmative and Special Litigation and Environmental
BETHANY DWYER
Deputy Division Director, Environmental
R. CHAN TYSOR (pro hac vice)
Senior Assistant County Attorney
Environmental Division
1010 Lamar, 11th Floor
Houston, Texas 77002
Tel: (713) 274 - 5150
chan.tysor@harriscountytx.gov

By: */s/ R. Chan Tysor*

*Attorneys for Plaintiff Harris County, Texas*

Ebony M. Thompson
Baltimore City Solicitor
Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (443) 610-8859
christopher.sousa@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*