Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF CORINNE F. JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE: USDA REORGANIZATION** |

## DECLARATION OF CORINNE F. JOHNSON

I, Corinne F. Johnson, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. Attached hereto as **Exhibit A** is a true and correct copy of the document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-000759.

3. Attached hereto as **Exhibit B** is a true and correct copy of the document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-000916-17.

4. Attached hereto as **Exhibit C** is a true and correct copy of the document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-005640-42. Defendants produced the document Bates stamped USA-AFGE-005641 to Plaintiffs as a native excel file. Plaintiffs have also included a pdf of that excel file as the last page of this exhibit.

5. Defendants designated each of these documents Confidential pursuant to the parties' Protective Order. Plaintiffs dispute that designation. On July 1, 2026, Defendants' counsel confirmed that Defendants will not lift the designation on these three documents, thereby necessitating Plaintiffs' filing of the documents under seal pursuant to this Court's Local Rules.

6. On July 1, 2026, Defendants' counsel confirmed that they were lifting the Confidentiality designations for six other documents produced in discovery, following the parties' meet and confer regarding those designations.

7. On July 1, 2026, Defendants' counsel also confirmed that Defendants consent to Plaintiffs' filing of the USDA Agency RIF and Reorganization Plan on the public docket, notwithstanding the designation of Attorney's Eyes Only.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 1, 2026, in San Francisco, California.

*/s/ Corinne F. Johnson*
Corinne F. Johnson

1

# Exhibit A

# EXHIBIT FILED UNDER SEAL

Exhibit B

# EXHIBIT FILED UNDER SEAL

# Exhibit C

# EXHIBIT FILED UNDER SEAL