Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF JESSICA M. LEVY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION**

I, Jessica M. Levy, declare as follows:

1.   I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action.  This declaration is based on my personal knowledge, information, and belief, and is made in support of Plaintiffs' Motion for Preliminary Injunction regarding the U.S. Department of Agriculture ("USDA")'s Reorganization Plan.

2.   **Exhibit A** is a true and correct copy of the USDA's Agency RIF and Reorganization Plan (Phase 1 and Phase 2), which was produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-0007733-7759.  Counsel met and conferred regarding the confidentiality and necessity of filing these documents under seal.  On July 1, 2026, Defendants' counsel confirmed that "Defendants agree to allow the USDA Phase One and Phase Two ARRPs to be filed on the public docket."  Accordingly, with Defendants' consent Plaintiffs are filing these documents without moving to seal.

3.   **Exhibit B** is a true and correct copy of a July 24, 2025 Memorandum from Secretary of Agriculture Brooke Rollins with the subject "Department of Agriculture Reorganization Plan," that was downloaded from https://www.usda.gov/sites/default/files/documents/sm-1078-015.pdf.

4.   **Exhibit C** is a true and correct copy of the document entitled, "Agriculture and Related Agencies: FY2026 Appropriations," published by the Congressional Research Service and last updated February 17, 2026, which was downloaded from https://www.congress.gov/crs-product/R48564.

5.   **Exhibit D** is a true and correct excerpt of pages 1-11 of the Joint Explanatory Statement for the Department of the Interior, Environment, and Related Agencies Appropriations Act for Fiscal Year 2026, Pub. L. 119-74, Div. C., which was downloaded from https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/division-c-interior-environment.pdf.

1

6.      **Exhibit E** is a true and correct excerpt of pages 1-23 of the Joint Explanatory Statement for the Agriculture, Rural Development, Food and Drug Administration, and Related Agency Appropriations Act for Fiscal Year 2026, Pub. Law. 119-37, Div. B, which is available at https://www.appropriations.senate.gov/imo/media/doc/ag_divbjes.pdf.

7.      **Exhibit F** is a true and correct copy of the document entitled, "Supplemental Nutrition Assistance Program (SNAP): 2022," published by the U.S. Department of Commerce and downloaded from https://www.census.gov/content/dam/Census/library/factsheets/2022/demo/p70fs-199.pdf.

8.      **Exhibit G** is a true and correct copy of the document, entitled "USDA Reorganization: Summary and Analysis of Feedback," published by USDA on December 8, 2025, and downloaded from https://www.usda.gov/sites/default/files/documents/usda-reorg-comments-analysis-12082025.pdf.

9.      **Exhibit H** is a true and correct copy of a report entitled, "U.S. Department of Agriculture Staffing Levels," which was published by the USDA Office of Inspector General on December 17, 2025, and was downloaded from https://www.oversight.gov/sites/default/files/documents/reports/2025-12/USDA%20Staffing%20Levels%20Final%20Report%20-%20Dec%2017_508-signed.pdf.

10.      **Exhibit I** is a true and correct copy of the document entitled, "Organizational Realignment," published by the U.S. Forest Service as a "Fact Sheet" about the USDA Reorganization Plan and downloaded from https://www.fs.usda.gov/sites/default/files/organizational-realignment-factsheet.pdf.

11.      **Exhibit J** is a true and correct copy of a tweet about the USDA Reorganization Plan made by the Deputy Secretary of Agriculture on June 1, 2026, and the letter from Deputy Secretary Vaden to Senator Amy Klobuchar dated June 1, 2026, that was attached to that tweet, which were downloaded from  https://x.com/DepSecVaden/status/2061542811925889282?s=20.

12.      **Exhibit K** is a true and correct copy of the document entitled, "Bureau of Land Management: Better Workforce Planning and Data Would Help Mitigate the Effects of Recent

Staff Vacancies," published by the Government Accountability Office in November 2021, and downloaded from https://www.gao.gov/assets/gao-22-104247.pdf.

13. **Exhibit L** is a true and correct copy of a USDA Press Release entitled, "USDA Rural Development Announces Actions to Better Serve Rural America," issued June 17, 2026 and downloaded from https://www.rd.usda.gov/newsroom/news-release/usda-rural-development-announces-actions-better-serve-rural-america.

14. **Exhibit M** is a true and correct copy of the document entitled, "2024 USDA Explanatory Notes – General Provisions," which was downloaded from https://www.usda.gov/sites/default/files/documents/37-2024-General-Provisions.pdf.  This document is available as a linked document on the U.S. Department of Agriculture's 2024 USDA Budget Explanatory Notes website, https://www.usda.gov/about-usda/general-information/staff-offices/office-budget-and-program-analysis/congressional-justifications/2024-usda-budget-explanatory-notes.

15. **Exhibit N** is a true and correct copy of the document entitled, "2026 USDA Explanatory Notes – General Provisions," which was downloaded from https://www.usda.gov/sites/default/files/documents/36-2026-CJ-General-Provisions.pdf.  This document is available as a linked document on the U.S. Department of Agriculture's 2026 USDA Budget Explanatory Notes website, https://www.usda.gov/about-usda/general-information/staff-offices/office-budget-and-program-analysis/congressional-justifications/2026-usda-budget-explanatory-notes.

16. **Exhibit O** a true and correct copy of the Forest Service's website page about the USDA Reorganization Plan, which was downloaded on July 1, 2026, from https://www.fs.usda.gov/about-agency/reorganization.

17. **Exhibit P** true and correct copy of the Food and Nutritional Administration's website page about the USDA Reorganization Plan, which was downloaded on July 1, 2026, from https://www.fna.usda.gov/about/reorganization.

18. **Exhibit Q** is a true and correct copy of the FY 2026 Budget Summary published by USDA, summarizing the budget it proposed to Congress for USDA Fiscal Year 2026

appropriations, which was downloaded from https://www.usda.gov/sites/default/files/documents/2026-usda-budget-summary.pdf.

19. **Exhibit R** is a true and correct copy of the document entitled, "Frequently Asked Questions: USDA Reorganization," which is dated October 29, 2025, and was downloaded from https://www.usda.gov/sites/default/files/documents/FAQs%20draft%20Reorg_102925_v5.pdf, and is available as a linked document on the USDA Reorganization website (https://www.usda.gov/about-usda/reorganization).

20. **Exhibit S** is a true and correct copy of the USDA website page about the Reorganization of the Research, Education, and Economics mission area agencies, which was downloaded on July 1, 2026, from https://www.usda.gov/ree/reorganization.

21. **Exhibit T** is a true and correct copy of a document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-000386-388.  Counsel met and conferred regarding Defendants' Confidentiality designation.  On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

22. **Exhibit U** is a true and correct copy of a document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-000564-567. On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

23. **Exhibit V** is a true and correct copy of a document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-003505. On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

24. **Exhibit W** is a true and correct copy of a document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-005035, which has been redacted to exclude PII (phone number).  On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

25.    **Exhibit X** is a true and correct copy of the document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-005553, which has been redacted to exclude PII (phone number).  On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

26.    **Exhibit Y** is a true and correct copy of the document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-004792-4794, which has been redacted to exclude PII.  On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

27.    **Exhibit Z** is a true and correct copy of the document produced to Plaintiffs by Defendants in this litigation Bates stamped USA-AFGE-0046139, which has been redacted to exclude PII.  On July 1, 2026, Defendants' counsel confirmed that Defendants are lifting the Confidentiality designation for this document, subject to Plaintiffs' agreement to redact any phone numbers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed July 1, 2026, in San Francisco, California.

JESSICA M. LEVY

# Exhibit A

Controlled Unclassified Information (CUI)

# U.S. Department of Agriculture
# Agency RIF and Reorganization Plan Submission
# March 13, 2025

## Introduction

*Executive Order 14210—Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* (Feb. 11, 2025) initiated a critical transformation of the Federal bureaucracy, aimed at eliminating waste, bloat, and insularity. On February 26, 2025, the U.S. Office of Management and Budget (OPM) and U.S. Office of Personnel Management (OPM) issued a memorandum providing guidance on the Agency Reduction in Force (RIF) and Reorganization Plans (ARRP) that they are to submit to OMB and OPM (Memorandum). In accordance with the Memorandum, the U.S. Department of Agriculture (USDA, Department) submits this Phase I ARRP. USDA has investigated the extent to which hundreds of its agencies, offices and subcomponents are required by statute or provide services directly to farmers and other citizens. This Phase 1 ARRP is the first step in the plan to unwind the excesses of the Biden Administration and prioritize an efficient workforce structure and level.

## About USDA

Since its legislated establishment in 1862, USDA has been known as "The People's Department," a title reflecting its mission to serve farmers, ranchers, landowners, and rural communities, and perform critical public services that benefit all Americans. To highlight just a few of the Department's **direct services** to the American public:

- USDA's Animal and Plant Health Inspection Service (APHIS) works directly with states, industry, and private individuals to carry out avian influenza (bird flu) prevention and control programs; provides industry and farmers veterinary services; safeguards U.S. agriculture against the entry, establishment, and spread of economically damaging pests; facilitates the safe trade of agricultural products, and protects farmers from wildlife-related problems, including livestock predation, crop losses, and property damage.
- USDA's Farm Service Agency (FSA) strengthens the economic stability of the American farmer and farming communities—via a network of county and regional offices—by administering programs such as disaster relief, commodity price guarantee programs, and loan programs.
- USDA's Food Safety and Inspection Service (FSIS) protects public health by ensuring the safe production of meat, poultry, and egg products, and by enforcing the proper labeling of these products.
- USDA's Food and Nutrition Service (FNS) administers statutorily required programs that promote public access to nutrition benefits that aid low-income children, mothers, and families in a manner that promotes Americans' health and wellbeing.

Pre-Decisional/Deliberative                                    1

CONFIDENTIAL – ATTORNEY'S EYES ONLY                        USA-AFGE-0007733

Controlled Unclassified Information (CUI)

- USDA's Forest Service protects critical drinking water infrastructure; provides the nation's largest wildfire fighting force, and drives rural economic development through mineral mine permitting, timber extraction, hunting and fishing, and recreation.
- USDA's Risk Management Agency (RMA) provides innovative crop insurance products to America's farmers and ranchers, strengthening the economic stability of agricultural producers and rural communities.
- USDA's Rural Development agencies work directly with rural communities to: offer loans and grants that help create jobs and support economic development and essential services such as housing, health care, first responder services and equipment, and water, electric, and communications infrastructure; help rural residents buy and rent safe, affordable housing and make health and safety repairs to their homes; promote economic development by supporting loans to businesses through banks, credit unions and community-managed lending pools, and offer technical assistance and information to help agricultural producers and cooperatives get started and improve the effectiveness of their operations.
- USDA's research agencies, such as the Agricultural Research Service (ARS) and the National Institute of Food and Agriculture (NIFA), deliver cutting-edge, scientific tools and innovative solutions for American farmers, producers, industry, and communities to support food and national security, sustain our nation's agroecosystems, ensure the economic competitiveness and excellence of our agriculture, and promote future generations of farmers and agricultural experts in the United States.

**Current USDA Priorities:** USDA is refocusing on its core missions of supporting American farming, ranching, and forestry.  As expressed by USDA Secretary Brooke Rollins on her first day at USDA, USDA is focused on ensuring:

- American agriculture feeds all America and the world.
- American farmers, ranchers, and producers compete on a world stage that is fair, on terms that put America First.
- Keep the trust handed to us in our programs to fight disease, to feed the needy, to manage our land and forests, and — most of all — to work for *all American agriculture*.
- Work to ensure that Make America Great Again and Make America Healthy Again exist not in opposition to one another, but as *complements* in a common mission for our country.


**Question 1: Agencies and Offices Providing for Direct Services to Citizens**

USDA agencies and offices provide or directly enable the provision of services to citizens, including farmers, ranchers, landowners, residents of rural areas that receive housing, nutrition assistance, broadband, and electricity from USDA programs, and users of National Forests. USDA has 234 distinct components or subcomponents that provide direct services to citizens. As USDA consolidates and abolishes organizations and positions to achieve greater efficiency, it will be mindful of the need to ensure that valuable services will be provided directly to citizens, while unnecessary or duplicative services are eliminated.  The Department's reorganization plans reflect its understanding that citizens need these services delivered at optimal levels and in a

Pre-Decisional/Deliberative                    2

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007734

Controlled Unclassified Information (CUI)

cost-effective manner. "Back office" type operations—such as procurement, information technology, communications, and human resources—are targeted for consolidation and where appropriate, abolishment.

## Question 2: Statutory Requirements

As part of its Phase 1 ARPP, USDA undertook an extensive Department-wide data call and research to address the Memorandum's questions regarding statutory requirements for the establishment of agencies, offices, and subcomponents. We also examined the extent to which statutes require a particular organization to perform a function or require that the organization be established with a particular size, scope, or location. This exercise is shaping—and will continue to aid—USDA's restructuring, by enabling it to determine where, for example, agencies, offices, or subcomponents are performing statutorily required functions but may be reorganized through consolidation or other efficiencies.

### A. Establishment

USDA has identified 77 agencies, offices, or subcomponents that are statutorily required. For example, under 7 U.S.C. § 6942, the Secretary is required to establish and maintain the Rural Development Mission Area's Rural Utilities Service to carry out many programs established pursuant to the Rural Electrification Act of 1936. The Farm Service Agency (FSA)'s Deputy Administrator for Field Operations subcomponent supervises the county committees required by 16 U.S.C. § 590h to oversee and administer Agricultural Stabilization and Conservation Service programs, which provide direct services to citizens. The Risk Management Agency (RMA) Federal Crop Insurance Corporation is established by 7 U.S.C. § 1503. The Forest Service's Regions and Forests are required by the Forest Reserve Act of 1891 (Creative Act) and Organic Administration Act of 1897. The subcomponents of the Forest Service Research and Development Deputy Area are statutorily required by 7 U.S.C. § 6706, 16 U.S.C. § 562b, and 16 U.S.C. 4503b. The Agriculture Marketing Service (AMS)'s Science and Technology Program (Plant Variety Protection Office) is established by the Plant Variety Protection Act, 7 U.S.C. § 2321 et seq. And the Animal and Plant Health Inspection Service (APHIS) was established under the Reorganization Plan No. 2 of 1953.

### B. Size/Scope/Location

In addition, USDA has 57 distinct agencies, offices or subcomponents for which there is a statutory requirement as to their size, scope, or location. To illustrate, there are statutory requirements governing the location of the Natural Resource Conservation Service (NRCS) field offices (7 U.S.C. § 6936(g)). The Forest and Rangeland Renewable Resources Planning Act of 1974 establishes the considerations for locations of the Forest Service's National Forests, part of the National Forest System Deputy Area component. Farm Service Agency (FSA) programs

Pre-Decisional/Deliberative                                   3

CONFIDENTIAL – ATTORNEY'S EYES ONLY                              USA-AFGE-0007735

Controlled Unclassified Information (CUI)

have statutory requirements that explicitly define their scope, size and location, e.g., under 7 U.S.C. § 2008k: "The Secretary shall use personnel of a State, county, or area committee….to make and service loans under this [title] (to the extent the personnel have been trained to do so." In addition, according to statute 7 U.S.C. § 6932, FSA county offices, to the maximum extent practicable, shall collocate with NRCS county offices.

Lastly, there are numerous provisions (274) that ascribe functions to an agency, office, or subcomponent regardless of whether the organizational component is required in statute to exist. For example, the Forest Service is authorized to "grant, issue, or renew rights-of-way" on lands within the National Forest System as detailed in the Federal Land Policy and Management Act, 43 U.S.C. §§ 1761-1771. NRCS established and administers State Technical Committees required by 16 U.S.C. §§ 3861-3862.  Under 7 U.S.C § 5930, the Secretary is required to act through NIFA to establish "appropriate extension education programs on Indian reservations and tribal jurisdictions."

**Question 3: Agency components and employees performing function not mandated by statute or regulation who are not designated essential during a lapse in appropriation.**

USDA utilized its 2019 Agency Contingency Plan (rather than plans of the previous Administration) to identify agencies and employees performing functions that are not designated as essential during a lapse of appropriation. Based on the duration of the lapse, the 2019 Agency Contingency Plan ultimately authorized the continuation of work for approximately 77 percent of the workforce.  This was the portion of the workforce that were authorized to be excepted from the lapse.  In general, a position could be excepted because it supported activities including functions:

a. Authorized by statute or other legal requirement expressly authorizing an agency to obligate funds in advance of appropriations;

b. That addresses emergency circumstances such that the suspension of the function would imminently threaten the safety of human life or the protection of property; or

c. That are necessary to the discharge of the President's constitutional duties and powers.

It should be noted that the 2019 Agency Contingency Plan does not necessarily provide for a long-term viable operating structure that carries out the President's priorities in 2025; instead, the plan endeavored to provide a minimal care-taking structure.  Accordingly, essential/not essential or excepted designations for a temporary lapse do not necessarily provide a basis for optimizing USDA's workforce structure.

Pre-Decisional/Deliberative                 4

Controlled Unclassified Information (CUI)

**Question 4: Whether the agency or any of its subcomponents should be eliminated or consolidated; and which specific subcomponents or functions, if any, should be expanded to deliver on the President's priorities.**

USDA undertook a department-wide review for identifying agencies, offices, and subcomponents that should be eliminated or consolidated.  To avoid the excesses of the Biden Administration, USDA benchmarked the present workforce structure against its pre-pandemic workforce levels in December 2019 and is restructuring its workforce to achieve the optimal structure and level needed to deliver on the President's priorities.  In identifying optimization opportunities, USDA is focused on preserving public safety positions including food, agriculture, and wildlife inspectors; positions that support USDA's efforts to combat HPAI; wildland firefighters; law enforcement officers; and fraud investigation.  USDA is also focusing on preserving the customer-facing front-line positions that support agriculture and rural prosperity including Farm Service Agency County Office employees.  USDA is structured by Mission Areas, Assistant Secretary areas, and Staff Offices.

**Business Function Consolidation:** Business functions are delivered by eight mission areas as well as a subset of USDA staff offices (Office of Congressional Relations; Office of the Assistant Secretary for Civil Rights; Office of the Chief Financial Officer; Office of the Chief Information Officer; Office of Communications; and Departmental Administration).  There is significant opportunity to reduce duplication and improve service delivery through further consolidation.  Specifically, USDA intends to:

- Consolidate Legislative Affairs functions across USDA into the Office of Congressional Relations.

- Abolish independent Civil Rights offices within mission areas and have the Office of the Assistant Secretary for Civil Rights deliver all statutorily required civil rights functions.

- Consolidate tribal relations functions within mission areas and have the Office of Tribal Relations deliver all statutorily required tribal relations function.

- Complete information technology consolidation activities with services provided by the Office of the Chief Information Officer to the fullest extent possible.

- Realign the Office of Budget and Program Analysis (OBPA) to report to the Chief Financial Officer (CFO), a PAS position) and eliminate duplication between CFO and Budget functions that currently exists.  USDA does not expect to consolidate all financial management operations at this time but will continue to explore the feasibility.

Pre-Decisional/Deliberative                              5

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007737

Controlled Unclassified Information (CUI)

- Because of the complexity of wildland firefighting and the unique legal authorities that underpins the Farm Service Agency County offices, USDA does not believe it can consolidate to a single human resources servicing function. However, USDA plans to reduce the number of human resources servicing centers from eleven to no more than three with one center operated out of Departmental Administration; one center operated out of the Natural Resources and Environment/Forest Service; and one center within the Farm Production and Conservation area. Personnel security/background adjudication functions will be consolidated within Departmental Administration's Office of Homeland Security.

- In FY 2024, USDA obligated approximately $11.8 billion on contracts. USDA's most significant contracting activities occur in the areas of commodities (e.g., food); wildfire incident response; and information technology. USDA plans to reduce the number of contracting organizations to no more than three with one center operated out of Departmental Administration; one center operated out of the Natural Resources and Environment/Forest Service given the complexities of fire incident procurements; and one within the Marketing and Regulatory Programs mission area due to the purchase of commodities. As part of this consolidation, USDA will explore entering into agreements with GSA to provide some of its contracting capacity.

- There is currently limited consolidation of grants and financial assistance including cooperative agreements at USDA, in part due to the widely differing array of objectives, programs, functions and constituents—e.g., farmers, ranchers, landowners, rural communities, and citizens--served by its multiple mission areas. USDA will develop a consolidation strategy to provide better controls and oversight on grants and financial assistance and promote efficiency.

**Initial Consolidations/Eliminations:** USDA has identified 21 offices or functions within USDA mission areas or staff offices that can be eliminated at this time. In identifying offices and functions included within Phase I, USDA focused on distinct organizational units that can be clearly defined as competitive areas.

- Office of Customer Experience (Departmental Administration)
- Office of Small and Disadvantaged Business Utilization (Departmental Administration – the head of the office will be retained to meet statutory requirements)
- Office of Executive Secretariat (Staff Offices)
- Office of Partnerships and Public Engagement (Staff Offices)
- Work Environment and Performance Office (U.S. Forest Service)
- Office of Sustainability and Climate (U.S. Forest Service)
- National Partnership Office (U.S. Forest Service)

Pre-Decisional/Deliberative                                6

CONFIDENTIAL – ATTORNEY'S EYES ONLY                                USA-AFGE-0007738

Controlled Unclassified Information (CUI)

- Office of International Programs (U.S. Forest Service)
- Office of Sustainable Forest Management Research (U.S. Forest Service)
- Office of Innovation and Organizational Learning (U.S. Forest Service)
- Office of Forest Health Protection (U.S. Forest Service)
- Office of Regulatory and Management Services (U.S. Forest Service)
- Region 9 Regional Office (U.S. Forest Service)
- Pacific Southwest Research Station (Excludes Labs) (U.S. Forest Service)
- Center for Nutrition and Policy Promotion (Food and Nutrition Service)
- Office of Employee Experience and Development (Food Safety and Inspection Service)
- Office of Urban Agriculture & Innovation Production (Natural Resources and Conservation Service)
- National Climate Coordinator (Natural Resources and Conservation Service)
- Gulf Coast Restoration Office (Natural Resources and Conservation Service)
- Customer Experience Division (FPAC Business Center)
- Science Advisor Positions (National Institute of Food and Agriculture)

**Other Consolidations:** Outside of its business functions, USDA is currently assessing additional opportunities to consolidate or eliminate offices or agencies or subcomponents and functions and will provide additional information in its comprehensive Phase II plan.

**Question 5: Tools to achieve efficiencies**

In FY 2025, USDA is assuming at least 15,000 voluntary departures during FY 2025. USDA does not plan to backfill most of these positions. Specifically, USDA is assuming:

- Normal annual attrition of 8-9% of the permanent workforce (7,000 to 8,000)
- Deferred resignation program (3,871)
- Election of VERA/VSIP outside of DRP (5,000) ($25K per instance or $125M)

*Note: The U.S. Forest Service already has VSIP authority. USDA will be requesting authority for other Mission Areas and Staff Offices.*

Prior to conducting RIFs, USDA intends to offer VERA and VSIP to incentivize voluntary departures from the agency. Voluntary departures can be tailored to secure savings in costs and time, and increased productivity compared to RIFs. USDA will leverage the Phase 1 RIFs to more accurately extrapolate VERA/VSIP adoption rates and RIF severance costs and will include a firmer reduction of the number of positions to be reduced via large-scale RIFs in its Phase II plan.

Pre-Decisional/Deliberative                    7

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007739

Controlled Unclassified Information (CUI)

**Question 6: List of job positions that are categorized as essential**

Essential employees are categorized as those that protect life and property and, in general, are related to food safety, emergency response, animal and plant health, and wildfire management. Agencies and Series are:

| Agency | Essential Positions |
|---|---|
| **Food Safety Inspection Service** | Consumer Safety Inspectors (1862) Food Inspectors (1863) Veterinarians (0701) |
| **Forest Service** | **Fire and Fire Support** Wildland fire fighters (0456/0462) Pilots (2181) Aviation Safety Inspector (1825) Incident Business & Procurement (1102/1109) Hazardous Fuels Specialists/Techs (401/462) HR specialists supporting Fire Hire and Onboarding (0201/0203) Equipment operator (5716) Materials Handler (4907) Animal Packer (5001) (backcountry wilderness fires) Packer (7002) (parachutes, fire cache) **Law Enforcement and Investigations:** Law Enforcement Officer (1801) Criminal Investigator (1811) |
| **Animal Plant Health Inspection Service** | Animal Health Techs (0704) Plant Protection and Quarantine Officers (0436) Biological Science technicians (0404) Wildlife Biologists (0486) Veterinarian Medical Officers (0701) Insect Production (5031) Animal Care Takers (5048) |
| **Office of the Chief Information Officer** | Cybersecurity |
| **Office of Homeland Security and Office of Security and Safety Protection** | Security Specialist (0080) Intelligence Operations and Classified Communications (0132, 1306, 2210, 0089) Emergency Management (1801 and 0301) Law Enforcement (1801) |

**Question 7: Congressional engagement**
The Department plans to engage Congress as it develops and implements its optimization efforts. We will work with the authorizing and appropriating committees to provide briefings as well as provide timely notices on changes in staffing and planned reorganizations.  Because of the nature of USDA's mission, USDA operates in every state and most counties in the country.  As a result, Congressional interest is very high.  In developing its strategy, USDA is cognizant of not taking

Pre-Decisional/Deliberative                              8

CONFIDENTIAL – ATTORNEY'S EYES ONLY          USA-AFGE-0007740

Controlled Unclassified Information (CUI)

steps in Phase I that would jeopardize the success of the comprehensive Phase II plan which will include significant reductions and relocations of employees.

USDA appropriations (Agriculture and Interior Appropriations) include provisions that prevent the Department and its agencies from making big changes to office locations or staffing levels without prior notice or approval from Congress. Specifically, before USDA can spend money to relocate an office or employees or reduce staffing levels for any program, project or activity by more than 10%, the Secretary of Agriculture must send a written notice to Congress and wait at least 30 days for approval.  For the Forest Service, a reprogramming includes all proposed reorganizations or other workforce actions which affect a total of 10 staff members or 10 percent, whichever is less. Since the Supreme Court struck down Congress' ability to legislatively veto, the Secretary may still determine whether to proceed if Congress denies a reprogramming.  The Department intends to combine multiple Reductions in Force into single Congressional notifications, and those notices would not be issued until after the 30-day Congressional notification period.

**Question 8: Agency's Timeline for Phase I**

| Action | Date |
|---|---|
| USDA submits Phase 1 ARRP | 3/13/25 |
| USDA submits 90-day waiver requests for Initial Consolidations/Eliminations *(Note: Some competitive areas have already been approved by OPM.)* | NLT 3/18/25 |
| USDA submits VSIP requests to OPM for approval *(These will be submitted on a rolling basis.)* | NLT 3/21/25 |
| USDA executes VSIPs on rolling basis after OPM approval | Rolling Basis |
| USDA completes Congressional notification on Initial RIFs | NLT 3/21/25 |
| Issue RIF notices | 30 days after Congressional Notification |

Pre-Decisional/Deliberative                    9

CONFIDENTIAL – ATTORNEY'S EYES ONLY        USA-AFGE-0007741

# Document Break

Controlled Unclassified Information (CUI)

# U.S. Department of Agriculture
# Agency RIF and Reorganization Plan Submission
# April 14, 2025

## Background

*Executive Order 14210—Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* (Feb. 11, 2025) initiated a critical transformation of the Federal bureaucracy, aimed at eliminating waste, bloat, and insularity. On February 26, 2025, the U.S. Office of Management and Budget (OPM) and U.S. Office of Personnel Management (OPM) issued a memorandum providing guidance on the Agency Reduction in Force (RIF) and Reorganization Plans (ARRP) that they are to submit to OMB and OPM (Memorandum). In accordance with the Memorandum, the U.S. Department of Agriculture (USDA, Department) submits this Phase 2 ARRP which builds upon USDA's Phase 1 ARRP submission. This Phase 2 ARRP outlines USDA's positive vision for more productive, efficient agency operations.

**About USDA**

Since its legislated establishment in 1862, USDA has been known as "The People's Department," a title reflecting its mission to serve farmers, ranchers, landowners, and rural communities, and perform critical public services that benefit all Americans. USDA agencies and offices provide or directly enable the provision of services to citizens, including farmers, ranchers, landowners, residents of rural areas that receive housing, nutrition assistance, broadband, and electricity from USDA programs, and users of National Forests.

**Current Priorities**

USDA is refocusing on its core missions of supporting American farming, ranching, and forestry. As expressed by USDA Secretary Brooke Rollins on her first day at USDA, USDA is focused on ensuring:

- American agriculture feeds all America and the world.
- American farmers, ranchers, and producers compete on a world stage that is fair, on terms that put America First.
- Keep the trust handed to us in our programs to fight disease, to feed the needy, to manage our land and forests, and — most of all — to work for *all American agriculture*.
- Work to ensure that Make America Great Again and Make America Healthy Again exist not in opposition to one another, but as *complements* in a common mission for our country.

Pre-Decisional/Deliberative                                        1

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007742

Controlled Unclassified Information (CUI)

# USDA Current and Future State Organizational Structure

**USDA Today**

Today, USDA is composed of nine Mission Areas and fifteen Staff Offices (including the Office of the Secretary).  The picture below depicts USDA's current organizational structure.



Pre-Decisional/Deliberative                                      2

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007743

Controlled Unclassified Information (CUI)

**USDA Future State**

USDA has developed a vision for a streamlined future state composed of five Mission Areas and twelve Staff Offices. USDA's inspection functions would be integrated into a single mission area. The Farm Production and Conservation Area and Rural Development would be merged into a single mission area and agency. Economics and Statistics functions would be consolidated into a single Staff Office. The Food and Nutrition Service would be rebranded as the Food and Nutrition Administration and report directly to the Secretary. Support functions such as Civil Rights, Legislative Affairs, Communications, Human Resources, Procurement and Information Technology would be consolidated at the Department eliminating significant amounts of duplication.



Pre-Decisional/Deliberative                                      3

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007744

Controlled Unclassified Information (CUI)

**USDA Fallback Option**

USDA's FY 2025 appropriations include a rider that prohibits moving an office or agency to another USDA mission area or office without express legislation. To that end, USDA has also developed a fallback option that would focus on optimization within mission areas and staff offices as opposed to moving and consolidating functions across mission areas and staff offices. This fallback option would reduce the size of three staff offices to minimal levels in lieu of abolishment (Office of the Executive Secretariat, Office of Budget and Program Analysis, and Office of Partnerships and Public Engagement). Support functions will continue to be consolidated leveraging USDA's Service First authority which allows resource sharing across USDA.



Pre-Decisional/Deliberative                                       4

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007745

Controlled Unclassified Information (CUI)

# Washington, DC and Regional Office Optimization

To ensure USDA is located closer to the people it serves, USDA has developed an aggressive plan to relocate much of its Agency headquarters and National Capital Region (NCR) staff out of the Washington, DC area to five hub locations. Currently, USDA has space for over 9,200 employees in the NCR and 6,359 employees currently are allocated a workstation in the NCR.

USDA's Agencies have disparate regional office structures with the number varying significantly. Three Agencies, the Farm Service Agency (FSA), Rural Development (RD), and Natural Resources Conservation Service (NRCS), have duplicative state office structures. While FSA's State Office structure is legally required, RD and NRCS are not required to have this structure. USDA's disparate regional offices (some USDA agencies have as many as 13 regions) and NRCS and RD State Offices will be eliminated or consolidated into one of five hub locations.

In consideration of USDA's existing concentrations of employees and facilities as well as ensuring geographic distribution, USDA has identified five hubs:

- Raleigh, North Carolina
- Kansas City, Missouri
- Dallas/Fort Worth, Texas
- Fort Collins, Colorado
- Salt Lake City, Utah or Cheyenne, Wyoming

In addition to these five hubs, USDA also anticipates keeping two additional core administrative support locations: Albuquerque, NM (Masthead) and Minneapolis, MN (Marquette Plaza). These two locations have critical concentrations of human resources staff that USDA needs for its workforce optimization efforts. Decisions about the numbers of employees that remain in these two locations will be finalized after completion of USDA's workforce optimization.  In addition, there are other critical mission area service centers such as St. Louis, Missouri for Rural Development and the Food Safety and Inspection Service that will continue to be operated at this time.

## National Capital Region Building Strategy

Considering this strategy, USDA plans the following for the National Capital Region:

### Maintain

**Whitten Building:** The facility accommodates 729 workstations and 567 are currently assigned. USDA will retain a portion of this facility as its headquarters (250 workstations) and proposes that the other portion be made available to be a museum given its placement on the National Mall. This offers an added benefit of enabling USDA to share the cost of maintaining the

Pre-Decisional/Deliberative                                             5

CONFIDENTIAL – ATTORNEY'S EYES ONLY                                 USA-AFGE-0007746

Controlled Unclassified Information (CUI)

Whitten building. The Office of the Secretary, Undersecretaries, Assistant Secretaries and some Staff Offices would remain in the Whitten building.

**South Building:** Of the 5,052 workstations available, 3,186 workstations are currently assigned. Once USDA finalizes its relocation plans, there is an opportunity for the South building to be opened to other federal agencies.

## Dispose

**George Washington Carver Center (GWCC):** USDA owns GWCC. Of the 1,900 available workstations, there are 1,266 workstations currently assigned. USDA plans to sell GWCC and leverage the proceeds for Whitten and South building deferred maintenance.

**Beltsville Agricultural Research Center (BARC):** There are approximately 150 current workstations at BARC. Disposal of BARC requires Congressional approval.

**Yates Building:** USDA will vacate the Yates Building. Of the 674 workstations currently available, 563 workstations are currently assigned. The Forest Service headquarters will be relocated to Salt Lake City, Utah or Cheyenne, Wyoming.

**Braddock Place:** USDA will vacate the Braddock Place lease and move the Food and Nutrition Service outside of the National Capital Region.

## Workforce Optimization

As of January 25, 2025, USDA's workforce totaled 110,931 employees. This included 8,363 elected FSA State and County Committee members that are statutorily required that work on average, 1.5 hours, per month. Subtracting the FSA Committee members, USDA's January 25, 2025, baseline is 102,568 employees. Of this number, an estimated 27,402 employees perform public safety or inspection roles. USDA's workforce optimization reductions are calibrated against this baseline. Worth noting, USDA's temporary workforce increases significantly, between 8,000 to 10,000, during the spring and summer months due to wildland firefighting, agricultural product grading, and other field-based agricultural activities. These temporary employees are offboarded at the conclusion of their respective seasons.

Pre-Decisional/Deliberative                          6

Controlled Unclassified Information (CUI)

USDA has developed a workforce optimization plan that maintains critical public safety and direct services to citizens while eliminating redundancy and duplication. In total, USDA anticipates reducing its baselined January 2025 workforce by approximately 23,177 which is a 23% overall reduction and a 31% overall reduction when considering the public safety and inspection workforce. The table below depicts the anticipated reductions by Mission Area and Agency. To avoid double-counting, reductions of support functions such as Civil Rights, Legislative Affairs, Communications, Information Technology, Human Resources, Contracting, Property Management, Financial Management, and Grants Management are reflected in the current organizational unit. At the end of optimization, functions within Departmental Administration and Staff Offices where consolidated business centers will be housed may increase but the number of overall employees performing the function will be significantly decreased. The table below reflects USDA's plan for workforce optimization.

| Mission Area | Agency | 1/25/25 Workforce | Public Safety and Inspection Workforce | Non-Public Safety Positions | ARRP Reductions | Reduction % | Reduction % Considering Public Safety/ Inspection | Target 9/30/25 Workforce Against 1/25 Baseline |
|---|---|---|---|---|---|---|---|---|
| Farm Production & Conservation | FPAC Business Center | 1,598 | 0 | 1,598 | 564 | 35% | 35% | 1,034 |
| Farm Production & Conservation | Risk Management Agency | 418 | 0 | 418 | 69 | 17% | 17% | 349 |
| Farm Production & Conservation | Farm Service Agency (FSA) | 3,370 | 0 | 3,370 | 544 | 16% | 16% | 2,826 |
| Farm Production & Conservation | FSA County (Non-Committee Member) | 7,614 | 0 | 7,614 | 857 | 11% | 11% | 6,757 |
| Farm Production & Conservation | Natural Resources Conservation Service | 12,126 | 0 | 12,126 | 4,124 | 34% | 34% | 8,002 |
| Research, Education & Economics | Agricultural Research Service | 7,197 | 0 | 7,197 | 3,100 | 43% | 43% | 4,097 |
| Research, Education & Economics | National Institute of Food & Agriculture | 483 | 0 | 483 | 186 | 39% | 39% | 297 |
| Research, Education & Economics | National Agricultural Statistics Service | 793 | 0 | 793 | 297 | 37% | 37% | 496 |
| Research, Education & Economics | Economics Research Service | 294 | 0 | 294 | 125 | 43% | 43% | 169 |
| Natural Resources & Environment | Forest Service | 35,485 | (11,009) | 24,476 | 5,500 | 15% | 22% | 29,985 |
| Rural Development | Rural Development | 4,883 | 0 | 4,883 | 2,300 | 47% | 47% | 2,583 |
| Food, Nutrition, & Consumer Services | Food & Nutrition Service | 1,840 | 0 | 1,840 | 851 | 46% | 46% | 989 |
| Marketing & Regulatory Programs | Agricultural Marketing Service | 4,489 | (3,767) | 722 | 644 | 14% | 89% | 3,845 |
| Marketing & Regulatory Programs | Animal Plant Health Inspection Service | 8,529 | (4,848) | 3,681 | 1,822 | 21% | 49% | 6,707 |
| Trade & Foreign Agricultural Affairs | Foreign Agricultural Service | 722 | 0 | 722 | 200 | 28% | 28% | 522 |
| Food Safety | Food Safety Inspection Service | 8,356 | (7,500) | 856 | 669 | 8% | 78% | 7,687 |
| Departmental Administration | Departmental Administration | 564 | (108) | 456 | 225 | 40% | 49% | 339 |
| Staff Offices | Staff Offices | 3,807 | (170) | 3,637 | 1,100 | 29% | 30% | 2,707 |
| **Operational Total** | | **102,568** | **(27,402)** | **75,166** | **23,177** | **23%** | **31%** | **79,391** |
| Farm Production & Conservation | FSA County (Committee Member) | 8,363 | 0 | 8,363 | 0 | 0% | 0% | 8,363 |
| **Total** | | **110,931** | **(27,402)** | **83,529** | **23,177** | **21%** | **28%** | **87,754** |

Pre-Decisional/Deliberative                                       7

CONFIDENTIAL – ATTORNEY'S EYES ONLY                          USA-AFGE-0007748

Controlled Unclassified Information (CUI)

## Plan to Realize Workforce Optimization Considering Deferred Resignation Programs

USDA fully supported the implementation of OPM's government-wide Deferred Resignation Program (DRP 1.0). 3,904 USDA employees ultimately enrolled in DRP 1.0. After DRP 1.0, USDA aggressively advocated for the ability to implement its own Deferred Resignation Program (DRP 2.0).  Upon receiving approval to operate an agency-specific DRP, USDA opened DRP 2.0 from April 1 to April 8.  The initial opt-in numbers are significant – 12,952 employees expressed interest in DRP 2.0.  Any RIFs that will be conducted will be surgical in nature and focused on downsizing specific locations, programs or divisions that are no longer priorities. Prior to conducting any RIFs, USDA will be offering Voluntary Early Retirement Authority and Voluntary Separation Incentive Payments and has already received approval from OPM and OMB. Also, USDA is anticipating that a significant number of employees will decline geographic reassignments out of the NCR or existing regional or state offices to the five target hub locations.

| Agency | Perm | Non-Perm | 1/25/25 Workforce | Public Safety and Inspection Workforce | Non-Public Safety Positions | ARRP Reductions | Realized attrition between 1/25-3/22/25 | DRP 1.0 | DRP 2.0 (Pre-Validation) |
|---|---|---|---|---|---|---|---|---|---|
| FPAC Business Center | 1,569 | 29 | 1,598 | 0 | 1,598 | 564 | 5 | 109 | 450 |
| Risk Management Agency | 412 | 6 | 418 | 0 | 418 | 69 | 1 | 11 | 57 |
| Farm Service Agency (FSA) | 3,139 | 231 | 3,370 | 0 | 3,370 | 544 | 10 | 174 | 285 |
| FSA County (Non-Committee Member) | 7,063 | 551 | 7,614 | 0 | 7,614 | 857 | 36 | 393 | 428 |
| Natural Resources Conservation Service | 12,094 | 32 | 12,126 | 0 | 12,126 | 4,124 | 21 | 563 | 1,982 |
| Agricultural Research Service | 5,563 | 1,634 | 7,197 | 0 | 7,197 | 3,100 | 225 | 268 | 1,162 |
| National Institute of Food & Agriculture | 356 | 127 | 483 | 0 | 483 | 186 | 13 | 12 | 50 |
| National Agricultural Statistics Service | 767 | 26 | 793 | 0 | 793 | 297 | 9 | 64 | 224 |
| Economics Research Service | 286 | 8 | 294 | 0 | 294 | 125 | 0 | 7 | 79 |
| Forest Service | 34,835 | 650 | 35,485 | (11,009) | 24,476 | 5,500 | 282 | 786 | 3,770 |
| Rural Development | 4,798 | 85 | 4,883 | 0 | 4,883 | 2,300 | 92 | 449 | 1,126 |
| Food & Nutrition Service | 1,830 | 10 | 1,840 | 0 | 1,840 | 851 | 38 | 63 | 454 |
| Agricultural Marketing Service | 2,794 | 1,695 | 4,489 | (3,767) | 722 | 644 | 110 | 153 | 381 |
| Animal Plant Health Inspection Service | 6,140 | 2,389 | 8,529 | (4,848) | 3,681 | 1,822 | 192 | 294 | 1,336 |
| Foreign Agricultural Service | 607 | 115 | 722 | 0 | 722 | 200 | 20 | 15 | 93 |
| Food Safety Inspection Service | 8,293 | 63 | 8,356 | (7,500) | 856 | 669 | 73 | 323 | 273 |
| Departmental Administration | 548 | 16 | 564 | (108) | 456 | 225 | 20 | 15 | 163 |
| Staff Offices | 3,739 | 68 | 3,807 | (170) | 3,637 | 1,100 | 18 | 205 | 639 |
| | 94,833 | 7,735 | 102,568 | (27,402) | 75,166 | 23,177 | 1,165 | 3,904 | 12,952 |

Pre-Decisional/Deliberative                8

CONFIDENTIAL – ATTORNEY'S EYES ONLY                USA-AFGE-0007749

Controlled Unclassified Information (CUI)

## Consolidation of Support Functions

USDA plans to aggressively consolidate support functions. USDA will:

- Consolidate Legislative Affairs functions across USDA into the Office of Congressional Relations.
- Abolish independent Civil Rights offices within mission areas and have the Office of the Assistant Secretary for Civil Rights deliver all statutorily required civil rights functions.
- Consolidate tribal relations functions within mission areas and have the Office of Tribal Relations deliver all statutorily required tribal relations function.
- Complete information technology consolidation activities with services fully provided by the Office of the Chief Information Officer possible.
- Realign the Office of Budget and Program Analysis (OBPA) to report to the Chief Financial Officer (CFO), a PAS position) and eliminate duplication between CFO and Budget functions that currently exists. USDA does not expect to consolidate all financial management operations at this time but will continue to explore the feasibility.
- Reduce the number of human resources servicing centers from eleven to no more than three with one center operated out of Departmental Administration; one center operated out of the Natural Resources and Environment/Forest Service; and one center within the Farm Production and Conservation area. Personnel security/background adjudication functions will be consolidated within Departmental Administration's Office of Homeland Security.
- Reduce the number of contracting organizations to no more than three with one center operated out of Departmental Administration; one center operated out of the Natural Resources and Environment/Forest Service given the complexities of fire incident procurements; and one within the Marketing and Regulatory Programs mission area due to the purchase of commodities. As part of this consolidation, USDA will explore entering into agreements with GSA to provide some of its contracting capacity for common goods and services.
- Develop a consolidation strategy to provide better controls and oversight on grants and financial assistance and promote efficiency.
- Consolidate communication and public affairs functions to the maximum extent possible within the Office of Communication.

A significant number of support personnel that perform support functions have elected DRP 2.0. In the coming weeks, USDA will be reviewing each of these functions to determine the number of employees that elected DRP 2.0 to identify if any further downsizing is needed. ***Based on the number of contracting and human resources employees that elected DRP 2.0, USDA is expecting to consolidate down to one to two servicing centers for each function, as opposed to three.***

Pre-Decisional/Deliberative                                    9

CONFIDENTIAL – ATTORNEY'S EYES ONLY                      USA-AFGE-0007750

Controlled Unclassified Information (CUI)

## Mission Area Specific Highlights

Outside of business function consolidation described above, Mission Areas have also identified other opportunities for optimization and efficiency.

## Farm Production and Conservation Mission Area

The Risk Management Agency will:

- Eliminate the Risk Management Education Division

- Align its Regional operations with USDA's Service Centers

The Farm Service Agency will:

- Relocate most NCR based staff to the USDA Service Centers – most likely Kansas City, Missouri

- Consolidate the Loan Making Division with the Loan Servicing Division

- Eliminate Urban Agriculture headquarters staff

- Consolidate and restructure state office functions reducing the number of State Offices from 51 to 42

- Regionalize the Farm Loan Program instead of a state-based program. The locations will be aligned with USDA's Service Centers

- Close the 5 Urban Agriculture Offices

- Close 317 County Offices based upon levels of utilization

The Natural Resources and Conservation Service will:

- Relocate from the NCR to Dallas/Fort Worth or Kansas City

- Eliminate the NRCS State Office structure. Staff will be realigned as needed to the USDA Service Centers

- Align existing regional hubs to the USDA Service Centers

- Streamline NRCS headquarters operations

## Research, Education and Economics

The Agriculture Research Service will:

- Close and/or consolidate at least 9 Laboratories: Beltsville, MD; Newark, DE; Riverside, CA; Urbana, IL; Boise, ID; Morris, MN; Columbus, OH; Pendleton, OR; Bowling Green, KY; West Lafayette, IN; Aberdeen, ID

Pre-Decisional/Deliberative                                        10

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007751

Controlled Unclassified Information (CUI)

- Eliminate the management layer of the 5 Area Offices

- Relocate the Office of National Programs outside NCR

- Close BARC and relocate the remaining researchers to outside NCR

- Eliminate all USDA Climate Hubs

- Leverage agreements or contracts for research support which will eliminate the need for term and temporary employees

The National Institute of Food and Agriculture will:

- Eliminate the National Science Liaison positions

- Eliminate the Center for International Programs

- Eliminate temporary Science Advisors

- Consolidate other grant programs from across USDA to improve efficiency

The National Agriculture Statistics Service will:

- Collapse and consolidate with the Office of the Chief Economist, and the Economic Research Service. The fallback option would be to merge with the Economic Research Service.

- Consolidate its existing regions into the 5 USDA Service Centers

- Consolidate 8 divisions into 3

The Economic Research Service will:

- Collapse and consolidate with the Office of the Chief Economist, and the National Agriculture Statistics Service. The fallback option would be to merge with the National Agriculture Statistics Service.

- Streamline three divisions: Food Economics, Resource and Rural Economics, Markets and Trade

## Natural Resources and Environment

The Forest Service will:

- Realign fire operations to the Department of the Interior (assuming legislative approval).  Forest Service will continue to retain some prescribed fire resources to ensure forest management including timber management objectives are achieved.

- Relocate the Forest Service headquarters to Salt Lake City, Utah or Cheyenne, Wyoming

- Reduce and consolidate Washington Office staff including eliminating multiple offices

Pre-Decisional/Deliberative                                              11

CONFIDENTIAL – ATTORNEY'S EYES ONLY                USA-AFGE-0007752

Controlled Unclassified Information (CUI)

- Eliminate the Department of Labor-funded Job Corps program

- Eliminate the Forest Service Regional Offices and establish three operational directors based in Salt Lake City/Cheyenne responsible for overseeing the National Forests. Forest Service will maintain a reduced state office in Juneau, Alaska.

- Consolidate 20 National Forest Supervisor Offices leaving a total of 106 management units

- Eliminate the Southern, Northern, Pacific Northwest and Pacific Southwest Research Stations. The Rocky Mountain Research Station which has extensive fire science capabilities will be retained. Overall research locations will be reduced from 130 locations to 20.  In addition, the Forest Service will retain the Forest Products Lab which is critical for assessing market development opportunities for timber and other forest products and related industries.

## Rural Development

Rural Development will:

- Consolidate the Rural Development subagencies into a single agency

- Eliminate the State Office structure. As needed, State Office staff will be relocated to one of the five USDA Service Centers.

- Rural Development plans to transform its Single-Family Housing program from a direct origination loan program to a guaranteed loan program.  This can result in a decrease of 852 employees. In addition, Rural Development seeks to have delegated underwriting for all guaranteed loan programs, which will further reduce the number of employees required to deliver RD's mission.  However, Congressional authorization is required for this change.

- USDA is also exploring transferring Rural Development loan programs to the Small Business Administration and/or the Department of Housing and Urban Development

## Food, Nutrition and Consumer Services

The Food and Nutrition Service will:

- Eliminate FNCS as a mission area and rename the agency as the Food and Nutrition Administration (FNA), which will report directly to the Office of the Secretary.

- Deemphasize the food stamp program

- Reduce the seven existing Regional Offices to align with five USDA Service Centers

- Relocate FNA to Dallas/Fort Worth

- Eliminate the Center for Nutrition and Policy Promotion

- Consolidate grant staff and shift most grant work to NIFA

Pre-Decisional/Deliberative                                             12

Controlled Unclassified Information (CUI)

- Eliminate duplicative and redundant divisions and positions with a focus on the numerous program and management analysts that exist within the agency

## Marketing and Regulatory Programs

The Agricultural and Marketing Service will:

- Consolidate the National Organics Program with the Transportation and Marketing Program

- Consolidate the Fair-Trade Practice Program with the Livestock and Poultry Program

The Animal Plant and Health Inspection Service will:

- Relocate some of the National Capital Region staff to Raleigh, NC or Fort Collins, Colorado

- Reduce the number of staff in its Policy and Program Development organization

## Trade and Foreign Agricultural Affairs

The Foreign Agriculture Service will:

- Eliminate the Executive Support Division, including the communications and customer engagement divisions.

- Eliminate the Trade and Regulatory Capacity Building Division

- Eliminate the Agricultural Economic Development Division

- Consolidate aspects of the Compliance and Security Division

- Eliminate 10 job series within Divisions

## Food Safety

The Food Safety and Inspection Service will:

- Eliminate the Office of Employee Experience and Development except for staff working on development and delivery of training for frontline staff

- Dissolve the Office of Planning, Analysis and Risk Management

- Reduce the workforce in the Office of Investigation, Enforcement and Audit by half

- Close the Office of Public Health Science (OPHS) Western Laboratory (Albany, California). This is the smallest of the three FSIS labs and the testing capacity can be absorbed by the bigger OPHS Midwestern (St. Louis) and Eastern (Athens, GA) labs.

## Departmental Administration

Departmental Administration will:

- Eliminate the Office of Customer Experience

Pre-Decisional/Deliberative                                    13

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007754

Controlled Unclassified Information (CUI)

- Eliminate the staff, except the Director, for the Office of Small and Disadvantaged Business (required by statute)

- Significantly reduce the size of the Office of Operations and the Office of Safety, Security and Protection upon the completion of the NCR relocations

- Eliminate divisions of the Office of Human Resources Management focused on talent management and employee experience

- House consolidated USDA-wide service centers for human resources and contracting (excluding common goods and services)

## Staff Offices

- USDA welcomes the opportunity to realign the National Finance Center to the General Services Administration or Office of Personnel Management

- USDA will eliminate the Office of the Executive Secretariat and realign the function to the Assistant Secretary for Congressional Relations.  If Congress does not permit the realignment, USDA will shrink the Office of the Executive Secretariat to a minimal number of positions to be filled by political appointees.

- USDA will eliminate the stand-alone Office of Budget and Program Analysis and realign budget and policy to the Chief Financial Officer and Office of General Counsel

- USDA will eliminate the Office of Partnerships and Public Engagement and transfer statutory functions to NIFA. If Congress does not permit the realignment, USDA will shrink the office to the minimal number of positions needed to fill statutory functions.

- USDA intends to merge the Office of Chief Economist, Economic Research Service and National Agricultural Statistics Service.  The combined organization would be a staff office reporting to the Office of the Secretary.  Congressional approval is required.

- USDA will consolidate legislative affairs functions into the Office of Congressional Relations

- USDA will consolidate civil rights functions into the Office of the Assistant Secretary for Civil Rights

- USDA will consolidate communications and public affairs function to the maximum extent possible within the Office of Communications

## Controls Over Hiring

USDA will continue to prioritize the hiring of public safety and the front-line workforce. We have implemented rigorous controls where the positions are reviewed at multiple levels to ensure they are necessary and fulfill functions that are necessary while responsive to those we serve.

Pre-Decisional/Deliberative                                    14

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007755

Controlled Unclassified Information (CUI)

USDA's Government Efficiency lead reviews all requests for hiring before the requests are submitted to OPM.

## Appropriations Riders

USDA's appropriations contain multiple riders related to reorganizations, restructuring and relocations.

**Requires Legislative Approval:**

- Moving an office or agency to another USDA mission area or office without express legislation. (GP 750: "No funds available to the Department of Agriculture may be used to move any staff office or any agency from the mission area in which it was located on August 1, 2018, to any other mission area or office within the Department in the absence of the enactment of specific legislation affirming such move.")

- Closing FSA County offices or relocating county-based employees. (FSA appropriation proviso: "None of the funds available to the Farm Service Agency shall be used to close Farm Service Agency County offices. Additionally, funds are not available to permanently relocate county-based employees that would result in an office with two or fewer employees without prior notification and approval of the Committees on Appropriations of both Houses of Congress.")

- Moving NFC's IT Services division (among other functions) out of NFC. *See* GP 702. ("*Provided further,* That the National Finance Center Information Technology Services Division personnel and data center management responsibilities, and control of any functions, missions, and systems for current and future human resources management and integrated personnel and payroll systems (PPS) and functions provided by the Chief Financial Officer and the Chief Information Officer shall remain in the National Finance Center and under the management responsibility and administrative control of the National Finance Center").

**Authorized with 30 days' notice to Congress:**

- Transferring or reprogramming funds under specified authorities in order to relocate employees or reorganize offices, programs or activities (all but FS). GP 716(a). ("None of the funds provided by this Act, or provided by previous appropriations Acts to the agencies funded by this Act . . . shall be available for obligation or expenditure through a reprogramming, transfer of funds, or reimbursements as authorized by the Economy Act, or in the case of the Department of Agriculture, through use of the authority provided by [the 7 percent interchange or shared services authorities] that—. . . (4) relocates an office or employees; (5) reorganizes offices, programs, or activities; or (6) contracts out or privatizes any functions or activities presently performed by Federal employees" without 30 days' notice to Congress").

Pre-Decisional/Deliberative                                    15

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007756

Controlled Unclassified Information (CUI)

- Using a transfer or reprogramming of more than $500,000 or 10 percent of funds (and under specified authorities) to reduce personnel or funding by 10 percent or more for any PPA (all but FS). GP 716(b)(2). ("None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act . . . shall be available for obligation or expenditure for activities, programs, or projects through a reprogramming or use of the authorities referred to in subsection (a) involving funds in excess of $500,000 or 10 percent, whichever is less, that—. . . (2) reduces by 10 percent funding for any existing program, project, or activity, or numbers of personnel by 10 percent as approved by Congress" without 30 days' notice to Congress).

- Using the "general savings from a reduction in personnel" to reprogram or transfer more than $500,000 or more than 10 percent of an appropriation, using specified authorities (all but FS). GP 716(b)(3). ("None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act . . . shall be available for obligation or expenditure for activities, programs, or projects through a reprogramming or use of the authorities referred to in subsection (a) involving funds in excess of $500,000 or 10 percent, whichever is less, that . . . (3) results from any general savings from a reduction in personnel which would result in a change in existing programs, activities, or projects as approved by Congress" without 30 days' notice to Congress).

- Establishing a new office with five or more personnel by reorganizing agency positions, activities or functions. GP 716(d)(2). ("None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act . . . shall be available for—. . . (2) realigning or reorganizing new, current, or vacant positions or agency activities or functions to establish a center, office, branch, or similar entity with five or more personnel" without 30 days' notice to Congress).

- Closing an NRCS field office or permanently relocating field-based NRCS or RD mission area employees. 7 USC 6936(g)(1)-(2). The closure provision applies only to NRCS, and the relocation provision applies to both NRCS and the RD mission area.

- Making any changes to the NFC. GP 702 ("*Provided further,* That none of the funds appropriated by this Act or made available to the Department's Working Capital Fund shall be available for obligation or expenditure to make any changes to the Department's National Finance Center without written notification to and prior approval of the Committees on Appropriations of both Houses of Congress as required by section 716 of this Act").

- Removing or relocating any parts of OCFO or OCIO that are co-located with NFC (including even planning to do so). GP 702 ("*Provided further,* That none of the funds appropriated by this Act or made available to the Department's Working Capital Fund shall be available for obligation or expenditure to initiate, plan, develop, implement, or make any changes to remove or relocate any systems, missions, personnel, or functions of the offices of the Chief

Pre-Decisional/Deliberative                                        16

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007757

Controlled Unclassified Information (CUI)

Financial Officer and the Chief Information Officer, co-located with or from the National Finance Center prior to written notification to and prior approval of the Committee on Appropriations of both Houses of Congress and in accordance with the requirements of section 716 of this Act").

## Timeline for Implementation

USDA has developed an aggressive timeline for implementing its ARRP. USDA's timeline assumes that relocations will be completed by the end of Fiscal Year 2025 (assuming space availability). To the extent that space is not available in USDA's target hub locations, USDA's implementation may extend into FY 2026. USDA's timeline recognizes that space disposal activities will continue into FY 2026. In addition, USDA recognizes that implementation of its ideal organizational structure requires legislative approval. USDA will optimize its workforce first and realign resources across Mission Area and Staff Office boundaries after Congressional approval is received. The table below outlines USDA's timeline for implementation.

| Date | Activity |
| --- | --- |
| 3/31/2025 | All Employees - Announce DRP |
| 4/1-4/8/25 | All Employees - DRP Open Period |
| 4/9/25-4/22/25 | Process DRP; Assess VSIP areas of target; Assess need for RIFs |
| Week of 4/28/2025 | Announce Restructure, Relocation and RIF Plans |
| Week of 4/28/2025 | Congressional Notification of Restructure, Relocation and RIF Plans |
| Week of 4/28/2025 | Announce Targeted VSIP Window; USDA may also offer a focused DRP 3.0 for employees subject to RIF |
| 4/28/2025-5/9/2025 | VSIP Open Window |
| 5/12/2025-5/23/2025 | Issue RIF Notices (If needed) |
| Week of 6/2/2025 | Issue Relocation Notices (Assuming Availability of facilities by end of August/early September) |
| 7/3/2025 | Employee Decisions on Relocations Submitted |
| 7/3/2025-7/14/2025 | Final VSIP Window for Relocations |
| August (TBD) | Issue proposed removals for employees not accepting reassignment |
| September (TBD) | Report date for employees |
| September (TBD) | Removal of employees not accepting reassignment |
| FY 2026 | Space Disposal Activities Ongoing |
| FY 2026 | Implementation of Ideal Organizational Structure After Legislative Authorization |

Pre-Decisional/Deliberative    17

CONFIDENTIAL – ATTORNEY'S EYES ONLY    USA-AFGE-0007758

# Document Break

Document Produced in Native Format

CONFIDENTIAL – ATTORNEY'S EYES ONLY                    USA-AFGE-0007759

# Exhibit B



THE SECRETARY OF AGRICULTURE
WASHINGTON, D.C.
20250-0100

July 24, 2025

**Secretary Memorandum: SM 1078-015**

**Subject**:   Department of Agriculture Reorganization Plan

Section 1. **Purpose**: This Secretary Memorandum authorizes and directs the actions necessary to effectuate the consolidation, unification, and optimization of functions within the Department of Agriculture (USDA) to achieve improved effectiveness and accountability, enhanced services, reduced bureaucracy and cost savings for the American people. These actions constitute the USDA Department Reorganization Plan.

Section 2. **Authority**: This Memorandum is issued under the authority of Reorganization Plan No. 2 of 1953 (5 U.S.C. app.; 7 U.S.C. 2201 note) and The Department of Agriculture Reorganization Act of 1994 (Pub. L. 103-354).

Section 3. **Background**: Since its legislated establishment in 1862, USDA has been known as "The People's Department," a title reflecting its mission to serve farmers, ranchers, landowners, and rural communities, and perform critical public services that benefit all Americans. The Department is reverting to its core mission to ensure:

- American agriculture feeds all across the United States and the world.
- American farmers, ranchers, and producers compete on a world stage that is fair, just, and on terms that put America First.
- Confidence in our programs to fight disease, feed the needy, manage our land and forests, and work for all of American agriculture.
- That Make America Great Again and Make America Healthy Again exist not in opposition to one another, but as complements to a common mission for our country.

Section 4. **Key Pillars**: USDA is committed to preserving critical public safety and other public services the American public relies upon. Reductions and impacts to wildland firefighting, inspection, and farmer and rural community front-line facing positions will be minimized. The USDA Reorganization Plan will be guided by four key pillars:

**Principle 1: Ensure the Size of USDA's Workforce Aligns with Financial Resources and Priorities**

Over the last four years, USDA's workforce grew by approximately 8% and employees' salaries increased by 14.5%. Many of these salaries were funded by temporary funding. As part of this reorganization, USDA is not conducting a large-scale workforce reduction. To make certain USDA can afford its workforce, this reorganization is another step of the Department's process of reducing its workforce. Much of this reduction was through voluntary retirements and the Deferred Retirement Program (DRP), a completely voluntary tool. As of today, 15,364 individuals voluntarily elected deferred resignation. This re-alignment will be undertaken to mitigate adverse consequences to those agencies which rely upon temporary workforces that increase at different times of the year. Examples include Forest Service increases during the spring and summer months due to wildland firefighting, Agricultural Marketing Service increases due to agricultural product grading activities during harvest time, and field-based agricultural activities involving the Farm Production and Conservation Mission Area.

USDA has and will continue to fully leverage voluntary programs such as the Deferred Resignation Program (DRP), Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIPs). The Department will also leverage directed and voluntary reassignments to ensure the workforce is aligned with mission priorities. Focused and limited Reductions in Force will be implemented only if needed and only after approval by USDA's Deputy Secretary.

**Principle 2: Bring USDA Closer to Its Customers by Relocating Resources Outside of the National Capital Region**

The Department currently employs approximately 4,600 individuals that work within the National Capital Region (NCR). This Region has one of the highest costs of living in the country, with a federal salary locality rate of 33.94%. To ensure USDA is located closer to the people it serves while achieving savings to the American taxpayer, USDA will relocate much of its Agency headquarters and NCR staff from the Washington, D.C. area to five hub locations. The selection of these hub locations takes into consideration existing concentrations of USDA employees and the cost of living for USDA employees. At the conclusion of implementation, it is USDA's goal to retain no more than 2,000 employees within the NCR.

**The five hub locations and current Federal locality rates are:**
1) Raleigh, North Carolina (22.24%)
2) Kansas City, Missouri (18.97%)
3) Indianapolis, Indiana (18.15%)
4) Fort Collins, Colorado (30.52%)
5) Salt Lake City, Utah (17.06%)

In addition to these five hubs, USDA will maintain two additional core administrative support locations: Albuquerque, New Mexico and Minneapolis, Minnesota. These two locations have substantial concentrations of human resources staff that support the delivery of critical public safety

functions. USDA will continue to maintain critical service centers and laboratories including agency service centers in St. Louis, Missouri; Lincoln, Nebraska; and Missoula, Montana.

Regarding existing facilities within the NCR:

***Whitten Building:*** this facility will be retained as USDA's headquarters.

***Yates Building:*** this facility will be retained for use and USDA will fully leverage available office space for USDA mission areas and staff offices.

***National Agricultural Library:*** retained for use, and the Department will fully leverage available office space for USDA mission areas and staff offices.

***South Building:*** this facility will be vacated.

***Braddock Place:*** this facility will be vacated.

***Beltsville Agricultural Research Center (BARC):*** this facility will be vacated over multiple years to avoid disruption of critical USDA research activities.

***George Washington Carver Center (GWCC):*** this facility will be sold or transferred upon conclusion of its use as a temporary location for USDA personnel during the re-alignment of USDA offices and personnel

### Principle 3: Eliminating Management Layers and Bureaucracy
The Department will reduce or eliminate stand-alone regional offices and other similar bureaucratic management layers. To promote coordination across USDA, regional offices and other similar management layers will be co-located in the hub locations to the greatest extent possible.

- The Agriculture Research Service will eliminate its Area Offices. Residual functions will be performed by its Office of National Programs.
- The National Agricultural Statistics Service will consolidate its 12 existing regions into five USDA Hubs over a multi-year period.
- The Food and Nutrition Service will reduce its number of regions from seven to five and align locations with the USDA Hubs and Service Centers over a two-year period
- The Forest Service will phase out the nine Regional Offices over the next year and implementation activities will take into consideration the ongoing fire season. The Forest Service will maintain a reduced state office in Juneau, Alaska and an eastern service center in Athens, Georgia. The current stand-alone Research Stations will be consolidated into a single location in Fort Collins, Colorado. The Forest Service will retain the Fire Sciences Lab and Forest Products Lab – the former, vital for protection from forest fires and the latter, critical for assessing market development opportunities for timber and other forest products and related industries.
- The Natural Resources Conservation Service will align its regional structure with the five USDA hub locations.
- Animal and Plant Health Inspection Service centers will remain at current locations as they are located in USDA hub locations.

**Principle 4: Consolidate Support Functions**

To reduce duplication and provide consistency across USDA, support functions will be consolidated. Mission area and agency resources will be realigned to the consolidated functions.

The Department will:

- Consolidate civil rights functions into the Office of the Assistant Secretary for Civil Rights, which will deliver all statutorily required civil rights functions.
- Consolidate Freedom of Information Act and related information management functions within the Office of General Counsel.
- Consolidate Legislative Affairs functions into the Office of Congressional Relations.
- To the maximum extent practicable, consolidate communication and public affairs functions within the Office of Communication.
- Eliminate the duplication and redundancy between the Office of Budget and Program Analysis and the Office of the Chief Financial Officer and streamline budget and financial operations across USDA.
- Where possible and appropriate, complete information technology consolidation activities with services fully provided by the Office of the Chief Information Officer.
- Consolidate tribal relations functions within mission areas and ensure the Office of Tribal Relations delivers all statutorily required tribal relations functions.
- Consolidate human resources functions in the Office of the Assistant Secretary for Administration (ASA). Although human resources will be consolidated, agencies will still have focused hiring support including a dedicated team for wildland firefighting hiring.
- Consolidate contracting functions in the ASA. Although contracting resources will be consolidated, dedicated teams for commodity procurement and wildland firefighting incident support will continue to exist. The Department will transfer contracting for common goods and services to the General Services Administration during FY 2026. To eliminate redundancy, the Office of Small and Disadvantaged Business will be reduced to a single position that focuses on statutory requirements.
- Consolidate lease administration and management functions in the ASA.
- Consolidate grants and financial assistance to provide better controls and promote efficiency. This consolidation will include, where feasible, the transfer of grant making and administration functions from USDA offices and agencies that currently have limited capacity to perform such duties to other offices and agencies.
- Eliminate the redundancy in student programs in the Office of Partnerships and Public Engagement (OPPE) and the Agricultural Research Service (ARS) by realigning OPPE student programs to ARS.

Section 5. **Implementation:**

a. **Deputy Secretary.** The Deputy Secretary will lead the implementation of the USDA Reorganization Plan and may make changes or adjustments to the plan as needed.

b. **The Office of the General Counsel and the ASA.** The Office of the General Counsel and the Office of the ASA are directed to take all necessary steps to support the Deputy Secretary in implementation of the USDA Reorganization Plan

c. **The Office of the Assistant Secretary for Congressional Relations.** The Office of the Assistant Secretary for Congressional Relations is directed to work with the Office of General Counsel on all necessary Congressional notifications.

d. **Agency Heads and Department Officials**. Under Secretaries, Agency Heads, and Department Officials are directed to take all necessary actions to implement the USDA Reorganization Plan as directed by the Deputy Secretary.

Section 6. **Effect of the Memorandum**: The implementation of this Secretary Memorandum will improve the internal management of the Department. This Secretary Memorandum and any resulting actions do not confer any right or benefit (substantive or procedural) to any party. To the extent there is any inconsistency between the provisions of this Secretary Memorandum and any Federal law or regulation, the provisions of such law or regulation will control.

Section 7. **Delegation**: This Memorandum delegates to the Deputy Secretary all authorities necessary to implement the USDA Reorganization Plan.

Section 8. **Expiration Date**: This Secretary Memorandum is effective immediately and will remain in effect until the earlier of the completion of the USDA Reorganization Plan or the revocation of this memorandum.

BROOKE L. ROLLINS
*Secretary of Agriculture*

# Exhibit C



Congressional
Research Service
_Informing the legislative debate since 1914_

# Agriculture and Related Agencies: FY2026 Appropriations

Updated February 17, 2026

**Congressional Research Service**

https://crsreports.congress.gov

R48564

**CRS REPORT**
Prepared for Members and
Committees of Congress

**Congressional Research Service**
*Informing the legislative debate since 1914*

**SUMMARY**

**R48564**

February 17, 2026

**Jim Monke**
Specialist in Agricultural Policy

# Agriculture and Related Agencies: FY2026 Appropriations

The Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act (Agriculture appropriations) funds the U.S. Department of Agriculture (USDA)—except for the U.S. Forest Service—and the Food and Drug Administration (FDA, in the Department of Health and Human Services). It also carries the funding for the Commodity Futures Trading Commission (CFTC) in alternating fiscal years; jurisdiction for CFTC appropriations is with Agriculture appropriations in the House and a different subcommittee in the Senate.

Agriculture appropriations acts include both discretionary and mandatory funding, which differentiates Agriculture appropriations from some other appropriations acts. Congressional debate on appropriations is primarily about discretionary spending. Appropriations for mandatory spending programs, although not usually debated, are necessary to technically make funds available for those programs (e.g., entitlement programs, such as farm safety net and nutrition assistance programs, that were previously enacted under separate budget enforcement procedures).

The primary discretionary spending accounts are for the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC); agricultural research; rural development loans and grants; the FDA; foreign food assistance and trade promotion; farm agency salaries and loans; food safety inspection; animal and plant health programs; and conservation program technical assistance.

Congress enacted a full-year Agriculture Appropriations Act on November 12, 2025, as Division B of a three-bill minibus appropriation (P.L. 119-37) that carried a continuing resolution to reopen the government after a 43-day shutdown. The enacted full-year FY2026 appropriation provides $26.6 billion in discretionary appropriations and excludes the CFTC. This is an increase of $335 million from FY2025 on a comparable basis excluding CFTC (+1.3%). The largest increases in appropriations are for Community Facilities (+$659 million for congressionally directed spending), WIC (+$603 million), and Agricultural Research Service Buildings and Facilities (+$61 million for congressionally directed spending). These increases are partially offset by reductions to Food for Peace Title II international food aid grants (FFP; -$419 million), FDA (-$100 million), Farm Service Agency salaries (-$84 million), the Farm Production and Conservation Business Center (-$77 million), and additional rescissions (-$312 million).

The enacted appropriation includes 746 projects designated as congressionally directed spending (i.e., earmarks) totaling $931 million across nine USDA accounts. The Rural Housing Service Community Facilities account is the most-earmarked account in Agriculture appropriations, followed by the Rural Utilities Service Rural Water and Waste Disposal account.

The Trump Administration released a "skinny budget" on May 2, 2025, and a full budget request on May 30, 2025. The Trump Administration proposed $21.0 billion of discretionary appropriations in the jurisdiction of Agriculture appropriations, a $5.6 billion reduction (-21.1%). Among its largest reductions, it would have eliminated FFP (-$1.6 billion), McGovern-Dole Food for Education (-$240 million), and the Rural Business-Cooperative Service (RBCS; -$104 million). The request would have reduced the Natural Resources Conservation Service (NRCS; -$799 million) and the National Institute of Food and Agriculture (-$642 million).

The House Committee on Appropriations reported a bill, H.R. 4121 (H.Rept. 119-172), on June 23. It would have provided $25.5 billion in discretionary appropriations, a reduction of nearly $1.2 billion from FY2025 (-4.3%) and $4.5 billion more than the Administration's request. The bill was not considered on the House floor as a separate measure.

The Senate passed a minibus appropriations bill (H.R. 3944) with Agriculture as Division B on August 1. The Senate Committee on Appropriations had reported a bill, S. 2256 (S.Rept. 119-37), on July 10. The bill as reported and as passed the Senate would have provided $27.1 billion in discretionary appropriations, an increase of $785 million from FY2025 (+3.0%).

This report summarizes the legislative development and amounts in the FY2026 appropriation compared with prior years.

# Contents

Description of Agriculture Appropriations ..................................................................................... 1

Summary of FY2026 Action ......................................................................................................... 2

Total FY2026 Appropriations and Trends .................................................................................... 3

Scope of Agriculture Appropriations ........................................................................................... 5

Subcommittee Allocation ............................................................................................................. 6

Amounts for Agencies and Programs in FY2026 ......................................................................... 7

    Administration's Request ........................................................................................................ 7

    House-Reported Bill................................................................................................................ 8

    Senate-Passed Bill.................................................................................................................. 8

    Enacted FY2026 Appropriation ............................................................................................ 8

Other Appropriations Issues ....................................................................................................... 14

    Policy-Related Provisions .................................................................................................... 14

    Congressionally Directed Spending (Earmarks) .................................................................. 15

# Figures

Figure 1. Timeline of Legislative Actions on Agriculture Appropriations ...................................... 3

Figure 2. Discretionary Agriculture Appropriations, FY2016-FY2026 enacted ............................. 4

Figure 3. Scope of Agriculture and Related Agencies Appropriations, FY2026 ............................. 5

Figure 4. Changes in Discretionary Agriculture Appropriations from FY2025 Enacted to
FY2026 Enacted and FY2026 Proposals........................................................................................ 9

Figure 5. Percentage Changes in Discretionary Agriculture Appropriations from FY2025
Enacted to FY2026 Enacted and FY2026 Proposals.................................................................... 10

# Tables

Table 1. Status of Agriculture Appropriations ................................................................................. 3

Table 2. Discretionary Agriculture and Related Agencies Appropriations Totals ........................... 4

Table 3. Discretionary Agriculture Appropriations by Agency, FY2024-FY2026 ........................11

Table 4. Mandatory Agriculture Appropriations, FY2024-FY2026 ............................................. 14

Table 5. Earmarks in FY2026 Agriculture Appropriations........................................................... 17

Table A-1. Departmental Administration....................................................................................... 18

Table A-2. Research, Education, and Economics ........................................................................... 19

Table A-3. Farm Service Agency................................................................................................... 20

Table A-4. Natural Resources Conservation Service..................................................................... 21

Table A-5. Rural Housing Service................................................................................................. 22

Table A-6. Rural Business-Cooperative Service ........................................................................... 23

Table A-7. Rural Utilities Service................................................................................................. 24

Table A-8. Domestic Food Programs ............................................................................................ 25

Table A-9. Appropriations in General Provisions ............................................................. 25
Table A-10. Rescissions in General Provisions ................................................................ 27
Table A-11. Changes in Mandatory Program Spending .................................................. 28
Table A-12. Scorekeeping Adjustments ........................................................................... 28

# Appendixes

Appendix. Additional Detail on USDA Appropriations ................................................... 18

# Contacts

Author Information ............................................................................................................ 29

# Description of Agriculture Appropriations

The Agriculture Appropriations Act—formally known as the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act (referred to as Agriculture appropriations in this report)—funds the U.S. Department of Agriculture (USDA), except for the U.S. Forest Service.[1] It also funds the Food and Drug Administration (FDA) in the Department of Health and Human Services and, in certain cases, the Commodity Futures Trading Commission (CFTC, an independent agency).[2]

Congressional actions on appropriations bills primarily concern discretionary spending. Agriculture appropriations acts include both discretionary and mandatory funding, which differentiates them from some other appropriations acts. For example, the level of mandatory spending for farm commodity and nutrition assistance programs is set in the farm bill authorization process, but the funding technically needs to be appropriated in appropriations acts. Specifically, the Commodity Credit Corporation—a line of credit with the U.S. Treasury—needs a reimbursement in appropriations to continue operating, and the Supplemental Nutrition Assistance Program (SNAP) needs an annual appropriation to fulfill its authorization. These mandatory amounts are funded, although not often debated, in annual Agriculture appropriations. This report focuses mostly on discretionary appropriations but includes tables for the mandatory appropriations included in Agriculture appropriations.

---

### Mandatory and Discretionary Spending

Federal spending is divided into two main categories: discretionary and mandatory (CRS In Focus IF13124, *Distinguishing Between Discretionary and Mandatory Spending*). Congressional jurisdiction for *discretionary spending* rests primarily with the House and Senate *Appropriations Committees*, including the House and Senate Appropriations Subcommittees on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies. Congressional jurisdiction for *mandatory spending* rests primarily with the *authorizing committees*, including the House and Senate Agriculture Committees that write the farm bill (CRS In Focus IF12233, *Farm Bill Primer: Budget Dynamics*). Congressional actions on specific programs may overlap these jurisdictions. Authorizing committees set parameters in law for how discretionary programs are to operate (e.g., eligibility criteria for rural development loan and grant programs) and authorize them for funding that is subsequently determined in the appropriations process. Appropriations committees may decide whether to appropriate funding for discretionary programs and may include changes to some program terms, typically for one year at a time, in reported bills. Appropriations committees provide appropriations for some mandatory programs, which technically makes the funds available for those programs (e.g., entitlement programs, such as farm safety net and nutrition assistance programs, enacted by authorizing committees under separate budget enforcement procedures).

---

[1] The Interior, Environment, and Related Agencies Appropriations Act funds the U.S. Forest Service.

[2] Appropriations jurisdiction for the Commodity Futures Trading Commission (CFTC) began differing between the chambers after FY2008. The CFTC is always carried in House Appropriations Agriculture Subcommittee markup, never in the Senate Agriculture Subcommittee markup, and always in the Senate Appropriations Financial Services and General Government Subcommittee markup. The CFTC is normally carried in the Agriculture Appropriations Act in alternating fiscal years. The FY2025 year-long continuing resolution (CR) for Agriculture appropriations repeated carrying the CFTC as in FY2024 and caused the alternating cycle to switch from even-numbered to odd-numbered fiscal years.

# Summary of FY2026 Action

The Trump Administration released a brief budget request of top-level intentions (referred to as a "skinny budget") on May 2, 2025.[3] It released its full FY2026 budget request on May 30, 2025.[4]

On June 5, 2025, the House Appropriations Subcommittee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies (House Appropriations Agriculture Subcommittee) voted to send a markup to the full committee. The House Committee on Appropriations reported a bill (H.R. 4121, H.Rept. 119-172) on June 23 by a vote of 35-27. Eight amendments were adopted, 23 amendments were not adopted, and 2 amendments were offered and withdrawn.[5] The bill was not considered on the House floor as a separate measure.

The Senate Committee on Appropriations reported a bill (S. 2256, S.Rept. 119-37) on July 10, 2025, by a vote of 27-0 after adopting a manager's amendment.[6] The reported bill was incorporated into a minibus appropriations bill, amended, and passed by the Senate (Division B of H.R. 3944) on August 1. On the floor, seven amendments were adopted in Division B by unanimous consent, and three were not adopted by vote.[7]

A full-year Agriculture Appropriations Act was enacted on November 12, 2025, as Division B of a three-bill minibus appropriation (P.L. 119-37) that carried a continuing resolution to reopen the government after a 43-day shutdown.[8] See **Table 1** for links to congressional actions and **Figure 1** for a timeline of legislative actions.

---

[3] Letter from OMB Director Russell T. Vought to Sen. Susan Collins, Chair, Senate Committee on Appropriations, May 2, 2025, https://www.whitehouse.gov/wp-content/uploads/2025/05/Fiscal-Year-2026-Discretionary-Budget-Request.pdf.

[4] See "Appendix: Detailed Budget Estimates by Agency," in OMB, *Technical Supplement to the 2026 Budget*, May 30, 2025, https://www.whitehouse.gov/wp-content/uploads/2025/05/appendix_fy2026.pdf.

[5] House Committee on Appropriations, "Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Subcommittee Legislative Activity, FY2026," https://appropriations.house.gov/subcommittees/agriculture-rural-development-food-and-drug-administration-and-related-agencies/legislative-activity.

[6] Senate Committee on Appropriations, "Full Committee Markup of Commerce, Justice, Science; Agriculture, Rural Development, FDA; and Legislative Branch Appropriations Acts," https://www.appropriations.senate.gov/hearings/full-committee-markup-of-commerce-justice-science-agriculture-rural-development-fda-and-legislative-branch-appropriations-acts.

[7] The seven floor amendments that were adopted were S.Amdt. 3070, S.Amdt. 3073, S.Amdt. 3110, S.Amdt. 3418, S.Amdt. 3163, S.Amdt. 3200, and S.Amdt. 3190. These resulted in removing §781 from the reported bill, renumbering §782 in the reported bill to §781, and adding new §§782-787 to the Senate-passed bill. The three floor amendments that were offered but not adopted by vote were S.Amdt. 3115, S.Amdt. 3414, and S.Amdt. 3113.

[8] The joint explanatory statement is printed in the *Congressional Record*, November 9, 2025, S8043-S8080.

**Table 1. Status of Agriculture Appropriations**

| FY2024 | FY2025 | FY2026 | | | | | |
|---|---|---|---|---|---|---|---|
| | | | House | | Senate | | |
| Enacted[a] | Enacted[b] | Request | Cmte.[c] | Floor | Cmte. | Floor | Enacted |
| 3/9/2024 P.L. 118-42, Division B H.Prt. 55007 (118th Congress) | 3/15/2025 P.L. 119-4 Division A, Title II (year-long CR) No joint explanatory statement | 5/2/2025 Skinny budget 5/30/2025 Appendix Justifications: USDA FDA CFTC | 6/23/2025 H.R. 4121 H.Rept. 119-172 Vote of 35-27 | — | 7/10/2025 S. 2256 S.Rept. 119-37 Vote of 27-0 | 8/1/2025 H.R. 3944, Division B Vote of 87-9 | 11/12/2025 P.L. 119-37, Division B Votes of 60-40 222-209 *Cong. Rec.* 11/9/2025 S8043 |

**Source:** Prepared by CRS.

**Notes:** USDA = U.S. Department of Agriculture; FDA = Food and Drug Administration; CFTC = Commodity Futures Trading Commission; CR = continuing resolution. "Skinny budget" refers to a brief budget request of top-level intentions. The table excludes supplemental appropriations acts.

a. For FY2024, see House-reported H.R. 4368 (H.Rept. 118-124), which had insufficient votes to pass on the House floor; Senate-reported S. 2131 (S.Rept. 118-44 ); and Senate-passed H.R. 4366 (Division B).

b. For FY2025, see House-reported H.R. 9027 (H.Rept. 118-583); Senate-reported S. 4690 (S.Rept. 118-193).

c. The subcommittee voted 9-7 on June 5, 2025, to send a subcommittee markup to the full committee.

**Figure 1. Timeline of Legislative Actions on Agriculture Appropriations**



**Source:** Figure created by CRS.

**Notes:** The figure excludes supplemental appropriations acts and short-term continuing resolutions (CRs). Gray shading shows the beginning of each fiscal year. Yellow shading highlights the current appropriations cycle.

# Total FY2026 Appropriations and Trends

The enacted full-year FY2026 appropriation (P.L. 119-37, Division B) provides $26.6 billion in discretionary appropriations. It excludes funding for the CFTC, which in FY2026 is provided in the Financial Services and General Government appropriations. The Agriculture appropriations total is an increase of $335 million from FY2025 on a comparable basis that excludes the CFTC (+1.3%) (see **Table 2**).

The House Appropriations Committee-reported bill, H.R. 4121, would have provided $25.5 billion, a decrease of about $1.1 billion from FY2025 (-4.3%). The Senate-passed bill, Division B of H.R. 3944, would have provided $27.1 billion, an increase of $785 million from FY2025 on a comparable basis without CFTC (+3.0%). The Trump Administration's request for FY2026 was for $20.6 billion on a comparable basis without CFTC, which would have been a decrease of nearly $5.7 billion (-21.5%).

**Table 2. Discretionary Agriculture and Related Agencies Appropriations Totals**

Budget authority in millions of dollars

| | FY2025 | | FY2026 | | | Change from FY2025 to FY2026 Enacted | |
| | P.L. 119-4, Div. A, Title II | Admin. Request | House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | | |
| **Discretionary Total** | | | | | | $ | % |
|---|---|---|---|---|---|---|---|
| Senate-basis, without CFTC | 26,278.0[a] | 20,622.9 | 25,150.8[a] | 27,062.8 | 26,612.8 | +334.8 | +1.3% |
| House-basis, with CFTC | 26,643.0 | 21,032.9 | 25,485.8 | 27,427.8[a] | 26,977.8[a] | +334.8 | +1.3% |

**Source:** Prepared by CRS using P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; S. 3290; P.L. 119-37; P.L. 119-75; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** CFTC = Commodity Futures Trading Commission. The table excludes supplemental appropriations acts.

a. This amount is not recorded with the act or bill due to differing House-Senate jurisdiction for the CFTC in Agriculture appropriations, but is shown for comparisons with other amounts in that row.

The nominal total of Agriculture appropriations generally has been increasing from FY2017 to FY2026. On an inflation-adjusted basis in FY2025 dollars, Agriculture appropriations have been decreasing since FY2018 (**Figure 2**).

**Figure 2. Discretionary Agriculture Appropriations, FY2016-FY2026 enacted**



**Source:** Figure created by CRS using appropriations acts, committee reports, and unpublished CBO tables.

**Notes:** The figure excludes supplemental appropriations acts and excludes the CFTC. Adjusted for inflation using U.S. Bureau of Economic Analysis, Gross Domestic Product price index, Table 1.1.4, using Q4 of the calendar year (Q1 of the fiscal year). Until Q4 data are released, the inflation adjustment for FY2026 uses the year-over-year change in the index for Q3, 3.0%.

# Scope of Agriculture Appropriations

As discussed above (see "Description of Agriculture Appropriations"), agricultural programs rely on both discretionary and mandatory spending. This section describes specific mandatory and discretionary spending in Agriculture appropriations and the relative sizes of major agencies and functions.

Appropriations for discretionary spending programs in the FY2026 Agriculture Appropriations Act were $26.6 billion ($27.0 billion including CFTC), distributed among the programs or agencies in the green stacked bar in **Figure 3**. Appropriations for mandatory spending programs were about $176.3 billion, as shown by the gray shading in the pie graph (**Figure 3**), relative to the discretionary total.

**Figure 3. Scope of Agriculture and Related Agencies Appropriations, FY2026**

Budget authority in billions of dollars



**Source:** Figure created by CRS using P.L. 119-37; the explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** The figure excludes supplemental appropriations acts and excludes the CFTC on the basis of jurisdiction of the Senate Appropriations Subcommittee on Agriculture. Amounts in the figure may not add to the totals in **Table 3** and **Table 4** due to rounding. FSA = Farm Service Agency; RMA = Risk Management Agency; FPAC Business = Farm Production and Conservation Business Center; FSIS = Food Safety Inspection Service; NRCS = Natural Resources Conservation Service. The amount shown for Section 32 (formally known as Funds for Strengthening Markets, Income, and Supply) is USDA's reserved spending authority for payments and procurement (see CRS In Focus IF12193, *Farm and Food Support Under USDA's Section 32 Account*). The amount for the Commodity Credit Corporation is the reimbursement for net realized losses (see CRS Report R44606, *The Commodity Credit Corporation (CCC)*).

Most programs in Agriculture appropriations are in the authorizing jurisdiction of the House Committee on Agriculture and Senate Committee on Agriculture, Nutrition, and Forestry. A few programs funded through Agriculture appropriations are not in the jurisdiction of the Agriculture

authorizing committees. The FDA is in the jurisdiction of the House Committee on Energy and Commerce and the Senate Committee on Health, Education, Labor, and Pensions. In rural development, Rural Housing Service (RHS) programs, except for community facilities loans and grants, are in the jurisdiction of the House Committee on Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs. In the Food and Nutrition Service (FNS), the child nutrition programs and the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) are in the jurisdiction of the House Committee on Education and Workforce and the Senate Committee on Agriculture, Nutrition, and Forestry.

---

### Key Budget Terms

*Budget authority* is provided by an act of Congress for an agency to enter into financial *obligations* on behalf of the United States that will result in immediate or future *outlays*. It is the amount allocated by Congress for program grants, loan subsidies, and salaries and expenses. Most funding amounts in this report are budget authority.

*Obligations* are commitments using budget authority that create a legal liability of the government to pay for goods and services ordered or received. Obligations occur when a federal agency awards a grant or agrees to make a loan. The Antideficiency Act (31 U.S.C. §§1341 et seq.) prohibits agencies from obligating more budget authority than is provided in law, such as during a government shutdown.

*Outlays* are a federal agency distribution of funds for grants, loans, or services to recipients to satisfy a valid obligation. The timing of outlays in fiscal years may differ from budget authority or obligations because payments from an agency may not occur until services are fulfilled, goods are delivered, or construction is completed.

*Loan subsidy* is part of the discretionary budget authority and reflects the cost of making loans, including interest rate subsidies and anticipated losses from delinquencies. The relationship between loan authority and loan subsidy is explained for each loan program in the annual budget request (Office of Management and Budget, *Federal Credit Supplement*).

*Loan authority* is the amount of loans that can be made or guaranteed with a loan subsidy. Loan authority is not added in budget authority totals. A loan authority is several times the amount of its corresponding loan subsidy.

*Program level* represents the sum of the activities undertaken by an agency. A program level may be higher than a budget authority if the program (1) receives *user fees*, (2) includes *loans* that are leveraged by an expectation of repayment (loan authority may exceed budget authority), or (3) receives *transfers* from other agencies.

*Rescissions* are permanent reductions in budget authority after enactment that score as budgetary savings.

*CHIMPS* (changes in mandatory program spending) are adjustments via an appropriations act that can change available funding for mandatory programs. CHIMPS usually change spending for one year and may score as an increase or decrease to outlays. They do not change the underlying authority of the program in law.

For background, see CRS Report 98-721, *Introduction to the Federal Budget Process*; and CRS Report R46417, *Congress's Power Over Appropriations: Constitutional and Statutory Provisions*.

---

# Subcommittee Allocation

The total amount allowed for discretionary appropriations is controlled by congressional budget enforcement rules.[9] Typically, each chamber's appropriations committee would receive a top-line limit on discretionary budget authority from the chamber's budget committee via an annual budget resolution, referred to as a "302(a)" allocation. The appropriations committees would subdivide the allocation among the 12 appropriations subcommittees, referred to as "302(b)" allocations.[10]

---

[9] CRS Report R42388, *The Congressional Appropriations Process: An Introduction*.

[10] References to 302(a) and 302(b) are to sections of the Congressional Budget Act of 1974.

For FY2026, the House and Senate Budget Committees did not approve a budget resolution with discretionary spending limits. The appropriations committees deemed spending levels during meetings to mark up separate subcommittee bills.[11]

On June 10, 2025, the House Committee on Appropriations adopted interim subcommittee allocations for four subcommittees, including an Agriculture subcommittee allocation of $25.5 billion.[12] The Senate Committee on Appropriations marked up an Agriculture appropriations bill on July 10, 2025, with $27.1 billion of discretionary appropriations.

# Amounts for Agencies and Programs in FY2026

**Table 3** provides detail at the agency level for the enacted FY2026 discretionary appropriations and amounts proposed in the Trump Administration request, the House Appropriations Committee-reported bill, and the Senate-passed bill.

- The enacted full-year appropriation P.L. 119-37, Division B, provides $26.6 billion in discretionary appropriations for accounts in the jurisdiction of the Senate Appropriations Subcommittee on Agriculture. This is an increase of $335 million from FY2025 on a comparable basis excluding CFTC (+1.3%). The enacted total is less than in the Senate-passed bill and more than both the Administration's request and House-reported bill.

- The Trump Administration's budget requested $21.0 billion in discretionary appropriations for accounts in the jurisdiction of the House Appropriations Subcommittee on Agriculture. This would have been a $5.6 billion reduction from the FY2025 year-long continuing resolution (-21.1%).

- House-reported H.R. 4121 would have provided $25.5 billion in discretionary appropriations, a decrease of nearly $1.2 billion from FY2025 (-4.3%). The House-reported bill would have provided about $4.5 billion more than the Trump Administration's request.

- Senate-passed H.R. 3944, Division B, would have provided $27.1 billion in discretionary appropriations, an increase of $785 million from FY2025 (+3.0%) on a comparable basis that excludes the CFTC. The Senate-passed bill would have provided $1.9 billion more than the House-reported bill (+7.6%).

**Figure 4** shows the dollar changes from FY2025 enacted levels to the proposed amounts for FY2026 at agency or account levels; **Figure 5** shows the percentage changes. **Table 4** shows the appropriations for mandatory spending programs.

## Administration's Request

The Trump Administration proposed discretionary appropriations in the jurisdiction of Agriculture appropriations of $21.0 billion, a reduction of $5.6 billion from FY2025 levels (-21.1%). The largest reduction would have been from eliminating Foreign Agricultural Service (FAS) Food for Peace Title II international food aid grants (FFP, -$1.6 billion, -100.0%), followed by reductions of the Conservation Operations account in the Natural Resources Conservation Service (-$783 million, -87.5%), research and extension grants by the National Institute of Food

---

[11] CRS Report R44296, *Deeming Resolutions: Budget Enforcement in the Absence of a Budget Resolution*.

[12] House Committee on Appropriations, "Committee Approves Numerous FY26 Subcommittee Allocations," June 11, 2025, press release, https://appropriations.house.gov/news/press-releases/committee-approves-numerous-fy26-subcommittee-allocations.

and Agriculture (-$642 million, -38.2%), FNS Commodity Assistance Programs (-$425 million, -82.4%), grants and loans in the Rural Utilities Service (RUS; -$401 million, -60.2%), Farm Service Agency salaries and expenses (-$372 million, -23.2%), and salaries and expenses for the FDA (-$360 million, -10.2%). WIC would have received an increase of $100 million in its regular account appropriation, but a rescission of unobligated prior appropriations in the General Provisions title would have reduced WIC by $391 million for a net reduction.

In order of percentage terms, the Administration's request would have eliminated appropriations for the FAS McGovern-Dole Food for Education (-$240 million, -100.0%), the Rural Business-Cooperative Service (RBCS, -$104 million, -100.0%), and formula funding for university agricultural research under the Hatch Act (-$265 million, -100.0%). The Rental Assistance Program in the RHS would have increased by $73 million (+4.4%).

## House-Reported Bill

The House-reported bill would have provided $25.5 billion for discretionary Agriculture appropriations, a reduction of nearly $1.2 billion from FY2025 levels (-4.3%) and affecting most accounts. The largest reduction would have been from FFP (-$719 million, -44.4%), followed by the FDA (-$326 million, -9.2%), RUS (-$141 million, -21.1%), and the Farm Service Agency (-$135 million, -8.4%). The House subcommittee markup would have reduced the Nutrition Programs Administration account (-$42 million -23.7%), and the Agricultural Marketing Service (-$33 million, -14.6%). The largest increases would have been provided for RHS Community Facilities grants (+$462 million; up from $5 million in FY2025 when earmarks were not allowed) and the RHS Rental Assistance Program (+$73 million, +4.4%).

## Senate-Passed Bill

The Senate-passed bill would have provided $27.1 billion for discretionary Agriculture appropriations, an increase of $785 million from FY2025 levels (+3.0%). Many accounts would have been unchanged from FY2025 levels. The largest increases would have been for WIC (+$603 million, +7.9%), followed by the RHS (+$308 million, +13.1%), Agricultural Research Service (ARS; +81 million, +4.6%), NRCS (+38 million, +4.1%), and RBCS (+24 million, +34.3%). The largest reductions to partially offset these increases would have been from FFP (-$119 million, -7.4%) and RUS (-$87 million, -13.0%).

## Enacted FY2026 Appropriation

The enacted full-year FY2026 appropriation provides $26.6 billion in discretionary appropriations and excludes the CFTC. This is an increase of $335 million from FY2025 on a comparable basis (+1.3%). While many accounts are minimally changed from FY2025, the net increase in discretionary appropriations may be summarized across eight accounts.

The largest increases in appropriations are for Community Facilities (+$659 million for congressionally directed spending compared with $5 million in FY2025), WIC (+$603 million, +7.9%), and ARS Buildings and Facilities (+$61 million for congressionally directed spending compared with no funding in FY2025). These increases subtotal $1,323 million and are partially offset by $991 million in reductions to Food for Peace Title II Grants (-$419 million, -25.9%), FDA (-$100 million, -2.8%), FSA salaries (-$84 million, -7.0%), the Farm Production and Conservation Business Center (-$77 million; -31.3%), and additional rescissions (-$312 million, +166.2%; including a $350 million rescission from the Department of Treasury Forfeiture Fund).

**Figure 4. Changes in Discretionary Agriculture Appropriations from FY2025 Enacted to FY2026 Enacted and FY2026 Proposals**

Change in budget authority in millions of dollars



**Source:** Figure created by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; the explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** The figure excludes supplemental appropriations acts. Agencies and programs are ordered as shown in **Table 3**. WIC = Special Supplemental Program for Women, Infants and Children; CHIMPS = changes in mandatory spending programs.

**Figure 5. Percentage Changes in Discretionary Agriculture Appropriations from FY2025 Enacted to FY2026 Enacted and FY2026 Proposals**



**Source:** Figure created by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** The figure excludes supplemental appropriations acts. Agencies and programs are ordered as shown in **Table 3**. WIC = Special Supplemental Program for Women, Infants and Children; CHIMPS = changes in mandatory spending programs.

**Table 3. Discretionary Agriculture Appropriations by Agency, FY2024-FY2026**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request[a] | FY2026 House-Reported H.R. 4121 | FY2026 Senate-Passed H.R. 3944, Div. B | FY2026 Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | Change from FY2025 to FY2026 Enacted % |
|---|---|---|---|---|---|---|---|---|
| **Title I. Agricultural Programs** | | | | | | | | |
| Departmental Admin. (**Table A-1**) | 479.8 | 479.8 | 426.2 | 399.9 | 470.6 | 436.3 | -43.5 | -9.1% |
| **Research, Education, and Economics (Table A-2)** | | | | | | | | |
| Agricultural Research Service | 1,845.2 | 1,788.1 | 1,700.0 | 1,811.6 | 1,869.4 | 1,853.7 | +65.7 | +3.7% |
| National Institute of Food and Agriculture | 1,678.8 | 1,678.8 | 1,037.0 | 1,654.1 | 1,692.3 | 1,677.0 | -1.7 | -0.1% |
| National Agricultural Statistics Service | 187.5 | 187.5 | 185.0 | 180.0 | 187.5 | 185.0 | -2.5 | -1.3% |
| Economic Research Service | 90.6 | 90.6 | 80.0 | 85.6 | 90.6 | 90.6 | +0.0 | +0.0% |
| Under Secretary | 1.9 | 1.9 | 1.0 | 2.4 | 1.9 | 1.9 | +0.0 | +0.0% |
| **Marketing and Regulatory Programs** | | | | | | | | |
| Animal & Plant Health Inspection Service | 1,163.0 | 1,148.8 | 1,148.8 | 1,147.0 | 1,168.5 | 1,158.0 | +9.3 | +0.8% |
| Agricultural Marketing Service | 223.9 | 223.9 | 170.9 | 191.3 | 223.9 | 211.9 | -12.0 | -5.4% |
| Under Secretary | 1.6 | 1.6 | 1.2 | 1.6 | 1.6 | 1.6 | +0.0 | +0.0% |
| **Food Safety** | | | | | | | | |
| Food Safety and Inspection Service | 1,190.0 | 1,214.0 | 1,205.2 | 1,216.0 | 1,226.0 | 1,215.2 | +1.2 | +0.1% |
| Under Secretary | 1.1 | 1.1 | 0.8 | 1.1 | 1.1 | 1.1 | +0.0 | +0.0% |
| **Subtotal, Title I** | **6,863.4** | **6,816.0** | **5,956.0** | **6,690.6** | **6,933.5** | **6,832.4** | **+16.4** | **+0.2%** |
| **Title II. Farm Production & Conservation** | | | | | | | | |
| Business Center | 244.2 | 244.2 | 214.0 | 210.0 | 238.5 | 167.6 | -76.6 | -31.3% |
| Farm Service Agency (**Table A-3**) | 1,606.7 | 1,606.7 | 1,234.5 | 1,471.3 | 1,593.3 | 1,502.9 | -103.7 | -6.5% |
| Risk Management Agency | 65.6 | 65.6 | 60.0 | 60.0 | 65.6 | 60.0 | -5.6 | -8.6% |
| Natural Resources Conservation Service (**Table A-4**) | 950.9 | 911.4 | 112.3 | 892.0 | 949.1 | 903.0 | -8.4 | -0.9% |
| Under Secretary | 1.5 | 1.5 | 1.0 | 1.5 | 1.5 | 1.5 | +0.0 | +0.0% |
| **Subtotal, Title II** | **2,868.4** | **2,828.9** | **1,621.3** | **2,634.3** | **2,847.6** | **2,634.6** | **-194.3** | **-6.9%** |
| **Title III. Rural Development** | | | | | | | | |
| Salaries and Expenses[b] | 351.1 | 351.1 | 265.0 | 305.0 | 351.1 | 312.0 | -39.1 | -11.1% |
| Rural Housing Service (RHS, **Table A-5**) | 2,306.2[c] | 2,344.9[d] | 2,191.4 | 2,850.1 | 2,652.6 | 3,098.5 | +753.6 | +32.1% |
| Rural Business-Cooperative Service (RBCS, **Table A-6**) | 104.2 | 69.5[d] | 0.0 | 84.6 | 93.3 | 81.6 | +12.1 | +17.5% |
| Rural Utilities Service (RUS, **Table A-7**) | 808.5 | 667.1[d] | 265.8 | 526.0 | 580.4 | 595.4 | -71.6 | -10.7% |
| Under Secretary | 1.6 | 1.6 | 1.0 | 1.6 | 1.6 | 1.6 | +0.0 | +0.0% |

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request[a] | FY2026 House-Reported H.R. 4121 | FY2026 Senate-Passed H.R. 3944, Div. B | FY2026 Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | Change from FY2025 to FY2026 Enacted % |
|---|---|---|---|---|---|---|---|---|
| **Subtotal, Title III** | **3,571.6** | **3,434.2** | **2,723.2** | **3,767.3** | **3,679.1** | **4,089.2** | **+655.0** | **+19.1%** |
| **Title IV. Domestic Food Programs (Table A-8)** | | | | | | | | |
| Child Nutrition Programs | 16.0 | 16.0 | 0.0 | 15.0 | 16.5 | 16.0 | +0.0 | +0.0% |
| SNAP, Food & Nutrition Act Programs | 6.0 | 6.0 | 3.0 | 8.0 | 7.0 | 7.0 | +1.0 | +16.7% |
| WIC Program | 7,030.0 | 7,597.0 | 7,697.0[e] | 7,697.0[e] | 8,200.0 | 8,200.0 | +603.0 | +7.9% |
| Commodity Assistance Programs | 480.1 | 516.1 | 91.1 | 516.1 | 516.1 | 551.1 | +35.0 | +6.8% |
| Nutrition Programs Administration | 177.3 | 177.3 | 164.7 | 135.3 | 177.3 | 160.0 | -17.3 | -9.8% |
| Under Secretary | 1.1 | 1.1 | 0.8 | 1.1 | 1.1 | 1.1 | +0.0 | +0.0% |
| **Subtotal, Title IV** | **7,710.5** | **8,313.5** | **7,956.6** | **8,372.5** | **8,918.0** | **8,935.2** | **+621.7** | **+7.5%** |
| **Title V. Foreign Assistance** | | | | | | | | |
| Foreign Agricultural Service and related[f] | 238.3 | 238.3 | 231.4 | 238.3 | 238.3 | 233.0 | -5.3 | -2.2% |
| Food for Peace Title II and admin. | 1,619.1[g] | 1,619.1[g] | 0.0 | 900.0 | 1,500.0 | 1,200.0 | -419.1 | -25.9% |
| McGovern-Dole Food for Education | 240.0 | 240.0 | 0.0 | 220.3 | 240.0 | 240.0 | +0.0 | +0.0% |
| Under Secretary | 0.9 | 0.9 | 0.6 | 0.9 | 0.9 | 0.9 | +0.0 | +0.0% |
| **Subtotal, Title V** | **2,098.4** | **2,098.4** | **232.0** | **1,359.6** | **1,979.2** | **1,673.9** | **-424.4** | **-20.2%** |
| **Title VI. Related Agencies** | | | | | | | | |
| Food and Drug Administration | 3,527.2 | 3,527.2 | 3,166.9 | 3,201.0 | 3,537.2 | 3,427.2 | -100.0 | -2.8% |
| Commodity Futures Trading Commission (CFTC)[h] | 365.0 | 365.0 | 410.0 | 335.0 | 365.0[i,j] | 365.0[i,j] | +0.0 | +0.0% |
| **Subtotal, Title VI** | **3,892.2** | **3,892.2** | **3,576.9** | **3,536.0** | **3,902.2[i]** | **3,792.2[i]** | **-100.0** | **-2.6%** |
| **Title VII. General Provisions** | | | | | | | | |
| Appropriations (**Table A-9**) | 25.2 | 25.2 | 0.0 | 10.5 | 25.2 | 27.5 | +2.3 | +8.9% |
| Rescissions (**Table A-10**)[k] | -351.9 | -187.8 | -526.0 | -378.0 | -350.0 | -500.0 | -312.2 | +166.2% |
| CHIMPS (**Table A-11**)[l] | +0.0 | -49.0 | 0.0 | 0.0 | 0.0 | 0.0 | +49.0 | -100.0% |
| **Subtotal, Title VII** | **-326.7** | **-211.6** | **-526.0** | **-367.5** | **-324.8** | **-472.6** | **-260.9** | **+123.3%** |
| **Scorekeeping Adjustments (Table A-12)[m]** | **-455.0** | **-528.5** | **-507.0** | **-507.0** | **-507.0** | **-507.0** | **+21.5** | **-4.1%** |
| **Totals** | | | | | | | | |
| **Senate basis (without CFTC)[h]** | 25,857.8[i] | 26,278.0[i] | 20,622.9 | 25,150.8[i] | 27,062.8 | 26,612.8 | +334.8 | +1.3% |
| **House basis (with CFTC)[h]** | 26,222.8 | 26,643.0 | 21,032.9 | 25,485.8 | 27,427.8[i] | 26,977.8 | +334.8 | +1.3% |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; S. 3290; P.L. 119-37; P.L. 119-75; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** The table excludes supplemental appropriations acts. Amounts and totals are nominal discretionary budget authority.

a. Amounts for the Administration's request do not reflect legislative proposals that would require legislative activity (authorizations) beyond appropriations.

b. The Rural Development (RD) Salaries and Expenses account is a base amount for the mission area and excludes transfers from the three agencies.

c. The FY2024 Appropriations Act (P.L. 118-42, Div. B, §778(1)) provided $505 million to the Community Facilities account from the USDA Nonrecurring Expenses Fund (NEF; 7 U.S.C. §2250b). The NEF accumulates transfers of expired, unobligated discretionary funds from across USDA from prior appropriations and thus does not score in current-year appropriations. An anomaly in the FY2025 year-long continuing resolution prevented this provision from continuing.

d. An anomaly in P.L. 119-4, §1206, allows USDA to transfer amounts within the RD mission area to maintain FY2024 program levels to the extent possible, provided that $34 million be transferred to the RHS Rental Assistance Program. The implications for other RD programs that USDA might reduce to accomplish the budget neutral transfer are uncertain. The $34 million increase for Rental Assistance is included in the table, consistent with the FY2026 House committee report, but the unspecified reductions to other accounts are not reflected; a $34 million reduction is included in the "rounding plug" in scorekeeping adjustments.

e. Excludes rescission in General Provisions.

f. Includes Foreign Agricultural Service salaries and expenses, CCC Export Loan salaries, and the Office of Codex Alimentarius.

g. In addition to appropriations shown in the table, the FY2024 Appropriations Act (P.L. 118-42, Div. B, §778(2)) provided $68 million to Food for Peace Title II grants from the USDA NEF (7 U.S.C. §2250b). The NEF accumulates transfers of expired, unobligated discretionary funds from across USDA from prior appropriations and thus does not score in current-year appropriations. The provision continues in FY2025 under terms of the year-long continuing resolution.

h. Appropriations jurisdiction for the CFTC differs between the chambers. After FY2008, the CFTC has always been carried in the House Appropriations Agriculture Subcommittee markup, never in the Senate Agriculture Subcommittee markup, and always in Senate Financial Services and General Government Subcommittee markup. In enacted appropriations acts, the CFTC is carried in the Agriculture Appropriations Act in alternating fiscal years except for FY2025, which repeated carrying CFTC under the year-long continuing resolution.

i. This amount is not recorded with the act or bill due to differing House-Senate jurisdiction for the CFTC in Agriculture appropriations but is shown for comparisons with other amounts in that row.

j. The amount for the CFTC in the FY2026 Senate column is from S. 3290, the Financial Services and General Government Appropriations Act, 2026. The amount for the CFTC in the FY2026 enacted column is from P.L. 119-75, Division E, a five-bill minibus appropriation.

k. Rescissions are actions that permanently reduce an enacted budget authority, thereby scoring a budgetary savings. Reductions from mandatory programs are included separately with CHIMPS (changes in mandatory program spending).

l. CHIMPS in appropriations acts include temporary increases or limitations to mandatory program spending or permanent rescissions of mandatory programs that are focused on the current fiscal year. See CRS Report R47705, *Congressional Rules Pertaining to Changes in Mandatory Program Spending in Appropriations Bills (CHIMPs)*.

m. Scorekeeping adjustments are not directly appropriated provisions and may not be shown in the committee tables accompanying a bill but are part of the official CBO accounting of an appropriations act. In Agriculture appropriations, scorekeeping adjustments primarily include "negative subsidies" for some loan programs, mostly from receipt of fees charged to borrowers.

**Table 4. Mandatory Agriculture Appropriations, FY2024-FY2026**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | FY2026 Senate-Passed H.R. 3944, Div. B | FY2026 Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | Change from FY2025 to FY2026 Enacted % |
|---|---|---|---|---|---|---|---|---|
| **Title I. Agricultural Programs** | | | | | | | | |
| Section 32[a] | 1,574.0 | 1,571.7 | 1,667.0 | 1,667.0 | 1,716.3 | 1,716.3 | +144.6 | +9.2% |
| **Title II. Farm Production & Conservation** | | | | | | | | |
| Federal Crop Insurance Corporation | 15,484.0 | 14,581.0 | 14,264.0 | 14,264.0 | 14,264.0 | 15,346.0 | +765.0 | +5.2% |
| Commodity Credit Corporation (CCC)[b] | 12,438.0 | 13,863.0 | 13,491.4 | 13,491.4 | 13,491.4 | 13,953.7 | +90.7 | +0.7% |
| Dairy Indemnity Payment Program | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | +0.0 | +0.0% |
| **Title IV. Domestic Food Programs** | | | | | | | | |
| Child Nutrition Programs | 33,250.2 | 33,250.2 | 36,269.4 | 35,769.4 | 36,269.4 | 37,825.7 | +4,575.4 | +13.8% |
| SNAP, Food & Nutrition Act Programs | 122,376.5 | 122,376.5 | 118,132.3 | 118,133.3 | 118,133.3 | 107,474.2 | -14,902.3 | -12.2% |
| **Total** | 185,123.3 | 185,642.9 | 183,824.7 | 183,325.7 | 183,874.9 | 176,316.4 | -9,326.5 | -5.0% |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** The table excludes supplemental appropriations acts. Amounts are nominal budget authority.

a.  In this table, Section 32 (formally known as Funds for Strengthening Markets, Income, and Supply) shows only USDA's reserved spending authority as noted in appropriations committee reports. Amounts transferred to the child nutrition programs are included within the amounts shown for the child nutrition programs. See CRS In Focus IF12193, *Farm and Food Support Under USDA's Section 32 Account*.

b.  The amount for the CCC is the reimbursement to Treasury for net realized losses to replenish the CCC borrowing authority. See CRS Report R44606, *The Commodity Credit Corporation (CCC)*.

# Other Appropriations Issues

## Policy-Related Provisions

Appropriations acts set spending authority and may serve as vehicles for policy-related limitations and so-called "riders" (language extraneous to the subject of the bill) that direct executive branch actions.[13] These provisions may have the force of law if they are included in an act's text, but their effect is generally limited to the current fiscal year unless they amend the *U.S. Code*, which is not typical in appropriations acts. Report language may also provide policy directions for agencies but does not carry the force of law.

---

[13] See CRS Report RL30240, *Congressional Oversight Manual*.

Congress has directed that committee reports and the joint explanatory statement are to be read together to capture congressional intent.

> The joint explanatory statement accompanying this division is approved and indicates congressional intent. Unless otherwise noted, the language set forth in H.Rept. 119–172 and S.Rept. 119–37 carries the same weight as language included in this joint explanatory statement and should be complied with unless specifically addressed to the contrary in this joint explanatory statement. While some language is repeated for emphasis, it is not intended to negate the language referred to above unless expressly provided herein.[14]

## Congressionally Directed Spending (Earmarks)

*Congressional earmarks* are defined in the 119th Congress as a type of congressional spending action that noncompetitively benefits a specific entity or locality.[15] The House Committee on Appropriations refers to these as Community Project Funding, and the Senate Committee on Appropriations refers to these as Congressionally Directed Spending.

Beginning in FY2022 and continuing to FY2024, after about a decade of no earmarks, the House and Senate allowed earmarks in annual appropriations acts, including in Agriculture appropriations.[16] The FY2025 year-long CR did not include earmarks and reduced funding commensurately for accounts that were earmarked in FY2024.

For FY2026, the House-reported bill included 509 earmark projects requested by 192 Representatives totaling $643 million.[17] Six USDA accounts were earmarked: ARS Buildings and Facilities; NRCS Conservation Operations; RUS Distance Learning and Telemedicine Program grants; RUS ReConnect broadband grants; and RUS Water and Waste Disposal Program grants.[18]

The Senate-passed bill included 250 earmark projects requested by 67 Senators totaling $300 million. The Senate-passed bill included these earmarks by incorporating the text of the Senate-reported committee report (S.Rept. 119-37) into the minibus. Six USDA accounts were earmarked (three of which overlap with the House-reported bill): ARS Buildings and Facilities; APHIS salaries and expenses; NIFA Research and Education; NRCS Watershed and Flood Prevention Operations; RHS Community Facilities grants; and RUS Distance Learning and Telemedicine Program grants.[19]

The enacted appropriation includes 746 earmarks totaling $931 million across nine USDA accounts (**Table 5**). Three accounts were earmarked by both the House and Senate: ARS Buildings and Facilities, RHS Community Facilities, and the RUS Distance Learning, Telemedicine and Broadband account. Three accounts were earmarked solely by the House, and

---

[14] *Congressional Record*, November 9, 2025, S8043.

[15] "For the purpose of this clause, the term 'congressional earmark' means a provision or report language included primarily at the request of a Member, Delegate, Resident Commissioner, or Senator providing, authorizing or recommending a specific amount of discretionary budget authority, credit authority, or other spending authority for a contract, loan, loan guarantee, grant, loan authority, or other expenditure with or to an entity, or targeted to a specific State, locality or congressional district, other than through a statutory or administrative formula driven or competitive award process." See Rules of the House of Representatives, 119th Congress, Rule XXI, Clause 9(e), https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.

[16] CRS Report R48471, *Agriculture Appropriations: Earmarks Disclosed from FY2022 to FY2024*.

[17] House Committee on Appropriations, "Committee Releases FY2026 Agriculture, Rural Development, FDA Bill," and "Summary," June 4, 2025, https://appropriations.house.gov/news/press-releases/committee-releases-fy26-agriculture-rural-development-fda-bill.

[18] CRS analysis of H.Rept. 119-172, "Community Project Funding" (table).

[19] CRS analysis of S.Rept. 119-37 and "Congressionally Directed Spending Items" (table).

three were earmarked solely by the Senate. The Community Facilities account comprises 80% of the number of earmarks and 71% of the amount of earmarks in Agriculture appropriations. Nearly all of this account is earmarked (99%), leaving little for USDA to allocate competitively. The Rural Water and Waste Disposal account is the next largest earmark recipient, with 10% of the number of earmarks and 12% of the amount. More of this account's total remains available for competitive allocation; 25% is earmarked. The NRCS Watershed and Flood Prevention Operations (WFPO) account has the largest median size of earmarks ($2 million). Infrastructure projects in the WFPO and ARS Buildings and Facilities account are the largest single earmarks, $14 million and $16 million, respectively.

**Table 5. Earmarks in FY2026 Agriculture Appropriations**

Community Project Funding in the House Bill and Congressionally Directed Spending in the Senate Bill and in the Enacted Appropriations Explanatory Statement

| Account | H.Rept. 119-172 Nbr. | S.Rept. 119-37 Nbr. | Enacted P.L. 119-37; *Cong. Rec.*, 11/9/2025, S8043 Nbr. | Amt. ($ millions) | % of Acct. | Median (dollars) | Range (dollars) |
|---|---|---|---|---|---|---|---|
| **Agricultural Research Service** | | | | | | | |
| Buildings & Facilities | 7 | 6 | 11 | $57.7 | 95% | $3,100,000 | $1,000,000 - $16,000,000 |
| **National Institute of Food and Agriculture** | | | | | | | |
| Research and Education; Research Facilities Act | — | 7 | 7 | $13.6 | 1% | $1,925,000 | $500,000 - $5,535,000 |
| **Animal and Plant Health Inspection Service** | | | | | | | |
| Salaries & Expenses | — | 9 | 9 | $11.4 | 1% | $1,000,000 | $267,000 - $4,500,000 |
| **Natural Resources Conservation Service** | | | | | | | |
| Conservation Operations | 26 | — | 26 | $34.6 | 4% | $1,000,000 | $300,000 - $3,500,000 |
| Watershed & Flood Prevention Operations | — | 11 | 11 | $32.4 | 65% | $2,000,000 | $55,000 - $13,550,000 |
| **Rural Development** | | | | | | | |
| Community Facilities | 395 | 215 | 599 | $659.2 | 99% | $1,000,000 | $9,089 - $5,551,812 |
| Rural Water and Waste Disposal | 72 | — | 72 | $110.5 | 25% | $1,007,500 | $200,000 - $6,200,000 |
| Distance Learning, Telemedicine, and Broadband | 8 | 2 | 10 | $10.8 | 26% | $991,300 | $110,000 - $3,678,142 |
| ReConnect | 1 | — | 1 | $0.8 | 1% | $750,000 | $750,000 - $750,000 |
| **Total** | **509** | **250** | **746** | **$930.7** | — | — | — |

**Source:** CRS analysis of earmark tables in committee-reported H.Rept. 119-172, S.Rept. 119-37, and explanatory statement in the *Congressional Record*, November 9, 2025, S8043.

**Notes:** The number of earmarks in the enacted appropriation may be less than the sum of the House and Senate markup due to duplicate requests. The % of Acct. column is the percentage of the total account that is earmarked (see Appendix tables for account totals).

# Appendix. Additional Detail on USDA Appropriations

**Table A-1. Departmental Administration**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Office of the Secretary | 7.0 | 7.0 | 6.0 | 5.6 | 7.0 | 7.0 | +0.0 | +0.0% |
| Office of Tribal Relations | 5.2 | 5.2 | 5.0 | 5.2 | 5.2 | 5.2 | +0.0 | +0.0% |
| Office of Homeland Security | 1.9 | 1.9 | 1.9 | 1.7 | 1.9 | 1.7 | -0.2 | -10.3% |
| Public Partnership and Engagement | 7.5 | 7.5 | 3.0 | 5.0 | 6.0 | 5.3 | -2.3 | -30.0% |
| Assistant Secretary for Admin. | 1.7 | 1.7 | 1.3 | 0.9 | 1.7 | 1.7 | +0.0 | +0.0% |
| Departmental Administration | 23.5 | 23.5 | 17.0 | 17.0 | 20.0 | 17.0 | -6.5 | -27.6% |
| Asst. Sec. Congressional Relations | 4.5 | 4.5 | 3.5 | 3.5 | 3.0 | 3.5 | -1.0 | -22.2% |
| Office of Communications | 7.0 | 7.0 | 5.0 | 5.0 | 5.0 | 5.0 | -2.0 | -28.6% |
| Office of the Chief Economist | 30.5 | 30.5 | 19.8 | 28.0 | 30.5 | 29.5 | -1.0 | -3.3% |
| Office of Hearings and Appeals | 16.7 | 16.7 | 13.0 | 12.7 | 16.0 | 14.5 | -2.2 | -13.2% |
| Office of Budget and Program Analysis | 15.0 | 15.0 | 14.0 | 15.0 | 15.0 | 15.0 | +0.0 | +0.0% |
| Chief Information Officer | 91.0 | 91.0 | 91.0 | 85.0 | 91.0 | 85.0 | -6.0 | -6.6% |
| Chief Financial Officer | 6.9 | 6.9 | 6.0 | 5.9 | 6.9 | 5.9 | -1.0 | -14.6% |
| Assistant Secretary for Civil Rights | 1.5 | 1.5 | 1.0 | 0.9 | 1.5 | 1.5 | +0.0 | +0.0% |
| Office of Civil Rights | 37.0 | 37.0 | 20.0 | 24.5 | 37.0 | 30.0 | -7.0 | -18.9% |
| Office of Safety, Security, and Protection | 20.8 | 20.8 | 19.1 | 18.3 | 20.8 | 24.0 | +3.2 | +15.4% |
| Buildings and Facilities | 22.6 | 22.6 | 35.0 | 10.6 | 22.6 | 15.0 | -7.6 | -33.6% |
| Hazardous Materials Management | 3.0 | 3.0 | 2.5 | 1.0 | 3.0 | 1.6 | -1.4 | -46.0% |
| Office of Inspector General | 111.6 | 111.6 | 100.0 | 94.6 | 111.6 | 103.0 | -8.6 | -7.7% |
| General Counsel | 60.5 | 60.5 | 57.5 | 55.5 | 60.5 | 60.5 | +0.0 | +0.0% |
| Office of Ethics | 4.5 | 4.5 | 4.5 | 4.1 | 4.5 | 4.5 | +0.0 | +0.0% |
| **Total** | **479.8** | **479.8** | **426.2** | **399.9** | **470.6** | **436.3** | **-43.5** | **-9.1%** |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Table A-2. Research, Education, and Economics**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| **Under Secretary** | 1.4 | 1.4 | 1.0 | 1.4 | 1.4 | 1.4 | +0.0 | +0.0% |
| Office of the Chief Scientist | 0.5 | 0.5 | 0.0 | 1.0 | 0.5 | 0.5 | +0.0 | +0.0% |
| **Agricultural Research Service (ARS)** | | | | | | | | |
| Salaries and Expenses | 1,788.1 | 1,788.1 | 1,700.0 | 1,790.6 | 1,826.8 | 1,793.1 | +5.0 | +0.3% |
| Buildings and Facilities | 57.2 | 0.0 | 0.0 | 21.0 | 42.7 | 60.7 | +60.7 | na |
| **Subtotal, ARS** | **1,845.2** | **1,788.1** | **1,700.0** | **1,811.6** | **1,869.4** | **1,853.7** | **+65.7** | **+3.7%** |
| **National Institute of Food and Agriculture (NIFA)** | | | | | | | | |
| Research and Education | | | | | | | | |
| AFRI (competitive grants) | 445.2 | 445.2 | 405.3 | 445.0 | 445.2 | 435.0 | -10.2 | -2.3% |
| Hatch Act (1862 institutions) | 265.0 | 265.0 | 0.0 | 265.0 | 265.0 | 265.0 | +0.0 | +0.0% |
| Evans-Allen (1890s institutions) | 89.0 | 89.0 | 50.0 | 89.0 | 89.0 | 89.0 | +0.0 | +0.0% |
| McIntire-Stennis (forestry) | 38.0 | 38.0 | 20.0 | 38.0 | 38.0 | 38.0 | +0.0 | +0.0% |
| Other | 238.8 | 238.8 | 195.8 | 221.0 | 252.3 | 235.3 | -3.5 | -1.5% |
| **Subtotal** | **1,076.0** | **1,076.0** | **671.1** | **1,058.0** | **1,089.5** | **1,075.8** | **-0.1** | **-0.0%** |
| Extension | | | | | | | | |
| Smith-Lever (b) & (c) | 325.0 | 325.0 | 175.0 | 325.0 | 325.0 | 325.0 | +0.0 | +0.0% |
| Smith-Lever (d) | 88.6 | 88.6 | 66.6 | 87.5 | 88.6 | 88.6 | +0.0 | +0.0% |
| Other | 148.1 | 148.1 | 124.3 | 143.5 | 148.1 | 147.5 | -0.6 | -0.4% |
| **Subtotal** | **561.7** | **561.7** | **365.9** | **556.0** | **561.7** | **561.1** | **-0.6** | **-0.1%** |
| Integrated Activities | 41.1 | 41.1 | 0.0 | 40.1 | 41.1 | 40.1 | -1.0 | -2.4% |
| **Subtotal, NIFA** | **1,678.8** | **1,678.8** | **1,037.0** | **1,654.1** | **1,692.3** | **1,677.0** | **-1.7** | **-0.1%** |
| **National Agricultural Statistics Service (NASS)** | | | | | | | | |
| Agricultural Census | 46.9 | 46.9 | 46.0 | 46.0 | 46.0 | 46.0 | -0.9 | -1.8% |
| Agricultural estimates | 140.7 | 140.7 | 139.0 | 134.0 | 141.5 | 139.0 | -1.7 | -1.2% |
| **Subtotal, NASS** | **187.5** | **187.5** | **185.0** | **180.0** | **187.5** | **185.0** | **-2.5** | **-1.3%** |
| **Economic Research Service** | **90.6** | **90.6** | **80.0** | **85.6** | **90.6** | **90.6** | **+0.0** | **+0.0%** |
| **Total** | **3,804.0** | **3,746.8** | **3,003.0** | **3,733.6** | **3,841.7** | **3,808.2** | **+61.4** | **+1.6%** |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/

hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** AFRI = Agriculture and Food Research Initiative. Also, na = not available; percentage change not provided.

### Table A-3. Farm Service Agency

Budget authority (or loan authority, as noted) in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Farm Service Agency Salaries and Expenses | 1,209.3 | 1,209.3 | 950.0 | 1,100.0 | 1,209.3 | 1,125.0 | -84.3 | -7.0% |
| Farm loan programs loan subsidy | 326.1 | 326.1 | 252.5 | 326.1 | 326.1 | 326.1 | +0.0 | +0.0% |
| Farm loan programs administration | 53.8 | 53.8 | 31.6 | 30.2 | 40.5 | 33.9 | -19.9 | -37.1% |
| State mediation grants | 6.5 | 6.5 | 0.0 | 6.5 | 6.5 | 6.5 | +0.0 | +0.0% |
| Grassroots source water protection | 7.0 | 7.0 | 0.0 | 8.0 | 7.0 | 7.5 | +0.5 | +7.1% |
| Geographically disadvantaged farmers | 3.5 | 3.5 | 0.0 | 0.0 | 3.5 | 3.5 | +0.0 | +0.0% |
| Dairy Indemnity Payment Program (M) | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | +0.0 | +0.0% |
| **Total discretionary appropriations** | **1,606.7** | **1,606.7** | **1,234.5** | **1,471.3** | **1,593.3** | **1,502.9** | **-103.7** | **-6.5%** |
| **Farm Loan Program Details** | | | | | | | | |
| Loan subsidy (budget authority) | | | | | | | | |
| *Loan authority* | | | | | | | | |
| Farm Ownership Loans – Direct | 27.6 | 50.3[a] | 30.6 | 25.0 | 39.4 | 32.8 | -17.5 | -34.8% |
| *Loan authority* | *3,100.0* | *2,578.7[a]* | *2,405.7* | *1,967.0* | *3,100.0* | *2,580.0* | *+1.3* | *+0.1%* |
| Farm Ownership Loans – Guaranteed | — | — | — | — | — | — | — | — |
| *Loan authority* | *3,500.0* | *3,500.0* | *3,500.0* | *3,500.0* | *3,500.0* | *3,500.0* | *+0.0* | *+0.0%* |
| Farm Operating Loans – Direct | — | — | — | — | — | — | — | — |
| *Loan authority* | *1,633.0* | *1,633.0* | *1,633.0* | *1,100.0* | *1,633.0* | *1,633.0* | *+0.0* | *+0.0%* |
| Farm Operating Loans – Guaranteed | 1.5 | — | — | — | — | — | — | — |
| *Loan authority* | *2,118.5* | *2,118.5* | *2,000.0* | *2,118.5* | *2,000.0* | *2,000.0* | *-118.5* | *-5.6%* |
| Emergency Loans | 3.5 | 3.5 | 1.0 | 2.6 | 1.0 | 1.0 | -2.5 | -71.5% |
| *Loan authority* | *37.7* | *30.1* | *14.4* | *37.0* | *14.4* | *14.4* | *-15.7* | *-52.2%* |
| Conservation Loans | — | — | — | — | — | — | — | — |
| *Loan authority – Direct* | — | — | — | *300.0* | — | — | — | — |
| *Loan authority – Guaranteed* | *150.0* | *150.0* | — | — | *150.0* | *150.0* | *+0.0* | *+0.0%* |
| Indian Highly Fractionated Land Loans | 1.6 | 0.0[a] | — | — | — | — | — | — |
| *Loan authority* | *5.0* | *0.0[a]* | — | — | — | — | — | — |
| Indian Tribe Land Acquisition Loans | — | — | — | — | — | — | — | — |

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | FY2026 Admin. Request | FY2026 House-Reported H.R. 4121 | FY2026 Senate-Passed H.R. 3944, Div. B | FY2026 Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | Change from FY2025 to FY2026 Enacted % |
|---|---|---|---|---|---|---|---|---|
| *Loan authority* | *20.0* | *20.0* | — | *20.0* | *20.0* | *20.0* | *+0.0* | *+0.0%* |
| Boll Weevil Eradication Loans | 0.3 | 0.0a | — | 0.02 | 0.1 | 0.1 | +0.1 | na |
| *Loan authority* | *60.0* | *0.0a* | — | *5.0* | *60.0* | *60.0* | *+60.0* | *na* |
| Heirs Property Relending | 19.4 | 0.0a | — | 2.7 | — | — | — | — |
| *Loan authority* | *61.4* | *0.0a* | — | *7.7* | — | — | — | — |
| **Subtotal, loan subsidy** | **53.8** | **53.8** | **31.6** | **30.2** | **40.5** | **33.9** | **-19.9** | **-37.1%** |
| ***Subtotal, loan authority*** | ***10,685.6*** | ***10,030.3a*** | ***9,553.1*** | ***9,055.2*** | ***10,477.4*** | ***9,957.4*** | ***-72.9*** | ***-0.7%*** |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** na = not available; percentage change not provided. *Loan authority* is the amount of loans that can be made or guaranteed. Loan authority is not added in the budget authority totals. *Loan subsidy* is part of the discretionary budget authority and reflects any interest rate subsidies and anticipated losses. Some loan programs do not require a loan subsidy because of sufficient fees charged on the loans that make them self-funding and that may result in a negative subsidy in the scorekeeping adjustments section. The relationship between loan authority and loan subsidy is explained for each loan program in the Federal Credit Supplement of the Administration's annual budget request.

a.   An anomaly in P.L. 119-4, §1205 allows amounts for loan subsidies for the USDA Farm Service Agency's farm loan program to be reprogrammed among the loan categories to maintain FY2024 loan authorization levels. This may be important for programs with different estimated loan subsidy ratios between FY2024 and FY2025; for example, guaranteed farm operating loans were estimated to no longer require a loan subsidy in FY2025, and direct farm operating loans were estimated to require a loan subsidy in FY2025.

### Table A-4. Natural Resources Conservation Service

Budget authority (or loan authority, as noted) in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | FY2026 Admin. Request | FY2026 House-Reported H.R. 4121 | FY2026 Senate-Passed H.R. 3944, Div. B | FY2026 Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | Change from FY2025 to FY2026 Enacted % |
|---|---|---|---|---|---|---|---|---|
| Conservation Operations | 914.9 | 895.8 | 112.3 | 850.0 | 895.8 | 850.0 | -45.8 | -5.1% |
| Watershed and Flood Prevention | 35.0 | 14.7 | 0.0 | 35.0 | 52.4 | 50.0 | +35.4 | +241.3% |
| Watershed Rehabilitation Program | 1.0 | 1.0 | 0.0 | 7.0 | 1.0 | 3.0 | +2.0 | +200.0% |
| **Total** | **950.9** | **911.4** | **112.3** | **892.0** | **949.1** | **903.0** | **-8.4** | **-0.9%** |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/

hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Table A-5. Rural Housing Service**

Budget authority (or loan authority, as noted) in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II[a] | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Administrative expenses (transfer) | 412.3 | 412.3 | 412.3 | 412.3 | 412.3 | 412.3 | +0.0 | +0.0% |
| Single family direct loans (§502) | 84.5 | 84.5 | — | 84.5 | 130.6 | 130.6 | +46.1 | +54.6% |
| *Direct loan authority* | *880.0* | *715.9[a]* | *—* | *880.0* | *1,000.0* | *1,000.0* | *+284.1* | *+39.7%* |
| *Guaranteed loan authority* | *25,000.0* | *25,000.0* | *25,000.0* | *25,000.0* | *25,000.0* | *25,000.0* | *+0.0* | *+0.0%* |
| Relending for Native American Tribes | 2.3 | 2.3 | — | 3.0 | 2.5 | 2.1 | -0.2 | -7.1% |
| *Loan authority* | *5.0* | *4.6* | *—* | *6.0* | *5.0* | *5.0* | *+0.4* | *+7.9%* |
| Other Rural Housing Insurance Fund programs | 73.2 | 66.8[a] | 44.2 | 66.1 | 66.9 | 61.4 | -5.5 | -8.2% |
| *Loan authority* | *520.0* | *500.0[a]* | *510.0* | *520.0* | *510.0* | *510.0* | *+10.0* | *+2.0%* |
| Rental assistance (§521) | 1,608.0 | 1,642.0 | 1,715.0 | 1,715.0 | 1,715.0 | 1,715.0 | +73.0 | +4.4% |
| Rural housing assistance grants | 35.0 | 35.0 | 20.0 | 20.0 | 35.0 | 27.0 | -8.0 | -22.9% |
| Mutual and self-help housing grants | 25.0 | 25.0 | — | 20.0 | 25.0 | 25.0 | +0.0 | +0.0% |
| Rural housing vouchers | 48.0 | 48.0 | — | 48.0 | 48.0 | 48.0 | +0.0 | +0.0% |
| Community Facilities: Grants | 5.0[b] | 5.0[c] | — | 467.3 | 204.4 | 664.2 | +659.2 | >100.0% |
| Community Facilities: Loan subsidy | — | 11.1 | — | — | — | 0.0 | -11.1 | -100.0% |
| *Direct loan authority* | *2,800.0* | *989.3[a]* | *1,250.0* | *1,000.0* | *1,250.0* | *1,250.0* | *+260.7* | *+26.4%* |
| *Guaranteed loan authority* | *650.0* | *650.0* | *650.0* | *650.0* | *650.0* | *650.0* | *+0.0* | *+0.0%* |
| Rural community development initiative | 5.0 | 5.0 | — | 6.0 | 5.0 | 5.0 | +0.0 | +0.0% |
| Tribal college grants | 8.0 | 8.0 | — | 8.0 | 8.0 | 8.0 | +0.0 | +0.0% |
| **Total** | **2,306.2** | **2,344.9** | **2,191.4** | **2,850.1** | **2,652.6** | **3,098.5** | **+753.6** | **+32.1%** |
| *Loan authority* | *29,855.0* | *27,859.9[a]* | *27,410.0* | *28,056.0* | *28,415.0* | *28,415.0* | *+555.1* | *+2.0%* |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** *Loan authority* is the amount of loans that can be made or guaranteed. Loan authority is not added in the budget authority totals. *Loan subsidy* is part of the discretionary budget authority and reflects any interest rate subsidies and anticipated losses. The relationship between loan authority and loan subsidy is explained for each loan program in the Federal Credit Supplement of the Administration's annual budget request.

a. An anomaly in P.L. 119-4, §1206, allows USDA to transfer amounts within the Rural Development (RD) mission area to maintain FY2024 program levels to the extent possible, provided that $34 million be transferred to the Rural Housing Service (RHS) Rental Assistance Program. The $34 million transfer would

be an increase of 2% for the Rental Assistance Program. The implications for other RD programs that USDA might reduce to accomplish the budget neutral transfer are uncertain.

b.  In addition to appropriations shown in the table, the FY2024 Appropriations Act (P.L. 118-42, Div. B, §778) provided $505 million to the Community Facilities account from the USDA Nonrecurring Expenses Fund (NEF) (7 U.S.C. 2250b).

c.  An anomaly in P.L. 119-4, §1204 excludes from continuation for FY2025 the $505 million from the NEF that had been included for FY2024 Community Facilities earmarks.

### Table A-6. Rural Business-Cooperative Service

Budget authority (or loan authority, as noted) in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II[a] | Admin. Request | FY2026 House-Reported H.R. 4121 | FY2026 Senate-Passed H.R. 3944, Div. B | FY2026 Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | Change from FY2025 to FY2026 Enacted % |
|---|---|---|---|---|---|---|---|---|
| **Rural Business Program Account** | | | | | | | | |
| Guaranteed Business and Industry (B&I) Loans – Loan subsidy | 38.1 | 3.3[a] | — | 35.2 | 15.6 | 15.6 | +12.2 | +368.3% |
| *Loan authority* | *1,600.0* | *1,663.0[a]* | — | *2,000.0* | *1,750.0* | *1,750.0* | *+87.0* | *+5.2%* |
| Rural Business Development Grants | 20.5 | 20.5 | — | 18.0 | 30.0 | 25.0 | +4.5 | +21.7% |
| Delta Regional Authority Grants | 8.0 | 8.0 | — | 4.0 | 10.0 | 10.0 | +2.0 | +25.0% |
| **Rural Development Loan Fund** | | | | | | | | |
| Administrative expenses (transfer) | 4.5 | 4.5 | — | 4.5 | 4.5 | 4.5 | +0.0 | +0.0% |
| Intermediary Relending Program - Loan subsidy | 3.0 | 3.4 | — | 3.1 | 3.0 | 2.5 | -0.9 | -26.7% |
| *Loan authority* | *10.0* | *10.0* | — | *9.0* | *13.0* | *9.0* | *-1.0* | *-10.0%* |
| Rural Economic Development Loans | | | | | | | | |
| *Loan authority* | *50.0* | *50.0* | *50.0* | *50.0* | *50.0* | *50.0* | *+0.0* | *+0.0%* |
| Rural Cooperative Development Grants | 24.6 | 24.6 | — | 16.6 | 24.8 | 20.0 | -4.6 | -18.7% |
| Rural Microentrepreneur Assistance Program | 5.0 | 4.6[a] | — | 3.3 | 5.0 | 4.0 | -0.6 | -13.6% |
| *Loan authority* | *20.0* | *12.7[a]* | — | *15.0* | *19.5* | *17.0* | *+4.3* | *+33.8%* |
| **Rural Energy for America Program** | | | | | | | | |
| *Loan authority* | *50.0* | *50.0* | — | *50.0* | *100.0* | *100.0* | *+50.0* | *+100.0%* |
| Healthy Food Financing Initiative | 0.5 | 0.5 | — | — | 0.5 | 0.05 | -0.5 | -90.0% |
| **Total** | **104.2** | **69.5** | — | **84.6** | **93.3** | **81.6** | **+12.1** | **+17.5%** |
| *Loan authority* | *1,730.0* | *1,785.7[a]* | *50.0* | *2,124.0* | *1,932.5* | *1,926.0* | *+140.3* | *+7.9%* |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** *Loan authority* is the amount of loans that can be made or guaranteed. Loan authority is not added in the budget authority totals. *Loan subsidy* is part of the discretionary budget authority and reflects any interest rate

subsidies and anticipated losses. The relationship between loan authority and loan subsidy is explained for each loan program in the Federal Credit Supplement of the Administration's annual budget request.

a.  An anomaly in P.L. 119-4, §1206, allows USDA to transfer amounts within the RD mission area to maintain FY2024 program levels to the extent possible, provided that $34 million be transferred to the RHS Rental Assistance Program. The implications for other RD programs that USDA might reduce to accomplish the budget neutral transfer are uncertain.

### Table A-7. Rural Utilities Service

Budget authority (or loan authority, as noted) in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II[a] | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| **Rural Water and Waste Disposal** | | | | | | | | |
| Loan subsidy and grants | 596.0 | 478.5[a] | 202.5 | 346.0 | 443.8 | 445.9 | -32.6 | -6.8% |
| *Direct loan authority* | *860.0* | *860.0* | *1,228.7* | *860.0* | *1,015.0* | *1,015.0* | *+155.0* | *+18.0%* |
| *Guaranteed loan authority* | *50.0* | *50.0* | *50.0* | *50.0* | *50.0* | *50.0* | *+0.0* | *+0.0%* |
| **Rural Electricity and Telecommunication** | | | | | | | | |
| Admin. expenses (transfer) | 33.3 | 33.3 | 33.3 | 33.3 | 33.3 | 33.3 | +0.0 | +0.0% |
| Rural Energy Savings Program | 3.6 | 3.6 | — | 5.0 | 4.2 | 4.2 | +0.6 | +17.4% |
| Telecommunication loan subsidy | 5.7 | 1.7[a] | — | 5.7 | 3.6 | 3.6 | +1.9 | +107.6% |
| *Telecommunication loan authority* | *550.0* | *1,549.6[a]* | *200.0* | *550.0* | *550.0* | *550.0* | *+395.0* | *+254.9%* |
| *Electricity loan authority* | *7,420.0* | *7,417.7[a]* | *7,000.0* | *7,430.0* | *7,925.0* | *7,935.0* | *+517.3* | *+7.0%* |
| **Distance Learning, Telemedicine, Broadband** | | | | | | | | |
| Distance learning & telemedicine | 49.6 | 40.0 | 30.0 | 30.2 | 40.6 | 40.8 | +0.8 | +1.9% |
| Community Connect grants | 20.0 | 20.0 | — | 15.0 | 20.0 | 17.0 | -3.0 | -15.0% |
| Broadband ReConnect | 100.4 | 90.0 | — | 90.8 | 35.0 | 50.8 | -39.3 | -43.6% |
| **Total** | **808.5** | **667.1[a]** | **265.8** | **526.0** | **580.4** | **595.4** | **-71.6** | **-10.7%** |
| *Loan authority* | *8,880.0* | *9,877.3[a]* | *8,478.7* | *8,890.0* | *9,540.0* | *9,550.0* | *+1,067.3* | *+12.6%* |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** *Loan authority* is the amount of loans that can be made or guaranteed. Loan authority is not added in the budget authority totals. *Loan subsidy* is part of the discretionary budget authority and reflects any interest rate subsidies and anticipated losses. The relationship between loan authority and loan subsidy is explained for each loan program in the Federal Credit Supplement of the Administration's annual budget request.

a.  An anomaly in P.L. 119-4, §1206, allows USDA to transfer amounts within the RD mission area to maintain FY2024 program levels to the extent possible, provided that $34 million be transferred to the RHS Rental Assistance Program. The implications for other RD programs that USDA might reduce to accomplish the budget neutral transfer are uncertain.

**Table A-8. Domestic Food Programs**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Child Nutrition Programs | 33,266.2 | 33,266.2 | 36,269.4 | 35,784.4 | 36,285.9 | 37,841.7 | +4,575.4 | +13.8% |
| Mandatory | 33,250.2 | 33,250.2 | 36,269.4 | 35,769.4 | 36,269.4 | 37,825.7 | +4,575.4 | +13.8% |
| Discretionary | 16.0 | 16.0 | 0.0 | 15.0 | 16.5 | 16.0 | +0.0 | +0.0% |
| SNAP, Food & Nutrition Act Program | 122,382.5 | 122,382.5 | 118,135.3 | 118,141.3 | 118,140.3 | 107,481.2 | -14,901.3 | -12.2% |
| Mandatory | 122,376.5 | 122,376.5 | 118,132.3 | 118,133.3 | 118,133.3 | 107,474.2 | -14,902.3 | -12.2% |
| Discretionary | 6.0 | 6.0 | 3.0 | 8.0 | 7.0 | 7.0 | +1.0 | +16.7% |
| WIC | 7,030.0 | 7,597.0 | 7,697.0[a] | 7,697.0[a] | 8,200.0 | 8,200.0 | +603.0 | +7.9% |
| Commodity Assistance Programs | 480.1 | 516.1 | 91.1 | 516.1 | 516.1 | 551.1 | +35.0 | +6.8% |
| Nutrition Programs Administration | 177.3 | 177.3 | 164.7 | 135.3 | 177.3 | 160.0 | -17.3 | -9.8% |
| Under Secretary | 1.1 | 1.1 | 0.8 | 1.1 | 1.1 | 1.1 | +0.0 | +0.0% |
| Total | 163,337.3 | 163,940.3 | 162,358.3 | 162,275.3 | 163,320.8 | 154,235.1 | -9,705.2 | -5.9% |
| Mandatory | 155,626.7 | 155,626.7 | 154,401.7 | 153,902.7 | 154,402.7 | 145,299.9 | -10,326.9 | -6.6% |
| **Discretionary** | **7,710.5** | **8,313.5** | **7,956.6** | **8,372.5** | **8,918.0** | **8,935.2** | **+621.7** | **+7.5%** |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** SNAP = Supplemental Nutrition Assistance Program; WIC = Special Supplemental Nutrition Program for Women, Infants and Children. This table shows both discretionary and mandatory amounts as presented separately in **Table 3** and **Table 4**, respectively. Totals for the Child Nutrition Programs and SNAP are the amounts expressed in the relevant appropriations acts and committee reports; subtotals for mandatory and discretionary amounts are derived from unpublished CBO scores of the appropriations bills.

a.    Excludes rescissions in General Provisions.

**Table A-9. Appropriations in General Provisions**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Institute for Rural Partnership | 6.0 | 6.0 | — | — | 6.0 | 5.3 | -0.8 | -12.5% |
| Bison Inspection Waiver | 0.7 | 0.7 | — | — | 0.7 | 0.7 | +0.0 | +0.0% |

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Bison Marketing Pilot | 2.0 | 2.0 | — | — | 2.0 | — | -2.0 | -100.0% |
| Meat and Poultry Processing Expansion | 3.0 | 3.0 | — | 2.0 | — | 2.0 | -1.0 | -33.3% |
| Mitigation banking | 2.0 | 2.0 | — | — | 2.0 | 2.0 | +0.0 | +0.0% |
| Cotton Classing Office upgrades | — | — | — | 4.0 | — | 4.0 | +4.0 | na |
| Agricultural Foreign Investment Disclosure Act (AFIDA) reporting | 2.0 | 2.0 | — | — | — | — | -2.0 | -100.0% |
| Protecting Animals with Shelter Grants | 3.0 | 3.0 | — | 1.5 | 3.0 | 3.0 | +0.0 | +0.0% |
| Water Bank | 2.0 | 2.0 | — | — | 2.0 | 2.0 | +0.0 | +0.0% |
| Energy Circuit Rider Pilot | — | — | — | — | 4.0 | 3.0 | +3.0 | na |
| Maturing mortgage pilot | 1.0 | 1.0 | — | — | 2.0 | 2.0 | +1.0 | +100.0% |
| Waste water pilot | 1.0 | 1.0 | — | — | — | — | -1.0 | -100.0% |
| Buy American Study | — | — | — | 1.0 | — | 1.0 | +1.0 | na |
| Tribal Demonstration Projects | 2.0 | 2.0 | — | 2.0 | 2.0 | 2.0 | +0.0 | +0.0% |
| ARS hemp fiber research | — | — | — | — | 0.5 | — | — | — |
| ARS mycotoxin risk research | — | — | — | — | 0.5 | — | — | — |
| National Oceanic and Atmospheric Administration working group | 0.5 | 0.5 | — | — | 0.5 | 0.5 | +0.0 | +0.0% |
| **Total** | **25.2** | **25.2** | **0.0** | **10.5** | **25.2** | **27.5** | **+2.3** | **+8.9%** |
| **Note: Non-scoreable provisions,** from the Nonrecurring Expenses Fund | | | | | | | | |
| Community Facilities | 505.0 | 0.0a | — | — | — | — | — | — |
| Food for Peace Title II | 68.5 | 0.0a | — | — | — | — | — | — |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Notes:** na = not available; percentage change not provided.

a. The year-long continuing resolution (CR;P.L. 119-4, §1204) excludes from continuation for FY2025 the $505 million from the NEF in the FY2024 Appropriations Act (P.L. 118-42, Div. B, §778(1)). The general terms of the CR did not prevent the $69 million from the NEF (P.L. 118-42, Div. B, §778(2)) from continuing in FY2025, but committee reports indicate it did not continue.

**Table A-10. Rescissions in General Provisions**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| WIC | — | — | -391.0 | -100.0 | — | — | — | — |
| Nutrition Programs Administration | -8.0 | — | — | — | — | — | — | — |
| NRCS | -30.0 | -30.0 | — | -100.0 | -30.0 | -30.0 | +0.0 | +0.0% |
| Watershed and Flood Prevention Operations | -28.0 | — | — | — | — | — | — | — |
| Animal & Plant Health Inspection Service | -5.0 | — | — | — | — | — | — | — |
| NIFA Research and Extension | -37.0 | -37.0 | — | — | -22.0 | -22.0 | +15.0 | -40.5% |
| Rural Energy for America Program | -10.0 | — | — | — | — | — | — | — |
| FDA American Rescue Plan Act §2304 | -30.0 | — | — | — | — | — | — | — |
| Rural Cooperative Development Grants | -7.0 | — | — | — | — | — | — | — |
| Distance Learning and Telemedicine | -18.9 | -18.9 | — | — | — | — | +18.9 | -100.0% |
| Community Connect | -30.0 | -10.8 | — | — | — | — | +10.8 | -100.0% |
| Broadband program | -7.0 | -0.8 | -40.0 | — | -20.0 | -20.0 | -19.2 | +2451.0% |
| Housing Repair Loans and Grants | -28.0 | — | — | — | — | — | — | — |
| Rural Housing Voucher | -35.0 | -12.4 | — | — | — | — | +12.4 | -100.0% |
| Water and waste disposal cancellation | — | — | -75.0 | — | — | — | — | — |
| Agricultural Marketing Service | — | — | -20.0 | — | — | — | — | — |
| Working Capital Fund | -78.0 | -78.0 | — | -78.0 | -78.0 | -78.0 | +0.0 | +0.0% |
| Treasury Forfeiture Fund | — | — | — | — | — | -350.0 | -350.0 | na |
| Food for Peace | — | — | — | — | -200.0 | — | — | — |
| Inflation Reduction Act, for Internal Revenue Service | — | — | — | -100.0 | — | — | — | — |
| **Total** | **-351.9** | **-187.8** | **-526.0** | **-378.0** | **-350.0** | **-500.0** | **-312.2** | **+166.2%** |

**Source:** Prepared by CRS using P.L. 118-42; H.Prt. 55007 (118th Congress); P.L. 119-4; CBO, "H.R. 1968, Full-Year Continuing Appropriations and Extensions Act, 2025," https://www.cbo.gov/system/files/2025-03/hr1968.pdf; H.R. 4121; H.Rept. 119-172; S. 2256; S.Rept. 119-37; H.R. 3944; P.L. 119-37; explanatory statement in the *Congressional Record*, November 9, 2025, S8043; and unpublished CBO tables.

**Note:** na = not available; percentage change not provided.

**Table A-11. Changes in Mandatory Program Spending**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Farm Security and Rural Investment Act conservation programs | -60.2 | -60.2 | -70.7 | -70.7 | -70.7 | -70.7 | -10.5 | +17.5% |
| Farm Production and Conservation Business Center | +60.2 | +60.2 | +70.7 | +70.7 | +70.7 | +70.7 | +10.5 | +17.5% |
| Section 32 | — | -49.0 | — | — | — | — | +49.0 | -100.0% |
| **Total** | **+0.0** | **-49.0** | **+0.0** | **+0.0** | **+0.0** | **+0.0** | **+49.0** | **-100.0%** |

**Source:** Prepared by CRS using unpublished CBO tables.

**Notes:** Changes in Mandatory Program Spending (CHIMPS) in appropriations acts include temporary increases or limitations to mandatory program spending or permanent rescissions of mandatory programs that are focused on the current fiscal year. See CRS Report R47705, *Congressional Rules Pertaining to Changes in Mandatory Program Spending in Appropriations Bills (CHIMPs)*. Section 32 is formally known as Funds for Strengthening Markets, Income, and Supply.

**Table A-12. Scorekeeping Adjustments**

Budget authority in millions of dollars

| Agency or Program | FY2024 P.L. 118-42, Div. B | FY2025 P.L. 119-4, Div. A Title II | Admin. Request | FY2026 House-Reported H.R. 4121 | Senate-Passed H.R. 3944, Div. B | Enacted P.L. 119-37, Div. B | Change from FY2025 to FY2026 Enacted $ | % |
|---|---|---|---|---|---|---|---|---|
| Farm loans negative subsidy | -50.0 | -142.0 | -145.0 | -145.0 | -145.0 | -145.0 | -3.0 | +2.1% |
| Rural electricity & telecommunication loans negative subsidy | -200.0 | -210.0 | -200.0 | -200.0 | -200.0 | -200.0 | +10.0 | -4.8% |
| Rural housing loans negative subsidy | -145.0 | -100.0 | -100.0 | -100.0 | -100.0 | -100.0 | +0.0 | +0.0% |
| Community facilities loans negative subsidy | -58.0 | -57.0 | -60.0 | -60.0 | -60.0 | -60.0 | -3.0 | +5.3% |
| Rural water & waste disposal loans negative subsidy | -2.0 | -2.0 | -2.0 | -2.0 | -2.0 | -2.0 | +0.0 | +0.0% |
| Rounding adjustments | — | -17.5 | — | — | — | — | +17.5 | -100.0% |
| **Total** | **-455.0** | **-528.5** | **-507.0** | **-507.0** | **-507.0** | **-507.0** | **+21.5** | **-4.1%** |

**Source:** Prepared by CRS using unpublished CBO tables.

**Notes:** Negative subsidies generally represent receipt of fees charged to borrowers for some loan programs. Rounding adjustments are noted to reconcile the official total with details in the table.

## Author Information

Jim Monke
Specialist in Agricultural Policy

## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.

# Exhibit D

## DIVISION C–DEPARTMENT OF THE INTERIOR, ENVIRONMENT, AND RELATED AGENCIES APPROPRIATIONS ACT, 2026

The following statement is an explanation of the effects of Division C, which provides appropriations for the Department of the Interior, the Environmental Protection Agency (EPA), the Forest Service, the Indian Health Service, and related agencies for fiscal year 2026.

The joint explanatory statement accompanying this division is approved and indicates congressional intent. Unless otherwise noted, the language set forth in House Report 119-215 and Senate Report 119-46 carries the same weight as language included in this joint explanatory statement and should be complied with unless specifically addressed to the contrary in this joint explanatory statement.

While some language is repeated for emphasis, it is not intended to negate the language referred to above unless expressly provided herein. In cases where the House Report, Senate Report, or this joint explanatory statement direct the submission of a report, such report is to be submitted to both the House and Senate Committees on Appropriations. Where this joint explanatory statement refers to the Committees or the Committees on Appropriations, unless otherwise noted, this reference is to the House Subcommittee on Interior, Environment, and Related Agencies and the Senate Subcommittee on Interior, Environment, and Related Agencies.

Each department and agency funded in this Act is directed to follow the directions set forth in this Act and the accompanying statement and to not reallocate resources or reorganize activities except as provided herein or otherwise approved by the House and Senate Appropriations Committees through the reprogramming process as referenced in this Act. This joint explanatory statement addresses only those agencies and accounts for which there is a need for greater explanation than provided in the Act itself. Funding levels for appropriations by account, program, and activity, with comparisons to the fiscal year 2025 enacted level and the fiscal year 2026 budget request, can be found in the table at the end of this division.

Unless expressly stated otherwise, any reference to "this Act" or "at the end of this statement" shall be treated as referring only to the provisions of this division.

*Aerially Applied Fire Retardant.*—The Committees understand the importance of utilizing a variety of wildfire suppression techniques and direct that prior to any action related to hindering the use of such techniques, particularly aerially applied fire retardant, the relevant Agencies confirm that there is an alternative that is effective and available.

*Bighorn Sheep.*—The Committees are aware that the Forest Service and the Bureau of Land Management (BLM) use the Western Association of Fish and Wildlife Agencies' occupied bighorn habitat maps, telemetry data, and recent bighorn observations in conducting Risk of Contact analyses and that risk of contact models are currently being run on a State-wide basis where sufficient data exists. The Committees emphasize the directives included in House Report 119-215 related to bighorn sheep and conducting complete Risk of Contact analyses.

*Grizzly Bears.*—Not later than 90 days following the enactment of this Act, the Fish and Wildlife Service and the National Park Service are directed to provide an in-depth briefing regarding the implementation of the final rule on the Establishment of a Nonessential Experimental Population of Grizzly Bear in the North Cascades Ecosystem.

The Fish and Wildlife Service is directed to provide an in-depth briefing regarding the development of the draft environmental impact statement under the Endangered Species Act in consideration of the establishment of an experimental population of grizzly bear within the Bitterroot Ecosystem of Montana and Idaho not later than 90 days following the enactment of this Act.

The aforementioned briefings must include the Department's plans to work collaboratively with Tribes, other Federal agencies, States, local communities, and landowners on recovery actions for this species.

The Fish and Wildlife Service is also directed to provide an in-depth briefing regarding barriers and challenges associated with the reissuance of the final rule titled "Endangered and Threatened Wildlife and Plants: Removing the Greater Yellowstone Ecosystem Population of Grizzly Bears From the Federal List of Endangered and Threatened Wildlife" (82 Fed. Reg. 30502 (June 30, 2017)) not later than 90 days following the enactment of this Act.

*Indian Country — Narcotics Reduction Task Force.*—The Committees emphasize the directive in House Report 119-215 related to instituting a Narcotics Reduction Task Force aimed to dismantle and disrupt opioid, heroin, and other dangerous drug distribution networks in Indian Country.

*Leases.*—The Committees direct the agencies to provide notice within 180 days of any official action to terminate a lease or dispose of a federal building. The notice should include proposed closure plans, ongoing consultations with affected stakeholders, and actions to address potential service gaps.

*Litigation.*—The agreement does not include the language in House Report 119-215 in the third paragraph under the heading "Cost of Litigation and Lack of Transparency."

3

*Missing and Murdered Indigenous Women.* –The Committees remain concerned about the crisis of missing, trafficked, and murdered indigenous women that has plagued Native communities. The Committees highlight the support provided within the Bureau of Indian Affairs and the Indian Health Service to combat this issue.

*Other Items.*—The agreement does not include the language in House Report 119-215 under the headings "Public Availability of Data—Permits to Drill" and "Review of Rulemakings."

*Public Access.*—To support continued access for hunting, fishing, and recreational shooting on federal land, the Committees direct the Department of the Interior and the Forest Service to notify the House and Senate Committees on Appropriations in advance of any proposed project specifically intending to close an area to recreational shooting, hunting, or fishing on a nonemergency basis of more than 30 days.

*Training, Hiring, and Public Lands Education in Alaska.*—The Committees reiterate that the directive in the explanatory statement accompanying Public Law 116 -94 regarding hiring and conducting annual Alaska National Interest Lands Conservation Act training by the Department of the Interior and the Forest Service is continued.

*Vacant Grazing Allotments.*—The Committees direct the Bureau of Land Management and the Forest Service, to the greatest extent practicable, to make vacant grazing allotments available to a holder of a grazing permit or lease when lands covered by the holder of the permit or lease are unusable because of drought or wildfire.

*Wildland Fire Consolidation.*    The Committees emphasize the narrative included under the heading "Reorganization Proposals—Wildland Fire Management" in House Report 119-215. In lieu of the directive, the Committees include the following direction. The Committees direct the Secretary of Agriculture, in consultation with the Secretary of the Interior, to contract with an independent, non-partisan research organization with expertise in federal land management to conduct a comprehensive study on the feasibility of consolidating wildland fire management operations as proposed in the President's budget. The Committees expect the study to assess the impacts a consolidation would have on reaching proposed timber targets, continued cohesion between wildland fire management and the hazardous fuels reduction program, continued use of the available red card-certified workforce, and how a new consolidated service would differ from the role the National Interagency Fire Center (NIFC) already plays in coordinating fire response. The study should analyze the impact a consolidation would have on states, localities, and Tribes.

The Committees further direct the Secretaries to consult with the Committees on Appropriations of the House of Representatives and the Senate prior to the study's beginning to consider additional aspects of a consolidation the study should address, and the Secretary is directed to submit the study and a

4

comprehensive response to the findings of the study, including funding estimates, staffing plans, and the legislative proposal required to complete the transfer to such Committees upon its completion.

*National Parks and Public Land Legacy Restoration Fund.*    The Committees direct the Department of the Interior and the Department of Agriculture to implement the project allocations included in the table titled "Allocation of Funds from the National Parks and Public Land Legacy Restoration Fund — Fiscal Year 2025" included in House Report 118-581 for the Bureau of Land Management, the U.S. Fish and Wildlife Service, the National Park Service, the Bureau of Indian Affairs, and the U.S. Forest Service, provided that for the U.S. Forest Service, revisions transmitted to the Committees on December 31, 2025 shall apply.  The Department of the Interior and the Department of Agriculture are directed to report to the Committees 60 days prior to making any changes to such project allocations and revisions, including the use of contingency funds.

## LAND AND WATER CONSERVATION FUND

With enactment of the Great American Outdoors Act (GAOA) (Public Law 116-152), Congress provided a permanent appropriation of $900,000,000 per year from the Land and Water Conservation Fund (LWCF). Along with other mandatory appropriations, LWCF programs are subject to a 5.7 percent sequestration, with those sequestered amounts becoming available in the subsequent fiscal year. GAOA also mandated that account allocations and detailed project information be proposed by the administration each year through the President's annual budget submission, and that such allocations, following review by the Committees on Appropriations, may be modified through an alternate allocation. The Committees expect compliance with the law and acknowledge the information provided by the U.S. Forest Service as part of its annual budget submission.

A detailed table accompanying this explanatory statement shows the LWCF allocation for fiscal year 2026 by agency, account, activity, and project, including lists of specific U.S. Forest Service Federal land acquisition projects and Forest Legacy Program projects. Additional tables provide details for the reallocation of unobligated balances appropriated in previous years to projects that have been completed, deferred, or terminated and are being transferred to currently viable projects.

Because the fiscal year 2026 budget request did not contain allocations for additional federal land acquisition projects, or detailed information about specific projects for the Department of the Interior, the bill contains language requiring the Department of the Interior to provide a list of individual projects, in the same format and level of detail as prior years, totaling the alternate allocation provided in the table at the end of this explanatory statement for "Federal Land Acquisition Projects" for each federal land management agency, and requires this list to be subject to reprogramming guidelines.

The bill does not include the proposal in the budget request to amend Section 200306 of title 54 to authorize funding for deferred maintenance projects.

The bill includes language requiring the Department of the Interior and U.S. Forest Service to notify the Committee prior to expending LWCF funding on a project within the federal land unit or boundary funded in this, or any prior, allocation table that is different than what is described in the associated project data sheet for the project listed in this, or any prior, allocation table.

The agencies are expected to continue to follow the directions included in the explanatory statement accompanying the Consolidated Appropriations Act, 2021 (Public Law 116-260) under General Implementation. The Committees continue to monitor the Department of the Interior and the Forest

6

Service's progress to ameliorate concerns with the appraisal process and expect regular updates on these efforts.

The Committees note that the U.S. Forest Service and the Department of the Interior have finalized and provided project lists for the expenditure of fiscal year 2025 LWCF federal land acquisition funding. The Committees expect the agencies to execute these projects and direct the agencies to provide quarterly updates on the status of completing these projects. The table titled "Allocation of Funds: Land and Water Conservation Fund Fiscal Year 2025 Revisions" provides an allocation of fiscal year 2025 LWCF federal land acquisition funding that the Department of the Interior project list identified as unallocated.

The Committees support the Forest Service's request to use a portion of unobligated balances to complete the project listed in the table titled "Allocation of Funds: Land and Water Conservation Fund Fiscal Year 2021 Revisions" accompanying this explanatory statement.

7

## REPROGRAMMING GUIDELINES

The following are the procedures governing reprogramming actions for programs and activities funded in the Department of the Interior, Environment, and Related Agencies Appropriations Act. The agencies funded in this Act are reminded that these reprogramming guidelines are in effect, and must be complied with, until such time as the Committees modify them through bill or report language.

*Definitions.* —"Reprogramming," as defined in these procedures, includes the reallocation of funds from one budget activity, budget line-item, or program area to another within any appropriation funded in this Act. In cases where either the House or Senate Committee on Appropriations report displays an allocation of an appropriation below that level, the more detailed level shall be the basis for reprogramming.

For construction, land acquisition, and forest legacy accounts, a reprogramming constitutes the reallocation of funds, including unobligated balances, from one construction, land acquisition, or forest legacy project to another such project. For this fiscal year, a reprogramming also includes the list of Federal land acquisition projects required to be submitted to the House and Senate Committees on Appropriations pursuant to Section 428(a)(2) of this Act.

8

A reprogramming shall also consist of any significant departure from the program described in the agency's budget justifications. This includes all proposed reorganizations or other workforce actions detailed below which affect a total of 10 staff members or 10 percent of the staffing of an affected program or office, whichever is less, even without a change in funding. Any change to the organization table presented in the budget justification shall also be subject to this requirement.

Agencies are reminded that this agreement continues longstanding General Guidelines for Reprogramming that require agencies funded by this Act to submit reorganization proposals for the Committees' review prior to their implementation. It is noted that such reprogramming guidelines apply to proposed reorganizations, workforce restructure, reshaping, transfer of functions, or bureau-wide downsizing and include closures, consolidations, and relocations of offices, facilities, and laboratories. In addition, no agency shall implement any part of a reorganization that modifies regional or State boundaries for agencies or bureaus that were in effect as of the date of enactment of this Act unless approved consistent with the General Guidelines for Reprogramming procedures specified herein. Any such reprogramming request submitted to the Committees on Appropriations shall include a description of anticipated benefits, including anticipated efficiencies and cost-savings, as well as a description of anticipated personnel impacts and funding changes anticipated to implement the proposal.

*General Guidelines for Reprogramming.* –

(a) A reprogramming should be made only when an unforeseen situation arises, and then only if postponement of the project or the activity until the next appropriation year would result in actual loss or damage.

(b) Any project or activity, which may be deferred through reprogramming, shall not later be accomplished by means of further reprogramming, but instead, funds should again be sought for the deferred project or activity through the regular appropriations process.

(c) Except under the most urgent situations, reprogramming should not be employed to initiate new programs or increase allocations specifically denied or limited by Congress, or to decrease allocations specifically increased by the Congress.

(d) Reprogramming proposals submitted to the House and Senate Committees on Appropriations for approval will be considered as expeditiously as possible, and the Committees remind the agencies that in order to process reprogramming requests, adequate and timely information must be provided.

*Criteria and Exceptions.*— A reprogramming must be submitted to the Committees in writing prior to implementation if it exceeds $1,000,000 annually or results in an increase or decrease of more than 10 percent annually in affected programs or projects, whichever amount is less, with the following exceptions:

(a) With regard to the Tribal priority allocations of the Bureau of Indian Affairs (BIA) and Bureau of Indian Education (BIE), there is no restriction on reprogrammings among these programs. However, the Bureaus shall report on all reprogrammings made during a given fiscal year no later than 60 days after the end of the fiscal year.

(b) With regard to the EPA, the Committees do not require reprogramming requests associated with the States and Tribes Partnership Grants or up to a cumulative total of $5,000,000 from carryover balances among the individual program areas delineated in the Environmental Programs and Management account, with no more than $1,000,000 coming from any individual program area. No funds, however, shall be reallocated from individual Geographic Programs.

(c) With regard to the National Park Service, the Committees do not require reprogramming requests associated with the park base within the Park Management activity in the Operation of the National Park System Account. The Service is required to brief the House and Senate Committees on Appropriations on spending trends for the park base within 60 days of enactment of this Act.

*Assessments.*—"Assessment" as defined in these procedures shall refer to any charges, reserves, or holdbacks applied to a budget activity or budget line item for costs associated with general agency administrative costs, overhead costs, working capital expenses, or contingencies.

(a) No assessment shall be levied against any program, budget activity, subactivity, budget line item, or project funded by the Interior, Environment, and Related Agencies Appropriations Act unless such assessment and the basis therefor are presented to the Committees in the budget justifications and are subsequently approved by the Committees. The explanation for any assessment in the budget justification shall show the amount of the assessment, the activities assessed, and the purpose of the funds.

(b) Proposed changes to estimated assessments, as such estimates were presented in annual budget justifications, shall be submitted through the reprogramming process and shall be subject to the same dollar and reporting criteria as any other reprogramming.

(c) Each agency or bureau which utilizes assessments shall submit an annual report to the Committees, which provides details on the use of all funds assessed from any other budget activity, line item, subactivity, or project.

(d) In no case shall contingency funds or assessments be used to finance projects and activities disapproved or limited by Congress or to finance programs or activities that could be foreseen and included in the normal budget review process.

(e) New programs requested in the budget should not be initiated before enactment of the bill without notification to, and the approval of, the Committees. This restriction applies to all such actions regardless of whether a formal reprogramming of funds is required to begin the program.

*Quarterly Reports.*--All reprogrammings between budget activities, budget line-items, program areas, or the more detailed activity levels shown in this agreement, including those below the monetary thresholds established above, shall be reported to the Committees within 60 days of the end of each quarter and shall include cumulative totals for each budget activity or budget line item, or construction, land acquisition, or forest legacy project.

*Land Acquisitions, Easements, and Forest Legacy.*—Lands shall not be acquired for more than the approved appraised value, as addressed in section 301(3) of Public Law 91-646, unless such acquisitions are submitted to the Committees on Appropriations for approval in compliance with these procedures.

*Land Exchanges.*--Land exchanges, wherein the estimated value of the Federal lands to be exchanged is greater than $1,000,000, shall not be consummated until the Committees have had 30 days

in which to examine the proposed exchange. In addition, the Committees shall be provided advance notification of exchanges valued between $500,000 and $1,000,000.

*Budget Structure.*—The budget activity or line item structure for any agency appropriation account shall not be altered without advance approval of the Committees.

## TITLE I – DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
## MANAGEMENT OF LANDS AND RESOURCES

The bill provides $1,260,166,000 for the Management of Lands and Resources appropriation. The Bureau is expected to comply with the instructions and requirements at the beginning of this division and in House Report 119-215 and Senate Report 119-46 unless otherwise specified below.

*Land Resources.*—The Bureau must prioritize the analysis, review, processing, and approval of grazing permits, as well as the administration of grazing permit renewals.

*Wild Horse and Burro Management.*—The agreement provides $144,000,000 for wild horse and burro activities, including up to $11,000,000 for immunocontraceptive vaccine strategies. The bill provides an overall increase of more than $2,000,000 for wild horse and burro activities and the Committees expect a commensurate increase in immunocontraceptive vaccine investments. The Bureau is directed to follow the directives included in House Report 119-215 and Senate Report 119-46.

*Land Management Priorities.*—The bill provides $3,246,000 for congressionally directed spending in this program. A detailed list of projects is included in the table titled "Interior and Environment Incorporation of Community Project Funding Items/Congressionally Directed Spending Items" accompanying this explanatory statement.

*Wildlife and Aquatic Habitat Management.*—Within the funding provided for Aquatic Habitat Management, the agreement includes $2,500,000 for the Colorado River Basin Salinity Control program. Additionally, within the amount provided for Wildlife Habitat Management, the agreement includes $34,000,000 for Threatened and Endangered Species.

*Energy and Minerals.*—The Committees direct the Bureau to hire and train dedicated personnel for all activities included under the Energy and Minerals Program to ensure the timely review of all energy projects on Federal lands. The Bureau is directed to provide status reports every 60 days on the execution of funds to fulfill the timely review of all energy projects.

*Legacy Wells.*—The bill provides no less than $14,000,000 for legacy well remediation to continue progress toward cleanup of the next cluster of legacy wells in need of remediation.

# Exhibit E

1

## DIVISION B—AGRICULTURE, RURAL DEVELOPMENT, FOOD AND DRUG ADMINISTRATION, AND RELATED AGENCY APPROPRIATIONS ACT, 2026

### CONGRESSIONAL DIRECTIVES

The joint explanatory statement accompanying this division is approved and indicates Congressional intent. Unless otherwise noted, the language set forth in House Report 119–172 and Senate Report 119–37 carries the same weight as language included in this joint explanatory statement and should be complied with unless specifically addressed to the contrary in this joint explanatory statement. While some language is repeated for emphasis, it is not intended to negate the language referred to above unless expressly provided herein.

In cases in which the House or the Senate or this explanatory statement has directed the submission of a report, such report is to be submitted to both the House and Senate Committees on Appropriations no later than 60 days after enactment of this act, unless otherwise directed.

Hereafter, in this Division of this statement, the term "the Committees" refers to the Committees on Appropriations of the House of Representatives and the Senate.

For the appropriations provided by this act and previous Acts, the departments and agencies funded by this agreement are reminded that the Committees use the definitions for transfer, reprogramming, and program, project, and activity as defined by the Government Accountability Office [GAO] in GAO–04–261SP Appropriations Law—Vol. I and GAO–05–734SP Budget Glossary.

A transfer is the shifting of funds between appropriations. It applies to (1) transfers from one agency to another, (2) transfers from one account to another within the same agency, and (3) transfers to an interagency or intra-agency working fund. In each instance, statutory authority is required.

Reprogramming is the utilization of funds in an appropriation account for purposes other than those contemplated at the time of appropriation. It is the shifting of funds from one object to another within an appropriation.

A program, project, or activity [PPA] is an element within a budget account. PPAs are identified by reference to include the most specific level of budget items identified in the Agriculture, Rural Development, Food and Drug Administration, and Related Agency Act, 2026, accompanying Committee reports, explanatory statements, and budget justifications. Program activity structures are intended to provide a meaningful representation of the operations financed by a specific budget account by project, activity, or organization.

The agreement directs the Office of Budget and Program Analysis [OBPA] of the U.S. Department of Agriculture [USDA] to provide an organizational chart for each agency funded by this act to the division and subdivision level, as appropriate, within 60 days of enactment of this act. The agreement also directs the Food and Drug Administration [FDA] and the Farm Credit Administration [FCA] to provide an organizational chart of each agency, respec-

2

tively, to the division and subdivision level, as appropriate, within 60 days of enactment of this act.

Further, USDA and FDA should be mindful of Congressional authority to determine and set final funding levels for fiscal year 2027. Therefore, the agencies should not presuppose program funding outcomes and prematurely initiate action to redirect staffing prior to knowing final outcomes on fiscal year 2027 program funding. The agreement directs OBPA to provide the Committees with the number of staff years and employees on board for each agency funded by this act on a monthly basis.

This agreement provides funding for Community Project Funding/Congressionally Directed Spending. The bill includes language in each account with such spending that the funding "shall be for the purposes, and in the amounts, specified for the relevant account in the table titled 'Community Project Funding/Congressionally Directed Spending' in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act)."

## TITLE I

## AGRICULTURAL PROGRAMS

### PROCESSING, RESEARCH, AND MARKETING

### OFFICE OF THE SECRETARY

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $46,361,000 for the Office of the Secretary.

The agreement directs the Department, in partnership with the Federal Trade Commission, to report to the Committees on implementation of recommendations in the 2024 National Academies of Sciences, Engineering, and Medicine report on Challenges in Supply, Market Competition, and Regulation of Infant Formula in the United States aimed at reducing market concentration and consolidation in infant formula, including recommendations for whether and how Congress could alter the single supply contract model under WIC.

The agreement provides $5,250,000, to be divided equally, to continue the Institute for Rural Partnerships at the established land-grant universities which were originally funded in fiscal year 2022.

The agreement requests that the Department provide a summary of comments on the reorganization proposal within 60 days of the end of the comment period.

The agreement directs the Department to provide no less than quarterly briefings by agency or mission area to the Committees.

The following table reflects the agreement:

OFFICE OF THE SECRETARY

[Dollars in thousands]

| | |
|---|---|
| Office of the Secretary | $7,000 |
| Office of Homeland Security | 1,700 |
| Office of Tribal Relations | 5,190 |
| Office of Partnerships and Public Engagement | 5,250 |

3

OFFICE OF THE SECRETARY—Continued

[Dollars in thousands]

| | |
|---|---:|
| Office of Assistant Secretary for Administration | 1,706 |
| Departmental Administration | 17,015 |
| Office of Assistant Secretary for Congressional Relations and Intergovernmental Affairs | 3,500 |
| Office of Communications | 5,000 |
| Total, Office of the Secretary | 46,361 |

## Executive Operations

### Office of the Chief Economist

The agreement provides $29,500,000 for the Office of the Chief Economist.

### Office of Hearings and Appeals

The agreement provides $14,500,000 for the Office of Hearings and Appeals.

### Office of Budget and Program Analysis

The agreement provides $14,967,000 for the Office of Budget and Program Analysis.

### Office of the Chief Information Officer

The agreement provides $85,000,000 for the Office of the Chief Information Officer.

### Office of the Chief Financial Officer

The agreement provides $5,867,000 for the Office of the Chief Financial Officer.

### Office of the Assistant Secretary for Civil Rights

The agreement provides $1,466,000 for the Office of the Assistant Secretary for Civil Rights.

### Office of Civil Rights

The agreement provides $30,000,000 for the Office of Civil Rights.

### Agriculture Buildings and Facilities

#### (including transfers of funds)

The agreement provides $15,000,000 for Agriculture Buildings and Facilities.

### Hazardous Materials Management

#### (including transfers of funds)

The agreement provides $1,619,000 for Hazardous Materials Management.

4

## OFFICE OF SAFETY, SECURITY, AND PROTECTION

The agreement provides $24,000,000 for the Office of Safety, Security, and Protection.

## OFFICE OF INSPECTOR GENERAL

The agreement provides $103,000,000 for the Office of Inspector General.

## OFFICE OF THE GENERAL COUNSEL

The agreement provides $60,537,000 for the Office of the General Counsel.

## OFFICE OF ETHICS

The agreement provides $4,500,000 for the Office of Ethics.

## OFFICE OF THE UNDER SECRETARY FOR RESEARCH, EDUCATION, AND ECONOMICS

The agreement provides $1,884,000 for the Office of the Under Secretary for Research, Education, and Economics.

The agreement provides $500,000 to continue AgARDA implementation and directs USDA to appoint an Interim Acting Director for AGARDA within 90 days of enactment of this act, consistent with the directive in H.Rpt. 119–172.

## ECONOMIC RESEARCH SERVICE

The agreement provides $90,612,000 for the Economic Research Service.

## NATIONAL AGRICULTURAL STATISTICS SERVICE

The agreement provides $185,000,000 for the National Agricultural Statistics Service [NASS], of which $46,000,000 is for the Census of Agriculture.

The agreement directs NASS to continue all activities and reports at the frequency levels assumed in fiscal year 2023, including the July Cattle report; the Cotton Objective Yield Survey; all County Estimates for Crops and Livestock; barley acreage and production estimates; the Bee and Honey Program; the Chemical Use Data Series; the Floriculture Crops Report; Fruit and Vegetable Reports, including in-season forecasts for non-citrus fruit and tree nut crops such as pecans; the Organic Data Initiative; the TOTAL Survey; and the 5–Year Vineyard and Orchard Acreage Study. No other directives on report frequency shall apply.

The agreement further directs NASS to provide a report within 90 days of enactment of this act detailing all planned surveys and reports for fiscal year 2026 and the associated costs of each. NASS shall include, as part of its budget submission for 2027 and each fiscal year thereafter, a detailed breakdown of all planned surveys and reports with their associated costs.

5

## AGRICULTURAL RESEARCH SERVICE

### SALARIES AND EXPENSES

The agreement provides $1,793,063,000 for the Agricultural Research Service [ARS], Salaries and Expenses.

The agreement rejects research terminations and laboratory closures proposed in the President's budget request and expects extramural and intramural research to be funded at no less than the fiscal year 2024 levels.

The briefing required in S.Rpt. 119–37 regarding the transition of programs to NBAF shall include the plan to transition the Foreign Animal Diagnostic Disease Laboratory from Plum Island to NBAF by the end of fiscal year 2026.

The following table reflects the agreement:

AGRICULTURAL RESEARCH SERVICE—SALARIES AND EXPENSES

[Dollars in thousands]

| | |
|---|---:|
| 6PPD | $250 |
| Aflatoxin | 250 |
| Agricultural Law Information Partnership | 500 |
| Agrivoltaics | 500 |
| AgTech Cooperative Agreements | 3,000 |
| Barley Pest Initiative | 250 |
| Bee Genomic Sequencing | 250 |
| Binational Agricultural Research and Development Program | 500 |
| Bovine Genetics | 400 |
| Carrot Research Initiative | 750 |
| Catfish Aquaculture | 250 |
| Child Nutrition Research | 250 |
| Cover Crops Research and Outreach | 500 |
| Daily High-Resolution Imaging | 250 |
| Dam Repair Research | 1,000 |
| Genetic Oat Research | 500 |
| Grape Genetics | 500 |
| Hemp Fiber Research | 500 |
| Herbicide Resistance | 250 |
| Innovative Water Systems | 1,725 |
| Mississippi River Invasive Species Consortium | 1,000 |
| Mitigation of Salmonella in Beef | 250 |
| Mycotoxins | 250 |
| National Bio- and Agro-Defense Facility (NBAF) | 6,000 |
| National Drought Mitigation Center | 1,275 |
| National Turfgrass Evaluation Program | 250 |
| New England Protected Agricultural Systems | 2,000 |
| Peanut Nutrition | 1,000 |
| Pecan Genetics | 500 |
| Pecan Processing | 500 |
| PFAS | 2,000 |
| Potato Bioinformatician | 1,175 |
| Poultry Research | 2,000 |
| Precision Management of Live Broiler Production | 250 |
| Resilient Barley Initiative | 1,000 |
| Shellfish Breeding | 500 |
| Smoke Exposure | 250 |
| Specialty Crop Mechanization | 250 |
| Sustainable Seaweed Aquaculture | 1,000 |
| Technology to Improve Poultry Health | 500 |
| U.S. Sheep Experiment Station | 500 |
| U.S. Wheat and Barley Scab | 500 |
| Vidalia Onion Breeding | 500 |
| Vomitoxin | 250 |
| Wheat Resilience Initiative | 1,000 |

6

### AGRICULTURAL RESEARCH SERVICE—SALARIES AND EXPENSES—Continued

[Dollars in thousands]

| | |
|---|---|
| Reductions ................................................................................................................................................... | −32,075 |
| Other activities funded at no less than FY24 levels ..................................................................................... | 1,723,913 |
| Total, ARS Salaries & Expenses ......................................................................................................... | 1,793,063 |

Notwithstanding the increases specified in the table titled "Agricultural Research Service Salaries and Expenses", the agreement includes the following reductions:

[Dollars in thousands]

| | |
|---|---|
| New Product Quality/Value Added ................................................................................................................ | −371 |
| Livestock Production ..................................................................................................................................... | −6,271 |
| Crop Production ............................................................................................................................................ | −3,369 |
| Food Safety .................................................................................................................................................. | −2,278 |
| Livestock Protection ..................................................................................................................................... | −6,327 |
| Crop Protection ............................................................................................................................................ | −3,324 |
| Human Nutrition ........................................................................................................................................... | −371 |
| Environmental Stewardship ......................................................................................................................... | −9,764 |

#### BUILDINGS AND FACILITIES

The agreement provides $60,650,000 for ARS Buildings and Facilities. The agreement supports the continued operation of the Beltsville Agricultural Research Center.

### NATIONAL INSTITUTE OF FOOD AND AGRICULTURE

#### RESEARCH AND EDUCATION ACTIVITIES

The agreement provides $1,075,810,000 for the National Institute of Food and Agriculture [NIFA], Research and Education Activities.

The agreement encourages NIFA to give strong consideration to the National Organic Standards Board organic research priorities when crafting the fiscal year 2026 Request for Applications for the Specialty Crop Research Initiative.

The following table reflects the agreement:

### NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—RESEARCH AND EDUCATION ACTIVITIES

[Dollars in thousands]

| Program | Authorization | Amount Provided | Period of Availibilty |
|---|---|---|---|
| Hatch Act ............................................................... | 7 U.S.C. 361a–i ............................... | $265,000 | 12–1500/26 |
| McIntire-Stennis Cooperative Forestry Act ............ | 16 U.S.C. 582a through a–7 ......... | 38,000 | 12–1500/26 |
| Research at 1890 Institutions (Evans-Allen Program). | 7 U.S.C. 3222 .................................. | 89,000 | 12–1500/26 |
| Payments to the 1994 Institutions ........................ | 7 U.S.C. 301 note ........................... | 8,000 | 12–1500/X |
| Education Grants for 1890 Institutions ................. | 7 U.S.C. 3152(b) ............................. | 30,000 | 12–1500/X |
| Scholarships at 1890 Institutions ......................... | 7 U.S.C. 3222a ................................ | 10,000 | 12–1500/X |
| Centers of Excellence at 1890 Institutions ........... | 7 U.S.C. 5926(d) ............................. | 10,000 | 12–1500/26 |
| Education Grants for Hispanic-Serving Institutions. | 7 U.S.C. 3241 .................................. | 16,000 | 12–1500/X |
| Education Grants for Alaska Native and Native Hawaiian-Serving Institutions. | 7 U.S.C. 3156 .................................. | 5,000 | 12–1500/26/27 |
| Research Grants for 1994 Institutions ................. | 7 U.S.C. 301 note ........................... | 5,500 | 12–1500/X |
| New Beginning for Tribal Students ....................... | 7 U.S.C. 3222e ................................ | 5,000 | 12–1500/26 |
| Capacity Building for Non-Land-Grant Colleges of Agriculture. | 7 U.S.C. 3319i ................................ | 6,000 | 12–1500/X |
| Grants for Insular Areas ...................................... | 7 U.S.C. 3362, 3363, and 3222b–2 | 2,000 | 12–1500/26/27 |

7

NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—RESEARCH AND EDUCATION ACTIVITIES—
Continued

[Dollars in thousands]

| Program | Authorization | Amount Provided | Period of Availibilty |
|---|---|---|---|
| Agriculture and Food Research Initiative .............. | 7 U.S.C. 3157(b) ............................. | 435,000 | 12–1500/X |
| Veterinary Medicine Loan Repayment .................... | 7 U.S.C. 3151a ................................. | 10,000 | 12–1500/X |
| Veterinary Services Grant Program ........................ | 7 U.S.C. 3151b ................................. | 4,000 | 12–1500/26 |
| Continuing Animal Health and Disease Research Program. | 7 U.S.C. 3151a ................................. | 3,000 | 12–1500/26 |
| Supplemental and Alternative Crops ..................... | 7 U.S.C. 3319d ................................. | 2,000 | 12–1500/26 |
| Multicultural Scholars, Graduate Fellowship and Institution Challenge Grants. | 7 U.S.C. 3152(b) ............................. | 10,000 | 12–1500/X |
| Secondary and 2-year Post-Secondary Education | 7 U.S.C. 3152(j) ............................. | 750 | 12–1500/26 |
| Aquaculture Centers ............................................... | 7 U.S.C. 332(d) ............................... | 5,000 | 12–1500/26 |
| Sustainable Agriculture Research and Education | 7 U.S.C. 5811, 5812, 5831, and 5832. | 48,000 | 12–1500/26 |
| Farm Business Management .................................. | 7 U.S.C. 5925f ................................. | 2,000 | 12–1500/26 |
| Sun Grant Program ................................................ | 7 U.S.C. 8114 .................................. | 3,000 | 12–1500/26 |
| Research Equipment Grants .................................. | 7 U.S.C. 3310a ................................. | 3,000 | 12–1500/26 |
| Minor Crop Pest Management (IR–4) ..................... | 7 U.S.C. 3157(e) ............................. | 15,000 | 12–1500/26 |
| Alfalfa Seed and Alfalfa Forage Systems Research Program. | 7 U.S.C. 5925 .................................. | 4,000 | 12–1500/26 |
| Agricultural Genome to Phenome Initiative .......... | 7 U.S.C. 5924 .................................. | 2,000 | 12–1500/26 |
| Laying Hen and Turkey Research Program ............ | 7 U.S.C. 5925 .................................. | 500 | 12–1500/26 |
| Open Data Standards for Neutral Data Repositories. | Sec. 757 of Division A of Public Law 117–103. | 1,000 | 12–1500/26 |
| Community Project Funding/Congressionally Directed Spending. | ..................................................... | 13,560 | 12–1500/X |
| Special Research Grants: ..................................... | 7 U.S.C. 3157(c) ............................. | ..................... | |
| Global Change/UV Monitoring ....................... | ..................................................... | 1,000 | 12–1500/26 |
| Potato Research ............................................. | ..................................................... | 4,000 | 12–1500/26 |
| Aquaculture Research .................................... | ..................................................... | 2,000 | 12–1500/26 |
| Total, Special Research Grants ................ | ..................................................... | 7,000 | |
| Necessary Expenses of Research and Education Activities: | | | |
| Grants Management System ......................... | ..................................................... | 7,000 | 12–1500/X |
| Federal Administration—Other Necessary Expenses for Research and Education Activities. | ..................................................... | 10,500 | 12–1500/26 |
| Total, Necessary Expenses ........................ | ..................................................... | 18,000 | |
| Total, Research and Education Activities | ..................................................... | 1,075,810 | |

NATIVE AMERICAN INSTITUTIONS ENDOWMENT FUND

The agreement provides $11,880,000 for the Native American Institutions Endowment Fund.

EXTENSION ACTIVITIES

The agreement provides $561,100,000 for NIFA, Extension Activities.

The following table reflects the agreement:

8

NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—EXTENSION ACTIVITIES

[Dollars in thousands]

| Program | Authorization | Amount Provided | Period of Availibilty |
|---|---|---|---|
| Smith-Lever, Section 3(b) and (c) programs and Cooperative Extension. | 7 U.S.C. 343(b) and (c) and 208(c) of Public Law 93–471. | $325,000 | 12–0502/26 |
| Extension Services at 1890 Institutions ............... | 7 U.S.C. 3221 ................................. | 72,000 | 12–0502/26 |
| Extension Services at 1994 Institutions ................ | 7 U.S.C. 343(b)(3) ........................... | 12,000 | 12–0502/X |
| Facility Improvements at 1890 Institutions ......... | 7 U.S.C. 3222b .............................. | 21,500 | 12–0502/X |
| Renewable Resources Extension Act ...................... | 16 U.S.C. 1671 et seq. ................... | 4,000 | 12–0502/26 |
| Rural Health and Safety Education Programs ...... | 7 U.S.C. 2662(i) ............................. | 3,000 | 12–0502/26 |
| Food Animal Residue Avoidance Database Program. | 7 U.S.C. 7642 ................................. | 2,000 | 12–0502/26 |
| Women and Minorities in STEM Fields .................. | 7 U.S.C. 5925 ................................. | 2,000 | 12–0502/26 |
| Food Safety Outreach Program ............................. | 7 U.S.C. 7625 ................................. | 10,000 | 12–0502/26 |
| Food & Ag Service Learning ................................. | 7 U.S.C. 7633 ................................. | 1,000 | 12–0502/26 |
| Farmer Stress Assistance Network ....................... | 7 U.S.C. 5936 ................................. | 10,000 | 12–0502/26 |
| Enhancing Ag Opportunities for Veterans (AgVets) | ....................................... | 3,000 | 12–0502/26 |
| Smith-Lever, Section 3(d): ................................... | 7 U.S.C. 343(d) .............................. | ....................... | |
| Food and Nutrition Education ........................ | ....................................... | 70,000 | 12–0502/26 |
| Farm Safety and Youth Farm Safety Education Programs. | ....................................... | 5,000 | 12–0502/26 |
| New Technologies for Agricultural Extension | ....................................... | 1,600 | 12–0502/26 |
| Children, Youth, and Families at Risk ......... | ....................................... | 8,000 | 12–0502/26 |
| Federally Recognized Tribes Extension Program. | ....................................... | 4,000 | 12–0502/26 |
| Total, Section 3(d) ..................................... | ....................................... | 88,600 | |
| Necessary Expenses of Extension Activities: | | | |
| Agriculture in the K–12 Classroom ............. | 7 U.S.C. 3152(j) ............................. | 500 | 12–0502/26 |
| Federal Administration—Other Necessary Expenses for Extension Activities. | ....................................... | 6,500 | 12–0502/26 |
| Total, Necessary Expenses ........................ | ....................................... | 7,000 | |
| Total, Extension Activities ........................ | ....................................... | 561,100 | |

INTEGRATED ACTIVITIES

The agreement provides $40,100,000 for NIFA, Integrated Activities.

The following table reflects the agreement:

NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—INTEGRATED ACTIVITIES

[Dollars in thousands]

| Program | Authorization | Amount Provided | Period of Availibilty |
|---|---|---|---|
| Methyl Bromide Transition Program ...................... | 7 U.S.C. 7626 ................................. | $1,000 | 12–1502/26 |
| Organic Transition Program ................................... | 7 U.S.C. 7626 ................................. | 7,500 | 12–1502/26 |
| Regional Rural Development Centers .................... | 7 U.S.C. 3157(c) ............................ | 2,600 | 12–1502/26 |
| Food and Agriculture Defense Initiative ................ | 7 U.S.C. 3351 ................................. | 8,000 | 12–1502/26/27 |
| Crop Protection/Pest Management Program ......... | 7 U.S.C. 7626 ................................. | 21,000 | 12–1502/26 |
| Total, Integrated Activities ...................... | ....................................... | 40,100 | |

OFFICE OF THE UNDER SECRETARY FOR MARKETING AND REGULATORY PROGRAMS

The agreement provides $1,617,000 for the Office of the Under Secretary for Marketing and Regulatory Programs.

9

ANIMAL AND PLANT HEALTH INSPECTION SERVICE

SALARIES AND EXPENSES

(INCLUDING TRANSFERS OF FUNDS)

The agreement provides $1,157,534,000 for the Animal and Plant Health Inspection Service [APHIS], Salaries and Expenses.

The agreement provides the following increases for APHIS: $2,500,000 for the purchase of electronic identification [EID] tags; $500,000 for chronic wasting disease [CWD]; $250,000 for the veterinary stockpile; $500,000 for the swine health improvement plan; $500,000 for the suppression of Mormon crickets and grasshoppers; $1,000,000 for specialty crop pests, of which $500,000 is for fruit fly mitigation and $500,000 is for spotted lanternfly management; and $750,000 for wildlife damage management, of which $500,000 is for non-lethal activities and $250,000 is to combat rabies in wildlife.

The agreement provides $22,500,000 for CWD-related activities. Specifically, of the amount provided for cervid health activities, $12,500,000 shall be for APHIS to allocate funds directly to State departments of wildlife, State departments of agriculture, Native American Tribes, and research institutions and universities to further develop and implement CWD surveillance, testing, management, and response activities, and $5,000,000 shall be for indemnity payments and associated costs to remove infected and exposed animals as expeditiously as possible. Of the amount provided for Wildlife Service Methods Development, $5,000,000 shall be for CWD work at the National Wildlife Research Center, and the agreement directs APHIS to continue working with university collaborators to provide research support to the overall effort to detect, combat, and control CWD.

The agreement includes $13,500,000 for APHIS to procure and distribute the requisite number of tags—estimated to be at least 11 million EID tags—associated with the implementation of the cattle and bison traceability rule, including brucellosis EID tags for States in and surrounding the Greater Yellowstone Area. APHIS is directed to provide the Committees an update on the use of these funds within 30 days of enactment of this act and quarterly thereafter.

Further, in the event of a shortage of EID tags, the agreement encourages APHIS to provide enforcement discretion for any producer who is unable to obtain USDA-compliant EID tags from either APHIS (including through a State Veterinarian office) or in the private market in a reasonable timeframe prior to livestock transport. APHIS is directed to notify the Committees should the agency become aware of any disruptions or shortages within the EID tag supply chain.

The agreement directs the Department, within 1 year of enactment of this act, to conduct and submit to the Committees an assessment regarding the feasibility of expanding the Agricultural Quarantine and Inspection program to products entering the State of Hawaii, which shall include a determination of the methods of transportation and the types of commerce that are the most likely contributors of invasive pests entering the State of Hawaii, rec-

10

ommendations on how to begin implementing the expansion, and an estimate of the cost.

The agreement directs the Department to continue to provide monthly briefings on the continued outbreak of Highly Pathogenic Avian Influenza and New World Screwworm as referenced in S.Rpt. 119–37.

The agreement provides a total of $6,500,000 for the suppression and control of Mormon crickets and grasshoppers on private and public lands. Of these funds, no less than $2,000,000 shall be for providing and/or applying treatment to reduce cricket and grasshopper populations.

Not later than 30 days after enactment of this act, the Secretary shall submit to Congress a report on the New World Screwworm domestic readiness and response initiative of APHIS, with a particular focus on-

(1) domestic readiness, including the construction of a domestic production facility in the event of a threat of a domestic outbreak; and exploring partnerships with States and industry with respect to that construction and other domestic preparedness efforts;

(2) sterile fly production technology and other eradication tools and technologies; and

(3) the benefits of and barriers, including timelines and costs, to enhanced domestic, as compared to international, sterile fly production.

The agreement remains concerned with the potential reintroduction of foot and mouth disease [FMD] and reiterates the requirement of an updated risk analysis to determine the safety of fresh beef imports from Paraguay and the directive requiring the Secretary to establish a working group as outlined in S.Rpt. 119–37.

The agreement defines 'contingency fund', as referenced in the APHIS table, as a source of funding available for the control of outbreaks of insects, plant diseases, animal diseases, and for the control of pest animals and birds.

The following table reflects the agreement:

ANIMAL AND PLANT HEALTH INSPECTION SERVICE

[Dollars in thousands]

| | Committee Recommendation | Treasury Appropriation Fund Symbol for Recommendation |
|---|---|---|
| Safeguarding and International Technical Assistance: | | |
| Animal Health Technical Services | $42,500 | 12–1600/X |
| Aquatic Animal Health | 4,500 | 12–1600/26 |
| Avian Health | 65,000 | 12–1600/X |
| Cattle Health | 106,010 | 12–1600/26 |
| Cattle Health: Screwworm Program | 4,990 | 12–1600/X |
| Cervid Health | 32,800 | 12–1600/26 |
| Equine Health | 2,450 | 12–1600/26 |
| National Veterinary Stockpile | 6,250 | 12–1600/X |
| Swine Health | 27,000 | 12–1600/26 |
| Veterinary Biologics | 21,000 | 12–1600/26 |
| Veterinary Diagnostics | 38,473 | 12–1600/26 |
| National Bio- and Agro-Defense Facility (NBAF) | 24,527 | 12–1600/X |
| Zoonotic Disease Management | 21,000 | 12–1600/X |

11

## ANIMAL AND PLANT HEALTH INSPECTION SERVICE—Continued

[Dollars in thousands]

| | Committee Recommendation | Treasury Appropriation Fund Symbol for Recommendation |
|---|---|---|
| Subtotal, Animal Health | 396,500 | |
| Agricultural Quarantine Inspection (Appropriated) | 35,500 | 12–1600/X |
| Cotton Pests | 15,500 | 12–1600/X |
| Field Crop & Rangeland Ecosystems Pests | 11,000 | 12–1600/X |
| Pest Detection | 29,000 | 12–1600/26 |
| Plant Protection Methods Development | 21,500 | 12–1600/26 |
| Specialty Crop Pests | 205,500 | 12–1600/X |
| Multiple-Agency Response to Citrus Greening | 8,500 | 12–1600/26/27 |
| Tree & Wood Pests | 58,650 | 12–1600/X |
| Subtotal, Plant Health | 385,150 | |
| Wildlife Damage Management | 120,250 | 12–1600/26 |
| Wildlife Damage Management: Aviation Safety | 2,500 | 12–1600/X |
| Wildlife Services Methods Development | 24,500 | 12–1600/26 |
| Wildlife Services Methods Development Carryover | 1,000 | 12–1600/X |
| Subtotal, Wildlife Services | 148,250 | |
| Animal & Plant Health Regulatory Enforcement | 18,500 | 12–1600/26 |
| Biotechnology Regulatory Services | 19,500 | 12–1600/26 |
| Subtotal, Regulatory Services | 38,000 | |
| Contingency Fund | 250 | 12–1600/X |
| Emergency Preparedness & Response | 44,250 | 12–1600/X |
| Subtotal, Emergency Management | 44,500 | |
| Subtotal, Safeguarding and Emergency Preparedness/Response | 1,012,400 | |
| Safe Trade and International Technical Assistance: | | |
| Agriculture Import/Export | 18,500 | 12–1600/26 |
| Overseas Technical & Trade Operations | 25,500 | 12–1600/26 |
| Subtotal, Safe Trade | 44,000 | |
| Animal Welfare: | | |
| Animal Welfare | 37,250 | 12–1600/X |
| Horse Protection | 3,500 | 12–1600/X |
| Subtotal, Animal Welfare | 40,750 | |
| Agency Management: | | |
| APHIS Information Technology Infrastructure | 4,000 | 12–1600/X |
| Physical/Operational Security | 5,000 | 12–1600/26 |
| Rent and DHS security payments | 40,000 | 12–1600/26 |
| Subtotal, Agency Management | 49,000 | |
| Community Project Funding/Congressionally Directed Spending | 11,384 | 12–1600/X |
| Total, Direct Appropriation | 1,157,534 | |

### BUILDINGS AND FACILITIES

The agreement provides $500,000 for APHIS Buildings and Facilities.

12

The agreement allows APHIS to use previously allocated buildings and facilities funds for current needs. The agreement expects APHIS to prioritize high priority needs, including sterile fruit fly production facilities, when using these funds.

## AGRICULTURAL MARKETING SERVICE

### MARKETING SERVICES

The agreement provides $211,367,000 for Agricultural Marketing Service [AMS], Marketing Services.

The agreement expects AMS to make purchases of wild-caught catfish, including from the Chesapeake Bay area.

The agreement is concerned that there have been imports of critical foods, including infant formula, that do not meet equivalency agreements made with other countries. The agreement directs AMS to provide a report on changes to all existing equivalency agreements that would need to be made in order to be in compliance with the 2022 Origin of Livestock Rule, as outlined in S.Rpt. 119–37, within 90 days of enactment of this act.

In carrying out molasses testing required by the Disaster Relief Appropriations Act, 2025, the agreement directs AMS to follow the criteria specified in S.Rpt. 119–37 with respect to product classified under Heading 1703.10, HTSUS, or Heading 1702.90.40, HTSUS. The agreement underscores that the objective of testing is to determine whether the product meets the typical properties of such product, not only whether the product meets the 6 percent test. There is concern that the 6 percent test, on its own, is no longer effective. There is also concern that the 6 percent test may be met despite including " foreign substance that may have been added or developed in the product" which is prohibited. The agreement directs AMS to report its findings to the Committees and appropriate agencies as soon as practicable but not later than 60 days after enactment of this act. The agreement further direct that the agency coordinate with U.S. Customs and Border Protection to adopt the proper testing criteria and protocols, consistent with this directive, within 90 days of enactment of this act.

The agreement encourages the Department to delay implementation of the final rule entitled "Poultry Grower Payment Systems and Capital Improvement Systems", published by the Department of Agriculture in the Federal Register on January 16, 2025 (90 Fed. Reg. 5146 et seq.).

The following table reflects the agreement:

### AGRICULTURAL MARKETING SERVICE—MARKETING SERVICES

[Dollars in thousands]

| | |
|---|---:|
| Market News | $35,457 |
| Shell Egg Surveillance | 2,420 |
| Standardization | 5,356 |
| Federal Seed Act Program | 2,238 |
| Country of Origin Labeling | 4,431 |
| Pesticide Data Program | 13,810 |
| National Organic Standards | 22,782 |
| GSA Rent & DHS Security | 4,365 |
| National Bioengineered Food Disclosure | 1,856 |
| Transportation & Market Development | 8,689 |
| Farmers Market & Local Food Promotion | 7,307 |

13

AGRICULTURAL MARKETING SERVICE—MARKETING SERVICES—Continued

[Dollars in thousands]

| | |
|---|---:|
| Acer Access and Development | 6,000 |
| Dairy Business Innovation Initiatives | 13,750 |
| Packers & Stockyards | 32,631 |
| Hemp Production Program | 10,000 |
| Grain Regulatory | 16,853 |
| U.S. Warehouse Activities | 9,864 |
| Cattle Contract Library | 1,000 |
| Microgrants for Food Security | 5,000 |
| International Food Procurement | 7,558 |
| Total, Marketing Services | 211,367 |

## LIMITATION ON ADMINISTRATIVE EXPENSES

The agreement provides a limitation on administrative expenses of $62,596,000.

## FUNDS FOR STRENGTHENING MARKETS, INCOME, AND SUPPLY
### (SECTION 32)

### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $23,880,000 for Funds for Strengthening Markets, Income, and Supply.

The following table reflects the status of this fund:

AGRICULTURAL MARKETING SERVICE—FUNDS FOR STRENGTHENING MARKETS, INCOME, AND SUPPLY (SECTION 32)

[Dollars in thousands]

| | |
|---|---:|
| Appropriation (30% of Customs Receipts) | $25,208,991 |
| Less Transfers: | |
|     Food and Nutrition Service | −23,040,457 |
|     Commerce Department | −413,534 |
|         Total, Transfers | −23,453,991 |
| Budget Authority, Farm Bill | 1,755,000 |
|     Appropriations Temporarily Reduced — | −87,951 |
|     Appropriation (Previously Unavailable in FY25) | 49,244 |
|     Budget Authority, Appropriations Act | 1,716,293 |
| Less Obligations: | |
|     Child Nutrition Programs (Entitlement Commodities) | 485,000 |
|     State Option Contract | 5,000 |
|     Removal of Defective Commodities | 2,500 |
|     Disaster Relief | 5,000 |
|     Additional Fruits, Vegetables, and Nuts Purchases | 206,000 |
|     Fresh Fruit and Vegetable Program | 212,000 |
|     Estimated Future Needs | 735,942 |
|         Total, Commodity Procurement | 1,651,442 |
| Administrative Funds: | |
|     Commodity Purchase Support | 40,971 |
|     Marketing Agreements and Orders | 23,880 |
|         Total, Administrative Funds | 64,851 |
|         Total Obligations | 1,716,293 |

14

### PAYMENTS TO STATES AND POSSESSIONS

The agreement provides $500,000 for Payments to States and Possessions.

### LIMITATION ON INSPECTION AND WEIGHING SERVICES EXPENSES

The agreement includes a limitation on inspection and weighing services expenses of $55,000,000.

### OFFICE OF THE UNDER SECRETARY FOR FOOD SAFETY

The agreement provides $1,117,000 for the Office of the Under Secretary for Food Safety.

### FOOD SAFETY AND INSPECTION SERVICE

The agreement provides $1,215,200,000 for the Food Safety and Inspection Service [FSIS].

The agreement continues to include up to $1,000,000 for the inspection of wild caught invasive species in the order Siluriformes and family Ictaluridae, including blue catfish in the Chesapeake Bay.

The agreement provides a $15,200,000 increase for state meat and poultry inspection programs to ensure that the Federal reimbursement rate is 50 percent.

The following table reflects the agreement:

#### FOOD SAFETY AND INSPECTION SERVICE
[Dollars in thousands]

| | |
|---|---:|
| Federal | $1,075,199 |
| State | 82,841 |
| International | 21,888 |
| Public Health Data Communications Infrastructure System | 35,272 |
| Total, Food Safety and Inspection Service | 1,215,200 |

## TITLE II

## FARM PRODUCTION AND CONSERVATION PROGRAMS

### OFFICE OF THE UNDER SECRETARY FOR FARM PRODUCTION AND CONSERVATION

The agreement provides $1,527,000 for the Office of the Under Secretary for Farm Production and Conservation.

The agreement directs the Department to provide state disaster assistance agreements to the Committees upon request.

### FARM PRODUCTION AND CONSERVATION BUSINESS CENTER

#### SALARIES AND EXPENSES

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $167,633,000 for the Farm Production and Conservation Business Center.

15

## FARM SERVICE AGENCY

### SALARIES AND EXPENSES

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $1,125,000,000 for Farm Service Agency [FSA], Salaries and Expenses.

The agreement remains concerned about the loss of agricultural production and farms, particularly in New England. Within 180 days of enactment of this act, FSA is directed to provide a report to the Committees on what factors are leading to agricultural production and farm loss in New England, to include historical and projected data on acreage and crop types.

The agreement directs FSA, starting in the 2026/2027 crop year, to revise the formula it uses to calculate rice loan rate factors by averaging only 1 year of price data to better align the published loan rate factors with the current market conditions.

The following table reflects the agreement:

### FARM SERVICE AGENCY—SALARIES AND EXPENSES

[Dollars in thousands]

|  |  |
|---|---|
| Salaries and expenses | $1,125,000 |
| Transfer from ACIF | 305,803 |
| Total, FSA Salaries and expenses | 1,430,803 |

### STATE MEDIATION GRANTS

The agreement provides $6,500,000 for State Mediation Grants.

### GRASSROOTS SOURCE WATER PROTECTION PROGRAM

The agreement provides $7,500,000 for the Grassroots Source Water Protection Program.

### DAIRY INDEMNITY PROGRAM

#### (INCLUDING TRANSFER OF FUNDS)

The agreement provides $500,000 for the Dairy Indemnity Program.

### GEOGRAPHICALLY DISADVANTAGED FARMERS AND RANCHERS

The agreement provides $3,500,000 for the Reimbursement Transportation Cost Payment Program for Geographically Disadvantaged Farmers and Ranchers.

### AGRICULTURAL CREDIT INSURANCE FUND PROGRAM ACCOUNT

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $9,957,388,000 for the Agricultural Credit Insurance Fund program account.

The following table reflects the agreement:

16

### FARM SERVICE AGENCY—AGRICULTURAL CREDIT INSURANCE FUND

[Dollars in thousands]

| | |
|---|---:|
| Loan Authorizations: | |
| Farm Ownership Loans: | |
| Guaranteed | $3,500,000 |
| Direct | 2,580,000 |
| Subtotal, Farm Ownership Loans | 6,080,000 |
| Farm Operating Loans: | |
| Unsubsidized Guaranteed | 2,000,000 |
| Direct | 1,633,000 |
| Subtotal, Farm Operating Loans | 3,633,000 |
| Emergency Loans | 14,388 |
| Indian Tribe Land Acquisition Loans | 20,000 |
| Conservation Loans-Guaranteed | 150,000 |
| Boll Weevil Eradication | 60,000 |
| Total, Loan Authorizations | 9,957,388 |
| Loan Subsidies: | |
| Farm Ownership-Direct | 32,766 |
| Emergency Loans | 1,000 |
| Boll Weevil Eradication Loans | 84 |
| Total, Loan Subsidies | 33,850 |
| ACIF Expenses: | |
| Salaries and Expenses | 305,803 |
| Administrative Expenses | 20,250 |
| Total, ACIF Expenses | 326,053 |

### RISK MANAGEMENT AGENCY

#### SALARIES AND EXPENSES

The agreement provides $60,000,000 for Risk Management Agency, Salaries and Expenses.

### NATURAL RESOURCES CONSERVATION SERVICE

#### CONSERVATION OPERATIONS

The agreement provides $850,000,000 for Natural Resources Conservation Service [NRCS], Conservation Operations.

The agreement provides $1,000,000 for phragmite control and $8,000,000 for the Grazing Lands Conservation Initiative, of which $1,000,000 shall be for a cooperative agreement as outlined in S.Rpt. 119–37. The agreement also provides an increase of $2,000,000 for NRCS' Snow Telemetry Network for the purpose stated in S.Rpt. 119–37.

The agreement directs NRCS to provide a briefing to the Committees within 30 days of enactment of this act on how producers can utilize NRCS programs to exclude wildlife from farmland.

The following table reflects the agreement:

17

NATURAL RESOURCES CONSERVATION SERVICE—CONSERVATION OPERATIONS

[Dollars in thousands]

| | |
|---|---:|
| Conservation Technical Assistance | $697,624 |
| Snow Survey and Water Forecasting | 16,751 |
| Plant Materials Centers | 10,000 |
| Soil Surveys Program | 86,000 |
| Urban Agriculture Office | 5,000 |
| Community Project Funding/Congressionally Directed Spending | 34,625 |
| Total, Conservation Operations | 850,000 |

### WATERSHED AND FLOOD PREVENTION OPERATIONS

The agreement provides $50,000,000 for Watershed and Flood Prevention Operations [WFPO].

The agreement notes that WFPO received $500,000,000 in the Infrastructure Investment and Jobs Act (Public Law 117–58) and $150,000,000 per year in perpetuity in the One Big Beautiful Bill Act (Public Law 119–21). In addition, there are significant unobligated balances available.

The agreement provides $10,000,000 for irrigation modernization projects that provide multiple benefits to alleviate challenges faced primarily in Western States, including but not limited to reduction of drought impact, improvement of water quality or in-stream flow, off-channel renewable energy production, and increased fish or wildlife habitat.

### WATERSHED REHABILITATION PROGRAM

The agreement provides $3,000,000 for the Watershed Rehabilitation Program.

# CORPORATIONS

### FEDERAL CROP INSURANCE CORPORATION FUND

The agreement provides $15,346,000,000 for the Federal Crop Insurance Corporation Fund.

### COMMODITY CREDIT CORPORATION FUND

#### REIMBURSEMENT FOR NET REALIZED LOSSES

##### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $13,953,731,000 for Reimbursement for Net Realized Losses of the Commodity Credit Corporation.

#### HAZARDOUS WASTE MANAGEMENT

##### (LIMITATION ON EXPENSES)

The agreement provides a limitation of $15,000,000 for Hazardous Waste Management.

18

## TITLE III

## RURAL DEVELOPMENT PROGRAMS

### OFFICE OF THE UNDER SECRETARY FOR RURAL DEVELOPMENT

The agreement provides $1,620,000 for the Office of the Under Secretary for Rural Development.

The agreement notes that careful consideration was given to un-obligated balances in determining the levels provided in this title.

### RURAL DEVELOPMENT

#### SALARIES AND EXPENSES

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $761,992,000 for Rural Development [RD], Salaries and Expenses, including a direct appropriation of $312,000,000.

The agreement reminds the Department to complete a field office analysis, as referenced in S.Rpt. 119–37, and brief the Committees within 60 days of enactment of this act.

### RURAL HOUSING SERVICE

#### RURAL HOUSING INSURANCE FUND PROGRAM ACCOUNT

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides a total budget authority of $606,362,000 for activities under the Rural Housing Insurance Fund Program Account.

The agreement provides $32,650,000 of Section 502 Direct Loan funds to be available for two fiscal years to ensure that the program can continue to offer mortgages at the end of the fiscal year and through the start of the next fiscal year. The agreement notes that the intent behind this extended period of availability is to allow borrowers to take on mortgages over the course of the entire year.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL HOUSING SERVICE
RURAL HOUSING INSURANCE FUND
[Dollars in thousands]

| | |
|---|---:|
| Loan authorizations: | |
| Single family housing (sec. 502): | |
| Direct | $1,000,000 |
| Single Family Relending Demonstration | 5,000 |
| Unsubsidized guaranteed | 25,000,000 |
| Housing repair (sec. 504) | 25,000 |
| Rental housing (sec. 515) | 50,000 |
| Multi-family guaranteed (sec. 538) | 400,000 |
| Site development loans (sec. 524) | 5,000 |
| Credit sales of acquired property | 10,000 |
| Self-help housing land development (sec. 523) | 5,000 |
| Farm labor housing | 15,000 |
| Total, Loan authorizations | 26,515,000 |

19

RURAL DEVELOPMENT—RURAL HOUSING SERVICE
RURAL HOUSING INSURANCE FUND—Continued

[Dollars in thousands]

| | |
|---|---:|
| Loan subsidies, grants & administrative expenses: | |
| Single family housing (sec. 502): | |
| Direct | 130,600 |
| Single Family Relending Demonstration | 2,125 |
| Housing repair (sec. 504) | 4,333 |
| Rental housing (sec. 515) | 15,130 |
| Multifamily Housing Revitalization | 30,000 |
| Farm labor housing (sec. 514) | 4,761 |
| Site development loans (sec. 524) | 502 |
| Self-help land development (sec. 523) | 657 |
| Total, loan subsidies | 188,108 |
| Farm labor housing grants | 6,000 |
| Total, loan subsidies and grants | 194,108 |
| Administrative expenses (transfer to RD) | 412,254 |
| Total, Loan subsidies, grants, and administrative expenses | 606,362 |

## RENTAL ASSISTANCE PROGRAM

The agreement provides $1,715,000,000 for the Rental Assistance Program.

## RURAL HOUSING VOUCHER ACCOUNT

The agreement provides $48,000,000 for the Rural Housing Voucher Account.

## MUTUAL AND SELF–HELP HOUSING GRANTS

The agreement provides $25,000,000 for Mutual and Self-Help Housing Grants.

## RURAL HOUSING ASSISTANCE GRANTS

The agreement provides $27,000,000 for Rural Housing Assistance Grants.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL HOUSING SERVICE
RURAL HOUSING ASSISTANCE GRANTS

[Dollars in thousands]

| | |
|---|---:|
| Very low income housing repair grants | $21,000 |
| Housing preservation grants | 6,000 |
| Total, grant program | 27,000 |

## RURAL COMMUNITY FACILITIES PROGRAM ACCOUNT

### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $677,161,000 for the Rural Community Facilities Program Account.

The following table reflects the agreement:

20

RURAL DEVELOPMENT—RURAL HOUSING SERVICE
RURAL COMMUNITY FACILITIES PROGRAM

[Dollars in thousands]

| | |
|---|---:|
| Loan authorizations: | |
|     CF direct loans | $1,250,000 |
|     CF guaranteed loans | 650,000 |
| Loan subsidies and grants: | |
|     CF grants | 5,000 |
|     Community Project Funding/Congressionally Directed Spending | 659,161 |
|     Rural Community Development Initiative | 5,000 |
|     Tribal college grants | 8,000 |
|         Total, subsidy and grants | 677,161 |

RURAL BUSINESS—COOPERATIVE SERVICE

RURAL BUSINESS PROGRAM ACCOUNT

(INCLUDING TRANSFERS OF FUNDS)

The agreement provides $50,575,000 for the Rural Business Program Account.

This agreement recognizes that RD is the most well-positioned agency to administer programs authorized under the Rural Business Cooperative Service [RBCS] to meet the specific needs of businesses and communities across rural America and that any administration of RBCS programs outside of the agency or Department shall not be conducted without prior notification and approval from the Committees no less than 30 days prior to the transfer of such administrative authorities.

The agreement directs USDA to allow the Meat and Poultry Processing Expansion grants for invasive wild caught catfish to cover new construction with a 50 percent advance of the award upon full execution of grant agreement, whether for new or expanding construction or equipment, and a participant cost share rate at no more than 20 percent with in-kind contributions in accordance with 2 CFR 200.306.

The Department is directed to brief the Committees within 30 days of enactment of this act to provide additional details on the recent changes to the business and rural energy guaranteed loan programs regarding certified cropland.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL BUSINESS COOPERATIVE SERVICE
RURAL BUSINESS PROGRAMS

[Dollars in thousands]

| | |
|---|---:|
| Loan level: | |
|     Business and industry guaranteed loans | $1,750,000 |
| Loan subsidy and grants: | |
|     Business and industry guaranteed loans | 15,575 |
|     Rural business development grants | 25,000 |
|     Delta Regional Authority/ARC/NBRC/SWBRC | 10,000 |
|         Total, Rural Business Program subsidy and grants | 50,575 |

21

## INTERMEDIARY RELENDING PROGRAM FUND ACCOUNT

### (INCLUDING TRANSFER OF FUNDS)

The agreement provides $6,963,000 for the Intermediary Relending Program Fund Account.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL BUSINESS COOPERATIVE SERVICE
INTERMEDIARY RELENDING PROGRAM FUND

[Dollars in thousands]

| | |
|---|---:|
| Loan level: | |
| Estimated loan level | $9,000 |
| Subsidies and administrative expenses: | |
| Direct loan subsidy level | 2,495 |
| Administrative Expenses | 4,468 |
| Subtotal, subsidies and administrative expenses | 6,963 |

## RURAL ECONOMIC DEVELOPMENT LOANS PROGRAM ACCOUNT

The agreement provides $50,000,000 in loan authority for the Rural Economic Development Loans Program Account.

## RURAL COOPERATIVE DEVELOPMENT GRANTS

The agreement provides $20,000,000 for Rural Cooperative Development Grants.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL BUSINESS COOPERATIVE SERVICE
RURAL COOPERATIVE DEVELOPMENT GRANTS

[Dollars in thousands]

| | |
|---|---:|
| Rural Cooperative Development Grants | $5,000 |
| Value-added Producer Grants | 8,000 |
| Agriculture Innovation Centers | 1,000 |
| Appropriate Technology Transfer for Rural Areas | 3,000 |
| Grants to Minority Producers | 3,000 |
| Total, grants | 20,000 |

## RURAL MICROENTREPRENEUR ASSISTANCE PROGRAM

The agreement provides $4,000,000 for the Rural Microentrepreneur Assistance Program.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL BUSINESS COOPERATIVE SERVICE
RURAL MICROENTREPRENEUR ASSISTANCE PROGRAM

[Dollars in thousands]

| | |
|---|---:|
| Loan level: | |
| Estimated loan level | $17,000 |
| Subsidies and administrative expenses: | |
| Direct loan subsidy level | 2,735 |
| Grants | 1,265 |
| Subtotal, subsidies and grants | 4,000 |

22

### RURAL ENERGY FOR AMERICA PROGRAM

The agreement provides $100,000,000 in loan authority for the Rural Energy for America Program.

### HEALTHY FOOD FINANCING INITIATIVE

The agreement provides $50,000 for the Healthy Food Financing Initiative.

## RURAL UTILITIES SERVICE

### RURAL WATER AND WASTE DISPOSAL PROGRAM ACCOUNT

#### (INCLUDING TRANSFERS OF FUNDS)

The agreement provides $445,865,000 for the Rural Utilities Service Rural Water and Waste Disposal Program Account.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL UTILITIES SERVICE
RURAL WATER AND WASTE DISPOSAL PROGRAM

[Dollars in thousands]

| | |
|---|---:|
| Loan authorizations: | |
| Water and waste direct loans | $1,000,000 |
| Water and waste disposal direct loans | 15,000 |
| Water and waste guaranteed loans | 50,000 |
| Subsidies and grants: | |
| Direct Subsidy (including distressed communities) | 47,600 |
| Water and waste disposal direct one percent loans | 3,876 |
| Water and waste revolving fund | 1,000 |
| Water well system grants | 5,000 |
| Grants for Colonias, Native Americans, and Alaska Native Villages | 60,000 |
| Water and waste technical assistance grants | 35,000 |
| Circuit Rider program | 23,900 |
| Solid waste management grants | 4,000 |
| High energy cost grants | 8,000 |
| Water and waste disposal grants | 140,000 |
| Community Project Funding/Congressionally Directed Spending | 110,489 |
| 306A(i)(2) grants | 7,000 |
| Total, subsidies and grants | 445,865 |

### RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM ACCOUNT

#### (INCLUDING TRANSFER OF FUNDS)

The agreement provides $41,040,000 for activities under the Rural Electrification and Telecommunications Loans Program Account.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL UTILITIES SERVICE
RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM

[Dollars in thousands]

| | |
|---|---:|
| Loan authorizations: | |
| Electric: | |
| Direct, FFB | $2,667,000 |
| Direct, Treasury | 4,333,000 |

23

RURAL DEVELOPMENT—RURAL UTILITIES SERVICE
RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM—Continued

[Dollars in thousands]

| | |
|---|---:|
| Guaranteed underwriting | 910,000 |
| Rural Energy Savings Program | 25,000 |
| Subtotal, electric | 7,935,000 |
| Telecommunications: | |
| Direct, treasury rate | 350,000 |
| Direct, FFB | 200,000 |
| Loan subsidy: | |
| Direct, treasury rate | 3,570 |
| Rural Energy Savings Program | 4,200 |
| Administrative expenses | 33,270 |
| Total, budget authority | 41,040 |

### DISTANCE LEARNING, TELEMEDICINE, AND BROADBAND PROGRAM

The agreement provides $108,517,000 for the Distance Learning, Telemedicine, and Broadband Program.

This agreement provides $50,750,000 for the ReConnect pilot established in the Consolidated Appropriations Act of 2018 (Public Law 115–141). This agreement recognizes the ongoing implementation of the $42.5 billion for the Broadband Equity Access and Development Program, authorized by the Infrastructure Investment and Jobs Act (Public Law 117–57), and notes that the ReConnect pilot program should largely serve rural communities which are 90 percent lacking Internet connectivity speeds of 25/3 mbps, while avoiding service areas already subject to a buildout obligation involving any State or Federal funds. In addition, the Department is reminded that the program is intended to be technology neutral and should consider projects which are able to showcase scalability for future need, speed of deployment to unserved areas, and cost per location of deployment while ensuring buildout speeds of at least 100/20 mbps. Further, the agreement urges RD to take action to increase access to broadband on Tribal lands.

The following table reflects the agreement:

RURAL DEVELOPMENT—RURAL UTILITIES SERVICE
DISTANCE LEARNING, TELEMEDICINE, AND BROADBAND PROGRAM

[Dollars in thousands]

| | |
|---|---:|
| Subsidy and grants: | |
| Distance learning and telemedicine grants | $30,000 |
| DLT Community Project Funding/Congressionally Directed Spending | 10,767 |
| Broadband ReConnect Loans and Grants | 50,000 |
| ReConnect Community Project Funding/Congressionally Directed Spending | 750 |
| Broadband telecommunications program: | |
| Community Connect Grants | 17,000 |
| Total, subsidies and grants | 108,517 |

# Exhibit F

# Supplemental Nutrition Assistance Program (SNAP): 2022
## *Survey of Income and Program Participation Snapshots*

By Michael D. King and Kelsey J. Drotning
P70FS-199
July 2024

## 1 in 5 children aged 0 to 17 received SNAP benefits.

Of non-Hispanic Black children, 38 percent received SNAP. This compares to 29 percent of Hispanic children (of any race), 12 percent of non-Hispanic White children, and 5 percent of non-Hispanic Asian children.

## 80% of SNAP recipients had health insurance through Medicaid or the Children's Health Insurance Program (CHIP).

Other benefits received by SNAP recipients included energy assistance (21 percent), Supplemental Security Income (SSI, 14 percent), and Temporary Assistance for Needy Families (TANF, 5 percent).

## 49% of households with income below their poverty threshold got SNAP.

Among households with income below their poverty threshold, the SNAP receipt rate for all renter-occupied households was 60 percent, and the SNAP receipt rate for owner-occupied households was 34 percent.

## What Is SNAP?

The Supplemental Nutrition Assistance Program (SNAP) provides nutrition assistance to low-income individuals and households via a monthly benefit on an Electronic Benefits Transfer (EBT) card, similar to a debit card, which can be used at authorized retailers to purchase food. SNAP eligibility and benefit amounts are determined by a household's size, income, resources, and expenses. Certain groups are also subject to work requirements in order to maintain eligibility. SNAP is the largest federal nutrition assistance program.

**More information** on SNAP and other social safety net programs is available in fact sheets, detailed program participation tables, interactive data visualizations, and reports.

### Household SNAP Receipt by Presence of Children: 2013–2022
(In percent)



Households with children: 22.5, 23.7, 23.5, 21.6, 19.3, 19.0, 16.1, 18.7, 20.7, 19.7

Households without children: 9.8, 11.1, 11.4, 11.7, 9.1, 10.4, 10.1, 11.4, 11.4, 11.7

(Years 2013 to 2022)

Between 2013 and 2022, households with children were more likely to receive SNAP benefits than households without children. In 2022, 19.7 percent of households with children received SNAP benefits, compared to 11.7 percent of households without children.

### Characteristics of SNAP Recipients Compared to All People: 2022
(In percent)



■ People receiving SNAP  ■ All people

| | People receiving SNAP | All people |
|---|---|---|
| **Age** | | |
| 0 to 17 | 36.4 | 22.1 |
| 18 to 64 | 50.8 | 60.4 |
| 65 and over | 12.7 | 17.6 |
| **Sex** | | |
| Female | 58.5 | 50.8 |
| Male | 41.5 | 49.2 |
| **Education** | | |
| No high school degree | 23.0 | 8.8 |
| High school degree | 37.4 | 26.2 |
| Some college | 28.8 | 25.4 |
| Bachelor's degree or higher | 10.8 | 39.6 |

Note: Education results restricted to adults aged 25 and over.

United States Census Bureau

U.S. Department of Commerce
U.S. CENSUS BUREAU
*census.gov*

Source: 2014-2023 Survey of Income and Program Participation, public-use files, Data Management System number: P-7516454, <www.census.gov/programs-surveys/sipp.html>.

# Exhibit G



# USDA REORGANIZATION

## SUMMARY AND ANALYSIS OF FEEDBACK

December 8, 2025

## Table of Contents

Overview ................................................................................................................ 3

Overall Summary of Feedback Excluding Form/Campaign Letters................................. 3

    Key Themes ....................................................................................................... 3

    Top Overall Recommendations ............................................................................. 4

Category: Employees ............................................................................................. 4

    Key Themes from Employees ................................................................................ 4

    Top Overall Recommendations from Employees...................................................... 5

Category: USDA Retirees ........................................................................................ 6

    Key Themes from Retirees ................................................................................... 6

    Top Overall Recommendations from Retirees ......................................................... 7

Category: Unions .................................................................................................... 7

    Key Themes from Unions ..................................................................................... 7

    Top Overall Recommendations from Unions............................................................ 8

Category: Agricultural Research Service (ARS) .......................................................... 8

    Key Themes for ARS/BARC .................................................................................. 8

    Top Overall Recommendations for ARS /BARC........................................................ 9

Category: United States Forest Service (USFS) .......................................................... 9

    Key Themes USFS .............................................................................................. 9

    Top Overall Recommendations USFS ...................................................................10

    Recommendations from Former Chiefs .................................................................11

Category: Congress................................................................................................11

    Key Themes from Congress .................................................................................12

    Top Overall Recommendations from Congress .......................................................12

Category: Tribal Organizations and Members ............................................................12

    Key Tribal Organizations and Members Feedback Themes .......................................13

    Top Overall Tribal Organizations and Members Recommendations............................13

Category: Other Government Entities ......................................................................................14

    Key Themes from Other Government Entities ...............................................................14

    Top Recommendations from Other Government Entities .............................................14

Category: Academia..........................................................................................................15

    Key Themes from Academia ........................................................................................15

    Top Overall Recommendations from Academia ..........................................................15

Category: Citizens.............................................................................................................15

    Key Themes from Citizens...........................................................................................16

    Top Overall Recommendations from Citizens .............................................................16

Category: Campaign Emails ..............................................................................................16

    Key Themes ................................................................................................................17

    Top Overall Recommendations ...................................................................................18

APPENDIX – Campaign Email Samples ..............................................................................19

# Overview

On July 24, 2025, the U.S. Department of Agriculture (USDA) proposed a reorganization to refocus its core operations on supporting American agriculture, producers, ranching, and forestry, structured around four pillars: workforce alignment, proximity to customers, bureaucracy reduction, and consolidation of redundant functions. A public comment period was open from August 1 through September 30, 2025. Comments were requested via email to reorganization@usda.gov and open to all interested parties.

This report synthesizes feedback from over 46,845 emails across a variety of stakeholder groups including employees, Congress, tribes, state and local governments, unions, non-profit organizations, educational institutions and citizens.   While USDA received a total of 46,845 messages in the reorganization@usda.gov, approximately 14% were duplicative messages, had no text or were spam and marketing emails.  Of the 86% of messages remaining, 43% were from duplicative senders. Form-letters or campaign emails comprised 68% of the total messages received.

USDA categorized and analyzed emails received based on sender type and content. Because of the large volume of form and campaign emails, separate analysis was conducted on unique emails versus the entirety of feedback received.  The remainder of this document outlines the top themes or concerns and recommendations for each category of feedback. Examples of the most prevalent form letters received are included in the appendix.

# Overall Summary of Feedback Excluding Form/Campaign Letters

This dataset comprises over 14,000 public comments submitted during the USDA reorganization proposal review period that were not form or campaign emails. The overwhelming majority of comments (82%) expressed negative sentiment. Five percent expressed positive sentiment and 7% expressed neutral sentiment. A majority of emails were general comments about the USDA Reorganization (53%) followed by the United State Forest Service (USFS) (27%) and Agricultural Research Service (ARS) Beltsville Agricultural Research Center (BARC) (10%).

## Key Themes

- **Safeguarding the Forest Service Mission:** Comments frequently warned that reorganization would erode the Forest Service's capacity to manage public lands and resources. Stakeholders fear that centralized oversight and budget cuts could compromise ecological management, public access, and employee morale.
- **Loss of Local Oversight and Expertise:** Concerns that reorganization would replace localized knowledge with top-down management, risking misalignment with regional needs. Critics argue that rural and natural resource communities require tailored approaches, which centralized structures may fail to deliver.

- **Reductions in Personnel and Resources:** Fears that reorganization would lead to staff layoffs and reduced operational capacity, particularly in the United States Forest Service. Stakeholders worry that cost-cutting measures will prioritize efficiency over service quality, undermining public trust.
- **Agricultural Research and Innovation:** Concerns about funding cuts and facility closures at research centers like BARC. Stakeholders fear that reorganization could stifle scientific progress and harm food security initiatives.
- **Transparency in the Reorganization Process**: Calls for greater public engagement and clarity about the reorganization's goals and implementation. Distrust in the process's openness and a demand for stakeholder inclusion in shaping the reorganization.

## Top Overall Recommendations

- **Ensure USDA has Offices in Every County**: Maintain localized USDA service centers to ensure direct engagement with communities are served by FSA, NRCS, and RD. Allocate resources to expand the USDA's physical and administrative presence in rural and underserved regions.
- **Upgrade Infrastructure at Research Facilities**: Invest in infrastructure upgrades to protect agricultural research facilities. Prioritize funding for facility upgrades to mitigate risks to long-term research.
- **Enhance Communication and Public Engagement**: Increase transparency and public participation in the reorganization process. Launch public forums, town halls, and digital platforms to gather and disseminate information.
- **Conduct Further Review of the Reorganization Plan**: Delay or refine the reorganization to address stakeholder concerns. Engage stakeholders in iterative feedback loops to refine the proposal's structure and impact assessments
- **Protect Forest Service Personnel and Resources**: Ensure the Forest Service retains autonomy and resources to manage public lands. Safeguard the Forest Service's budget, staffing, and operational independence to maintain ecological and public service integrity.

# Category: Employees

An analysis of 680 comments submitted by USDA employees offers invaluable insights and recommendations regarding the proposed reorganization. The feedback distribution indicates that 96% of comments presented areas for thoughtful consideration, while 5% were positive and 1% neutral.

## Key Themes from Employees

- **Regional Offices:** The role of and value of regional offices were a significant area of focus.
  *Illustrative Examples:*
    o "I am interested in understanding the future of regional offices and their role in serving rural communities, envisioning even greater impact."
    o "Consideration of regional office consolidation should ensure continued representation for each region's unique needs, affirming our commitment to local communities."

4

- o "The reorganization plan offers an opportunity to further engage regional office staff, who are essential to our operations, empowering their vital contributions."
- **Organizational Structure and Management Layers:** Employees provided thoughtful feedback on the streamlining of functions and changes in organizational structures. Employees highlighted the need for strong support throughout the reorganization process. *Illustrative Examples:*
  - o "Develop a comprehensive plan for optimizing management layers that empowers our workforce."
  - o "Provide robust support for employees who will be impacted by these structural adjustments, ensuring their well-being and continued success."
  - o "Identifying opportunities to streamline management layers can enhance efficiency and optimize resource allocation, benefiting all."
  - o "The reorganization plan should include comprehensive support for employees as we adjust to changes in organizational structure, ensuring a smooth and positive transition."
  - o "The reorganization provides an opportunity to review critical functions for enhanced productivity and efficiency, leading to a more agile USDA."
- **Tribal Consultation and Engagement:** Employees provided feedback on the importance of ensuring tribal needs are considered. *Illustrative Examples:*
  - o "It is important that the reorganization plan thoroughly addresses the unique considerations of Native American tribes to ensure equitable outcomes and strong partnerships."
  - o "Prioritizing tribal consultation and engagement in the reorganization process is vital to ensuring that tribal needs are fully integrated, building lasting trust."

## Top Overall Recommendations from Employees
- **Develop a Comprehensive Reorganization Plan:** Create a detailed plan that thoughtfully integrates employee input, regional office considerations, and tribal relations, ensuring a holistic and inclusive approach.
- **Prioritize Tribal Consultation and Engagement:** Ensure that tribal consultation and engagement are integral components throughout the reorganization process, fostering genuine partnership and mutual respect.
- **Provide Robust Support for Affected Employees:** Develop a comprehensive support system to assist employees during organizational transitions, valuing their contributions and ensuring their well-being.
- **Streamline Functions and Optimize Management Layers:** Implement a plan to streamline functions and refine management layers while ensuring that critical expertise is preserved, maximizing efficiency without compromising quality.
- **Regular Review and Evaluation:** Establish a process for ongoing review and evaluation of the reorganization's influence on employees, regional offices, and tribal relations, ensuring continuous improvement and adaptability.

# Category: USDA Retirees

This dataset comprises feedback from retired employees across USDA and related agencies, offering perspectives on reorganization efforts and operational considerations. Most comments (162 out of 195, 83%) convey areas for careful consideration, reflecting a profound interest in preserving institutional knowledge, effective regional governance, and program effectiveness. Neutral comments constituted 22% of the feedback, with positive comments (11%) often highlighting the importance of specific program preservation or technical support.

## Key Themes from Retirees

- **Regional Offices:** Retired employees offered insights on the role of regional offices. *Illustrative Examples:*
  - "A shift away from regional offices toward a decentralized focus warrants consideration."
  - "Regional office locations offer unique value across the USA."
- **Institutional Knowledge and Expertise:** Feedback addresses the importance of preserving decades of expertise amidst organizational adjustments and potential staffing changes, recognizing its invaluable contribution. *Illustrative Examples:*
  - "The preservation of knowledge, skills, expertise, and guidance is paramount."
  - "Careful management is needed to address catastrophic wildfire risk and high vegetation trampling."
- **Operational Efficiency and Customer Service:** Comments include observations on how organizational changes might positively influence customer service levels and resource management capabilities through strategic improvements. *Illustrative Examples:*
  - "Opportunities exist to enhance customer service."
  - "Resource management can be further strengthened."
- **Program Funding and Prioritization:** Feedback includes discussions about ensuring adequate funding for critical programs, such as the PL566 Watershed Program, to maximize their impact. *Illustrative Examples:*
  - "Prioritizing the PL566 Watershed Program for appropriate funding is essential."
  - "Budget considerations should support all vital positions."
- **Mission Alignment and Strategic Direction:** Contributions from retirees include perspectives on aligning reorganization efforts with USDA's core mission to support rural development and conservation. *Illustrative Example:*
  - "It is important that USDA agencies remain robustly focused on rural development."
- **Stakeholder Engagement and Transparency:** Recommendations emphasize the value of involving retirees, constituents, and diverse stakeholders in decision-making processes, enriching our collective wisdom. *Illustrative Example:*
  - "Engaging employees, retirees, constituents, and stakeholders is a valuable step."

## Top Overall Recommendations from Retirees

- **Strategically Decentralize Operations and Bolster Local Offices:** Consider a strategic return to a more decentralized structure, strengthening regional offices to preserve and leverage local expertise, making them powerhouses of service.
- **Engage Stakeholders in Reorganization Decisions:** Foster robust engagement with retirees, constituents, and diverse stakeholders in shaping reorganization strategies, drawing on their invaluable experience.
- **Prioritize Funding for Critical Programs:** Allocate resources strategically to programs such as the PL566 Watershed Program and flood control initiatives.
- **Leverage Institutional Knowledge and Expertise:** Explore mechanisms such as retaining retired employees as consultants or advisors, to preserve invaluable expertise, building bridges between generations of service.
- **Manage Position Adjustments and Staffing Levels:** Carefully consider the impact of any position adjustments and staffing levels to ensure program effectiveness is maintained, valuing our human capital.
- **Enhance Transparency and Communication:** Improve communication strategies regarding reorganization goals, anticipated benefits, and implementation plans, fostering clarity and trust.

# Category: Unions

Multiple labor unions representing USDA employees submitted serious concerns regarding the agency's recently announced reorganization, citing a lack of consultation and transparency.

## Key Themes from Unions

- **Lack of transparency and consultation:** The USDA has not consulted with Congress or labor unions despite statutory requirements and norms. There is skepticism that the public comment process will influence the outcome.
- **Potential weakening of services:** The reorganization stands to significantly disrupt and weaken the Department's ability to deliver essential services to farmers, ranchers, and consumers across the country. Eliminating regional offices may reduce access to agency leadership or cause delays in service.
- **Negative impact on employees and workforce retention:** A previous relocation in 2019 led to staff departures, reduced research output, delayed processes, and loss of institutional knowledge. The USDA has already lost over 15,000 employees since January 2025. There are concerns about the USDA's plan to retain skilled staff, transfer institutional knowledge, and ensure no lapse in mission-critical operations.
- **Lack of rationale and cost-benefit analysis:** There is no publicly available cost-benefit or operational impact analysis, nor a rationale for choosing the five hubs. Without answers, the reorganization appears arbitrary and politically motivated.
- **Potential deepening of local disparities:** The reorganization may deepen regional disparities and create new bureaucratic burdens for producers and rural communities if a state did not receive a hub.

7

## Top Overall Recommendations from Unions

- **Share the Cost-Benefit Analysis of the Reorganization:** Publicly provide a cost-benefit analysis that addresses how hub locations were selected, if alternative locations were considered, and whether the cost of the move was weighed against other uses of funds. The analysis should also factor in the costs to the taxpayer of worsened services and decreased oversight resulting from staff losses.
- **Provide Information on Selection of Hub Locations:** Publicly provide the rationale and stakeholder impact for choosing the five hubs, including how farmers in non-hub states will access USDA support, and how the Department will oversee nutrition assistance if it eliminates regional offices.
- **Ensure Service Continuity and Workforce Retention:** Provide a plan to ensure service continuity and workforce retention, addressing how USDA will prevent a repeat of the 2019 disruption, retain skilled staff, transfer institutional knowledge, and ensure no lapses in mission-critical operations, especially given the loss of over 15,000 employees since January 2025.
- **Share Reorganization Comments:** Publicly provide the received reorganization comments to ensure a transparent process that includes the full publication of comments, appropriate Congressional oversight, and meaningful engagement with employee representatives.
- **Slow Pace of Implementation.** The unions urged the Department to slow down, engage with Congress and the labor unions in good faith, and fully assess the true impact of this reorganization before proceeding further.

# Category: Agricultural Research Service (ARS)

The dataset comprises 2,185 comments submitted to the USDA and ARS Beltsville Agricultural Research Center (BARC), with a 92% negative sentiment, 4% positive, and 3% neutral overall tone. The majority of comments (2,015) express strong opposition to the potential closure or reorganization of BARC, citing risks to ongoing research, environmental impacts, and regional economic reliance. The geographic focus is heavily concentrated in Maryland, Washington, D.C., and the Mid-Atlantic region, with additional concerns from Alaska, the Pacific Northwest, and other U.S. regions.

## Key Themes for ARS/BARC

- **Opposition to Closure or Reorganization**: Comments emphasize the significant risk of BARC's closure or reorganization, warning that such a decision could severely disrupt decades of essential research and hinder regional agricultural innovation. This concern is widely supported, with 2,015 comments (92%) directly referring to opposition to closure or reorganization.
- **Impact on Environmental and Agricultural Research**: Many comments highlighted the profound ecological and scientific consequences that would result from BARC's potential shutdown. They specifically point to negative impacts on pollinator health, composting initiatives, and the broader regional ecosystems that BARC's work supports. Over 1,500 comments (69%) cite these environmental risks.

8

- **Regional Economic and Agricultural Reliance**: Comments frequently stress the vital role BARC plays in supporting local economies and serving as a critical hub for agricultural innovation. Stakeholders express concern that the closure of BARC would harm rural communities that rely heavily on its research and expertise. This theme is supported by 1,200+ comments (55%) referencing regional economic impacts.
- **Funding and Resource Allocation Concerns**: Stakeholders have also voiced significant warnings that budget cuts or deferred maintenance could severely compromise BARC's operational capacity, thereby jeopardizing its ability to continue its critical work. This concern about funding issues is reflected in 800+ comments (36.6%).
- **Call for Stakeholder Engagement and Transparency**: A substantial number of comments demand greater public and stakeholder involvement in any decision-making processes regarding BARC's future. These stakeholders emphasize the critical need for increased transparency and a reconsideration of proposed changes, with 450+ comments (27%) highlighting this call for engagement.

## Top Overall Recommendations for ARS /BARC

- **Preserve BARC's Institutional Knowledge**: Maintain BARC's decades of research and institutional expertise to prevent the loss of invaluable long-term knowledge.
- **Reinvest in BARC's Infrastructure**: Address current budget cuts and deferred maintenance to ensure the uninterrupted operational continuity of BARC.
- **Reconsider USDA Reorganization Plans:** Pause or revise current USDA reorganization plans to safeguard BARC's critical role in agricultural and environmental research.
- **Preservation of the Beltsville Bee Lab**: A specific recommendation is to preserve the Beltsville Bee Lab to effectively address the pressing pollinator health crises and urgent climate research needs.
- **Enhance Transparency and Stakeholder Engagement**: Improve public communication and ensure meaningful involvement of all stakeholders in decision-making processes.

# Category: United States Forest Service (USFS)

This section synthesizes insights from 6,292 comments. While 60% of comments express concern, they also provide constructive feedback, with 17% offering positive sentiments and 7% neutral.

## Key Themes USFS

- **Regional Offices and Local Expertise:** Stakeholders widely view regional offices as essential for effective, localized decision-making. 34% of comments referred to the elimination of regional offices or loss of regional leadership, with 25% citing specific impacts on environmental planning. Concerns that "The proposal's elimination of the nine regional Forest Service offices, six in the western U.S., where a majority of the national forests are, would concentrate decision-making far away from landscapes that are diverse and face region-specific pressures (e.g. fire risk, invasive species, drought)." This perspective underscores the risk of detaching decision-making from the unique environmental and social complexities of each region.

- **Ecological and Species Integrity:** A significant theme is the imperative to safeguard migratory species and their habitats. 28% of comments referenced ecological impacts, with 15% specifically citing the 2012 planning rule. The reminder that "Over 60% of migratory species across the United States depend on Forest Service lands" underscores the critical role of the USFS in biodiversity conservation. Stakeholders express concerns that the loss of regional oversight could create gaps in protecting these vital resources, particularly in ecologically rich areas like the Pacific Northwest, preserving our natural heritage.
- **Sustained Funding and Resource Allocation:** Consistent advocacy for "robust and sustained funding for this vital agency to maintain its ecological and social missions" reflects a strong understanding that financial stability is foundational to the USFS's capacity to deliver on its mandates, both environmental and community-focused, securing our long-term success. 22% of comments directly addressed funding concerns, with 18% tied to the International Program (IPT) of the Forest Service.
- **Mineral and Mining Personnel Efficiency:** Comments, particularly from Oregon and the Pacific Northwest, point to a desire for improved efficiency in mineral management staff. 8% of comments criticized the inefficiency of current minerals personnel in managing mineral resources.
- **Public Trust and Transparency:** Perhaps the most emotionally charged feedback relates to the perceived lack of public consultation and transparency throughout the reorganization process.
- **Preserving Regional Trails and Public Access:** Among the most frequently voiced concerns is the potential reduction of Regional Trails Programs. Stakeholders fear that the proposed reorganization could inadvertently erode vital recreational access and diminish significant economic benefits derived from these extensive trail networks.

## Top Overall Recommendations USFS
- **Empower Regional Hubs for Dispersing Authority:** Leverage regional hubs or offices to effectively distribute decision-making authorities.
- **Preserve Local Offices:** Prioritize the preservation and strategic enhancement of local USFS offices and programs.  Maintaining and strategically investing in these local structures and programs, coupled with transparent governance, is essential for sustaining localized expertise, fostering landscape resilience, bolstering operational efficiency, and ultimately strengthening public confidence and the USFS's vital local impact.
- **Ensure Sustained Funding for Conservation and Operations:** Ensure that the reorganization will not result in additional layoffs or loss of field positions critical to land management and recreation. Conduct and share a clear staffing impact analysis for any office relocation or closure.
- **Improve Communication and Transparency:** Engaging stakeholders throughout the reorganization process. Incorporate robust public input from gateway communities, recreation users, and conservation partners before finalizing changes."
- **Align Headquarters Staff to Regional Hubs:** Assign Washington, D.C.-based staff to regional hubs aims to maintain operational efficiency and strengthen regional expertise.
- **Optimize Mineral Personnel Efficiency:** Conduct a comprehensive review of minerals management staff and associated responsibilities to enhance efficiency and effectiveness.

10

- **Stop the 2012 Planning Rule:** Clarifying the 2012 Planning Rule is widely perceived as crucial for ensuring consistent and effective forest management standards across the USFS.

## Recommendations from Former Chiefs

USDA received consolidated feedback from former Chiefs of the Forest Service. The former Chiefs recommended the following:

- **Workload-driven transition**: Conduct a staffing analysis, request necessary appropriations, and phase in changes to avoid waste and minimize disruption to employees, partners, and communities.
- **Strong leadership structure**: Maintain clear lines of authority and understanding of the chain of command at all levels of the agency (154 National Forests, 20 Grasslands, and 70 lab and research locations) to ensure consistent application of laws and policies while staying connected to local communities. If not, then you will create a dysfunctional agency that will be expensive to correct.
- **Science-based staffing**: Increase capacity to apply climate science and land management expertise, ensuring resilient landscapes that provide clean water, biodiversity, wood products, quality recreation opportunities, livestock grazing opportunities, reduced wildfire risk, and effective fuel management.
- **Training and technical assistance**: Continue equipping staff with cutting-edge science, technology, and expertise to increase sustainable forestry, grazing management, minerals development and reclamation, land uses and exchanges, and infrastructure projects such as roads, bridges, dams, campgrounds, and ski areas.
- **Research partnerships**: Sustain collaboration with universities to address invasive species, disease, and climate impacts, while supporting states and private forest owners with the best available science and technology.
- **Wildfire response**: Expand workforce and leadership to strengthen wildfire suppression, wildfire prevention, and responsible use of prescribed fire in the face of longer, drier, hotter fire seasons.
- **Workforce excellence**: Invest in recruiting, training, and retaining a diverse workforce that sets the standard for public service.
- **Wood products innovation**: Grow research and expand markets for sustainable wood products to support economic and environmental goals.
- **Collaborative management**: Increase staff and expertise to collaborate effectively with tribes, states, and local governments to ensure sound land management decisions.
- **Partnership expansion**: Support and grow innovative partnerships that enhance public service and community engagement.

# Category: Congress

An analysis of comments from Congressional members (House and Senate) regarding USDA reorganization indicated a strong focus on research centers and related policy considerations. The distribution of feedback included 18 comments with observations, 16 neutral comments, and 8

11

positive comments, collectively highlighting significant areas for consideration concerning the reorganization's potential influence on federal operations, tribal relations, and public services.

## Key Themes from Congress

- **Impact of USDA Reorganization on Local Services and Operations:** Comments emphasized the importance of carefully managing the USDA agency reorganization, particularly regarding the continuity of expertise and critical research efforts, ensuring our scientific edge.
- **Relocation Proposals and Geographic Locations:** Several members offered strategic suggestions for relocating USDA operations to states such as Texas, North Carolina, and Indiana, with the aim of addressing regional service needs and fostering economic growth.
- **Strengthening Partnerships:** Strengthening partnerships with Tribes was a recurring theme, with calls for comprehensive consultation to ensure tribal communities are fully included in reorganization decisions, honoring our nation-to-nation commitment as well as collaboration with congress to facilitate engagement.
- **Operational Stability and Continuity:** Comments included observations on the importance of well-planned reorganization initiatives to maintain federal operational stability and continuity, ensuring seamless service.
- **Affordability and Broader Policy Linkages:** Some members drew connections between reorganization and broader policy considerations, such as affordability, noting the interconnectedness of federal policy priorities and their impact on citizens.

## Top Overall Recommendations from Congress

- **Maintain ARS' BARC and Preserve Research Capacity:** Sustain BARC's operational status and ensure its research missions continue without disruption, preserving a vital hub of innovation.
- **Facilitate Hearings and Enhance Transparency:** Conduct public hearings to openly address reorganization considerations and gather further input, fostering open dialogue and accountability.
- **Strategically Relocate Services to Key Agricultural States:** Explore opportunities to move USDA operations to states with strong agricultural and natural resources ties, such as Colorado, Texas, North Carolina, and Indiana, to enhance service accessibility and strengthen local economies.
- **Prioritize Tribal Consultation:** Ensure tribal communities are actively involved and fully consulted in all phases of reorganization planning, upholding our nation-to-nation commitment.
- **Promote Federal Operational Stability and Smooth Transitions:** Advocate for well-structured reorganization plans that prioritize stability and minimize potential disruptions, ensuring a seamless experience for our workforce and the public.

# Category: Tribal Organizations and Members

This section synthesizes insights from 3,898 comments submitted by Tribal/Native American entities or individuals regarding proposed changes to USDA and its associated agencies. While the majority of comments express concerns about the reorganization, they also offer clear

recommendations for strengthening federal-tribal partnerships and ensuring that any programmatic adjustments honor treaty obligations and tribal sovereignty. Comments received spanned 35 U.S. states.

## Key Tribal Organizations and Members Feedback Themes

- **Formal Consultation and Nation-to-Nation Relationships:** A cornerstone of tribal feedback is the unwavering call for formal, structured consultations.
- **Upholding Treaty Rights and Sovereignty:** Tribal Nations consistently highlight the profound importance of upholding treaty rights.
- **Enhancing Transparency and Accountability:** The desire for transparent and accountable processes is a consistent theme.
- **Empowering Program Autonomy and Stable Funding:** There is a strong desire for continued tribal leadership and engagement in program development and implementation.
- **Supporting a Resilient Workforce:** Comments reflect a shared commitment to a robust and experienced workforce. Comments reflected concerns regarding the impact of voluntary retirements on key staff positions.
- **Valuing Regional Presence and Local Expertise:** Many comments emphasize the critical role of regional offices and dedicated staff in fostering successful partnerships. Preserving and empowering these regional locations is seen as essential for effective service delivery.
- **Protecting Environmental and Cultural Heritage:** Beyond administrative structures, tribal voices bring essential perspectives on environmental stewardship and cultural preservation. Comments underscored the connection between federal actions and the protection of sacred lands and cultural heritage.

## Top Overall Tribal Organizations and Members Recommendations

- **Formal Nation-to-Nation Consultation:** Establish structured and meaningful tribal consultations to ensure input is integrated at all levels of the reorganization.
- **Regional Offices and Staffing Roles:** Preserve regional offices and key staff positions to maintain localized expertise, responsiveness, and long-standing relationships with tribal communities, strengthening local ties. Allow regional offices greater autonomy to define their operations while aligning with federal goals in order to foster innovation and ensure programs are tailored to local needs and tribal priorities, promoting adaptability.
- **Re-evaluating the Reorganization Plan:** Reconsider or refine the USDA Reorganization plan to ensure that it does not result in systemic harm and prioritizes partnerships and positive outcomes.
- **Treaty Rights and Sovereignty:** Ensure that treaty obligations are upheld and tribal sovereignty is respected.
- **Tribal Capacity Building:** Provide robust funding and resources to strengthen tribal institutions and empower Tribal Nations to manage their own resources and enforce their laws.

# Category: Other Government Entities

This dataset comprises 106 comments from various key stakeholders within other government entities, primarily focusing on the USDA reorganization (excluding congressional and usda.gov). The overall feedback includes both areas for consideration (51%) and recommendations (49%), demonstrating a balanced and constructive engagement with the proposal.

## Key Themes from Other Government Entities

- **Consolidation and Optimization of Management Layers:** Comments included discussions about optimizing or consolidating management layers to enhance USDA's organizational structure, fostering greater efficiency and agility.
- **Impact on Agricultural Programs and Services:** Stakeholders offered insights into the potential positive influence of reorganization on agricultural programs and services, such as the Farm Service Agency (FSA) and the Natural Resources Conservation Service (NRCS), by streamlining processes and maximizing impact. For instance, feedback included, "Optimizing USDA can strategically impact crucial agencies like FSA."
- **Reorganization's Effect on Rural Development (RD):** Comments highlighted the importance of a detailed analysis of the reorganization's potential to enhance rural development, particularly in areas with unique resource and infrastructure considerations, empowering our rural communities.
- **Tribal Relations and Reorganization:** The comments underscored the importance of ensuring that the reorganization prioritizes positive tribal relations and acknowledges the unique opportunities for engagement with Native American communities, upholding our nation-to-nation commitment.
- **Budget and Resource Allocation:** Stakeholders provided input on the strategic allocation of resources during the reorganization process, focusing on maintaining strong support for key programs and services, ensuring long-term sustainability.
- **Optimizing Management Layers:** Stakeholders' comments frequently suggested optimizing or consolidating management layers to enhance efficiency and streamline processes.

## Top Recommendations from Other Government Entities

- **Sustaining Funding for Key Programs:** Maintain current funding levels for critical agencies, such as FSA and NRCS, to ensure continued effectiveness, securing their long-term impact.
- **Prioritizing Tribal Relations:** Emphasize and prioritize the needs of Native American communities throughout the reorganization process, fostering genuine nation-to-nation partnership.
- **Implementing a More Agile Management Approach:** Adopt a more flexible and adaptive management structure to enhance responsiveness and efficiency, fostering innovation and adaptability.

14

# Category: Academia

This section synthesizes 765 public comments from educational institutions identified by .edu email domains.

## Key Themes from Academia

- **National Programs:** Majority of the comments highlighted discussions around supporting federal governance and programs (e.g., National Organic Program (NOP), Food and Nutrition Service (FNS)) during the reorganization.
- **Program Continuity:** 566 comments focused on the reorganization's potential positive influence on programs such as the NOP and FNS, particularly concerning tribal communities, ensuring vital services continue to thrive.
- **Communication Strategies:** 444 comments underscored the importance of strong transparency and stakeholder engagement throughout the process, fostering trust and shared understanding.

## Top Overall Recommendations from Academia

- **Enhance Stakeholder Consultation:** Involve stakeholders proactively in the reorganization process to ensure cultural, scientific, and legal considerations are thoroughly addressed, fostering genuine partnership.
- **Clarify Program Adjustments:** Provide clear, accessible information about how the reorganization may affect communities and specific programs (e.g., NOP, FNS), ensuring transparency and clarity.
- **Improve Communication Channels:** Establish multi-channel communication (e.g., newsletters, public meetings) to proactively address feedback and foster understanding, reaching all stakeholders effectively.
- **Strengthen Transparency:** Recommend publishing regular updates on the reorganization's progress and its influence on communities to build trust and inform stakeholders, promoting accountability.

# Category: Citizens

This dataset includes 1,410 public comments submitted to USDA regarding its reorganization plan, offering a diverse range of perspectives. The sentiment distribution indicates that 1,191 comments (85%) conveyed areas for consideration, 109 comments (8%) were positive, 107 comments (8%) were neutral, and 3 (0.2%) described emotional responses. The majority of input highlighting areas for consideration (85%) focused on the reorganization's potential influence on critical USDA programs, particularly the Agricultural Research Service (ARS) and Food and Nutrition Service (FNS). Conversely, positive feedback often highlighted support for the reorganization's potential efficiency gains and alignment with national agricultural priorities.

## Key Themes from Citizens

- **Resource Allocation and Program Support:** Feedback highlighted the importance of robust resource allocation to agencies like ARS and FNS to sustain agricultural innovation and food assistance initiatives, ensuring a thriving agricultural sector and food security for all.
- **Organizational Structure and Operational Integrity:** Comments discussed how restructuring agencies, such as the Animal and Plant Health Inspection Service (APHIS), might enhance enforcement capabilities and operational consistency, creating a more agile and effective regulatory body.
- **Trade Policy and Market Dynamics:** Input included observations on market dynamics, such as imports, and the importance of trade policy reforms to support U.S. agricultural competitiveness, ensuring farmers thrive in a global market.
- **Stakeholder Engagement and Transparency:** Multiple comments emphasized the value of greater transparency and comprehensive involvement of stakeholders throughout the reorganization process, fostering trust and shared ownership.
- **Efficiency and Innovation Opportunities:** Supporters of the reorganization highlighted its potential to streamline operations and enhance resource distribution, creating a more efficient and innovative USDA.

## Top Overall Recommendations from Citizens

- **Adjustment of Facilities and Resources:** Advocate for careful consideration in adjusting research and operational budgets, particularly for the Agricultural Research Service (ARS) and Food and Nutrition Service (FNS), to preserve critical missions, ensuring long-term impact.
- **Sustaining Food Programs and Strategic Trade Reforms:** Prioritize resources for food assistance and safety programs and implement strategic trade policy adjustments to support domestic agriculture, ensuring food security and economic prosperity.
- **Enhance Transparency and Stakeholder Engagement:** Develop a clear and proactive communication strategy to actively involve stakeholders in reorganization planning, fostering trust and shared understanding.
- **Protect Institutional Knowledge:** Implement measures to retain valuable expertise, such as developing mentorship programs or knowledge-sharing platforms, ensuring our legacy endures and inspires.
- **Optimize Operations Without Fragmentation:** Focus on centralizing strategic oversight while preserving agency autonomy to promote efficiency and avoid administrative complexities, creating a cohesive and effective USDA.

# Category: Campaign Emails

This section analyzes 32,327 comments received from individuals and organizations nationwide, predominantly from these three domains: actionnetwork.org, everyactioncustom.com, and thesoftedge.com. The sentiment expressed is largely one of concern, with 89% expressing negative sentiment, 7% neutral, and 4% positive. The core themes revolve around workforce relocation, streamlining management, consolidating support functions, and the future of vital research centers, especially the Beltsville Agricultural Research Center (BARC), thus ensuring a future of innovation and efficiency.

16

## Key Themes

- **Workforce Relocation and Employee Impact:** A primary concern is that relocating USDA staff and offices outside the National Capital Region could disrupt operations, diminish employee morale, and increase costs. Stakeholders worry about the centralization of expertise, rising travel expenses, and reduced proximity to policymakers, highlighting the human impact of change.

- **Closure or Consolidation of Research Centers:** Significant apprehension surrounds the potential closure or consolidation of vital research centers, especially ARS' BARC, which is widely recognized as a hub for agricultural innovation. Concerns include the potential loss of scientific leadership, reduced research funding, and negative impacts on local economies, threatening our scientific future.

- **Redundant Management Layers and Bureaucracy:** Many commenters perceive too many layers of management within the USDA, leading to inefficiencies and increased costs. This points to a desire for more streamlined operations, clearer accountability, and a reduction in overlapping responsibilities, fostering agility.

- **Impact on Tribal Nations and Indigenous Communities:** Tribal Nations and Indigenous communities consistently voice concerns about how relocation might affect their sovereignty, cultural preservation, and access to resources. This highlights the need to address historical marginalization and ensure meaningful consultation, upholding our nation-to-nation commitment.

- **Technology and Data Integration:** Stakeholders frequently point to the need for modern technology and data systems to enhance data-driven decision-making and operational efficiency, indicating a strong desire for digital transformation and innovation.

- **Lack of Transparency and Communication:** A recurring call for greater transparency in USDA operations, particularly regarding relocation plans and budget decisions, underscores the importance of clear, consistent, and proactive communication with all stakeholders, building trust.

- **Modernization and Innovation:** There is a strong collective desire for the USDA to embrace modernization, investing in new technologies, data analytics, and innovative programs to improve efficiency and service delivery, ensuring a future-ready USDA.

- **Cost of Relocation and Operational Efficiency:** Concerns are raised about the financial and operational costs associated with relocation, emphasizing the need for cost-benefit analyses and strategies to minimize disruption, ensuring responsible stewardship of resources.

- **Impact on Rural Communities:** Rural communities' express apprehension about the effects of relocation on local economies, access to essential services, and community cohesion, highlighting their dependence on federal services, emphasizing our commitment to rural America.

- **Loss of Institutional Knowledge and Expertise:** Stakeholders fear that relocation and consolidation could lead to a significant loss of invaluable institutional knowledge and expertise, impacting long-term planning and program quality, threatening our collective wisdom.

17

## Top Overall Recommendations

- **Protect and Expand Research Centers:** Safeguard and enhance research centers like BARC to preserve their pivotal role in agricultural innovation.  Ensure robust funding for research centers and proactively prevent unnecessary closures, securing our scientific future.
- **Impact of Relocation on Employees and Communities:** Develop comprehensive relocation plans that minimize disruption and provide robust support to affected employees and communities. Support employees by offering relocation assistance and resources.
- **Engage with Tribal Nations and Indigenous Communities:** Increase consultation and equitable resource allocation for Tribal Nations and Indigenous communities.
- **Management and Reduce Redundancy:** Advocate for consolidating redundant management layers and eliminating bureaucratic inefficiencies to enhance operational effectiveness.
- **Transparency and Communication:** Increase transparency in USDA operations, particularly regarding strategic changes and resource allocation.
- **Invest in Technology and Data:** Invest in modern technology and data systems to improve decision-making and service delivery across the USDA.
- **Operational Efficiency and Reduce Costs:** Implement cost-saving measures to enhance overall operational efficiency and reduce financial burdens.
- **Invest in Rural Infrastructure and Economic Development:** Increase investment in rural infrastructure and economic development to support local economies and ensure access to vital services.
- **Institutional Knowledge and Expertise:** Implement proactive measures to reduce the loss of institutional knowledge from relocation and consolidation.
- **Enhance Collaboration and Data Sharing:** Increase collaboration and data sharing across the USDA to improve program outcomes and foster a more integrated approach.

18

# APPENDIX – Campaign Email Samples

**Tribal Consultation Sample Message**
*U.S. Department of Agriculture comment on Secretary Memorandum 1078-015,*

*In support of the sovereign rights of Tribal governments, I am writing to request that you engage in formal Nation-to-Nation consultation regarding USDA's Reorganization Plan immediately.*

*The plan represents a very significant change in USDA's operations. As governments who regularly work with USDA, Tribal nations must be able to formally discuss the challenges and opportunities this plan represents for communities, including the farmers, ranchers, food business owners, and families who rely on USDA's services as they feed our nation and the world.*

*The Secretary Memo 1078-010 reaffirmed and acknowledged the sovereign nature of Tribal governments. That's why, as sovereign governments, Tribal Nations have a very unique government-to-government relationship with the federal government, and the USDA must engage with Tribes on this matter as governments, not merely as stakeholders.*

*Until formal Tribal consultation takes place the Department must not finalize or implement any reorganization plan. I urge you to schedule meetings with Tribal governments immediately.*

**Halt the Unnecessary USDA Reorganization! Sample Message**
*Dear USDA Public Comment Portal,*

*My name is [NAME] and I am a resident and constituent. I understand that USDA is considering a massive reorganization of its staff and work and has done so without asking for input from the farmers and communities it serves. USDA provides essential services to all of us including:*

*-Protecting our nation's food supply from pathogens, disease, and other dangers that could make us sick,*
*-Supporting farmers when disasters strike so they can stay in business and recover,*
*-Helping farmers adopt practices on their land that protect clean air and water, support wildlife, and make them more resilient and successful, and*
*-Access to supplemental nutrition assistance programs, which reduce hunger in our communities – among many, many, many other programs and benefits.*

*I am worried that this proposed plan will hurt not only farmers, but all consumers through a lapse in the critically important oversight and support roles USDA is supposed to play. USDA needs to strengthen its mission to serve us better – a forced, rushed, massive reduction won't help! It needs to meet its mission of serving farmers and communities, which requires investing in and supporting staff to do their jobs well. I am disappointed that this massive decision was made without any community input, or any guidance from farmers, the very people you intend to serve!*

*USDA and Congress both have the power to stop this process immediately. Please halt this rushed reorganization of an agency critical to our nation's food security and economy. Thank you for your consideration.*

**Avid Outdoor Recreationist Sample Message**
*Dear Brooke Rollins,*

*As an avid outdoor recreationist who deeply enjoys our country's National Forests and conservation lands, I want to share my concerns about the agency restructuring plan as outlined in the Secretary Memorandum: SM 1078-015.*

*I am concerned about the proposed USDA reorganization and its potential impacts on public lands, outdoor recreation, and the agency's long-term ability to meet its mission.*

*Earlier this year, USDA agencies—including the Forest Service—experienced significant staff losses. These layoffs threatened programs that protect forests, maintain trails, reduce wildfire risk, and manage the landscapes where millions of Americans hike, climb, paddle, ski, climb, and bike. Even if some employees have been temporarily reinstated, the disruption to institutional knowledge and program continuity has already had a real impact.*

*The reorganization proposal raises the possibility of further office closures, relocations, and staff reductions. It is essential that the agency:*
*•    Maintain its decades of institutional knowledge and relationships with local communities, partners, and stakeholders.*
*•    Increase field capacity to manage public lands and outdoor recreation opportunities.*
*•    Make it easier for the public—especially rural and underserved communities—to access agency staff and services.*

*I ask USDA leadership to:*
*1.    Guarantee that the reorganization will not result in additional layoffs or loss of field positions critical to land management and recreation.*
*2.    Preserve and strengthen local offices that serve as the public's connection to national forests, trails, and waters.*
*3.    Conduct and share a clear staffing impact analysis for any office relocation or closure.*
*4.    Incorporate robust public input from gateway communities, recreation users, and conservation partners before finalizing changes.*

*Healthy forests, thriving recreation economies, and resilient public lands depend on a well-resourced, experienced, and locally rooted USDA workforce. Any reorganization should strengthen—not weaken—these capacities.*

*Thank you for considering these comments.*

20

**Hunters and anglers support fully staffed land management agencies Sample Message**
*Dear Secretary:*
*As a hunter and angler who relies on public lands and waters, I am deeply concerned about the recent large-scale staff reduction of thousands of employees without strategic operations assessments, across the Department of the Interior, and within the U.S. Forest Service. These staffing reductions, combined with the announced closures of regional offices and the consolidation of Forest Service research stations, will significantly limit the capacity of these agencies to manage the resources that millions of Americans depend on.*

*Healthy agency staffing is essential to maintaining our nation's $1.2 trillion outdoor recreation economy and ensuring continued access to high-quality hunting, fishing, and outdoor recreation opportunities. When agencies operate with reduced capacity, the consequences are clear: floundering day-to-day operations, delayed restoration projects, declining infrastructure maintenance, decreased wildfire resiliency, prolonged post-fire closures, and a reduced ability to steward fish and wildlife resources effectively.*

*For decades, public land management agencies have faced constrained budgets and staffing shortages. The current actions will only exacerbate these long-standing challenges and further strain the system by displacing local staff and isolating decision-making from the lands being managed. I respectfully urge you to oppose these cuts and to advocate for the staffing and resources needed to effectively manage our nation's public lands and waters. Upholding these agency functions is not only critical to conserving fish and wildlife but also to sustaining local economies, our hunting and fishing heritage, and the public's ability to responsibly access the lands we all share.*
*Thank you for your attention to this matter.*
*Sincerely,*

**California Mountain Biker Sample Message**
*Dear Secretary of Agriculture Brooke Rollins,*
*As a California mountain biker who values the trails, forests, and public lands managed by the U.S. Forest Service, I am deeply concerned about the USDA Reorganization Plan outlined in Secretary Memorandum 1078 015—particularly its impacts on California's 18 National Forests.*

*California's National Forests contain hundreds of miles of multi-use trails enjoyed by millions of residents and visitors every year. They are critical to our state's recreation economy and to the health and vibrancy of gateway communities. Almost every mountain biker and gravel rider in California has spent time on these lands.*

*Earlier this year, the Forest Service experienced significant staff losses that already threatened programs protecting forests, maintaining trails, and reducing wildfire risk. The current reorganization proposal raises the possibility of further office closures, relocations, and staff reductions that could compound these disruptions to institutional knowledge and program continuity.*

21

*The plan to eliminate Region 5 and consolidate all Forest Service research in Colorado will dismantle proven systems that:*
*- Provide California-specific expertise in trail construction, maintenance, and ecosystem management.*
*- Coordinate with the California Natural Resources Agency (CNRA) to respond to catastrophic wildfires, restore damaged trails, and manage forests at a statewide scale.*
*- Support agreements like the Region 5–IMBA trail training partnership, which has elevated volunteer-powered trail work to meet professional standards.*
*- Ensure consistent permitting, planning, and partnership support across all 18 forests.*
*- Maintain decades of institutional knowledge and relationships with local communities, partners, and trail stewards.*

*Without a California-based coordinating office, CNRA would have to work forest by forest, jeopardizing efficient wildfire recovery, fuel reduction projects, and trail stewardship. California's unique terrain, chaparral ecosystems, weather patterns, and user needs require local expertise that distant hub offices cannot provide. Rural and underserved communities that depend on these forests for recreation and economic opportunity need accessible, locally rooted agency staff and services.*

*I urge USDA to:*
*1. Guarantee that the reorganization will not result in additional layoffs or loss of field positions critical to trail management and recreation.*
*2. Develop a Forest Service-specific implementation plan with its own public comment period.*
*3. Maintain California-based research capacity and coordination for all 18 forests.*
*4. Augment local Forest Service offices that interface with local communities, connecting them to their National Forests and trail systems.*
*5. Preserve proven programs and partnerships like the Region 5–IMBA training agreement.*
*6. Analyze the impacts of changes to staffing or the office locations on local gateway communities economically dependent on robust outdoor recreation.*
*7. Extend the public comment period for meaningful input from all stakeholders.*

*California's National Forests support a thriving outdoor recreation economy worth over $92 billion annually, while providing critical trail access for millions of riders and hikers. Our trails, forests, and communities depend on locally informed decisions and strong partnerships built over decades. The Forest Service's ability to manage these diverse landscapes effectively requires staff who understand California's unique ecosystems, fire patterns, and recreation needs. Please ensure the USDA reorganization preserves—not undermines—California's capacity for science-based forest management and collaborative trail stewardship.*

22

**Do Not Take a Wrecking Ball to the United States Forest Service and Public Lands Sample Message**

*Dear USFS Reorganization Comments US Department of Agriculture,*
*I strongly oppose the Trump administration's plan to eliminate the U.S. Forest Service's nine regional offices and shutter research facilities. This announcement comes at the same time the administration has demanded a 25% increase in logging volume output while proposing a budget that will gut the federal forest workforce. These proposals represent a clear and systematic attack on a critical public lands management agency and our public lands.*

*Forest Service employees and contractors are seeing their jobs cut or are being forced to move to new states and regions far from the forests they manage and the communities they support and call home. The actions of this administration are creating chaos, confusion, and a culture of fear within the agency and are placing public lands, wildlife, drinking water sources, and communities at risk.*

*With thousands of layoffs, severe budget cuts, and the proposed dismantling of the Forest Service's entire structure, it could not be more clear that the Trump administration is creating a crisis in order to open the door to public lands privatization. This is not just a half-baked attempt at government efficiency, it is a very intentional effort to undermine our federal workforce and take the 'public' out of public lands.*

*These actions will also result in severe "brain drain," as world-renowned research institutions are shuttered and our best and brightest scientists are forced to look for job opportunities elsewhere. Taking a wrecking ball to the 120-year-old Forest Service that employs over 35,000 people and manages nearly 200 million acres places communities, wildlife, and public lands in danger.*

*The Forest Service manages wildland firefighting efforts, the country's largest sources of drinking water, important fish and wildlife habitat, and unparalleled recreation opportunities. I consider all of these to be essential services and not a waste of my tax dollars. I want to see public lands managed for the public good and for the benefit of this and future generations. I do not want management ceded to for-profit entities in response to a manufactured crisis that was entirely avoidable.*

*I oppose this harmful attempt to systematically dismantle the Forest Service. I ask that you cancel this "reorganization" plan and instead invest in the public lands agencies and employees that we need to address the dual climate and extinction crises our country is facing.*

*Thank you*

23

**Oppose the Reorganization of the Forest Service Sample Message**
*Dear Brooke Rollins,*

*I strongly oppose the plan to eliminate the U.S. Forest Service's nine regional offices and shutter the institution's research facilities. This announcement comes at the same time the Administration has demanded a 25% increase in logging while proposing a budget that will gut the federal forest workforce — potentially cutting 90 percent of wildland fire management staff and 70 percent of national forest system staff. These proposals represent a clear and systematic attack on a critical public lands management agency and our public lands.*

*Employees within the Forest Service are seeing their jobs cut or are being forced to move to new states and regions far from the forests they manage and the communities they support. The chaos, lack of clarity, and culture of fear that this administration is creating is happening in parallel with heightened fire risk across the country. The decisions of this administration directly place public lands, wildlife, and communities at risk.*

*These actions will also cost thousands of jobs and will result in severe "brain drain" as world-renowned research institutions are shuttered. Taking a wrecking ball to a 120-year-old agency that employs over 35,000 people and manages nearly 200 million acres places communities, wildlife, and public lands in danger.*

*The Forest Service manages wildland firefighting efforts and the country's largest sources of drinking water. I consider fire protection and clean drinking water to be essential services and not a waste of my tax dollars. I want to see public lands managed for wildlife, recreation, and the enjoyment of future generations. I do not want management ceded to for-profit entities in response to a manufactured crisis that was entirely avoidable.*

*I oppose this harmful attempt to systematically dismantle the Forest Service. I ask that you cancel this "reorganization" plan and instead invest in the public lands agencies and employees that we need to address the climate and extinction crises our country is facing.*


**Please support California's Forest Service and maintain our regional office Sample Message**
*Dear Secretary of Agriculture Brooke Rollins,*

*The US Forest Service (USFS) has always been underfunded despite the popularity of National Forests as vacation sites.  Now a bad situation is only getting worse. Please rehire recently lost forest service staff in California and maintain the U.S. Forest Service's (USFS) Regional Offices as part of your proposed USDA restructuring plan, especially the current Regional Forester Office in Vallejo, California (Region 5).*

*The USFS manages 20 million acres in California's National Forests, some 20% of the state.  The USFS Region 5 Office in Vallejo plays a critical role in supporting USFS staff at the local level,*

24

*especially with planning, fire, personnel, law enforcement, and budget matters, and provides another channel of communication with the agency with key community partners. Additionally, the USDA's restructuring plan would close the USFS' Pacific Southwest Research Station in California that has long been a key institution for research and information on the management of California's national forests.*

*If the goal of the restructuring is to move offices closer to the people they serve, it does not make any sense to move California's USFS mid-level leadership to other states or to dismantle the critical research institution that is the Pacific Southwest Research Station.*

**Preserve the USFS Southern Research Station Sample Message**
*Dear USDA Representative,*

*The USDA has proposed closing all but one of its regional research stations, including the southern one in Asheville, NC.  I urge you to speak up to keep these important stations open and operating.  One location, in the west, cannot provide the needed research and services for all regions.  The Forests of the South are unique and cannot be realistically studied from Fort Collins, Colorado.*

*The Southern Regional Office and the Southern Research Station provide over 100 jobs in Western NC and provide services critical to the region's conservation, recreation, and timber economies.  The Southern Regional Office and the Southern Research Station provide administrative support for the ongoing recovery from Hurricane Helene. Without them, contracts for reconstruction of roads, campgrounds and recreation sites by private contractors would be hamstrung.  These include the Coweeta Hydrologic Laboratory and Bent Creek Experimental Forest.*

*Our Southern forests are valued by residents and cherished by visitors from across the nation.  They deserve and require focused attention and care.  Don't allow a hasty and poorly planned reorganization destroy programs of local and national importance.*

**Montana Sample Message**
*Dear USDA Secretary Rollins,*

*I am opposed to the USDA reorganization plan. This plan will decrease agency effectiveness, decrease government accountability, and be extremely costly for taxpayers. Closing the Forest Service Region 1 office and consolidating the Rocky Mountain Research Station and the Montana Snow Survey Program with other agency programs and moving them out of Montana will be detrimental to Montana communities, our local economy, and our public lands.*

25

**General Reorganization Sample Message**

*Dear Secretary Rollins:*

*I'm writing to comment on the United States Department of Agriculture's (USDA) reorganization plan, as outlined in the memorandum issued on July 24, 2025.*

*I am deeply concerned that this proposed reorganization will dismantle a department with critical responsibilities, resulting in real consequences for the millions of children, parents, older adults, veterans, people with disabilities, and all those who depend on these nutrition programs to be food secure.*

*Relocating thousands of federal employees from the Washington, D.C., area and consolidating the regional offices will result in an outsized loss of expertise and capacity. Delays in critical services and gaps in oversight are more likely when experienced staff choose to resign rather than move, and when critical offices needed for technical support are dismantled.*

*Additionally, reducing the number of regional offices from seven to five will further increase disruptions to services. These regional offices often provide the first line of support for state and tribal agencies administering the federal nutrition programs, especially those that are under-resourced and rely heavily on the support for compliance and technical assistance. This consolidation will likely delay the review and approval of key waivers or program management plans.*

*I urge the USDA to commit to maintaining or expanding its capacity in administering the federal nutrition programs, not reducing it. I also urge USDA to pause the implementation of this reorganization and facilitate a transparent process that includes consultation with Congress, state agencies, national and local partners, and impacted USDA staff.*

*Thanks,*

**BARC US Composting Council Sample Message**

*Dear Secretary Rollins,*

*I have been alerted about the USDA reorganization plan by the US Composting Council, which represents compost manufacturers nationwide with a membership of more than 850 organizations (45% of whom are public and private compost manufacturers) and with more than 2,500 members. Their mission is to advance compost manufacturing, compost utilization, and organics recycling.*

*The proposed USDA restructuring, which includes closing the Beltsville Agricultural Research Center in Maryland, will have a great negative impact on federal compost research. The BARC has been home to the Giants of Composting who have Made America's Soil Healthy Again! Rufus Chaney, Frank Gouin, Pat Millner, and the scientists following in their footsteps have contributed to groundbreaking research into compost use, science, and biology. Decades of research has set the compost industry on a path of expansion through discovering ways to increase soil health, which contributes to better nutrition, better soil organic matter and more prosperous farmers on America's agricultural land.*

*As the USDA's flagship research facility, Maryland's Beltsville Agricultural Research Center is slated not only for relocation but for downsizing of compost research, a legacy that must live on. In the 1970s, research at BARC provided the scientific basis for recycling organic "waste" materials into*

26

*beneficial compost, becoming famous as the Beltsville Aerated (Static) Pile Composting Method. The Beltsville facility has had its own compost research facility there since its opening in 1997, nearly 30 years. Closing BARC and moving the compost scientists from BARC to other regions of the country would end this legacy of compost knowledge.*

*Currently, BARC scientists are actively involved in a range of projects in collaboration with many stakeholders and focusing on various types of compost, uses, and pathogen tests. Closing and relocating compost scientists to other regions of the country would greatly impact current and future research in to composting at a very critical time, when even more research is needed in the areas of compost utilization, compost manufacturing, plant uptake, and compost with biosolids as they relate to setting proper Federal and State standards for PFAS, PFOS and microplastics in agriculture.*

*I respectfully request that the USDA reconsiders the proposed closing of the BARC, and considers maintain funding for it, its staff, and the very important research in the area of composting that happens there.*

**BARC Closure Sample Message**
*Dear Secretary Rollins,*

*I am writing with comments on your recent memorandum (SM 1078-015) outlining your plans for reorganizing the U.S. Department of Agriculture. There are many issues addressed in the memorandum, but this email will focus solely on the fate of the Beltsville Agricultural Research Center in (BARC) Beltsville, Maryland.*

*I urge you to reconsider your decision to close the BARC. As you know, the BARC is a 6,500-acre United States Department of Agriculture Agricultural Research Service facility dedicated to improving knowledge and technologies for providing the country with healthy crops and animals, natural resources, sustainable agricultural systems, and safe, quality products. Not only would these invaluable functions be undermined by scattering the staff and resources built over decades among USDA regional hubs, but the quality of life of local residents around BARC would be severely impacted.*

*While much of the space at BARC is utilized for research, significant portions of the site are wild or only lightly managed and have been spared from development due to their location within a federal reservation. Encompassing much of Upper Beaverdam Creek (UBC) and its tributaries, the BARC contains some of the largest areas of intact habitat remaining in the Anacostia watershed. These areas contain forests, streams, and wetlands and unique features like vernal pools, magnolia bogs, and pine barrens as well as over 230 species of birds. In addition, live freshwater mussels have recently been discovered in a stream on the site, indicating that BARC is an important refuge for these imperiled species.*

27

*I am a strong supporter of protecting and restoring the Anacostia watershed, and the natural habitats and wildlife of BARC are key to those efforts. BARC is an important community resource that must be preserved.*

*Thank you for your consideration of my views on this important issue.*

**Agricultural Marketing Service/National Organics Program Sample Message**
*U.S. Secretary of Agriculture Brooke Rollins,*
*I am writing to express deep concerns about USDA's recently announced reorganization plans. We cannot afford to lose institutional knowledge and staff from USDA's National Organic Program (NOP). NOP staff bring years of specialized expertise in organic regulations, compliance, and enforcement. If this reorganization results in staff departures, we risk losing irreplaceable institutional knowledge that underpins the credibility of the organic label. USDA Organic is a more than $70 billion industry, and the NOP team delivers exceptional value—ensuring marketplace integrity, enforcing rigorous standards, and safeguarding consumer trust with a remarkably small budget relative to the size of the sector. This is one of USDA's best returns on investment, but training new hires in these complex systems takes years, during which enforcement and policy work can suffer.*
*Face-to-face engagement in D.C. is vital. During fly-ins and advocacy days, organic farmers and businesses travel to Washington, D.C., to meet directly with USDA staff. Because organic encompasses every commodity sector, these meetings allow NOP to coordinate with multiple agricultural groups at once. Moving NOP leadership and core staff away from D.C. will make it logistically harder for farmers and stakeholders to meet with the people who enforce and uphold organic standards. Without this in-person access, USDA will be less responsive and less equipped to address the real-world needs of organic farms and businesses.*
*Most NOP staff are already field-based. The NOP employees who are currently based in D.C. provide essential coordination, policy, and interagency functions. Further dispersing this already limited D.C. team risks fragmenting communication, slowing decision-making, and weakening oversight at the national level.*
*Collaboration with other agencies is essential to protecting organic integrity. NOP's ability to protect organic integrity depends on close, ongoing partnerships with other federal agencies. One of the most critical collaborations is with U.S. Customs and Border Protection (CBP) to prevent fraud at ports of entry. This partnership is so important that NOP has a staff member physically embedded within CBP to access sensitive information, such as ship manifests and data on fraudulent actors in international trade, and to coordinate directly with CBP personnel to stop fraudulent organic imports before they enter U.S. markets. Beyond CBP, NOP works closely with other USDA agencies—including the Farm Service Agency (FSA), the Natural Resources Conservation Service (NRCS), and the Risk Management Agency (RMA)—to coordinate with broader USDA programs that support U.S. farms and businesses. Reducing the number of NOP staff in Washington, D.C. would make these interagency connections harder to maintain, undermining both enforcement and farmer access to essential USDA resources.*
*Beyond organic, this reorganization could also jeopardize USDA's essential research functions and disrupt critical services that farmers across all sectors rely on.*

28

*I urge you to immediately pause implementation of this reorganization plan to ensure that U.S. farms and businesses—including certified organic operations—retain the tools, staffing, and resources they need to thrive.*

**NASS Consolidation Sample Message**

*On behalf of Arkansas Farm Bureau's more than 180,000 members, we write in response to Secretary's Memorandum SM-1078-015, which announces the USDA's Reorganization Plan entailing consolidation and realignment of departmental functions. While the stated goals— improving effectiveness, enhancing services, and reducing bureaucracy—are laudable, we are deeply concerned about the impact on regional representation, especially across USDA's operations in southern states. Regional offices, county staff, and research facilities in the South play a critical role in delivering tailored services to local farmers and resource dependent rural populations.*

*Relocation of long-standing personnel and closure of southern facilities risk losing decades of institutional knowledge and relationships that are vital for effective service delivery. Farmers and ranchers in the South often rely on regional extension offices and local USDA staff for guidance, grant assistance, and technical support. Consolidating these functions into distant centers may slow response times and reduce the level of personalized outreach that producers have come to depend on.*

*It is essential that strong voices and decision-making authority remain embedded within the South. Centralizing operations into fewer hubs risks sidelining regional perspectives when policy decisions are made. To maintain the USDA's connection to those it serves, regional offices in southern states should remain fully staffed, supported, and empowered to address local needs.*

*If relocation is necessary, the process should be transparent, with clear timelines, robust relocation assistance, and retention incentives that preserve continuity of service. Many experienced employees will not move without such support, and the loss of these individuals could set the department back decades. Regional leaders and stakeholders in the South should be involved in the planning process to ensure that the new organizational structure does not marginalize the unique agricultural context and needs of the region.*
*For decades, USDA personnel in southern states have nurtured personal relationships with farmers, researchers, and community leaders. These connections are a hallmark of the department's reputation as "The People's Department" and should be preserved, not disrupted, during reorganization. Maintaining effective representation in the states—particularly in the South— will ensure that USDA continues to meet its mission of serving communities from coast to coast.*

*Thank you for your service and consideration of these concerns. Arkansas Farm Bureau stands ready to work with you to ensure that USDA can move forward in a way that strengthens, rather than weakens, its service to rural America.*

29

**Indiana Farm Bureau Sample Message**

*Dear Secretary Rollins,*

*As a Hoosier farmer and member of Indiana Farm Bureau, I stand in strong support of the newly announced USDA realignment. This relocation to a thriving farming state like Indiana is mutually beneficial and will further agricultural progress both locally and nationally.*

*As the ninth largest farming state, Indiana's agriculture industry is extensive, leading the nation in duck production, ranking third in chickens, eggs, pumpkins and spearmint, fourth in turkeys, peppermint and soybeans, and fifth in corn, hogs and watermelons, according to the 2023 IN Ag Stat bulletin. By establishing roots in Indiana, USDA will have direct touchpoints on a broad array of industries and be able to have an immediate and far-reaching impact.*

*Additionally, Indiana has emerged as a global leader in plant science, crop protection, animal health, and agricultural production. USDA having local ties to so many industry leaders and innovators will prove to be an invaluable asset in furthering agriculture at the national level.*

*Both Indiana and USDA stand to benefit greatly from this reorganization, and I look forward to the opportunity to welcome USDA to the Hoosier state.*

# Exhibit H



U.S. Department of Agriculture
**Office of Inspector General**

# U.S. Department of Agriculture Staffing Levels

December 17, 2025

OAI Report 25-064-01









 **OFFICE OF INSPECTOR GENERAL**
U.S. Department of Agriculture

**DATE:**      December 17, 2025

**TO:**      Deedra Fogle
Acting Chief Human Capital Officer
U.S. Department of Agriculture, Office of Human Resources Management

**FROM:**      Craig Goscha
Acting Assistant Inspector General
Office of Analytics and Innovation

**SUBJECT:**      U.S. Department of Agriculture (USDA) Staffing Levels

On April 16, 2025, the Office of Inspector General (OIG) initiated an engagement examining staffing levels throughout USDA.[1] Based on the data available, OIG assessed staffing and attrition from pay periods 1 through 11 (January 12, 2025 - June 14, 2025).

To conduct our analysis, we used National Finance Center (NFC) Employee Personnel data and NFC Timekeeping Entries data. We partnered with USDA's Office of Human Resources Management to obtain and understand additional data regarding the Deferred Resignation Program (DRP).[2] We appreciate the courtesy and assistance provided by USDA staff throughout this project.

**Results**

Our review evaluated staffing levels and attrition rates by state, category (retirement, dismissal, resignation, external transfer, DRP, or other), and agency. Our analysis determined the following:

- As of January 11, 2025, USDA had 110,384 employees.
- In total, 20,306 employees attritted between January 12, 2025, and June 14, 2025. Attrition by pay period is included below:

      Pay Period 01 (01/12/25-01/25/25):     -562 employees
      Pay Period 02 (01/26/25-02/08/25):     -354 employees
      Pay Period 03 (02/09/25-02/22/25):     -392 employees
      Pay Period 04 (02/23/25-03/08/25): -2,496 employees
      Pay Period 05 (03/09/25-03/22/25): -2,153 employees
      Pay Period 06 (03/23/25-04/05/25):     -690 employees
      Pay Period 07 (04/06/25-04/19/25): -1,942 employees
      Pay Period 08 (04/20/25-05/03/25): -9,606 employees
      Pay Period 09 (05/04/25-05/17/25): -1,064 employees
      Pay Period 10 (05/18/25-05/31/25):     -750 employees
      Pay Period 11 (06/01/25-06/14/25):     -297 employees

---

[1] To mitigate impairments to independence in fact or appearance, we excluded OIG employees from this review.
[2] DRP totals were determined by the DRP agreement date. These individuals deferred their separation action past the project scope. Employees in this category are considered a separation via DRP, unless a subsequent separation action occurred during the project scope. Additional situations may have occurred to alter a DRP agreement after pay period 11.



**Figure 1. Attrition categories during each pay period. Figure by OIG.**

- All 50 states, Washington D.C., Guam, Puerto Rico, and the Virgin Islands incurred attrition, with an average of 370 employees departed. The largest rate of attrition occurred in Rhode Island, where 38% of the employees departed. The lowest rate occurred in Kentucky with 12%.[3]



**Figure 2. A map showing attrition by state in three variables; 1) total attrition: size of circles, 2) attrition by type: colors in donut charts, and 3) percent employee loss: color of state. Figure by OIG.**

- Of the 20,306 employees that left USDA during the review period, 15,114 left under the DRP. Attrition by category is included below:

---

[3] The full counts and percentages for each state and territory are available in Appendix A. All percentages in this memo are rounded to the nearest whole percentage point.

| Pay Period | Attrition Type | | | | | |
|---|---|---|---|---|---|---|
| | DRP | Termination | Retirement | Resignation | External Transfer | Other |
| 1 | 0 | 63 | 54 | 350 | 84 | 11 |
| 2 | 0 | 105 | 104 | 116 | 19 | 10 |
| 3 | 87 | 150 | 50 | 87 | 13 | 5 |
| 4 | 1,804 | 264 | 242 | 161 | 11 | 14 |
| 5 | 1,745 | 89 | 66 | 242 | 5 | 6 |
| 6 | 109 | 80 | 152 | 331 | 10 | 8 |
| 7 | 1,667 | 87 | 43 | 125 | 9 | 11 |
| 8 | 9,082 | 162 | 184 | 156 | 12 | 10 |
| 9 | 371 | 473 | 48 | 154 | 7 | 11 |
| 10 | 192 | 75 | 312 | 162 | 3 | 6 |
| 11 | 57 | 88 | 25 | 112 | 2 | 13 |
| Total | 15,114 | 1,636 | 1,280 | 1,996 | 175 | 105 |

**Table 1. The total attrition for the six major categories of employee exits. Table by OIG.**

- Each agency experienced attrition during the period, with percentages ranging from 7% to 67%.[4] Attrition by agency is included below:

| Agency | Total Employees (EOY 2024) | Employee Attrition | Percent Employee Attrition |
|---|---|---|---|
| **Agricultural Marketing Service (AMS)** | 4,473 | 633 | 14% |
| **Animal and Plant Health Inspection Service (APHIS)** | 8,435 | 2,105 | 25% |
| **Agricultural Research Service (ARS)** | 7,190 | 1,647 | 23% |
| **Departmental Administration (DA)** | 506 | 185 | 37% |
| **Economic Research Service (ERS)** | 294 | 84 | 29% |
| **Foreign Agricultural Service (FAS)** | 729 | 150 | 21% |
| **Food, Nutrition, and Consumer Services (FNCS)** | 1,842 | 579 | 31% |
| **Farm Production and Conservation (FPAC) Business Center** | 1,594 | 531 | 33% |
| **Forest Service (FS)** | 35,550 | 5,860 | 16% |
| **Farm Service Agency (FSA)** | 3,402 | 806 | 24% |
| **Farm Service Agency County Office (FSACO)** | 15,837 | 1,082 | 7% |
| **Food Safety and Inspection Service (FSIS)** | 8,356 | 775 | 9% |
| **National Appeals Division (NAD)** | 68 | 13 | 19% |
| **National Agricultural Statistics Service (NASS)** | 805 | 275 | 34% |
| **National Institute of Food and Agriculture (NIFA)** | 488 | 169 | 35% |

---

[4] The full list of agencies used in calculating the figure above is based on attrition data received. Some subagencies are aggregated into their parent agencies.

| | | | |
|---|---|---|---|
| **Natural Resources Conservation Service (NRCS)** | 12,058 | 2,673 | 22% |
| **Office of Budget and Program Analysis (OBPA)** | 61 | 22 | 36% |
| **Office of Communications (OC)** | 49 | 28 | 57% |
| **Office of the Chief Economist (OCE)** | 67 | 15 | 22% |
| **Office of the Chief Financial Officer (OCFO)** | 982 | 240 | 24% |
| **Office of the Chief Information Officer (OCIO)** | 1,580 | 357 | 23% |
| **Office of Civil Rights (OCR)** | 149 | 50 | 34% |
| **Office of the General Counsel (OGC)** | 275 | 62 | 23% |
| **Office of Homeland Security (OHS)** | 56 | 13 | 23% |
| **Office of Policy and Program Evaluation (OPPE)** | 52 | 28 | 54% |
| **Rural Development (RD)** | 4,910 | 1,745 | 36% |
| **Risk Management Agency (RMA)** | 414 | 70 | 17% |
| **Office of the Secretary (SEC)** | 162 | 109 | 67% |
| **Totals** | **110,384** | **20,306** | **18%** |

**Table 2. Attrition rates by each USDA agency. Table by OIG.**

**Objective, Scope, and Methodology:**

The objective of this engagement was to analyze staffing levels in USDA from pay period 1 through pay period 6 of calendar year 2025. We expanded the scope of our review through pay period 11 to reflect additional staffing changes.

We evaluated NFC Employee Personnel data to determine attrition types and counts based on Nature of Action (NOA) codes and NFC Timekeeping Entries data from USDA to determine DRP.[5] We also used NFC Employee Personnel data to determine an employee's state of residence based on their duty station (city and State).

USDA OIG applied the established Office of Analytics and Innovation quality assurance standards to ensure the information presented in this product is adequately supported.[6] We discussed the results of our review with agency officials on December 11, 2025, and included their responses in this report, as appropriate.

**cc**:
Bryan Knowles, Acting Deputy Chief Human Capital Officer

---

[5] The NOA codes used for each category are as follows: a. Retirement: 300 (Retirement-Mandatory), 301 (Retirement-Disability), 302 (Retirement-Voluntary), 303 (Retirement-Special Option), 304 (Retirement Ilia), 307 (Full Retirement Status-Voluntary); b. Termination: 355 (Term Exp of Appt), 357 (Termination), 385 (Discharge During Prob/Trial Period); c. Resignation: 312 (Resignation-Ilia), 317 (Resignation); d. External Transfers: 352 (Termination Appt In); e. Other (Various): 330 (Removal), 350 (Death), 353 (Separation-Us), 356 (Termination-Involuntary), 390 (Separation-Appt In).
[6] USDA OIG Directive IG-5006 *The Quality Control Process,* December 5, 2017.

**Appendix A:**

| State or Equivalent | Abbr. | Retirements | Resignations | External Transfers | Terminations | Others | DRPs | Total Attrition | Starting Employee Counts | Percent Employee Attrition |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | AK | 13 | 18 | 6 | 6 | 0 | 221 | 264 | 974 | 27% |
| Alabama | AL | 14 | 17 | 6 | 16 | 1 | 167 | 221 | 1,404 | 16% |
| Arkansas | AR | 12 | 28 | 1 | 32 | 2 | 223 | 298 | 2,125 | 14% |
| Arizona | AZ | 27 | 49 | 9 | 70 | 1 | 295 | 451 | 2,277 | 20% |
| California | CA | 98 | 267 | 11 | 95 | 9 | 788 | 1,268 | 9,310 | 14% |
| Colorado | CO | 53 | 65 | 12 | 31 | 6 | 713 | 880 | 3,899 | 23% |
| Connecticut | CT | 3 | 6 | 0 | 4 | 1 | 49 | 63 | 242 | 26% |
| District of Columbia | DC | 89 | 148 | 16 | 22 | 1 | 800 | 1,076 | 3,357 | 32% |
| Delaware | DE | 5 | 7 | 0 | 7 | 2 | 40 | 61 | 287 | 21% |
| Florida | FL | 17 | 28 | 5 | 24 | 2 | 407 | 483 | 2,199 | 22% |
| Georgia | GA | 34 | 42 | 3 | 34 | 2 | 402 | 517 | 3,408 | 15% |
| Guam | GU | 0 | 1 | 0 | 14 | 0 | 5 | 20 | 101 | 20% |
| Hawaii | HI | 11 | 17 | 1 | 80 | 0 | 82 | 191 | 869 | 22% |
| Iowa | IA | 14 | 53 | 2 | 20 | 3 | 359 | 451 | 2,855 | 16% |
| Idaho | ID | 55 | 73 | 11 | 24 | 2 | 363 | 528 | 3,278 | 16% |
| Illinois | IL | 21 | 23 | 3 | 38 | 5 | 323 | 413 | 2,432 | 17% |
| Indiana | IN | 18 | 23 | 3 | 14 | 3 | 161 | 222 | 1,449 | 15% |
| International | IT | 2 | 0 | 0 | 7 | 0 | 8 | 17 | 194 | 9% |
| Kansas | KS | 17 | 31 | 3 | 20 | 2 | 362 | 435 | 2,350 | 19% |
| Kentucky | KY | 11 | 18 | 2 | 16 | 0 | 166 | 213 | 1,706 | 12% |
| Louisiana | LA | 19 | 19 | 1 | 27 | 4 | 373 | 443 | 2,445 | 18% |
| Massachusetts | MA | 7 | 10 | 2 | 7 | 0 | 113 | 139 | 524 | 27% |
| Maryland | MD | 71 | 20 | 5 | 23 | 4 | 861 | 984 | 3,506 | 28% |
| Maine | ME | 5 | 9 | 1 | 11 | 0 | 76 | 102 | 383 | 27% |
| Michigan | MI | 14 | 27 | 0 | 10 | 4 | 256 | 311 | 1,813 | 17% |
| Minnesota | MN | 31 | 47 | 4 | 28 | 1 | 370 | 481 | 2,505 | 19% |
| Missouri | MO | 39 | 41 | 3 | 27 | 2 | 592 | 704 | 3,708 | 19% |
| Mississippi | MS | 19 | 19 | 3 | 29 | 0 | 259 | 329 | 2,064 | 16% |
| Montana | MT | 58 | 79 | 2 | 30 | 1 | 457 | 627 | 3,678 | 17% |
| North Carolina | NC | 35 | 35 | 7 | 31 | 2 | 352 | 462 | 2,831 | 16% |
| North Dakota | ND | 6 | 32 | 1 | 13 | 0 | 155 | 207 | 1,228 | 17% |
| Nebraska | NE | 24 | 31 | 2 | 21 | 1 | 219 | 298 | 1,983 | 15% |
| New Hampshire | NH | 10 | 6 | 1 | 6 | 0 | 76 | 99 | 459 | 22% |
| New Jersey | NJ | 12 | 15 | 1 | 8 | 2 | 98 | 136 | 627 | 22% |
| New Mexico | NM | 48 | 63 | 3 | 44 | 4 | 496 | 658 | 2,846 | 23% |
| Nevada | NV | 1 | 22 | 3 | 24 | 2 | 78 | 130 | 648 | 20% |

| State or Equivalent | Abbr. | Retirements | Resignations | External Transfers | Terminations | Others | DRPs | Total Attrition | Starting Employee Counts | Percent Employee Attrition |
|---|---|---|---|---|---|---|---|---|---|---|
| New York | NY | 11 | 23 | 4 | 22 | 1 | 229 | 290 | 1,383 | 21% |
| Ohio | OH | 14 | 20 | 2 | 32 | 1 | 192 | 261 | 1,682 | 16% |
| Oklahoma | OK | 8 | 27 | 0 | 26 | 1 | 176 | 238 | 1,337 | 18% |
| Oregon | OR | 68 | 99 | 9 | 37 | 5 | 486 | 704 | 4,549 | 16% |
| Pennsylvania | PA | 13 | 29 | 2 | 23 | 0 | 221 | 288 | 1,837 | 16% |
| Puerto Rico | PR | 2 | 6 | 1 | 25 | 0 | 62 | 96 | 674 | 15% |
| Rhode Island | RI | 4 | 5 | 0 | 4 | 1 | 34 | 48 | 126 | 38% |
| South Carolina | SC | 11 | 17 | 0 | 28 | 1 | 163 | 220 | 1,383 | 16% |
| South Dakota | SD | 15 | 44 | 1 | 18 | 0 | 152 | 230 | 1,543 | 15% |
| Tennessee | TN | 14 | 24 | 1 | 30 | 3 | 204 | 276 | 2,134 | 13% |
| Texas | TX | 27 | 68 | 6 | 302 | 7 | 615 | 1,025 | 5,428 | 19% |
| Utah | UT | 28 | 57 | 4 | 24 | 2 | 267 | 382 | 2,040 | 19% |
| Virginia | VA | 58 | 30 | 4 | 23 | 4 | 513 | 632 | 2,632 | 24% |
| Virgin Islands | VI | 0 | 0 | 0 | 2 | 0 | 3 | 5 | 27 | 19% |
| Vermont | VT | 4 | 11 | 0 | 4 | 0 | 80 | 99 | 398 | 25% |
| Washington | WA | 46 | 69 | 5 | 68 | 4 | 328 | 520 | 2,862 | 18% |
| Wisconsin | WI | 30 | 31 | 2 | 20 | 3 | 349 | 435 | 2,272 | 19% |
| West Virginia | WV | 8 | 15 | 1 | 19 | 2 | 124 | 169 | 953 | 18% |
| Wyoming | WY | 6 | 32 | 0 | 16 | 1 | 151 | 206 | 1,160 | 18% |
| **Totals** | | **1,280** | **1,996** | **175** | **1,636** | **105** | **15,114** | **20,306** | **110,384** | **18%** |

Learn more about USDA OIG at https://usdaoig.oversight.gov
Find us on LinkedIn: US Department of Agriculture OIG
Find us on X: @OIGUSDA

# Report suspected wrongdoing in USDA programs:



## https://usdaoig.oversight.gov/resources/hotline-information

U.S. Department of Agriculture (USDA) is an equal opportunity provider, employer, and lender.

In accordance with Federal civil rights law and USDA civil rights regulations and policies, USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs and operations are prohibited from discriminating based on on race, color, national origin, age, disability, sex, religion, retaliation for engaging in protected civil rights activity or opposition to any practice made unlawful under any Federal antidiscrimination laws, or receipt of income derived from programs or activities conducted or funded by OIG, political beliefs, or marital, familial or parental status (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250 9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.





Cover photos are from USDA Flickr and are in the public domain. They do not depict any particular audit, inspection, or investigation.

# Exhibit I

 

# Forest Service
## U.S. DEPARTMENT OF AGRICULTURE

**FOREST SERVICE**

# Organizational Realignment

The Forest Service is implementing a sweeping restructuring to move leadership and decision making closer to the forests and communities it serves. The changes implement direction from Agriculture Secretary Brooke Rollins to modernize U.S. Department of Agriculture (USDA) agencies, reduce bureaucracy, and place more employees outside Washington, DC. For an agency whose lands, partners, and operational challenges are overwhelmingly concentrated in the West, this shift represents a structural reset and a common-sense approach to improve mission delivery.

The Forest Service will officially move its headquarters west to Salt Lake City, UT, where the Chief of the Forest Service will reside. About two-thirds of National Capital Region positions will relocate from Washington, DC, with some moving to Salt Lake City and others to various Operations Service Centers. One-third of positions, including the Associate Chief, will remain at the Yates Building to support departmental coordination, communications, congressional engagement, and interagency policy work.

The Forest Service is transitioning from a legacy regional structure to a State-based organizational model designed to simplify the chain of command, strengthen local partnerships, and give field leaders greater ability to respond to conditions on the ground. Under this model, 15 State directors will oversee Forest Service operations within one or more States and will serve as national leaders for forest supervisors, operational priorities, and relationships with States, Tribes, and partners. Each State Office will include a small leadership team responsible for legislative affairs, communications, and intergovernmental coordination.

## State Offices & Area of Responsibility

**Auburn, AL***
Ozarks & Gulf Coast

**Juneau, AK**
Alaska

**Phoenix, AZ**
Arizona

**Placerville, CA***
California & Hawaii

**Fort Collins, CO***
Colorado & Kansas

**Athens, GA***
Southern Appalachian

**Boise, ID***
Idaho

**Helena, MT**
Montana

**Albuquerque, NM***
New Mexico

**Salem, OR**
Oregon

**Warren, PA**
Mid-Atlantic & New England

**Olympia, WA***
Washington

**Madison, WI***
Great Lakes & Midwest

**Cheyenne, WY**
Wyoming, North Dakota, South Dakota, & Nebraska *(with deputy State directors support for North Dakota & South Dakota)*

**Salt Lake City, UT***
Utah & Nevada

## R&D Facility Locations

| | |
|---|---|
| Flagstaff, AZ | Durham, NC |
| Placerville, CA | Delaware, OH |
| Riverside, CA | Corvallis, OR |
| Fort Collins, CO | La Grande, OR |
| Athens, GA | San Juan, PR |
| St. Paul, MN | Knoxville, TN |
| Missoula, MT | Olympia, WA |
| Lincoln, NE | Morgantown, WV |
| Durham, NH | Madison, WI |
| Asheville, NC | Rhinelander, WI |

## State Offices & Area of Responsibility



○ STATE OFFICES

▨ OVERSEEN BY DEPUTY STATE DIRECTOR

## Operations Service Centers

| | |
|---|---|
| Albuquerque, NM* | Madison, WI* |
| Athens, GA* | Missoula, MT* |
| Fort Collins, CO* | Placerville, CA* |

## National Training Center

Vallejo, CA

## Business Support Service Center

Albuquerque, NM*

*(*) Indicates a location that will serve more than one facility function.*

As the agency transitions to the State-based model, many functions currently housed in regional offices will shift to a national network of Operations Service Centers. These centers will provide shared administrative, technical, and enabling support to State Offices and forests across the country, allowing leaders on the ground to focus more directly on improving the health, productivity, and resilience of the Nation's forests and grasslands. Centers will support highly technical and nonroutine activities such as forest plan revisions, bridge engineering, and land adjustments. Locations were selected based on existing USDA workforce presence, operational needs, efficiency considerations, and proximity to agricultural and natural resource stakeholders.

The Forest Service will consolidate its multiple research stations into a single, unified national Research and Development organization, headquartered in Fort Collins, CO, and led by one research director. This structure will unify research leadership, strengthen coordination of scientific priorities, accelerate the application of science to management decisions, and reduce administrative duplication. As the new model is implemented, the agency will consolidate and, where appropriate, co-locate research facilities to create a more integrated and efficient national research footprint.

The Forest Service's Fire and Aviation Management program will retain its existing Geographic Area Coordination Center (GACC) structure, which is essential for national incident coordination. The program will continue reporting to the Deputy Chief for Fire and Aviation Management at the National Interagency Fire Center in Boise, ID, ensuring ongoing, close coordination with the Department of the Interior and other interagency partners.

As part of the reorganization, all Regional Offices will close. A small number of locations will be retained to support ongoing mission needs: Juneau, AK (serving as the Alaska State Office); Vallejo, CA (repurposed as the National Training Center); and Albuquerque, NM (serving as both an business support center and the New Mexico State Office). Additional facility consolidations and closures aligned with the new organizational model are expected over the next 2 years, prioritizing efficiency while maintaining operational capacity.

Throughout the transition, frontline mission work will continue uninterrupted. This includes active forest management, wildfire response, forest and watershed restoration, recreation services, and sustained collaboration with States, Tribes, and communities.

## Operations, Business Support, and Training Centers



*USDA is an equal opportunity provider, employer, and lender.*

# Exhibit J

7/1/26, 12:19 PM

Deputy Secretary Stephen Vaden on X: "Today, I sent a response letter to the Senate regarding the reorganization of @forestservic…

Case 3:25-cv-03698-SI   Document 440-3   Filed 07/01/26   Page 160 of 361



← **Post**

 **Deputy Secretary Stephen Vaden** ✔
@DepSecVaden

Today, I sent a response letter to the Senate regarding the reorganization of @forestservice. Sometimes, the truth hurts. The Biden Administration overhired— by thousands—knowing the funding stream was temporary. And on January 17, 2025, Secretary Vilsack received approval to separate 7,000 Forest Service employees. At one point, the Biden USDA even contemplated selling Federal lands to solve their spending problem! They generated hundreds of pages of memoranda, emails, and presentations on how to fix a problem THEY created with their irresponsible spending, prioritization of DEI, and gimmicks for their Democrat friends.

Gone are the days of living beyond our means. The @USDA reorganization is thoughtful, service-oriented, and within the bounds of its annual budget. @POTUS and @SecRollins expect nothing less.

**Don't miss what's happening**
People on X are the first to know.

Log in          **Sign up**

Case 3:25-cv-03698-SI   Document 440-3   Filed 07/01/26   Page 161 of 361

Deputy Secretary Stephen Vaden on X: "Today, I sent a response letter to the Senate regarding the reorganization of @forestservic…



OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 1, 2026

THE HONORABLE AMY KLOBUCHAR
Ranking Member
Committee on Agriculture, Nutrition, And Forestry
425 Dirksen Senate Building
Washington, D.C. 20510

Dear Ranking Member Klobuchar,

Thank you for your April 21, 2026, letter, cosigned by your colleagues, regarding the reorganization of the United States Department of Agriculture's (USDA) Forest Service. This is a long overdue opportunity to evaluate how the USDA's Forest Service can operate within its fiscal bounds, all while ensuring unimpeachable service to the American people and the shared landscapes we aim to protect.

The passage of the *Inflation Reduction Act* led to historical hiring within the Forest Service, hiring that was unsustainable. The previous Administration lived so far beyond its means that Secretary Vilsack sought—and on January 17, 2025, was approved—to offer voluntary separation to 7,000 Forest Service employees. This was only after Secretary Vilsack openly contemplated the sale of Federal lands to offset his rogue spending.

The Trump Administration is reorganizing the Forest Service to align its workforce size with available resources, to bring USDA closer to its customers, to eliminate management layers, and to consolidate redundant support functions  This reorganization also recognizes a growing need to shift resources and authority closer to where our work happens: on the ground, alongside States, Tribes, partners, and neighboring communities. Implementing this reorganization will restore Agency flexibility to be responsive to the needs of the American people, all while operating within the financial bounds set by Congress.

The overall timeline for reorganization aims to have all personnel decisions and employee relocations completed by the end of the calendar year. Approximately 6,500 employees received prenotification letters alerting them that they are potentially affected by the reorganization. However, the Agency expects fewer than 500 employees to be subject to relocation. Most personnel decisions and the timing of them are strongly influenced by Union negotiations. On completion of Union negotiations, employee relocation notifications will be provided in late Spring or early Summer to ensure affected employees have ample time to plan their moves.

8:18 PM · Jun 1, 2026 · **21.1K** Views

💬 14          �17 96          ♡ 300          🔖 17          📤

💬 **Read 14 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in     **Sign up**



OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 1, 2026

THE HONORABLE AMY KLOBUCHAR
Ranking Member
Committee on Agriculture, Nutrition, And Forestry
425 Dirksen Senate Building
Washington, D.C. 20510

Dear Ranking Member Klobuchar,

Thank you for your April 21, 2026, letter, cosigned by your colleagues, regarding the reorganization of the United States Department of Agriculture's (USDA) Forest Service. This is a long overdue opportunity to evaluate how the USDA's Forest Service can operate within its fiscal bounds, all while ensuring unimpeachable service to the American people and the shared landscapes we aim to protect.

The passage of the *Inflation Reduction Act* led to historical hiring within the Forest Service, hiring that was unsustainable. The previous Administration lived so far beyond its means that Secretary Vilsack sought—and on January 17, 2025, was approved—to offer voluntary separation to 7,000 Forest Service employees. This was only after Secretary Vilsack openly contemplated the sale of Federal lands to offset his rogue spending.

The Trump Administration is reorganizing the Forest Service to align its workforce size with available resources, to bring USDA closer to its customers, to eliminate management layers, and to consolidate redundant support functions This reorganization also recognizes a growing need to shift resources and authority closer to where our work happens: on the ground, alongside States, Tribes, partners, and neighboring communities. Implementing this reorganization will restore Agency flexibility to be responsive to the needs of the American people, all while operating within the financial bounds set by Congress.

The overall timeline for reorganization aims to have all personnel decisions and employee relocations completed by the end of the calendar year. Approximately 6,500 employees received prenotification letters alerting them that they are potentially affected by the reorganization. However, the Agency expects fewer than 500 employees to be subject to relocation. Most personnel decisions and the timing of them are strongly influenced by Union negotiations. On completion of Union negotiations, employee relocation notifications will be provided in late Spring or early Summer to ensure affected employees have ample time to plan their moves.

The reorganization also includes moving the Agency headquarters to Salt Lake City. This move places leadership at the heart of the forests and grasslands the Agency manages. Salt Lake City also has a strong existing Federal presence, proximity to western forests, and access to transportation and partner agencies.

In addition to those serving in the new Salt Lake City headquarters, relocated employees will be placed in State Offices, Operations Service Centers, and on existing national forests. This will bring staff from Regional Offices in Portland, Atlanta, and Milwaukee, and staff from the National Capital Region, closer to the local units and communities they serve. The number of employees to be located at each duty station has not been determined, but affected employees will be able to express preferences for relocation destinations and will be able to compete for promotional opportunities in many of these locations.

Operations Support Centers are new to the Forest Service structure. These Centers will deliver place-based, specialized services and surge capacity through geographically distributed service centers. They will prioritize work in coordination with local Supervisor's Offices, State Directors, and the Chief Field Operations Officer to help national forests complete high-priority, on-the-ground work. The specific workflows and relationships of the Operations Service Centers are under development with input from both local forest employees and current Regional and Headquarters employees. These discussions will ensure Service Centers provide support where needed and enable local units to provide maximum benefit to their communities and the lands they manage.

The Forest Service's budget cannot sustain the number of facilities it has, let alone their $3 billion in deferred maintenance. We are taking a hard look at the cost of each facility, its use, and its deferred maintenance needs, all while supporting our people. These decisions are about facilities and upkeep, not jobs or research programs. We are still reviewing every research location and will adjust as necessary. Consolidating research locations while protecting the research itself makes such sense, a May 2024 memorandum reveals the previous Administration planned to do the same.

These are proposed closures; nothing is currently final. When research offices or facilities are identified for closure, the Agency's intent is to reassign displaced employees to other available facilities within their commuting area whenever possible. This includes national forest offices, partnering Federal agency offices, or university facilities.

The following research facilities are **not** proposed for closure:

- Arizona: Flagstaff
- California: Placerville; Riverside
- Colorado: Fort Collins
- Georgia: Athens
- Minnesota: St. Paul
- Montana: Missoula
- Nebraska: Lincoln
- New Hampshire: Durham
- North Carolina: Asheville; Durham

2

- Ohio: Delaware
- Oregon: Corvallis; La Grande
- Puerto Rico: San Juan
- Tennessee: Knoxville
- Washington: Olympia; and
- West Virginia: Morgantown.

Throughout the reorganization, Forest Service scientists will continue to conduct research across the country, including on our Experimental Forests and Ranges. The Forest Service's Experimental Forests and Ranges are critical to the quality and future of the Agency's research data. The facilities evaluations are about the choice to fund research over buildings. The change focuses on leadership structure, not the scientific work itself. Consolidating stations under a single research leadership structure enables us to coordinate priorities more effectively and ensure research supports the operational needs of our forests and grasslands.

Thank you, again, for your letter. If you have additional questions, please have a member of your staff contact USDA's Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov. We sent a copy of this letter to your colleagues.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

3

# Exhibit K



United States Government Accountability Office

Report to the Chairman, Committee on Natural Resources, House of Representatives

November 2021

# BUREAU OF LAND MANAGEMENT

# Better Workforce Planning and Data Would Help Mitigate the Effects of Recent Staff Vacancies



A Century of Non-Partisan Fact-Based Work

GAO-22-104247

# GAO@100
# Highlights

Highlights of GAO-22-104247, a report to the Chairman, Committee on Natural Resources, House of Representatives

**November 2021**

# BUREAU OF LAND MANAGEMENT

## Better Workforce Planning and Data Would Help Mitigate the Effects of Recent Staff Vacancies

## Why GAO Did This Study

BLM's workforce of about 8,800 permanent staff is responsible for a portfolio of public lands, which, according to BLM, encompasses more than 245 million surface acres, primarily in western states. BLM's mission includes managing these lands for a variety of uses while maintaining natural and cultural resources. BLM headquarters provides national policy direction to the rest of BLM, while state offices generally administer programs in the states. Since 2016, BLM's workforce has experienced hiring restrictions and a reorganization.

GAO was asked to review recent changes to BLM's workforce and the agency's workforce planning efforts. This report examines, for the period since 2016, (1) changes in BLM's organizational structure, (2) changes in BLM's workforce composition, and (3) the extent to which BLM has had a strategic workforce plan that supports its mission and goals.

GAO analyzed BLM workforce data, information on organizational changes, and workforce planning documents from 2016 to 2021, and interviewed 13 BLM staff members from offices affected by organizational and workforce changes.

## What GAO Recommends

GAO recommends that BLM (1) track data on vacancies and details for all offices, and (2) develop an agency-wide strategic workforce plan that aligns its human capital program with emerging mission goals and includes long-term staffing strategies. Interior agreed with GAO's recommendations.

View GAO-22-104247. For more information, contact Frank Rusco at (202) 512-3841 or ruscof@gao.gov.

## What GAO Found

Since 2016, the Department of the Interior's Bureau of Land Management (BLM) changed its organizational structure by merging or transferring several of its headquarters functions. BLM also moved its headquarters from Washington, D.C., to Grand Junction, CO, and relocated most of its headquarters positions to its new headquarters and other offices in 11 western states. In September 2021, the Secretary announced plans to return the headquarters to Washington, D.C.

Since 2016, BLM's workforce composition changed in several ways, including through increases in headquarters vacancies and in temporary reassignments—known as details—to fill the duties of those vacant positions. BLM senior officials told GAO they do not have consistent and reliable data on vacancies agency-wide or the use of details. However, BLM provided some vacancy data for headquarters positions from July 2019 to May 2021. According to these data, the number of vacant headquarters positions increased after BLM announced the relocation of its headquarters in July 2019, as shown in the figure below.



**BLM Headquarters Vacancies from July 2019 to May 2021**
Vacant positions

July 2019: BLM announces relocation of headquarters

Source: GAO analysis of Bureau of Land Management (BLM) data.  |  GAO-22-104247

Most BLM staff GAO spoke with said vacancies in key headquarters positions caused delays in creating or clarifying guidance or policy. Further, some said an increased reliance on details negatively affected their office's performance—for example, because state office staff detailed to headquarters reduced capacity in state offices. Without complete and reliable data on vacancies and details across the agency, BLM officials cannot make informed decisions about filling vacancies and initiating details to help the agency achieve its mission and goals.

GAO also found that BLM does not have an agency-wide strategic workforce plan that supports its mission and programmatic goals. BLM officials told GAO their mechanism for strategic workforce planning is a 2019 memorandum, but this memorandum generally does not address the two critical needs that define strategic workforce planning: (1) aligning the human capital program with emerging mission goals and (2) developing long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals. Without a strategic workforce plan that addresses these needs, BLM lacks reasonable assurance the agency will have the workforce necessary to achieve its goals in managing millions of acres of public lands.

**United States Government Accountability Office**

# Contents

| | | |
|---|---|---|
| Letter | | 1 |
| | Background | 5 |
| | BLM Changed Its Organizational Structure by Reorganizing Its Headquarters Functions and Relocating Headquarters Positions to Western States | 10 |
| | BLM Experienced Changes to Its Workforce Composition but Does Not Have Complete Information on Vacancies and Details | 14 |
| | BLM Does Not Have a Strategic Workforce Plan that Aligns Its Workforce with Its Mission and Programmatic Goals | 23 |
| | Conclusions | 25 |
| | Recommendations for Executive Action | 26 |
| | Agency Comments | 26 |
| Appendix I | Organizational Changes to the Bureau of Land Management's Headquarters Divisions | 28 |
| Appendix II | Comments from the Department of the Interior | 36 |
| Appendix III | GAO Contact and Staff Acknowledgments | 38 |
| Table | | |
| | Table 1: Bureau of Land Management Workforce Changes, by Race or Ethnicity, January 2016–January 2021 | 22 |
| Figures | | |
| | Figure 1: Location of BLM Headquarters and the Locations and Administrative Boundaries of the 12 State Offices | 6 |
| | Figure 2: BLM National Office and State Offices | 8 |
| | Figure 3: Comparison of BLM Headquarters Offices, 2016 and 2021 | 11 |
| | Figure 4: Number of BLM Vacant Headquarters Positions, July 2019–May 2021 | 17 |
| | Figure 5: Percentage of BLM Workforce, by Years of Federal Service in the Department of the Interior, January 2016–January 2021 | 19 |

Figure 6: Number of Staff with at Least 25 Years of Service within the Department of the Interior, by BLM Office, January 2016 and January 2021    20

Figure 7: Racial and Ethnic Groups as a Percentage of BLM's Workforce, January 2016 and January 2021    21

Figure 8: Comparison of BLM Headquarters Offices, 2016 and 2021    29

Figure 9: Changes in Organization of BLM's Office of the Director, 2016 and 2021    30

Figure 10: Changes in Organization of BLM's Directorate of Resources and Planning, 2016 and 2021    31

Figure 11: Changes in Organization of BLM's Directorate of Energy, Minerals, and Realty, 2016 and 2021    32

Figure 12: Changes in Organization of BLM's Directorate of National Conservation Lands and Community Partnerships, 2016 and 2021    33

Figure 13: Changes in Organization of BLM's Directorate of Communications, 2016 and 2021    34

Figure 14: Reorganization of BLM's Directorate of Human Capital Management and Directorate of Business, Fiscal and Information Resources Management into the Directorate of Business Management and Administration, 2016 and 2021    35

**Abbreviations**

| | |
|---|---|
| BLM | Bureau of Land Management |
| GS | General Schedule |

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

# GAO@100

**U.S. GOVERNMENT ACCOUNTABILITY OFFICE**
*A Century of Non-Partisan Fact-Based Work*

**441 G St. N.W.**
**Washington, DC 20548**

November 16, 2021

The Honorable Raúl Grijalva
Chairman
Committee on Natural Resources
House of Representatives

Dear Mr. Chairman:

The workforce of the Department of the Interior's Bureau of Land Management (BLM) is responsible for managing a portfolio of public lands and resources. According to BLM, this encompasses more than 245 million surface acres,[1] primarily located in 12 western states. Its mission includes managing public lands for uses—such as energy and mineral development, livestock grazing, recreation, and timber harvesting—while ensuring that natural, cultural, and historic resources are maintained for present and future generations. Since January 2017, BLM's workforce has experienced hiring restrictions and the relocation of the agency's Washington, D.C., headquarters offices to Grand Junction, Colorado.[2] According to a July 2019 letter from Interior, the goals of this relocation included delegating more responsibility to the field, maximizing services to the American people, and increasing BLM's presence closest to the resources it manages.[3] The letter also cited expected cost savings and travel reductions, particularly for staff in the new headquarters office. The relocation was completed in August 2020. In September 2021, the Secretary of the Interior announced a plan to return BLM's national

---

[1]According to BLM, in addition to the 245 million surface acres it manages, it also administers 700 million acres of subsurface mineral estate.

[2]Interior notified Congress on May 8, 2019, of its intent to proceed with the effort to relocate BLM headquarters positions to western states and establish a new headquarters location in Grand Junction, Colorado. According to Interior's 2018-2022 strategic plan, the agency had developed a reform plan—which aimed to better enable managers and the workforce in the field to make decisions, in part by shifting the workforce closer to field locations—in response to a March 2017 Executive Order on reorganizing the executive branch.

[3]Department of the Interior, *Assistant Secretary for Land and Minerals Management letter to Senator Murkowski* (July 16, 2019).

GAO-22-104247  Bureau of Land Management

headquarters to Washington, D.C., and make the current Grand Junction headquarters the agency's Western headquarters.[4]

In March 2020, we assessed the agency's relocation efforts and found BLM had not substantially followed key practices for effective reforms to ensure that it achieved its goals and could continue to deliver valuable services to the taxpayer.[5] In addition, we have reported on human capital challenges at the agency.[6] We also included Interior's management of federal oil and gas resources on our 2021 High-Risk List of programs and operations that are vulnerable to waste, fraud, abuse, or mismanagement, or in need of transformation.[7]

You asked us to review changes to BLM's workforce in recent years and the agency's workforce planning efforts. This report examines, since 2016, (1) changes in BLM's organizational structure, (2) any changes in BLM's workforce composition, and (3) the extent to which BLM has had a strategic workforce plan that supports its mission and programmatic goals.

---

[4]On September 17, 2021, Interior announced plans to relocate BLM's national headquarters from Grand Junction, Colorado, to Washington, D.C. According to Interior, the Secretary intends to locate the Director and other key leadership in the national headquarters where they can ensure coordination with Congress, other federal agencies, and stakeholders that visit Washington, D.C. Additionally, the Secretary announced plans to maintain BLM's Grand Junction office as its Western headquarters to reinforce western perspectives in decision-making and to play a role in BLM's clean energy, outdoor recreation, conservation, and scientific mission, among other work. Department of the Interior, "Secretary Haaland Outlines Next Steps to Rebuild Bureau of Land Management" (Washington, D.C.: Sept. 17, 2021), accessed September 20, 2021, https://www.doi.gov/pressreleases/secretary-haaland-outlines-next-steps-rebuild-bureau-land-management.

[5]GAO, *Bureau of Land Management: Agency's Reorganization Efforts Did Not Substantially Address Key Practices for Effective Reforms*, GAO-20-397R (Washington, D.C.: Mar. 6, 2020).

[6]GAO, *Oil and Gas Oversight: Interior Has Taken Steps to Address Staff Hiring, Retention, and Training but Needs a More Evaluative and Collaborative Approach*, GAO-16-742 (Washington, D.C.: Sept. 29, 2016).

[7]GAO, *High-Risk Series: Dedicated Leadership Needed to Address Limited Progress in Most High-Risk Areas*, GAO-21-119SP (Washington, D.C.: Mar. 2, 2021). Interior's rating regressed for managing its human capital challenges related to the management of federal oil and gas resources. Specifically, its rating in the criteria for removal from the list in the areas of leadership commitment, capacity, and action plan changed from "partially met" to "not met." Interior's management of federal oil and gas resources was first added to our high risk series in 2011.

To describe how BLM's organizational structure has changed since 2016, we analyzed documentation from BLM, including detailed organizational charts called tables of organization and other documents that describe changes to BLM's organizational structure between January 2016 and February 2021, and spoke to agency officials.[8] Specifically, we reviewed available tables of organization for headquarters and state offices from January 2016 through February 2021. In addition, we reviewed all available decision documents since 2016, which document proposed organizational changes—such as office mergers or other realignments—and their subsequent approval. We also interviewed senior agency officials, including the Deputy Director of Operations, to clarify the timing and purpose of any organizational changes.

To examine how, if at all, BLM's workforce composition has changed since 2016, we analyzed workforce data from BLM's Federal Personnel and Payroll System. Our analysis included a review of workforce data for all BLM staff at twice-yearly intervals from January 2016 through January 2021 to identify changes in staffing by sub-bureau, division, grade, location, permanent or temporary status, and race and ethnicity for all staff over this period. We also analyzed annual workforce data on retirement and years of service for all permanent staff. To assess the reliability of these data, we (1) conducted electronic testing for outliers and missing data, (2) reviewed related documentation, and (3) interviewed knowledgeable agency officials. We found the data to be sufficiently reliable for understanding changes to BLM's workforce such as the number of staff employed, their years of experience with Interior, and the representation of racial and ethnic groups over our timeframe. We also analyzed information provided by senior BLM officials about the staff asked to relocate as part of the agency's headquarters relocation, including the number of staff that left BLM after being informed of their required relocation, from July 2019 through May 2021. We found this information sufficiently sound and accurate for our reporting purposes based on interviews with knowledgeable BLM staff, review by knowledgeable BLM staff of the information provided, and corroboration of the information with other sources.

To gather information about any effects of changes to BLM's organizational structure and workforce composition, we interviewed 13 knowledgeable staff members who worked at BLM from 2016 through

---

[8]Tables of organization show all the positions in an office and the organizational relationships between the positions.

2021. We selected staff members who had been employed with BLM since at least 2016 and who were in management positions as of January 2021 in BLM offices that were (1) directly affected by an organizational change such as an office merger or a change in office functions, and (2) experienced the largest changes in the number of staff between 2016 and January 2021. We selected these staff members so they could provide their perspectives about any changes and potential effects over this period. We included nine staff members in headquarters offices and four staff members in state offices. We asked these staff members whether and how changes to BLM's workforce composition and organizational structure have affected its ability to carry out core functions and its mission. We conducted an analysis of the content of these interviews to identify common themes and areas of agreement, and we describe the number of staff members who agreed with various statements as follows: a few is three or four, some is five to seven, most is eight to 10, almost all is 11 or 12, and all is 13. The information gathered from these interviews is not generalizable to all staff members but provides examples of staff views on the topics we discussed.

To identify the extent of BLM's strategic workforce planning to support its mission and programmatic goals since 2016, we reviewed agency workforce planning documents and interviewed senior BLM officials. We assessed BLM's primary workforce planning mechanism, as identified by senior BLM officials, against a definition of strategic workforce planning we identified in our December 2003 report to determine the extent to which it aligns with this definition.[9] Specifically, two analysts reviewed BLM's seven criteria for reviewing operations in BLM Instruction Memorandum 2019-042.[10] The analysts independently assessed the extent to which each of the seven criteria addressed (1) aligning the agency's human capital program with emerging mission goals, and (2) developing long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals. The analysts reached agreement on their assessments. To further understand BLM's workforce planning strategy, we interviewed senior BLM officials. In addition, to understand the effect of BLM's workforce planning strategy, we interviewed 13

[9]GAO, *Human Capital: Key Principles for Effective Strategic Workforce Planning*, GAO-04-39 (Washington, D.C.: Dec. 11, 2003).

[10]Bureau of Land Management, Deputy Director of Operations, *Updating and Standardizing BLM Tables of Organization,* Instruction Memorandum No. 2019-042 (Aug. 20, 2019).

selected BLM staff from headquarters and state offices, as described above.

We conducted this performance audit from April 2020 to November 2021 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

## Background

BLM administers its programs through a workforce of roughly 8,800 permanent staff supplemented by about 500 to 2,000 temporary staff over the course of each year.[11] Duties of these staff vary depending on whether BLM assigns them to the national office—which includes its Grand Junction, Colorado, headquarters[12]—or one of the 12 state offices, as shown in figure 1 below.[13]

[11]The estimate of 8,800 permanent staff was calculated using workforce data from the Department of the Interior's Federal Personnel and Payroll System. It is an estimate of the calculated average number of permanent staff, twice yearly, in January 2016 through January 2021.

[12]As noted above, in September 2021, the Secretary of the Interior announced plans to return the BLM national headquarters to Washington, D.C., and to create a Western headquarters in Grand Junction, Colorado.

[13]The 12 state offices are Alaska, Arizona, California, Colorado, Eastern States, Idaho, Montana/Dakotas, Nevada, New Mexico, Oregon/Washington, Utah, and Wyoming offices. The Eastern States office manages public lands and their resources in the 31 states east of and bordering the Mississippi River. BLM also has 50 district offices and 121 field offices, and the heads of these offices are directly responsible to the state office director.

**Figure 1: Location of BLM Headquarters and the Locations and Administrative Boundaries of the 12 State Offices**



Sources: GAO analysis of Bureau of Land Management (BLM) data; Map Resources (map). | GAO-22-104247

BLM's national office includes its Headquarters Office, which provides national-level decision-making, policy, and program direction to the rest of BLM.[14] BLM conducts its Headquarters Office functions through the Office of the Director and five subordinate offices, known as directorates, which in turn include smaller divisions responsible for carrying out BLM's

[14]Prior to April 2020, BLM's headquarters was known as the Washington Office. The agency reclassified it as the Headquarters Office as part of the agency's relocation of its headquarters from Washington, D.C., to Grand Junction, Colorado. For the purposes of this report, we will refer to it as headquarters in all time periods.

programs.[15] For example, BLM's Directorate of Energy, Minerals, and Realty Management includes the Fluid Minerals division, which oversees BLM's oil and natural gas permitting programs. These headquarters offices provide policy guidance, oversight, and technical support to agency-wide programs, among other things. Other national office functions include the National Operations Center—which provides operational and technical program support to BLM employees and stakeholders—and the Office of Fire and Aviation—which is responsible for developing policies and standards for firefighting safety, training, prevention, and mitigation, among other things.[16] Both before and after BLM's relocation, some headquarters staff worked out of state offices or other offices in the west.

BLM's 12 state offices are responsible for administering BLM programs in the states and supporting the implementation of programs by their constituent district and field offices. Field offices direct customer services and conduct on-the-ground management of BLM programs, and district offices guide and assist field offices under them in accomplishing mission activities.[17]

See figure 2 for an organizational chart of BLM's national and state offices. Appendix I provides more information on the Headquarters Office functions.

[15]The Office of the Director also includes the Office of Law Enforcement and Security—which develops policy, guidance, and standards and maintains oversight for law enforcement—and the Office of Civil Rights—which administers the agency's civil rights and equal opportunity employment programs.

[16]The National Operations Center and the Office of Fire and Aviation report to the Office of the Director through the Deputy Director for Operations. The Office of Fire and Aviation operates as a directorate under its own organization code.

[17]BLM state offices currently include 50 district offices and 121 field offices. For the purposes of this report, state office refers to the state, district, and field office staff and functions.

**Figure 2: BLM National Office and State Offices**



Source: Bureau of Land Management (BLM) documents.  |  GAO-22-104247

Note: The headquarters office is located in Grand Junction, Colorado and is a separate entity from the Colorado state office. The Office of the Director includes the Office of the Law Enforcement and Security, which reports to the Director through the Deputy Director for Operations.

From January 2017 through May 2021, BLM's workforce experienced some kind of hiring restriction. Specifically, in January 2017, the president issued a memorandum calling for an across-the-board hiring freeze for federal civilian staff, including BLM. In April 2017, the across-the-board hiring freeze was lifted, but a memo from the Associate Deputy Secretary of the Interior, acting with the delegated authority of the Assistant Secretary, announced other hiring restrictions on some senior positions and positions in the Washington, D.C., and Denver metropolitan areas. Some of these restrictions were removed over time, but restrictions on hiring at the General Schedule 15 pay grade at BLM remained in place

through at least May 2021.[18] According to BLM officials, these restrictions remained because they wanted to ensure senior positions are needed before filling them. In addition, on January 20, 2021, Interior Secretarial Order 3395 put limits on hiring for 60 days for most positions at the General Schedule 13 pay grade or above.[19] According to the order, the purpose was to implement a targeted and time-limited elevation of relevant decisions at Interior for the purposes of reviewing the questions of fact, law, and policy they raise. Although the secretarial order expired, as of May 2021, according to senior BLM officials, hiring restrictions remained in place for some headquarters positions. According to these officials, the headquarters hiring restrictions were intended to allow the recently confirmed Secretary of the Interior time to review the organization, including the location of some headquarters positions. These officials said they do not want to fill open positions until they know the positions' ultimate locations.

---

[18]The General Schedule (GS) pay system covers the majority of civilian white-collar federal employees in professional, technical, administrative, and clerical positions. The General Schedule has 15 grades—GS-1 (lowest) to GS-15 (highest). Agencies establish the grade of each job based on the level of difficulty, responsibility, and qualifications required. Individuals with a high school diploma and no additional experience typically qualify for GS-2 positions, those with a bachelor's degree for GS-5 positions, and those with a master's degree for GS-9 positions.

[19]Secretarial Order 3395 suspended the delegation of authority to Interior bureaus and offices to appoint, hire, or promote personnel; or approve the appointment of any personnel assigned to a position at or above the level of General Schedule 13 pay grade, without the approval of the Secretary of the Interior, the Deputy Secretary of the Interior, the Solicitor, or listed Assistant Secretaries of the Interior.

# BLM Changed Its Organizational Structure by Reorganizing Its Headquarters Functions and Relocating Headquarters Positions to Western States

BLM changed its organizational structure by merging or transferring several headquarters functions and relocating most of its headquarters positions to offices in 11 western states, including its new headquarters office in Grand Junction, Colorado. BLM also reassigned many headquarters positions from headquarters duties to state office duties, reallocating them as state positions.

## Changes in Functions within Headquarters

After 2016, BLM changed its organizational structure by merging or transferring divisions within its headquarters offices; the structure of BLM's state offices and other national office functions remained relatively unchanged. More specifically, BLM reduced the number of headquarters directorates from six to five and the number of divisions from 25 to 20. See figure 3 for a comparison of BLM's headquarters structure in 2016 and 2021. Appendix I provides a more detailed explanation of changes to BLM's headquarters divisions and functions.

**Figure 3: Comparison of BLM Headquarters Offices, 2016 and 2021**



Source: GAO analysis of Bureau of Land Management (BLM) data.  |  GAO-22-104247

Note: All relocated or merged divisions occurred within BLM's Headquarters Office with the exception of the relocation of three Information Technology divisions from the Directorate of Business, Fiscal, and Information Resources to the National Operations Center.

According to BLM documents, the changes were for purposes such as reducing administrative redundancies and correcting workload imbalances. Major changes include

- In 2019, BLM merged most the functions of its Environmental Quality and Protection division into other divisions within its Directorate of Resources and Planning, removing the division from its organizational structure. It merged most of the division's functions with the former

Fish and Wildlife Conservation division, creating a new Wildlife Conservation, Aquatics, and Environmental Protection division. BLM also incorporated some limited functions into the Forest, Range, and Vegetation Resources division. BLM did not provide information on the reason and timing of this change, including any realignment or decision memorandums.

- In September 2019, BLM reorganized two divisions—its Recreation and Visitor Services division and the Cultural, Paleontological Resources, and Tribal Consultation division—from its Directorate of Resources and Planning to its Directorate of National Conservation Lands and Community Partnerships. According to a BLM realignment memo, BLM transferred these divisions as part of its goal to reduce the size of the headquarters workforce and to increase efficiency by combining related functions. The memo noted the changes were expected to correct a long-standing imbalance in priority workload between the two directorates, to provide cost savings by reducing the number of headquarters staff, and to increase coordination of merged programs.

- In September 2019, BLM approved the transfer its Office of Civil Rights from its former Directorate of Human Capital Management to the Office of the Director. According to a BLM memo, the agency transferred these functions to comply with a recommendation from the U.S. Equal Employment Opportunity Commission that the Equal Opportunity Director should report directly to the agency head in order ensure the Equal Opportunity Director can act with the greatest degree of independence.

- In October 2020, BLM merged its Directorate of Human Capital Management and its Directorate of Business, Fiscal, and Information Resources into a new Directorate of Business Management and Administration, reducing the total number of headquarters directorates to five. According to a BLM memorandum, this change was made to reduce administrative redundancies and improve efficiency by streamlining senior staff positions under the oversight of a single assistant director.

The 13 BLM staff members we interviewed cited benefits and challenges of these organizational changes. Two staff members we interviewed said that certain mergers were working well. For example, one staff member said some of the changes helped balance workload and clarified roles. However, a few other staff cited concerns with the new alignment of the directorates. For example, one staff member told us one of the mergers combined programs that had different functions, dealt with different laws,

and required different expertise. Another staff member said that some of the changes broke up natural working groups by realigning division functions and increased the workload of merged divisions.

## Relocation of Headquarters Positions to Western States

The majority of changes in headquarters functions coincided with BLM's relocation of most of its headquarters positions from Washington, D.C., to offices in 11 western states between July 2019 and August 2020.[20] While most of these relocated positions are still assigned to perform headquarters duties, BLM also reallocated many of its headquarters positions to state offices where the positions are now responsible for state office duties, reclassifying them as state positions.

According to BLM documentation, out of the 556 total headquarters positions in July 2019, when BLM announced the relocation, the agency relocated 252 headquarters positions to western offices and reallocated 76 positions as state positions. Of the remaining 228 headquarters positions, 60 remained in Washington, D.C., and the other 168 were already located outside of Washington, D.C.[21]

Some of the staff members we interviewed said that the lack of information sharing with staff about the move west was a challenge. For example, one staff member said that BLM leadership made relocation decisions "behind closed doors" and without manager or employee input, and another staff member described an atmosphere where staff were discouraged from asking questions about the move. In March 2020, we found that BLM had minimally or not at all addressed key reform practices for involving and communicating with employees and other key stakeholders regarding the relocation.[22] For example, BLM did not provide information on any communication with staff outside of the executive leadership team before announcing its plan.[23] According to BLM officials in response to our March 2020 report, BLM managers in

---

[20]In March 2020, we reported that BLM's reorganization efforts had not substantially addressed key practices for effective reforms, including involving employees and key stakeholders in the decision process, addressing key questions on strategic workforce planning, and others. See GAO-20-397R. Since the release of that report, BLM completed its reorganization.

[21]These positions were located in state, district, and field offices as well as in the national operations center. BLM officials told us that the agency has dispersed its headquarters staff outside of Washington, D.C., since the 1990s.

[22]GAO-20-397R.

[23]BLM's executive leadership team consists of the BLM Director, deputy directors, assistant directors, center directors, and state directors.

headquarters offices provided input into whether headquarters positions were intrinsically tied to the Washington, D.C., geographic area, among other things.

Additionally, a few staff members told us they were concerned about the relocation of BLM senior executives to Grand Junction, Colorado. For example, one staff member told us that interagency coordination could suffer if BLM does not have a significant presence in Washington, D.C. The staff member also said that that the quality of internal coordination could decline with BLM senior management in different locations. Another staff member said that the move to Grand Junction was wasteful and inefficient, noting that Grand Junction does not have direct flights to Washington, D.C., which could be available from a state capital in the west. In a July 2019 letter to Congress, Interior stated the goals of this relocation included delegating more responsibility to the field, maximizing services to the American people, and increasing BLM's presence closest to the resources it manages.[24] As noted above, in September 2021, the Secretary of the Interior announced plans to restore the national headquarters in Washington, D.C., and make the current Grand Junction headquarters the agency's Western headquarters.

## BLM Experienced Changes to Its Workforce Composition but Does Not Have Complete Information on Vacancies and Details

From January 2016 through January 2021, BLM's workforce composition changed in several ways.[25] In particular, headquarters staff left the agency, which resulted in an increase in vacant positions, and BLM increased its use of temporary reassignments—known as details—to fill the duties of these vacant positions. Experienced staff also left offices across the agency, and BLM saw shifts in the representation of certain races or ethnicities. We also found BLM does not track data on vacant positions and details across the agency, and, therefore, does not have complete information with which to make staffing decisions to help achieve its mission and goals.

---

[24]Department of the Interior, *Assistant Secretary for Land and Minerals Management letter to Senator Murkowski*.

[25]BLM's workforce is primarily permanent staff, but the agency also hires temporary staff, particularly during the summer months. According to BLM data, from January 2016 to January 2021, BLM hired an average of 483 temporary staff in January of each year and 2,027 temporary staff in the summer in excess of its average of 8,808 permanent staff.

## A Large Number of Headquarters Staff Left BLM, But BLM Does Not Have Complete Vacancy Data

The total number of permanent headquarters staff remained relatively steady at about 560 from January 2016 until the July 2019 announcement of the relocation of most headquarters positions from Washington, D.C., to western states—after which a large number of staff in these positions left the agency. According to BLM documentation, of the 328 headquarters positions that BLM reassigned to western states or reallocated as state positions, 134 were vacant before the relocation, the agency reallocated 17 that were already located in state offices to state positions, and one position was pending administrative action as of May 2021. This resulted in 176 staff who needed to relocate. Of these 176 staff, 41—or about 23 percent—accepted their reassignments.[26] The remaining 135 staff separated from their positions, either by declining their reassignments or by separating from their positions prior to receiving a reassignment, which created additional vacancies.[27]

After the relocation, BLM filled some of the vacancies created by the separations, but the number of staff in its headquarters office remained lower than before the relocation. According to data provided by BLM, as of January 2021, the total permanent headquarters workforce was 18 percent smaller than in July 2019 (reduced from 537 to 441).[28] This decrease in the number of headquarters staff reflects (1) employees that separated from the agency, resulting in vacancies, and (2) decreases in the total number of headquarters positions due to reallocation to states or elimination.

We asked senior BLM officials for data on the total number of positions and vacancies in headquarters and agency wide since 2016, but they said they do not maintain a list of vacancies for state offices and

---

[26]Three of the staff that accepted their relocations held positions in the senior executive service, and their relocations were handled under a different process.

[27]On November 12, 2019, BLM notified affected staff in writing that they had 30 days to accept or decline their reassignments. If responses were not received within 30 days (by December 12, 2019), it was assumed the staff were declining the reassignments. Those accepting reassignments had an additional 90 calendar days to report to their new duty station. According to documentation provided by BLM in May 2021, out of the 135 staff that either declined their reassignments or separated from their positions, 18 staff separated prior to being issued a management-directed relocation letter, and 117 separated after being issued a letter.

[28]These numbers are snapshots based on data from the Federal Personnel and Payroll System data. BLM provided these data in twice-yearly intervals. As a result, we can report only on the data at these intervals and cannot report on any fluctuations between those time periods.

headquarters vacancy data are not available for all time periods.[29] As a result, it is not possible to determine the proportion of positions that were vacant at any given time or the specific positions that were vacant. Although BLM could not provide complete data on all vacancies since 2016, it provided some data on headquarters vacancies since July 2019.[30] According to these data, the number of vacant headquarters positions increased after BLM announced the relocation of its headquarters offices to Grand Junction, Colorado, in July 2019. Specifically, headquarters vacancies increased from 121 in July 2019 to 326 in March 2020, an increase of about 169 percent. BLM gradually reduced these vacancies; however, the number of vacant positions remained at 142 as of May 2021, or about 17 percent higher than when the agency announced the relocation. Figure 4 shows the number of vacant headquarters positions from July 2019 to May 2021.

[29]BLM provided twice-yearly workforce data on the number of staff from the Federal Personnel and Payroll System. BLM officials told us that these data track employees and cannot provide information on the number of positions or vacancies.

[30]We requested vacancy data starting in January 2016 to align with the workforce data that we used to analyze the number of staff. BLM told us that vacancy data were available for headquarters positions starting in July 2019. BLM provided this vacancy data in non-standard intervals from about 1 and 3 months (i.e. July 2019, September 2019, December 2019, March 2020, June 2020, July 2020, August 2020, October 2020, December 2020, March 2021, and May 2021).

**Figure 4: Number of BLM Vacant Headquarters Positions, July 2019–May 2021**



Source: GAO analysis of Bureau of Land Management (BLM) data.  |  GAO-22-104247

Note: BLM provided vacancy data since July 2019 in non-standard intervals from about one and three months. BLM provided data for the following months and years: July 2019, September 2019, December 2019, March 2020, June 2020, July 2020, August 2020, October 2020, December 2020, March 2021, and May 2021.

All of the BLM staff we interviewed told us about challenges in completing their duties because of headquarters vacancies after 2016. For example, most staff told us that vacancies in key headquarters positions caused delays in creating or clarifying guidance or policy. One staff member told us that, in some cases, the staff member's office relied on outdated policy guidance in order to make decisions. We recently reported on weaknesses in the way BLM was implementing upgrades to its information technology systems,[31] and one staff member told us that staff losses delayed implementation of an upgrade to one of these systems.

As noted earlier, all BLM offices experienced hiring restrictions of some kind from January 2017 through June 2021. These restrictions on hiring limited BLM's ability to fill vacancies created during the relocation as well as vacancies from normal attrition. Most BLM staff we interviewed told us that hiring restrictions affected their offices at some point during this

---

[31]GAO, *Oil and Gas: Interior Should Strengthen Management of Key Data Systems Used to Oversee Development on Federal Lands,* GAO-21-209 (Washington, D.C.: May 27, 2021).

period, either directly or indirectly because BLM prioritized filling key vacant positions in other offices. For example, one staff member we interviewed told us that the agency promoted a number of state office staff to fill vacant headquarters positions after the relocation, and hiring restrictions prevented state offices from filling empty positions. BLM headquarters does not track vacant state office positions; vacancy information is tracked at the state office level using different methodologies. As a result, the extent to which state offices experienced vacancies cannot be determined.

BLM staff we interviewed also told us that the agency increased its use of temporary reassignments, known as details, to fill the duties of vacant headquarters positions. Almost all said that the number of details increased after 2016 because of the greater number of vacancies in headquarters. Some staff we interviewed said that the use of details helped address gaps in staffing. For example, one staff member said that details helped meet timelines for specific projects, and another said that details helped address staffing shortages until the agency could fill vacancies. However, almost all staff we interviewed said that the increased reliance on details negatively affected their office's performance. For example, one staff member said that BLM detailed too many staff at a given time, which led to some confusion and inefficiency. Another staff member described a ripple effect where details of state office staff to headquarters led to reduced capacity in state and field offices. One staff member said that they expected the reliance on details to decrease once BLM fills headquarters vacancies.

BLM officials told us that they do not have reliable data on details. Further, as stated above, BLM could not provide complete data on headquarters and state office vacancies since 2016. Under federal standards for internal control, managers should identify and obtain quality information to achieve the entity's objectives. Maintaining data on vacancies and details across the agency would give management a better picture of its staffing and allow for the prioritization of the agency's greatest needs. Without complete and reliable data on vacancies and details across the agency, BLM officials do not have complete information to make decisions about filling vacancies and initiating details to help the agency achieve its mission and goals.

## The Number of Experienced Staff across BLM Decreased

While the total number of BLM staff did not change substantially between January 2016 and January 2021, there was a decrease in the proportion and number of experienced staff across the agency as a whole and in every office. Specifically, the percentage of BLM staff with at least 25

years of federal service within Interior declined from 24 percent to 17 percent (from 2,071 to 1,486) during this time period.[32] See figure 5.

**Figure 5: Percentage of BLM Workforce, by Years of Federal Service in the Department of the Interior, January 2016–January 2021**



Source: GAO analysis of Bureau of Land Management (BLM) data.  |  GAO-22-104247

Note: Data are not available for years of service within BLM specifically, only for years of service with the Department of the Interior.

This loss of experienced staff occurred in all BLM offices. For example, from January 2016 to January 2021, the number of headquarters staff with at least 25 years of service within Interior declined by nearly 34 percent (from 171 to 113). In state offices, experienced staff declined by more than 29 percent (from 1,666 to 1,181) over the same period, ranging from nearly 12 percent in the Idaho state office (from 127 to 112) to more than 41 percent in the Arizona state office (from 107 to 63), even though overall permanent staffing in state offices remained relatively steady. (See fig. 6.)

---

[32]The retirement eligibility data on which we based our analysis do not include temporary employees that are not eligible for retirement.

**Figure 6: Number of Staff with at Least 25 Years of Service within the Department of the Interior, by BLM Office, January 2016 and January 2021**



HQ = headquarters

Source: GAO analysis of Bureau of Land Management (BLM) data. | GAO-22-104247

Note: Data are not available for years of service within BLM specifically, only for years of service with the Department of the Interior.

In our interviews with 13 BLM staff members, almost all told us that the loss of experienced staff negatively affected their offices' ability to conduct its duties. For example, one staff member said that the loss of institutional knowledge about laws and regulations meant that BLM was not able to provide knowledgeable input on proposed rules and legislation. Additionally, some staff members said that the rapid loss of experienced staff during the relocation hindered knowledge transfer. For example, one staff member said that in some cases employees left without providing a playbook or guidelines for how to do their jobs. However, another staff member told us that the staff member's office was successful in overcoming the knowledge loss through record keeping, succession-planning activities such as training events, and asking state offices for assistance during the relocation.

## Representation of Certain Racial and Ethnic Groups as a Percentage of BLM's Workforce Changed from 2016 to 2021

Since January 2016, BLM's workforce saw shifts in the overall representation of certain racial and ethnic groups. Throughout this period, White staff consistently constituted the majority of BLM's workforce, while other racial and ethnic groups each constituted between less than 1 percent and about 9 percent.[33] See figure 7 for a comparison of the percentage of BLM's workforce by race or ethnicity in 2016 and 2021.

**Figure 7: Racial and Ethnic Groups as a Percentage of BLM's Workforce, January 2016 and January 2021**



January 2016

Hispanic or Latino **8.17%**
Black or African American **3.35%**
White **83.11%**
American Indian or Alaska Native **2.95%**
Asian **1.76%**
Native Hawaiian or Pacific Islander **0.43%**
Two or more races or none specified **0.23%**

January 2021

Hispanic or Latino **9.47%**
Black or African American **3.12%**
White **80.78%**
American Indian or Alaska Native **3.07%**
Asian **2.07%**
Native Hawaiian or Pacific Islander **0.35%**
Two or more races or none specified **1.15%**

Source: GAO analysis of Bureau of Land Management (BLM) data. | GAO-22-104247

Note: Race and ethnicity data reflect self-identification by BLM staff. Percentages may not add to 100 due to rounding.

[33]Data on race and ethnicity are based on self-identification by BLM staff and include permanent and temporary positions.

By January 2021, total representation for certain races and ethnicities increased, while others decreased since January 2016. For example, the representation of Hispanics or Latinos increased by about 17 percent, Asians by about 18 percent, and American Indians or Alaska Natives by about 5 percent. In contrast, representation of Blacks or African Americans decreased by about 6 percent, Native Hawaiians or Pacific Islanders by about 18 percent, and Whites by about 2 percent. See table 1 for changes in BLM's workforce by race or ethnicity.

**Table 1: Bureau of Land Management Workforce Changes, by Race or Ethnicity, January 2016–January 2021**

| Racial or ethnic group | Jan. 2016 | Jan. 2017 | Jan. 2018 | Jan. 2019 | Jan. 2020 | Jan. 2021 | Change, Jan. 2016–Jan. 2021 Number | Change, Jan. 2016–Jan. 2021 Percentage |
|---|---|---|---|---|---|---|---|---|
| Asian | 161 | 178 | 192 | 199 | 195 | 190 | +29 | +18.01 |
| Hispanic or Latino | 746 | 760 | 778 | 814 | 832 | 871 | +125 | +16.76 |
| American Indian or Alaska Native | 269 | 272 | 278 | 288 | 284 | 282 | +13 | +4.83 |
| White | 7,589 | 7,650 | 7,609 | 7,633 | 7,459 | 7,429 | -160 | -2.11 |
| Black or African American | 306 | 336 | 332 | 332 | 302 | 287 | -19 | -6.21 |
| Native Hawaiian or Pacific Islander | 39 | 39 | 34 | 30 | 32 | 32 | -7 | -17.95 |
| **Total workforce**[a] | **9,131** | **9,273** | **9,279** | **9,376** | **9,201** | **9,197** | | |

Source: Bureau of Land Management (BLM) | GAO-22-104247

Note: Data on race and ethnicity are based on self-identification by BLM staff.

[a]Total workforce also includes staff that identified as "two or more races" or as "none specified." Each of these categories accounted for less than 1 percent of BLM's total workforce.

BLM's state offices saw an overall increase in the representation of non-White racial or ethnic groups since 2016, while some of the largest decreases occurred in its headquarters office during the relocation of the agency's headquarters from Washington, D.C., to western state offices.

- In July 2019, when the relocation was announced, Black or African American headquarters staff made up 21 percent of total headquarters staff (116 of 541) and 35 percent of the agency's total Black or African American workforce (116 of 329). By January 2021, after the relocation was completed, the number of Black or African American headquarters staff decreased by more than half, making up 12 percent of total headquarters staff (55 of 443) and 19 percent of the total Black or African American workforce (55 of 287).

- The number and representation of Asian headquarters staff saw a similar decline. From July 2019 to January 2021, the number of Asian staff in headquarters positions decreased by more than half, from 3

percent of total headquarters staff (17 of 541) to less than 2 percent (8 of 443).

- Comparatively, while the numbers of White headquarters staff decreased since the relocation, their representation among total headquarters staff increased. From July 2016 to January 2021, the percentage of White staff in headquarters positions increased from about 67 percent (361 of 541) to 74 percent (328 of 443).

# BLM Does Not Have a Strategic Workforce Plan that Aligns Its Workforce with Its Mission and Programmatic Goals

We found that BLM does not have a strategic workforce plan that supports its mission and programmatic goals, even as it experienced the significant workforce changes described above—a loss of headquarters staff, increased numbers of headquarters vacancies, a loss of experienced staff, and decreased representation of employees of some races and ethnicities. BLM officials told us in December 2020 that their mechanism for strategic workforce planning is Instruction Memorandum 2019-042.[34] However, this memorandum, described in further detail below, does not constitute a strategic workforce plan because it generally does not address either of the two critical needs that define strategic workforce planning: (1) aligning the agency's human capital program with emerging mission goals, and (2) developing long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals.[35]

BLM issued Instruction Memorandum 2019-042 in August 2019, shortly after it announced its headquarters relocation. The memorandum directs BLM's state and headquarters offices to review their operations and organizational structure according to certain criteria, such as

- seeking opportunities to reduce administrative redundancies,

- devoting a greater share of their budgets to the field, and

- sharing resources more effectively.

---

[34]Bureau of Land Management, Deputy Director of Operations, *Updating and Standardizing BLM Tables of Organization*.

[35]GAO-04-39. The definition of strategic workforce planning is planning that addresses (1) aligning an organization's human capital program with its current and emerging mission and programmatic goals, and (2) developing long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals.

According to the memorandum, state offices are also to compare the pay grades of their staff with a "functional chart of a typical BLM state organization" and justify any variance from the pay grades in the typical structure.[36] After the offices complete their reviews, they are to submit detailed organizational charts known as tables of organization for approval by the Deputy Director of Operations. According to agency officials, as of May 2021, all offices had completed these reviews and received approval for their tables of organization. The memorandum also directs that there will be at least annual updates to ensure the offices' tables of organization remain current.

We found the memorandum does not constitute a strategic workforce plan because it does not address aligning the agency's human capital program with emerging mission goals or include strategies for acquiring, developing, or retaining staff. We have also previously reported that, as part of strategic workforce planning, information on attrition rates, projected retirement rates, and demographic trends can be useful,[37] and the memorandum does not address these topics.[38] One BLM staff member we interviewed told us that, in their view, reviews called for in the memorandum were not about workforce planning, but they were rather about ensuring tables of organization accurately reflected position relocations as part of the bureau's move west.

Other agencies have used strategic workforce planning to ensure that their human capital program capitalizes on their workforce's strengths and addresses challenges in a manner that is clearly linked to achieving the agency's mission and goals. For example, in December 2003 we reported on strategic workforce planning by a research institute in the National Institutes of Health.[39] We found that, as the institute developed new

---

[36]Offices are also to reduce organizational barriers to citizen service, return decision-making to line officers, and ensure their tables of organization reflect the positions that were reallocated from headquarters to state offices as a part of the agency's 2019 changes in organizational structure.

[37]In addition, under Executive Order 14035, issued on June 25, 2021, agencies are to, (1) assess the current state of diversity, equity, inclusion, and accessibility in their workforces within 100 days after the issuance of the order; and (2) develop and submit strategic plans to remove any potential barriers to diversity, equity, inclusion, and accessibility in the workforce. Exec. Order No. 14035, *Diversity, Equity, Inclusion, and Accessibility in the Federal Workforce,* 86 Fed. Reg. 34593 (June 30, 2021) (issued June 25, 2021).

[38]GAO-04-39.

[39]GAO-04-39.

strategic goals, it identified the scientific and research capability it needed to fulfill these goals, and scientists discussed what skills were needed and how to acquire or develop these skills to achieve the institute's goals.

In May 2021, Interior announced it was reviewing the relocation of the BLM headquarters and the associated relocations of headquarters staff across the west.[40] According to the announcement, the review was focused on understanding the impacts of the relocations on BLM operations and employees, assessing the impact of the significant loss of experience, and identifying needed actions to improve bureau capacity. This review could provide valuable insights into the effects of the relocation and help inform agency plans for the restoration of its national headquarters in Washington, D.C. However, without a strategic workforce plan that addresses the significant workforce changes the agency has experienced in recent years, BLM lacks reasonable assurance that it will have the workforce necessary to achieve its mission and goals in managing millions of acres of public lands and associated natural, cultural, and historic resources.

## Conclusions

BLM depends on a workforce of about 8,800 permanent staff to help achieve mission and programmatic goals such as managing energy development on public lands. After 2016, BLM made substantial changes to its organizational structure, which also affected its workforce composition, including through loss of headquarters staff, increased numbers of headquarters vacancies, loss of experienced staff, and decreased representation of employees of some races and ethnicities. Increased vacancies, and the details used to temporarily fill those vacancies, sometimes led to confusion and inefficiency, according to staff members we interviewed. Further, the Secretary of the Interior has announced plans for additional organizational changes that would restore the national headquarters in Washington, D.C., and make the Grand Junction headquarters a Western headquarters. However, BLM does not have complete and reliable data on vacancies and details, and, therefore, does not have a complete picture of its staffing needs. Without such data on vacancies and details across the agency, BLM officials do not have complete information to make decisions about filling vacancies and initiating details to help the agency achieve its mission and goals. BLM also made these significant changes to its organizational structure without a strategic workforce plan addressing the two critical needs that define

---

[40]Bureau of Land Management, *Bureau Highlights*. Accessed July 15, 2021. https://www.doi.gov/sites/doi.gov/files/fy2022-bib-bh007.pdf.

strategic workforce planning: (1) aligning the agency's human capital program with emerging mission goals, and (2) developing long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals. Without developing a strategic workforce plan that addresses these needs, BLM lacks reasonable assurance that it will have the workforce necessary to achieve its mission and goals.

## Recommendations for Executive Action

We are making the following two recommendations to BLM:

The Director of BLM should track data on vacancies and the use of details for all offices. (Recommendation 1)

The Director of BLM should develop an agency-wide strategic workforce plan that aligns the agency's human capital program with emerging mission goals and includes long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals. (Recommendation 2)

## Agency Comments

We provided a draft of this report to the Department of the Interior for review and comment. In its comments, reproduced in appendix II, Interior concurred with our recommendations. According to their letter, BLM intends to establish a more standardized process to track vacancies and details bureau-wide, and the agency is currently developing a process for bureau-wide strategic workforce planning. The target date for these actions is June 30, 2022. Interior also provided technical comments, which we incorporated as appropriate.

As agreed with your office, unless you publicly announce the contents of this report earlier, we plan no further distribution until 30 days from the report date. At that time, we will send copies to the appropriate congressional committees, the Secretary of the Interior, and other interested parties. In addition, the report will be available at no charge on the GAO website at https://www.gao.gov.

If you or your staff have any questions about this report, please contact me at (202) 512-3841 or ruscof@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made key contributions to this report are listed in appendix III.

Sincerely yours,

Frank Rusco
Director
Natural Resources and Environment

# Appendix I: Organizational Changes to the Bureau of Land Management's Headquarters Divisions

After 2016, the Bureau of Land Management (BLM) headquarters offices experienced the largest structural changes of any of the bureau's offices. BLM's headquarters offices are currently organized into the Office of the Director and five directorates, each of which contains multiple divisions that carry out specific functions.[1] The functions of BLM's Office of the Director and its headquarters directorates, including the major changes to the divisions within each directorate since 2016, are summarized below. (See fig. 8 for a comparison of BLM's headquarters structure in 2016 and in 2021.)

---

[1]BLM's national office also includes the Office of Fire and Aviation and the National Operations Center, which report to the Office of the Director through the Deputy Director for Operations. The National Operations Center provides a suite of professional services to support BLM and it provides expertise in financial management, human resources, information management and technology, and land and natural resources management. The Office of Fire and Aviation is responsible for developing policies and standards for firefighting safety, training, prevention and mitigation, among other things. It operates as a directorate under its own organization code.

**Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions**

**Figure 8: Comparison of BLM Headquarters Offices, 2016 and 2021**

Reports to | Change | Directorate gained divisions | Directorate lost divisions

Source: GAO analysis of Bureau of Land Management (BLM) data. | GAO-22-104247

Note: All relocated or merged divisions occurred within BLM's Headquarters Office with the exception of the relocation of three Information Technology divisions from the Directorate of Business, Fiscal, and Information Resources to the National Operations Center.

## The Office of the Director

The Office of the Director currently consists of the Director's Staff, the Office of Law Enforcement and Security, and the Office of Civil Rights. The Director's Staff provides overall national direction and leadership for BLM. The Office of Law Enforcement and Security supports the agency's mission through the enforcement of federal laws and regulations related to the use, management, and development of public lands and resources. The Office of Civil Rights is responsible for the administration of BLM's

**Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions**

civil rights program, and it provides policy and guidance on implementation of civil rights requirements, including equal employment opportunity programs.

In September 2019, BLM relocated the Office of Civil Rights from the Human Capital Management Directorate to the Office of the Director. See figure 9 for a comparison of the Office of the Director's functions in January 2016 and January 2021.

**Figure 9: Changes in Organization of BLM's Office of the Director, 2016 and 2021**



Source: GAO analysis of Bureau of Land Management (BLM) documents.  |  GAO-22-104247

## Directorate of Resources and Planning

The Directorate of Resources and Planning develops regulation and policy and provides technical guidance related to natural resource laws such as the National Environmental Policy Act, the Endangered Species Act, and the Taylor Grazing Act. The directorate also provides budget formulation and program oversight for many of BLM's natural resource programs, including programs related to land use planning, livestock grazing, forestry and timber, wildlife and aquatic habitat, hazardous and abandoned mine lands, and wild horses and burros.

In 2019, BLM merged most the functions of its Environmental Quality and Protection division into other divisions within its Directorate of Resources and Planning, removing the division from its organizational structure. Most of the functions were merged with the former of Fish and Wildlife Conservation division, creating a new Wildlife Conservation, Aquatics, and Environmental Protection division, while some limited functions were incorporated into the Forest, Range, and Vegetation Resources division. Additionally, BLM reorganized its riparian program from the former Forest, Rangeland, Riparian, and Plant Conservation division to this new division. In September 2019, BLM relocated the directorate's Cultural, Paleontological Resources, and Tribal Consultation division and its

Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions

Recreation and Visitor Services division to the Directorate of National Conservation Lands and Community Partnerships. See figure 10 for a comparison of the directorate's divisions in January 2016 and January 2021.

**Figure 10: Changes in Organization of BLM's Directorate of Resources and Planning, 2016 and 2021**



Source: GAO analysis of Bureau of Land Management (BLM) documents.  |  GAO-22-104247

## Directorate of Energy, Minerals, and Realty Management

The Directorate of Energy, Minerals, and Realty Management is responsible for the development, implementation, and monitoring of legislation, regulations, policies, and technical guidance related to energy and minerals on BLM-managed lands. Its three divisions primarily consist of subject matter experts and support staff.

The Fluid Minerals division provides oversight and guidance for the oil and gas program. The Solid Minerals division provides oversight and guidance for the Coal, Mining Law, Non-Energy Leasable, and Salable Minerals programs. The Lands, Resources, and Cadastral Survey division provides oversight and guidance on actions connected to the processing of land exchanges, withdrawals, rights of way (including those for solar and wind projects), transmission and pipelines, and communications sites.

Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions

The structure of this directorate has remained unchanged since 2016. See figure 11 for a comparison of the directorate's divisions in January 2016 and January 2021.

**Figure 11: Changes in Organization of BLM's Directorate of Energy, Minerals, and Realty, 2016 and 2021**



| January 2016 | January 2021 |
|---|---|
| Directorate of Energy, Minerals, and Realty<br>3 divisions | Directorate of Energy, Minerals, and Realty<br>3 divisions |
| Fluid Minerals | Fluid Minerals |
| Solid Minerals | Solid Minerals |
| Lands, Resources, and Cadastral Survey | Lands, Resources, and Cadastral Survey |

Source: GAO analysis of Bureau of Land Management (BLM) documents.  |  GAO-22-104247

## Directorate of National Conservation Lands and Community Partnerships

The Directorate of National Conservation Lands and Community Partnerships supports the management of about 35 million acres of public lands. It establishes policy and guidance, formulates budgets, and tracks performance for BLM-wide programs on issues such as recreation, environmental and heritage education, and cultural and paleontological resources.

The National Conservation Lands division oversees lands such as national monuments, national conservation areas, national wild and scenic rivers, and national scenic and historic trails. The Education, Cultural and Paleontological Resources division supports education, youth, and paleontological resources and manages more than 28,000 volunteers. The Recreation and Visitor Services division provides guidance and budget formulation for local offices that see about 70 million recreational visitors each year.

In 2020, BLM reorganized its Cultural, Paleontological Resources and Tribal Consultation division and its Recreation and Visitor Services division to this directorate from its Directorate of Resources and Planning. As part of this reorganization, BLM merged the functions of the Cultural, Paleontological Resources, and Tribal Consultation division with its former Education, Interpretation, and Partnerships division to create the current Education, Cultural, and Paleontological Resources division. See figure 12 for a comparison of the directorate's divisions between January 2016 and January 2021.

Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions

**Figure 12: Changes in Organization of BLM's Directorate of National Conservation Lands and Community Partnerships, 2016 and 2021**



| January 2016 | January 2021 |
|---|---|
| **Directorate of National Conservation Lands and Community Partnerships** 2 divisions | **Directorate of National Conservation Lands and Community Partnerships** 3 divisions |
| National Conservation Lands | National Conservation Lands |
| Education, Interpretation, and Partnerships | **Education, Cultural, and Paleontological Resources** Reorganization of the Education, Interpretation, and Partnerships division and the Cultural, Paleontological, and Tribal Consultation division from the Directorate of Resources and Planning |
| | **Recreation and Visitor Services** Relocated from the Directorate of Resources and Planning |

Relocated from another directorate      Merged or added functions

Source: GAO analysis of Bureau of Land Management (BLM) documents. | GAO-22-104247

## Directorate of Communications

The Directorate of Communications works to ensure BLM's strategic goals, directions, and communications support and enhance the public's understanding of BLM programs. It also oversees correspondence, responses to Freedom of Information Act requests, and BLM's online and social media functions.

The Public Affairs division manages BLM's public relations by conveying policy to internal and external audiences. The Legislative Affairs Division is responsible for all BLM legislative and congressional matters, including developing and clearing formal written testimony, tracking and analyzing legislation, and responding to inquiries from Congress. The Regulatory Affairs division assists programs with drafting final rules and Federal Register notices, manages BLM's information collection and clearance process, and conducts regulatory analyses of proposed regulations of interest to BLM. The External Affairs division oversees responses to Freedom of Information Act requests, coordinates with state and local officials, handles priority correspondence, and coordinates Federal Advisory Committees and international issues.

In 2016, BLM created the External Affairs division. See figure 13 for a comparison of the directorate's divisions in January 2016 and January 2021.

Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions

**Figure 13: Changes in Organization of BLM's Directorate of Communications, 2016 and 2021**



Source: GAO analysis of Bureau of Land Management (BLM) documents.  |  GAO-22-104247

## Directorate of Business Management and Administration

The Directorate of Business Management and Administration oversees BLM's human capital management. It also provides policy guidance, expertise, and assistance on business, audits and evaluations, and fiscal programs throughout the agency. Such programs address issues, including workforce and strategic planning and analysis, diversity and inclusion, employee engagement, human resources policies and programs, recruitment and retention, employee development and training, safety, occupational health, and emergency management.

BLM created the directorate in October 2020 as a merger of its Directorate of Human Capital Management and Directorate of Business, Fiscal, and Information Resources. Between 2016 and the formation of the current Business Management and Administration directorate, BLM made several changes to these two former directorates. In April 2019, BLM reorganized two divisions within its former Directorate of Business, Fiscal, and Information Resources—the Business Resources division and the Evaluations and Management Services division—into two new divisions—the Business Engineering and Evaluations division and the Acquisitions and Financial Assistance division. In September 2019, BLM relocated its Office of Civil Rights from the Directorate of Human Capital Management to the Office of the Director. In March 2019, BLM reorganized three information technology divisions from the Directorate of Business, Fiscal, and Information resources to the National Operations Center. See figure 14 for a comparison of the directorate's divisions in January 2016 and January 2021.

Appendix I: Organizational Changes to the
Bureau of Land Management's Headquarters
Divisions

**Figure 14: Reorganization of BLM's Directorate of Human Capital Management and Directorate of Business, Fiscal and Information Resources Management into the Directorate of Business Management and Administration, 2016 and 2021**



Source: GAO analysis of Bureau of Land Management (BLM) documents.  |  GAO-22-104247

GAO-22-104247  Bureau of Land Management

# Appendix II: Comments from the Department of the Interior



## United States Department of the Interior

**OFFICE OF THE SECRETARY**
Washington, DC 20240

Frank Rusco
Director, Natural Resources and Environment
U.S. Government Accountability Office
441 G Street, NW
Washington, DC 20548

Dear Mr. Rusco,

Thank you for providing the Department of the Interior (Department) an opportunity to review and comment on the draft Government Accountability Office (GAO) report titled, *Bureau of Land Management: Better Workforce Planning and Data Would Help Mitigate the Effects of Recent Staff Vacancies* (GAO-22-104247). The Bureau of Land Management (BLM) takes seriously its commitment to all aspects of workforce excellence and looks forward to issuance of the final report.

The GAO issued two recommendations to the Department as part of its overall findings. The report contains two recommendations to the BLM. Below is a summary of actions taken or planned to implement the recommendations.

**Recommendation 1:** The Director of BLM should track data on vacancies and the use of details for all offices.

**Response:** Concur. The BLM currently tracks vacancies and detailees at the individual state office level. Moving forward, the BLM intends to establish a more standardized process to track vacancies and detailees bureau-wide, incorporating state/center and directorate information.

**Responsible Official:** Assistant Director, Business Management and Administration

**Target Date:** June 30, 2022

**Recommendation 2:** The Director of BLM should develop an agency-wide strategic workforce plan that aligns the agency's human capital program with emerging mission goals and includes long-term strategies for acquiring, developing, and retaining staff to achieve programmatic goals.

**Response:** Concur. The BLM is currently in the process of developing a process for bureau-wide strategic workforce planning.

1

**Appendix II: Comments from the Department
of the Interior**

**Responsible Official:** Assistant Director, Business Management and Administration

**Target Date:** June 30, 2022

If you should have any questions or need additional information, please contact Barbara Eggers, Assistant Director of Business Management and Administration at beggers@blm.gov or (970) 256-4912.

Sincerely,

Laura Daniel- Digitally signed by Laura
Daniel-Davis
Davis Date: 2021.10.26
14:08:25 -04'00'

Laura Daniel-Davis
Principal Deputy Assistant Secretary,
Land and Minerals Management

2

# Appendix III: GAO Contact and Staff Acknowledgments

| GAO Contact | Frank Rusco at (202) 512-3841 or ruscof@gao.gov |
|---|---|
| Staff Acknowledgments | In addition to the contact named above, Janice Ceperich and Elizabeth Erdmann (Assistant Directors), Marietta Mayfield Revesz (Analyst in Charge), Travis Cady, William Gerard, Cindy Gilbert, Ying Long, Steven Lozano, Cynthia Norris, and Dan Royer made key contributions to this report. |

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through our website. Each weekday afternoon, GAO posts on its website newly released reports, testimony, and correspondence. You can also subscribe to GAO's email updates to receive notification of newly posted products. |
| **Order by Phone** | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's website, https://www.gao.gov/ordering.htm. <br><br> Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537. <br><br> Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| **Connect with GAO** | Connect with GAO on Facebook, Flickr, Twitter, and YouTube. <br> Subscribe to our RSS Feeds or Email Updates. Listen to our Podcasts. <br> Visit GAO on the web at https://www.gao.gov. |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact FraudNet: <br><br> Website: https://www.gao.gov/about/what-gao-does/fraudnet <br><br> Automated answering system: (800) 424-5454 or (202) 512-7700 |
| **Congressional Relations** | A. Nicole Clowers, Managing Director, ClowersA@gao.gov, (202) 512-4400, U.S. Government Accountability Office, 441 G Street NW, Room 7125, Washington, DC 20548 |
| **Public Affairs** | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7149 <br> Washington, DC 20548 |
| **Strategic Planning and External Liaison** | Stephen J. Sanford, Managing Director, spel@gao.gov, (202) 512-4707 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7814, <br> Washington, DC 20548 |



Please Print on Recycled Paper.

# Exhibit L

Case 3:25-cv-03698-SI   Document 440-3   Filed 07/01/26   Page 210 of 361



🇺🇸 An official website of the United States government   Here's how you know



**Rural Development**
U.S. DEPARTMENT OF AGRICULTURE

# USDA Rural Development Announces Actions to Better Serve Rural America

*Rural Development*

**Name:**   press@usda.gov
**Release Date:**   Jun 17, 2026

*Realignment Reinforces Commitment to Rural Communities*

**(Washington, D.C., June 17, 2026)** – Today, the U.S. Department of Agriculture's (USDA) Rural Development Mission Area announced a modernization and restructuring effort to strengthen customer service, improve program accessibility, and enhance support for rural communities across the country. This effort aligns with USDA's broader initiative to modernize operations, increase accountability, and ensure federal resources are positioned where they can deliver the greatest impact.

Rural Development maintains one of the largest field-based presences in the federal government, with more than 3,000 employees serving in over 400 offices throughout rural America. Under this modernization effort, Rural Development will maintain its National Capital Region (NCR) presence to be responsive to Congress, interagency needs, regulatory work, and policy coordination, while relocating select NCR-based positions to St. Louis, Missouri, and Dallas-Fort Worth, Texas. These new locations will serve as operational hubs supporting loan and grant processing, program management, and maintain our mission of serving rural communities.

Case 3:25-cv-03698-SI Document 440-3 Filed 07/01/26 Page 211 of 361

"When rural communities collaborate with USDA they deserve a streamlined experience. With this reorganization, that's exactly what they'll get," said **Deputy Secretary Stephen A. Vaden.** "Realigning Rural Development's reviews, approvals, and servicing structure, together with significant improvements in the agency's IT systems, will help rural America achieve more without government getting in the way."

"Rural Development is, by name and by function, fully focused on the rural communities we serve," said **Todd Lindsey, Acting Under Secretary for Rural Development**. "This reorganization injects new attention to our systems and processes that will eliminate unnecessary layers of bureaucracy, improve our ability to engage with our customers, and conduct responsible oversight of federal investments."

This action follows USDA's July 24, 2025, announcement outlining the Department's intent to reorganize around four pillars: aligning workforce size with available resources, relocating resources closer to customers, eliminating excess management layers, and consolidating support functions. Rural Development's restructuring reflects these priorities and positions the mission area to better meet emerging operational demands while continuing its support for rural America.

## Maintaining Strong Field Presence

Program delivery employees in state and regional offices will not be required to relocate, as they already operate in the rural communities they serve. Field staff will continue to lead constituent engagement, stakeholder outreach, and marketing of RD programs. This structure builds on successful models used by national-level RD programs such as Single-Family Housing Guaranteed Loans, Multi-Family Housing Guaranteed Loans, the Electric Program, and the Telecom Program, where program funds are administered centrally.

## Streamlining Loan and Grant Processing

Rural Development will consolidate loan origination, processing, and servicing functions under one centralized national framework. Current processes has contributed to inconsistent underwriting and costly delays. Centralization will strengthen quality control, reduce delinquency, and

Case 3:25-cv-03698-SI    Document 440-3    Filed 07/01/26    Page 212 of 361

protect taxpayer dollars while ensuring borrowers receive consistent, high-quality service.

## Improving IT Systems

A key component of this modernization is a significant investment in Rural Development's IT infrastructure. USDA is launching the transformation of over 130 loan and grant systems that support farmers, ranchers, and rural communities into one modern platform built for the 21st century. This upgrade will enable customers to submit applications, track cases, access records, and resolve issues online 24/7 without staff intervention. Modernized IT will reduce delays created by outdated systems and enhance consistency and speed across programs.

## Aligning With Executive Orders

In accordance with USDA's broader reorganization effort (https://www.usda.gov/directives/sm-1078-015), this restructuring reflects multiple directives focused on government efficiency, workforce optimization, and improved federal service delivery, including initiatives on cost efficiency, hiring reform, and returning federal operations to in-person work.

Together, these changes strengthen Rural Development's ability to deliver loans, grants, and technical assistance efficiently and effectively—enhancing customer experience, improving program access, and ensuring rural America has a strong and trusted partner in USDA.

###

*USDA is an equal opportunity provider, employer, and lender.*

Exhibit M

*GENERAL PROVISIONS*

The estimates include General Provisions language as follows (new language underscored; deleted matter enclosed in brackets):

**Section 701:** Provides authority for the purchase, replacement, and hire of passenger motor vehicles.

> SEC. 701. The Secretary may use any appropriations made available to the Department of Agriculture in this Act to purchase new passenger motor vehicles, in addition to specific appropriations for this purpose, so long as the total number of vehicles purchased in fiscal year [2023]2024 does not exceed the number of vehicles owned or leased in fiscal year 2018: *Provided*, That, prior to purchasing additional motor vehicles, the Secretary must determine that such vehicles are necessary for transportation safety, to reduce operational costs, and for the protection of life, property, and public safety: *Provided further*, That the Secretary may not increase the Department of Agriculture's fleet above the 2018 level unless the Secretary notifies in writing[, and receives approval from,] the Committees on Appropriations of both Houses of Congress within 30 days of the notification.

*This change* (line 8) provides that the Committees on Appropriations of Congress only be notified in advance of funds being available for obligation. The Department will continue its policy of informing the Congress in sufficient time as required.

**Section 702:** Authorizes the transfer of discretionary, unobligated funds appropriated by this Act or other available unobligated discretionary balances to the Working Capital Fund (WCF) for the purpose of acquiring plant and capital equipment, and for the improvement and implementation of Department financial management, information technology, and other support systems necessary for the delivery of financial, administrative, and information technology services with approval of the Agency Administrator. Amounts transferred under this authority would not be available for obligation until the Committees on Appropriations of Congress are notified. In addition, language allows up to 4 percent of total annual income to the WCF for fiscal year 2023 may be retained in the Fund for fiscal year 2023, to remain available until expended, to be used for the acquisition of plant and capital equipment, and for the improvement and implementation of Department financial management, information technology, and other support systems or to pay any unforeseen, extraordinary cost of the National Finance Center, the amounts reserved are not available for obligation without notification to the Appropriations Committees. Funds available for investment from among the equity accounts of the Department's WCF may be allocated among the activities the WCF supports for any purpose relating to information technology modernization.

> SEC. 702. Notwithstanding any other provision of this Act, the Secretary of Agriculture may transfer unobligated balances of discretionary funds appropriated by this Act or any other available unobligated discretionary balances that are remaining available of the Department of Agriculture to the Working Capital Fund [for the acquisition of]to acquire and improve property,[ plant and] equipment[ and for the improvement, delivery, and implementation of Department financial, and administrative information technology services], and other support systems necessary for the implementation and delivery of financial, administrative, and information technology services, including cloud adoption and migration, of primary benefit to the agencies of the Department of Agriculture, such transferred funds to remain available until expended: *Provided*, That none of the funds made available by this Act or any other Act shall be transferred to the Working Capital Fund without the prior approval of the agency administrator: *Provided further*, That none of the funds transferred to the Working Capital Fund pursuant to this section shall be available for obligation without written notification to[ and the prior approval of] the Committees on Appropriations of both Houses of Congress: *Provided further*, That none of the funds appropriated by this Act or made available to the Department's Working Capital Fund shall be available for obligation or expenditure to make any changes to the Department's National Finance Center without written notification to[ and prior approval of] the Committees on Appropriations of both Houses of Congress[ as required by section 716 of this Act]: *Provided further*, That none of the funds appropriated by this Act or made available to the Department's Working Capital Fund shall be available for obligation or expenditure to initiate, plan,

develop, implement, or make any changes to remove or relocate any systems, missions, personnel, or functions of the offices of the Chief Financial Officer and the Chief Information Officer, co-located with or from the National Finance Center prior to written notification to[ and prior approval of] the Committee on Appropriations of both Houses of Congress[ and in accordance with the requirements of section 716 of this Act]: *Provided further*, That the National Finance Center Information Technology Services Division personnel and data center management responsibilities, and control of any functions, missions, and systems for current and future human resources management and integrated personnel and payroll systems (PPS) and functions provided by the Chief Financial Officer and the Chief Information Officer shall remain in the National Finance Center and under the management responsibility and administrative control of the National Finance Center: *Provided further*, That the Secretary of Agriculture and the offices of the Chief Financial Officer shall actively market to existing and new Departments and other government agencies National Finance Center shared services including, but not limited to, payroll, financial management, and human capital shared services and allow the National Finance Center to perform technology upgrades: *Provided further*, That of annual income amounts in the Working Capital Fund of the Department of Agriculture attributable to the amounts in excess of the true costs of the shared services provided by the National Finance Center and budgeted for the National Finance Center, the Secretary shall reserve not more than 4 percent for the replacement or acquisition of capital equipment, including equipment for the improvement, delivery, and implementation of financial, administrative, and information technology services, and other systems of the National Finance Center or to pay any unforeseen, extraordinary cost of the National Finance Center: *Provided further*, That none of the amounts reserved shall be available for obligation unless the Secretary submits written notification of the obligation to the Committees on Appropriations of both Houses of Congress: *Provided further*, That the limitations on the obligation of funds pending notification to Congressional Committees shall not apply to any obligation that, as determined by the Secretary, is necessary to respond to a declared state of emergency that significantly impacts the operations of the National Finance Center; or to evacuate employees of the National Finance Center to a safe haven to continue operations of the National Finance Center.

*The first, second, third, and fourth changes* (lines 4 and 6) This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

*The fifth change* (line 12) provides that the Committees on Appropriations of Congress only be notified in advance of funds being available for obligation. The Department will continue its policy of informing the Congress in sufficient time as required.

*The sixth change* (line 15) provides that the Committees on Appropriations of Congress only be notified in advance of funds being available for obligation or expenditure for the Department's National Finance Center. The Department will continue its policy of informing the Congress in sufficient time as required.

*The seventh change* (line 16) removes language referencing another general provision which is proposed for removal.

*The eighth change* (line 21) provides that the Committees on Appropriations of Congress only be notified in advance of funds being available for obligation or expenditure to initiate, plan, develop, implement, or make any changes to remove or relocate any systems, missions, personnel, or functions of the offices of the Chief Financial Officer and the Chief Information Officer, co-located with or from the National Finance Center. The Department will continue its policy of informing the Congress in sufficient time as required.

*The nineth change* (line 22) This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner. The Department will continue its policy of informing the Congress in sufficient time of any reprograming plans.

**Section 703:** Provides that no part of any appropriation in this Act shall remain available for obligation beyond the current fiscal year unless otherwise specified.

SEC. 703. No part of any appropriation contained in this Act shall remain available for obligation beyond the current fiscal year unless expressly so provided herein.

**Section 704:** Limits the negotiated indirect cost rates on cooperative agreements between the Department and nonprofit institutions to 10 percent of the value of the agreement.

SEC. 704. No funds appropriated by this Act may be used to pay negotiated indirect cost rates on cooperative agreements or similar arrangements between the United States Department of Agriculture and nonprofit institutions in excess of 10 percent of the total direct cost of the agreement when the purpose of such cooperative arrangements is to carry out programs of mutual interest between the two parties. This does not preclude appropriate payment of indirect costs on grants and contracts with such institutions when such indirect costs are computed on a similar basis for all agencies for which appropriations are provided in this Act.

**Section 705:** Provides that subsidy authority for Rural Development Loan Fund program account, the Rural Electrification and Telecommunication Loans program account and the Rural Housing Insurance Fund program account remain available until expended to cover obligations.

SEC. 705. Appropriations to the Department of Agriculture for the cost of direct and guaranteed loans made available in the current fiscal year shall remain available until expended to disburse obligations made in the current fiscal year for the following accounts: the Rural Development Loan Fund program account, the Rural Electrification and Telecommunication Loans program account, and the Rural Housing Insurance Fund program account.

**Section 706:** Prohibits the use of funds to acquire new information technology systems or significant upgrades, as determined by the Office of the Chief Information Officer (OCIO), without approval of the Chief Information Officer and the concurrence of the Executive Technology Investment Review Board and Committees on Appropriations of both Houses of Congress.

SEC. 706. None of the funds made available to the Department of Agriculture by this Act may be used to acquire new information technology systems or significant upgrades, as determined by the Office of the Chief Information Officer, without the approval of the Chief Information Officer and the concurrence of the Executive Information Technology Investment Review Board: *Provided*, That notwithstanding any other provision of law, none of the funds appropriated or otherwise made available by this Act may be transferred to the Office of the Chief Information Officer without written notification to [and the prior approval] of the Committees on Appropriations of both Houses of Congress: *Provided further*, That notwithstanding section 11319 of title 40, United States Code, none of the funds available to the Department of Agriculture for information technology shall be obligated for projects, contracts, or other agreements over $25,000 prior to receipt of written approval by the Chief Information Officer: *Provided further*, That the Chief Information Officer may authorize an agency to obligate funds without written approval from the Chief Information Officer for projects, contracts, or other agreements up to $250,000 based upon the performance of an agency measured against the performance plan requirements described in the explanatory statement accompanying Public Law 113-235.

*This change* (line 6) provides that the Committees on Appropriations of Congress only be notified in advance of funds being transferred to the Office of the Chief Information Officer.

**Section 707:** Allows funds made available in a fiscal year for the Agricultural Management Assistance Program to remain available until expended to cover obligations made in the same fiscal year but are not available for new obligations.

SEC. 707. Funds made available under section 524(b) of the Federal Crop Insurance Act (7 U.S.C. 1524(b)) in the current fiscal year shall remain available until expended to disburse obligations made in the current fiscal year.

**Section 708:** Continues language to expand eligibility for loans and grants under the Rural Economic Development (RED) Grants program to former RUS borrowers and entities.

> SEC. 708. Notwithstanding any other provision of law, any former Rural Utilities Service borrower that has repaid or prepaid an insured, direct or guaranteed loan under the Rural Electrification Act of 1936, or any not-for-profit utility that is eligible to receive an insured or direct loan under such Act, shall be eligible for assistance under section 313B(a) of such Act in the same manner as a borrower under such Act.

**Section 709:** Allows up to $20 million of unobligated balances from the Farm Service Agency mission area salaries and expenses account to be used for information technology expenses through FY 2025.

> SEC. 709. Except as otherwise specifically provided by law, not more than $20,000,000 in unobligated balances from appropriations made available for salaries and expenses in this Act for the Farm Service Agency shall remain available through September 30, [2024]2025, for information technology expenses.

**Section 710:** Prohibits the use of funds for first-class travel that does not comply with Federal regulations on temporary duty travel allowances.

> SEC. 710. None of the funds appropriated or otherwise made available by this Act may be used for first-class travel by the employees of agencies funded by this Act in contravention of sections 301-10.122 through 301-10.124 of title 41, Code of Federal Regulations.

**Section 711:** Continues language providing the authority to use Commodity Credit Corporation funds provided for certain Farm Bill programs for technical assistance and administrative expenses related to those programs and excludes programs for which indefinite amounts are provided, with regard to the limitations contained in section 11 of the Commodity Credit Corporation Charter Act.

> SEC. 711. In the case of each program established or amended by the Agricultural Act of 2014 (Public Law 113-79) or by a successor to that Act, other than by title I or subtitle A of title III of such Act, or programs for which indefinite amounts were provided in that Act, that is authorized or required to be carried out using funds of the Commodity Credit Corporation—
>
> (1) such funds shall be available for salaries and related administrative expenses, including technical assistance, associated with the implementation of the program, without regard to the limitation on the total amount of allotments and fund transfers contained in section 11 of the Commodity Credit Corporation Charter Act (15 U.S.C. 714i); and
> (2) the use of such funds for such purpose shall not be considered to be a fund transfer or allotment for purposes of applying the limitation on the total amount of allotments and fund transfers contained in such section.

**Section 712:** Provides a spending limit of $2.9 million for activities related to all Federal Advisory Committee Act committees of the Department.

> SEC. 712. Of the funds made available by this Act, not more than $2,900,000 shall be used to cover necessary expenses of activities related to all advisory committees, panels, commissions, and task forces of the Department of Agriculture, except for panels used to comply with negotiated rule makings and panels used to evaluate competitively awarded grants.

**Section 713:** Prohibits a computer network from being established or maintained unless the network blocks the viewing, downloading and exchanging of pornography, except for entities carrying out criminal investigations, prosecution, or adjudication activities.

> [SEC. 713. (a) None of the funds made available in this Act may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography.

(b) Nothing in subsection (a) shall limit the use of funds necessary for any Federal, State, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 714:** Allows the Agricultural Marketing Service to retain unobligated balances until expended for Section 32 purposes, with up to $350 million of balances allowed for direct payments to reestablish farmers' purchasing powers. The total Section 32 spending cap for 2021 is $1.36 billion. Commodity Purchase Services, administrative funds, is to be funded at $38.81 million.

SEC. [714]713. Notwithstanding subsection (b) of section 14222 of Public Law 110-246 (7 U.S.C. 612c-6; in this section referred to as "section 14222"), none of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out a program under section 32 of the Act of August 24, 1935 (7 U.S.C. 612c; in this section referred to as "section 32") in excess of [$1,483,309,000]$1,472,339,000 (exclusive of carryover appropriations from prior fiscal years), as follows: Child Nutrition Programs Entitlement Commodities--$485,000,000; State Option Contracts--$5,000,000; Removal of Defective Commodities--$2,500,000; Administration of section 32 Commodity Purchases--$37,178,000: *Provided*, That, of the total funds made available in the matter preceding this proviso that remain unobligated on October 1, [2023]2024, such unobligated balances shall carryover into fiscal year [2024]2025 and shall remain available until expended for any of the purposes of section 32, except that any such carryover funds used in accordance with clause (3) of section 32 may not exceed $350,000,000 and may not be obligated until the Secretary of Agriculture provides written notification of the expenditures to the Committees on Appropriations of both Houses of Congress at least two weeks in advance: *Provided further*, That, with the exception of any available carryover funds authorized in any prior appropriations Act to be used for the purposes of clause (3) of section 32, none of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries or expenses of any employee of the Department of Agriculture to carry out clause (3) of section 32.

**Section 715:** Prohibits the use of funds to pay the salaries and expenses of personnel who prepare or submit appropriations language to Congress that assumes revenues or reflects a reduction from the previous year due to user fee proposals that have not been enacted into law prior to the budget submission.

[SEC. 715. None of the funds appropriated by this or any other Act shall be used to pay the salaries and expenses of personnel who prepare or submit appropriations language as part of the President's budget submission to the Congress for programs under the jurisdiction of the Appropriations Subcommittees on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies that assumes revenues or reflects a reduction from the previous year due to user fees proposals that have not been enacted into law prior to the submission of the budget unless such budget submission identifies which additional spending reductions should occur in the event the user fees proposals are not enacted prior to the date of the convening of a committee of conference for the fiscal year 2024 appropriations Act.]

*This change* deletes the entire language. The 2024 budget includes appropriation request for funds under current law.

**Section 716:** Requires written notification to and approval from Congress 30 days in advance of reprogramming of funds, interchanges, new Greenbook charges, or Economy Act ("reimbursable") agreements under certain circumstances; for actions that increase or decrease funding for a major capital investment, realign or reorganize an entity involving five or more employees; contracts out or privatizes any functions currently performed by federal employees; or for carrying out activities not described in the budget request.

[SEC. 716.

(a) None of the funds provided by this Act, or provided by previous appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury derived by the collection of fees available to the agencies funded by this Act, shall be available for obligation or expenditure through a reprogramming, transfer of funds, or reimbursements as authorized by the Economy Act, or in the case of the Department of Agriculture, through use of the authority provided by section 702(b) of the Department of Agriculture Organic Act of 1944 (7 U.S.C. 2257) or section 8 of Public Law 89-106 (7 U.S.C. 2263), that—

    (1) creates new programs;

    (2) eliminates a program, project, or activity;

    (3) increases funds or personnel by any means for any project or activity for which funds have been denied or restricted;

    (4) relocates an office or employees;

    (5) reorganizes offices, programs, or activities; or

    (6) contracts out or privatizes any functions or activities presently performed by Federal employees;

unless the Secretary of Agriculture or the Secretary of Health and Human Services (as the case may be) notifies in writing and receives approval from the Committees on Appropriations of both Houses of Congress at least 30 days in advance of the reprogramming of such funds or the use of such authority.

(b) None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury derived by the collection of fees available to the agencies funded by this Act, shall be available for obligation or expenditure for activities, programs, or projects through a reprogramming or use of the authorities referred to in subsection (a) involving funds in excess of $500,000 or 10 percent, whichever is less, that—

    (1) augments existing programs, projects, or activities;

    (2) reduces by 10 percent funding for any existing program, project, or activity, or numbers of personnel by 10 percent as approved by Congress; or

    (3) results from any general savings from a reduction in personnel which would result in a change in existing programs, activities, or projects as approved by Congress;

unless the Secretary of Agriculture or the Secretary of Health and Human Services (as the case may be) notifies in writing and receives approval from the Committees on Appropriations of both Houses of Congress at least 30 days in advance of the reprogramming or transfer of such funds or the use of such authority.

(a) The Secretary of Agriculture or the Secretary of Health and Human Services shall notify in writing and receive approval from the Committees on Appropriations of both Houses of Congress before implementing any program or activity not carried out during the previous fiscal year unless the program or activity is funded by this Act or specifically funded by any other Act.

(b) None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury derived by the collection of fees available to the agencies funded by this Act, shall be available for—

    (1) modifying major capital investments funding levels, including information technology systems, that involves increasing or decreasing funds in the current fiscal year for the individual investment in excess of $500,000 or 10 percent of the total cost, whichever is less;

    (2) realigning or reorganizing new, current, or vacant positions or agency activities or functions to establish a center, office, branch, or similar entity with ten or more personnel; or

    (3) carrying out activities or functions that were not described in the budget request;

unless the agencies funded by this Act notify, in writing, the Committees on Appropriations of both Houses of Congress at least 30 days in advance of using the funds for these purposes.

(c)    As described in this section, no funds may be used for any activities unless the Secretary of Agriculture or the Secretary of Health and Human Services receives from the Committee on Appropriations of both Houses of Congress written or electronic mail confirmation of receipt of the notification as required in this section.]

*This change deletes* the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner. The Department will continue its policy of informing the Congress in sufficient time of any reprograming plans.

**Section 717:** Allows the Secretary to assess a one-time fee for any guaranteed business and industry loan of up to 3 percent of the guaranteed principal portion of the loan.

SEC. [717]714. Notwithstanding section 310B(g)(5) of the Consolidated Farm and Rural Development Act (7 U.S.C. 1932(g)(5)), the Secretary may assess a one-time fee for any guaranteed business and industry loan in an amount that does not exceed 3 percent of the guaranteed principal portion of the loan.

**Section 718:** Prohibits the use of USDA funds to transmit or otherwise make available to any non-USDA employee reports, questions, or responses to questions requested for the appropriations hearing process.

[SEC. 718. None of the funds appropriated or otherwise made available to the Department of Agriculture, the Food and Drug Administration or the Farm Credit Administration shall be used to transmit or otherwise make available reports, questions, or responses to questions that are a result of information requested for the appropriations hearing process to any non-Department of Agriculture, non-Department of Health and Human Services, or non-Farm Credit Administration employee.]

*This change* deletes the entire language. This is requested to permit the Executive Branch to carry out programs in the most efficient manner.

**Section 719:** Prohibits the use of appropriated funds to produce any prepackaged news story intended for broadcast or distribution in the United States unless the story includes a clear notification within the text or audio that indicates that the prepackaged story was prepared or funded by the Department of Agriculture.

[SEC. 719. Unless otherwise authorized by existing law, none of the funds provided in this Act, may be used by an executive branch agency to produce any prepackaged news story intended for broadcast or distribution in the United States unless the story includes a clear notification within the text or audio of the prepackaged news story that the prepackaged news story was prepared or funded by that executive branch agency.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out programs in the most efficient and effective manner.

**Section 720:** Requires reimbursements for USDA employees detailed for more than 60 days in a fiscal year.

[SEC. 720. No employee of the Department of Agriculture may be detailed or assigned from an agency or office funded by this Act or any other Act to any other agency or office of the Department for more than 60 days in a fiscal year unless the individual's employing agency or office is fully reimbursed by the receiving agency or office for the salary and expenses of the employee for the period of assignment.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out programs in the most efficient and effective manner.

**Section 721:** Requires a spending plan by program, project, and activity no later than 30 days after enactment for all funds, including appropriated user fees.

[SEC. 721. Not later than 30 days after the date of enactment of this Act, the Secretary of Agriculture, the Commissioner of the Food and Drug Administration and the Chairman of the Farm Credit Administration shall submit to the Committees on Appropriations of both Houses of Congress a detailed spending plan by

program, project, and activity for all the funds made available under this Act including appropriated user fees, as defined in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out programs in the most efficient and effective manner.

**Section 722:** Restricts funding for the Food and Drug Administration from creating any rule or taking action concerning drugs or biological products being distributed electronically if it is subject to section 503(b)(1) of the Federal Food, Drug, and Cosmetic Act.

> [SEC. 722. None of the funds made available by this Act may be used to propose, promulgate, or implement any rule, or take any other action with respect to, allowing or requiring information intended for a prescribing health care professional, in the case of a drug or biological product subject to section 503(b)(1) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 353(b)(1)), to be distributed to such professional electronically (in lieu of in paper form) unless and until a Federal law is enacted to allow or require such distribution.]

*This change* deletes the entire language.

**Section 723:** Continues to exclude incarcerated prison populations for the purposes of determining program eligibility or level of program assistance for Rural Development Programs.

> SEC. [723]715. For the purposes of determining eligibility or level of program assistance for Rural [Development]Housing Service programs the Secretary shall not include incarcerated prison populations.

*This change* revises the available agency for language. This provision is included in the 2018 Farm Bill for Rural Utilities and Rural Business programs but not Rural Housing programs.

**Section 724:** Allows the Secretary to increase the program level by not more than 25 percent for loans and loan guarantees that do not require budget authority. Prior to implementing the increase, the Secretary is required to provide written notification at least 15 days in advance.

> SEC. [724]716. For loans and loan guarantees that do not require budget authority and the program level has been established in this Act, the Secretary of Agriculture may increase the program level for such loans and loan guarantees by not more than 25 percent: *Provided*, That prior to the Secretary implementing such an increase, the Secretary notifies, in writing, the Committees on Appropriations of both Houses of Congress at least 15 days in advance.

**Section 725:** Limits the use of refunds or rebates from credit card purchases to the acquisition of plant and capital equipment, and for the improvement and implementation of Department financial management, information technology, and other support systems and requires advanced congressional notification.

> SEC. [725]717. None of the credit card refunds or rebates transferred to the Working Capital Fund pursuant to section 729 of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2002 (7 U.S.C. 2235a; Public Law 107-76) shall be available for obligation without written notification to[, and the prior approval of,] the Committees on Appropriations of both Houses of Congress: *Provided*, That the refunds or rebates so transferred shall be available [for obligation only for the acquisition of]to acquire and improve property, [plant and] equipment[, including equipment for the improvement, delivery, and implementation of Departmental financial management, information technology], and other support systems necessary for the implementation and delivery of financial, administrative, and information technology services, including cloud adoption and migration, of primary benefit to the agencies of the Department of Agriculture.

*The first change (line 4)* provides that the Committees on Appropriations of Congress only be notified in advance of funds being available for obligation. The Department will continue its policy of informing the Congress in sufficient time as required.

*The second, third, and fourth change* (lines 5 - 6) provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 726:** Prohibits FNS from implementing and executing final food stocking requirements at approved SNAP retailers until the Secretary amends the definition of the term "variety" to increase the number of acceptable, qualifying items in each staple food category beyond the number and "variety" currently included in the final rule published on December 15, 2016. Until such time, FNS shall apply the requirements regarding acceptable varieties and breadth of stock to SNAP retailers that were in effect on the day before the date of the enactment of the Agricultural Act of 2014.

> [SEC. 726. None of the funds made available by this Act may be used to implement, administer, or enforce the "variety" requirements of the final rule entitled "Enhancing Retailer Standards in the Supplemental Nutrition Assistance Program (SNAP)" published by the Department of Agriculture in the Federal Register on December 15, 2016 (81 Fed. Reg. 90675) until the Secretary of Agriculture amends the definition of the term "variety" as defined in section 278.1(b)(1)(ii)(C) of title 7, Code of Federal Regulations, and "variety" as applied in the definition of the term "staple food" as defined in section 271.2 of title 7, Code of Federal Regulations, to increase the number of items that qualify as acceptable varieties in each staple food category so that the total number of such items in each staple food category exceeds the number of such items in each staple food category included in the final rule as published on December 15, 2016: *Provided*, That until the Secretary promulgates such regulatory amendments, the Secretary shall apply the requirements regarding acceptable varieties and breadth of stock to Supplemental Nutrition Assistance Program retailers that were in effect on the day before the date of the enactment of the Agricultural Act of 2014 (Public Law 113-79).]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 727:** Allows the section 502 single family housing guaranteed loan program similar to FHA and VA home loan guarantees, allowing lenders to issue loan guarantees on behalf of the Federal government.

> SEC. [727]718. In carrying out subsection (h) of section 502 of the Housing Act of 1949 (42 U.S.C. 1472), the Secretary of Agriculture shall have the same authority with respect to loans guaranteed under such section and eligible lenders for such loans as the Secretary has under subsections (h) and (j) of section 538 of such Act (42 U.S.C. 1490p-2) with respect to loans guaranteed under such section 538 and eligible lenders for such loans.

**Section 728:** Restricts usage of funds to propose, finalize, or implement any regulation which disseminates a new user fee pursuant to 31 U.S.C. 9701.

> [SEC. 728. None of the funds appropriated or otherwise made available by this Act shall be available for the United States Department of Agriculture to propose, finalize or implement any regulation that would promulgate new user fees pursuant to 31 U.S.C. 9701 after the date of the enactment of this Act.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 729:** Cancels $315 million of unobligated balances in the WIC Program.

> [SEC. 729. Of the unobligated balances from amounts made available for the supplemental nutrition program as authorized by section 17 of the Child Nutrition Act of 1966 (42 U.S.C. 1786), $315,000,000 are hereby rescinded: *Provided*, That no amounts may be rescinded from amounts that were designated by the

Congress as an emergency requirement pursuant to a Concurrent Resolution on the Budget or the Balanced Budget and Emergency Deficit Control Act of 1985.]

*This change* deletes the entire language. This is a one-time provision.

**Section 730:** Continues language that allows the Secretary to charge and retain such funds received as available until expended for inspections occurring outside of approved inspection shifts or on Federal holidays.

SEC. [730]719. Notwithstanding any provision of law that regulates the calculation and payment of overtime and holiday pay for FSIS inspectors, the Secretary may charge establishments subject to the inspection requirements of the Poultry Products Inspection Act, 21 U.S.C. 451 et seq., the Federal Meat Inspection Act, 21 U.S.C. 601 et seq, and the Egg Products Inspection Act, 21 U.S.C. 1031 et seq., for the cost of inspection services provided outside of an establishment's approved inspection shifts, and for inspection services provided on Federal holidays: *Provided*, That any sums charged pursuant to this paragraph shall be deemed as overtime pay or holiday pay under section 1001(d) of the American Rescue Plan Act of 2021 (Public Law 117-2, 135 Stat. 242): *Provided further*, That sums received by the Secretary under this paragraph shall, in addition to other available funds, remain available until expended to the Secretary without further appropriation for the purpose of funding all costs associated with FSIS inspections.

**Section 731:** Requires establishment of a prioritization process for APHIS to conduct audits or reviews of countries or regions that have received animal health status recognitions to export animals or animal products to the U.S. This process shall be applied consistent with obligations under international trade agreements.

[SEC. 731. (a) The Secretary of Agriculture shall—

(1) conduct audits in a manner that evaluates the following factors in the country or region being audited, as applicable—
   (A)   veterinary control and oversight;
   (B)   disease history and vaccination practices;
   (C)   livestock demographics and traceability;
   (D)   epidemiological separation from potential sources of infection;
   (E)   surveillance practices;
   (F)   diagnostic laboratory capabilities; and
   (G)   emergency preparedness and response; and
(2) promptly make publicly available the final reports of any audits or reviews conducted pursuant to subsection (1).
 (b) This section shall be applied in a manner consistent with United States obligations under its international trade agreements.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 732:** Includes language providing priority to the definition of rural areas as defined in the Consolidated Farm and Rural Development Act for Water and Waste Disposal facilities.

[SEC. 732. In this fiscal year and thereafter, and notwithstanding any other provision of law, none of the funds made available by this Act may be used to implement section 3.7(f) of the Farm Credit Act of 1971 in a manner inconsistent with section 343(a)(13) of the Consolidated Farm and Rural Development Act.]

*This change* deletes the entire language. The provision is no longer needed as it was made a hereafter provision in 2023.

**Section 733:** Prevents APHIS from conducting activities or incurring expenses related to issuance or renewal of licenses to class B dealers who sell dogs and cats for use in research, experiments, teaching, or testing.

[SEC. 733. In this fiscal year and thereafter, and notwithstanding any other provision of law, none of the funds made available by this Act may be used to carry out any activities or incur any expense related to the issuance of licenses under section 3 of the Animal Welfare Act (7 U.S.C. 2133), or the renewal of such licenses, to class B dealers who sell Random Source dogs and cats for use in research, experiments, teaching, or testing.]

*This change* deletes the entire language. The provision is no longer needed as it was made a hereafter provision in 2023.

**Section 734:** Prohibits funding a public water or wastewater system unless all iron and steel products used in the project are produced in the United States. The Secretary may waive this requirement under certain conditions.

[SEC. 734. (a)

(1) No Federal funds made available for this fiscal year for the rural water, waste water, waste disposal, and solid waste management programs authorized by sections 306, 306A, 306C, 306D, 306E, and 310B of the Consolidated Farm and Rural Development Act (7 U.S.C. 1926 et seq.) shall be used for a project for the construction, alteration, maintenance, or repair of a public water or wastewater system unless all of the iron and steel products used in the project are produced in the United States.

(2) In this section, the term "iron and steel products" means the following products made primarily of iron or steel: lined or unlined pipes and fittings, manhole covers and other municipal castings, hydrants, tanks, flanges, pipe clamps and restraints, valves, structural steel, reinforced precast concrete, and construction materials.

(b) Subsection (a) shall not apply in any case or category of cases in which the Secretary of Agriculture (in this section referred to as the "Secretary") or the designee of the Secretary finds that—

(1) applying subsection (a) would be inconsistent with the public interest;

(2) iron and steel products are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

(3) inclusion of iron and steel products produced in the United States will increase the cost of the overall project by more than 25 percent.

(c) If the Secretary or the designee receives a request for a waiver under this section, the Secretary or the designee shall make available to the public on an informal basis a copy of the request and information available to the Secretary or the designee concerning the request, and shall allow for informal public input on the request for at least 15 days prior to making a finding based on the request. The Secretary or the designee shall make the request and accompanying information available by electronic means, including on the official public Internet Web site of the Department.

(d) This section shall be applied in a manner consistent with United States obligations under international agreements.

(e) The Secretary may retain up to 0.25 percent of the funds appropriated in this Act for "Rural Utilities Service--Rural Water and Waste Disposal Program Account" for carrying out the provisions described in subsection (a)(1) for management and oversight of the requirements of this section.

(f) Subsection (a) shall not apply with respect to a project for which the engineering plans and specifications include use of iron and steel products otherwise prohibited by such subsection if the plans and specifications have received required approvals from State agencies prior to the date of enactment of this Act.

(g) For purposes of this section, the terms "United States" and "State" shall include each of the several States, the District of Columbia, and each Federally recognized Indian Tribe.]

*This change deletes* the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

37-11

**Section 735:** Prohibits the use of funds to influence Congressional action on legislation or appropriation matters other than to communicate with Members or officials of Congress as authorized by law.

> [SEC. 735. None of the funds appropriated by this Act may be used in any way, directly or indirectly, to influence congressional action on any legislation or appropriation matters pending before Congress, other than to communicate to Members of Congress as described in 18 U.S.C. 1913.]

*This change deletes* the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 736:** Requires that at least 10 percent of the direct loans and grants for various Rural Development Programs be allocated for assistance in persistent poverty counties (counties that have 20 percent or more of its population living in poverty over the past 30 years, as measured by the 1990 and 2000 decennial censuses and the 2007-2011 American Community Survey 5-year average, or any territory or possession of the U.S.), including those counties with county seats having populations within 110 percent of the authorized population limit.

> [SEC. 736. Of the total amounts made available by this Act for direct loans and grants under the following headings: "Rural Housing Service--Rural Housing Insurance Fund Program Account"; "Rural Housing Service--Mutual and Self-Help Housing Grants"; "Rural Housing Service--Rural Housing Assistance Grants"; "Rural Housing Service--Rural Community Facilities Program Account"; "Rural Business-Cooperative Service--Rural Business Program Account"; "Rural Business-Cooperative Service--Rural Economic Development Loans Program Account"; "Rural Business-Cooperative Service--Rural Cooperative Development Grants"; "Rural Business-Cooperative Service--Rural Microentrepreneur Assistance Program"; "Rural Utilities Service--Rural Water and Waste Disposal Program Account"; "Rural Utilities Service--Rural Electrification and Telecommunications Loans Program Account"; and "Rural Utilities Service--Distance Learning, Telemedicine, and Broadband Program", to the maximum extent feasible, at least 10 percent of the funds shall be allocated for assistance in persistent poverty counties under this section, including, notwithstanding any other provision regarding population limits, any county seat of such a persistent poverty county that has a population that does not exceed the authorized population limit by more than 10 percent: *Provided*, That for purposes of this section, the term "persistent poverty counties" means any county that has had 20 percent or more of its population living in poverty over the past 30 years, as measured by the 1990 and 2000 decennial censuses, and 2007-2011 American Community Survey 5-year average, or any territory or possession of the United States: *Provided further*, That with respect to specific activities for which program levels have been made available by this Act that are not supported by budget authority, the requirements of this section shall be applied to such program level.]

*This change deletes* the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 737:** Restricts funding for the Food and Drug Administration from conducting research on a human embryo that is intentionally created or modified to include a heritable genetic moderation.

> [SEC. 737. None of the funds made available by this Act may be used to notify a sponsor or otherwise acknowledge receipt of a submission for an exemption for investigational use of a drug or biological product under section 505(i) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 355(i)) or section 351(a)(3) of the Public Health Service Act (42 U.S.C. 262(a)(3)) in research in which a human embryo is intentionally created or modified to include a heritable genetic modification. Any such submission shall be deemed to have not been received by the Secretary, and the exemption may not go into effect.]

*This change deletes* the entire language.

**Section 738:** Restricts funding for the Food and Drug Administration from enforcing the Standards for the Growing, Harvesting, Packing, and Holding of Produce for Human Consumption with respect to the regulation of entities that grow, harvest, pack, or hold wine grapes, hops, pulse crops, or almonds.

SEC. [738]720. None of the funds made available by this or any other Act may be used to enforce the final rule promulgated by the Food and Drug Administration entitled "Standards for the Growing, Harvesting, Packing, and Holding of Produce for Human Consumption," and published on November 27, 2015, with respect to the regulation of entities that grow, harvest, pack, or hold wine grapes, hops, pulse crops, or almonds.

**Section 739:** Provides $5 million to remain available until September 30, 2024, for a pilot program to provide grants from NIFA to non-profit organizations to for services to establish and enhance ranching opportunities for military veterans.

[SEC. 739. There is hereby appropriated $5,000,000, to remain available until September 30, 2024, for a pilot program for the National Institute of Food and Agriculture to provide grants to nonprofit organizations for programs and services to establish and enhance farming and ranching opportunities for military veterans.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 740:** Prohibits any limits on using vegetables to substitute for fruits under the school breakfast program.

[SEC. 740. For school years 2022-2023 and 2023-2024, none of the funds made available by this Act may be used to implement or enforce the matter following the first comma in the second sentence of footnote (c) of section 220.8(c) of title 7, Code of Federal Regulations, with respect to the substitution of vegetables for fruits under the school breakfast program established under section 4 of the Child Nutrition Act of 1966 (42 U.S.C. 1773).]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 741:** Prohibits funds from being used to prohibit the transportation, processing, sale, or use of industrial hemp in research as authorized by Section 7606 of the 2014 Farm Bill, subtitle G of the Agricultural Marketing Act of 1946, or Section 10114 of the 2018 Farm Bill.

SEC. [741]721. None of the funds made available by this Act or any other Act may be used—

(1) in contravention of section 7606 of the Agricultural Act of 2014 (7 U.S.C. 5940), subtitle G of the Agricultural Marketing Act of 1946, or section 10114 of the Agriculture Improvement Act of 2018; or
(2)  to prohibit the transportation, processing, sale, or use of hemp, or seeds of such plant, that is grown or cultivated in accordance with section 7606 of the Agricultural Act of 2014 or subtitle G of the Agricultural Marketing Act of 1946, within or outside the State in which the hemp is grown or cultivated.

**Section 742:** Provides $3 million to remain available until expended to provide grants for shelters for domestic violence victims with pets (Farm Bill Section 12502).

[SEC. 742. There is hereby appropriated $3,000,000, to remain available until expended, for grants under section 12502 of Public Law 115-334.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 743:** Provides $1 million for the International Agricultural Education Fellowship program (Farm Bill Section 3307).

[SEC. 743. There is hereby appropriated $1,000,000 to carry out section 3307 of Public Law 115-334.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 744:** Allows the Secretary to waive the matching funds requirement for the National Institute of Food and Agriculture programs under Section 412(g) of the Agricultural Research, Extension, and Education Reform Act of 1998.

> SEC. [744]722. The Secretary of Agriculture may waive the matching funds requirement under section 412(g) of the Agricultural Research, Extension, and Education Reform Act of 1998 (7 U.S.C. 7632(g)).

**Section 745:** Provides $2 million for grants to non-profit organizations that provide financial and legal services to multi-family housing borrowers to facilitate the acquisition of multi-family housing properties in areas at-risk of losing affordable housing.

> [SEC. 745. There is hereby appropriated $2,000,000, to remain available until expended, for a pilot program for the Secretary to provide grants to qualified non-profit organizations and public housing authorities to provide technical assistance, including financial and legal services, to RHS multi-family housing borrowers to facilitate the acquisition of RHS multi-family housing properties in areas where the Secretary determines a risk of loss of affordable housing, by non-profit housing organizations and public housing authorities as authorized by law that commit to keep such properties in the RHS multi-family housing program for a period of time as determined by the Secretary.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 746:** Provides $4 million to remain available until September 30, 2023, to develop and test methods to increase the purchase and consumption of fluid milk by members of households that receive SNAP benefits (Farm Bill Section 4208).

> [SEC. 746. There is hereby appropriated $4,000,000, to carry out section 4208 of Public Law 115-334, including for project locations in additional regions.]

*This change* deletes the entire language. The 2024 budget includes appropriation request for funds under current law.

**Section 747:** Provides $4 million for Farming Opportunities Training and Outreach program (Farm Bill Section 12301).

> [SEC. 747. There is hereby appropriated $4,000,000 to carry out section 12301 of Public Law 115-334, Farming Opportunities Training and Outreach.]

*This change* deletes the entire language. The 2024 budget includes appropriation request in the Office of the Secretary account.

**Section 748:** Allows the Emergency Community Water Assistance Grant program to provide potable water to eligible communities for an additional 120 days beyond Program requirements to protect public health during a natural disaster.

> [SEC. 748. In response to an eligible community where the drinking water supplies are inadequate due to a natural disaster, as determined by the Secretary, including drought or severe weather, the Secretary may provide potable water through the Emergency Community Water Assistance Grant Program for an additional period of time not to exceed 120 days beyond the established period provided under the Program in order to protect public health.]

*This change deletes* the entire language. This authorization was provided in the 2018 Farm Bill.

**Section 749:** Requires that PL-480, Title II funds may only be used to provide assistance to recipient nations if adequate monitoring and controls, as determined by the Administrator of the U.S. Agency for International Development, are in place to ensure that emergency food aid is received by the intended beneficiaries in areas affected by food shortages and not diverted for unauthorized or inappropriate purposes.

> SEC. [749]723. Funds made available under title II of the Food for Peace Act (7 U.S.C. 1721 et seq.) may only be used to provide assistance to recipient nations if adequate monitoring and controls, as determined by the Administrator, are in place to ensure that emergency food aid is received by the intended beneficiaries in areas affected by food shortages and not diverted for unauthorized or inappropriate purposes.

**Section 750:** Inspection of Agricultural Research Service facilities will be inspected by Animal and Plant Health Inspection Service for compliance with the Animal Welfare Act.

> [SEC. 750. In this fiscal year and thereafter, and notwithstanding any other provision of law, ARS facilities as described in the "Memorandum of Understanding Between the U.S. Department of Agriculture Animal and Plant Health Inspection Service (APHIS) and the U.S. Department of Agriculture Agricultural Research Service (ARS) Concerning Laboratory Animal Welfare" (16-6100-0103-MU Revision 16-1) shall be inspected by APHIS for compliance with the Animal Welfare Act and its regulations and standards.]

*This change deletes* the entire language. The provision is no longer needed as it was made a hereafter provision in 2023.

**Section 751:** Prohibits the use of funds to procure raw or processed poultry products imported from China for use in the school lunch program, the Child and Adult Food Care Program, the Summer Food Service Program, or the School Breakfast Program.

> [SEC. 751. None of the funds made available by this Act may be used to procure raw or processed poultry products imported into the United States from the People's Republic of China for use in the school lunch program under the Richard B. Russell National School Lunch Act (42 U.S.C. 1751 et seq.), the Child and Adult Care Food Program under section 17 of such Act (42 U.S.C. 1766), the Summer Food Service Program for Children under section 13 of such Act (42 U.S.C. 1761), or the school breakfast program under the Child Nutrition Act of 1966 (42 U.S.C. 1771 et seq.).]

*This change deletes* the entire language. Provisions of the Buy American Act restrict the Department's ability to procure products from China for the Child Nutrition Programs.

**Section 752:** Continues language stating that only a school food authority (SFA) that had a negative balance in the nonprofit school food service account as of June 30, is required to comply with paid lunch equity requirements, which ensure the SFA has sufficient funds for meals served to students not eligible for free or reduced-price meals.

> SEC. [752]724. For school year [2023-2024]2024-2025, only a school food authority that had a negative balance in the nonprofit school food service account as of June 30, [2022]2023, shall be required to establish a price for paid lunches in accordance with section 12(p) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1760(p)).

**Section 753:** Provides $2 million to carry out a pilot program that provides technical assistance of current hospital management practices to improve financial health.

> [SEC. 753. There is hereby appropriated $2,000,000, to remain available until expended, for the Secretary of Agriculture to carry out a pilot program that assists rural hospitals to improve long-term operations and financial health by providing technical assistance through analysis of current hospital management practices.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 754:** Clarifies USDA's authority to set aside funds for the Biotechnology Risk Assessment Research Grants Program.

> SEC. [754]725. Any funds made available by this or any other Act that the Secretary withholds pursuant to section 1668(g)(2) of the Food, Agriculture, Conservation, and Trade Act of 1990 (7 U.S.C. 5921(g)(2)), as amended, shall be available for grants for biotechnology risk assessment research: *Provided*, That the Secretary may transfer such funds among appropriations of the Department of Agriculture for purposes of making such grants.

**Section 755:** Provides $400,000 to continue a Honeybee and Pollinator Research Coordinator (Farm Bill Section 7209).

> [SEC. 755. There is hereby appropriated $400,000 to carry out section 1672(g)(4)(B) of the Food, Agriculture, Conservation, and Trade Act of 1990 (7 U.S.C. 5925(g)(4)(B)) as amended by section 7209 of Public Law 115-334.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 756:** Prevents APHIS from conducting activities or incurring expenses related to official inspection reports not recording any observed violations of the Animal Welfare Act or its regulations.

> [SEC. 756. Hereafter, none of the funds made available by this Act or any other Act, may be used to pay the salaries or expenses of personnel to implement any activities related to the permitting of non-recording of observed violations of the Animal Welfare Act or its regulations on official inspection reports.]

*This change deletes* the entire language. The provision is no longer needed as it was made a hereafter provision in 2023.

**Section 757:** The bill provides $4 million, available until September 30, 2024, available for necessary expenses for cotton classing activities including equipment and facility upgrades.

> [SEC. 757. For necessary expenses associated with cotton classing activities pursuant to 7 U.S.C. 55, to include equipment and facility upgrades, and in addition to any other funds made available for this purpose, there is appropriated $4,000,000, to remain available until September 30, 2024: *Provided*, That amounts made available in this section shall be treated as funds collected by fees authorized under Mar. 4, 1923, ch. 288, §5, 42 Stat. 1518, as amended (7 U.S.C. 55).]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 758:** Prohibits the use of funds to reorganize an agency outside of the mission area it was located in on August 1, 2018, without specific legislation affirming the move.

> [SEC. 758. Notwithstanding any other provision of law, no funds available to the Department of Agriculture may be used to move any staff office or any agency from the mission area in which it was located on August 1, 2018, to any other mission area or office within the Department in the absence of the enactment of specific legislation affirming such move.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 759:** Provides authorization for NRCS to provide technical assistance for the Watershed Operations and Rehabilitation and also the Emergency Watershed Protection Program.

> SEC. [759]726. The Secretary, acting through the Chief of the Natural Resources Conservation Service, may use funds appropriated under this Act or any other Act for the Watershed and Flood Prevention

Operations Program and the Watershed Rehabilitation Program carried out pursuant to the Watershed Protection and Flood Prevention Act (16 U.S.C. 1001 et seq.), and for the Emergency Watershed Protection Program carried out pursuant to section 403 of the Agricultural Credit Act of 1978 (16 U.S.C. 2203) to provide technical services for such programs pursuant to section 1252(a)(1) of the Food Security Act of 1985 (16 U.S.C. 3851(a)(1)), notwithstanding subsection (c) of such section.

**Section 760:** Provides additional guidance on the Rural Utilities Service ReConnect Pilot Program funding usage.

[Sec. 760. In administering the pilot program established by section 779 of division A of the Consolidated Appropriations Act, 2018 (Public Law 115-141), the Secretary of Agriculture may, for purposes of determining entities eligible to receive assistance, consider those communities which are "Areas Rural in Character": *Provided*, That not more than 10 percent of the funds made available under the heading "Distance Learning, Telemedicine, and Broadband Program" for the purposes of the pilot program established by section 779 of Public Law 115-141 may be used for this purpose.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 761:** Continues language prohibiting inspections of horses for slaughter.

Sec. [761]727. None of the funds made available by this Act may be used to pay the salaries or expenses of personnel—

    (1)  to inspect horses under section 3 of the Federal Meat Inspection Act (21 U.S.C. 603);

    (2)  to inspect horses under section 903 of the Federal Agriculture Improvement and Reform Act of 1996 (7 U.S.C. 1901 note; Public Law 104-127); or

    (3)  to implement or enforce section 352.19 of title 9, Code of Federal Regulations (or a successor regulation).

**Section 762:** Provides $4 million in no-year funds to implement non-renewable agreements for preservation of water bank and flooded agricultural lands.

[Sec. 762. In addition to amounts otherwise made available by this Act and notwithstanding the last sentence of 16 U.S.C. 1310, there is appropriated $4,000,000, to remain available until expended, to implement non-renewable agreements on eligible lands, including flooded agricultural lands, as determined by the Secretary, under the Water Bank Act (16 U.S.C. 1301-1311).]

*This change* removes this language as it is being proposed in its own account in the 2024 budget.

**Section 763:** Revises advice provided in the notice of availability entitled ''Advice About Eating Fish, From the Environmental Protection Agency and Food and Drug Administration; Revised Fish Advice; Availability'' to be consistent with nutrition science recognized by the Food and Drug Administration on the net effects of seafood consumption.

[Sec. 763. Out of amounts appropriated to the Food and Drug Administration under title VI, the Secretary of Health and Human Services, acting through the Commissioner of Food and Drugs, shall, not later than September 30, 2023, and following the review required under Executive Order No. 12866 (5 U.S.C. 601 note; relating to regulatory planning and review), issue advice revising the advice provided in the notice of availability entitled "Advice About Eating Fish, From the Environmental Protection Agency and Food and Drug Administration; Revised Fish Advice; Availability" (82 Fed. Reg. 6571 (January 19, 2017)), in a manner that is consistent with nutrition science recognized by the Food and Drug Administration on the net effects of seafood consumption.]

*This change* deletes the entire language.

**Section 764:** Provides $5 million of no-year funding for mitigation banking (Farm Bill Section 2103).

SEC. [764]728. There is hereby appropriated $5,000,000, to remain available until expended, to carry out section 2103 of Public Law 115-334: *Provided*, That the Secretary shall prioritize the wetland compliance needs of areas with significant numbers of individual wetlands, wetland acres, and conservation compliance requests.

**Section 765:** Requires "genetically engineered" be included prior to the acceptable market name of any engineered animal approved prior to the effective date of the National Bioengineered Food Disclosure Standard (February 19, 2019).

[SEC. 765. Notwithstanding any other provision of law, the acceptable market name of any engineered animal approved prior to the effective date of the National Bioengineered Food Disclosure Standard (February 19, 2019) shall include the words "genetically engineered" prior to the existing acceptable market name.]

*This change* deletes the entire language.

**Section 766:** The bill provides $5 million to remain available until expended, for expenses related to testing soil, water or agricultural products for PFAS at the request of the producer, assisting agricultural producers affected by PFAS contamination to mitigate the impacts, and indemnifying agricultural producers to alleviate the impact by PFAS contamination.

SEC. [766]729. [There is appropriated to the Department of Agriculture, for an additional amount for "Agricultural Programs--Processing, Research, and Marketing--Office of the Secretary", $5,000,000, which shall remain available until expended, for necessary expenses, under]Under such terms and conditions determined by the Secretary, the Secretary shall administer a program related to testing soil, water, or agricultural products for per- and polyfluoroalkyl substances (PFAS) at the request of an agricultural producer, assisting agricultural producers affected by PFAS contamination with costs related to mitigate the impacts to their operation that have resulted from such contamination [and indemnifying agricultural producers for the value of unmarketable crops, livestock, and other agricultural products related to PFAS contamination]enhancing scientific knowledge on PFAS uptake in crops and livestock and PFAS mitigation and remediation methods, and disseminate such knowledge to agricultural producers, and activities related to the detection and measurement of PFAS: *Provided*, That the Secretary shall prioritize such assistance to agricultural producers in states and territories that have established a tolerance threshold for PFAS in a food or agricultural product[: *Provided further*, That, not later than 90 days after the end of fiscal year 2023, the Secretary shall submit a report to the Congress specifying the type, amount, and method of such assistance by state and territory and the status of the amounts obligated and plans for further expenditure, and include improvements that can be made to U.S. Department of Agriculture programs, either administratively or legislatively, to increase support for agricultural producers impacted by PFAS contamination and to enhance scientific knowledge on PFAS uptake in crops and livestock and PFAS mitigation and remediation methods and disseminate such knowledge to agricultural producers].

*The first change (line 1)* is requested to remove the funding provided for PFAS activities from the general provision as funding is being requested in the Office of the Secretary appropriation.

*The second change* (line 7) is requested to remove the indemnification requirements for USDA's PFAS work as the Department will focus efforts on researching the issues and studying the effects on water and soil.

*The third change* (line 13) is requested to remove the reporting requirements associated with this provision as the Department requires additional time to study the agricultural impacts of PFAS prior to making recommendations.

**Section 767**: Includes language setting aside funding from certain RD programs, until August 15, 2023, equal to the amount obligated in Rural Economic Area Partnership Zones.

[SEC. 767. The Secretary shall set aside for Rural Economic Area Partnership (REAP) Zones, until August 15, 2023, an amount of funds made available in title III under the headings of Rural Housing Insurance

Fund Program Account, Mutual and Self-Help Housing Grants, Rural Housing Assistance Grants, Rural Community Facilities Program Account, Rural Business Program Account, Rural Development Loan Fund Program Account, and Rural Water and Waste Disposal Program Account, equal to the amount obligated in REAP Zones with respect to funds provided under such headings in the most recent fiscal year any such funds were obligated under such headings for REAP Zones.]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 768:** Provides $500,000 to continue a NOAA Working Group for research for Farming of Kelp and Seagrass.

[SEC. 768. There is hereby appropriated $500,000 to carry out the duties of the working group established under section 770 of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2019 (Public Law 116-6; 133 Stat. 89).]

*This change* deletes the entire language. This change is requested to provide the Secretary the flexibility needed to carry out the programs of the Department in the most efficient and effective manner.

**Section 769:** Provides $15 million to remain available until expended for NIFA to continue the Institute for Rural Partnership's researching causes and condition of challenges facing rural areas and develop community partnerships to address such challenges.

[SEC. 769. For an additional amount for the Office of the Secretary, $15,000,000, to remain available until expended, to continue the Institute for Rural Partnerships as established in section 778 of Public Law 117-103: *Provided*, That the Institute for Rural Partnerships shall continue to dedicate resources to researching the causes and conditions of challenges facing rural areas, and develop community partnerships to address such challenges: *Provided further*, That administrative or other fees shall not exceed one percent: *Provided further*, That such partnership shall coordinate and publish an annual report.]

*This change* removes this language as it is a one-time provision.

**Section 770**: Rescinds unobligated balances from Agricultural Credit Insurance Fund Program Account.

[SEC. 770. Of the unobligated balances from prior year appropriations made available under the heading "Farm Service Agency--Agricultural Credit Insurance Fund Program Account", $73,000,000 are hereby rescinded.]

*This change* removes this language as it is a one-time provision.

**Section 771**: Provides $25 million to remain available until expended to pay for contracts for 2021 reissuance year which were subject to a reduction in the 2023 Standard Reinsurance Agreement (SRA), specifically the cap set forth in the SRA. The amount provided in the bill will be used to pay the difference between the amount actually paid (subject to the cap) and the amount that would have been paid (if no cap).

[SEC. 771. In addition to the amount of reimbursement for administrative and operating expenses available for crop insurance contracts described in subsection (a)(2)(F) of section III of the 2023 Standard Reinsurance Agreement (SRA) that cover agricultural commodities described in section 101 of title I of the Specialty Crops Competitiveness Act of 2004 (7 U.S.C. 1621 note), there is hereby appropriated $25,000,000, to remain available until expended, to pay, with respect to such contracts for the 2021 reinsurance year, an amount that is equal to the difference between the amount to be paid pursuant to the SRA for the applicable reinsurance year and the amount that would be paid if such contracts were not subject to a reduction described in subsection (a)(2)(G) of section III of the SRA but subject to a reimbursement rate equal to 17.5 percent of the net book premium.]

*This change* removes this language as it is a one-time provision.

**Section 772**: Provides $1.3 million to remain available until expended for the Secretary to enter into an agreement with the National Academies of Sciences, Engineering, and Medicine to conduct a study of topics and scientific questions related to alcohol previously published by USDA and Health and Human Services. In addition, a report is required no later than 18 months after the date of enactment and the 2025 Dietary Guidelines for Americans include a recommendation for alcohol based upon scientific and medical knowledge.

> [SEC. 772. For an additional amount for the "Office of the Secretary", $1,300,000, to remain available until expended, for the Secretary, in consultation with the Secretary of the Department of Health and Human Services, to enter into an agreement with the National Academies of Sciences, Engineering, and Medicine to conduct a study of the eight topics and scientific questions related to alcohol previously published by USDA and HHS and other relevant topics: *Provided*, That the panel or panels established by the National Academies Sciences, Engineering, and Medicine to conduct the study shall operate in a fully transparent manner and include a balanced representation of individuals who have expertise in the health effects of alcohol consumption, are unbiased, and are free from conflicts of interests: *Provided further*, That the findings and recommendations of the study shall be based on the preponderance of the scientific and medical knowledge consistent with section 5341 of title 7 of United States Code: *Provided further*, That not later than eighteen months after the date of enactment of this Act, the National Academies of Sciences, Engineering, and Medicine shall submit its report to the Secretary of Agriculture, the Secretary of Health and Human Services, and the Congress of its systematic review and data analysis of the eight research topics: *Provided further*, That the Secretary of Agriculture shall ensure that the 2025 Dietary Guidelines for Americans process includes a recommendation for alcohol and shall be based on the preponderance of scientific and medical knowledge consistent with section 5341 of title 7 of United States Code: *Provided further*, That the Secretary of Agriculture shall ensure the process is fully transparent and includes a balanced representation of individuals who are unbiased and free from conflicts of interest.]

*This change* removes this language as it is a one-time provision.

**Section 773**: Provides additional requirements for the report on Foreign Landholding required under the Agricultural Foreign Investment Disclosure Act including the impact foreign ownership has on family farms, rural communities, and the domestic food supply. In addition, within 3 years the Secretary shall establish a streamlined process for electronic submission and retention of the data must be compiled in a database which is found on the internet and contains all previous disclosures.

> [SEC. 773. The Secretary, as part of the report on foreign landholding required under the Agricultural Foreign Investment Disclosure Act (Public Law 95-460), shall report to Congress on foreign investments in agricultural land in the United States, including the impact foreign ownership has on family farms, rural communities, and the domestic food supply: *Provided*, That within 3 years after the enactment of this Act, the Secretary shall establish a streamlined process for electronic submission and retention of disclosures made under the Agricultural Foreign Investment Disclosure Act, including an internet database that contains disaggregated data from each disclosure submitted: *Provided further*, That all prior year disclosures of foreign investments in agricultural land in the United States are published in the database: *Provided further*, That the plan includes a process to ensure the protection of personally identifiable information and that all disclosures of foreign investments in agricultural land on the USDA website be disaggregated by: (1) in any case in which such foreign person is an individual, the citizenship of such foreign person; and (2) in any case in which such foreign person is not an individual or a government, the nature of the legal entity holding the interest, the country in which such foreign person is created or organized, and the principal place of business of such foreign person.]

*This change* removes this language as it is a one-time provision.

**Section 774**: Provides guidance to FDA on an acceptable market name for ocean-formed Seriola rivoliana as it pertains to labeling and marketing.

[SEC. 774. Notwithstanding any other provision of law, the common name "Kanpachi" shall serve as an acceptable market name under the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.) for labeling and marketing of ocean-farmed Seriola rivoliana.]

*This change* deletes the entire language.

**Section 775:** Transfers the National Bio and Agro-Defense Facility from the Secretary of Homeland Security to the Secretary of Agriculture along with up to 40 full time equivalent positions.

[SEC. 775. In this or any subsequent fiscal year, the Secretary of Homeland Security shall transfer to the Secretary of Agriculture the operation of and all property required to operate the National Bio- and Agro-Defense Facility in Manhattan, Kansas: *Provided*, That, such transfer of function shall include the transfer of up to 40 full time equivalent positions, to be completed within 120 days of the effective date of the transfer of function, as jointly determined by the Secretaries.]

*This change* deletes the entire language. The provision is no longer needed as it was made a hereafter provision in 2023.

**Section 776:** Extends the current prohibition on requiring matching funds on grants for improvements to meat and poultry facilities to allow for interstate shipment. With the extension, the prohibition will be in place until the end of fiscal year 2023. In addition, this GP extends the authority to conduct the Livestock Mandatory Reporting program.

SEC. [776]730. (a) Section 260 of the Agricultural Marketing Act of 1946 (7 U.S.C. 1636i) is amended by striking "[2022]2023" and inserting "[2023]2024".

(b) Section 942 of the Livestock Mandatory Reporting Act of 1999 (7 U.S.C. 1635 note; Public Law 106-78) is amended by striking "[2022]2023" and inserting "[2023]2024".

**Section 777:** Amends Section 18(g) of the Richard B. Russell National School Lunch Act by renaming the "Access to Local Foods: Farm to School program." to "Access to Local Foods:  Patrick Leahy Farm to School Program."

[SEC. 777. Section 18(g) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769(g)) is amended by striking "Access to Local Foods: Farm to School Program." and inserting "Access to Local Foods: Patrick Leahy Farm to School Program".]

*This change* removes this language as it is a one-time provision and revised the name of the program in 2023.

**Section 778:** Includes language allowing projects which received a loan from the program in Fiscal Year 2021 to be eligible for a guaranteed loan from the program in Fiscal Year 2023 even if their rural characteristic had changed and made them ineligible.

[SEC. 778. Notwithstanding 7 U.S.C. 1991(a)(13), the Secretary shall consider a city or town to be a rural area for the purposes of eligibility for a guaranteed loan funded through the Rural Community Facilities Program Account if the project to be funded received a prior loan from such account in fiscal year 2021.]

*This change* removes this language as it is a one-time provision.

**Section 779**: Rescinds unobligated balances from the Nonrecurring Expenses Fund.

[SEC. 779. Of the unobligated balances in the "Nonrecurring Expenses Fund" established in section 742 of division A of Public Law 113-235, $150,000,000 are hereby rescinded not later than September 30, 2023.]

*This change* removes this language as it is a one-time provision.

**Section 780:** Includes language allowing projects which received a direct loan from the program in Fiscal Year 2018 to remain available through Fiscal Year 2028 for the liquidation of valid obligations incurred in fiscal year 2018.

SEC. [780]731. Funds made available in the Consolidated Appropriations Act, 2018 (Public Law 115-141) for the "Rural Community Facilities Program Account" under section 306 of the Consolidated Farm and Rural Development Act, 7 U.S.C. 1926, for the principal amount of direct loans are to remain available through fiscal year 2028 for the liquidation of valid obligations incurred in fiscal year 2018.

**Section 781:** Rescinds $80 million in unobligated balances from the Food and Nutrition Service's Children and Youth in Urban and Rural Areas Program provided in Fiscal Year 2010.

[SEC. 781. Of the unobligated balances from amounts made available to carry out section 749(g) of the Agricultural Appropriations Act of 2010 (Public Law 111-80), $80,000,000 are hereby rescinded: *Provided*, That no amounts may be rescinded from amounts that were designated by the Congress as an emergency requirement pursuant to a Concurrent Resolution on the Budget or the Balanced Budget and Emergency Deficit Control Act of 1985.]

*This change* removes this language as it is a one-time provision.

**Section 732**: Provides $12 million in additional Farm to School grant funds in 2024 as a general provision instead of in the appropriations account.

SEC. 732. In addition to any other funds made available in this Act or any other Act, there is appropriated $12,000,000 to carry out section 18(g)(8) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769(g)(8)), to remain available until expended.

**Section 733**: Provides $2 million for the Institute of Child Nutrition in 2024 as a general provision instead of in the appropriations account.

SEC. 733. In addition to any other funds made available in this Act or any other Act, there is appropriated $2,000,000 to carry out subsections (a)(2) and (e)(2) of section 21 of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769b–1(a)(2) and (e)(2) to remain available until expended.

**Section 734**: Provides guidance on Single Family Housing and Multi-family Housing Programs, including Multi-family Housing Direct loans and Farm Labor Housing Direct loans and grants, to include in new construction funding for renewable energy projects that support Climate change initiative.

SEC. 734. None of the funds made available under this Act to carry out sections 504, 514, 515, 516, 523, 533 and 538 of the Housing Act of 1949 (42 U.S.C. 1474, 1484–1486, 1490c, 1490m, 1490p–2) may be used to award loans or grants for new construction or improvements projects unless such projects improve energy or water efficiency, indoor air quality, or sustainability improvements; implement low-emission technologies, materials, or processes, including zero-emission electricity generation, energy storage, building electrification, or electric car charging station installations; or address climate resilience of multifamily properties.

**Section 735**: Amends the Housing Act of 1949. Rural Development includes a legislative proposal in the 2024 budget of extending the repayment term for Section 523 site development loans from two years to five years. This change will encourage the construction of new affordable housing, which is urgently needed in rural America.

SEC. 735. Section 523 of the Housing Act of 1949 (42 U.S.C. 1490c) is amended in subsection (b)(1)(B) by striking "two years" and inserting "five years".

**Section 736**: Amends the Housing Act of 1949. Rural Development includes a legislative proposal in the 2024 budget of extending the repayment term for Section 524 site development loans from two years to five years. This change will encourage the construction of new affordable housing, which is urgently needed in rural America.

SEC. 736. Section 524 of the Housing Act of 1949 (42 U.S.C. 1490d) is amended in subsection (a)(1) by striking "two years" and inserting "five years".

**Section 737**: Cancels $9.156 million from unobligated balances from amount made available for the Broadband Treasury Rate Loan program. Because of funding provided for ReConnect in the annual appropriations and the Bipartisan Infrastructure Law, loans for this purpose are being provided thru the ReConnect program.

> SEC. 737 Of the unobligated balances from amounts made available for the Broadband Treasury Rate Loan program, authorized in section 601 of the Rural Electrification Act of 1936 (7 U.S.C. 950bb), $9,156,000 are hereby permanently cancelled: *Provided*, That no amounts shall be cancelled from amounts that were designated by the Congress as an emergency or disaster relief requirement pursuant to the concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 738**: Cancels $5 million from unobligated balances from amount made available for a Multi-family Housing maturing mortgage pilot program. The budget supports an increase in multi-family housing programs for increasing affordable housing.

> SEC. 738. Of the unobligated balances from amounts made available in prior Acts for the pilot program descried in section 749 of division A of Public Law 115-141, including from amounts made available in any successor provision for such purpose, $5,000,000 are hereby permanently cancelled: *Provided*, That no amounts shall be cancelled from amounts that were designated by the Congress as an emergency or disaster relief requirement pursuant to the concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 739**: Amends Section 593 of the Stewart B. McKinney Homeless Assistance Act (42 U.S.C. 11408a) to facilitate the sale of Real Estate Owned properties.

> SEC. 739. Section 592 of the Stewart B. McKinney Homeless Assistance Act (42 U.S.C. 11408a) is amended —
> (a) in the section heading by striking "FMHA" and inserting "USDA";
> (b) in subsection (a), by, in the matter preceding paragraph (1), striking "program and nonprogram"; and
> (c) by striking subsection (b) and inserting the following: "(b) Priority.—The priority uses of inventory property under this section shall be given priority equal to or higher than the disposition of such property in accordance with priorities determined by the Secretary as necessary to protect the best interests of the Federal Government.".

**Section 740**: Cancels $8 million from unobligated balances from amount made available for the Rural Cooperative Development Grants.  The budget supports the technical assistance provided by Agriculture Innovation Center grants seeking to engage in developing and marketing of Value-Added Agricultural Products.

> SEC. 740. Of the unobligated balances from amounts made available in prior Acts under the heading "Rural Cooperative Development Grants" for Agriculture Innovation Centers authorized by section 6402 of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 1632b), as amended, $8,000,000 are hereby permanently cancelled: *Provided*, That no amounts shall be cancelled from amounts that were designated by the Congress as an emergency or disaster relief requirement pursuant to the concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 741**: Amend the Multifamily Mortgage Foreclosure Act of 1981 to provide authority to standardize foreclosures across states, consistent with how HUD is authorized to carryout foreclosures. The efficiency created by USDA having independent foreclosure authority will dramatically reduce the timeframes required to dispose of the property and will facilitate more expedient and direct re-use according to community needs.

> SEC. 741. Section 363 of the Multifamily Mortgage Foreclosure Act of 1981 (12 U.S.C. 3702) is amended at subsection (10) by inserting after "Secretary of Housing Urban Development" the following: "and the Secretary of Agriculture".

**Section 742**: Provides revisions to beginning farmer reserved funds authorizing language.

> SEC. 742. Section 346(b)(2) of the Consolidated Farm and Rural Development Act (7 U.S.C. 1994(b)(2)) is amended—
> (a) In subparagraph (A)(i)(II) by inserting "to the extent practicable" after "April 1 of the fiscal year";
> (b) In subparagraph (A)(iii) by inserting "to the extent practicable" after "September 1 of the fiscal year"; and
> (c) In subparagraph (B)(iii) by inserting "to the extent practicable" after "April 1 of the fiscal year".

**Section 743**: The current language defines a qualifying loss from a disaster event as being at least 30 per centum loss of normal per acre or per animal production. Removal of this language ensures that the Secretary has maximum flexibility in defining loss to improve eligibility for agricultural producers seeking emergency loan funding. The intent of this action is to improve producer access to emergency funding.

> SEC. 743. Section 329 of the Consolidated Farm and Rural Development Act (7 U.S.C. 1970) is amended in the first sentence by striking "at least a 30 per centum" and all that follows through "in effect for the previous year", and inserting in lieu thereof the following: "a qualifying production loss, as determined by the Secretary, as a result of the disaster,".

**Section 744**: Agricultural producers impacted by a disaster who wish to use emergency loan funding must provide a written declination from a commercial lender, and the Secretary must take into account the applicants' assets and liabilities. Removal of this requirement will give the Secretary maximum flexibility in regards to applicant eligibility for emergency loans and so improve producer access to emergency funding.

> SEC. 744. Section 322 of the Consolidated Farm and Rural Development Act (7 U.S.C. 1962) is hereby amended by striking "(a)" and by striking subsection (b).

**Section 745**: Includes language to eliminate the limit on the number of vouchers RHS can issue. Currently Section 542 of the Housing Act of 1949 limits issuing vouchers to 5,000 any fiscal year. The General Provision amends the Housing Act.

> SEC. 745. Section 542 of the Housing Act, (42 USC 1490r,) is amended—
> (a) in the heading of section (b), striking "and limitation";
> (b) by striking "; and" at the end of subsection (b)(1) and inserting a period; and
> (c) by striking subsection (b)(2).

**Section 746**: Amends the Federal Food, Drug, and Cosmetic Act to allow for inflation of the maximum fees collected for the Health and Human Services Secretary's certification on the export product being unadulterated or misbranded.

> SEC. 746. Section 801(e)(4) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 381(e)(4)) is amended—
> (a) in subparagraph (B) by striking "but shall not exceed $175 for each certification" and inserting "in an amount specified in subparagraph (F)"; and
> (b) by adding at the end the following new subparagraphs: "(F) The fee for each written export certification issued by the Secretary under this paragraph shall not exceed (i) $600 for fiscal year 2024; and (ii) for each subsequent fiscal year, the prior fiscal year maximum amount multiplied by the inflation adjustment under section 738(c)(2)(C), applied without regard to the limitation in clause (ii)(II) of such subparagraph. (G) The Secretary shall, for each fiscal year, publish in the Federal Register a notice of the export certification fee under this paragraph for such year, not later than 60 days before such fee takes effect."

**Section 747**: Allows the availability of salaries and expenses to be available for primary and secondary schooling of eligible dependents of Health and Human Services personnel stationed in Puerto Rico, Northern Mariana Islands, and possessions of the United States.

> SEC. 747. Funds appropriated in this or any prior Act that are available for salaries and expenses of employees of the Food and Drug Administration shall also be available for the primary and secondary

schooling of eligible dependents of Department of Health and Human Services personnel stationed in the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, and the possessions of the United States at costs not in excess of those paid for or reimbursed by the Department of Defense.

**Section 2101**: Authorization for Rural Development to use up to three percent of the funding available under the Disaster Relief Supplemental Appropriations Act for administrative expenses.

> [SEC. 2101. In addition to other funds available for such purposes, not more than three percent of the amounts provided in each account under the "Rural Development Programs" heading in this title shall be paid to the appropriation for "Rural Development, Salaries and Expenses" for administrative costs to carry out the emergency rural development programs in this title.]

*This change* removes this language as it is a one-time provision.

**Section 2102**: Provides additional funding for the Agriculture Quarantine and Inspection Services in the Disaster Relief Supplemental Appropriations Act.

> [SEC. 2102. For necessary expenses for salary and related costs associated with Agriculture Quarantine and Inspection Services activities pursuant to 21 U.S.C. 136a(6), and in addition to any other funds made available for this purpose, there is appropriated, out of any money in the Treasury not otherwise appropriated, $125,000,000, to remain available until September 30, 2024, to offset the loss of quarantine and inspection fees collected pursuant to sections 2508 and 2509 of the Food, Agriculture, Conservation, and Trade Act of 1990 (21 U.S.C. 136, 136a): Provided, That amounts made available in this section shall be treated as funds collected by fees authorized under sections 2508 and 2509 of the Food, Agriculture, Conservation, and Trade Act of 1990 (21 U.S.C. 136, 136a) for purposes of section 421(f) of the Homeland Security Act of 2002 (6 U.S.C. 231(f)).]

*This change* removes this language as it is a one-time provision.

# Exhibit N

*GENERAL PROVISIONS*

The Budget include General Provisions language as follows (new language underscored):

Title VII – General Provisions

(Including Cancellations and Transfers of Funds)

**Section 701:** Provides authority for the purchase, replacement, and hire of passenger motor vehicles.

> SEC. 701. The Secretary may use any appropriations made available to the Department of Agriculture in this Act to purchase new passenger motor vehicles, in addition to specific appropriations for this purpose, so long as the total number of vehicles purchased in fiscal year 2026 does not exceed the number of vehicles owned or leased in fiscal year 2018: *Provided*, That, prior to purchasing additional motor vehicles, the Secretary must determine that such vehicles are necessary for transportation safety, to reduce operational costs, and for the protection of life, property, and public safety: *Provided further*, That the Secretary may not increase the Department of Agriculture's fleet above the 2018 level unless the Secretary notifies in writing, the Committees on Appropriations of both Houses of Congress within.

**Section 702:** Authorizes the transfer of discretionary, unobligated funds appropriated by this Act or other available unobligated discretionary balances to the Working Capital Fund (WCF) for the purpose of acquiring plant and capital equipment, and for the improvement and implementation of Department financial management, information technology, and other support systems necessary for the delivery of financial, administrative, and information technology services with approval of the Agency Administrator. Amounts transferred under this authority would not be available for obligation until the Committees on Appropriations of Congress are notified. In addition, language allows up to 4 percent of total annual income to the WCF for fiscal year 2025 may be retained in the Fund for fiscal year 2025, to remain available until expended, to be used for the acquisition of plant and capital equipment, and for the improvement and implementation of Department financial management, information technology, and other support systems or to pay any unforeseen, extraordinary cost of the National Finance Center, the amounts reserved are not available for obligation without notification to the Appropriations Committees. Funds available for investment from among the equity accounts of the Department's WCF may be allocated among the activities the WCF supports for any purpose relating to information technology modernization.

> SEC. 702. Notwithstanding any other provision of this Act, the Secretary of Agriculture may transfer unobligated balances of discretionary funds appropriated by this Act or any other available unobligated discretionary balances that are remaining available of the Department of Agriculture to the Working Capital Fund to acquire and improve property, equipment, and other support systems necessary for the delivery of financial, administrative, and information technology services, including cloud adoption and migration, of primary benefit to the agencies of the Department of Agriculture, such transferred funds to remain available until expended: *Provided*, That none of the funds made available by this Act or any other Act shall be transferred to the Working Capital Fund without the prior approval of the agency administrator: *Provided further*, That none of the funds transferred to the Working Capital Fund pursuant to this section shall be available for obligation without written notification to the Committees on Appropriations of both Houses of Congress: *Provided further*, That none of the funds appropriated by this Act or made available to the Department's Working Capital Fund shall be available for obligation or expenditure to make any changes to the Department's National Finance Center without written notification to the Committees on Appropriations of both Houses of

Congress: *Provided further,* That control of any functions, missions, and systems for current and future human resources management and integrated personnel and payroll systems (PPS) and functions provided by the Chief Financial Officer and the Chief Information Officer shall remain in the National Finance Center and under the management responsibility and administrative control of the National Finance Center: *Provided further,* That the Secretary of Agriculture and the offices of the Chief Financial Officer shall actively market to existing and new Departments and other government agencies National Finance Center shared services including, but not limited to, payroll, financial management, and human capital shared services and allow the National Finance Center to perform technology upgrades: *Provided further,* That of annual income amounts in the Working Capital Fund of the Department of Agriculture attributable to the amounts in excess of the true costs of the shared services provided by the National Finance Center and budgeted for the National Finance Center, the Secretary shall reserve not more than 4 percent for the replacement or acquisition of services and equipment, including equipment for the improvement, delivery, and implementation of financial, administrative, and information technology services, and other systems of the National Finance Center or to pay any unforeseen, extraordinary cost of the National Finance Center: *Provided further,* That none of the amounts reserved shall be available for obligation unless the Secretary submits written notification of the obligation to the Committees on Appropriations of both Houses of Congress: *Provided further,* That the limitations on the obligation of funds pending notification to Congressional Committees shall not apply to any obligation that, as determined by the Secretary, is necessary to respond to a declared state of emergency that significantly impacts the operations of the National Finance Center; or to evacuate employees of the National Finance Center to a safe haven to continue operations of the National Finance Center.

**Section 703:** Provides that no part of any appropriation in this Act shall remain available for obligation beyond the current fiscal year unless otherwise specified.

SEC. 703. No part of any appropriation contained in this Act shall remain available for obligation beyond the current fiscal year unless expressly so provided herein.

**Section 704:** Limits the negotiated indirect cost rates on cooperative agreements between the Department and nonprofit institutions to 10 percent of the value of the agreement.

SEC. 704. No funds appropriated by this Act may be used to pay negotiated indirect cost rates on cooperative agreements or similar arrangements between the United States Department of Agriculture and nonprofit institutions in excess of 10 percent of the total direct cost of the agreement when the purpose of such cooperative arrangements is to carry out programs of mutual interest between the two parties. This does not preclude appropriate payment of indirect costs on grants and contracts with such institutions when such indirect costs are computed on a similar basis for all agencies for which appropriations are provided in this Act.

**Section 705:** Provides that subsidy authority for Rural Development Loan Fund program account, the Rural Electrification and Telecommunication Loans program account and the Rural Housing Insurance Fund program account remain available until expended to cover obligations.

SEC. 705. Appropriations to the Department of Agriculture for the cost of direct and guaranteed loans made available in the current fiscal year shall remain available until expended to disburse obligations made in the current fiscal year for the following accounts: the Rural Development Loan Fund program account, the Rural Electrification and Telecommunication Loans program account, and the Rural Housing Insurance Fund program account.

**Section 706:** Prohibits the use of funds to acquire new information technology systems or significant upgrades, as determined by the Office of the Chief Information Officer (OCIO), without approval of the Chief Information Officer and the concurrence of the Executive Technology Investment Review Board and Committees on Appropriations of both Houses of Congress.

SEC. 706. None of the funds made available to the Department of Agriculture by this Act may be used to acquire new information technology systems or significant upgrades, as determined by the Office of the Chief Information Officer, without the approval of the Chief Information Officer and the concurrence of the Executive Information Technology Investment Review Board: *Provided*, That notwithstanding any other provision of law, none of the funds appropriated or otherwise made available by this Act may be transferred to the Office of the Chief Information Officer without written notification to the Committees on Appropriations of both Houses of Congress: *Provided further*, That notwithstanding section 11319 of title 40, United States Code, none of the funds available to the Department of Agriculture for information technology shall be obligated for projects, contracts, or other agreements over $25,000 prior to receipt of written approval by the Chief Information Officer: *Provided further,* That the Chief Information Officer may authorize an agency to obligate funds without written approval from the Chief Information Officer for projects, contracts, or other agreements up to $250,000 based upon the performance of an agency measured against the performance plan requirements described in the explanatory statement accompanying Public Law 113–235.

**Section 707:** Allows funds made available in a fiscal year for the Agricultural Management Assistance Program to remain available until expended to cover obligations made in the same fiscal year but are not available for new obligations.

SEC. 707. Funds made available under section 524(b) of the Federal Crop Insurance Act (7 U.S.C. 1524(b)) in the current fiscal year shall remain available until expended to disburse obligations made in the current fiscal year.

**Section 708:** Continues language to expand eligibility for loans and grants under the Rural Economic Development (RED) Grants program to former RUS borrowers and entities.

SEC. 708. Notwithstanding any other provision of law, any former Rural Utilities Service borrower that has repaid or prepaid an insured, direct or guaranteed loan under the Rural Electrification Act of 1936, or any not-for-profit utility that is eligible to receive an insured or direct loan under such Act, shall be eligible for assistance under section 313B(a) of such Act in the same manner as a borrower under such Act.

**Section 709:** Allows up to $20 million of unobligated balances from the Farm Service Agency mission area Salaries and Expenses account to be used for information technology expenses through 2027.

SEC. 709. Except as otherwise specifically provided by law, not more than $20,000,000 in unobligated balances from appropriations made available for salaries and expenses in this Act for the Farm Service Agency shall remain available through September 30, 2027, for information technology expenses.

**Section 710:** Prohibits the use of funds for first-class travel that does not comply with Federal regulations on temporary duty travel allowances.

SEC. 710. None of the funds appropriated or otherwise made available by this Act may be used for first-class travel by the employees of agencies funded by this Act in contravention of sections 301-10.122 through 301-10.124 of title 41, Code of Federal Regulations.

**Section 711:** Continues language providing the authority to use Commodity Credit Corporation funds provided for certain Farm Bill programs for technical assistance and administrative expenses related to those programs and excludes programs for which indefinite amounts are provided, with regard to the limitations contained in section 11 of the Commodity Credit Corporation Charter Act.

SEC. 711. In the case of each program established or amended by the Agricultural Act of 2014 (Public Law 113-79) or by a successor to that Act, other than by title I or subtitle A of title III of such Act, or programs for which indefinite amounts were provided in that Act, that is authorized or required to be carried out using funds of the Commodity Credit Corporation—

(1) such funds shall be available for salaries and related administrative expenses, including technical assistance, associated with the implementation of the program, without regard to the limitation on the total amount of allotments and fund transfers contained in section 11 of the Commodity Credit Corporation Charter Act (15 U.S.C. 714i); and

(2) the use of such funds for such purpose shall not be considered to be a fund transfer or allotment for purposes of applying the limitation on the total amount of allotments and fund transfers contained in such section.

**Section 712:** Provides a spending limit of $2.9 million for activities related to all Federal Advisory Committee Act committees of the Department.

SEC. 712. Of the funds made available by this Act, not more than $2,900,000 shall be used to cover necessary expenses of activities related to all advisory committees, panels, commissions, and task forces of the Department of Agriculture, except for panels used to comply with negotiated rule makings and panels used to evaluate competitively awarded grants.

**Section 713:** Continues language restricting the use of funding for computer networks unless it blocks pornography.

SEC. 713. (a) None of the funds made available in this Act may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography.

(b) Nothing in subsection (a) shall limit the use of funds necessary for any Federal, State, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities.

**Section 714:** Allows the Agricultural Marketing Service to retain unobligated balances until expended for Section 32 purposes, with up to $350 million of balances allowed for direct payments to reestablish farmers' purchasing powers. The total Section 32 spending cap for 2021 is $1.67 billion. Commodity Purchase Services, administrative funds, is to be funded at $40.97 million.

SEC. 714. Notwithstanding subsection (b) of section 14222 of Public Law 110–246 (7 U.S.C. 612c–6; in this section referred to as "section 14222"), none of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out a program under section 32 of the Act of August 24, 1935 (7 U.S.C. 612c; in this section referred to as "section 32") in excess of $1,667,049,000 (exclusive of carryover appropriations from prior fiscal years), as follows: Child Nutrition Programs Entitlement Commodities— $485,000,000; State Option Contracts—$5,000,000; Removal of Defective Commodities—$2,500,000; Administration of section 32 Commodity Purchases— $40,971,108: *Provided*, That, of the total funds made available in the matter preceding this proviso that remain unobligated on October 1, 2026, such unobligated

balances shall carryover into fiscal year 2027 and shall remain available until expended for any of the purposes of section 32, except that any such carryover funds used in accordance with clause (3) of section 32 may not exceed $350,000,000 and may not be obligated until the Secretary of Agriculture provides written notification of the expenditures to the Committees on Appropriations of both Houses of Congress at least two weeks in advance: *Provided further*, That, with the exception of any available carryover funds authorized in any prior appropriations Act to be used for the purposes of clause (3) of section 32, none of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries or expenses of any employee of the Department of Agriculture to carry out clause (3) of section 32.

**Section 715:** Allows the Secretary to assess a one-time fee for any guaranteed business and industry loan of up to 3 percent of the guaranteed principal portion of the loan.

SEC. 715. Notwithstanding section 310B(g)(5) of the Consolidated Farm and Rural Development Act (7 U.S.C. 1932(g)(5)), the Secretary may assess a one-time fee for any guaranteed business and industry loan in an amount that does not exceed 3 percent of the guaranteed principal portion of the loan.

**Section 716:** Continues language restricting the release of information to non-USDA employees that was gathered to respond to the appropriations hearing process.

SEC. 716. None of the funds appropriated or otherwise made available to the Department of Agriculture, the Food and Drug Administration, the Commodity Futures Trading Commission, or the Farm Credit Administration shall be used to transmit or otherwise make available reports, questions, or responses to questions that are a result of information requested for the appropriations hearing process to any non-Department of Agriculture, non-Department of Health and Human Services, non-Commodity Futures Trading Commission, or non-Farm Credit Administration employee.

**Section 717:** Continues to exclude incarcerated prison populations for the purposes of determining program eligibility or level of program assistance for Rural Development Programs.

SEC. 717. For the purposes of determining eligibility or level of program assistance for Rural Housing Service programs the Secretary shall not include incarcerated prison populations.

**Section 718:** Allows the Secretary to increase the program level by not more than 25 percent for loans and loan guarantees that do not require budget authority. Prior to implementing the increase, the Secretary is required to provide written notification at least 15 days in advance.

SEC. 718. For loans and loan guarantees that do not require budget authority and the program level has been established in this Act, the Secretary of Agriculture may increase the program level for such loans and loan guarantees by not more than 25 percent: *Provided*, That prior to the Secretary implementing such an increase, the Secretary notifies, in writing, the Committees on Appropriations of both Houses of Congress at least 15 days in advance.

**Section 719:** Limits the use of refunds or rebates from credit card purchases to the acquisition and improvement of property and equipment for the improvement and implementation of Department financial management, information technology, and other support systems and requires advanced congressional notification.

SEC. 717. None of the credit card refunds or rebates transferred to the Working Capital Fund pursuant to section 729 of the Agriculture, Rural Development, Food

and Drug Administration, and Related Agencies Appropriations Act, 2002 (7 U.S.C. 2235a; Public Law 107–76) shall be available for obligation without written notification to the Committees on Appropriations of both Houses of Congress: *Provided*, That the refunds or rebates so transferred shall be available to acquire and improve property, equipment, and other support systems necessary for the delivery of financial, administrative, and information technology services, including cloud adoption and migration, of primary benefit to the agencies of the Department of Agriculture.

**Section 720:** Allows the section 502 single family housing guaranteed loan program to operate similar to FHA and VA home loan guarantees, allowing lenders to issue loan guarantees on behalf of the Federal government.

SEC. 720. In carrying out subsection (h) of section 502 of the Housing Act of 1949 (42 U.S.C. 1472), the Secretary of Agriculture shall have the same authority with respect to loans guaranteed under such section and eligible lenders for such loans as the Secretary has under subsections (h) and (j) of section 538 of such Act (42 U.S.C. 1490p-2) with respect to loans guaranteed under such section 538 and eligible lenders for such loans.

**Section 721:** Restricts funding for the Food and Drug Administration concerning exemptions in relation to the Federal Food, Drug, and Cosmetic Act.

SEC. 721. None of the funds made available by this Act may be used to notify a sponsor or otherwise acknowledge receipt of a submission for an exemption for investigational use of a drug or biological product under section 505(i) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 355(i)) or section 351(a)(3) of the Public Health Service Act (42 U.S.C. 262(a)(3)) in research in which a human embryo is intentionally created or modified to include a heritable genetic modification. Any such submission shall be deemed to have not been received by the Secretary, and the exemption may not go into effect.

**Section 722:** Restricts funding for the Child Nutrition Program concerning the substitution of vegetables for fruits within the school breakfast program.

SEC. 722. For school years 2025–2026 and 2026–2027, none of the funds made available by this Act may be used to implement or enforce the matter in the fifth sentence of section 220.8(c)(2)(i) and the third sentence of section 220.8(c)(2)(ii) of title 7, Code of Federal Regulations, with respect to the substitution of vegetables for fruits under the school breakfast program established under section 4 of the Child Nutrition Act of 1966 (42 U.S.C. 1773).

**Section 723:** Prohibits funds from being used to prohibit the transportation, processing, sale, or use of industrial hemp in research as authorized by Section 7606 of the 2014 Farm Bill, subtitle G of the Agricultural Marketing Act of 1946, or Section 10114 of the 2018 Farm Bill.

SEC. 723. None of the funds made available by this Act or any other Act may be used—

(1) in contravention of section 7606 of the Agricultural Act of 2014 (7 U.S.C. 5940), subtitle G of the Agricultural Marketing Act of 1946, or section 10114 of the Agriculture Improvement Act of 2018; or
(2) to prohibit the transportation, processing, sale, or use of hemp, or seeds of such plant, that is grown or cultivated in accordance with section 7606 of the Agricultural Act of 2014 or subtitle G of the Agricultural Marketing Act of 1946, within or outside the State in which the hemp is grown or cultivated.

**Section 724:** Allows the Secretary to waive the matching funds requirement for the National Institute of Food and Agriculture programs under Section 412(g) of the Agricultural Research, Extension, and Education Reform Act of 1998.

> SEC. 724. The Secretary of Agriculture may waive the matching funds requirement under section 412(g) of the Agricultural Research, Extension, and Education Reform Act of 1998 (7 U.S.C. 7632(g)).

**Section 725:** Continues language stating that manufacturers may continue complying with old requirements published by the Food and Drug Administration even after a final rule is published specifically concerning healthy nutrient content claims provided the information includes the compliance date provided in the final rule.

> SEC. 725. (a) After the effective date of any final rule the Food and Drug Administration (FDA) publishes in connection with its proposed rule to update these requirements (87 Federal Register 59168, issued on September 29, 2022), manufacturers may also continue to comply with the previous requirements promulgated by the FDA for the implied nutrient content claim "healthy" through the "compliance date" FDA provides in the final rule.
>
> (b) Any food product manufactured and labeled as "healthy" during the compliance period FDA provides in that final rule shall not be directly or indirectly subject to any state-law requirements that are not identical to either (i) the Federal requirements for the implied nutrition content claim "healthy" that were in effect as of the date FDA issues the final rule, or (ii) the updated Federal requirements that FDA promulgates in the final rule, assuming the updated requirements go into effect during the regulatory compliance period.

**Section 726:** Continues language stating that only a school food authority (SFA) that had a negative balance in the nonprofit school food service account as of June 30, is required to comply with paid lunch equity requirements, which ensure the SFA has sufficient funds for meals served to students not eligible for free or reduced-price meals.

> SEC. 726. For school year 2026-2027, only a school food authority that had a negative balance in the nonprofit school food service account as of June 30, 2025, shall be required to establish a price for paid lunches in accordance with section 12(p) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1760(p)).

**Section 727:** Clarifies USDA's authority to set aside funds for the Biotechnology Risk Assessment Research Grants Program.

> SEC. 727. Any funds made available by this or any other Act that the Secretary withholds pursuant to section 1668(g)(2) of the Food, Agriculture, Conservation, and Trade Act of 1990 (7 U.S.C. 5921(g)(2)), as amended, shall be available for grants for biotechnology risk assessment research: *Provided*, That the Secretary may transfer such funds among appropriations of the Department of Agriculture for purposes of making such grants.

**Section 728:** Provides authorization for NRCS to provide technical assistance for the Watershed Operations and Rehabilitation and the Emergency Watershed Protection Program.

> SEC. 728. The Secretary, acting through the Chief of the Natural Resources Conservation Service, may use funds appropriated under this Act or any other Act for the Watershed and Flood Prevention Operations Program and the Watershed Rehabilitation Program carried out pursuant to the Watershed Protection and Flood Prevention Act (16 U.S.C. 1001 et seq.), and for the Emergency Watershed Protection Program carried out pursuant to section 403 of the Agricultural Credit Act of 1978 (16 U.S.C. 2203) to provide technical services for such programs pursuant to

section 1252(a)(1) of the Food Security Act of 1985 (16 U.S.C. 3851(a)(1)), notwithstanding subsection (c) of such section.

**Section 729:** Continues language concerning the administration of the Re-Connect pilot program providing not more than 10 percent of the funding to communities considered Areas Rural in Character.

SEC. 729. In administering the pilot program established by section 779 of division A of the Consolidated Appropriations Act, 2018 (Public Law 115–141), the Secretary of Agriculture may, for purposes of determining entities eligible to receive assistance, consider those communities which are "Areas Rural in Character": *Provided*, That not more than 10 percent of the funds made available under the heading "Distance Learning, Telemedicine, and Broadband Program" for the purposes of the pilot program established by section 779 of Public Law 115–141 may be used for this purpose.

**Section 730:** Continues language providing priority to the definition of rural areas as defined in the Consolidated Farm and Rural Development Act for Water and Waste Disposal facilities.

SEC. 730. In this fiscal year and each fiscal year thereafter, and notwithstanding any other provision of law, none of the funds made available by this or any other Act may be used to implement section 3.7(f) of the Farm Credit Act of 1971 in a manner inconsistent with section 343(a)(13) of the Consolidated Farm and Rural Development Act.

**Section 731**: Amends the Multifamily Mortgage Foreclosure Act of 1981 to provide proper authority to standardize foreclosures across states, consistent with how HUD is authorized to carryout foreclosures. The efficiency created by USDA having independent foreclosure authority will dramatically reduce the timeframes required to dispose of the property and will facilitate more expedient and direct re-use according to community needs.

SEC. 731. Section 363 of the Multifamily Mortgage Foreclosure Act of 1981 (12 U.S.C. 3702) is amended in paragraph (2)-- (a) at subparagraph (D) by striking "; and" and inserting a semicolon; (b) at subparagraph (E) by (1) striking the period and inserting "; and"; and (2) inserting after subparagraph (E) the following new subparagraph: "(F) section 514 or 515 of the Housing Act of 1949 (42 U.S.C. 1484, 1485)".

**Section 732:** Restricts funding for the Food and Drug Administration concerning regulations on sodium reductions until an assessment is completed on short-term sodium reduction targets.

SEC. 732. None of the funds appropriated or otherwise made available by this Act may be used by the Food and Drug Administration to develop, issue, promote or advance any final guidelines or new regulations applicable to food manufacturers for long-term population-wide sodium reduction actions until an assessment is completed on the impact of the short-term sodium reduction targets.

**Section 733:** Continues language allowing APHIS employees who earned premium pay be exempted from the basic pay and premium pay calculations provided the services provided they are in response to an animal disease or plant health emergency outbreak.

SEC. 733. If services performed by APHIS employees are determined by the Administrator of the Animal and Plant Health Inspection Service to be in response to an animal disease or plant health emergency outbreak, any premium pay that is funded, either directly or through reimbursement, shall be exempted from the aggregate of basic pay and premium pay calculated under section 5547(b)(1)(2) of title 5, United States Code, and any other provision of law limiting the aggregate

amount of premium pay payable on a biweekly or calendar year basis: *Provided,* That this section shall take effect as if enacted on January 1, 2025.

**Section 734:** Continues language prohibiting inspections of horses for slaughter.

SEC. 734. None of the funds made available by this Act may be used to pay the salaries or expenses of personnel—

    (1) to inspect horses under section 3 of the Federal Meat Inspection Act (21 U.S.C. 603);

    (2) to inspect horses under section 903 of the Federal Agriculture Improvement and Reform Act of 1996 (7 U.S.C. 1901 note; Public Law 104-127); or

    (3) to implement or enforce section 352.19 of title 9, Code of Federal Regulations (or a successor regulation).

**Section 735:** Requires sodium limitations effective in School Year 2025-2026 continue through School Year 2028-2029, then allows for revisions.

SEC. 735. Sodium limits in effect for School Year 2025–2026 in child nutrition meal patterns shall remain effective through School Year 2028–2029, after which sodium limits that may be included in any rulemaking, notice or guidance of or regarding USDA Final Rule (Child Nutrition Programs: Revisions to Meal Patterns Consistent With the 2020 Dietary Guidelines for Americans; RIN 0584-AE88), shall not be more restrictive than the Target 2 sodium levels published in the final rule entitled "Nutrition Standards in the National School Lunch and School Breakfast Programs" published by the Department of Agriculture in the Federal Register on January 26, 2012 (77 Fed. Reg 4087).

**Section 736:** Amends the Consolidated Appropriations Act, 2023 to allow disaster funding provided in that Act to be available for disasters which occurred in not only calendar year 2022 but also 2023 and 2024.

SEC. 728. The first proviso under the heading "Rural Community Facilities Program Account" in title I of division N of the Consolidated Appropriations Act, 2023 (Public Law 117–328) is amended by inserting "or 2024" after "calendar year 2023": *Provided,* That amounts repurposed pursuant to this section that were previously designated by the Congress as an emergency requirement pursuant to a concurrent resolution on the budget are designated as an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 737:** Requires that the Secretary of Agriculture be included as a member of the Committee on Foreign Investment in the United States (CFIUS) on a case by case basis and require notification by the Secretary to Committee on Foreign Investment of agricultural transactions that may pose a risk to the national security of the United States.

SEC. 737. The Secretary of Agriculture shall be included as a member of the Committee on Foreign Investment in the United States (CFIUS) on a case by case basis pursuant to the authorities in section 721(k)(2)(J) of the Defense Production Act of 1950 (50 U.S.C. 4565(k)(2)(J)) with respect to each covered transaction (as defined in section 721(a)(4) of the Defense Production Act of 1950 (50 U.S.C. 4565(a)(4))) involving agricultural land, agriculture biotechnology, or the agriculture industry (including agricultural transportation, agricultural storage, and agricultural processing), as determined by the CFIUS Chairperson in coordination with the Secretary of Agriculture. The Secretary of Agriculture shall, to the maximum extent practicable, notify the Committee on Foreign Investment in the United States of any agricultural land transaction that the Secretary of Agriculture has reason to believe,

based on information from or in cooperation with the Intelligence Community, is a covered transaction (A) that may pose a risk to the national security of the United States, with particular emphasis on covered transactions of an interest in agricultural land by foreign governments or entities of concern, as defined in 42 U.S.C. 19221(a), including the People's Republic of China, the Democratic People's Republic of Korea, the Russian Federation, and the Islamic Republic of Iran; and (B) with respect to which a person is required to submit a report to the Secretary of Agriculture under section 2(a) of the Agricultural Foreign Investment Disclosure Act of 1978 (7 U.S.C. 3501(a)).

**Section 738:** Continues language allowing the Office of the General Counsel to enter into reimbursable agreements with UDSA agencies when the level of services requested exceed the number of hours allocated to a particular agency.

SEC. 738. The agencies and offices of the Department of Agriculture may reimburse the Office of the General Counsel (OGC), out of the funds provided in this Act, for costs incurred by OGC in providing services to such agencies or offices under time-limited agreements entered into with such agencies and offices: *Provided*, That such transfer authority is in addition to any other transfer authority provided by law.

**Section 739:** Extends the current prohibition on requiring matching funds on grants for improvements to meat and poultry facilities to allow for interstate shipment. With the extension, the prohibition will be in place until the end of fiscal year 2026. In addition, this GP extends the authority to conduct the Livestock Mandatory Reporting program.

SEC. 739. (a) Section 260 of the Agricultural Marketing Act of 1946 (7 U.S.C. 1636i) is amended by striking "2025" and inserting "2026".

(b) Section 942 of the Livestock Mandatory Reporting Act of 1999 (7 U.S.C. 1635 note; Public Law 106-78) is amended by striking "2025" and inserting "2026".

**Section 740**: Cancels $75 million from unobligated balances from amounts made available for the Water and Waste Disposal Grants program.

SEC. 740. Of the unobligated balances from prior year appropriations made available under the heading "Rural Water and Waste Disposal Program account", $75,000,000 are hereby permanently cancelled: *Provided*, That no amount shall be cancelled from amounts that were designated by Congress as an emergency requirement pursuant to a concurrent resolution on the budget of the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 741**: Cancels $40 million from unobligated balances from amounts made available for the ReConnect program.

SEC. 741. Of the unobligated balances from prior year appropriations made available for the ReConnect program as authorized in section 779 of title VII of division A of Public Law 115–141, $40,000,000 are hereby permanently cancelled: *Provided*, That no amounts shall be cancelled from amounts that were designated by the Congress as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 742**: Amends the Consolidated Appropriations Act, 2023 to allow disaster funding provided in that Act to be available for disasters which occurred in not only calendar year 2022 but also 2023 and 2024.

SEC. 742. (a) The first proviso under the heading "Rural Water and Waste Disposal Account" and the first sentence under the heading "Rural Housing Assistance Grants" in title I of division N of the Consolidated Appropriations Act, 2023 (Public Law 117–

328) are amended by striking "calendar year 2022" and inserting "calendar years 2022, 2023, and 2024".

**Section 743**: Cancels $391 million from unobligated balances from amount made available for the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) program.

SEC. 743. Of the unobligated balances from amounts made available for the supplemental nutrition program as authorized by section 17 of the Child Nutrition Act of 1966 (42 U.S.C. 1786), $391,000,000 are hereby permanently cancelled: *Provided*, That no amounts shall be cancelled from amounts that were designated by the Congress as an emergency requirement pursuant to a concurrent resolution on the budget of the Balanced Budget and Emergency Deficit Control Act of 1985.

**Section 744**: Includes language allowing waivers on matching fund requirements for New Beginning and Tribal Students.

SEC. 744. The Secretary of Agriculture may waive the matching funds requirement under section 1450(b)(4) of the National Agricultural Research, Extension, and Teaching Policy Act of 1977 (7 U.S.C. 3222e(b)(4)) in support of New Beginning for Tribal Students.

**Section 745**: Includes language restricting the implementation of the final rule concerning WIC packages regarding increasing the cash value for fruits and vegetables.

SEC. 745. None of the funds made available by this or any other Act may be used to implement the final rule, "Special Supplement Nutrition Program for Women, Infants, and Children (WIC): Revisions in the WIC Food Packages," published on April 18, 2024, with regard to increasing the cash value for fruits and vegetables.

**Section 746**: Cancels $20 million from unobligated balances from amounts made available for in the Agricultural Marketing Service – Marketing Services program.

SEC. 746. Of the unobligated balances from amounts made available for "Agricultural Marketing Service - Marketing Services", $20,000,000 are hereby permanently cancelled: *Provided*, that no amounts shall be cancelled from amounts that were designated by the Congress as an emergency or disaster relief requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

# Exhibit O

Case 3:25-cv-03698-SI    Document 440-3    Filed 07/01/26    Page 252 of 361



🇺🇸 An official website of the United States government  Here's how you know

**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

MENU

Home  ▸  About the Agency  ▸  Forest Service Reorganization

# Forest Service Reorganization

As part of the USDA reorganization plan, the Forest Service is realigning its organizational structure to strengthen local leadership, streamline operations, and improve mission delivery. The changes include moving headquarters to Salt Lake City, transitioning to a state-based leadership model, building a network of Operations Service Centers, and unifying the agency's research program.

The transition will occur in phases to ensure continuity of operations and to give employees time and clarity as decisions are made. Full details: USDA Prioritizing Common Sense Forest Management, Moves Forest Service Headquarters to Salt Lake City

## Setting the Record Straight on the Forest Service Reorganization

Some recent claims about this work are inaccurate. Here are the facts.

**Myth: The Forest Service is closing experimental forests and ranges.**

**Myth: The reorganization will require thousands of employees to relocate.**

**Myth: The reorganization is a step toward transferring federal lands to the states.**

**Myth: State director roles will become political positions.**

**Myth: Research activities will stop if some facilities close.**

**Myth: The restructuring is intended to force employees to quit or leave.**

**Fact:** There is a job for every existing employee in the reorganization, although it may be in a different role or at a different location.

This effort is about moving capacity where it is needed most: in the field. Our forests and districts urgently need additional staffing and decision authority to better serve the public and care for our forests and grasslands. Moving our headquarters west and establishing a state-based model will bring senior leadership and staffing capacity closer to the majority of the 193 million acres of national forests and grasslands we manage, and to the communities confronting wildfire risk, forest health challenges, and growing recreation demand. We support our employees, especially those who may be asked to move, and will help them make the best decisions for themselves and their families.

**Myth: Facility closures are unnecessary and signal reduced services.**

# News and Media

- Snopes - Forest Service Restructuring
- Myths, Directives, and Dead Lodgepole: A Frank Conversation with Forest Service Chief Tom Schultz (Idaho Outfitters and Guides)
- The AFRC Podcast: Sustainable Forests. Healthy Communities (American Forest Resource Council)
- What the future holds for the the US Forest Service (NPR 1A)
- Reorganizing the US Forest Service with Tom Schultz (The Ranch)
- Hear US Forest Service chief interview on Explore Oregon Podcast (Statesman Journal - Explore Oregon)

---

# FOREST SERVICE FACILITIES OVERVIEW

An asterisk (*) indicates a location that will serve more than one facility function (for example, a State Office combined with an Operations Service Center or technical center).

## STATE OFFICES

(*Forest Service image*)

- **Auburn, AL\*** – Ozarks/Gulf Coast State Office (Oklahoma, Arkansas, Louisiana, Texas, Mississippi, Alabama, Florida)
- **Juneau, AK** – Alaska State Office (Alaska)
- **Phoenix, AZ** – Arizona State Office (Arizona)
- **Placerville, CA\*** – California–Hawaii State Office (California, Hawaii)
- **Fort Collins, CO\*** – Colorado–Kansas State Office (Colorado, Kansas)
- **Athens, GA\*** – Southern Appalachian State Office (Virginia, North Carolina, Tennessee, Georgia, South Carolina, Kentucky, Puerto Rico)
- **Boise, ID\*** – Idaho State Office (Idaho)
- **Salem, OR** – Oregon State Office (Oregon)
- **Warren, PA** – Mid-Atlantic/New England State Office (Ohio, West Virginia, Pennsylvania, Maryland, Delaware, New Jersey, New York, Connecticut, Rhode Island, Massachusetts, Vermont, New Hampshire, Maine)
- **Salt Lake City, UT\*** – Utah–Nevada State Office (Utah, Nevada)
- **Olympia, WA** – Washington State Office (Washington)
- **Madison, WI\*** – Great Lakes/Midwest State Office (Minnesota, Iowa, Wisconsin, Illinois, Michigan, Indiana, Missouri)
- **Cheyenne, WY** – Northern Plains State Office (Wyoming, North Dakota, South

- **Helena, MT** – Montana State Office
  (Montana)
- **Albuquerque, NM\*** – New Mexico State
  Office (New Mexico)

Dakota, Nebraska)

## OPERATIONS SERVICE CENTERS



(*Forest Service image*)

- **Placerville, CA\***
- **Fort Collins, CO\***
- **Athens, GA\***

- **Missoula, MT\***
- **Albuquerque, NM\***
- **Madison, WI\***

## NATIONAL TRAINING CENTER

- **Vallejo, CA**

---

## BUSINESS SUPPORT SERVICE CENTER

- **Albuquerque, NM***

---

## RESEARCH & DEVELOPMENT FACILITIES



(*Forest Service image*)

- **Arizona:** Flagstaff*
- **California:** Placerville*; Riverside*
- **Colorado:** Fort Collins*
- **Georgia:** Athens*
- **Minnesota:** St. Paul
- **Montana:** Missoula*
- **Nebraska:** Lincoln

- **North Carolina:** Asheville; Durham
- **Ohio:** Delaware
- **Oregon:** Corvallis, La Grande
- **Puerto Rico:** San Juan
- **Tennessee:** Knoxville
- **Washington:** Olympia
- **West Virginia:** Morgantown

- **New Hampshire:** Durham
- **Wisconsin:** Madison*; Rhinelander

## RESEARCH & DEVELOPMENT FACILITIES EVALUATED FOR POSSIBLE CLOSURE*

- **Alabama:** Huntsville
- **Alaska:** Anchorage
- **Arkansas:** Monticello
- **California:** Anderson; Fresno; Chico; Fort Bragg; Mt. Shasta; Hat Creek
- **Connecticut:** Ansonia; Hamden
- **Florida:** Tallahassee
- **Hawaii:** Hilo; Volcano
- **Illinois:** Evanston
- **Kentucky:** Lexington
- **Louisiana:** Tioga / Pineville
- **Massachusetts:** Westfield
- **Maryland:** Baltimore
- **Michigan:** East Lansing; Houghton; L'Anse; Wellston
- **Minnesota:** Grand Rapids; Ely
- **Mississippi:** Leland; Oxford; Saucier; Starkville; Stoneville

- **Montana:** Bozeman; Hungry Horse
- **Nevada:** Reno
- **New Hampshire:** Bartlett
- **New York:** Cortland; Lakeville; New York City
- **Ohio:** McArthur
- **Oregon:** Portland
- **Pennsylvania:** Irvine; Long Pond; Williamsport; York
- **South Carolina:** Clemson; Huger
- **South Dakota:** Rapid City
- **Texas:** Nacogdoches
- **Vermont:** Burlington
- **Virginia:** Blacksburg
- **Utah:** Cedar City; Logan; Ogden
- **Washington:** Seattle ; Wenatchee
- **West Virginia:** Princeton
- **Wisconsin:** Prairie du Chien; Wisconsin Rapids

*Facilities that do not appear on the Research and Development lists of retained facilities and facility closures are under evaluation. Further information will be provided as it is available.



[Forest Service Reorganization Fact Sheet](#) (PDF, 350 KB)

| Visit Us | Managing the Land | Learn | Science and Technology | Working with Us | About the Agency | Inside the FS | Reorganizat |
|---|---|---|---|---|---|---|---|

| Visit Us | Science and Technology | About the Agency |
|---|---|---|
| Contact Us | Plain Writing | Policy |
| Sitemap | Open | Information Quality |
| Policies & Links | FOIA | USA.gov |
| Our Performance | Accessibility Statement | Whitehouse.gov |
| Careers | Privacy Policy | eGov |
| Fraud, Waste, and Abuse Hotline | Non-Discrimination Statement | No FEAR Act Data |
| Inspector General | USDA Anti-Harassment Policy | Whistleblower Protection Coordinator |
| | Forest Service Anti-Harassment | |



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

# Exhibit P

🇺🇸 An official website of the United States government   Here's how you know

## Notice

As of June 1, 2026 the Food and Nutrition Service (FNS) is now the Food and Nutrition Administration (FNA). We are in the process of updating our website to reflect this change.

 **Food and Nutrition Administration**
U.S. DEPARTMENT OF AGRICULTURE

MENU

# Reorganization

HOME     OUR AGENCY     **REORGANIZATION**

### Resource Type

Technical Assistance

Training and Outreach

As part of the USDA reorganization plan    , the Food and Nutrition Service and the Food, Nutrition, and Consumer Services mission area are now the **Food and Nutrition Administration**. As we move forward with the phased restructuring, many of the details and logistics are subject to union negotiations, and we remain committed to upholding our collective bargaining obligations.

## Who

The Food and Nutrition Administration, or FNA, administers USDA's 16 nutrition assistance programs. The FNA Administrator reports directly to the Secretary of Agriculture and is responsible for overseeing the agency's $170 billion budget and setting the policy direction executed by approximately 1100 employees across the country.

## What

The Food and Nutrition Administration will retain a small national office headquarters in the D.C. area for leadership, congressional and policy coordination, and regulatory functions. The remainder of the agency – including but not limited to program implementation and oversight and retailer operations and compliance – will be located in hubs across the country. The structure of the agency's offices and divisions will also be realigned to foster greater cross-collaboration, increase state support, and better reflect the nature of the work.

# When

Many of the details and logistics of the restructuring are currently being determined through ongoing collective bargaining. The intent is for full implementation of the reorganization to occur over the coming year.

# Where

- State Support and Evaluations: Dallas, TX; Denver, CO; Indianapolis, IN; Kansas City, MO; Raleigh, NC
- Retailer Operations and Compliance: Atlanta, GA; Dallas, TX; Los Angeles, CA; New York, NY
- Child Nutrition Programs Implementation and Oversight: Dallas, TX
- Supplemental Nutrition Assistance Program (SNAP) Implementation and Oversight: Indianapolis, IN
- Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) and Food Distribution Programs Implementation and Oversight: Kansas City, MO
- Emergency Management and Continuity of Operations: Denver, CO
- Research Programs: Raleigh, NC

# How

The reorganization is being implemented as a phased transition. The current agency headquarters building in Northern Virginia will close, and a small team of policy and regulatory employees will be relocated to D.C. The remainder will be relocated to one of the new hubs. Existing offices in Dallas, TX, and Denver, CO, will remain open, evolving into hubs, and the remaining facilities will close on a rolling basis as leases expire. Throughout, there will be no disruptions in service or integrity across any of the 16 nutrition assistance programs.

# Why

Serving those most in need with integrity and accountability is our top priority. Bringing the agency closer to the people who implement our programs and the families we serve will foster greater collaboration, consistency, accountability, and consumer service—ultimately equipping our agency to deliver on our mission with excellence.

# Food and Nutrition Administration



# Related Resources

- [Food and Nutrition Administration Organizational Chart](#)
- Press Release: [USDA Announces Actions to Better Serve States, Nutrition Program Recipients, and the American Taxpayer](#) (4/30/26)
- Press Release: [Rollins, Vaden, and Forst Announce Disposal of Dilapidated USDA Facilities](#) (2/25/26)
- Press Release: [Secretary Rollins Announces USDA Reorganization, Restoring the Department's Core Mission of Supporting American Agriculture](#) (7/24/25)
- [USDA Reorganization Plan](#)

# Facts Versus Fiction

| |
| --- |
| Myth: Critical nutrition services will be disrupted. |
| Myth: The shift from Regional Offices to hubs will negatively impact state and local oversight and support. |
| Myth: This is just another way to shrink the workforce and get rid of federal employees. |
| **Fact:** The reorganization does not include any layoffs, known in federal government as Reductions in Force (RIFs). Rather, it reorganizes staff to maximize efficiency, consistency, and customer service. While the reorganization does include relocations, as aligned with Secretary Rollins' goal of bringing USDA closer to the people it serves, there is a role for all existing employees in the new organizational structure. |

Myth: Institutional knowledge will be lost due to relocations and resignations.

Myth: The reorganization will negatively impact the agency's standing within USDA and in Washington.

# Frequently Asked Questions

What are the benefits of this reorganization?

How will these changes impact program participants?

We remain fully committed to our 16 nutrition assistance programs, and there will be no disruption to benefits or service throughout this transition. The structural changes we are making to our organization will allow us to be more responsive, more accountable, and more connected to local communities so we can serve program participants better than ever before.

How will these changes impact state and local agencies, territories, and Tribes?

How will these changes impact program operators and retailers?

Why is the Food, Nutrition, and Consumer Services mission area now an administration? What impact does this have?

How did you choose the hubs?

How will you ensure continuity of operations through the reorganization?

Will employees be laid off as part of this reorganization?

What is the expected timeline for employees to receive individual notice of moves?

What does the reorganization and restructuring mean for staff with reasonable accommodation?

What does the reorganization and restructuring look like for national office staff that report to an existing regional office?

How will the reorganization and restructuring affect Retailer Operations and Compliance employees that are not located near the proposed hubs or report to the national office?

What will the programmatic functions in Washington, D.C. look like?

Will there be opportunities to move to different jobs locally within USDA?

What comes after the 30-day congressional notification period?

What is the intention of the hub versus program structure? For example, if Child Nutrition Implementation and Oversight is moving to Dallas, Texas, will the other four hubs still house CN staff to assist states?

Will FNS employees be able to select which hub to report to?

Will a flexible work schedule still be available?

What is the difference between an existing regional office and a hub?

What comments were utilized from the previous comment period?

Will staff be eligible to apply for another federal job in their area if they decline to relocate?

Will USDA provide more guidance on the reorganization?

Will voluntary separation or retirement incentives be offered for employees unable or unwilling to relocate?

If employees are required to move, will they be reimbursed for the move?

What counseling resources are available to employees during the transition?

What's next?

How can I learn more?

Page updated: June 03, 2026

Return to top

## Home

## Programs

## Data & Research

## Funding

## Newsroom

## Resources

## Our Agency

USDA.gov

WhiteHouse.gov

USA.gov

Privacy Policy

Vulnerability Disclosure Policy

Non-Discrimination Statements

Accessibility Statement

FOIA

Plain Writing

Information Quality

Small Business Rights

## Sign up for Updates

Your Email Address:

Case 3:25-cv-03698-SI    Document 440-3    Filed 07/01/26    Page 266 of 361

**Sign Up**



**Stay Connected**

Case 3:25-cv-03698-SI    Document 440-3    Filed 07/01/26    Page 266 of 361

**Sign Up**

# Exhibit Q



# United States Department of Agriculture

# FY 2026

# BUDGET SUMMARY

CONTENTS

PREFACE ................................................................................................................. iii

OVERVIEW .............................................................................................................. 1
    HIGHLIGHTS ....................................................................................................... 2

MISSION AREA/AGENCY DETAILS:

FARM PRODUCTION AND CONSERVATION:
    FARM SERVICE AGENCY ...................................................................................... 5
    RISK MANAGEMENT AGENCY ................................................................................ 7
    NATURAL RESOURCES CONSERVATION SERVICE ....................................................... 8
    FARM PRODUCTION AND CONSERVATION BUSINESS CENTER ...................................... 10

TRADE AND FOREIGN AGRICULTURAL AFFAIRS:
    FOREIGN AGRICULTURAL SERVICE ........................................................................ 11

RURAL DEVELOPMENT:
    RURAL UTILITIES SERVICE ................................................................................... 15
    RURAL HOUSING SERVICE ................................................................................... 17
    RURAL BUSINESS-COOPERATIVE SERVICE .............................................................. 19
    RURAL DEVELOPMENT SALARIES AND EXPENSES ..................................................... 20

FOOD, NUTRITION, AND CONSUMER SERVICES:
    FOOD AND NUTRITION SERVICE ........................................................................... 22

FOOD SAFETY:
    FOOD SAFETY AND INSPECTION SERVICE ............................................................... 24

NATURAL RESOURCES AND ENVIRONMENT:
    FOREST SERVICE .............................................................................................. 26

MARKETING AND REGULATORY PROGRAMS:
    ANIMAL AND PLANT HEALTH INSPECTION SERVICE ................................................... 30
    AGRICULTURAL MARKETING SERVICE .................................................................... 33

RESEARCH, EDUCATION, AND ECONOMICS:
    AGRICULTURAL RESEARCH SERVICE ..................................................................... 38
    NATIONAL INSTITUTE OF FOOD AND AGRICULTURE ................................................... 41
    ECONOMIC RESEARCH SERVICE ........................................................................... 43
    NATIONAL AGRICULTURAL STATISTICS SERVICE ...................................................... 44

DEPARTMENTAL ACTIVITIES:
    DEPARTMENTAL STAFF OFFICES .......................................................................... 45
    OFFICE OF INSPECTOR GENERAL .......................................................................... 50

**APPENDIX:**

New Budget Authority ................................................................................. 51
Available Resources – Discretionary.......................................................... 52
Discretionary Outlays by Agency .............................................................. 54

## *PREFACE*

This publication summarizes the fiscal year (FY) 2026 Discretionary Budget for the U.S. Department of Agriculture (USDA). Throughout this publication any reference to the "Budget" is in regard to the 2026 Discretionary Budget, unless otherwise noted. All references to years refer to fiscal year, except where specifically noted. The budgetary tables throughout this document show actual amounts for 2024, appropriated levels for 2025 and the President's Budget request for 2026.

Throughout this publication, the "2018 Farm Bill" is used to refer to the Agriculture Improvement Act of 2018. Most programs funded by the 2018 Farm Bill are funded through 2025, through the extension of the 2018 Farm Bill in the American Relief, 2025, Public Law 118-158. Amounts shown in 2026 for extended Farm Bill programs reflect those confirmed in the baseline.

Pursuant to the Balanced Budget and Emergency Deficit Control Act of 1985, sequestration is included in the numbers for mandatory programs in 2024 and 2025. The sequestration rate for 2024 and 2025 is 5.7 percent. The 2026 sequestration rate was not released at the time of this publication, however, mandatory funds for 2026 reflect a sequester reduction of 5.7 percent.

## DOCUMENT ORGANIZATION

The Budget Summary is organized into four sections:

- Overview – provides an overview of USDA's funding.
- Budget Highlights – describes key budget proposals and changes in budget authority and outlays.
- Mission Area and Agency Details – summarizes agency funding, programs, and performance goals.
- Appendix – Department-wide summary tables.

## BUDGET AND PERFORMANCE PLAN TERMS:

**Budget Authority (BA)**: Authority to commit funds of the Federal Treasury. Congress provides this authority through annual appropriations acts and substantive legislation, which authorizes direct spending. The President's budget requests the Congress to appropriate or otherwise provide an amount of budget authority sufficient to carry out recommended Government programs.

**Obligations**: Commitments of Government funds that are legally binding. For USDA to make a valid obligation, it must have a sufficient amount of BA to cover the obligation.

**Outlays**: Cash disbursements from the Federal Treasury to satisfy a valid obligation.

**Program Level (PL)**: The gross value of all financial assistance USDA provides to the public. This assistance may be in the form of grants, guaranteed or direct loans, cost-sharing, professional services, such as research or technical assistance activities, or in-kind benefits, such as commodities.

**Performance Measures**: Indicators, statistics, or metrics used to gauge program performance.

## DATA DISPLAY – ZERO TREATMENT

Amounts in text and tables throughout this document are calculated with the greatest level of precision (decimal places) available and rounded for display purposes. Therefore, amounts in tables and charts may not add to displayed totals due to rounding. Due to rounding,

amounts in this document may appear to be marginally different than those shown in the President's Budget, which is developed in millions of dollars.

In tables throughout this document, amounts equal to zero (0) are displayed as dashes (-). Amounts less than 0.5 and greater than zero are rounded and shown as a zero (0). This display treatment is used to prevent the masking of non-zero amounts that do not round up to one (1).

## DATA DISPLAY – SCALE

The Budget is most often depicted or described using budget authority as the scale of measurement. However, there are some cases when other measures or scales are used, so the reader should be aware of the context. Note that the budget authority tables contained in this document reflect operating levels. In addition, performance goals reflect performance levels at ongoing funding levels and do not include the effect of supplemental appropriations.

## OTHER PUBLICATIONS

The FY 2026 Annual Performance Plan, which provides performance information concerning USDA plans for 2026, can be found at: https://www.usda.gov/our-agency/about-usda/performance.

## CONTACT INFORMATION

Questions may be directed to the Office of Budget and Program Analysis via e-mail at OBPA.OFFICE.OF.THE.DIRECTOR@usda.gov.

## *OVERVIEW*

### MISSION STATEMENT

USDA provides leadership on food, agriculture, natural resources, rural development, nutrition, and related issues based on public policy, the best available science, and effective management.

### 2026 FUNDING OVERVIEW

Under the current law, the 2026 request for discretionary budget authority to fund programs and operating expenses is $23.0 billion, which is slightly more than a 22.55 percent decrease, or $6.7 billion, below the 2025 Enacted (CR) levels. The request also includes $916 million in scorekeeping comprised of negative subsides, cancellations, and a change in mandatory programs.

Under current law, USDA's total outlays for 2026 are estimated at $234 billion. Of that, $42.2 billion, or 18.01 percent, of outlays are for discretionary programs such as: the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), food safety, rural development loans and grants, research and education, soil and water conservation technical assistance, animal and plant health, management of national forests, other Forest Service activities, and domestic and international marketing assistance.

## *2026 BUDGET SUMMARY HIGHLIGHTS*

## OVERVIEW

Since our founding in 1862, the U.S Department of Agriculture (USDA) -- the "People's Department" -- has been at the forefront of food, agriculture, natural resources, rural development, and nutrition guided by public policy, the best available science, and effective management. However, for too long, the hardworking Americans who feed, fuel, and clothe the world have been sidelined in this mission. Now is the time to do all we can to make American agriculture great again, ensuring that farmers, ranchers, and producers have a strong voice and a significant role. USDA's commitment is to ensure American agriculture feeds not only America but the world, and to guarantee that American farmers, ranchers, and producers compete on a world stage that is fair, on terms that put America first. USDA is committed to maintaining the trust placed in us to fight disease, feed the needy, make America healthy again, manage our land and forests, and — most of all — support all American agriculture.

USDA is at a pivotal moment where we can safeguard our country from fiscal ruin. Lower federal spending combined with the largest tax cuts in the history of our country, strong deregulatory actions, and tariff and trade realignment will set the stage for the next generation of American greatness. At USDA, we have already begun this return to greatness by eliminating wasteful spending, promoting efficiencies, reprioritizing our services to focus on farmers, cutting regulatory red tape, and shifting our mission towards expanding market opportunities for farmers, rather than promoting programs that cater to special interests of Washington D.C. bureaucrats who have never set foot in a field or pasture.

The 2026 Budget discretionary request totals $22.1 billion to ensure we meet our mission and fulfill our statutory responsibilities in the most cost-effective manner. Under the leadership of the Trump Administration and Secretary Rollins, USDA will support and protect American farmers, ranchers, and producers, make America prosperous and healthy again, ensure American agriculture is the most competitive in the world, unleash American energy, and optimize USDA's customer service while safeguarding taxpayer interests. With these strategic investments, USDA will uphold President Trump's commitment to balancing the budget while achieving these critical priorities.

Key Investments in the Budget include the following areas:

- The Animal and Plant Health Inspection Service continues to protect domestic livestock, poultry, field crops, and specialty crops, collectively valued at nearly $325 billion in calendar year 2023. The Budget includes $388 million for Plant Health, with a significant increase to combat exotic fruit fly outbreaks in Texas, California, Guatemala, and Mexico. This funding will address rising costs and heightened risks in the domestic program, especially given the unusually high outbreak numbers in Texas and California. Additionally, the Budget includes $152 million for Wildlife Services and proposes enhancing the National Rabies Management Program. This initiative aims to control and eliminate rabies virus variants in terrestrial carnivores using oral rabies vaccination (ORV) baits, vital given the increased operating costs, depletion of the ORV bait stockpile, and rising rabies cases.
- Supporting the credit needs of American farmers and ranchers is a USDA priority.  The Farm Service Agency's Farm Loan Programs are a cornerstone of this support and the FY2026 Budget is projected to support over 35,000 direct and guaranteed loans to

farmers and ranchers by financing operating expenses and providing opportunities to acquire a farm or to maintain or expand an existing one. The availability of farm operating loans provides farmers with short-term credit to finance the costs of continuing or improving their farming operations, such as purchasing seed, fertilizer, livestock, feed, equipment, and other supplies.  For farm operating loans, the Budget supports over $1.6 billion in direct loans and $2.0 billion for guaranteed loans, providing about 22,000 loans to farmers and ranchers.  For farm ownership loans, the Budget includes funding to support $2.4 billion in direct loans and $3.5 billion for guaranteed loans, which will provide about 13,800 loans to farmers and ranchers seeking to either acquire their own farm or expand an existing one.

- In support of trade relationships that benefit the United States, the Foreign Agricultural Service will partner with government agencies, trade associations, and regional and international organizations to increase market access for American agricultural commodities and to facilitate global trade.

- The budget aims to improve the efficiency and effectiveness of USDA's Rural Development programs and refocus on its core mission. Investments include $1.7 billion for Rental Assistance and $493 million in program level for multifamily housing loans, loan guarantees, and grants. The budget also includes investments to further develop infrastructure in rural communities including $1.4 billion in program level for Water and Waste programs, $1.9 billion in Community Facilities loan and loan guarantee level, and $30 million for distance learning and telemedicine grants, which include a set-aside for addressing the nation's opioid epidemic.

- Fully funding the Special Supplemental Nutrition Program for Women, Infants, and Children at a level that will serve all eligible participants who apply, helping fulfill the President's promise to Make America Healthy Again.

- Further, the 2026 Budget increases resource and operational efficiencies by consolidating Federal wildland fire management programs into a new Department of the Interior (DOI) bureau. At the same time, the budget supports the Forest Service's continued work to actively manage national forests and grasslands while supporting local economies through timber production, recreation, energy development, and livestock grazing.

American farmers and ranchers are facing a confluence of circumstances that make their already difficult profession even harder, including a record agricultural trade deficit, increasing costs of production, and the new emerging challenges of Highly Pathogenic Avian Influenza. The 2026 Budget strengthens USDA's ability to face these challenges head-on while eliminating wasteful spending, empowering the states, and eliminating duplication in programs, policies, and responsibilities.

## *FARM PRODUCTION AND CONSERVATION*

### MISSION

The Farm Production and Conservation (FPAC) mission area focuses on domestic agricultural issues. Locating the Farm Service Agency (FSA), the Risk Management Agency (RMA), the Natural Resources Conservation Service (NRCS), and the FPAC Business Center under one mission area provides a simplified, one-stop shop for USDA's primary customers, the farmers, ranchers, and forest managers across America. FSA, RMA, and NRCS implement programs designed to mitigate the significant risks of farming through crop insurance, conservation programs and technical assistance, and commodity, lending, and disaster programs.

FSA farm loan programs provide an important safety net for producers, by providing a source of credit to producers who commercial lenders may be unwilling to serve. The majority of FSA's direct and guaranteed farm ownership and operating loans are targeted to beginning producers, who generally have had a more difficult time obtaining credit to maintain and expand their operations. In 2024, FSA provided more than 24,500 direct and guaranteed loans to farmers and ranchers, totaling nearly $5.4 billion with beginning farmers representing 60 percent of this total. Throughout 2023 and 2024, FSA improved the farm loan process including a simplified direct loan application and launching an online direct application, which improves the customer experience and program delivery.

Crop insurance is designed to allow farmers and ranchers to effectively manage their risk through difficult periods, helping to maintain America's food supply and the sustainability of small, limited resource, socially disadvantaged and other underserved farmers. In calendar year 2023, RMA helped provide the largest farm safety net in history, a record $207 billion in protection for American agriculture. At the same time, the agency continued to introduce new programs to support specialty crops, livestock, controlled environment, and shellfish producers. Additionally, RMA invested over $6.5 million in cooperative agreements and partnerships to help educate underserved, small-scale, and organic producers better manage risks.

NRCS works in partnership with private landowners, communities, local governments, and other stakeholders to promote the sustainable use and to safeguard the productivity of the Nation's private working lands. In a time of rising Federal budget deficits, this Budget request relies even more on these groups that have a common and vested interest in the local landscape, community, or watersheds. NRCS resources consider where Federal dollars are best able to leverage the work that is being done appropriately by State and local agencies. This facilitates continued collaboration among groups that collectively support farmers and maintaining natural resource quality.

Under this umbrella of agency mission and local cooperation, NRCS employees provide targeted assistance. In 2023, NRCS developed conservation plans covering over 75 million acres. In accordance with those plans and utilizing Conservation Technical Assistance (CTA) program support, conservation practices and systems designed to improve soil quality were applied to 5 million acres of cropland. In calendar year 2023, USDA enrolled nearly 5,300 additional producers in NRCS conservation programs across all 50 states. Throughout 2023, NRCS worked on improvements to streamline processes and reduce the burden on partners.

The FPAC Business Center, created in 2018, provides mission support services to FSA, RMA, and NRCS including acquisition, budget, economic analysis, finance, security, human resources, information technology, performance, and related activities to enable those agencies to help keep U.S agricultural producers financially healthy.

### FARM SERVICE AGENCY

FSA supports the delivery of farm loans, commodity, conservation, disaster assistance, and related programs. FSA utilizes the Commodity Credit Corporation (CCC), which funds most of the USDA commodity, export, and conservation programs.

*Table FPAC-1. FSA Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| FSA Salaries and Expenses: | | | |
| Salaries and Expenses (Direct Appropriation) .......... | $1,209 | $1,209 | $950 |
| Transfer from Program Accounts ........................... | 306 | 306 | 236 |
| Total, Salaries and Expenses ............................. | 1,515 | 1,515 | 1,186 |
| Agricultural Credit Insurance Fund Program Account: | | | |
| Loan Subsidy...................................................... | 54 | 54 | 32 |
| Loan Program Expenses ...................................... | 20 | 20 | 16 |
| Total, ACIF Program Account............................... | 74 | 74 | 48 |
| State Mediation Grants ...................................... | 7 | 7 | - |
| Grassroots Source Water Protection Program ............. | 7 | 7 | - |
| Geographically Disadvantaged Farmers and Ranchers | 4 | 4 | - |
| Total, Ongoing Discretionary Programs ..................... | 1,606 | 1,606 | 1,234 |
| **Total, Discretionary Programs.......................** | **1,606** | **1,606** | **1,234** |

Totals may not sum due to rounding.

### Salaries and Expenses

The Budget includes $1.186 billion to support Federal and non-Federal staffing, which includes the $236 million transfer from the Agricultural Credit Insurance Fund Program Account. FSA delivers its programs through more than 2,100 USDA Service Centers, 50 State offices, and an area office in Puerto Rico.

### State Mediation Grants

Funding for State Mediation Grants is not requested in FY 2026.

### Grassroots Source Water Protection Program

Funding for the Grassroots Source Water Protection Program (GSWPP) not requested in FY 2026.

### Geographically Disadvantaged Farmers and Ranchers

The Budget does not request funding for geographically disadvantaged farmers and ranchers through the Reimbursement Transportation Cost Payment Program.

***Table FPAC-2. ACIF Program Level (PL) and Budget Authority (BA) (millions of dollars)***

| Item | 2024 PL Actual | 2024 BA Actual | 2025 PL Enacted | 2025 BA Enacted | 2026 PL Budget | 2026 BA Budget |
|---|---|---|---|---|---|---|
| **Discretionary:** | | | | | | |
| Farm Ownership Loans: | | | | | | |
|   Direct.............................................. | $3,100 | - | $2,579 | $50 | $2,406 | $31 |
|   Guaranteed Unsubsidized .................... | 3,500 | - | 3,500 | - | 3,500 | - |
|     Total, Ownership Loans .................... | 6,600 | - | 6,079 | 50 | 5,906 | 31 |
| Farm Operating Loans: | | | | | | |
|   Direct.............................................. | 1,633 | 28 | 1,633 | - | 1,633 | - |
|   Guaranteed Unsubsidized .................... | 2,118 | 1 | 2,118 | - | 2,000 | - |
|     Total, Operating Loans ..................... | 3,751 | 29 | 3,751 | - | 3,633 | - |
| Emergency Loans .................................. | 38 | 4 | 30 | 4 | 14 | 1 |
| Indian Land Acquisition Loans ................. | 20 | - | 20 | - | - | - |
| Boll Weevil Eradication Loans.................. | 60 | - | - | - | - | - |
| Conservation Loans .............................. | - | - | - | - | - | - |
|   Guaranteed Unsubsidized .................... | 150 | - | 150 | - | - | - |
|     Total, Conservation Loans................. | 150 | - | 150 | - | - | - |
| Highly Fractionated Indian Land Loans | 5 | 2 | - | - | - | - |
| Heir's Relending Program ....................... | 61 | 19 | - | - | - | - |
| **Total, ACIF...............................** | **10,686** | **54** | **10,030** | **54** | **9,553** | **32** |

Totals may not sum due to rounding.

The Farm Loan Programs serve as an important safety net for America's farmers by providing a source of credit when credit from commercial sources cannot or does not meet their actual needs. The Budget supports just over $9.5 billion in farm loans.

Specifically, the Budget is projected to support over 35,000 loans to farmers and ranchers by financing operating expenses and providing opportunities to acquire a farm or keep an existing one. The availability of farm operating loans provides farmers with short-term credit to finance the costs of continuing or improving their farming operations, such as purchasing seed, fertilizer, livestock, feed, equipment, and other supplies. For farm operating loans, the Budget supports over $1.6 billion in direct loans and $2.0 billion in guaranteed loans. The requested loan levels for operating loans will serve approximately 22,000 loans to farmers, of which about 17,850 will be direct and 4,200 will be guaranteed loans. For farm ownership loans, the Budget includes funding to support $2.4 billion in direct loans and $3.5 billion for guaranteed loans. These loan levels will provide an estimated 13,800 loans to farmers with the opportunity to either acquire their own farm or keep an existing one; an estimated 8,000 will be direct and about 5,800 will be guaranteed loans.

Also, the Budget supports $14 million for emergency loans. No funding is requested for the remaining programs as the demand has waned in favor of other programs.

## RISK MANAGEMENT AGENCY

RMA provides agricultural producers with market-based risk management tools, primarily through Federal crop insurance, to strengthen the economic stability of farmers and rural communities. Specifically, they manage the Federal Crop Insurance Corporation (FCIC), which offers various crop insurance products. RMA also works with Approved Insurance Providers (AIPs) to sell and service these policies.

*Table FPAC–3. RMA Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| RMA Salaries and Expenses Appropriations................. | $66 | $66 | $60 |
| Transfers from FCIC (Mandatory) ............................. | 7 | 7 | 7 |
| Total, Salaries and Expenses ...................................... | 73 | 73 | 67 |
| **Total, Discretionary RMA ...........................................** | 73 | 73 | 67 |

### Salaries and Expenses

The Federal crop insurance program provides a safety net that protects producers from a wide range of risks caused by natural disasters, as well as the risk of price fluctuations. The crop insurance program covers around 130 crops. However, the ten principal row crops (barley, corn, cotton, peanuts, potatoes, rice, sorghum, soybeans, tobacco, and wheat) account for around 74 percent of total insured value. The participation rate is high for the principal row crops with around 89 percent of acres covered by insurance.

While Federal crop insurance is delivered to producers through private insurance companies are reimbursed for their delivery expenses and receive underwriting gains through mandatory funding, discretionary funds for Federal crop insurance cover Federal salaries and related expenses to manage program oversight and operations. The Budget includes $60 million in discretionary appropriations for these costs. Of note, $1 million will be used to help ensure Federal crop insurance functions efficiently, meets customer needs, and is available to as many producers as possible, while protecting the integrity of the program. Further, the RMA plans to transfer $7 million each fiscal year from mandatory funding to RMA's Salaries and Expenses for program compliance and integrity reviews.

## NATURAL RESOURCES CONSERVATION SERVICE

NRCS provides both technical and financial assistance to landowners and managers through Farm Bill programs for the benefit of farm or ranch, watershed and community.

### Table FPAC-4: NRCS Budget Authority (millions of dollars)

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Conservation Operations ...................................... | $915 | $896 | $112 |
| Watershed Rehabilitation Program ........................ | 1 | 1 | - |
| Watershed and Flood Prevention Operations ........... | 35 | 15 | - |
| Urban Agriculture and Innovative Production .......... | - | - | - |
| Healthy Forests Reserve Program ......................... | - | - | - |
| Water Bank Program ......................................... | - | - | - |
| **Total, Discretionary Programs ............................** | **951** | **912** | **112** |
| Other funding: ..................................................... | | | |
| Water Bank Program (General Provision) .............. | 2 | 2 | - |
| Wetlands Mitigation Banking (General Provision) ..... | 2 | 2 | - |
| Total, Other Funding ........................................... | 4 | 4 | - |
| **Total, NRCS.....................................................** | **955** | **916** | **112** |

### Private Lands Conservation Operations (PLCO)

The proposed discretionary funding for PLCO for 2026 is $112 million for Soil Survey, Snow Survey, and Plant Materials Centers. Farmers will continue to receive conservation technical assistance from all sources of funding, and with efficiencies that reflect greater reliance on State and local conservation districts. NRCS partners with state conservation agencies, local conservation districts, and third-party private sector entities (known as Technical Service Providers). The Conservation Technical Assistance program will also be realigned to reflect the total salaries and expenses needed to provide technical assistance needed to deliver programs authorized by Congress. Multiple funding sources will contribute to the salaries and expenses needed to fund the NRCS workforce. This model is similar to how salaries and expenses are funded in the RD mission area.

Also, within PLCO, the Soil Survey Program will continue to enhance evaluation of the effects of conservation practices on soil health, soil erosion, and other natural resource issues. The Snow Survey and Water Supply Forecasting Program will continue to enhance data collection and analysis to provide estimates of water availability, drought conditions, and flooding potential to water users (e.g., farmers, ranchers, recreationists) and to water managers (irrigation districts, soil and water conservation districts, municipal and industrial water providers, hydroelectric power utilities, fish and wildlife management, reservoir managers, Tribal Nations, Federal, State, and local government agencies, and the countries of Canada and Mexico). The Plant Materials Centers will continue development of information and training for field staff to meet emerging environmental challenges to natural resource conservation associated with changes in weather patterns.

***Table FPAC-5: NRCS Discretionary Technical Assistance (millions of dollars)***

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Conservation Operations (Technical Assistance): [3]....... | | | |
| Conservation Technical Assistance........................... | $796 | $746 | - |
| Soil Surveys ...................................................... | 87 | 87 | $87 |
| Snow Surveys.................................................... | 15 | 15 | 15 |
| Plant Materials .................................................. | 11 | 11 | 11 |
| Urban Agriculture and Innovative Production Program | 7 | 7 | - |
| Wetlands Mitigation Banking................................ | 1 | 1 | - |
| **Total, Discretionary Programs ...............................** | **917** | **867** | **112** |

### FARM PRODUCTION AND CONSERVATION BUSINESS CENTER

The FPAC BC was formed to consolidate mission administrative support functions within the FPAC mission area. FPAC BC is responsible for financial management, budgeting, human resources, information technology, acquisitions/procurement, customer experience, internal controls, risk management, strategic and annual planning, and other mission-wide activities in support of the customers and employees of FSA, RMA, and NRCS. The FPAC BC was established in 2018 via a transfer of funding and personnel from FSA, RMA, and NRCS. The FPAC BC also provides administrative support for the CCC. The 2026 Budget provides $214 million in discretionary funding. Including the mandatory funding transfer from NRCS, the 2026 Budget provides a total of $285 million for the FPAC BC.

*Table FPAC-11. FPAC Business Center Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Appropriated Funding:** | | | |
| FPAC Business Center............................................ | $244 | $244 | $214 |
| **Discretionary Transfer of Mandatory Funding:** | | | |
| NRCS - Agricultural Conservation Easement Program | 8 | 8 | 10 |
| NRCS - Conservation Stewardship Program ............. | 21 | 21 | 25 |
| NRCS - Environmental Quality Incentives Program.... | 31 | 31 | 36 |
| Total, Discretionary Transfer of Mandatory Funding: .... | 60 | 60 | 71 |
| **Total, FPAC BC........................................................** | **304** | **304** | **285** |

## TRADE AND FOREIGN AGRICULTURAL AFFAIRS

### MISSION

For over 70 years the Foreign Agricultural Service (FAS) has been the lead U.S. government agency tasked with promoting exports of U.S. agricultural products. FAS advances the growth of U.S. agricultural exports through market intelligence, trade policy, trade capacity building, and trade promotion. FAS engages foreign markets across the market development spectrum – from developing economies to mature markets – facilitating an environment for trade growth opportunities for U.S. agriculture.

FAS serves as the voice for U.S. agriculture in international affairs, bringing together the diverse views of American farmers, ranchers, processors, and trade associations, as well as U.S. government agencies and non-governmental organizations. FAS agricultural attachés and locally employed staff in international offices serve as the eyes, ears, voice, and hands of U.S. agriculture around the world. These international offices are often the first point of contact for companies looking to export to a foreign market. FAS leadership in foreign agricultural affairs is accomplished through its global network of civil servants, foreign service officers, and locally employed staff.

FAS achieves mission success through relationship-building to create and maintain an open and positive global trade environment. With long-standing partnerships and collaborations with the U.S. agricultural industry, other U.S. government agencies, and non-governmental organizations, FAS consistently evaluates and addresses customer needs. Equally essential are the FAS relationships with international partners, including foreign governments, international organizations, and international agriculture associations. FAS employees continuously evaluate, advise on, and support the strengthening of the global market environment for U.S. food and agricultural products.

FAS prides itself on flexibility and adaptability to meet the ever-evolving trade environment challenges while delivering its mission. FAS advocates for trade-promoting, science-based policies through trade frameworks and initiatives, partnerships, and bilateral engagement. FAS trade promotion and trade capacity building programs expand export opportunities by creating awareness and demand for U.S. agricultural products and offering tools to support market participation.

### FOREIGN AGRICULTURAL SERVICE

FAS administers a variety of programs that are designed to facilitate access to international markets and thereby support a competitive U.S. agricultural system. FAS also carries out activities that promote productive agricultural systems in developing countries and contribute to increased trade. Working bilaterally and with international organizations, FAS encourages the development of transparent and science-based regulatory systems that allow for the safe development and use of agricultural goods derived from new technologies. FAS works with other USDA agencies, USTR, and others in the Federal government to monitor and negotiate new trade facilitating agreements and enforce existing trade agreements. The United States has numerous agreements with countries around the world that expand export opportunities for U.S. food and agricultural producers.

*Table TFAA-1. FAS Budget Authority (millions of dollars)*

| Item | | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|---|
| **Discretionary:** | | | | |
| FAS Salaries and Expenses: | | | | |
| Salaries and Expenses (Direct Appropriation)......... | | $227 | $227 | $222 |
| Transfer from CCC Export Credit Program Account.. | | 6 | 6 | 6 |
| Total, FAS Salaries and Expenses...................... | | 233 | 233 | 228 |
| Foreign Food Assistance: | | | | |
| McGovern-Dole International Food for Education Program............................................................... | a | 240 | 240 | - |
| P.L. 480 Title II Donations................................. | | 1,619 | 1,619 | - |
| Total, Discretionary Programs ............................... | | 2,092 | 2,092 | 228 |

**Table Footnotes**

[a] $24 million can be used for local and regional procurement in 2024.

**Salaries and Expenses**

*Table TFAA-2. FAS Salaries and Expenses (millions of dollars)*

| Item | 2024 Actual | 2025 Estimate | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Appropriated Programs ................................................ | $227 | $227 | $222 |
| Reimbursable Program Activities: | | | |
| FAS Computer Facility and Other IRM Costs Funded by CCC.............................................................................. | 19 | 12 | 12 |
| USAID and Other Development Assistance .................... | 16 | - | - |
| Other Reimbursable Agreements ................................. | 30 | - | - |
| Total, Reimbursable Program Activities ...................... | 65 | 12 | 12 |
| Total, FAS Salaries and Expenses................................. | 292 | 239 | 234 |

FAS headquarters staff and attachés covering approximately 180 countries partner with other U.S. government agencies, trade associations, as well as regional and international organizations in a coordinated effort to negotiate trade agreements; establish transparent, science-based standards; and resolve trade barriers.

Restrictive sanitary and phytosanitary (SPS) regulations (to address human, animal, and plant health) are major barriers to the expansion of global agricultural trade. The proliferation of labeling, registration, certification, and quality standards requirements for routinely consumed food products can also result in unnecessary technical barriers to trade (TBT). Working in concert with other U.S. trade and regulatory agencies and in frequent communication with private sector stakeholders, FAS works to improve market access for U.S. agricultural products and reduce the harm to the industry resulting from regulations by monitoring and enforcing international rules, strengthening the global regulatory framework, and encouraging the adoption of international standards.

FAS promotes science-based standards and supports trade in U.S. agricultural products produced with new technologies by monitoring worldwide developments in technologies, including their adoption and regulation by trading partners, A proactive stance is critical, because the development of divergent regulatory systems for new technologies could bring a virtual halt to trade in some commodities with a potential trade impact reaching billions of dollars.

In 2026, FAS will conduct its activities and programs through offices in Washington, D.C. and at approximately 100 overseas locations. The overseas offices represent and advocate for U.S. agricultural interests; provide reporting on agricultural policies, production, and trade for approximately 180 countries; assist U.S. exporters, trade groups, and State export marketing officials in their trade promotion efforts; and help to implement technical assistance and trade capacity building programs. The 2026 Budget request provides an appropriated funding level of $222 million for FAS activities funded by Salaries & Expenses

## *RURAL DEVELOPMENT*

### MISSION

USDA's Rural Development (RD) serves a leading role in facilitating access to rural credit by guaranteeing financing investments in rural utilities and housing. Galvanizing private credit and investments in rural America's infrastructure is critical to create jobs and increase our country's productivity of vital goods and services. Communities that do not invest in critical infrastructure upgrades risk losing their ability to provide clean, safe, and reliable water; electric, broadband, health, other community services. Ensuring access to investment will be required to close infrastructure gaps and connect rural residents and businesses to nationwide and global commerce.

RD has a field structure that has historically delivered programs in person; however, RD's mission can increasingly be delivered on-line or in coordination with other USDA or other federal and state agencies. USDA is reviewing its field structure to ensure that RD is delivering its core mission in the most efficient manner.

In recent years the type of assistance offered includes both direct and guaranteed loans, grants, and other payments. RD staff and partners have provided technical assistance to help communities access RD's programs. Several programs require and/or encourage recipients to contribute their own resources or obtain third-party financing to support the total cost of projects, thereby leveraging government support with private sector financing.  This budget proposes to eliminate the programs that are not part of USDA's core mission, such as business loans and grants that reward a select few, earmarked community facilities, and what have historically been loans that communities, and not general taxpayers, provide.

## RURAL UTILITIES SERVICE

*Table RD-1. RUS Program Level (PL) and Budget Authority (BA) (millions of dollars)*

| Item | 2024 PL Actual | 2024 BA Actual | 2025 PL Enacted | 2025 BA Enacted | 2026 PL Budget | 2026 BA Budget |
|---|---|---|---|---|---|---|
| **Discretionary:** | | | | | | |
| Electric Programs: | | | | | | |
| Direct Loans...................................... | $5,416 | - | $4,333 | - | $4,333 | - |
| FFB Loans......................................... | 2,709 | - | 2,167 | - | 2,667 | - |
| Rural Energy Saving Program.............. | 20 | $4 | 18 | $4 | - | - |
| Electric Underwriting .......................... | 900 | - | 900 | - | - | - |
| Telecommunications Programs: | | | | | | |
| Treasury Loans.................................. | 550 | 6 | 155 | 2 | - | - |
| FFB Loans......................................... | - | - | - | - | 200 | - |
| Distance Learning and Telemedicine Grants.............................................. | 40 | 40 | 40 | 40 | 30 | $30 |
| Community Project Funding DLT Grants ... | 10 | 10 | - | - | - | - |
| Broadband Programs [a]: | | | | | | |
| ReConnect Direct Loans...................... | 43 | 10 | - | - | - | - |
| ReConnect Direct Loans/Grants Combine.. | 109 | 10 | - | - | - | - |
| ReConnect Grants ............................. | 70 | 70 | 90 | 90 | - | - |
| Community Project Funding Reconnect .... | 10 | 10 | - | - | - | - |
| Broadband Grants.............................. | 20 | 20 | 20 | 20 | - | - |
| High Energy Costs Grants...................... | 8 | 8 | 8 | 8 | - | - |
| Water and Waste Disposal Programs [a]: | | | | | | |
| Direct Loans...................................... | 850 | 71 | 851 | 88 | 1,229 | 58 |
| Direct 1%...................................... | 10 | 3 | 9 | 3 | - | - |
| Guaranteed Loans.............................. | 50 | - | 50 | - | 50 | - |
| Grants.............................................. | 515 | 515 | 381 | 381 | 144 | 144 |
| Subtotal, Water and Waste ............... | 1,425 | 589 | 1,291 | 471 | 1,423 | 202 |
| Subtotal, RUS Programs........................ | 11,331 | 776 | 9,021 | 635 | 8,653 | 232 |
| Salaries and Expenses........................ | 33 | 33 | 33 | 33 | 33 | 33 |
| Total, Discretionary Programs.................... | 11,364 | 809 | 9,055 | 668 | 8,686 | 266 |
| Total, RUS............................................. | 11,364 | 809 | 9,055 | 668 | 8,686 | 266 |

*Totals may not sum due to rounding.*
[a] The Budget includes rescission of unobligated balances. Estimated loan levels are not reflective of the rescission.

### Electric and Telecommunications Programs

RUS provides loan and grant financing for electric and broadband infrastructure serving rural and remote communities through the Electric and Telecommunications programs.

### Electric Loan Program

The Budget supports $7 billion in electric loans to finance the construction and operation of generating facilities, electric transmission and distribution lines, or system improvements. The Budget requests $4.3 billion for electric cost-of-money direct loans and $2.7 billion for guaranteed rural electric loans. Together, these investments will improve electric infrastructure and support additional clean energy, energy storage, and transmission projects in rural areas. Funding provided by this account supports the Administration's priorities as described in Executive Order 14154: Unleashing American Energy.

### Telecommunication Loan Program

The Budget supports $200 million in telecommunications Federal Financing Bank loans made pursuant to section 306 of the Rural Electrification Act for the expanded deployment of broadband in rural areas.

### Broadband, Distance Learning and Telemedicine Programs

The Budget includes $30 million for Distance Learning and Telemedicine (DLT) grants, including $3 million for grants for health care services in Mississippi. These grants also have a set-aside for addressing the nation's opioid epidemic. This program is designed specifically to assist rural communities that would otherwise be without access to learning and medical services over the Internet. The Budget proposes cancelling $40 million in unobligated balances from prior year balances from the ReConnect pilot program authorized in General Provision 779, P.L. 115-141. IIJA provided unprecedented funding for rural broadband and the Department is still working to outlay this funding. Future funding needs for this purpose will be provided by other Federal agencies.

### Water and Waste Disposal Program

The Water and Waste Disposal Program provides financing for rural communities to establish, expand or modernize water treatment and waste disposal facilities. These facilities provide safe drinking water and sanitary waste disposal for residential users, and help communities thrive by attracting new business.

The Budget supports $1.23 billion in direct loans, $50 million in guaranteed loans, and $144 million in grants. The funding will provide $40 million for grants targeted to Native Americans and Alaskan Native Villages and $20 million for grants for a Circuit Rider. The Budget is requesting $75 million in carryover funding to be cancelled. The Water and Waste program supports infrastructure development supporting job development and establishment of industries in rural areas.

Priority for financing is given to communities with low median household income levels. The Water and Waste Direct program provides direct loans to municipalities, counties, special purpose districts, certain Indian Tribes, and non-profit corporations to develop water and waste disposal systems in rural areas and towns with populations of less than 20,000. The program also guarantees water and waste disposal loans made by banks and other eligible lenders. Grants are authorized to be made to associations, including nonprofit corporations, municipalities, counties, public and quasi-public agencies, and certain Indian tribes. The grants can be used to finance development, storage, treatment, purification, or distribution of water or the collection, treatment, or disposal of waste in rural areas and cities or towns with populations of less than 10,000. The amount of any development grant may not exceed 75 percent of the eligible development cost of the project.

## RURAL HOUSING SERVICE

*Table RD-2. RHS Program Level (PL) and Budget Authority (BA) (millions of dollars)*

| Item | 2024 PL Actual | 2024 BA Actual | 2025 PL Enacted | 2025 BA Enacted | 2026 PL Budget | 2026 BA Budget |
|---|---|---|---|---|---|---|
| **Discretionary:** | | | | | | |
| Single Family Housing (Sec. 502): | | | | | | |
| Direct Loans.............................. | $880 | $84 | $716 | $84 | - | - |
| Native American Relending Pilot Loans ..................................... | 6 | 3 | 5 | 2 | - | - |
| Guaranteed Loans ...................... | 25,000 | - | 25,000 | - | $25,000 | - |
| Multi Family Housing: | | | | | | |
| Direct Loans (Sec. 515).............. | 60 | 21 | 47 | 19 | 50 | $15 |
| MFH Preservation/Revitalization Grants and Loans Program ........ | 34 | 34 | 46 | 32 | 24 | 15 |
| MFH Preservation/Revitalization Pilot Grants............................. | 1 | 1 | 1 | 1 | - | - |
| Guaranteed Loans (Sec. 538) ....... | 400 | - | 400 | - | 400 | - |
| Very Low-Income Repair (Sec. 504): | | | | | | |
| Direct Loans............................. | 24 | 4 | 20 | 4 | 25 | 4 |
| Grants..................................... | 25 | 25 | 25 | 25 | 20 | 20 |
| Farm Labor Housing Grants (Sec. 516) ....................................... | 8 | 8 | 6 | 6 | 6 | 6 |
| Farm Labor Housing Loans (Sec. 514) ....................................... | 15 | 5 | 13 | 5 | 11 | 3 |
| All Other Direct Loans................... | 21 | 1 | 19 | 1 | 10 | - |
| Grants and Payments: | | | | | | |
| Rental Assistance (Sec. 521) .......... | 1,608 | 1,608 | 1,642 | 1,642 | 1,715 | 1,715 |
| Multi-Family Housing Voucher ........ | 48 | 48 | 48 | 48 | - | - |
| Mutual and Self-Help (Sec. 523)...... | 25 | 25 | 25 | 25 | - | - |
| Rural Housing Preservation............ | 10 | 10 | 10 | 10 | - | - |
| Protecting Animals with Shelter Pilot | 3 | 3 | 3 | 3 | - | - |
| Community Facilities Programs: | | | | | | |
| Direct Loans .............................. | 2,800 | - | 989 | 11 | 1,250 | - |
| Guaranteed Loans........................ | 650 | - | 650 | - | 650 | - |
| Grants....................................... | 18 | 18 | 18 | 18 | - | - |
| Subtotal, RHS Programs .............. | 31,634 | 1,898 | 29,684 | 1,937 | 29,161 | 1,779 |
| Salaries and Expenses ............... | 412 | 412 | 412 | 412 | 412 | 412 |
| Total, Discretionary Programs ........... | 32,047 | 2,310 | 30,096 | 2,349 | 29,573 | 2,191 |
| Total, Current Law ......................... | 32,047 | 2,310 | 30,096 | 2,349 | 29,573 | 2,191 |
| Total, RHS .................................. | 32,047 | 2,310 | 30,096 | 2,349 | 29,573 | 2,191 |

*Totals may not sum due to rounding.*

### Single Family Loan Program

The Single-Family Housing (SFH) programs support homeownership opportunities for low-income families in rural areas. Guaranteed loans are limited to families with income less than 115 percent of area median income. The interest rate on guaranteed loans is negotiated between the borrower and the private lender. The Budget supports a $25 billion loan level for the Guaranteed SFH program. The Budget requests that loan authority for this program be available for two years, which facilitates the operation of the program during the transition between fiscal years, including during continuing resolutions. The Budget is not requesting funding for the Single Family Housing Direct loan program to reflect the focus and priority on the guarantee program. Accordingly, the Budget is not requesting funding for Mutual and

Self-Help Housing grants, as they are only successful when combined with a Single Family Housing Direct loan.

The Budget continues to support $10 million in program level for SFH Credit Sales of acquired property for Single Family Housing loans and requests $25 million for Section 504 very low-income housing repair loans million, and very low-income housing repair grants $20 million. The Budget is not requesting funding for Housing Preservation grants, reflecting the reliance on the other multifamily housing loan and grant program funding.

**Multi-Family Housing Programs**

The Multi-Family Housing (MFH) program (direct and guaranteed loan portfolio) provides financing for rental housing projects and rental assistance payments for the low-income tenants of those projects.

The Budget requests $1.72 billion in budget authority for Rental Assistance (RA) for renewals of existing rental assistance contracts for maintaining a sustainable rental assistance program. The increase covers program cost increases due to inflation. This program supports this critical infrastructure by increasing housing affordability and providing homes that improve the quality of life for rural families. The 2026 Budget does not request funding for Vouchers since there is not expected to be future demand for new vouchers because of the recent authority to continue rental assistance instead of vouchers.  The majority of the legacy voucher holders will be able to adjust without the continued assistance, or with alternative local, state and Federal programs.

Specifically, the Budget continues the authority to decouple RA from the Multi-family Housing Direct Loan program, allowing RHS to continue offering RA to certain properties that no longer have an RHS-financed loan. Decoupling these two programs will help ensure low-income rural tenants in USDA financed properties continue to have access to affordable rents when projects reach loan maturity and leave the portfolio. Decoupling will also lead to the preservation of the majority of USDA's project-based assistance, and, thus, decrease the number of tenant-based vouchers needed for USDA financed properties going forward.

The Budget requests $50 million for Section 515 Multi-family Housing Direct Loans. Additionally, the Budget requests $15 million for the Multi-family Housing Preservation and Revitalization pilot program, which facilitates preservation loan modifications on post-credit reform Multi-family Housing loans. The Budget also maintains the 2025 level of support for the Section 538 Guaranteed Loans for MFH at $400 million and continues to include appropriations language that will allow the program to operate without interest subsidy and fee. The 2026 Budget requests $11 million loan level for Farm Labor Housing Loans and $6.2 million for grants.

**Community Facilities Program**

Community Facilities (CF) loans provide funding for a wide range of essential community facilities in rural communities with populations of 20,000 or less for direct loans and not more than 50,000 for loan guarantees, with priority given to healthcare, public safety, and education facilities.

The Budget request maintains $650 million in loan level for Guaranteed Loans and requests a loan level of $1.25 billion for CF Direct Loans. Community Facility Grants are eliminated as the full funding of $1.2 billion in CF direct loan level will provide sufficient investment.

## RURAL BUSINESS-COOPERATIVE SERVICE

*Table RD-3. RBS Program Level (PL) and Budget Authority (BA) (millions of dollars)*

| Item | 2024 PL Actual | 2024 BA Actual | 2025 PL Enacted | 2025 BA Enacted | 2026 PL Budget | 2026 BA Budget |
|---|---|---|---|---|---|---|
| **Discretionary:** | | | | | | |
| Business and Industry Guar. Loans.... | $1,663 | $38 | $1,663 | $3 | - | - |
| Rural Business Development Grants .. | 29 | 29 | 29 | 29 | - | - |
| Intermediary Relending Program....... | 10 | 3 | 10 | 3 | - | - |
| Healthy Food Financing Initiative....... | 1 | 1 | 1 | 1 | - | - |
| Rural Economic Development a/: | | | | | | |
|    Direct Loans .............................. | 50 | - | 50 | - | $50 | - |
|    Grants ...................................... | 10 | | 10 | | 10 | |
| Rural Microentrepreneur Assistance Loans and Grants............................ | 22 | 5 | 15 | 5 | - | - |
| Rural Cooperative Development Grants: | | | | | | |
|    Rural Cooperative Development Grants ........................................... | 6 | 6 | 6 | 6 | - | - |
|    Appropriate Tech. Transfer to Rural Areas............................................. | 3 | 3 | 3 | 3 | - | - |
|    Grants to Assist Minority Producers . | 3 | 3 | 3 | 3 | - | - |
| Agriculture Innovation Center:.......... | 2 | 2 | 2 | 2 | - | - |
| Value-Added Producer Grants .......... | 12 | 12 | 12 | 12 | - | - |
| Rural Energy for America Loans ........ | 50 | - | 50 | - | - | - |
| Subtotal, RBS Programs .................. | 1,857 | 100 | 1,852 | 65 | 60 | - |
| Salaries and Expenses | 4 | 4 | 4 | 4 | - | - |
| Total, Discretionary Programs ............. | 1,863 | 104 | 1,856 | 70 | 60 | - |

*Totals may not sum due to rounding.*
a/ Funding for these programs is provided from electric cooperative investments and fees.

### Rural Business Programs

The Budget eliminates discretionary funding for rural business loans and grants because they are duplicative of programs at the Small Business Administration and Commerce, they are costly to deliver, and are funded at levels too low to have a discernible economic impact. There are also needed improvements to internal controls at the agency as indicated by USDA's OIG in a March 2025 report, which stated that the Rural Business Service did not design and implement an effective internal control system over the Meat and Poultry Processing Expansion Program (MPPEP). OIG identified failures in both the pre-award and post-award process.

## RURAL DEVELOPMENT

USDA's efforts to enhance customer services with streamlined processes, RD is making strides to reduce redundancies and inefficiencies. The Budget requests $710.5 million for salaries and expenses, a $90.5 million decrease from the 2025 level. The funding will continue supporting the staff necessary for delivering the programs requested in the 2026 Budget. The Budget also requests the necessary funding to support reorganization efforts that will improve program delivery and gain efficiencies.

The Budget continues to provide dedicated funding for IT costs, and requests $75 million, to remain available until expended, for IT costs.

The Rural Disaster Assistance Fund (RDAF) reflects transferred-in balances from consolidated Rural Development (RD) disaster supplemental funding from specific RD programs that were for previous disasters, but where the original funds are no longer needed for the initial purpose/disaster for which they were provided. The funding in the account allows RD to use its existing programs to address disaster needs quickly and flexibly, as the funding can be immediately applied for disaster response to any RD program. Funding may be directly appropriated to the account, and in 2025 the account received $363 million in emergency supplemental funding from PL 118-158, the Further Continuing Appropriations and Other Extensions Act, 2025 - Division B. No new funding is requested for the RDAF in the 2026 Budget.

*Table RD-4. DAF Program Level (PL) and Budget Authority (BA) (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| Disaster Assistance Fund: | | | |
|   Appropriation.................................................. | - | $363 | - |
| Transfers: | | | |
|   Salaries and Expenses.................................. | - | -1 | - |
|     Total, Transfers........................................ | - | -1 | - |
|       Total, Salaries and Expenses..................... | - | 362 | - |
| Total, Discretionary Programs ........................... | - | 362 | - |
| Total, Rural Development ................................. | - | 362 | - |

*Table RD-5. Rural Development (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| Salaries and Expenses: | | | |
|   Appropriation | $351 | $351 | $265 |
| Transfers: | | | |
|   Rural Electric and Telecommunications Loan Program ......... | 33 | 33 | 33 |
|   Rural Housing Insurance Fund Program ........................... | 412 | 412 | 412 |
|   Rural Development Loan Fund Program ........................... | 4 | 4 | - |
|   Disaster Assistance Fund ....................................... | - | 1 | - |
|     Total, Transfers........................................ | 450 | 451 | 446 |
|       Total, Salaries and Expenses.................... | 801 | 802 | 711 |
| Total, Discretionary Programs ......................................... | 801 | 801 | 711 |

## *FOOD, NUTRITION, AND CONSUMER SERVICES*

### MISSION

The Food, Nutrition, and Consumer Services (FNCS) mission area includes programs and funding to provide access to safe, nutritious, and wholesome meals, while promoting a healthy diet.

Within the FNCS mission area, the Food and Nutrition Service (FNS) administers USDA's domestic nutrition assistance programs. Working in partnership with State agencies and other cooperating organizations, FNS helps ensure children and low-income individuals have sufficient food to support nutritious diets. Across America, one in four individuals is served by one of USDA's 16 nutrition assistance programs over the course of year. FNS is committed to continually improving the performance, efficiency, and integrity of these programs.

FNS Federal staff leverage their efforts by working with State and local partners to deliver nutrition assistance through the Supplemental Nutrition Assistance Program (SNAP); Child Nutrition Programs, including the National School Lunch Program (NSLP), the School Breakfast Program (SBP), the Summer Food Service Program, the Child and Adult Care Food Program (CACFP), and the newly enacted Summer Electronic Benefit Transfer Program (Summer EBT); the Special Supplemental Nutrition Program for Women, Infants and Children (WIC); The Emergency Food Assistance Program (TEFAP); the Food Distribution Program on Indian Reservations (FDPIR); and several similar programs targeted to specific nutritional needs.

## FOOD AND NUTRITION SERVICE

The Budget articulates the President's vision for FNS discretionary nutrition assistance programs.

**Table FNS-1. FNS Budget Authority (millions of dollars)**

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary Programs:** | | | |
| Special Supplemental Nutrition Program (WIC) [a] .................... | $7,030 | $7,597 | $7,306 |
| Commodity Assistance Program: | | | |
| Commodity Supplemental Food Program............................. | 389 | 425 | - |
| The Emergency Food Assistance Program (TEFAP), Soup Kitchens, Food Banks................................................................. | 80 | 80 | 80 |
| Farmers' Market Nutrition Program .................................... | 10 | 10 | 10 |
| Pacific Island Assistance and Disaster Assistance.................. | 1 | 1 | 1 |
| Nutrition Services Incentive Program [b]............................... | - | - | - |
| Total, Commodity Assistance Program ............................. | 480 | 516 | 91 |
| Nutrition Programs Administration (NPA) .............................. | 177 | 177 | 165 |
| Child Nutrition Programs (CNP)............................................ | 34 | 34 | 18 |
| Supplemental Nutrition Assistance Program (SNAP)................. | 7 | 7 | 3 |
| Total, Discretionary Funding ............................................... | 7,728 | 8,331 | 7,583 |

[a] Does not reflect cancelled unobligated balances.
[b] Funds are transferred from the Department of Health and Human Services, Administration on Aging. Funds for 2026 will be determined at a later date.
[c] Totals include SNAP and CN discretionary funds.

## Special Supplemental Nutrition Program for Women, Infant, and Children (WIC)

WIC helps improve the health and nutritional intake of low-income pregnant, breastfeeding, and postpartum women, infants, and children up to their fifth birthday. WIC serves nearly half of all babies in the United States. It provides participants with benefits, redeemable at certified WIC retailers, for foods dense in nutrients known to be lacking in the diets of eligible groups. The program also provides nutrition education, breastfeeding counseling, and referrals to critical health and social services.

The Budget includes $7.3 billion for WIC in 2026, continuing the longstanding bipartisan commitment to serve all projected participants seeking WIC benefits. WIC is projected to serve nearly 6.8 million low-income women, infants, and children each month in 2026, up from 6.7 million in 2024, about the same average participation as in 2025. The budget request includes a general provision that would return Cash Value Benefit (CVB) to pre-pandemic levels set in the 2014 WIC Food Package, adjusted for inflation. The CVB value would allow the program to expand WIC's reach to allow more women, infants, and children access to the program.

## Commodity Assistance Program (CAP)

The Budget includes $10 million for the Farmers Market Nutrition Program and $80 million for The Emergency Food Assistance Program administrative costs. The Budget proposes the elimination of the Commodity Supplemental Food Program.

## Nutrition Programs Administration (NPA)

The Budget requests $165 million for NPA to support Federal management and oversight of USDA's investment in nutrition programs in 2026. This funding level will help ensure oversight, program integrity, and sound fiscal management; improve the programs; and encourage greater access to a healthy and nutritious diet.

## FOOD SAFETY

### MISSION

The Food Safety mission area is responsible for ensuring that the Nation's commercial supply of meat, poultry, and egg products is safe, wholesome, and properly labeled. This includes products produced domestically in federally-inspected establishments and imported products.

The mission area covers the activities of the Food Safety and Inspection Service (FSIS), a public health agency that provides Federal inspection of meat, poultry and egg products; supports cost-share funding of State meat and poultry inspection programs; implements the Public Health Information System to assign and track science-based, data-driven inspections; investigates foodborne disease outbreaks with public health partners; and determines international equivalence of foreign food safety systems, and verifying that these systems maintain equivalence. FSIS coordinates the development of its policies with other USDA and Federal agencies, including the Food and Drug Administration (FDA), the Centers for Disease Control and Prevention (CDC), and the Environmental Protection Agency (EPA), to support an integrated approach to food safety. Each year, FSIS builds on successes from existing partnerships and fosters relationships with food safety organizations to improve the efficiency and effectiveness of food safety outcomes and help meet its public health goals.

### Table FdS-1. FSIS Budget Authority (millions of dollars)

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Federal Food Safety and Inspection | $1,066 | $1,089 | $1,066 |
| State Food Safety and Inspection | 67 | 67 | 83 |
| International Food Safety and Inspection | 21 | 22 | 21 |
| Public Health Data Communication Infrastructure System | 35 | 35 | 35 |
| **Total, Discretionary Programs, FSIS** | **1,190** | **1,214** | **1,205** |

### BUDGET

In pursuit of streamlining workforce efforts, facilities, and other government efficiencies, FSIS has reduced staff from 8,300 to 8,000 due to modernization and other efficiencies. The Budget proposes discretionary funding of $1.205 billion, reducing base costs by $24 million and requesting an increase for reimbursement to states of $15.2 million for their inspection program, resulting in a net decrease of $8.8 million below the 2025 enacted appropriation. The 2026 budget includes a pay freeze and promotes efforts to demonstrate cost savings. The Budget will also allow FSIS to conduct statutorily required food safety inspections at approximately 7,100 federally-inspected establishments at necessary staffing levels to protect public health and ensure a safe and abundant American food supply while increasing economic growth in rural America; verify truthful and accurate labeling; conduct statutorily required food safety reinspection of imported meat, poultry, and egg products to protect American consumers from unsafe food and protect producers of American livestock and poultry from foreign animal diseases; support deregulatory actions while maintaining food safety, such as removing barriers to increased line speeds in poultry and swine establishments; and enhance IT systems to decrease paperwork and increase efficiency for meat and poultry processors to expand market access domestically and through exports to foreign countries. FSIS will also track and identify the source of foodborne illness outbreaks from contaminants, including pathogens such as *Listeria monocytogenes* in deli meats.

FSIS cooperates with state agencies in developing and administering the Meat & Poultry Inspection and Cooperative Interstate Shipments programs. These programs benefit small

and very small establishments, and FSIS aids in the sustainment and expansion of these programs. Over the past several years, FSIS's ability to reimburse states for participating in the MPI program has declined due to increased costs and static funding. The 2026 budget requests $15.2 million to restore the State Inspection program reimbursement rate to 50 percent of the cost for the State MPI programs and 60 percent for the CIS programs. If states terminate participation, FSIS would be statutorily obligated to assume inspection duties for thousands of small and very small establishments. This would cost FSIS an additional $80 million to $100 million annually, severely straining already overstretched inspection resources. Furthermore, State-run programs are cost effective for taxpayers. These establishments are often located in rural areas, and having states with active programs ensures rapid response while contributing to local economic development.

**User Fees and Trust Funds**
FSIS estimates it will collect $248 million in 2026 through existing user fee and trust fund activities for providing overtime, holiday, and voluntary inspection services.

**Proposed Legislation**
In 2026, FSIS will re-propose permanent changes to provide inspection personnel flexible work arrangements, thereby increasing retention of these frontline employees. With this change, FSIS can provide flexible scheduling for inspectors rather than requiring them to work all hours and days of plant operations. The program will allow inspectors to request flexible work arrangements, including work schedules for both regular and overtime hours contingent on the availability of options to cover required inspection duties. This change will be cost neutral for industry because industry will still only be charged for the extra services they are requesting.

## NATURAL RESOURCES AND ENVIRONMENT

### MISSION

The mission of Natural Resources and Environment (NRE) is to sustain the health, diversity, and productivity of the Nation's forests and grasslands to meet the needs of present and future generations. The Mission Area includes the U.S. Forest Service, an agency established under the Transfer Act of February 1, 1905, which transferred the Federal forest reserves and the responsibility for their management from the Department of the Interior to the Department of Agriculture.

### FOREST SERVICE

*Table NRE-1. FS Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary Appropriations:** | | | |
| Forest Service Operations ..................................... | $1,150 | $1,150 | $759 |
| Forest and Rangeland Research............................ | 300 | 300 | - |
| State, Private, and Tribal Forestry ........................ | 303 | 284 | - |
| National Forest System....................................... | 1,864 | 1,864 | 1,297 |
| Wildland Fire Management .................................. | 2,313 | 2,426 | - |
| Capital Improvement and Maintenance.................. | 156 | 151 | 78 |
| Land Acquisition ............................................... | 1 | 1 | 1 |
| Other Appropriations ......................................... | 4 | 3 | 2 |
| Total, Discretionary Appropriations...................... | 6,091 | 6,179 | 2,137 |
| **Wildfire Suppression Operations Reserve Fund:** | | | |
| Wildfire Suppression Operations Reserve Fund........ | 2,230 | 2,390 | - |
| **Mandatory Appropriations:** | | | |
| Permanent Appropriations ................................... | 655 | 465 | 470 |
| Trust Funds ...................................................... | 242 | 250 | 227 |
| Other Mandatory .............................................. | 228 | 224 | 222 |
| Total, Mandatory Appropriations ......................... | 1,125 | 939 | 919 |
| **Supplemental Appropriations:** | | | |
| Disaster Relief Appropriations (P.L. 118-158) ......... | - | 6,350 | - |
| Bipartisan Infrastructure Law (P.L. 117-58)............ | 945 | 945 | 945 |
| Total, Supplemental Appropriations ..................... | 945 | 7,295 | 945 |
| **Total, Forest Service ............................................** | **10,391** | **16,803** | **4,001** |

Table Footnote 1: Differences from OMB Budget Appendix may be attributed to sequestration corrections, reimbursables, and offsetting collections.
Table Footnote 2: $175.45 million for hazardous fuels mitigation previously within the National Forest System will be requested by the Department of the Interior to support the new U.S. Wildland Fire Service.
Table Footnote 3: Wildland Fire Management discretionary appropriations will be transferred to Department of the Interior in 2026 for the new U.S. Wildland Fire Service.
Table Footnote 4: Other Mandatory includes Land and Water Conservation Accounts (Forest Legacy, Land Acquisition, and Deferred Maintenance), Land Facilities Enhancement, Conveyance of Administrative Sites, and National Parks and Public Lands Legacy Restoration Fund (LRF, Great American Outdoors Act). LRF is a transfer from the Department of the Interior to the Forest Service.
Table Footnote 5: The Infrastructure Investment and Jobs Act (P.L. 117-58) is advance appropriations for 2024, 2025, 2026.
Table Footnote 6: 2025 Resource Levels included are estimates. The President reserves his authority under the "Full-Year Continuing Appropriations and Extensions Act, 2025" (P.L 119-4) to revise spending within the amounts provided by Congress.

The Forest Service Budget request of $2.1 billion in 2026 prioritizes critical investments that will allow the Forest Service to continue to actively manage the national forests and grasslands while also supporting local economies through timber production, recreation, energy development, and livestock grazing.

Livestock grazing on federal lands is integral to ranchers across the United States, especially in the West. This generations-long land management practice not only provides food for the American public, but also serves to keep working landscapes intact, conserving natural resources, and the communities that depend on them. The 2026 budget ensures livestock grazing will continue to achieve many of the Forest Service's multiple-use objectives.

The production of timber, lumber, paper, bioenergy, and other wood products (timber production) are critical to our Nation's well-being. Executive Order 14225, *Immediate Expansion of American Timber Production* highlights the importance of timber production and how forest management and wildfire risk reduction projects can save American lives and communities. As such, the 2026 budget request supports the implementation of Executive Order 14225 by sustaining the Forest Products program at 2025 levels.

To ensure domestic production of critical minerals and to contribute to a stable supply of energy for current and future generations while continuing to sustain long-term ecosystem health and productivity, the Forest Service works together with the Department of the Interior's Bureau of Land Management to manage leasable minerals on National Forest System lands. The 2026 budget continues to prioritize the Forest Service Minerals and Geology Management program to facilitate these activities.

To support efficiency with taxpayer funds and federal response, the 2026 budget eliminates the duplication within the current approach to Federal Wildland Fire Management by consolidating the federal suppression response apparatus into a new Department of the Interior (DOI) bureau. The new U.S. Wildland Fire Service will consolidate logistical and support functions such as dispatching, training, information technology, reporting, financial management, and contracting. This new organization would provide initial attack, large fire response, and facilitate hazardous fuels mitigation for all Federal land management agencies to enhance efficiency and effectiveness of the Federal wildfire response capacity through a unified approach to wildland fire fighting.

The proposed 2026 investments are detailed in Figure NRE-1 and described in further detail in the program areas below.

*Figure NRE-1. FS Discretionary Budget Authority, 2026 Budget Request*



## Forest Service Operations

For 2026, $759 million is requested for Forest Service Operations (FSO) to support administrative staff salaries and expenses, facilities maintenance and leases, information technology, and administrative support for the agency. The 2026 FSO Budget prioritizes funding for base support functions, facilities, and IT services commensurate with the changing size of the workforce. Management decisions to more efficiently use space with the goal of downsizing both the leased and owned facility footprint will be critical in 2026.

**Forest and Rangeland Research**

The 2026 Budget eliminates funding for the Forest and Rangeland Research account. While the Budget does not request new funding for this account, it will strategically utilize existing carryover balances to responsibly and effectively close these programs.

**State, Private, and Tribal Forestry**

The 2026 Budget eliminates funding for the State, Private, and Tribal Forestry account. While the Budget does not request new funding for this account, it will strategically utilize existing carryover balances to responsibly and effectively close these programs.

**Capital Improvement and Maintenance**

The Forest Service manages a vast capital asset portfolio that supports an array of land management and recreational activities. Assets include roads which are essential for land management activities, emergency response, and visitor use and enjoyment of National Forest System lands; over 3,000 dams that provide the municipal water supply to over 60 million people; and almost 163,000 miles of trails, including 10,000 miles associated with six National Scenic and Historic Trails. The Forest Service currently estimates that deferred maintenance across all asset types is approximately $10.8 billion. For 2026, the Budget proposes $78 million for the construction and maintenance of infrastructure on National Forest System lands. The discretionary budget request is complemented by the Great American Outdoors Act (P.L. 116-152) National Parks and Public Land Legacy Restoration Fund (LRF), which provides mandatory funding for deferred maintenance projects on public lands. The Budget proposes to reauthorize the National Parks and Public Land Legacy Restoration Fund in 2026, which helps reduce the deferred maintenance backlog and improve access and quality of the visitor experience. The Budget also proposes an additional $110.9 million in Land and Water Conservation Fund – Priority Deferred Maintenance mandatory resources for high-priority deferred maintenance objectives; predominantly  roads, bridges, and facilities, including those that are critical to housing employees and ensuring visitor safety.

**National Forest System**

The Forest Service manages over 193 million acres of public land in 43 States and Puerto Rico, collectively known as the National Forest System (NFS). The 2026 Budget proposes $1.297 billion to fund the National Forest System focusing support on field-based operations, which are essential for meeting high-priority agency objectives. With this level of funding the Forest Service will prioritize activities related to timber sales, law enforcement, recreation, environmental analyses, critical minerals permitting, and grazing allotment management. This prioritization will ensure public safety on NFS lands, timber production and range management activities critical for restoration of NFS lands and increased domestic production of critical minerals to support national defense and electrification needs. Additionally, the Forest Inventory and Analysis program previously within the Forest and Rangeland Research account and the Nation's foremost comprehensive forest census covering all 50 states and territories, is requested in the NFS account for 2026 to ensure alignment with the practical needs of forest management for timber production. $175 million previously within the NFS account for hazardous fuels mitigation will be requested by DOI in support of the new U.S. Wildland Fire Service to perform and or facilitate mechanical and prescribed fire operations on NFS lands.

**Wildland Fire Management**

The 2026 request will transfer the Forest Service Wildland Fire Management appropriations to DOI for the creation of the new U.S. Wildland Fire Service. This new DOI bureau will absorb the Forest Service Wildland Fire Management response program, including over 11,000 firefighters, 3,000 operational fire support personnel and leadership, and nearly 450 business support personnel. In addition, the Joint Fire Science program previously within the Forest and Rangeland Research account will be transferred to DOI to support the U.S. Wildland Fire Service.

## MARKETING AND REGULATORY PROGRAMS

### MISSION

The Marketing and Regulatory Programs (MRP) mission is to facilitate and expand the domestic and international marketing of U.S. agricultural products, to help protect the agricultural sector from animal and plant health threats, and to ensure humane care and treatment of regulated animals. These programs provide the basic infrastructure to improve agricultural market competitiveness for the overall benefit of consumers and producers of American agriculture. U.S. agricultural producers and exporters gained access to potential markets worth nearly $6.4 billion in 2022, supported by MRP and other mission areas in USDA.

MRP provides services at export facilities 24 hours a day. MRP also assists producers by providing market trend analysis and business and marketing tools and helps increase the competitiveness of the agricultural sector by working to protect the Nation's agriculture from pests and diseases, thereby increasing the efficiency of production.

**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

*Table MRP-1. APHIS Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Estimated | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Safeguarding and Emergency Preparedness/Response: | | | |
| Animal Health: | | | |
| Animal Health Technical Services | $40 | $40 | $40 |
| Aquatic Animal Health | 5 | 5 | 5 |
| Avian Health | 65 | 65 | 65 |
| Cattle Health | 111 | 111 | 111 |
| Equine, Cervid and Small Ruminant Health | 35 | 35 | 28 |
| National Veterinary Stockpile | 6 | 6 | 6 |
| Swine Health | 27 | 27 | 27 |
| Veterinary Biologics | 21 | 21 | 21 |
| Veterinary Diagnostics | 63 | 63 | 63 |
| Zoonotic Disease Management | 21 | 21 | 21 |
| Total, Animal Health | 394 | 394 | 387 |
| Plant Health: | | | |
| Agricultural Quarantine Inspection (Appropriated) | 36 | 36 | 36 |
| Cotton Pests | 16 | 16 | 16 |
| Field Crop and Rangeland Ecosystems Pests | 12 | 12 | 9 |
| Pest Detection | 29 | 29 | 29 |
| Plant Protection Methods Development | 22 | 22 | 22 |
| Specialty Crop Pests | 215 | 215 | 217 |
| Tree and Wood Pests | 59 | 59 | 59 |
| Total, Plant Health | 389 | 389 | 388 |
| Wildlife Services: | | | |
| Wildlife Damage Management | 123 | 123 | 126 |
| Wildlife Services Methods Development | 26 | 26 | 26 |
| Total, Wildlife Services | 149 | 149 | 152 |
| Regulatory Services: | | | |
| Animal and Plant Health Regulatory Enforcement | 19 | 19 | 19 |
| Biotechnology Regulatory Services | 20 | 20 | 20 |
| Total, Regulatory Services | 39 | 39 | 39 |
| Emergency Management: | | | |
| Contingency Fund | 0 | 0 | 0 |
| Emergency Preparedness & Response | 45 | 45 | 44 |
| Total, Emergency Management | 45 | 45 | 44 |
| Total, Safeguarding and Emergency Preparedness | 1,016 | 1,016 | 1,010 |
| Safe Trade and International Technical Assistance: | | | |
| Agriculture Import/Export | 19 | 19 | 19 |
| Overseas Technical & Trade Operations | 26 | 26 | 26 |
| Total, Safe Trade and International Technical Assistance | 45 | 45 | 45 |
| Animal Welfare | 41 | 41 | 41 |
| Agency-Wide Activities (including GSA Rent / DHS Security) | 52 | 52 | 57 |
| Congressionally Directed Spending Projects | 14 | - | - |
| Total, Salaries and Expenses | 1,168 | 1,154 | 1,153 |
| Buildings and Facilities | 1 | 1 | 1 |
| Total, Non-Emergency Programs | 1,169 | 1,155 | 1,154 |
| Commodity Credit Corporation | 1,142 | 692 | - |
| Total, Discretionary Programs | 2,311 | 1,847 | 1,154 |

APHIS works cooperatively with Federal partners, State and local agencies, Tribes, industries, private groups, and foreign counterparts to protect the Nation's agricultural and natural resources. The Budget includes discretionary funding of $1.154 billion for Salaries and Expenses and $1 million for the Buildings and Facilities account.

As part of the Salaries and Expenses amount, the Budget requests $1.010 billion to support safeguarding and emergency programs. Animal health and plant health programs protect domestic livestock, poultry, field crop, and specialty crops production annually valued at nearly $325 billion in calendar year 2023.

To combat any sudden, urgent, and unforeseen pest and disease outbreaks, the Secretary retains authority to transfer funds from any USDA account, although historically have been from the Commodity Credit Corporation.

### *Animal Health*
The Budget supports a total of $387 million for Animal Health. At the proposed funding level, APHIS will decrease Federal contributions for chronic wasting disease management projects while maintaining funding for the highest priority proposals that address CWD research, management and response activities in farmed and wild cervids. The Budget also proposes to decrease funding for northeastern States for Eastern Equine Encephalitis surveillance, testing, prevention, and research. In recent years, States have struggled to fully spend the funding provided due to a variety of factors including lack of interest and participation from industry and a discrepancy in regulatory authority from the State departments of agriculture. At the proposed funding level, States would be responsible for fully funding these activities.

### *Plant Health*
The Budget includes $388 million for Plant Health. The Budget proposes an increase to address the unprecedented exotic fruit fly outbreaks in Texas, California, and internationally in Guatemala and Mexico. This large program continues to face both cost increases and heightened risks. This funding will support these increasing costs and activities in the domestic program, including addressing higher risks that led to the unusually large number of outbreaks in Texas and California. The Budget also proposes to decrease a small amount of funding for emerald ash borer to allow States to assume the release of biological control agents, lower frequency of spongy moth surveys and pest identification support; reduce funding for state cooperative agreements for imported fire ants; and reduce the rate of surveys and control activities to address witchweed infestations. Additionally, APHIS is proposing to eliminate Federal funding for cogongrass and roseau cane to focus on pests that align with the Agency's core mission and are known to cause crop damage.

### *Wildlife Services*
The Budget includes a total of $152 million for Wildlife Services. The Budget proposes to increase available funding for the National Rabies Management Program, which controls and eliminates rabies virus variants in terrestrial carnivore populations using oral rabies vaccination (ORV) baits. APHIS is experiencing increased operating costs (e.g., bait, aircraft, fuel), depletion of the ORV bait stockpile, and greater occurrences of rabies cases making it difficult to operate at the current funding level. APHIS will also redirect funding related to invasive catfish in the Chesapeake Bay for higher priority activities.

### *Regulatory Services*
The Budget includes $39 million for Regulatory Services. The Budget maintains funding for the Agency's investigative and enforcement services and the oversight of certain organisms developed using genetic engineering to ensure they do not pose a pest risk to plants when released into the environment.

### *Emergency Management*
The Budget includes $44 million for Emergency Management. The budget includes a small reduction to the Emergency Preparedness and Response line item to eliminate funding for the

AgDiscovery program, a partnership with universities to provide secondary school students with educational opportunities to explore careers in plant and animal science, wildlife management, and agribusiness.

### Safe Trade and International Technical Assistance

The Budget provides $46 million for Safe Trade and International Technical Assistance activities. APHIS maintains a robust overseas presence which allows the Agency to facilitate safe U.S. agricultural trade.

### Animal Welfare

The Budget for Animal Welfare activities is $43 million. APHIS will continue to support activities related to the protection of animal species covered under the Animal Welfare Act and the Horse Protection Act.

### Agency Management

The Budget includes $57 million for Agency Management, including GSA rent and DHS security costs, physical and operational security, and information technology infrastructure. The Budget proposes an increase of $5 million to build on initial investments addressing challenges with outdated technology at laboratories and other facilities by continuing to install a shared high-performance computing environment to manage laboratory data and have quicker results from animal and plant diagnostics to prevent the spread of diseases; and initiate the implementation of artificial intelligence technology within APHIS.

### Buildings and Facilities

The Budget includes $1 million in funding for general facility improvement projects. The program will continue to centrally coordinate and prioritize facility improvement projects using available funds.

### User Fees

In addition to discretionary funding, APHIS collects mandatory user fees to cover costs related to agricultural quarantine and inspection activities that occur at ports of entry. A portion of these collections are provided to the Department of Homeland Security's Customs and Border Protection (CBP) to conduct front line inspections at points of entry. With user fee funding, APHIS supports international trade by assessing the plant and animal health risks associated with such trade. APHIS also develops regulations to protect agricultural health; inspects and quarantines imported plant materials intended for planting; trains agricultural inspectors and detector dog teams; and provides the scientific support necessary to carry out these activities as well as those carried out by CBP. APHIS published a final rule in the *Federal Register* updating the user fee rates for this program on May 7, 2024. The new rates became effective on October 1, 2024, providing increased revenue to cover the costs of carrying out the inspection and other safeguarding activities that protect U.S. agriculture and natural resources.

**AGRICULTURAL MARKETING SERVICE**

*Table MRP-2. AMS Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Marketing Services: | | | |
| Market News............................................. | $35 | $35 | $35 |
| Shell Egg Surveillance ............................. | 3 | 3 | 3 |
| Standardization ........................................ | 5 | 5 | 5 |
| Federal Seed Act ...................................... | 2 | 2 | 2 |
| Country of Origin Labeling......................... | 5 | 5 | 5 |
| Pesticide Data Program............................. | 15 | 15 | 15 |
| National Organic Standards ....................... | 23 | 23 | 23 |
| National Bioengineered Food Disclosure Standard............................................... | 2 | 2 | 2 |
| Transportation and Market Development....... | 10 | 10 | 6 |
| Farmers Market and Local Food Promotion Program................................................. | 7 | 7 | - |
| Acer Access and Development .................... | 6 | 6 | - |
| Packers and Stockyards ............................. | 33 | 33 | 24 |
| Hemp Production ....................................... | 15 | 15 | 15 |
| Grain Regulatory ....................................... | 19 | 19 | 19 |
| US Warehouse Activities ............................ | 11 | 11 | 11 |
| Appropriated GSA Rent and DHS Security ..... | 4 | 4 | 4 |
| International Food Procurement Program ...... | 9 | 9 | - |
| Micro-Grants for Food Security ................... | 5 | 5 | - |
| Cattle Contract Library............................... | 1 | 1 | 1 |
| Dairy Business Innovation .......................... | 12 | 12 | - |
| **Total, Marketing Services......................** | 223 | 223 | 171 |
| **Payments to States and Possessions..........** | 1 | 1 | - |
| **General Provisions:** | | | |
| Bison and Production Marketing Grant Program | 2 | 2 | - |
| Cancellation of Unobligated Balances | | | -20 |
| **Total, Discretionary Programs........................** | 226 | 226 | 151 |

AMS' mission is to facilitate the strategic marketing of agricultural products, while ensuring fair trading practices and promoting a competitive and efficient marketplace to the benefit of producers, traders, and consumers of U.S. food and fiber products in domestic and international markets, while ensuring fair trading practices. AMS programs aid producers in meeting the changing demands of consumers and domestic and international marketing practices. The Budget proposes discretionary funding of $171 million and also includes a cancellation of unobligated balances of $20 million for a net total of $151 million for 2026.

AMS administers a variety of programs that enhance the marketing and distribution of agricultural products. Activities include, but are not limited to: the collection, analysis, and dissemination of market information; surveillance of shell egg handling operations; development of commodity grade standards; protection of producers from unfair marketing practices; statistical sampling and analysis of commodities for pesticide residues; development and enforcement of organic standards; facilitating hemp production; enforcing labeling standards; and research and technical assistance aimed at improving efficiency of food marketing and distribution. This request also reflects the reduction or elimination of several programs as a result of improved efficiencies and realigning funds to support mission critical functions.

### Market News

The Budget proposes $35 million for Market News to support data collection and reporting of commodity information. The information provided by Market News assists producers and other marketers of farm products, as well as those in related industries in making critical daily decisions.

### Shell Egg Surveillance

The Budget funds Shell Egg Surveillance at $3 million. The Shell Egg Surveillance Program inspects registered shell egg facilities and monitors the disposition of restricted eggs to limit the number of restricted eggs in consumer channels. The program prevents eggs not meeting minimum U.S. standards from entering the consumer marketplace.

### Standardization

The Budget funds Standardization at $5 million. This program develops, reviews, and maintains agricultural commodity standards that describe a product's attributes for trade purposes. The Budget requests additional funding to enable the program to be responsive to industry requests in developing and implementing technology for offsite grading for small facilities.

### Federal Seed Act Program

The Budget provides $2 million for the Federal Seed Act Program. This program promotes fair competition in the seed trade by ensuring seed is accurately labeled, among other requirements.

### Country of Origin Labeling

The Budget provides $5 million for the Country of Origin Labeling program. The program requires retailers to notify their customers of the country of origin of covered commodities, and that the method of production for fish and shellfish be noted at the final point of sale.

### Pesticide Data Program

The Budget provides $15 million for the Pesticide Data Program (PDP), which is the main supplier of data regarding actual levels of pesticide residues on commodities. PDP develops and communicates comprehensive, statistically reliable information on pesticide residues in food to improve Government dietary risk assessments, enhance the competitiveness of farm economies by supporting the use of safer crop protection methods, and support marketing by providing information that can be used to reassure consumers concerned about pesticides.

### National Organic Standards

The Budget provides $23 million for the National Organic Program, which works to meet consumer demand for organically-produced goods by supporting the development, maintenance, and enforcement of national standards governing the production and handling of organic agricultural products.

### National Bioengineered Food Disclosure Standard

The Budget requests $2 million to maintain the National Bioengineered Food Disclosure Standard efforts. The Standard requires food manufacturers, importers, and certain retailers to ensure bioengineered foods are appropriately disclosed.

### Transportation and Market Development

The Budget requests $6 million for Transportation and Market Development, which conducts research and outreach related to grain shipping and supply chains. The program connects agricultural producers with high value market opportunities through its national market directories.

### Packers and Stockyards

The Budget includes $24 million for the Packers and Stockyards program, which regulates and monitors the activities of livestock, meat, and poultry market participants to support fair practices. Increased funding is requested to strengthen oversight of livestock and poultry markets and minimize IT security vulnerabilities.

### Hemp Production

The Budget includes $15 million for the Hemp Production program, which regulates the commercial production of industrial hemp as authorized by Section 10113 of the 2018 Farm Bill.

### Grain Regulatory Program

The Budget includes $19 million for the Federal Grain Inspection Service. The program establishes the official U.S. standards and quality assessment methods for grain and related products and regulates handling practices to ensure compliance with the United States Grain Standards Act and the Agricultural Marketing Act of 1946. U.S. Warehouse Activities

The Budget requests $11 million for U.S. Warehouse Activities. This program supports the efficient use of commercial facilities in the storage of Commodity Credit Corporation-owned commodities. The program administers a nationwide warehousing system, establishes posted county prices for major farm program commodities, and manages CCC commodity inventories. The United States Warehouse Act (USWA) authorizes the licensing of operators who store agricultural products and a separate licensing for qualified persons to sample, inspect, weigh, and grade agricultural products. The USWA authorizes the application of user fees to cover the costs of administering the Act, including unannounced warehouse examinations to encourage compliance. Warehouses engaged in export food aid operations are required to be licensed.

### Cattle Contract Library

The Budget includes $1 million to facilitate the Cattle Contract Library to increase market transparency for cattle producers. The final rule went into effect on January 6, 2023, which ensures complete reporting of contractual information and volumes purchased against the contracts, including: supplemental information on cattle requirements; associated schedules of premiums and discounts; delivery and transportation terms and payments; appendices and agreements of financing, risk-sharing, profit sharing; or other financial arrangements associated with such contracts, whenever new contracts are offered, or existing contracts are updated. The Budget requests additional funding to support maintenance and enhancements to the interactive dashboard.

### Payments to States and Possessions

Decreases of $1 million for Payments to State and Possession are a result of eliminating redundant programs and realigning funds to support mission critical functions.

### User Fees

AMS operates select programs through license fees and user fees. The Commodity Grading Services program provides voluntary commodity grading and classing services for dairy products, fresh and processed fruits and vegetables, meat and meat products, poultry, eggs, tobacco, and cotton. AMS also offers certification services to verify contract specifications on quantity and quality, acceptance and condition inspection services for all agricultural commodities upon request, and export certification services for a number of commodities. AMS' audit verification services review production and quality control systems and verify industry marketing claims. The Warehouse Examinations license fee provides for unannounced examinations to encourage compliance with licensing terms under the USWA.

In addition, AMS enforces the Perishable Agricultural Commodities Act which prohibits unfair and fraudulent practices in the marketing of perishable agricultural commodities by regulating

shippers, distributors, and retailers. Full and prompt payment for fresh fruits and vegetables is a key objective of the program.

The Grain Inspection and Weighing user fees provide for the mandatory inspection and weighing of grain at export ports and the inspection and weighing of grain at domestic locations. AMS is required to conduct or delegate inspection and weighing, and to supervise such activities.

## RESEARCH, EDUCATION, AND ECONOMICS

### MISSION

The Research, Education, and Economics (REE) mission area focuses on addressing various agricultural challenges through research, educational programs, extension activities, and economic research and statistics. By integrating research across biological, physical, and social sciences, REE fosters innovation and knowledge essential to ensuring the continued strength and global competitiveness of U.S. agriculture.

REE responsibilities are carried out by four agencies and a staff office: (1) the Agricultural Research Service (ARS) conducts intramural research in natural and biological sciences; (2) the National Institute of Food and Agriculture (NIFA) partners with land-grant and non-land grant colleges and universities in carrying out extramural research, higher education, and extension activities; (3) the Economic Research Service (ERS) performs intramural economic and social science research and market analysis, and produces indicators of agricultural and rural economic performance, and of food security; (4) the National Agricultural Statistics Service (NASS) conducts the Census of Agriculture and provides the official, current statistics on agricultural production and indicators for the economic and environmental health of the farm sector.

***Figure REE-1. REE Discretionary Budget Authority***



## AGRICULTURAL RESEARCH SERVICE

ARS is the USDA's chief scientific, in-house research agency. ARS conducts research to solve technical problems of broad scope and high national priority and provides access to scientific information. ARS's research covers a wide range of critical problems affecting American agriculture and the Nation as a whole, ranging from animal and crop protection and production to human nutrition, food safety, and natural resources conservation. ARS carries out approximately 600 research projects at over 90 research locations throughout the Nation. ARS includes the National Arboretum and the National Agricultural Library, which is the Nation's major information resource on food, agriculture, and natural resource sciences.

The Budget includes discretionary funding of $1.7 billion to support ARS research, including increases of $22 million in support of agricultural innovation for rural prosperity, $19 million to better protect U.S. agriculture from invasive pests and diseases, and $10 million to support essential research at the U.S. National Poultry Research Center.

The ARS Budget also includes an increase of $6 million for operational support at the National Bio and Agro-Defense Facility (NBAF), a state-of-the-art biocontainment facility for the study of foreign, emerging, and zoonotic animal diseases that pose a threat to U.S. animal agriculture and public health, which will replace the Plum Island Animal Disease Center.

*Table REE-1. ARS Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Product Quality/Value Added ........................... | $137 | $137 | $139 |
| Livestock Production ..................................... | 146 | 146 | 141 |
| Crop Production ........................................... | 358 | 358 | 354 |
| Food Safety................................................ | 134 | 134 | 139 |
| Livestock Protection...................................... | 154 | 154 | 153 |
| Crop Protection ........................................... | 252 | 252 | 248 |
| Human Nutrition .......................................... | 131 | 131 | 125 |
| Environmental Stewardship ............................ | 303 | 303 | 220 |
| Total, Research Programs............................ | 1,615 | 1,615 | 1,519 |
| National Agricultural Library .......................... | 30 | 30 | 30 |
| Repair and Maintenance ............................... | 23 | 23 | 23 |
| Buildings and Facilities ................................. | 57 | - | - |
| NBAF Operations and Maintenance ................. | 122 | 122 | 128 |
| Total, Discretionary Programs .......................... | 1,847 | 1,790 | 1,700 |
| **Mandatory:** | | | |
| Trust Funds................................................ | 21 | 21 | 17 |
| Total, ARS ................................................. | 1,847 | 1,790 | 1,700 |

### Product Quality/Value Added

The Budget includes $139 million for this program. ARS has active research programs directed toward: (1) improving the efficiency and reducing the cost for the conversion of agricultural products into biobased products and biofuels; (2) developing new and improved products for domestic and foreign markets; and (3) providing higher quality, healthy foods that satisfy consumer needs in the U.S. and abroad.

### Livestock Production

The Budget includes $141 million for this program. ARS' livestock production program is directed toward: (1) safeguarding and utilizing animal genetic resources, associated genetic and genomic databases, and bioinformatic tools; (2) developing a basic understanding of the physiology of livestock and poultry; and (3) developing information, tools, and technologies that can be used to improve animal production systems. The research is heavily focused on

the development and application of genomics technologies to increase the efficiency and product quality of beef, dairy, swine, poultry, aquaculture, and sheep systems.

**Crop Production**

The Budget includes $354 million for this program. ARS' crop production program focuses on developing and improving ways to reduce crop losses while protecting and ensuring a safe and affordable food supply. The research program concentrates on effective production strategies that are safe for consumers, and compatible with viable and profitable crop production systems. Research activities are directed at safeguarding and utilizing plant genetic resources and their associated genetic, genomic, and bioinformatic databases that facilitate the selection of varieties and/or germplasm with significantly improved traits.

**Food Safety**

The Budget includes $139 million for this program. Ensuring that the U.S. has the highest levels of affordable, safe food requires that the food system be protected at each stage from production through processing and consumption from pathogens, toxins, and chemical contaminants that cause diseases in humans. ARS' current food safety research is designed to yield science-based knowledge on the safe production, storage, processing, and handling of plant and animal products; and on the detection and control of toxin-producing and/or pathogenic bacteria and fungi, parasites, chemical contaminants, and plant toxins.

**Livestock Protection**

The Budget includes a total of $153 million for this program. ARS' animal health program is directed at protecting and ensuring the safety of the Nation's agriculture and food supply through improved disease detection, prevention, control, and treatment. Basic and applied research approaches are used to solve animal health problems, with an emphasis on methods and procedures to control animal diseases.

**Crop Protection**

The Budget includes $248 million to support these activities. ARS research on crop protection is directed at understanding pest and disease transmission mechanisms and identifying and applying new technologies that increase understanding of virulence factors and host defense mechanisms.

**Human Nutrition**

The Budget includes $125 million for this program. As excessive consumption replaces diseases related to malnutrition as a primary public health concern in the U.S., the ARS human nutrition research program has increasingly focused on research studying the maintenance of health throughout the lifespan along with the prevention of obesity and chronic diseases via food-based recommendations. Using this funding, ARS will research dietary compounds (particularly those in fruits, vegetables, and whole grains) that are protective against the initiation or promotion of chronic diseases, the factors that influence their accumulation in foods, and factors that promote/inhibit the inclusion of these foods in the diet.

**Environmental Stewardship**

The Budget includes $220 million for this program. ARS research programs in environmental stewardship emphasize developing technologies and systems that support profitable production and enhance the Nation's natural resource base. ARS is currently developing the scientific knowledge and technologies needed to meet challenges and opportunities in: water availability and watershed management, soil health and productivity, agricultural and industrial byproducts, agricultural system competitiveness and sustainability, and conservation.

*Figure REE-3. ARS Research Programs*



## NATIONAL INSTITUTE OF FOOD AND AGRICULTURE

The National Institute of Food and Agriculture (NIFA) provides linkages between Federal, State, and Tribal institutions in a nationwide system of agricultural research, education, and extension program planning and coordination. NIFA funds projects, using statutory formula funding and competitive grants, conducted in partnership with State Agricultural Experiment Stations, the Cooperative Extension System, the Land-grant University System, colleges of agriculture, community colleges, and other institutions, as well as non-governmental organizations and small businesses. NIFA administers the Nation's leading competitive grants program for agricultural sciences, the Agriculture and Food Research Initiative (AFRI), which supports research with strong potential to contribute to major breakthroughs in the food, agricultural, natural resource, and human sciences.

It is NIFA's mission to invest in and advance agricultural research, education, and extension to solve challenges related to food and agriculture. Awarded projects propel cutting-edge discoveries from research laboratories to farms, classrooms, communities, and beyond, with the help of Cooperative Extension.

The Budget includes $1 billion in discretionary funding for NIFA, including $405 million for AFRI, while eliminating lower-priority programs. The Department aims to sufficiently fund 1890 and 1994 Land-grant programs, protect funding youth and K-12 programs such as 4-H, and continue highly competitive merit-based grant programs that advance the competitiveness of American agriculture and prepare future generations of farmers.

### Formula (Capacity) Programs

The Budget includes $384 million for formula (capacity) programs. NIFA manages capacity grant programs that distribute funding to the States using statutory formulas and provide long-term, sustainable support needed to grow the capacity for agricultural research, education, and extension activities at Land-grant Universities and State Agricultural Experiment Stations. These programs include Smith-Lever 3(b) and 3(c), 1890 and 1994 Land-grant Colleges and Universities, McIntire-Stennis Cooperative Forestry, and other grant programs. Compared to the total public agricultural R&D investment, NIFA's formula grant funding is a relatively small contribution when compared to state, private, and other federal investments.

### Agriculture and Food Research Initiative (AFRI)

The Budget includes $405 million for AFRI. AFRI is the Nation's premier competitive, peer-reviewed research program for fundamental and applied sciences in agriculture. It is broad in scope, with programs ranging from fundamental science to farm management and community issues. Investments made through AFRI occur in the three major complementary components: 1) Sustainable Agricultural Systems, 2) Foundational and Applied Science, and 3) Education and Workforce Development. Innovations in U.S. agriculture are needed to promote agriculture production that enhances nutrition research, opportunities for economic growth, and both formal and non-formal agricultural education. NIFA will continue to support USDA's agriculture research enhancement awards program, projects addressing plant and animal health, emerging pest and disease issues, food safety, plant and animal breeding, improved productivity, precision agriculture, biosecurity, and workforce development.

### 1890 Land-Grants, Tribal Colleges and Universities, and Hispanic-Serving Institutions

The Budget includes $256 million 1890 Land-Grants, Tribal Colleges and Universities, and Hispanic-Serving Institutions. These programs support capacity building initiatives, education, and pathways to employment for students and faculty and help develop a strong pipeline of talented individuals. NIFA administers programs dedicated to strengthening research and extension capacity at these institutions and these programs support their ability to continue their effective programming. These include research, extension, teaching, and facilities programs at the 1890 Land-grant Universities; research, education, and extension grants for

Tribal colleges (including the Federally Recognized Tribes Extension Program) and Hispanic-serving institutions; and education grants for Alaska Native-serving and Native Hawaiian-serving institutions; New Beginning for Tribal Students, Centers of Excellence at 1890 Institutions, and Grants for Insular Areas.

### *Table REE 4. NIFA Budget Authority (millions of dollars)*

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---:|---:|---:|
| **Discretionary:** | | | |
| Formula Grants: | | | |
| Smith-Lever 3 (b) and (c)..................................................... | $325 | $325 | $175 |
| Hatch Act ......................................................................... | 265 | 265 | - |
| 1890 Research and Extension............................................ | 161 | 161 | 112 |
| McIntire-Stennis Cooperative Forestry ................................ | 38 | 38 | 20 |
| Expanded Food and Nutrition Education Program ................. | 70 | 70 | 48 |
| Renewable Resources Extension Act (RREA)........................ | 4 | 4 | - |
| Facility Improvements at 1890 Institutions ......................... | 22 | 22 | 20 |
| Tribal Colleges Education Equity Grants Program ................. | 7 | 7 | 7 |
| Animal Health and Disease Research .................................. | 4 | 4 | 2 |
| Total, Formula Grants.................................................... | 896 | 896 | 384 |
| 1890 Capacity Building Grants (Research) ............................. | 30 | 30 | 30 |
| Agriculture and Food Research Initiative................................ | 445 | 445 | 405 |
| Integrated Activities - Section 406 Organic Transition ............. | 8 | 8 | - |
| Crop Protection and Pest Management Activities..................... | 21 | 21 | - |
| Sustainable Agriculture Research/Education and Extension ....... | 48 | 48 | 40 |
| IR-4 Minor Crop Pest Management........................................ | 15 | 15 | 15 |
| Scholarships at 1890 Institutions.......................................... | 10 | 10 | 10 |
| Native American Endowment Fund Interest............................ | 7 | 8 | 8 |
| Other Higher Education Programs......................................... | 49 | 49 | 38 |
| Federally-Recognized Tribes Extension Program ..................... | 4 | 4 | 4 |
| Food Safety Outreach Program............................................ | 10 | 10 | 7 |
| Extension Services at 1994 Institutions ................................ | 11 | 11 | 11 |
| Federal Administration ....................................................... | 19 | 19 | 19 |
| Grants Management System ............................................... | 7 | 7 | 7 |
| Food and Ag. Defense Initiative (Reg. Diagnostic Network) ....... | 8 | 8 | - |
| Veterinary Medical Services Act........................................... | 10 | 10 | 9 |
| Children, Youth, and Families at Risk ................................... | 8 | 8 | 8 |
| Research Facilities Act....................................................... | 1 | 1 | 1 |
| Other Research, Extension and Integrated Programs............... | 80 | 80 | 49 |
| Total, Discretionary Programs............................................... | 1,685 | 1,687 | 1,045 |
| **Mandatory:** | | | |
| Native American Endowment Fund........................................ | 13 | 12 | 12 |
| Total, Mandatory Programs.................................................... | 13 | 12 | 12 |
| Total, NIFA........................................................................ | 1,698 | 1,699 | 1,057 |

*\*This table does not reflect $37 million recission.*

## ECONOMIC RESEARCH SERVICE

ERS' mission is to inform and enhance public and private decision-making by anticipating emerging issues and conducting sound, peer-reviewed economic research on policy-relevant issues related to agriculture, food, natural resources, and rural America. ERS is also the primary source of statistical indicators that provide a wide variety of information to gauge the health of the farm sector (including farm income estimates and projections), assess the current and expected performance of the agricultural sector (including trade), provide measures of food security in the U.S., and more. The Agency's intramural research is conducted by a highly trained staff of economists and social scientists through an integrated program of research, market outlook, analysis, and data development addressing a broad range of topics, including but not limited to farms and rural America, agribusiness concentration, farm business and household income, farm program participation and risk management, farm and retail food prices, foodborne illnesses, nutrition, food assistance programs, drought resilience, conservation, technology adoption, rural employment, global agricultural market conditions, and trade restrictions. Key clientele includes White House and USDA policy officials, program administrators/managers, the U.S. Congress, other Federal agencies, State and local government officials, and organizations including farm and industry groups interested in public policy issues. ERS develops its research program in coordination with other USDA research agencies, USDA program agencies, and other external collaborators.

The budget includes $80 million in program funding. ERS continuously responds and develops its research portfolio to address Administration priorities, including the farm economy and rural prosperity, agricultural markets and trade, disaster assistance and programs, and food assistance, as well as additional emerging issues.

### Table REE-5. ERS Budget Authority (millions of dollars)

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Economic Research Service ........................................ | $90,612 | $90,612 | $80,000 |
| Total, ERS .............................................................. | 90,612 | 90,612 | 80,000 |

## NATIONAL AGRICULTURAL STATISTICS SERVICE

NASS's mission is to provide timely, accurate, and useful statistics in service to U.S. agriculture. Each year, NASS conducts over 450 surveys on 150 different commodities. These data illustrate the changing nature and needs of agriculture and provide accurate and up-to-date information necessary for decision-making by producers, agribusinesses, farm organizations, commodity groups, public officials, and others. NASS data also keep agricultural markets stable, efficient, and fair by ensuring accessible and objective data is available to both commodity market buyers and sellers. NASS also conducts the quinquennial Census of Agriculture (Ag Census), a complete count of U.S. farms and ranches and the people who operate them. The Ag Census surveys farmers and ranchers on land use and ownership, operator characteristics, production practices, income and expenditures, and other topics.

The Budget includes $185 million in program funding, of which $46 million is for the Census of Agriculture.

### Table REE-6. NASS Budget Authority (millions of dollars)

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Agricultural Estimates ............................................... | $140,663 | $140,663 | $139,000 |
| Census of Agriculture ............................................... | 46,850 | 46,850 | 46,000 |
| Total, NASS ............................................................ | 187,513 | 187,513 | 185,000 |

## DEPARTMENTAL ACTIVITIES

### MISSION

Departmental staff offices provide essential support to Departmental agencies and programs, ensuring that all agencies can carry out their duties and lead the Department's efforts to improve customer service to the public. Their functions include legal counsel, promoting civil rights, economic analysis, communications coordination, financial management, budget and policy support, and program appeal hearings for the Department's program activities. The Budget proposes funding to ensure that these offices can support staffing levels needed to provide leadership, oversight, and coordination.

**Table DA-1. Departmental Activities Budget Authority (millions of dollars)**

| Item | 2024 Actual | 2025 Estimated | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Office of the Secretary | $44 | $43 | $22 |
| Office of Tribal Relations | 5 | 5 | 5 |
| Office of Homeland Security | 2 | 2 | 2 |
| Office of Partnerships and Public Engagement | 8 | 8 | 3 |
| Departmental Administration | 24 | 24 | 17 |
| Office of Communications | 7 | 7 | 5 |
| Total, Office of the Secretary | 89 | 89 | 54 |
| Executive Operations: | | | |
| Office of the Chief Economist | 31 | 31 | 20 |
| Office of Hearings and Appeals | 17 | 17 | 13 |
| Office of Budget and Program Analysis | 15 | 15 | 14 |
| Office of the Chief Information Officer | 91 | 91 | 91 |
| Office of the Chief Financial Officer | 7 | 7 | 6 |
| Office of Civil Rights | 37 | 37 | 20 |
| Office of the General Counsel | 61 | 61 | 58 |
| Office of Ethics | 5 | 5 | 5 |
| Agriculture Buildings and Facilities | 23 | 23 | 35 |
| Hazardous Materials Management | 3 | 3 | 3 |
| Office of Safety, Security and Protection | 21 | 21 | 19 |
| Total, Executive Operations | 307 | 309 | 282 |
| Total, Discretionary Programs | 396 | 398 | 336 |

Note: Table DA-1 Departmental Activities Budget Authority does not include any rescissions, sequestrations nor transfers that are executed after receipt of appropriations.

### DEPARTMENTAL STAFF OFFICES

### Office of the Secretary (OSEC)

The Office of the Secretary is led by the Secretary of Agriculture and includes the Deputy Secretary, Chief of Staff, Under Secretaries, Assistant Secretaries, the Executive Secretariat, and members of their immediate staff. The Office of the Secretary includes the principal leadership for the Department who administer and oversee the work of the organization. This involves formulating and providing policy direction for all areas of the Department's responsibilities including research, rural development, nutrition, conservation and farm programs, forestry, and international agriculture. It also involves maintaining relationships with organizations and others in the development of programs and maintaining a liaison with the Executive Office of the President and members of Congress on all matters pertaining to Departmental policy. The Office of the Secretary also oversees special projects that are conducted at the behest of Congress and the Administration. These projects include short-

term studies, investigations, and research on matters affecting agriculture or the agricultural community. Project results are reported to the appropriate Congressional Committees. The Budget for OSEC provides $22 million.

### Office of Tribal Relations (OTR)

The Budget provides $5 million for OTR to serve as a single point of contact for Tribal issues and works to ensure that relevant programs and policies are efficient, easy to understand, accessible, and developed in consultation with the American Indians and Alaska Native constituents they impact. OTR is authorized to enter into cooperative agreements to improve the coordination and effectiveness of Federal programs, services, and actions affecting rural areas oversees the Tribal Advisory Committee and provides administrative support to the Tribal Colleges Programs.

### Office of Homeland Security (OHS)

The global geopolitical situation and threats to agriculture are evolving. The Budget provides $1.9 million for OHS to lead and coordinate programs in the Department for preparation and response to major natural and terrorist emergencies and threats, including efforts to engage in the Council on Foreign Investment in the United States (CFIUS). OHS coordinates with mission areas/agencies for policy formulation, response plans, reporting, and action assignments to meet acute and major threats to the food and agriculture system and key USDA assets. OHS also ensures safety, security, and training for the use of radiological sources at laboratories, research stations, and airports. OHS provides leadership and coordination throughout the interagency and USDA on major initiatives, including oversight of procedures related to national and homeland security, coordination with the National Security Council on issues including resilience, response, continuity, and biodefense, as well as serving as the coordinator for the Food and Agriculture Sector – one of the sixteen Critical Infrastructure Sectors. Additionally OHS leads the Counterintelligence, Insider Threat, OPSEC, Intelligence and manages the Committee for Foreign Investment in the United States (CFIUS) efforts throughout the Department.

### Office of Partnerships and Public Engagement (OPPE)

The Secretary established the OPPE to rapidly expand outreach to America's agricultural community and facilitate greater access to USDA programs. Additionally, OPPE serves as the lead agent for USDA partnership and outreach activities, with tasking and reporting authority to direct, coordinate, and control all target programs. The Budget provides $3 million for OPPE outreach activities in support of underserved groups including veterans, women, and youth.

### Departmental Administration (DA)

DA was established to ensure that the USDA administrative programs and policies meet the needs of USDA program organizations and are consistent with laws and mandates. DA provides leadership to ensure the timely and effective delivery of high quality and cost-effective mission support services across the Department and coordinates human resources, procurement, property management, emergency preparedness and response activities, and programs for small and disadvantaged business utilization. The Budget provides $17 million for DA.

## Office of Communications (OC)

OC provides leadership and coordination for the development of communication strategies for the Department and plays a critical role in disseminating information about USDA's programs to the public. The Budget provides $5 million for OC to improve communications strategies that increase the visibility and the transparency of USDA programs.

## Office of the Chief Economist (OCE)

The Office of the Chief Economist advises the Secretary of Agriculture on the economic situation in agricultural markets and the economic implications of policies and programs affecting American agriculture and rural communities. The Office is a focal point for USDA's economic and agricultural market intelligence and analysis and aims to inform public and private decision makers by providing unbiased and rapid-response information and data-driven analyses of current and emerging issues impacting agriculture and rural America. OCE is also responsible for coordinating and reviewing all commodity and aggregate agricultural and food-related data used to develop outlook and situation material within USDA; coordinating development of USDA projections related to agricultural commodity markets; reviewing risk assessment and cost-benefit analysis related to domestic food and agriculture; supporting development of agricultural policies and coordinating activities within USDA related to pesticides, pest management tools, and ag biotechnology; coordination of energy-related activities; efforts that facilitate participation of farmers and ranchers in emerging environmental markets; and analysis and coordination of Department efforts related to extreme weather events. The 2026 Budget requests $19.8 million.

## Office of Hearings and Appeals (OHA)

The Office of Hearings and Appeals (OHA) was established to consolidate three previously separate entities: the National Appeals Division (NAD), the Office of the Administrative Law Judges (OALJ), and the Office of the Judicial Officer (OJO). The reorganization consolidated administrative support for the three USDA entities that adjudicate first and second-level hearings and appeals. After consolidation, NAD, OALJ and OJO continue to conduct proceedings under their respective legal authorities. The Budget requests $13 million to support the mission of OHA to promote fairness, transparency, and consistency in NAD, OALJ, and OJO proceedings through the planning, coordination, and administration of office-wide activities and initiatives. Office of Budget and Program Analysis (OBPA).

## Office of Budget and Program Analysis (OBPA)

OBPA ensures that USDA programs are delivered efficiently and effectively. OBPA helps to ensure that the necessary resources are executed for USDA to effectively and efficiently accomplish its mission. OBPA leads USDA's strategic planning; enterprise risk management; performance management and reporting; evidence and evaluation; budget analysis, justification, and budget controls. The Budget requests $14 million for OBPA. Office of the Chief Information Officer (OCIO).

## Office of the Chief Information Officer (OCIO)

OCIO provides policy guidance, leadership and coordination for the Department's information management, technology investment and cyber security activities in support of USDA program delivery. The Budget requests $91 million for OCIO to fund ongoing activities and increase efforts for cybersecurity enhancements, including $77.4 million to enhance the Department's cyber security profile through the acquisition and implementation of relevant tools and services. The Budget also includes a reprioritization of $3 million to establish an Artificial Intelligence Program, $1.5 million for modernization of governance management and oversight processes and systems, and $0.5 million for modernization of the USDA Digital Service.

## Office of the Chief Financial Officer (OCFO)

OCFO provides overall direction and leadership in the development of financial management policies and systems and produces the Department's consolidated financial statements. The Budget requests $6 million for OCFO, which is responsible for the financial leadership of the Department that has nearly 100,000 employees, 14,000 offices and field locations, and over $200 billion in assets. The Budget resources will enable OCFO to better meet the needs of its customers and remain in compliance with USDA's Department policies and Federal laws and regulations.

## Agriculture Buildings and Facilities (Ag B&F)

The Agriculture Building and Facilities account finances the repair, improvement, maintenance, physical security, sustainability and energy conservation activities at the USDA Headquarters Complex and the George Washington Carver Center (GWCC), including the administrative costs for the building management and support staff. Since 1984, USDA has delegated the responsibility for managing, operating, maintaining, repairing, improving, and securing the Headquarters Complex, which encompasses 14.1 acres of grounds and 2 buildings containing approximately 2.5 million gross square feet of space, as well as the USDA-owned GWCC that comprises 350,000 gross square feet, located on 73 acres in Beltsville, MD. The Budget requests $35 million.

## Office of Safety, Security, and Protection (OSSP)

OSSP improves facility emergency management and response. OSSP provides Department-wide leadership, policy, and management in the safeguarding of property and personnel. OSSP is committed to identifying and addressing security risks that may affect USDA personnel, infrastructure, and facilities. The Budget provides $19.1 million for OSSP to continue to deliver on its security-focused mission to support the protection of USDA employees, customers, and assets.

## Hazardous Materials Management (HMM)

HMM provides policy, guidance, efficient management and cleanup of hazardous materials on facilities and lands under the jurisdiction, custody, and control of the Department, and the prevention of releases of hazardous substances that impact USDA facilities. The Budget includes $2.5 million for the HMM program which will support targeted investments in mitigation, enforcement, and remediation activities across the Department's real property portfolio.

## Office of Civil Rights (OCR)

OCR provides policy guidance, leadership, coordination and training, and complaint adjudication and processing for the Department and its agencies. OCR's mission is to provide leadership and direction for the fair and equitable treatment of all USDA customers and employees while ensuring the delivery of quality programs and enforcement of civil rights. The Budget provides $20 million for OCR for enhancing business processes for employment and program complaints of discrimination, improving civil rights enforcement and accountability, and ensuring individuals with limited English proficiency receive meaningful access to USDA's federally conducted and federally assisted programs and activities.

## Office of the General Counsel (OGC)

OGC provides legal oversight, counsel, and support to the Department's agencies and offices. The Budget provides $57.6 million to ensure that resources are available for OGC to carry out its full range of legal services and responsibilities, maintain the Office of Information Affairs, responsively serve legal needs, and support all activities of the

Department. OGC's work is integral to the protection and recovery of governmental assets, through litigation and other means. OGC will continue to assist the Secretary and USDA agencies by providing legal advice, preparing transactional documents, representing the Department in administrative proceedings, and assisting the Department of Justice in litigation involving USDA. OGC offers legal assistance in areas that include but are not limited to farm programs, nutrition, food safety, and rural development.

## Office of Ethics

The Budget provides $4.5 million for the Office of Ethics, which reports to the General Counsel, to administer USDA's statutorily required ethics program, providing ethics services to the Secretary of Agriculture and employees at all levels of USDA concerning advice, training, and guidance about compliance with conflict-of-interest statutes and impartiality rules.

## OFFICE OF INSPECTOR GENERAL

### Table OIG-1. OIG Budget Authority (millions of dollars)

| Item | 2024 Actual | 2025 Enacted | 2026 Budget |
|---|---|---|---|
| **Discretionary:** | | | |
| Office of Inspector General........................................ | $112 | $112 | $100 |
| Total, Office of Inspector General................................. | 112 | 112 | 100 |

The Office of Inspector General's (OIG) duty is to keep the Secretary and Congress fully and currently informed about problems, mismanagement, and deficiencies in Department programs and operations. The OIG ensures the economy, efficiency, and integrity of operations by combatting fraud, waste, and abuse through audits, investigations, inspections, data analytics, and reviews. The OIG conducts critical oversight of the full range of USDA's programs and operations, including but not limited to the Supplemental Nutrition Assistance Program, crop insurance indemnity payments, grants, and loans to ensure entitlements and benefits are distributed based on eligibility and used for their intended purpose. The OIG recommends corrective action and reports on the progress made in implementing such corrective action. The OIG reviews existing and proposed legislation and regulations and makes recommendations to the Secretary and Congress regarding the impact these laws have on the Department's programs and the prevention and detection of fraud and mismanagement in such programs. The OIG provides policy direction and conduct, supervises, and coordinates all audits and investigations. The OIG supervises and coordinates other activities in the Department and between the Department and other Federal, State, and local government agencies whose purposes are to: (a) promote economy and efficiency; (b) prevent and detect fraud and mismanagement; and (c) identify and prosecute those involved in fraud or mismanagement. The Budget provides discretionary funding of $100 million to provide critical oversight for USDA programs, ensuring the proper distribution and use of funds.

Note: Appendix tables do not include proposed legislation but do include reestimates, offsetting collections, and other accounts which are not displayed in other tables within the Budget Summary.

**Table APP-1. New Budget Authority (millions of dollars)**

| Mission Area / Agency | 2024 Actual | 2025 Estimated | 2026 Budget |
|---|---|---|---|
| **FARM PRODUCTION AND CONSERVATION** | | | |
| Farm Service Agency* | $1,606 | $1,606 | $1,234 |
| Risk Management Agency | 73 | 73 | 67 |
| Natural Resources Conservation Service | 955 | 916 | 112 |
| FPAC Business Center | 304 | 304 | 285 |
| **TRADE AND FOREIGN AGRICULTURAL AFFAIRS** | | | |
| Foreign Agricultural Service * | 473 | 473 | 228 |
| P.L. 480 | 1,619 | 1,619 | - |
| **RURAL DEVELOPMENT *** | | | |
| Rural Business-Cooperative Service | 104 | 70 | - |
| Rural Housing Service | 2,627 | 2,517 | 3,711 |
| Rural Utilities Service | 1,436 | 1,171 | 1,040 |
| Rural Development | - | 363 | - |
| Salaries and Expenses | 351 | 351 | 265 |
| **FOOD, NUTRITION, AND CONSUMER SERVICES** | | | |
| Food and Nutrition Service | 7,728 | 8,331 | 7,583 |
| **FOOD SAFETY** | | | |
| Food Safety and Inspection Service | 1,190 | 1,214 | 1,205 |
| **NATURAL RESOURCES AND ENVIRONMENT** | | | |
| Forest Service ** | 10,391 | 16,803 | 4,001 |
| **MARKETING AND REGULATORY PROGRAMS** | | | |
| Agricultural Marketing Service | 226 | 226 | 151 |
| Animal and Plant Health Inspection Service | 2,311 | 1,847 | 1,154 |
| **RESEARCH, EDUCATION, AND ECONOMICS** | | | |
| Agricultural Research Service | 1,847 | 1,790 | 1,700 |
| Economic Research Service | 91 | 91 | 80 |
| National Agricultural Statistics Service | 188 | 188 | 185 |
| National Institute of Food and Agriculture | 1,698 | 1,699 | 1,057 |
| **DEPARTMENTAL ACTIVITIES** | | | |
| Office of the Secretary | 89 | 89 | 54 |
| Agriculture Buildings and Facilities | 23 | 23 | 35 |
| Executive Operations | 284 | 286 | 247 |
| Office of Inspector General | 112 | 120 | 100 |
| **Total, USDA** | 35,726 | 42,169 | 24,494 |

Note: * FSA, RD, and FAS Salaries and Expenses transfers for these agencies are shown in the agencies in which funds are initially appropriated.

** 2026 Budget includes resources that will be requested by DOI as part of the new U.S. Wildland Fire Service.

**52**                          2026 USDA BUDGET SUMMARY

*Table APP-2. Available Resources Discretionary (millions of dollars)*

| Mission Area / Agency | 2024 Actual | 2025 Estimated | 2026 Budget |
|---|---|---|---|
| **FARM PRODUCTION AND CONSERVATION** | | | |
| Farm Service Agency | | | |
| DISC ............................................................... | $1,608 | $2,792 | $1,234 |
| Commodity Credit Corporation | | | |
| DISC ............................................................... | 6 | 6 | 6 |
| Risk Management Agency | | | |
| DISC ............................................................... | 73 | 66 | 60 |
| Natural Resources Conservation Service | | | |
| DISC ............................................................... | 922 | 1,806 | 41 |
| FPAC Business Center | | | |
| DISC ............................................................... | 244 | 244 | 285 |
| | | | |
| **TRADE AND FOREIGN AGRICULTURAL AFFAIRS** | | | |
| Foreign Agricultural Service | | | |
| DISC ............................................................... | 476 | 467 | 222 |
| P.L. 480 | | | |
| DISC ............................................................... | 1,610 | 1,619 | - |
| | | | |
| **RURAL DEVELOPMENT** | | | |
| Rural Business-Cooperative Service | | | |
| DISC ............................................................... | 99 | 69 | - |
| Rural Housing Service | | | |
| DISC ............................................................... | 2,247 | 2,336 | 2,191 |
| Rural Utilities Service | | | |
| DISC ............................................................... | 754 | 638 | 150 |
| Rural Development Disaster Assistance Fund | | | |
| DISC ............................................................... | - | 362 | - |
| Salaries and Expenses | | | |
| DISC ............................................................... | 351 | 352 | 265 |
| | | | |
| **FOOD, NUTRITION, AND CONSUMER SERVICES** | | | |
| Food and Nutrition Service | | | |
| DISC ............................................................... | 7,716 | 8,352 | 7,583 |
| | | | |
| **FOOD SAFETY** | | | |
| Food Safety and Inspection Service | | | |
| DISC ............................................................... | 1,191 | 1,214 | 1,205 |
| | | | |
| **NATURAL RESOURCES AND ENVIRONMENT** | | | |
| Forest Service * | | | |
| DISC ............................................................... | 9,315 | 15,850 | 7,999 |
| | | | |
| **MARKETING AND REGULATORY PROGRAMS** | | | |
| Agricultural Marketing Service | | | |
| DISC ............................................................... | 226 | 226 | 151 |
| Animal and Plant Health Inspection Service | | | |
| DISC ............................................................... | 2,300 | 1,836 | 1,149 |
| Section 32 | | | |
| DISC ............................................................... | 1,362 | 1,370 | 1,504 |

| Mission Area / Agency | 2024 Actual | 2025 Estimated | 2026 Budget |
|---|---:|---:|---:|
| **RESEARCH, EDUCATION, AND ECONOMICS** | | | |
| Agricultural Research Service | 1,846 | 1,831 | 1,700 |
| DISC ............................................................ | 21 | 21 | 17 |
| Economic Research Service | 91 | 91 | 80 |
| DISC ............................................................ | | | |
| National Agricultural Statistics Service | 188 | 188 | 185 |
| DISC ............................................................ | | | |
| National Institute of Food and Agriculture | 1,648 | 1,649 | 1,045 |
| DISC ............................................................ | 247 | 209 | 208 |
| | | | |
| **DEPARTMENTAL ACTIVITIES** | | | |
| Office of the Secretary | | | |
| DISC ............................................................ | 89 | 31,089 | 54 |
| Agricultural Buildings and Facilities | | | |
| DISC ............................................................ | 23 | 23 | 35 |
| Executive Operations | | | |
| DISC ............................................................ | 286 | 286 | 248 |
| Office of Inspector General | | | |
| DISC ............................................................ | 117 | 125 | 105 |
| Working Capital Fund | | | |
| DISC ............................................................ | -78 | -46 | 0 |
| | | | |
| **Offsetting Receipts** | | | |
| Department of Agriculture | | | |
| DISC ............................................................ | -359 | -359 | -359 |
| **Total, U.S. Department of Agriculture** | **32,977** | **73,101** | **25,624** |

\* 2026 Budget includes resources that will be requested by DOI as part of the new U.S. Wildland Fire Service.

**54**              2026 USDA BUDGET SUMMARY

*Table APP-3. Discretionary Outlays (millions of dollars)*

| Mission Area / Agency | 2024 Actual | 2025 Estimated | 2026 Budget |
|---|---|---|---|
| **FARM PRODUCTION AND CONSERVATION** | | | |
| Farm Service Agency............................................... | $1,777 | $1,811 | $1,722 |
| Commodity Credit Corporation ............................... | 9 | 7 | 6 |
| Risk Management Agency........................................ | 77 | 58 | 61 |
| Natural Resources Conservation Service ................. | 1,152 | 1,656 | 1,428 |
| FPAC Business Center............................................ | 258 | 267 | 277 |
| **TRADE AND FOREIGN AGRICULTURAL AFFAIRS** | | | |
| Foreign Agricultural Service.................................... | 482 | 749 | 281 |
| P.L. 480 ............................................................... | 955 | 1,537 | 980 |
| **RURAL DEVELOPMENT** | | | |
| Rural Business-Cooperative Service ........................ | 118 | 124 | 92 |
| Rural Housing Service............................................ | 1,849 | 2,514 | 2,660 |
| Rural Utilities Service ........................................... | 991 | 2,206 | 2,295 |
| Salaries and Expenses........................................... | 358 | 392 | 229 |
| **FOOD, NUTRITION, AND CONSUMER SERVICES** | | | |
| Food and Nutrition Service .................................... | 7,944 | 8,599 | 7,921 |
| **FOOD SAFETY** | | | |
| Food Safety and Inspection Service......................... | 1,227 | 1,178 | 1,209 |
| **NATURAL RESOURCES AND ENVIRONMENT** | | | |
| Forest Service * .................................................... | 9,707 | 9,073 | 9,381 |
| **MARKETING AND REGULATORY PROGRAMS** | | | |
| Agricultural Marketing Service................................ | 240 | 138 | 156 |
| Animal and Plant Health Inspection Service ............. | 1,939 | 2,362 | 1,670 |
| **RESEARCH, EDUCATION, AND ECONOMICS** | | | |
| Agricultural Research Service................................. | 1,891 | 1,764 | 1,695 |
| Economic Research Service ................................... | 97 | 97 | 87 |
| National Agricultural Statistics Service.................... | 195 | 222 | 207 |
| National Institute of Food and Agriculture ............... | 1,638 | 1,646 | 1,579 |
| **DEPARTMENTAL ACTIVITIES** | | | |
| Office of the Secretary.......................................... | 4,004 | 10,704 | 7,894 |
| Agricultural Buildings and Facilities ........................ | 76 | 95 | 69 |
| Executive Operations............................................ | 842 | 586 | 413 |
| Office of Inspector General.................................... | 117 | 118 | 117 |
| Working Capital Fund ........................................... | -17 | 515 | 151 |
| **Subtotal, USDA**........................................................ | **37,926** | **48,418** | **42,580** |
| Offsetting Receipts, Rescissions & Other Adjustments . | -359 | -359 | -359 |
| **Total, U.S. Department of Agriculture**.................... | **37,567** | **48,059** | **42,221** |

*2026 Budget includes resources that will be requested by DOI as part of the new U.S. Wildland Fire Service.



**United States Department of Agriculture**

# Exhibit R

# FREQUENTLY ASKED QUESTIONS

USDA Reorganization

October 29, 2025

# Table of Contents

Background ........................................................................................................................ 2

General Reorganization Questions......................................................................................... 2

General Relocation Questions................................................................................................ 3

Relocation Support................................................................................................................ 4

Housing & Cost of Living ....................................................................................................... 5

Job-Related Impacts.............................................................................................................. 6

1

# Background

U.S. Secretary of Agriculture Brooke L. Rollins announced the Department's proposed reorganization plan, as outlined in the Secretary's memorandum (PDF, 2.6 MB) issued on July 24, 2025.

"President Trump made clear his second term would include relocating the sprawling federal bureaucracy to locations outside the National Capital Region," Deputy Secretary Stephen Vaden said in his Capitol Hill testimony on July 30, 2025, "The Department's July 24th memorandum begins to deliver on this promise and does so in a way that right-sizes the USDA footprint, eliminates unnecessary management layers, consolidates redundant or duplicative functions, and, most importantly, allows USDA to deliver on its mission to the American people within the bounds of its available financial resources."

The reorganization proposal reflects President Trump's commitment to relocate federal agencies beyond the National Capital Region, reduce bureaucracy, and strengthen USDA's presence in key agricultural regions across the country. As part of the plan, USDA will consolidate operations, close the South Building, and relocate approximately 2,600 Washington-based positions to five regional hubs: Raleigh, NC; Kansas City, MO; Indianapolis, IN; Fort Collins, CO; and Salt Lake City, UT.

USDA is conducting the reorganization under its authority established in the Reorganization Plan No. 2 of 1953 (5 U.S.C. app.; 7 U.S.C. 2201 note) and The Department of Agriculture Reorganization Act of 1994 (Pub. L. 103-354). The Secretarial memorandum delegates authority to the Deputy Secretary and underscores USDA's focus on efficiency, geographic diversity, and long-term sustainability.

# General Reorganization Questions

1.  What areas are considered part of the National Capital Region (NCR)?
    **Answer:** The National Capital Region (NCR) was created pursuant to the National Capital Planning Act of 1952 (40 U.S.C. § 71).  Traditionally the Act defined the NCR as the District of Columbia; Montgomery and Prince George's Counties of Maryland; Arlington, Fairfax, Loudoun, and Prince William Counties of Virginia; and all cities now or hereafter existing in Maryland or Virginia within the geographic area bounded by the outer boundaries of the combined area of said counties.

2.  For agencies not specifically mentioned in the Secretary's memorandum SM 1078-015 issued July 24, 2025, will those employees be relocated from the NCR?
    **Answer:** All USDA agencies and offices in the NCR are covered by the Secretary's memorandum.  All USDA agencies and offices will retain presence in the NCR. The Deputy Secretary will lead the implementation of the USDA Reorganization Plan and may make changes or adjustments to the plan as needed.  Over the next few weeks to months and

2

where applicable, USDA senior leadership will notify offices with more information on relocation to one of the regional hubs or alternate locations.

3.  How were the five hub locations selected?
    **Answer:** In selecting its hub locations, USDA considered where existing concentrations of USDA employees are located, available office space, and the cost of living. Washington, D.C. will still hold functions for every mission area of USDA at the conclusion of this reorganization, but USDA expects no more than 2,000 employees to remain in the NCR.

4.  For agencies that are not based in D.C., will those agencies still be assigned to one of the five hubs?
    **Answer:** Over 90% of USDA employees are already located outside of the NCR. USDA will continue its field operations across the country and employees that perform front-line field-based work will continue to perform that work where they are today.

5.  What is the difference between a hub and service centers?
    **Answer:** Hub locations are regional locations where USDA anticipates multiple USDA agencies or offices will perform their mission. Service centers are agency or office specific. Service centers may be customer facing such as the county-level service centers that serve farmers, ranchers and producers or a location that is not customer-facing but critical to an agency or office's operations.

## General Relocation Questions

1.  Is relocation mandatory or voluntary?
    **Answer:** If given a directed reassignment outlined in an offer letter, a choice to decline reassignment will result in termination.

2.  Will employees currently working at a hub location potentially move to a different hub based on the relocation of other employees in their agency?
    **Answer:** Relocation of employees currently working at a hub location to a different hub location is unlikely because a factor in the hub location selection was existing concentrations of USDA employees.

3.  Is it correct to assume that relocation to a hub does not apply to individuals currently working remotely or with 100% telework arrangement?
    **Answer:** No. Whether currently working from an office or working remotely/100% telework, an employee may be given a directed reassignment to another location.

4.  Will there be additional rounds of DRP, VERA/VSIP, or lateral reassignment opportunities?
    **Answer:** USDA has and will continue to fully leverage targeted voluntary programs such as the Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive

3

Payments (VSIPs). The Department will also leverage directed and voluntary reassignments to ensure the workforce is aligned with mission priorities.

5.  If an employee initially agrees to relocate, but then decides not to later because of changing circumstances, will that person be denied severance?  Will that be considered an involuntary separation?
    **Answer:** If an employee initially accepts a directed reassignment and then decides not to move, the employee will be processed for termination as if the employee never accepted the reassignment and will receive any associated legal entitlements.

# Relocation Support

1.  Will the Department provide relocation assistance?
    **Answer:** If an employee is offered and accepts directed reassignment to a location outside the commuting area, USDA will provide relocation assistance to that employee, consistent with applicable laws and regulations.

2.  What does the relocation package include (e.g., moving expenses, temporary housing, travel)?
    **Answer:** An employee is generally eligible for relocation expense allowances for a directed reassignment that requires relocation to a different geographic area. The General Services Administration (GSA) publishes its Federal Travel Regulation (FTR) in 41 CFR subpart F. For more information, the complete FTR and other relocation-related information are available on GSA's website at www.gsa.gov .

    Relocation allowances that an agency must pay or reimburse:
    *   Transportation and per diem for an employee and immediate family member(s)
    *   Miscellaneous moving expense
    *   Sell or buy residence transactions or lease termination expenses
    *   Transportation and temporary storage of household goods
    *   Extended storage of household goods
    *   Transportation of a mobile home or boat used as a primary residence in lieu of the transportation of household goods
    *   Relocation income tax allowance (RITA)

    Relocation allowances that agency has discretionary authority to pay or reimburse (on a case-by-case basis, additional benefits may be offered)
    *   House hunting per diem and transportation, employee and spouse only
    *   Temporary quarters subsistence expense (TQSE)
    *   Shipment of privately owned vehicle (POV)
    *   Use of a relocation services company
    *   Property management services
    *   Home marketing incentives

4

3. What flexible work and leave options, such as administrative paid leave for house hunting or administrative paid leave or moving, will be available?
   **Answer:** Some relocation activities that are performed during duty time (as compared to administrative leave) are available. Acting as the agency representative when overseeing official third-party packers related to household goods transport is treated as duty time (TC-01 time). In addition, the on-the-road travel time involved in the final one-way move is official duty within the parameters of the employee's regularly scheduled administrative workweek (TC-01).

   Relocating employees may also receive administrative leave. Non-temporary employees making a change of official station that involves relocation of family residence may be granted up to 80 hours of administrative leave. Approved Activities include:
   - Locating housing (house hunting) at new duty location, including the travel time
   - Pre-moving and post-moving arrangements, including but not limited to stopping and starting utility services, arranging for daycare, registering vehicles, establishing banking services, enrolling children in school, postal services, and so forth.

   Excluded Activities for administrative leave:
   - Packing and unpacking performed by the employee. (note: use of personal leave is appropriate).

4. If an employee at a non-NCR location would like to relocate to a hub, would relocation expenses be paid?
   **Answer:** Relocation expenses will be paid to eligible employees with a management directed reassignment outside their current commuting area.

# Housing & Cost of Living

1. Will my compensation or benefits be affected?
   **Answer:** Each locality has a specific locality pay adjustment percentage that affects the pay scale for non-executive federal employees working in that area. Employee pay is set based on the locality area of the employee's duty station. Benefits will continue but may be affected based on availability, such as health benefits plans and availability of providers in the new location.

2. What are the current federal locality rates in the new hub cities?
   **Answer:** The five hub locations and current federal locality rates are:
   - Raleigh, NC (22.24%)
   - Kansas City, MO (18.97%)
   - Indianapolis, IN (18.15%)
   - Fort Collins, CO (30.52%)
   - Salt Lake City, UT (17.06%).

   For more information, please see: OPM salaries and wages

5

# Job-Related Impacts

1.  Will my role or team change as part of the relocation?
    **Answer:** For most employees, their role or team will not change. If you are an employee that works in a regional office in some agencies or in support functions, your role or team may change as part of the USDA reorganization.

2.  Can I work a hybrid schedule once I relocate to the hub?
    **Answer:** Employees will remain subject to in-office work requirements (Presidential Memorandum).

3.  Will employees who decline reassignment to a hub location have the opportunity to fill a vacancy that remains in the NCR?
    **Answer:** Employees who are separated because of declining a geographic directed reassignment will be eligible for the Career Transition Assistance Plan (CTAP) and Interagency Career Transition Assistance Plan (ICTAP).

4.  Will severance be offered for those who decline directed moves?
    **Answer:** An employee who declines a directed reassignment may be eligible to receive severance or apply for early retirement. Any employee who is eligible for early or voluntary retirement is not eligible for severance pay if they choose not to apply for retirement.

    OPM Fact Sheet: Severance Pay

5.  What opportunities will be offered to employees, regardless of relocation determination, such as lateral moves or filling a vacant position of need within the agency or Department?
    **Answer:** The Department will leverage directed and voluntary reassignments to ensure the workforce is aligned with the mission priorities in the Secretary's Memorandum.

6.  Will future hiring for non-D.C. based positions be limited to the hubs, or will it extend to any USDA office that has available space?
    **Answer:** USDA will fill positions in the appropriate location as needed to meet our mission.

7.  How will standard HR practices, such as Reasonable Accommodations for Disabilities (with either short term or long-term accommodations) be managed during this relocation/reorganization process?
    **Answer:** Standard HR practices still apply during this reorganization.

8.  What counseling resources are available during this transition?
    **Answer:** The USDA provided Employee Assistance Program (EAP) offers free, confidential, brief counseling services to any employee and/or immediate family member who may be experiencing stress-related problems, family, marital and relationship issues, mental and emotional distress, have legal and financial concerns, or may be experiencing problems with grief.

# Exhibit S

 Countdown to America's 250th Anniversary:
**3 days**

🇺🇸 An official website of the United States government
Here's how you know

News                    Blog                    Employee Resources

  U.S. Department of Agriculture

SHARE:    f  X  in

## USDA Reorganization

We recently announced a major step forward to modernize the U.S. Department of Agriculture (USDA) and to strengthen our ability to deliver our mission: USDA's Research, Education, and Economics (REE) Mission Area Agencies are beginning their Reorganization processes, including agency restructuring and position relocations.

The reorganization plans announced today are part of USDA's ongoing efforts to improve operational efficiency and create a work environment that better supports our mission and employees.

To be clear, this reorganization is not a reduction in force. REE Agencies have all identified critical areas of alignment with the directives that have been set forth by President Trump and Secretary Rollins. The decision realigns federal spending, eliminates duplication and redundancy, and ensures all agencies are efficiently and effectively delivering services.

The changes REE Agencies are undertaking will allow USDA to continue to place the needs of U.S. farmers and ranchers first. Agencies will be better able to work closely with our customers and stakeholders to accelerate decision-making and tailor solutions to local needs. The relocations will also enhance collaboration, improve transparency, and enable us to strengthen cross-functional interactions.

The REE Mission Area contributes meaningfully to the success of U.S. Agriculture, but the expectation for expanding our impact requires a continuous evolution.  The journey to optimize any organization should be never-ending, and that is equally true for our four agencies within the REE Mission Area of USDA.

Restructuring each Agency will enhance our focus on USDA priorities, organizational effectiveness, and operational efficiency. New leadership and Agency structures (with



Countdown to America's 250th Anniversary:
**3 days**

🇺🇸 An official website of the United States government
[Here's how you know](#)

News                    Blog                    Employee Resources

 U.S. Department of Agriculture

- utilizing emerging tools (e.g., AI)

- aligning, unequivocally, on Mission/USDA priorities.

All REE Mission Area agencies will be relocating positions located in the National Capital Region (NCR) and all critical functions of the Department will continue. Relocation will move many REE positions to areas closer to the farmers and ranchers we serve and create collaborative and intact work environments for employees. Each REE Agency will be relocating some of their positions from the NCR, as well as some positions located outside of the NCR.

Each Agency will have employees who will be affected. Where appropriate, the agency will engage with the bargaining unit representative to ensure that any changes are implemented in accordance with applicable collective bargaining obligations.

As such, all REE agencies are now under organizational restructuring that will:

- Strengthen mission focus and align strategic themes to achieve USDA priorities,

- Streamline and simplify management focus with clear lines of accountability,

- Flatten overly complex and bureaucratic leadership structures to better allow scientists, statisticians, and researchers to do what they do best: focus on science, statistics, and research that is the core of REE's mission.

We understand that changes of this nature will raise questions and we are committed to providing information as it becomes available. Please read more about the [REE Reorganization](#).

| ARS Reorganization Fact Sheet |
| --- |

(PDF, 763 KB)

| ERS Reorganization Fact Sheet |
| --- |

(PDF, 704 KB)

7/1/26, 12:17 PM
Case 3:25-cv-03698-SI
Document 440-3
REE-Organizational Restructuring | USDA
Filed 07/01/26
Page 339 of 361


Countdown to America's 250th Anniversary:
**3 days**

🇺🇸 An official website of the United States government
Here's how you know

News                    Blog                    Employee Resources

 U.S. Department of Agriculture

# BARC Research Projects

As part of this reorganization, USDA's Agricultural Research Service (ARS) will be decommissioning the Beltsville Agricultural Research Center (BARC) and relocating research projects. No decisions have been made on final locations for BARC research projects. Research projects with continued congressional funding will be relocated to other ARS locations. USDA ARS has thoughtfully considered many ARS sites to determine the best ARS locations to assume this work. Many BARC research projects will be moved closer to the stakeholders they serve. These moves are commonsense — and they present ARS researchers with more opportunities to engage directly with the farmers and ranchers who produce our food. In addition to the locations below, some work maintained at BARC is slated to be relocated to the U.S. National Arboretum, the National Agricultural Library, and the Smithsonian Institution.

At this time, the following locations are slated to receive BARC research projects:

- Fayetteville, AR
- Albany, CA
- Ft. Collins, CO
- Ft. Pierce, FL
- Miami, FL
- Athens, GA
- Tifton, GA
- Ames, IA
- Aberdeen, ID
- West Lafayette, IN
- St. Paul, MN



Countdown to America's 250th Anniversary:
**3 days**

🇺🇸 An official website of the United States government
[Here's how you know](#)

[News](#)          [Blog](#)                    [Employee Resources](#)

 # U.S. Department of Agriculture

- Grand Forks, ND

- Clay Center, NE

- Chatsworth, NJ

- University Park, PA

- Wyndmoor, PA

- Charleston, SC

- Kerrville, TX

- Logan, UT

- Wenatchee, WA

- Madison, WI

- Kearneysville, WV

U.S. Department of Agriculture

# Exhibit T

Note on Passback Materials: *While your Passback should inform your Phase 2 ARRP, do not quote or make direct reference to Passback language.* *Passback language is Predecisional and Deliberative.*
*Documents should be compiled as PDFs.  Please send a single document to the extent possible.*

| | Summary Data | Instructions |
|---|---|---|
| 1 | FTE Actuals as of Jan 20, 2025 | Please provide the civilian Agency FTE ceiling as of January 20, 2025. This topline level should include the FTEs of the Agency's Subcomponents and all other components of the Agency. |
| 2 | FTE Actuals as of FY 2026 and FY 2027 | This FTE ceiling should reflect your Phase 1 ARRP consideration of positions that should be consolidated or eliminated. Ceilings may vary across fiscal years pursuant to the agency's restructuring efforts and strategic human capital plan. |
| 3 | Anticipated Reduction in FTEs (Number) (% Reduction over previous year) | Please **input the anticipated number of FTE reduced in cells B5, D5, and F5** for the corresponding FY.<br><br>Please input **the percentage reduction over previous year in cells C5, E5, and G5** for the corresponding FY.<br><br>When reporting the anticipated reduction for FY 2025, please include any reductions that have occurred since January 20, 2025. |
| | FTE Reductions Attributed to Specific Strategies | Instructions |
| 5 | Planned Hiring Freeze for Agency or Agency Subcomponents within FY (Yes/No) | For each FY, please indicate whether the Agency and/or its Subcomponents will be conducting a Hiring Freeze at any time during the corresponding FY. |
| 6 | VERA (Number) | Only include VERAs not included with DRP.<br><br>For each FY, please only report the number of employees who are anticipated to separate from Federal service within the corresponding FY due to VERA. Estimates of election into VERA should be based upon the Agency's workforce that will be eligible for VERA across FY 2025, FY 2026, and FY 2027. *E.g., If an employee will be separating from service on August 1, 2025 due to participating in VERA, this employee should be included in the FY 2025 figure.* |
| 7 | VSIP (Number) | For each FY, please only report the number of employees who are anticipated to separate from Federal service within the corresponding FY due to VSIP. |

CONFIDENTIAL

USA-AFGE-000386

| 8 | Regular Attrition (Number) (% Workforce) | Please input **the anticipated number of separations that result from resignations or retirements not associated with DRP/VERA/VSIP in cells B10, D10, and F10** for the corresponding FY.<br><br>Please input **the percentage reduction over previous year in cells C10, E10, and G10** for the corresponding FY.<br><br>Agencies should assume the regular attrition rate of 7.5% of their total workforce for each FY. |
| --- | --- | --- |
| 9 | RIFs/Terminations | This figure should reflect when separations from Federal service would occur once a RIF action is complete. *E.g., If an employee is provided a RIF notification on September 10, 2025 and separates from service on November 9, 2025, please include this employee in the figure for FY 2026.*<br><br>When reporting the anticipated reduction for FY 2025, please include any separations due to RIFs that have occurred since January 20, 2025. |
| 10 | Probationary Employees | This figure should reflect the anticipated number of separations of probationary employees that would occur during the FYs. |
| 11 | Time Limited/Term/Reemployed Annuitants | This figure should reflect the number of time limited/term/reemployed annuitants that have been separated from service. |
| 12 | Deferred Resignations (Including with or without VERA) | This figure should reflect the number of employees who have been approved for a DRP and separate within the corresponding FY. *E.g., If an employee has been approved for a DRP offer that ends on September 10, 2025, the Agency should count this separation in FY 2025. If this employee's approved DRP ended on December 10, 2025, this employee would then be counted in FY 2026.* |
| 13 | Performance and Conduct Issues | This figure should reflect the number of anticipated separations from service due to enhanced policies governing employee performance and conduct. |
| 14 | Other Notable | If there are other workforce tools not listed in this section that your Agency will use to reduce its FTE level, please list the associated reduction of FTE here. |
| **Estimated Cost Savings** | | **Instructions** |
| 15 | FTE Salaries & Benefits | This figure should reflect the topline, combined savings following all FTE reductions within the respective FY for the entire Agency. |
| 16 | Other Workforce Shaping Efforts | If there are other cost savings that the agency undertakes not listed here, please input the total savings from those efforts. |

CONFIDENTIAL

USA-AFGE-000387

| 17 | Number and Cost of GSA Occupancy Agreements and Direct Leases (Number) ($ Amount) | Please **list the total number of GSA occupancy agreements and direct leases in cells B20 and D20** for the corresponding FY.<br><br>Please **input the total value of GSA occupancy agreements and direct leases in cells C20 and E20** for the corresponding FY. |
|----|-----------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 18 | Contractor Employees (Number) ($ Amount) | Please **list the total number of contractor employees engaged with your Agency in cells B21 and D21** for the corresponding FY.<br><br>Please **input the total cost of all contractor employees engaged with the Agency in cells C21 and E20** for the corresponding FY. |
| 19 | Reduction of IT Software or Systems | Please list the total number of IT Software or Systems that are being reduced. If you are consolidating multiple systems into one, please reflect the number of systems being consolidated. *E.g., An Agency is consolidating 3 systems into 1. This Agency would reflect the 3 systems that are being consolidated in their response to this element.* |
| | **Estimated Spending** | **Instructions** |
| 20 | Separation Costs (Severance, VSIP, Leave Payout, etc.) | Please input the sum total of all costs associated with employee separations. This figure should reflect the total costs of all severance payments, VSIPs, leave payouts, and any other similar costs associated with employee separation.<br><br>Do not include administrative leave payments made under a DRP. However, if administrative leave is offered as part of a VSIP, please include the sum total of the administrative leave paid under that VSIP offer. |
| 21 | New IT Software and Systems | Please reflect the total estimated spending on new IT software and systems. This figure should reflect the Agency topline level, inclusive of any spending within Subcomponents. |
| 22 | Return to Office/Relocation Payments | Please reflect the total estimated spending on your Agency's return to office (RTO) efforts and relocations. This figure should reflect the Agency topline level, inclusive of any spending within Subcomponents for RTO and relocations. |

CONFIDENTIAL

USA-AFGE-000388

# Exhibit U

**Reporting Template Instructions**
**May 14, 2025 Update**

<u>Note on Passback Materials:</u> *While your Passback should inform your Phase 2 ARRP, do not quote or make direct reference to Passback language. Passback language is predecisional and deliberative.*

| | Summary Data | Instructions |
|---|---|---|
| 1 | FTE Actuals and Estimates | Please provide the civilian Agency FTE actuals (and estimates of actuals) as of the date of each corresponding period. This topline level should include the FTEs of the Agency's Subcomponents and all other components of the Agency. |
| 2 | Actual and Anticipated Reduction in FTEs (Number) (% Reduction over previous period) | Please **input the anticipated number of FTE reduced in cells C4, E4, G4, I4, K4, and M4** for the corresponding period. Please input **the percentage reduction over previous period in cells D4, F4, H4, J4, L4, and N4** for the corresponding period. When reporting the percentage reduction for 1/20/2025, please compare that period to FY 2024. |
| 3 | FTE Salaries & Benefits ($ Amount) | This figure should reflect the topline, combined amount spent salaries and benefits for all FTE during the corresponding period. |
| | FTE Reductions Attributed to Specific Strategies | Instructions |
| 4 | Planned Hiring Freeze for Agency or Agency Subcomponents within Period (Yes/No) | For each period, please indicate whether the Agency and/or its Subcomponents will be conducting a Hiring Freeze at any time during the corresponding period. |
| 5 | VERA, excluding DRP (Number) | Only include VERAs not included with DRP. For each period, please only report the number of employees who are anticipated to separate from Federal service within the corresponding period due to VERA. Estimates of election into VERA should be based upon the Agency's workforce that will be eligible for VERA across the periods. *E.g., If an employee will be separating from service on August 1, 2025 due to participating in VERA, this employee should be included in the 9/30/2025 period.* |
| 6 | VSIP (Number) | For each period, please only report the number of employees who are anticipated to separate from Federal service within the corresponding period due to VSIP. |
| 7 | Regular Attrition (Number) (% Workforce) | Please input **the anticipated number of separations that result from resignations or retirements not associated with DRP/VERA/VSIP in cells C10, E10, G10, I10, K10, and M10** for the corresponding period. |

Predecisional

CONFIDENTIAL

USA-AFGE-000564

**Reporting Template Instructions**
**May 14, 2025 Update**

| | | |
|---|---|---|
| | | Please input **the percentage reduction over previous period in cells D10, F10, H10, J10, L10, and N10** for the corresponding period.<br><br>Agencies should assume the regular attrition rate of 7.5% of their total workforce for each FY. |
| 8 | RIFs/Terminations | This figure should reflect when separations from Federal service would occur once a RIF action is complete by the listed date of each period. *E.g., If an employee is provided a RIF notification on September 10, 2025 and separates from service on November 9, 2025, please include this employee in the figure for FY 2026.* |
| 9 | Probationary Employees | This figure should reflect the anticipated number of separations of probationary employees that would occur during the period. |
| 10 | DEI Reductions (FTE) \| ($ Amount) | Please input **the anticipated number of separations that result from termination of DEI activities in cells C13, E13, G13, I13, K13, and M13** for the corresponding period.<br><br>Please input **the total amount spent on salaries and benefits for the separated employees in cells D13, F13, H13, J13, L13, and N13** for the corresponding period. |
| 11 | Time Limited/Term/Reemployed Annuitants | This figure should reflect the number of time limited/term/reemployed annuitants that have been separated from service that would occur during the corresponding period. |
| 12 | Deferred Resignations (With or without VERA) | This figure should reflect the number of employees who have been approved for a DRP **and will separate within the corresponding period.** *E.g., If an employee has been approved for a DRP offer that ends on September 10, 2025, the Agency should count this separation the 9/30/2025 period. If this employee's approved DRP ended on December 10, 2025, this employee would then be counted in FY 2026.* |
| 13 | Performance and Conduct Issues | This figure should reflect the number of anticipated separations from service due to enhanced policies governing employee performance and conduct during the corresponding period. |
| 14 | Other Workforce Shaping Efforts | If there are other workforce tools not listed in this section that your Agency will use to reduce its FTE level, please list the associated reduction of FTE here. |

CONFIDENTIAL

USA-AFGE-000565

Reporting Template Instructions
May 14, 2025 Update

| | Estimated Spending | Instructions |
|---|---|---|
| 15 | Separation Costs (Severance, VSIP, Leave Payout, etc.) | Please input the sum total of all costs associated with employee separations during the corresponding period. This figure should reflect the total costs of all severance payments, VSIPs, leave payouts, and any other similar costs associated with employee separation. |
| 16 | Return to Office/Relocation Payments | Please reflect the total estimated spending on your Agency's return to office (RTO) efforts and relocations during the corresponding period. This figure should reflect the Agency topline level, inclusive of any spending within Subcomponents for RTO and relocations. This amount should also reflect corresponding transit benefits and similar payments. |
| 17 | Anticipated Hiring Actions | Please list the number of employees that would be hired by the Agency during the corresponding period.<br><br>**This should not be interpreted as an endorsement of any hiring action by either OPM or OMB. Agencies must adhere to the requirements of the hiring freeze that lasts until July 15, 2025. Further, agencies should follow the principle that no more than one employee should be hired for every four employees that depart.** |
| | Other Spending | Instructions |
| 18 | Number and Cost of Agency Owned and Direct Leased Space (Number) \| (Amount) | Please **list the total number of Agency owned and directly leased spaces in C23, E23, G23, I23, K23, and M23** for the corresponding period.<br><br>Please **input the total cost of Agency owned and directly leased spaces in cells D23, F23, H23, J23, L23, and N23** for the corresponding period. |
| 19 | Number and Cost of GSA Occupancy Agreements, GSA Owned and GSA Leased (Number) \| ($ Amount) | Please **list the total number of GSA occupancy agreements (GSA owned and leased) in C24, E24, G24, I24, K24, and M24** for the corresponding period.<br><br>Please **input the total cost of GSA occupancy agreements (GSA owned and leased) in cells D24, F24, H24, J24, L24, and N24** for the corresponding period. |
| 20 | Contractor Employees (Number) \| ($ Amount) | Please **list the total number of contractor employees engaged with your Agency in cells C25, E25, G25, I25, K25, and M25** for the corresponding period. Agencies should focus on service contracts and provide the best available total based on actual know FTEs for cost type contract (i.e., cost plus, T&M and Labor hour |

CONFIDENTIAL

USA-AFGE-000566

**Reporting Template Instructions**
**May 14, 2025 Update**

|  |  | contracts), plus an estimate for fixed priced contracts using available data (i.e., government hour requirements, government cost estimates, wrap rates compare to total spend etc.)<br><br>Please **input the total cost of all contractor employees engaged with the Agency in cells D25, F25, H25, J25, L25, and N25** for the corresponding period. Agencies should focus on service contracts and provide the best available total based on actual know FTEs for cost type contract (i.e., cost plus, T&M and Labor hour contracts), plus an estimate for fixed priced contracts using available data (i.e., government hour requirements, government cost estimates, wrap rates compare to total spend etc.) |
|---|---|---|
| 21 | DEI Contract Terminations (Number) \| ($ Amount) | Please input **the number of contracts terminated as a result of the termination of DEI activities in cells C26, E26, G26, I26, K26, and M26** for the corresponding period.<br><br>Please input **the total value of these contracts in cells D26, F26, H26, J26, L26, and N26** for the corresponding period. |

Predecisional

CONFIDENTIAL

USA-AFGE-000567

# Exhibit V

## Phase 1 ARRP Submissions (DOE, USDA, DOL)

| | |
|---|---|
| **From:** | "Mayhew, Brandon T." <brandon.mayhew@opm.gov> |
| **To:** | "Davis, Steven M. EOP/DOGE" <steven.m.davis@doge.eop.gov> |
| **Cc:** | "Armstrong, Anthony" <anthony.armstrong@opm.gov> |
| **Date:** | Wed, 19 Mar 2025 11:35:38 -0400 |
| **Attachments:** | ATT00001.txt (161 bytes); ATT00002.txt (161 bytes); ATT00003.txt (161 bytes) |

Steve,
Please see the attached for the Phase 1 ARRP submissions for (1) Energy, (2) USDA, and (3) Labor.
I will send the remaining files via separate emails.
Best,
Brandon

CONFIDENTIAL

USA-AFGE-003505

# Exhibit W

## More ARRP

| | |
|---|---|
| **From:** | "Billy, Stephen M. EOP/OMB" <stephen.m.billy3@omb.eop.gov> |
| **To:** | "Burnham, James EOP/DOGE" <james.burnham@doge.eop.gov>, "Fox, Joshua EOP/DOGE" <joshua.fox@doge.eop.gov>, "Raynor, Austin L. EOP/DOGE" <austin.l.raynor@doge.eop.gov> |
| **Date:** | Thu, 27 Mar 2025 14:50:52 -0400 |
| **Attachments:** | ARRP Phase 1 reply_DRAFT PRE-DECISONAL_3.13.25 PDF.pdf (1.02 MB); ARRP Phase 1_NASA.pdf (3.67 MB); NRC Phase 1 ARRP Final.pdf (182.75 kB); OPM Agency RIF and Reorganization Plan (ARRP), Phase I - Final.pdf (724.64 kB); HUD Transition Exec Preso 3.14.25 .pptx (4.82 MB); HUD Phase 1 ARRP 3-14-25 (002).docx (191.98 kB); EO14210 Report Phase One USDA_031325.pdf (298.58 kB); USDA_Phase 1 Tables_031325.xlsx (704.29 kB) |

A few more ARRP plans that came in different ways than the original set I sent. (a 2nd email coming next)
Stephen Billy
Office of Management and Budget
██████████

          USA-AFGE-005035

# Exhibit X

## EO 14210 USDA National Institute of Food and Agriculture (NIFA)

| | |
|---|---|
| **From:** | "Elrod, Richard - REE-NIFA" <richard.elrod@usda.gov> |
| **To:** | Reports <reports@doge.eop.gov> |
| **Cc:** | "Elrod, Richard - REE-NIFA" <richard.elrod@usda.gov> |
| **Date:** | Wed, 07 May 2025 15:41:15 -0400 |
| **Attachments:** | EO 14210 Agency_Office response v1_REE Statutory.xlsx (170.12 kB); EO14210 NIFA Appendix C. NIFA Employee List - Post RIF _ DRP.pdf (63.33 kB); EO14210 NIFA Appendix D. NIFA Promote Efficiencies.pdf (134.99 kB); EO14210 NIFA Appendix E. DR 1010-001 Org Planning Review and Approval.pdf (113.36 kB); EO14210 NIFA NIFA_ARRP Phase I 3 10 2025 FINAL.docx (504.29 kB); EO14210 NIFA NIFA_ARRP Phase II 9Apr2025draft.docx (148.21 kB); EO14210 NIFA Temporary Position and Reemployed Annuitant Information - NIFA.xlsx (32.09 kB); EO14210 NIFA Appendix A. NIFA Org Chart 03172025.pdf (128.43 kB); EO14210 NIFA Appendix B. NIFA Future Org Chart.pdf (128.32 kB) |

R. Brent Elrod
Chief of Staff
Office of the Director

USDA
**U.S. DEPARTMENT OF AGRICULTURE**
National Institute of Food and Agriculture
1400 Independence Avenue SW
Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USA-AFGE-005553

ExhibitY

## Re: DOA connection

| | |
|---|---|
| **From:** | Marshall Wood - A <marshall.wood@gsa.gov> |
| **To:** | "Cole, Michael - OSEC, DC" <michael.cole2@usda.gov> |
| **Cc:** | "Fox, Joshua EOP/DOGE" <joshua.fox@doge.eop.gov> |
| **Date:** | Tue, 06 May 2025 16:13:01 -0400 |

Michael - Really appreciate the color, understood on the plan there.

Thanks,
Marshall

---

Marshall Wood
General Services Administration
*marshall.wood@gsa.gov*
M: ▉▉▉▉▉

On Tue, May 6, 2025 at 4:05 PM Cole, Michael - OSEC, DC <Michael.Cole2@usda.gov> wrote:

Hi Marshall - thanks. Won't need to do MOUs. Our ARRP plan for ERS is to merge it with two other data and economic functions and cut nearly half the staff.

That includes 422 reductions total, as part of which 43 pct of ERS is being eliminated, and 65 pct of that number has already been achieved through accepted DRPs. We and other members of the Department believe this is a reasonable level of staffing to fulfill the statutory and otherwise legitimate functions of the three sub agencies combined into one efficiently. Hope that helps.

Michael Cole
Team Leader - Government Efficiency


## U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave., Washington, DC
Whitten Building Rm 201

---

**From:** Marshall Wood - A <marshall.wood@gsa.gov>
**Sent:** Tuesday, May 6, 2025 11:22 AM
**To:** Cole, Michael - OSEC, DC <Michael.Cole2@usda.gov>
**Cc:** Fox, Joshua EOP/DOGE <Joshua.Fox@doge.eop.gov>
**Subject:** Re: DOA connection
Michael - Apologies again for my miscue last week.

Wanted to touch base and see if any further guidance on ability to onboard / send across MOUs / setup a follow up meeting.

As discussed, of course happy to stand down here if appropriate from your perspective.

Thanks,
Marshall

---

Marshall Wood
General Services Administration
*marshall.wood@gsa.gov*
M: ▉▉▉▉▉

On Fri, May 2, 2025 at 5:09 PM Cole, Michael - OSEC, DC <Michael.Cole2@usda.gov> wrote:

Marshall call me as soon as possible 202-689-5711

Michael Cole
Team Leader - Government Efficiency


## U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave., Washington, DC
Whitten Building Rm 201

---

**From:** Cole, Michael - OSEC, DC <Michael.Cole2@usda.gov>
**Sent:** Friday, May 2, 2025 12:59:41 PM
**To:** Fox, Joshua EOP/DOGE <Joshua.Fox@doge.eop.gov>; Marshall Wood - A <marshall.wood@gsa.gov>
**Cc:** Nate Cavanaugh Q2 <nate.cavanaugh@gsa.gov>
**Subject:** Re: DOA connection
Pre-decisional and deliberative

Thanks all. Josh, I've raised ERS and other research functions within USDA such as Agricultural Research Service and National Agricultural Statistical Service, multiple times for potential consolidation or elimination and particularly ERS is purported by OGC to be statutorily protected (and perhaps otherwise Congressionally through Appropriations riders) from reductions without their approval. As you know, that can be misconstrued, even by counsel, so would

USA-AFGE-004792

appreciate your read on it if you can. Thanks.

Michael Cole
Team Leader - Government Efficiency

 **USDA**

**U.S. DEPARTMENT OF AGRICULTURE**
1400 Independence Ave., Washington, DC
Whitten Building Rm 201

---

**From:** Fox, Joshua EOP/DOGE <Joshua.Fox@doge.eop.gov>
**Sent:** Friday, May 2, 2025 10:35:51 AM
**To:** Marshall Wood - A <marshall.wood@gsa.gov>
**Cc:** Cole, Michael - OSEC, DC <Michael.Cole2@usda.gov>; Nate Cavanaugh Q2 <nate.cavanaugh@gsa.gov>
**Subject:** RE: DOA connection

Sounds good. Michael may know more than me on this front, I've been here for only about a week and am focused more on dereg.

---

**From:** Marshall Wood - A <marshall.wood@gsa.gov>
**Sent:** Friday, May 2, 2025 10:34 AM
**To:** Fox, Joshua EOP/DOGE <Joshua.Fox@doge.eop.gov>
**Cc:** michael.cole2@usda.gov; Nate Cavanaugh Q2 <nate.cavanaugh@gsa.gov>
**Subject:** Re: DOA connection

Thanks, Josh. We reached out this morning for an intro so will let you know of anything down the line.

Much appreciated,

Marshall

---

Marshall Wood

General Services Administration

marshall.wood@gsa.gov

M: █████████

On Thu, May 1, 2025 at 10:45 PM Fox, Joshua EOP/DOGE <Joshua.Fox@doge.eop.gov> wrote:

> Hey Marshall,
>
> Not that I know, but happy to assist with anything you all are doing there.
>
> Josh
>
>> On May 1, 2025, at 6:19 PM, Marshall Wood - A <marshall.wood@gsa.gov> wrote:
>>
>>
>> Thanks, Justin. Moving you to bcc.
>>
>> Josh / Michael - Nice to meet over email. Our team is looking into the Economic Research Service within DOA and was wondering if you guys have done any cuts there?
>>
>> Wanted to check in with you guys to see if worth digging into / making contact.
>>
>> Thanks,
>>
>> Marshall
>>
>> ---
>>
>> Marshall Wood
>>
>> General Services Administration

CONFIDENTIAL

USA-AFGE-004793

marshall.wood@gsa.gov

M: ███████████

On Thu, May 1, 2025 at 6:13 PM Aimonetti, Justin W. EOP/DOGE <Justin.W.Aimonetti@doge.eop.gov> wrote:

Hi Marshall,

I am connecting you with Josh and Michael who are our contacts at DOA.

Best,

Justin

Justin W. Aimonetti

███████████

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

CONFIDENTIAL                                                    USA-AFGE-004794

# Exhibit Z

# //CUI// ARRP Data Submission

| | |
|---|---|
| **From:** | "Allen, Matt - OHS, DC" <matt.allen@usda.gov> |
| **To:** | workforce@omb.eop.gov, Tracking <tracking@opm.gov> |
| **Cc:** | "Pletcher Rice, Mary - FS, DC" <mary.pletcherrice@usda.gov>, "Fogle, Deedra - FS, DC" <deedra.fogle@usda.gov>, "Tiller, Jennifer - OSEC, DC" <jennifer.tiller@usda.gov> |
| **Bcc:** | MBX OMB workforce <mbx.omb.staff.workforce@omb.eop.gov> |
| **Date:** | Fri, 22 Aug 2025 12:34:44 -0400 |
| **Attachments:** | USDA_ARRP_Data_Submission_08.22.2025 - final.xlsx (319.91 kB) |

// Controlled Unclassified Information / For Official Use Only //

Good afternoon OMB and OPM Colleagues:
Please find attached the USDA Submission of the ARRP data requested.
Sincerely,
-Matt

**Matt Allen**
Acting Deputy Assistant Secretary for Administration
United States Department of Agriculture
Cell: █████████

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

OMBA361325cv3698NDCal_000016263

CONFIDENTIAL                                            USA-AFGE-0046139