Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF MARVIN HOEKEMA** |

Declaration of Marvin Hoekema, No. 3:25-cv-03698-SI

## DECLARATION OF MARVIN HOEKEMA

I, Marvin Hoekema, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the President and a dues paying member of the U.S. Department of Agriculture ("USDA"), Farm Services Agency, Farm Production and Conservation Business Center, and Risk Management Agency Employees, Local 3925 of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME Local 3925," or "the Union"). AFSCME Local 3925 is the exclusive bargaining representative under federal law for a bargaining unit of certain federal employees working for the USDA.

3. AFSCME Local 3925 is affiliated with District of Columbia District Council 20 of the American Federation of State, County and Municipal Employees ("AFSCME District Council 20"). District Council 20, through its constituent local unions like Local 3925, represents federal civilian employees in agencies and departments across the federal government. Both AFSCME Local 3925 and AFSCME District Council 20 are subordinate bodies of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"). Membership in the Union is voluntary, and all members of AFSCME Local 3976 are also members of AFSCME District Council 20 and AFSCME International. All Union members pay voluntary membership dues, a portion of which are remitted to AFSCME International.

4. AFSCME's and its subordinate bodies' leadership is democratically elected by and from among its membership.

5. AFSCME Local 3925 represents all professional and nonprofessional employees employed by the USDA's Farm Service Agency, Farm Production and Conservation Business Center, and Risk Management Agency in the Washington, D.C. metropolitan area.

6. AFSCME Local 3925 represents a bargaining unit of approximately 160 USDA employees. The employees in our bargaining unit include Accountants, Agricultural Program Specialists, Budget Analysts, Economists, Equal Employment Opportunity ("EEO") Program Assistants, Financial Management Specialists, Grant Management Specialists, IT Program Managers,

IT Specialists, Public Affairs Specialists, Real Estate Specialists, and Staff Assistants, among other diverse positions.

7.    The USDA has several mission areas, including providing assistance to America's Farmers, improving health, ending hunger, ensuring food safety, providing marketing assistance, and conserving and protecting natural resources. The USDA employees that AFSCME Local 3925 represents work within the Farm Production and Conservation mission area.

8.    The Farm Production and Conservation mission area puts the USDA's focus on U.S. farmers and ranchers. The Farm Production and Conservation mission area has several subdivisions (called "Agencies"), including the Farm Production and Conservation Business Center, the Farm Service Agency, and Risk Management Agency, and the Natural Resources Conservation Service. The Farm Service Agency and the Farm Production and Conservation Business Center are the primary agencies responsible for administering the Commodity Credit Corporation on behalf of USDA. The Farm Service Agency also implements agricultural policy, administers credit and loan programs, and manages conservation, commodity, disaster, and farm marketing programs. For disaster relief, the Farm Service Agency offers a variety of programs to help farmers, ranchers, and communities affected by natural disasters including programs to assist with livestock, farm loans, farmland damage, and crop losses. The Risk Management Agency manages the Federal Crop Insurance Corporation that provides insurance protection to U.S. farmers and agricultural entities. Farm Production and Conservation agencies implement programs designed to mitigate the significant risks of farming through crop insurance, conservation programs, farm safety net programs, lending programs, and disaster programs. The farmer and rancher facing programs and services are aimed at increasing the stability of domestic farming.

9.    I have been employed by the USDA for more than seven years as an Economist and Data Scientist in several Agencies of the USDA. Since March of 2023, I have been employed within the USDA's Farm Production and Conservation Business Center. The Farm Production and Conservation Business Center is an Agency of the USDA that is responsible for providing centralized administrative and operations support services to other subdivisions of the USDA within the Farm Production and Conservation mission area. These services include administrative and operational

Declaration of Marvin Hoekema, No. 3:25-cv-03698-SI                                    2

functions such as centralized financial management, human resources, acquisitions, and information technology.

