Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF EVERETT KELLEY** |

**DECLARATION OF EVERETT KELLEY**

I, Everett Kelley, declare as follows:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am the National President of the American Federation of Government Employees, AFL-CIO (AFGE), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States.

3.    AFGE advocates on behalf of its members and seeks to promote dignity, safety, and fairness for government employees. Our core functions include providing support, guidance, and resources to our affiliates, which are the officially recognized exclusive representatives of federal employees in various bargaining units.

4.    Membership in AFGE is voluntary. Members of our affiliated councils and locals are also members of the national-level AFGE.

5.    AFGE's activities and staff are funded through our members' voluntary dues.

6.    AFGE represents thousands of United States Department of Agriculture (USDA) employees around the nation. AFGE has 105 affiliated locals that represent employees at numerous subdivisions of the USDA, including the:

- Agricultural Marketing Service
- Agriculture Research Service
- Animal and Plant Health Inspection Service
- Beltsville Agricultural Research Center
- Economic Research Service
- Farm Production and Conservation Business Center
- Farm Service Agency
- Farmers Home Administration
- Federal Grain Inspection Service
- Food and Nutrition Service

Declaration of Everett Kelley

- Food Safety and Inspection
- Forest Service
- National Institute for Food and Agriculture
- Natural Resources Conservation Service
- Office of Civil Rights
- Office of the General Counsel
- Rural Development mission area
- Rural Housing Service

7. On July 24, 2025, Secretary of Agriculture Brooke Rollins issued a memorandum setting out a high-level "Department of Agriculture Reorganization Plan" to consolidate functions within the USDA and relocate much of the D.C.-based USDA staff to regional hub locations across the country. The USDA solicited comments on this plan.

8. On August 26, 2025, AFGE submitted a joint comment with the American Federation of State, County, and Municipal Employees (AFSCME) urging the administration not to relocate units and staff, given the numerous negative effects the Relocation Plan would have on AFGE members and the work of the affected agencies. AFGE warned that prior forced relocations at the Economic Research Service and National Institute for Food and Agriculture "resulted in a mass exodus of experienced scientists" that left years of research projects abandoned and that the agencies' staffing levels had not fully recovered from. And AFGE explained that the 2025 reorganization plan would likewise hollow out the USDA's workforce across even more agencies and programs, including those represented by AFGE, and cause a decline in the agencies' ability to perform their functions.

9. In December 2025, the USDA issued a report summarizing the comments it received, without addressing or responding to any of them, including AFGE's.

10. Beginning in late spring 2026 and continuing through the present, the USDA has rolled out public announcements that it would be implementing extensive reorganizations of many of its component agencies in line with Department's Reorganization Plan.

Declaration of Everett Kelley

11.     AFGE locals have also received information from the USDA describing some additional details of the restructuring and its effects on bargaining unit employees. AFGE has heard from numerous affiliated locals about these reorganization plans and the ways that USDA's planned reorganization is harming their bargaining unit employees and members.

12.     For example, on June 17, 2026, the USDA issued press releases announcing the reorganization of multiple programs and agencies in its Rural Development and Farm Production and Conservation mission areas, without specific information about the offices or employees who would be affected or the timeline for the reorganization.

**Rural Development**

13.     AFGE Local 2831 represents employees of the national office of the Rural Housing Service, a part of the Rural Development mission area. The Rural Housing Service provides direct loans, loan guarantees and funding for rural housing, including multi-family and single-family homes for low-income residents, families, and the elderly, and other programs in rural communities.

14.     I understand that on June 17, 2026, Local 2831 was provided with Deputy Secretary Stephen Vaden's letter to Congress describing the reorganization of that mission area. According to the letter, "select positions currently assigned to the National Capital Region duty stations will be strategically relocated to either St. Louis or Dallas-Fort Worth centers," which are being established as the two primary national offices for Rural Development.  USDA also informed Local 2831 on June 17, 2026 that the agency has identified 291 employees in the Rural Housing Service bargaining unit who "will be impacted by the proposed reorganization," of whom 15 have been "[c]urrently … identified to relocate outside the local commuting area," although "[t]hese numbers may be subject to change."

15.     I have learned from Local 2831 that some bargaining unit members have received letters of intent informing them that they will be relocated to St. Louis, Missouri, although they have not yet been informed of the "specific reporting date to your new duty station."  One employee is a single mother who owns her home and currently has a remote work accommodation for a disability.  The possibility that she will be required to uproot her life and her child's life and

move to another state where she would have to go through the reasonable accommodations process again—or that she would have to give up her job instead—is causing her extreme anxiety and distress.  Another employee and union member who received the same letter has worked at the agency for 22 years, but cannot relocate to St. Louis because she is the sole provider of elder care and because her husband's job will not allow him to relocate.

