Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF ASHAKI MITCHELL** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF ASHAKI MITCHELL**

I, Ashaki Mitchell, declare as follows:

1.      I am over 18 years old and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.

2.      I am a Biological Science Laboratory Technician employed at the Beltsville Agricultural Research Center ("BARC").  BARC is part of the Agricultural Research Service ("ARS") within the United States Department of Agriculture ("USDA").  BARC is located in Beltsville, Maryland, which is under an hour from Washington, D.C.

3.      I have worked at BARC since 1989, when I started in a part-time position while I was still in high school.  I became a full-time Biological Science Laboratory Technician in 1995, and I have been doing that work for the last thirty-one years.

4.      I also serve as the Vice President of the American Federation of Government Employees Local 3147 ("AFGE Local 3147" or the "Union").  The American Federation of Government Employees, AFL-CIO ("AFGE"), is a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals nationwide.  I have been serving as Vice President of AFGE Local 3147 since 2016.  Prior to that, I served as Chief Steward.

5.      AFGE Local 3147 represents 124 employees at BARC as well as employees at USDA's Office of the Assistant Secretary for Civil Rights and the U.S. National Arboretum.  By virtue of my job duties, and my three decades of work at BARC, I am very familiar with the organizational structure of BARC and the job functions of the bargaining unit employees at BARC.  There are approximately 336 total employees at BARC.

6.      BARC is the nation's premier agricultural research facility, and one of the world's largest and most diversified agricultural research complexes.  It spans over 6,000 acres of land and functions like a self-contained small city.  It hosts over 400 structures on site, including research laboratories filled with high-value precision equipment, greenhouses, barns, and administrative buildings, in addition to hundreds of acres of field plots (used by both federal and academic researchers).  It has a water treatment plant (for producing safe drinking water), two wastewater

treatment plants (for treating polluted water before returning it to the surrounding ecosystem), two steam power plants, and an electrical substation.

7.    BARC is currently organized into Research Units and Research Support Services.

8.    The Research Units cover the seventeen research labs at BARC, which include the Sustainable Agricultural Systems Laboratory, the Animal Parasitic Diseases Laboratory, the Environmental Microbial and Food Safety Laboratory, the Bee Research Laboratory, the Invasive Insect Biocontrol and Behavior Laboratory, the Systematic Entomology Laboratory, the Soybean Genomics and Improvement Laboratory, the Food Quality Laboratory, Hydrology and Remote Sensing Laboratory, and the Mycology and Nematology Genetic Diversity and Biology Laboratory, among others.[1]

9.    For over 115 years, BARC researchers have been responsible for groundbreaking discoveries in plant and animal pathology, pest control and biocontrol, food safety and human nutrition, crop nutrients, and animal genomics.  Indeed, researchers at BARC have hundreds of scientific papers published or accepted into scientific journals each year, including more than 400 articles in 2023, more than 450 in 2024, and more than 350 in 2025.[2]  These papers provide a glimpse into the groundbreaking research being conducted.  For example, BARC's Sustainable Agricultural Systems Laboratory recently published an article on its 17-year study of soil compaction under organic and conventional production systems for weed control and nutrients.[3] BARC's Mycology and Nematology Genetic Diversity and Biology Laboratory had an article on beech leaf disease recently accepted, which analyzes its similarities to another plant infection in order to develop evidence-backed strategies for managing its impact on our forests.[4]  BARC's Bee

---

[1] *Beltsville, Maryland (BARC)*, U.S. Department of Agriculture (last accessed June 21, 2026), https://www.ars.usda.gov/northeast-area/beltsville-md-barc/beltsville-md-barc-location-listing/.
[2] *Beltsville Agricultural Research Center: Beltsville, MD: Publications at this Location*, U.S. Department of Agriculture (last accessed June 21, 2026), https://www.ars.usda.gov/research/publications/publications-at-this-location/?modecode=80-42-05-00&locpubs=yes&filterYear=2025.
[3] *Developing, Evaluating, and Optimizing Diversified Agricultural Systems for a Changing Environment in the Mid-Atlantic Region*, Sustainable Agricultural Systems Laboratory: Beltsville, MD, U.S. Department of Agriculture (last accessed June 21, 2026), https://www.ars.usda.gov/research/publications/publication/?seqNo115=425232.
[4]*Plant-associated Nematode Management and Systematics and USDA Nematode Collection*

Research Laboratory recently published an article on the effects of an invasive species of bees on native plants and pollinators in North America.[5]

10.    Some AFGE Local 3147 bargaining unit staff work within the Research Units. This includes Biological Science Lab Technicians (including myself), Biologists, Physical Science Technicians, Agricultural Science Research Technicians, Microbiologists, and certain Program Support Assistants.

