Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF ROY FUNKHOUSER** |

**DECLARATION OF ROY FUNKHOUSER**

I, Roy Funkhouser, declare as follows:

1.      I am 51 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am a second-generation beekeeper, and have spent the last decade working as a beekeeper professionally. Beekeeping is my full-time job and my sole source of income. My hives and I are currently located in West Virginia. I have also previously kept hives in Florida, California, Virginia, Maine, and New York. I am a member of the Natural Resources Defense Council.

3.      I understand that the U.S. Department of Agriculture is going forward with a reorganization plan that will shut down the Beltsville Agricultural Research Center. This declaration describes the importance of the Beltsville Agricultural Resource Center's Bee Research Laboratory to my beekeeping business and the business of other beekeepers.

4.      My primary beekeeping income comes from pollination contracts, under which farmers pay for me to supply bees to pollinate their crops. For example, I provide my hives to almond farmers in California every spring in order to pollinate their trees to produce almonds by the fall. I also provide my bees to apple farmers in Virginia, and have previously provided them to blueberry farmers in Maine.

5.      The role of commercial beekeeping to American agriculture may not be well known, but it is very important to our domestic food production; California's almond crop alone takes around 70% of the commercially kept bees in the country to pollinate.[1]

6.      Around 2022, I kept approximately 1200 hives. Today, I keep around 400 hives. This reduction in the number of bees occurred because my hives experienced catastrophic losses each year for several years. Each time my hives would experience a catastrophic loss, I would spend significant time and money rebuilding the health of my hives and the size of my bee population. Then, the next year, another catastrophic loss would hit and erase the gains my bees

---

[1] *See* Lewis Armstrong, *California's almond trade is exploiting one of nature's most essential workers*, IFIS (June 5, 2020), https://perma.cc/P7A6-85BA.

had made to recover from the previous loss.

7.    Bees are the "canary in the coalmine" for our entire ecosystem. They are sensitive to the same kinds of threats that impact other animals and plant life, but they show the impacts of these threats more quickly. Viruses, mites, and pesticides can all threaten hive health, and the losses that bees have sustained recently accelerated a great deal. In 2025, there was a nationwide die-off that affected around 60% of the bees in the United States.[2] That is not just a problem for beekeepers. It is a problem for our entire agricultural system.

8.    The reason I am currently able to keep 400 hives, rather than fewer, is because of the support I received from the Bee Research Laboratory at the Beltsville Agricultural Research Center (the Bee Lab). The Bee Lab conducts research aimed at improving the health of honey bee colonies and helping American beekeepers maintain healthy bee populations in order to pollinate American crops and protect our country's food system.

9.    One of the services provided by the Bee Lab is the Bee Disease Diagnosis Service. Free of charge, beekeepers across the United States are able to have samples of their bees, wax, and pollen analyzed by the Bee Lab in order to identify threats to bee health, which can include mites, pathogens, or chemical exposure. The Bee Lab provides the results of its tests to beekeepers so that they can make informed decisions about how to protect the health of their hives.

10.    In 2023, I had experienced a bad season, and going into the fall of 2024, I called the Bee Lab for help in order to try to head off another bad season. Scientists from the Bee Lab came to West Virginia to see my hives in person, in order to identify threats to the bees' health. In addition to observing my hives and their physical conditions, Bee Lab scientists collected samples of the bees, their wax, and of the pollen the bees were collecting. Once the scientists got back to their lab, they did real-time, quantitative polymerase chain reaction analysis of pathogens in the samples. They also conducted gas chromatography mass-spectrometer analysis of chemical residue in the wax, pollen, and bees. They sent me the results of their testing as soon as it came in, which

---

[2] *See* Honey Bee Health Coalition, *New Data Confirm Catastrophic Honey Bee Colony Losses, Underscoring Urgent Need for Action* (April 3, 2025), https://perma.cc/HA2U-N7JH.

told me what pathogens were in my hives and whether the levels of those pathogens were low or high. This information allowed me to make an informed decision about how to treat my hives. Because of the information the Bee Lab scientists provided, I treated my bees and was able to preserve many more hives than I would have been able to protect on my own.

11. The Bee Lab offered these services to me free of charge. I am not aware of any other laboratory offering the comprehensive services that the Bee Lab has provided to me, much less without cost. And because the Bee Lab helped me protect my bees, I was able to avoid incurring at least some of the cost of replacing my colonies, which can run into the tens of thousands of dollars for an operation of my size. The cost of rebuilding colonies does *not* include the lost income attributable to the loss of hives that I was able to avoid because of the Bee Lab's services.

12. I know I am not the only one who uses the Bee Lab's support. Last year, when bees were dying off nationwide, I know the Bee Lab's scientists went to California to collect samples and attempt to diagnose the problem in real time. I am not aware of any other laboratory that offers help to smaller beekeepers like me at the quality of service the Bee Lab offers and without charging any money.

13. Beekeepers like me will not be able to stay in business if we do not have help identifying and mitigating threats to our hives. Dealing with repeated catastrophic losses, like I have, requires tens of thousands of dollars of expenditure to rebuild and cuts off your source of income while you recover. I have already cashed out my retirement account and invested those funds in rebuilding my hives. If I do not have access to the comprehensive, accurate, reliable, and free testing done by the Bee Lab, which I would use in the future, my hives will be much more vulnerable to another catastrophic loss. I will not be able to weather many more losses before I am forced out of business. There's no other way around it: If we're not able to get the testing done, beekeepers will go bankrupt.

14. It is only a matter of time until the next virus, mite, or pesticide threat to my bees begins to have an impact. Based on my experience, I expect a new threat to my hives to emerge every year, and possibly even more often. If the Beltsville Bee Lab is destroyed, I do not know how

I will protect my bees from future threats. And if I cannot protect my hives, I will incur significant short-term costs and will continue to incur costs with every catastrophic loss until I am forced out of business. My circumstances are similar to those of many beekeepers in the United States, particularly beekeepers with smaller operations. And all of us industry-wide, regardless of size, are facing the significant uncertainty of what new threats are going to cause catastrophic losses this year and in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 30, 2026, in Baker, West Virginia.

Roy Funkhouser

FUNKHOUSER DECLARATION, NO. 3:25-CV-03698-SI