Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF TIMOTHY J. LOVITT** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., Defendants. | |

Lovitt Decl., No. 3:25-cv-03698-SI

I, Timothy J. Lovitt, hereby state and declare as follows:

1.    I am of full age and make the following statements on personal knowledge. If called to testify, I could and would competently do so.

2.    I am a member of the Natural Resources Defense Council.

3.    I live in Douglas City, an unincorporated community in the rural woods of Trinity County in northern California. My community is surrounded by federal public lands, including the Trinity National Forest and the Shasta-Trinity National Forest.

4.    I am a retired forester. I got my degree in forest resource management, and I worked for many years in the Trinity River Management Unit of the U.S. Forest Service. My office was in Weaverville, California, about a ten-minute drive from my home. I retired from the Forest Service six years ago.

5.    The Forest Service's presence in my area is being decimated. The parking lot of the Forest Service office in Weaverville where I worked used to be full of fire trucks and pickup trucks for crews. Now they're gone. There are far fewer rangers at the nearby Hayfork ranger station, too. There are only skeleton crews left; Weaverville and Hayfork ranger stations are like ghost towns. Fire crews have been pulled back all the way to the Forest Service office in Redding, California, which is a fifty-minute drive away.

6.    My neighbors and I live under the constant threat of wildfire. We live in the forest, surrounded by fir trees. There's only one road out from my home. We rely on the Forest Service to manage the National Forests, to reduce fuel buildup to prevent wildfires, and to respond quickly when they do happen. My house, my garden, and my life all depend on a functioning federal agency to keep the National Forests healthy and to keep people safe.

7.    I've lived in this area since 1973. The types of wildfires we're seeing now are much bigger, more intense, and more destructive than in past decades. Heat waves and drought have stressed the forests, and there's a lot of fuel built up. I lived through the Carr Fire in 2018, which burned thousands of acres in Trinity and Shasta Counties and killed several people. The fire burned up Buckhorn Summit and started coming down to where I live. Fire engines from the Forest Service's

Trinity River Management Unit and South Fork Management Unit were all deployed, and even so, we barely managed to keep the fire from incinerating Redding, California.

8.    The Forest Service can't scale back further here without endangering its ability to respond to wildfires. If the Forest Service's ability to prevent, respond to, and manage fires in this area is diminished, that puts my property and my community at an even greater risk of burning. I could lose my home or my life.

9.    Wildfires will keep happening in these National Forests, and they will become more frequent and dangerous if the Forest Service loses more staff and scales back its regional presence further. We need Forest Service staff on the ground: walking the forests, checking what needs to be thinned, and removing lateral fuels to prevent canopy fires from starting. When I worked for the Forest Service, I was out in the field all the time with my crews. I walked every inch of the Trinity National Forest. I documented what I saw and took that data back to the office, where we'd create forest vegetation simulations of what we found and what management needed to be done. At the same time, there were other Forest Service staff checking trees for rust, beetles, fungus—the types of threats that could kill trees, threaten the forest's health, and increase wildfire risk if not managed properly. It's all interwoven. You can't do that kind of monitoring remotely.

10.    Closing the Regional Offices and relocating Regional Office staff will undermine local fire prevention and response. Many Regional Office staff will quit rather than upend their lives and relocate to another city, and the people who stay will be less effective because they'll be short-staffed and missing out on institutional memory. That really matters when a fire breaks out. Fires in the National Forests can move like freight trains, so time is of the essence. Staff in the Regional Offices need to respond right away to muster resources and coordinate a response. They may need to coordinate with incident command centers and call smoke jumpers and helicopters in from other districts or offices. Delays in response times can have a drastic impact on the amount of forest that's burned, houses that are destroyed, and lives that are lost.

11.    Given the conditions of the Trinity National Forest and the Shasta-Trinity National Forest, and my years of experience working in these forests, I think it's very likely that we'll have a major "stand-replacing" fire event here this year—meaning, an intense wildfire that reaches the

canopy and kills most or all of the overstory trees. There is so much fuel on the ground. When that happens, I'm very concerned that the Forest Service's wildfire response will be retarded by the further loss of staff and the increased distance of the staff who remain from the forests themselves. Having crews in Redding, fifty minutes away, is already not close enough to respond in time when a fire breaks out here. We need the Forest Service to have staff in place at all levels of the command structure, ready to jump in right away and save lives when a fire starts. I'm concerned for my safety if the Forest Service loses more staff and scales back its local and regional presence further.

12.     Research will suffer from the reorganization, too. I'm aware of the Forest Service's plans to close research stations around the country—including the Mount Shasta Research Station, about two hours' drive away from my home—and to consolidate research in a hub in Colorado. That makes no sense. Our National Forests in northern California have different diseases and pests, different climactic conditions, and a whole different array of stressors from what's present in Colorado. You can't do the kind of on-the-ground monitoring work I did here for years from a remote facility. If the Forest Service scales back on that on-the-ground work, management of the National Forests will be less effective and less well informed.

13.     I'm also aware of the Forest Service plans to relocate its headquarters from Washington, D.C., to Utah. That makes no sense to me, either. In my experience, the Forest Service needs adequate funding to do its job. Having its headquarters in Washington D.C. means that Forest Service leadership can meet with legislators, be responsive to them, and advocate for funding effectively. Trying to do that from Utah just won't be the same.

/
/
/
/
/
/
/
/
/
/
/
/
/
/

14.    I love the Trinity National Forest and the Shasta-Trinity National Forest, and I love spending time in them. I was instrumental in identifying "King Pondo" (pictured below) in the Forest Service's South Fork Management Unit in Trinity County, which I got listed in the National Register of Big Trees in 2008. For a time, this was the largest Ponderosa pine on record in the United States.

*Photo on file with the declarant*

15.    I have a passion for being outdoors and spending time in the woods. I've always found trees fascinating: the way they grow, communicate with one another, and support life around them, including ours. They give us oxygen. This passion is why I've lived in the forest for over 50 years, and why I've been involved in tree work since I was a teenager. I want to see our National Forests well managed. The reorganization of the Forest Service matters to me in an immediate way because the Forest Service's diminished capacity for effective wildfire prevention and response threatens my life and my home, and the lives and homes of my neighbors, and my ability to continue enjoying the beauty and peace of the National Forests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June 2026, in Douglas City, California.

Timothy J. Lovitt

Lovitt Decl., No. 3:25-cv-03698-SI                                                                    4