Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF ERIK MOLVAR** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF ERIK MOLVAR**

I, Erik Molvar, declare as follows:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am the Executive Director of the Western Watersheds Project. I have been the Executive Director since October 2016. I am a wildlife biologist with published research in the behavior, ecology, and population dynamics of Alaskan moose as well as large-scale conservation planning. I am also the author of 16 hiking guidebooks and backpacking techniques manuals for national parks and wilderness areas, including national forests, spanning the West from Alaska to Arizona. I am also a member of Western Watersheds Project and have been a member since 2016.

3.    I am a former federal employee. I was employed by the U.S. Forest Service on a stream survey crew in the Clearwater National Forest in 1987 to survey habitat for salmon and steelhead. From 1989 to 1998, I was employed seasonally as a biological technician on Operation Fish Run for the U.S. Army Corps of Engineers barging juvenile salmon and steelhead down the Snake and Columbia Rivers.

4.    Western Watersheds Project ("WWP") is a non-profit environmental conservation group that works to influence and improve management of public lands throughout the western United States to protect native species and conserve and restore the habitats they depend on. Our primary focus is on the negative impacts of livestock grazing, including harm to ecological, biological, cultural, historic, archaeological, and scenic resources, as well as roadless areas, Wilderness Study Areas, and designated Wilderness. We frequently advocate for more sustainable land management techniques to federal agencies that oversee public lands throughout the western United States, including the United States Forest Service ("USFS") and Bureau of Land Management ("BLM").

5.    WWP was founded in 1993 and has over 50,000 members and supporters. We cover 250 million acres of public land spanning all of the western states, and we have field offices in Idaho, Montana, Wyoming, Arizona, Colorado, Utah, Nevada, and Oregon. Roughly 102 million acres of those public lands are managed by USFS. We have 2,000 dues-paying members

1

and roughly 48,000 supporters who assist in our advocacy efforts, identify potential problems on public lands for us to investigate, and/or follow and repost our organization's content on social media. All of our members rely on WWP to advocate for proper land use and wildlife management as well as to relay information about what is happening inside government agencies with respect to wildlife, livestock grazing, land-use management, renewable energy, etc.

6.    Our members regularly recreate on public lands, including lands managed by USFS. These recreational activities include, but are not limited to: hiking, camping, hunting, angling, bird watching, wildlife viewing, and photographing native flora and fauna. Additionally, our members, in line with the mission of our organization, take a keen interest in the proper management, conservation, and restoration of native ecosystems and the protection of wildlife on public lands. While recreating on USFS lands, they will often send information or problems that they see with forest and land management to WWP, which we then use to advocate for better management practices with USFS and other federal agencies. Many of our members also live on or near public lands managed by USFS. Diminished, delayed, or mishandled fire prevention or management by USFS on those lands can have a direct impact on their properties.

7.    Our organization often works with and relies on information from several federal departments and agencies, including USFS. When the federal government carries out its reorganization plan of USFS, it will lead to the closure of entire offices and programs that our members rely on. These terminations will severely impede WWP from carrying out its mission to protect and restore native wildlife, and interfere with our members' ability to recreate on and enjoy America's public lands.

**The Closures at the United States Forest Service Will Directly Harm WWP and its Members**

8.    USFS has announced that it is implementing a sweeping reorganization, involving the closure of all nine regional offices and the potential closure of up to 57 of its 77 research stations, with many staff from closed research stations and at least some regional offices being required to relocate.[1]

---

[1] *Forest Service Reorganization*, Forest Service, https://www.fs.usda.gov/about-agency/reorganization (last visited June 15, 2025).

9.      I know this reorganization and the closure of research offices will have a negative impact on WWP and its members, because our organization and members rely on the research and work of USFS, including at the offices slated for closure. I have already seen how recent staffing shortages at USFS have damaged the agency's ability to manage livestock grazing and engage in effective fire response.  There can be no real doubt that these forced relocations will result in employees leaving the USFS, rather than uprooting their entire lives.  USFS will almost certainly lose further dedicated personnel from those offices.  Given that, the reorganization will compound the existing staffing problems and further degrade USFS's ability to protect public lands and produce research that my organization and its members rely on to fulfill WWP's mission of protecting native species and conserving their habitats.

