Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DANIEL RATH** |

Rath Decl., No. 3:25-cv-03698-SI

I, Daniel Rath, hereby state and declare as follows:

1. I am of full age and make the following statements on personal knowledge. If called to testify, I could and would competently do so.

2. I am a soil scientist with a Ph.D. in Soil and Biogeochemistry from the University of California, Davis, as well as a M.Sc. in Soils and Sustainability from the University of Edinburgh. I work at the Natural Resources Defense Council (NRDC) in our Food and Agriculture Program on the Soils Team. I have worked here since 2022. Prior to this, I was employed as a graduate research assistant during my Ph.D. at the University of California, and as a project manager at Mana Organics Pvt. Ltd, a sustainable farming company located in Kolkata, India.

3. I am aware that, as part of the U.S. Department of Agriculture's (USDA's) reorganization, the USDA plans to decommission the Beltsville Agricultural Research Center (BARC) in Beltsville, Maryland and relocate research projects elsewhere. *See*, https://www.usda.gov/ree/reorganization. As I describe below, my team and I rely on BARC, and the research it produces, to inform our research and advocacy on soil nitrogen on behalf of NRDC. If the facility is closed, and the research we rely on is not successfully continued elsewhere, we will be unable to continue our soils work in its current form. Although USDA asserts that it will relocate research projects to 20 possible locations nationwide, *Id*., some of the projects we rely on at BARC are of the type that cannot be successfully relocated. Furthermore, the research staff working on many projects likely will not relocate, which will derail the success of projects that are transferred to other locations.

4. BARC is a critically important agricultural research hub that has been functioning for more than a century. It is one of only 17 facilities in the country in the "long-term agroecosystem research" network or "LTAR" network: research facilities that have been functioning for long enough, with enough stability, to develop significant longitudinal data sets from in situ research on the environmental impacts of agricultural systems. There are experimental agricultural fields at BARC that have been studied for decades. The long-term research happening there can't simply be moved or somehow recreated elsewhere without a similar decades-long timeframe. *See, e.g.,* https://ltar.ars.usda.gov/sites/lcb/. BARC's role as a hub for other research projects is also critically important and irreplaceable. While other labs and locations are also conducting soil nitrogen research,

those projects are mostly conducted in isolation and focus on just one crop or another. BARC, as a hub, coordinates and serves as a clearinghouse for all of that other research across different regions.

5. One area of BARC's research on which NRDC particularly relies is the wide-ranging research into soil nitrogen. NRDC has been studying this subject for 3 years and working to develop strategies and agricultural practices to mitigate harmful pollution arising from nitrogen in soils.

6. Nitrogen fertilizer is widely applied to agricultural land to improve plant growth. When excess nitrogen is broken down by soil microbes, however, several nitrogen-containing gases are emitted from the soil. These gases include the nitrogen oxides NO and $NO_2$ (often abbreviated together as $NO_X$) that contribute to smog formation, as well as nitrous oxide (abbreviated as $N_2O$). $N_2O$ gets less attention than other climate changing pollutants, but is emitted at a high level – representing approximately 10 percent of total human-caused greenhouse gas emissions to date – and is especially potent. In the United States, agricultural soil management accounts for 75 percent of all emissions of nitrogen oxides, primarily from the overuse of nitrogen fertilizers. Once it's released into the atmosphere, $N_2O$ is 273 times more effective than carbon dioxide, per unit, at warming the planet. This gas has long-term impacts: it can persist for more than 100 years in the atmosphere, where it adds to climate change effects such as increased variability of rainfall and extreme weather events, which can reduce crop yields and jeopardize food security. $N_2O$ is also a potent ozone-depleting substance, and its emissions damage the stratospheric ozone layer that shields us from harmful UV radiation.

7. For these reasons, NRDC is deeply concerned about nitrogen pollution and $N_2O$ emissions from agricultural soils. We have devoted substantial resources to better understanding the scientific mechanisms at work and the rates of emissions over time, to identifying and coordinating disparate research efforts, and to translating that research into policy recommendations. In May 2026, NRDC co-convened, and I co-authored, a "roadmap" for agricultural nitrous oxide research. *See* Rath et al., *Scientific Roadmap for Advancing Agricultural Nitrous Oxide MMRV and Modeling* (May 2026), at http://osf.io/rt63b/files/vkepc. (MMRV stands for measurement, monitoring, reporting, and verification.) Now that our roadmap is published, NRDC is focusing on implementing that roadmap in the real world.

