Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF ALEXANDRA SHULTZ** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

SHULTZ DECLARATION, NO. 3:25-CV-03698-SI

**DECLARATION OF ALEXANDRA SHULTZ**

I, Alexandra Shultz, declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief. It serves to supplement the prior declaration I made in this case, ECF 37-45.

2. I am the Vice President of Science Policy and Government Relations for the American Geophysical Union ("AGU"). I have held this position since 2014.

3. AGU is a 501(c)(3) membership association for Earth and space scientists founded in 1919. Earth and space sciences encompass multiple interdisciplinary fields such as geology, oceanography, and atmospheric science. Our members study natural phenomena affecting the planet and beyond, such as climate change, natural hazards, weather, oceanic activity, water availability, and solar radiation affecting the electric grid, among many other disciplines.

4. AGU's members are individual scientists who work in academia, government agencies, and the private sector. At the end of 2025, AGU had more than 35,000 dues-paying members worldwide, including 24,500 members residing in the U.S. AGU has members who work in agencies across the federal government, including in research agencies in the Department of Agriculture ("USDA") and in the U.S. Forest Service.

5. AGU is deeply committed to inspiring and supporting the next generation of scientists to advance our mission, including ensuring that science is not only usable by society, but is actually used to benefit society, communities, individuals, and the environment. In furtherance of our mission, AGU publishes a portfolio of 24 high-impact scholarly journals and regularly convenes meetings of scientists interested in working together on discovery and solution-based science. Our annual meeting promotes coordination and collaboration among attendees, especially with scientists employed by the federal government.

6. I am aware of the Reorganization Plan announced for USDA, which includes plans to eliminate the Forest Service regional offices, close Forest Service research stations, relocate hundreds of Forest Service employees, reorganize the Agricultural Research Service, decommission the Beltsville Agricultural Research Center ("BARC"), relocate many employees

1

working for the National Institute of Food and Agriculture ("NIFA"), and reorganize the Natural Resources Conservation Service. AGU has members who work for, receive funding from, collaborate with, and rely on research from at least the following subcomponents of USDA: the Forest Service, Agricultural Research Service, NIFA, and Natural Resources Conservation Service.

7.     AGU has members who work as scientists at USDA, both in the Forest Service and doing agricultural research.  These members will be impacted directly by the Reorganization Plan, which is requiring many USDA researchers to either relocate (even if their research projects are not conducive to relocation) or to leave their jobs and quit working on their research projects. Some of those who relocate may need to try to conduct their research in places that are far from the ecosystems they are studying.  Researchers who remain at the agencies will also be impacted by reduced staffing and organizational capacity caused by the reorganization.  As an example of how staffing reductions impact research, one member shared how prior staffing reductions have already rendered their team unable to continue essential monitoring projects, including, for example, monitoring the outcomes of expensive forest restoration projects.  Those harms to members' research will increase if the reorganization causes significant workforce attrition in USDA researchers.

8.     AGU also has members in academic and university settings who rely on USDA funding for their research.  For example, one member who is an academic shared how they rely on Natural Resources Conservation Service cost-share funding for conservation practices related to fuels reduction, carbon sequestration, and irrigation efficiency.  Another member who is an academic shared how their team's research on herbicide resistance, extreme weather events, and soil degradation relies on USDA funding.  Many members have shared how they rely on the Forest Service for funding post-doctorate fellowships and for providing research grants on topics such as the effectiveness of hazardous fuel reduction treatments on subsequent wildfire risk and forest-based climate solutions.  The Forest Service also provides direct granting funding to some members who work on community wildfire mitigation, including fuel reduction.   If the

reorganization and attrition of Forest Service and other USDA employees causes delays in awarding or overseeing grant funding, it will affect these members' research.

9. Additionally, AGU has members who collaborate directly with USDA employees. For example, one AGU member is an ecologist who volunteers with a land trust that works in partnership with USDA on habitat restoration work. That work has already been impacted by the uncertainties around USDA programs and funding over the last eighteen months, and those uncertainties will be exacerbated by the relocations, resignations, and restructurings that will unfold under the USDA Reorganization. AGU members also work at and with the Forest Service on wildfire fuel reduction efforts and prescribed burns, which typically require coordination with (and receive funding by) the Forest Service and/or other agencies including the Natural Resources Conservation Service, as well as reliable, timely, and accurate data, all of which may be jeopardized by changes brought by the USDA reorganization. As an example of how staffing reductions can hinder members' research, one member has reported experiencing delays in getting a permit to access the Eaton burn area in Angeles National Forest, California, and Forest Service informational services on which they were relying with respect to conducting post-wildfire debris flow assessments were cancelled.

10. AGU's members also rely significantly on the work of USDA federal employees to support and further their own work and scientific research. Federal employees provide not only their own data and findings, but also significant expertise in addressing real world problems related to research and much more. For example, one AGU academic described how reductions in Forest Service Research and Development staff and projects will result in a loss of management and education around urban forest restoration, which is critical to aid in solving problems like urban cooling on which the academic works. Reductions in Forest Service Research and Development offices will also result in fewer opportunities for collegiate, graduate, and post-doctoral student members to do research in the field of ecology.

11. AGU members are also impacted by the loss of staff at the Agricultural Research Service. For instance, one member has reported that the departure of a top scientist, who had been working on plant germplasm research for maintaining diverse fruiting trees for breeding against

disease, will diminish research in that field. Such impacts will multiply if BARC is decommissioned and laboratories, including the National Germplasm Resources Lab, face disruption from forced relocation and the potential end to projects from staff attrition. Another member, who is a graduate student working on crop sciences, has already observed how a reduction in USDA staff positions or staffing loss that is not backfilled – including, in their experience, positions working on weed herbicide resistance (preventing rampant weeds reducing crop yields), plant disease resistance (reducing crop losses and overuse of chemicals due to plant pathogens), and soybeans (developing pathogen resistant soybeans) – not only reduces the research output but also limits the opportunities for early career professionals in the crop sciences fields.

12. Due to the reorganization's likely diminishment of USDA research, collaboration, and processing of funding, AGU itself will lose membership, publication authors, and scientific conference attendees. That entails the loss of not only financial resources for AGU, but also the loss of intellectual contributions and collaborations from scientists that serve as the basis for advancement of the scientific enterprise and societal progress, which are some of the main priorities that AGU exists to promote.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on June 29, 2026.

_____
Alexandra Shultz

SHULTZ DECLARATION, NO. 3:25-CV-03698-SI