Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF GINA TRUJILLO** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., Defendants. | |

Trujillo Decl., No. 3:25-cv-03698-SI

I, Gina Trujillo, hereby state and declare as follows:

1.    I am of full age and make the following statements on personal knowledge. If called to testify, I could and would competently do so.

2.    I am the Managing Director of Membership at the Natural Resources Defense Council (NRDC). I have served as the director of Membership since 2015, and I have worked in NRDC's membership department for more than 30 years.

3.    NRDC is a 501(c)(3) nonprofit membership organization incorporated under the laws of the State of New York. NRDC engages in research, advocacy, media, and litigation to protect public health and the environment, including our National Forests. NRDC's mission is to "safeguard the earth—its people, its plants and animals, and the natural systems on which all life depends."

4.    My duties include supervising the maintenance of NRDC's membership records and communicating with members.

5.    According to our membership records, NRDC has over 493,000 members nationwide, including in all fifty states, in Washington D.C., and in Puerto Rico.

6.    Among those members are Judy Weatherly and Timothy Lovitt, and Roy Funkhouser, Jr., who are submitting declarations in this case.

7.    In addition, numerous other NRDC members (from states including California, Illinois, Florida, Kentucky, Michigan, Minnesota, Montana, Nevada, and Virginia) have recently written to NRDC to share that they live near or recreate in National Forests, that they are impacted when those National Forests are threatened or burned in wildfires, and that diminished wildfire prevention and response capacity caused by the Forest Service's reorganization will endanger their health, safety, and ability to enjoy those lands, especially as wildfire season gets underway.

8.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June 2026, in Katonah, New York.

Gina Trujillo

Gina Trujillo