Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF JUDY A. WEATHERLY** |

Weatherly Decl., No. 3:25-cv-03698-SI

I, Judy A. Weatherly, hereby state and declare as follows:

1. I am of full age and make the following statements on personal knowledge. If called to testify, I could and would competently do so.

2. I am a retired teacher. I live in Summit Valley / Hesperia, California, in the foothills of the San Bernardino Mountains, just north of the San Bernardino National Forest boundary.  I am a member of the Natural Resources Defense Council and have been for years.

3. I go to the National Forest often.  Every six weeks or so, I drive to the community of Crestline, California, which is entirely surrounded by National Forest land. I have my hair done there, and sometimes I'll have lunch, visit the hardware store or the post office, or do other things in town. Crestline is just about 10 miles away from my home, but the road is windy, so it takes about 30 minutes. For a lot of the drive, I'm in the National Forest, surrounded by trees. There are so many varieties—fir, oak, pine, and many others—and other shades of green. The smell is wonderful. Being there is a sensory delight and it refreshes my soul.

4. I grew up in this area. As a child, I spent summers and winters with family in my grandfather's cabin, which he bought in the 1930s, in the San Bernardino National Forest near Twin Peaks. I spent my childhood summers hiking around the mountains and my winters tobogganing. My cousin now owns the cabin, and we still meet there. I go to the cabin three or four times every year. The seeds of my love of nature were planted in this forest.

5. Compared to when I was young, there is much more development now in San Bernardino National Forest. It's close to urban areas; there are many cars on the roads. There's a large population and numerous cars in the mountains, which means opportunities for wildfire. Sparks from human activity are what set wildfires off. Vehicles on the side of the road having problems are a huge risk factor for wildfire, because sparks from the engines can inadvertently start fires in the grass and brush (for example, the Blue Cut Fire in 2016 started on the Cajon Pass adjacent to the San Bernardino Mountains/Forest). It's a significant danger for everyone living in the National Forest. With all these people and infrastructure, it is so important for the Forest Service to manage the forest well to prevent wildfires from breaking out—for example, by trimming and removing dead wood and monitoring the health of the trees—and to respond effectively when fires do begin.

Weatherly Decl., No. 3:25-cv-03698-SI                                                                                    1

6.    I've had to evacuate from my home twice because of wildfires. The first time was in 2003, when the "Old Fire" broke out in Old Waterman Canyon near Highway 18 in the San Bernardino National Forest. The fire initially spread west and north, and then the wind picked up sparks and blew them toward Silverwood Lake, about a mile from my property, catching the trees there. I had to evacuate and couldn't return home for four days. Thankfully, my home was spared, but I can still see vestiges of the burn on the hillside behind my home. Several years after the Old Fire, another fire broke out near Pilot Rock in the National Forest and I had to evacuate again. Again, my home was spared. Because of the repeated fire danger, my homeowner's insurance has been canceled. People living in the vicinity of the National Forest often find themselves uninsured. If my home is destroyed in a wildfire, it would be an extreme hardship for me to rebuild it.

7.    These wildfires showed me how difficult it is to evacuate people from the San Bernardino National Forest and surrounding communities. The roads here are too narrow to accommodate all the people if we try to evacuate all at once. During the Old Fire, I remember looking out my window and seeing a line of headlights of cars trying to evacuate. The highway was jammed. There is no guarantee that we will all be able to evacuate safely the next time there is a fire.

8.    Crestline is an old, historic town, with lots of little wooden buildings. If a wildfire reached it, those buildings would so easily go up in flames. It would be tragedy for the people there, and it would of course diminish my ability to return there and enjoy spending time there. My grandfather's cabin, too, could easily burn in a wildfire, and it would be devastating to lose it after all these years. The cabin must be close to one hundred years old now. My cousin has kept it in good condition, and we have so many memories there; I love returning and spending time there. If it burns, I'll lose that connection. Even if Crestline and my grandfather's cabin are spared, a wildfire in the National Forest would burn trees and mar the landscape that I love so much, and it would harm my recreational and aesthetic enjoyment of this special place.

9.    Wildland firefighters have done a remarkable job responding to wildfires; still, managing the National Forest so that wildfires do not break out in the first place is key. So is responding quickly and effectively to wildfires, which requires firefighting teams be properly coordinated, managed, and staffed.

10.     Equally important is our need to be vigilant about our National Forests because they are critical to helping us with climate control. The old growth trees in the forests mitigate the carbon dioxide that human activity causes.

11.     We need   more eyes on our National Forest, not fewer. Reorganizing the Forest Service and reducing staff now makes no sense.

12.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30ᵗʰ day of June 2026, in Summit Valley, California.

Judy A. Weatherly

Weatherly Decl., No. 3:25-cv-03698-SI                                                    3