Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DR. DAWN WOODARD** |

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI

## DECLARATION OF DR. DAWN WOODARD

I, Dr. Dawn Woodard, hereby state and declare as follows:

1. I am of full age and make the following statements on personal knowledge. If called to testify, I could and would competently do so.

2. I am a Staff Scientist at the Natural Resources Defense Council (NRDC) on NRDC's Forests Project. I live and work in Washington, DC. I have worked at NRDC since April of 2023. In my current role I am responsible for science and analysis related to both biomass energy and federal forest policy, including substantial research and advocacy relating to the National Forest System and its management. I hold a Ph.D. in Earth system science from the University of California Irvine.

3. NRDC is a 501(c)(3) nonprofit environmental and public health organization. NRDC engages in research, advocacy, and litigation related to protecting public health and the environment, including with respect to forests. Much of our forest-related advocacy is centered on forests in the National Forest System (NFS) in the U.S.

4. The NFS is managed by the U.S. Forest Service (USFS), an agency housed within the U.S. Department of Agriculture (USDA). The National Forest System includes many of the nation's most essential forests, invaluable for their role in protecting our watersheds, providing intact forests needed for wildlife habitat, and serving as a stronghold for mature and old-growth trees and forests, which foster diverse plant and animal life and play an outsized role in sequestering and storing carbon. National Forests also rank among the most naturally beautiful landscapes in the United States. Promoting sound management of the National Forest System thus furthers NRDC's commitment to fighting climate change, promoting biodiversity, and protecting our nation's special places.

5. USFS's research and development arm is one of the world's leading forest research organizations. It conducts cutting-edge research across a range of issues, including factors contributing to forest ecosystem health across different forest types, watershed protection, impacts and effectiveness of forest management, and understanding the risks and potential solutions related to emerging threats such as wildfire, insect, and disease risk. It maintains experimental forests across the country, sites of long-term research projects necessary for understanding the basic ecology,

hydrology, and nutrient cycling of American ecosystems; the effects of disturbance and management on long timescales; as well as for detecting emerging threats to our forests.

6. For instance, the Marcell Experimental Forest in Minnesota is known for key research into the hydrology and ecology of peatland ecosystems, as well as having the longest running National Atmospheric Deposition Program (NADP) National Trends Network (NTN) site to monitor precipitation chemistry and one of the longest running studies of net carbon exchange in a peatland.[1]

7. Another example is the HJ Andrews Experimental Forest in Oregon, established in 1948, which has produced important research on old-growth Douglas-fir and northern spotted owl ecology, as well as maintaining long term datasets such as one that has been monitoring plant succession and biomass dynamics after logging and burning since 1962.[2]

8. The Priest River Experimental Forest in Idaho was established in 1911 and provides a continuous record of tree growth from 1914 through the present in its permanent research plots, has pioneered research on rust resistant western white pines, and since 1991 has contributed to the international cooperative Long-Term Soil Productivity (LTSP) network which studies the effects of forest management on soil.[3]

9. The Hubbard Brook Experimental Forest in New Hampshire was established in 1955 and is where the effects of acid rain were first documented. Researchers at this forest have since maintained a more than 50-year record of acid precipitation, monitoring progress toward addressing this ongoing environmental concern.[4]

10. The Forest Service also maintains a long-running, nationwide forest inventory database (FIADB) that provides monitoring of US forests across different ownership types and ecoregions and has been critical for both forest science and management. The FIADB provides important ground truthing and calibration parameters for nationwide maps based on remotely sensed data, such as a recent study mapping mature and old growth forests across the US.[5]

[1] https://research.fs.usda.gov/nrs/forestsandranges/locations/marcell#research
[2] https://research.fs.usda.gov/pnw/forestsandranges/locations/hjandrews
[3] https://research.fs.usda.gov/rmrs/forestsandranges/locations/pref
[4] https://yalebooks.yale.edu/2016/05/04/the-discovery-of-acid-rain/
[5] https://research.fs.usda.gov/programs/fia

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI    2

11.     The Forest Service additionally develops a range of monitoring tools and data products that intersect with forest management, community safety, and other priorities, including the National Insect and Disease Risk Map, the Forest Ecosystem Atlas, and the Forest Service Activity Tracking System (FACTS) database.[6]

12.     NRDC engages in a range of advocacy relating to the National Forest System, advocacy that relies heavily on research and tools produced by the Forest Service. NRDC works to protect mature and old-growth trees and forests in the National Forest System. It defends conservation policies, such as the 2001 Roadless Area Conservation Rule ("Roadless Rule") that protects nearly 60 million acres of intact forest from commercial logging and roadbuilding. It opposes destructive logging projects across the country. NRDC advocates on these issues by commenting on proposed administrative actions, developing research, filing Freedom of Information Act requests, and engaging and informing the public, among other activities.

