Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF JAMES M. CUDAHY** |

**DECLARATION OF JAMES M. CUDAHY**

I, Jim Cudahy, declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Chief Executive Officer of the Alliance of Crop, Soil and Environmental Science Societies ("ACSESS"). I have held this position since 2022.

3. ACSESS is a 501(c)(3) non-profit organization that manages and supports three membership associations: the American Society of Agronomy, Crop Science Society of America, and Soil Science Society of America. These Science Societies have approximately 7,500 members. ACSESS also oversees the certification program for 12,000 individuals who are certified by the Societies as crop advisors and professional soil scientists.

4. ACSESS works to advance common goals and secure common interests in the fields of agriculture, food, environment, and natural resources by advancing the missions, visions, and activities of the agronomic, crop, and soil professional societies; facilitate collaboration among the agronomic, crop, and soil professional societies; promote the value and image of agronomic, crop, soil, and environmental resource professions; unify communication with scientists, educators, policy-makers, and the public to enhance impact; and engage in science-based knowledge on the challenges facing humanity.

5. For example, ACSESS's Director of Publications manages the publication of scientific journals, books, and magazines on issues of agronomy, crop science, and soil science. This includes each of the Societies' flagship journals – the Agronomy Journal, Crop Science, and the Soil Science Society of America Journal – among others. And ACSESS's Associate Director of Meetings runs the yearly Annual Meeting, at which scientists present and discuss research in the fields of agronomy, crop science, and soil science. The Annual Meeting usually attracts an estimated 4,000 attendees (predominately but not exclusively members of the Societies).

6. Across the Agronomy, Crop Science, and Soil Science Societies, there are members who work for the federal government, for academic universities, for community and non-profit organizations, as well as for commercial industries.

1

7.    From reading public announcements from the U.S. Department of Agriculture ("USDA") and other reporting, I am aware of the Reorganization Plan announced for USDA, which includes plans to reorganize the Agricultural Research Service, to decommission the Beltsville Agricultural Research Center and relocate its researchers to different locations across the country, to relocate most employees working for the National Institute of Food and Agriculture to Kansas City, Missouri, to reorganize the Natural Resources Conservation Service, and reorganize the Forest Service including by closing all Regional Offices and many Research and Development facilities.

8.    From reviewing our records, surveys of and interviews with members, and discussions with other ACSESS staff, I am aware that hundreds of members work at USDA, including at the Agricultural Research Service, the Beltsville Agricultural Research Center, the Natural Resources Conservation Service, the Forest Service, and the National Institute of Food and Agriculture.  The Reorganization Plan will directly impact these members.  Many of these members will be required to either relocate, regardless of whether their research projects are conducive to successful relocation.  And if they are unable to do so, for personal or professional reasons, they will be forced to leave their jobs and leave their research projects behind.  For example, the Reorganization Plan is decommissioning the entire Beltsville Agricultural Research Center and requiring all scientists to relocate to new Agricultural Research Service locations.  For members who are unable to relocate, and are thus forced to leave their jobs, many of them will leave vital research projects unfinished and/or will leave before they had a chance to write up and publish the results of their experiments, blocking the dissemination of key advances in agronomy, crop sciences, and soil sciences.  For any researchers who remain at these agencies, they will be impacted by their colleagues' departures, with fewer staff in their laboratories to assist them and fewer fellow researchers with whom to share insights and resources, for instance.

9.    I am also aware of many members who are at universities, in industry, or at non-profits or community organizations, and who rely on federal funding from USDA (including from the National Institute of Food and Agriculture, the Agricultural Research Service, and the Natural Resources Conservation Service) for their research.  For example, one member who is an

2

academic researching sustainable agricultural systems shared with ACSESS how her project on precision ranching technologies and the viability of breeding certain desert-adapted cattle is funded by the National Institute of Food and Agriculture.  Another member who is an academic researching soil science and urban hydrology (water flow and storage in urban areas) has worked extensively with the Natural Resource Conservation Service to assess and map urban soil but is concerned that funding reductions will limit new innovative projects.  Other members working on topics in soil health, agricultural resiliency, crop diversification, and drought resistance have similarly shared with ACSESS how their projects rely on USDA funding, including grants administered by the National Institute of Food and Agriculture and funds from programs run by the Natural Resources Conservation Service.  The relocations required by the USDA Reorganization Plan, along with the likely attrition that will result, are almost certain to cause delays in awarding and/or overseeing grant funding, which will affect these members' research.

10.    I am additionally aware of many members who collaborate with employees at USDA, including at the Agricultural Research Service, the Natural Resources Conservation Service, and the Foreign Agricultural Service.  For instance, one member recently shared, in an interview with ACSESS, that half of the team for one of her agroecology projects is housed at the Agricultural Research Service.  Changes to the staff and/or funding from the Agricultural Research Service challenges the viability of the project, which assesses the long-term value of crop rotation on ecosystems.  Another member recently told ACSESS how her team works closely with producers in Kansas, Oklahoma, and Texas and relies on collaboration with the local Natural Resources Conservation Service staff and other USDA employees (who are already significantly understaffed).  The likely attrition and disruption that will be caused by the Reorganization Plan will interrupt, and in some cases sever, the collaboration between these members and the USDA employees they were working with (some of whom may leave their jobs, others who will be unable to contribute to the projects while relocating, and some who will be stretched thin covering for their colleagues who leave).

11.    And, even when members who do not directly collaborate with USDA employees, many members build off the scientific developments that come out of USDA's programs in

furthering their own work. Knowledge sharing and collaboration is key to scientific advancement. Indeed, the journals published by ASCESS member societies include collaborative research with USDA scientists, including those from the Beltsville Agricultural Research Center laboratories. The disruption, chaos, delays, and attrition likely to result from the Reorganization Plan will stall and limit scientific innovation in the fields of agronomy, crop sciences, and soil sciences to the members' and the public's detriment. As one member recently shared in an interview with ACSESS, she believes it will take the agricultural research workforce "decades, if ever, to recover from some of what we're about to lose with the closure of Beltsville Station."

12.    USDA's Reorganization Plan will also likely have impacts for the certified crop advisors and certified professional soil scientists that ACSESS oversees. These certified professionals generally work with landowners and agricultural retail businesses to provide agronomy advice and resources. Many of these professionals also rely on USDA subcomponents that will be impacted by the Reorganization Plan. For example, some of the certified crop advisors assist farmers in applying for cost-share funding from the Natural Resources Conversation Service. Programs, such as the Environmental Quality Incentives Program, that are run by the Natural Resources Conservation Service, provide technical and financial assistance to eligible agricultural producers to help them implement conservation practices and address natural resource concerns. Organizational changes and staffing reductions at the Natural Resources Conversation Service will mean fewer employees available to answer our certified crop advisors' questions and likely delays in the processing of the farmers' applications.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Locust Grove, Virginia on June 30, 2026.

James M. Cudahy