Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF ANGELA FAIR** |

Declaration of Angela Fair, No. 3:25-cv-03698-SI

**DECLARATION OF ANGELA FAIR**

I, Angela Fair, declare the following:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration as a result of information provided to me in the performance of my job duties and am otherwise competent to testify to the matters in this declaration.

2. I serve as the Director of the Prince George's County Office of Management and Budget (OMB). As Director of OMB, I serve as the senior official responsible for developing and supervising the County's budget. My duties as OMB Director include working with County departments and agencies to develop their annual budgets and overseeing the County's fiscal matters and financial planning.

3. I have twenty-seven years of total budget management experience, including twenty-four years managing budgets for local government agencies as a Prince George's County Budget Officer. Before being appointed OMB Director in September 2025, I served as Deputy Director of Fire/EMS for four years and as Comptroller for the Police Department for nine years.

4. I am generally aware that the U.S. Department of Agriculture (USDA) announced its intention to permanently close the USDA Beltsville Agricultural Research Center (BARC) by September 30, 2026. BARC is located within Prince George's County in the census-designated area of Beltsville, Maryland. BARC has been a hub of innovation and collaboration in Prince George's County for over a century, drawing in top agricultural scientists and contributing to the County's economy, identity and culture. BARC is a point of Pride for Prince George's County.

5. BARC's permanent closure will harm Prince George's County in three principal ways: It will reduce the County's income tax revenue, shrink the customer base for local businesses near the BARC campus, and impair the County's ability to fund key programs and services.

**Loss of Tax Revenue**

6. BARC employees are a significant source of County revenue because they pay substantial income taxes to the County and patronize businesses near the BARC campus.

1

Historical information from the State of Maryland shows that up to 50 percent of BARC's workforce has consisted of County residents.

7.    As of September 2025, the State of Maryland estimated that 1,000 jobs would be threatened by BARC's closure, including both job losses at BARC and in the surrounding community due to reduced consumer spending in the local economy. Prince George's County estimates that BARC's loss will reduce the County's income tax revenue by $2.35 million. This figure is based on the average annual wage for workers in Prince George's County (as recorded in 2024 by the Maryland Department of Labor), the State of Maryland's predicted loss of 1,000 jobs, and the County's 3.2 percent income tax rate. The figure does not capture additional losses from employed spouses who may relocate with federally employed staff, or losses from the end of collaborative research between BARC and County-based scientists at private institutions and universities.

8.    The University of Maryland (UMD), College Park, located in Prince George's County is just a short drive from BARC, has twenty-one collaborative research projects with BARC. UMD's College of Agriculture and Natural Resources also has a cooperative agreement with BARC. If BARC were decommissioned and its projects shut down or relocated, many professors and researchers who settled in the County to take advantage of the partnership between UMD and BARC can be expected to relocate. The County would absorb the associated loss of income tax revenue from this population as well.

### Harm to Local Businesses and the Regional Economy

9.    A significant portion of the County's economy has developed around BARC's 116-year-long presence in the area. BARC's proximity is a draw for UMD's College of Agriculture and Natural Resources. In the fall of 2025, over 1,000 undergraduates and 327 graduate students were enrolled in the College of Agriculture and Natural Resources. Many take advantage in the cooperative agreement between BARC and the UMD. Some will settle in Prince George's County long-term. Without BARC, UMD's agriculture programs will be significantly less competitive, and Prince George's County will struggle to attract a comparable number of

2

young people and academics. BARC staff and affiliates also patronize businesses located near the BARC campus, including restaurants, retail, financial services, personal services and other businesses. BARC supports local agricultural distribution businesses that are dependent upon BARC agricultural production. According to a 2021 analysis by the Maryland Department of Commerce, there were approximately 2,000 retailers and local businesses within a five-mile radius of BARC in Prince George's County, supporting an estimated 25,000 jobs. If BARC were decommissioned, the businesses that rely on BARC employees as a customer base would lose a significant portion of their revenue, which in turn would lead them to employ fewer workers, causing job loss in Prince George's County.

10. The State of Maryland estimates that BARC's permanent closure, with its transfer of jobs out of Prince George's County, will reduce the State's gross domestic product (GDP) by $450 million. Because BARC is located entirely within Prince George's County, the County is likely to bear the brunt of this loss, including significant declines in business tax revenue as BARC's workforce and the university-affiliated researchers who collaborated with BARC depart.

11. Contracts that BARC and the Agricultural Research Service award to local companies also generate business in the County. According to the Comptroller of Maryland, between 2020 and 2025 the Agricultural Research Service awarded an average of $68 million in contracts for work in Maryland, with 87 percent of those funds spent on projects in Prince George's County—including construction, human capital management, and underground installations. If local businesses lose these profitable contracts, they may reduce hiring, cut wages, or lay off workers, further reducing local spending.

12. According to federal data, Maryland universities including UMD are awarded approximately $4.3 million in annual research grants in connection with work done at BARC. The permanent closure of BARC would likely jeopardize this academic research funding and the jobs this funding supports.

**Impact on County Programs and Services**

3

13. BARC's permanent closure would impair the County's ability to finance important programs and services that benefit County residents. The resulting reduction in County tax receipts would create uncertainty about future funding available to the County and make it difficult for the County's leaders to budget, plan, and rely on tax revenue to support County programs.

14. As Director of the County's Office of Management and Budget, I oversee the process for determining how to address and mitigate the potential loss of revenue to support the County's Fiscal Year 2027 and future budgets. A significant decline in tax revenue connected to BARC's closure would create a fiscal challenge for the County. The County would likely be forced to eliminate or curtail vital education and public safety programs due to the decline in revenue connected to BARC.

15. If Prince George's County were to lose tax revenue associated with BARC, the impact would be immediate and significant. Income tax receipts connected to BARC are a source of the County's General Fund, which is distributed across three core sectors: K-12 Education, Public Safety, and County Government Operations. These funds support Prince George's County Public Schools—including teacher salaries, academic programs, operational costs—as well as public safety programs including patrol, investigative services and community outreach programs.

16. Because up to half of BARC's workforce has historically consisted of County residents, and because of the likelihood that BARC's departure will cause job loss among contractors, collaborative researchers, and employees who staff the businesses surrounding BARC, the County is concerned about the effect that lost income tax revenue will have on the General Fund.

17. Assuming that Prince George's calculations are correct (*see* paragraph 7), the County expects to lose $2.35 million in income tax revenue. That amount of money could fund approximately thirty-six teacher positions or thirty-three police officer positions. Vital personnel,

4

services and programs funded by the General Fund would likely need to be reduced in scope if the County were to lose tax revenue associated with BARC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 1, 2026 in Largo, Maryland.

*Angela Fair*

_____

ANGELA FAIR