Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF DR. GEORGIA MACHELL** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF DR. GEORGIA MACHELL**

I, Georgia Machell, declare as follows:

1.      I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am the president and CEO of the National WIC Association (NWA). I hold a Ph.D. in food policy from the City University of London and a certificate in nonprofit executive leadership from the McCourt School of Public Policy at Georgetown University. I have worked in food and nutrition policy for 18 years, including at the Centre for Food Policy and First Steps Nutrition Trust before coming to NWA in 2015.

***The National WIC Association***

3.      For more than 40 years, NWA has served as the national non-profit advocacy voice and education arm of the Special Supplemental Nutrition Program for Women, Infants, and Children, commonly referred to as WIC. WIC is funded by Congress, managed and overseen by the federal government, and administered by state and local governments and nonprofit agencies to serve low-income mothers, infants, and children up to age five across the United States. Altogether, WIC serves nearly seven million mothers and children every year.[1]

4.      NWA is a membership-based 501(c)(3) organization in the United States that represents well over 10,000 WIC professionals nationwide, including staff at State and Local WIC Agencies, as well as WIC clinic staff. WIC State Agencies include geographic states, Tribes, territories, and the District of Columbia. NWA's mission is to provide its members with tools and leadership to expand and sustain effective nutrition services for mothers and young children. NWA supports its members with technical assistance, resources, training, and peer support, and it convenes WIC stakeholders regionally and nationally in order to share knowledge and strengthen the program.

5.      Through the National WIC Association's Center for Innovative Practices in WIC

---

[1] U.S. Dept' of Argic., Food & Nutrition Serv., WIC Data Tables: National Level Annual Summary (2026),  https://perma.cc/5JU6-9HHP.

(CIP-WIC), NWA serves as a national hub for innovation, technical assistance, and capacity building across the WIC program. CIP-WIC provides expert technical assistance to State and Local WIC Agencies, identifies and elevates evidence-based and promising practices from the field, and convenes communities of practice that foster peer learning, collaboration, and continuous quality improvement. Through these efforts, CIP-WIC strengthens WIC program operations, advances innovation, and supports the delivery of high-quality, equitable services to participants nationwide. NWA also advocates on behalf of all WIC agencies for sufficient resources, program improvements, robust infrastructure, and sound knowledge management to ensure that benefits are distributed to every participating mother and young child in the United States. NWA also works under a cooperative agreement with the U.S. Department of Agriculture's Food and Nutrition Service, which the current Administration has renamed the Food and Nutrition Administration (FNA), to develop a national strategy for modernizing WIC Management Information Systems (MIS).

6.      NWA's membership spans 50 states, 28 Indigenous agencies, 5 territories, and the District of Columbia, that participate in the WIC program. We support programs serving families at more than 12,000 WIC clinic locations nationwide. Every other year, NWA conducts a Multi-State WIC Participant Satisfaction Survey to gather direct feedback from WIC participants. In 2025, the survey included 27 State WIC Agencies and over 56,000 responses.

7.      NWA also created the WIC Recruitment and Retention Campaign, which promotes participation by eligible mothers and young children in WIC and strengthens awareness of the program nationwide. Through the Campaign, NWA provides outreach materials, social media content, and education resources for WIC staff and communities. NWA also maintains SignUpWIC.com, which serves as the national entry point for families exploring WIC services.

***The WIC Program***

*WIC's Benefits and Participants*

8.      WIC provides nutritious foods, counseling on healthy eating, breastfeeding support, and health care referrals to nearly 7 million low-income pregnant, postpartum, and breastfeeding

mothers, infants, and children.[2] "Low-income" is defined as at or below 185% of the U.S. Poverty Income Guidelines. That equates to $59,478 for a family of four from the period of July 1, 2025, to June 30, 2026.[3] Congress appropriated $8.2 billion in WIC funding for FY 2026.[4] More than 40% of the nation's infants and 22% of all children ages one to five participate in WIC.[5] In Fiscal Year 2025, WIC served about 1,492,000 infants and 3,835,000 children.[67]

9.    The program's main benefit is nutritious food that is tailored to the needs of the mothers and children the program serves. For example, a toddler food package might include fruits and vegetables, whole wheat bread, milk, eggs, iron-fortified breakfast cereal, canned fish, and legumes or peanut butter. Infants who are not exclusively breastfeeding receive infant formula. WIC is one of the most powerful evidence-based public health programs active in the United States, shown to improve health and developmental outcomes for children, reduce health care costs. Specifically, WIC participation has been shown to reduce fetal deaths and infant mortality, reduce low-weight and preterm births and to improve diet quality for pregnant and postpartum women and children.[8]

10.    WIC also provides breastfeeding support for nursing mothers, nutrition education,

---

[2] U.S. Dep't of Agric., Food & Nutrition Serv., *WIC Data Tables - National Level Annual Summary,* https://perma.cc/6HHE-E3HU.

[3] Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act 2026, Pub. L. No. 119-37, 139 Stat. 534.

[4] *Id.*

[5] Leslie Hodges et al., *The Special Supplemental Nutrition Program for Women, Infants, and Children (WIC): Background, Trends, and Economic Issues, 2024 Edition,* Economic Information Bulletin No. 267, at 1 (U.S. Dep't of Agric., Econ. Res. Serv., Feb. 2024), https://perma.cc/MAZ7-6AMJ.

[6] U.S. Dep't of Agric., Food & Nutrition Serv., 2027 USSA Explanatory Notes - Food and Nutrition Service, https://perma.cc/V3FX-JEET.

