Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF SAMUEL B. MOKI** |

Declaration of Samuel B. Moki, No. 3:25-cv-03698-SI

**DECLARATION OF SAMUEL B. MOKI**

I, Samuel B. Moki, declare the following:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration as a result of information provided to me in the performance of my job duties and am otherwise competent to testify to the matters in this declaration.

2. I serve as the Director of the Prince George's County Department of the Environment. As Director of the Department of the Environment, I work as the senior official responsible for managing the County's compliance with state and federal environmental laws. My duties as DOE Director include supervising the County's Clean Water, Stormwater Management and Waste Management Programs.

3. I have worked for the Prince George's County Department of the Environment for over eight years. I served as the Special Assistant to the Director of the Department of the Environment from 2006 – 2007 and as the Associate Director of the Environmental and Sustainability Services Division from 2007 to 2013. I later worked as the Department of the Environment's Grants Manager from 2013 to 2014. I was appointed as Acting Director of the Department of the Environment on June 26, 2025 and was confirmed for the Director position by the County Council on October 21, 2025. I have worked and stayed current in the environmental management field for approximately twenty years.

4. I am generally aware that the U.S. Department of Agriculture (USDA) announced its intention to permanently close the USDA Beltsville Agricultural Research Center (BARC) by September 30, 2026. BARC is located within Prince George's County in the census-designated area of Beltsville, Maryland. I understand that the permanent closure of BARC will likely result in adverse environmental consequences for the County. The County will likely be responsible for increased environmental costs associated with BARC's closure should BARC reduce its level of effort or staffing to meet its current environmental obligations at the site.

1

**Adverse Environmental Impacts**

5.      BARC's closure would likely require Prince George's County to incur increased costs associated with protecting the environment on County owned lands that border the BARC campus.

6.      BARC was designated as a Superfund site under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).  Since May 31, 1994, BARC has been listed on the U.S. Environmental Protection Agency's National Priorities List. Sites listed on the National Priorities List require long-term remedial corrective actions to permanently and significantly reduce the dangers associated with releases or threats of releases of hazardous substances that are serious, but not immediately life threatening. In 1998, the USDA Agricultural Research Service entered into a Federal Facility Agreement with the Environmental Protection Agency, which governs CERCLA response at BARC.

7.      Based on publicly available information released by USDA, BARC has several ongoing Superfund cleanup activities that are currently being implemented by the Agricultural Research Service. The remedial actions were implemented at BARC to address risks to humans, plants and wildlife posed by contaminants in soil and groundwater and to prevent migration and further exposure  to the environment.

8.      The USDA has not stated whether it will honor its environmental obligations at BARC after the site is closed.  The USDA's press release states that BARC will be "decommissioned," but provides no specifics about what decommissioning means, what stages or processes might be involved, when the decommissioning will be complete, or who or what will remain at the site during or after decommissioning. CERCLA requires long-term remedial corrective actions that require some level of staffing onsite. As USDA has not stated what its plans are for BARC once the site is decommissioned, there is reason for concern over whether USDA will continue the necessary environmental remediation. Without both  commitment and staffing from USDA, Prince George's County would be required to take action to prevent the

spread of hazardous substances on the BARC site that affect soil and water quality from spreading to neighboring County-owned properties.

9. As one example, the permanent closure of BARC would likely require Prince George's County to dedicate additional funds to compensate for the loss of BARC's wetland remediation efforts at Indian Creek. Indian Creek, a major tributary of the Anacostia River, runs through the BARC campus and connects with neighboring lands owned by Prince George's County. USDA employs several strategies to protect the Indian Creek waterway and its tributaries, including the use of vegetative buffer zones, sustainable farming practices and dedicated environmental teams who advise BARC leadership on the sustainable management of BARC creeks.

10. Prince George's County currently maintains the portions of Indian Creek that flow through County-owned property. The costs of wetland restoration and maintenance are significant. In Fiscal Year 2025, for example, the Department of the Environment adopted a budget of $24,153,500 for the Local Watershed Protection & Restoration Fund. This Fund is specifically dedicated to waterway maintenance, stormwater remediation, and meeting the County's federal and state environmental mandates. A portion of Local Watershed Protection & Restoration Funds go toward efforts to maintain Indian Creek.

11. The Department of the Environment does not have the funds necessary to maintain the portions of Indian Creek that flow through County-owned property *and* take over USDA's cleanup and remediation responsibilities. The absence of USDA staff at BARC would likely require the County's Department of the Environment to take on those additional responsibilities. To avoid serious environmental consequences on its land, Prince George's County would be forced to expend additional resources and incur additional costs.

12. As no environmental plan has been announced for maintaining the BARC campus after decommissioning, the County reasonably believes that it may be responsible for the environmental protection obligations currently fulfilled by USDA.

3

13.     Similarly, USDA has not made any commitment to the County that, once BARC is decommissioned, it will staff BARC with the personnel necessary to manage stormwater runoff from the campus. The BARC campus has been operating under its own federal National Pollutant Discharge Elimination System (NPDES) permit for many decades.  The stormwater runoff leaving BARC has created significant erosion impacts on the County's downstream tributaries. USDA has been operating the campus with minimum on-site stormwater management controls which have been insufficient to prevent downstream erosion.  The adverse effects of erosion on the County's downstream tributaries would likely worsen with the absence of or a reduction in BARC's stormwater management personnel. Runoff and soil erosion may also become a more serious problem if grounds that were once stabilized by planted crops and maintained by BARC staff become empty patches of soil.

14.     The permanent closure of BARC would likely have significant, adverse environmental impacts on the County.  Neither USDA nor the Agricultural Research Service has provided any reassurance that its required Superfund remediations and stormwater management will continue once BARC is decommissioned.  If BARC or USDA staff do not remain at the site to adequately perform these activities, Prince George's County would likely be forced to incur unexpected and significant costs to avoid environmental harm to the County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 1, 2026 in Largo, Maryland.

_____

SAMUEL B. MOKI, Ph.D.

4