Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DR. ERICKA BROWN** |

Declaration of Dr. Ericka Brown, No. 3:25-cv-03698-SI

## DECLARATION OF DR. ERICKA BROWN

I, Ericka Brown, declare as follows:

1.    I have knowledge of the facts set forth in this declaration as a result of information provided to me in the performance of my job duties and, if called as a witness, could and would testify competently to the matters set forth below.

2.    I serve as the Director of the Community Health and Wellness Division of Harris County Public Health, which oversees the implementation of the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) in all areas of Harris County outside of Houston, Texas. I have served in this role since 2021.

### Harris County, Texas

3.    With a population of over 5 million residents, and continuing to demonstrate year-over-year population growth,[1] Harris County is the most populous county in Texas and along the Gulf Coast, as well as the third most populous county in the nation.

4.    Harris County is the petrochemical capital of the nation and many industrial refining and chemical companies operate along the Houston Ship Channel.[2] These facilities emit toxic air pollution, which has been shown to cause negative health impacts including respiratory issues and increased incidence of cancer.[3]

5.    The State of Texas ranks 40th in an assessment of state-by-state health.[4] According to a 2024 Community Health Assessment, Harris County has more health problems compared to state-wide medians and scores significantly worse on nine community health indicators, including: sexually transmitted infections (STIs); maternal, fetal and infant health; immunizations and infectious diseases; and children's health.[5] One in four residents of Harris County do not have health insurance.[6] Approximately 25 percent of children under the age of

---

[1] *Quick Facts: Harris County, Texas*, U.S. CENSUS BUREAU, https://perma.cc/32JS-9ZE6.
[2] *Petroleum Refining & Chemical Products*, TEX. ECON. DEV. & TOURISM OFFICE, https://perma.cc/3TXX-47JB.
[3] *Health Impacts of Air Pollution in Harris County, TX*, HARRIS CNTY. PUB. HEALTH, https://perma.cc/M39F-2HKK.
[4] *2024 State Summaries, America's Health Rankings*, UNITEDHEALTH FOUND., at 40, https://perma.cc/2NHS-6Q2R.
[5] OFFICE OF PLANNING & INNOVATION, COMMUNITY HEALTH ASSESSMENT, HARRIS CNTY. PUB. HEALTH 31 (2024), https://perma.cc/8CXV-CV7P.
[6] *Id.*

five in Harris County are living in poverty.[7]

### WIC in Harris County

6.      WIC is a federally funded public health nutrition program administered through the Texas Department of State Health Services. The program is exceptional among federally administered programs in that it provides support to a specific population: pregnant women or women who are breastfeeding or have recently had a baby, infants, and children up to the age of five. WIC helps Harris County meet the needs of this particularly vulnerable population.

7.      WIC is the second-largest federal grant that Harris County Public Health receives The program is administered by the Texas Health and Human Services Commission (HHSC) which receive funding allocations from the U.S. Department of Agriculture (USDA). In unincorporated Harris County, WIC serves between 47,000 and 48,000 individual women, infants and children. (The City of Houston, located within Harris County, separately provides WIC services to its residents.) Most WIC beneficiaries are infants and children: In May of this year, approximately 37,000 of the total clients served were infants and children enrolled in WIC in unincorporated Harris County.

8.      Between December 1, 2025 and June 1, 2026, Harris County Public Health conducted over 300,000 contacts with clients at its eleven clinics in unincorporated Harris County.  These contacts included basic health and diet screening, nutrition education, lactation consultation, case management, benefits dispersal (infant formula, etc.), and referrals to other social services programs such as SNAP and Medicaid.

9.      WIC provides the funding to pay 112 specially trained and certified (or otherwise licensed) individuals who work at Harris County Public Health's eleven clinics.

### Impact of Delayed, Interrupted, or Otherwise Disrupted WIC Funding and Benefits

10.      Unlike other programs that rely on a mix of federal, state, and county funds, WIC in Harris County is entirely grant-funded, with no additional funding sources providing support

---

[7] *Poverty and Economic Mobility in Houston*, UNDERSTANDING HOUSTON, https://perma.cc/DN6K-FRFG.

for facilities and operations. The County, and the women and children served under this program, depend on timely dispersal of grant funds to provide dependable services and benefits. Nonprofit organizations such as food banks, faith-based organizations, and independent community centers cannot fill the gap that would result if WIC funding were disrupted. Even a temporary disruption makes an impact. WIC benefits are the difference between a child receiving infant formula today and no infant formula tomorrow.

11. Harris County Public Health's WIC grant is awarded on a yearly basis beginning October 1. The balance of the grant funding is tied to the number of clients served and the services and benefits provided over the course of the year. In this fiscal year, the total grant amount available for WIC is $10,708,701. As of May 31, Harris County Public Health has already utilized $6,476,369.

12. If grant money is delayed, Harris County Public Health must turn to the governing body of Harris County, the Commissioners Court, which has the power to temporarily transfer funds to the program from the County's general fund to avoid staff furloughs and to maintain continuity of services. Once grant funds are released, the program is placed back under the Harris County Public Health grant. This transfer involves considerable operational and administrative stress; it also reduces available funds for the entire County. Vitals programs such as Flood Control, Emergency Preparedness and Mosquito Vector Control must operate with less general funding throughout this process.

13. The Commissioners Court has in the past been willing to allow this arrangement for various grant programs. However, Harris County is currently in a budget deficit, and WIC has the second-largest footprint of any grant program operated by Harris County Public Health. It is therefore uncertain that the County will have the necessary funds to temporarily float the WIC program in the event of future grant funding delays. No other local organization—not even the Houston Food Bank, the largest non-profit food distributor in Harris County—has the capacity to absorb this demand.

DECLARATION OF DR. ERICKA BROWN

14.    Harris County Public Health has experienced disruptions to other federal programs in the past when federal agencies have undergone a staffing reduction or reorganization and new employees have replaced more experienced employees. There is a steep learning curve for new project coordinators and financial administrators. In the experience of Harris County Public Health, federal staff reductions and turnovers have resulted in funding delays, grant renewal and amendment delays, programmatic delays due to lack of guidance on eligibility questions or overdue programmatic approvals, inefficiencies, technical problems, and widespread confusion. The County is deeply concerned that similar issues will result from the reorganization of WIC, and that those issues will jeopardize the County's budget stability and its ability to provide critical services for its most vulnerable residents.

15.    Residents of Harris County are facing increased economic pressures. Living expenses like groceries, rent, electricity, gasoline, insurance, clothing, etc. are not decreasing. Local food banks have also experienced drastic funding cuts, and changes to SNAP eligibility and work requirements have made SNAP benefits more difficult to obtain. The cancellation of SNAP-Ed, which provided nutrition education services, has also made it more difficult for families to access nutrition education. Fewer local schools are offering school-wide free breakfast and lunch programs, requiring families to complete burdensome administrative processes to qualify for free or reduced meals. Households that experience delays or disruptions in WIC benefits may have to choose between buying food for their children and paying rent, paying utility bills, and commuting to work. WIC is a critical lifeline for Harris County residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June _29th_, 2026 at Houston, Texas

4
DECLARATION OF DR. ERICKA BROWN

Ericka Brown

ERICKA BROWN

DECLARATION OF DR. ERICKA BROWN