David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY
FOR THE CITY AND COUNTY OF
SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **SUPPLEMENTAL DECLARATION OF SAN FRANCISCO FIRE CHIEF DEAN CRISPEN** |

**SUPPLEMENTAL DECLARATION OF FIRE CHIEF DEAN CRISPEN**

I, Dean Crispen, declare as follows:

1. I am the Chief of the San Francisco Fire Department ("SFFD") and submit this declaration to supplement the declaration that I signed on April 29, 2025, following the announced changes at the United States Department of Agriculture and specifically the changes at the Forest Service. ECF 37-49. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. I understand that several Forest Service research offices are being evaluated for closing, including offices in Anderson, Chico, Mt. Shasta, Hat Creek, Fresno, and Fort Bragg in California, along with the repurposing of the Forest Service regional headquarters in Vallejo, California, as a national training center. I further understand that this could lead to the attrition of Forest Service employees involved in high level command and management for wildfires in California, including Forest Service employees who are "Red Card" certified, meaning they are qualified for work in wildland fire incidents. If the Forest Service reorganization has these effects, that would likely increase San Francisco's mutual aid obligations and costs by diminishing the ability of the Forest Service to marshal resources for firefighting. The mechanism by which San Francisco's mutual aid obligations and costs would increase even if fires are not located in San Francisco is described in my previous declaration.

3. I also understand that the closing of Forest Service regional offices may cause staff attrition that in turn is expected to diminish fire prevention efforts by the Forest Service, including the frequency and sufficiency of prescribed burns, which are controlled fires utilized to reduce hazardous fuels to protect against extreme fires. If the sufficiency of fire prevention efforts by the Forest Service are undermined by the changes made to the Forest Service, this will likely increase San Francisco's mutual aid obligations and costs to fight the more severe fires we would expect with the weakened fire prevention efforts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed June 30, 2026 at San Francisco, California.

Dean Crispen