Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF FAITH LEACH** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., Defendants. | |

Declaration of Faith Leach, No. 3:25-cv-03698-SI

**DECLARATION OF FAITH LEACH**

I, Faith Leach, declare as follows:

1. I have knowledge of the facts set forth in this declaration as a result of information provided to me in the performance of my job duties and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Chief Administrative Officer of the City of Baltimore (the City). I have served in this role since March 2023.

3. In my role, I manage the day-to-day government operations across the entire City enterprise, ensuring the effective, efficient, and equitable delivery of City services.

4. The Mayor and City Council of Baltimore, the City's corporate identity, is a municipal corporation organized pursuant to Articles XI and XI-A of the Maryland Constitution and is entrusted with all the powers of local self-government and home rule afforded by those articles. Baltimore is the largest city in Maryland and the thirtieth largest city in the United States.

5. The City of Baltimore relies on several of the services provided by the United States Department of Agriculture (USDA) and its component offices to fight chronic food insecurity, manage environmental challenges in the urban context, and otherwise promote the health and well-being of Baltimore residents. Any disruptions to the delivery of those services would have real-world impacts on the City and our residents. The City likely could not redress these impacts with City resources alone.

6. While some USDA services relied upon by the City are administered through relevant state-level agencies—most notably the Maryland Department of Human Services, which administers the USDA-funded Supplemental Nutrition Assistance Program (SNAP)—multiple City agencies partner directly with USDA to deliver critical services to Baltimore residents. These agencies are listed below.

7.     The City's Health Department is the oldest continuously operating health department in the United States and has wide-ranging responsibilities for providing health services to City residents, including maternal and child health services.

8.     The City's Department of Planning guides the physical development of the City and aims to build Baltimore as a diverse, sustainable, and thriving city of neighborhoods, with a strong local economy and culture. Through its Food Policy and Planning Division, the Department of Planning aims to build an equitable and resilient urban food system by addressing health, economic, and environmental disparities in areas that have high food insecurity.

9.     The City's Department of Housing and Community Development works to ensure that current and future Baltimore residents live in safe and decent housing in thriving, inclusive, and equitable neighborhoods. The Department of Housing and Community Development provides a range of services to strengthen the community by supporting Baltimore families who may be facing difficult circumstances.

10.    The City's Department of Recreation and Parks works to ensure that the City of Baltimore protects nature, gives people a place to enjoy the outdoors, promotes open spaces, teaches people how to take care of the environment, and helps people live healthier lives.

### The City's Reliance on USDA's Food and Nutrition Administration

11.    Baltimore is a majority-minority city with a poverty rate of approximately 20 percent, over double the poverty rate of Maryland (about 9.5 percent) and almost twice the national average (12.5 percent). Our population includes high percentages of children, seniors, and people with disabilities. These groups are particularly vulnerable to food insecurity and economic instability.

12.    According to data from the Maryland Department of Human Services, in August 2024, Baltimore had 144,954 SNAP participants. SNAP in Baltimore is funded through USDA's Food and Nutrition Administration (FNA) and administered by the Maryland Department of Human Services.

DECLARATION OF FAITH LEACH

13.     For many Baltimore households, SNAP benefits constitute the primary or sole means by which they can afford to purchase food. These benefits are typically loaded onto Electronic Benefits Transfer (EBT) cards at the beginning of each month, and families plan their food budgets around the availability of these benefits.

14.     The Department of Planning's Food Policy and Planning Division has also partnered with FNA to innovate within the confines of the SNAP program, through the development of the B'more Fresh program and Farmers' Market Nutrition Incentives.

15.     Because of the persistence of food deserts in Baltimore—areas where residents lack access to affordable, fresh, and nutritious food, typically because of the physical absence of grocery stores and supermarkets—the Department of Planning had long advocated for the creation of online marketplaces so that beneficiaries could use their SNAP benefits to purchase healthy food for delivery. The Food Policy and Planning Division has partnered with FNA to create B'more Fresh, a program that allows SNAP beneficiaries to purchase food through online marketplaces and offers thirty-dollar produce vouchers each month to beneficiaries who make SNAP-eligible online purchases from participating grocers. B'more Fresh enables SNAP beneficiaries to purchase healthy food that might otherwise be inaccessible, especially for residents who have mobility difficulties or lack reliable transportation.

