Christopher Sanders (*pro hac vice*)
General Counsel to King County Executive &
Special Deputy Prosecutor
Erin King-Clancy (SBN: 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

*Attorneys for Plaintiff,*
*Martin Luther King, Jr. County*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF AARON RUBARDT, CHIEF BUDGET OFFICER FOR MARTIN LUTHER KING, JR. COUNTY** |

## DECLARATION OF AARON RUBARDT

I, AARON RUBARDT, declare:

1.      I am over the age of eighteen and competent to testify to the matters stated herein. I make this Declaration based on my personal knowledge and on my review of records, information, and reports compiled by King County departments in the ordinary course of business.

2.      I am the Chief Budget Officer for Martin Luther King, Jr. County ("King County"). I have served in this role since 2026 and have been employed by King County since 2007. I am also a member of County Executive Girmay Zahilay's Senior Leadership Team. In my role, I am responsible for managing daily County operations, coordinating strategic priorities, and advising on policy, intergovernmental relations, and emerging risks affecting County services.

### King County

3.      King County is located in Washington State and encompasses approximately 2,307 square miles, with a population of roughly 2.4 million residents, making it the largest county in Washington and among the most populous counties in the United States. The County includes 39 cities, extensive rural and mountainous areas, major waterways, and critical regional infrastructure.

4.      King County employs approximately 18,000 employees and is operating under a 2026-2027 biennial budget of $20.16 billion. The County provides essential regional and local services, including public health, emergency management, law enforcement, courts, prosecution and public defense, wastewater treatment, transit, solid waste management, public works, environmental protection, and elections.

5.      King County is not a profit-making enterprise. The costs of providing mandatory and essential public services exceed non-tax revenues, requiring the County to budget carefully.

6.      Capital projects funded by federal sources require long-term financial certainty and involve substantial third-party contractual commitments. Adequate federal staffing, and timely review, approval, and reimbursement are critical. King County does not have the fiscal capacity to indefinitely front federal costs, particularly during periods of general fund constraint.

/ / /

/ / /

1

Declaration of Aaron Rubardt

Case No. 3:25-cv-03698-SI

**USDA-Specific Impacts On King County**

7.      King County is aware that USDA intends to implement a reorganization of the Food and Nutrition Administration, which manages multiple food assistance programs, and that the reorganization includes staffing relocations and other changes that may result in significant workforce attrition and delays or disruptions in services. The Food and Nutrition Administration's Emergency Food Assistance Program ("TEFAP") is one of those programs. Through TEFAP, USDA purchases a variety of nutritious, high-quality fruits, vegetables, legumes, proteins, grains, oils, and dairy, and makes those foods available to state distributing agencies. TEFAP in the State of Washington is administered by the Washington State Department of Agriculture, which contracts with regional "Lead Agencies" to serve hungry lower-income children, adults, elderly, and the homeless. In King County, that Lead Agency is Food Lifeline and in 2025, Food Lifeline reported approximately 1,148,713 client visits and distributed 2,886,264 pounds of food at no cost to hungry lower-income children, adults, elderly, and homeless individuals and families.

8.      Multiple King County departments partner with the organizations that distribute TEFAP food. For example, Public Health-Seattle & King County staff educate residents about TEFAP eligibility, refer residents to participating food banks, and collaborate with food assistance providers. During emergencies or periods of heightened need (pandemic recovery, severe weather, federal funding disruptions), King County works alongside Food Lifeline and other partners to help coordinate community response and identify resource gaps.

9.      From a County operations perspective, if the reorganization causes disruptions to the TEFAP program, which would lead to reduced quantities of USDA foods reaching Food Lifeline or delayed deliveries of spoiled or unsuitable USDA foods, that would in turn increase demand on County-supported food assistance and public health programs, greater reliance on County grants or philanthropic support, increased coordination needs with nonprofit partners, and additional pressure on local emergency food providers already experiencing historically high demand.

