OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
HANNAH M. GODBEY, State Bar #334475
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
E-Mail:    Tony.LoPresti@cco.sccgov.org
           Kavita.Narayan@cco.sccgov.org
           Meredith.Johnson@cco.sccgov.org
           Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara, Calif.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-cv-3698-SI<br><br>**SECOND SUPPLEMENTAL DECLARATION OF SANTA CLARA COUNTY EXECUTIVE JAMES R. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF** |

**SECOND SUPPLEMENTAL DECLARATION OF JAMES R. WILLIAMS**

I, JAMES R. WILLIAMS, declare:

1.     I make this supplemental declaration in support of Plaintiffs' motion for preliminary relief. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify to them competently under oath.

2.     I am the County Executive of the County of Santa Clara ("Santa Clara" or the "County"), which is a charter county and political subdivision of the State of California and a governmental entity that serves the Santa Clara County geographic region. I provided further information about my background and about Santa Clara in my declarations filed in this action on May 1, 2025 (ECF 37-58) and on May 14, 2025 (ECF 101-10).

3.     Santa Clara coordinates with, interacts with, and relies on the work of the U.S. Forest Service, a component of the United States Department of Agriculture (USDA). As I noted in my declaration filed on May 1, 2025 (ECF 37-58), the U.S. Forest Service performs essential work to manage federal wildland, including wildfire prevention and suppression, and is a critical component of the system of mutual aid used by firefighters across the United States, including in the Santa Clara County geographic region. This mutual aid system is critical for preventing, preparing for, fighting, and recovering from wildfires because fires do not follow or respect political boundaries. For example, the 2020 SCU Lightning Complex—which became one of the largest wildfire complexes in state history—began in Santa Clara County but spread to and impacted neighboring counties, including Alameda, Contra Costa, Merced, Stanislaus, and San Joaquin. This is a common and regular feature of wildfires.

4.     Diminishment of the U.S. Forest Service's ability to prevent and respond to wildfires—such as through the loss of experienced personnel who are responsible for coordination, communication, and command and control functions—would impose considerable harm on Santa Clara, including by forcing local emergency response agencies to carry more of the burden of responding to wildfires and to go without the assistance on which they often rely. Eliminating resources and personnel that keep the mutual aid firefighting system informed and coordinated could hamper the overall regional response to a wildfire, allowing a fire to grow exponentially, weakening

1

Second Supp. Declaration of James R. Williams ISO Plaintiffs' Motion for
Preliminary Relief

Case No. 3:25-cv-3698-SI

recovery efforts, and imposing additional safety risks on the responding agencies and the community.

5.    For example, in the aftermath of the SCU Lightning Complex fires, Santa Clara's Office of Emergency Management helped USDA personnel set up and staff field stations to help guide ranchers who had lost their livestock grazing lands through the process of applying for low-interest loans, obtaining machinery and tools, and even repairing damaged equipment. Diminished capacity at the U.S. Forest Service or other components of the USDA could not only increase the frequency with which such efforts are necessary, but could also force Santa Clara to supplement or try to replace the services that in the past have been provided by the U.S. Forest Service and other components of the USDA.

6.    Other tasks Santa Clara would likely need to undertake during and following a wildfire include the Animal Services Department temporarily housing displaced livestock and pets in order to reduce barriers to human evacuation by owners who would otherwise be reluctant to evacuate; dispatching Animal Control officers to assist with the process of evacuating animals and to provide care such as food and water to animals that are able to remain in a location that is deemed unsafe for humans; and sending veterinarians into the field to treat injured animals and to provide wellness checks, including vaccinations, that are necessary before families with pets can be admitted into shelters. Additionally, the Public Health Department would likely have to distribute personal protective equipment such as masks; provide evidence-based information to community members regarding how to minimize harm to their health; organize and staff community resilience hubs where residents can seek resources such as first-aid kits and referrals to social safety net services and food banks; and work with property owners to dispose of waste and debris and assess damage to properties.

7.    If a wildfire reaches or causes greater damage to land located in Santa Clara County due to a loss in the U.S. Forest Service's capacity to prevent or respond to wildfires, the County would need to expend substantial resources, including funding and staff time, to provide the above referenced services to residents. Even if such a wildfire did not reach land located in Santa Clara County, the region could nevertheless experience smoke drift, which would substantially impact air

2

Second Supp. Declaration of James R. Williams ISO Plaintiffs' Motion for
Preliminary Relief

Case No. 3:25-cv-3698-SI

quality and the overall health and wellbeing of residents, imposing widespread harms that disproportionately affect vulnerable community members.

8. Beyond the land and structures they destroy, wildfires produce enormous amounts of smoke that contains fine particulate matter which is associated with significant adverse health effects ($PM_{2.5}$). Thus, regardless of whether fires occur within Santa Clara County or nearby, they often reduce or eliminate access to outdoor green spaces and impact residents' physical health, mental health, and overall wellbeing—particularly for community members living in higher-density housing or with preexisting conditions that make them especially vulnerable to the effects of $PM_{2.5}$. Wildfire smoke also imposes harm on the wellbeing of outdoor workers, including people in the construction, landscaping, and agricultural trades, whose livelihoods may expose them to smoke. Community members living in housing that lacks sufficient ventilation, including older housing, can experience harm from wildfire smoke even if they stay indoors, including harm from $PM_{2.5}$ particulate, which can travel hundreds or thousands of miles from the site of a wildfire based on prevailing winds. Exposure to $PM_{2.5}$ particulate can lead to serious health consequences for all people but has especially acute impacts on people with respiratory or cardiovascular conditions, infants, children, pregnant people, and older adults. In addition to damaging the health and wellbeing of residents and outdoor workers, exposure to wildfire smoke would also increase population-level morbidity and mortality rates, imposing greater costs on Santa Clara's health system, including in light of the County's obligation to provide emergency medical care to all people regardless of insurance coverage or ability to pay.

