Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF RANDY GARRETT** |

**DECLARATION OF RANDY GARRETT**

I, Randy Garrett, declare as follows:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am a Senior Program Specialist in the Midwest Regional Office of the Food and Nutrition Administration ("FNA") within the United States Department of Agriculture ("USDA"). I have been with FNA for over sixteen years. Within the Midwest Regional Office, I work on the Special Supplemental Nutrition Program for Women, Infants, and Children ("WIC"), which is the largest nutrition assistance program administered by FNA after the Supplemental Nutrition Assistance Program ("SNAP," formerly known as food stamps).

3.    WIC serves low-income women, infants, and children who are at nutritional risk based on health- or diet-based factors. Through WIC, these vulnerable populations are able to access healthy foods, nutrition education, and referrals to other supports like health care and social services. The program serves an average of nearly 7 million beneficiaries per month.[1] Over the course of its 50-year existence, the WIC program has been found to improve infant health and later school performance for the millions of children who have benefited from the program. A true and correct copy of the Center on Budget and Policy Priorities report, entitled *Policy Basics: Special Supplemental Nutrition Program for Women, Infants, and Children (WIC)*, which was published April 2025 and is available at https://www.cbpp.org/sites/default/files/atoms/files/2-9-15PolicyBasics-WIC.pdf, is attached as **Exhibit A**.

4.    I also serve as the President of Chapter 237 of the National Treasury Employees Union ("NTEU Chapter 237" or the "Union"). NTEU is an independent federal sector union, which represents thousands of employees in thirty-eight agencies across the federal government. I have been the President of NTEU Chapter 237 for five years, and was a dues-paying member before becoming President. By virtue of my job and Union duties, I am very familiar with the bargaining unit employees within Chapter 237, their job functions, the organizational structure of

---

[1] Economic Research Service, *WIC Program* (July 22, 2025), https://www.ers.usda.gov/topics/food-nutrition-assistance/wic-program.

GARRETT DECLARATION, CASE NO. 3:25-CV-03698-SI

FNA and its Midwest Regional Office, and the services our members provide to state and local governments, communities, and program beneficiaries.

5.      NTEU Chapter 237 represents 42 FNA Midwest Regional Office staff members and 15 Retailer Operations and Compliance ("ROC") employees. The bargaining unit consists of the following positions: Program Specialist, Senior Program Specialist, Lead Program Specialist, Grants Management Specialist, Lead Grants Management Specialist, Administrative Support Specialist, and Nutritionist. The Midwest Regional Office also includes non-bargaining unit staff, which includes the Branch Chiefs, Division Directors, the Regional Administrator (currently Acting Regional Administrator), Management Analysts, Tribal Affairs Specialists, and SNAP Employee and Training Analysts. Most of the Union's Midwest Regional Office employees are located in the Chicago, IL area, with the remaining bargaining unit employees located primarily in other midwestern states.

6.      FNA works with state, local, and tribal governments to implement and provide oversight over sixteen distinct federal nutrition assistance programs. The sixteen programs are broken into three different program areas: nutrition assistance programs, child nutrition programs, and food distribution programs.[2] Currently, FNA is divided into a National Office, Regional Offices (Northeast, Midwest, Mid-Atlantic, Southeast, Southwest, Western, and Mountain Plains), and the ROC Office.

7.      Midwest Regional Office staff members work on program implementation and oversight for all sixteen nutrition programs across Illinois, Indiana, Iowa, Michigan, Minnesota, Ohio, and Wisconsin. This includes conducting management evaluations (similar to an audit) of federal nutrition programs, providing technical assistance to states including the approval or denial of state policies implementing federal nutrition programs, and reviewing state funding requests

---

[2] The sixteen programs are: SNAP, WIC, WIC Farmers' Market Nutrition Program, Senior Farmers' Market Nutrition Program, Nutrition Assistance Program for Territories, National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Fresh Fruit and Vegetable Program, Special Milk Program, Summer Food Service Program, Summer EBT, Commodity Supplemental Food Program, Food Distribution Program on Indian Reservations, The Emergency Food Assistance Program, and Disaster Assistance.

and disbursing funds in accordance with federal law. Midwest Regional Office staff members work extremely closely with our state partners, maintaining daily contact to both provide support and conduct oversight of implementation of the federal nutrition programs.

