Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DR. ZACHARY LAMAS** |

## DECLARATION OF DR. ZACHARY LAMAS

I, Zachary Lamas, Ph.D. declare as follows:

1.    I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I understand that the U.S. Department of Agriculture is going forward with a reorganization plan that will shut down the Beltsville Agricultural Research Center. This declaration describes the importance of the research conducted by the Beltsville Agricultural Resource Center's Bee Research Laboratory.

3.    I am a research scientist who studies virus transmission in honey bee colonies. I hold a bachelor's degree in biology from Colby-Sawyer College and a PhD in Entomology from the University of Maryland. Since 2023, I have served as a National Institute of Food and Agriculture Postdoctoral Fellow at the USDA's Agricultural Research Service working in the Bee Research Laboratory (Bee Lab) at the Beltsville Agricultural Research Center (BARC). That role ends on July 31, 2026. I am co-currently a visiting researcher and graduate faculty member at the University of Maryland, Baltimore County.

4.    I was motivated to pursue a PhD by one question: How can relatively few mites kill a populous honey bee colony? For several years after college, I ran a small, migratory beekeeping operation between North Carolina and upstate New York. I produced and sold honey bee colonies and queens. During that time, I observed the severe impacts of the *Varroa* mite, an invasive ectoparasite that made its way to the United States in 1987 and inflicts more damage to bees and higher economic costs than any other apicultural disease. Now, I study virus transmission in bees. As a disease ecologist, I have helped bring miticides to market, made major discoveries in the complex disease system affecting bees, and led the federal field response to multiple severe loss events. In short, I work closely with esteemed colleagues and commercial beekeepers to ensure reliable pollination is available for food crops across the United States.

***The BARC Bee Lab's Unique Characteristics and Value to the American Food System***

5.    BARC's Bee Lab is an exceptional laboratory among bee research institutions for several reasons. *First*, the Bee Lab brings together scientists from different fields of training to

LAMAS DECLARATION, NO. 3:25-cv-03698-SI

1

focus on one mission: improving national food security through a focus on pollination of American crops. The multidisciplinary approach the Bee Lab takes to this issue provides a more comprehensive examination of threats to honey bee health than any other institution can or does offer. The Bee Lab's scientists include research entomologists focused on epidemiology and pathogenesis of honey bee viruses, epidemiological modeling, toxicological and nutritional physiology of honey bees, and genomic research on honey bees and their pests; and an insect physiologist focusing on molecular mechanisms integrating reproduction, division of labor, and longevity. There are an additional eight full time additional staff members. Several of these scientists have produced canonical work, such as leading the honey bee genome project or on Colony Collapse Disorder.

6.      New and different threats to bees emerge every year due to developments in human interaction with the environment, climate change, and evolution in pathogens. In the same way that new flu strains emerge among humans every year, virus mutation presents new threats to bees season to season. The multidisciplinary research staff at the Bee Lab and across BARC make it uniquely adept at responding to new and emerging problems that cannot be predicted in advance. Housing these multidisciplinary teams in a single physical space fosters collaboration that would be impossible to replicate if staff are spread across multiple locations and institutions. There is simply no replacement for sharing a laboratory, as the Bee Lab's work involves gathering, observing, and analyzing physical samples that include multiple matrixes such as live bees, comb, and pollen. That same effect is magnified across BARC, as there is no replacement for being able to walk across the hallway to a different lab whose work can educate and enhance your own. I am not aware of any other institution that has collected such a robust multidisciplinary roster of agricultural scientists. These overlapping areas of expertise allow scientists across programs at BARC to respond quickly to problems of national significance. It is one reason that BARC is the premier agricultural research center in the world.

