Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF CYNTHIA LONG** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF CYNTHIA LONG**

I, Cynthia Long, declare as follows:

1.      I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I served at the Food and Nutrition Service, now called the Food and Nutrition Administration, for 31 years. I began my career at FNA as a program analyst and led research and analysis initiatives in support of domestic nutrition and assistance programs, and became the Deputy Administrator for Child Nutrition Programs, where I was responsible for all aspects of federal administration of the child nutrition programs, including the National School Lunch, School Breakfast, Child and Adult Care Food, Summer Food Service, and Fresh Fruit and Vegetable Programs. I also served as senior executive leading regional offices. In 2021, I became the Administrator for the Food and Nutrition Service. In 2024, I was appointed Deputy Under Secretary for the Food and Nutrition Service. I retired from federal service in 2025. Over my time in federal service, I received the Presidential Rank Award and multiple USDA Honor Awards.

3.      I hold a MPA in public policy and economics from Princeton University's School of Public and International Affairs and a BA in economics from the University of Notre Dame. In addition to my work at FNA, I worked for several years at the Office of Management and Budget.

4.      I developed extensive operational expertise during my time at FNA. When I served as Deputy Administrator for FNA' Child Nutrition Programs, I led FNA's implementation of legislative changes that required the most significant restructuring of nutrition programs in decades. As FNA's Administrator, I led the development and implementation of national policy for all domestic nutrition assistance programs—including the Supplemental Nutrition Assistance Program (SNAP), Child Nutrition Programs, Commodity Distribution Programs, and WIC—and led the day-to-day operations of the agency.

***FNA's Structure and Role Implementing Federal Nutrition Programs***

5.      Together, the 16 federal nutrition programs that FNA implements and manages touch one in four Americans over the course of a year—including more than 38 million people

1

through the Supplemental Nutrition Assistance Program (SNAP),[1] approximately 30 million children by providing more than 5 billion school lunches annually,[2] and more than 40% all infants in the United States[3] through the Women, Infants, and Children (WIC) Program. In all, WIC benefits are distributed to more than 7 million people each month.[4][5]

6. FNA also collaborates with the Agricultural Marketing Service (AMS) to procure and distribute USDA Foods—U.S.-grown agricultural products—to schools, food banks, Tribes, and other programs through its Food Distribution Programs, including the Emergency Food Assistance Program (TEFAP), the Food Distribution Program on Indian Reservations (FDPIR), and the Commodity Supplemental Food Program (CSFP). SNAP, WIC, and the Summer Electronic Benefits Transfer for Children Program (Summer EBT) provide electronic benefits to eligible households to redeem for groceries at local retailers. The child nutrition programs—including the National School Lunch Program (NSLP), School Breakfast Program (SBP), the Child and Adult Care Food Program (CACFP), the Summer Food Service Program (SFSP), provide or subsidize food in schools, day care centers, and other institutional settings.

---

[1] Michael D. King & Kelsey J. Drotinig, Supplemental Nutrution Assistance Program (SNAP): 2022, *Survey of Income and Program Participation Snapshot,* U.S. Census Bureau (July 2024), https://perma.cc/P2QJ-CFAE.

[2] U.S. Dep't of Agri., Food & Nutrittion Serv., Fiscal Year 2027 USDA Explanatory notes, Chp. 34-11 (2026), https://perma.cc/3DA7-N3Q5.

[3] Kessler C. et al., *National and State-Level Estimates of the Special Supplemental Nutrition program for Women, Infants, and Children (WIC) Eligibility and Program Reach in 2023*, U.S. Dep't of Agric., Food & Nutrition Serv., (Dec. 9, 2025),  https://perma.cc/FW6U-WUUX.

[4] *Id*.; *See also* U.S. Dep't of Agric., *2027 USDA Explanatory Notes – Food and Nutrition Service* (Apr. 2026), https://perma.cc/V3FX-JEET.

[5] These programs serve a diversity of participants. For example, 28.7% of SNAP participants are Black and 30% of participants are Hispanic. Drew Desilver, *What the Data Says about food stamps in the U.S.,* Pew Research Center (Nov. 14, 2025), https://perma.cc/U7JZ-CHGV. And approximately 40% of WIC participants are Latino and 22% are Black. A true and correct copy of the Food and Nutrition Services Research Summary, entitled *Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) Pariticpant and Program Characteristics 2022 (Summary)*, which was published May 2024 and is available at https://perma.cc/VAC7-7K4M, is attached as Exhibit A.

