Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF DR. JOAN LUNNEY** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

## DECLARATION OF DR. JOAN LUNNEY

I, Joan Lunney, Ph.D., declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I understand that the U.S. Department of Agriculture is going forward with a reorganization plan that will shut down the Beltsville Agricultural Research Center (BARC). This declaration describes the importance of the research conducted by the Beltsville Agricultural Resource Center and its Animal Parasitic Diseases Lab (APDL); as well as the unique investments and characteristics that make BARC a unique and irreplaceable research facility, and counsel in favor of a thoughtful, fact-based consideration of its future.

3. I am a research scientist who studies swine immunology. I hold a PhD in Biochemistry from John Hopkins University and did my postdoctoral research in immunology on studying swine as an organ transplantation model. I am a Distinguished Senior Research Scientist, a position colloquially known as a "supergrade" scientist,[1] and worked at BARC for the past 42 years before retiring in December 2025. I continue to actively mentor and advise scientists at BARC and elsewhere. Despite my retirement from federal service, I am still writing and publishing research.

4. Through my work at BARC, I have helped develop the field of swine immunology nationally and globally. For over two decades, I co-organized the Porcine Reproductive and Respiratory Syndrome Host Genomics Consortium. For the past 4 decades I collaborated with scientists across the world to develop a Swine Immune Toolkit, which helped create new tools to monitor swine immune responses to infectious diseases and evaluate vaccine responses. I am a Fellow of the American Association for the Advancement of Science (1998) and the International Society for Animal Genetics (2017). I was also inducted into the USDA ARS Hall of Fame (2019), was a Presidential Rank Awardee as a Meritorious Senior Professional (2022), and in 2023

---

[1] U.S. Dep't of Agric., Agric. Research Serv., *Meet the Distringuished Senior Research Scientists*, (last visited June 29, 2026), https://perma.cc/KW42-4QR2.

was honored to be the international Distinguished Veterinary Immunologist by the International Union of Immunological Societies. The award is chosen by an international selection committee of researchers and is considered the highest global award in the field of veterinary immunology.

***BARC's Effective Elimination of Trichinellosis***

5.    Researchers at BARC have conducted research with outcomes that are deeply significant for American agricultural industry and food safety. One example is BARC's contribution to essentially eliminating trichinellosis from commercially raised pigs in the United States.

6.    Trichinellosis is a significant human infection caused by the consumption of raw or undercooked pork, and has existed for more than 3,500 years throughout human history. It is caused by the microscopic larvae of the *Trichinella* roundworm parasite. Once infected pork is consumed, the *Trichinella* larvae grow into adult worms within the small intestine. It then uses the host body to reproduce and encyst into muscle tissue, such as the heart, causing clinical symptoms.

7.    BARC was responsible for multiple major breakthroughs in trichinellosis research. In 1982, BARC scientists developed thermal death curves for the *Trichinella* roundworm parasites in pork. These thermal death curves calculated the precise temperatures at which *Trichinella* are killed. This breakthrough led to the USDA issuing nationally standardized recommendations on the exact temperature to either cook or freeze pork at for safe consumption. BARC also developed a framework to evaluate how effective curing is in destroying *Trichinella* larvae.

8.    Crucially, BARC researchers helped develop a specific Enzyme-Linked Immunosorbent Assay (ELISA). ELISAs help detect specific antibodies or antigens in pig blood, helping researchers monitor entire herds for disease surveillance. This ELISA helped detect *Trichinella* in pig herds, and is now widely used.

9.    The research and collaborative opportunities at BARC continue to be instrumental in controlling and preventing *Trichinella* outbreaks. For example, BARC researchers worked with

European counterparts to better understand the epidemiology of the *Trichinella* parasite and track outbreaks.

10. The unique research and collaborative opportunities at BARC have directly led to trichinellosis being virtually negligible among domestic, commercially raised pigs. In a landmark BARC 2024 survey testing tissues from over 3 million commercially raised pigs in the United States over 54 months, zero pigs were found to be *Trichinella*-positive. This data affirmed that Trichinella poses negligible risk to public health and provides the basis for fewer restrictions on exports of US pork worldwide. The effective eradication of *Trichinella* is just one example of the critical work done by laboratories at BARC.

### *Knowledge of Efforts to Close BARC*

11. I am aware that USDA plans to shutter BARC in the next several months and intends for all researchers to have vacated the facility by the end of September or early October 2026. I am aware of events that have transpired at BARC following my retirement on December 31, 2025, because I remain connected to a large number of friends and former colleagues from across BARC's laboratories.

