Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF MEGAN MEDLEY** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

MEDLEY DECLARATION, CASE NO. 3:25-CV-03698-SI

**DECLARATION OF MEGAN MEDLEY**

I, Megan Medley, declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am an employee of the United States Forest Service (the "Forest Service") serving as a Forest Products Resource Specialist on the Stanislaus and Inyo National Forests. I have worked at the Forest Service for over 16 years across a variety of different roles. I am a specialist in timber, and I help with contracts and financial processing for timber sales across the two forests I work on.

3.      While I still hold the same official job title and responsibilities with my home forests, I have spent the last year also filling in for the Pacific Southwest (Region 5) Regional Office. I was initially asked to take on additional duties when a regional office employee left the agency last year after taking the Deferred Resignation Program offer that was made to federal employees across the government. I am now attempting to fulfill my official job duties with the Stanislaus and Inyo National Forests while also covering for the vacant Region 5 position left by this departing employee.

4.      I am one of many workers from the forest level of the Forest Service who is being asked to take on additional regional office job duties and functions to backfill for departing employees after the agency-wide departures of the last year and a half. I have spoken to colleagues in regions around the country who are in a similar position, currently fulfilling the jobs of multiple people and across different levels of the Forest Service, due to the recent staff reductions at the Forest Service. For instance, I have another coworker in Region 5 that is similarly splitting her time between her official forest-level responsibilities and her new regional office duties. Based on my understanding, this is taking place not only in our region, but across all nine Forest Service regional offices.

5.      In a fully staffed Forest Service, regional office employees serve a very different purpose from forest and district level employees. In my official role as a Forest Products Resource Specialist on the Stanislaus and Inyo National Forests, I am responsible for processing and

finalizing sale contracts with timber purchasers and contractors, ensuring that these agreements comply with all applicable procedures, laws, and regulations, and auditing timber accounts to ensure contract fidelity. In the past, if I encountered a particularly complex or difficult issue, my regional office counterparts would provide support and technical assistance based on their expertise and high-level policy knowledge. This structure is replicated across job functions, with forest and district level staff of all types turning to the regional office when they encounter difficult or complex issues requiring additional expertise and support.

6.      Now, I am being asked to both fulfill my normal operations role at my home forests and serve as the regional office support staff, for which I received no formal training. This has been incredibly taxing and stressful for me and my other forest-level colleagues who have been called up to fill in for departing regional staff. We are stretched thin, being asked to perform additional and more complex tasks with no attendant increase in job title or pay, and are having to try to teach ourselves how to perform job functions we received no formal training for. Indeed, our regional level leaders are themselves being pushed to the brink, trying to cover for staff they have lost in the past year-and-a-half, and have little time to train or assist the staff they oversee. Many of the colleagues I have spoken to that are in the same position as I am have experienced increased burnout and low morale as a result of overwork and inadequate support. The Forest Service is simply not equipped to deal with departures on the scale we have already seen since the start of last year.  Our agency's work at the district, forest, and regional levels is impacted from this severe understaffing because we cannot get everything done, or have to live with tasks and projects of lower quality given time and staffing constraints and shortages of experienced staff.

7.      The proposed reorganization of the Forest Service is likely to exacerbate these preexisting issues caused by inadequate staffing. Based on information from Forest Service leadership in town halls and public documents, I understand the plan is to close all the regional offices and transition staff to state offices and national "operations service centers." Some regional office locations will be closing entirely requiring many Forest Service workers to relocate. A survey by my union, the National Federation of Federal Employees, suggests that there will be substantial attrition among regional office employees forced to relocate. This would be devastating

2

to an agency already required to backfill these positions with employees, like me, who are being asked to work multiple jobs to cover for staffing shortages.

8.    As stated above, the regional offices are an essential layer of support and expertise for the forests they oversee, serving as a critical resource for forest-level employees who encounter particularly complex issues. If more regional office employees leave the Forest Service rather than relocate during the reorganization, it is even more forest-level employees may be asked to fill in those vacancies, as I am currently doing. This would pull more on-the-ground, forest-level employees *away* from their responsibilities dealing directly with visitors, purchasers, and other stakeholders.

9.    Moreover, the issues of overwork and burnout among covering staff are likely to persist and get worse amid further departures, and that alone may result in additional resignations of talented and dedicated employees. Many of my forest-level colleagues covering regional office duties have already stated that they are considering leaving the agency. In this way, the reorganization could create a vicious cycle of attrition that spreads beyond the regional office staff to forest- and district-level employees asked to cover for their departing colleagues.

10.    My experience backfilling for a regional office role in the past year helps illustrate the risks of the proposed reorganization of the Forest Service. Until that point, I served as a Forest Products Resource Specialist for the Stanislaus and Inyo Forests, delivering timely and effective services to timber purchasers in part thanks to help from regional office experts on complex issues. Now, the time I need to spend trying to cover regional office tasks has cut into my time dedicated to actually serving Forest Service constituents on the ground. It has been stressful and taxing, and I know many colleagues in similar positions are considering leaving the agency due to overwork. The reorganization will amplify all these issues, creating an initial wave of attrition among current regional office employees that is likely to impact downstream levels of the Forest Service in the same way that last year's departures did. All of this will weaken Forest Service delivery, pull more staff away from the forest and district levels, and ultimately undermine the important work we do for the public.

_____
Megan Medley