Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF HOLLY PRENDEVILLE** |

**DECLARATION OF HOLLY PRENDEVILLE**

I, Holly Prendeville, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am employed by the United States Department of Agriculture Forest Service (the "Forest Service") within the Pacific Northwest Research Station, which has laboratories in Alaska, Oregon, and Washington. I serve as the Coordinator for the United States Department of Agriculture ("USDA") Northwest Climate Hub and the Western Wildland Environmental Threat Assessment Center (the "Threat Center"). The USDA Climate Hubs are jointly led by Forest Service Research and Development, the Agricultural Research Service, and the National Resource Conservation Service. In my role, I regularly coordinate scientific activities among researchers, land managers, and partner organizations across multiple agencies and jurisdictions.

3. I also serve as a steward for the National Federation of Federal Employees Local 1950 ("Local 1950" or the "Union"). Local 1950 represents bargaining unit employees at the Pacific Northwest Research Station, the Pacific Southwest Research Station, and the Rocky Mountain Research Station, and portions of the Southern Research Station including the Forest Inventory and Analysis program. Through both my job and my position as a Union steward, I am familiar with Forest Service Research and Development generally, and the research stations we represent specifically.

4. My work requires regular interaction with research scientists, technical specialists, laboratory managers, administrative personnel, and land managers throughout the western United States. I routinely collaborate with employees responsible for wildfire science, climate science, forest health, watershed science, forest inventory, ecological monitoring, and other research disciplines. As part of these responsibilities, I have developed firsthand knowledge regarding how Forest Service Research and Development functions, how research is translated into management decisions, and how proposed organizational changes affect the agency's scientific capacity.

5. Forest Service Research and Development is the scientific research organization within the Forest Service. Research and Development is comprised of professional research

PRENDEVILLE DECLARATION, CASE NO. 3:25-CV-03698-SI

scientists, research ecologists, social scientists, technical specialists, laboratory personnel, data managers, administration professionals, and other staff who together conduct research intended to improve the understanding, management, and sustainable use of the nation's forests, rangelands, and natural resources. Unlike most academic research organizations, Forest Service Research and Development exists to produce science that directly informs land management. In carrying out this mission, Research and Development works closely with other deputy areas of the Forest Service, including the regional offices, forests, and districts (together, the "National Forest System").

6.      The research we produce is intended to support not only the management of National Forest System lands, but also state forests, tribal lands, private forests and rangelands, and other public lands through scientific research, technical assistance, scientific assessments, and decision-support tools. In addition to the National Forest System, we also work with the State, Private, and Tribal Forestry deputy area of the Forest Service, the Bureau of Land Management, other federal agencies, state agencies, tribal governments, universities, nonprofit organizations, and private landowners. Research findings are communicated through peer-reviewed scientific publications, technical reports, decision-support tools, training programs, scientific assessments, workshops, and direct collaboration with land managers responsible for implementing management decisions.

7.      One of the defining strengths of Forest Service Research and Development is that it combines rigorous scientific research with practical application. Researchers regularly work alongside land managers to identify emerging management challenges, develop scientific information addressing those challenges, and communicate research findings in forms that can be incorporated into management decisions. This close relationship between research and management enables scientific findings to be translated into practical improvements in forest, rangeland, watershed, and wildfire management.

8.      Much of the research conducted by Forest Service Research and Development is inherently regional. Forest ecosystems vary substantially across the United States with respect to climate, vegetation, hydrology, soils, disturbance regimes, insect and disease pressures, wildfire

behavior, and management challenges. Scientific understanding developed for one region often cannot simply be applied to another without additional research and evaluation.

9.    For this reason, Forest Service Research and Development has historically maintained scientific staff and research facilities throughout the country. Researchers are intentionally located within or near the ecosystems they study so they can maintain long-term field sites, collaborate with local land managers and research partners, respond to emerging environmental conditions, and develop scientific knowledge specific to regional ecological conditions. In my experience, regional scientific capacity depends upon more than laboratory buildings. It requires experienced scientific personnel, long-standing relationships with cooperating agencies and landowners, specialized laboratory capabilities, permanent research installations, long-term ecological monitoring sites, and institutional knowledge developed over many years. These resources collectively enable Forest Service Research and Development to conduct scientific studies that often continue for decades.

10.    Many Forest Service research projects derive much of their scientific value from continuity. Long-term ecological studies frequently involve repeated observations collected using consistent methods over many years or decades. Interruptions caused by the loss of experienced personnel, closure of research facilities, or disruption of established research programs may reduce the scientific value of these long-term datasets because gaps in data collection often cannot later be recreated.

