Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF DR. DOUGLAS SMITH** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Smith Declaration, No. 3:25-cv-03698-SI

**DECLARATION OF DR. DOUGLAS SMITH**

I, Douglas Smith, declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I have a PhD in Wildlife Ecology and Management from the University of New Hampshire and am certified as a Fire Ecologist by the Association for Fire Ecology.

3. I worked for the USDA Forest Service and the National Park Service for 17 years and retired in 2025.

4. Beginning in 2008, I worked as a National Park Fire Ecologist in Yosemite National Park. I was responsible for developing a fuel moisture database and monitoring live and dead fuels in the park. I led a crew that measured impacts of wildfires and prescribed burns on forest plant diversity and structure, and served on Incident Management Teams during wildfires as a natural and cultural resource advisor. As a resource advisor, I advised Incident Management Teams of any natural or cultural resource conflicts with firefighting activities (creating fireline with dozers, dropping fire retardant, etc.) on the Stanislaus and the Sierra National Forests during fire seasons in 2012-2014.

5. For 4 months in 2012, I was a Deputy District Ranger for the Sierra National Forest. I was responsible for managing a collaboration between forest products industry owners, environmental groups, tribal members and a local economic development organization to create a vegetation management plan that would produce a sustainable supply of timber for industry, not negatively impact core habitat of the Pacific fisher and California spotted owl, and reduce the risk of wildfire. The Collaboration was a signature project of the Forest Service's Collaborative Forest Landscape Restoration Program (CFLRP).

6. In 2020, I became the Chief of Science and Resource Management at Grand Teton National Park. I oversaw a team responsible for maintaining and restoring cultural resources, as well as managing visitors to minimize conflicts with grizzly bears and other wildlife in the park. My team and I monitored glaciers and snow water, water levels, and water quality in the Snake River. We provided geographic analyses for park incidents (law enforcement and search and

Smith Declaration, No. 3:25-cv-03698-SI                                                    1

rescue), maintained the Park's archives, and provided support for natural and social scientists doing research in the park. Lastly, we analyzed visitor use patterns to ease crowding and disperse visitors throughout the park.

7.    I joined the Forest Service in 2015 as District Ranger in the Superior National Forest. There, I managed a district of approximately 40 permanent and seasonal employees who managed a portion of the Boundary Waters Canoe Area Wilderness, an active timber management program, recreation outside of the wilderness, Special Use permits, Recreation Residents, wildlife and soil monitoring, and an active prescribed fire and wildfire response crew and leadership. I held similar responsibilities as a District Ranger in the Chequamegon Nicolet National Forest, which I moved to in 2022.

8.    I also served a detail in the Office of Wildland Fire, DOI, in Washington DC. This entailed coordinating the publication of the National Cohesive Fire Management Strategy.

9.    I served on the Board of Directors of the Association for Fire Ecology from 2011 through 2021.

10.    I am currently serving my first term on the board of the George Wright Society, which champions stewardship of parks, protected and conservation areas, cultural sites and other place-based conservation by connecting people, places, knowledge and ideas.

11.    I have authored and co-authored numerous peer-reviewed papers and reports on wildlife behavior, habitat use, forest and fire ecology, and fuels treatments.

**The Important Role of Forest Service Regional Offices**

12.    Forest Service Regional Offices house the highest levels of professionalism in each forest program area and provide the highest level of expertise, mentoring, and support in the Forest Service.

13.    Regional Offices are located relatively central to the constellation of Forests in each specific region and serve forest employees and forest leaders so they can provide mission services to the public. Each program area within a Regional Office area may contain tens of employees, with a total of several hundred working under the Regional Forester.

14.    Among other duties, Regional Offices play a crucial role in protecting diverse

Smith Declaration, No. 3:25-cv-03698-SI                                                2

species. Regional Foresters develop lists of "Regional Forester Sensitive Species" and "Species of Special Conservation Concern" that need additional protections but are not covered by the Endangered Species Act. These lists influence the activities that can be carried out in the Forest Plan which is a blueprint of the entire forest divided up into unique habitats or "Management Areas." The Forest Plan prescribes the activities permitted and prohibited in each management area. The Forest Plans that I worked under, on the Chequamegon Nicolet and Superior National Forests, were published in 2004. Traditionally, Forest Plans were considered "10 year plans." The Forest Plans on the Superior and Chequamegon Nicolet National Forests are 22 years old suggesting that individual forests already need more capacity in regional offices, not less.

