Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF SHERRI WORMSTEAD** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

## DECLARATION OF SHERRI WORMSTEAD

I, Sherri Wormstead, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I have been an employee with the United States Forest Service (the "Forest Service") for more than 26 years. I have worked in the State, Private, and Tribal Forestry ("SPTF") branch of the Forest Service for the entirety of my career at the agency. I work as a Natural Resource Specialist and a Program and Project Manager for SPTF in the Eastern Region (Region 9) of the Forest Service reporting to the Durham, NH location, supporting 20 states and Washington, DC within our region.

3. The Forest Service is perhaps best known for its work managing hundreds of millions of acres of federally owned lands and forests. However, the agency also plays a critical role in supporting state, private, and tribal landowners to ensure they have the resources and funding they need to manage their forests for wildfire risk, water quality, wildlife habitat safety, and promote other public benefits that align with the agency's broader goals of caring for the land and the people that use them. SPTF is the branch of the Forest Service that helps implement numerous programs authorized and mandated by the Cooperative Forestry Assistance Act and other statutes aimed at supporting forests and lands at the sub-federal level. We serve as a critical resource for the programs we support, distributing grants and providing technical assistance to the many non-federal landowners across the country.

4. SPTF provides direct program delivery for numerous programs created by the Cooperative Forestry Assistance Act. Passed in 1978, this legislation recognized that vast swathes of America's forests are on state, private, and tribal lands, and established a policy of cooperative stewardship between the federal government and non-federal landowners. SPTF employees help fulfill congressional purposes in the Cooperative Forestry Assistance Act by implementing programs mandated or authorized by law, including: the Forest Stewardship Program, the Forest Legacy Program, the Community Forest and Open Space Conservation Program, the Forest Health Protection program, the Rural Fire Prevention and Control program, and the Urban and

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

Community Forestry Assistance program, among others. Eastern Region SPTF employees also provide support for wildfire prevention and suppression programs, the Landscape-Scale Restoration Program, the Wood Innovation Grant Program and associated wood projects, nursery and seedling programs, and the Great Lakes Restoration Initiative. We also support states in developing and implementing their State Forest Action Plans. Many of these programs, including the Forest Stewardship Program, Forest Legacy Program, and Community and Open Space Conservation Program, are statutorily mandated and delegated to the Forest Service to implement in line with congressional policy choices. Together, these programs preserve public access to forests and help non-federal landowners keep their lands healthy, ecologically sound, and safe from wildfires and invasive species.

5. As mentioned above, I work for the Eastern Regional Office (Region 9), which supports 20 states in New England, the Mid-Atlantic, and the Midwest, as well as the District of Columbia. The vast majority of forests in Region 9 are owned by private landowners, counties, states, local governments, and tribes. Only 8% of forestland in the region is owned by the federal government. The Southern Region (Region 8) similarly covers states with smaller federal land holdings and relatively larger shares of non-federal forested lands, increasing the importance of SPTF staff. As such, the Eastern and Southern Regional Offices require relatively larger SPTF staffs than their western counterparts to support states with greater shares of forested lands owned by state, tribal, and private landowners.

6. SPTF in Region 9 is structured in two levels: regional office employees and field office employees. There are 20 SPTF regional office staff members in the Eastern Region, split between 13 program specialists (not including Fire and Aviation Management staff) and 7 grant specialists. Regional office program specialists typically oversee individual Cooperative Forestry Assistance Act programs for all 20 states and Washington, DC within the region, providing technical assistance and oversight of program implementation. Grant specialists review and process grant applications from states, tribes, nonprofits, and others for all SPTF programs to ensure the funds are used in accordance with applicable laws and regulations and that the costs are reasonable.

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

7. There are also three small SPTF field offices, each supporting seven states within our region. These offices are distinct from forest or district level offices in the national forest system, and exist to provide on-the-ground support for three programs under the Cooperative Forestry Assistance Act: the Forest Stewardship Program, the Forest Health Protection Program, and the Urban & Community Forestry Assistance program.

8. On March 31, 2026 all regional office employees in the Eastern Region (Region 9), including SPTF regional office employees, received a letter from Forest Service Chief Tom Schultz describing a planned reorganization of the agency. In that letter, we were notified that all regional offices were being eliminated as part of the reorganization, and that the Region 9 Regional Office in Milwaukee would be closed. Employees currently working out of the Milwaukee office were warned they "may be moved to national headquarters in Salt Lake City, UT; a new Operational Service Center[] in Albuquerque, NM, or Fort Collins, CO; or any national forest unit." The letter also noted the establishment of a "geographic service center," or state office, in Madison, WI. All regional office employees who work at remote or detached locations, like me, were told that if our duty stations were impacted by the reorganization, we would also be expected to move to one of these locations. A true and correct copy of the letter I received is attached as **Exhibit A**.

