UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: USDA REORGANIZATION** |
| v. |  |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., |  |
| Defendants. |  |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for a preliminary injunction and stay under 5 U.S.C. §705,[1] and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiffs have moved this Court to stay and enjoin Defendants United States Department of Agriculture ("USDA") and Brooke Rollins, in her official capacity as Secretary of the USDA, from taking any further action implementing the USDA Reorganization Plan, which Plaintiffs challenge as unlawful agency action(s) in violation of the Administrative Procedure Act ("APA") and as *ultra vires*. The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their APA and ultra vires claims, a likelihood of irreparable harm in the absence of a stay and/or injunctive relief, that the balance of equities tips in their favor, and that a stay and preliminary injunction is in the public interest. Accordingly, pursuant to this Court's authority, including but not limited to authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights" (5 U.S.C. §705), IT IS HEREBY ORDERED that:

Defendants USDA and Rollins and their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with these Defendants, are enjoined and stayed as follows:

1. From taking any action to implement, carry out, or effectuate the USDA Reorganization Plan, or any aspect thereof, as set forth in USDA's Agency RIF and Reorganization Plan ("ARRP") and July 24, 2025 Secretary Memorandum SM 1078-15 ("Secretary Memorandum"), including but not limited to:

---

[1] Moving Plaintiffs are American Federation of Government Employees; American Federation of State County and Municipal Employees; County of Santa Clara, California;  Martin Luther King, Jun. County, Washington; Harris County, Texas; City of Baltimore, Maryland; the City and County of San Francisco, California; Prince George's County, Maryland; Western Watersheds Project; The Coalition to Protect America's National Parks; Natural Resources Defense Council, American Geophysical Union; National WIC Association; and the Alliance of Crop, Soil and Environmental Science Societies.

a. Reorganizing or downsizing any component USDA agency or subagency, including closing, moving, or consolidating offices or transferring programs or functions between offices;

b. Issuing management directed reassignment letters or their equivalent, or otherwise requiring USDA employees to relocate;

c. Taking any action to implement, carry out, effectuate, or enforce management directed reassignment letters to USDA employees that issued before the date of this order, or any deadlines specified or identified in those letters;

d. Taking any action to separate USDA employees from federal employment based on their response or non-response to management directed reassignment letters that issued before the date of this order;

e. Taking any action to implement, carry out, effectuate, or enforce the closure of Food and Nutrition Administration Regional or Washington, D.C. Offices or relocating or reassigning regional employees and D.C. area staff or their positions or functions to other locations;

f. Taking any action to implement, carry out, effectuate, or enforce efforts to decommission, vacate, close, or dispose of the Beltsville Agricultural Research Facility (BARC) in Beltsville, MD or to vacate its laboratories or to relocate or reassign BARC or other Agricultural Research Service employees or their positions or functions to other locations;

g. Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of Economic Research Service or National Institute of Food and Agriculture employees or their positions or functions to Kansas City, MO or other locations;

h. Taking any action to implement, carry out, effectuate, or enforce the closure or relocation of Forest Service Regional or Washington, D.C. Offices, or any Forest Service research station or locations, or relocating or reassigning regional

functions, regional or D.C. employees, or research employees or their positions or functions to other locations;

    i.   Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees or functions in the Rural Development mission area or Natural Resources Conservation Service employees or their positions or functions to other locations;

    j.   Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees in the Farm Production and Conservation mission area or their positions or functions to other locations;

    k.   Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees in the Foreign Agricultural Service or their positions or functions to other locations;

    l.   Taking any action to implement, carry out, effectuate, or enforce the relocation or reassignment of employees in or under the Office of the Assistant Secretary for Civil Rights, or the Office of General Counsel, or their positions or functions to other locations; or

    m.  Taking any action to implement, carry out, effectuate, or enforce the elimination of offices, including but not limited to the Equity Team, Climate Team, Center for Sustainable Commodities, and the Office of Regional Conservationists.

2. Within two (2) business days, providing notice of this Order to all USDA employees, and any labor organization representing USDA employees, including by e-mail notification that includes this Order, and by posting this Order on the USDA Reorganization website (https://www.usda.gov/about-usda/reorganization) and any component agency website dedicated to the USDA Reorganization Plan.

IT IS FURTHER ORDERED that, within seven (7) business days, Defendant USDA shall file a declaration(s) verifying that they have complied with this Order and setting forth the steps it has taken to do so.

**IT IS SO ORDERED.**


Dated: _____, 2026          _____
                                          The Honorable Susan Illston
                                          United States District Court Judge