Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On July 1, 2026, I served the following document(s):

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**DECLARATION OF CORINNE F. JOHNSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TOCONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION RE: USDA REORGANIZATION (FILED UNDER SEAL)**

**DECLARATION OF CORINNE F. JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE: USDA REORGANIZATION (FILED UNDER SEAL)**

**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

on the parties, through their attorneys of record, as designated below:

Eric J. Hamilton
eric.hamilton@usdoj.gov

Brad P. Rosenberg
Brad.Rosenberg@usdoj.gov

Jeremy S.B. Newman
jeremy.s.newman@usdoj.gov

Christopher Hall
Christopher.Hall@usdoj.gov

Marianne F. Kies
marianne.f.kies@usdoj.gov

Robert C. Bombard
robert.bombard2@usdoj.gov

**By Electronic Service:** I caused such documents to be served by electronically mailing a true and correct copy to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was

Proof of Service, Case No: 3:25-cv-03698-SI                                                    1

unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed July 1, 2026, at San Francisco, California.


Giorgia Lingiardi