**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 25-cv-03698-SI

**Case Name:**  American Federation Of Government Employees, AFL-C v.  Trump

**Date:** July 7, 2026                          **Time:** 45 Minutes

**Deputy Clerk:** Esther Chung                 **Court Reporter:** Not Reported or Recorded

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima, Raphael Rajendra, Alex Holtzman
**Attorney for Defendant:** Diane Kelleher, Brad Rosenberg, Jeremy Newman, Robert Bombard,
Taylor Pitz

**ZOOM PROCEEDINGS**

( )    Zoom Settlement Conference

    ( ) Case Settled         ( ) Case Did Not Settle         ( ) Partial Settlement

( )    Further Zoom Settlement Conference

    ( ) Case Settled         ( ) Case Did Not Settle         ( ) Partial Settlement

( X )    Zoom Scheduling Conference to set Settlement Conference


**Notes:** Parties to email the settlement judge at JCSSettlement@cand.uscourts.gov by the close of
business San Francisco time on July 8 with their agreed upon proposed schedule for  Plaintiffs'
demand, Defendants' offer, emailed simultaneous settlement conference statements, and an in
person settlement conference not less than 2 weeks after the settlement conferences statements.