**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF KELLY A. KINNEEN** |
| v. | Judge: Hon. Susan Illston |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

Declaration of Kelly A. Kinneen
3:25-cv-3698-SI

I, Kelly A. Kinneen, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I currently serve as the Assistant Director for Budget for the Office of Management and Budget (OMB), Executive Office of the President. I have occupied this position since January 2017.

2. I have reviewed Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 439 ("Administrative Motion").

3. I have also reviewed Plaintiffs' Memorandum in Support of Preliminary Injunction Re: USDA Reorganization ("Plaintiffs' Memorandum"), filed under seal, as well as the Declaration of Corinne F. Johnson in Support of Plaintiffs' Motion for a Preliminary Injunction Re: USDA Reorganization ("Johnson Declaration") and its attached exhibits, also filed under seal.

4. I make this declaration in support of the Defendants' Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

5. Upon further consideration, OMB has decided to lift its Confidentiality designation on the documents filed under seal, with the exception of phone numbers and additional information described below. Attached to this Declaration as OMB Exhibits are public versions of Plaintiffs' Exhibits A-C which were attached to the Johnson Declaration, with redactions over the material which must remain protected.

6. There is a compelling need to protect the contents of "passback" appearing in the exhibit attached to the Johnson Declaration designated as Exhibit A, bearing the BATES number USA-AFGE-000759, and one portion of Plaintiffs' Memorandum which quotes that material. The relevant portion of Plaintiffs' Memorandum appears at page 8, line 11, and is the italicized material that appears within the quotation marks.

7. The protected material appearing in Exhibit A, and Plaintiffs' quotation of it, reflects the content of an OMB budget passback to the United States Department of Agriculture (USDA). There is a compelling need to protect the contents of passback, because public

Declaration of Kelly A. Kinneen
3:25-cv-3698-SI

1

disclosure would compromise the process by which OMB assists the President in formulating the President's annual budget request to Congress.

8.      The current version of OMB Circular A-11[1] provides guidance to agencies on the development of the President's Budget.  A prior version of A-11[2] was operative at the time of the discussions appearing in Exhibit A.   Although a variety of revisions were made to A-11, the sections of A-11 discussed in this declaration remained substantially the same.

9.      OMB assists the President in establishing and meeting his budgetary objectives across the Executive Branch.  Within A-11, Section 10.5 describes the major steps in the formulation of the budget. One major step is passback, which is the step in the budget formulation process where OMB "initially informs all Executive Branch agencies at the same time about the decisions on their budget requests."  However, passback is just an interim step in the process.  After passback, Executive Branch agencies may "ask OMB to reverse or modify certain decisions," after which OMB and the agency head resolve any issues or present them to the President for final decision.  This all occurs before the President finalizes the budget and transmits it to Congress.

10.     Within A-11, Section 22.1 describes the confidentiality of budget deliberations. Specifically, it establishes that materials underlying the President's decisions on the content of the President's Budget are confidential.  To provide additional context for agencies and others, Section 22.1 directs the reader to consult OMB Memoranda 01-17[3], dated April 25, 2001, which states, "Examples of confidential budget information are an agency component's budget requests to the agency, the agency's budget requests to OMB, and OMB's passback to the agency." (emphasis added).

11.     Separate and apart from their role in the development of the USDA ARRPs, the content of passback is protected under the deliberative process privilege.  It is predecisional to

---

[1] OMB, Circular No. A-11, *Preparation, Submission, and Execution of the Budget* (Aug. 2025), available at https://www.whitehouse.gov/wp-content/uploads/2025/08/a11.pdf
[2] OMB, Circular No. A-11, *Preparation, Submission, and Execution of the Budget* (Jul. 2024), available at https://bidenwhitehouse.archives.gov/wp-content/uploads/2018/06/a11.pdf
[3] OMB Memorandum M-01-17, "Confidentiality of Pre-Decisional Budget Information" (2001), available at https://www.whitehouse.gov/wp-content/uploads/2017/11/2001-M-01-17-Confidentiality-of-Pre-Decisional-Budget-Information.pdf

Declaration of Kelly A. Kinneen
3:25-cv-3698-SI

the President's eventual decisions as to the contents of his budget request to Congress.  And it is deliberative because it reflects the give-and-take between OMB and Executive Branch agencies, where OMB obtains selected information from agencies with an aim to making sensitive policy decisions which necessarily balance budgetary and policy interests from across the Executive Branch.  Disclosure of the contents of passback would harm this decisionmaking process by forcing OMB and agency personnel to be more guarded, and less candid, in making frank assessments or seeking additional information when developing the annual budget.  Disclosure of these internal, tentative views would harm the Executive Branch's ability to speak with one voice when making the annual budget request.

12.    The Executive Branch's position on the confidentiality of the contents of passback has been consistent across Presidential administrations of both parties for decades.  With respect to a relatively small portion of Attachment A and the portion of Plaintiffs' Memorandum that quotes it, this longstanding and well-established interest in confidentiality can be vindicated with modest redactions made on the public docket.  For these reasons, those portions of Attachment A and Plaintiffs' Memorandum should be kept under seal.

