**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al*.

     Plaintiffs,

       v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

     Defendants.

Case No. 3:25-cv-03698-SI

**[PROPOSED] ORDER**

The Court has reviewed the Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed by Plaintiffs on July 1, 2026, in connection with Plaintiffs' Motion for Preliminary Injunction re: USDA, as well as Defendants' Statement in Support of Plaintiffs' Administrative Motion.  The Court finds that compelling reasons exist to maintain under seal the portions of the materials that Plaintiffs provisionally filed under seal and that Defendants have identified as requiring sealed treatment.  Specifically, the portions of Exhibits A and C that Defendants have identified as requiring sealed treatment consist of or reflect confidential, internal governmental deliberations, the public disclosure of which would compromise the ability of the Executive Branch to make policy decisions, budget requests, or otherwise engage in candid discussions about budgetary or personnel matters.  The Court also finds compelling reasons to redact a cell phone number in Exhibits A and B, as disclosure of that cell phone number could subject a government employee to harassment.  Finally, the Court finds that the redaction of one line in Plaintiffs' memorandum of law in support of their preliminary injunction motion to be necessary to protect the confidential information remaining under seal in Exhibit A.  Defendants have narrowly tailored their sealing request and have publicly filed versions of Exhibits A through C with appropriate redactions.

     Accordingly, this Court orders as follows:

[Proposed] Order
3:25-cv-3698-SI

| Document or Portion of Document Sought to Be Sealed | Evidence offered in Support of Sealing (Defendants to provide pursuant to L.R. 79-5(f)) | Order |
|---|---|---|
| Declaration of Corinne F. Johnson in Support of Plaintiffs' Motion for Preliminary Injunction Re: USDA ("Johnson Decl."), Exhibit A | Kinneen Decl. ¶¶ 6-12 (passback info); *id.* ¶¶ 13-14 (cell phone number) | The original version of this document shall remain under seal, with a public version containing redactions having been filed in connection with Defendants' Statement in Support of Plaintiffs' Administrative Motion. |
| Johnson Decl., Exhibit B | Kinneen Decl. ¶¶ 13-14 (cell phone number) | The original version of this document shall remain under seal, with a public version containing redactions having been filed in connection with Defendants' Statement in Support of Plaintiffs' Administrative Motion. |
| Johnson Decl., Exhibit C | Kinneen Decl. ¶¶ 15-18 (non-USDA data) | The original version of this document shall remain under seal, with a public version containing redactions having been filed in connection with Defendants' Statement in Support of Plaintiffs' Administrative Motion. |
| Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction Re: USDA ("Memorandum") at page 5, lines 24-25 | Sealing request withdrawn | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |
| Memorandum at page 8, lines 7-23 | Kinneen Decl. ¶¶ 6 (redaction for quoted material on page 8, line 11) | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |

[Proposed] Order
3:25-cv-3698-SI

| Memorandum at page 28, line 9 | Sealing request withdrawn | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |
|---|---|---|
| Memorandum at page 28, line 11 | Sealing request withdrawn | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |
| Memorandum at page 28, n.24 | Sealing request withdrawn | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |
| Memorandum at page 29, lines 19-20 | Sealing request withdrawn | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |
| Memorandum at page 35, line 21 | Sealing request withdrawn | Plaintiffs' Memorandum shall be refiled by Plaintiffs with the material quoted from Exhibit A on page 8, line 11, redacted (using the page numbering at the bottom of the brief). All other redactions may be lifted. |

[Proposed] Order
3:25-cv-3698-SI

IT IS SO ORDERED.

_____
Susan Illston
United States District Judge


_____
Date