CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748

ERIC J. HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
JEREMY S.B. NEWMAN (MA Bar No. 688968)
Chief Litigation Counsel
CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors
ROBERT C. BOMBARD
Trial Attorney
Civil Division, Federal Programs Branch

    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202) 532-3114
    jeremy.s.newman@usdoj.gov

Counsel for Defendants

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT ON SUPPLEMENTAL CLAIMS VIII – XIII** <br><br> Hearing Date: August 28, 2026 <br> Time: 10:00 a.m. PT <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br>       Courtroom 1 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 28, 2026, at 10:00 a.m. PT, or as soon thereafter as counsel may be heard, Defendants will and hereby do move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on Claims VIII-XIII of Plaintiffs' Supplemental Complaint, ECF No. 298.  The grounds for this motion are set forth in Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment on Supplemental Claims VIII-XIII, ECF No. 450.[1]

Dated: July 19, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

/s/ Jeremy S.B. Newman
BRAD P. ROSENBERG
JEREMY S.B. NEWMAN (Mass. Bar # 688968)
Chief Litigation Counsel

CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors

ROBERT C. BOMBARD
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*

---

[1] Under the Court's scheduling order, ECF No. 429, Defendants' opposition brief also functioned as a Cross-Motion for Summary Judgment.  However, to avoid any confusion, Defendants are filing this separate motion.