**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

For good cause shown, Defendants' Motion for Summary Judgment on Claims VIII-XIII of Plaintiffs Supplemental Complaint shall be, and hereby is, GRANTED. Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay and ORDERS that final judgment shall be entered for Defendants on those claims.

IT IS SO ORDERED.

_____
Susan Illston
United States District Judge

_____
Date

[Proposed] Order Granting Defendants' Cross-Motion for Summary Judgment on Supplemental Claims
3:25-cv-3698-SI