# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698 <br><br> **DECLARATION OF MARY PLETCHER RICE** |

I, Mary Pletcher Rice, declare as follows:

## Introduction

1. I am the Acting Principal Deputy Assistant Secretary for Administration within the Departmental Administration at the United States Department of Agriculture ("USDA" or "Department"), headquartered in Washington, D.C. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.

2. In my role at the USDA, I currently oversee the Department's Office of Human Resources Management; Office of Homeland Security; Office of Leasing, Operations, and Property Management; Office of Safety, Security and Protection; Office of Contracting and Procurement; and Office of Small and Disadvantaged Business Utilization. I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices.

3. One of my responsibilities is leading the planning and implementation of USDA's reorganization. I possess an in-depth understanding of the contents of USDA's Agency Reduction in Force and Reorganization Plans submitted to the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB") in March and April 2025; Secretary Rollin's Reorganization Memorandum; and the Mission Area and Staff Office reorganization plans articulated in Congressional, employee, and union notifications from March 2026 to June 2026.

## Evolution of USDA's Reorganization Plans

4. The Department's Agency Reduction in Force and Reorganization Plans ("ARRP") submitted to OPM and OMB in March and April 2025 are not the Department's reorganization plan and does not reflect USDA's current plans. The most accurate and up to date reorganization plans are set forth in the notifications that USDA has provided to Congress. The Congressional notifications demonstrate that the agency's plans are fundamentally different than what was originally contemplated by the ARRPs which assumed further reductions of USDA's workforce beyond the reductions due to the Deferred Resignation Program (DRP).

5. The FY 2026 Annual Staffing Plan ("ASP") submitted by USDA to OPM similarly does not align with or reflect implementation of the ARRPs. The ASP demonstrates that USDA is

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

1

pursuing staffing changes that are independent of, and inconsistent with, the ARRPs, and reiterates that USDA is not attempting to carry out the ARRPs through its current reorganization efforts.

6. The ASP was submitted to OPM in December 2025 and updated in February 2026, and it forecasts a modest increase in staffing, with 15,923 employees to be hired in FY 2026 as opposed to any further decreases in staffing. The hiring projections include internal movement of current USDA employees, promotions of USDA employees, and new USDA employees. Hiring projections are aligned to support USDA's statutory obligations, mission-critical functions, and address emerging priorities. The hiring projections also include assumptions on retirements and limited voluntary early departures through the Voluntary Early Retirement Authority and Voluntary Separation Incentive Payments, with resultant vacancies backfilled into field locations, service centers, and hub locations. USDA is further targeting that approximately 31 percent of the new permanent positions hired in FY 2026 will be early career employees. Additionally, almost 3,000 of the total 15,923 anticipated hires were allocated as "to be determined" to ensure USDA had the flexibility to acquire the workforce needed to successfully deliver its functions considering mission area and staff office reorganization plans. USDA is actively hiring based on its ASP.

7. The Secretary's Memorandum establishes a broad structural framework for modernizing the Department, outlining four pillars intended to improve organization, optimize resources, and strengthen service delivery across USDA's nationwide mission. The Department is not simply developing a plan to relocate personnel outside the National Capital Region ("NCR"); rather, it is striving to complete a major organizational realignment that will reshape how the Department is structured and improve how it provides services to the public. The Secretary's Memorandum also guides USDA's hiring plans.

8. First, the Department seeks to ensure the size of USDA's workforce aligns with financial resources and priorities. Because many positions added in prior years were funded through temporary, nonrecurring sources—primarily the Inflation Reduction Act and the Infrastructure Investment and Jobs Act—USDA could not sustain those staffing levels once

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

2

that supplemental funding diminished. As a result, the Department deployed voluntary separation mechanisms rather than involuntary separations to ensure staffing levels aligned with budgetary resources. This reduction was achieved through voluntary retirements and resignations, voluntary movement of employees to other federal agencies, and the Deferred Resignation Program, through which over 15,000 employees departed the Department. Any further right-sizing will be completed through the use of Voluntary Early Retirement Authority and Voluntary Separation Incentive Payments.

9. USDA has not conducted any reductions in force, and USDA has no current plans to conduct any reductions in force across the Department. Instead, any workforce adjustments needed will continue to rely on voluntary programs designed to support employees while ensuring the Department operates within sustainable, long-term funding levels. All current USDA employees will have a position in the Department.

10. The second pillar will bring USDA closer to its customers by relocating headquarters' resources outside of the NCR. USDA has proposed five designated regional hubs—Raleigh, North Carolina; Kansas City, Missouri; Indianapolis, Indiana; Fort Collins, Colorado; and Salt Lake City, Utah—to reduce costs and locate personnel closer to the farmers, ranchers, producers, and rural communities they serve. Three of the hub locations were already de facto USDA hub locations with a substantial existing concentration of USDA agencies and employees - Raleigh, Kansas City, and Fort Collins as well as vacant USDA space. The hubs do not replace existing USDA field locations across the country and are focused on headquarters programs and functions. In addition to the hubs, USDA designated agency-specific and support function service centers. By formally establishing these hubs (instead of operating de facto hubs) and service centers, USDA will also be able to capitalize on highly qualified talent it could not previously attract to National Capital Region-based positions due to barriers, such as the higher cost of living. Co-location of multiple USDA organizations in the hubs will also provide opportunities for improved cross-organizational collaboration, sharing of resources, and leasing consolidations, as opposed to the current location realities.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

3

11. Third, the Department will streamline its structure by reducing management layers and unnecessary bureaucracy. This effort is not about reducing the number of employees but instead about implementing more effective structures that better support delivery of mission critical functions and programs. For example, the Forest Service is shifting from a regional based structure to a state-based model supported by technical service centers. The Agricultural Research Service is restructuring its Area Office management layers to better support its research mission. Each USDA component agency will implement its own plan tailored to its distinct mission, statutory obligations, and operational and practical requirements. Therefore, the agency does not expect that any services will be disrupted by the reorganization.

12. Finally, the Department will strengthen oversight and reduce duplication by consolidating specific Department-wide administrative functions where appropriate to increase efficiency and consistency in mission-delivery and ensure the staff delivering these functions have the appropriate training and support.

13. The Secretary's Memorandum serves as a framework for the Department's reorganization, rather than a detailed implementation plan. Pursuant to Section 7 of the memorandum, the Secretary delegated to the Deputy Secretary all necessary authorities to implement the reorganization. The development of the component agency and staff office reorganization plans has been a deliberate and iterative process, and those plans have been refined over time in response to operational assessments in consideration of feedback from internal and external stakeholders including public comments received.

14. As implementation planning has progressed, several adjustments have been made to ensure the reorganization aligns with mission needs and operational realities, considers attrition, and accords with the Department's NCR space strategy. These changes reflect a thoughtful and evolving approach rather than a static directive.

15. For example, the Department determined that the George Washington Carver Center ("GWCC") should be retained rather than sold (as originally contemplated) to better support long-term operational requirements in the NCR. The decision to retain the GWCC was made to provide additional flexibility to maximize mission continuity, mitigate the degree of attrition

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

4

typically seen during a geographic relocation, and reduce the amount of upfront costs required to relocate employees. Additionally, not all support functions will be consolidated at this time. For example, grant and financial assistance functions will remain within the USDA Mission Areas. Communications/public affairs and legislative affairs will remain within Mission Areas. Instead of consolidating all of human resources, only specific human resources functions—policy, employee relations, labor relations, litigation, reasonable accommodation, misconduct investigation, and drug testing—will be transferred to the Department, while the remaining HR functions will stay within the Mission Areas. These adjustments help demonstrate that the reorganization is structured, evidence-based, and responsive to feedback.

**NCR Space Strategy**

16. The Utilizing Space Efficiently and Improving Technologies Act (the "USE IT Act"), enacted in January 2025, requires federal agencies to systematically monitor, measure, and publicly report the occupancy and utilization of government-owned and federally leased facilities. The Act establishes a government-wide design standard of 150 usable square feet per person and sets a minimum utilization benchmark of 60 percent for office space. Agencies must take corrective actions—such as consolidation or space reduction—when facilities fall below mandated utilization thresholds. Most USDA facilities do not meet the required benchmarks. Accordingly, the Department's ongoing lease cancellations, space reductions, office relocations, and organizational realignments are necessary steps to bring USDA into compliance with the Act and to ensure efficient stewardship of federal real property. The USE IT Act is the primary driver behind the Department's NCR space strategy, which includes decisions affecting the Braddock Building, the South Building, the Whitten Building, the Yates Building, the GWCC, and the National Agricultural Library.

17. Over time, USDA's presence in the NCR has declined substantially. USDA office buildings in the region have the capacity to house approximately 10,300 employees. In January 2019, USDA employed 6,055 individuals in Washington, D.C. (the South Building, the Whitten Building, the Yates Building and other local leased space); by January 2021, staffing in the area

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

5

declined to 5,510, and fell further to 3,254 in January 2025. By June 2026, only 2,832 employees remained in Washington, D.C.

18. Surrounding locations reflect similar trends. The Food and Nutrition Administration Virginia office (currently Braddock Place) housed 569 employees in 2019, 576 in 2021, 350 in 2025, and 391 in 2026. GWCC housed 765 employees in 2019, 789 in 2021, then dropped sharply to 331 in 2025, before rising to 742 in 2026 with the consolidation of the Animal and Plant Health Inspection Service Riverdale, Maryland facility.

