Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>        Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF TSUKI HOSHIJIMA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**DECLARATION OF TSUKI HOSHIJIMA**

I, Tsuki Hoshijima, declare as follows:

1.      I am a member in good standing of the District of Columbia Bar and the State Bar of Massachusetts. I am admitted pro hac vice in this case. I represent all Union and Non-Profit Organization Plaintiffs (except NRDC) and Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD in this action. This declaration is based on my personal knowledge, information, and belief.

2.      I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"), pursuant to Civil L.R. 79-5(f), the Northern District of California's webpage "E-Filing Under Seal in Civil Cases," and this Court's Standing Order.

3.      On July 29, 2026, Plaintiffs provided notice to counsel for Defendants by email of the certain documents that had been designated as confidential by Defendants that Plaintiffs intended to file in support of their reply in support of motion for partial summary judgment and opposition to defendants' cross-motion for partial summary judgment.

4.      These documents included: a) documents produced by Defendants pursuant to the Court's June 26, 2026, order (ECF 434 at 16-20) that Defendants designated as Confidential and b) documents that Kara Voorhies produced in response to a subpoena served on her by Plaintiffs and over which Defendants subsequently asserted deliberative process privilege.  The latter set of documents were previously provided to the Court in camera in connection with Plaintiffs' supplemental brief in support of motion for preliminary injunctive relief (ECF 411), which the Court has since converted to a motion for partial summary judgment (ECF 433).

5.      As required by this Court's Standing Order, Plaintiffs informed Defendants of Plaintiffs' belief that none of these documents meet the standard for maintaining confidentiality and filing under seal, and requested Defendants' position.

6.      On July 31, 2026, Defendants informed Plaintiffs that they would lift the Confidentiality designations from six of the documents Plaintiffs identified: USA-AFGE-Exp.-0429737, USA-AFGE-Exp.-0431811, USA-AFGE-Exp.-0436828, KLV_000083, KLV_000151, and

KLV_000297.  However, Defendants declined to lift the Confidentiality designations from the remaining documents.

7.    Accordingly, Plaintiffs are filing these documents under seal.  Plaintiffs maintain their position that none of these documents warrants confidential treatment, and will respond further if and when Defendants justify these designations.

8.    Pursuant to Civil L.R. 79-5(f)(6), Plaintiffs have narrowly tailored this request to seal only such information that Defendants have designated as confidential and/or subject to the deliberate process privilege.

9.    Pursuant to Civil L.R. 79-5(f)(1) the Proposed Sealed Material is attached to the Administrative Motion and identified as follows: Exhibits A-U to the Declaration of Elizabeth Eshleman.  The Declaration will be filed publicly, with the Exhibits under seal.  Plaintiffs have avoided describing the content of these documents in their Reply and Opposition brief, avoiding the need to file that document in redacted form.

10.    As the Designating Parties, Defendants must establish that the requirements and standards needed to justify sealing these materials are met.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed July 31, 2026, in Somerville, Massachusetts.