UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

The Court has reviewed the administrative motion to consider whether another party's material should be sealed, filed by Plaintiffs on July 31, 2026, in connection with Plaintiffs' reply in support of motion for partial summary judgment and opposition to defendants' cross-motion for partial summary judgment.  The Court orders as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence offered in Support of Sealing (Defendants to provide pursuant to L.R. 79-5(f)) | Order |
| --- | --- | --- |
| Declaration of Elizabeth Eshleman in Support of Plaintiffs' Partial Summary Judgment Reply and Opposition, Exhibit A | | |
| Eshleman Decl., Exhibit B | | |
| Eshleman Decl., Exhibit C | | |
| Eshleman Decl., Exhibit D | | |
| Eshleman Decl., Exhibit E | | |
| Eshleman Decl., Exhibit F | | |
| Eshleman Decl., Exhibit G | | |
| Eshleman Decl., Exhibit H | | |
| Eshleman Decl., Exhibit I | | |
| Eshleman Decl., Exhibit J | | |
| Eshleman Decl., Exhibit K | | |
| Eshleman Decl., Exhibit L | | |
| Eshleman Decl., Exhibit M | | |
| Eshleman Decl., Exhibit N | | |
| Eshleman Decl., Exhibit O | | |
| Eshleman Decl., Exhibit P | | |
| Eshleman Decl., Exhibit Q | | |
| Eshleman Decl., Exhibit R | | |
| Eshleman Decl., Exhibit S | | |
| Eshleman Decl., Exhibit T | | |
| Eshleman Decl., Exhibit U | | |

IT IS SO ORDERED.


Dated: _____, 2026        _____
                                        The Honorable Susan Illston
                                        United States District Court Judge