Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' PARTIAL SUMMARY JUDGMENT REPLY AND OPPOSITION** |

DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

## DECLARATION OF DANIELLE LEONARD

I, Danielle Leonard, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court.  I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.    On July 15 and July 22, 2026, Defendants produced certain documents to Plaintiffs pursuant to the Court's June 26, 2026 order (ECF 434), that had not been produced in response to prior Orders of this Court.  I attach the following documents from those productions:

3.    Attached hereto as **Exhibit A** is a true and correct copy of the document marked USA-AFGE-Exp.-0439955, which is a November 26, 2025, email correspondence between Karen Evans and FEMA officials regarding DHS's Annual Staffing Plan data call in which Evans states she will "reach out to MGMT to get their view" of the assignment (referring to the DHS Management Directorate).

4.    Attached hereto as **Exhibit B** is a true and correct copy of the document marked USA-AFGE-Exp.-0438580, which is a December 5, 2025, email from a member of FEMA's Office of Policy and Program Analysis to other FEMA officials stating "I spent some time with Karen yesterday regarding the OPM staffing plan task and expectations for the Agency to continue reducing the overall size of our workforce…. Our first task will be focused on the Disaster Workforce, primarily our use of COREs across the Agency."

5.    Attached hereto as **Exhibit C** is a true and correct copy of the document marked USA-AFGE-Exp.-0439994, which is a March 2026 email correspondence between Evans and former DHS Deputy Chief of Staff Joseph Guy listing the agenda for their weekly meeting, which includes "3. Staffing Plans a. CORE b. Regional Administrators 4. Personnel."

6.    Attached hereto as **Exhibit D** is a true and correct copy of the document marked USA-AFGE-Exp.-0432700, which is an April 2026 email correspondence between FEMA and DHS officials regarding FEMA's request for DHS to approve to renewal of FEMA's reservists.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the document marked USA-AFGE-Exp.-0429737, which is a May 6, 2026 email from DHS officials stating DHS has

1

"satisfied th[e] requirement" of "develop[ing] and submitt[ing] its Annual Staffing Plan in coordination with OPM and OMB."

8. Attached hereto as **Exhibit F** is a true and correct copy of the document marked USA-AFGE-Exp.-0431811, which is a May 22, 2026 email from DHS officials stating that DHS's quarterly update for Q2 has been submitted to OPM.

9. Attached hereto as **Exhibit G** is a true and correct copy of the document marked USA-AFGE-Exp.-0443156, which is a May 29, 2026 email from a FFEMA OCHCO employee summarizing a meeting with DHS about the Annual Staffing Plans and quarterly updates stating that "DHS & OPM Staffing Goals" include "[r]educ[ing] overall headcount."

10. Attached hereto as **Exhibit H** is a true and correct copy of a powerpoint produced in native format as USA-AFGE-Exp.-0443567, which is titled "DHS & Component Strategic Hiring Committee & Staffing Plan Office Hours," is dated May 28, 2026, and states that "OPM and DHS Staffing Goals" include "Reduce Overall Headcount."  Exhibit H has been altered to include the Bates number at the bottom of each page for clarity.

11. Attached hereto as **Exhibit I** is a true and correct copy of the document marked USA-AFGE-Exp.-0436828, which is a June 26, 2026 email chain from DHS officials stating that FEMA's staffing must be "fully aligned to the Administration priorities and new vision for the focus of [FEMA]."

12. Further, Defendants have informed Plaintiffs that they withdraw their confidentiality designations and assertion of privilege as to the following documents produced by Kara Voorhies that were previously provided to the Court in camera in connection with Plaintiffs' supplemental brief in support of motion for preliminary injunctive relief (ECF 411).

13. A true and correct copy of the document marked KLV_000083 is attached as **Exhibit J**.

14. A true and correct copy of the document marked KLV_000151 is attached as **Exhibit K.**

15. A true and correct copy of the document marked KLV_00297 is attached as **Exhibit L.**

DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 31, 2026, in Alameda, California.

_____
Danielle Leonard

DECLARATION OF DANIELLE LEONARD, No. 3:25-CV-03698-SI

Exhibit A

| | |
|---|---|
| **From:** | Evans, Karen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85BF5C69B59B407DBE7A70B634015DC0-771D1D66-F8] |
| **Sent:** | 11/26/2025 11:09:04 AM |
| **To:** | Dobitsch, Stephanie [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=330d2d04e3fd4974ab1d8bd4177bf2c7-333d7208-af] |
| **CC:** | Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5]; Bilicic, William [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a8d35e355c24ff98d728931441d89d6-17597001-19]; Prieur, La'Toya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d47853c52fb04e47aa9d0194ae59bbb5-0d4e1677-d6] |
| **Subject:** | RE: Flagging DHS Requests for Staffing Plan and SES Allocations |

I will also reach out to MGMT to get their view of the assignment(s)
I already provided the heads up on the SES

Thanks for the heads up

**Karen S. Evans**
Chief of Staff (A)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: 202-255-4141

---

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Wednesday, November 26, 2025 10:57 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Subject:** Flagging DHS Requests for Staffing Plan and SES Allocations

Good morning, Karen,

Flagging two requests from DHS on staffing that have tight deadlines.

