Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF ELIZABETH ESHLEMAN IN SUPPORT OF PLAINTIFFS' PARTIAL SUMMARY JUDGMENT REPLY AND OPPOSITION** |

**DECLARATION OF ELIZABETH ESHLEMAN**

I, Elizabeth Eshleman, declare as follows:

1.      I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Organization Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2.      On July 15 and July 22, 2026, Defendants produced certain documents to Plaintiffs pursuant to the Court's June 26, 2026 order (ECF 434).  These documents include communications that Defendants did not previously produce in response to prior Court discovery orders.  I attach the following documents from those productions:

3.      Attached hereto as **Exhibit A** is a true and correct copy of the document marked USA-AFGE-Exp.-0478116, which is a December 3, 2025 email chain between Karen Evans and FEMA officials.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the document marked USA-AFGE-Exp.-0478133, which is a December 4, 2025 email chain between Karen Evans and FEMA officials.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the document marked USA-AFGE-Exp.-0436271, which is a December 4, 2025 email from Karen Evans to DHS Chief Human Capital Officer Roland Edwards.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the document marked USA-AFGE-Exp.-0438333, which is a December 17, 2025 email chain between DHS and FEMA officials, including Karen Evans, Joseph Guy, and Kara Voorhies.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the document marked USA-AFGE-Exp.-0430500, which is an April 16, 2026 email correspondence. **Exhibit F** is a true and correct copy of the document marked USA-AFGE-Exp.-0430503, which is the attachment to the email in Exhibit E.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the document marked USA-AFGE-Exp.-0434302, which is a June 24, 2026 memorandum from FEMA officials.

9. Defendants designated each of the above documents Confidential pursuant to the parties' Protective Order, thereby necessitating Plaintiffs' filing of the documents under seal pursuant to this Court's Local Rules. Plaintiffs dispute that designation. To date, Defendants' counsel have not agreed to lift the designation as to these documents.

10. Plaintiffs previously submitted the following documents to the Court in camera in connection with Plaintiffs' supplemental brief in support of motion for preliminary injunctive relief (ECF 411), in light of Defendants' assertion of deliberative process privilege. The Court subsequently converted Plaintiffs' motion to become a partial motion for summary judgment. To ensure the record on partial summary judgment is complete, Plaintiffs file these documents under seal. Plaintiffs dispute the assertion of privilege and any basis for confidentiality of these communications, which were produced by third party Kara Voorhies in response to a subpoena served on her by Plaintiffs. To date, Defendants' counsel have not agreed to lift any confidentiality designation as to these documents.

11. A true and correct copy of the document marked KLV_000007 – KLV_000010 is attached as **Exhibit H**.

12. A true and correct copy of the document marked KLV_000012 – KLV_000014 is attached as **Exhibit I**.

13. A true and correct copy of the document marked KLV_000027 – KLV_000028 is attached as **Exhibit J**.

14. A true and correct copy of the document marked KLV_000088 – KLV_000089 is attached as **Exhibit K**.

15. A true and correct copy of the document KLV_000134 – KLV_000137 is attached as **Exhibit L**.

16. A true and correct copy of the document marked KLV_000232 – KLV_000234 is attached as **Exhibit M**.

17. A true and correct copy of the document marked KLV_000275 – KLV_000282 is attached as **Exhibit N**.

DECLARATION OF ELIZABETH ESHLEMAN, No. 3:25-CV-03698-SI

18. A true and correct copy of the document marked KLV_000539 – KLV_000540 is attached as **Exhibit O.**

19. A true and correct copy of the document marked KLV_000184– KLV_000196 is attached as **Exhibit P.**

20. A true and correct copy of the document marked KLV_000387 – KLV_000388 is attached as **Exhibit Q**.

21. A true and correct copy of the document marked KLV_000318 – KLV_000323 is attached as **Exhibit R.**

22. A true and correct copy of the document marked KLV_000397 – KLV_000398, KLV_000400 – KLV_000402, KLV_000405, KLV_000407 – KLV_000410 is attached as **Exhibit S**.

23. A true and correct copy of the document marked KLV_000047– KLV_000049 is attached as **Exhibit T.**

24. A true and correct copy of the document marked KLV_000350-357 is attached as **Exhibit U.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 31, 2026, in San Francisco, California.

_____
Elizabeth Eshleman

# Exhibit A

# EXHIBIT FILED UNDER SEAL

Exhibit B

# EXHIBIT FILED UNDER SEAL

# Exhibit C

# EXHIBIT FILED UNDER SEAL

# Exhibit D

# EXHIBIT FILED UNDER SEAL

# Exhibit E

# EXHIBIT FILED UNDER SEAL

# Exhibit F

# EXHIBIT FILED UNDER SEAL

# Exhibit G

# EXHIBIT FILED UNDER SEAL

# Exhibit H

# EXHIBIT FILED UNDER SEAL

# Exhibit I

# EXHIBIT FILED UNDER SEAL

# Exhibit J

# EXHIBIT FILED UNDER SEAL

# Exhibit K

# EXHIBIT FILED UNDER SEAL

# Exhibit L

# EXHIBIT FILED UNDER SEAL

# Exhibit M

# EXHIBIT FILED UNDER SEAL

# Exhibit N

# EXHIBIT FILED UNDER SEAL

# Exhibit O

# EXHIBIT FILED UNDER SEAL

# Exhibit P

# EXHIBIT FILED UNDER SEAL

# Exhibit Q

# EXHIBIT FILED UNDER SEAL

# Exhibit R

# EXHIBIT FILED UNDER SEAL

Exhibit S

# EXHIBIT FILED UNDER SEAL

# Exhibit T

# EXHIBIT FILED UNDER SEAL

# Exhibit U

# EXHIBIT FILED UNDER SEAL