Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br>         Plaintiffs, <br><br>     v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>         Defendants. | Case No. 3:25-cv-03698-SI <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108.  On August 3, 2026, I served the following document(s):

**DECLARATION OF ELIZABETH ESHLEMAN IN SUPPORT OF PLAINTIFFS' PARTIAL SUMMARY JUDGMENT REPLY AND OPPOSITION (FILED UNDER SEAL)**

on the parties, through their attorneys of record, as designated below:

Brad P. Rosenberg
Brad.Rosenberg@usdoj.gov

Jeremy S.B. Newman
jeremy.s.newman@usdoj.gov

Christopher Hall
Christopher.Hall@usdoj.gov

Robert C. Bombard
robert.bombard2@usdoj.gov

Taylor Pitz
Taylor.N.Pitz@usdoj.gov

**By Electronic Service:** I caused such documents to be served by electronically mailing a true and correct copy to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed August 3, 2026, at San Francisco, California.

Giorgia Lingiardi

Proof of Service, Case No: 3:25-cv-03698-SI                                                                                    1