UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: USDA REORGANIZATION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction and stay under 5 U.S.C. §705,[1] and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiffs have moved this Court to stay and enjoin Defendants United States Department of Agriculture ("USDA") and Brooke Rollins, in her official capacity as Secretary of the USDA, from taking certain further action implementing the USDA Reorganization Plan, which Plaintiffs challenge as unlawful agency action(s) in violation of the Administrative Procedure Act ("APA") and as *ultra vires*. The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their APA and ultra vires claims, a likelihood of irreparable harm in the absence of a stay and/or injunctive relief, that the balance of equities tips in their favor, and that a stay and preliminary injunction is in the public interest. Accordingly, pursuant to this Court's authority, including but not limited to authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights" (5 U.S.C. §705), IT IS HEREBY ORDERED that:

Defendants USDA and Rollins and their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with these Defendants, are enjoined and stayed as follows:

1. From taking the following actions to implement, carry out, or effectuate the USDA Reorganization Plan, as set forth in USDA's Agency RIF and Reorganization Plan ("ARRP"), July 24, 2025 Secretary Memorandum SM 1078-15, and USDA's congressional notifications[2]:

---

[1] Moving Plaintiffs are American Federation of Government Employees; American Federation of State County and Municipal Employees; County of Santa Clara, California; Martin Luther King, Jr. County, Washington; Harris County, Texas; City of Baltimore, Maryland; the City and County of San Francisco, California; Prince George's County, Maryland; Western Watersheds Project; The Coalition to Protect America's National Parks; Natural Resources Defense Council, American Geophysical Union; National WIC Association; and the Alliance of Crop, Soil and Environmental Science Societies.

[2] Letter from Deputy Secretary Vaden to Chairman Hoeven, April 23, 2026 (regarding Research, Education, and Economics); Letter from Deputy Secretary Vaden to Chairman Hoeven, April 30, 2026 (regarding Office of the General Counsel); Letter from Deputy Secretary Vaden to Chairman Hoeven, April 30, 2026 (regarding Food and Nutrition Administration); Letter from Deputy Secretary Vaden to Chairman Hoeven, June 17, 2026 (regarding Foreign Agricultural Service); Letter from Deputy Secretary Vaden to Chairman Hoeven, June 17, 2026 (regarding Farm Production and

a. Any action to implement, carry out, effectuate, or enforce the reorganization of the **Food and Nutrition Administration ("FNA")** by closing or eliminating offices, programs, or facilities, or relocating or reassigning FNA employees or their positions or functions to different and/or new locations, including by issuing or enforcing "management directed reassignment" ("MDR") letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters;

b. Any action to implement, carry out, effectuate, or enforce the reorganization of the **Research, Education and Economics ("REE")** mission area (including but not limited to the Beltsville Agricultural Research Center) by closing or eliminating offices, programs, or facilities, or relocating or reassigning REE employees or their positions or functions to different and/or new locations, including by issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters;

c. Any action to implement, carry out, effectuate, or enforce the reorganization of the **Forest Service ("USFS")** by closing or eliminating offices, programs, or facilities, or relocating or reassigning USFS employees or their positions or functions to different and/or new locations, including by issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters;

d. Any action to implement, carry out, effectuate, or enforce reorganization of the **Foreign Agricultural Service ("FAS")** by closing or eliminating offices, programs, or facilities, or relocating or reassigning FAS employees or their positions or functions to different and/or new locations, including by issuing or enforcing MDR letters or

Conservation); Letter from Deputy Secretary Vaden to Chairman Hoeven, June 17, 2026 (regarding Rural Development); Letter from Deputy Secretary Vaden to Chairman Hoeven, June 17, 2026 (regarding Office of the Assistant Secretary for Civil Rights); *see* ECF 457-2 pp. 18, 26, 45, 49, 51, 54, 67.

any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters;

e. Any action to implement, carry out, effectuate, or enforce the reorganization of the **Rural Development** mission area by closing or eliminating offices, programs, or facilities, or relocating or reassigning Rural Development employees or their positions or functions to different and/or new locations, including by issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters;

f. Any action to implement, carry out, effectuate, or enforce the reorganization of the **Farm Production and Conservation ("FPAC")** mission area by closing or eliminating offices, programs, or facilities, or relocating or reassigning FPAC employees or their positions or functions to different and/or new locations, including by issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters;

g. Any action to implement, carry out, effectuate, or enforce the reorganization of the **Office of the Assistant Secretary for Civil Rights ("OASCR")** or **Office of the General Counsel ("OGC")** by closing or eliminating offices, programs, or facilities, or relocating or reassigning OASCR or OGC employees or their positions or functions to different and/or new locations, including by issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters.

2. Notwithstanding the foregoing, this Order does not enjoin relocating or reassigning USDA employees currently located within the National Capital Region ("NCR") to other local offices or locations also located within the National Capital Region.

3.  Within two (2) business days, providing notice of this Order to all USDA employees working at USDA components included in the above injunction, and any labor organization representing any of those affected USDA employees, including by e-mail notification that includes

this Order, and by posting this Order on the USDA Reorganization website (https://www.usda.gov/about-usda/reorganization) and any website of any affected component agency dedicated to the USDA Reorganization Plan.

IT IS FURTHER ORDERED that, within seven (7) business days, USDA shall file a declaration(s) verifying that it has complied with this Order and setting forth the steps it has taken to do so.

**IT IS SO ORDERED.**

Dated: _____, 2026     _____
The Honorable Susan Illston
United States District Court Judge