Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **DECLARATION OF PACE SCHWARZ** |

## DECLARATION OF PACE SCHWARZ

I, Pace Schwarz, declare as follows:

1.      I am over 18 years old and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.

2.      I am a Research Assistant in the Office of the General Counsel for the American Federation of Government Employees, AFL-CIO ("AFGE").  In my role as a Research Assistant, I have spent time collecting and reviewing information obtained by or provided to AFGE related to actions taken by the current Presidential administration to reduce the size of the federal workforce and restructure agencies.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a form entitled "Request for Voluntary Early Retirement Authority (VERA)," which states that the form was completed and submitted by the U.S. Department of Agriculture ("USDA") to the Office of Personnel Management ("OPM") on February 4, 2026, and was approved by OPM on February 6, 2026.

4.      The form states that it was signed and submitted on behalf of USDA by Mary Pletcher Rice, who also submitted a declaration in this case in support of USDA's opposition to Plaintiffs' motion for preliminary injunction re: USDA.  *See* ECF 457-1.

5.      AFGE received this document on August 6, 2026, and I reviewed the document as part of my role as a Research Assistant.

6.      The form asks the requesting agency, here the entire USDA, to explain why the agency's request for VERA is needed. Ex. 1 at 1.  In response, USDA stated that an extension of VERA authority was needed "to facilitate a planned large scale, department-wide restructuring effort" that will "assist USDA in achieving President Trump's Management Agenda" to "Downsize the Federal Workforce; Optimize Federal Real Estate; and Foster Merit-Based Federal Workforce."

7.      USDA's explanation also referenced the impact of this litigation on USDA's implementation of its 2025 reorganization plan, telling OPM that:  "Due to delays related to expansive litigation impacting USDA reorganization planning and implementation, we anticipate implementation of plans will go at least through February 2027."  Ex. 1 at 1.

8.      On the form, USDA stated that it expected "5,000" permanent employees to be "involuntarily separated, downgraded, transferred, or reassigned as a result" of the reorganization.  In response to the question asking what personnel reduction actions USDA expected would be necessary without VERA, USDA wrote in "Relocation."  Ex. 1 at 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed August 7, 2026, in Washington, D.C.

_____

Pace Schwarz

DECLARATION OF PACE SCHWARZ, NO. 3:25-CV-03698-SI

# Exhibit 1



# Request for Voluntary Early Retirement Authority (VERA)

**Agency:** U.S. Department of Agriculture

**Covered Component(s):** Entire Department

1. State the reason(s) why the authority is needed.  (Describe the situation that will result in an excess of personnel because of substantial delayering, reorganization, reduction in force, transfer of function, or other workforce restructuring or reshaping.)  <u>Briefly explain in 250 words or less.</u>

The United States Department of Agriculture (USDA) requests an extension of the previously approved Voluntary Early Retirement Authority (VERA) to facilitate a planned large scale, department-wide restructuring effort. This request will assist USDA in achieving President Trump's Management Agenda. It will support USDA's efforts to Downsize the Federal Workforce; Optimize Federal Real Estate; and Foster Merit-Based Federal Workforce. Additional details on USDA's plans can be found in the attached memorandum. As a result of the success of the two Deferred Resignation Program offers, we do not anticipate the same level of VERA need reflected in our February 2025 approved request. Due to delays related to expansive litigation impacting USDA reorganization planning and implementation, we anticipate implementation of plans will go at least through February 2027.

2. Provide the anticipated effective date of the delayering, reorganization, reduction in force, transfer of function, or other workforce restructuring or reshaping described above in item #1........ | 02/28/2026

3. Identify the time period during which the agency plans to offer VERA (end date)........................ | 02/28/2027

*For the following items, if you are requesting VERA for only a part of your organization, provide the data for that portion of the organization only. Do not provide numbers for the entire organization.*

4. Provide the total number of permanent employees in the agency or covered component(s)............ | 70,645

5. Provide the total number of permanent employees in the agency or covered component(s) that are expected to be involuntarily separated, downgraded, transferred, or reassigned as a result of the situation described above in item #1.................................................... | 5,000

6. Provide the total number of employees in the agency or covered component(s) who are eligible for voluntary early retirement.  (*Do not include employees eligible for optional retirement.*).............. | 10,143

7. Provide an estimate of the number of employees in the agency or covered component(s) who are <u>expected</u> to take voluntary early retirement.................................................... | 5,000

8. Select the types of personnel actions that are anticipated to be necessary without VERA (based on the reason(s) described above in item #1.) (*Check all that apply*)

| | | |
|---|---|---|
| ☑ Downgrades | | ☑ Attrition to mitigate the need for involuntary actions |
| ☑ Transfers | | ☑ Reassignment of staff to other organizations/functions |
| ☐ Reduction in Force | | ☑ Other  Relocation |

Agency: | U.S. Department of Agriculture

## Agency Contact Information & Signature of Requesting Official (Agency Head or Designee)

Name: | Deedra Fogle    Email: | deedra.fogle@usda.gov    Phone: | (202) 768-5519

Requesting Official's Name: | Mary Pletcher Rice    Requesting Official's Title: | (A) Principal Dep. Asst. Sec. for Administration

Requesting Official's Signature (or attach signed cover memo): | MARY RICE
Digitally signed by MARY RICE
Date: 2026.02.04 17:37:22
-05'00'    Date:

---

## OPM Decision (OPM Use Only)

☐ Approved          ☐ Disapproved

VERA Authorization #: | 2025-144    Approval Period: | 02/28/2026 to | to | 02/28/2027

Approving Official's Name: | Andrew Paulmeno    Approving Official's Title: | Deputy Associate Director, TACVP

Approving Official's Signature: _Andrew Paulmeno_    Date: | 02/06/2026

---

## Please submit to:

Mailing Address:     Deputy Associate Director
Recruitment and Hiring
U.S. Office of Personnel Management
1900 E Street, NW
Room 6500
Washington, DC 20415

Email:  employ@opm.gov

FAX:  202-606-4430

2