Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF ELIZABETH EVERS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR USDA PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF ELIZABETH EVERS**

I, Elizabeth Evers, declare as follows:

1.      I am over 18 years old and competent to give this declaration.  I am a Litigation Assistant at the law firm of Altshuler Berzon LLP.  I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2.      A true and correct copy of the letter from Representative Angie Craig, Ranking Member of the House Committee on Agriculture, and other Members of Congress, to Secretary of Agriculture Brooke Rollins, dated August 13, 2025, is attached hereto as **Exhibit A.**  This letter was downloaded from the following website:  https://democrats-agriculture.house.gov/uploadedfiles/250813_-_ag_dems_-_letter_to_sec._rollins_usda__reorganization_plan.pdf.  The letter references Secretary Rollins' comments to the press in August 2025 that USDA's Reorganization Plan was "95 percent baked" heading into the public comment period.

3.      A true and correct copy of the letter from Representative James McGovern, and other Members of Congress, to Secretary of Agriculture Brooke Rollins, dated August 21, 2025, is attached hereto as **Exhibit B.**  This letter was downloaded from the following website: https://mcgovern.house.gov/uploadedfiles/signed_northeast_usda_reorganization_letter_8.21.25.pdf.

4.      A true and correct copy of the letter from Senator Peter Welch, and other Members of Congress, to Secretary of Agriculture Brooke Rollins, dated September 19, 2025, is attached hereto as **Exhibit C.**  This letter was downloaded from the following website: https://www.welch.senate.gov/wp-content/uploads/2025/09/Letter-Sec-Rollins-on-FNS-Reorganization.pdf.

5.      A true and correct copy of the Senate Agricultural Committee webpage for the July 30, 2025, emergency hearing on the USDA Reorganization Proposal, https://www.agriculture.senate.gov/hearings/review-of-the-usda-reorganization-proposal?_cb=1785533359699, is attached hereto as **Exhibit D**.  This webpage hosts the video recording and transcript of the U.S. Senate

DECLARATION OF ELIZABETH EVERS, NO. 3:25-CV-03698-SI

Committee on Agriculture, Nutrition, & Forestry's July 30, 2025, 11:00 a.m. hearing, entitled "Review of the USDA Reorganization Proposal."

6.      A true and correct copy of the Executive Summary of the Department of Agriculture ("USDA") USE IT Act Annual Report, dated March 2026, which is publicly available on the U.S. General Services Administration's website, https://www.gsa.gov/real-estate/use-it-act-and-occupancy-data/use-it-act-and-occupancy-data-annual-reports/department-of-agriculture, is attached hereto as **Exhibit E.**  According to this report, USDA has an agencywide Office Usable Square Foot utilization rate of 26.9%.  Additionally, USDA owns or leases 3,052 spaces with less than 60% total utilization, and those spaces cost USDA about $159 million.

7.      A true and correct copy of the article, *USDA employees facing relocation weigh whether to stay or go. Some are eligible for incentives either way*, Federal News Network (June 11, 2026), downloaded from https://federalnewsnetwork.com/workforce/2026/06/usda-employees-facing-relocation-weigh-whether-to-stay-or-go-some-are-eligible-for-incentives-either-way/, is attached hereto as **Exhibit F.**  The article reports that USDA is requiring NASS employees who accept their Mandatory Directed Reassignments to report to their new location by September 21, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed August 7, 2026, in San Francisco, California.

_____
Elizabeth Evers

DECLARATION OF ELIZABETH EVERS, NO. 3:25-CV-03698-SI

# Exhibit A

# Congress of the United States

## Washington, DC 20515

August 13, 2025

The Honorable Brooke Rollins
Secretary U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, DC 20250

Secretary Rollins,

On July 24th, without notice or input from Congress or key stakeholders and constituencies, you announced a significant reorganization of the U.S. Department of Agriculture (USDA).[1] The lack of consultation and seeming lack of evaluation and analysis prior to issuing this plan demonstrates a concerning failure to learn the lessons from similar efforts undertaken by USDA during the first Trump administration. As Members of the committee with jurisdiction over USDA, we are deeply concerned that the Department's proposal will make it less effective and significantly hinder its ability to provide the customer service and support our farmers and rural communities deserve. Especially given that the Department has reportedly already lost or forced out 21,600, or one-fifth, of it its employees this year – the second-most workforce reductions of all federal agencies.[2]

That the Administration did not consult with Congress on a planned reorganization of this magnitude prior to its publication is unacceptable. The 30-day comment period announced on August 1st is appreciated and, on its face, could serve as a meaningful opportunity for stakeholder input.[3] However, given the Secretary's recent comments that the plan is "95 percent baked," we are very skeptical and deeply concerned that any feedback provided over the next month will not be seriously considered because the fundamental decisions behind this plan are already set in stone.[4] These concerns are further supported by the fact that the Department has already selected the "hub" cities for the relocation and that the Department cannot or will not provide any analysis or data backing the selection of these sites, allegedly based on the principle of lower cost of living.

On July 25th, USDA staff informed staff from the Agriculture and Appropriations Committees of the House of Representatives and Senate that the Department had no data or analysis backing up the decisions outlined in the July 24th memo to share with members or our staff. This too is unacceptable. To conduct a 30-day engagement period without providing Congress and stakeholders with sufficient information to fully evaluate this reorganization plan is an insult to both and sends the message the comment period is more about optics rather than substance.

Unfortunately, the Department is failing to learn from the mistakes of the first Trump Administration by already falling short of the paltry substandard process set forth when the Administration relocated just two agencies, USDA's Economic Research Service (ERS) and National Institute of Food and Agriculture (NIFA), outside of the Washington, DC area. The ERS/NIFA move process was criticized by Government Accountability Office (GAO) for "minimally involv[ing] employees, Congress, and other key

---

[1] USDA, *Department of Agriculture Reorganization Plan, SM 1078-015,* July 24, 2025.

