Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**REPLY DECLARATION OF DR. PATRICIA MILLNER** |

**SUPPLEMENTAL DECLARATION OF DR. PATRICIA MILLNER**

I, Patricia Millner, Ph.D., declare as follows:

1.      I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I have reviewed those portions of USDA's opposition to Plaintiffs' Motion for a Preliminary Injunction relating to the Beltsville Agricultural Research Center (BARC). I am providing the following information in response to information contained in that filing and as a result of developments that have occurred since the filing of my prior declaration.

*USDA's Management Directed Relocation Notices*

3.      I was shocked to learn that USDA is claiming that because the agency has not made "final" decisions regarding where BARC's research projects will be relocated and when, the agency also has not looked into the capacity, facilities, and equipment of the sites planned to receive research. About two weeks after I received a Management Directed Reassignment notice (MDR) on June 29, 2026, I learned that should I accept the reassignment I would need to report to a new location in Wyndmoor, Pennsylvania.

4.      Since June 29 I have spoken with many other BARC scientists and employees; to the best of my knowledge, every BARC scientist has confirmed that they received an MDR. My understanding is all permanent BARC personnel have been offered a relocation assignment.

5.      As I explained in my previous declaration, I split my time between the Environmental Microbial and Food Safety Laboratory (EMFSL), which focuses on pre- and post-harvest food safety research, and the Sustainable Agricultural Systems Laboratory (SASL), which focuses on developing sustainable, effective, and resilient management of agricultural production by addressing soil health, biocontrol of plant diseases, and pre- and post-harvest practices focusing on preventing pathogen contamination of large and small-farm operations producing/marketing produce from a variety of open fields and controlled environment agricultural systems research. The EMFSL management unit comprises roughly 11 research scientists and their research assistants, post-doctoral associates, technicians, and student interns. The SASL management unit is made up of four scientists and approximately five technical support personnel. In particular, the

1

EMFSL lab includes a scientist who focuses on parasites, including *Cyclospora*, which survive on fresh produce crops, such as lettuce and other crops typically consumed without cooking. That scientist heads the ARS mission project "Detection and Characterization of Zoonotic and Emerging Parasites Affecting Food Safety and Public Health," but she has been reassigned to a facility in Iowa that focuses on animal diseases rather than the plant-based pathogens that are the subject of her research. I further understand that she may resign rather than relocate due to, among other things, family responsibilities in the BARC area.

6.      I further understand from our weekly periodic meetings with ARS leadership and HR staff explaining the options employees may pursue in connection with BARC employee relocation, that none of the requests BARC employees have requested for consideration of hardship circumstances have been approved.

***The New Location Designated for My Research Cannot Adequately Support It***

7.      Since receiving my MDR, I have attempted to obtain information about the Wyndmoor facility to understand its physical infrastructure and capacity to support the research I am assigned and approved to conduct. This inquiry has included learning about the number and types of research spaces that facility has available, and whether those spaces have enough room to accommodate my laboratory's needs. Based on my conversations, I understand that the Wyndmoor facility will not be capable of fully supporting the research that my team and I do because Wyndmoor lacks vital types of research spaces that are necessary to my work. Those space and facility issues include:

- *Greenhouses and field-site space*: My current research utilizes two or three full size high tunnels, and a greenhouse to accommodate hydroponic deep-water as well as multi-channel (flat or A-frame) system; the Wyndmoor facility only has one greenhouse, which I understand is at capacity, nor is the greenhouse system suitable and certified as BSL-2 for the human pathogens involved in my research. Further, BARC has the capacity for outdoor open-field research; as I understand it, Wyndmoor has no open field facility;

- *Growth chambers*: I currently use a new, modern well-equipped, large state-of-the art walk-in growth chamber (Conviron) to, among other things, conduct research meeting BSL-2

SUPPLEMENTAL MILLNER DECLARATION, NO. 3:25-CV-03698-SI

containment to determine conditions, interventions, and management practice effective in controlling survival of certain food-borne illness pathogens.  I understand Wyndmoor has no walk-in growth chamber that can accommodate replicated hydroponic systems of the type needed for this type of research.

***It Is Not Likely USDA Can Replace BARC's Lost Scientific Talent in the Near Term***

8.     Finally, I am aware USDA is claiming it can replace any scientific talent that chooses not to relocate from BARC due to the planned reorganization. I do not believe that belief is accurate.

9.     The number of qualified researchers who can perform the work done by those in the management units I work in is limited. For those researchers not currently employed by USDA, the ongoing relocation will be a disincentive to seek employment with the agency. Among other things, the food safety group at BARC is currently in the process of writing research plans that will cover the next three to five years of research; researchers will not want to step into an unstable program where they are asked to work on projects they have no prior knowledge of, had no role in developing, and where it is uncertain whether the new research locations where they will work will have the facilities to enable successful research..

10.     Because BARC is a federal research facility, it offered stability that attracted skilled researchers who were focused on long-term research. Now, researchers face significant uncertainty, as my situation illustrates. Even if USDA is authorized to hire more researchers at new locations, an astute prospective applicant will be well aware of the chaos and uncertainty surrounding the ARS relocation and abandonment of the leading agricultural facility in the world (BARC); this will hardly be a situation attractive to prospective dedicated scientists,.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 7, 2026, in Burtonsville, Maryland.

*Patricia D. Millner*
_____
Patricia Millner, Ph.D.

3