Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
dleonard@altber.com
bchishom@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-03698-SI <br><br> **REPLY DECLARATION OF SHERRI WORMSTEAD** |

**REPLY DECLARATION OF SHERRI WORMSTEAD**

I, Sherri Wormstead, declare as follows:

1.      I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      This declaration supplements the prior declaration I submitted in this case in support of the Plaintiffs' Motion for Preliminary Injunction with respect to the U.S. Department of Agriculture ("USDA")'s reorganization.

3.      I have been an employee with the United States Forest Service (the "Forest Service") for more than 26 years. I have worked in the State, Private, and Tribal Forestry ("SPTF") branch of the Forest Service for the entirety of my career at the agency. I work as a Regional Natural Resource Specialist and a Program and Project Manager for SPTF in the Eastern Region (Region 9) of the Forest Service reporting to the Durham, NH location, supporting 20 states and Washington, DC within our region.

4.      As I noted in my declaration filed on July 1, 2026, SPTF is the branch of the Forest Service that helps implement numerous programs authorized and mandated by the Cooperative Forestry Assistance Act and other statutes aimed at supporting forests and lands at the sub-federal level. We serve as a critical resource for the programs we support, distributing grants and providing technical assistance to the many non-federal landowners across the country.

5.      I am providing this supplemental declaration to emphasize that the expertise of our program and grant specialists cannot be easily replaced if the reorganization of the Forest Service results in substantial attrition. Based on my nearly three decades of experience with SPTF on the programs side, I have learned that it takes between one and three years for a new program specialist to learn to administer the programs we oversee. Each of the dozens of programs we manage has its own objectives and implementation requirements, which any new hire has to study and learn before they can confidently give technical assistance to their partners at the sub-federal level. Beyond learning the technical skills to serve as a fully functioning program specialist, our current SPTF staff have built strong working relationships with their partners at the state, local,

1

and tribal levels. These collaborative relationships and the state-specific expertise that comes with them will take even longer for any new hires to rebuild.

6. I know from conversations with colleagues who work as grant specialists that the same is true for their work. In fact, entry-level grant specialists do not even have full authority to review and approve grants independently—they must undergo training and certification that can take two to three years before they are prepared and certified to fully execute their roles. Again, the requirements and conditions for grant applications vary widely across the dozens of programs we administer, and it takes time, experience, and training to master the grant specialist position. Many of our existing grant specialists have been with SPTF for a decade or longer, and cannot be adequately replaced even if the Forest Service attempts to hire or backfill their positions.

7. As previously mentioned, we are already severely understaffed due to departures in the last year-and-a-half. We have lost essentially half of our staff, with 23 program specialists and 18 grant specialists in 2025 now reduced to just 13 program experts and 8 grant workers. This has already undermined our ability to engage in basic program delivery, and required remaining employees to cover for departing colleagues. It would be devastating to lose more of our experienced staff, who could not be quickly substituted with early career hires. These are specialized and technical positions that require not only proper qualifications, but also years of training and on-the-job learning.

8. I worked at the agency in 2018 when the agency's efforts to combine the Northeastern Area SPTF with the Eastern Region, along with the closure of our prior regional headquarters, forced most workers to relocate. This led to substantial departures of SPTF staff, forcing us to hire and train new employees. It took us more than three years to return to our prior capacity and fully fulfill our congressional mandate. It will take even longer to rebuild if an already depleted staff loses even more experienced and dedicated employees as a result of this reorganization plan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of August, in Dover, NH.

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI

Sherri Wormstead

WORMSTEAD DECLARATION, CASE NO. 3:25-CV-03698-SI