Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03698-SI<br><br>**UPDATED INDEX OF EVIDENCE IN SUPPORT OF PRELIMINARY INJUNCTION RE: USDA** |

**Updated Index of Plaintiffs' Evidence**

The following index combines the evidence submitted with Plaintiffs' Motion (ECF 440) with the evidence filed with Plaintiffs' Reply (ECF 466), which is highlighted.

| Declarant Name | Description | ECF Number |
|---|---|---|
| *Union Plaintiff Declarations* | | |
| **Bewick, Tom (Reply)** | **AFGE** | **466-4** |
| **Bocian, Benjamin (Reply)** | **AFSCME** | **466-5** |
| Bradley, Collin | AFSCME | 440-4 |
| **Bradley, Collin (Reply)** | **AFSCME** | **466-6** |
| Dodson, Laura | AFGE | 440-5 |
| **Dodson, Laura (Reply)** | **AFGE** | **466-7** |
| Hoekema, Marvin | AFSCME | 440-6 |
| **Hoekema, Marvin (Reply)** | **AFSCME** | **466-8** |
| Kelley, Everett | AFGE | 440-7 |
| Mitchell, Ashaki | AFGE | 440-7 |
| **Mitchell, Ashaki (Reply)** | **AFGE** | **466-9** |
| Salvatore, Maryann | AFGE | 440-9 |
| **Salvatore, Maryann (Reply)** | **AFGE** | **466-10** |
| **Schwartz, Pace (Reply)** | **AFGE** | **466-2** |
| Soriano, Jesus | AFGE | 440-10 |
| Vaughn, Chearice | AFSCME | 440-11 |
| **Vaughn, Chearice (Reply)** | **AFSCME** | **466-11** |
| *Organization Plaintiff Declarations* | | |
| Funkhouser, Roy | Natural Resources Defense Council | 440-12 |
| Iverson, George | Western Watersheds Project | 440-13 |
| Lovitt, Timothy | Natural Resources Defense Council | 440-14 |
| Molvar, Erik | Western Watersheds Project | 440-15 |
| Neubacher, Don | Coalition to Protect America's National Parks | 440-16 |
| Rath, Daniel | Natural Resources Defense Council | 440-17 |
| Shultz, Alexandra | American Geophysical Union | 440-18 |
| Trujillo, Gina | Natural Resources Defense Council | 440-19 |
| Weatherly, Judy | Natural Resources Defense Council | 440-20 |
| Woodard, Dawn | Natural Resources Defense Council | 440-21 |
| *City and County Plaintiff Declarations* | | |
| Brown, Ericka | Harris County | 440-26 |
| Crispen, Dean | San Francisco | 440-27 |
| Leach, Faith | Baltimore | 440-28 |
| Rubardt, Aaron | King County | 440-29 |

| Williams, James | Santa Clara County | 440-30 |
|---|---|---|
| ***Proposed Plaintiff Declarations*** | | |
| Cudahy, James | Alliance of Crop, Soil and Environmental Science Societies | 440-22 |
| Fair, Angela | Prince George's County | 440-23 |
| Machell, Georgia | National WIC Association | 440-24 |
| Moki, Samuel | Prince George's County | 440-25 |
| ***Current and Former Agency Employee Declarations*** | | |
| Ehrman, Matthew | Forest Service | 440-31 |
| **Ehrman, Matthew (Reply)** | **Forest Service** | **466-12** |
| Garrett, Randy | Food and Nutrition Agency | 440-32 |
| Kotyk, Genny | Forest Service | 440-33 |
| **Kotyk, Genny (Reply)** | **Forest Service** | **466-14** |
| Lamas, Zachary | Agricultural Research Service | 440-34 |
| Long, Cynthia | Food and Nutrition Agency (former) | 440-35 |
| Lunney, Joan | Agricultural Research Service (former) | 440-36 |
| Medley, Megan | Forest Service | 440-37 |
| Mei, Ellen | Food and Nutrition Agency | 440-38 |
| **Mei, Ellen (Reply)** | **Food and Nutrition Agency** | **466-15** |
| Millner, Patricia | Agricultural Research Service | 440-39 |
| **Millner, Patricia (Reply)** | **Agricultural Research Service** | **466-13** |
| Prendeville, Holly | Forest Service | 440-40 |
| Rosenthal, Amy | Food and Nutrition Agency | 440-41 |
| **Rosenthal, Amy (Reply)** | **Food and Nutrition Agency** | **466-16** |
| Smith, Douglas | Forest Service (former) | 440-42 |
| Wormstead, Sherri | Forest Service | 440-43 |
| **Wormstead, Sherri (Reply)** | **Forest Service** | **466-17** |
| ***Counsel Declarations*** | | |
| **Evers, Elizabeth (Reply)** | | **466-3** |
| Levy, Jessica | | 440-3 |
| Johnson, Corinne | | 440-2 |