CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG (DC Bar No. 467513)
JEREMY S.B. NEWMAN
Chief Litigation Counsel
CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors
ROBERT C. BOMBARD
TAYLOR PITZ
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9509
Robert.Bombard2usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 460)**<br><br>Judge: Hon. Susan Illston |

Pursuant to Local Rules 7-11 and 79-5(f), Defendants hereby provide this Statement and the accompanying Declarations of Kateland Jackson and Nelson Claridge in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 460) ("Sealing Motion").

As set forth below, Defendants seek to maintain the confidentiality of limited portions of **Exhibits A-D, H-J, P, and T** as designated in the Declaration of Elle Eshelman in Support of Plaintiffs' Partial Summary Judgment Reply and Opposition (ECF 461-2). These exhibits contain cell phone numbers that need not be disclosed and whose disclosure would serve no public purpose. *See* Jackson Decl.; Claridge Decl. Additionally, **Exhibit I** contains attorney-client privileged communications that were inadvertently disclosed and should be redacted. Defendants are otherwise amenable to public filing of the materials Plaintiffs have provisionally filed under seal, as redacted by Defendants. *See* Exhibit A to Declaration of Kateland Jackson.

Because Plaintiffs' Sealing Motion concerns confidential discovery records Plaintiffs wish to present in support of a dispositive motion, the "compelling interest" standard applies. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Under that standard, a court may seal records if it finds "a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016) (quoting *Kamakana*, 447 F.3d at 1179). Those reasons must "outweigh the general history of access and the public policies favoring disclosure, such as the 'public interest in understanding the judicial process.'" *Kamakana*, 447 F.3d at 1178-79 (quoting *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)). The Court should "conscientiously balance[ ] the competing interests of the public and the party who seeks to keep" the records sealed. *Id.* at 1179.

For the reasons set forth in the Jackson and Claridge Declarations, the specific, narrowly redacted excerpts of materials Defendants seek continued confidentiality of meet this standard. Publicly filing personal or work cell phone numbers, in some cases phone numbers that have been transferred and thus may now belong to employees with zero connection to this litigation, would not advance transparency and may subject a government employee to unwanted and unnecessary

harassment and annoyance. Jackson Decl. ¶¶ 4-7, Claridge Decl. ¶¶ 4-7. Exhibit A of the Jackson Declaration consists of redacted versions of **Exhibits A, B, C, D, H, I, J, P, and T** as designated in Plaintiffs' filing at ECF 461-2, with personal and work phone numbers redacted, suitable for public filing. Defendants have also redacted the privileged communications in **Exhibit I** so that it may be publicly filed. Jackson Decl. ¶ 9. The remaining Exhibits submitted in support of Plaintiffs' filing at ECF 461-2 may be publicly filed not under seal, without redactions.

A Proposed Order is attached.

Dated: August 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

BRAD P. ROSENBERG
JEREMY S.B. NEWMAN
Chief Litigation Counsel

CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors

*/s/ Robert C. Bombard*
ROBERT C. BOMBARD
(Colorado Bar No. 45388)
TAYLOR PITZ
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 598-9509
Robert.Bombard2@usdoj.gov

*Counsel for Defendants*