**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER** |

The Court has reviewed the Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF 460), filed by Plaintiffs on July 31, 2026, in connection with Plaintiffs' Partial Summary Judgment Reply and Opposition as well as Defendants' Statement in Support of Plaintiffs' Administrative Motion and supporting Declarations.

The Court finds compelling reasons to redact the personal and work cell phone numbers in **Exhibits A, B, C, D, H, I, J, P, and T** as designated in Plaintiffs' filing at ECF 461-2, as disclosure of personal and work cell phone numbers could subject a government employee, former government employee, or third party state government employees to harassment with zero public benefit of disclosure.

The Court also finds compelling reasons to redact two lines in **Exhibit I** under the attorney-client privilege. Defendants have narrowly tailored their sealing request and have publicly filed versions of **Exhibits A, B, C, D, H, I, J, P, and T** with appropriate redactions. *See* Exhibit A, Jackson Declaration.

Accordingly, this Court orders as follows:

The proposed redactions to **Exhibits A, B, C, D, H, I, J, P, and T** as designated in Plaintiffs' filing at ECF 461-2, are GRANTED, and those Exhibits may be publicly filed not under seal, subject to those redactions.

The remaining Exhibits submitted in support of Plaintiffs' filing at ECF 461-2 may be publicly filed not under seal, without redactions.

IT IS SO ORDERED.

Susan Illston
United States District Judge

Date

*[page to be deleted]*