CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG
JEREMY S.B. NEWMAN
Chief Litigation Counsel
CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors
ROBERT C. BOMBARD
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-1819
Marianne.F.Kies@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 3:25-cv-03698-SI

**DECLARATION OF NELSON CLARIDGE**

In accordance with the provisions of 28 U.S.C. § 1746, I, Nelson Claridge, state as follows under penalty of perjury:

1. I am the Director for the Information Technology Acquisition Division at the Federal Emergency Management Agency ("FEMA"), headquartered in Washington, D.C. I have served in this position since October 08, 2022. I have worked within the Mission Support Office at FEMA for 16 years.

2. The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3. AT&T is a provider for FEMA cellular phones. Through AT&T, FEMA reserves a pool of phone numbers which it uses for FEMA employees. When an employee leaves FEMA, their cellular phone number is returned to the general pool of phone numbers after a period of at least 60 days to be recycled to another individual. All phone numbers are subject to being recycled.

4. Jacky Bell is a current FEMA employee with an active cellular phone number. Her phone number is present on KLV_000196.

5. William Bilicic is a current FEMA employee with an active cellular phone number. His phone number is present in Exhibit B.

6. Stephanie Dobitsch is a former employee of FEMA. Her previous FEMA phone number has been returned to the pool for recycling. This phone number is present in Exhibits A, B, and D.

7. Karen Evans is a former employee of FEMA and current employee of DHS. Her FEMA phone number, present in the exhibits, has been ported to DHS to assume control of the service contract. The number remains with Ms. Evans in her position with DHS. This phone number is present in Exhibits A, B, C, and D.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2026

NELSON T CLARIDGE

Digitally signed by NELSON T CLARIDGE
Date: 2026.08.14 14:10:12 -04'00'

Nelson Claridge