10.    The sole purpose of the Farm Production and Conservation Business Center is to provide centralized and streamlined "back office" services to USDA Agencies in the Farm Production and Conservation mission area to allow those subdivisions to focus mainly on delivering programs and services to farmers, ranchers, and landowners without being bogged down by administrative and operational work.

11.    In my role as a USDA Economist and Data Scientist, I work within the Economic and Policy Analysis Division of the Farm Production and Conservation Business Center. Economic and Policy Analysis Division's work is largely quantitative market and program analysis conducted by highly educated and specialized economists and data scientists—who usually hold doctoral or master's degrees and have highly specialized knowledge of the work of the USDA. In my role within Economic and Policy Analysis Division, I split my focus between farm credit related and commodity loan work for the Farm Service Agency. Specifically, I am tasked with compiling marketing assistance county loan rates for eighteen commodities once a year as required by statute (7 U.S.C. § 9032) and work on econometric modeling for Farm Service Agency Loan Programs among other ongoing analysis and econometrics work.

12.    On July 24, 2025, Secretary of Agriculture Brooke Rollins issued Secretary Memorandum 1078-015 entitled "Department of Agriculture Reorganization Plan," (herein "USDA Reorganization Memo"). The USDA Reorganization Memo announced a broad plan to reorganize functions within the USDA. The USDA Reorganization Memo expressed a goal to retain no more than 2,000 USDA employees within the National Capital Region, an over 50% reduction of the USDA workforce in the National Capital Region. Pursuant to this goal, the Memo stated that the USDA planned to relocate some employees from the National Capital Region to one of five regional hub locations across the country.

13.    The USDA Reorganization Memo does not mention the Farm Production and Conservation mission area agencies by name, nor does the Memo mention any areas of work specific to Farm Production and Conservation agencies. The Union did not receive any communication from

Declaration of Marvin Hoekema, No. 3:25-cv-03698-SI                                            3

USDA leadership indicating that employees would be impacted by the announced reorganization.

14. On August 26, 2025, in response to USDA's requests for comments about the reorganization plan, AFSCME International submitted a joint comment with the American Federation of American Employees (AFGE) that, among other concerns, raised the fact that it would make little sense to move Farm Production and Conservation mission area agencies from the National Capital Region given Farm Production and Conservation's core functions. The letter also emphasized that relocation would lead to significant staff attrition.

15. In response to the USDA's requests for comments, I also submitted an anonymous comment in my capacity as a Union officer, USDA employee working withing the National Capital Region, and citizen exercising my First Amendment right to comment on the USDA reorganization. My comment noted that the USDA Secretary and Undersecretary seemingly did not consider attrition rates and loss of experience as costs/offsets in advance of the relocation since there have been no surveys/metrics of estimating those as evidence of their rates relevant to this reorganization published to date. My comment also noted that the USDA failed to include critical costs in their economic analysis used to justify taxpayer savings of relocating such as losses of human capital and institutional knowledge when new employees replace experienced employees; hiring and training costs of new employees to replace experienced employees; reduced productivity due to loss of experienced employees; and costs of disruptions to agency operations. None of the above factors are included or cited in the USDA Reorganization Memo.

16. On December 8, 2025, the USDA published a summary and analysis of feedback it received on its reorganization plan. Nowhere in the document does the USDA respond to concerns about the negative impact that relocation would have on the Farm Production and Conservation mission area or its subdivisions. Indeed, the document does not respond to concerns expressed in comments anywhere, it just summarizes them. But the USDA summary does not mention Farm Production and Conservation agencies at all. The USDA summary also did not address any of the concerns expressed in my individual comment. USDA categorized the 96% negative employee comments as "areas for thoughtful consideration, while 5% were positive and 1% neutral."

17. On June 17, 2026, the Union received its first communications from USDA leadership

indicating that bargaining unit employees would be impacted by the announced reorganization.

18.    On June 17, 2026, the USDA issued a press release announcing the imminent reorganization of the Farm Production and Conservation mission area that includes the Farm Production and Conservation Business Center, the Farm Service Agency, and the Risk Management Agency where AFSCME Local 3925 represents employees.[1] The press release, however, is lacking in any specific details on how the mission area will be reorganized and which employees will be affected by the reorganization.