16.    Attrition alone at the national office threatens the vital work of the Rural Housing Service. However, any attrition at the national office will have a particularly negative effect on the Agency's mission because the planned restructuring also centralizes loan "processing, underwriting, funding, and servicing functions" from the state level to the national office, according to the Agency's letter to Congress.  Delays and disruptions to loan processing and servicing at the national level will also make it much more difficult for the remaining state-level employees to do their work, even if they are not being relocated.  AFGE also represents many of these state-level employees, including at Local 2831, which represents a bargaining unit of New York Rural Development Employees.

**National Resources Conservation Service**

17.    AFGE has also received further information on the reorganization of the National Resources Conservation Service, part of the Farm Production and Conservation mission area. According to a June 17, 2026 email from the National Resources Conservation Service Chief, the Agency's restructuring efforts will be centered on the National Headquarters. The proposed changes include "[e]limination of the Equity Team, Climate Team, Center for Sustainable Commodities, and the Office of the Regional Conservationists," along with focusing resources and staff at the field level, while only "maintain[ing] a core leadership cadre at the National Capital Region (NCR) to support political leadership and to assist with interagency coordination and congressional activities."  According to the email, employees "should anticipate … [i]initial notification letters issued to [national headquarters] employees who will be reassigned to new locations" to be sent in July and August.

**Office of Civil Rights**

18.     AFGE also represents employees of USDA's Office of Civil Rights, through AFGE Local 3147.  On June 16, 2026, Local 3147 received notice that USDA intends to reorganize its civil rights offices under the Office of the Assistant Secretary for Civil Rights, including by relocating "employees inside and outside of the national capital region (NCR) to Fort Collins, Colorado and Raleigh, North Carolina."

19.     On June 26, 2026, the Chief of Staff at the Office of the Assistant Secretary for Civil Rights sent an email to employees, with the subject line "Available Resources," that provided an FAQ about the upcoming reorganization.  The email began, "I know many of us have been reflecting on last week's reorganization announcements and considering the potential impact on you and your families."  It then listed mental health and counseling resources available to employees, including the USDA Employee Assistance Program as well as the number for the Suicide and Crisis Lifeline "for anyone experiencing a mental health-related emergency, including thoughts of suicide, a mental health or substance-use crisis, or emotional distress."

20.     According to the FAQ attached to that email, national capital region employees will be ordered to relocate "in phases based on continuity planning" with all relocations complete by the end of fiscal year 2026.  In addition, currently remote employees will generally also be required to relocate, and working together in the new hubs in Raleigh and Fort Collins "will be an essential function of the job" for the purposes of evaluating reasonable accommodations for disability.

**Office of General Counsel**

21.     As another example, AFGE Local 1106 represents approximately 135 employees within the Office of the General Counsel, an independent legal agency within the USDA that provides legal advice and services to the Secretary of Agriculture and to all other officials and agencies of the Department with respect to all USDA programs and activities. These employees are currently based in four different regions and 12 different offices.

22.     I have been informed that Local 1106 received notice of a planned reorganization of the Office of the General Counsel on May 20, 2026. According to the notice, offices in Albuquerque, New Mexico; Portland, Oregon; San Francisco, California; Temple, Texas; and

5

Little Rock, Arkansas will be closed. Additionally, the Mountain and Pacific regions will be consolidated into one western region with a newly established headquarters in Davis, California. Certain attorneys based in the offices being closed will be required to relocate to the Davis office or the Kansas City office. Local 1106 has been informed that this reorganization will affect at least 16 members of its bargaining unit.

23. Local 1106 has conveyed that the Office of the General Counsel is severely understaffed, and has already lost close to 30% of its workforce since the start of 2025. Local leadership estimates that at least 60% of bargaining unit employees required to relocate will very likely resign rather than relocate.

**Harms to AFGE, AFGE locals, and members**

24. Many other AFGE local affiliates and bargaining unit members are being and will be harmed by the reorganization at USDA, including as set out in the declarations of AFGE local union officials also filed in support of a preliminary injunction.

25. AFGE and our locals and councils have devoted considerable resources to responding to requests and providing guidance about the planned USDA reorganization, particularly as the initial announcements and statements to employees have often lacked important details and required the Union to spend time responding to inquiries and assisting members who may be affected by the restructuring.

26. This reorganization will also diminish AFGE's bargaining units as a result of the attrition caused by forced relocation. Based on decades of experience as a union leader, I know that a union's bargaining power derives from the number of employees it represents at an agency. Our voice as an organization is the collective voice of our members and the employees we represent. Large-scale reductions of the size of AFGE's bargaining units will limit AFGE's bargaining power, as well as significantly affecting AFGE's membership dues revenue and its ability to provide services to its members and affiliates.

27. When employees are required to relocate, they are put in a position of choosing between different substantial harms. Relocation is extremely disruptive to employees and their families, including spouses' jobs and children's schooling, and it can harm those who rely on

nearby health care providers or those who serve as care providers for family members.  Those who cannot relocate lose not just their source of income, but also their health insurance coverage for themselves and their spouse and dependents who were covered under their health plan.  Federal employees have informed us of the severe emotional distress caused by being put in the position of choosing between these harms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of June 2026, in Washington, D.C.

_____
Everett Kelley

Declaration of Everett Kelley