11.    For the last thirty years that I have been a Biological Science Laboratory Technician at BARC, I have been working on microbiology and entomology projects. These projects are working towards advances in natural ways of controlling agricultural pests without the use of severe, and often carcinogenic, pesticides. For instance, my lab's projects support the development of organic pesticides that empower farmers to control pests and protect their crops without introducing harmful substances to our food sources.

12.    Other AFGE Local 3147 bargaining unit staff work within the Research Support Services. Staff in the Facilities Division support BARC's research infrastructure through building and systems maintenance, engineering and construction, groundskeeping, water and wastewater treatment, and real property. Employees within Research Farm Services support vital field research by preparing and maintaining field plots, foraging areas, and feed production. Many of BARC agricultural research projects rely on these services, including, for instance, ongoing projects on the biocontrol of tick populations, improving bee foraging and behavior, host and insect interactions, and the sustainability and propagation of the American Chestnut Tree. Employees within the Research Animal Services maintain and prepare animals (large and small) for BARC research projects on potential diseases that could decimate our food supply, including, for instance, ongoing projects on dairy and cattle production.

_Curation_, Mycology and Nematology Genetic Diversity and Biology Laboratory: Beltsville, MD, U.S. Department of Agriculture (last accessed June 21, 2026), https://www.ars.usda.gov/research/publications/publication/?seqNo115=428753.

[5] _Mitigating Disease and Stress in Honey Bee Colonies_, Bee Research Laboratory: Beltsville, MD, U.S. Department of Agriculture (last accessed June 21, 2026), https://www.ars.usda.gov/research/publications/publication/?seqNo115=428254.

MITCHELL DECLARATION, NO. 3:25-CV-03698-SI

13.    The BARC complex contains extensive research fields where experimental crops are grown and tested.  The weather conditions in Beltsville, Maryland, allow the agricultural research projects to experience all four seasons, which allows for the research to be replicable across the nation in myriad contexts.  The land itself has undergone radiation testing, and it is permitted by both the Environmental Protection Agency and the Animal and Plant Health Inspection Service.  BARC also maintains animal populations for the Research Units working on food safety, animal parasitic diseases, environmental microbial safety, nutrition, mastitis control, animal health and genetic improvement.

**USDA Reorganization Plan & Decommissioning of BARC**

14.    On April 23, 2026, USDA publicly announced a reorganization and restructuring of USDA's Research, Education, and Economics (REE) mission area.[6]  That announcement shared that the ARS reorganization would include the decommissioning of BARC and relocation of certain research.

15.    On April 23, 2026, the ARS Administrator told AFGE Local 3147 that under the Reorganization Plan most research projects at BARC will move to other locations outside the National Capital Region, and other projects will be discontinued.  The ARS Administrator told the Union that the bargaining unit employees that work within the Research Unit (approximately 56 employees across 14 different BARC labs) will be relocated to different locations within ARS and that most of their research projects will be relocated as well.  For the bargaining unit employees that work under Research Support Services and the Facilities Division (approximately 68 employees), the ARS Administrator told the Union that the positions will remain at BARC for the decommissioning process and will not be immediately relocated.  USDA more recently informed the Union that these employees will be relocated at a later date.

---

[6] *USDA Advances Reorganization and Restructuring of the Research, Education, and Economics Mission Area to Improve Efficiency and Better Serve American Farmers*, U.S. Department of Agriculture, Press Release No. 0057.26 (last accessed June 21, 2026), https://www.usda.gov/about-usda/news/press-releases/2026/04/23/usda-advances-reorganization-and-restructuring-research-education-and-economics-mission-area-improve.