10.      USFS, which is part of USDA, is charged with managing commercial livestock grazing that is permitted across tens of millions of acres of national forest lands. Even at full staffing levels, the agency has been unable to prevent livestock grazing that has caused chronic and serious degradation of streamside habitats of rare and imperiled fish species ranging from the Arctic grayling and chinook salmon to steelhead and bull trout, including in the Pacific Northwest. The loss of more federal employees engaged in the oversight of livestock grazing will inevitably result in increased livestock damage to riparian habitats and spawning streams critical to the survival of these sensitive species. That will interfere with WWP's ability to carry out its mission, and harm WWP's members who recreate in these lands and observe these species. I also personally fish for steelhead and salmon on public lands managed by USFS in the Rogue River-Siskiyou National Forest in Oregon, which are likely to be further degraded by the reorganization.

11.      As one example, the USFS conducts environmental reviews in areas with grazing permits. Currently, we estimate that the large majority of USFS grazing allotments are being renewed without an environmental review of the permitted area. USFS has long argued that inadequate staffing is the reason for the renewal of some of these permits without assessment. Further staffing reductions will further impede USFS's ability to conduct environmental assessments of grazed lands, leading to increased renewal of permits without the environmental analysis that is crucial to identifying necessary ecosystem protections. This will in turn harm

MOLVAR DECLARATION, CASE NO. 3:25-CV-03698-SI

WWP's members' interests in the conservation and restoration of the public lands they visit and the protection of sensitive species like the Arctic grayling that they enjoy.

12. Additionally, WWP has been working actively with the USFS Region 6 Office in Portland, Oregon ("Portland Regional Office") to address livestock grazing problems in the Murderer's Creek Wild Horse Territory. Interested members of the public, including WWP and its members, can file objections to specific permit renewals and allotment management plans with the regional offices. After we filed a recent objection with the Portland Regional Office, the USFS committed to engaging in an allotment management plan for the livestock grazing leases within the region to rein in the problem. We regularly file objections and receive assurances of allotment management plans from USFS regional offices, and work constructively with staff in the regional offices to address livestock grazing issues in the states our organization monitors. However, since March 2026, communication with the Portland Regional Office has gone silent. We now believe that this is because of the forthcoming closure of that regional office and the forced relocation of its employees under the reorganization plan. What was once a productive relationship between our organization and USFS has been disrupted by the reorganization.

13. Our ability to file objections and receive timely answers from USFS has already been and will continue to be disrupted by the closure of the Portland Regional Office, and will be similarly disrupted in other regions from which USFS employees are forced to relocate. Again, there can be no real doubt that the forced relocation of regional office staff will cause significant loss of expertise and knowledge.  It will also remove some USFS staff from proximity to the environments and locations we are trying to protect.  The farther these staff are from the states in which these problems occur, the less knowledge and ability they will have to resolve these issues. The silence from the Portland Regional Office and the future disruptions (at that and other regional offices) have and will directly impair WWP's mission, interfere with its core activities, and harm its members' interests, by preventing us from working collaboratively with the USFS to promote the conservation of these public lands.

14. More generally, USFS regional offices are crucial to ensuring that livestock regulations are enforced effectively. The regional office model gives USFS employees some

distance from individual state governments, who often prioritize the interests of their local livestock industry over the broader conservation and restoration goals of USFS. If the reorganization is carried out and USFS moves from regional to state-based offices, state governments are more likely to intervene and attempt to undermine the efficacy of federal livestock grazing regulations. Whereas currently the regional offices span multiple states, diluting the ability of individual state governments to lobby USFS regions on behalf of the local livestock industry, the state-based model may weaken the enforcement of these critical regulations. Those changes will harm WWP and its members.

15. WWP's mission also includes the restoration of native vegetation, which helps to protect and restore western watersheds and the native wildlife therein. The fire response and management functions of USFS are critical to these goals of restoring and preserving native vegetation. USFS staff trained in fire management techniques conduct prescribed burns, which promote healthy restoration of native vegetation while also achieving fire management goals. However, reduction and relocation of USFS staff in recent years has reduced the number of prescribed burns, leading to unhealthy forest conditions and forcing reliance on less ecologically appropriate vegetation techniques including mastication, chaining, and herbicide use, including in the Pacific Northwest. Use of these disfavored techniques has increased as USFS staffing has declined, leading to unnatural forest conditions such as disturbed and compacted soils, increased slash fuels, increased exotics, and harms to pollinators from herbicides. The reorganization will remove USFS staff who provide these important services from the locations that are slated for closure.  Further disruptions to USFS fire management staffing under the USFS reorganization will harm WWP's and its members' interests in restoring healthy ecological processes on native ecosystems on public lands.