8. Our plan to implement the roadmap includes spending the next three to five years working with researchers, companies, and farmers to understand, organize, and coordinate ongoing agricultural nitrous oxide research. BARC is a leading source of this long-term research. If BARC shuts down and that research is not continued, whether due to research staff losses or a failure to successfully relocate the research, NRDC will be deprived of centrally important research on ongoing agricultural nitrous oxide emissions that plays a key role in our research and advocacy work. We won't have BARC's irreplaceable long-term datasets to work with moving forward, and that will inhibit our scientific work and our policy recommendations.

9. One of the key needs that our roadmap identified is that we need more long-term experiments to understand how nitrous oxide emissions from agricultural land change over time. This is vitally important both for understanding the underlying mechanisms (i.e. what are the drivers of emissions) as well as how to model them more accurately for farmers in the Chesapeake Bay region. This understanding cannot be driven by the normal 2-3 year agricultural experiments because the timeframes are too short, and the Beltsville site is uniquely located to help us understand how N2O emissions on the east coast are driven.

10. The USDA's Agricultural Research Service (ARS), which conducts operations at BARC, is a key partner in implementing NRDC's roadmap through their research projects. For example, ARS has received funding to conduct a study titled "Developing Practices for Nutrient and Byproducts to Mitigate Climate Change, Improve Nutrient Utilization, and Reduce Effects on Environment (Bridge Project)." *See*, https://www.ars.usda.gov/research/project/?accnNo=441506. Closure of BARC will halt this important six-year field experiment, which cannot feasibly be relocated.  And more generally, the likely loss of ARS staff attendant to closure of BARC will reduce ARS's capacity to engage in nitrogen MMRV, and to invest in research we need to understand and monitor the issue and make scientifically grounded policy recommendations about how to reduce soil nitrogen. Without that irreplaceable research, NRDC's advocacy will be significantly impaired.

11. The ARS has been a key entity in allocating $300,000,000 provided by Congress to measure "nitrous oxide emissions outcomes associated with activities carried out pursuant to this section and use the data." 136 STAT. 2018, Sec. 21002(a)(2). *See*,

https://www.congress.gov/bill/117th-congress/house-bill/5376/text. ARS is also bringing to bear its capabilities for nitrogen Greenhouse Gas measurement through the "LTAR, GRACEnet and Livestock GRACEnet systems. *See,* 2025 USDA Explanatory Notes Agricultural Research Service at 20-28 https://www.usda.gov/sites/default/files/documents/20-ARS-2025-ExNotes.pdf.

12. NRDC has also continued to rely on research conducted by the Economic Research Service (ERS) in our advocacy. USDA's plan to move the ERS functions to Kansas City will hamper our continued work. This includes reliance on ERS products relating to nitrogen and fertilizer usage and understanding the economic relationship between fertilizer prices and related nitrogen pollution, *See e.g., Evaluating nitrogen rates for corn with high fertilizer prices - Farm Management, at https://www.canr.msu.edu/news/evaluating-nitrogen-rates-for-corn-with-high-fertilizer-prices* NRDC also  relies on the Economic Research Service cover crop surveys for our continued advocacy in adopting cover crops as a key conservation practice. *See Persistence of Cover Crop Use in Crop Production in the United States, 2012–2022 at* https://ebs.publicnow.com/view/BC94FBED4FDB3BA476F050ACDCF6BB430289B561

13. NRDC's research and advocacy also relies on the National Agricultural Statistical Service (NASS). USDA is planning to relocate NASS's core operations from Washington D.C. to St. Louis, Missouri. *See*, National Agricultural Statistics Service Reorganization. This action is likely to result in major disruptions, including product delays and suspensions, resulting in the loss of timely, reliable data for farmers, ranchers, and policymakers. NRDC's research and advocacy will be impeded if NASS research is degraded due to staff losses at NASS caused by the relocation. This includes usage of the census of agriculture data which informs our work on crop diversification in target states like California and Minnesota, and on issues ranging from Cover Crops to Agroforestry and nitrogen intensive crops like corn. *See., Census of Agriculture – Agroforestry Data,* https://www.fs.usda.gov/nac/maps-data/census-agriculture/; *see e.g.,* Census of Agriculture Data on Cover Crops, https://www.nrdc.org/bio/lara-bryant/2022-census-agriculture-data-cover-crops; Minnesota Usage of NASS Fertilizer Data at https://www.mda.state.mn.us/nutrient-management-surveys

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June 2026, in San Francisco, California.

_Daniel Rath_

Daniel Rath