13.     As a crucial part of this work, NRDC engages in research and analysis on issues affecting the National Forest System, such as wildfire, carbon storage, drinking water, and protected area status, to determine the best approaches to further the organization's environmental conservation and public health mission. For example, throughout the last year, my team and I have worked extensively on efforts to fight the rescission of the Roadless Rule, including producing analysis on the relevance of this policy for protection of endangered species, mature and old growth, watershed integrity, and recreation. Last year, I also used geospatial analysis to map the potential impacts of the USDA emergency logging declaration on protected lands, drinking water resources, and other areas of concern within US national forests. Currently, I am supporting my team with the development of a report on wildfires across the U.S. and Canada, summarizing recent research on the threats from wildfires and related management considerations and best practices, and I am co-authoring a report on the wildland urban interface with collaborators at another organization. I am also working with a

---

[6] https://www.fs.usda.gov/science-technology/data-tools-products/fhp-mapping-reporting/national-insect-disease-risk-and-hazard-mapping,
https://research.fs.usda.gov/nrs/products/dataandtools/forest-ecosystem-atlas,
https://data.fs.usda.gov/nrm/briefingpapers/FACTS.pdf

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI                                                   3

team of external collaborators on a paper examining the impacts of different levels of logging on national forests.

14.    This research and analysis, as well as NRDC's federal forest advocacy more broadly, rely on Forest Service research.  My team and I regularly use this research, as the vast majority of research papers I encounter related to forest management and protection in the US are developed at least in part by Forest Service researchers, and in my experience this research is highly respected in the forest ecology and fire ecology communities.

15.    For example, we have used the Forest Service's recent research into the ecological value of mature and old-growth forests in comments on the Granite Moccasin proposed forest management project in Montana on January 15, 2026.

16.    NRDC's comments on the administration's proposal to rescind the Roadless Rule relied heavily on Forest Service reports and research by Forest Service scientists, including a report on the forest management in roadless areas from the Rocky Mountain Research Station.

17.    And NRDC's continued engagement on this issue relies on Forest Service research across a myriad of topics from climate to watersheds to wildfire. In particular, I am analyzing climate change impacts of the rescission of the Roadless Rule, and my analysis will rely on Forest Service research on climate impacts on different forest ecosystems as well as greenhouse gas impacts of forest management. In these kinds of work products it is always important I am using up-to-date science, so reductions in new science produced by the Forest Service will impact our ability to complete scientifically robust analysis of administrative actions in the future.

18.    My current work to compare and evaluate maps of the wildland urban interface (WUI) in support of our advocacy relies on data developed in part by Forest Service scientists. The most recent update of this data was 2023, yet housing and land use trends mean the WUI is changing rapidly, so our future advocacy will rely on further updates of these maps.[7]

19.    In NRDC's upcoming report on wildfires across North America, we heavily cite research by Forest Service scientists, particularly in understanding the details of which fuel

---

[7] https://esajournals.onlinelibrary.wiley.com/doi/abs/10.1002/eap.2597, https://www.pnas.org/doi/abs/10.1073/pnas.1718850115

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI                                                    4

treatments are more or less effective in mitigating wildfire hazard in which circumstances. The report is written with the currently best available science, but there are still nuanced questions to understand about managing particular ecosystems and longer-term impacts of different management choices. We will be looking to future publications to address these and other questions in our ongoing advocacy around fire and forest management following up on this report. Further, as climate and extreme weather events impact the wildfire dynamics, new science is needed to address changing management needs under novel conditions.

20.    We also regularly use Forest Service databases and datasets to inform the analytic work that guides our advocacy and informs the public. For example, I have used the "Forests 2 Faucets"[8] dataset and report produced by scientists within the Southern Research Station on many different occasions to analyze and communicate the potential drinking water impacts from federal forest policy actions, including the USDA emergency memo and the Roadless Rule rescission.

21.    I also rely on the forest treatment data provided by the FACTS database to run spatial analyses of where federal forest treatments have taken place and the cumulative impacts of treatments over time.

22.    While I do not directly use the FIADB myself, research I work on still relies heavily on it. For example, a project I am collaborating on relies on FIADB data to estimate emissions factors from logging, and the mature and old growth mapped data, which we are currently using to help us identify priority areas for protection, used FIADB data to parameterize the old growth and mature forest characteristics by different ecosystems across the US.

23.    Outside of any specific work product, my role involves leveraging science to support development of our advocacy positions and to ensure scientific accuracy in our claims, both internally and externally. On at least a weekly basis, I review research in Google Scholar and papers shared out in relevant scientific newsletters on wildfire, forest management, and forest ecology, the vast majority of which are from Forest Service scientists and research facilities. I use this both to

---

[8] https://www.fs.usda.gov/ecosystemservices/FS_Efforts/forests2faucets.shtml

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI                                                    5

cross-check statements my team is making and to generally maintain my current knowledge of the field.

24.    The planned USFS restructuring will impair NRDC's ability to do this work and ultimately threatens NRDC's conservation and public health mission.  According to the agency and independent reports, this restructuring includes moving USFS headquarters to Salt Lake City; eliminating the regional management framework in favor of a state-director system; and substantially downsizing USFS's research arm, which is particularly concerning for our work at NRDC.