[7] For example, as of June 12, 2026, there were 1,003,810 WIC participants in California; 175,003 in Illinois; 122,574 in Maryland; and 801,707 WIC participants in Texas. A true and correct copy of the Food and Nutrition Service's WIC Data Tables is available at https://perma.cc/AYN5-USCL, and is attached as Exhibit A.

[8] U.S. Dep't of Agric., Food & Nutrition Serv., *How WIC Helps* (Sept. 2025), https://perma.cc/CF62-K796.

and referrals to a range of health and other services that promote healthy pregnancy and a healthy start for children. WIC's educational programming is subject to federal guidance but implemented by State and Local WIC Agencies. State and Local WIC Agencies also make referrals to healthcare and social services, including Medicaid, SNAP, and Head Start.[9]

11.    In addition, some states operate the WIC Farmers' Market Nutrition Program, which provides WIC participants with benefits to purchase fresh, locally-grown fruits and vegetables and also helps support awareness of and sales at farmers' markets. In Fiscal Year 2024, the Farmers' Market Nutrition Program brought more than $31 million in revenue to farmers and connected more than 1.5 million WIC participants with fresh, locally grown food.[10]

*How WIC is Administered: the Relationship Between FNA and State, Tribal, and Local Agencies*

12.    WIC is administered by USDA and is funded annually by Congress. Since the late 1990s, Congress's practice has been to provide sufficient funds for WIC to serve all forecasted participants.[11] Because WIC is not an entitlement like Social Security, if available funding is insufficient to serve all those who seek services, the program will fail to serve all eligible participants, and programs must follow priority waitlist procedures outlined in federal regulations.[12] The Fiscal Year 2026 funding from Congress fully funds WIC for all forecasted participants.[13]

13.    WIC operates through a partnership between the federal government, state, Tribal, and territorial governments, the District of Columbia, and Local Agencies, which may be operated

---

[9] U.S. Dep't of Agric., Food & Nutrition Serv., *WIC Benefits* (Apr. 2026), https://perma.cc/48H8-UY4L.

[10] U.S. Dep't of Agric., Food & Nutrition Serv., 2027 USSA Explanatory Notes - Food and Nutrition Services at 106, https://perma.cc/V3FX-JEET.

[11] Zoë Neuberger et al., *How State and Local WIC Agencies Use Nutrition Services and Administration Funding,* Center on Budget and Policy Priorities (April 21, 2026), https://perma.cc/W7YV-CUPM.

[12] 7 C.F.R. § 246.7(e)(4).

[13] National WIC Association, *National WIC Association Applauds Full Funding for WIC in Bipartisan Funding Agreement, Urges Swift Passage to Ensure Stability for Families and WIC Workforce* (Nov. 10, 2025), https://perma.cc/XN9C-W5NU.

by local or Tribal government or nonprofit entities. FNA administers WIC at the federal level. Federal staff do not deliver services directly; they support, guide, and oversee the States, Tribes, and Territories that do. Accordingly, FNA is responsible for managing the distribution of WIC's federal funding and issuing and enforcing program regulations. State WIC Agencies are responsible for operating the program pursuant to plans approved by FNA.[14] In most states, WIC services and benefits are provided by Local WIC Agencies, including city or county health departments or nonprofits. In a small number of states, Local Agencies are operated by the state.

14.     FNA allocates the funds Congress appropriates to State WIC Agencies for food benefits, nutrition services, and program administration. That allocation occurs through two types of grants: Food grants cover the cost of WIC participants' food benefits, while nutrition services and administration (NSA) grants cover the service delivery of WIC benefits, including certifying participants, outreach and nutrition education, breastfeeding promotion and support, referrals to healthcare and social services, issuing food benefits, and administering the food benefit delivery system–including staff salaries.[15] In the vast majority of states, WIC relies entirely on federal funds to cover staff and operating costs. Only a few states provide modest supplemental funding for administration, and none provide enough to cover staff and operating costs. As a result, every WIC program in the country is reliant on federal funds distributed through FNA.

15.     Most State WIC Agencies deliver food benefits through retail systems, in which participants purchase WIC-approved foods in authorized retail settings. The retail food stores where participants can shop are authorized by State WIC Agencies and can include supermarkets, grocery stores, convenience stores, pharmacies, and farmers markets.[16] To deliver food benefits, WIC agencies use electronic benefit transfer (EBT) systems, which look like debit cards but specifically authorize the transfer of a participant's WIC benefits to a vendor to pay for approved

---

[14]  42 U.S.C. § 1786(c)(1) ("Child Nutrition Act").

[15] 7 C.F.R. § 246.14.

[16] WicShop, *WIC Overview for Vendors: Fundamentals to Get You Started* (Apr. 25, 2024), https://perma.cc/VL57-UPFV.

products.[17]

16.    While State and Local WIC Agencies interface with WIC participants, provide WIC services, and distribute benefits, these functions are executed under federal statute, regulations, or policy guidance as implemented by FNA. FNA approves and allocates all federal WIC funding; issues and enforces program regulations; monitors and audits program integrity; and implements new program requirements by managing federal rulemaking processes, issuing subregulatory guidance, and providing instruction and technical assistance to WIC agencies.