16.     B'more Fresh relies extensively on USDA staff to authorize participants, certify marketplaces, and meet other strict technical requirements. Disruptions to staff availability is likely to impact beneficiaries, as the B'More Fresh program cannot legally operate or be modified without advance FNA staff approval. That approval requirement extends to every modification to the program, no matter how seemingly slight. For example, when the Food Policy and Planning Division identified that beneficiaries' inability to use SNAP funds to cover delivery fees created real barriers to accessing food, it needed FNA's approval to adjust the program so that such fees could be paid through federal funds. The Food Policy and Planning Division worked hand-in-hand with FNA staff in Washington, D.C. to tackle this concern and get the approval required by law to authorize them to cover delivery fees for a SNAP Program. If the

Food Policy and Planning Division were to lose the partnership of FNA staff, or if FNA staff were not available to provide timely assistance and responses to the Division, the City would be unable to address these kinds of day-to-day problems of administering B'More Fresh. This constant and ongoing partnership with FNA is critical to the success of B'More Fresh, which served more than 24,000 households in 2025.

17. The Department of Planning also works with FNA in the administration of the Farmers' Market Nutrition Programs, innovative federal programs that work in addition to the statewide Maryland Market Money Program to promote healthy nutrition practices and support local and regional farmers. The Senior Farmers' Market Nutrition Program awards grants to provide low-income seniors with coupons that can be exchanged for eligible produce; the WIC Farmers' Market Nutrition Program issues coupons to eligible WIC beneficiaries for the purchase of additional food. As with B'more Fresh, the City's Department of Planning relies heavily on FNA staff to authorize and certify seller-side participation in both Farmers' Market Nutrition Programs, which are requests that the Department makes annually. The Maryland Market Money program further incentivizes the purchase of locally and regionally grown produce by doubling the purchase power of SNAP and WIC benefits, matching up to twenty dollars per day of federal benefits for purchases at participating farmers' markets. The Maryland Market Money Program is administered through the ongoing collaboration between FNA and the state. Should that collaboration be disrupted by staffing changes at FNA, there will be downstream impacts on the more than 16,000 Baltimore residents who rely on SNAP and WIC benefits to enable participation in the Maryland Market Money program each year. Staffing disruptions and administrative delays threaten the ability of thousands of Baltimore residents to purchase nutritionally adequate food for themselves and their families.

18. For its part, the Department of Housing and Community Development relies on funding from FNA to administer the City's longstanding Summer Food Service Program. For more than fifty years, the City's Summer Food Service Program has provided free, nutritious breakfasts and lunches for children in low-income areas to help them stay strong, play, and grow

all summer long while they are not in school. In 2025, the Summer Food Service Program served 527,173 meals at more than 230 locations across the City, which was a marked increase from 468,796 meals in the summer of 2024. If FNA funds were unavailable for the Summer Food Service Program or not timely delivered, the City would have to scramble to fill the funding gap and would likely be forced to reduce the number of meals provided to children who might otherwise not receive regular nutritious meals during the summer months.

19.    The Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) is a federally funded nutrition program for pregnant women and children that subsidizes the purchase of specific healthy foods. As with SNAP, WIC is administered by FNA. The City's Health Department runs WIC clinics with this funding, providing not only eWIC cards for the purchase of healthy foods, but also nutrition education and counseling; health screens for pregnant women, infants, and children; breastfeeding assistance by lactation specialists; and referrals to other health and social agencies. (Johns Hopkins University runs other WIC clinics in the City.) In 2025, a total of 27,300 Baltimore residents received WIC funds, with 15,600 of those individuals served through the clinics run by the City's Health Department.  If WIC program administration is diminished or funding is delayed or disrupted due to unavailability of FNA staff, the clinics would not be able to provide those services to residents, or would have to subsidize them with City funds.

20.    These federally funded and managed nutrition programs are critical to preventing hunger and supporting food security among the City's residents. They also generate more than $48 million per month in economic impact for Baltimore, as FNA benefits spent on food generate demand at grocery stores and small food retailers. Thus, federal nutrition benefits are also critical to sustain Baltimore's local economy .

21.    The City would expect to experience a dramatic increase in demand for City services and programs as a result of disruptions to the FNA programs and services listed above.

22.    Baltimore residents who cannot rely on their primary means of purchasing food may turn to City resources, local food pantries (many of which receive City funding or operate in

City facilities), and other emergency assistance programs. In addition, City personnel will be required to divert time and resources from their normal duties to assist affected households and to develop plans for addressing the need for services created by any disruptions to that program.

23.     Disruption to federal programs designed to fight hunger undermines the City's ability to meet our legal and moral obligations to safeguard the welfare of our residents. These diversions of staff time and financial resources impair the City's ability to carry out regular municipal functions and thus frustrate Baltimore's mission to serve and support our residents.