10.      Delays or disruptions in TEFAP services would affect local food banks, meal providers, farmers, and community organizations that receive TEFAP food distributions and are already struggling to meet increasing demand from in-need clients. Thousands within King County rely on

2

TEFAP distributions to support food access and nutrition initiatives, and cannot obtain similar quantities of food from other sources. Reductions in Food and Nutrition Assistance programmatic support and staffing expertise will reduce program reach, impair food distribution networks, and diminish services available to vulnerable residents. To the extent King County seeks to maintain current service levels by these programs, it may incur costs beyond those included in its adopted biennial budget.

11.    USDA staffing reductions may result in funding delays, and agency reorganizations could also harm King County's agricultural economy and local food system. Small and medium-sized farms throughout King County rely on USDA personnel and programs at, among other subagencies, National Institute of Food and Agriculture ("NIFA"), for conservation planning, technical assistance, disaster assistance, farm loans, and other support services. Continued staffing losses and office consolidations will reduce access to these services and increase barriers to participation in USDA programs. For example, King County is participating in a NIFA funded research project led by the University of Washington focused on food-system infrastructure and agricultural planning. This project is helping connect King County's work on farmland infrastructure and implementation of the Snoqualmie Valley Agricultural Strategic Plan to a broader national effort. Uncertainty regarding future federal funding, such as the risk of delay in funding grants or program oversight by NIFA due to the reorganization, threatens the continuation of this work and related efforts supporting King County agriculture.

12.    King County also relies on research, data, technical expertise, and funding generated through USDA's Research, Education, and Economics mission area, including the Agricultural Research Service, Economic Research Service, and NIFA. These sub-agencies provide and support foundational research regarding soil health, water quality, irrigation management, food safety, climate adaptation, pest management, sustainable farming systems, and other agricultural issues. They also provide economic data and analysis relied upon by local governments, universities, agricultural organizations, and policymakers to evaluate agricultural markets, food security, food prices, and rural economic conditions.

///

3

13. The Agricultural Research Service conducts much of the foundational agricultural research used across the country. Its work supports soil health, water quality, irrigation management, food safety, pest management, and sustainable farming systems. Importantly, the Agricultural Research Service research forms the scientific foundation for many of the conservation Best Management Practices promoted by Washington State's Natural Resources Conservation Service and implemented locally by conservation districts. Reduced Agricultural Research Service capacity would mean fewer updates to these practices and less research available to address emerging challenges such as climate change, invasive pests, water availability, and food safety. There is no comparable institution conducting this type of long-term agricultural research at a similar scale. A lack of research on Best Management Practices would have implications for ongoing efforts, such as King County's development of a new Farm Plan Public Rule that will aim to balance agricultural practices and conservation priorities for salmon habitat and clean water.

14. The Economic Research Service provides the economic data and analysis used to understand farm profitability, food prices, agricultural markets, food security, and rural economic conditions. Local governments, universities, and agricultural organizations use this information to evaluate programs, understand trends, and guide investments. Reduced Economic Research Service capacity would limit the information available to support decisions related to farmland preservation, agricultural economic development, food access, and regional food system planning.

15. NIFA funds agricultural research, extension services, farmer training, and community-based agricultural programs. King County has directly benefited from NIFA investments, particularly through Beginning Farmer and Rancher Development Program grants that have supported farmer training, technical assistance, and business development for beginning, immigrant, refugee, and historically underserved farmers. Reduced staffing at NIFA would impair future opportunities to support farmer training, farmland access, climate adaptation, food system innovation, and university extension programs.