9. Santa Clara faces yet additional risks from diminished capacity at the U.S. Forest Service. Even apart from wildfires and smoke that impact Santa Clara directly, reduced Forest Service capacity means that fires elsewhere will divert federal, state, and local firefighting personnel who could otherwise be engaged in proactive fuel management and fire risk mitigation efforts that protect Santa Clara County and the entire Bay Area, including activities like prescribed burns. Indeed, Santa Clara's Parks Department regularly performs prescribed burns to safely consume fuel materials such as dry brush, leaves, and dead wood, thereby reducing the severity and scope of any subsequent wildfire and lowering net smoke production. On multiple occasions in recent years,

3

wildfires occurring in other regions have caused staffing shortages that have forced the Parks Department to cancel prescribed burns. Because local, state, and federal firefighters and coordination personnel work together in a single interconnected system, diminished resources and personnel in the U.S. Forest Service necessarily mean fewer resources are available to perform or support Santa Clara's preventative efforts related to wildfires.

10.    Moreover, if a wildfire occurs on land managed by the U.S. Forest Service, Santa Clara may be called upon to provide mutual aid assistance, thereby leaving the County at risk with diminished resources. Should a concurrent local fire start while resources are deployed, the response to such an incident would be costly, and both local and federal resources would be spread thin. Additionally, if Santa Clara deploys resources to assist with incidents that are led by inexperienced management teams from the U.S. Forest Service, it would put those Santa Clara assets at increased risk.

11.    In addition to farmers and residents in the Santa Clara County region, Santa Clara's Division of Agriculture relies on the research performed by personnel working in the USDA's Research, Education, and Economics Mission Area, which focuses on fostering a safe, sustainable, and competitive U.S. food system, including by developing responses to new and emerging threats to agriculture and food security.

12.    I am aware that there is currently an outbreak of confirmed New World screwworm infections in the United States for the first time in several decades; that as of June 30, 2026, the USDA had confirmed 27 cases of screwworm infections in domestic animals, including cattle, sheep, and goats; and that the USDA has announced that personnel in the Research, Education, and Economics Mission Area, including Agricultural Research Service teams, are actively exploring potential responses to curb the present outbreak. Particularly because Santa Clara County is the site of significant agricultural activity, including the cattle industry which is vulnerable to a screwworm outbreak, Santa Clara and its residents are directly reliant on the efforts of these Research, Education, and Economics Mission Area and other USDA personnel to track the outbreak and develop responses to protect agricultural activities. If such research is impaired by a loss of or disruption to Research, Education, and Economics Mission Area personnel or resources, Santa

4

Clara's farmers and residents would face considerable risk.

13. The New World screwworm is just one of the most recent examples of the new and emerging threats that the nation's agricultural industry and food supply constantly face, including in Santa Clara County. As I explained in my declaration filed in this action on May 1, 2025 (ECF 37-58), and reiterated in my declaration filed in this action on May 14, 2025 (ECF 101-10), Santa Clara personnel monitor the food supply, including agricultural imports, exports, and other activities, to identify agricultural and invasive pests and species, predators, and other carriers of infectious diseases or other risks—and then work directly with USDA personnel to manage or prevent outbreaks. As the New World screwworm outbreak reflects, reduced staffing and capacity in the Research, Education, and Economics Mission Area poses direct and significant risks to jurisdictions with substantial agricultural activity, such as Santa Clara, that rely on the Research, Education, and Economics Mission Area's staff to promptly identify such threats and conduct research into neutralizing them.

14. Santa Clara's Social Services Agency, which includes the Department of Employment and Benefit Services, oversees and administers numerous programs that provide access to health care, food and nutrition assistance, and cash assistance to support basic living costs for low- and modest-income clients. Among these programs is CalFresh, which is California's implementation of the federal Supplemental Nutrition Assistance Program (SNAP) that is funded and administered through the USDA's Food and Nutrition Service (FNS).[1] CalFresh helps approximately 130,000 Santa Clara County residents feed their families.

15. Loss of personnel or resources at FNS could directly harm Santa Clara and its residents. If FNS failed to provide or delayed funding to the State of California for the CalFresh program, Santa Clara County residents enrolled in the program could likewise experience delayed or lost benefits, resulting in increased malnutrition and food insecurity for residents and increased

---

[1] I am aware that the USDA has announced that it renamed the Food and Nutrition Service the "Food and Nutrition Administration" as part of a "reorganization and relocation" of the USDA's Food, Nutrition, and Consumer Services mission area. I nonetheless use the name "Food and Nutrition Service" because I understand that to be the name used in regulations and statutes.

Second Supp. Declaration of James R. Williams ISO Plaintiffs' Motion for
Preliminary Relief

Case No. 3:25-cv-3698-SI

administrative and financial burdens for Santa Clara itself.  For example, during the federal government shutdown in Fall 2025, the County spent significant additional funds to cover the increased costs of local food bank partners to which CalFresh enrollees turned for emergency food assistance when their benefits were disrupted.  Because the County's primary responsibility is its residents' health and welfare, it would need to consider taking similar urgent actions again if the USDA diminished the resources, personnel, or capacity of FNS, since that could result in similar or recurring disruptions to CalFresh benefits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July __1__, 2026 at Santa Clara County, California.

_____
JAMES R. WILLIAMS

3624424

6

Second Supp. Declaration of James R. Williams ISO Plaintiffs' Motion for    Case No. 3:25-cv-3698-SI
Preliminary Relief