8.      The Midwest Regional Office also works closely with tribal nations, school authorities, food banks, local clinics, and retailers to provide technical assistance and ensure program compliance. For example, ROC employees process applications from retailers within our region who want to accept SNAP and WIC benefits, and oversee those retailers to detect and deter fraud. In the WIC program, Program Specialists work closely with local clinics run by municipal and county government agencies, nonprofit community-based organizations, and other local entities that distribute benefits to women and children. These clinics receive money to implement the program from state agencies, who in turn receive funds from FNA. Our WIC Program Specialists work with these local clinics to conduct on-site management evaluations and assist clinics when they have issues with funding disbursements from their state agencies.

9.      The proposed USDA Reorganization Plan will eliminate the Regional Offices and replace them with "central program management and oversight" hubs located in Dallas, TX, Denver, CO, Indianapolis, IN, Kansas City, MO, and Raleigh, NC.[3] FNA has stated that these hubs will have programmatic focuses, and is requiring National Office staff to relocate based on their specialties. However, current Regional Office employees, including MWRO staff members, may relocate to commuting distance of any one of these hubs. In late June 2026, USDA told the Union that USDA wants the relocations to be implemented by August 1, 2026.

10.     The Reorganization Plan will weaken FNA's ability to support and oversee the federal nutrition programs across the country, with direct impacts on all the partners with which we work, including state and local governments, retailers, and community partners. Currently, each state knows exactly who to call in their local Regional Office, and state officials maintain daily communication with the FNA Regional Office staff in their program area. I have personally

---

[3] Food and Nutrition Administration Organization Chart, https://fna-bwbufwdzbabpezgc.z01.azurefd.us/sites/default/files/resource-files/fna-organization-preliminary-updated.pdf.

built longstanding working relationships with my counterparts in the seven states overseen by the Midwest Regional Office and with local clinics within those states, and we work together collaboratively to deliver WIC benefits to people throughout the Midwest. Our state and local partners know us and trust us, and currently know exactly who to come to if they have specific questions or problems within their programs. Many of them have expressed panic about the proposed Reorganization Plan, asking us regularly: "What are we going to do when you're gone?"

11.     As a WIC Senior Program Specialist, I regularly go to local clinics within the Midwest Region including the Cook County WIC clinics, the Cicero WIC Clinic, and clinics administered by Catholic Charities within the greater Chicago area to conduct management evaluations at these sites. These types of on-site management evaluations are typical throughout the sixteen FNA nutrition assistance programs. My colleagues in the National School Lunch Program go to schools to ensure the program is being run correctly. Similarly, Child and Adult Care Food Program Specialists go to adult and child care facilities to make sure that federal funds are being used properly and to check that the states are complying with their own policies. Under the proposed Reorganization Plan, there will be large regions of the country that are hundreds or thousands of miles from the nearest hub, making it more difficult and costly for FNA Program Specialists to conduct on-site management evaluations.

12.     Furthermore, local clinics can file complaints with us at the Midwest Regional Office, which we then investigate and can raise to our state partners. Within the WIC program, the relationships we've built with our state and local partners are essential to this process, and help us ensure that the program works as intended. Within a given state agency, there are often dozens of people working on various nutrition programs, making it difficult to know who the right person is to deal with to resolve a local clinic's issue. Delays in resolving these problems, particularly funding disbursements, can lead to gaps in services that are detrimental to the women and infants who rely on WIC. My colleagues and I in the Midwest Regional Office have built methods and relationships over decades that ensure problems are quickly resolved to minimize gaps in services. Disrupting that system to move to a model of national hubs will lead to more difficulty resolving issues that inevitably arise for the local clinics who actually distribute WIC benefits.