7.      *Second*, the Bee Lab works with beekeepers of any size or level of sophistication in order to diagnose threats to bee health and provide beekeepers with information they can use to manage their hives and avoid catastrophic losses—free of charge. Some commercial labs provide

diagnostic services to beekeepers, but those labs usually charge fees. Some commercial labs work exclusively with specific beekeepers. None offer the level of comprehensiveness in testing and analysis that BARC's Bee Lab can provide. The Bee Lab does not just provide test results, it also provides analysis and interpretation, ensuring stakeholders are incredibly informed and better able to make difficult financial decisions in order to run their operations.

8.    *Third*, because the Bee Lab is housed in a federal research facility, the Bee Lab offers stability that allows its researchers to focus on producing advanced, actionable findings that preserve the long-term stability of the American food system. Compared to laboratories housed at universities, the Bee Lab offers relative stability and the ability to focus on continuous and long-term advancement of science, rather than having to constrain research according to the increments of time-limited grants. I understand this distinction through personal experience, having experienced firsthand the way BARC's annual appropriated funding allowed me to simply focus on the science. I have since moved to a position at the University of Maryland, Baltimore County and while I was privileged to find a place at an excellent university and bring a significant amount of funding with me to my new institution, I must now remain acutely aware of when my grants end, regardless of whether or not I need more time or funding to finish my research. This paradigm difference is reflected in how services are provided in abundance to stakeholders at BARC, but are provided with limitations elsewhere.

9.    These unique characteristics allow BARC's Bee Lab to punch far above its weight in contributing value to the American economy. Catastrophic bee losses impose both first-order and second-order costs on American agriculture. First, replacing lost bees is a significant expense: a major commercial beekeeper might manage up to 70 thousand colonies, which translates to approximately 3.5 billion bees. Replacing that number of colonies could cost around $14 million. Second, those $14 million worth of bee colonies will pollinate approximately $140-$200 million dollars' worth of crops every year. When the Bee Lab assists even one large beekeeper in making a decision that preserves hive health, it contributes value to the agricultural economy vastly exceeding its approximately $3.39 million annual budget.

10.    In addition to providing diagnostic services to individual beekeepers, the Bee Lab

produces research that strengthens the American beekeeping industry, which in turn strengthens American agriculture. The Bee Lab has identified new pathogens and generated new testing methodologies that other labs have adopted to better identify threats to bee health. The Bee Lab is working on how to protect American honey bees from invasive parasites that have yet to land on our shores, but whose arrival is near inevitable. For example, the Bee Lab worked closely with other labs at BARC when an invasive swarm of bees was intercepted in 2025. The Bee Lab carried out the molecular work to identify the invasive parasites.

***The BARC Bee Lab's Assistance of Mr. Funkhouser***

11.     I was a postdoctoral research fellow at the Bee Lab when the Lab assisted Roy Funkhouser in protecting his bees from catastrophic loss. Mr. Funkhouser's experience with the Bee Lab is illustrative of several ways the Bee Lab provides value to beekeepers, including owners of smaller operations like Mr. Funkhouser.

12.     I was a member of the team that traveled to Mr. Funkhouser's hives in West Virginia in 2023 and 2024 in order to observe his colonies and take samples after he noticed his hives' health declining. The fact that we traveled to Mr. Funkhouser's hives illustrates one unique strength of the Bee Lab: There are labs that offer commercial services or are housed at universities that will accept samples from beekeepers, but they are often unable to send personnel to collect the samples. Despite their best efforts, commercial beekeepers are not as well-equipped as scientists to collect and ship samples from their hives to a lab. There are specific methodologies to maintaining sample integrity that scientists know and practice, but the average beekeeper would not. Moreover, even if a sample is taken correctly, it should be kept at -80 Celsius while in transit to a lab in order to head off degradation of the viruses and pathogens before the sample can be tested. The Bee Lab team is trained in transporting its samples according to best practices, including temperature control—but the average beekeeper may not be equipped to replicate those protocols. Finally, samples cost money: a commercial laboratory might charge $200-$300 per sample. By way of an example, when the Bee Lab traveled to Mr. Funkhouser's hives, we collected 64 samples; thus, the Bee Lab provided approximately $12,000 in sampling services free of charge.