7. In fiscal year 2024, FNA oversaw about $147 billion in federal spending.[6]

8. As of January 2025, FNA carried out these functions with a staff of approximately 1,800—two-thirds of whom were located across seven regional offices and the other third out of a national office in Alexandria, Virginia.[7] FNA's staff was already lean relative to the scope of its responsibilities.

9. FNA programs are federally funded and state run,[8] within the confines of policies set by the agency. FNA provides and manages program funding, establishes regulatory requirements to implement statutory changes and policy decisions, and provides technical assistance to the states operating FNA programs. FNA also monitors state implementation to ensure that statutory requirements are met, that expenditures align with authorized uses, and that eligible individuals receive benefits to which they are entitled.

10. All of these functions are critical to the smooth and continued functioning of federal nutrition programs. Federal staff  provide guidance and support that strengthens states' administrative infrastructure and helps them manage complex program requirements.

11. Until now, FNA has had a regional office structure under which each Regional Office manages the engagement and relationships with a geographically defined set of States, Territories, and Tribes. Regional Office staff built strong relationships with state nutrition program administrators and became experts in the unique characteristics and idiosyncrasies that affect program administration in states under their purview, allowing them to provide informed and responsive support to their counterparts in operating nutrition programs while also helping them ensure program integrity under federal law and regulation.

12. Regional office staff are critical in ensuring that program implementation, including

---

[6] USAFacts, *What Does the Food and Nurtition Service Do?*, USA.gov (Oct. 1, 2025), https://perma.cc/6QL2-X9XA.

[7] Office of Personnel Mangement, *Table Builder*,  (last updated Apr. 2026), https://perma.cc/E6UM-6TD8.

[8] In some jurisdictions, states delegate program components to counties or municipalities, which means that some local governments are also involved in implementing WIC.

legislative and policy changes dictated at the federal level, are implemented smoothly and timely. For example, FNA regional office staff know the specifics of state administrative agencies' structures, eligibility systems, funding, and decision rights, all of which impact how they implement program changes. When I served as FNA Administrator and then Deputy Under Secretary, Regional Office staff provided visibility to leadership about how federal directives would play out differently for different states, which allowed the agency to provide relevant guidance and supports to facilitate their success. Having that expertise—both to inform agency planning and policy and to allow for tailored state support and oversight—is critical to successful implementation of the federal goals set by Congress or political leadership, no matter what administration is in power.

13. In addition, FNA staff's regional experts are the first to receive calls for help from state agencies when crises affect their communities. State agencies turn to FNA regional counterparts when natural disasters strike, supply chain crises emerge, or public health emergencies arise. Regional FNA staff know the geography, population specifics, and supply chain issues that are unique to the states they serve. This knowledge is absolutely critical when exigent circumstances require a swift response and tight coordination between federal and state governments. States also rely on FNA regional staff to navigate anticipated and actual federal funding disruptions, which have become a relatively frequent occurrence.

14. FNA staff have amassed decades of experience in their regions' needs. If it is lost, this experience cannot be rebuilt quickly.

***Examples of Critical Collaboration between FNA and States***

15. Across the 16 federal nutrition programs it implements and manages, here are myriad ways that FNA engages in critical partnerships with states to ensure that families are provided the benefits provided for them under federal law. Below are two examples of collaboration between FNA and the States that are salient and pressing now or inevitably in the future.

*Implementing Program Requirements*

16. One of FNA's key functions is to operationalize statutory changes and to devise and

implement regulatory and policy changes. This function can only be performed by federal staff.

17.    While there is continuous evolution of policies—for example, upating the contents of the WIC food packages or school meal nutrition standards to reflect updated federal dietary guidelines, or formulating policies and resources to help states combat SNAP benefit thefts—losing most federal capacity to perform these functions would be particularly destructive in light of the sweeping changes to SNAP that states are attempting to navigate at this moment.

18.    States are currently navigating the most consequential changes to SNAP in the program's history. The One Big Beautiful Bill Act, enacted in July 2025, imposed sweeping eligibility and benefit cuts, expanded work requirements, and—for the first time—imposed a requirement that states with payment error rates above a certain threshold share food benefit costs, potentially costing hundreds of millions of dollars annually. Federal reimbursement for state administrative expenses will also be cut in half beginning in October 2026. Changes of this scale demand extensive planning, detailed federal guidance, and intensive federal technical support as states navigate numerous novel issues.

19.    Having already lost 35 percent of its workforce, FNA is already ill-equipped to provide the hands-on support states urgently need. The guidance that has been issued to date has been late and insufficient. If USDA proceeds with FNA reorganization and pushes out most or many remaining staff, states will be left to implement high-stakes changes with even less federal support and the threat of severe financial penalties for errors. That will likely mean unnecessary errors, and could put states in the position of having to cut benefits or exiting the program entirely—all of which will fall hardest on the families who depend on SNAP.