12. Because I speak with many people who work at BARC, I understand that many BARC researchers have been initially informed that USDA intends to relocate their research projects to different locations. I also understand that some BARC researchers have been informed that USDA intends to relocate the employee, but not their research project or projects. Despite being asked, USDA has not provided BARC's researchers with the basis for its decisions that some scientists' work will supposedly continue, while some scientists' work will not.

13. Some scientists who have been told their research will not continue have received Management Directed Reassignment notices instructing them to report to new locations by September 21. Those locations include, but are not limited to, facilities in California, Washington state, Georgia, West Virginia, Mississippi, and Oklahoma.

14. On June 29, 2026, more scientists who had been told that their projects are relocating received Management Directed Reassignment notices. What I understand from speaking with people who have received those notices is that they require the scientists to choose

within 30 days between relocating and resigning, and state that the scientists will need to report to their new locations by October 5.

***The Impact of a Move***

15. The research that BARC produces depends on internal team synergy and collaboration. Typically, each of the 17 Laboratories at BARC has two to five projects, and each of these projects are staffed by a small team of scientists. These scientists share ideas both within their project teams and with other project teams. The proximity of all these multidisciplinary laboratories helps ideas naturally cross-pollinate, as scientists can simply meet for lunch or walk down the hall to a colleague of a different field to get a new perspective on a problem.

16. The project teams are small and tight-knit. The uncertainty around relocation has already thrown the teams into chaos. There is no explanation whether USDA expects that BARC teams will be able to complete their projects after they have been scattered across multiple locations, or lost team members to attrition because some researchers will not be able to move due to personal circumstances.

17. For example, in one laboratory, a handful of researchers are being relocated to California together. The rest are then being relocated individually: one is being sent to West Virginia, one to Oklahoma, and one to Mississippi. There is no explanation why.

18. These teams are cohesive, tight-knit units that has worked together for years. Splitting and scattering them across the country, suddenly, significantly impedes their research, because each team member's role is specific to them and their skills. Synergy between projects is now gone since relocated scientists no longer have access to critical facilities and equipment to provide needed products for another project's planned work. It also destroys the brain trusts the labs have spent years building.

19. Additionally, the lab equipment we have at BARC is incredibly expensive and fragile. Some examples include industrial -20 and -80 freezers that need to be constantly kept at a precise temperature to preserve the invaluable samples inside, sophisticated instruments used to sequence infectious microorganisms or whole plant or animal genomes, and specific instrumentation such as an nCounter Analysis System machine that does in-depth analysis of gene

4

LUNNEY DECLARATION, NO. 3:25-CV-03698-SI

expression from small samples, using genome specific fluorescent probes and state-of-the-art lasers. BARC houses one microscope that is valued at $1 million on its own. If all of this equipment were to be moved, it must be moved under strict specifications, by specialized operators, in order not to void warrantees on the equipment. I am not aware of any planning that has gone into navigating the cost or logistics of moving this valuable equipment, or whether it will simply be abandoned. If abandoned it is unclear whether the scientists will have access to or be authorized to buy such complex and expensive equipment at the new location. And because I am in steady communication with the many friends and former BARC colleagues I have known for years, I believe I would be aware if that kind of detailed planning was undertaken.

20. BARC scientists have raised concerns with USDA leadership about the extreme cost and difficulty that would come with moving this equipment. These concerns have gone largely unaddressed, and there is still no concrete plan communicated on how all these fragile machines would be packed up, shipped, and safely moved across the country.

21. I have been told by BARC staff that in response to scientists' questions, USDA has sometimes said that scientists who are relocating can simply buy new equipment once they've landed at the receiving labs. There is no discussion or details on when or how this would happen. If that is in fact the plan, I estimate that it would cost millions of dollars to replace the equipment that BARC's scientists already use in their labs on BARC's campus. In my lab, I had $200,000 worth of equipment, as well as use of another $300,000 worth of equipment in labs of scientists on other APDL projects. And I was just one Principal Investigator on my project in the APDL lab. Of BARC's 17 labs, each typically hosts two to five projects, and within each project, there can be anywhere from one to five principal investigators. Each principal investigator has their own space. While I do not know how many principal investigators are left at BARC—USDA will not share personnel numbers even though staff have asked—I recall that around 2024, there were approximately 200 principal investigators. Even assuming more than 50% attrition between then and now, at $200,000 of equipment per principal investigator, that equates to tens of millions of dollars in equipment.