11.    Similarly, scientific expertise developed through years of research in particular ecosystems cannot always be quickly replaced. Experienced researchers possess specialized knowledge regarding local ecological conditions, historical datasets, established research methodologies, collaborative relationships, and ongoing scientific investigations. Replacing this expertise typically requires substantial time, recruitment, training, and the development of new collaborative relationships.

12.    As Coordinator of the Northwest Climate Hub and the Threat Center, I work with researchers and land managers to develop, synthesize, and communicate scientific information to support land management decision-making and mission of the Forest Service. My responsibilities

PRENDEVILLE DECLARATION, CASE NO. 3:25-CV-03698-SI

require me to understand both the scientific research being conducted and the practical ways that it is used by federal, state, tribal, and private land managers. In my opinion, one of the principal strengths of Forest Service Research and Development is its ability to connect long-term scientific research with day-to-day land management. Because researchers work closely with operational land managers, scientific findings can be rapidly incorporated into management practices while operational challenges help identify future research priorities.

13.    These activities support implementation of the 2012 National Forest System Land Management Planning rule, which requires the Forest Service to use the "best available scientific information" when developing land management plans. This includes developing climate change vulnerability assessments. Climate information has become an increasingly important component of those planning efforts as managers consider changing temperature, precipitation, drought, wildfire, insect, disease, and vegetation conditions. Although the Climate Hub itself does not establish Forest Service policy, it helps ensure that land managers have access to current scientific information necessary to make informed management decisions. This work depends upon close collaboration with Forest Service researchers located throughout the region who possess expertise regarding local ecosystems, climate impacts, and adaptation strategies.

14.    As Coordinator of the Threat Center, I work with researchers who study forests and rangelands in the western United States to enhance monitoring and assessment of environmental threats to these ecosystems. The Threat Center works to fulfill congressional programs authorized and expedited by the Healthy Forests Restoration Act of 2003. The Threat Center focuses on the environmental threats of wildfire, climate change, insects, disease, and invasive species by supporting and developing science to inform federal, state, private and tribal land managers. Research and assessments that the Threat Center produces are used to inform land management practices. In particular, the research we produced is used by Forest Service districts, forests, and regional offices to inform land management plans and implement those plans. In addition, the State, Private, and Tribal Forestry deputy area of the Forest Service provides technical assistance and shares our research with non-federal landowners in support of their mission.

15.     Both the Threat Center and Northwest Climate Hub develop decision support tools to help land managers incorporate the latest science into their land management practices. One example is the Seedlot Selection Tool, which the Northwest Climate Hub helped support and expand. This tool assists foresters in selecting seed sources that are expected to remain adapted to both present and future climate conditions. It is used by federal agencies, state forestry organizations, tribal governments, nonprofit organizations, and other land managers when planning reforestation following wildfire, timber harvest, or other disturbances. This tool helps foresters determine which seeds are best suited for particular planting locations considering historical and future climates so trees are adapted to both the present and future. This tool is used by federal, state, and non-profit land managers to inform reforestation of lands after a wildfire, timber harvest, or other disturbance. Tools such as the Seedlot Selection Tool illustrate an important aspect of Forest Service Research and Development—they convert decades of scientific research into practical decision-support resources used by land managers responsible for restoring forests and improving long-term ecosystem resilience.

16.     Regionally relevant scientific information is essential to inform land management decisions, and much of the research Forest Service Research and Development conducts is focused on specific locations and ecosystems. For instance, what drought looks like in any location can be very different and result in ecological and social impacts. For example, during the 2025–26 water year, much of the western United States experienced significant snow drought conditions. This year's snow drought will affect soil moisture which in turn can create conditions for wildfire depending on weather and ignition events. In early April 2026, the Threat Center released a newsletter that included fact sheets and an article on the current drought conditions, significant wildfire potential risk, drought seasonal outlook, and management actions to reduce the effects of the snow drought on forests and rangelands. These products are intended to provide land managers with current scientific information necessary to respond to rapidly changing environmental conditions.

17.     In addition to conducting research that is used by other parts of the Forest Service for fire prevention, fire management, and post-fire restoration, researchers in the Pacific

PRENDEVILLE DECLARATION, CASE NO. 3:25-CV-03698-SI

Northwest Research Station at the Pacific Wildland Fire Science Laboratory have developed numerous operational tools that are routinely used by wildfire managers. One example is AirNow, which provides information regarding fine particulate matter and wildfire smoke affecting air quality. Another example is the Hot-Dry-Windy Index, which assists Incident Management Teams in evaluating atmospheric conditions associated with increased wildfire behavior and suppression difficulty.  Based on conversations with colleagues involved in fire response, I understand that these tools are regularly incorporated into wildfire planning and incident management activities. Many of these tools help fulfill statutory mandates established by the Dingell Act to modernize wildfire reporting and tracking technology. These critical projects that support fire response capabilities help keep the public safe. Continued improvement of these tools similarly depends upon maintaining that scientific capacity over time. They reflect not only the work of individual researchers but also long-term investments in scientific expertise, data collection, collaboration, and institutional knowledge developed across multiple Research Stations.