15.    I understand from public reports that all Regional Offices are being closed, and that employees are being moved into a new reporting structure that will close some locations entirely and force many employees to relocate or leave the Forest Service. I would expect those actions to lead to attrition from office closures and forced relocation. By causing attrition from Regional Offices the reorganization will lead to a reduction in subject matter experts, which may eliminate the expertise that forest specialists rely on for assistance and expertise in managing the resources, values, and public use of National Forests.

16.    By way of example of the assistance and expertise Regional Offices provide, when I was District Ranger in the Superior National Forest, I relied on the Regional Office for Region 9, located in Milwaukee, WI, to provide guidance on how we could propose commercial timber sales in a roadless area adjacent to the Boundary Waters Canoe Area wilderness. Roadless Areas tend to heavily restrict use of commercial timber sales but I needed a tool to help restore the plantation forest to a less industrial forest with row upon row of homogeneous red pine trees. The Roadless area was adjacent to the Boundary Waters Canoe Area Wilderness and the plantation in its present condition impacted the visual quality from Wilderness. The rationale of the proposed commercial thinning was to break up the rows of pines so they looked more like a naturally regenerated stand of red pine. This would be achieved by commercial thinning and the use of prescribed fire. To go forward with the sales I relied on experts in the Roadless Area Conservation Rule from the Regional Office.

17.    We also needed expertise from the Regional Office to propose prescribed burning in the Boundary Waters Canoe Area Wilderness (BWCAW). While many stakeholders agreed that we need to allow more fires to burn naturally in the BWCAW, we were initially unable to obtain agreement from Wilderness advocacy groups to use prescribed fire along the boundaries of the wilderness to reduce the risk of fires escaping the wilderness and damaging private property and endangering public safety. Ultimately, we prevailed in this dispute with the help of expertise from Region 9 staff in Milwaukee. Having a regional office with staff who know the local politics and know the concerns of the communities and special interest groups surrounding National Forests is critical in situations where you need to get buy-in from neighboring communities as well as national special interest groups.

18.    Regional Offices also monitor the entire region to ensure that the Forest Service is adequately caring for the land. This monitoring includes managing regional databases, and developing monitoring protocols so that each Forest uses standardized assessments and data can be compared among forests to detect trends that suggest needs for greater (or lesser) protections for threatened or sensitive organisms. Having regional biologists nearby, who know the species, habitats, and conservation groups that support conservation and defend protections of species is very beneficial in this endeavor.

19.    Regional Offices also manage vegetation monitoring, seedling survival surveys, timber sale administration, and watershed threat assessments to ensure that program and contracts across all forests have the same criteria, stipulations, and resolution.

20.    For example, the northern goshawk is a Regional Forester Sensitive Species in several regions and without the regional offices there would be no one to determine if a decline in northern goshawks in a specific region was caused by habitat change on National Forest land or due to other unrelated factors. Northern goshawks are Regional Forester Sensitive Species in all regions except the Southeast (R8) and Alaska. Coordination among forests and among regions is critical in being able to manage healthy populations of northern goshawks and demonstrate that forest activities do not negatively impact the species population or distribution.

21.    Additionally, Forests manage hundreds of special uses on National Forests. Special

Smith Declaration, No. 3:25-cv-03698-SI                                    4

uses are activities that are prohibited without a special use permit. Every powerline, pipeline and fiber optic cable that crosses a National Forest needs a special use permit. With the national initiative to provide internet coverage to rural communities, individual Forests would not be able to manage the demand for permits to place this infrastructure without the assistance of Regional Offices. The Regional Office can manage big, regional projects and develop implementation plans so that individual Forests are not overwhelmed by the added workload. In short, Regional Offices provide expertise and assistance to individual Forests for complex problems, laws, regulation and policy guidance so that Forests serve the users of their Forests. Forests don't have the expertise to manage these permits and don't have the time. Forests are already at capacity managing routine special use permits and adding highly complex multijurisdictional permits would be more than a forest special use administrator could manage.

22.    Regional Offices also manage the credentialling for Silviculturists, Timber Sale Administrators and Harvest inspectors. Each position is certified by the Regional Office to a national standard. Timber Sale Administrators are entrusted with administrating the Timber Sale Contract with the purchaser or logger and following all the stipulations to the standards specified in the contract. Regional Office expertise on timber sale contracting is critical in protecting the Sale Administrator and protecting the Forest from purchasers or loggers who violate or ignore contractual requirements. Without the Regional Office, individual Forests would not have a higher level of oversite and expertise when there are conflicts between the timber sale administrator and the timber purchaser.