9. The proposed reorganization plan by the Forest Service would decimate SPTF in Region 9 and undermine our ability to implement the statutorily mandated and authorized programs we oversee. We are already severely understaffed in the wake of the Deferred Resignation Program and Voluntary Early Retirement Authority rolled out across the federal government in 2025. Just last year, the regional office had 23 program specialists and 18 grant specialists. Our numbers are now cut essentially in half—we have just 13 program experts and 7 grant specialists. This has seriously undermined our ability to engage in basic program delivery, and has forced remaining employees to cover for departing colleagues, creating an unsustainable workload and requiring staff to cover programs they are not as familiar with.

10. While theoretically current SPTF regional office staff subject to forced relocation may move to a new Forest Service location, conversations with my colleagues suggest that many

will leave rather than uproot their families and lives. SPTF cannot sustain yet another round of departures and losses of experienced and talented staff, especially after already losing over 50% of our regional office employees in the past year-and-a-half. Some programs already have only one or no program managers currently dedicated to implementing them. Further loss of staff will be a huge drain on our capacity and institutional knowledge, and it will take years to re-hire and rebuild the knowledge, skills, and relationships with stakeholders that will be lost.

11.    If SPTF does not have the requisite staff to oversee and administer its programs, the states, tribes, and private landowners we support will no longer have the financial support and technical assistance they need to engage in sustainable land management and conservation practices. SPTF manages approximately 20 to 80 grants for each state across the various programs we administer. These funds are then used by grantees to implement the federal programs we support. If SPTF grant staff, such as our Grants Director, were to leave the agency, there would be substantial disruptions in the timely delivery of these funds to states.

12.    More than half of the states in the Eastern Region have very little state or other non-federal funding allocated for forestry and use SPTF grants to directly pay for staff in the state agencies implementing the programs. For those states, interruptions in grant funding might lead to furloughs or layoffs within their state agencies that would cause these programs to stop functioning altogether. And in all cases, the interruption of federal funding would impact program delivery, because the money is used by the states to actually implement the Cooperative Forestry Assistance Act programs we help oversee. The reorganization is thus likely to result in important and statutorily mandated work we support slowing or stopping, and the purposes of the Cooperative Forestry Assistance Act to establish a "cooperative Federal, State, and local forest stewardship program for management of the non-Federal forest lands"[1] will be defeated.

13.    For example, the Forest Legacy Program and Community Forest and Open Space Programs are conservation programs created and mandated by Congress to promote public access to forested lands. Both programs involve purchasing land or conservation easements to ensure the

_____

[1] 16 U.S.C. § 2101(b)(1).

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

lands remain forested and are responsibly managed, allowing for continued public recreational access, clean water, and healthy wildlife habitats. The programs are hugely popular with our state partners, which use them to ensure their residents maintain access to the beauty of America's forests without undermining natural resource goals. Where we previously had five staff members in the regional office working on these programs, we now have just one. Were our last staff member to leave, this program would effectively stop functioning—Forest Legacy is wholly administered by regional office staff, and there are no field office employees working on this program. This would undermine a highly popular, collaborative program between the federal government and the eastern states which promotes continued conservation of and public access to forested lands.

14. To provide another example, the Forest Health Protection Program is authorized by the Cooperative Forestry Assistance Act and designed to promote resilience and forest health through the delivery of funding and technical and on-the-ground support to states, tribes, and private landowners. This includes projects to manage invasive species and plant populations, and detect and treat disease in trees and vegetation in these forests. The National Slow the Spread Program is one such project designed to prevent the spread of spongy moth throughout the US, including in states in the Eastern Region. These insects exfoliate trees, often killing them, and the Slow the Spread Program seeks to counteract those negative effects by managing the invasive species population. Our SPTF regional office staff help deliver grants to states and, for the Slow the Spread Program specifically, also engage in direct program delivery, traveling to different forests within our region and conducting treatments that stop the spread of the spongy moth. If either the regional office program specialists or grants specialists supporting the Forest Health Protection Program were to leave, the crucial progress we have made dealing with the threat of this invasive species to forest health could be undone, decreasing the benefits of healthy forests to the public and increasing the risk of wildfires.