13.    Additionally, Attachments A and B contain the work cell phone number of an OMB Associate Director.  There is a compelling need to protect this information.  Disclosure of this phone number would risk subjecting the Associate Director to harassment and annoyance in the conduct of her official duties.  Because this is a cell phone number, there is no reason to believe that this harassment and annoyance would be limited to business, or even waking, hours.

14.    By contrast to these manifest harms which would result from disclosure of this cell phone number, disclosure would result in zero public benefit.  Further, this cell phone number is entirely irrelevant to any of Plaintiffs' claims at issue in this litigation.  For these reasons, the cell phone number should be kept under seal.

15.    There is a compelling need to protect future-looking, non-USDA data contained within the exhibit attached to the Johnson Declaration designated as Exhibit C, which bears the BATES number USA-AFGE-005642, and the corresponding portions of the PDF of the native Microsoft Excel file.  Plaintiffs' Memorandum characterizes this material but does not quote it or

Declaration of Kelly A. Kinneen
3:25-cv-3698-SI

provide numbers from it, and therefore no additional portions of Plaintiffs' Memorandum require protection.

16.    The protected material consists of agencies' projections of the effect of personnel actions which were planned at the time, but not yet conducted, at agencies other than USDA.  It also consists of aggregated data across multiple agencies which may incorporate USDA data.

17.    The protected data is the same kind of non-public information contained within agency ARRPs.  In some cases, the data matches exactly.  For the reasons previously stated in the course of this litigation, including but not limited to the Declaration of Stephen M. Billy dated May 11, 2025, ECF No. 88-1, this data reflects inter-agency discussions, the public disclosure of which would chill further discussions internal to the Executive Branch related to planned future staffing.  Although this Court has ruled that the need for the information in these discussions is sufficient to outweigh the interest protected by the privilege, this information remains protected from unnecessarily broad disclosure. Most of the ARRPs themselves remain designated as attorneys-eyes-only.

18.    Furthermore, none of the particulars of the non-USDA or aggregated data in Exhibit C to the Johnson Declaration appear relevant to Plaintiffs' motion related to USDA reorganization.  Indeed, some of this data pertains to federal agencies which are not party to this lawsuit at all, such as the National Aeronautics and Space Administration, and thus are not relevant to any part of this litigation.  In this context, broad disclosure of the non-USDA or aggregated data is not necessary to enable the public to follow the proceedings in this matter. For these reasons, this information should be kept under seal.

Declaration of Kelly A. Kinneen
3:25-cv-3698-SI

4

I hereby certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15th day of July in Washington, D.C.

Kelly A. Kinneen
Assistant Director for Budget
Office of Management and Budget

Declaration of Kelly A. Kinneen
3:25-cv-3698-SI

5

Exhibit A

## RE: OMB follow-up on USDA/FNS ARRP phase 2

| | |
|---|---|
| **From:** | "DeCesaro, Anne M. EOP/OMB" <anne.m.decesaro@omb.eop.gov> |
| **To:** | "Tiller, Jennifer - OSEC, DC" <jennifer.tiller@usda.gov>, mary.pletcherrice@usda.gov |
| **Cc:** | "Melissa B. EOP/OMB Bomberger (Melissa_Benton_Bomberger@omb.eop.gov)" <melissa_benton_bomberger@omb.eop.gov>, "Shade, Megan E. EOP/OMB" <megan.e.shade@omb.eop.gov>, "Levenbach, Stuart EOP/OMB" <stuart.levenbach@omb.eop.gov> |
| **Date:** | Tue, 06 May 2025 17:51:58 -0400 |
| **Attachments:** | FNS FTE.xlsx (13.09 kB) |

Thank you again for the helpful call last Wednesday and providing more background on USDA's ARRP plans for the FNA. As discussed, it would be helpful for the team to have more detailed estimates for the ARRP on the following:

- As discussed on 4/30 and as requested in Passback, ██████████████████████████
- ████████████████████████████████████
- ████████████████████████████████████

Thanks!
Anne

Anne DeCesaro
OMB EIML PAD
Cell: ███████████

**From:** DeCesaro, Anne M. EOP/OMB
**Sent:** Thursday, April 24, 2025 5:37 PM
**To:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
**Cc:** Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** OMB follow-up on USDA/FNS ARRP phase 2

Not sure if I was supposed to include anyone else. Here are our phase 2 questions. Also happy to setup a call if easier.

Thank you for USDA's ARRP phase 2 plan submission. OMB would appreciate a briefing on the FNS phase 2 ARRP to better understand the new vision for FNA. During the briefing, it would be helpful to get more insight on relocating headquarters to Dallas/Fort Worth; relocating State technical assistance and oversight to the new five USDA Service Centers; de-emphasizing the food-stamp program; nutrition policy; and transition planning.