19. Overall, NCR staffing fell approximately 50 percent, from 7,389 to 3,965, between January 2019 and June 2026. The majority of the decline was between 2020 and 2024, primarily due to voluntary relocations or hiring headquarters staff outside of the NCR. Additional drivers include retirements and voluntary resignations. This sustained decline, combined with the USE IT Act's mandate to optimize and right-size federal space, requires the Department to make prudent decisions regarding its real property portfolio, including the planned disposition of the South Building, to ensure efficient and responsible use of federal facilities.

20. The Department's NCR space strategy has also been informed by other factors. For instance, USDA's two historic headquarters buildings in Washington, D.C.—the South Building and the Whitten Building—present the Department with significant challenges due to extensive deferred maintenance and modernization costs required to bring the building to code and up to modern workplace standards totaling $1.923 billion. These deficiencies present material risks to life, safety, operational continuity, and compliance with federal standards. The South Building accounts for approximately $1.322 billion of this need, while the Whitten Building represents an additional $601 million.

21. Both facilities currently operate at only 18–23 percent occupancy, far below the optimal utilization required under the USE IT Act. At present, there are not enough federal employees in the Region to meet the utilization level required for the South Building.

22. Annual Congressional appropriations for operations and maintenance of the Whitten and South buildings and GWCC do not cover the full costs of operations. For example, in FY 2026, Congress appropriated only $15 million for operations and maintenance but the annual

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

need exceeds $40 million for core operations and maintenance. As such, GSA and USDA jointly announced in February 2026 the disposal of the South Building.

23. To accommodate this disposal, the Department has made plans to relocate employees currently stationed in the South Building to other buildings in the NCR like the Whitten Building, the Yates Building, or GWCC, or to other USDA hub locations, service centers or field locations. USDA intends for GWCC to house up to 1,900 employees, the Yates Building will house approximately 750 employees, and the Whitten Building will house approximately 900 employees. The National Agricultural Library will house some Agricultural Research Service NCR-based employees.

24. The Department's current space strategy will increase—not decrease—the total number of USDA employees located in Prince George's County. Presently, 348 employees are assigned to the Beltsville Agricultural Research Center ("BARC") and 742 employees to the GWCC. USDA plans to reassign approximately 1,150 additional employees to GWCC, resulting in a net increase of 802 USDA employees in Prince George's County.

25. The BARC facility has become financially untenable to sustain due to extensive deferred maintenance, severely deteriorated infrastructure, escalating costs required merely to keep the facility operational, and insufficient appropriations. Situated on 6,500 acres, the campus contains roughly 400 buildings—247 of which are inactive or excess—along with 35 miles of public roads and major energy, water, and wastewater utility systems. Nearly half of all structures are in advanced states of disrepair and are already slated for demolition, including facilities damaged by flooding, long-abandoned research buildings, and structures overtaken by vegetation. The BARC facility has already been the subject of an Office of Special Counsel investigation, which found pervasive safety deficiencies in many of the facilities and structures including a general lack of housekeeping; excessive dirt and grime; flaking and peeling paint; damaged flooring; active and post flooding and other water intrusions; mold; and a lack of potable water. The site carries approximately $300 million in deferred maintenance. The investment needed to return BARC to a state-of-the-art, world-class research facility is

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

7

untenable because the overwhelming financial investment required to modernize its severely deteriorated infrastructure far exceeds available appropriations funding levels.

### Congressional Notification of USDA Reorganization

26. Secretary Rollins' reorganization memorandum provided the general framework for the reorganization. Consistent with the applicable statutory requirements, however, the Department has provided the relevant Congressional committees with formal notifications setting forth reorganization plans on an agency-by-agency basis. Notifications have also been provided for each Staff Office with reorganization activities. These Congressional notifications reflect the most accurate and current reorganization plans.

27. The Department's Congressional notification letters reflect the following:

### Foreign Agricultural Service

28. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Foreign Agricultural Service ("FAS"). The letter noted that to ensure that FAS was best positioned to deliver on its global trade, export market development, and international food assistance missions, that FAS was updating its organizational structure.

29. The letter noted that FAS would be shifting its program support workforce to a hub located in Kansas City, Missouri. Consolidating these functions in one location will streamline operations and better align related program activities. The hub will centralize specific program operations, including commodity procurement, export credit guarantee programs, and logistics coordination for international food assistance. The hub further eliminates duplicative structures across headquarters operations, and consolidates mission-support functions for international food assistance and resiliency activities to better support employees and enhance the delivery of programs that benefit U.S. agriculture and feed vulnerable populations overseas.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

8

30. The letter further noted that the planned updates are not expected to result in increased salary or operating costs, and facility and administrative services consolidations are expected to support future cost savings and mission delivery efficiencies.

31. FAS will vacate their space in the South Building and employees will be moved to one of the following locations: GWCC in Beltsville, Maryland; Yates Building in Washington, D.C.; Whitten Building in Washington, D.C.; or Kansas City, Missouri.

32. All trade and foreign affairs mission functions will remain in the NCR.

33. FAS will fill vacancies for functions that will remain in the NCR with existing FAS staff first before hiring outside the agency or relocating employees outside of the NCR.

34. FAS notified the appropriate Union on July 17, 2026, of the proposed reorganization changes and are awaiting Union demand to bargain. Since formal labor management negotiations have not yet commenced, FAS plans are subject to change based on the resulting negotiations.

**Farm Production and Conservation**

35. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Farm Production and Conservation ("FPAC") Mission Area.

    A.       FPAC Business Center ("FBC")

        i. The organizational and functional realignment effort will result in a more efficient distribution of staff and administrative functions within the Business Center, the Mission Area, and the Department by reducing the FBC lines of business from fifteen to nine and realigning services to USDA staff offices and other FPAC agencies, to more efficiently serve customers and partners. The realignment ensures mission area administrative, and operations functions are provided in an efficient and effective way, maximizing financial resources, personnel, and technology to respond to challenges and deliver exceptional customer service and support to the FPAC Mission Area. Remaining staff, following realignment, will

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

9

continue to provide services from one of the established five regional hubs (Raleigh, Kansas City, Indianapolis, Fort Collins, and Salt Lake City) and other FPAC office locations including in the Dallas Fort Worth metropolitan area.

ii. No employees will be relocated from the NCR. A small number of staff will remain downtown to provide direct support in the Whitten and Yates Building. Most employees in the NCR will work from the GWCC.

B.    Farm Service Agency ("FSA")

i. FSA will be realigned to gain greater efficiencies in the development, implementation, and delivery of program benefits and services to the customers and communities they serve. The organizational changes support workforce maximization that will allow FSA leadership to align and leverage current IT modernization initiatives to increase efficiency and productivity by scaling, or "right-sizing", in organizational areas such as farm loans to provide consistency in policy implementation and streamlined processes.

ii. Additional changes include integrating and expanding executive level oversight and leadership at the appropriate levels within the organizational structure to support rapid decision-making and implementation of statutorily mandated programs.

iii. The county office staff, which represent most of FSA's employees across the country, are not affected by these changes.

iv. No FSA employees will be relocated from the NCR.

C.    Natural Resources Conservation Service ("NRCS")

i. NRCS's new organizational structure design will strengthen the agency's mission, advance conservation priorities, and better serve farmers, ranchers, foresters, and all conservationists across the country.

ii. Most of the proposed restructuring will take place at the National Headquarters level, where organizational adjustments are being implemented to align NRCS with the broader FPAC reorganization plan and to strengthen the agency's ability to

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

deliver conservation programs effectively at the field level. This includes consolidating the four Deputy Areas into three: Conservation Implementation, Resource Information, and Management and by refocusing and strengthening core technical soil services and national cooperative soil survey functions.

iii. NRCS plans to maintain core staff within the NCR to support leadership and to assist with interagency coordination and Congressional activities. NRCS will relocate National Headquarters staff into hubs in Fort Collins, Indianapolis and Raleigh, as well as in Lincoln, Nebraska, and Fort Worth, Texas. Although not identified as USDA hub locations, Lincoln and Fort Worth were selected due to existing concentrations of NRCS employees to ensure continued mission continuity. Technical centers and the National Water Management Center staff and functions will be relocated to Fort Worth.

iv. To accommodate the additional staff in Fort Worth, NRCS has entered final negotiations for new space. The Fort Worth office will also house the FPAC Business Center Dallas-Fort Worth based staff.

v. No NRCS field offices will be closed, and no field-based employees will be relocated during the proposed reorganization.

D.    Risk Management Agency ("RMA")

i. RMA will eliminate the Risk Management Education Division, formerly under the Deputy Administrator for Insurance Services. The functions of that division will be integrated into existing program operations, and remaining employees will be reassigned to non-supervisory roles that support core agency responsibilities.

ii. Currently, RMA staff are located across 37 states, with only about four percent located in the NCR. This wider distribution improves the agency's ability to respond quickly, build stronger partner relationships, and support the integrity of the Federal Crop Insurance Program. The model reduces reliance on costly, underutilized metropolitan office space, and places staff in agricultural communities where they are most effective. This strengthens program delivery,

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

11

improves responsiveness, and aligns staffing with field-based operational needs. This approach also aligns RMA with the national footprint of Approved Insurance Providers and crop insurance agents, who operate across 48 states and nearly 4,000 ZIP codes, enabling field engagement in hours rather than days.

iii. Nationwide placement of personnel enhances RMA's capacity for timely site visits, stakeholder engagement, program reviews, and investigations - activities essential to program integrity and to the public private partnership that supports federal crop insurance.

iv. No staff will be relocated from the NCR.