The first task is attached and below, requesting a component staffing plan by next Wednesday. La'Toya's team spent the weekend pulling our staffing data and the programs are providing inputs this week. In addition to the lack of time to conduct a quality zero-based review of our staffing across programs, it will difficult for programs to determine what staff they will need in FY26 given the anticipated changes from the President's decisions on the FEMA Review Council. Major changes in PA could result in the reduction of thousands of PA employees, for example. La'Toya has provided guidance to the programs recommending offices backfill no more than 80% of vacancies based on the FY 2026 President's Budget as a starting point and has factored in attrition from WTP/DRP and naturally. **We plan to provide you the proposed staffing plan for review by Tuesday morning so that you have 24 hours to review before submitting back to the Department on December 3rd.**

USA-AFGE-Exp.-0439955

The second task focuses on a review of FEMA's executive allocations to determine what is no longer needed by the Agency. **This also due December 3rd.** Luckily, we've already done a good bit of work on this task and should be able to get you recommendations on Monday for your approval.

We recognize that these are very tight turnarounds and are working diligently to provide you as much review time as possible.

Please let us know if you have any questions or feedback at this time.


Best,
Stephanie

**Stephanie Dobitsch**
Associate Administrator (A)
Office of Policy and Program Analysis
771-217-3484



---

**From:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Sent:** Friday, November 21, 2025 9:22 AM
**To:** HCLC-Principals <HCLC-Principals@hq.dhs.gov>; HCLC-Deputies <HCLC-Deputies@hq.dhs.gov>
**Cc:** Courtney, Paul <paul.courtney@hq.dhs.gov>; KESSLER, MATTHEW <MATTHEW.KESSLER@hq.dhs.gov>
**Subject:** Due by December 3 at 12PM: Annual Staffing Plan Data Call

As required per the Executive Order 14356, *Ensuring Continued Accountability in Federal Hiring* and related Fact Sheet: President Donald J. Trump Ensures Continued Accountability in Federal Hiring , the Department must submit an Annual Staffing Plan to OPM and OMB.

To facilitate this process, we have attached a standardized template that aligns with OPM/OMB reporting requirements. The template is designed to streamline data collection and reporting across components.

The staffing plan takes a bottoms-up approach to determine the appropriate staffing levels needed to support Presidential priorities, mission-critical areas, and statutory obligations. The OPM/OMB tasker also requires information

USA-AFGE-Exp.-0439956

related to contractors.  Please share this as soon as possible with your Heads of Contracting so they can support completion of this tasker on time.

Instructions for completing this data call:

- Components should distribute this template to their lowest-level offices to complete the tabs highlighted in **green**.
- Components should answer the tabs highlighted in **blue** at the consolidated component level.
- Components should submit a consolidated response **no later than 12 p.m., Wednesday, December 3**.

I understand this is a tight deadline, but your support is critical to ensuring DHS can fully comply with the Executive Order. We will hold an office hours session on Monday, November 24, to address any questions you may have regarding this data call.

You may also contact Huy Le at huy.le@hq.dhs.gov and Bety Idriss at betelehem.idriss@hq.dhs.gov directly with any questions.

Thank you for your assistance!

-Roland

USA-AFGE-Exp.-0439957

# Exhibit B

| | |
|---|---|
| **From:** | Icardi, Michael [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE  GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EE6A25151634EB4977326BD7BEE406F-ICARDI,  MIC] |
| **Sent:** | 12/8/2025 12:56:24 PM |
| **To:** | Icardi, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ee6a25151634eb4977326bd7bee406f-ICARDI, MIC]; Dobitsch, Stephanie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=330d2d04e3fd4974ab1d8bd4177bf2c7-333d7208-af]; Prieur, La'Toya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d47853c52fb04e47aa9d0194ae59bbb5-0d4e1677-d6]; Allen, Jotham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9785bafc59904d52ae494def3ffad4be-ALLEN, JOTH]; Turi, Keith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e158fb489714343b778de0d141dec9e-Turi, Keith]; James, Greg [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0572e344401e4985afda5367d61d53e7-James, Haro] |
| **CC:** | Franklin, Tami [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59741b007f374c9c97bb30e61a3607c2-FRANKLIN, T]; Smernoff, Megan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1c557c2e7344cf7b0882ae2abb2b514-SMERNOFF, M]; Padilla, Kenneth [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0c03ef72365b4e81addbb6503e085952-272f5d07-22]; Thomas, Claire [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ede6bb352c3441c9d2578554c359d30-Thomas, Cla]; Cope-Tilford, Lily [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1b11e655c1db4cf2b7a982c11c91260c-Cope-tilfor]; Kandpal, Nikita [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f47c5a7efb04dd883eba31e2c06d434-Kandpal, Ni]; Logan, Christopher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=09565f69d21f47c0b4f51fbb61493743-Logan, Chri]; Thomas, Maurice [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=14eabed2eaed41e8a693d263bc0dd63a-31a840dd-db]; Gautier, Agnes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b510dd65503f48ea81a38360a7c2c45e-Gautier, Ag]; Salem, Lindy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=149aaf490d114d0a95acae9783679b07-Salem, Lind]; Duncan, Terry [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e3301b4ef994ff4b62ab55a5547e1a0-Duncan, Ter] |

| | |
|---|---|
| **Subject:** | Staffing Strategy for FY26 |
| **Location:** | NCR-500C-8SW-3207-MTR / Teams |
| **Start:** | 12/11/2025 3:30:00 PM |
| **End:** | 12/11/2025 4:15:00 PM |
| **Show Time As:** | Tentative |

| | |
|---|---|
| **Required Attendees:** | Dobitsch, Stephanie; Prieur, La'Toya; Allen, Jotham; Turi, Keith; James, Greg |
| **Optional Attendees:** | Franklin, Tami; Smernoff, Megan; Padilla, Kenneth; Thomas, Claire; Cope-Tilford, Lily; Kandpal, Nikita; Logan, Christopher; Thomas, Maurice; Gautier, Agnes; Salem, Lindy; Duncan, Terry; Icardi, Michael |

USA-AFGE-Exp.-0438580

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 275 316 339 193 7

Passcode: 3GW7MB72

---

## Dial in by phone

+1 929-352-2833,,736274072# United States, New York City

Find a local number

Phone conference ID: 736 274 072#

## Join on a video conferencing device

Tenant key: teams@fema.net

Video ID: 117 641 949 1

More info

For organizers: Meeting options | Reset dial-in PIN

| x | The .. .. |

U.S. Government System is subject to monitoring and not authorized for Classified or Program Sensitive Information. This service is not to be used to share or store personally identifiable information without express approval of the FEMA Privacy Office.