[2] Partnerships for Public Service, "Federal Harms Tracker: The Cost to Your Government," updated July 21, 2025.

[3] USDA, *Secretary Rollins Announces USDA Reorganization, Restoring the Department's Core Mission of Supporting American Agriculture,* July 24, 2025.

[4] Politico, "Rollins 'open' to reorg tweaks," August 4, 2025.

stakeholders in relocating the agencies" and not following all "leading practices for effective agency reforms and strategic human capital management."[5] Yet, while far from perfect, it did at least include a dedicated site selection process and analysis with the support of third-party real estate experts based on critical factors like quality of life, personnel and operation costs, workforce availability, and logistics, despite being a smaller reorganization than that now considered.[6]

About 75 percent of employees affected by the ERS/NIFA relocation from Washington, DC to Kansas City, MO declined the move, resulting in a massive brain drain and significant loss of productivity at both agencies. The 2022 study by the GAO evaluating the relocation found that productivity declined at both agencies – ERS produced fewer reports, NIFA took longer to process grants, and employees at both new locations were significantly less experienced than at the prior location. Additionally, employee diversity at the two agencies declined precipitously: the proportion of Black or African American staff at NIFA declined from 47 percent to 19 percent, the percent of Hispanic or Latino employees was cut in half, and the employees identifying as "other races" decreased.[7]

To proceed in this manner while ignoring both the actual results from previous similar relocation/reorganization efforts and the multiple findings and recommendations by GAO regarding such earlier efforts demonstrates such a high level of indifference as to show a complete lack of respect for the hard working men and women of the Department and the Americans who depend on its services, particularly our farmers and ranchers. How can the Department expect different or better results despite doing less preparation and analysis to relocate significantly larger portions of USDA? It causes us to wonder whether the Department knows that the results will be the same and just does not care. Regardless, we find this entire process, or lack thereof, deeply concerning.

If similar results occur as the result of this reorganization plan, the Department will be paralyzed, and it will be the millions of American famers and families that depend on USDA services who pay the price. Given the magnitude of impact changes of this scale could have, we request answers to the following questions no later than August 20, 2025, so as to give the Committee time to adequately respond within the Department's thirty-day engagement window.

***General Questions***
- The July 24th memo states that it is "effective immediately and will remain in effect until the earlier of the completion of the USDA Reorganization Plan or the revocation of [the] memorandum." However, on July 25th, USDA staff indicated that this document will not be acted upon for 30 days while the Department seeks congressional and employee feedback and, on August 1st, USDA publicly announced a 30-day public comment period ending on August 26th.[8]
  - Please confirm the date of effectiveness and timeline for implementation of the memo.
  - After the 30-day feedback period ends on August 26th, will there be a period where the memo will not be in effect as USDA makes changes to incorporate congressional and USDA employee feedback?

---

[5] GAO, *Agency Relocations: Following Leading Practices Will Better Position USDA to Mitigate the Ongoing Impacts on Its Workforce*, GAO-23-104709, Dec. 14, 2022; GAO, *Evidence-Based Policy Making: USDA's Decision to Relocate Research Agencies to Kansas City Was Not Fully Consistent with and Evidence-Based Approach*, GAO-22-104540, Apr. 19, 2022.
[6] Federal Register, *A Notice by the Agriculture Department: Notice of Request for Expression of Interest for Potential Sites for Headquarters Office Locations*, August 15, 2018; USDA, *NIFA and ERS Relocation: Cost Benefit Analysis*, June 13, 2019.
[7] GAO, *Agency Relocations: Following Leading Practices Will Better Position USDA to Mitigate the Ongoing Impacts on Its Workforce*, GAO-23-104709, Dec. 14, 2022;
[8] USDA, *USDA Opens Public Comment Period on Department Reorganization Plan*, August 1, 2025.

- What analysis was done within the Department to rate, rank and select the new "hub" locations? Please provide all documentation.
- Why was a Request for Expression of Interest for Potential Sites and subsequent analysis, similar to that conducted by USDA and Ernst and Young to select the location for ERS and NIFA, not completed prior to the announcement of the "hub locations" for this reorganization?
- Does the Department have any preliminary assessments, calculations or cost-benefit analysis regarding the costs of the reorganization, including consideration of any costs associated with additional facilities, quality of life, cost of living, land costs, labor force variables, infrastructure, commute times, and, where relevant, access to data centers? If not, we strongly urge USDA to conduct and provide cost estimates of this proposed reorganization and to provide that information to Congress with a minimum of two weeks to evaluate before acting upon the reorganization plan.
- How does the Department's reorganization plan keep "USDA closer to its customers" and maintain access to services within regions of the U.S. which will no longer have USDA regional offices located within the region (e.g. FNS, NASS)?
- What is USDA's planned timeline for undertaking employee engagement and union engagement for each of the agencies impacted by the reorganization and its proposed closures and relocations? Please provide specific timelines for engaging with employees for all agencies, including those with and without stated timelines for relocations and closures. While we understand that each agency's move has a different timetable, if the 30-day period following the announcement and publication of the reordination plan is intended to allow for congressional and USDA employee feedback, employee engagement should be occurring now to determine if adjustments need to be made.
- Please provide current staffing numbers for each impacted agency as of the most recent pay period as well as details on how many employees within each agency will be required to move under this reorganization plan, including both the 2,600 employees moving outside of the DC-area and the employees currently located in regional and local offices who will be required to relocate to "hub" cities.
- Please provide organizational charts for all agencies and offices impacted by the reorganization, including details on the physical locations of agency offices and the number and type of employees impacted at each location.
- Please provide a full list of agencies and offices that were exempted from this reorganization plan and the rationale for exclusion. Please provide data and analysis to support USDA's reasoning.
- Previous reports indicated that USDA was targeting as many as 30,000 job cuts through its deferred resignation program and its reduction-in-force plan. Given that the July 24th press release announcing this plan stated that "this reorganization is another step of the Department's process of reducing its workforce," is this reorganization intended to directly or indirectly lead to a reduction in the department's overall workforce? If so, is there a specific reduction in the number of USDA employees at that this reorganization is targeting?
- Will any jobs be eliminated as part of the plan to "consolidate support functions"? Please provide a breakdown by agency and role as well as any analysis or data that USDA used to make these determinations.
- If a current employee chooses not to relocate and instead leaves federal service, is it possible that their position will be eliminated or will the Department seek to fill all vacant relocated positions?
- The July 24th memo states that USDA will "consolidate grants and financial assistance" including, "where feasible, the transfer of grant making and administration functions from USDA offices and agencies that currently have limited capacity to perform such duties to other offices and agencies." Please provide details on the specific agencies for which grant making and administration functions will be transferred away from and to which agencies they will be transferred to.