19.    On June 17, 2026, the Farm Production and Conservation Business Center Chief Operating Officer, Robert Ibarra ("COO Ibarra"), sent an email to all Farm Production and Conservation Business Center Employees announcing the plans to reorganize the department's structure and geographic footprint. The email stated that the Farm Production and Conservation Business Center will realign employees within the Business Center to other Farm Production and Conservation Agencies or to USDA Staff Offices. The email also stated that "[t]he efforts to reduce our footprint in the [National Capital Region], and the goal of having our staff in one of our primary hubs, will be done through VERA/VSIP [Voluntary Early Retirement Authority/Voluntary Separation Incentive Payment], *and attrition.*" (emphasis added). Specifically, the email stated that future advertised positions within the Farm Production and Conservation Business Center will move positions from the National Capital Region to USDA hub locations in Raleigh, North Carolina, Fort Worth, Texas, Kansas City, Missouri, and Salt Lake City, Utah.

20.    On June 17, 2026, the USDA also announced that it will consolidate all of its civil rights offices in one single office under the Office of the Assistant Secretary of Civil Rights.[2] The press release states that some USDA employees working for these civil rights offices will be ordered to relocate to either Raleigh, North Carolina or Fort Collins, Colorado. AFSCME Local 3925 represents employees working within the Farm Production and Conservation mission area's civil rights office.

---

[1] https://www.rma.usda.gov/news-events/news/2026/washington-dc/usdas-farm-production-conservation-mission-area-announces.
[2] https://www.usda.gov/sites/default/files/documents/oascr-reorg.pdf.

Declaration of Marvin Hoekema, No. 3:25-cv-03698-SI                                         5

21. The announced USDA reorganization has caused much confusion and anxiety among AFSCME Local 3925 members because the union and employees have been left in the dark about the imminent USDA reorganization and the reorganization's effects on their lives. While the USDA's press releases seem to provide important details about the reorganization, they only muddy the water for our bargaining unit members because the press releases do not provide the detailed information necessary for employees and the union to know the effect of the USDA reorganization on employees, sowing confusion and forcing bargaining unit members to make difficult decisions whether to remain in their jobs.

22. The USDA has not provided a single notice to the union as the exclusive representative of the Farm Service Agency, Farm Production and Conservation Business Center, and Risk Management Agency employes concerning the reorganization of the Farm Production and Conservation mission area. What the union knows about the reorganization and its effect on bargaining unit members is only based on the vague June 17, 2026 press releases and the June 17, 2026 email from COO Ibarra that fail to provide specific information about the positions in our bargaining unit or exactly how the Farm Production and Conservation mission area will be reorganized. While there have been a few short meetings with employees directly concerning the reorganization, they have provided scant details beyond what is publicly available.

23. What is clear from the USDA's June 17 press releases and email from COO Ibarra is that the USDA's goal is to arbitrarily reduce USDA's workforce through the reorganization by attrition, Voluntary Early Retirement Authority, and Voluntary Separation Incentive Payment—which the agency hopes will each be chosen by employees due to the threat of relocation to a USDA hub. We consider this a RIF by another name, and it will come at the expense of USDA's important public services that benefit U.S. farmers and agricultural producers who help feed the public.

24. Relocation is an imminent threat to bargaining unit employees causing them irreparable harm today, even if no relocation notices go out immediately. For example, COO Ibarra's email states that all future job postings will be for positions at the USDA's hubs to accomplish the goal of moving positions out of the National Capital Region. This means that any current bargaining unit employee that seeks a promotion to a new position within the bargaining unit must be willing to relocate because

Declaration of Marvin Hoekema, No. 3:25-cv-03698-SI                                           6

future positions will only be offered in the USDA's hubs outside of the National Capital Region. This harms our highly educated and specialized bargaining unit members who want to be promoted within the bargaining unit but cannot relocate to a hub outside of the National Capital Region. At least 9 bargaining unit employees who were considering applying for a promotion have now told me that they will not, and are looking for other jobs outside the agency instead, while yet others are monitoring the situation closely as they consider their professional futures and possibly leaving the agency.