MITCHELL DECLARATION, NO. 3:25-CV-03698-SI

16.    The ARS Administrator shared with our Union a list of twenty "possible" far-flung locations at which BARC research employees could be relocated, almost all of which are several hundred to a few thousand miles away, including Fargo, North Dakota, Fayetteville, Arkansas, Aberdeen, Idaho, Clay Center, Nebraska, and Wenatchee, Washington.

17.    On April 27, 2026, I received a letter of intent from the ARS Administrator, informing me that my "position has been identified for relocation."  The letter instructed that I "will receive a Management Directed Reassignment (MDR) letter" that will include my relocation destination, new locality pay, timeline to decide, report date, and relocation benefits information. A true and correct copy of the letter I received is attached as **Exhibit A.**

18.    I am also aware that other members of our bargaining unit received letters of intent on April 27, 2026, from the ARS Administrator, informing them that their "position is needed for BARC decommissioning and will not be relocated as part of this reorganization effort."  A true and correct copy of the letter one of the members of our Union who works within the Facilities Division received is attached as **Exhibit B.**

19.    At an All Hands Meeting on May 13, 2026, agency leadership informed BARC employees that USDA is planning for all immediately relocating employees to have left BARC and be in their new locations by the end of the fiscal year, September 30, 2026.

20.    I have not yet received a Management Directed Reassignment letter.  I am not aware of any bargaining unit employees whose research projects are slated to be relocated who have received a Management Directed Reassignment letter.  Several employees whose research is not being relocated received a Management Directed Reassignment Letter providing their new location and timing for relocation.  Given USDA's desired relocation timeline, I expect the Management Directed Reassignment letters will be issued this summer.

21.    USDA has told the Union that the last day of work for any employees who decline their reassignment will be the Friday before they are supposed to report to their new location, likely on or around September 25, 2026.

22.    Personally, I will not be able to move out of my commuting area.  I have kids who live at home and attend Maryland schools, both high school and Maryland colleges.  Moving out

of state would not only uproot my school-age children but also impose a cost prohibitive out-of-state college tuition bill on my family. I also have responsibilities taking care of my elderly in-laws, which means my husband and I cannot relocate outside of a reasonable distance from their location near my current residence.

23.  I have talked to many members of the AFGE Local 3147 bargaining unit and the vast majority whose positions are being relocated are not planning to move. This is primarily for three reasons. First, many employees cannot relocate because of the personal and/or logistical burden. Second, many employees have spent their entire careers working on this research, and they anticipate that their research will not be relocated successfully. Employees are also fearful that if they uproot their lives and their projects are subsequently disrupted or terminated, they will be stuck in another part of the country with inadequate resources to move back or find comparable employment. Third, many employees are unlikely to move unless the rest of their laboratory or research project team also moves, which for many seems unlikely. Many of the laboratory technicians do not know if their principal investigators will relocate, and the principal investigators do not know if their support staff will move. If the agency requires them to decide whether to relocate before they know whether the remainder of their colleagues will do so as well, many of them will choose not to go.

24.  For example, one member of AFGE Local 3147 who received a notice that her position would be relocated told our Union that she is the only support scientist for her project, which is working on finding treatments for a highly contagious and often fatal disease in a particular animal species. The Union member has decided she will not relocate, which means that if the supervisor is willing to relocate, the supervisor must do all the work herself. There is too much work, however, for one person to oversee the project and also perform all of the laboratory experiments and maintenance, so the relocation and loss of the support scientist will reduce the amount of time that can be spent on the lab's research agreement with a land grant university. The Union member predicted that moving the lab and advertising for, onboarding, and training a new support scientist, will delay the project at least another year. The lab cannot be effective and be asked to pack up, move, and try to replace all of their supplies and biological inventories at the

same time.  The delays will build on the disruptions the project already suffered because of this administration's firings of probationary employees and the government shutdown.  The consequence is that the lab will be unable to make meaningful progress for at least another year on a project funded by Congress to respond to needs of industry stakeholders across the country.

25.     One Union employee who will not relocate shared with the Union how their lab relies on live cultures that would need to be restarted after relocation.  Even assuming others on the project are willing to relocate, restarting the cultures will greatly delay important research on a particular parasite, which negatively impact large scale crops in the United States.  Farmers of soybean, potatoes, corn, and tomatoes lose billions of dollars each year to the multitude of diseases vectored by this parasite.