16. For example, WWP monitors and works to promote healthy ecological processes in pinyon-juniper woodlands in the Intermountain West region. The USFS and the Bureau of Land Management jointly manage these native ecosystems. USFS plays a central role in the management of these woodlands, including through vegetation treatment projects. These projects are on location, and cannot be conducted remotely.  WWP recently submitted public comments to

USFS on a new proposal to conduct a vegetation treatment project in pinyon-juniper woodlands. In the past, declines in USFS staffing have interfered with the agency's ability to exercise oversight over planned vegetation treatment projects or engage in new ecosystem restoration activities and protect pinyon-juniper habitats essential for sensitive species. This will only get worse if USFS staffing in the region is reduced due to the reorganization.

17. Any forced relocations in this region carried out under the plan, and the resulting loss in USFS staff, will result in decreased fire management, increase the use of more-harmful techniques, and interruptions to restoration projects, all of which prevent WWP from carrying out its mission of restoring healthy ecological processes in these USFS-managed pinyon-juniper woodlands and harm WWP's members who recreate in those woodlands.

18. In addition, the restructuring of USFS's firefighting capabilities and potential reductions in firefighting personnel may lead to more frequent and more destructive fires on public lands. Wildfires can have devastating consequences for native ecosystems and the wildlife that live within them, and can also lead to lengthy closures of public lands that were previously open for public recreation. By reducing firefighting capacity and increasing the likelihood of damaging fires on USFS lands, WWP's members will be deprived of their ability to recreate in these areas and may be unable to view native wildlife or vegetation that is damaged or destroyed by these fires for long periods of time.

19. I am deeply concerned about fire response in Oregon, where I live in close proximity to public forest land and just seven miles from the Rogue River-Siskiyou National Forest, which is managed by USFS. My understanding is that USFS Region 6, which covers Oregon and Washington, will close and its employees will be relocated under the reorganization plan, with the result that many regional employees will likely leave the agency rather than relocate. This will include red-carded fire response staff who help ensure that small fires are responded to quickly and effectively, as well as help manage larger fires. I already spend portions of every weekend trimming brush and taking other protective measures against fire risk. Reducing available USFS fire response personnel and creating chaos at the agency through the shift from

regional to state offices will undermine fire response and leave my home at greater risk of fires originating on or traversing USFS lands.

20. Beyond active management of public lands, USFS conducts and publishes extensive research on best practices for management of forests, lands, and shrub communities. This research, produced by all the USFS research stations, has been published for the use and consumption of interested parties like WWP and its members. The closure of research facilities and resulting reduction in research staff will hold back scientific discovery in vegetation management. Much of this research is location- and ecosystem-specific and cannot be replicated from afar.

21. In particular, WWP and its members rely extensively on research produced by the Reno Great Basin Ecology Laboratory, which documents and studies the native vegetation in the western states. The closure of the Reno research station would impede further developments in these scientific fields, disrupt land and forest management objectives, result in the use of more expensive management techniques, and degrade forest health. Furthermore, the forced relocation of researchers is likely to lead to substantial attrition, resulting in the cumulative loss of decades of land management expertise. Given WWP's advocacy in support of science-based land management, these devastating impacts on science-based land management on all public lands will interfere with WWP's ability to advance its mission and harm its members' interests.

22. For example, research conducted and published by USFS employees has led to seminal developments in the literature, helping provide critical understanding of pinyon-juniper ecosystem processes on the Colorado Plateau and the Great Basin, where WWP works. Research from USFS, particularly the research station in Reno, has allowed WWP to track the effects of native wildlife and invasive grass on the local ecosystems. In particular, we have focused on the potential negative impacts of the practice of seeding crested wheatgrass, which is not native to the area, after fires. Our advocacy to USFS and BLM on land management practices, including the use of different, native seeds in post-fire revegetation, has been informed by USFS's own research on the topic. Our advocacy efforts are always strengthened, both legally and persuasively, by using USFS's own research on proper land management practices when challenging potentially harmful

actions by the agency. If Reno research station closes under the reorganization plan, WWP will be deprived of the essential research produced on these topics. Destroying USFS research capacity will undermine our organization's and its members' ability to conduct advocacy on science-based land management techniques.