25.    USFS has announced that it "will consolidate its multiple research stations into a single, unified national Research and Development organization, headquartered in Fort Collins, CO" and is reviewing dozens of research stations across the country for closure.[9]  Given the magnitude of this change, and the lack of meaningful information from the agency on how it plans to manage the downsizing, it appears that this restructuring will have substantial negative effects on research and production of critical datasets and tools.

26.    Since the announcement, NRDC has worked to spotlight the negative effects of the reorganization, coordinating with coalition partners to support a broader collective response, researching and publishing a backgrounder detailing the anticipated effects of this reorganization and drawing out the cumulative impacts in the context of other changes in the agency under this administration, as well as putting out a statement for the media.[10]

27.    A past example of USDA relocating research agencies, from 2019, further supports these concerns. In October of 2019, when USDA relocated most of its staff positions at the National Institute of Food and Agriculture and the Economic Research Service from Washington, D.C. to Kansas City, MO, 75% of the affected employees chose to leave the agency instead of relocating, according to the Congressional Research Service.[11]

---

[9] https://www.fs.usda.gov/sites/default/files/organizational-realignment-factsheet.pdf.

[10] *See* https://www.nrdc.org/media/hollowing-forest-service; https://www.nrdc.org/reaction/usda-plan-gut-forest-service-threatens-americas-forests-water-and-wildfire-preparedness.

[11] https://www.congress.gov/crs-product/IF11527

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI                                          6

28. The agency has claimed that experimental forests will not be closed and that research will continue,[12] but the planned closures of the research facilities that serve these forests and the staff turnover and disorganization created by these closures I expect to impact the ability of the Forest Service to continue producing vital research from these forests.

29. Shuttering research facilities that provide both housing and necessary scientific equipment on site for researchers who often need daily access to the sites they study makes many of the types of experiments currently undertaken by these facilities prohibitively difficult. These forests cannot be moved, so nearby facilities will always be needed to enable ongoing research. Further, scientists who have spent their careers studying a particular ecosystem and who have families and established lives in their current area are unlikely to relocate and may opt for early retirement or pursuing other local job opportunities, leaving significant expertise gaps.

30. Similarly, in cases where other Forest Service research is nominally allowed to continue, without clarity from the Forest Service on which staff will be required to relocate, I still see risk of substantial staff loss and loss of expertise for these programs due to attrition from the relocation. The administration does not need to explicitly cancel research programs to have that impact in practice.

31. Much of the impact of this reorganization will be permanent: lost expertise is not readily replicable, long-term studies cannot simply be restarted, and site-specific research is not replaceable. The impacts of management and disturbance, including threats from climate change and disease, on ecosystems are highly variable based on species composition, soil type, baseline climate conditions, slope, and other factors, which means the knowledge developed through the nearly 80 Forest Service research facilities across the U.S. is not something that can be consolidated into fewer sites covering fewer ecosystems. The nuanced, site-specific results are a critical part of the value of this research network.

32. The reorganization comes on the heels of substantial staff loss at the Forest Service. Independent reporting and government information indicate that the agency lost nearly 6,000

---

[12] https://www.fs.usda.gov/about-agency/reorganization

Declaration of Dr. Dawn Woodard, No. 3:25-cv-03698-SI                                                    7

employees in 2025 alone,[13] including a fifth of STEM PhDs.[14]  Reporting indicates that the reorganization will trigger further staff losses and, corroborating that, the Forest Service has started offering a variety of separation incentives.[15]

33.     The Forest Service's move to substantially downsize its research capacity will harm NRDC's advocacy: it will impede the completion of current research and the development of new research, particularly in the areas we focus most on such as efficacy of forest management practices and wildfire; it will undermine the maintenance of key databases and monitoring programs as well as updates to important reports and datasets; and it puts at risk the quality of new forest management research through the loss of experiments that can demonstrate impacts on sufficiently long timescales, which newly started experiments will lack.

34.     There are many urgent and emerging issues facing forests across the country. Forest Service research programs are the best positioned to tackle these currently unanswered questions due to USFS's expertise, scale, and existing experiments that can be readily built on to develop new knowledge. This is exactly the kind of research I rely on at NRDC for my work. My work, and the work of NRDC as a whole, will be impaired by the damage to this research caused by the planned reorganization.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of June 2026, in Washington, DC.

_____
Dr. Dawn Woodard

---

[13] https://www.oversight.gov/sites/default/files/documents/reports/2025-12/USDA%20Staffing%20Levels%20Final%20Report%20-%20Dec%2017_508-signed.pdf

[14] https://www.science.org/content/article/u-s-forest-service-unveils-extensive-closures-research-facilities, https://www.science.org/content/article/u-s-government-has-lost-more-10-000-stem-ph-d-s-trump-took-office

[15] https://federalnewsnetwork.com/reorganization/2026/06/forest-service-offers-separation-incentives-to-employees-ahead-of-upcoming-relocations/