*FNA's Role in Funds Management*

17.    FNA distributes most WIC funding based on formulas set out in federal statute and implementing regulations, but has significant discretion to allocate and reallocate funds according to projected need.[18] In order to calculate allocations, FNA closely tracks State Agency spending and funding needs, as well as trends in program participation and food costs. FNA allocates funds through food and NSA grants to WIC agencies every quarter.

18.    Additionally, FNA recovers and reallocates unused funding throughout the year, as needed.[19] This typically occurs at least quarterly, and then additionally as needed. The recovery and reallocation process is critical to ensuring that WIC can continue to serve all eligible families, as food costs, participation, and administrative costs can fluctuate unexpectedly throughout the year. In addition to the funds appropriated for the current fiscal year, funds remaining from the prior year's authorization are carried over; in the event that the combined funding is insufficient, specifically designated WIC contingency funds can be spent in any year.[20]

19.    Additionally, FNA regional offices are responsible for managing the distribution of operational adjustment (OA) funds. As prescribed by WIC regulations, this is up to 10 percent of

---

[17] U.S. Dep't. Of Agric., Food and Nutrition Admin.*, WIC Electronic Benefits Transfer (EBT) and Management Information Systems (MIS) Resources*, https://perma.cc/YF4L-ABMF.

[18] Child Nutrition Act § 17(h); 7 CFR § 246.16(c).

[19] Child Nutrition Act § 17(g)(2)(C).

[20] Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act 2026, Pub. L. No. 119-37, 139 Stat. 495.

MACHELL DECLARATION, NO. 3:25-CV-03698-SI

funds allocated to all states within an FNA region that are held back from initial state allocations and then made available according to the specific needs of states in that region. Therefore, the total amount of funding available for OA in a region depends on the composition of states in that region. FNA regional offices have significant discretion in this process; for example, some regional offices have chosen to withhold only 5 percent of funds for OA.[21]

20.    While State WIC Agencies can request reallocated funds, or flag that they have excess funds that can be recovered, only FNA can execute recovery, reallocation, and the allocation of contingency funds.[22] Both regional and national office staff are vital to WIC funds management. Regional office staff are responsible for closely tracking funding needs for states within their regions, flagging concerns to FNA national office counterparts, and managing the allocation of OA funds across states within their regions. National office staff are responsible for projecting overall program funding needs, which are included in the annual President's Budget request, maintaining and applying the WIC funding formula, making decisions about allocations and reallocations, including emergency reallocations, and deployment of the contingency fund.

21.    Notably, if FNA is unable to respond to a state's funding needs, for example by sufficiently tracking emerging shortfalls, responding to flagged concerns, and managing the allocation or reallocation of funds if needed, a funding shortfall would likely force affected State or Local Agencies to furlough staff, reduce their hours, or otherwise take adverse employment action due to a shortage of operating funds. Because NWA's members work in WIC agencies in 50 states, 28 Indigenous agencies, 5 territories, and the District of Columbia, it is highly likely that those adverse employment actions would affect NWA's members.

*FNA's Technical Assistance and Waivers*

22.    Providing regular technical assistance to State WIC Agencies, which dictate Local WIC Agency operations, is a critical part of FNA' role in operating the WIC program. FNA regional offices serve as the first point of contact for State WIC Agency staff to receive technical

---

[21] 7 C.F.R. § 246.16(c)(2)(iv).

[22] 7 C.F.R. § 246.16(e)(1).

assistance on topics including funding; program operations and compliance with federal law, including civil rights compliance; waivers; and program integrity. FNA regional office staff also conduct regular, statutorily mandated reviews of how states operate the WIC program to ensure compliance and program integrity. FNA staff also advise on program operations to improve program impact and support achievement of program goals. Regional office staff bring expertise about the States, Territories, and Tribes in their region that allow them to provide targeted support guidance and to be responsive to the unique needs of each State Agency.

***Recent and Current Challenges in WIC Administration and FNA's Role***

23. In addition to the day-to-day functions, FNA staff play a central role in responding to emergent situations that affect WIC administration. If FNA is left without experienced staff and their institutional knowledge, State WIC Agencies will risk being unable to respond to the next emergency. Ultimately, infants, children, and families will suffer.

*The Infant Formula Shortage*

24. For example, in 2022, a major producer of infant formula halted production for several months due to potential contamination,[23] and several brands of powdered formula were also recalled after a bacterial outbreak. These events resulted in a nationwide infant formula shortage.[24] Because infants who receive formula through WIC consume more than half of all infant formula in the United States,[25] and many rely on infant formula as their sole source of nutrition, the shortage threatened states' ability to meet infants' nutritional needs, putting families and babies at risk.

25. Infant formula products are included in state formularies based on FNA requirements. States must follow a statutorily-mandated competitive bidding process with infant

---

[23] Abbott Laboratories, *Abbott is Restarting Similac Production at Sturgis,* https://perma.cc/BZ48-T3U4.

[24] U.S. Dep't. of Agric., Food & Nutrition Admin., *Federal Actions to Support Access to Infant Formula* (Dec. 2025), https://perma.cc/9H3S-TDEG.

[25] U.S. Dep't of Agric., Economic Research Service, *Infants in USDA'S WIC Program consumed an estimated 56 percent of U.S. infant formula in 2018* (May 23, 2022), https://perma.cc/H24D-BH8K.