24.     Many of the City's residents live paycheck-to-paycheck with no savings or financial cushion. They depend on the timely and predictable issuance of FNA-organized benefits to feed themselves and their families. If the planned USDA restructuring causes employee attrition to the extent anticipated by Plaintiffs, in-need Baltimore residents will disproportionately bear the burden of the inevitable disruptions to FNA's services.

### The City's Reliance on U.S. Forest Service

25.     Baltimore City has nearly 6,000 acres of parkland—including more than 2,300 acres of dedicated natural and forest areas—with 260 public parks and eleven city farms. In 1998, recognizing the extent of Baltimore's urban forest environment, the United States Forest Service opened one of its Urban Field Stations in Baltimore. For nearly thirty years, the City (and the Department of Recreation and Parks in particular) has worked with and relied on the Baltimore Urban Field Station to promote important urban forestry and ecology work in the City.

26.     In 2012, Baltimore partnered with scientists and policymakers at the USFS Baltimore Urban Field Station to find sustainable ways to dispose of housing material generated from the demolition of 4,000 row houses. Instead of dumping all the material into landfills, the City's partnership with the Baltimore Urban Field Station allowed it to engage in projects that would both stimulate the City's economy and promote sustainability. This effort is a good example of the problem-solving that is possible when the City works with its partners in USFS.

27.     The Department of Recreation and Parks operates Camp Small, a sorting and recycling facility built with operational research support from USFS scientists based in the

DECLARATION OF FAITH LEACH

Baltimore Urban Field Station. Camp Small utilizes onsite processing equipment to transform 9,000 tons of tree debris collected annually from city-owned streets and parks into lumber, firewood, furniture, and other wood products. These goods then become available for purchase both within and outside the Baltimore community. Camp Small generates green business activity for the Baltimore economy. The USFS Field Station was critical to the establishment of Camp Small, and USFS continues to connect the City to other localities conducting similar operations to exchange best practices and other helpful information and data, as well as generate research studies—such as a recent study on biochar that impacts how the City utilizes wood that is too small to be used for timber—that assist the City in optimizing its use of Camp Small.

28.    The Department of Recreation and Parks also works in conjunction with the USFS to run the Urban Wood Academy: a multi-day, interactive, experiential workshop that convenes practitioners to share best practices and lessons learned for urban wood revitalization. Urban wood revitalization turns discarded wood from housing demolition and tree maintenance—wood that would otherwise go to landfills—into new products that generate revenue and sustainable job opportunities.

29.    The Department of Recreation and Parks has endeavored to increase the City's tree canopy through its program TreeBaltimore, which relies heavily on the tree canopy data continuously collected and updated by USFS. The tree canopy refers to the part of a city that is shaded by trees. Tree canopies provide numerous environment benefits to cities, acting as natural air purifiers and assisting in water management by absorbing rainwater and preventing soil erosion. Natural shade from tree canopies also reduces the urban heat island effect, driving down air pollution, energy costs, and public health risks associated with high heat. American Forests, the nation's oldest nonprofit citizens' conservation organization, recommends a 40 percent tree canopy for healthy cities. USFS measured Baltimore's existing tree canopy at 27.4 percent.

30.    To achieve the environmental benefits listed above, Baltimore relies on USFS data to track and report progress toward Baltimore's goal of 40 percent coverage. USFS scientists have and continue to provide critical Baltimore-based research and evidence that

inform the Department of Recreation and Parks policies and programs around tree protection, planting, health, and resilience. These publications also inform and connect the Department of Recreation and Parks to urban forestry programs globally, which facilitate partnerships and knowledge-sharing that contribute to the effectiveness of our operations. Without this USFS research from the Baltimore Urban Field Station, which Baltimore cannot replace, Baltimore's program to increase its tree canopy will be significantly less effective.

31.     The Department of Recreation and Parks also works in conjunction with the USFS to run the Urban Silviculture Program, which educates the next generation of urban forestry professionals. (Silviculture is the science of controlling the establishment, growth, and health of forests and woodlands.) USFS scientists developed and now support the program, training young professionals in urban ecology, field assessment and monitoring, invasive plant control, and other topics. Program graduates have been hired by TreeBaltimore partner organizations.