16. King County also works closely with partners that depend upon the United States Forest Service and other USDA-supported forestry programs. Within the Department of Natural Resources and Parks, King County staff assist private forest landowners in managing their properties for both

4

timber production and environmental benefits, including water quality protection, habitat conservation, and climate resilience. These efforts rely in part on federal technical assistance and cost-share opportunities, including the Conservation Stewardship Program and Environmental Quality Incentives Program run by USDA's Natural Resources Conservation Service ("NRCS"). This technical assistance is one of NRCS's initiatives, which includes the no-cost provision of science-based advice involving, among other things, proven conservation technologies and guidance on implementing practices that meet production and conservation goals. Although funding for certain programs may continue, King County is concerned that reductions in USDA staffing and technical expertise will diminish the ability of landowners to access, navigate, and effectively utilize these resources. King County also benefits from federal forestry technical support and funding that is provided through the Washington State Department of Natural Resources and Washington State University Extension programs. King County staff understand that portions of this federal support may be delayed, reduced, or eliminated as a result of proposed USDA reorganizations and staffing reductions. If those programs are diminished, King County's ability to provide technical assistance to hundreds of private forest landowners each year could be substantially impaired.

17.    Reductions in Forest Service Regional Office staffing may impair the management of federal forest lands within and adjacent to the region. Approximately 350,000 acres within King County are managed by the Forest Service and provide important recreational, environmental, and economic benefits to County residents. Reducing Regional Office staffing could diminish the federal government's ability to oversee recreation, timber harvesting, habitat protection, and water-quality management activities on those lands. Such reductions could result in increased environmental risks, reduced recreational opportunities, and diminished oversight of activities affecting forest health and natural resources. King County also receives a portion of timber-harvest revenues generated from federal forest lands, which contribute to County operations. Changes in federal staffing and management capacity may affect those revenues, creating additional uncertainty regarding future County funding.

18.    Baker-Snoqualmie National Forest occupies the approximately 350,000 acres in King County referenced above and is the largest single landowner. USFS, in partnership with universities,

5

Declaration of Aaron Rubardt    Case No. 3:25-cv-03698-SI

leads some of the most important research on a wide range of forestry and forest management issues. Staff and funding delays can affect the following: 1) infrastructure maintenance (e.g., roads and bridges), 2) recreation management, 3) ability to manage forestland for climate resilience, wildlife, and wildfire risk reduction, 4) reduced support for management under Good Neighbor Authority, 5) lack of staff to set up and manage timber sales (job implications, reduced excise tax receipts, reduced supply to mills, 6) reduced capacity to support ICS for wildfire suppression.

19. King County is concerned that reductions to the Agricultural Research Service, Economic Research Service, and NIFA staffing and operations will weaken the research, economic analysis, technical expertise, and funding infrastructure that supports agriculture both locally and nationally. Reduced Agricultural Research Service capacity may limit the development of conservation best management practices relied upon by King County in balancing agricultural production with environmental priorities, including salmon habitat protection and water quality. Reduced Economic Research Service capacity may diminish the availability of economic data needed to support farmland preservation, agricultural economic development, food-access initiatives, and regional food-system planning. Reduced NIFA capacity may decrease future opportunities for farmer training, climate adaptation, food-system innovation, and university extension services.

20. King County is informed that a prior USDA relocation of NIFA and the Economic Research Service in 2019 resulted in the departure of approximately seventy-five percent of agency staff who were asked to relocate, significant loss of expertise, delays in grant administration, and reduced research capacity. King County is concerned that similar outcomes could result from the current reorganization efforts.

21. Taken together, USDA staffing reductions, program eliminations, potential funding delays, and agency reorganizations threaten to weaken the agricultural research, technical assistance, food-security, and economic-development systems upon which King County residents, farmers, community organizations, and local government programs depend. While some impacts are already occurring, King County expects additional harms to emerge over time as staffing losses and increased turnover reduce federal capacity to support resilient and sustainable agriculture, local food systems, and food access programs.

6

Declaration of Aaron Rubardt

Case No. 3:25-cv-03698-SI

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2026 at Seattle, Washington.

_____
AARON RUBARDT

Declaration of Aaron Rubardt                                                                Case No. 3:25-cv-03698-SI