13.     USDA has incorrectly suggested that the new model will allow states to call any FNA "hub" with a question about a federal nutrition program, and receive the same answer. This claim reflects a basic misunderstanding of how the Regional Offices work and the value our staff members provide to the states and our other tribal and local partners. Over my sixteen-year career with the Midwest Regional Office, I have built expertise and understanding of the WIC program in the seven states I support, and have developed longstanding relationships with my state counterparts. The same is true of my colleagues who specialize in other nutrition programs. Moving to a call center model, where the FNA respondent may have no prior experience or expertise working with the state, tribe, or local partner calling in, will make it harder for stakeholders to receive the support they need, weakening FNA and undermining the nutrition assistance programs it implements.

14.     Beyond the structural issues with the Reorganization Plan, the forced relocation of FNA Regional Office staff is very likely to cause substantial attrition in an agency that is already suffering from staff shortages. Last year, the Deferred Resignation Program, voluntary early retirement offer, and threats of reductions-in-force led to a loss of approximately one-third of the FNA workforce. At the Midwest Regional Office, the WIC program alone has gone from ten program experts to just three over the last two years. This is not unique to our program, and I'm certain it is not unique to our Regional Office. We have been left trying to both oversee and support seven states with a skeleton staff, leading to fewer on-site visits to local clinics, fewer management evaluations of states and other partners, and slower response times to the many stakeholders who rely on us for technical assistance and support. These interruptions to our normal services are directly attributable to staffing shortages, and are detrimental to the seven states we oversee and the WIC beneficiaries that live within them.

15.     Now, the Reorganization Plan is forcing an already understaffed workforce to choose between uprooting their families and lives to keep their jobs, or quitting. Based on surveys of our members, which I helped distribute within our local chapter and reviewed, roughly 72 percent of the Midwest Regional Office bargaining unit members will refuse this forced relocation and instead quit their jobs. The wealth of knowledge that would be lost if this Reorganization Plan

takes effect cannot be overstated—people who have worked at FNA for 40 years or more and who have worked on these nutrition programs since they were started will leave the agency. This will lead to further staffing shortages and the loss of institutional knowledge which will be devastating for program integrity and service delivery.

16.    For instance, in the WIC program, funding relies on payments being calculated and distributed to states by FNA every quarter. Staffing shortages on a large scale, such as are likely to be caused by the Reorganization Plan, could lead to delays in those funding distributions, which would mean that parents and children are unable to get food that they are eligible for through the WIC program.

17.    Even if FNA tries to hire workers to replace the many staff members that are expected to leave under the Reorganization Plan, it will take years to replace the lost expertise, relationships, and state-specific knowledge that our current the Midwest Regional Office team has built up over decades. It typically takes at least three years to train a Program Specialist, who needs to understand the extensive set of federal WIC regulations and eligibility criteria before they can be fully effective in their roles. I have been working on the WIC program for over 16 years and still periodically learn new information about regulations for the program—it is unrealistic to imagine any new hire would be able to get up to speed on a short timeline. Additionally, new hires are generally not permitted to lead management evaluations, which are a critical part of what our Program Specialists do. It is only after several years and promotion to Senior or Lead Program Specialist that a worker can run a management evaluation. If all or most of our senior staff leave under the reorganization, it would significantly interfere with FNA's ability to carry out management evaluations and ensure program integrity.

18.    This reorganization is forcing the Midwest Regional Office staff members, many of whom have dedicated decades to serving their states and the families and children within them, to choose between the lives they have built and their jobs. The overwhelming majority of our staff are likely to quit rather than uproot their families to new cities. The collective loss of program- and state-specific expertise follows an already substantial loss of staff in the past year-and-a-half and will take years to replace. These nutrition programs will operate less effectively and with less

oversight in the intervening period, harming states, tribes, localities, and the families and children they serve. Even if attrition were not an issue, the hub model fundamentally misunderstands how the Regional Offices currently function. Severing the relationships that the Midwest Regional Office has built with its partners in Illinois, Indiana, Iowa, Michigan, Minnesota, Ohio, and Wisconsin will make program delivery less efficient, not more.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of June, in Chicago, Illinois.