13.     The Bee Lab removed each of these hurdles when working with Mr. Funkhouser;

LAMAS DECLARATION, NO. 3:25-cv-03698-SI

4

we traveled to his hives to collect the samples, maintained chain of custody at optimal conditions while transmitting the samples to the lab, and did the work free of charge.

***The Impact of Closing BARC on the Bee Lab***

14. Based on my experience at the Bee Lab and at the University of Maryland, I believe that relocating the Bee Lab will severely degrade the quality and work of the Lab in the best case scenario, and will lead to the Lab's dissolution in the worst case scenario.

15. The Bee Lab's staff have accumulated decades of professional development. And the Bee Lab, alongside other labs at BARC, is able to tackle problems on a national scale due to the overlapping expertise within and across labs. Overlapping expertise is not a redundancy, but rather an essential component so that scientists can work quickly on large, pressing problems. The way the experts at the lab fit together is the product of highly intentional design and staff development, and that design facilitates the Bee Lab's success. There seems to be an assumption built into the USDA's relocation directive that the Bee Lab can simply be moved in its current form from BARC to somewhere else. However, given my recent experiences, conversations with peers, and my lengthy experience with the resource rich BARC campus, I believe such a relocation will result in the Bee Lab providing fewer services to the beekeeping industry, and producing less research that can be used to ensure managed pollination of American crops.

16. These scientists have homes and families that are located in or around Beltsville. On June 29, many Bee Lab scientists received Management Directed Reassignment notices ordering them to relocate to Fargo, North Dakota. I expect that this far-flung move will be very difficult for many Bee Lab researchers to make, because that would mean uprooting their families. The Bee Lab scientists who received those notices now have 30 days to decide whether they will move cross-country.

17. It is hard for me to see how the Bee Lab staff can possibly remain intact following these notices. Beyond the immense personal cost, they also face significant unknowns about the future of their work. The potential attrition from the team resulting from relocation could devastate its functionality, and I do not see how the Bee Lab would be able to hire in order to replace the scientific talent it loses. Even assuming USDA would allow it to backfill positions, which is not at

all clear, I do not know what scientist would choose to walk into the chaos and uncertainty of this situation. I would not if I were on the job market. Beyond not being able to replace the scientific talent the Bee Lab loses to relocation, it is not clear whether the facility in Fargo will be capable of supporting the Bee Lab's research, including because there are physical investments in infrastructure and equipment that Bee Lab staff have not been told they are able to move. The staffing and facilities constraints alone will degrade the Bee Lab's research, and I fear that the combination of lost personnel and lost laboratory infrastructure will make it impossible for the Bee Lab to continue the breadth of research projects and diagnostic services it offers for free to beekeepers nationwide.

18.    Fargo is in close proximity to many commercial beekeepers. Relocation would allow ease of access to those beekeepers, but the imminent agriculture pressure and intense bee presence will severely impede the Bee Lab's long term research projects. Fargo has a very high density of agriculture and beekeeping in the area that will make it extremely difficult, and I fear prohibitive, for the Bee Lab to study the pesticides and pathogens affecting beekeepers without the Lab's research being impacted by them as well. The Bee Lab's work requires the ability to test controls against various conditions without background pesticides and pathogens confounding our work. When ambient environmental factors interfere with the Lab's ability to isolate effects, it poses an existential challenge to the Lab's ability to conduct valid comparisons necessary for its research.

19.    Additionally, the realistic research season in Fargo, North Dakota will be significantly truncated compared to the research season in Beltsville, Maryland. North Dakota winters are much more harsh than winters in Maryland. For bee scientists, this is of critical importance because it restricts access to active bees and imposes long periods without brood, both of which materially shorten the research season. Bees kept in North Dakota have to be over-wintered, for many months, most often either in sheds where they stay dormant, or by being shipped to warmer states. As a result, the research season in North Dakota would run from approximately end of May until end of September—five months at best. Beltsville, while having true seasonality, is still temperate enough that we can access and study our bees nearly year-round.