20.    Hollowing out federal oversight capacity of hundreds of billions in federal spending by forcing out much of the remaining staff who provide this sort of oversight compounds existing risk and makes it even less likely to be addressed effectively.

*Disaster Response*

21.    In the event of disasters, FNA coordinates with states, territories, tribes, and other federal agencies to provide food for shelters and other mass feeding sites, distribute food packages directly to households, and administer Disaster SNAP (D-SNAP) if appropriate, ensuring that

nutrition assistance reaches families in need even if circumstances disrupt normal program delivery.[9]

22.     When natural disasters strike, FNA staff mobilize immediately to assist state colleagues in getting food to the communities that have been affected. In my experience, FNA staff often traveled to the impacted state to help staff the state's command center coordinating disaster response. In moments of crisis, it is FNA that advises states on how to operate the federal food assistance programs for disaster response and recovery given the unique circumstances of each disaster, which is especially important for states that do not frequently experience disasters.

23.     State staff simply do not have the same experience utilizing disaster response mechanisms like Disaster Household Distributions (food packages distributed in areas with limited retail food access), D-SNAP (one time benefits for disaster affected households—not otherwise eligible for SNAP—to purchase groceries), or SNAP benefit replacement. For example, for D-SNAP, which requires states to deploy an extensive emergency benefit infrastructure very quickly during an active recovery, federal staff help states project how many applicants to expect, who will have completed screening in advance or not, how many physical locations are needed, how to most efficiently screen and interview many households in a condensed period, and how to avoid major pitfalls like blocked traffic or massive lines with insufficient processing capacity. While states are required to have baseline disaster response plans, those plans are understandably basic because disaster circumstances vary so dramatically. As a result, FNA staff are integral to the process of administering federal food programs for disaster response quickly and effectively.

24.     The FNA staff have unique expertise, because the national scope of their work provides them with experience that no one else has. That institutional expertise, which has already been eroded significantly by staff losses at FNA since January 2025, would be utterly decimated by a forced relocation. Re-building that expertise would take years of hiring and training. If FNA loses significant numbers of the remaining staff, it seems likely that the agency simply will not have the capcacity to help states deploy food assistance in disaster situations.

---

[9] *See generally* 7 U.S.C. § 2014(h)(1).

*The Impact of the FNA Reorganization's Relocation Requirements*

25.     FNA has already been hit hard by staff losses—losing about 35 percent of its workforce between January 2025 and March 2026. The cuts were not targeted or strategic. Rather, USDA deployed a combination of financial incentives for staff to retire or resign and implicit threats of layoffs to push out hundreds of experienced, dedicated employees indiscriminately. Importantly, FNA has already lost more than half of its senior leadership and over 60 percent of early career staff. Only three career SES remain at FNA, down from twenty one in January 2025.

26.     I have monitored each announcement pertaining to FNA and its planned reorganization. While the Administration has released very limited details, it is clear that the planned reorganization will result in a mass exodus of remaining federal staff and decimation of the agency's capacity.

27.     Although agency leadership argues that the reorganization—forcing the majority of regional and headquarters staff to relocate from its headquarters and regional offices to new "hub" cities—will move staff "closer to where our work happens," that simply does not square with reality. About two-thirds of remaining FNA staff are already located across the regions, including in the regional offices in San Francisco, Denver, Dallas, Chicago, Atlanta, Robbinsville (New Jersey), and Boston, in general proximity to the states under their purview. Furthermore, in 2025, the administration restricted most travel by FNA staff, including in-person visits, oversight and training that are core to regional office engagement. The assertion that relocating these same staff will bring them closer to the people they serve is hard to reconcile with an administration policy that sharply curtailed that engagement from the outset.

28.     USDA leadership has said that the current FNA regional map will be eliminated and that a small team will remain in the Washington, DC area. Of the five cities USDA leadership have designated as the new locations for FNA staff, only two (Denver and Dallas) overlap with the seven existing regional offices. As a result, I expect that the vast majority of FNA staff will either be required to relocate or resign, and I expect that the vast majority of those affected staff will choose to resign rather than relocate. In 2019, when USDA relocated two smaller USDA agencies

(ERS and NIFA), 75 percent of staff facing a similar choice ultimately resigned.[10]

29.    It is clear and foreseeable that USDA's mass relocation directive will result in the majority of affected staff leaving their jobs. People have lives with roots; FNA employees have children in school, spouses with jobs, and elderly parents or other dependents who rely on them. For many of them, relocating is simply not possible.