22.    Additionally, many laboratories currently maintain samples that are irreplaceable. A single laboratory may maintain thousands of samples that are the culmination of years and years of work that are useful to that laboratory and potentially to many others. I had 14 freezers with samples collected over many years. My colleagues and I clearly follow the "3Rs" in animal research—Replacement, Reduction, and Refinement—a globally recognized ethical framework for conducting more humane and scientifically valid animal experiments. So we regularly sent sets of our samples to other labs for them to perform targeted studies and access our background data. No one can simply purchase replacements for these samples if they are lost, or the wealth of knowledge that they contain.

23.    Finally, much of BARC's research takes place in the thousands of acres of fields on its campus. Besides the fields at Beltsville, MD, BARC is one of 19 Long-Term Agroecosystem Research (LTAR) sites maintained by USDA focused on "developing practices that improve agricultural productivity and economic performance and ensure the health of our natural resources and farming communities."[2] The BARC LTAR site addresses issues for farmers on the lower Chesapeake Bay and includes fields that have been planted and studied with a wide range of increasingly sophisticated tools for 20 years. There is no replacement for this site-specific work, no ripping genetically diverse trees out of the ground and moving them elsewhere. Whether that research moves or is canceled, decades of irreplaceable investment will be abandoned.

***Recent Investments in BARC's Infrastructure***

24.    BARC has spent the past decade or more making thoughtful decisions about how to manage its operations and physical facilities, and dedicate investment to buildings and infrastructure where it will have the highest impact. As part of that effort, significant investment has been poured into maintaining and upgrading targeted areas of the BARC facility over the past years, so it can continue to do its critical work. Over approximately the past five years, ten buildings have been renovated, half (B.001-005) in BARC West and half (B306, 307, 307B.

---

[2] U.S. Dep't of Agric., Agric. Research Serv., Who We Are, (last visted June 29, 2026). https://perma.cc/TP7D-WWET.

307C) in BARC East. Infrastructure investment included electric, steam, water systems in those local areas. To give you a sense of scale, the renovation investment for Building 307 *alone* was $34 million. Conservatively, I estimate that renovation investments have exceeded $300 million. That money has already been spent.

25.    One example of upgraded critical infrastructural is the WiFi. High-speed connectivity is essential to transfer the colossal quantities of data we transfer, such as genomic data from cattle, bee, and microbial experts. The WiFi upgrade alone required miles of cabling to reach the appropriate buildings and offices.

26.    Massive computational and data storage infrastructure needs are also essential for BARC's work. For example, just the genomics experts in Building 306 require server racks, UPS systems, LPN compute servers, network switches, high-capacity storage systems such as ZFS and SAN, archival storage access, and backup power systems. This is not run-of-the-mill computational infrastructure; it was built over the course of years. All of this infrastructure exists in Building 306, and I do not know where it can be replicated or at what cost.

27.    It is not a misnomer to call BARC a small city. It is built to incubate the most advanced agricultural research in the country, and that work cannot be extricated from its physical environment. BARC's environment has been the subject of hundreds of millons of dollars of investment and intentional design with major impacts on commodities, from soybeans to dairy cattle. The conditions it provides for the scientific work of its research teams cannot be replicated, much less over the course of a few months between now and late September or early October of this year.

***BARC's Local Maryland Ties***

28.    Beyond BARC's infrastructure and equipment, it is also deeply rooted in the local community.

29.    Closing BARC also means that Maryland will lose a key source of STEM education. Among the roughly 200 Senior Scientists at BARC, around 100 of them would actively work with local students—whether they were in high school, college, or graduate school. BARC actively collaborated with these local institutions, including Eleanor Roosevelt High School and

Charles Herbert Flowers High School in Prince George's County, Maryland. Because of BARC's relationship with these local schools, students were able to work at BARC labs, get hands-on experience conducting scientific research, and access to invaluable mentorship by senior scientists early on in their scientific careers. Many of them created their first scientific poster presentations at BARC that they would then bring to local or national science competitions.

30.     BARC has also had a long and fruitful collaboration with the University of Maryland (UMD). In addition to the significant and valuable research partnerships BARC laboratories have undertaken with UMD researchers over the years, BARC laboratories have served as key training grounds for UMD students at the undergraduate, graduate, and post-doctoral level. BARC's labs routinely hosted students for internships and fellowships, and BARC scientists mentored students during their tenure and beyond. Many have served as advisors for students completing masters or doctoral degrees, and I estimate that the mentorship and support BARC's researchers have helped to launch hundreds of scientific careers, many focusing on agricultural science, in the last several decades.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed June 30, 2026, in Bethesda, Maryland.

Joan Lunney, Ph.D.