18.    In March 2026, I was among approximately 6,500 employees who received notice that my position could be affected by the proposed reorganization of the Forest Service. To my knowledge, employees throughout Forest Service Research and Development received substantially similar notices informing them that their positions could be subject to relocation or other organizational changes.

19.    Since that time, Forest Service leadership has publicly discussed plans to reorganize Research and Development and has announced that approximately 57 of the agency's 77 research facilities are being evaluated for closure.  Based upon information provided during agency briefings and town hall meetings in June 2026 attended by Research and Development employees, I understand that the Portland Forestry Sciences Laboratory and the Pacific Northwest Research Station headquarters are expected to close and that employees assigned to those facilities may be required to relocate or leave federal service. Although the agency has indicated that research activities will continue following the reorganization, in my experience the effects of closing research facilities extend far beyond the physical buildings themselves. Scientific research depends upon experienced personnel, established collaborations, specialized laboratory

PRENDEVILLE DECLARATION, CASE NO. 3:25-CV-03698-SI

capabilities, long-term field studies, and institutional knowledge that cannot simply be transferred by relocating offices.

20. Forest Service Research and Development was already operating with significantly reduced staffing before the proposed reorganization. Following the Deferred Resignation Program and voluntary early retirement offers implemented across the federal government last year, the Pacific Northwest Research Station lost approximately 25% of its workforce. My understanding is that staffing reductions at other Research Stations were even greater, including a loss of approximately 40% of staff at the Pacific Southwest Research Station. Losses were unequal among programs, with some teams left more than 50% vacant relative to intended capacity.

21. These staffing reductions have significantly affected ongoing research operations. Program managers supervise much larger teams than they did previously. Remaining employees routinely perform responsibilities previously carried out by departed colleagues. Scientific, administrative, and technical staff have assumed additional duties in order to continue supporting ongoing research projects despite reduced staffing levels. The proposed closure of research facilities would occur against this backdrop of already diminished scientific capacity, and an already depleted Forest Service Research and Development workforce will likely be hit by further attrition and the closure of scientific facilities. This will affect studies already underway of local ecosystems. An already overworked Research and Development staff will be left with fewer experts covering more areas, with inadequate resourcing on many projects.

22. Based on conversations with my colleagues, I understand that many experienced employees do not intend to relocate if required to move to another duty station. Many of my most experienced colleagues, who had planned to work for many more years and finish longstanding research projects, have suggested that they will retire or find another job outside of the Forest Service rather than uproot their lives and move to an undetermined position (potentially outside of Research and Development) in an unknown location. The anticipated loss of experienced researchers and staff represents one of the most significant consequences of the proposed reorganization. Scientific expertise is developed over many years through specialized education, publication of peer-reviewed research, familiarity with regional ecosystems, development of

collaborative relationships, and stewardship of long-term scientific studies. Although new scientists can eventually be recruited and trained, this process generally requires substantial time, and much of the institutional knowledge associated with ongoing research projects cannot be immediately replaced. Buildings can be replaced or renovated. Scientific expertise, long-term professional relationships, and decades of accumulated institutional knowledge cannot be recreated quickly once they are lost.

23.    The further attrition of Forest Service Research and Development staff in the wake of a substantial wave of departures in the past year will interfere with our ability to fulfill statutory mandates. I am particularly concerned about the effects of the proposed reorganization on the Forest Inventory and Analysis ("FIA") program. Under this program, Congress has directed the Forest Service to conduct nationwide assessments and analyses of the Nation's renewable forest and rangeland resources and generate periodic reports to Congress and the public. The Pacific Northwest FIA headquarters is currently located within the Portland Forestry Sciences Laboratory, which is slated for closure under the reorganization. Personnel assigned to this program oversee the collection of information from approximately 3,000 inventory plots annually across Alaska, Washington, Oregon, California, Hawaii, and the U.S. Affiliated Pacific Islands. These inventories require experienced scientific personnel, extensive regional coordination, long-term continuity of data collection, and careful management of confidential plot information. The value of FIA depends upon collecting data consistently over long periods using standardized methods that permit reliable comparisons across time.