23.    In general, significant attrition among Regional Office workers in a region will likely negatively impact the Forest Service's ability to perform in that region all of the functions discussed above.

**The Importance of Forest Service Research Stations**

24.    Forest Service research stations provide the Service the capacity to research and monitor indicators of forest health to ensure the Service accomplishes the mission to "sustain healthy, diverse, and productive National Forests and Grasslands that meet the needs of present and future generations."

Smith Declaration, No. 3:25-cv-03698-SI                                                      5

25.    Research stations provide information on multiple critical issues, including: (a) Regional Forester Sensitive Species and Species of Special Conservation Concern and what activities can improve and what activities degrade critical habitats; (b) research into new forests pests and diseases to help the Forest Service develop proactive programs to treat or respond to threats before they cause damage to forest function and composition; and (c) tools to assess impacts of climate change.

26.    Specifically, on the last topic, the Northern Institute for Applied Climate Science (NIACS) relies on research from Forest Service research offices that are on the list of offices to be evaluated for possible closure and relocation of employees.  NIACS, which is led by the Forest Service Northern Research Station, partners with a range of universities and organizations to develop tools, technical assistance and training for Forests and other state, federal and tribal organizations and agencies to use to assess and address environmental and ecological changes resulting from climate change.  NIACS also conducts climate change assessments to inform National Environmental Policy Act (NEPA) projects so that they adequately address climate change impacts and carbon management.  These tools, assistance and assessments could be eliminated or diminished if the Forest Service research stations or offices that form an important part of NIACS are closed and their employees relocated, with resulting high attrition.

27.    Forest Service research plays an important role in the Service's land management decisions and activities. For instance, when I was Fire Ecologist in Yosemite National Park, I used many of the publications from the Pacific Southwest and Pacific Northwest Research Station. Publications and General Technical Reports helped me contribute to the updating of the Yosemite National Park Fire Management Plan.  As a District Ranger, rationalizing silvicultural treatments for vegetation management plans, I used research from the Northern Research Station.  In each of these situations I relied on location-specific research based on the geographic area in question.  In all my positions in the Forest Service I have also been able to reach out to researchers and request a conversation to help me understand a management dilemma.

28.    Local and regional research stations also provide valuable local research on watershed resilience and functioning.  National Forests contain vast networks of roads and most

were built before we understood watershed connectivity, storm water surges, and infiltration. Watershed analyses from Forest Service researchers help individual forests improve stream crossings to allow for greater flows of runoff during peak flow events caused by climate change.

29. If that research is not performed, it can have steep consequences. For instance, recent flooding in Wisconsin (2018) caused millions of dollars in road, bridge and culvert damage on State, private and Forest Service lands that could have been anticipated with more current watershed analyses reflecting increased storm intensity due to climate change.

30. Several research offices also provide analyses, assessments and tools to plan for, prepare and respond to wildfires. These research groups are spread across the geographic research stations and contribute to the Forest Service's understanding of how to treat fuels to protect communities, how to model fire behavior, how to model smoke production and where it will be transported, and how to prioritize use of firefighting resources when resources are limited during extreme fire seasons. These tools require frequent updating and calibrating and could suffer if the research teams that contribute to these tools and assessments are reduced in size. Each of the research stations also conducts different research and each station largely provides research for the Forests within their region. This isn't always the case, but most Forests are served by the research station in their region.

31. I used fire spread models when I was a District Ranger on the Superior National Forest. In the very initial stages of lighting a prescribed fire, the fire escaped firelines and was declared a wildfire. The prescribed fire occurred on a Thursday before a holiday weekend and lots of people were likely coming up to their cabins to enjoy the long weekend. There were red flag warnings (high wind) predicted Friday and Saturday and the fire was not yet 100% contained. The fire spread modelling that the Forest Service received from its researchers was the perfect data to inform our response to the fire during this tricky time, and ensure we properly managed the fire without endangering residents or creating panic. The modelling was accurate, and the fire was contained over the weekend and was declared "out" several days later.

32. The Forest Inventory and Analysis (FIA) program gather data across a constellation of permanent plots across the entire country to assess forest health, changes in forest stand

conditions, forest composition, and forest pests and diseases. These teams are spread across the country and are particularly vulnerable to a reduction in research stations and functions because the teams need to live close to where they work. With a reduction in stations across the country and relocation of their workers, there would be fewer locations for FIA teams to work from.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 29, 2026, in Washburn, WI.

Douglas Smith