15. The reorganization could also threaten SPTF programs that are critical to public safety and mitigation of wildfire risks by threatening the timely delivery of grant funding from the Cooperative Fire Programs, including the Rural Fire Prevention and Control program. In addition,

the Emergency Forest Restoration Program would be at risk. This program was created by Congress to provide quick disbursement of federal funds to help states respond to risks posed by natural disasters, like tornadoes and hurricanes, that impact their forests. When a forest is destroyed by a natural disaster, grant funds under this program are quickly sent to state agencies to support clean-ups, treatment, and management of private lands affected by the disaster for the long-term health of the forest and to reduce wildfire risk. An SPTF employee must review, approve, and monitor any grant funds delivered to the states under this program. If the reorganization results in the loss of the regional program manager overseeing the Emergency Forest Restoration Program, the delivery of this critical funding might be substantially delayed. Time is of the essence when it comes to emergency forest restoration—failure to quickly and effectively respond to natural disasters can increase fire risks or leave dangerous debris along recreational trails. The reorganization threatens the continued efficiency and effectiveness of this federal program, to the detriment of public safety.

16.    SPTF may be a lesser-known branch of the Forest Service, but it fulfills an essential and important role of partnering with state, tribal, community, and private landowners to promote sustainable land management and conservation of America's forests. Many of the programs we implement are not only authorized but mandated by Congress in the Cooperative Forestry Assistance Act. This proposed reorganization will require many Region 9 employees to choose between moving or quitting their jobs. I fear that many people will leave the agency rather than uproot their lives and families, leaving behind years of knowledge and expertise in the programs we administer. This will undermine SPTF and the programs we implement in Region 9, to the detriment of America's non-federal forests, the people that live and recreate in them, and the Congress that attempted to support them in the Cooperative Forestry Assistance Act nearly 50 years ago.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of June, in Dover, New Hampshire.

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

Sherri Wormstead

Sherri Wormstead

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

# Exhibit A



**Forest Service**                **Washington Office**                **1400 Independence Avenue, SW**
                                                                       **Washington, D.C. 20250**

---

| | | | |
|---|---|---|---|
| **File Code:** | 1200 | **Date:** | March 31, 2026 |
| **Route To:** | | | |

**Subject:**   Preliminary Notice to Regional Office (R.O.) Employees and Those Co-located With an R.O)

**To:**   All Employees Who Work for the Regional Offices of R9-Milwaukee, WI, R8-Atlanta, GA, and R6-Portland, OR, or Any F.S. Employee Who Has a Duty Station in One of These Physical Locations.

Today, the Forest Service announced a comprehensive reorganization of the agency. I am writing to you directly because you deserve to hear clearly what this means for your office and your position.

**What Is Happening.** The Forest Service is eliminating all Regional Offices as part of a nationwide restructuring. Your Regional Office will be affected by this change. The following is what we know right now.

For R6-Portland: Employees in the Portland office will be relocated. Employees may be moved to national headquarters in Salt Lake City, UT; a new Operational Service Centers in Albuquerque, NM, or Fort Collins, CO; or any national forest unit. Additionally, small technical service centers are being established on the Mt. Hood and Willamette National Forests.   The State Director will collocate with Oregon Department of Forestry in Salem, OR.

For R8-Atlanta: Employees in the Atlanta office will be relocated. Employees may be moved to national headquarters in Salt Lake City, UT; a new Operational Service Center in Albuquerque, NM, or Fort Collins, CO; or any national forest unit. In addition, we will be establishing a geographic service center in the current research and development facility in Athens GA.

For R9-Milwaukee: Employees in the Milwaukee office will be relocated.  Employees may be moved to national headquarters in Salt Lake City, UT; a new Operational Service Centers in Albuquerque, NM, or Fort Collins, CO; or any national forest unit.  In addition, we will be establishing a geographic service center Madison, WI, at the current Forest Products Laboratory.

**What This Means for You.** Your position is subject to reorganization, and your duty station will change. You will be relocated to a new duty station to one of the locations identified above. The specific details, exactly where, when, and into what position, have not yet been determined and will depend on the restructured organization that is currently being developed.