Below are some initial questions and additional information that would be helpful to discuss during the briefing:

- The plan will relocate (most? all?) FNS HQ staff to Dallas. Understanding that the plan calls to deemphasize SNAP and the FNS higher outlay programs, HQ policy staff directly impact operations and overall outlays since policies effect eligibility, ease of reporting and enrollment, etc. Did USDA consider keeping certain policy teams in the National Capital Region given their role in shaping these programs and the need to align with Administration policy?
- The plan will reduce the seven existing regional offices to align with the proposed five USDA service centers.
  - Has there been coordination with GSA on space needed for the proposed Dallas headquarters? Will relocation be able to begin by the end of FY 2025?
  - How will this impact operations, especially for CN, where regional program managers are responsible for obligating funds for meal reimbursement and ensuring payment accuracy?
  - Will FNS allow for flexibility in relocating from the seven regional offices to the new service centers (e.g., by picking or expressing a preference for a service center) or will all staff in an existing regional office to assigned to the same service center?
- Has USDA identified any potential impacts to direct service to States, ITOs, retailers and other stakeholders from the reorganization or relocations?
- With the elimination of the Center for Nutrition and Policy Promotion where will those functions (e.g., DGAs) be relocated?
- As requested in Passback, ████████████████████████████████████████████
  ████████████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████████████
- As USDA prepares to transition from FNS to FNA and reduce its workforce, how will USDA ensure continuity of workflows and communications (e.g., establishing new POCs from regional offices to service centers and updating SOPs or other knowledge management)?
- As senior-level career staff depart, how will USDA Government Efficiency reviews handle future requests for hiring?

Thanks,
Anne
Anne DeCesaro
Associate Director
Education, Income Maintenance, and Labor
Office of Management and Budget
Cell: ███████████

USA-AFGE-000759

# Exhibit B

## Re: ARRP Phase 1: FNS Question

| | |
|---|---|
| **From:** | "Levenbach, Stuart EOP/OMB" <stuart.levenbach@omb.eop.gov> |
| **To:** | "DeCesaro, Anne M. EOP/OMB" <anne.m.decesaro@omb.eop.gov> |
| **Cc:** | Tiller Jennifer OSEC DC <jennifer.tiller@usda.gov>, "Billy, Stephen M. EOP/OMB" <stephen.m.billy3@omb.eop.gov> |
| **Date:** | Wed, 02 Apr 2025 21:26:11 -0400 |

Jennifer- I prefer to discuss verbally. Working through a queue of calls and will reach out by Friday.

Stu

Sent from my iPhone

> On Apr 2, 2025, at 9:22 PM, DeCesaro, Anne M. EOP/OMB <Anne.M.DeCesaro@omb.eop.gov> wrote:
>
> To your question, yes, all my agencies and departments received similar notes. If you are talking about the rest of USDA, I defer to Stu.
>
> Anne DeCesaro
> Associate Director
> Education, Income Maintenance, and Labor
> Office of Management and Budget
> Cell: ▮▮▮▮▮▮▮
>
>> On Apr 2, 2025, at 8:59 PM, Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov> wrote:
>>
>> CONTROLLED UNCLASSIFIED INFORMATION | DELIBERATIVE | PRE-DECISIONAL
>> See below. Note much of this is related to the impending Phase II plan.
>> Will OMB be sending similar notes related to other agencies?
>>
>> **From:** DeCesaro, Anne M. EOP/OMB <Anne.M.DeCesaro@omb.eop.gov>
>> **Sent:** Thursday, March 27, 2025 4:46 PM
>> **To:** Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>
>> **Cc:** Billy, Stephen M. EOP/OMB <Stephen.M.Billy3@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
>> **Subject:** ARRP Phase 1: FNS Question