**Agricultural Marketing Service**

36.   On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Agricultural Marketing Service ("AMS") Mission Area.

37.   AMS will reorganize Fair Trade Practice Program through the following actions: (1) repositioning the Perishable Agricultural Commodities Act  Division within the Specialty Crops Program; (2) shifting the Packers and Stockyards Division into the Livestock and Poultry Program; (3) moving the Warehouse and Commodity Management Division to the renamed Cotton and Warehouse Program; and (4) consolidating the Food Disclosure and Labeling Division (Bioengineered Foods and Country of Origin Labeling) functions into the Science and Technology Program, as part of an existing but renamed Labeling and Compliance Division, which includes similar functions.

38.   With this reorganization, when the produce, livestock, or cotton industries reach out on issues, they will have a single, streamlined communication channel, which supports USDA's goals to reduce bureaucracy and improve efficiency, program execution, and accountability. This effort will align AMS services to improve effectiveness and meet customer needs by consolidating, unifying, and optimizing functions that will reduce AMS Program areas from ten to nine,

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

12

reducing organizational complexity and streamlining reporting structures. Realignments further improve service delivery and enhance operational efficiencies for AMS user-fee customers.

39. AMS NCR-based employees are currently located in the South Building. In addition to the Whitten and Yates buildings, AMS will leverage its existing Fredericksburg, Virginia, facility and the GWCC for NCR employees. No NCR employees will receive management directed assignments outside of the NCR unless the reassignment is voluntary.

**Office of the Chief Information Officer**

40. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Office of the Chief Information Officer ("OCIO") Staff Office.

41. The plan streamlines and strengthens the Office of the Chief Information Officer by consolidating previously fragmented IT budget, contracting, and administrative operations into a unified structure to reduce redundancy and improve decision-making. Benefits to this approach include more efficient budgeting, streamlined financial reporting, reduced duplication, and enhanced oversight of compliance activities, resulting in improved stewardship of Federal resources. The new structure consolidates budget, contracting, and administrative operations into a single unit, streamlining processes, enhancing integration, and enabling faster, more informed decision-making while delivering more cost-effective and accountable operations in support of USDA's mission.

42. It centralizes cyber, network, and telecommunications services—bringing together functions from the Client Experience Center, Cybersecurity and Privacy Operations Center, the Digital Infrastructure Services Center, and Mission Areas—to enhance performance, reduce costs, and improve cybersecurity while placing all domestic and international network oversight under OCIO.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

13

43. The plan also elevates the Department's enterprise capabilities by creating the Office of the Chief Artificial Intelligence (AI) Officer to lead AI strategy and the Office of the Chief Data Officer to oversee data governance and full-lifecycle data management.

44. Additionally, IT functions currently dispersed across Mission Areas, including end-user support, network services, laboratory technical support, and key cybersecurity activities, will be realigned under OCIO.

45. Approximately 175 Mission Area positions will shift to OCIO with no job losses and no budget increase, enabling more efficient resource deployment and improved customer experience.

46. OCIO will establish a Technology Center in Kansas City with Fort Collins as a secondary location. Vacancies will be filled in Kansas City and Fort Collins. Client Experience Center positions will remain field-based as is the case today.

47. OCIO will leverage the GWCC for NCR-based employees.

48. No employees will be relocated outside of the NCR.

**Rural Development**

49. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Rural Development ("RD") Mission Area.

A. Rural Business-Cooperative Service ("RBCS")

i. Streamlining RBCS's management structure, with an operational framework consolidating three divisions to two, will permit a more effective focus on core activities. This restructuring will improve consistency in loan origination by localizing loan prequalification and management, while centralizing loan processing, underwriting, funding and servicing.

ii. All RBCS processing, underwriting, funding, and servicing functions currently performed at the State-level will be centralized within the RBCS national office.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

14

iii. This restructuring will relocate some RBCS national office employees to Fort Worth. National office employees that are relocated will retain a position within the agency.

iv. This transition will not require any State employees to relocate to retain their positions; instead, some RBCS employees located in the States will be reporting to RBCS' national office.

B.    Rural Housing Service ("RHS")

i. RHS will centralize processing, underwriting, funding, and servicing functions currently performed at the State-level to the national office for Single Family Housing Direct and Community Facilities loans.

ii. Additionally, RHS will realign its Program Support Staff to Community Facilities.

iii. The agency will continue to perform Single Family Housing Guaranteed and Multi-Family Housing programs centrally.

iv. This restructuring will relocate some RHS national office employees to St. Louis, Missouri. The largest concentration of RD employees are already based in St. Louis. National office employees that are relocated will retain a position within the agency.

C.    Rural Utilities Service ("RUS")

i. RUS will centralize the Water and Environmental Program's processing, underwriting, funding, and servicing functions from the State-level to the national office, consistent with Telecommunication and Electric programs.

ii. This will streamline RUS's management structure with a focus on core activities. Alongside this change, any engineering and environmental work currently overseen by the States will move to the national office.

iii. This restructuring will relocate some RUS national office employees to Fort Worth. National office employees that are relocated will retain a position within the agency.

D.    State Offices

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

15

i. To streamline operations and maximize public awareness of Agency resources, the functions of the Community Development Program Office will be absorbed into the State Operations Office and individual State offices.

ii. This structural realignment ensures a unified, consistent approach to programmatic outreach and marketing of RD programs.

iii. RD is closing select field office locations to improve efficiency, reduce taxpayer costs, and ensure responsible management of USDA resources. Many of these locations have been vacant for years, face health or safety concerns, or were previously slated for closure. All program work from these offices has already been absorbed by nearby staffed locations, and no employee movement is required. This effort will eliminate up to 77,000 square feet of unused space and save taxpayers $1.9 million annually.

E.    Program Support

i. The Business Center's Enterprise, Human Resources, and Procurement Management Offices, along with the Civil Rights Office and Risk Office headquarters units, will be formally eliminated as those functions are incorporated into Department-level consolidation. All employees will retain positions. Their functions and personnel will transfer to centralized Departmental offices or to other RD offices to achieve economies of scale and integration with USDA's enterprise-wide shared services.

50.    To sharpen internal governance, four critical operational components will be repositioned to report directly to the Office of the Under Secretary: Business Center Operations Office, Finance Office, Technology Office, and Servicing Office.

51.    The Business Center Operations Office will be renamed the Department Liaison Office, and report to the Office of the Under Secretary to provide high-level strategic alignment focusing on interagency policy coordination and special projects to help advance mission area goals.

52.    The Technology Office will be renamed the RD Office of the Chief Information Officer and will report directly to the Office of the Under Secretary to accelerate digital modernization by

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

16

allowing for more agile leadership, streamlined decision-making, and more seamless cross-departmental collaboration.

53. The Finance Office will be renamed the RD Office of the Chief Financial Officer and report directly to the Office of the Under Secretary and absorb the functions and personnel of travel, conference reporting, audit, inspection, hotline, and investigation functions from the Risk Office's Enterprise Risk Management Unit.

54. The Servicing Office will report directly to the Office of the Under Secretary to improve default management and property liquidation.

55. The Office of External Affairs will eliminate its distinct Public Affairs and Legislative Affairs divisions. These changes will remove unnecessary management layers and allow this small, highly focused office to make decisions more quickly and exchange ideas freely with leadership and across teams, creating a more responsive communications structure.

56. The Innovation Center will assume the responsibilities carried out by the Enterprise Office's Solutions Management and Initiatives Division with the focus on business process improvements.

57. Disaster assistance funds functions performed by the Enterprise Office will be transferred to Innovation Center.

58. To help centralize enterprise-wide data and data-driven tasks under a unified office, responsibilities of the Chief Risk Officer role will transition to the Innovation Center to lead the newly established Credit Risk Management Division.

59. RD will establish two primary National Office Centers located in St. Louis and Dallas-Fort Worth, Texas. This strategic geographic realignment will optimize Agency operations, improve fiscal management, and tap into deep grant and loan regional talent pools to better serve rural America.

60. Because RD formal labor management negotiations have not yet commenced, RD plans are subject to change based on the resulting negotiations.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

17

**Office of the Assistant Secretary for Civil Rights**

61. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Office of the Assistant Secretary for Civil Rights ("OASCR") Staff Office.

62. The Department will consolidate civil rights functions into a single, unified organization under OASCR.

63. This consolidated structure will provide one entry point, one standard, and one accountable authority for civil rights across the Department.

64. The unified model will strengthen compliance oversight, improve complaint processing performance, and ensure consistent application of civil rights policy throughout USDA.

65. To preserve critical subject-matter expertise, OASCR will establish a Mission Area Support function within the consolidated organization.

66. This function will maintain field-based experience and established relationships while conducting compliance reviews and other mission-aligned activities under the direction of the Assistant Secretary.