---

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Friday, December 5, 2025 11:04 AM
**To:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>; Allen, Jotham <jotham.allen@fema.dhs.gov>; Turi, Keith <Keith.Turi@fema.dhs.gov>; James, Greg <Greg.James@fema.dhs.gov>
**Cc:** Franklin, Tami <tami.franklin@fema.dhs.gov>; Smernoff, Megan <megan.smernoff@fema.dhs.gov>; Padilla, Kenneth <kenneth.padilla@fema.dhs.gov>; Thomas, Claire <claire.thomas@fema.dhs.gov>; Icardi, Michael <michael.icardi@fema.dhs.gov>; Cope-Tilford, Lily <lily.cope-tilford@fema.dhs.gov>; Kandpal, Nikita <nikita.kandpal@fema.dhs.gov>; Logan, Christopher <Christopher.Logan@fema.dhs.gov>
**Subject:** Strategy for Workforce Reductions in FY26

Happy Friday everyone!

I spent some time with Karen yesterday regarding the OPM staffing plan task and expectations for the Agency to continue reducing the overall size of our workforce. The staffing plan will be updated quarterly and so I'd like to get a head start on developing a strategy for meaningfully reducing our force posture over the course of

USA-AFGE-Exp.-0438581

this next year. Latoya, Tami, and I will sit down next week to generate concepts that I'd like to share with you and parts of the broader leadership team.

Our first task will be focused on the Disaster Workforce, primarily our use of COREs across the Agency. We'll have a few weeks to develop a plan and solicit feedback from programs to guide our thinking. I am aiming to present something the first week of January to OA. An immediate task will be a meeting with Karen to discuss the legal framing for CORE protections akin to Title V employees, and delegations related managing term employees. Jotham, we should meet next week to discuss our approach.

We will be reaching out to you next week to schedule some time to discuss and I wanted to get this out to you today so you can do something thinking on it over the weekend. No action is required on your part now.

Thanks, and have a great weekend,
Stephanie

USA-AFGE-Exp.-0438582

# Exhibit C

| From: | Evans, Karen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85BF5C69B59B407DBE7A70B634015DC0-771D1D66-F8] |
| Sent: | 3/5/2026 11:26:49 PM |
| To: | Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5]; Guy, Joseph [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b1efa534924b4c66b1bffcf1b9238267-fbbf2d77-c6]; Barton, Victoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9534efb9e5e34ab39cb89453cb919909-03cc1639-4d] |
| CC: | SCHULENBURG, CHRISTOPHER [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e19cdc355a4c71b5c0ea12e08b21cb-f1783d03-f5]; SCHROCK, KIERAN [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4eb3f4e9e0774279aecf247b726cbf1e-a18cb9d2-bf] |
| Subject: | RE: Weekly Sync: Proposed Agenda |

Hi Joe

I was planning to come up in person as we have the sync and also the FEMA Review Council

I would also like to add to the agenda to include the upcoming POTUS meeting as we have the order now from OMB

Please let me know if this is a problem otherwise, see you at 11:00

Thanks in advance

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.Evans@fema.dhs.gov
Mobile: 202-255-4141



Freedom 250

Confidentiality Notice

This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited. If you have received this email message in error, please notify the sender immediately. Please consider the environment before printing.

**From:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Sent:** Wednesday, March 4, 2026 9:08 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>; Guy, Joseph <Joseph.Guy@hq.dhs.gov>
**Cc:** SCHULENBURG, CHRISTOPHER <CHRISTOPHER.SCHULENBURG@hq.dhs.gov>; SCHROCK, KIERAN <KIERAN.SCHROCK@hq.dhs.gov>
**Subject:** RE: Weekly Sync: Proposed Agenda

Let's also discuss status/path forward for the internal working group

USA-AFGE-Exp.-0439994

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Tuesday, March 3, 2026 5:33 PM
**To:** Guy, Joseph <Joseph.Guy@hq.dhs.gov>
**Cc:** SCHULENBURG, CHRISTOPHER <CHRISTOPHER.SCHULENBURG@hq.dhs.gov>; SCHROCK, KIERAN <KIERAN.SCHROCK@hq.dhs.gov>; Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** Weekly Sync: Proposed Agenda

Good evening, DCOS Guy,

Our weekly sync is scheduled for tomorrow at 1:00pm.  I am proposing the following:

1.    Palisades EO audit
2.    OB3 Border Wall Memo
3.    Staffing Plans
a.    CORE
b.    Regional Administrators
4.    Personnel
5.    DCOS Items

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.Evans@fema.dhs.gov
Mobile: 202-255-4141



Freedom 250

Confidentiality Notice
This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited. If you have received this email message in error, please notify the sender immediately. Please consider the environment before printing.