3

*Agency or Office Specific Questions*

*Assistant Secretary for Administration*
- How many positions will be eliminated from the Office of Small and Disadvantaged Business?

*Agricultural Research Service (ARS)*
- USDA has indicated it will move Office of Partnerships and Public Engagement (OPPE) student programs to ARS. Please provide a full list of the student programs impacted. Additionally, please provide a full list of student programs located outside of OPPE and ARS that will not be relocated.
- How will the elimination of ARS area offices impact regional partnerships with universities, companies and organizations geographically far from the Office of National Programs?

*Civil Rights*
- The July 24th memo, states that USDA will "consolidate civil rights functions into the Office of the Assistant Secretary for Civil Rights, which will deliver all statutorily required civil rights functions." Will there be a reduction in the overall staff that currently deliver statutory as well as non-statutory civil rights functions?

*Food and Nutrition Service (FNS)*
- The July 24th memo states that "FNS will reduce its number of regions from seven to five and align locations with the USDA Hubs and Service Centers over a two-year period." How did USDA determine that a two-year period would be sufficient for relocating or closing all 7 regional offices? Please provide any analysis that informed this decision.
- Based on feedback from USDA staff on July 25th, we understand items in the memo without timelines are "open questions," awaiting congressional and employee feedback. How did USDA reach a decision to take more time and gather more input before establishing timelines for some agencies included in the reorganization and not others? Why was this consideration not given for changes to FNS? Please provide any analysis that informed this decision.
- As of the July 25th briefing, USDA staff indicated that, given the lack of overlap between the new "hub locations" and the existing FNS regional offices,[9] all FNS regional office employees will be asked to relocate. Additionally, while the current Mountain Plains Region (CO, KS, MO, MT, NE, ND, SD, WY) would have two regional offices, there would no longer be FNS Regional Offices in 3 of the 7 current regions, impacting the Northeast Region (CT, MA, ME, NH, NH, NY, RI, USVI), Mid-Atlantic Region (DC, DE, MD, NJ, PA, PR, VA, WV), and Western Region (AK, AS, CA, CNMI, GU, HI, ID, NV, OR, WA) under the reorganization plan.
  - Is this still consistent with USDA's reorganization plans for FNS? If not, please provide the rationale for any changes to the plan.
  - How does USDA plan to ensure that states in the current Northeast, Mid-Atlantic, and Western regions have sufficient access to regional office support?
  - What kind of analysis was done to ensure that relocating all FNS offices and consolidating from 7 to 5 offices, with no representation in 3 regions, could provide sufficient staff and coverage to operate effectively and support all states? Please provide any analysis that informed this decision.
  - Please provide a new FNS regional office map indicating which "hubs" will serve as regional offices for each state.
- How does this reorganization support effective implementation of H.R.1 and the need to provide thorough technical assistance to states and counties as they implement significant changes to SNAP required by this law, including working to reduce their state error rate?

---

[9] USDA FNS, *FNS Regional Offices,* accessed August 5, 2025.

- o In the hearing held on this reorganization by the Senate Committee on Agriculture on July 30th[10], Deputy Secretary Vaden stated that the reorganization would reduce SNAP state error rates, bring more FNS employees "into the field," provide "more people for individuals in Alabama and every other state to reach out to help with technical assistance." As part of the written response to this question, please provide 1) the number of staff located in FNS regional offices on January 20, 2025, 2) the number of staff in FNS regional offices on July 24th, 2025, 3) the number of staff in DC-area and FNS regional offices the plan proposes to relocate, 4) the anticipated loss of FNS staff due to these relocations and 5) the anticipated length of time it will take to hire and train newly hired staff to replace employees who decline to relocate.
- How does conducting this reorganization within 2 years enable FNS to provide TA and support states and counties in implementing the significant changes required by H.R.1, both effective immediately and for those changes phasing in over the next 2-4 years?
- How many FNS staff currently located at the Alexandria, VA location will be asked to relocate to regional hubs? How is USDA determining which staff or functions should be relocated?
- In order to accommodate an influx of FNS staff to the "hubs," will the Department be required to purchase additional facilities or sign additional leases? If so, please provide the anticipated number of additional facilities needed and the anticipated cost.

*Forest Service*
- The July 24th memo states that the Forest Service "will phase out the nine Regional Offices over the next year and implementation activities will take into consideration the ongoing fire season." How did USDA determine that a 1-year period would be sufficient to phase out all nine Regional Offices? Please provide any analysis that informed this decision.
- Based on feedback from USDA staff on July 25th, we understand items in the memo without timelines are "open questions," awaiting congressional and employee feedback. How did USDA reach a decision to take more time and gather more input before establishing timelines for some agencies included in the reorganization and not others? Why was this consideration not given for changes to the Forest Service? Please provide any analysis that informed this decision.
- How will the Forest Service reassign staff in existing Regional Offices? Will staff be reassigned to the new hub in Fort Collins, CO or the Fire Sciences Lab and Forest Products Lab? Will any employees be redirected to fill existing vacancies in National Forest Ranger Districts? What are the costs associated with moving employees to their new locations?
- Please provide a new organizational chart for the Forest Service. Where will the roles and responsibilities of Regional Foresters and their offices be located moving forward? Will each National Forest Supervisor report directly to the Chief?
- Did the Forest Service consider the value of existing relationships between its stand-alone Research Stations and nearby universities? How will the Agency ensure that ongoing research and collaboration with these universities be continued when the stations are closed?
- In order to accommodate an influx of new staff, will the Research Station in Fort Collins, Colorado be expanded? Will that require the Forest Service to acquire new facilities or sign additional leases? What analysis has been done to assess the impact of consolidating the Research Stations?
- Does the Department intend to move the Forest Service headquarters away from the Yates Building in Washington, DC?