25.    In fact, the threat of relocation has already caused our bargaining unit members to quit their jobs, take deferred resignation or a buyout, retire early, or look for other job opportunities, and now this harm is accelerating further. Several bargaining unit members have informed me that they would have to quit if ordered to relocate because they are unable to uproot their lives and relocate to another state. Some bargaining unit members have stated that they cannot relocate because of the cost of moving and finding new housing in addition to the uncertainty of whether the USDA will cover any of the relocation costs. Others have stated that they cannot move because of family ties to the National Capital Region that makes it difficult to move to another state. Twenty other bargaining unit employees have said that they cannot relocate because of serious health or economic/family barrier issues that require that they stay close to their health care providers and family support systems. These barriers include economic hardship from relocation, personal medical conditions requiring continuity of care with local specialist(s) and/or reasonable accommodations for remote work, caretaking obligations for elderly parent(s) or other lawfully protected reasons.

26.    The USDA reorganization's most recent June 17 announcement for Farm Production and Conservation is already forcing some of our bargaining unit members to either relocate to other states or quit their jobs. Some of our bargaining unit members working at the USDA's civil rights office within the Farm Production and Conservation mission area are already on notice they will be ordered to relocate based the USDA's June 17 press release concerning the consolidation of the USDA's civil rights offices. Some of these employees have identified to me that they will be ordered individually to relocate to Fort Collins, Colorado and have contacted the union for assistance, and more than one has expressed to me that they have a lawfully protected hardship which the agency has not analyzed or mitigated.

27.    The Farm Production and Conservation Business Center reorganization will also harm the services the Business Center provides to the Farm Production and Conservation mission area agencies and the public. The Farm Production and Conservation Business Center reorganization will decentralize the Business Center's administrative and operational functions. This is contrary to the purpose the Business Center was created—to centralize administrative and operational functions for Farm Production and Conservation mission area agencies so they can focus on their farmer-facing services instead of that work being impeded with administrative and operational functions. By moving Farm Production and Conservation Business center staff and functions to other Farm Production and Conservation Agencies, USDA Staff Offices, or USDA hubs, the USDA is arbitrarily causing harm to the Business Center's ability to provide centralized services to Farm Production and Conservation mission area agencies because the Business Center's staff and functions will be fragmented across the USDA. This fragmentation will arbitrarily split workgroups and functions withing the Farm Production and Conservation Business Center across the country to the detriment of the Business Center. There has been no business justification provided in the reorganization announcement materials which support the move to the regional hubs aside from the statements by supervisors and administrators to "reduce the footprint of National Capital Employees." This runs counter to the centralized mission and function of the Business Center and demonstrates foreseeable harm to its centralized functions.

28.    The continued reduction of the USDA's workforce through the USDA's reorganization will continue to harm bargaining unit employees and the public who depend on the USDA's services. The Farm Production and Conservation mission area's workforce has already been drastically reduced by the Trump administration's Deferred Resignation Program, early retirements and buyouts, and by the USDA's plans to relocate most USDA staff to hubs in other states. For example, Economic and Policy Analysis Division has already lost approximately 46% of its staff to the Deferred Resignation Program. The anticipated loss by reorganization and/or relocation would be devastating to the Farm Production and Conservation mission and operations by exacerbating the losses we have already experienced. The reduction in highly educated, experienced, and specialized USDA staff working within the Farm Production and Conservation mission area is having an impact on how quickly and consistently the USDA can deliver services to farmers, ranchers, agricultural producers, and the public.

Declaration of Marvin Hoekema, No. 3:25-cv-03698-SI                                                      8

This loss of institutional knowledge and experience bringing USDA services to the public harms the USDA's mission areas and the public and will take years to reestablish.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of June 2026 in Waldorf, MD.

Marvin Hoekema