26.     Similarly, another Union employee, who is unsure whether or not they will relocate, shared that the move would likely put their lab years behind normal operation because of how slow the government procurement and hiring processes are, the likely loss of equipment, and loss of irreplaceable freezer samples.

27.     Many environmental and clinical samples must be maintained in stasis, generally -80°C, in order to conduct experiments over a longer period of time.  Transporting thousands of irreplaceable samples across the country in these incredibly low temperatures is a huge undertaking, and the chance of samples thawing along the way is a huge risk to the research.

28.      Another Union member shared that he expects the loss of scientists who cannot relocate to bring many projects to a halt, with the result that taxpayer dollars are wasted on projects that have already started but will not have the necessary staff to complete them.  Additionally, expensive lab equipment at BARC will either go to waste or excessive amounts of money will be required to move or replace the equipment.  Even though the Union member is willing to relocate, he will lose the benefit of collaboration across his laboratory and between laboratories.  Because USDA has said relocations will be based on projects rather than laboratories, he anticipates that his laboratory will be split up across new locations and he will lose the benefit of staff from other parts of the laboratory who could assist on multiple projects and share knowledge within a laboratory, or with a nearby laboratory.

29.    The massive attrition and the inability of the Department to relocate all projects within a Research Unit in a cohesive way will result in the end of research that is vital to America's farmers and, consequently, to the health and safety of every American who consumes American-farmed food.

30.    BARC is already understaffed.  Over the past year, many BARC employees took USDA's offers to leave federal service through the Deferred Resignation Program ("DRP"), Voluntary Early Retirement Authority ("VERA"), and Voluntary Separation Incentive Payments ("VSIP").  These reductions in staff have already made it more difficult to keep up BARC's vital research.  The USDA reorganization and restructuring will only make these difficulties worse given the many researchers and technicians who will decide not to relocate, in addition to the facilities and research support staff who are not being relocated at all.

31.    The loss of staff will result in the loss of significant expertise and institutional knowledge.  For example, I have thirty years of experience developing assay systems for at least four different orders of insects, including beetles, moths, mosquitos, and true bugs.  When a new pest (like the new world screwworms that are currently threatening livestock in Texas) appears on our radar, I have the training, molecular tools, and expertise on previous insects to be ready to rapidly screen several biological agents for toxic activity.  The knowledge I hold is not easily or quickly replicable.  For instance, for the last paper on which I assisted my Principal Investigator, my experience with assays allowed me to produce results for her within a couple of weeks rather than the months to years that it would have taken her to learn it herself and repeat the protocol a sufficient number of times for publication.  I also have substantial training on complex technologies, such as High Performance Liquid Chromatography (HPLC), which is one of many tools that we use to isolate and identify microbial metabolites (e.g., peptides, proteins) that exhibit signs of toxicity against pest insects.

32.    Even for the staff who are willing to relocate, the relocation process is extremely complicated.  Many outsiders fail to comprehend the ways in which many of our labs are not confined to buildings but instead rely on both the land and animals that we have at BARC.  Moreover, almost all of the labs at BARC have multi-million-dollar equipment that is

critical to the research.  Not only is each piece of equipment extremely expensive, the cost of moving the equipment – even short distances – can be astronomical.  As one former bargaining unit employee who worked in BARC's Electron Microscopy Lab explained to me, moving just that lab's electron microscopes would cost approximately $50,000, and that lab's Transmission Electron Microscope is so sensitive that it would be impossible to move, requiring replacement at a cost of approximately $400,000.

33.    I am also concerned that many employees in the Facilities Division, Research Animal Services, and Research Farm Services, who were told that their positions are needed for the decommissioning process but will later be relocated, will face similar personal reasons why they cannot relocate, causing many to be involuntarily separated from USDA employment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed July 1, 2026, in Beltsville, Maryland.