23. Lastly, WWP regularly communicates with the regional offices, including the Portland Regional Office, to get information that helps our organization fulfill its mission. When we do not receive the information we request, we frequently file Freedom of Information Act ("FOIA") requests with the regional offices. Recently, since the implementation of the upcoming reorganization was announced, responses to our FOIA requests have gone silent. Forest Service officials have told us that they can't provide the requested documents or even a timeline due to staffing shortages, including at the Region 3 Regional Office. In April 2026, we received an email from USFS saying explicitly that regional offices would not be responding to FOIA requests due to a lack of capacity. Based on this information, we believe that staff at regional offices who would otherwise respond to FOIA requests have been diverted to other tasks, and that these issues are only likely to get worse due to attrition following the reorganization. This deprives WWP, its members, and the broader public of information it is legally entitled to under FOIA. This lack of transparency, which is already traceable to the forthcoming closure of the regional offices, is likely to become worse after the reorganization is finalized and employees are relocated, harming WWP, its members, and the public.

**The Closures at the United States Forest Service Will Interfere With My Professional Research and Enjoyment of Public Lands**

24. I have personally benefited greatly from the research conducted by USFS employees at the research stations. In a monograph I published with coauthors on cheatgrass invasions—which has been cited more than 20 times in peer-reviewed scientific journals—I relied extensively on research produced by USFS research stations. Research produced by the Ogden, Reno, and Cedar City research stations was essential to that publication—I cited works by researchers from those three stations over two dozen times. All three of these research stations are being evaluated for closure under the reorganization, including the specialized Shrub Sciences

Laboratory in Cedar City which was instrumental to my work. Closing these and other USFS research facilities will interfere with my future research and publications, and will also harm the many other scientists, researchers, and advocates who rely on USFS research, including members of WWP.

25.    I personally visit the Rogue River-Siskiyou National Forest near my house in Oregon frequently. I intend to travel to the national forest in January 2027 to fish for steelhead in the Illinois River and Rogue River. I intend to camp at Six Mile Campground, Store Gulch Campground, and/or the Echo Beach Campground, all located within the Wild Rivers Ranger District in that national forest. I intend to get a Christmas tree permit and select a tree from the Rogue River-Siskiyou National Forest on lands along the Dead Indian Memorial Highway in December of 2026, as I did in 2025. I am deeply concerned that the reorganization plan and the relocation of USFS employees from the Portland Regional Office will result in wildfires or other degradation of these lands and watersheds that I frequent, which will impair my ability to visit and enjoy them.

26.    In 2025, I visited the Big Hole River and camped along its banks, adjacent to (and in view of) Beaverhead-Deerlodge National Forest lands where in years past I had hunted for elk. I was specifically interested in viewing Arctic grayling, a rare species of salmonid that is under consideration for Endangered Species Act listing, and which relies on clear, cold (less than 70°F) waters. Livestock grazing on National Forest lands along the headwaters streams that pour into the Big Hole and all other Arctic grayling streams in Montana must be managed in such a way that erosion does not occur and loss of riparian vegetation along the streamcourse is not lost, in order to maintain the clear and cold water quality required by the grayling for its survival. On July 16, 2026, I plan to return to the Beaverhead-Deerlodge National Forest and visit lands bordering the Gravelly Range, and plan to view and photograph Arctic grayling in Red Rock Creek, in the valley below.

27.    As previously mentioned, my home and property are about 7 miles from the Rogue River-Siskiyou National Forest. Wildlife from neighboring forests often wander onto my property, and it gives me great joy to observe these native species as they periodically migrate across my

9

land. If improper land management caused by the reorganization were to impact the wildlife that are native to these forests, or parts of the forest were allowed to be cut down for timber sales, it would impair my ability to enjoy the use and enjoyment of my property and the public lands that surround it.

28.    Lastly, and as already mentioned, the risk of fire is a constant threat to my home and property, which sits directly next to public forests and about 7 miles from USFS forests. I already use apps and maintain contacts in the region to monitor ongoing fires. I regularly spend time and money on mitigation efforts to protect against the risks that fires pose to my property. The Rogue Valley, where I live, often dries out during the summers and the grass becomes brittle, creating fuel for fires that may originate in nearby forests. If the reorganization degrades fire management or response in Oregon and particularly where I live in the Rogue Valley, my home and property will be at even greater risk of succumbing to a wildfire that either starts on or passes through USFS lands.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of June 2026 at my office outside Jacksonville, Oregon.

Erik Molvar

MOLVAR DECLARATION, CASE NO. 3:25-CV-03698-SI