MACHELL DECLARATION, NO. 3:25-CV-03698-SI

formula manufacturers, resulting in sole-source formula contracts.[26] The shortage constrained the availability of WIC contract formula on the market severely enough that WIC families nationwide stood at great risk of not being able to feed their infants. Regional and national FNA staff responded to this crisis immediately by providing flexibilities around certain requirements so that State WIC Agencies could permit program participants to obtain infant formula despite the products falling outside typical WIC parameters.[27]

*Disaster Response*

26.    In times of disaster, FNA coordinates with State WIC Agencies to issue waivers under the Access to Baby Formula Act (P.L. 117-129), and allow flexibilities pursuant to the William T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.). Using these flexibilities and waivers, FNA can allow WIC programs to issue alternate formula products to WIC participants in the event of a supply chain disruption, adjust food packages when items are in short supply or when participants are unable to store or prepare foods, and offer other administrative flexibilities to allow a state to maintain services for program participants and ensure the safety of participants and staff in the aftermath of a disaster.[28]

**Harms to NWA Resulting from FNA Attrition**

27.    Since January 2025, FNA has been devastated by staffing cuts: FNA lost 644 staff between January 2025 and March 2026,[29] downsizing the workforce by about 35 percent in an agency which was already lean relative to the scale of programs it oversees. Notably, the workforce losses include roughly half of FNA' senior civil service leadership,[30] as well as more

[26] National Academies of Sciences, Engineering, and Medicine, *Challenges in Supply Market Competition, and Regulation of Infant Formula in the United States* 114 (2024)*,* https://perma.cc/6GDY-PW8Y.

[27] *Id* at 153, https://perma.cc/6GDY-PW8Y.

[28] U.S. Dep't. of Agric., Food & Nutrition Serv., *Guide to Coordinating WIC Service During Disasters* (Dec. 2021), https://perma.cc/LM7Y-N7BU.

[29] U.S. Office of Personnel Management, *Federal workforce changes by agency* (Apr. 2026), https://perma.cc/Z66D-ZEGK.

[30] U.S. Office of Personnel Management, *Federal workforce by pay plan and grade* (Apr. 2026)*,*

than 60 percent of early-career talent.[31]

28. The sudden and dramatic loss of FNA staff and institutional knowledge has already impacted NWA and its members, but we predict that the staff losses driven by FNA's reorganization will be even more severe.

29. Already, the exodus of federal staff have left State WIC Agencies without much of the guidance FNA typically provides. Seeking to fill that gap, NWA members have turned to NWA for help. The increase in inquiries and requests for assistance has caused NWA to divert resources from its typical programming in order to meet the needs of NWA's membership, which is particularly disruptive because NWA employs under 25 people. In addition to the increase in volume of requests for assistance from NWA's membership, these requests for assistance have become more difficult for NWA to fulfill, as expert staff have departed FNA and the agency has lost their institutional knowledge and relationships. Nonetheless, NWA continues to provide assistance to its membership by expending greater staff resources to meet their needs, even though this has put a strain on NWA's institutional bandwidth and ability to carry out its other core activities, such as providing technical assistance resources and convening member-to-member collaboration to foster innovation and improve practice.

30. For example, in the summer of 2025, two States nearly ran out of funds before the end of the fiscal year. We believe that the loss of experienced FNA staff at the regional offices and national office overseeing funding contributed to the situation. When the State WIC Agencies struggled to get the support they needed, they turned to NWA for help. NWA reallocated time away from working on its own WIC virtual services and appropriations advocacy, and instead spent many hours liaising with states, FNA, congressional delegations, and others as a result. If experienced FNA regional staff had been in place, they would have been doing much of the liaising between the states and national office to address the issue. Instead, NWA was forced to divert time and staff resources away from previously planned activities in order to ensure the two

_____

https://perma.cc/NHL2-3GMS.

[31] *Supra* note 28.

affected States did not run out of funds. Having felt that kind of impact as a result of FNA's staff loss to date, NWA anticipates far more dramatic effects to come as a result of the reorganization.

31.    As another example, FNA regional staff typically convene state stakeholders in order to surface questions, provide guidance, and facilitate the sharing of information. In many regions, FNA staff shortages have brought an end to this sort of support, at the same time as guidance from FNA has grown more sparse–leaving State and Local WIC Agency staff with more questions. NWA has sought to bridge this communications gap by convening stakeholders itself in the absence of federal staff. While NWA is unable to provide the same definitive guidance that FNA staff are authorized to provide, NWA is nonetheless able to facilitate the flow of information among State and Local WIC Agencies that they rely upon to administer their programs. These efforts have required NWA to divert resources away from previously planned activities in order to meet the needs that have already arisen following attrition from FNA over the last year.

32.    The mass departure of staff expected as a result of FNA's reorganization and mandated relocations will dramatically increase the severity of staffing challenges at FNA and, as a result, the obstacles faced by NWA's membership. NWA will continue to expend its resources in meeting the needs of NWA's membership, but that will require diverting staff time and resources away from the typical activities NWA would undertake were it not for the current and escalating FNA staffing crisis.

33.    As referenced above, NWA currently administers a cooperative agreement with FNA to develop a national strategy for modernizing WIC Management Information Systems (MIS). The cooperative agreement requires ongoing collaboration, timely review, and federal oversight by designated FNA staff. A substantial reduction in FNA personnel could delay approvals, technical guidance, and required decision-making for this project, resulting in disruptions to project implementation. We fear that delays in federal processing resulting from staffing shortages will postpone reimbursement payments under the cooperative agreement. Because NWA uses these reimbursements to support personnel and project operations, payment delays will create temporary cash-flow challenges, potentially requiring NWA to identify alternative funding sources to maintain staff salaries and project continuity until reimbursements

are received.