32.     The Native Oak Tree Regeneration Study, with research plots at Cylburn Arboretum and Gwynns Falls Leakin Park, is a collaborative effort led by USFS. This study will provide Baltimore with long-term data on how its urban forests can successfully regenerate native oak populations despite pressures from invasive species, deer browsing, and other urban environmental stressors, helping to guide future forest management and investment decisions. USFS's scientific expertise and commitment to long-term monitoring make it possible to develop evidence-based strategies that Baltimore can use to sustain healthy urban forests for future generations. Without USFS's presence and leadership, this project would likely not continue. This long-term research into the native oak populations is location-specific and cannot easily be relocated to other parts of the country.

33.     And, without USFS, the City would not be able to take advantage of any future studies addressing problems that USFS is uniquely positioned to tackle. By way of example, the Recreation and Parks Department learned what it knows about Beech Leaf disease (a condition affecting and killing beech trees, which constitute a significant percentage of the under-and over-

story trees of Baltimore City's largest forests) only through USFS's research efforts tracking the spread of that disease through the Northeastern United States. Only a public-service organization with a nationwide reach like USFS would have both the incentives and the resources to track and study those types of conservation challenges. When regional threats emerge, the USFS (and the USDA more broadly) is the lead agency developing standard monitoring protocols that can be applied at a regional scale, whereas states or local jurisdictions are otherwise working to respond with siloed, limited data.

34.     Climate and ecological research produced by USFS is critical to the Department of Recreation and Park's urban environmental knowledge base. A critical resource that USFS manages is the Climate Change Atlas, which is published by the Northern Research Station, and which informs current and potential future habitat, capability and migration of various tree species. This resource was used by the Department this past year to update the approved tree planting list for the City. Continual monitoring and adjustments of climate readiness for various species helps the City plan decades ahead for ensuring current investments in tree planting and maintenance will be sustained over time.

35.     USFS partners with the Department of Recreation and Parks to run a federally funded job training program in urban silviculture at Stillmeadow Peace Park. The Peace Park consists of ten acres of forest land and streams surrounded by an urban environment. The area provides a habitat for wildlife and a venue for USFS researchers and community members to study urban reforestation, soil resilience, disease resistance, planting cycles, and groundcover materials. USFS researchers from the Baltimore Urban Field Station partner with local organizations to deliver professional skill building in innovative forest restoration techniques to Baltimore youth at the Peace Park.

36.     Baltimore Greenspace is a community-centered conservation land trust that preserves community gardens, parks, forests, and farms and educates community members about forest ecology. Baltimore Greenspace partners with USFS scientists at the Baltimore Urban Field

DECLARATION OF FAITH LEACH

Station to work with Baltimore neighborhoods that care about local forest patches and want to learn skills and identify resources to care for those patches.

37. Should the planned reorganization of USDA lead to the predicted widespread attrition of USDA staff, disruptions to the services provided by USFS staff will undermine the gains that Baltimore has made in recent years in improving our urban environment, along with all the downstream benefits that follow: healthier and more resilient communities.

38. If the USFS Baltimore Urban Field Station were to be shuttered and its staff relocated, the City would likely be unable to replace the knowledge, skill, community relationships, research and data collection, teaching capacity, funding, and other goods and services that USFS provides to the City of Baltimore and our residents.

**The City's Reliance on Other USDA Components**

39. The Department of Planning also relies on the Office of Urban Agriculture and Innovative Production and the Beltsville Agricultural Research Center (which is part of the USDA Agricultural Research Service) for their publication of best practices in multiple areas, such as city planning topics that address food availability and enhancing regenerative agriculture (the process of restoring degraded soils using certain sustainable management practices) in City-owned land that could become suitable for farming.

40. The USDA's Food Access Research Atlas, a project of the Economic Research Service, is an essential resource that the Department of Planning uses to improve the City's approach to food access and distribution for all Baltimore residents.

\* \* \*

41. As a municipality, the City provides essential services and programs to support our residents, including public safety, public health, education, recreation, and various social services designed to help individuals and families achieve stability and self-sufficiency. The City operates and funds homeless services, public health programs, services for children and families, violence reduction plans, and many more initiatives that serve tens of thousands of Baltimore

DECLARATION OF FAITH LEACH

City residents each year. It also operates and funds programs and partnerships aimed at improving the health and well-being of the greater community.

42.    The City's ability to provide these services depends on careful planning and allocation of limited municipal resources. Baltimore operates with a constrained budget, and any significant increase in demand for City services or need to divert resources to address unexpected funding shortfalls creates substantial strain on our operations and impairs our ability to serve our residents effectively, particularly amidst other federal funding cuts.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 29, 2026 at BALTIMORE CITY, MARYLAND.

_____
Faith Leach

11
DECLARATION OF FAITH LEACH