Randy Garrett

Randy Garrett

GARRETT DECLARATION, CASE NO. 3:25-CV-03698-SI

# Exhibit A

Policy Basics



# Special Supplemental Nutrition Program for Women, Infants, and Children (WIC)

The Special Supplemental Nutrition Program for Women, Infants, and Children, popularly known as WIC, provides nutritious foods, counseling on healthy eating, breastfeeding support, and health care referrals to more than 6 million low-income pregnant, postpartum, and breastfeeding individuals, infants, and children at nutritional risk — and leads to long-term benefits.

## Why Is WIC Important?

Infants and very young children can face lifelong cognitive and health consequences if they don't get adequate nourishment. WIC aims to ensure that pregnant individuals get the foods they need to deliver healthy babies and that those babies are well-nourished as they grow into young children.

Extensive research over the last few decades shows that WIC works. WIC participation contributes to healthier births, more nutritious diets, improved infant feeding practices, better health care for children, and higher academic achievement for students.

> WIC participation contributes to healthier births, more nutritious diets, improved infant feeding practices, better health care for children, and higher academic achievement for students.

## How Is WIC Funded?

WIC is federally funded through the annual appropriations process; states are not required to contribute funds. Since 1997, Congress — on a bipartisan basis — has provided sufficient funding each year for WIC to serve all eligible applicants. The program received approximately $7 billion in fiscal year 2024.

Policy Basics is a series of brief background reports on issues related to budgets, taxes, and government assistance programs.

Center on Budget and Policy Priorities | cbpp.org

# Who Is Eligible for WIC?

Pregnant, postpartum, and breastfeeding individuals, infants, and children under age 5 are eligible if they meet income guidelines and if a health care professional, such as a registered dietitian or nurse, or a trained nutrition paraprofessional has determined them to be at "nutritional risk." Generally, applicants who meet the income requirements have a medical or dietary condition that places them at nutritional risk.

All postpartum individuals who meet the income guidelines and nutritional risk criteria are eligible for WIC benefits for up to six months after childbirth; individuals who continue to breastfeed their infants beyond six months are eligible for WIC benefits for up to a year after childbirth. Young children receive WIC benefits for up to a year, after which eligibility must be redetermined.

Applicants who receive no other relevant means-tested benefits must have gross household income at or below 185 percent of the federal poverty level (currently $47,767 annually for a family of three) to qualify for WIC benefits. To simplify program administration, an applicant who already receives Supplemental Nutrition Assistance Program benefits (SNAP, formerly food stamps), Medicaid, or monthly Temporary Assistance for Needy Families cash assistance payments is automatically considered income-eligible for WIC. Four in five people approved for WIC benefits (80.4 percent) receive one of these other benefits.

## WIC Serves More Than 6 Million Low-Income Infants, Children, and Pregnant or Postpartum Individuals



| Children | Number of participants | Share of total participants |
|---|---|---|
| 4 years old | 0.5 million | 7.1% |
| 3 years old | 0.8 million | 12.2% |
| 2 years old | 0.9 million | 14.1% |
| 1 year old | 1.4 million | 20.8% |
| Infants | 1.5 million | 22.2% |
| **Adults** | | |
| Pregnant | 0.5 million | 8.2% |
| Breastfeeding | 0.6 million | 9.1% |
| Non-breastfeeding postpartum | 0.4 million | 5.3% |

Pregnant and Postpartum Individuals 1.51 million (23%)

Infants 1.49 million (22%)

Children 3.70 million (55%*)

*Includes children for whom no age data are available.