The shortened research season alone will have a substantial impact on the Bee Lab's research productivity.

20.    The Beltsville Bee Lab is a Goldilocks location for apiculture research, and that is one significant reason research positions at BARC are so desirable for scientific talent. BARC is a lush green space, without intense agriculture pressure. Additionally, we are not surrounded by commercial beekeepers. This allows staff scientists to study the pesticides and pathogens that affect commercial beekeepers without being surrounded by the very things being studied. Coupled with a resource rich campus, this provides scientists a near-ideal location to carry out intricate, apiculture research. Additionally, Maryland has an ideal climate for honey bee research. The mild seasons allow for nearly year-round studies, while the winter still makes research at BARC applicable to most of the country. These conditions, all together, are incredibly difficult to find elsewhere; I am not aware of another physical location that can replicate them, and I am certain that Fargo, North Dakota cannot.

21.    Like the Bee Lab's scientific talent, the Lab's physical infrastructure has similarly been the product of years of development and investment. The Bee Lab maintains 200-300 colonies that are available for onsite projects each year. BARC's 4000-acre campus hosts numerous apiary sites and has space for establishment of new apiaries as needed. BARC's Bee Lab also has all equipment needed for colony maintenance. BARC's research facilities host numerous incubators for housing collected bees for experiments, including nine cabinet style incubators and a walk-in, climate-controlled incubator, which are essential for laboratory rearing and maintenance of bees. The Bee Lab has ample space for long-term storage of samples down to temperatures of -80 degrees Celsius. At BARC, the Bee Lab can use two walk-in storage rooms and two freezer rooms. And the Bee Lab has eight laboratory spaces with equipment that allows for RNA and DNA extraction, amplification, and reading through numerous thermocyclers and BioRad RTqPCR machines. The Bee Lab's space allows it to maintain dedicated clean spaces for RNA extractions and cDNA preparation. The Bee Lab hosts four 96-well real time PCR machines, a Thermo Nanodrop ND-1000 Spectrophotometer, Agilent 2100 Bioanalyzer, and a wpi microinjector. The Bee Lab also hosts ample ovens, hybridizers, orbital tables, and auxiliary equipment for sample

incubation and preparation. I am not aware of any other research facility in USDA's portfolio that hosts this amount of infrastructure for apiculture research; the facility in Fargo, North Dakota does not.

22.    On top of all of this, the fact that the Bee Lab is one of many labs at BARC provides its personnel with easy access to other expertise and equipment outside of the Bee Lab's own ambit. That access to the sophisticated technology and expertise available at other labs is not replicable anywhere, to my knowledge.

23.    Finally, even if the Bee Lab's personnel and physical infrastructure were able to be relocated to Fargo intact, which I do not believe they are, there are consequences to severing the connections between the Bee Lab and the many other laboratories and infrastructure housed together at BARC. The Bee Lab routinely works with BARC's Electron and Confocal Microscopy Unit, which works with scientists across BARC. The Bee Lab utilizes world class equipment to advance honey bee research and BARC fosters interdisciplinary explorations. Additionally, entomologists, geneticists and pathologists across BARC's Animal Parasitic Diseases Laboratory, Animal Genomics and Sustainable Agricultural Systems Laboratory, etc. can share equipment, expertise and engage in conversations surrounding American agriculture and food security.

24.    In short, the Bee Lab leads national and international progress in apiculture because it benefits from a combination of talent, infrastructure, equipment, and access that is not replicated or replicable to my knowledge. Relocating the Bee Lab, to the location and on the timeline that USDA has directed, will severely damage the Bee Lab's research capacity and productivity, along with its ability to assist American beekeepers in protecting their hives, if those services can be maintained at all. I believe this damage will last for years in the best case scenario, and may be permanent in the worst case scenario.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 30, 2026, in Baltimore, Maryland.

Zachary Lamas, Ph.D.