30.    Complicating the situation, USDA's actions bear little resemblance to the steps one would take to improve an organization in good faith. If USDA's goal was to maximize FNA's efficiency and effectiveness and improve program delivery, I would expect leadership to solicit input from staff about what they do and how work actually flows, to explain how the current structure falls short and how changes to it would be better, to provide employees with enough information to make informed decisions about their futures, and to plan for continuity. None of that has happened here. USDA has not articulated the issues they are trying to fix, why they selected new cities or how the proposed structure will work, much less work better, or how the agency will engage with the states, territories, and tribal organizations it serves. Staff have been given no clarity about whether their roles will be regional or national, who will be responsible for which stakeholder relationships, or how the new structure will function at all.

31.    USDA's approach is, in every observable respect, consistent with a goal of shrinking the federal workforce rather than improving the agency's performance. AT the very least, a drastic workforce reduction, with attendant consequences for agency operations, is the foreseeable result of the agency's actions.

32.    FNA staff are being asked to uproot their homes and families in order to keep their jobs in an organization that is being hamstrung. The majority of staff come to FNA and stay there, often for decades, because of a deep commitment to the mission of feeding those in need and nourishing our children. On top of the obvious obstacles that would prevent many staff from relocating, staff will face those choices without confidence that USDA is prioritizing the best

---

[10] Genevieve K. Croft, *Relocation of the USDA Research Agencies: NIFA and ERS*, CRS Report IF11527 (May 1, 2020), https://perma.cc/44UH-4SHZ.

interest of the agency or its mission. Even if mission failure is not the intended consequence of this reorganization plan, it is a foreseeable one.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 30, 2026, in Duxbury, MA.

Cynthia Long

# Exhibit A



**Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

## Research Summary                                    May 2024

# Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) Participant and Program Characteristics 2022 (Summary)

### Background

The U.S. Department of Agriculture's (USDA) Food and Nutrition Service (FNS) administers 16 nutrition assistance programs with the mission to increase food security and reduce hunger—in partnership with cooperating organizations—by providing children and low-income people access to food, a healthy diet, and nutrition education in a manner that supports American agriculture and inspires public confidence.

The Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) is administered by FNS. WIC benefits include nutritious supplemental foods; nutrition education and counseling, including breastfeeding promotion and support; and referrals to healthcare, social services, and other community providers for pregnant, breastfeeding, and non-breastfeeding postpartum women; infants; and children up to age 5 years at nutritional risk and income-eligible for the program.

Since 1988, FNS has produced biennial reports on WIC participant and program characteristics (WIC PC) for program monitoring and managing WIC information needs. The 2022 WIC PC report summarizes demographic, income, and health-related characteristics of participants with active certifications in April 2022.

### Key Findings

- Nearly 7 million (6.8 million) women, infants, and children were certified to receive WIC benefits as of April 2022, a decline of 3.4 percent from April 2020. Of these, 6.3 million participants were issued food benefits in both April 2020 and 2022, according to administrative data.

- In 2022, 57 percent of WIC participants reported an income below 100 percent of the Federal Poverty Guidelines (FPG), a decline from 64.3 percent in 2020.

- In 2022, dietary and anthropometric risks were the most common broad categories of nutritional risk assigned at WIC enrollment (62.4 percent and 32.0 percent respectively).

- In 2022, 70 percent of infant WIC participants were breastfed after birth, 32.7 percent at 3 months, 22.5 percent at 6 months, and 15.4 percent at 12 months. Breastfeeding initiation and duration varied by race and ethnicity. This compares similarly to 2020.

### Methods

The data for this report are based on WIC administrative records collected from all 89 WIC State agencies (50 States, the District of Columbia, 5 U.S. territories, and 33 Indian Tribal Organizations). WIC PC 2022 is a census of WIC participants with active certifications in April 2022, including individuals who were not issued food benefits in April. In contrast, for administrative purposes, FNS measures monthly WIC participation based on the number of certified individuals issued food benefits each month.

For WIC PC 2022, State agencies provided most data elements with the same level of completeness as in previous years, except anthropometric (e.g., height/length and weight) and hematological measurement data (used to screen for anemia). Anthropometric and hematological measurement data were largely unreliable because of large amounts of missing data and varied State agency practices for collecting and reporting these data during the COVID-19 public health emergency (e.g., using old data from previous certifications or self-reported data). Therefore, WIC PC 2022 does not include findings on anthropometric and hematological data.