24.    Relocating or losing experienced FIA personnel would reduce the program's efficiency and scientific capacity at a time when remaining employees are already working under significant staffing constraints. Even if the program ultimately continues, further departures of experienced personnel would likely delay work, reduce productivity, increase workloads for remaining staff, and make it more difficult to maintain continuity of long-term inventory operations. For these reasons, I believe the reorganization will result in reductions in FIA's scientific capacity, undermining the effective implementation of this vital and statutorily required program.

25.    Other similar assessments and reports are required by statute, and cannot be successfully conducted without adequate research staff and resources throughout the country. The Forest and Rangeland Renewable Resources Planning Act of 1974 and the Forest and Rangeland Renewable Resources Research Act of 1978 mandated an assessment of America's natural resources. The Resources Planning Act Assessment is designed to inform America's foresters and land managers as well as the business community and broader public on the status of the nation's natural resources. The ability to prepare these nationwide assessments depends upon maintaining sufficient scientific expertise throughout the country. Continued reductions in staffing, closure of research facilities, and loss of experienced personnel would make it substantially more difficult to sustain the scientific capacity necessary to produce these congressionally mandated assessments with the quality, continuity, and regional expertise that they require.

26.    Additionally, I believe that one of Forest Service Research and Development's greatest organizational strengths has been its scientific independence. Research and Development currently operates separately from the National Forest System and other operational components of the Forest Service. This allows researchers to evaluate management practices, publish scientific findings, and communicate research results regardless of whether those findings support or challenge existing management approaches. For example, Research and Development published a study that found that harvesting timber, especially without any post-harvest restoration, negatively affects salmon habitat in Alaska. Findings from this research support the effectiveness of more restrictive harvest regulations and practices, such as the Tongass Timber Reform Act of 1990. This is just one example of organizational independence contributing substantially to the credibility of Forest Service science. Researchers routinely collaborate with universities, state agencies, tribal governments, other federal agencies, and international scientific organizations. These collaborations depend upon confidence that scientific conclusions are based upon evidence, established scientific methods, and peer review rather than operational or administrative priorities.

27.    I am deeply concerned that the reorganization will undermine scientific independence within Forest Service Research and Development. Some of the preliminary organizational charts shown to staff members by Forest Service leadership suggest that Research

and Development could be under the state directors once the reorganization is finalized. This is a stark departure from the current model, where Research and Development is independent from the National Forest System, have different funding allocations, and are subject to different supervisors and lines of authority. If, as these preliminary organizational charts suggests, Forest Service Research and Development is under the line of authority of a state director, it would risk the credibility, objectivity, and public confidence in Forest Service science.

28.    Finally, any organizational structure that fragments established scientific collaborations or reduces opportunities for regional coordination would make it more difficult to initiate, sustain, and complete large research efforts that extend across multiple states. Research projects—including both the Northwest Climate Hub and the Threat Center, the programs I work within—span state borders. In particular, the Threat Center operates across the entire western United States, and benefits from working with researchers across western states who we easily collaborate on the study of environmental threats. Under a model where state directors control budgets and projects of the researchers within them, many of these regionwide projects will be harder to begin and maintain due to the distinct priorities of different state directors, if they have authority over research.

29.    Forest Service Research and Development produces high quality, practically useful research for land managers throughout the United States, including the National Forest System itself and the Forest Service's State, Private, & Tribal Forestry deputy area. Since Research and Development scientists are located throughout the country and work within the ecosystems they study, they are able to provide regionally relevant scientific information that reflects local ecological conditions while contributing to national scientific assessments and research programs. This geographic spread helps our researchers produce essential reports on the condition of local forests and rangelands as well as disseminate best practices to prevent and respond to wildfires and maintain healthy public lands.

30.    By closing research laboratories and forcing Forest Service Research and Development staff to relocate or resign, the planned reorganization will threaten congressionally mandated projects and deprive the public of a critical resource used by landowners and the broader

scientific community. The greatest consequence of the proposed reorganization is not the relocation or closure of office buildings, but instead the likely loss of experienced scientific personnel, institutional knowledge, long-standing collaborative relationships, and research continuity that collectively make Forest Service Research and Development effective. Many of these scientific resources cannot be quickly recreated once they are lost. Long-term ecological datasets cannot be reconstructed after interruptions. Decades of professional expertise cannot be replaced immediately through new hiring. Collaborative relationships developed over many years cannot simply be transferred to new employees or new locations. The anticipated loss of scientific capacity resulting from the proposed reorganization would reduce the Forest Service's ability to conduct research, produce scientific assessments, develop decision-support tools, and disseminate scientific information relied upon by land managers throughout the United States.

31.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of June, in Hillsboro, Oregon.

_____
Holly Prendeville