**For bargaining unit employees:** The processes and procedures for this relocation are subject to negotiation with National Federation of Federal Employees (NFFE), Forest Service Council under the



America's Working Forests – Caring Every Day in Every Way     Printed on Recycled Paper



All Employees Who Work for the Regional Offices of R9-Milwaukee, WI, R8-Atlanta, GA, and R6-Portland, OR, or Any F.S. Employee Who Has a Duty Station in One of These Physical Locations.     2

Master Agreement. A formal bargaining process will begin in April 2026. No changes to your duty station or position will be implemented until bargaining obligations are satisfied. You will receive further individual notification as the process proceeds.

**For management employees:** The specific process for your individual reassignment is being developed and will be communicated to you in the coming months. You will receive an individual letter with your specific new duty station, position, timeline, and relocation benefits before any change takes effect.

**For employees who work in a regional office as remote or detached location:** Your position is subject to reorganization, and your duty station may or may not change.
- If your current duty station is currently impacted, or later becomes impacted, then you will be relocated to a new duty station on a Forest, at a Service Center, at a Geographic Area Coordination Center, or at a Headquarters location.  The specific details, exactly where, when, and into what position, have not yet been determined and will depend on the restructured organization that is currently being developed.
- If your current duty station will persist, even though your position is subject to reorganization, your duty station will most likely remain in your local commuting area.

**What We Can Tell You Today.** While the specific details of individual assignments are still being worked out, here is what we know:

- There is a position in the restructured Forest Service for every permanent employee willing to accept reassignment.
- Employees required to relocate over 50 miles from their current duty station, are eligible to receive relocation assistance.  Further detail will be provided in individual notices.

- The restructuring will unfold over the coming year. We do not expect anyone to move overnight. We understand that relocating a household, a family, and a life takes time.
- VERA/VSIP. You may be eligible to participate in the Voluntary Early Retirement Authority (VERA) or Voluntary Separation Incentive Payment (VSIP) programs in lieu of relocating. Information on those programs will be forthcoming.

**What Happens Next.** Over the coming months:

- April–Summer 2026: More information will be shared about the new organizational structures as they are finalized. Informational sessions will be held at this office so you can ask questions directly.
- Summer–Fall 2026: The restructuring placement process will be negotiated (for BUE) and implemented. Employees will have the opportunity to express preferences for positions and locations. Voluntary placements will be prioritized before any directed reassignments.
- Summer 2026–Summer 2027: Employees will transition to new positions and duty stations. Relocation benefits will be provided.

**I Know This Is Hard.** An announcement that your office is closing and you will need to relocate is among the most difficult messages a leader can deliver. I am not going to pretend otherwise. Many of you have built careers in these cities, bought homes, put your children in school, and established lives that are

All Employees Who Work for the Regional Offices of R9-Milwaukee, WI, R8-Atlanta, GA, and R6-Portland, OR, or Any F.S. Employee Who Has a Duty Station in One of These Physical Locations.    3

rooted here. Being asked to uproot all of that is a profound disruption, and I respect the weight of what we are asking.

What I can promise you is this: the process will be fair and transparent. You will not be left in the dark. Your personal circumstances will be considered. And the skills, knowledge, and dedication you have built in your careers are exactly what the restructured Forest Service needs. This reorganization is not about replacing people, it is about repositioning the agency, and you are the agency.

**Support Available.** The following resources are available to you and your family:

- The Forest Service partners with Federal Occupational Health (FOH) to provide contracted Employee Assistance Program services. Information on services offered by FOH and internal employee support specialists can be found on the Employee Support Hub, or by calling FOH directly at 800-222-0364. Refer to the employee support and development calendar for all upcoming webinars and trainings, which will be tailored to supporting employees through the reorganization process.
- Your Supervisor: is available to discuss how the reorganization affects your day-to-day work
- Union Representatives: Contact your Local Lodge or NFFE-FSC representative with questions about your rights and the bargaining process
- Reorganization Information: The Forest Service intranet site Reorganization tab (*https://fsweb.wo.fs.fed.us/)* and the Forest Service Reorganization website (*https://www.fs.usda.gov/about-agency/reorganization*) contain the most current information.

**Point of Contact.** If you have questions about this letter, please contact: F.S. Reorganization Inquiry Portal.

I will communicate with you again as more details become available. In the meantime, the most important thing you can do is continue the work that the American public depends on.

Thank you for your continued service to the Forest Service and to the American public. I know this is a time of uncertainty, and I appreciate your patience and professionalism as we work through this transition.

THOMAS M. SCHULTZ, JR
Chief