### Follow ups for USDA, specific to FNS:

- USDA identified the Center for Nutrition and Policy Promotion (CNPP) for elimination. OMB requests additional information on this proposed elimination considering specific CNPP functions including: producing USDA's monthly food plan cost reports, developing the 2026 Thrifty Food Plan Re-evaluation, and achieving Secretary Rollins' and Kennedy's commitment to release the 2025-2030 Dietary Guidelines on time and to make holistic process improvements to ensure transparency and minimize conflicts beyond 2025. CNPP is filled with redundant and duplicative roles. The Department has already established a task force that can handle responsibilities associated with the DGAs, as well as food plans, including the impending TFP reevaluation. Additionally, the Office of the Chief Economist can support the remaining team with economic and data analysis.
- Please update the current permanent positions by grade and FTE for 2024 actual and 2025 estimated. See attached charts from USDA's workforce dashboard. Please let us know if you need different information
- Please clarify the timeline for offering VSIP and submitting a RIF notice to Congress. *Note: This timeline is tentative and subject to change.*
  - Broad VSIP Announcement: April 10 (This overlaps with Phase 1 VSIP window. Phase 1 employees will be notified that they are going to be subject to RIF and this is their only opportunity to elect VSIP. )
  - Broad VSIP window: April 11 to April 18 (This overlaps with Phase 1 VSIP window.)
  - Phase 1 Congressional Notification: April 10
  - Phase 1 VSIP: April 11 to April 18
  - Phase 1 RIF Notices: April 23
  - Phase 2 VSIP Announcement; Congressional Notification: April 28
  - Phase 2 VSIP Window: April 28- May 5
  - Phase 2 RIF Notices: Week of May 12
- Please provide USDA's assumptions for achieving efficiencies at the FNS level:
  - Estimated annual attrition rate: 7.32%
  - Planned reduction in FNS workforce: 850
  - Number of deferred resignations accepted at FNS: 85
  - Plan for offering VSIP, and estimated election of offer: USDA will offer VSIP broadly. USDA is also offering DRP again. Assuming 20% or 170 between DRP 2.0 and VSIP.
  - Plan for offering VERA, and estimated election of offer: Broad adoption. Estimating 219 are eligible for VERA.
  - Any estimated reductions in FNS staffing due to consolidations of business function (e.g., legislative affairs, civil rights, tribal relations, and some information technology functions) at the Departmental level: 329
  - Plan for reducing the federal footprint in regional and national offices: FNS headquarters will be relocated from D.C.. Regional service center locations are being revisited.
- Please provide any potential savings or costs associated with such actions in Fiscal Years 2025, 2026 and 2027. VSIP is up to $25K per employees. Severance payments can be up to 52 weeks of salary depending on years of service and age. However, employees eligible for early retirement or voluntary retirement do not receive severance in a RIF. Relocation costs can be $50-$70K per employee; VSIPs will be offered prior to any relocations.
- We would appreciate any additional information on staffing levels at the regional v. national office levels as a preview of Phase 2 planning and how these functions could be consolidated. USDA plans to emphasize regional offices and deemphasize a national office, both through relocation of it and reduced footprint. This reduced footprint will come from elimination or consolidation of business functions (i.e., HR, IT, contracts, and grants), as well as elimination of redundant positions. Within FNS, the Department views regional offices as service centers, and will redesignate them as such.
- Please include in Phase 2 planning, how FNS defines direct services to states and SNAP retailers and how reorganization will improve direct services. Noted.

USA-AFGE-000916

- Please provided a display that shows eliminations and consolidations by FNS component/program since January 2025.
- Please provided a display that shows planned eliminations and consolidations by FNS component/program.

Thanks,
Anne
Anne DeCesaro
Associate Director
Education, Income Maintenance, and Labor
Office of Management and Budget
Cell: ███████████

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.
<FNS Workforce Profile_030825.pptx>

     USA-AFGE-000917

Exhibit C

# Headcount tracker

| | |
|---|---|
| **From:** | "Sullivan, James D." <james.sullivan@opm.gov> |
| **To:** | "Davis, Steven M. EOP/DOGE" <steven.m.davis@doge.eop.gov> |
| **Date:** | Mon, 28 Apr 2025 22:24:52 -0400 |
| **Attachments:** | Headcount Tracker (4.28.25).pdf (151.58 kB); Headcount Tracker (4.28.25).xlsx (43.28 kB) |

Steve – sharing latest tracker in case helpful for any agency.