67. Outside the NCR, OASCR will establish two hubs: one focused on end-to-end processing of employment complaints and the other on program complaints. The hubs will be located in Raleigh, North Carolina, and Fort Collins, Colorado. OASCR will build consolidated informal complaint processing teams within USDA hub locations.

68. OASCR will relocate some OASCR employees from the NCR to the two primary hubs and will work to consolidate mission area civil rights personnel into OASCR.

69. Because OASCR formal labor management negotiations have not yet commenced, OASCR plans are subject to change based on the resulting negotiations.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

18

**Food Safety and Inspection Service**

70.    On April 23, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them of realignment and organizational updates regarding the USDA, Food Safety and Inspection Service ("FSIS").

71.    FSIS is repurposing existing FSIS office space to establish a new National Food Safety Center (NFSC) in Urbandale, Iowa, which will serve as the primary hub for FSIS administrative, technical, and support operations. This will become FSIS' largest office in the country with approximately 200 employees. The NFSC will serve as FSIS' primary location for headquarters support functions, including resource management, training, food safety education, financial operations, information technology, and administrative services. By consolidating these functions in a centrally located hub, FSIS will reduce duplication, improve coordination, and expand access to career opportunities for employees across the country. This strengthens support to FSIS front-line employees, who are stationed in approximately 6,800 regulated establishments located across the country, by bringing key training, policy, and technical expertise into closer alignment with their work. The National Food Safety Center will help FSIS better prepare and support the workforce while also creating new opportunities to attract and develop the next generation of food safety professionals.

72.    FSIS is establishing a Science Center in Athens, Georgia, building on its existing Eastern Field Services Laboratory and expanding its capabilities in microbiology, chemistry and epidemiology. The Science Center will strengthen FSIS' scientific leadership and ensure continued access to top-tier academic institutions, a robust public health workforce and key industry partners.

73.    FSIS will eliminate the Office of Investigation, Enforcement, and Audit's Compliance and Investigations Division headquarters office and reorganize the four regional offices by streamlining their management structure. Specifically, investigative resources in the four existing regions will be combined into two regions and renamed Compliance and Investigations Region - West and Compliance and Investigations Region – East.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

19

74. To enhance food safety efforts in this evolving work environment, FSIS will restructure the Office of Field Operations to allow managers and supervisors to work more closely with their direct reports. In response to these needs, Office of Field Operations will convert all current GS-14 Deputy District Manager positions to mobile managerial positions and distribute them near their areas of geographic responsibility.

75. The Office of International Coordination will consolidate Region 1 Staff and Region 2 Staff under the new name of Global Operations Staff. Office of International Coordination will also rename the Import/Export Infrastructure and Resource Management Staff to the Global Systems Staff.

76. FSIS will eliminate the Office of Employee Experience and Development which has no staff. All staff members were realigned to the Office of Policy and Program Development, the FSIS Office of the Chief Information Officer), and Office of Field Operations previously. The Assistant Administrator will be realigned to Office of Field Operations.

77. The Office of Public Affairs and Consumer Education will be renamed the Office of Public Affairs and Training and will consist of three divisions - the Training Division; the Freedom of Information Act, Privacy, and Records Management Division; and the Communications Division. FSIS will dissolve the Congressional and Public Affairs Staff as all positions are vacant. The remaining Office of Public Affairs and Training staff will be realigned into one of the three newly defined divisions. The training function and 23 employees will be realigned from the Office of Policy and Program Development, Office of the Chief Information Officer, and Office of Field Operations, and will be placed into the new Training Division.

78. The Office of Management will be renamed Administrative Operations. The Significant Incident Preparedness and Response Staff will be realigned to the Resource Management Staff which will be renamed the Resource Management and Liaison Division.

### Research, Education and Economics

79. On April 23, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA's Research, Education, and Economics ("REE") Mission Area intends to reorganize the Agricultural Research Service

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

20

("ARS"), Economic Research Service ("ERS"), National Agricultural Statistics Service ("NASS"), and National Institute of Food and Agriculture ("NIFA"). In addition, ARS intends to decommission BARC. This letter also provides notification of planned changes affecting the Office of Partnerships and Public Engagement ("OPPE"). The restructuring removes bureaucracy, reduces organizational complexity, and strengthens leadership accountability.

A.    OPPE

i. As part of the organizational changes, the liaison responsibilities with the 1890s and Hispanic Serving Institutions currently housed in OPPE will be realigned into ARS. This realignment will enhance the Department's partnerships with the higher education institutions by combining similar functions in ARS.

ii. The Center for Faith will be realigned into OPPE from the Office of External and Inter-governmental Affairs. This realignment will support improvements in the Department's engagement with the faith community which is a priority of this Administration.

B.    ARS

i. ARS is consolidating two separate matrix aligned organizations, the Office of National Programs, and the Area Offices, into four new mission aligned Research Offices. This move from a matrix aligned organization to a mission aligned organization will make operations more efficient and increase authority and accountability of mission delivery and success.

ii. ARS is establishing four new Research Offices. The new Research Offices will combine research program management and operational line management. This will strengthen alignment to National Programs, reduce organizational complexity that results from separate program and line management structures, strengthen leadership accountability and decision-making, and improve nationwide agility, consistence and coordination of research.

iii. The new mission aligned ARS Research Offices are:

1. Animal Science Research Office – Fort Collins, Colorado;

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

21

2. Plant Science Research Office – Stoneville, Mississippi;

3. Land Utilization Research Office – Peoria, Illinois; and,

4. Post-Production Research Office – Albany, California.

iv. ARS Administrative and Financial Management will reside in the new Business Services Office. The Business Services Office will assume Grants Management Services positions from NIFA, as well as USDA Student Engagement positions from USDA's OPPE.

v. ARS intends to close BARC; the timeline for full disposal of the BARC facility has not yet been determined. ARS has thoughtfully considered many ARS sites to determine the best locations to assume BARC research projects, selecting sites based on access to enhanced research infrastructure and alignment with complementary research projects.

vi. ARS has slated the following locations to receive BARC research projects and their associated positions: Fayetteville, Arkansas; Albany, California; Ft. Collins, Colorado; Ft. Pierce, Florida; Miami, Florida; Athens, Georgia; Tifton, Georgia; Ames, Iowa; Aberdeen, Idaho; West Lafayette, Indiana; St. Paul, Minnesota; Columbia, Missouri; Starkville, Mississippi; Stoneville, Mississippi; Raleigh, North Carolina; Fargo, North Dakota; Grand Forks, North Dakota; Clay Center, Nebraska; Chatsworth, New Jersey;  University Park, Pennsylvania; Wyndmoor, Pennsylvania; Charleston, South Carolina; Kerrville, Texas; Logan, Utah; Wenatchee, Washington; Madison, Wisconsin; and Kearneysville, West Virginia.

vii. It is important to note that it is financially unsound to keep BARC open and ask USDA researchers to provide the American people with cutting-edge scientific solutions from this facility. Following a $170 million investment, BARC still requires an initial investment of over $500 million for ongoing modernization to safeguard employee well-being, ensure animal welfare, and support fulfillment of its research mission. In addition, an annual investment of over $40 million is needed to properly address annual repairs and preventive maintenance of the

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

22

BARC campus. In addition, modernized buildings do not stand apart from the current underlying supporting infrastructure at BARC. The primary challenge involves campus-wide infrastructure that sustains buildings distributed across the 6,500-acre campus. This includes two wastewater treatment plants, a water treatment facility, water and sewage distribution networks, electrical grids, miles of public roads, and numerous essential systems necessary for building occupancy.

C.    ERS

i. ERS is restructuring its organization to enhance the delivery of timely, policy-relevant economic research, analysis, and data that inform agricultural policy. This effort strengthens ERS's technical expertise in data science and engineering, improves coordination across operations and research programs, and positions the agency for long-term sustainability. ERS will be positioned to adapt to evolving priorities, technologies, and data environments

ii. ERS will organize its research activities from four divisions into three offices. The Food Economics Division, Markets and Trade Economics Division, and Resource and Rural Economics Division will transition to the Office of Food Markets, the Office of Commodities and Trade, and the Office of Productions and Rural Communities. This reorganization will strengthen program coordination and improve the agency's ability to respond to emerging issues.

iii. ERS is simplifying its organizational design to better support core economic research functions by reducing complexity and eliminating silos. The restructuring aligns similar research functions to support priorities and quickly respond to emerging issues and consolidates related functions and responsibilities to streamline operations to result in a more efficient organization focused on mission delivery.

iv. ERS is aligning leadership and workforce structures to support the new organization. This aligns staff and leadership in Kansas City, Missouri, to strengthen accountability among teams and colleagues and strategically organize

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

23

teams to foster collaboration for a more agile, accountable, and adaptable workforce.