USA-AFGE-Exp.-0439995

# Exhibit D

| | |
|---|---|
| **From:** | Edwards, Roland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=45E430C1801D487EBAA145AB322C9140-EDWARDS, RO] |
| **Sent:** | 4/16/2026 9:34:45 AM |
| **To:** | Cavanaugh, Brian [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=57a5a6a6c7b843a1a5f1b36c216b70ea-f1c25fc5-af]; Huffman, Benjamine [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4a6332612f8745b89560f68b13843f00-a9ec903e-d5] |
| **CC:** | Yeager, Christopher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b24b11a1d08a433ca0ebeaf03f679b49-dcdd0d02-1d]; Nelson, Jason [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=073babc920374773931d2b7f62ffb640-8b8ac345-f8] |
| **Subject:** | Fw: Reservist Reappointments |
| **Attachments:** | lprieur_20260413.pdf |

Good morning!

Ms. Evans at FEMA reached out to see if we could approve the following personnel request while we are pending staffing plan approval. We don't currently have an interim approval process.

During the previous approval for FEMA COREs, Joe Guy approved that Ms. Evans would take a careful look at all renewals and we would expedite review given the timing associated with CORE renewals.

Given the timeliness concerns, and volume, I would recommend approval of this request with a note to FEMA that ongoing CORE usage should be reflected in their staffing plan and included in the upcoming quarterly review of Component Staffing Plans.

Thanks,

-R

---

**From:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Sent:** Monday, April 13, 2026 9:20 AM
**To:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>; Glaze, Coann <Coann.Glaze@hq.dhs.gov>
**Cc:** Peterson, Tonneisha <tonneisha.peterson@fema.dhs.gov>; Berry, Emilie <emilie.berry@fema.dhs.gov>; Prieur, La'Toya <latoya.prieur@fema.dhs.gov>
**Subject:** Reservist Reappointments

Good morning Roland.

**BLUF**: FEMA is requesting S1 approval to renew 6,440 Reservists for a period of 2 years. This accounts for 94% of Reservists presently on FEMAs rolls.

**Background**: FEMAs Reservist Program builds and sustains a robust incident workforce of well-trained, intermittent employees who can readily deploy to support the needs of disaster survivors and their communities. Reservists may only perform disaster-related work that is payable from the Disaster Relief Fund. Work must involve specific disasters, emergencies, projects, or other activities of a non-continuous nature performed under the authority of the Stafford Act. Duties are typically are directly related to their job title; however, Reservists may be assigned to perform any disaster-related duty, irrespective of their position title, based on the needs of the Agency.

USA-AFGE-Exp.-0432700

**Timeline**: Reservists appointments expire in May 2026.  FEMA requests a timely response for continuity of operations.


**La' Toya Prieur, MBA**
Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support
Mobile Phone: (771) 219-5434
Latoya.Prieur@fema.dhs.gov
*Executive Assistant:* Agnes.Gautier@fema.dhs.gov
Federal Emergency Management Agency
fema.gov

OCHCO Customer Satisfaction Survey



**Confidentiality Notice**
This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution, or other use of this email is prohibited.  If you have

received this email message in error, please notify the sender immediately.  Please consider the environment before printing.

USA-AFGE-Exp.-0432701

Exhibit E

| | |
|---|---|
| **From:** | Best, Kristen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=42EADF8A9A2F43628F327115BF05AE53-E375ED8F-FD] |
| **Sent:** | 5/6/2026 4:12:13 PM |
| **To:** | HCLC-Principals [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd339f05086c40979538f5161a90106c-HCLC-Princi]; HCLC-Deputies [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a177f297980a44d6b7237d92a8d3cb81-HCLC-Deputi] |
| **CC:** | Navarro, Mischell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6f2bf5da0f442269459a4f69d784c76-814c02dc-fa]; StaffingPolicy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=96b482e6d2b04832b94c9313e185a9a0-StaffingPol]; HCPP Managers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f70c5ea968d4505ac79a78d232bcb36-HCPP Manage] |
| **Subject:** | HCLC Message: Sunsetting the "4 to 1" Hiring Ratio |
| **Attachments:** | omb-opm-continued-accountability-memo-11-5-2025.pdf |

## MESSAGE FROM MISCHELL NAVARRO
## DEPUTY CHIEF HUMAN CAPITAL OFFICER
## OFFICE OF THE CHIEF HUMAN CAPITAL OFFICER

In accordance with **Executive Order 14210, Implementing The President's "Department of Government Efficiency,"** federal agencies were directed to hire no more than one employee for every four employees who depart. The attached joint memo from OPM and OMB (**Guidance on Executive Order 14356, Ensuring Continued Accountability in Federal Hiring**) clarified that this hiring ratio must be followed until the agency has developed and submitted its Annual Staffing Plan in coordination with OPM and OMB.

The Department has now satisfied this requirement.

As a result, all DHS Headquarters Offices and Components are authorized to <u>discontinue</u> use of the four-to-one hiring ratio and hire within the parameters of your approved annual or quarterly staffing plans.

Please reach out to staffingpolicy@hq.dhs.gov with any questions.

Thank you,
Kristen

**Kristen Best**
Deputy Executive Director, Human Capital Policy & Programs
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security
(202) 746-1196



Freedom 250

Confidentiality Notice
This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited. If you have received this email message in error, please notify the sender immediately. Please consider the environment before printing.

# Exhibit F

| From: | Le, Huy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E846D765D4A64F649CDE8BA649F111BC-343FAA63-FB] |
|---|---|
| Sent: | 5/22/2026 6:53:58 PM |
| To: | Navarro, Mischell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6f2bf5da0f442269459a4f69d784c76-814c02dc-fa]; Best, Kristen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=42eadf8a9a2f43628f327115bf05ae53-e375ed8f-fd] |
| CC: | Konopka, Daniel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0bf47847de64c2eb3d580ef2eed9a1c-DANIEL.A.KO]; Peyton, Sharron [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=550d9deb3cbd46449d436bef836754cf-SHARRON.PEY] |
| Subject: | Annual Staffing Plan |
| Attachments: | DHS Q2_staffing plan_OPM Submission Final.xlsx |

Hello,

I uploaded our Q2 data as approved into OPM's website.