*National Agricultural Statistics Service (NASS)*
- How will the consolidation of NASS affect regional surveying and direct farmer relationships?

---

[10] Senate Committee on Agriculture, Nutrition, & Forestry, *Full Committee Hearing "Review of the USDA Reorganization Proposal,"* July 30, 2025.

- The Census of Agriculture data is collected through a combination of surveys through mail, telephone, personal interviews, and field visits. How does consolidating NASS into five hubs instead of the existing regions affect the viability of field visits?
- Previous relocations of REE personnel have resulted in major loss of experienced staff. How many full-time REE employees are expected to be lost in the near- and long-term?
- If employee numbers dramatically decrease in the short term, which reports would NASS have to discontinue?
- What measures is USDA taking to ensure that the reorganization does not decrease the detail and quality of NASS products?

*Natural Resources Conservation Service (NRCS)*
- Will NRCS be split amongst the five "hub locations" or will it be located in a single "hub?" If that decision has not yet been made, what factors or analysis will it be based upon?
- Who will lead NRCS offices at each hub location? Will State Conservations be expected to report to these individuals as opposed to the Chief?
- How will the Department consider aligning its new regional structure with existing facilities, staff and functions at the Central National Technology Support Center in Ft. Worth, TX and National Soil Survey Center in Lincoln, NE?
- What safeguards is the Department putting in place to ensure that no NRCS services to farmers are interrupted during any consolidation efforts?
- Does the Department consider NRCS sufficiently staffed to meet the growing demand for participation in conservation programs? How will this reorganization impact NRCS service centers throughout the country?

*Tribal Relations*
- The July 24th memo, states that USDA will "consolidate tribal relations functions within mission areas and ensure the Office of Tribal Relations delivers all statutorily required tribal relations functions." Will there be a reduction in the overall staff that currently deliver statutory as well as non-statutory tribal relations functions?

Given the potential impact of this reorganization plan on nearly every function of USDA, on 2,600 employees in the DC, Maryland, and Virginia areas as well as a significant number of employees across the United States in regional offices, and the millions of American famers and families that depend on USDA services, and the short, 30-day timeline the Department has given Congress for evaluating and providing feedback on this plan, we require answers to the preceding questions no later than August 20, 2025.

Thank you for your consideration,

Angie Craig
Member of Congress
Ranking Member, Committee on
Agriculture

6

Shontel M. Brown
Vice Ranking Member
Committee on Agriculture

David Scott
Member of Congress

Jim Costa
Member of Congress

James P. McGovern
Member of Congress

Alma S. Adams, Ph.D.
Member of Congress

Jahana Hayes
Member of Congress

Andrea Salinas
Member of Congress

Jill Tokuda
Member of Congress

Nikki Budzinski
Member of Congress

Eric Sorensen
Member of Congress

Gabe Vasquez
Member of Congress

Jonathan L. Jackson
Member of Congress

Shri Thanedar
Member of Congress

Adam Gray
Member of Congress

Kristen McDonald Rivet
Member of Congress

Shomari Figures
Member of Congress

Eugene Simon Vindman
Member of Congress

Josh Riley
Member of Congress

John W. Mannion
Member of Congress

April McClain Delaney
Member of Congress

Chellie Pingree
Member of Congress

Salud Carbajal
Member of Congress

CC: U.S. Department of Agriculture Deputy Secretary Vaden

8

# Exhibit B

# Congress of the United States

## Washington, DC 20515

August 21, 2025

The Honorable Brooke Rollins
Secretary
U.S. Department of Agriculture
1400 Independence Avenue, S.W.
Washington, DC 20250

Dear Secretary Rollins:

As Members of Congress from the northeast, we write with serious concern about the U.S. Department of Agriculture's reorganization plan (SM 1078-015) released on July 24, 2025. This wrongheaded move, done without consultation with or even notification to Congress and without the consultation of key stakeholders, will significantly impact farmers and Americans who rely on modest federal nutritional assistance to feed their families.

USDA is one of the largest and most important departments within the federal government. The manner by which you have chosen to upend a federal department charged with supporting our nation's farmers, ranchers, consumers, hungry people, and food supply defies logic. The bare bones, 5-page memo contains very few details as to how all of this will be carried out and why a reorganization of this magnitude is justified. You have provided no details as to how this so-called "plan" will improve effectiveness, enhance services, or save the American people money.

In his testimony before the U.S. Senate Committee on Agriculture, Nutrition, & Forestry on July 30, 2025, Deputy Secretary Vaden attempted to justify this reckless plan by saying the Department is doing it to help employees and improve their quality of life. That ridiculous assertion causes us to wonder which federal employees were actually consulted in this process. To the best of our knowledge, the vast majority of employees – save a few at the very top, whose lives will not be disrupted – were not consulted and had no idea this plan was even being formulated.

One of the stated principles of the Department's reorganization plan is to "bring USDA closer to its customers…" However, the memo you released seemingly does exactly the opposite for our constituents living in the northeast. Given the scant details provided to the American People and to Congress, we are left struggling to understand how our constituents in the northeast will benefit from moving USDA offices out of the region.