*Ashaki Mitchell*
_____
Ashaki Mitchell

# Exhibit A



**United States Department of Agriculture**

Research, Education, and Economics
Agricultural Research Service

April 27, 2026

Dear Colleague:

USDA's Research, Education, and Economics (REE) Mission Area has announced a comprehensive reorganization as part of the USDA Reorganization Plan. As part of this effort, ARS is beginning its portion by realigning our workforce footprint and relocating resources outside the National Capital Region (NCR). These changes are intended to improve efficiency, reduce costs, and support more sustainable operations.

**Relocation Overview**
As part of this reorganization, most research projects at the Beltsville Agricultural Research Center (BARC), including the Beltsville Human Nutrition Research Center (BHNRC), will move to other ARS locations outside the NCR to ensure access to enhanced research infrastructure and to better align with complementary research projects.

This letter outlines what this means for you and the support that will be available throughout the process.

**Key Information**
Your position has been identified for relocation because it is directly tied to a research project that will move outside the NCR. As such, you will receive a Management Directed Reassignment (MDR) letter. The MDR letter will provide detailed information to include, but not limited to:

- Relocation destination
- Pay based on new locality
- Timeline to accept/decline the reassignment
- Report date
- Relocation benefit
- Options if declining the reassignment

**Next Steps**
Our expected next steps are as follows:

- Weekly meetings with leadership for Q&A
- Issuance of MDR letters
- Support, consultation, guidance, and Q&A for reassignment, relocation, employee options, and benefits

Office of the Administrator
Jamie L. Whitten Federal Building, Room 302-A
1400 Independence Avenue, SW
Washington, D.C.  20250
USDA is an Equal Opportunity Provider and Employer

**Employee Support Resources**

Resources available to support you and your family include:

- **Employee Assistance Program (EAP):** Confidential services through Federal Occupational Health. Visit the Employee Assistance Axon page or call (800) 222-0364.
- **Reorganization Information:** This Axon page will be updated with FAQs and organizational details.

This transition represents an important moment for ARS. The work you do is essential to advancing agricultural research. While our geographic locations may change, our core mission remains the same: delivering scientific solutions to agricultural challenges.

Relocation is a significant personal decision. We respect your service and are committed to ensuring you are treated with fairness, respect, and clear communication throughout this process, whatever path you choose.

If you have questions, please raise them during the weekly meeting with leadership. Additional opportunities to address questions specific to your situation will be available after the MDR letters are issued.

Thank you for your professionalism and continued dedication to the ARS mission.

JOON S. PARK
Administrator

2

Exhibit B



**United States Department of Agriculture**

Research, Education, and Economics
Agricultural Research Service

April 27, 2026

Dear Colleague:

USDA's Research, Education, and Economics (REE) Mission Area has announced a comprehensive reorganization as part of the USDA Reorganization Plan. As part of this effort, ARS is beginning its portion by realigning our workforce footprint and relocating resources outside the National Capital Region (NCR). These changes are intended to improve efficiency, reduce costs, and support more sustainable operations.

**Relocation Overview**
As part of this reorganization, most research projects at the Beltsville Agricultural Research Center (BARC), including the Beltsville Human Nutrition Research Center (BHNRC), will move to other ARS locations outside the NCR to ensure access to enhanced research infrastructure and to better align with complementary research projects.

This letter outlines what this means for you and the support that will be available throughout the process.

**Key Information**
Your position is needed for BARC decommissioning and will not be relocated as part of this reorganization effort.

**Next Steps**
Our expected next steps are as follows:
- Weekly meetings with leadership for Q&A
- Guidance, consultation and Q&A for orderly decommissioning

**Employee Support Resources**
Resources available to support you and your family include:
- **Employee Assistance Program (EAP):** Confidential services through Federal Occupational Health. Visit the Employee Assistance Axon page or call (800) 222-0364.
- **Reorganization Information:** This Axon page will be updated with FAQs and organizational details.

Office of the Administrator
Jamie L. Whitten Federal Building, Room 302-A
1400 Independence Avenue, SW
Washington, D.C.  20250
USDA is an Equal Opportunity Provider and Employer

This transition represents an important moment for ARS. The work you do is essential to advancing agricultural research. While our geographic locations may change, our core mission remains the same: delivering scientific solutions to agricultural challenges. If you have questions, please raise them during the weekly meeting with leadership.

Thank you for your professionalism and continued dedication to the ARS mission.

JOON S. PARK
Administrator