34. Finally, diminished FNA staffing will impact NWA's ability to administer the cooperative agreement by limiting the availability of subject matter experts and project officers needed to provide federal guidance, increasing the likelihood of project bottlenecks, implementation delays, and additional administrative costs as NWA devotes more internal resources to resolving issues that would ordinarily be addressed through federal collaboration.

***Harms to NWA's Members Resulting from FNA Attrition***

35. Because NWA has frequent contacts with our members across a variety of touchpoints, including monthly state director calls and four annual conferences, the NWA staff and I have a strong understanding of how our membership believes FNA's reorganization will impact them. Our membership is deeply concerned that FNA's reorganization plan stands poised to cause massive attrition by FNA staff that will quickly and severely damage our members' ability to deliver the program and maintain their own State and Local Agencies' functionalities. NWA has conducted interviews with members in order to understand their experiences and the reasons for their concern and I have compiled information they have provided here. These members have chosen to remain anonymous in light of deep concerns regarding retaliation by this Administration and the need to maintain existing relationships with FNA.

*Member A*

36. Member A is a State WIC Director in the midwestern United States and has more than a decade of experience in the program. I understand from Member A that federal staff attrition over the last year has already impacted the way that Member A and their staff are able to administer WIC. Member A believes that further federal staff losses will have serious consequences for Member A and their staff, as well as the WIC participants they serve.

37. For example, Member A believes that further reduction in regional and national staff could render FNA unable to respond timely to funding challenges that arise during WIC's quarterly funding process. Like most states, Member A's state relies entirely on federal funding for food and NSA grants. Member A's state, like many others, has in the recent past needed to seek additional funds from FNA through the reallocation process. This recovery and reallocation

process happens quickly, sometimes over a matter of weeks.

38.    Member A and their staff have strong working relationships with the relevant regional office staff, who in Member A's experience are receptive and want to hear from Member A and other states when funds are running low so that those regional FNA staff can be responsive by providing reallocated funds. Member A understands that the regional FNA staff are skilled in this process due to years of experience, and are able to act quickly and efficiently under the short reallocation timeline as a result. Member A believes that losing even more experienced staff will significantly increase the risk that the FNA regional office will fail to timely recover and reallocate funds, leaving Member A's states with insufficient funds to operate. A funding shortfall for Member A's agency would curtail the benefits available to participants, force Member A and their staff to reduce WIC staff hours or cut jobs, or both. That staffing impact would fall on both Member A and their WIC agency colleagues, who are members of NWA.

39.    Member A is particularly concerned about this risk of shortfalls because the current regional staff rely on strong relationships with, and background knowledge about, the states within the regions in which they can recover and reallocate funds. Member A understands that under the FNA reorganization plan, that institutional knowledge is likely to be lost both because many experienced regional staff will likely resign because they are unable to move to a new city, and because the reorganization plan changes the existing regional map so that many states stand to be configured under different regions.

40.    Member A believes that reorganization-driven FNA attrition is also likely to make the agency less responsive to supply chain shortages or disruptions—such as infant formula recalls—in the future, which will increase the risk that WIC participants lose access to food that is intended for them, force Member A and their staff to divert their own resources in order to address supply shortages due to lack of federal support, or both.

41.    Because supply chain shortages are difficult to predict, they necessarily require agile responses from Member A's state agency and FNA staff. For example, during the infant formula recall and shortage of 2022, a massive amount of infant formula produced by a single firm was pulled from grocery shelves across the country nearly overnight. The recalled formula was

made by the producer that Member A's agency had approved for WIC families in Member A's state. To address this crisis, Member A and their staff worked with FNA regional and national staff to respond over the course of a weekend. Within days, FNA staff facilitated a waiver of requirements that typically governed what infant formula products could be obtained with WIC funds and provided Member A's state, and the families Member A serves, with flexibility to obtain the limited types of infant formula still available on the market.

42.    Member A's state serves many rural families who have limited access to food retailers. During the shortage, those retailers experienced even more persistent delays in obtaining WIC-compliant infant formula products than many others in more urban environments. In order to address the continued lack of available formula product, Member A sought additional help from the FNA regional office and provided data about the supply gaps that persisted in Member A's state. Because of their deep expertise in WIC administration and knowledge of supply disruptions, those regional staff were able to facilitate additional flexibilities and Member A's WIC agency was able to maintain WIC families' access to infant formula.

43.    While any specific crisis is difficult to predict, based on their experience, Member A is confident that future crises in food supply or accessibility will occur in time. Member A believes that losing the FNA regional staff's decades of expertise in WIC and their region's unique needs will damage FNA's ability to respond to crises timely and effectively. Ultimately, Member A believes that the reorganization will result in increased administrative burdens on Member A's agency–which it will not be entirely able to address because WIC is a federal program that must be managed and overseen by federal staff.

*Member B*

44.    Member B is a state WIC director in the western United States and has more than 20 years of experience in the program. I understand from Member B that Member B and their staff are extremely concerned that the FNA reorganization plan, if implemented, will significantly increase their risk of funding shortfalls going forward. Member B and their staff know from experience that the tight quarterly allocations their state receives for WIC food and program administration can run out ahead of schedule based on contingencies or unforeseen budget

impacts. Last year, Member B's agency experienced a budget shortfall at the end of the fiscal year, which was immediately followed by the federal shutdown, during which Congress did not provide a Fiscal Year 2026 appropriation for 43 days. Without additional funding during this time, Member B's agency would have had to furlough most–if not all–staff in the State agency office and in participant-facing clinics, which would have left WIC participants without access to WIC clinic services. Member B and their agency would also have had to turn off WIC benefits, which would have left WIC program participants without benefits to redeem for food and formula.