Source: CBPP analysis of U.S. Department of Agriculture (USDA) administrative data for fiscal year 2024. The number of children aged 1 to 4 is estimated using USDA, "WIC Participation and Program Characteristics 2022"

CENTER ON BUDGET AND POLICY PRIORITIES I CBPP.ORG

Policy Basics – Special Supplemental Nutrition Program for Women, Infants, and Children

## How Do Families Apply for WIC?

Pregnant individuals and parents of young children are often referred to WIC by their doctor or when they apply for Medicaid, SNAP, or other community services. They can also apply directly for WIC benefits at one of WIC's 10,000 local clinics, located in community health centers, Indian Health Services clinics, hospitals, and local health departments. While many applicants contact WIC clinics by telephone to request services, state and local agencies are increasingly making applications or forms to request WIC benefits available online.

Applicants are scheduled for certification appointments to determine eligibility and food benefits, during which they are asked to provide documentation of where they live, their identity, and their income or receipt of other qualifying benefits. They also meet with a professional or paraprofessional for a nutrition assessment to identify nutritional risks. Federal rules require applicants to be present during these appointments, though under certain circumstances local staff may exempt newborn infants, children with working parents, and individuals with health conditions that prevent them from attending in-person appointments. However, under federal waivers in effect through September 2026, some WIC agencies currently allow all applicants to conduct appointments by telephone or videoconference rather than in person. Participants have responded very favorably to remote appointment options, which reduce the transportation, work schedule, and child care barriers associated with in-person appointments.

WIC agencies have also set up various methods for applicants or participants to submit documents (or photos of documents) electronically, including email, text message, participant portals, document uploading tools, and WIC mobile apps. The 2021 American Rescue Plan funded program modernization and innovation. (See "How is WIC modernizing?" below.) WIC agencies can apply lessons learned from these investments and adopt promising practices to make ongoing improvements in operations. By continuing and expanding practices to make WIC benefits and services easier for families to access and use, agencies can improve the reach and impact of the program in the coming years.

## How Does WIC Provide Services?

The Department of Agriculture's (USDA) Food and Nutrition Service oversees WIC at the federal level and provides funds to state health departments, Indian Tribal Organizations, Washington, D.C., and U.S. Territories to provide WIC benefits and administer WIC programs. States, in turn, allocate or use the funds to staff local WIC clinics, which provide participants with services and electronic benefit cards to purchase nutritious foods. The services that local WIC clinics provide include individual nutrition counseling, nutrition classes, breastfeeding support, smoking cessation support, and referrals for health care and social services.

3

Policy Basics – Special Supplemental Nutrition Program for Women, Infants, and Children

## What Foods Does WIC Provide?

WIC is not meant to provide the full array of foods that a pregnant individual or a young child needs. Instead, it provides specific types of foods chosen through a rigorous, science-based process because they tend to be lacking in the diets of low-income women and young children. The program provides a limited number of foods — such as whole grain bread, baby food, infant formula, and milk — as well as separate "cash value benefits" that can be used only to buy fruits and vegetables.

In 2021, the cash value benefit amount was increased to provide participants with additional fruits and vegetables, consistent with recommendations from the National Academies of Sciences, Engineering, and Medicine (NASEM). In fiscal year 2025, children received $26 monthly for fruits and vegetables, pregnant and postpartum participants received $47 monthly, and breastfeeding participants received $52 monthly. A 2024 update to WIC's food packages implemented other NASEM recommendations to increase the variety of foods in WIC food packages in alignment with the latest nutritional science and to address key nutritional needs to support healthy dietary patterns.

> WIC provides specific foods chosen through a rigorous, science-based process because they tend to be lacking in the diets of low-income women and young children.

## How Do Participants Receive WIC Foods?

Approximately 47,000 grocery stores nationwide have been approved to redeem WIC food benefits based on their prices and the variety of foods they offer. Participants select their WIC foods from the shelves and use WIC electronic benefit cards to pay at the register. The state WIC program then reimburses the store for the retail value of the WIC foods.