### Findings

**There were 6.8 million women, infants, and children certified to receive WIC benefits in 2022.** This is a 3.4 percent decline from the same period in 2020 when 7.0 million participants were enrolled and a 13.2 percent decline from 2018 when 7.8 million participants were enrolled. Of these 6.8 million participants, 6.3 million were issued their WIC food benefits in April 2022, which is the same number that were issued benefits in April 2020. As a result of the differences in the definition of participation for WIC PC reports versus FNS administrative data, participation as measured for WIC PC 2022 was 8.1 percent

greater than participation as measured by FNS administrative data for April 2022.

**Nearly 78 percent of all participants were infants and children under 5 years of age (Figure 1).** The percentage of infants and children in the total WIC population has remained steady since 2010.

**In 2022, the proportion of breastfeeding women exceeded that of non-breastfeeding postpartum women, continuing a trend first seen in 2012.** Among all WIC participants, 7.6 percent were pregnant women, 9.0 percent were breastfeeding women, and 5.6 percent were non-breastfeeding postpartum women (Figure 1).



Figure 1: WIC Participants by Participant Category

WIC = Special Supplemental Nutrition Program for Women, Infants, and Children.

**In 2022, breastfeeding initiation and duration rates remained steady and continued to vary by race and ethnicity.** Seventy percent of infant WIC participants initiated breastfeeding. Among all infant WIC participants, 32.7 percent breastfed at age 3 months, 22.5 percent at age 6 months, and 15.4 percent at age 12 months. At all timepoints, Asian participants had the highest

breastfeeding rates while Black participants had the lowest breastfeeding rates (Figure 2). Hispanic/Latino participants had higher rates of breastfeeding initiation and at 3, 6, and 12 months than non-Hispanic/Latino participants.

**The racial and ethnic characteristics of WIC participants in 2022 (Figure 3) were similar to 2020.** Ethnicity is reported separately from race. In 2022, 43.1 percent of WIC participants were Hispanic or Latino.



Figure 3: Distribution of WIC Participants by Race and Ethnicity

WIC = Special Supplemental Nutrition Program for Women, Infants, and Children.

**Nearly all WIC participants (89.8 percent) had a household income at or below 185 percent of the FPG.** In 2022, 3.8 percent had a household income above 185 percent of the FPG; household income data were not available for 6.4 percent of participants. In 2022, 57 percent of WIC participants reported an income below 100 percent of the FPG compared to 64.3 percent in 2020 and 69.5 percent in 2018. Thirty percent of all participants in 2022 had a reported income below 50 percent of the FPG. This differed across race categories; 20.1 percent of Asian and 39.8 percent of Black participants had reported income below 50 percent of the FPG.

**Dietary and anthropometric risks were the most common broad categories of nutritional risk assigned at program enrollment (62.4 percent and 32 percent respectively).** Among women, clinical/health/medical and dietary risks were most commonly assigned (60.1 and 42.6 percent, respectively). Dietary risks were reported most commonly for children (82.6 percent). Most infants (73.3 percent) were assigned the broad nutritional risk category of "other risks", most commonly for the mother being at risk during pregnancy (69.6 percent of all infants).

**Figure 2: Breastfeeding Initiation and Duration for WIC**

|  |  | Ever | At 3 Mos | At 6 Mos | At 12 Mos |
|---|---|---|---|---|---|
| Race | American Indian | 76.2 | 43.3 | 31.2 | 19.0 |
| | Asian | 77.5 | 45.0 | 32.9 | 20.8 |
| | Black | 61.0 | 26.2 | 16.8 | 10.5 |
| | Pacific Islander | 75.4 | 41.3 | 27.1 | 16.6 |
| | White | 72.6 | 33.3 | 23.1 | 16.5 |
| | Two or More Races | 69.4 | 32.9 | 22.6 | 15.2 |
| Ethnicity | Hispanic/Latino | 77.8 | 36.1 | 25.1 | 17.2 |
| | Non-Hispanic/Latino | 64.8 | 30.4 | 20.7 | 14.1 |

WIC = Special Supplemental Nutrition Program for Women, Infants, and Children. Mos = months

**For More Information:**
Zvavitch, P., Beckerman-Hsu J., Huret N., Perez-Zetune V., Reischmann P., Calvin K., & Thorn, B. (2024). *WIC Participant and Program Characteristics 2022.* U.S. Department of Agriculture, Food and Nutrition Service. Prepared by Contractor, Contract No. GS-10F-0136X. Alexandria, VA: U.S. Department of Agriculture, Food and Nutrition Service, Office of Policy Support, Project Officer: Rachel Zack. Available online at: www.fns.usda.gov/research-and-analysis.

USDA is an equal opportunity provider, employer, and lender.