USA-AFGE-005640

Document Produced in Native Format

CONFIDENTIAL                                                                    USA-AFGE-005641

**HEADCOUNT TRACKER**
**April 28, 2025**

| Agency | As of Date | 1/20 Gross | Resc-inded | 1/20 | New Hires | Retire-ments | Fork Terms | Fork 2 Terms | Prob. Terms | DEIA Terms | VERA/VSIP | RIF Terms | Other Depart. | Current | Fork Admin. | Fork 2 Admin. | Prob. | DEIA Admin. | VERA/VSIP | RIF Notices | Pro Forma | Other Fork | Other Fork 2 | VERA VSIP Tgt | VERA/Add'l RIF Target Other (1) | Planned | ΔFTE# Current | ΔFTE# PF | ΔFTE# Planned | ΔFTE% Current | ΔFTE% PF | ΔFTE% Planned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USDA | 4/23/25 | 96,259 | 1,264 | 94,995 | 1,242 | 818 | -- | -- | -- | -- | -- | -- | 1,771 | 93,918 | 3,429 | 2,087 | -- | 42 | 239 | -- | 88,041 | 1,518 | 8,893 | -- | (2,759) | 79,381 | (2,441) | (8,218) | (16,888) | (7.34%) | (8.54%) | (17.52%) |
| DOC | 4/28/25 | 49,979 | 1,131 | 48,848 | 183 | 339 | -- | -- | 782 | 1 | -- | -- | 1,069 | 46,880 | 1,617 | -- | -- | 20 | 2,694 | 32 | 42,497 | | | | | | (3,110) | (7,482) | | (6.24%) | (14.97%) | |
| ED | 4/23/25 | 4,228 | 68 | 4,160 | 76 | 249 | -- | -- | -- | -- | -- | -- | 58 | 3,929 | 257 | -- | -- | 81 | 170 | 1,303 | 2,168 | | | | | | (299) | (2,120) | | (7.37%) | (50.54%) | |
| DOE | 4/24/25 | 16,421 | 716 | 15,705 | 171 | 99 | -- | -- | -- | -- | -- | 5 | -- | 269 | 15,504 | 1,154 | 132 | -- | 71 | -- | -- | 14,147 | | | | | | (917) | (2,274) | | (5.58%) | (13.85%) | |
| EPA | 4/23/25 | 16,218 | 163 | 16,055 | 90 | 175 | 2 | -- | 8 | 5 | -- | -- | 119 | 15,838 | 559 | -- | -- | 129 | -- | -- | 15,159 | | | | | | (380) | (1,088) | | (2.34%) | (6.50%) | |
| FDIC | 4/18/25 | 6,800 | 385 | 6,415 | 29 | 58 | -- | -- | 12 | 2 | -- | -- | 34 | 6,337 | 440 | -- | -- | 19 | -- | -- | 5,878 | | | | | | (463) | (922) | | (6.91%) | (13.56%) | |
| GSA | 4/23/25 | 13,612 | 291 | 13,321 | 97 | 150 | 29 | -- | 3 | -- | -- | -- | 97 | 13,130 | 1,706 | 1,027 | 93 | -- | -- | 1,184 | 9,120 | | | | | | (482) | (4,482) | | (3.54%) | (33.60%) | |
| HHS | 4/23/25 | 86,223 | 1,134 | 85,089 | 678 | 588 | 15 | -- | -- | 4 | 991 | -- | 997 | 83,172 | 1,512 | -- | -- | 68 | 1,883 | 8,521 | 71,268 | | | | | | (3,054) | (15,015) | | (3.54%) | (17.41%) | |
| HUD | 4/17/25 | 8,397 | 47 | 8,350 | 58 | 126 | 5 | -- | 20 | -- | 14 | -- | 132 | 8,109 | 591 | 2 | 280 | 2 | 24 | 75 | 7,135 | | | | | | (288) | (1,262) | | (3.43%) | (15.03%) | |
| DOI | 4/23/25 | 63,378 | 2,707 | 60,671 | 1,117 | 468 | 72 | -- | -- | -- | -- | -- | 801 | 60,447 | 2,323 | 2,814 | -- | 38 | 998 | -- | 54,274 | | | | | | (2,931) | (9,104) | | (4.82%) | (14.38%) | |
| DOJ | 4/18/25 | 117,679 | 210 | 117,469 | 1,288 | 896 | -- | -- | 56 | 16 | 10 | 21 | 1,310 | 118,426 | 1,830 | -- | 123 | 5 | -- | 2 | 114,466 | | | | | | (1,253) | (3,213) | | | | |
| DOL | 4/23/25 | 14,768 | 172 | 14,596 | 119 | 126 | 11 | -- | 8 | 5 | -- | -- | 94 | 14,473 | 701 | 252 | -- | 1 | 723 | 5 | 12,791 | | | | | | (295) | (1,977) | | (2.00%) | (13.39%) | |
| NASA | 4/23/25 | 18,262 | 190 | 18,072 | 36 | 118 | 4 | -- | -- | 2 | -- | 14 | 122 | 17,848 | 849 | -- | -- | 9 | -- | 4 | 16,986 | | | | | | (414) | (1,276) | | (2.27%) | (6.93%) | |