D.    NASS

i. NASS is realigning its organizational structure to strengthen mission delivery, improve operational efficiency, and position the agency for long-term sustainability. The changes include centralizing core operations, establishing a hub-based workforce model, retaining a core Washington, D.C. presence for executive leadership and the Agricultural Statistics Board, and aligning organizational functions more closely to the integrated cycle of designing, collecting, processing, and disseminating statistical data.

ii. NASS is restructuring from eight divisions to three branches. The three NASS branches will be Survey Design and Methodology, Data Acquisition and Processing, and Analysis and Estimation.

iii. The National Operations Center in St. Louis, Missouri, will serve as the primary operational hub for a centralized NASS workforce model and will support the efficient delivery of major agency processes across mission areas.

iv. NASS will establish an eastern operational unit in Georgia, enhancing geographic balance, and maintaining strong alignment with major agricultural sectors and stakeholder communities in the eastern United States.

v. NASS will establish a western operational unit in Colorado, providing operational support across western production regions and helping to ensure NASS maintains sufficient capability and responsiveness across the diversity of U.S. agriculture.

vi. The restructuring will simplify and align the organization to core statistical functions, reduce complexity and eliminate silos. This will align the statistical lifecycle (design, collection, processing, analysis, dissemination), consolidate overlapping functions and responsibilities, and create clear ownership of end-to-end processes. This results in a streamlined organization focused on mission delivery and consistency across all programs.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

24

vii. The NASS reorganization will align leadership and workforce structure to support the new operating model. Staff will be realigned to functional and capability-based teams to reduce management layers and strengthen accountability. Additionally, staff will be strategically placed across key operational locations to increase flexibility in assigning work across programs to create a more agile, accountable, and adaptable workforce.

E.    NIFA

i. NIFA is realigning its organizational structure to strengthen mission delivery, improve operational efficiency, and position the agency for long-term sustainability to best serve NIFA's stakeholders. The changes include centralizing core operations in Kansas City, Missouri, retaining high-level leadership presence in Washington, D.C., consolidating grants and awards management into an ARS-managed REE Mission Area Business Center, and aligning organizational functions.

ii. NIFA is retaining its Operations and Programs Branches and restructuring from five to three scientific programs offices within the Programs Branch. The three new program offices will strengthen alignment to the research, education, and extension mission, improve organizational efficiency in programmatic functions, and enhance leadership accountability and decision making.

iii. Grants Management Services positions currently within NIFA are moving to the centralized Business Services Office. A REE Business Center in ARS will support grants management at the Mission level and will have a separate team primarily focused on executing NIFA grants.

**Office of Chief Financial Officer, Office of Budget and Program Analysis, Office of the General Counsel, and Departmental Administration**

80.    On April 30, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA's plans to reorganize offices and functions affecting Office of Chief Financial Officer ("OCFO"), Office of Budget

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

25

and Program Analysis ("OBPA"), and the Office of the General Counsel ("OGC"), and Departmental Administration ("DA").

A.   OCFO

   i. The Department will realign the Working Capital Fund and Financial Management Division from within the OCFO's Financial Policy and Planning division to the OCFO Chief Operating Officer.

   ii. This shift will improve the operational capabilities of OCFO in its Working Capital Fund authority, which maintains the Department's shared service capabilities and provides for a significant portion of USDA's information technology, financial management, and other administrative support functions.

   iii. This realignment will also enable OCFO's Financial Policy and Planning division to focus on critical, enterprise level fiscal policies, consolidated financial reporting requirements, and internal controls.

B.   OBPA

   i. OBPA will realign its own organizational structure to ensure that its enterprise responsibilities in budget formulation, budget execution, and performance management are maintained and enhanced with the additional responsibilities of budget for the staff offices.

C.   OGC

   i. The Department will consolidate OGC's field operations into two regions - Western and Eastern - and close five offices in Temple, Texas; Little Rock, Arkansas; Albuquerque, New Mexico; Portland, Oregon; and San Francisco, California.

   ii. Affected staff will be relocated to remaining OGC locations, as well as a new office in Davis, California. There are no current staff in the Little Rock, Arkansas office.

   iii. No OGC staff currently in the NCR will be required to relocate.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

26

iv. This restructuring of OGC's field operations will create efficiencies for the office through the reduction in lease costs while enhancing the services provided to OGC's client agencies.

v. One example of these enhancements will be found in Kansas City where all field matters related to the service center agencies (i.e., Rural Development, Farm Service Agency, Natural Resources Conservation Service) will be handled under the direction of the Associate General Counsel for Commercial Operations, a newly created office consisting of five or more employees.

vi. These improvements will enable OGC to continue to be a trusted advisor that support the Department's through legal analyses, guidance, and counsel.

vii. The Office of Information Affairs in OGC provides Departmental direction on USDA's Freedom of Information Act ("FOIA") activities and provides operational FOIA capabilities for staff offices and some agencies. Currently, several agencies also maintain their own FOIA processing capabilities; this decentralized approach results in inconsistencies in the processing of FOIA requests. The planned consolidation of the FOIA activities will increase the effectiveness, consistency, and responsiveness of USDA's FOIA activities.

viii. This consolidation will also increase the efficiency of the Department's FOIA operations because the current decentralized model includes several staff that perform related duties on a collateral basis.

ix. The planned future state for FOIA operations will be an enterprise FOIA capability that leverages a staff structure built upon full-time FOIA staff. Such a FOIA function will meet statutory requirements and be more responsive to Departmental stakeholders.

D.    DA

i. The Office of Property and Environmental Management and the Office of Operations will consolidate into the new Office of Leasing, Operations, and Property Management ("OLOPM").

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

27

ii. In addition, leasing functions and staff from across the Department will consolidate into OLOPM. Currently, each mission area manages its leasing activities separately, which prevents the Department from effectively managing leased assets as enterprise assets. Multiple mission areas are struggling with managing their leased portfolio. This consolidation and realignment will improve the overall management and oversight of the real property portfolio.

iii. USDA's USE IT Act reporting and low facility utilization percentages demonstrate the challenges with the Department's current approach. Through a phased consolidation of leasing functions, the Department will be better equipped to ensure the leases of front-line locations, such as county offices, match the operational needs and are used efficiently.

iv. All procurement activities for the Department will be consolidated into the Office of Contracting and Procurement ("OCP") within DA. This consolidation will ensure consistency and alignment with Federal procurement rules and procedures, fix inconsistencies in services provided to agencies and offices of the Department, and the current inability to share contracting resources across USDA.

v. The first phase of consolidation will focus on common procurement activities shared by mission areas.

vi. The second phase will focus on the unique, mission critical procurement related to (1) the Forest Service's fire incidents and (2) the food commodity purchases predominantly managed by the Agricultural Marketing Service.

vii. USDA will not undertake the second phase until phase one is fully completed and operational. As a result of these consolidation actions, the Department's procurement activities will be streamlined and better equipped to support USDA's mission delivery across the world.

viii. The Human Resources ("HR") functions that will be consolidated into the Office of Human Resources Management ("OHRM") and support the entire Department

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion 3:25-cv-08302-SI

28

are HR policy, employee relations, labor relations, litigation, reasonable accommodation, misconduct investigation, and drug testing.

ix. Mission areas and staff offices have been extensively engaged in identifying the HR functions that would benefit from being consolidated into OHRM from current organizational locations across the Department.

x. This is in alignment with the government-wide HR consolidation effort, led by the Office of Personnel Management's Core Human Capital Management initiative.

xi. There are no planned relocations outside the commuting area for DA employees.

**Food, Nutrition, and Consumer Services**

81. On April 30, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA plans to reorganize offices and functions affecting the Food, Nutrition, and Consumer Services ("FNCS") Mission area into the Food and Nutrition Administration ("FNA").

82. The Food and Nutrition Service, now the Food and Nutrition Administration, is restructuring the organization by opening five new office hubs to hold department support staff, requiring Retailer Operations and Compliance staff to report to an office, and placing senior staff in the Washington, D.C., headquarters. These changes will simplify the chain of command, strengthen local partnerships, and enhance customer service, all while administering more effective evaluation of nutrition programs.

83. FNA's Research staff will report to Raleigh, North Carolina, Supplemental Nutrition Assistance Program staff will report to Indianapolis, Indiana, and Supplemental Nutrition and Safety Program staff will be in Kansas City. Dallas, Texas, will hold Child Nutrition staff, along with Retailer Operations and Compliance staff.

84. The Retailer Operations and Compliance Unit, formerly stationed remotely nationwide, now will report to four new locations: New York, New York; Los Angeles, California; Atlanta, Georgia; and Dallas, Texas.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

29

85. The FNA will restructure into four programmatic branches: Nutrition Research and Regulations, Benefits and Integrity, State Support and Evaluation, and Retailer Operations and Compliance.

86. The reorganization is not anticipated to impact program implementation, including the administration of the Women, Infants and Children ("WIC") program. The assertion that staffing shortfalls have impeded the FNA's ability to administer programs, citing last summer's funding delays, is inaccurate. The delays were not the result of staffing, but of funding availability and standard fiscal processes. Last year, the apportionment for WIC was signed in mid-April 2025, the first month of the third quarter. Prior to the apportionment, FNS provided States with 30 days of second-quarter funding. Following the continuing resolution, FNS continued issuing funding in 30-day increments throughout the third quarter to ensure fiduciary responsibility and to verify that State agencies received appropriate levels of funding based on demonstrated need. FNS then provided fourth-quarter funding in a single distribution in July.

87. The National Office located in Alexandria, Virginia, is expected to be fully vacated by the end of August with staff moving to the Yates Building in Washington, D.C., or the GWCC in Beltsville, Maryland.

88. Additionally, new spaces in New York and Los Angeles have been leased for the Retailer Operations and Compliance Unit.