The attached is representative of the information uploaded.

I've included this in the STORM package.

Thanks

Huy

**Huy D. Le**
Manager, Human Capital Data Analytics
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security
(771) 210-8957



Freedom 250

Confidentiality Notice
This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited. If you have received this email message in error, please notify the sender immediately. Please consider the environment before printing.

# Exhibit G

**Sent:** 5/29/2026 11:53:30 AM
**To:** Cooch, Shila [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f7ab8b90b0e24edd8b0563e64cdee7fb-5285aec5-c0]
**CC:** Cope-Tilford, Lily [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1b11e655c1db4cf2b7a982c11c91260c-Cope-tilfor]; Kandpal, Nikita [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f47c5a7efb04dd883eba31e2c06d434-Kandpal, Ni]; Neurauter, Jeffrey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8beaaac6b694cf1852839debe8c1292-Neurauter,]; Benner, Christine [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6aaae6d872cc42b3bb495be58ebd1e5d-BENNER, CHR]
**Subject:** SHC Staffing Plan Office Hours - Summary
**Attachments:** SHC_Staffing_Plan_Office_Hours_Final.pptx

**BLUF:** DHS is centralizing staffing governance through Department- and Component-level Strategic Hiring Committees (SHCs), standardizing OPM staffing plan submissions via STORM, and prioritizing: (1) reductions in total and contractor headcount, (2) increased early-career and technical hiring, and (3) establishment of Component SHCs (charters and membership) by July 8, 2026.

The OCHCO team attended the DHS-led SHC Staffing Plan Office Hours. Key points:

- Purpose & Context
  o    In response to Executive Order 14356, DHS is implementing a more strategic, centralized approach to hiring via Department-level and Component-level SHCs.
  o    SHCs are intended to align hiring decisions with mission priorities, workforce planning, and OPM/DHS staffing goals.
- OPM Staffing Plan Template & Submission
  o    Components must use the OPM staffing plan template as issued (no overwriting calculated fields; correct occupational series; minimum/maximum grades, etc.), along with DHS-specific requirements (e.g., hiring by quarter, early-career flags).
  o    Quarterly submissions will include both actuals and projections. The FY27 annual staffing plan is expected to be finalized in September and presented to the SHC in October.
- DHS & OPM Staffing Goals
  o    Reduce overall headcount while shifting toward frontline positions and away from mission enablement roles.
  o    Increase early-career hiring (target: 33% of new external hires) and, where appropriate, downgrade positions to more junior grades.
  o    Expand the Federal Tech Force (2210/2230 series) and increase use of shared certificates (target: 60% of new hires).
  o    Reduce contractor reliance, particularly where contractors are performing core governmental functions.
- Contractor Headcount Focus (FY27 and Beyond)
  o    Conduct a systematic review of contractor use to identify mission-critical capabilities that should reside in the civil service.
  o    Plan to convert targeted contractor work to federal positions and identify contracts to scale back or terminate (e.g., professional/management support, IT/technical representative services, communications, analyses, training).
- DHS Strategic Hiring Committee (Department-Level)
  o    Chaired by the Deputy Secretary, with senior noncareer and career leaders as voting members; the CHCO serves as Executive Secretary.
  o    Responsibilities include approving quarterly and annual DHS staffing plans, off-cycle recruitment requests, external detailees, foreign national hiring requests, and reorganizations reporting directly to Component heads, while also functioning as the DHS ERB and overseeing the Performance Review Board process.

o         Meets monthly; materials are submitted and tracked via STORM, with decisions typically communicated within four workdays.

•         Component Strategic Hiring Committees

o         Components must establish SHCs (5–9 members, majority noncareer, chaired by the Component Head or Deputy) and develop charters aligned to DHS SHC requirements by July 8, 2026.

o         Component SHCs will review Component staffing plans and off-plan recruitment actions, approve reorganizations not reporting directly to the Component head, review foreign national hiring and external detailees, and function as Component ERBs.

o         Components must provide monthly written notice of SHC decisions for tracking, using a DHS-approved template.

•         Process, Governance & Next Steps

o         STORM is the system of record for all DHS SHC decision materials; ERB packages may continue to be submitted via email to DHSERB, with integration into the SHC process.

o         DHS will issue additional implementation tools, including SHC staffing guidance, SHC charter, reporting template, reorganization staffing guidance, and an updated Executive Resources approval chart.

o         Following the next DHS SHC meeting on June 8, the following meeting is anticipated for the week of July 8. STORM taskers for required materials will be issued in advance.

OCHCO will submit a draft charter and implementation plan for the FEMA SHC no later than Tuesday, June 16.

Thanks,

Toni

**Toni Peterson**
Acting, Chief Human Capital Officer | Office of the Chief Human Capital Officer | Mission Support
Mobile: (202) 679-9288
Tonneisha.Peterson@fema.dhs.gov

Executive Assistant: Agnes.Gautier@fema.dhs.gov

USA-AFGE-Exp.-0443157

# Exhibit H



# DHS & Component Strategic Hiring Committee & Staffing Plan Office Hours

2026-05-28

USA-AFGE-Exp.-0443567

# Agenda

- OPM Staffing Plan Template
- OPM DHS Staffing Goals
- Planning Recommendations
- Preparing for Future Annual Staffing Plan Submission
- Looking Ahead to FY27 – Contractor Headcount
- DHS Strategic Hiring Committee
- DHS Strategic Hiring Committee Structure and Timing
- Component Strategic Hiring Committee Functions
- Strategic Hiring Committee Resources and Templates
- Next Steps & Questions

USA-AFGE-Exp.-0443567

Homeland
Security

# OPM Staffing Plan Template

- OPM <u>may</u> provide an updated template.
    - Common for OPM to make changes to the template to adjust for operational needs.