Natural Resources Conservation Service (NRCS) offices in our region work directly with our small-and-medium sized farms. They are on the ground, visiting and understanding the unique needs of producers in the northeast. And our farmers rely on the expertise of NRCS officials to produce an abundant regional food supply of diversified crops that feed our neighbors. We have serious concerns about the possibility of a reduction in the NRCS footprint in the northeast. Although, your new memo fails to make clear exactly which offices will be eliminated. Make no mistake, any attempt to reduce NRCS staff in our region will hurt our farmers.

We are also deeply concerned about the impacts this plan will have on the Food and Nutrition Service (FNS), particularly with respect to the planned closure of the Northeast Regional Office

(NERO) which oversees the administration of our federal nutrition assistance programs. The closure of NERO, as well as the closure of the Mid-Atlantic Regional Office (MARO), leave the northeast region without critical FNS presence. USDA NERO staff have developed expertise in how state agencies in the northeast operate and have maintained close working relationships with key staff at those agencies. This expertise is especially critical at this moment as states grapple with how to implement the recently enacted changes to SNAP, including the new cost-share and time limits. And when it comes to program integrity, it's hard for us to come up with an argument as to how error rates and retailer compliance will improve if staff are moved further away from the state agencies and retailers they are tasked with working with.

How will farmers in the northeast be better served by staff hundreds, if not thousands, of miles away? What kind of expertise do staff stationed in the south or west have with the farming practices of farmers in the northeast? How will SNAP program integrity improve and new provisions be smoothly implemented if the knowledgeable people at the Department are not there to assist states? It seems like Deputy Secretary Vaden may agree with this point, given that he said in his July 30th testimony to Congress, "It makes sense to move the employees whose job it is to oversee the states into the states that they are overseeing…" Simply put, you can't have it both ways. You can't legitimately argue that staff need to be moved out of DC to be closer to the people, and in the same breath, move crucial USDA functions out of certain regions entirely.

This memo has left us with more questions than answers, which is surprising given you said in the press that you worked "six months on that plan" and "it's about 95 percent baked."[1] We request you respond to this letter, including a list of offices you plan to close and positions you plan to move out of the northeast, no later than Friday, August 29, 2025. Finally, we strongly urge you to immediately revoke this memorandum, which will negatively impact farmers and families living in the northeast.

Sincerely,


James P. McGovern
Member of Congress


Rosa L. DeLauro
Member of Congress


Chellie Pingree
Member of Congress


Jahana Hayes
Member of Congress

---

[1] https://www.politico.com/newsletters/weekly-agriculture

John B. Larson
Member of Congress

Chris Pappas
Member of Congress

Maggie Goodlander
Member of Congress

Ayanna Pressley
Member of Congress

Stephen F. Lynch
Member of Congress

Seth Moulton
Member of Congress

Joe Courtney
Member of Congress

Richard E. Neal
Member of Congress

Seth Magaziner
Member of Congress

Becca Balint
Member of Congress

Lori Trahan
Member of Congress

# Exhibit C

# United States Senate

WASHINGTON, DC 20510

September 19, 2025

The Honorable Brooke Rollins
Secretary
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

Dear Secretary Rollins,

We write to express serious concern with the U.S. Department of Agriculture's (USDA) proposed plan to reorganize USDA's Food and Nutrition Service (FNS). On July 24, 2025, you released a memorandum declaring your intention to reorganize USDA by relocating USDA staff to five regional hubs across the country.[1] Additionally, we understand there is a preliminary plan to reduce the number of FNS regional offices from seven to four locations: Fort Collins, CO, Raleigh, NC, Dallas, TX, and Indianapolis, IN.[2] Closing regional offices and moving staff away from many of the communities FNS serves will not improve the ability of FNS to provide localized services. We implore USDA to halt any further efforts to cut and reorganize FNS and instead focus on improving the crucial services FNS provides to fight hunger in the United States.

Even before its planned reorganization, large-scale reductions in staff at FNS have already negatively impacted FNS's ability to complete its mission. Since January 20, 2025, more than 15,000 USDA employees have been forced out of the agency, including approximately 500 FNS staff, most of whom were based outside of Washington, D.C.[3] These staff reductions have led to longer wait times for state agencies needing support, delayed financial audits and management evaluations, and overall deterioration of nutrition programming.

Closing regional offices and relocating staff will only exacerbate these issues.

Contrary to USDA's stated purpose, consolidating staff away from the regions they work in makes it more difficult and expensive for FNS employees to get out into the field to do their jobs. This proposed reorganization will lead to reduced oversight quality, diminished technical assistance, and weakened relationships with state partners.

Furthermore, impacts of staff cuts and reorganization will hinder FNS' ability to responsibly oversee the implementation of the damaging changes to SNAP directed by the *One Big Beautiful Bill Act*. States will not receive enough support from FNS to efficiently implement SNAP

---

[1] Memorandum from Secretary Brooke Rollins, U.S. Department of Agriculture (July 24, 2025) (online at https://www.usda.gov/sites/default/files/documents/sm-1078-015.pdf).

[2] Briefing by Taylor Keel, Legislative Advisor in Office of Congressional Relations, U.S. Department of Agriculture, to Congressional staff (Aug. 6, 2025).

[3] *More than 15,000 USDA employees take Trump's offer to resign*, Politico (May 3, 2025) (online at https://www.politico.com/news/2025/05/03/more-than-15000-employees-resign-agriculture-department-trump-00324834).

The Honorable Brooke Rollins
Page 2

changes, potentially leading to significant issues, including increased costs to states and further limits on program access.

Moreover, USDA has not formally solicited feedback from the stakeholders most affected by this proposed FNS reorganization. State governments, stakeholder partners, direct beneficiaries of FNS programs, and FNS employees and their unions have all been left in the dark about this plan. While USDA opened a 30-day public comment period on its proposed reorganization, detailed information on reorganization plans for the numerous agencies held within USDA, including FNS, has not been made public.[4]

FNS is on the frontlines of our fight against hunger and is responsible for ensuring our kids get school meals, guaranteeing that qualified recipients receive Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) and Supplemental Nutrition Assistance Program (SNAP) benefits, and certifying that vendors and grocery stores can accept those benefits. We applaud any plan that allows FNS to more effectively end hunger in the United States. Unfortunately, no information shared by USDA has inspired confidence that this reorganization plan improves employees' ability to fulfill FNS' mission.