45.    Member B and their agency were able to avoid these outcomes because experienced regional and national FNA staff responded to Member B's requests for additional funds and WIC operations in the state were able to keep their doors open. But Member B knows that without experienced FNA staff in place with the understanding of how to move funds, first at the end of a fiscal year and second during the additional funding stress resulting from the federal funding lapse, it would not have been possible to move the money Member B's state needed to continue WIC operations. Though FNA staff succeeded in providing the funds Member B's state needed to keep WIC in operation during this time, the significant staffing losses FNA had already suffered by the fall of 2025 put tremendous pressure on their ability to be responsive to Member B's request for help. Member B is confident that additional staff loss would most likely lead to a different outcome in the event of a future funding shortfall.

46.    Member B's state poses unique challenges due to its relatively small population and smaller economies of scale. Member B is deeply concerned about loss of their regional FNA counterparts and changes to the FNA regional map because Member B's state relies on FNA's ability to reallocate OA funding and FNA staff's understanding of Member B's state. While the risk of a funding shortfall became particularly acute during the 2025 federal shutdown, it is a risk that is present quarter-to-quarter, given WIC's tight funding parameters and the cost fluctuations inherent to delivering WIC services. Member B relies on their regional FNA counterparts to understand and anticipate the state's needs. Losing this expertise and regional staff capacity, as Member B fears will happen soon due to the reorganization plan, puts the stability of Member B's state WIC program at risk, which in turn threatens the stability of program participants' access to

benefits in Member B's state. It also puts Member B and their colleagues, some of whom are also NWA members, at risk of furloughs or other adverse employment consequences.

*Members C and D*

47.    Member C is WIC director for a Local Agency administered by an Indigenous inter-Tribal council and Member D is the program director for an Indigenous State WIC Agency. Members C and D have over 30 years of experience in the program between them. Members C and D, along with their agencies, have already experienced significant disruption due to FNA attrition since 2025, and they expect more severe consequences to come if FNA implements its reorganization plan.

48.    WIC administration in Tribes requires highly specialized knowledge for Indigenous Agencies to do their work and for their FNA counterparts to support it. Indigenous Agencies operate WIC in Tribal nations with only a fraction of the staff and infrastructure State WIC Agencies leverage in delivering WIC. Because Indigenous Agencies are far more leanly funded and staffed, tradeoffs are even more stark when funding falls short or staff have to divert their time and attention to new or more burdensome tasks, including explaining the nuances of Tribal WIC administration to new or inexperienced FNA staff. With the attrition FNA has experienced so far, Member C and Member D and their colleagues are already experiencing slower turnaround times that impact staff training, as well as planned program and technological improvements. And Members C and D, along with their colleagues, already feel the increased burden on their time of explaining the nuances of Tribal WIC administration to new FNA staff who do not have relevant preexisting knowledge.

49.    For example, Member D's Indigenous Agency received a special technology grant, and part way through the performance period, Member D sought approval for redirection of grant funds so that they could be spent for a related purpose. In the past, redirection requests took approximately two weeks to approve. At current federal staff levels, it took 4-5 months for the Indigenous Agency to receive approval. By that time, it was impossible for Member D's agency to spend the remaining funds in time and the balance of the grant was returned to FNA rather than being used for the approved purpose, which directly impacted Member D's ability to execute their

16

work.

50.     Member D's agency is also experiencing severe disruption to its ability to obtain timely review of contracts or contract amendments by FNA staff whose approval is necessary to enter contracts. For the better part of a year, Member D has sought approval for contract amendments that will allow them to hire a new project manager and business analyst whose work is crucial to ensuring that Member D's agency provides timely financial reports. The lag in FNA's response has forced Member D to take on that work in addition to their full-time obligations, which has increased their workload and crowded out other pre-existing duties. Because Indigenous Agencies are very leanly staffed, including Member D's, there is simply no other way to get the work done.

51.     Members C and D are also concerned that the reorganization will disrupt Indigenous WIC programs and Indigenous WIC coalitions, because Tribal land does not always align with geographic state borders. For instance, one Tribal WIC consortium, which is currently composed of many Indigenous agencies but is located under one existing FNA region, would be split across two hubs under the reorganization. The consortium benefits its member Indigenous Agencies because it increases the scale of operations beyond the confines of those individual agencies, which allows the consortium's membership to benefit from efficiencies in administration, contracting, and technology. The FNA reorganization would fragment the consortium's members across two different regions, and FNA has provided no information to suggest that the consortium will be able to receive guidance from a single, authoritative voice. As a result, the consortium and its members will have to expend significant time and effort beyond their current contacts with FNA staff in order to educate new FNA staff on the consortium's work and its needs. Consortium members may also need to expend additional time reconciling any differences in guidance the consortium receives from two different sets of regional staff, or perhaps under some other new configuration that FNA has yet to explain despite putting its reorganization into motion. These burdens on the consortium members' time will pull them away from their other full-time duties, including administering the day-to-day WIC services they are responsible for implementing through their Indigenous agencies.