In 2023, WIC completed a transition from paper vouchers to electronic benefit cards to provide food benefits. The benefit cards simplify WIC transactions in the checkout line, eliminate the stigma of paying with paper vouchers, and allow for stronger program management and oversight. Electronic benefits can be loaded remotely onto "online" cards but not "offline" cards. Because online cards facilitate remote services and updates to participants' food packages, states that have been using offline cards are transitioning to online cards.

The transition to electronic benefit cards facilitates other modernization efforts to make shopping for WIC foods easier by employing options available to all consumers. When offered the opportunity to use self-checkout, curbside pick-up, drive-through windows, and special WIC food sections in stores, participants use these options and report favorable experiences with them.

Both participants and grocers are eager for additional ways to make WIC shopping more equitable and convenient. USDA has initiated efforts to shift WIC toward online shopping platforms, including grant-funded

4

projects to test and evaluate online ordering and the creation of a congressionally required Task Force on Supplemental Foods Delivery. The Task Force — composed of a broad range of stakeholders, including WIC providers, retail grocers, electronic benefit transfer processors, and food manufacturers — recommended measures to ensure that WIC participants can access the same variety of online shopping options as other shoppers without stigma, added difficulty, or personal cost. Pilot projects exploring ways to make online shopping available to WIC participants are underway. Efforts to improve and modernize the WIC shopping experience are crucial for enabling participants to fully use their food benefits and maximize the health benefits from participating in WIC.

## How Does WIC Support Infant Feeding?

WIC promotes breastfeeding as the optimal feeding choice for infants, unless it is inadvisable for medical reasons, so participants get the health, nutrition, and emotional benefits that research shows breastfeeding provides. WIC supports breastfeeding through education and peer counseling and by providing exclusively breastfeeding individuals with an enhanced food package, longer eligibility, and breast pumps. WIC provides infant formula for infants who are not breastfed.

## How Does WIC Obtain Infant Formula?

WIC purchases of infant formula account for more than half of U.S. formula consumption because WIC serves approximately 40 percent of all infants in the country. WIC uses a competitive bidding process in which infant formula manufacturers offer discounts, in the form of rebates, to state WIC programs in order to

be selected as the sole formula provider to WIC participants in the state, except when families need specialized formula for medical reasons. This process, adopted through bipartisan legislation in 1989, saves the federal government roughly $1.5 billion annually.

As a result of these savings, WIC's cost to the government is much lower than the full retail value of WIC benefits for program participants. These savings have played an important role in allowing WIC to serve all eligible applicants with the limited funding the program receives through the annual appropriations process.

To help families cope with the 2022 formula shortage precipitated by a safety recall, the federal government temporarily expanded state flexibility over formula purchases by WIC participants. WIC contracts with infant formula companies are now required to include



**Infant Formula Rebates Reduce Federal WIC Food Costs Considerably**

WIC food costs, fiscal year 2024

Costs before rebates $6.6 billion

Costs after rebates $4.9 billion

Source: U.S. Department of Agriculture administrative data for fiscal year 2024

CENTER ON BUDGET AND POLICY PRIORITIES I CBPP.ORG

provisions to mitigate the impact of a recall on WIC participants, such as by letting them select another size or brand of formula.

## How Much Do Households Receive in Food Benefits?

WIC provided an average value of $81.51 in food per participant per month in fiscal year 2024. The average monthly cost to the federal government, however, was much lower — $61.10 per participant — due to the infant formula discounts discussed above. Because many infants receive infant formula, which is the most expensive item WIC provides, the average monthly value of the WIC benefit for infants is higher than the average monthly value for pregnant and postpartum individuals and children.

## How Are WIC Funds Spent?

The competitive bidding process used to procure infant formula, described above, leverages market forces to reduce WIC food costs. WIC funds not spent on food support the staff and operating costs of providing nutrition education, breastfeeding support, and other services — a key part of the program's success. WIC's administrative costs represented 10 percent of total program costs in fiscal year 2023, consistent with their share in recent decades. By law, WIC funding per participant for nutrition services and administration combined may rise no faster than inflation.