| NSF | 4/23/25 | 2,020 | 28 | 1,992 | 42 | 22 | 3 | -- | 3 | 1 | -- | -- | 131 | 1,874 | 114 | -- | -- | -- | -- | -- | 1,760 | | | | | | (146) | (260) | | (7.23%) | (12.87%) | |
| OPM | 4/23/25 | 3,110 | -- | 3,110 | 51 | 44 | -- | -- | 45 | 6 | -- | 35 | 105 | 2,926 | 394 | -- | -- | -- | 29 | 157 | 2,357 | | | | | | (184) | (753) | | (5.92%) | (24.21%) | |
| SBA | 4/23/25 | 8,591 | 11 | 8,580 | 112 | 33 | -- | -- | -- | -- | -- | -- | 535 | 8,124 | 924 | 469 | -- | 2 | 3 | 65 | 6,761 | | | | | | (467) | (1,830) | | (5.44%) | (21.30%) | |
| SEC | 4/23/25 | 4,818 | 2 | 4,816 | 8 | 17 | -- | -- | 1 | -- | 428 | -- | 420 | 4,344 | 170 | -- | -- | -- | -- | -- | 4,174 | | | | | | (474) | (644) | | | | |
| SSA | 4/18/25 | 57,550 | 6 | 57,544 | 15 | 759 | 1 | -- | 13 | -- | 510 | -- | 420 | 55,858 | 359 | -- | -- | 2 | 2,095 | 134 | 53,266 | | | | | | (1,694) | (4,284) | | (2.94%) | (7.44%) | |
| State | 4/25/25 | 80,819 | -- | 80,818 | 745 | 121 | 1 | -- | 12 | -- | -- | 165 | 1,981 | 79,403 | 478 | -- | -- | 3 | -- | 32 | 78,890 | | | | | | (1,415) | (1,929) | | (1.75%) | | |
| DOT | 4/23/25 | 58,166 | 451 | 57,715 | 906 | 546 | 7 | -- | 13 | 6 | -- | -- | 733 | 57,316 | 1,072 | 735 | -- | -- | -- | -- | 55,509 | | | | | | (850) | (2,657) | | (1.46%) | (4.57%) | |
| Treasury | 4/2/25 | 121,227 | 4,016 | 117,211 | 1,421 | 847 | 1 | -- | 76 | -- | -- | -- | 1,710 | 115,898 | 3,121 | -- | -- | 48 | -- | -- | 112,828 | | | | | | (5,229) | (8,399) | | (4.31%) | (6.93%) | |
| USAID | 2/24/25 | 4,675 | -- | 4,675 | -- | -- | -- | -- | 300 | -- | -- | -- | -- | 4,375 | -- | -- | -- | 19 | -- | 4,038 | 321 | | | | | | (300) | (4,354) | | (6.42%) | | |
| VA | 4/25/25 | 475,813 | 3,402 | 472,411 | 3,645 | 3,302 | -- | -- | 325 | -- | -- | -- | 5,715 | 466,714 | 3,131 | -- | -- | 66 | -- | 27 | 463,490 | | | | | | (9,696) | (12,323) | | (1.91%) | (2.59%) | |
| DOD | 4/23/25 | 824,538 | -- | 824,538 | 9,735 | 4,239 | -- | -- | 578 | -- | -- | 2,281 | 7,046 | 820,129 | 21,740 | -- | 4,822 | -- | 2,527 | -- | 791,040 | | | | | | (4,409) | (33,498) | | | | |
| DHS | 3/24/25 | 233,903 | 817 | 233,086 | 4,475 | 615 | 1 | -- | -- | -- | -- | -- | 3,855 | 233,280 | 898 | -- | 927 | 40 | -- | 215 | 231,012 | | | | | | (613) | (2,891) | | | | |
| **Major Agencies** | | 2,387,453 | 17,241 | 2,370,212 | 26,305 | 14,555 | 151 | -- | 2,231 | 48 | 1,950 | 2,516 | 28,817 | 2,346,240 | 49,357 | 7,498 | 6,245 | 673 | 11,364 | 15,894 | 2,255,209 | | | | | | (41,213) | (132,244) | | (1.73%) | (5.54%) | |
| Agencies >1k FTE | | 22,275 | 287 | 21,988 | 139 | 186 | 13 | -- | 37 | 1 | 28 | -- | 348 | 21,516 | 700 | 27 | 12 | 21 | 167 | 1 | 20,589 | | | | | | (759) | (1,897) | | (3.41%) | (7.57%) | |
| Other | | 16,039 | -- | 16,039 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 15,723 | -- | -- | -- | 46 | -- | -- | 14,730 | | | | | | (316) | (1,309) | | (1.97%) | (8.16%) | |
| **Total** | | 2,425,767 | 17,528 | 2,408,239 | 26,444 | 14,741 | 164 | -- | 2,268 | 49 | 1,985 | 2,516 | 29,165 | 2,383,479 | 50,057 | 7,525 | 6,257 | 740 | 11,531 | 15,895 | 2,296,527 | | | | | | (42,288) | (135,240) | | (1.74%) | (5.56%) | |
| **Estimated Savings ($M) (2)** | | $3,067 | | | ($4,628) | $2,580 | $29 | -- | $397 | $9 | $347 | $440 | $5,104 | | $8,760 | $1,317 | $1,095 | $130 | $2,018 | $2,782 | | | | | | | $7,400 | $23,667 | | | | |