### Forest Service

89. On March 31, 2026, Forest Service Associate Chief Chris French notified congressional staff on the House and Senate Committees on Appropriations – Interior, Environment, and Related Agencies, House Committee on Natural Resources, and the Senate Committee on Energy and Natural Resources of plans to reorganize offices and functions affecting the Natural Resources and Environment Mission Area.

90. Recognition of the need to change the Forest Service organizational structure predates the Secretary's Memorandum. The assessment of alternatives to the Forest Service organizational structure began almost 20 years ago. Recognizing growing challenges, in 2007 the Forest

Service engaged in an intensive study and transformation proposal to fundamentally restructure the organization. Key components of the design were to better align the agency to address current and emerging issues; reduce duplication of functions; better align authority with responsibility; improve delivery of leadership, direction, and oversight. The reorganization proposal was never implemented and the pervasive challenges continued and compounded while the demand and expectations for mission delivery increased.

91. In 2024, the Forest Service faced a $100 million FY 2025 deficit and a projected $200–$300 million FY 2026 shortfall, making significant workforce reductions unavoidable. The Forest Service had hired permanent staff relying on Inflation Reduction Act and Infrastructure Investment and Jobs Act funds, not expecting that pay costs for the workforce would rise more than 10 percent. As a result, these temporary resources could no longer sustain a non-fire workforce that had grown from 20,223 in 2022 to 25,073 in 2024. Further, nationwide attrition had fallen well below historic norms, worsening the agency's budget pressures. Beginning in early 2024, the Forest Service undertook substantial, data-driven workforce and budget actions in response to the realities of expiring funding sources, and escalating salary and operational costs. These steps marked the beginning of an intention to pursue necessary organizational realignment to ensure the agency could continue delivering its mission within rapidly tightening fiscal constraints.

92. As identified in the required American Relief Act ("ARA") operating plan, transmitted to Congress on January 17, 2025, the Forest Service expects to leverage internal capacity, including business services staff, to implement disaster recovery activities. The ARA operating plan included $101 million for business services staff salary and expenses. This equals 1.5 percent of the total $6.35 billion appropriated to the Forest Service in the ARA. To date, approximately 18 months after enactment, $1.98 billion has been expended on ARA implementation. Of that amount, the Forest Service spent $94 million on employee-related salaries and expenses, including $20 million associated with business services staff. The Forest Service provides the required updated ARA operating plan, including obligations and expenditures to date, to the Committees on Appropriations every 60 days. In April 2024,

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

31

Forest Service leadership—in coordination with the Secretary and Deputy Secretary—approved initial measures to address the projected deficit including a hiring freeze (except for essential health and safety positions), reduced travel and training, and eliminated hiring of roughly 3,000 non-fire seasonal employees to align the workforce with available funding. The Forest Service took action to avoid disruptive reduction-in-force actions by securing stand-alone Voluntary Early Retirement Authority ("VERA") and Voluntary Separation Incentive Payment ("VSIP") authority from the Office of Personnel Management, which was approved on January 17, 2025. The VERA and VSIP authorities, paired with the Deferred Resignation Program, resulted in enough voluntary separations to alleviate the imminent budget shortfalls, but did not mitigate the need for the long-term reform the recently announced reorganization will bring.

93. The Forest Service is realigning its organizational structure to strengthen local leadership, streamline operations, and improve mission delivery. This realignment is designed to modernize the agency and enhance its ability to serve communities and manage national forest resources effectively.

94. The reorganization includes relocating the agency's headquarters to Salt Lake City, transitioning to a state-based leadership model, establishing a network of Operations Service Centers, and unifying the agency's research program under a single national Research and Development organization headquartered in Fort Collins.

95. As part of this effort, the Forest Service will consolidate its multiple research stations into one unified Research and Development organization led by a single research director. This structure is intended to improve coordination of scientific priorities, accelerate the application of science to management decisions, reduce administrative duplication, and allow for the consolidation and, where appropriate, co-location of research facilities to create a more integrated and efficient national research footprint. Research and the researchers that conduct the research will continue to be geographically dispersed. The consolidation of the Research and Development administrative structure will enable the Forest Service to preserve its appropriations for researchers and their research.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

32

96. To support the relocation of the headquarters to Salt Lake City, the Forest Service has expanded its presence by acquiring additional space on the 7th and 4th floors of the Bennett Federal Building. As a result, a portion of staff currently located at the National Headquarters in Washington, D.C., will relocate, reducing the agency's footprint in the National Capital Region.

97. This reorganization was informed by extensive employee engagement and reflects a careful, iterative process rather than an arbitrary or unilateral decision. The Forest Service held two national summits involving hundreds of employees, which resulted in the formation of 15 sub-teams, a national reorganization team, and a recommending team that provided final proposals to the Chief and the Secretary.

98. Following the announcement of the reorganization, the agency continued its employee engagement through biweekly all-employee town halls, an employee feedback and suggestion tool, and more than 40 employee-based design teams and focus groups. These efforts contributed directly to shaping the final organizational design and demonstrate that the reorganization was developed through a comprehensive and participatory process.

99. The Forest Service's facilities strategy is budget-driven. The agency's facilities footprint is significantly larger than can be supported under current congressional appropriations, which have declined by approximately $37 million from fiscal year 2025 to fiscal year 2026.

100. Deferred maintenance across the Forest Service has grown to $3 billion, making it fiscally unsustainable to retain facilities that the agency cannot adequately maintain. Reducing the overall facilities footprint ensures that resources are directed to locations and buildings that best support mission delivery, field-level capacity, and long-term sustainability.

101. Staffing and facilities budgets are separate, and the closure of a facility does not eliminate or discontinue mission work. In many cases, employees will continue delivering programs and services from other local offices, service centers, or forest units as the reorganization is implemented.

102. A significant number of employees are expected to change their positions as part of the Forest Service reorganization; however, only a fraction of them will be expected to relocate

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

33

geographically for a reassignment. For example, approximately 6,500 employees were notified they were in an organization and position subject to reorganization. As of July 15, 2026, USDA estimates only just over 250 individuals (4 percent of those impacted by the reorganization) will be required to relocate outside their local commuting area.

### Union Notification of USDA Reorganization

103. The Department employs a nationwide workforce of 93,951 individuals, of whom 27,336 are bargaining unit employees, representing approximately 29 percent of the Department's total personnel. Within this bargaining unit population, several labor organizations maintain representation, including the National Federation of Federal Employees ("NFFE"), which represents 20,891 employees, or roughly 77 percent of all bargaining unit employees; American Federation of Government Employees ("AFGE"), which represents 4,684 employees, or roughly 17 percent; the American Federation of State, County and Municipal Employees ("AFSCME"), which represents 827 employees, or about 3 percent; National Treasury Employees Union ("NTEU"), which represent 667 employees, or about 2 percent; the American Foreign Service Association ("AFSA"), which represents 191 employees, or about 0.7 percent; and the National Association of Government Employees ("NAGE"), which represents 76 employees, accounting for approximately 0.3 percent of the bargaining unit workforce.

104. As part of the Department's process to implement the above reorganizations, USDA is committed to meeting its bargaining obligations. The responsible agencies and mission areas within USDA have and will continue to provide the appropriate notifications to the impacted exclusive representatives. Completed negotiations represent agreement between management and the labor organizations regarding the impact and implementation of the applicable reorganization plans.

105. On August 29, 2025, USDA issued National Consultation Right memos to Dr. Everett Kelly, National President of AFGE and Randy Erwin, National President of NFFE, requesting their review and comment on the Secretary's July 24, 2025, Reorganization Memorandum. *See* Exs. 1, 2. AFGE provided a response on September 26, 2025. *See* Ex. 3.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

34

106.    As of July 8, 2026, USDA has completed the following reorganization-related bargaining obligations:

A.    Forest Service and NFFE-Forest Service Counsel – agreement dated June 12, 2026

B.    ERS/NIFA and AFGE 3403 – agreement dated June 18, 2026

C.    ARS and AFGE 3147 – agreement dated July 2, 2026. The signed memorandum of understanding included the implementation of the agency's relocation of bargaining unit employees from the Beltsville Agricultural Research Center and the U.S. National Arboretum.

D.    Office of Operations (OO) and the American Federation of State, County and Municipal Employees (AFSCME) 2846 for NCR local office reassignment – bargaining obligation met on May 15, 2026

E.    FNA and NTEU Chapter 226 for National Capital Region (NCR) local office reassignments – agreement dated June 30, 2026

F.    FNA and AFGE 2735 for NCR local office reassignments – agreement dated April 3, 2026

G.    Office of Hearings and Appeals (OHA) and AFSCME 3020 for NCR relocations – bargaining obligation met on April 2, 2026

107.    All told, the above concluded obligations have the potential to impact approximately 3,600 bargaining unit employees.