- Recommendations on Template
    - Follow the template's data definition as OPM has a logic check on submission.
        - Occupational Series = 4-digit and valid occupational series
        - Statutory Req; Presidential Priority; Technology/STEM; Early Career
            - New OPM guidance on the definition of Early Career – working to finalize definition for DHS
                - Flag if the Min Grade is GS-9 or below
    - Do not overwrite calculated cells with keyed-in values. Use notes/comments fields when needed.
    - Ensure minimum and maximum grades are entered for each line item.
        - For Pay Plans that do not use grades, enter relevant band information.

USA-AFGE-Exp.-0443567



# OPM and DHS Staffing Goals

- Goals:
  - Reduce Overall Headcount
  - More Frontline over Mission Enablement Hiring
  - 33% New External Hires to be Early Career Talent
  - Downgrade to More Junior Positions
  - 60% New Hires Use Shared Certificates
  - Support the Federal Tech Force
  - Increase 2210 to 2230 Positions
  - Reduce Contractor Headcount

USA-AFGE-Exp.-0443567

Homeland Security

# Planning Recommendations

- Redefine positions with large range between minimum and maximum grades. Consider creating multiple line items for positions with large ranges. (Early career, mid-level, senior level, Executives)
  - We will use the minimum grade to evaluate Early Career Hiring
- Hiring Target Timeframe – identify specific Quarter (one quarter per row)
  - More restrictive than OPM's instructions
- Support Federal Tech Force efforts.
- Provide details about Shared Certificates including your current use and forecast.
- FY27 Template will include DHS specific data elements and summary tables
  - PMCOs/MCOs targets
  - Ratio of frontline to mission enablement
  - Hiring by quarter
  - Funded/Unfunded hiring requests

5

USA-AFGE-Exp.-0443567



# Preparing for Future Annual Staffing Plan Submission

- The July submission will include Q3 actual and Q4 planning information.
  - Include any hiring request updates and address data issues with Q2 submission
- <u>Flag changes in the updated submissions; highlight the row(s) and annotate in the Notes column</u>
- FY27 Staffing Plan – will be presented to the SHC in the October meeting
  - Should be ready and submitted via STORM in September

6

USA-AFGE-Exp.-0443567

Homeland
Security

# Looking Ahead to FY27 – Contractor Headcount

- Focus will include review of reliance on external vendors and contractors to perform core governmental functions. This focus will include:
  - Identifying missing or outsourced mission-critical technical and operational expertise
  - Planning to convert targeted contractor positions to civil service positions
  - Plans to create efficiencies by terminating long-term contracts in areas related to:
    - Professional, legal, management, and administrative support;
    - IT or technical representative services;
    - Media or communications;
    - Special studies or analyses;
    - Natural resources management; and
    - Education or training services

  - Refer to the Staffing Plan Template used during Q1 for contractor information that <u>may</u> be part of this review.

USA-AFGE-Exp.-0443567



# DHS Strategic Hiring Committee Overview

- Purpose:
  - Executive Order 14356 "Ensuring Continued Accountability in Federal Hiring" directed agencies to adopt a more strategic approach to hiring and workforce planning.  As a result, DHS is establishing Strategic Hiring Committee's at the Department, HQ, and Component levels to provide a structured mechanism for assessing workforce needs, aligning hiring practices with organizational priorities and promoting efficient talent acquisition.
  - Secretary Mullin's Memo "Implementing President Trump's Executive Order 14356, "Ensuring Continued Accountability in Federal Hiring" formally establishes and lays out the functions of the Department's Strategic Hiring Committee going forward.

- Scope of the DHS Strategic Hiring Committee:
  - Review and approve DHS staffing plans on a quarterly and annual basis;
  - Approve subsequent recruitment requests outside of the Annual Staffing Plan;
  - Approve detailee assignments outside of the department;
  - Approve foreign national hiring requests prior to issuing a tentative offer;
  - Approve Component reorganization and realignment requests which report directly to the Component head;
  - Function as the DHS Executive Resources Board; and
  - Provide oversight of the DHS Performance Review Board process.

8

USA-AFGE-Exp.-0443567



# DHS Strategic Hiring Committee Structure and Timing

- DHS Strategic Hiring Committee Leadership
  - The Deputy Secretary serves as the Chair, the Senior Official Performing the Duties of Under Secretary serves as the alternate Chair.
  - Voting members also include the DHS Chief of Staff and Senior Counselor to the Secretary.
  - The DHS Chief Human Capital Officer is the Executive Secretary.
- The DHS Strategic Hiring Committee began in May and is operating on a monthly meeting cadence.
- Notional Timing for Materials:
  - June 11, 2026 – DHS Strategic Hiring Committee June meeting
  - June 2, 2026 – Printed Binders are due to St. Elizabeth's
  - May 29, 2026 – S2 Briefing Materials are due to DHS Exec Sec
  - May 20, 2026 – Component Materials due to OCHCO via STORM
  - May 15, 2026 – HCLC Message + STORM assignment sent to Components
- Components will be notified of decisions within four workdays following the DHS Strategic Hiring Committee meeting.

9

USA-AFGE-Exp.-0443567



# Component Strategic Hiring Committee Functions

- Per the HCLC message sent on May 15, Component Strategic Hiring Committee's should be in place NLT July 8, 2026.