We ask for responses to the following questions related to the FNS reorganization by no later than October 1, 2025.

1.  Please provide a written report detailing current plans to reorganize FNS.

2.  Please provide all comments relating to the FNS organization, accompanied by a summary that includes the number of comments received, breakdown of how many comments were submitted by employees or public, and the percentage of comments that support the closure of offices and relocation of staff.

3.  Has USDA analyzed how relocating multiple FNS regional offices away from their respective states might impact staff's ability to provide direct technical assistance to their states? Please provide any such analyses.

4.  What criteria were used to determine the appropriate staffing levels for the National Office/Headquarters? How has the Department decided which positions will be retained at the National level versus shifted to regional hubs?

    a.  How have workload analyses, program needs, or staff expertise been formally assessed to guide these decisions?

5.  Will job responsibilities be redefined as a part of this move?

6.  What processes will be put in place to prevent duplication of effort or gaps in oversight between regional hubs and any remaining National Office functions?

    a.  How will the Department ensure that program monitoring, data analysis, and policy implementation remain consistent and effective across all regions during and after the transition?

---

[4] U.S. Department of Agriculture, *Press Release: USDA Opens Public Comment Period on Department Reorganization Plan* (Aug. 1, 2025) (online at https://www.usda.gov/about-usda/news/press-releases/2025/08/01/usda-opens-public-comment-period-department-reorganization-plan)

The Honorable Brooke Rollins
Page 2

7. How were USDA staff engaged or consulted in the planning and decision-making process for this reorganization?

   a. What opportunities were provided for staff input or feedback on the plan prior to the publication of the Secretary's July 24, 2025 memorandum?

8. What is the timeline for closing FNS regional offices and relocating staff?

Sincerely,

Peter Welch
United States Senator

Amy Klobuchar
United States Senator
Ranking Member, Committee on Agriculture, Nutrition, and Forestry

Angus S. King, Jr.
United States Senator

Jeanne Shaheen
United States Senator
Ranking Member, Subcommittee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies
Committee on Appropriations

Cory A. Booker
United States Senator

Raphael Warnock
United States Senator

Jack Reed
United States Senator

Ben Ray Luján
United States Senator

The Honorable Brooke Rollins
Page 2

Richard J. Durbin
United States Senator

Adam B. Schiff
United States Senator

# Exhibit D

**FULL COMMITTEE HEARING**

# REVIEW OF THE USDA REORGANIZATION PROPOSAL

**Date:** Wednesday, July 30, 2025
**Time:** 11:00am
**Location:** 328A Russell Senate Office Building



00:18:59 ─────────●────────────────────────── 02:18:58

OPEN IN NEW WINDOW ⧉

## WITNESS

The Honorable Stephen Alexander Vaden
Deputy Secretary of Agriculture
USDA
Washington, DC

📄 **DOWNLOAD TESTIMONY**

## RELATED TRANSCRIPTS

**S. Hrg. 119-132_Transcript.pdf**

To see the latest version of this page, please click here.

# Exhibit E


An official website of the United States government



**U.S. General
Services
Administration**

# Department of Agriculture USE IT Act annual report

**Executive summary**

March 2026

**Agencywide utilization rate**

| USF | Utilization rate (%) |
|---|---:|
| Total USF | 26.2% |
| Office USF | 26.9% |

**Reported portfolio**

| Legal interest | Space count (%) | USF sum (% of total USF) | Office USF sum (% of office USF) |
|---|---|---|---|
| Owned | 165 (5.1%) | 2,897,834 (15.1%) | 2,934,934 (15.7%) |
| Leased | 3071 (94.9%) | 16,238,807 (84.9%) | 15,720,835 (84.3%) |
| Otherwise Managed | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| **Total** | **3236** | **19,136,641** | **18,655,769** |

**Utilization: total USF**

| Legal interest | Spaces with total utilization ≥ 60% | Spaces with total utilization < 60% | Costs associated with utilization < 60% ($) |
|---|---|---|---|
| Owned | 23 | 141 | 45,557,859 |
| Leased | 130 | 2939 | 118,920,379 |
| Otherwise Managed | 0 | 0 | 0 |

Case 3:25-cv-03698-SI    Document 466-3    Filed 08/07/26    Page 26 of 34

| Legal interest | Spaces with total utilization ≥ 60% | Spaces with total utilization < 60% | Costs associated with utilization < 60% ($) |
|---|---|---|---|
| Total | 153 | 3080 | 164,478,238 |

## Utilization: office USF

| Legal interest | Spaces with total utilization ≥ 60% | Spaces with total utilization < 60% | Costs associated with utilization < 60% ($) |
|---|---|---|---|
| Owned | 24 | 140 | 47,458,769 |
| Leased | 156 | 2912 | 112,174,315 |
| Otherwise Managed | 0 | 0 | 0 |
| Total | 180 | 3052 | 159,633,084 |

## Reported assets with missing unique occupant counts

| Legal interest | Number of assets | Total USF | Office USF |
|---|---|---|---|
| Owned | 0 | 0 | 0 |
| Leased | 0 | 0 | 0 |
| Otherwise Managed | 0 | 0 | 0 |
| Total | 0 | 0 | 0 |

## Primary methodologies used

| Methodology | Number of assets | Total USF | Office USF |
|---|---|---|---|
| Badge and access systems | 18 | 1,848,131 | 1,847,015 |
| Daily Check-in survey | 0 | 0 | 0 |
| Wi-Fi and bluetooth aggregators | 0 | 0 | 0 |
| Timecard Analysis | 0 | 0 | 0 |
| Mobile location data | 0 | 0 | 0 |
| Reservation system | 0 | 0 | 0 |
| Visual Analysis | 3218 | 17,288,510 | 16,808,754 |

Case 3:25-cv-03698-SI     Document 466-3     Filed 08/07/26     Page 27 of 34

| Methodology | Number of assets | Total USF | Office USF |
|---|---|---|---|
| Building automation systems | 0 | 0 | 0 |
| Occupancy Sensors | 0 | 0 | 0 |
| Analytics Platforms | 0 | 0 | 0 |
| Video Analytics | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |

Occupancy data compiled from January 12, 2026 to March 6, 2026.