52.    Members C and D believe that the effects of FNA attrition on Indigenous Agency operations that they have observed so far will soon escalate far beyond the challenges the last year has brought. The established relationships and specialized knowledge in Tribal WIC administration that certain current FNA staff possess took years, even decades to develop. Losing that expertise threatens Member C and Member D's ability, along with their colleagues, to execute their Tribal WIC programs effectively, which ultimately threatens the health of women, infants, and young children in their communities. Member C and Member D also fear that a breakdown in Tribal WIC administration, facilitated by loss of expertise among FNA staff, could threaten Tribes' sovereignty in the administration of WIC benefits.

***

53.    Mass staff departure resulting from FNA's reorganization will severely impact our members' ability to deliver WIC services to the nearly 7 million mothers and young children who rely upon them. It will also impact our members themselves, including by putting them at risk of adverse employment consequences. Finally, it will directly impair NWA's ability to fulfill our mission by making it more difficult and more resource-intensive to carry out our core activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed June 29, 2026, in London, United Kingdom.

*Georgia Machell*

Georgia Machell, Ph.D.

Exhibit A

| State / Indian Tribe | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|---|---|
| **WIC PROGRAM:  TOTAL PARTICIPATION** (Data as of June 12, 2026) | | | | | |
| Alabama | 111,741 | 108,661 | 111,154 | 111,702 | 112,482 |
| Alaska | 14,551 | 13,761 | 13,806 | 14,319 | 14,037 |
| American Samoa | 4,311 | 3,919 | 3,796 | 3,898 | 3,954 |
| Arizona | 141,778 | 141,049 | 149,248 | 152,961 | 157,533 |
| Dept. of Health | 130,318 | 130,073 | 138,111 | 142,202 | 146,899 |
| Navajo Nation | 4,608 | 4,319 | 4,568 | 4,412 | 4,204 |
| Inter-Tribal Council | 6,852 | 6,657 | 6,569 | 6,347 | 6,430 |
| Arkansas | 50,751 | 56,008 | 62,157 | 62,949 | 65,131 |
| California | 947,788 | 936,127 | 964,415 | 995,558 | 1,003,810 |
| Colorado | 78,695 | 78,129 | 84,967 | 93,158 | 96,251 |
| Dept. of Health | 78,533 | 77,997 | 84,827 | 93,020 | 96,103 |
| Ute Mountain Ute Tribe | 163 | 131 | 140 | 138 | 148 |
| Connecticut | 43,889 | 46,765 | 47,847 | 50,639 | 52,553 |
| Delaware | 17,199 | 17,758 | 19,845 | 22,515 | 23,433 |
| District of Columbia | 13,990 | 11,640 | 11,184 | 12,365 | 12,509 |
| Florida | 403,160 | 410,739 | 422,353 | 421,115 | 425,321 |
| Georgia | 184,582 | 191,689 | 204,649 | 231,480 | 245,210 |
| Guam | 4,836 | 5,334 | 5,849 | 6,307 | 6,344 |
| Hawaii | 25,907 | 25,855 | 26,116 | 25,096 | 25,111 |
| Idaho | 29,922 | 29,030 | 30,607 | 31,350 | 32,403 |
| Illinois | 153,634 | 155,525 | 164,786 | 168,807 | 175,003 |
| Indiana | 153,310 | 151,510 | 145,779 | 151,760 | 155,926 |
| Iowa | 58,807 | 55,987 | 57,366 | 61,683 | 62,675 |
| Kansas | 44,368 | 44,209 | 46,374 | 48,221 | 49,366 |
| Kentucky | 107,477 | 108,667 | 115,451 | 105,447 | 107,971 |
| Louisiana | 88,415 | 84,438 | 91,668 | 98,777 | 102,533 |
| Maine | 16,808 | 16,927 | 17,936 | 18,212 | 18,898 |
| Dept. of Human Services | 16,710 | 16,847 | 17,851 | 18,125 | 18,860 |
| Pleasant Point | 39 | 35 | 38 | 40 | 38 |
| Indian Township | 59 | 46 | 47 | 46 | -- |
| Maryland | 119,658 | 118,783 | 122,099 | 121,185 | 122,574 |
| Massachusetts | 111,299 | 115,589 | 123,522 | 123,147 | 122,152 |
| Michigan | 207,317 | 200,223 | 205,875 | 188,956 | 186,543 |
| Minnesota | 98,467 | 99,741 | 106,144 | 101,301 | 102,436 |
| Mississippi | 72,826 | 67,166 | 64,689 | 60,626 | 61,651 |
| State Board of Health | 72,110 | 66,395 | 63,944 | 59,942 | 60,939 |
| Choctaw Indians | 716 | 771 | 745 | 684 | 711 |
| Missouri | 87,459 | 83,666 | 89,547 | 93,629 | 96,408 |
| Montana | 14,186 | 13,825 | 13,966 | 13,653 | 13,414 |
| Nebraska | 35,063 | 35,576 | 36,356 | 36,491 | 37,336 |