**Only 10 Percent of WIC Costs Go Toward Administration**

Administration **10%**

Breastfeeding support, nutrition education, and other services **17%**

Infant formula costs covered by manufacturer rebates **19%**

Federal food costs **54%**

Source: CBPP analysis of U.S. Department of Agriculture administrative data for fiscal year 2023

CENTER ON BUDGET AND POLICY PRIORITIES | CBPP.ORG

6

Policy Basics – Special Supplemental Nutrition Program for Women, Infants, and Children

## How Effective Is WIC?

Extensive research shows that WIC contributes to positive developmental and health outcomes for low-income pregnant, postpartum, and breastfeeding individuals and young children. In particular, WIC participation is associated with:

- **Healthier births.** Prenatal WIC participation helps pregnant individuals give birth to healthier infants and helps lower infant mortality rates.
- **More nutritious diets.** WIC has helped reduce the prevalence of anemia, and strong evidence suggests that WIC participation increases infants' and children's intakes of some essential vitamins and minerals and improves infant feeding practices. Following the introduction of improved WIC food packages more closely aligned to current dietary guidance and increases to the cash value benefit for purchases of fruits and vegetables, WIC participants buy and eat more fruits, vegetables, whole grains, and low-fat dairy products.
- **Stronger connections to preventive health care**. Children in families with low incomes participating in WIC are just as likely to be immunized as those from higher income families. And they are more likely to receive preventive medical care than other children in families with low incomes.
- **Improved educational prospects.** Children whose parent participated in WIC while pregnant scored higher on assessments of mental development at age 2 than similar children whose parent did not participate. Later, they also performed better on reading assessments in school.
- **Greater equity.** Evidence suggests that participation in WIC reduces racial and ethnic disparities in birth outcomes and breastfeeding.

Despite these proven benefits, WIC reaches only slightly more than half of eligible people (53.5 percent in 2022, the most recent year for which USDA has published estimates), and fewer than half of eligible 2- to 4-year-old children and pregnant adults. Take-up varies widely across states, ranging from 37 to 73 percent of eligible individuals enrolled in WIC.

Pregnancy-related complications and deaths, among both parents and infants, are persistent and strikingly high compared to other developed countries, especially among Black and Latino people. Because WIC participation is associated with reduced risk of premature birth, low birth weight, and infant mortality, increasing the share of eligible families who participate in WIC — including pregnant people of color and their infants, who face greater health risks — can be part of a broader strategy to improve maternal and child health outcomes overall and mitigate racial and ethnic disparities in such outcomes. Expanding WIC participation could also play an important role in mitigating food hardship, especially for Black and Latino children, who face food insecurity at much higher rates than white children.

## How Is WIC modernizing?

In recent years, state and local WIC agencies have implemented new digital tools and streamlined processes to make the program more efficient and easier to use. For example, the transition from paper vouchers to electronic food benefits was a major improvement for both the families receiving WIC and the grocery stores

## Policy Basics – Special Supplemental Nutrition Program for Women, Infants, and Children

serving WIC customers. Flexibilities implemented during the pandemic and an infusion of funding for WIC modernization in 2021 supported innovation, expanded the use of technology, and encouraged adoption of more efficient ways for eligible families to enroll in WIC and utilize the program's services to improve their health.

In most states, families can now start the application process for WIC online, share enrollment documents and household information electronically, communicate with WIC via text messaging, and participate in telehealth appointments for nutrition and breastfeeding counseling. These flexibilities are especially important for families juggling work schedules and child care arrangements or facing transportation challenges.

Ongoing efforts to develop and replicate innovative modernization and streamlining approaches will help ensure WIC continues to improve participants' health through cost-effective services and will help WIC reach more eligible families.

*Updated April 11, 2025*