(1) Other includes expected attrition, departures from increased performance and conduct reviews, and non-renewal of term employees.
(2) Uses average federal employee all-in annual cost of $175k.

CONFIDENTIAL

USA-AFGE-005642

**HEADCOUNT TRACKER**

| Agency | As of Date | 1/20 Gross | Rescinded | 1/20 | New Hires | Retirements | Fork Terms | Fork 2 Terms | Prob. Terms | DEIA Terms | VERA/VSIP | RIF Terms | Other Depart. | Current | Fork Admin. | Fork 2 Admin. | Prob. | DEIA Admin. | VERA/VSIP | RIF Notices | Pro Forma | Other Fork | Other Fork 2 | VERA/VSIP Tgt | Add'l RIF Target | Other (1) | Planned | ΔFTE# Current | ΔFTE# PF | ΔFTE# Planned | ΔFTE% Current | ΔFTE% PF | ΔFTE% Planned | Contr. 1/20 | Contr. Today | OPM 1/20 FTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USDA | 4/23/25 | 96,259 | 1,294 | 94,965 | 1,242 | 618 | – | – | – | – | – | – | 1,771 | 93,818 | 3,429 | 2,067 | – | 42 | 239 | – | 88,041 | 1,516 | 9,893 | – | – | (2,759) | 79,391 | (2,441) | (8,218) | (16,868) | (2.54%) | (8.54%) | (17.52%) | 1,144 | 804 | 104480 (9,515) |
| DOC | 4/28/25 | 49,979 | 1,131 | 48,848 | 183 | 339 | – | – | 762 | 1 | – | – | 1,069 | 46,860 | 1,617 | – | – | 20 | 2,694 | 32 | 42,497 | | | | | | | (3,119) | (7,482) | | (6.24%) | ###### | | | | 51144 (2,296) |
| ED | 4/23/25 | 4,228 | 68 | 4,160 | 76 | 249 | – | – | – | – | – | – | 58 | 3,929 | 257 | – | – | 91 | 170 | 1,303 | 2,108 | | | | | | | (299) | (2,120) | | (7.07%) | ###### | | | | 4330 (170) |
| DOE | 4/24/25 | 16,421 | 716 | 15,705 | 171 | 99 | – | – | – | 5 | – | – | 268 | 15,504 | 1,154 | 132 | – | 71 | – | – | 14,147 | | | | | | | (917) | (2,274) | | (5.58%) | ###### | | 10,000 | 6,969 | 16033 (328) |
| EPA | 4/23/25 | 16,218 | 163 | 16,055 | 90 | 175 | 2 | – | 6 | 5 | – | – | 119 | 15,838 | 559 | – | – | 129 | – | – | 15,150 | | | | | | | (380) | (1,068) | | (2.34%) | (6.59%) | | 6,641 | 6,035 | 16787 (732) |
| FDIC | 4/16/25 | 6,800 | 385 | 6,415 | 29 | 59 | – | – | 12 | 2 | – | – | 34 | 6,337 | 440 | – | – | 19 | – | – | 5,878 | | | | | | | (463) | (922) | | (6.81%) | ###### | | 4,782 | 4,727 | 6818 (403) |
| GSA | 4/23/25 | 13,612 | 291 | 13,321 | 87 | 150 | 28 | – | 3 | – | – | – | 97 | 13,130 | 1,706 | 1,027 | 93 | – | – | 1,184 | 9,120 | | | | | | | (482) | (4,492) | | (3.54%) | ###### | | 53,029 | 51,172 | 13752 (431) |
| HHS | 4/23/25 | 86,223 | 1,134 | 85,089 | 678 | 588 | 15 | – | – | 4 | 991 | – | 997 | 83,172 | 1,512 | – | 280 | 68 | 1,863 | 8,521 | 71,208 | | | | | | | (3,051) | (15,015) | | (3.54%) | ###### | | 180,657 | 73,648 | 90362 (5,273) |
| HUD | 4/17/25 | 8,397 | 47 | 8,350 | 56 | 126 | 5 | – | 20 | – | 14 | – | 132 | 8,109 | 591 | 2 | – | 2 | 24 | 75 | 7,135 | | | | | | | (288) | (1,262) | | (3.43%) | ###### | | 2,753 | 2,595 | 9143 (793) |
| DOI | 4/23/25 | 63,378 | 2,707 | 60,671 | 1,117 | 468 | 72 | – | – | – | – | – | 801 | 60,447 | 2,323 | 2,814 | – | 38 | 998 | – | 54,274 | | | | | | | (2,931) | (9,104) | | (4.62%) | ###### | | 9,237 | 8,979 | 65272 (4,601) |
| DOJ | 4/18/25 | 117,679 | 210 | 117,469 | 1,266 | 896 | – | – | 56 | 16 | 10 | 21 | 1,310 | 116,426 | 1,830 | – | 123 | 5 | – | 2 | 114,466 | | | | | | | (1,253) | (3,213) | | (1.06%) | (2.73%) | | 45,452 | 43,947 | 119359 (1,890) |
| DOL | 4/23/25 | 14,768 | 172 | 14,596 | 118 | 125 | 11 | – | 6 | 5 | – | – | 94 | 14,473 | 701 | 252 | – | 1 | 723 | 5 | 12,791 | | | | | | | (295) | (1,977) | | (2.00%) | ###### | | 2,981 | 2,607 | 14857 (261) |
| NASA | 4/23/25 | 18,262 | 190 | 18,072 | 36 | 118 | 4 | – | – | 2 | – | 14 | 122 | 17,848 | 849 | – | – | 9 | – | 4 | 16,986 | | | | | | | (414) | (1,276) | | (2.27%) | (6.99%) | | | | 18805 (733) |
| NSF | 4/23/25 | 2,020 | 28 | 1,992 | 42 | 22 | 3 | – | 3 | 1 | – | – | 131 | 1,874 | 114 | – | – | – | – | – | 1,760 | | | | | | | (146) | (260) | | (7.23%) | ###### | | 1,564 | 1,486 | 2103 (111) |