108.    The following negotiations are in progress:

A.    FNA Mid-Atlantic Region and AFGE 2735

B.    FNA and NTEU

C.    Rural Development AFSCME Council 20 and AFGE 2831

D.    Foreign Agricultural Service and AFMSCE 3976

109.    With respect to the remaining Congressional notifications noted above that were made on June 17, 2026, USDA intends to initiate negotiations for those agencies included in those notifications as soon as practicable.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

35

**Employee Relocation/Directed Reassignment Notification of USDA Reorganization**

110. USDA has provided Management Directed Reassignment letters to at least 716 employees by agency:

A. FSIS: Management Directed Reassignments have been sent to 111 employees as follows:

i. A total of 89 employees were issued notices on June 1, 2026, with a required decision date of June 30, 2026.

ii. A total of 22 employees were issued notices on June 10, 2026, with a required decision date of July 10, 2026.

B. REE: Management Directed Reassignments have been sent to 586 employees as follows:

i. A total of 193 employees – 9 from ARS, 10 from ERS, 146 from NASS, and 28 from NIFA – were issued notices on June 8, 2026, with a required decision date of July 8, 2026.

ii. A total of 32 employees – 30 from ARS and 2 from NIFA – were issued notices on June 16, 2026, with a required decision date of July 17, 2026.

iii. A total of 312 employees – 125 from ARS, 64 and 123 from NIFA – were issued notices on June 29, 2026, with a required decision date of July 29, 2026.

iv. A total of 1 employee from NIFA was issued notice on July 1, 2026, with a required decision date of July 31, 2026.

v. A total of 48 employees – 47 from ARS and 1 from NIFA – were issued notices on June 8, 2026, with a required decision date of July 8, 2026.

C. OGC: Management Directed Reassignments have been sent to a total of 19 employees on June 15, 2026, with a required decision date of July 24, 2026.

111. USDA has provided notices of duty station changes to 366 employees in the FNA for local office reassignments from the National Office in Alexandria, Virginia, to the GWCC in Beltsville, Maryland, or the Yates Federal Building in Washington, D.C. Both locations are in

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

36

the commuting area of the employees' original duty location. FNA has agreed with NTEU that these employees will not be relocated from the NCR for a minimum of 30 months.

112. Non-Bargaining Unit ("NBU") and Collective Bargaining Unit ("CBU") notices were sent on various dates during the week of July 6, 2026.

    A.    FNA local office move from Braddock Place to Sydney R. Yates Federal Building - 72 employees.

    B.    FNA Move from Braddock Place to GWCC Building - 294 employees.

**Real Property Costs Already Incurred from USDA Reorganization**

113. As part of USDA's reorganization efforts, USDA is also right-sizing its real property footprint to increase operational efficiencies. As required by USE IT Act, USDA notified GSA where it did not meet the occupancy requirements of that Act and is relinquishing control of these facilities to GSA or terminating leases as appropriate. The Department has taken actions to reduce unnecessary leased space in underutilized locations, maximize utilization of existing buildings in areas we intend to retain USDA employees, and has acquired space in locations that are part of USDA's future plans.

114. Lease terminations and disposal of property are as follows:

    A.    GSA and USDA announced the disposal of the South Building, located at 1400 Independence Avenue SW, Washington, DC, on February 25, 2026.

    B.    FNA submitted a lease termination request for its facility at 1340 Braddock Place, Alexandria, Virginia, on March 6, 2026.

    C.    OGC submitted a lease termination request for its facility located at 700 West Capitol Avenue, Little Rock, Arkansas, on April 6, 2026.

    D.    OGC submitted a lease termination request for its facility located at 630 Sansome Street, Suite 1040, San Francisco, California, on May 8, 2026.

    E.    OGC submitted a lease termination request for its facility located at 101 South Main Street, Temple, Texas, on May 14, 2026.

    F.    OGC submitted a lease termination request for its facility located at 1220 SW 3rd Ave., Portland, Oregon, on July 15, 2026.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

37

115.    USDA incurred new lease/occupancy agreement actions and facilities-related work has been completed as follows:

A.    Amended an occupancy agreement to expand occupancy on the 7th floor of the Bennett Building in Salt Lake City, Utah, to establish USDA's hub location (December 2025).

B.    Executed a new occupancy agreement at 2300 Main in Kansas City, Missouri, estimated annual rent $1,032,000, to expand USDA's Kansas City office presence (December 2025). USDA is liable to pay the first 16 months of rent before it could terminate this lease, at a cost of approximately $1,275,413 if the lease were canceled today.

C.    Submitted a request to GSA for an expansion of the occupancy agreement in the Bannister Building in Kansas City, Missouri, to support USDA's establishment of a USDA Technology Center in alignment with OCIO reorganization plans (July 2026).

D.    Expended $295,199 on the renovation of the 5th floor of the Yates Building in Washington, DC—including paint, carpet, and new cubicles—in April 2026 and subsequently relocated FNA staff from Braddock (May 2026).

E.    Transferred occupancy agreement on the 4th floor of the Bennett Building in Salt Lake City, Utah, from NRCS to the Forest Service to establish the new Forest Service headquarters office (June 2026).

F.    Submitted a request to GSA for a new occupancy agreement in New York, New York, for FNA (June 2026).

G.    Submitted a request to GSA for a new occupancy agreement in Los Angeles, California, for FNA (June 2026).

H.    Initiated renovation of floors 1 through 4 of the Yates Building in Washington, DC to accommodate personnel affected by the closure of the South Building and to support compliance with USE IT Act requirements. Estimated renovation cost is $3,624,738 (July 2026).

I.    Submitted a request to GSA to renovate existing FSIS office space in Urbandale, Iowa, and to add additional space to the FSIS footprint. GSA is adding the additional space to the FSIS occupancy agreement. FSIS has already obligated $1,320,000 for furniture for the space, and GSA is currently validating the renovation estimate.

J.    Planning for approximately $500,000 in work to prepare additional space in the ARS Athens, Georgia, location for NASS employees.

K.    Entered final negotiations for new space for the NRCS in Fort Worth, Texas. Initial government estimate is $4,400,000, with $1,773,787.52 in annual rent for an 18 year/15 firm lease. (July 2026).

L.    Approximately, $500,000 is expected to be transferred soon to GSA to build offices for the Office of General Counsel in Davis, California for a six-year lease (through August 31, 2032) with work expected to begin in August 2026.

M.    An initial government estimate of $917,745.62 was submitted to GSA for build-out of offices for the Office of General Counsel in Kansas City for work to begin in August 2026.

### Hiring Decisions Hinging On Reorganization

116.    Delaying implementation of the reorganization would materially impair the Department's ability to carry out its mission. The reorganization is not limited to relocating employees; it involves structural changes that are already being implemented and that directly affect how the Department organizes, supervises, and deploys its workforce. Mission Areas and Staff Offices have begun hiring under the new structures outlined in their respective reorganization plans, and a pause would disrupt these mission-critical hiring actions and undermine organizational continuity. To date, 71 positions have been filled at hub locations, and an additional 972 positions are in various stages of the hiring process. Critically, this includes 435 positions within Animal and Plant Health Inspection Service Plant Protection and Quarantine facilities, which perform essential statutory functions and would be immediately affected by any delay.

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

39

117. The Department's research, economics, and statistical agencies are likewise engaged in targeted hiring aligned with their future organizational models to maintain continuity in scientific research, economic analysis, and production of required data products. Interrupting this process would create extended vacancies in key functions, concentrate workloads, and jeopardize timely execution of statutory obligations. Because the reorganization is already underway and agencies have structured hiring, placement, and operational planning around the new organizational model, any delay would cause significant operational disruption and impede USDA's ability to meet its mission responsibilities.

118. USDA has already appointed, reassigned or announced Senior Executive Service positions impacted by Mission Area and Staff Office reorganization plans. USDA made the difficult, but strategic, decision to leave a large number of Senior Executive Service ("SES") positions vacant over the past year pending the development and finalization of reorganization plans. The decision to delay permanently filling these critical leadership vacancies earlier was enacted to reduce the number of executives that would be hired into existing positions that might later be abolished, and minimize those that would later be required to relocate and/or move into new positions associated with updated or new USDA organizational structures. Since January 2026, USDA identified over 175 vacancies to be filled, either through reassignment of existing executives to new positions and locations, or formal recruitment action, with duty locations associated with reorganization-based location models. As individual reorganization plans were announced, USDA began a concerted effort to reassign existing executives to their new positions—a number of those approved with geographic relocation have either relocated or are pending the move to their locations—and announce other vacancies in their new duty location. USDA has permanently hired a handful of new executives, with a number of others pending approval by the Office of Personnel Management. Many other vacancies are well into the announcement and candidate vetting process.

**NCR Employee Attrition due to Management Directed Reassignments**

119. All employees who are given and accept a directed reassignment will have a position in the Department. For the planned reorganizations, USDA expects a higher acceptance rate of

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

40

Management Directed Reassignments than those experienced by the Economic Research Service and National Institute of Food and Agriculture with their 2018 and 2019 reorganizations. This expectation is largely driven by the fact the National Capital Region job market—particularly in the Federal sector—is not as strong as it was during that previous reorganization. The best information currently available to the agency indicates attrition will be less than prior reorganizations.