- Component's must develop a Component Strategic Hiring Committee Charter, structured similar to the DHS Strategic Hiring Committee, incorporating, at minimum, all requirements of the DHS Strategic Hiring Committee Charter.

- Component Strategic Hiring Committee Decisions

  - Component Reorganization and Realignment

    - DHS HQ Offices and Components are authorized to conduct reorganizations and realignments within their respective organizations which do not report directly to the Component Head. Reorganizations and realignments must be approved by the Component Strategic Hiring Committee, ensuring they align with Component's Annual and Quarterly staffing plans.

    - DHS HQ Offices and Components are required to submit to the DHS Strategic Hiring Committee any reorganization and realignment request for office(s) reporting directly to the Component head.

  - Review Component Staffing Plans

  - Review subsequent recruitment requests outside of the annual or quarterly staffing plans

  - Review external detailee assignments outside of the Department

  - Review foreign national hiring requests outside of the annual and quarterly staffing plans

  - Function as the Component's Executive Resources Board

- Components should provide written notice to the DHS Strategic Hiring Committee of Component Strategic Hiring Committee decisions  on a monthly basis (for tracking purposes only) using the approved template. This is only for those Component decisions that <u>are not</u> required to move forward to the DHS Strategic Hiring Committee for approval.

10

USA-AFGE-Exp.-0443567


Homeland Security

# DHS Strategic Hiring Committee Process

- Notifications requesting materials will come from HCLC messaging, STORM, and message to Strategic Hiring Committee POC's.

- There are multiple options for submitting materials for decision by the DHS Strategic Hiring Committee.

  - STORM is the official record for tracking Component and HQ materials. All materials for a decision by the DHS Strategic Hiring Committee must be submitted via STORM by its assigned due date.

  - ERB requests can continue to be shared with the DHS Executive Resources team via email: DHSERB@hq.dhs.gov

    - Components are not required to submit ERB requests via STORM IF submitted via email, however they should flag in their STORM response (using the template provided) that an ERB request was submitted to the DHS Executive Resources team.

    - The DHS Executive Resources team will ensure the materials are provided for DHS Strategic Hiring Committee decision.

    - Please reference the DHS Executive Resources Approval Chart, May 26, 2026, for determining which ERB packages must be approved by the DHS Strategic Hiring Committee.

    - *Please note, DHS ERB will be transitioning to the ServiceNow platform to capture all Component ERB requests.

  - All questions on the DHS Strategic Hiring Committee can be sent to: DHSStrategicHiringCommittee@hq.dhs.gov*

*Email address to be operational by May 29.*

USA-AFGE-Exp.-0443567



# Component Strategic Hiring Committee Membership

- Requirement per OPM: *The Strategic Hiring Committee should be comprised of 5-9 members and be chaired by a non-career official. It may include career officials, but should be comprised of a majority of non-career appointees.*

- Chair and Voting Member: Component Head or Deputy Head

- Alternate Chair: Noncareer senior official

- Other Voting Members: Senior noncareer officials (which constitute a majority) and career officials

- Executive Secretary: Chief Human Capital Officer or Deputy Chief Human Capital Officer

12

USA-AFGE-Exp.-0443567

Homeland
Security

# Strategic Hiring Committee Resources and Templates

- Executive Order (EO) 14356, Ensuring Continued Accountability in Federal Hiring
- Joint U.S. Office of Management and Budget and U.S. Office of Personnel Management, "Guidance on Executive Order 14356, Ensuring Continued Accountability in Federal Hiring," November 5, 2025.
- Secretary's Memo, Implementing President Trump's Executive Order 14356, "Ensuring Continued Accountability in Federal Hiring," April 23, 2026.
- Forthcoming from DHS:
    - DHS Strategic Hiring Committee Staffing Guidance
    - DHS Strategic Hiring Committee Charter
    - DHS Strategic Hiring Committee Reporting Template
    - DHS Reorganization Staffing Guidance
    - DHS Executive Resources Approval Chart, May 21, 2026

13

USA-AFGE-Exp.-0443567



# Next Steps & Questions

- Anticipate the week of July 8 for the next DHS Strategic Hiring Committee.

-  STORM tasker requesting July materials will come out the week of June 1, due date to DHS OCHCO June 10.

- Please send your Strategic Hiring Committee POC's to sharron.peyton@hq.dhs.gov (if you have not done so already)

- All questions on the DHS Strategic Hiring Committee may be sent to: DHSStrategicHiringCommittee@hq.dhs.gov

USA-AFGE-Exp.-0443567

Homeland
Security

# Exhibit I

| | |
|---|---|
| **From:** | Edwards, Roland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=45E430C1801D487EBAA145AB322C9140-EDWARDS, RO] |
| **Sent:** | 6/26/2026 8:38:36 AM |
| **To:** | Berger, Regan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=352577aead8b402fb758b5a9c0314ea7-3038e4bf-f3] |
| **Subject:** | RE: SHC CISA and FEMA Deep Dives |

Thank you!



**Roland Edwards**
Chief Human Capital Officer
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security
202-309-9301
roland.edwards@hq.dhs.gov

---

**From:** Berger, Regan <regan.berger1@hq.dhs.gov>
**Sent:** Friday, June 26, 2026 8:32 AM
**To:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Subject:** RE: SHC CISA and FEMA Deep Dives

Good morning,

I will follow up with leadership on this and get back to you soonest.

Thank you!


**Regan Berger**
Special Assistant
Office of the Under Secretary for Management
U.S. Department of Homeland Security
(202) 714-9616




**From:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Sent:** Friday, June 26, 2026 8:20 AM
**To:** Truitt, Katherine <KATHERINE.TRUITT@hq.dhs.gov>; Berger, Regan <regan.berger1@hq.dhs.gov>
**Subject:** Re: SHC CISA and FEMA Deep Dives

Good morning and TGIF!