Costs associated with capacity calculated from FY24 Federal Real Property Profile Management System operating cost data.

Last updated: Mar 31, 2026

# Exhibit F

Case 3:25-cv-03698-SI    Document 466-3    Filed 08/07/26    Page 29 of 34



FEDERAL NEWS NETWORK

Listen Live ⌄

WORKFORCE

# USDA employees facing relocation weigh whether to stay or go. Some are eligible for incentives either way

National Agricultural Statistics Service employees facing relocation are being offered incentives to leave or stay with the agency.

 Jory Heckman | @jheckmanWFED
June 11, 2026 7:08 pm     ⏱ 7 min read



 

 USDA employees facing relocation weigh whether to stay or go. So…

⟲ ⟳                                              ⬇ ⓘ        00:00:00

The Agriculture Department is making an ultimatum to thousands of its employees as part of its sweeping relocation plans — move to keep their jobs or quit.

USDA is embarking on a multi-part reorganization plan that includes relocating more than half (https://federalnewsnetwork.com/workforce/2025/07/usda-to-relocate-more-than-half-of-d-c-area-employees-under-reorganization-plan/) of its D.C.-area workforce to hubs across the country by the end of this summer. About 90% of USDA employees already work outside of the Washington, D.C. area.

Employees impacted by relocation plans work at the Food Safety and Inspection Service, Forest Service, Economic Research Service, National Institute of Food and Agriculture, and Food and



Nutrition Service. USDA employees outside the D.C. area are also receiving relocation notices.

USDA is setting different deadlines for employees at its component agencies to make their decisions.

ADVERTISING



**Dexcom G7 15 DAY**

**Dexcom G7 15 Day is the longest lasting and most accurate CGM system**[*,†,1]

*Dexcom · Sponsored*

With Dexcom G7 15 Day, you can see your glucose and where it's headed in real-time, making it easier to make in-the-moment decisions about food and activity.

**LEARN MORE  >**

**DISCLAIMER**

*A study was conducted to assess the sensor life where 73.9% of sensors lasted the full 15 days. When using the product per the package labeling, approximately 26% of sensors may not last for the full 15 days

† Excludes implantable CGM systems.

1 Dexcom, Data on File, 2025.

**Which issues are dominating federal CFO priorities right now? Join us Aug. 25-26 for the Federal Leader's Guide to the CFO event to find out!**

(https://federalnewsnetwork.com/cme-event/exchanges/federal-leaders-guide-to-the-cfo/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=flg_cfo&utm_content=in-articlepromo)

Employees at the department's National Agricultural Statistics Service have until July 8 to decide whether to accept their reassignment to St. Louis or one of the agency's regional offices. NASS employs about 500 employees, most of them working as agricultural statisticians. The agency serves as an authoritative source of data on crop production, livestock, and farm finance. It conducts a census every five years to collect agricultural data on every county in the United States.

In a memo sent Monday, NASS wrote that employees who agree to relocate must report to their new office by Sept. 21. USDA wrote in its notice that employees may have the option to voluntarily report to their new location sooner than their official relocation date.

"NASS maintains a policy of effective, efficient and balanced utilization of human and other resources to achieve program goals. Based on program needs, management has decided to reassign your current position," the agency wrote.

The decision isn't an easy one for most impacted USDA employees. Internal (https://federalnewsnetwork.com/workforce/2026/05/usda-relocation-of-food-assistance-employees-will-lead-to-major-staffing-losses-union-warns/) union surveys (https://federalnewsnetwork.com/workforce/2026/05/three-quarters-of-usda-researchers-tapped-to-relocate-tell-union-theyre-not-going/) show a majority of their members would rather leave the agency than relocate to keep their jobs. That's what happened under the first Trump administration,

Case 3:25-cv-03698-SI   Document 466-3   Filed 08/07/26   Page 31 of 34

when USDA tried to [move hundreds of jobs to Kansas City (https://federalnewsnetwork.com/workforce/2019/07/usda-relocation-could-cut-existing-ers-nifa-workforces-by-half/)](https://federalnewsnetwork.com/workforce/2019/07/usda-relocation-could-cut-existing-ers-nifa-workforces-by-half/) . The department's research agencies dealt with major staffing shortages that took years to resolve.

But regardless of their choice, employees at NASS are eligible for financial incentives. According to the notice obtained by Federal News Network and conversations with those impacted, NASS employees who agree to move and commit to working in their new office for two years will receive a relocation incentive. The notice, however, doesn't offer much detail about what employees would receive.

A USDA spokesperson didn't provide any additional details about the relocation incentive, or whether employees at other department components will be eligible to receive one.

"The secretary continues to work methodically and thoughtfully to deliver on the president's mandate for better accountability to the American taxpayer," the spokesperson said in a statement. "Each mission area is mindful of the critical functions it delivers and the customers it serves, and each announcement and implementation plan is reflective of that."

—— **Sign up for our daily newsletter so you never miss a beat on all things federal**

[(https://federalnewsnetwork.com/email-alerts/)](https://federalnewsnetwork.com/email-alerts/)

The memo also states that NASS and all components under USDA's research, education and economic mission area will offer buyouts and early retirement to employees who received relocation notices. The [Forest Service (https://federalnewsnetwork.com/reorganization/2026/06/forest-service-offers-separation-incentives-to-employees-ahead-of-upcoming-relocations/)](https://federalnewsnetwork.com/reorganization/2026/06/forest-service-offers-separation-incentives-to-employees-ahead-of-upcoming-relocations/) told employees earlier this month that it will offer Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIP) to staff impacted by its relocation plans.