| Dept. of Health | 34,725 | 35,243 | 35,952 | 36,093 | 36,931 |
| Omaha Sioux | 186 | 197 | 237 | 227 | 224 |
| Winnebago Tribe | 106 | 99 | 125 | 116 | 118 |
| Santee Sioux | 46 | 38 | 41 | 56 | 63 |
| Nevada | 56,971 | 52,574 | 52,830 | 55,403 | 55,859 |
| Division of Health | 56,195 | 51,973 | 52,312 | 54,999 | 55,408 |
| Inter-Tribal Council | 776 | 601 | 518 | 404 | 451 |
| New Hampshire | 13,925 | 13,641 | 13,373 | 12,481 | 12,204 |
| New Jersey | 141,741 | 146,668 | 162,462 | 162,300 | 164,368 |
| New Mexico | 35,996 | 34,497 | 38,257 | 40,797 | 45,705 |
| Dept. of Health | 33,507 | 32,169 | 35,848 | 38,262 | 43,215 |
| Eight Northern Pueblos | 189 | 189 | 252 | 280 | 292 |
| Isleta Pueblo | 1,034 | 945 | 981 | 1,021 | 941 |
| Zuni Pueblo | 518 | 457 | 419 | 437 | 463 |
| Five Sandoval Pueblos | 167 | 143 | 150 | 147 | 163 |
| Santo Domingo Tribe | 144 | 122 | 125 | 122 | 134 |
| San Felipe Pueblo | 139 | 170 | 203 | 228 | 214 |
| Acoma, Canoncito & Laguna | 299 | 301 | 279 | 300 | 283 |
| New York | 368,266 | 387,415 | 416,219 | 437,619 | 455,684 |
| North Carolina | 254,120 | 258,767 | 261,150 | 238,100 | 259,420 |
| Dept. of Health | 253,465 | 258,158 | 260,659 | 237,656 | 258,959 |
| Eastern Cherokee | 655 | 608 | 491 | 444 | 462 |
| North Dakota | 10,363 | 10,218 | 10,423 | 10,338 | 10,480 |
| Dept. of Health | 9,890 | 9,848 | 10,093 | 9,991 | 10,169 |
| Standing Rock Sioux Tribe | 294 | 251 | 241 | 255 | 220 |
| Three Affiliated Tribes | 179 | 119 | 88 | 92 | 91 |
| Ohio | 164,327 | 160,145 | 174,372 | 178,839 | 180,722 |
| Oklahoma | 88,643 | 90,137 | 97,148 | 99,753 | 100,419 |
| Dept. of Health | 62,456 | 63,731 | 69,723 | 72,417 | 74,371 |
| Choctaw Nation | 5,533 | 5,440 | 5,534 | 5,153 | 4,879 |
| Chickasaw Nation | 3,475 | 3,596 | 3,671 | 3,869 | 3,788 |
| Muscogee Creek Nation | 2,238 | 2,273 | 2,412 | 2,262 | 2,201 |
| Cherokee Nation | 5,024 | 4,938 | 5,478 | 6,333 | 5,982 |
| Citizen Potawatomi Nation | 1,450 | 1,411 | 1,401 | 1,375 | 1,265 |
| Osage Tribal Council | 3,696 | 3,930 | 3,886 | 3,504 | 3,004 |
| Otoe-Missouria Tribe | 261 | 233 | 243 | 313 | 381 |
| Inter-Tribal Council | 584 | 566 | 558 | 589 | 619 |
| Wichita, Caddo & Delaware (WCD) | 3,926 | 4,018 | 4,243 | 3,939 | 3,930 |
| Oregon | 75,802 | 74,184 | 77,102 | 77,942 | 81,399 |
| Pennsylvania | 167,969 | 158,228 | 170,254 | 182,385 | 183,845 |
| Puerto Rico | 99,043 | 91,961 | 84,979 | 87,747 | 87,035 |
| Rhode Island | 16,536 | 16,189 | 17,235 | 17,987 | 18,222 |
| South Carolina | 86,859 | 86,233 | 92,799 | 99,395 | 98,390 |
| South Dakota | 15,896 | 15,067 | 15,241 | 14,783 | 15,080 |
| Dept. of Health | 14,474 | 13,728 | 13,829 | 13,526 | 13,841 |
| Cheyenne River Sioux | 517 | 484 | 524 | 480 | 448 |
| Rosebud Sioux | 905 | 855 | 888 | 777 | 791 |
| Tennessee | 112,207 | 114,799 | 127,924 | 138,089 | 156,963 |
| Texas | 668,613 | 698,986 | 762,817 | 783,508 | 801,707 |
| Utah | 37,290 | 37,457 | 40,731 | 46,434 | 48,953 |
| Vermont | 11,413 | 11,199 | 10,928 | 10,315 | 10,380 |
| Virginia | 120,826 | 121,132 | 123,107 | 106,992 | 104,762 |
| Virgin Islands | 2,844 | 2,633 | 2,550 | 2,533 | 2,483 |
| Washington | 122,941 | 121,676 | 127,847 | 134,631 | 141,378 |
| West Virginia | 32,949 | 33,972 | 37,048 | 35,971 | 35,460 |
| Wisconsin | 86,032 | 84,350 | 89,411 | 92,268 | 94,734 |
| Wyoming | 7,136 | 6,975 | 7,571 | 7,785 | 8,208 |
| Dept. of Health | 6,896 | 6,723 | 7,296 | 7,498 | 7,907 |
| Northern Arapahoe | 135 | 160 | 201 | 206 | 208 |
| Shoshone Tribe | 105 | 93 | 74 | 81 | 93 |
| Northern Marianas | 3,056 | 2,796 | 2,652 | 2,658 | 2,591 |
| **TOTAL** | **6,243,959** | **6,260,190** | **6,575,977** | **6,704,329** | **6,867,417** |

WIC is the common abbreviation for Special Supplemental Nutrition Program for Women, Infants and Children. Participation data are 12-month averages. The sum of the substates may not add to the state total due to rounding.

**Data are subject to revision.**