| OPM | 4/23/25 | 3,110 | – | 3,110 | 51 | 44 | – | – | 45 | 6 | – | 35 | 105 | 2,926 | 384 | – | – | – | 28 | 157 | 2,357 | | | | | | | (184) | (753) | | (5.92%) | ###### | | 2,449 | 1,721 | 3141 (31) |
| SBA | 4/23/25 | 8,591 | 11 | 8,580 | 112 | 33 | – | – | 1 | – | – | – | 535 | 8,124 | 824 | 469 | – | 2 | 3 | 65 | 6,761 | | | | | | | (467) | (1,830) | | (5.44%) | ###### | | 4,593 | 1,356 | 8951 (371) |
| SEC | 4/23/25 | 4,818 | 2 | 4,816 | 9 | 17 | – | – | 1 | – | 429 | – | 34 | 4,344 | 170 | – | – | – | – | – | 4,174 | | | | | | | (474) | (644) | | (9.84%) | ###### | | 2,291 | 2,131 | 4951 (135) |
| SSA | 4/18/25 | 57,550 | 6 | 57,544 | 15 | 759 | 1 | – | 13 | – | 510 | – | 420 | 55,856 | 359 | – | – | 2 | 2,095 | 134 | 53,266 | | | | | | | (1,694) | (4,284) | | (2.94%) | (7.44%) | | 8,217 | 7,676 | 59466 (1,922) |
| State | 4/25/25 | 80,818 | – | 80,818 | 745 | 121 | 1 | – | 12 | – | – | 165 | 1,861 | 79,403 | 478 | – | – | 3 | – | 32 | 78,890 | | | | | | | (1,415) | (1,928) | | (1.75%) | (2.39%) | | 23,600 | 24,187 | 80818 – |
| DOT | 4/23/25 | 58,166 | 451 | 57,715 | 906 | 546 | 7 | – | 13 | 6 | – | – | 733 | 57,316 | 1,072 | 735 | – | 49 | – | – | 55,509 | | | | | | | (850) | (2,657) | | (1.46%) | (4.57%) | | 32,025 | 26,875 | 58351 (636) |
| Treasury | 4/2/25 | 121,227 | 4,016 | 117,211 | 1,421 | 847 | 1 | – | 76 | – | – | – | 1,710 | 115,998 | 3,121 | – | – | 49 | – | – | 112,828 | | | | | | | (5,229) | (8,399) | | (4.31%) | (6.93%) | | 28,885 | 29,221 | 122719 (5,508) |
| USAID | 2/24/25 | 4,675 | – | 4,675 | – | – | – | – | 300 | – | – | – | – | 4,375 | – | – | – | 16 | – | 4,038 | 321 | | | | | | | (300) | (4,354) | | (6.42%) | ###### | | | | 5196 (521) |
| VA | 4/25/25 | 475,813 | 3,402 | 472,411 | 3,645 | 3,302 | – | – | 325 | – | – | – | 5,715 | 466,714 | 3,131 | – | – | 66 | – | 27 | 463,490 | | | | | | | (9,099) | (12,323) | | (1.91%) | (2.59%) | | 49,507 | 48,040 | 494264 (21,853) |
| DOD | 4/23/25 | 824,538 | – | 824,538 | 9,735 | 4,239 | – | – | 578 | – | 2,281 | – | 7,046 | 820,129 | 21,740 | – | 4,822 | – | 2,527 | – | 791,040 | | | | | | | (4,409) | (33,498) | | (0.53%) | (4.06%) | | 962,409 | 837708 | |
| DHS | 3/24/25 | 233,903 | 817 | 233,086 | 4,475 | 615 | 1 | – | – | – | – | – | 3,655 | 233,290 | 996 | – | 927 | 40 | – | 315 | 231,012 | | | | | | | (613) | (2,891) | | (0.26%) | (1.24%) | | 87,346 | 93,394 | 225214 |
| **Major Agencies** | | 2,387,463 | 17,241 | 2,370,212 | 26,306 | 14,656 | 161 | – | 2,231 | 48 | 1,869 | 2,618 | 28,817 | 2,346,240 | 48,367 | 7,488 | 6,246 | 673 | 11,364 | 16,894 | 2,256,209 | | | | | | | (41,213) | ###### | | (1.73%) | (6.64%) | | | | |
| Agencies >1k FTE | | 22,275 | 287 | 21,988 | 139 | 186 | 13 | – | 37 | 1 | 26 | – | 348 | 21,516 | 700 | 27 | 12 | 21 | 167 | 1 | 20,588 | | | | | | | (759) | (1,687) | | (3.41%) | (7.57%) | | | | |
| Other | | 16,039 | – | 16,039 | – | – | – | – | – | – | – | – | – | 15,723 | – | – | – | 46 | – | – | 14,730 | | | | | | | (316) | (1,309) | | (1.97%) | (8.16%) | | | | |
| **Total** | | 2,426,787 | 17,528 | 2,408,239 | 26,444 | 14,741 | 184 | – | 2,268 | 48 | 1,895 | 2,618 | 29,185 | 2,383,479 | 60,067 | 7,625 | 8,267 | 740 | 11,631 | 16,896 | 2,290,627 | | | | | | | (42,288) | ###### | | (1.74%) | (6.68%) | | | | |
| **Estimated Savings ($M) (2)** | | $3,067 | | ($4,628) | $2,580 | $29 | – | $397 | $9 | $347 | $440 | $6,104 | | | $8,780 | $1,317 | $1,086 | $130 | $2,018 | $2,782 | | | | | | | | $7,400 | $23,667 | | | | | | | 1460 |

(1) Other includes expected attrition, departures from increased performance and conduct reviews, and non renewal of term employees.
(2) Uses average federal employee all-in annual cost of $175k.

Missing Data

$175,000