120. The Department will be conducting attrition analysis on an agency-by-agency basis in conjunction with hiring and facilities planning at relocation sites.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026

Mary Pletcher Rice
Digitally signed by Mary Pletcher Rice
Date: 2026.07.24 14:45:10 -04'00'

Mary Pletcher Rice

Declaration of Mary Pletcher Rice in Support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion
3:25-cv-08302-SI

41

# EXHIBIT 1



**United States Department of Agriculture**

**Departmental Administration**

**Office of the Assistant Secretary for Administration**

**Office of Human Resources Management**

**1400 Independence Avenue, SW Washington, DC 20250-9600**

August 29, 2025

Dr. Everett Kelley, National President
American Federation of Government Employees (AFGE)
80 F Street, NW
Washington, DC  20001

SUBJECT:    National Consultation Right – USDA Department Reorganization Plan

Dr. Kelley:

The United States Department of Agriculture (USDA) has announced a *USDA Department Reorganization Plan* focused on aligning the workforce with our financial resources and priorities, relocating USDA resources outside of the National Capital Region and closer to customers, eliminating management bureaucracy, and consolidating support functions. Pursuant to 5 U.S.C. §7113(b), a copy of Secretary Memorandum 1078-015 is enclosed for your review and comment.

Additionally, Congressional testimony concerning this reorganization provided by Deputy Secretary of Agriculture Stephen Vaden on July 30, 2025, before the full U.S. Senate Committee on Agriculture, Forestry and Nutrition is available at https://www.agriculture.senate.gov/hearings/review-of-the-usda-reorganization-proposal.

The Department is providing the available information to you for your awareness. Please provide your comments within 30 calendar days from the date of this notice. If you wish to submit comments, please send them by email to Ken Giacolone at Kenneth.Giacolone@usda.gov and Craig Vanderpool at Craig.Vanderpool1@usda.gov.

Your cooperation in this matter is greatly appreciated.

Sincerely,

DEEDRA FOGLE
Digitally signed by DEEDRA FOGLE
Date: 2025.08.29 16:42:05 -04'00'

Deedra Fogle
Acting, Chief Human Capital Officer
Office of Human Resources Management

Enclosures

cc:    Marlin Jenkins, AFGE
       Chris Cayer, AFGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of this memorandum and Secretary Memorandum 1078-015 *Department of Agriculture Reorganization Plan* were served on this day, August 29, 2025, to the following parties:

Dr. Everett Kelley, National President, AFGE
Kellee@afge.org                                              via E-mail

Marlin Jenkins, Director, Field Services & Education Department, AFGE
Marlin.Jenkins@afge.org                                      via E-mail

Chris Cayer, Labor Relations Specialist, AFGE
Chris.Cayer@afge.org                                         via E-mail

KENNETH
GIACOLONE
Digitally signed by KENNETH
GIACOLONE
Date: 2025.08.29 16:15:01 -05'00'

Kenneth Giacolone, Labor Relations Specialist
Labor Relations and Litigation Branch, OHRM
Jamie L. Whitten Building, Room 318
1400 Independence Avenue, SW, Mail Stop 9611
Washington, DC 20250
Phone: (771) 200-0161

# EXHIBIT 2



**United States Department of Agriculture**

---

**Departmental Administration**

**Office of the Assistant Secretary for Administration**

**Office of Human Resources Management**

**1400 Independence Avenue, SW Washington, DC 20250-9600**

August 29, 2025

Randy L. Erwin, National President
National Federation of Federal Employees (NFFE)
1225 New York Avenue, NW, Suite 450
Washington, DC  20005

SUBJECT:  National Consultation Right – USDA Department Reorganization Plan

Mr. Erwin:

The United States Department of Agriculture (USDA) has announced a *USDA Department Reorganization Plan* focused on aligning the workforce with our financial resources and priorities, relocating USDA resources outside of the National Capital Region and closer to customers, eliminating management bureaucracy, and consolidating support functions. Pursuant to 5 U.S.C. §7113(b), a copy of Secretary Memorandum 1078-015 is enclosed for your review and comment.

Additionally, Congressional testimony concerning this reorganization provided by Deputy Secretary of Agriculture Stephen Vaden on July 30, 2025, before the full U.S. Senate Committee on Agriculture, Forestry and Nutrition is available at https://www.agriculture.senate.gov/hearings/review-of-the-usda-reorganization-proposal.

The Department is providing the available information to you for your awareness. Please provide your comments within 30 calendar days from the date of this notice. If you wish to submit comments, please send them by email to Ken Giacolone at Kenneth.Giacolone@usda.gov and Craig Vanderpool at Craig.Vanderpool1@usda.gov.

Your cooperation in this matter is greatly appreciated.

Sincerely,

DEEDRA FOGLE
Digitally signed by DEEDRA FOGLE
Date: 2025.08.29 16:39:22 -04'00'

Deedra Fogle
Acting, Chief Human Capital Officer
Office of Human Resources Management

Enclosures

cc:   Jefferson Friday, NFFE
      Yvette Piacsek, NFFE

CERTIFICATE OF SERVICE

I hereby certify that a copy of this memorandum and Secretary Memorandum 1078-015 *Department of Agriculture Reorganization Plan* were served on this day, <u>August 29, 2025,</u> to the following parties:

Randy L. Erwin, National President, NFFE
rerwin@nffe.org                                                        via E-mail

Jefferson Friday, General Counsel, NFFE
jfriday@nffe.org                                                       via E-mail

Yvette Piacsek, Deputy General Counsel, NFFE
ypiacsek@nffe.org                                                      via E-mail

KENNETH
GIACOLONE
Digitally signed by KENNETH GIACOLONE
Date: 2025.08.29 15:56:39 -05'00'

Kenneth Giacolone, Labor Relations Specialist
Labor Relations and Litigation Branch, OHRM
Jamie L. Whitten Building, Room 318
1400 Independence Avenue, SW, Mail Stop 9611
Washington, DC 20250
Phone: (771) 200-0161

# EXHIBIT 3



AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

| **Eric Bunn Sr.** | **Dr. Everett B. Kelley** | **Jeremy A. Lannan** |
|---|---|---|
| *National Secretary-Treasurer* | *National President* | *NVP for Women & Fair Practices* |

September 26, 2025

Deedra Fogle
Acting, Chief Human Capital Officer
Office of Human Resources Management
U.S. Department of Agriculture
1400 Independence Avenue, SW
Whitten Building, Rm 318-W, MS-9611
Washington, DC 20250-1400
Email: Deedra.Fogle@usda.gov

**Subject:**       AFGE Comments on USDA Department Reorganization Plan

Dear Ms. Fogle,

The American Federation of Government Employees (AFGE) received your notice for the USDA Department Reorganization Plan on August 29, 2025, pursuant to Title 5, § 7113 (b) of the U.S. code. This letter represents AFGE's consolidated comments on USDA's draft reorganization plan. No party waives any collective bargaining or other rights by responding to this pre-decisional NCR notice of the USDA's Procedures for Fair Chance Act Complaints.

As outlined in AFGE's July 28, 2025, letter to the Senate Agriculture, Nutrition, and Forestry Committee, AFGE is strongly opposed to the USDA's reorganization and workforce relocation plan. Thus far, limited details have emerged about a plan that stands to significantly disrupt and weaken the Department's ability to deliver essential services to farmers, ranchers, and consumers across the country. This is a decision of enormous consequence, yet neither Congress nor the labor unions representing employees were given adequate opportunity to engage the Agency in its development, despite statutory requirements and longstanding norms of good governance.

While we support the goal of strengthening USDA's engagement with agricultural communities, it is important to note that over 90% of USDA employees already live and work outside the National Capital Region, embedded in the very communities they serve. We are also skeptical that the current public comment process will meaningfully influence the outcome and will be largely symbolic.

This is not the first time USDA has pursued such a move. In 2019, the relocation of the Economic Research Service and the National Institute of Food and Agriculture led to the departure of more than half of their staff. According to the Government Accountability Office, this resulted in reduced research output, delayed processes, and a drastic loss of institutional knowledge. It hurt the very communities USDA is supposed to serve. There is no reason to expect a different outcome if the current plan proceeds without serious adjustments. To alleviate these concerns, we urge USDA to address the following critical issues by providing to AFGE:



1. A Cost-Benefit analysis of the reorganization plan
2. The underlying documentation and rational for choosing the five specific hubs
3. A plan to ensure service continuity and workforce retention
4. A commitment to transparency regarding public comments
5. A commitment to bargain over the impact and implementation of this reorganization with the affected Bargaining Unit Employee's representatives

Farmers, ranchers, foresters, and consumers depend on a strong USDA to deliver essential services from crop insurance and market development to food safety and nutrition assistance. The employees who carry out USDA's mission deserve respect, transparency, and a voice in where and how they work. So do the communities and stakeholders who will bear the consequences of this sweeping change.

We share USDA's commitment to strengthening American agriculture. But that shared mission cannot succeed if workers are sidelined, if decisions are made in the dark, and if the needs of farmers and consumers in non-hub states are ignored. We strongly urge the Department to slow down, engage with Congress and the labor unions in good faith, and fully assess the true impacts of this reorganization before proceeding further.

Regards,

/s/ Christopher Cayer

**Christopher Cayer**
Labor Relations Specialist
Field Services & Education Department
American Federation of Government Employees
80 F St. NW, Washington, DC 20001
Office: (202) 304-9713
Email: Chris.Cayer@afge.org

Cc via email:
Dr. Everett B. Kelley, National President, AFGE
Rushad Sanghvi, General Counsel, AFGE
Kenneth Giacolone, USDA
Craig Vanderpool, USDA