I just wanted to check in to see if you can get a steer from leadership on setting up these deep dives with CISA and FEMA? I believe for some time after the 4th of July. The Components need to articulate clearly how their staffing plans align with and support the Administration's priorities and any new strategies/operating structures they are implementing.

Confidential - Subject to Protective Order    USA-AFGE-Exp.-0436828

Thanks,

-R

---

**From:** Truitt, Katherine <KATHERINE.TRUITT@hq.dhs.gov>
**Sent:** Tuesday, 16 June 2026 17:32:10
**To:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>; Berger, Regan <regan.berger1@hq.dhs.gov>
**Subject:** RE: SHC CISA and FEMA Deep Dives

Copy thank you! + @Berger, Regan. We will wait on greenlight from you and leadership before scheduling.

Best,
Katie

**Katie Truitt**
Special Advisor
Office of the Under Secretary for Management
U.S. Department of Homeland Security
(202) 288-3988

---

**From:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Sent:** Tuesday, June 16, 2026 1:07 PM
**To:** Truitt, Katherine <KATHERINE.TRUITT@hq.dhs.gov>
**Subject:** RE: SHC CISA and FEMA Deep Dives

Good afternoon!  Sorry if I wasn't clear.  For right now, the request is to deep dives with CISA and FEMA only.

Thanks,

-R



**Roland Edwards**
Chief Human Capital Officer
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security
202-309-9301
roland.edwards@hq.dhs.gov

---

**From:** Truitt, Katherine <KATHERINE.TRUITT@hq.dhs.gov>
**Sent:** Tuesday, June 16, 2026 12:46 PM
**To:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Subject:** RE: SHC CISA and FEMA Deep Dives

Hi Roland,

Question to make sure I am tracking properly: was the original ask for a deep dive for FEMA and CISA, but the recommendation is to hold deep dives for all components, or are we just sticking with deep dives for FEMA and CISA only?

Confidential - Subject to Protective Order

USA-AFGE-Exp.-0436829

Best,
KT

**Katie Truitt**
Special Advisor
Office of the Under Secretary for Management
U.S. Department of Homeland Security
(202) 288-3988

---

**From:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Sent:** Tuesday, June 16, 2026 12:37 PM
**To:** Huffman, Benjamine <Benjamine.Huffman@hq.dhs.gov>; Cavanaugh, Brian <brian.cavanaugh@hq.dhs.gov>
**Cc:** Jackson, April G <April.G.Jackson@fletc.dhs.gov>; Truitt, Katherine <KATHERINE.TRUITT@hq.dhs.gov>; Yeager, Christopher <christopher.yeager@hq.dhs.gov>
**Subject:** SHC CISA and FEMA Deep Dives

Good afternoon –

The Deputy Secretary asked that OCHCO/MGMT work with CISA and FEMA to have an in depth conversation about their staffing plans to ensure they are reasonable, achievable and fully aligned to the Administration priorities and new vision for the focus of those organizations.

A recommendation is for Mr. Huffman and/or Mr. Huffman, with me supporting, to hold 30 – 45 min with each Component to include the Component Head and human capital officer at a minimum.  The goal is to ensure we can present at a future SHC enough detail to demonstrate how the staffing requests align with the Component's mission.

If you concur, I will work with the teams to schedule in the next two weeks pending schedules.

Happy to discuss.

Thanks,

-R



**Roland Edwards**
Chief Human Capital Officer
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security
202-309-9301
roland.edwards@hq.dhs.gov

Confidential - Subject to Protective Order

Exhibit J



5:06

**Erin Hoffman** ⊙

I know. But it's way harder than it needs to be

Wed, Dec 17

And if we're going to kill fema go anyway, I want to look at where the data is/where it's going to to get a better handle on what we'd need to build          8:28 AM

Yes  8:28 AM

If someone else cries today I'm taking a shot          8:37 AM

I need you to come look at your CORE expirations today  8:37 AM

Ok  8:38 AM

So we know if they are really important. Stephanie is assuming we are automatically seeking extension          8:38 AM

Do you have our spreadsheet with justifications? I'll take another look. There is risk in most of them because they're doing disaster

things down.          8:39 AM

+ 'k  Message

KLV_000083

# Exhibit K

3:56

**FEMA Rapid Response**
1w

So they s~~.......~~
exaggerate. ~~They~~ invent
absurd stories. Not because
they care about about
taxpayer dollars but because
they're terrified of losing
control of the gravy train.

Wed, Jan 14

A start  on the narrative

5:50 PM

**Joe Guy (Mobile)**
I like it   6:21 PM

**Victoria Barton**
Basically of course they all
want to protect their piggy
bank            6:38 PM

Thu, Jan 22

**M B**
CNN writing on "pause" in
CORE terminations.

Proposed statement for Joe,
Tricia et al to approve.

Vic has already approved:

"FEMA's National Response
Coordination Center has been

KLV_000151

Exhibit L

5:00

**Erin Hoffman**

mess if I left. Instead of the quasi...

True    Oct 21, 2025    8:29 PM

Yeah. But not an ideal time to change careers 😂

But sometimes I think emergency management is all a sham 😂

Like we give our dollars for people to hire people they have relationships to be contractors

What are we doing 😂  8:29 PM

Hopefully big changes to come so that will give us all a new challenge for a while

> **Erin Hoffman**
> But sometimes I think emergency management is all a sham 😂

100%

8:30 PM

Yeah as long as I'm challenged I'm fine

I also think emergency

Message

a sham in my mind is hard 😂😂

8:30 PM

KLV_000297