Employees at the Food Safety and Inspection Service, which is relocating about two-thirds of its D.C.-area workforce to "mission-critical locations," including Iowa and Georgia, [were told last week (https://federalnewsnetwork.com/reorganization/2026/06/fsis-employees-face-decision-deadline-under-usda-relocation-plans/)](https://federalnewsnetwork.com/reorganization/2026/06/fsis-employees-face-decision-deadline-under-usda-relocation-plans/) they must decide whether to relocate or quit their jobs by June 30. The National Institute of Food and Agriculture sent relocation notices to non-bargaining unit employees on Monday. But bargaining-unit employees have not yet received their notices.

ADVERTISING

Case 3:25-cv-03698-SL    Document 466-3    Filed 08/07/26    Page 32 of 34

One NIFA employee, who spoke on condition of anonymity for fear of retaliation, told Federal News Network that they are "actively seeking another job, but said they have not yet decided what they will do.

"If I can get a job that meets my needs, then I will quit the federal government, even though I don't want to," the NIFA employee said. "My family can't afford for me to be unemployed. If we have to move, we will. We will leave behind family and friends and a life we love."

USDA Deputy Secretary Stephen Vaden told lawmakers last summer (https://federalnewsnetwork.com/workforce/2025/07/usda-expects-fewer-employees-will-refuse-relocation-as-laid-off-feds-struggle-to-find-jobs/) that department leaders expect fewer employees will refuse to move this time around, because mass layoffs across the federal workforce have made the job search more challenging in the D.C. area.

"I think many of them will choose to come, because given cuts made by other federal agencies here in Washington, D.C., the job market isn't what it once was here," Vaden told the Senate Agriculture, Nutrition and Forestry Committee last June.

The NIFA employee said many of their colleagues were hired as remote employees and are now being asked to move to cities "a lot of us have never visited and have no ties to." They said the lump-sum relocation program "won't cover our actual costs."

"Now I have to evaluate how much money we'd lose by moving, versus how long I might be unemployed if I quit,  and figure out what my best options are," the NIFA employee said. "I didn't expect, going into public service, or really with any position, to have to pay out of pocket just to keep my job, but that's what's happening."

Agriculture Secretary Brooke Rollins told lawmakers during a House Agriculture Committee hearing (https://www.youtube.com/watch?v=gLgaQZrBKmA) last week that the relocations across the country will be a "massive value add" for USDA research.

―――― Read more: Workforce

(https://federalnewsnetwork.com/category/workforce/)

"We have some extraordinary researchers, but most of them don't want to be in Washington, D.C.," Rollins said. "The challenge is when you have decades of Washington, D.C.-located research, they're doing extraordinary work, but you begin to lose out on the opportunity to have some of the brightest minds who may not want ... to move to Washington, where it's much more expensive to live and to do that research."

Case 3:25-cv-03698-SI    Document 466-3    Filed 08/07/26    Page 33 of 34

Surveys from USDA unions, however, suggest employees are less willing to relocate. Internal polling conducted by the National Treasury Employees Union in May found that 80% of D.C.-area Food and Nutrition Service employees would quit their jobs (https://federalnewsnetwork.com/workforce/2026/05/usda-relocation-of-food-assistance-employees-will-lead-to-major-staffing-losses-union-warns/) rather than relocate this summer. Another survey conducted by the American Federation of Government Employees Local 3403, representing ERS and NIFA employees, found that about 76% of its members (https://federalnewsnetwork.com/workforce/2026/05/three-quarters-of-usda-researchers-tapped-to-relocate-tell-union-theyre-not-going/) are not planning to relocate.

NASS employees who agree to move and commit to working in their new office for a year will be partially compensated for relocation expenses through the department's new "lump sum" reimbursement model. AFGE said the new reimbursement model is less generous than what USDA offered to employees who relocated under the first Trump administration.

Traditional federal reimbursement policies cover costs such as shipping household goods, moving employees and their families, tax allowances and other discretionary items like temporary storage. USDA's "lump sum" model would provide a flat moving reimbursement rate for relocating employees, based on the department's moving cost calculations. USDA said its new "lump sum" model will expedite reimbursement processing times, improve cost predictability and reduce administrative burden.  But AFGE officials say the new policy could mean some employees end up spending thousands of dollars out of pocket in moving costs.

ADVERTISING



"Moving or relocation expenses incurred by you in connection with this reassignment will be paid by the agency in accordance with the relocation lump-sum program," NASS wrote in its notice. "Exact entitlement is determined on a case-by-case basis, but with the lump-sum program, employees receive a single lump-sum payment, calculated using employee-specific data, to cover relocation allowances."

Case 3:25-cv-03698-SL    Document 466-3    Filed 08/07/26    Page 34 of 34

Between January 2025 and January 2026, USDA lost about 20,000 employees, according to federal workforce data published by the Office of Personnel Management. Since the start of the second Trump administration, USDA components impacted by upcoming relocation plans have lost 30% to 40% of their staff.

**If you would like to contact this reporter about recent changes in the federal government, please email [jheckman@federalnewsnetwork.com](mailto:jheckman@federalnewsnetwork.com) (mailto:jheckman@federalnewsnetwork.com) , or reach out on Signal at jheckman.29**

*Copyright © 2026 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*





### Jory Heckman

Jory Heckman is a reporter at Federal News Network covering the Postal Service, Department of Veterans Affairs, IRS, big data and technology issues. Follow @jheckmanWFED

| Sign up for breaking news. | Email Address | Signup |
| --- | --- | --- |

## Around the Web

### Say Goodbye to Sagging Breasts? Women Over 50 Love This Bra

BRAS

### Doctor Begs Seniors: Do This to Stop Losing Muscle

ApexLabs