# Exhibit A

**From:** Dobitsch, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=330D2D04E3FD4974AB1D8BD4177BF2C7-333D7208-AF]
**Sent:** 12/3/2025 6:33:12 PM
**To:** Evans, Karen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=85bf5c69b59b407dbe7a70b634015dc0-771d1d66-f8]
**CC:** Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5]
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

Karen,

We're finalizing an update to the staffing plan now that shows how the numbers align to the plan you submitted in September. There are some critical hires that most of the programs will argue for that cannot be filled with internal reassignments and can view those justifications in the plan.

Should you choose not to approve any changes for FY26, we will submit the FY25 numbers as the FY26 plan. This staffing plan is updated quarterly so we will have an opportunity to adjust the numbers, including by attrition of COREs through term expirations.

Best,
Stephanie

**Stephanie Dobitsch**
Associate Administrator (A)
Office of Policy and Program Analysis
[redacted]

FEMA

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 8:10 AM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

and you are also using FY2025 numbers to justify this submission.

I let Roland know the proposed submission has an INCREASE...it is not going to fly
And I am not submitting it

**Karen S. Evans**
Administrator (SOPD)

Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

---

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 8:05 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** Re: URGENT: Response to DHS Requests for Staffing Plan

Will do, Karen. This is still an overall reduction but I'll cross check everything today to highlight those areas of conflict with the report you submitted.

The complexity is that your reductions in the memo begin with what was onboard at the beginning of 2025 and this starts with the end of FY25 and thus percentages of the reductions between the two plans should be close. For example, if you targeted a 40% reduction of the total workforce at the beginning of 2025, then our methodology for this plan (20% DRP reduction plus 20% vacancy reduction) should be in line with that.

Nevertheless, I'll get back to you to confirm.

Best,
Stephanie

**Stephanie Dobitsch**
OPPA, FEMA
[redacted]

---

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 7:55:45 AM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** FW: URGENT: Response to DHS Requests for Staffing Plan

Stephanie
I know you have a copy of what was submitted in September. That was a 44% decrease and it was done across each group
We need to use that document where we can provide those numbers because it breaks it out by the type of employees.

This submission is unacceptable as it currently stands.
Thanks in advance

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency

U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

---

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Tuesday, December 2, 2025 4:52 PM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>; Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; Cope-Tilford, Lily <lily.cope-tilford@fema.dhs.gov>; Icardi, Michael <michael.icardi@fema.dhs.gov>
**Subject:** URGENT: Response to DHS Requests for Staffing Plan

Karen,

Please find FEMA's response to the DHS Annual Staffing Plan submission to the Office of Personnel Management (OPM) and Office of Management and Budget (OMB) (task below). This is a recurring tasker due each quarter.

Background:

- Employee Plan Tab
  - FEMA closed FY 2025 with 23,146 total employees onboard, including permanent full time, disaster full time, and surge staff. This number excludes the 685 employees scheduled to offboard between October 1, 2025, and January 10, 2026, who are participating in the Deferred Resignation Program (column W).
  - As of PP 23, FEMA has 4,587 vacant/funded positions. OCHCO requested Program/Regional Offices fill no more than 80% of vacant/funded positions to align with the FY 2026 proposed budget and the Administration's intent to reduce the size of the federal workforce. FEMA's projected FY 2026 FTE is 24,804; an increase of 1,658 employees. This increase accounts for 36% of vacant/funded positions.
- Contractor Plan Tab
  - FEMA closed FY 2025 with 5,546 contractors that provided personnel services for a cost of $1.2B. This number includes cleaning, security, and personnel used to supplement full-time employees.
  - FEMAs projects a reduction in contractor FTE in FY 2026 with 3,283 (31% lower) for a cost of $1B.
- Contract Spend Detail
  - Column L provides contract details. FEMA closed FY 2025 with $1.2B spent in personnel services contracts.
  - FEMAs projects a reduction in personnel services contract spending in FY 2026 with an estimate of $1B.
- National Security, Immigration Enforcement, and Public Safety Tab
  - FEMAs sole primary mission critical occupation is the Emergency Management Specialist (0089). FEMA closed FY 2025 with 10,779 personnel. This number remains unchanged for FY 2026.
- Hiring Details Tab
  - Indicates positions FEMA Program/Regional Offices project to fill in FY 2026.
- Reduction/Restructure and Workforce Planning tabs are placeholders for DHS/OPM/OMB use.
- Key Personnel Metrics tab was populated using HR system of record data for FEMA.
- Hiring Details-Definitions, Workforce Planning Instructions, and Look Up tabs are informational only.

Overall, nearly all the offices came in line with the 80% target fill rate of vacancies (excluding those from WTP/DRP). The few exceptions include smaller offices that had very low vacancy rates in FY25 but lost significant staffing through the workforce transition programs, including USFA, OPPA, and OCC.

Our response is due to DHS by noon tomorrow. We'd be happy to walk through this with you tomorrow at your convenience.

Best,
Stephanie

**Stephanie Dobitsch**
Associate Administrator (A)
Office of Policy and Program Analysis
[redacted]

FEMA

**From:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Sent:** Friday, November 21, 2025 9:22 AM
**To:** HCLC-Principals <HCLC-Principals@hq.dhs.gov>; HCLC-Deputies <HCLC-Deputies@hq.dhs.gov>
**Cc:** Courtney, Paul <paul.courtney@hq.dhs.gov>; KESSLER, MATTHEW <MATTHEW.KESSLER@hq.dhs.gov>
**Subject:** Due by December 3 at 12PM: Annual Staffing Plan Data Call

As required per the Executive Order 14356, *Ensuring Continued Accountability in Federal Hiring* and related Fact Sheet: President Donald J. Trump Ensures Continued Accountability in Federal Hiring, the Department must submit an Annual Staffing Plan to OPM and OMB.

To facilitate this process, we have attached a standardized template that aligns with OPM/OMB reporting requirements. The template is designed to streamline data collection and reporting across components.

The staffing plan takes a bottoms-up approach to determine the appropriate staffing levels needed to support Presidential priorities, mission-critical areas, and statutory obligations. The OPM/OMB tasker also requires information related to contractors. Please share this as soon as possible with your Heads of Contracting so they can support completion of this tasker on time.

Instructions for completing this data call:

- Components should distribute this template to their lowest-level offices to complete the tabs highlighted in **green**.
- Components should answer the tabs highlighted in **blue** at the consolidated component level.

- Components should submit a consolidated response **no later than 12 p.m., Wednesday, December 3**.

I understand this is a tight deadline, but your support is critical to ensuring DHS can fully comply with the Executive Order. We will hold an office hours session on Monday, November 24, to address any questions you may have regarding this data call.

You may also contact Huy Le at huy.le@hq.dhs.gov and Bety Idriss at betelehem.idriss@hq.dhs.gov directly with any questions.

Thank you for your assistance!

-Roland

# Exhibit B

**From:** Evans, Karen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85BF5C69B59B407DBE7A70B634015DC0-771D1D66-F8]
**Sent:** 12/4/2025 6:05:55 AM
**To:** Bilicic, William [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a8d35e355c24ff98d728931441d89d6-17597001-19]
**CC:** Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5]
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

Thanks Will...this is good to know because it is approximately 50% reduction
We should be able to cross walk..thanks again!!

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

**From:** Bilicic, William <william.bilicic@fema.dhs.gov>
**Sent:** Thursday, December 4, 2025 12:42 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

Karen,

While you are reviewing the spreadsheets from Stephanie, I wanted to send you the spreadsheet I built based on Dave R's memo on 9/28 as requested earlier today.

While the overall Agency number matches Dave's plan from 9/28, the actual numbers broken down by Office might be slightly off. There are a few issues that might make these numbers slightly different, noted below:

1. The total number of full time employees is higher in this spreadsheet (23,146) compared to the information from September (22,559).
2. For the "Advisor to S1 and POTUS" section from Dave's plan, I had to proportionally spread the shifts between OA and OPPA. However, I am not certain what the breakdown was when the chart was created.
3. Similarly, for the Mission Enabling section, I spread it out proportionally among OEA, OCFO, OPR, OCC, and USFA. I am unsure where USFA fit in the 9/28 plan and therefore bucketed them here.
4. It is possible that some offices, like USFA, had employees in multiple MET bins—for example, USFA could have had people broken out into both training and exercise and mission enabling MET bins. I did/do not have the data that went into building the tables in the 9/28 plan to check on this.

The number of personnel at FEMA would decrease from 23,146 to 11,383. This represents a decrease of 11,763 or 50.82%.

Hopefully you find this helpful and that this makes sense/meets the ask. I am going to head to sleep now but will pick right up with this in the morning, including re-reviewing this information to triple check that everything is correct as I wrapped this up later than I was hoping for!

Please let me know if you have any questions!

Sincerely,
Will

Will Bilicic
Special Advisor to the Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security
Mobile: [redacted]

**From:** Bilicic, William
**Sent:** Wednesday, December 3, 2025 11:56 PM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

Karen—will do. This is perfectly timed as I just finished building the excel based on the 9/28 plan signed by Dave R (after running into some issues and more math than I was expecting)

Sincerely,
Will

Will Bilicic
Special Advisor to the Administrator
Federal Emergency Management Agency
U.S. Department of Homeland Security
Mobile: [redacted]

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 11:47 PM
**To:** Bilicic, William <william.bilicic@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** FW: URGENT: Response to DHS Requests for Staffing Plan

Hi Will here is her revised response
Take a look...I am reviewing as well

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 3:49 PM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

Hi Karen,

Below three options for your consideration of the FY26 Staffing plan:

- Option 1: (Steady State attached): FY 2026 staffing remains at the FY 2025 level, less DRP/WTP = 22,454 employees (3% staff reduction from end of FY25)
- Option 2: (Staff Reductions attached): FY 2026 staffing is reduced via attrition and DRP/WTP = 21,886 employees (5% staff reduction from end of FY25)
- Option 3 (Original Submission): +7% from end of FY25; 23% decrease from start of January 2025 (the September RIF plan target)

**Rationale for Option 3:** In the staffing plan we submitted yesterday, there were a total of 5198 PFT positions projected for the Agency in FY26. In the plan you submitted in September, you targeted a 42% reduction in the PFT workforce from 6,811 PFT positions as of January 2025. *(see table below)*

Table 1

| | Totals | Permanent Full Time | Disaster Full Time | Surge Workforce |
|---|---|---|---|---|
| As of January 20, 2025 | **32,127** | **6,811** | **16,007** | **9,309** |
| WTP + DRP | 1,500 | 988 | 512 | - |
| Proposed Reductions as of 28 September | 19,244 | 1,362 | 10,843 | 7,039 |
| Remaining Employees Onboard | 11,383 | 3,949 | 5,164 | 2,270 |
| Percent of Employees Reduced | 64% | 35% | 68% | 76% |

With 6,811 PFTs as of January 2025:

- 1,613 have departed from January 2025 – September 2025
- 685 will depart through WTP/DRP from September 2025 through the new year
- Assuming at least 10% attrition, we can expect ~520 PFT departures in 2026

This brings total PFT count for FY26 to 3,993, in line with your target, with no additional reductions.

I think we can still meet this target, even with hiring for critical positions requested for FY26 using the changes we expect with the council report and RIF plans that help us with reducing parts of the workforce that are no longer primary to our mission. This increase also offsets the contract support lost for personnel services across programs.

I don't have confidence in our data on Disaster and Surge personnel and so the original submission we proposed will need more analysis to determine how far we are from the target percentages. The benefit with this larger number at the start of the reporting period allows us to provide you better insights for decisions on the next quarterly update to reduce your specific areas of focus in a meaningful way.

I know this detail is complex, but I hope it is helpful and I'm happy to jump on a call to discuss. Please let me know how you'd like to proceed.

Best,

Stephanie

**Stephanie Dobitsch**
Associate Administrator (A)
Office of Policy and Program Analysis
[redacted]

FEMA

---

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 8:12 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** Re: URGENT: Response to DHS Requests for Staffing Plan

Sounds good. I'll get back to you as soon as possible

**Stephanie Dobitsch**
OPPA, FEMA
[redacted]

---

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 8:09:33 AM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** RE: URGENT: Response to DHS Requests for Staffing Plan

and you are also using FY2025 numbers to justify this submission.

I let Roland know the proposed submission has an INCREASE...it is not going to fly
And I am not submitting it

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 8:05 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** Re: URGENT: Response to DHS Requests for Staffing Plan

Will do, Karen. This is still an overall reduction but I'll cross check everything today to highlight those areas of conflict with the report you submitted.

The complexity is that your reductions in the memo begin with what was onboard at the beginning of 2025 and this starts with the end of FY25 and thus percentages of the reductions between the two plans should be close. For example, if you targeted a 40% reduction of the total workforce at the beginning of 2025, then our methodology for this plan (20% DRP reduction plus 20% vacancy reduction) should be in line with that.

Nevertheless, I'll get back to you to confirm.

Best,
Stephanie

**Stephanie Dobitsch**
OPPA, FEMA
[redacted]

---

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Wednesday, December 3, 2025 7:55:45 AM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>
**Subject:** FW: URGENT: Response to DHS Requests for Staffing Plan

Stephanie
I know you have a copy of what was submitted in September. That was a 44% decrease and it was done across each group
We need to use that document where we can provide those numbers because it breaks it out by the type of employees.

This submission is unacceptable as it currently stands.
Thanks in advance

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Tuesday, December 2, 2025 4:52 PM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Prieur, La'Toya <latoya.prieur@fema.dhs.gov>; Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; Cope-Tilford, Lily <lily.cope-tilford@fema.dhs.gov>; Icardi, Michael <michael.icardi@fema.dhs.gov>
**Subject:** URGENT: Response to DHS Requests for Staffing Plan

Karen,

Please find FEMA's response to the DHS Annual Staffing Plan submission to the Office of Personnel Management (OPM) and Office of Management and Budget (OMB) (task below). This is a recurring tasker due each quarter.

Background:

- Employee Plan Tab
  - FEMA closed FY 2025 with 23,146 total employees onboard, including permanent full time, disaster full time, and surge staff. This number excludes the 685 employees scheduled to offboard between October 1, 2025, and January 10, 2026, who are participating in the Deferred Resignation Program (column W).
  - As of PP 23, FEMA has 4,587 vacant/funded positions. OCHCO requested Program/Regional Offices fill no more than 80% of vacant/funded positions to align with the FY 2026 proposed budget and the Administration's intent to reduce the size of the federal workforce. FEMA's projected FY 2026 FTE is 24,804; an increase of 1,658 employees. This increase accounts for 36% of vacant/funded positions.
- Contractor Plan Tab
  - FEMA closed FY 2025 with 5,546 contractors that provided personnel services for a cost of $1.2B. This number includes cleaning, security, and personnel used to supplement full-time employees.
  - FEMAs projects a reduction in contractor FTE in FY 2026 with 3,283 (31% lower) for a cost of $1B.
- Contract Spend Detail
  - Column L provides contract details. FEMA closed FY 2025 with $1.2B spent in personnel services contracts.
  - FEMAs projects a reduction in personnel services contract spending in FY 2026 with an estimate of $1B.
- National Security, Immigration Enforcement, and Public Safety Tab
  - FEMAs sole primary mission critical occupation is the Emergency Management Specialist (0089). FEMA closed FY 2025 with 10,779 personnel. This number remains unchanged for FY 2026.
- Hiring Details Tab
  - Indicates positions FEMA Program/Regional Offices project to fill in FY 2026.
- Reduction/Restructure and Workforce Planning tabs are placeholders for DHS/OPM/OMB use.
- Key Personnel Metrics tab was populated using HR system of record data for FEMA.
- Hiring Details-Definitions, Workforce Planning Instructions, and Look Up tabs are informational only.

Overall, nearly all the offices came in line with the 80% target fill rate of vacancies (excluding those from WTP/DRP). The few exceptions include smaller offices that had very low vacancy rates in FY25 but lost significant staffing through the workforce transition programs, including USFA, OPPA, and OCC.

Our response is due to DHS by noon tomorrow. We'd be happy to walk through this with you tomorrow at your convenience.

Best,
Stephanie

**Stephanie Dobitsch**
Associate Administrator (A)
Office of Policy and Program Analysis
[redacted]

FEMA

---

**From:** Edwards, Roland <roland.edwards@HQ.DHS.GOV>
**Sent:** Friday, November 21, 2025 9:22 AM
**To**: HCLC-Principals <HCLC-Principals@hq.dhs.gov>; HCLC-Deputies <HCLC-Deputies@hq.dhs.gov>
**Cc**: Courtney, Paul <paul.courtney@hq.dhs.gov>; KESSLER, MATTHEW <MATTHEW.KESSLER@hq.dhs.gov>
**Subject:** Due by December 3 at 12PM: Annual Staffing Plan Data Call

As required per the Executive Order 14356, *Ensuring Continued Accountability in Federal Hiring* and related Fact Sheet: President Donald J. Trump Ensures Continued Accountability in Federal Hiring , the Department must submit an Annual Staffing Plan to OPM and OMB.

To facilitate this process, we have attached a standardized template that aligns with OPM/OMB reporting requirements. The template is designed to streamline data collection and reporting across components.

The staffing plan takes a bottoms-up approach to determine the appropriate staffing levels needed to support Presidential priorities, mission-critical areas, and statutory obligations. The OPM/OMB tasker also requires information related to contractors. Please share this as soon as possible with your Heads of Contracting so they can support completion of this tasker on time.

Instructions for completing this data call:

- Components should distribute this template to their lowest-level offices to complete the tabs highlighted in **green**.
- Components should answer the tabs highlighted in **blue** at the consolidated component level.
- Components should submit a consolidated response **no later than 12 p.m., Wednesday, December 3**.

I understand this is a tight deadline, but your support is critical to ensuring DHS can fully comply with the Executive Order. We will hold an office hours session on Monday, November 24, to address any questions you may have regarding this data call.

You may also contact Huy Le at huy.le@hq.dhs.gov and Bety Idriss at betelehem.idriss@hq.dhs.gov directly with any questions.

Thank you for your assistance!

-Roland

# Exhibit C

**From:** Evans, Karen [karen.evans@fema.dhs.gov]
**Sent:** 12/4/2025 7:04:59 PM
**To:** Edwards, Roland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=45e430c1801d487ebaa145ab322c9140-Edwards, Ro]
**CC:** Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0bd75d92ec084841b6f69b4f3e2a270c-1ceec692-a4]; Bilicic, William [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=167cfe1abf9f49b0a82f196ee70d9dab-de145c0a-38]; Schulenburg, Christopher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d691781f2ba24f1fbda87223f800f532-4fd67c92-c7]; McGill, Greyson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fec31a50c67746c98d12189482307d21-618c84e0-74]
**Subject:** Initial Submission: FEMA
**Attachments:** Copy of Copy of Annual Staffing Plan Data Call Template 12-2-2025 FEMA.xlsx

Hi Roland
I apologize for the lateness on this assignment. Here is the first part of the template.
As you can see, we take the FEMA number to 11,383 which is 50.82 percent reduction.

The specific numbers may shift given the determination from the POTUS and S1 on the future version of FEMA Currently, we are building out the details associated with these numbers to complete the rest of the spreadsheet.

Thanks for your patience

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

# Exhibit D

**From:** Dobitsch, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=330D2D04E3FD4974AB1D8BD4177BF2C7-333D7208-AF]
**Sent:** 12/17/2025 12:16:05 PM
**To:** Guy, Joseph [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b1efa534924b4c66b1bffcf1b9238267-fbbf2d77-c6]; Voorhies, Kara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59e892831314435587de3f96b6d521fc-71690143-b5]
**CC:** Evans, Karen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=85bf5c69b59b407dbe7a70b634015dc0-771d1d66-f8]
**Subject:** FW: FOR REVIEW: Draft Email for Workforce Retention Planning

Sharing my response to the email chain you were just added to. Thanks, Stephanie

**From:** Dobitsch, Stephanie
**Sent:** Wednesday, December 17, 2025 12:13 PM
**To:** Barton, Victoria <victoria.barton@fema.dhs.gov>; BOCK, MICAH <MICAH.BOCK@hq.dhs.gov>
**Cc:** Evans, Karen <karen.evans@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

I require data from the program heads to determine the workforce population that will be selected to be reduced and then develop options for how we can reduce (i.e. RIF, WTP, Term Expiration, MDR, etc).I can do a meeting with program heads to convey framework and the assumptions, but I will still need to send the target numbers and directions. Here's a more limited draft message for consideration:

*Per our discussion, please use a bottom-up approach to identify positions you recommend retaining, rather than cutting, with the goal of maintaining approximately 11,500 total positions across the Agency. Of these positions, 60% are proposed to be filled by the disaster workforce (CORE and Reservist). Targets for each employee type and Mission Essential Task are provided in Tab 2 of the attached workforce planning excel sheet.*

***Instructions:***

- *Using the first tab, "Organizational Data for Review," filter by your component and note the total number of positions to retain (Column I) by organization and employee type. The cumulative target is 50% fewer than your Org Level Two (Level Three for Regions) filled positions as of the end of fiscal year 2025.*
- *For reference, the second tab, "Pivot Tables for Reference," shows the September 30, 2025 workforce distribution, suggested targets, and filterable pivot tables based on responses.*
- *The third tab, "Employee Type for Reference," lists employee types by category.*

*The linked spreadsheet is available only to program heads and senior advisors. Please do not further disseminate this task or the accompanying document. Your review and update to Column I is requested by Wednesday, December 31, 2025. Password to follow.*

Appreciate your feedback.

Thanks,
Stephanie

**From:** Barton, Victoria <victoria.barton@fema.dhs.gov>
**Sent:** Wednesday, December 17, 2025 11:02 AM

**To:** BOCK, MICAH <MICAH.BOCK@hq.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Defer to Stephanie

I don't know why we need an email on this. I think it helps with laying the task out but I don't think the email is necessarily a great idea based on what it is saying.

Respectfully,

Victoria L. Barton
Associate Administrator
Office of External Affairs
victoria.barton@fema.dhs.gov

Federal Emergency Management Agency
FEMA.gov

FEMA

**From:** Bock, Micah <MICAH.BOCK@hq.dhs.gov>
**Sent:** Wednesday, December 17, 2025 10:58 AM
**To:** Barton, Victoria <victoria.barton@fema.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>
**Subject:** Re: FOR REVIEW: Draft Email for Workforce Retention Planning

Oh good lord. I assume we have to send this?

---

**From:** Barton, Victoria <victoria.barton@fema.dhs.gov>
**Sent:** Tuesday, December 16, 2025 5:56:59 PM
**To:** Bock, Micah <MICAH.BOCK@hq.dhs.gov>
**Cc:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>
**Subject:** FW: FOR REVIEW: Draft Email for Workforce Retention Planning

Micah –

Can you please review this document that FEMA wants to send out. I will note, if this does leak, it is aligned with the Administrations priorities on FEMA.

Respectfully,

Victoria L. Barton
Associate Administrator
Office of External Affairs
victoria.barton@fema.dhs.gov

Federal Emergency Management Agency
FEMA.gov

FEMA

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Tuesday, December 16, 2025 5:49 PM
**To:** Barton, Victoria <victoria.barton@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; FEMA-OEA-Advisors <fema-oea-advisors@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Hi Victoria,

Please see attached. For distribution, this will go to program heads (Associate and Deputy Associate Administrators, Regional Administrators, Deputy Regional Administrators) and senior advisors to program heads. The excel sheet will be locked and I added some language stating that this task should not be further distributed.

Please let me know if you need anything further.

Best,
Stephanie

**From:** Barton, Victoria <victoria.barton@fema.dhs.gov>
**Sent:** Tuesday, December 16, 2025 5:04 PM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>; FEMA-OEA-Advisors <fema-oea-advisors@fema.dhs.gov>; Wollenhaupt, Charles <charles.wollenhaupt@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Please send the clean version in a word document and I will get it to DHS OPA for review.

Respectfully,

Victoria L. Barton
Associate Administrator
Office of External Affairs
victoria.barton@fema.dhs.gov

Federal Emergency Management Agency
FEMA.gov

FEMA

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Tuesday, December 16, 2025 11:58 AM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>; Barton, Victoria <victoria.barton@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Thanks, Karen. Victoria, please let me know if you need anything from me to push to OPA.

Best,
Stephanie

**From:** Evans, Karen <karen.evans@fema.dhs.gov>
**Sent:** Tuesday, December 16, 2025 11:29 AM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Barton, Victoria <victoria.barton@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Victoria
Before this goes out, I would like to get OPA review.
This email will leak to the press for sure and the Assumptions below, I want to make sure they are good to go.
Thoughts?

**Karen S. Evans**
Administrator (SOPD)
Federal Emergency Management Agency
U.S. Department of Homeland Security
Karen.evans@fema.dhs.gov
Mobile: [redacted]

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Tuesday, December 16, 2025 11:24 AM
**To:** Barton, Victoria <victoria.barton@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Good morning,

Checking in to see if you have any feedback and approve of pushing the below out to the leadership. I'd like to give them as much time as possible so that I can get you a plan by mid-January.

Thanks,
Stephanie

**From:** Dobitsch, Stephanie
**Sent:** Monday, December 15, 2025 5:20 PM
**To:** Barton, Victoria <victoria.barton@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

Thanks for the quick review. Adjusted below.

**From:** Barton, Victoria <victoria.barton@fema.dhs.gov>
**Sent:** Monday, December 15, 2025 5:11 PM
**To:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>; Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** RE: FOR REVIEW: Draft Email for Workforce Retention Planning

I would take out all reference to the FEMA review council

Respectfully,

Victoria L. Barton
Associate Administrator
Office of External Affairs
victoria.barton@fema.dhs.gov

Federal Emergency Management Agency
FEMA.gov
FEMA

**From:** Dobitsch, Stephanie <stephanie.dobitsch@fema.dhs.gov>
**Sent:** Monday, December 15, 2025 5:09 PM
**To:** Evans, Karen <karen.evans@fema.dhs.gov>
**Cc:** Barton, Victoria <victoria.barton@fema.dhs.gov>; Voorhies, Kara <kara.voorhies@fema.dhs.gov>; Bilicic, William <william.bilicic@fema.dhs.gov>
**Subject:** FOR REVIEW: Draft Email for Workforce Retention Planning

Karen,

Per our discussion last week, I plan to send the below email to Associate Administrators and their deputies and senior advisors as soon as possible so they have the next week to provide feedback.

Welcome everyone's feedback and questions.

***
Colleagues,

As part of the new requirement to provide quarterly updates to OPM on the Agency's staffing plan, I am requesting your inputs on personnel requirements for each program's minimum operating capabilities. The planning assumption for the Agency is a 50% reduction across functions and varied by employee type. FEMA's response and recovery missions will serve as the resource priority (~60% of total personnel), with potential shifts in those and other program resources occurring as part of broader organizational decisions.

For this task, we request you take a bottom-up approach to determine what you recommend is kept, rather than cut, with a goal of retaining approximately 11,500 total positions across the Agency. 60% of these potions are proposed to be filled by the disaster workforce (CORE and Reservist). Targets for each employee type and Mission Essential Task are provided in the TAB 2 of DRAFT Workforce Plan - December 2025.xlsx.

- Using the first tab, *Organizational Data for Review*, please filter by your component and note the total number of positions to retain (Column I) by organization and employee type—with a cumulative target of 50% less your Org Level Two (Three for Regions) filled positions as of fiscal year 2025 end.

- For your reference, you can see the September 30, 2025 workforce distribution, suggested targets, and filterable pivot tables based on responses in the second tab, *Pivot Tables for Reference.*
- The third tab, *Employee Type for Reference,* provides the employee types by category for your reference.

Below are assumptions to consider when identifying which positions to retain:

- The Administration has provided clear direction on downsizing the Federal government by eliminating unnecessary positions, removing poor performers, and strategically hiring for only essential jobs
- Explicit direction on FEMA's future mission delivery is still being discussed and further direction may not be available before the requested delivery of the plan in mid-January.
- Based on discussions to date about FEMA's future:
  - There will likely be fewer declared disasters with shorter field durations;
  - There will likely be a smaller field presence when disasters are declared;
  - States and tribes will take on more operational responsibilities for non-catastrophic planning and incidents;
  - There will be an increased centralization of functions for improved efficiency and oversight

The linked spreadsheet is only available to program heads and senior advisors. Please plan to complete the review and updating of Column I by **Wednesday, December 31, 2025**. Password to follow.

Thank you in advance for your cooperation on this task and meeting leadership's intent.

Best,
Stephanie

**Stephanie Dobitsch**
Associate Administrator (A)
Office of Policy and Program Analysis
[redacted]

FEMA

# Exhibit E

**From:** Konopka, Daniel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0BF47847DE64C2EB3D580EF2EED9A1C-DANIEL.A.KO]
**Sent:** 4/16/2026 10:30:44 AM
**To:** Le, Huy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e846d765d4a64f649cde8ba649f111bc-343faa63-fb]
**Subject:** FW: strategic hiring plans analysis needed
**Attachments:** Strategic Hiring Plans Analysis - 2026041401.docx

**Flag:** Follow up

Thanks!

**From:** Konopka, Daniel
**Sent:** Tuesday, April 14, 2026 7:00 PM
**To:** Nelson, Jason <JASON.L.NELSON@hq.dhs.gov>
**Cc:** Glaser, Leslie <leslie.glaser@hq.dhs.gov>
**Subject:** RE: strategic hiring plans analysis needed

Here is the Strategic Hiring Plan Analysis you requested.

Key Findings (from page 3):

1. Most organizations failed to respond to Goal 1: Shared Certificates. It appears most organizations have not historically tracked this metric. DHS would benefit by ensuring each organization establishes systems to track Shared Certificates.
2. DHS benefits from larger organizations meeting goals. Examples include:
   - Goal 2: 33% New External Hires to be Early Career Talent ⍰ DHS benefits from large number of Early Career hires in CBP, ICE, and TSA.
   - Goal 4: Downgrade to More Junior Positions ⍰ DHS benefits from large number of Grade 4 and 5 hires in CBP, ICE, and TSA.
   - Goal 6: More Frontline over Support ⍰ DHS benefits from large number of frontline hires in CBP, ICE, and TSA.
3. A large opportunity to improve overall DHS performance is to focus on improving metrics where larger organizations are not yet reaching the targeted goals. Examples include:
   - With a low % of Early Career hires and medium number of hires, the priority should be to increase FEMA's % Early Career.
   - With large number of contractors and low decrease in % of contractors, the priority should be to decrease USCIS number of contractors.
   - With a large number of mostly senior positions, the priority is to target lower grades for FEMA.
   - With a low % change and high FTE Count priority is to lower TSA FTE Count.
   - With moderate % frontline and a moderate hiring count the priority should be to increase frontline % for USCIS and USSS.
4. The Data Call Template (DCT) does not capture Tech Force positions and follow-up data call provides data that is not easily reconciled with the Hiring Details in the DCT.
5. The Data Call Template (DCT) does not capture GS-2210-14 positions that could be converted to GS-2230-14 positions.

Please let me now if you have any questions or feedback.

Thanks,
Dan

**From:** Konopka, Daniel
**Sent:** Wednesday, April 8, 2026 2:17 PM

**To:** Nelson, Jason <JASON.L.NELSON@hq.dhs.gov>
**Cc:** Glaser, Leslie <leslie.glaser@hq.dhs.gov>
**Subject:** RE: strategic hiring plans analysis needed

Yes, I should be able to deliver the analysis by COB April 14.

Dan

**From:** Nelson, Jason <JASON.L.NELSON@hq.dhs.gov>
**Sent:** Wednesday, April 8, 2026 2:15 PM
**To:** Konopka, Daniel <daniel.konopka@hq.dhs.gov>
**Cc:** Glaser, Leslie <leslie.glaser@hq.dhs.gov>
**Subject:** RE: strategic hiring plans analysis needed

Dan,
Now that you had some time to dig in, can you deliver the analysis by Tuesday COB April 14?

--
Thanks,
Jason

**Jason L. Nelson**
Deputy Chief Human Capital Officer
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security

Freedom 250

Confidentiality Notice
This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited. If you have received this email message in error, please notify the sender immediately. Please consider the environment before printing.

**From:** Nelson, Jason
**Sent:** Tuesday, April 7, 2026 8:28 AM
**To:** Konopka, Daniel <daniel.konopka@hq.dhs.gov>
**Cc:** Glaser, Leslie <leslie.glaser@hq.dhs.gov>
**Subject:** strategic hiring plans analysis needed

Dan,
Welcome back! We have an urgent need to analyze the component submitted staffing plans for feedback based on the newly issued OPM and DHS goals to assure the plans are in compliance. In areas where there is no data from the submissions, this can be a reminder in the response or ask the components to include it in the next submission or share their plans to achieve it. Work with Huy on the data submission and Maureen for Tech Force.

- 60% of new hires use shared certificates
- 33% of new external hires to be early career talent

- All agencies should review their contractor headcount and, in partnership with procurement officials, target positions for review/elimination/bringing in house.
- DHS will support the Federal Tech Force (2 year term appointments hired at agencies); GS-14 level positions 2210; Schedule A/R - excepted service employees--do agencies have the positions available to hire?. Look at 2210 submissions and identify which can be Tech Force (Maureen has roles)
- DHS is looking to downgrade as many positions to more junior with career ladders where possible. Need to look at ratios of future hiring of grade level.
- DHS is looking to overall reduce headcount and focus more on front line over support
- DHS wants to increase external hires from 2210 to 2230 positions. Identify target positions (Maureen has details)
- Add any other goals you come across from executive orders, DHS memos, strategic plans etc.

--
Thanks,
Jason

**Jason L. Nelson**
Deputy Chief Human Capital Officer
Office of the Chief Human Capital Officer
U.S. Department of Homeland Security

Freedom 250

Confidentiality Notice
This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited. If you have received this email message in error, please notify the sender immediately. Please consider the environment before printing.

# Exhibit F

Homeland Security

## OFFICE OF THE CHIEF HUMAN CAPITAL OFFICER

# Analysis of Strategic Hiring Plans

Compliance with the Data Request, Data Quality, and Alignment with OPM and DHS Goals

**April 14, 2026**

U.S. Department of Homeland Security
Office of the Chief Human Capital Officer

# Table of Contents

[ TOC \o "1-2" \h \z \u ]

# Purpose

The purpose of this report is to provide leadership with an assessment of data submitted by DHS organizations in response to OCHCO Annual Staffing Plan Data Call. The report is intended to support leadership oversight, improve reporting discipline, and identify opportunities to strengthen the quality and strategic value of future submissions.

# Scope

This review considered information provided related to newly issued goals by OPM and DHS. These goals included:

| # | Goal |
|---|---|
| 1 | 60% New Hires Use Shared Certificates |
| 2 | 33% New External Hires to be Early Career Talent |
| 3 | Reduce Contractor Headcount |
| 4 | Downgrade to More Junior Positions |
| 5 | Reduce Overall Headcount |
| 6 | More Frontline over Support |
| 7 | Support the Federal Tech Force |
| 8 | Increase 2210 to 2230 Positions |

*Table [ SEQ Table * ARABIC ] – OPM and/or DHS Goals*

This review covered submissions provided by ten (10) DHS organizations in response to the OCHCO Annual Staffing Plan Data Call. Human Capital Data Analytics (HCDA) developed a standard template – referred to as the Data Call Template (DCT) for the balance of this analysis – to capture each organization's information. The following table lists the DCT-based files reviewed during this analysis:

| # | Organization | Filename |
|---|---|---|
| 1 | CBP | CBP Annual Staffing Plan Data Call_Revalidation 1-8-26.xlsx |
| 2 | CISA | CISA Annual Staffing Plan Data Call - 12.5.25.xlsx |
| 3 | FEMA | Annual Staffing Plan Data Call Template 12-2-2025 FEMA.xlsx |
| 4 | FLETC | FLETC Annual Staffing Plan Data Call Template - Q2 1-6-26 - Final.xlsx |
| 5 | HQ | HQ Annual Staffing Plan Data Call (Adjustments 1-6-26).xlsx |
| 6 | ICE | ICE Roll-up Annual Staffing Plan Data Call 12022025.xlsx |
| 7 | TSA | TSA Annual Staffing Plan Data Call Template Q2 Update 1.7.26.xlsx |
| 8 | USCG | USCG Annual Staffing Plan Data Call 1.6.2026.xlsx |
| 9 | USCIS | CIS Annual Staffing Plan Data Call Template_FY26 Q2 2026-01-08.xlsx |
| 10 | USSS | USSS Annual Staffing Plan Data Call Q2 Update (2025-01-20).xlsx |

*Table [ SEQ Table * ARABIC ] – Files Reviewed*

The review was limited to the information submitted by teams and did not include an independent validation of underlying operational activity. As such, the conclusions in this report relate to the completeness, quality, and strategic usefulness of the information provided.

# Methodology

The assessment evaluated each organization's submission across four (4) dimensions: compliance with the data request, data quality, compliance with OPM and DHS goals, and how it relates to overall DHS compliance with OPM and DHS goals.

The following table details each dimension considered during this evaluation:

| Dimension | Description |
|---|---|
| Data Request Compliance | This dimension assessed if the organization submitted the requested information in accordance with stated requirements, including completeness and use of the required template. |
| Data Quality | This dimension assessed whether the submitted data was accurate, complete, internally consistent, sufficiently detailed, and usable for analysis and decision-making. |
| Organization Goal Compliance | This dimension assessed whether the content submitted by the organization demonstrated support for the mission, priorities, and strategic objectives of OPM and DHS. |
| Enterprise Perspective | This dimension assessed how the content submitted by the organization relates to overall DHS compliance with OPM and DHS goals.. |

*Table [ SEQ Table * ARABIC ] – Dimensions of Analysis*

The review included both:

- **Analysis by goal**, to identify trends associated with specific categories of requested information; and
- **Analysis by organization**, to identify organization-specific strengths and deficiencies.

Where applicable, submissions were generally rated using the following scale:

| Rating | Icon |
|---|---|
| Meets Expectations | ● |
| Partially Meets Expectations | ● |
| Does Not Meet Expectations | ● |
| No Rating; N/A; undetermined, etc. | ● |

*Table [ SEQ Table * ARABIC ] – General Ratings*

***Note:** The Human Capital Data Analytics (HCDA) team had previously aggregated portions of the submitted data. In some cases, this analysis leveraged the aggregated information provided by HCDA.*

# Executive Summary of Results

Overall, the assessment found that submissions reflected varying levels of performance across the four review dimensions.

The following table details the overall findings across the assessment dimensions:

| Dimension | Rating | Description |
|---|---|---|
| Data Request Compliance | ● (light grey) | Data provided for most goals. |
| Data Quality | ● (grey) | Quality is mostly acceptable when data submitted. |
| Organization Goal Compliance | ● (dark) | Numerous instances where organizations fall short of goals. |
| Enterprise Perspective | ● (dark) | Larger organizations drive Enterprises results, multiple instances of large organizations missing goals. |

*Table [ SEQ Table * ARABIC ] – Overall Findings across Dimension*

## Key Findings

1. Most organizations failed to respond to Goal 1: Shared Certificates. It appears most organizations have not historically tracked this metric. DHS would benefit by ensuring each organization establishes systems to track Shared Certificates.
2. DHS benefits from larger organizations meeting goals. Examples include:
    - Goal 2: 33% New External Hires to be Early Career Talent → DHS benefits from large number of Early Career hires in CBP, ICE, and TSA.
    - Goal 4: Downgrade to More Junior Positions → DHS benefits from large number of Grade 4 and 5 hires in CBP, ICE, and TSA.
    - Goal 6: More Frontline over Support → DHS benefits from large number of frontline hires in CBP, ICE, and TSA.
3. A large opportunity to improve overall DHS performance is to focus on improving metrics where larger organizations are not yet reaching the targeted goals. Examples include:
    - With a low % of Early Career hires and medium number of hires, the priority should be to increase FEMA's % Early Career.
    - With large number of contractors and low decrease in % of contractors, the priority should be to decrease USCIS number of contractors.
    - With a large number of mostly senior positions, the priority is to target lower grades for FEMA.
    - With a low % change and high FTE Count priority is to lower TSA FTE Count.
    - With moderate % frontline and a moderate hiring count the priority should be to increase frontline % for USCIS and USSS.
4. The Data Call Template (DCT) does not capture Tech Force positions and follow-up data call provides data that is not easily reconciled with the Hiring Details in the DCT.
5. The Data Call Template (DCT) does not capture GS-2210-14 positions that could be converted to GS-2230-14 positions.

# Analysis by Goal

The table below reflects an assessment of the data collected across all goals:

| # | Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | Most organizations did not provide data. | Numerous data issues. | No organization demonstrated significant movement towards goal of 60% New Hires Use Shared Certificates. | It appears most organizations have not historically tracked this metric.<br><br>The priority should be for each organization to establish systems to track this metric. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 74% overall. | DHS benefits from large number of Early Career hires in CBP, ICE, and TSA.<br><br>With a low % of Early Career hires and medium number of hires, the priority should be to increase FEMA's % Early Career.<br><br>Then priority is: HQ, USCG, CISA and FLETC. |
| 3 | Reduce Contractor Headcount | Data partially provided. | Some instances where calculated fields were overwritten. | Only one organization (FEMA) decreased headcount significantly. | Minimal movement towards goal of reducing contractor headcount.<br><br>With large number of contractors and low decrease in % of contractors, the priority should be to decrease USCIS number of contractors.<br><br>Then priority is: CBP, HQ, ICE and CISA. |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Split between organizations with mostly junior grades and organizations that favor senior grades. | DHS benefits from large number of Grade 4 and 5 hires in CBP, ICE, and TSA.<br><br>With a large number of mostly senior positions, the priority is to target lower grades for FEMA.<br><br>Then priority is: USCIS, USCG, and HQ. |
| 5 | Reduce Overall Headcount | Data provided. | Data quality good. | FTE counts mostly increase. | 44% increase in FTE count projected.<br><br>With a low % change and high FTE Count priority is TSA. (Assuming ICE and CBP increase acceptable).<br><br>Then priority is: USCIS, USCG, and USSS. |

| # | Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 6 | More Frontline over Support | Data provided. | No issues. | Moderate-to-High percentage (70%). | DHS benefits from large number of frontline hires in CBP, ICE, and TSA.<br><br>With moderate % frontline and a moderate hiring count the priority should be to increase frontline % for USCIS and USSS.<br><br>Then priority is: USCG and HQ. |
| 7 | Support the Federal Tech Force | Many organizations missing Tech Force data.<br>Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | Large discrepancy between Tech Force counts and GS-2210-14 hires identified in DCT. | Not able to determine until increased confidence in data request confidence and data quality discrepancies resolved. | Not able to determine until increased confidence in data request confidence and data quality discrepancies resolved. |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data provided for most goals. | Quality is mostly acceptable. | Numerous instances where organizations fall short of goals. | Larger organizations drive Enterprises results, multiple instances of large organizations missing goals. |

*Table [ SEQ Table * ARABIC ] – Goal Assessment Summary*

## Goal 1: 60% New Hires Use Shared Certificates

### OCHCO Approach to Collecting Metric

This metric is calculated by comparing the number of new hiring actions using shared certificates to the overall number of new hiring actions. In addition, this metric includes the expected forecasted value as well as a description of how the forecasted value will be realized.

This information was collected directly via the Data Call Template (DTC) with minimal post-collection processing required by HCDA.

OCHCO requested each organization provide the following data:

| Data | | Where Found in DTC |
|---|---|---|
| 25-Sep | Number of New Hiring Actions Using Shared Certificates | DTC // Key Personnel Metrics Tab // Numerator (C) |
| | Number of New Hiring Actions | DTC // Key Personnel Metrics Tab // Denominator (D) |
| Sep 26 Forecast | Percentage | DTC // Key Personnel Metrics Tab // Calculated field → (E = C / D) |
| | Forecast | DTC // Key Personnel Metrics Tab // Forecast (F) |
| | Details, including when and how we will implement | DTC // Key Personnel Metrics Tab // Denominator (G) |

*Table [ SEQ Table * ARABIC ] – Required Data – Goal 1*

## Collected Data

The table below reflects the data collected from each submission for New Hires Using Shared Certificates:

| | 25-Sep | | | Sep 26 Forecast | |
|---|---|---|---|---|---|
| **Org** | **Numerator** | **Denominator** | **Percentage** | **Forecast** | **Details, including when and how we will implement** |
| CBP | 0 | 0 | 0% | | |
| CISA | 0 | 0 | 0% | 6 | 50% using shared certificates (internal) and 25% using shared certificates externally across government |
| FEMA | 13 (FY25 based on New Hire Start Date) | 5447 (FY25 based on New Hire Start Date) | .24% (FY25 based on New Hire Start Date) | 10% | At this point hard to forecast on external hiring and shared certificates until we know what the recommendation will be from the FEMA Council and what our hiring posture will look like in FY26.This is a best estimate. Once we are out of hiring freeze and can hire externally we plan on having trainings on shared cert process with HRS and hiring managers. |
| FLETC | 0 | 0 | 0% | 1% | The majority of FLETC's positions are not fillable through shared certificates due to the nature of the work or the location. Most of DHS is in the DMV, and FLETC has limited space in MD. FLETC will attempt to utilize shared certificates for those positions that meet the nature of work and location requirements. |
| HQ | 4 | 790 | There were 4 individuals hired under a shared certificate for FY-25 out of 790 which calculates to 0.5%. | 1-2% increase | Qtr 1 - 4 of FY26. Continue to enforce the utilization of shared certificates before proceeding with JOA postings. |
| ICE | 0 | 28,383 | 0% | | |
| TSA | 0 | 0 | 0% | | Shared certificates only used internally when applicable. |
| USCG | 0 | 0 | 0% | 10% | Engaged with the Department to implement the use of shared certificates. |
| USCIS | 0 | 5,195 | 0% | | |
| USSS | 0 (APT)<br>21 (TLE) | 0 (APT)<br>150 (TLE) | 0% (APT)<br>14% (TLE) | 5% (APT)<br>22% (TLE) | For mission support occupations, we have only recently begun evaluating how to track the use of shared certificates. At this time, we do not have a reliable data report because a tracking tool is not in place. We will be working with the appropriate entities to develop a system that will capture this information and provide statistical reporting moving forward.<br>TLE- Shared internal certificates used for IPO (OFO/OPO) |
| **TOTALS:** | ?* | ? * | ? * | ? * | |

*Table [ SEQ Table * ARABIC ] – Collected Data - Goal 1*

* ***Note:*** *Totals cannot be computed reliably based on the data provided.*

## Assessment

The table below reflects an assessment of the data collected:

| Org | Data Request Compliance | Data Quality | Organization Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | No data provided. | No data provided. | No data provided. | If not currently tracking number of new hire actions, explain if/how this will be tracked in future. |
| CISA | No FY25 data (expected Number of New Hiring Actions). | Unclear unit – although this may be a template issue. Assume "6" reflects "6%". Detail does not support Forecast. 50% internal and 25% external should result in value greater than 6. | Forecast well short of goal. Details correlate to missing goal. No details about what will be done to achieve goal. | If not currently tracking number of new hire actions, explain if/how this will be tracked in future. Explain what will be done to meet goal of 60%. |
| FEMA | Data provided. | Included text where number expected. | Forecast well short of goal. Detail explains why forecasting is difficult and 10% is best estimate. Detail does not explain how goal will be achieved. | Explain what will be done to meet goal of 60%. Do not include text where number expected. |
| FLETC | No FY25 data but Component provided justification. Enterprise will need to evaluate justification. | No data provided. | Forecast well short of goal. Even with justification, Forecast should reflect meeting goal for "those positions that meet the nature of work and location requirements." No details about what will be done to achieve goal. | Explain what will be done to meet goal of 60%. |
| HQ | Data provided. | Included text where number is expected. Recommend template adjusted to highlight where Comments should be placed. | Forecast well short of goal. (1-2% increase on 0.5%) | Explain what will be done to meet goal of 60%. Do not include text where number expected. |
| ICE | No data provided for Forecast & Details. | Unclear if 0 for Numerator reflects the Number of New Hiring Actions Using Shared Certificates =0 or Component has not been tracking metric. Recommend template adjusted to highlight where Comments should be placed. | No data provided. | If not currently tracking number of new hire actions, explain if/how this will be tracked in future. Explain what will be done to meet goal of 60%. |
| TSA | No FY25 data except limited "Detail." | No data provided. | No forecast. Detail provides no information ("Shared certificates only used internally when applicable."). | Continue to "Implement the use of shared certificates" as describe in the Detail column. Explain what will be done to meet goal of 60%. |

| Org | Data Request Compliance | Data Quality | Organization Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| USCG | No data provided. They are "...implementing the use of shared certificates." | No data provided. | Forecast well short of goal. | Explain what will be done to meet goal of 60%. |
| USCIS | No data provided for Forecast & Details. | Not sure if 0 for Numerator reflects the Number of New Hiring Actions Using Shared Certificates =0 or Component has not been tracking metric. Recommend template adjusted to highlight where Comments should be placed. | No data provided. | Tracking number of new hire actions, explain if/how this will be tracked in future. Explain what will be done to meet goal of 60%. |
| USSS | Some data provided. | Data appears incomplete. Included 2 values in single cell. (see Enterprise Notes) Included text where number is expected. | Forecast well short of goal. | Continue to evaluate "how to track the use of shared certificates". Explain what will be done to meet goal of 60%. |
| **OVERALL** | Most organizations did not provide data. | Numerous data issues. | No organization demonstrated significant movement towards goal of 60% New Hires Use Shared Certificates. | It appears most organizations have not historically tracked this metric. The priority should be for each organization to establish systems to track this metric. |

*Table [ SEQ Table * ARABIC ] – Assessment - Goal 1*

## Goal 2: 33% New External Hires to be Early Career Talent

### OCHCO Approach to Collecting Metric

HCDA defines "Early Career" as GS1-9 equivalent (any age) and age 25 and below for all non-GS equivalent.

This information is collected directly via the Data Call Template (DTC) with some assumptions by HCDA for GS-equivalent positions.

OCHCO requested each organization provide the following data:

| Data | Where Found in DTC |
|---|---|
| Pay Plan | DTC // Hiring Details Tab // Pay Plan (L) |
| Minimum Grade | DTC // Hiring Details Tab // Minimum Grade (M) |
| Maximum Grade | DTC // Hiring Details Tab // Maximum Grade (N) |
| Number of Hires | DTC // Hiring Details Tab // Number of Hires (Y) |

*Table [ SEQ Table * ARABIC ] – Required Data – Goal 2*

***Note:*** *The Human Capital Data Analytics (HCDA) team had previously aggregated the submitted data related to Early Career Hires (Early Career Summary.xlsx). The HCDA data was used to assess Goal Compliance.*

### Collected Data

The large size of the data prohibits inclusion here. Below is an aggregation of collected information developed by HCDA (Early Career Summary.xlsx):

| | FY25 | | | FY26 | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|
| Org | Early Career Hires | Total All Hires | % of Hires Early Career | Early Career Hires | Total All Hires | % of Hires Early Career | Early Career Hires | Total All Hires | % of Hires Early Career |
| CBP | 3,739 | 4,439 | 84% | 1,642 | 1,851 | 89% | 5,381 | 6,290 | 86% |
| CISA | 18 | 116 | 16% | - | 4 | 0% | 18 | 120 | 15% |
| FEMA | 600 | 2,791 | 21% | 4 | 13 | 31% | 604 | 2,804 | 22% |
| FLETC | 14 | 136 | 10% | 7 | 143 | 5% | 21 | 279 | 8% |
| HQ | 165 | 556 | 30% | 26 | 73 | 36% | 191 | 629 | 30% |
| ICE | 2,724 | 4,243 | 64% | 4,715 | 6,598 | 71% | 7,439 | 10,841 | 69% |
| TSA | 7,664 | 7,859 | 98% | 340 | 362 | 94% | 8,004 | 8,221 | 97% |
| USCG | 134 | 552 | 24% | 21 | 100 | 21% | 155 | 652 | 24% |
| USCIS | 963 | 1,180 | 82% | 228 | 269 | 85% | 1,191 | 1,449 | 82% |
| USSS | 816 | 1,004 | 81% | 279 | 351 | 79% | 1,095 | 1,355 | 81% |
| **Totals** | **16,837** | **22,876** | **74%** | **7,262** | **9,764** | **74%** | **24,099** | **32,640** | **74%** |

*Table [ SEQ Table * ARABIC ] - Collected Data - Goal 2*

The following chart plots the total % of Hires Early Career across number of hires for each organization:




*Figure [ SEQ Figure * ARABIC ] - % Early Hires x Number of Hires*

**Note:** *The color conventions used for the labels in the figure above correlate to the Enterprise Perspective in the next table.*

## Assessment

The table below reflects an assessment of the data collected:

| Org | Data Request Compliance | Data Quality | Organization Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | Data provided. | No issues. | 86% | High % Early Career |
| CISA | Data provided. | No issues. | 15% | Low % of Early Career<br>Low Number of Hires |
| FEMA | Data provided. | No issues. | 22% | Low % of Early Career<br>Medium Number of Hires |
| FLETC | Data provided. | No issues. | 8% | Low % of Early Career<br>Low Number of Hires |
| HQ | Data provided. | No issues. | 30% | Low % of Early Career<br>Low Number of Hires |
| ICE | Data provided. | No issues. | 69% | High % Early Career |
| TSA | Data provided. | No issues. | 97% | High % Early Career |
| USCG | Data provided. | No issues. | 24% | Low % of Early Career<br>Low Number of Hires |
| USCIS | Data provided. | No issues. | 82% | High % Early Career |
| USSS | Data provided. | No issues. | 81% | High % Early Career |
| **OVERALL** | Data provided. | No issues. | 74% overall. | DHS benefits from large number of Early Career hires in CBP, ICE, and TSA.<br><br>With a low % of Early Career hires and medium number of hires, the priority should be to increase FEMA's % Early Career.<br><br>Then priority is: HQ, USCG, CISA and FLETC. |

*Table [ SEQ Table * ARABIC ] – Assessment – Goal 2*

## Goal 3: Reduce Contractor Headcount

### OCHCO Approach to Collecting Metric

This information is collected directly via the Data Call Template (DTC) with minimal post-collection processing required by HCDA.

The following table lists the data required to support this metric:

| Data | Where Found in DTC |
|---|---|
| 9/30/25 Baseline Count | DTC // Contractor Plan Tab // 9/30/25 Baseline Count (O) |
| Contractor Additions Count | DTC // Contractor Plan Tab // Contractor Additions Count (Q) |
| Contractor FTEs Eliminated | DTC // Contractor Plan Tab // Contractor FTEs Eliminated (S) |
| Contractor FTEs Function Moved In-House | DTC // Contractor Plan Tab // Contractor Function Moved In-House (U) |
| FY26 Projection Count | DTC // Contractor Plan Tab // FY26 Projection Count (Y) [CALCULATED] |

*Table [ SEQ Table * ARABIC ] - Required Data - Goal 3*

## Collected Data

The large size of the data collected prohibits inclusion here. Below is an aggregation of collected:

| Org | FY25 Baseline | Additions | Eliminated | Moved In-House | FY26 Projections | Change |
|---|---|---|---|---|---|---|
| CBP | 8,086 | 513 | 1,888 | 5 | 8,160 | 1% |
| CISA | 3,963 | 229 | 108 | 34 | 4,089 | 3% |
| FEMA | 5,546 | 248 | 2,234 | 1 | 3,559 | -36% |
| FLETC | 1,921 | - | - | - | 1,921 | 0% |
| HQ | 5,548 | 85 | 431 | - | 5,189 | -6% |
| ICE | 4,484 | 165 | 205 | - | 4,477 | 0% |
| TSA | - | - | - | - | - | |
| USCG | - | - | - | - | - | |
| USCIS | 10,748 | 21 | 901 | 4 | 9,865 | -8% |
| USSS | 448 | 4 | 3 | - | 472 | 5% |
| **Totals** | **40,745** | **1,264** | **5,770** | **44** | **37,731** | **7%** |

*Table [ SEQ Table * ARABIC ] – Collected Data – Goal 3*

The following chart plots the change in contractor headcount from FY25 to FY26 across number of contractors for each organization:




*Figure [ SEQ Figure * ARABIC ] - % Change x FY25 Contractor Count*

**Note:** *The color conventions used for the labels in the figure above correlate to the Enterprise Perspective in the next table.*

## Assessment

The table below reflects an assessment of the data collected:

| Org | Data Request Compliance | Data Quality | Organization Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | Data provided. | Many Projections keyed in (not calculated) --> lines do not reconcile. | Small increase. | Low % Change<br>High Number of Contractors |
| CISA | Data provided. | Many Projections keyed in (not calculated) --> lines do not reconcile. | Small increase. | Low % Change<br>High Number of Contractors |
| FEMA | Data provided. | No issues. | Decrease. | Large % Decrease |
| FLETC | Data provided, but no Additions/ Reductions. | No Additions/ Reductions. | No change. | Low % Change<br>Low Number of Contractors |
| HQ | Data provided. | No issues. | Small decrease. | Low % Change<br>High Number of Contractors |
| ICE | Data provided. | Some data inconsistencies. | Small decrease. | Low % Change<br>High Number of Contractors |
| TSA | No data provided. | No data provided. | No data provided. | No data provided. |
| USCG | No data provided. | No data provided. | No data provided. | No data provided. |
| USCIS | Data provided. | No issues. | Small decrease. | Low % Change<br>High Number of Contractors |
| USSS | Data provided. | Many Projections keyed in (not calculated) --> lines do not reconcile. | Small increase. | Low % Change<br>Low Number of Contractors |
| **OVERALL** | Data partially provided. | Some instances where calculated fields were overwritten. | Only one organization (FEMA) decreased headcount significantly. | Minimal movement towards goal of reducing contractor headcount.<br><br>With large number of contractors and low decrease in % of contractors, the priority should be to decrease USCIS number of contractors.<br><br>Then priority is: CBP, HQ, ICE and CISA. |

*Table [ SEQ Table * ARABIC ] – Assessment – Goal 3*

## Goal 4: Downgrade to More Junior Positions

### OCHCO Approach to Collecting Metric

This information is collected directly via the Data Call Template (DTC).

OCHCO requested each organization provide the following data:

| Data | Where Found In DTC |
|---|---|
| Pay Plan | DTC // Hiring Details Tab // Pay Plan (L) |
| Minimum Grade | DTC // Hiring Details Tab // Minimum Grade (M) |
| Maximum Grade | DTC // Hiring Details Tab // Maximum Grade (N) |
| Number of Hires | DTC // Hiring Details Tab // Number of Hires (Y) |

*Table [ SEQ Table * ARABIC ] – Required Data – Goal 4*

## Collected Data

The large size of the data collected prohibits inclusion here. Below is an aggregation of collected based on Min Grade:

| Org | NA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP | | | | | | 8,084 | | | | | | 192 | | | | | **8,276** |
| CISA | 10 | | | | | | | 8 | | 10 | | 19 | 10 | 70 | 62 | 44 | **233** |
| FEMA | 23 | | 21 | 18 | 29 | 37 | 12 | 590 | 1 | 433 | | 322 | 904 | 656 | 198 | 96 | **3,340** |
| FLETC | 1 | | | | | 3 | | 11 | 13 | 36 | 6 | 80 | 200 | 75 | 28 | 13 | **466** |
| HQ | 59 | | | | 6 | 162 | | 141 | | 123 | | 22 | 92 | 211 | 189 | 106 | **1,111** |
| ICE | 266 | 1 | | | | 10,429 | 1 | 411 | 4 | 179 | | 147 | 1,674 | 278 | 152 | 82 | **13,624** |
| TSA | 5 | | | | 3,627 | 288 | 68 | | | 1 | 3 | 53 | 72 | 98 | 24 | 5 | **4,244** |
| USCG | 14 | | 1 | 4 | 5 | 14 | 39 | 157 | 47 | 129 | 81 | 183 | 407 | 409 | 188 | 50 | **1,728** |
| USCIS | 47 | | 1 | | 5 | 2,127 | 5 | 402 | 2 | 484 | 23 | 372 | 534 | 1,041 | 645 | 269 | **5,957** |
| USSS | | 539 | | 39 | 9 | 1,008 | | 59 | | 198 | 5 | 180 | 23 | 138 | 52 | 7 | **2,257** |
| **Totals** | **425** | **540** | **23** | **61** | **3,681** | **22,152** | **125** | **1,779** | **67** | **1,593** | **118** | **1,570** | **3,916** | **2,976** | **1,538** | **672** | **41,236** |

*Table [ SEQ Table * ARABIC ] – Collected Data - Goal 4 - Hiring by Grade - Count*

| Org | NA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP | | | | | | 98% | | | | | | 2% | | | | | **100%** |
| CISA | 4% | | | | | | | 3% | | 4% | | 8% | 4% | 30% | 27% | 19% | **100%** |
| FEMA | 1% | | 1% | 1% | 1% | 1% | 0% | 18% | 0% | 13% | | 10% | 27% | 20% | 6% | 3% | **100%** |
| FLETC | | | | | | 1% | | 2% | 3% | 8% | 1% | 17% | 43% | 16% | 6% | 3% | **100%** |
| HQ | 5% | | | | 1% | 15% | | 13% | | 11% | | 2% | 8% | 19% | 17% | 10% | **100%** |
| ICE | 2% | 0% | | | | 77% | 0% | 3% | 0% | 1% | | 1% | 12% | 2% | 1% | 1% | **100%** |
| TSA | | | | | 85% | 7% | 2% | | | 0% | 0% | 1% | 2% | 2% | 1% | 0% | **100%** |
| USCG | 1% | | 0% | 0% | 0% | 1% | 2% | 9% | 3% | 7% | 5% | 11% | 24% | 24% | 11% | 3% | **100%** |
| USCIS | 1% | | 0% | | 0% | 36% | 0% | 7% | 0% | 8% | 0% | 6% | 9% | 17% | 11% | 5% | **100%** |
| USSS | | 24% | | 2% | 0% | 45% | | 3% | | 9% | 0% | 8% | 1% | 6% | 2% | 0% | **100%** |
| **Totals** | **1%** | **1%** | **0%** | **0%** | **9%** | **54%** | **0%** | **4%** | **0%** | **4%** | **0%** | **4%** | **9%** | **7%** | **4%** | **2%** | **100%** |

*Table [ SEQ Table * ARABIC ] – Collected Data - Goal 4 - Hiring by Grade - Percentage*

The following chart represents the grade distribution across all organizations:




*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across All Organizations*

The following charts represent the grade distribution relative to the total for each organization:




*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across CBP*




*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across CISA*







*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across FEMA*
*FLETC*

*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across*







*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across HQ*

*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across ICE*







*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across TSA*
*USCG*

*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across*







*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across USCIS*

*Figure [ SEQ Figure * ARABIC ] - Grade Distribution across USSS*

## Assessment

The table below reflects an assessment of the data collected (Goal Compliance determined based on distributions in charts above):

| Org | Data Request Compliance | Data Quality | Organization Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | Data provided. | No issues. | Mostly Grade 5 positions. | Large % of Junior Grades<br>Large Number of Positions |
| CISA | Data provided. | No issues. | Mostly senior positions. | Large % of Senior Grades<br>Small Number of Positions |
| FEMA | Data provided. | No issues. | Equal distribution across mostly senior positions. | Mostly senior positions.<br>Large Number of Positions |
| FLETC | Data provided. | No issues. | Mostly senior positions. | Large % of Senior Grades<br>Small Number of Positions |
| HQ | Data provided. | No issues. | Equal distribution across mostly senior positions. | Equal Distribution of Grades<br>Medium Number of Positions |
| ICE | Data provided. | No issues. | Mostly Grade 5 positions. | Large % of Junior Grades<br>Large Number of Positions |
| TSA | Data provided. | No issues. | Mostly Grade 4 positions. | Large % of Junior Grades<br>Medium Number of Positions |
| USCG | Data provided. | No issues. | Mostly senior positions. | Equal Distribution of Grades<br>Medium Number of Positions |
| USCIS | Data provided. | No issues. | Number of Grade 5 is offset by large number of senior positions. | Distribution across Grades<br>Large Number of Positions |
| USSS | Data provided. | No issues. | Skewed towards Grade 5. | Large % of Junior Grades<br>Medium Number of Positions |
| **OVERALL** | Data provided. | No issues. | Split between organizations with mostly junior grades and organizations that favor senior grades. | DHS benefits from large number of Grade 4 and 5 hires in CBP, ICE, and TSA.<br><br>With a large number of mostly senior positions, the priority is to target lower grades for FEMA.<br><br>Then priority is: USCIS, USCG, and HQ. |

*Table [ SEQ Table * ARABIC ] – Assessment – Goal 4*

## Goal 5: Reduce Overall Headcount

### OCHCO Approach to Collecting Metric

Collect hiring data directly from Components via Data Call Template (DTC) via the Employee Plan tab. Minimal post-collection processing required by HCDA.

OCHCO requested each organization provide the following data:

| Data | Where Found in DTC |
|---|---|
| 9/30/25 FTE | DTC // Employee Plan Tab // 9/30/25 FTE (O) |
| Hiring Calculations | DTC // Employee Plan Tab // Columns P-U |
| Reduction Calculations | DTC // Employee Plan Tab // Columns V-AB |
| 9/30/26 Projected FTE | DTC // Employee Plan Tab // 9/30/26 Projected FTE (AC) [CALCULATED] |

*Table [ SEQ Table * ARABIC ] – Required Data – Goal 5*

## Collected Data

The large size of the data collected prohibits inclusion here. Below is an aggregation of the data collected:

| Org | 9/30/25 FTE | Planed Additions | Planned Reductions | FY26 Projected FTE | Change |
|---|---|---|---|---|---|
| CBP | 66,005 | 8,108 | 3,946 | 70,167 | 6% |
| CISA | 2,912 | 333 | 803 | 2,442 | -16% |
| FEMA | 23,146 | 22 | 12 | 11,383 | -51% |
| FLETC | 1,241 | 465 | 57 | 1,649 | 33% |
| HQ | 5,086 | 1,128 | 410 | 5,804 | 14% |
| ICE | 23,737 | 13,623 | 767 | 36,585 | 54% |
| TSA | 62,369 | 3,887 | 6,648 | 59,831 | -4% |
| USCG | 7,901 | 1,728 | - | 9,629 | 22% |
| USCIS | 19,684 | 5,957 | 3,164 | 22,477 | 14% |
| USSS | 8,205 | 2,254 | 1,058 | 9,401 | 15% |
| **Totals** | **220,286** | **37,505** | **16,865** | **229,368** | **4%** |

*Table [ SEQ Table * ARABIC ] – Collected Data – Goal 5*

The following chart plots the change in headcount from FY25 to FY26 across number of FTEs for each organization:




*Figure [ SEQ Figure * ARABIC ] - % Change x FY25 FTE Count*

***Note:*** *The color conventions used for the labels in the figure above correlate to the Enterprise Perspective in the next table.*

## Assessment

The table below reflects an assessment of the data collected:

| Org | Data Request Compliance | Data Quality | Organization Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | Data provided. | No issues. | Increase. | Low % Change<br>High FTE Count |
| CISA | Data provided. | No issues. | Decrease. | Medium % Change<br>Low FTE Count |
| FEMA | Data provided. | Projections keyed in (not calculated) –> lines do not reconcile. | Decrease. | Large % Decrease |
| FLETC | Data provided. | No issues. | Increase. | Low % Change<br>Low FTE Count |
| HQ | Data provided. | No issues. | Equal distribution across mostly senior positions. | Equal Distribution of Grades<br>Medium Number of Positions |
| ICE | Data provided. | Some data inconsistencies. | Increase. | High % Change<br>Medium FTE Count |
| TSA | Data provided. | No data provided. | Small decrease. | Low % Change<br>High FTE Count |
| USCG | Data provided. | No data provided. | Increase. | Low % Change<br>Low FTE Count |
| USCIS | Data provided. | No issues. | Increase. | High % Change<br>Medium FTE Count |
| USSS | Data provided. | Many Projections keyed in (not calculated) –> lines do not reconcile. | Increase. | Low % Change<br>Low FTE Count |
| **OVERALL** | Data provided. | Data quality good. | FTE counts mostly increase. | 4% increase in FTE count projected.<br>With a low % change and high FTE Count priority is TSA. (Assuming ICE and CBP increase acceptable).<br>Then priority is: USCIS, USCG, and USSS. |

*Table [ SEQ Table * ARABIC ] – Assessment - Goal 5*

## Goal 6: More Frontline over Support

### OCHCO Approach to Collecting Metric

The following table details how HCDA defines "Frontline" and "Mission Critical" positions:

| Position Type | How Defined |
|---|---|
| Frontline | Employees in the 18xx , 0080, and component specific Occ. Series |
| Mission Critical | 0201, 1102, 2210 Occ Series. These are governmentwide MCOs. |
| Other | Everyone else |

*Table [ SEQ Table * ARABIC ] – Position Type Definitions*

This information is collected directly via the Data Call Template (DTC) Hiring Details tab.

OCHCO requested each organization provide the following data:

| Data | Where Found in DTC |
|---|---|
| Occupation Series | DTC // Hiring Details Tab // Occupational Series (L) |
| Minimum Grade | DTC // Hiring Details Tab // Minimum Grade (M) |
| Maximum Grade | DTC // Hiring Details Tab // Maximum Grade (N) |
| Number of Hires | DTC // Hiring Details Tab // Number of Hires (Y) |

*Table [ SEQ Table * ARABIC ] – Required Data – Goal 6*

**Note:** *The Human Capital Data Analytics (HCDA) team had previously aggregated the submitted data related to Frontline and Mission Critical Hires (Summary min max counts by employee type.xlsx). The HCDA data was used to assess Goal Compliance.*



Confidential - Subject to Protective Order USA-AFGE-Exp.-0430532

## Collected Data

The large size of the data collected prohibits inclusion here. Below is an aggregation of collected information developed by HCDA:

| Org | Frontline & Mission Critical | Other | Total | Percentage |
|---|---|---|---|---|
| CBP | 6,503 | 1,774 | 8,277 | 79% |
| CISA | 20 | 213 | 233 | 9% |
| FEMA* | | | | |
| FLETC | 208 | 203 | 411 | 51% |
| HQ | 327 | 779 | 1,106 | 30% |
| ICE | 10144 | 3480 | 13,624 | 74% |
| TSA | 3937 | 125 | 4,062 | 97% |
| USCG | 164 | 1283 | 1,447 | 11% |
| USCIS | 3496 | 2461 | 5,957 | 59% |
| USSS | 1357 | 867 | 2,224 | 61% |
| **Totals** | **26,156** | **11,185** | **37,341** | **70%** |

*Table [ SEQ Table * ARABIC ] – Collected Data – Goal 6*

* *FEMA staffing data was not available when Human Capital Data Analytics (HCDA) team aggregated the data for this table. The FEMA has since been made available and will be considered in the following assessment when possible.*

The following chart plots the percentage of frontline hires for each organization:




*Figure [ SEQ Figure * ARABIC ] - % Frontline Hiring*

**Note:** *The color conventions used for the labels in the figure above correlate to the Enterprise Perspective in the next table.*

## Assessment

The table below reflects an assessment of the data collected:

| Org | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | Data provided. | No issues. | High percentage (79%). | High % Frontline |
| CISA | Data provided. | No issues. | Low percentage (9%). | Low % Frontline<br>Low FTE Count |
| FEMA | Data provided. | No issues. | FEMA data provided after analysis. | FEMA data provided after analysis. |
| FLETC | Data provided. | No issues. | Moderate percentage (51%). | Low % Frontline<br>Low FTE Count |
| HQ | Data provided. | No issues. | Equal distribution across mostly senior positions. | Equal Distribution of Grades<br>Medium Number of Positions |
| ICE | Data provided. | No issues. | High percentage (74%). | Low % Frontline<br>Low FTE Count |
| TSA | Data provided. | No issues. | High percentage (97%). | High % Frontline |
| USCG | Data provided. | No issues. | Low percentage (11%). | Low % Frontline<br>Low FTE Count |
| USCIS | Data provided. | No issues. | Moderate percentage (59%). | Moderate % Frontline<br>Moderate Hiring Count |
| USSS | Data provided. | No issues. | Moderate percentage (61%). | Moderate % Frontline<br>Moderate Hiring Count |
| | | | | |
| **OVERALL** | Data provided. | No issues. | Moderate-to-High percentage (70%). | DHS benefits from large number of frontline hires in CBP, ICE, and TSA.<br><br>With moderate % frontline And a moderate hiring count the priority should be to increase frontline % for USCIS and USSS<br><br>Then priority is: USCG and HQ. |

*Table [ SEQ Table * ARABIC ] – Assessment – Goal 6*

## Goal 7: Support the Federal Tech Force

The US Tech Force is a federal initiative launched in December 2025 by OPM to recruit ~1,000 top technologists—including software engineers, AI specialists, and cybersecurity professionals—for 2-year terms to modernize federal IT systems.

If the U.S. Office of Personnel Management (OPM) issues a Certificate of Eligibles for a particular position, DHS may request and use that certificate in its hiring process. In short, DHS reviews the certificate, conducts interviews, and selects candidates from the list in accordance with federal hiring rules.

To date, there are two positions available via Tech Force:

- IT Data Analyst GS-2210-14
- IT Software Engineer GS-2210-14

### OCHCO Approach to Collecting Metric

Collect hiring data directly from Components via the Data Call Template (DTC) Hiring Details tab.

OCHCO requested each organization provide the following data:

| Data | Where Found in DTC |
|---|---|
| Occupation Series | DTC // Hiring Details Tab // Occupational Series (L) |
| Minimum Grade | DTC // Hiring Details Tab // Minimum Grade (M) |
| Maximum Grade | DTC // Hiring Details Tab // Maximum Grade (N) |
| Number of Hires | DTC // Hiring Details Tab // Number of Hires (Y) |

*Table [ SEQ Table * ARABIC ] – Required Data – Goal 7 - DTC*

The hiring data in the DRC does not provide enough information to track Tech Force metrics. To address this, CTMS collected additional data from Components via an April 2026 Data Request asking how many of each Tech Force position the Component plans to use: OPM JOE, Position Title, Count.

Collected Data

The following table summarizes the number of GS-2210-14 hiring positions identified during the Annual Data Call and April 2026 Data Request.:

| Org | Hiring Details (DCT) | | April 2026 Data Request | |
|---|---|---|---|---|
| | **Position Title** | **#** | **Position Title** | **#** |
| CBP | *No GS-2210-14 positions* | | *No GS-2210-14 positions* | |
| | **Total Positions - CBP** | **0** | **Total Positions - CBP** | **0** |
| CISA | ASSISTANT CHIEF DUTY OFFICER | 4 | IT Data Analysts | 36 |
| | Chief of Operations IT Cybersecurity Specialist | 1 | IT Software Engineers | 36 |
| | Chief of Operations Supervisory Information Technology Specialist (INFOSEC) | 1 | | |
| | Critical Infrastructure IT Cybersecurity Specialist (INFOSEC) | 1 | | |
| | Cybersecurity State Coordinator | 10 | | |
| | Incident Response IT Cybersecurity Specialist (INFOSEC) | 1 | | |
| | IT Cybersecurity Specialist (AI Strategist) | 1 | | |
| | IT Cybersecurity Specialist (Product Manager) | 1 | | |
| | Junior Technical Analyst | 1 | | |
| | Operational Resilience Assessment Lead (Cyber Security Specialist) | 1 | | |
| | Persistent Hunt IT Cybersecurity Specialist (INFOSEC) | 1 | | |
| | Red Team Lead (Supervisor) | 1 | | |
| | Senior Cloud Security Expert | 1 | | |
| | Supervisory Information Technology Specialist (INFOSEC) | 1 | | |
| | Tech Director | 1 | | |
| | Writers/speechwriter | 1 | | |
| | **Total Positions - CISA** | **28** | **Total Positions - CISA** | **72** |
| FEMA | Information Technology Specialist | 1 | *No GS-2210-14 positions* | |
| | IT Specialist | 4 | | |
| | Lead IT Specialist | 1 | | |
| | Supervisory IT SPC | 1 | | |
| | Supervisory IT Specialist (INFOSEC) | 1 | | |
| | Supervisory IT Specialist (Program Manager) | 1 | | |

| Org | Hiring Details (DCT) | | April 2026 Data Request | |
|---|---|---|---|---|
| | **Position Title** | **#** | **Position Title** | **#** |
| | Supv. IT Specialist | 1 | | |
| | Information Technology Specialist | 1 | | |
| | **Total Positions - FEMA** | **11** | **Total Positions - FEMA** | **0** |
| FLETC | Supervisory IT Specialist (INFOSEC) | 1 | *No GS-2210-14 positions* | |
| | WTP - Information Technology Program Manager | 1 | | |
| | **Total Positions - FLETC** | **2** | **Total Positions - FLETC** | **0** |
| HQ | INFORMATION TECHNOLOGY SPEC (INFOSEC) | 1 | IT Data Analysts | 4 |
| | INFORMATION TECHNOLOGY SPECIALIST (INF | 1 | IT Software Engineers | 5 |
| | IT Project Manager | 3 | | |
| | IT Spec (APPSW) | 1 | | |
| | IT Specialist | 1 | | |
| | IT SPECIALIST (DATA MANAGEMENT) | 1 | | |
| | IT Specialist (Infosec) | 1 | | |
| | IT SPECIALIST (INFOSEC/NET | 1 | | |
| | IT Specialist (System Architect) | 1 | | |
| | Program Specialist | 1 | | |
| | Senior Developer | 2 | | |
| | Senior Program Manager | 1 | | |
| | SUPERVISORY IT SPEC | 1 | | |
| | Supv IT Spec | 1 | | |
| | SUPVY IT SPECIALIST | 1 | | |
| | Telecommunications Specialist | 1 | | |
| | **Total Positions - HQ** | **19** | **Total Positions - HQ** | **9** |
| ICE | ITSPEC | 6 | *No GS-2210-14 positions* | |
| | ITSPEC (INFOSEC) | 1 | | |
| | **Total Positions - ICE** | **7** | **Total Positions - ICE** | **0** |
| TSA | Information Technology Specialist | 19 | *No GS-2210-14 positions* | |
| | **Total Positions - TSA** | **19** | **Total Positions - TSA** | **0** |
| USCG | DD-IT CYBERSEC SPEC | 1 | IT Data Analysts | 1 |

| Org | Hiring Details (DCT) | | April 2026 Data Request | |
|---|---|---|---|---|
| | **Position Title** | **#** | **Position Title** | **#** |
| | DD-IT SPEC | 1 | IT Software Engineers | 2 |
| | DD-IT SPEC (INFOSEC) | 1 | | |
| | DD-SUPV ITCYBER(PLCYPLYN/INFO) | 1 | | |
| | DO NOT FILL-PENDS FINAL CLASS | 3 | | |
| | IT CYBER (INFOSEC) | 1 | | |
| | IT CYBER SPEC | 1 | | |
| | IT CYBER SPEC (INFOSEC) | 3 | | |
| | IT CYBERSEC SPEC | 1 | | |
| | IT CYBERSEC SPEC (INFOSEC/NET) | 1 | | |
| | IT SPEC | 2 | | |
| | IT SPEC (DATAMGT) | 1 | | |
| | IT SPEC (PLCYPLN/DATAMGMT) | 1 | | |
| | IT SPEC (SYSANALYSIS) | 1 | | |
| | ITCYBER (PLCYPLN/INFOSEC) | 2 | | |
| | SUPV IT CYBER SPEC (INFOSEC) | 2 | | |
| | SUPV ITCYBER (PLCYPLN/INFOSEC) | 3 | | |
| | SUPV ITCYBER (SYSANL/INFOSEC) | 1 | | |
| | **Total Positions - USCG** | **27** | **Total Positions - USCG** | **3** |
| USCIS | IT CYBERSECURITY SPEC (INFOSEC) | 1 | *No GS-2210-14 positions* | |
| | IT CYBERSECURITY SPECIALIST | 3 | | |
| | IT CYBERSECURITY SPECIALIST (INF) | 2 | | |
| | IT CYBERSECURITY SPECLST (AI) | 1 | | |
| | IT PROGRAM MANAGER | 1 | | |
| | IT PROJ MGR | 5 | | |
| | ITSPEC | 7 | | |
| | ITSPEC (APPSW) | 3 | | |
| | ITSPEC (CUSTSPT/SYSADMIN) | 1 | | |
| | ITSPEC (INFOSEC) | 11 | | |
| | ITSPEC (SYSANALYSIS) | 1 | | |

| Org | Hiring Details (DCT) | | April 2026 Data Request | |
|---|---|---|---|---|
| | **Position Title** | **#** | **Position Title** | **#** |
| | SUPVY IT PROGRAM MANAGER | 1 | | |
| | SUPVY ITSPEC | 1 | | |
| | SUPVY ITSPEC (SYSANALYSIS) | 3 | | |
| | **Total Positions - USCIS** | **41** | **Total Positions - USCIS** | **0** |
| USSS | IT Specialist | 1 | IT Data Analysts | 2 |
| | | | IT Software Engineers | 2 |
| | **Total Positions - USSS** | **1** | **Total Positions - USSS** | **4** |
| **DHS** | **Total Positions - OVERALL** | **155** | **Total Positions - OVERALL** | **88** |

*Table [ SEQ Table * ARABIC ] – Collected Data - Goal 7 - GS-2210-14 Hiring Positions*

### Assessment

The Position Titles available for Tech Force (IT Data Analysts and IT Software Engineers) do not appear in any Position Title in the DCT data. This incongruency prevents a line-to-line comparison between the two data sets.

The table below reflects an assessment of the data collected:

| Org | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| CBP | No 2210 Positions | NA | NA | NA |
| CISA | Data provided. | Discrepancy between Tech Force count (72) and GS-2210-14 hires identified in DCT (28). | Not able to determine until data quality discrepancy resolved. | Not able to determine until data quality discrepancy resolved. |
| FEMA | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 11 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| FLETC | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | Moderate percentage (51%). | Not able to assess. |
| HQ | Data provided. | No issues. | Leveraging Tech Force | Leveraging Tech Force |
| ICE | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 7 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| TSA | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 19 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| USCG | Data provided. | No issues. | Small number of Tech Force positions (3) relative to number of positions in DTC (27). | Small number of Tech Force positions (3) relative to number of positions in DTC (27). |

| Org | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|
| USCIS | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 41 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| USSS | Data provided. | Discrepancy between Tech Force count (4) and GS-2210-14 hires identified in DCT (1). | Not able to determine until data quality discrepancy resolved. | Not able to determine until data quality discrepancy resolved. |
| **OVERALL** | Many organizations missing Tech Force data. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | Large discrepancy between Tech Force counts and GS-2210-14 hires identified in DCT. | Not able to determine until increased confidence in data request confidence and data quality discrepancies resolved. | Not able to determine until increased confidence in data request confidence and data quality discrepancies resolved. |

*Table [ SEQ Table * ARABIC ] – Assessment - Goal 7*

## Goal 8: Increase 2210 to 2230 Positions

### OCHCO Approach to Collecting Metric

Similar to Goal 7 (Support the Federal Tech Force), the hiring data in the DCT does not provide enough information to objectively identify positions that could be converted from 2210 to 2230.

Heuristic methods cannot be employed to identify 2210 positions that could be targets for conversation to 2230 positions. Despite being "Cybersecurity" positions, non-standardization and inconsistencies with Position Titles does provide information necessary to identity targets.

To track metrics for this goal:

- Conduct separate data call to organizations specifically requesting 2210-to-2230 information, and
- The DTC will need to be adjusted to allow organizations to mark positions as 2210-to-2230.

# Analysis by Organization

The table below reflects an assessment of the data collected across all organizations:

| # | Org | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | CBP | Data provided in most instances – except Shared Certificates (Goal 1). | Quality acceptable in most instances. | Does not meet 50% of goals. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Junior Positions (Goal 4); Frontline (Goal 6); Not Good: Contractor Headcount (Goal 3); FTE Headcount (Goal 5) |
| 2 | CISA | Data provided in most instances – except Shared Certificates (Goal 1). | Quality acceptable in most instances. | Does not meet most goals. | Small population has minimal impact on DHS' overall performance. |
| 3 | FEMA | Data provided in most instances – except Tech Force positions (Goal 7). | Quality acceptable in most instances. | Does not meet 50% of goals. | Large population has significant impact on DHS' overall performance. Good: Contractor Headcount (Goal 3); FTE Headcount (Goal 5); Not Good: Early Career Talent (Goal 2); Junior Positions (Goal 4) |
| 4 | FLETC | Some data not provided. | Data quality mostly acceptable when data provided. | Falls short of most goals. | Small population has minimal impact on DHS' overall performance. |
| 5 | HQ | Data provided. | No issues. | Falls short of most goals. | Small population has minimal impact on DHS' overall performance. |
| 6 | ICE | Most data provided – except Shared Certificates (Goal 1) and Tech Force (Goal 7) | Minimal quality issues. | Meets about 50% of goals. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Junior Positions (Goal 4); Not Good: Contractor Headcount (Goal 3); FTE Headcount (Goal 5) |
| 7 | TSA | Data missing for Shared Certificates (Goal 1) and Contractor Headcount (Goal 3). | No issues when provided. | Goals missed because of missing data. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Junior Positions (Goal 4); Frontline Support (Goal 6). Not Good: Bad: FTE Headcount (Goal 5) |
| 8 | USCG | Data missing for Shared Certificates (Goal 1) and Contractor Headcount (Goal 3). | No issues when provided. | Falls short of most goals. | Small population has minimal impact on DHS' overall performance. |
| 9 | USCIS | Data provided in most instances – except Shared Certificates (Goal 1). | Quality acceptable in most instances. | Does not meet most goals. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Not Good: Contractor Headcount (Goal 3); FTE Headcount (Goal 5); Frontline Support (Goal 6). |
| 10 | USSS | Data mostly provided. | Data mostly acceptable. | Missed about half of goals. | Small population has minimal impact on DHS' overall performance. |
| OVERALL | | Data inconsistently provided | Quality acceptable when data provided. | Falls short of many goals. | Larger organizations drive Enterprises results, multiple instances of large organizations missing goals. |

*Table [ SEQ Table * ARABIC ] – Organization Assessment Summary*

## Organization 1: CBP

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No data provided. | No data provided. | No data provided. | If not currently tracking number of new hire actions, explain if/how this will be tracked in future. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 86% | High % Early Career |
| 3 | Reduce Contractor Headcount | Data provided. | Many Projections keyed in (not calculated) -> lines do not reconcile. | Small increase. | Low % Change High Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Mostly Grade 5 positions. | Large % of Junior Grades Large Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No issues. | Increase. | Low % Change High FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | High percentage (79%). | High % Frontline |
| 7 | Support the Federal Tech Force | No 2210 Positions | NA | NA | NA |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data provided in most instances – except Shared Certificates (Goal 1). | Quality acceptable in most instances. | Does not meet 50% of goals. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Junior Positions (Goal 4); Frontline (Goal 6) Not Good: Contractor Headcount (Goal 3); FTE Headcount (Goal 5) |

*Table [ SEQ Table * ARABIC ] – CBP Assessment*

## Organization 2: CISA

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No FY25 data (expected Number of New Hiring Actions). | Unclear unit – although this may be a template issue. Assume "6" reflects "6%". Detail does not support Forecast. 50% internal and 25% external should result in value greater than 6. | Forecast well short of goal. Details correlate to missing goal. No details about what will be done to achieve goal. | If not currently tracking number of new hire actions, explain if/how this will be tracked in future. Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 15% | Low % of Early Career<br>Low Number of Hires |
| 3 | Reduce Contractor Headcount | Data provided. | Many Projections keyed in (not calculated) --> lines do not reconcile. | Small increase. | Low % Change<br>High Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Mostly senior positions. | Large % of Senior Grades<br>Small Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No issues. | Decrease. | Medium % Change<br>Low FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | Low percentage (9%). | Low % Frontline<br>Low FTE Count |
| 7 | Support the Federal Tech Force | Data provided. | Discrepancy between Tech Force count (72) and GS-2210-14 hires identified in DCT (28). | Not able to determine until data quality discrepancy resolved. | Not able to determine until data quality discrepancy resolved. |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data provided in most instances – except Shared Certificates (Goal 1). | Quality acceptable in most instances. | Does not meet most goals. | Small population has minimal impact on DHS' overall performance. |

*Table [ SEQ Table * ARABIC ] – CISA Assessment*

## Organization 3: FEMA

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | Data provided. | Included text where number expected. | Forecast well short of goal.<br>Detail explains why forecasting is difficult and 10% is best estimate. Detail does not explain how goal will be achieved. | Explain what will be done to meet goal of 60%.<br>Do not include text where number expected. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 22% | Low % of Early Career<br>Medium Number of Hires |
| 3 | Reduce Contractor Headcount | Data provided. | No issues. | Decrease. | Large % Decrease |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Equal distribution across mostly senior positions. | Mostly senior positions.<br>Large Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | Projections keyed in (not calculated) --> lines do not reconcile. | Decrease. | Large % Decrease |
| 6 | More Frontline over Support | Data provided. | No issues. | FEMA data provided after analysis. | FEMA data provided after analysis. |
| 7 | Support the Federal Tech Force | No Tech Force data provided.<br>Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 11 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |
| **OVERALL** | | Data provided in most instances – except Tech Force positions (Goal 7). | Quality acceptable in most instances. | Does not meet 50% of goals. | Large population has significant impact on DHS' overall performance.<br>Good: Contractor Headcount (Goal 3); FTE Headcount (Goal 5)<br>Bad: Early Career Talent (Goal 2); Junior Positions (Goal 4) |

*Table [ SEQ Table * ARABIC ] – FEMA Assessment*

## Organization 4: FLETC

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No FY25 data but Component provided justification. Enterprise will need to evaluate justification. | No data provided. | Forecast well short of goal. Even with justification, Forecast should reflect meeting goal for "those positions that meet the nature of work and location requirements." No details about what will be done to achieve goal. | Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 8% | Low % of Early Career<br>Low Number of Hires |
| 3 | Reduce Contractor Headcount | Data provided, but no Additions/ Reductions. | No Additions/ Reductions. | No change. | Low % Change<br>Low Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Mostly senior positions. | Large % of Senior Grades<br>Small Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No issues. | Increase. | Low % Change<br>Low FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | Moderate percentage (51%). | Low % Frontline<br>Low FTE Count |
| 7 | Support the Federal Tech Force | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | Moderate percentage (51%). | Not able to assess. |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | | |
|---|---|---|---|---|---|
| OVERALL | | Some data not provided. | Data quality mostly acceptable when data provided. | Falls short of most goals. | Small population has minimal impact on DHS' overall performance. |

*Table [ SEQ Table * ARABIC ] – FLETC Assessment*

## Organization 5: HQ

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | Data provided. | Included text where number is expected. Recommend template adjusted to highlight where Comments should be placed. | Forecast well short of goal. (1-2% increase on 0.5%) | Explain what will be done to meet goal of 60%. Do not include text where number expected. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 30% | Low % of Early Career Low Number of Hires |
| 3 | Reduce Contractor Headcount | Data provided. | No issues. | Small decrease. | Low % Change High Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Equal distribution across mostly senior positions. | Equal Distribution of Grades Medium Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No issues. | Equal distribution across mostly senior positions. | Equal Distribution of Grades Medium Number of Positions |
| 6 | More Frontline over Support | Data provided. | No issues. | Equal distribution across mostly senior positions. | Equal Distribution of Grades Medium Number of Positions |
| 7 | Support the Federal Tech Force | Data provided. | No issues. | Leveraging Tech Force | Leveraging Tech Force |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data provided. | No issues. | Falls short of most goals. | Small population has minimal impact on DHS' overall performance. |

*Table [ SEQ Table * ARABIC ] – HQ Assessment*

## Organization 6: ICE

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No data provided for Forecast & Details. | Unclear if 0 for Numerator reflects the Number of New Hiring Actions Using Shared Certificates =0 or Component has not been tracking metric. Recommend template adjusted to highlight where Comments should be placed. | No data provided. | If not currently tracking number of new hire actions, explain if/how this will be tracked in future. Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 69% | High % Early Career |
| 3 | Reduce Contractor Headcount | Data provided. | Some data inconsistencies. | Small decrease. | Low % Change<br>High Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Mostly Grade 5 positions. | Large % of Junior Grades<br>Large Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | Some data inconsistencies. | Increase. | High % Change<br>Medium FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | High percentage (74%). | Low % Frontline<br>Low FTE Count |
| 7 | Support the Federal Tech Force | No Tech Force data provided.<br>Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 7 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| 8 | Increase 2210 to 2230 Positions | NA | NA | NA | Needs to collect data. |
| **OVERALL** | | Most data provided – except Shared Certificates (Goal 1) and Tech Force (Goal 7) | Minimal quality issues. | Meets about 50% of goals. | Large population has significant impact on DHS' overall performance.<br>Good: Early Career Talent (Goal 2); Junior Positions (Goal 4)<br>Bad: Contractor Headcount (Goal 3); FTE Headcount (Goal 5) |

*Table [ SEQ Table * ARABIC ] – ICE Assessment*

## Organization 7: TSA

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No FY25 data except limited "Detail." | No data provided. | No forecast. Detail provides no information ("Shared certificates only used internally when applicable."). | Continue to "Implement the use of shared certificates" as describe in the Detail column. Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 97% | High % Early Career |
| 3 | Reduce Contractor Headcount | No data provided. | No data provided. | No data provided. | No data provided. |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Mostly Grade 4 positions. | Large % of Junior Grades Medium Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No data provided. | Small decrease. | Low % Change High FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | High percentage (97%). | High % Frontline |
| 7 | Support the Federal Tech Force | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 19 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| 8 | Increase 2210 to 2230 Positions | NA | NA | NA | Needs to collect data. |
| OVERALL | | Data missing for Shared Certificates (Goal 1) and Contractor Headcount (Goal 3). | No issues when provided. | Goals missed because of missing data. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Junior Positions (Goal 4); Frontline Support (Goal 6). Bad: FTE Headcount (Goal 5) |

*Table [ SEQ Table * ARABIC ] – TSA Assessment*

## Organization 8: USCG

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No data provided. They are "...implementing the use of shared certificates." | No data provided. | Forecast well short of goal. | Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 24% | Low % of Early Career<br>Low Number of Hires |
| 3 | Reduce Contractor Headcount | No data provided. | No data provided. | No data provided. | No data provided. |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Mostly senior positions. | Equal Distribution of Grades<br>Medium Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No data provided. | Increase. | Low % Change<br>Low FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | Low percentage (11%). | Low % Frontline<br>Low FTE Count |
| 7 | Support the Federal Tech Force | Data provided. | No issues. | Small number of Tech Force positions (3) relative to number of positions in DTC (27). | Small number of Tech Force positions (3) relative to number of positions in DTC (27). |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data missing for Shared Certificates (Goal 1) and Contractor Headcount (Goal 3). | No issues when provided. | Falls short of most goals. | Small population has minimal impact on DHS' overall performance. |

*Table [ SEQ Table * ARABIC ] – USCG Assessment*

## Organization 9: USCIS

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | No data provided for Forecast & Details. | Not sure if 0 for Numerator reflects the Number of New Hiring Actions Using Shared Certificates =0 or Component has not been tracking metric. Recommend template adjusted to highlight where Comments should be placed. | No data provided. | Tracking number of new hire actions, explain if/how this will be tracked in future. Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 82% | High % Early Career |
| 3 | Reduce Contractor Headcount | Data provided. | No issues. | Small decrease. | Low % Change High Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Number of Grade 5 is offset by large number of senior positions. | Distribution across Grades Large Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | No issues. | Increase. | High % Change Medium FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | Moderate percentage (59%). | Moderate % Frontline Moderate Hiring Count |
| 7 | Support the Federal Tech Force | No Tech Force data provided. Do not know if no Tech Force data means failure to provide data or no use of Tech Force. | NA | 41 GS-2210-14 positions in DTC, but no Tech Force data provided. | Not able to assess. |
| 8 | Increase 2210 to 2230 Positions | NA | NA | NA | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data provided in most instances – except Shared Certificates (Goal 1). | Quality acceptable in most instances. | Does not meet most goals. | Large population has significant impact on DHS' overall performance. Good: Early Career Talent (Goal 2); Bad: Contractor Headcount (Goal 3); FTE Headcount (Goal 5); Frontline Support (Goal 6). |

*Table [ SEQ Table * ARABIC ] – USCIS Assessment*

## Organization 10: USSS

The table below reflects an assessment of the data collected:

| # | OPM and DHS Goal | Data Request Compliance | Data Quality | Goal Compliance | Enterprise Perspective |
|---|---|---|---|---|---|
| 1 | 60% New Hires Use Shared Certificates | Some data provided. | Data appears incomplete.<br>Included 2 values in single cell. (see Enterprise Notes)<br>Included text where number is expected. | Forecast well short of goal. | Continue to evaluate "how to track the use of shared certificates".<br>Explain what will be done to meet goal of 60%. |
| 2 | 33% New External Hires to be Early Career Talent | Data provided. | No issues. | 81% | High % Early Career |
| 3 | Reduce Contractor Headcount | Data provided. | Many Projections keyed in (not calculated) --> lines do not reconcile. | Small increase. | Low % Change<br>Low Number of Contractors |
| 4 | Downgrade to More Junior Positions | Data provided. | No issues. | Skewed towards Grade 5. | Large % of Junior Grades<br>Medium Number of Positions |
| 5 | Reduce Overall Headcount | Data provided. | Many Projections keyed in (not calculated) --> lines do not reconcile. | Increase. | Low % Change<br>Low FTE Count |
| 6 | More Frontline over Support | Data provided. | No issues. | Moderate percentage (61%). | Moderate % Frontline<br>Moderate Hiring Count |
| 7 | Support the Federal Tech Force | Data provided. | Discrepancy between Tech Force count (4) and GS-2210-14 hires identified in DCT (1). | Not able to determine until data quality discrepancy resolved. | Not able to determine until data quality discrepancy resolved. |
| 8 | Increase 2210 to 2230 Positions | NA. | NA. | NA. | Needs to collect data. |

| | | | | |
|---|---|---|---|---|
| **OVERALL** | Data mostly provided. | Data mostly acceptable. | Missed about half of goals. | Small population has minimal impact on DHS' overall performance. |

*Table [ SEQ Table * ARABIC ] – USSS Assessment*

# Exhibit G

U.S. Department of Homeland Security
Washington, DC 20472

FEMA

June 24, 2026

**DECISION**

MEMORANDUM FOR THE DHS STRATEGIC HIRING COMMITTEE

THROUGH: Robert J. Fenton
Senior Official Performing the Duties of Administrator

FROM: Shila R. Cooch *Shila R. Cooch*
Associate Administrator for Mission Support

SUBJECT: FEMA Submission to the DHS Strategic Hiring Committee for Priority Hiring

---

**Purpose:** FEMA seeks approval from the DHS Strategic Hiring Committee (SHC) to proceed with priority hiring to fill 995 vacant positions that are essential to sustaining FEMA's core mission requirements across Headquarters and the Regions. This request includes 475 positions in Mission Critical Occupation (MCO) series and 396 positions in FEMA's Mission Enabling series.

**Context:** FEMA previously submitted a priority hiring request to the DHS SHC to fill 2,743 vacant positions. Based on DHS feedback, we have refined that request to focus exclusively on positions determined to be mission essential. In response, FEMA conducted a comprehensive review of the occupational series required to support mission critical operations in the Regions and at Headquarters. This review covered:

- Regional and National Incident Management Assistance Team (IMAT) positions
- Regional and National Watch positions
- Regional Individual Assistance Program positions
- Regional Public Assistance Program positions
- Headquarters and Regional Information Technology positions
- Mt. Weather Emergency Operations Center positions

Support positions associated with these operational areas were also evaluated. Essential roles were identified and prioritized based on their alignment with previously designated MCO series and FEMA's Mission Enabling series. As reflected in the attached table, this refined priority hiring request seeks approval to fill 995 vacancies, including 475 in MCO series and 396 in Mission Enabling series. All Regional and National IMAT positions and all Mt. Weather Emergency Operations Center vacancies are included in this request to ensure FEMA can meet its operational commitments and incident response requirements. To maintain continuity of operations, FEMA requests authority to backfill any currently encumbered positions that subsequently become vacant.

**Timeline:** Upon SHC approval, FEMA will immediately initiate recruitment and hiring actions for the positions identified in the attached table, in accordance with DHS hiring guidance and applicable federal personnel policies.

**Recommendation**: FEMA requests SHC consideration and approval at the earliest practicable opportunity so that these mission essential vacancies can be filled as efficiently as possible and FEMA can maintain the required readiness posture to support the Department and the nation during future incidents and disasters.

Approve/date_________________________ Disapprove/date_____________________

Modify/date _______________________ Needs discussion/date___________________

Attachments:
Attachment A: Proposed Priority Staffing Table
Attachment B: Final Tranche 2 Priority Positions
Attachment C: FEMA Staffing Plan Summary

**Attachment A: Proposed Priority Staffing**

| | HQ | | | Regions | | | Grand Total |
|---|---|---|---|---|---|---|---|
| **Occupational Series** | **CORE** | **PFT** | **HQ Totals** | **CORE** | **PFT** | **Regions Total** | |
| **Mission Critical** | **2** | **305** | **307** | **14** | **154** | **168** | **475** |
| 0080-SECUR ADM | | 10 | 10 | | 5 | 5 | 15 |
| 0089-EMERGENCY MANAGEMENT | 2 | 135 | 137 | 11 | 138 | 149 | 286 |
| 0201-PERSONNEL MANAGEMENT | | 14 | 14 | | | | 14 |
| 0905-GENERAL ATTORNEY | | 14 | 14 | | | | 14 |
| 1102-CONTRACTING | | 28 | 28 | | 6 | 6 | 34 |
| 2210-INFORMATION TECHNOLOGY SPECIALIST | | 104 | 104 | 3 | 5 | 8 | 112 |
| **Mission Enabling** | **35** | **265** | **300** | **4** | **92** | **96** | **396** |
| 0301-MISCELLANEOUS ADMINISTRATION & PROGRAM | | 64 | 64 | | 23 | 23 | 87 |
| 0343-MANAGEMENT & PROGRAM ANALYSIS | | 144 | 144 | | 25 | 25 | 169 |
| 0346-LOGISTICS MANAGEMENT | 1 | 3 | 4 | 3 | 5 | 8 | 12 |
| 0391-TELECOMMUNICATIONS | | 15 | 15 | | 2 | 2 | 17 |
| 0501-FINANCIAL ADMINISTRATION & PROGRAM | | | | | | | |
| 0801-GENERAL ENGINEERING | 1 | 2 | 3 | | | | 3 |
| 0810-CIVIL ENGINEERING | | 14 | 14 | | 15 | 15 | 29 |
| 1035-PUBLIC AFFAIRS | 33 | | 33 | 1 | | 1 | 34 |
| 1109-GRANTS MANAGEMENT | | 9 | 9 | | 22 | 22 | 31 |
| 2001-GENERAL SUPPLY | | | | | | | |
| 2101-TRANSPORTATION SPECLST | | 1 | 1 | | | | 1 |
| 5378-POWERED SUPPORT SYSTEM MECHANIC | | 3 | 3 | | | | 3 |
| 5823-AUTOMOTIVE MECHANIC | | 3 | 3 | | | | 3 |
| 6907-MATERIALS HANDLING | | 7 | 7 | | | | 7 |
| **Non-Mission Critical/Non-Mission Enabling** | **2** | **122** | **124** | | | | **124** |
| **Grand Total** | **39** | **692** | **731** | **18** | **246** | **264** | **995** |

# Exhibit H

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 28 | Date Range: 7/25/2025 |

### Outline of Conversations

**CHAT - KaraVoorhies_WhatsApp0000001 - 00007 - 2025/07/25** • 28 messages on 7/25/2025 • [redacted]@lid • Corey R Lewandowski <[redacted]@s.whatsapp.net> • Kara Voorhies <[redacted]@s.whatsapp.net>

**Messages in chronological order** (times are shown in GMT -05:00)

**CHAT - KaraVoorhies_WhatsApp0000001 - 00007 - 2025/07/25**

\# **Corey R Lewandowski <[redacted]s.whatsapp.net>** 7/25/2025, 4:51 AM

Attached URL:
https://mmg.whatsapp.net/o1/v/t24/f2/m231/AQN5FotTANgcZ4qqlzCRQ7pelkgCU48drUs_NRgfpBeLvSf_FI2r_6xr2xlgk5Bc17hHj2STmpl3KnpmaSExa5xv8QbKz4b2vGuqJT-jmg?ccb=9-4&oh=01_Q5Aa2AGVE-F-9vurJekErtICL88vOWr4l-M426IZsW8YZt7Nrw&oe=68AAB1CC&_nc_sid=e6ed6c&mms3=true
Attachment Title: Can you talk to Tricia to provide pushback?

CNN has learned that FEMA is moving to terminate nearly $1 billion in non-disaster emergency management and homeland security grants as part of its FY25 rescission process, eliminating at least 19 programs, including the Urban Area Security Initiative, Regional Catastrophic Preparedness Grant Program, Port Security Grant Program, Transit Security Grant Program, and others.

In multiple memos obtained by CNN, FEMA outlines a wide range of risks associated with each program elimination.

CNN has also learned that FEMA is racing to distribute NOFOs for the programs that remain, but there is growing concern that money will go unspent due to the delays and looming Sept 30 deadline.

*Image: 311be061-f7b9-4526-9842-a77e3f8d37ba.jpg (56 KB)*

\# **Kara Voorhies <[redacted]s.whatsapp.net>** 7/25/2025, 5:07 AM

Yes, we are already coordinating and I provided her talking points yesterday afternoon. Will check to see where they stand on the response

\# **Corey R Lewandowski <[redacted]s.whatsapp.net>** 7/25/2025, 5:13 AM

Thank you

\# **Kara Voorhies <[redacted]@s.whatsapp.net>** 7/25/2025, 6:06 AM

They sent over a statement

\# **Corey R Lewandowski <[redacted]@s.whatsapp.net>** 7/25/2025, 6:33 AM

Please forward

\# **Kara Voorhies <[redacted]s.whatsapp.net>** 7/25/2025, 7:12 AM

⃠ You deleted this message

\# **Kara Voorhies <[redacted]s.whatsapp.net>** 7/25/2025, 7:21 AM

From DHS OPA:
"Secretary Noem and this
Administration are focused on ending waste, fraud, and abuse across the federal government - and FEMA is no exception. For years, taxpayer dollars have flowed to bloated grants, political pet projects, and groups with questionable ties. That ends now.
While CNN relies on anonymous leaks and cherry-picked memos, we're focused on results - like the federal response to Texas flooding, praised by local and state leaders.

If CNN wants facts, they should cover FEMA's real work - including efforts to stop taxpayer funds from going to unaccountable programs or groups flagged for security risks." - DHS SPOX

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Kara Voorhies <[redacted]@s.whatsapp.net> 7/25/2025, 12:56 PM
Joe took swift action 😁

# Corey R Lewandowski <[redacted]@s.whatsapp.net> 7/25/2025, 1:01 PM
Good

# Corey R Lewandowski <[redacted]@s.whatsapp.net> 7/25/2025, 1:02 PM
Make sure Tricia is read in

# Kara Voorhies <[redacted]@s.whatsapp.net> 7/25/2025, 1:24 PM
Copy

# Kara Voorhies <[redacted]@s.whatsapp.net> 7/25/2025, 1:29 PM
Appropriators call is starting now.
Authorizers call is at 4pm.
Will brief you after both.

OMB brief was interesting. Cav joined and insisted we not brief on the 3 big programs until Monday (we tried but he cut it off). Now they are sending emails to our resilience team prohibiting them from briefing the hill on those 3. We are disregarding and marching forward.

# Exhibit I

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 17 | Date Range: 9/28/2025 |

### Outline of Conversations

**CHAT - KaraVoorhies_WhatsApp0000001 - 00007 - 2025/09/28** • 17 messages on 9/28/2025 • [redacted]@lid • Corey R Lewandowski <[redacted]@s.whatsapp.net> • Kara Voorhies <[redacted]s.whatsapp.net>

**Messages in chronological order** (times are shown in GMT -05:00)

**CHAT - KaraVoorhies_WhatsApp0000001 - 00007 - 2025/09/28**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| | | |
|---|---|---|
| # | Corey R Lewandowski <[redacted]@s.whatsapp.net><br>[redacted] | 9/28/2025, 3:14 PM |
| # | Kara Voorhies [redacted]@s.whatsapp.net><br>Okay | 9/28/2025, 3:15 PM |
| # | Corey R Lewandowski [redacted]@s.whatsapp.net><br>Will know soon | 9/28/2025, 3:15 PM |

# Exhibit J

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 11 | Date Range: 10/17/2025 |

[redacted] [redacted]

**Messages in chronological order** (times are shown in GMT -05:00)

**CHAT - KaraVoorhies_WhatsApp0000001 - 00007 - 2025/10/17**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit K

climate and equity etc

5:07

We ended up not doing it this year

...ugh we could get a bett...

...se ...admin priorities

Erin Hoffman

It's only $140k

Sat, Dec 27

Joe has some ideas for COG research we might look into

Next week thing 11:39 AM

Great. We can direct it however is needed

We can also help direct through CHDS 11:39 AM

Fri, Jan 2

I haven't been able to get a hold of anyone in occhco for the last two days. I'm assuming there is no appeal process for these cores? I have one that would hard to lose, but get it... 10:39 AM

There is an appeal process! Ask one of the DCOS 10:43 AM

Nobody is freaking answeringgggg but I'll text them maybe it's lost in the shuffle

Message

have one that would hard to lose, but get it...

5:07

Erin Hoffman

There is an appeal pro... one of the DCOS 10:43 AM

Fri, Jan 2

Nobody is freaking answeringgggg but I'll text them maybe it's lost in the shuffle 10:43 AM

Mon, Jan 5

The exercise program they want to move is mine if you have questions

Cynthia just called me 5:36 PM

Also I finally have a fucking consolidated POP extension memo for you from resilience and Orr so we can have a consistent approach across the agency 7:27 PM

Nice!

I have no idea what exercises you are referring to though 7:28 PM

National Exercise Program in Preparedness. It's part of what's getting moved with continuity

Message

# Exhibit L

12:10

FEMA 👑 QUEENS

Sep 29, 2025

Karen Evans
I had to ru... meeting and was talking to Joe. There is going to be a message sent out about COS and I may not have to do a full rewrite of the RIF plan 😬
KE 10:41 AM

Victoria Barton
So is Arnold the cos?

Because if so, everything I've assigned to you feel free to pawn it off to him 10:47 AM

No 10:47 AM

Victoria Barton
Oh ok haha

So what's the decision 10:47 AM

Karen Evans
I am the acting COS

And i am following up on your issues 😀
KE 10:48 AM

Victoria Barton

Message

12:10

FEMA 👑 QUEENS

Sep 30, 2025

**Victoria Barton**

Oh ok is that for you or Dave?

Sounds good

Want to make sure you have the support you want and neeed! 9:34 AM

👍

**Karen Evans**

> **Victoria Barton**
> Karen make sure if you need an assistant you get one

The front office 😀 9:41 AM

🥳

KE: DR shared the numbers with Keith and Stephanie. And they acted like she did not know 5:00 PM

**Victoria Barton**

For rif? 5:05 PM

**Karen Evans**

KE: Yup 5:33 PM

Message

12:11

FEMA 👑 QUEENS

KE Yup 5:33 PM

Sep 30, 2025

**Victoria Barton**
Jay didn't share the numbers! 5:34 PM

**Karen Evans**
Nope DR directed will to give it to her 6:59 PM

**Victoria Barton**
Is there any thing we can put in the NFIP lapse EAG to hit at Biden? 7:50 PM

**Karen Evans**
I haven't focused on that yet 8:17 PM

**Victoria Barton**
I think we are hold on that

Per Micah 8:43 PM

👍

Oct 1, 2025

**Karen Evans**
FEMA wants to start recalling

Message

12:11

FEMA 👑 QUEENS

this afternoon? 2:00 PM

Oct 17, 2025

Karen Evans
It got moved to Monday 2:25 PM

We are definitely going to need messaging because Stephanie keeps saying it is a RIF and I said it is not. They are getting 30 day notice..because Congress can't do their job 2:29 PM

KE

Victoria Barton
I sent an email! 2:38 PM

Karen Evans
There is going to be a second memo on NFIP etc 2:51 PM

Will just sent and email to ensure we are doing the DEC correctly 5:33 PM

KE

Oct 20, 2025

Victoria Barton

Message

# Exhibit M

9:53

DR Action Group
1w

[illegible] removal need to get it signed; goes in todays daily update to the Secretary as a topic

Jun 16, 2025

Mention that DR has spoken to the governor and 4 reps about it

GA 8:16 AM

**Will Bilicic**
Got it. It was also submitted as a point for the Secretary's briefing book for the cabinet meeting tomorrow 8:17 AM

@Kara Voorhies DR wants his mug from in there, is a way to get it without being too disruptive

W 1:32 PM

Jun 17, 2025

**Will Bilicic**
FEMA Review Council requested the transforming FEMA document

In the formal RFI yesterday

Message

9:53

DR Action Group
1w

FE... document

In the forr Jun 17, 2025 day

The one we submit needs to be the one we gave to Patrick and Joe last week. 7:52 AM

W

Should have been delivered to Gov by Victoria. Did she not do that?

Personally I think we should submit the original doc if they specifically requested it, with a note about who developed it. Separately we pull the good ideas and organize into a plan 7:56 AM

Also not sure why we're worried about the staff doc becoming discoverable 8:00 AM

Will Bilicic
Ya they specifically listed it in the RFI 8:01 AM

Let's synch on this when you

Message

9:53

Also not sure why we're worried about the stuff becoming discoverable

DR Action Group
1w

Jun 17, 2025

**Will Bilicic**
Ya they specifically listed it in the RFI 8:01 AM

W
Let's synch on this when you and Greg are on. 8:16 AM

Coming up now 8:16 AM

GA
**Greg Abide**
Walking up 8:20 AM

**Mike Kangior**
Please ask AF2 before sharing it with the FEMA Review Council. AF1 asked us yesterday to modify the document. 8:24 AM

MK
I'm deleting bad ideas, strengthening some arguments, and ridding the draft of FEMA exonerating itself for its conduct in recent years. 8:28 AM

**Will Bilicic**

Message

# Exhibit N

4:57

Erin Hoffman

resource inventory... like wut

9:00 PM

Oct 9, 2025

Have I ever talked to you about Clean Slate? 9:00 PM

Sounds like FEMA doing more than they're statutory requirements right off the bat

Erin Hoffman
Have I ever talked to you about Clean Slate?

No 9:01 PM

Like 11-12 years ago they literally sequestered maybe 30-40 of us to redesign fema

We were out into 3 groups. One was if fema was jsut the experts/ SMEs for state and locals

That's the group cavanaugh and I were in

Then one was if we had a bigger fema with more done at the fed level. I'm trying to remember the

Message

Anyway I know Cav feels strongly about bringing some of those

We were out into 3 groups. One was if fema was jsut the experts/ ... state and locals

4:57

Erin Hoffman

That's the group cavanaugh and I were in

Oct 9, 2025

Then one was if we had a bigger fema with more done at the fed level. I'm trying to remember the 3rd.

Anyway I know Cav feels strongly about bringing some of those ideas back up (if it matters - maybe it doesn't)

But some are def in line with I think where we'd want to be. A much leaner fema

I'll send you the slides in case they spark anything 9:04 PM

I feel like a focus group tasked with how to run fema with 200 people or less , like a dramatic difference, would tell you how to do this.
To me it's not about reducing a few pins here and there, or even closing out the dozens of "offic of..." which are performing some minor function. It's really a clean

Message

existed, how would we build it from scratch as a startup

4:57

Erin Hoffman

... send you the slides in case they spark anything 9:04 PM

Oct 9, 2025

I feel like a focus group tasked with how to run fema with 200 people or less , like a dramatic difference, would tell you how to do this.
To me it's not about reducing a few pins here and there, or even closing out the dozens of "office of..." which are performing some minor function. It's really a clean slate approach. Like if no statute existed, how would we build it from scratch as a startup 9:07 PM

Yup 9:08 PM

> Erin Hoffman
> I'll send you the slides in case they spark anything

Please do! 9:08 PM

Just sent them! 9:08 PM

A start up would never:

Message

a technology product for 90% of the work.

4:57

I'll send you the slides in case they spark anything

Erin Hoffman

Just sent them

Oct 9, 2025

A start up would never:
- take on payroll, it would leverage a technology product for 90% of the work.
- create named officers for basic activities and staff such offices as if they are their own independent business
- have executives outside the c-suite, which would be 5 people
- would never to pay contractors a premium when they could leverage their own staff for far less
- etc

To really streamline it you would have to start over 9:14 PM

Very true

But that's the government sadly

Like some of this is wholesale govt change that is needed

Not saying we can't start it

Message

for pay, travel, training, etc.

4:57

Erin Hoffman

have to start over 9:14 PM

Oct 9, 2025

Very true

But that's the government sadly

Like some of this is wholesale govt change that is needed

Not saying we can't start it

But why do we have so many gd systems and each have our own for pay, travel, training, etc.

And they're all awful

Our performance management system makes me want to scream every time I use it 9:19 PM

I think it's possible to do some of that with simple mechanics. Like pull grants to DHS, but build tech from the ground up, don't just transfer the structure and people. Then transfer continuity to DHS; easy. Then training to FLETC. Some of these functions are just delegated authority which could

Message

trickier but possible. If they're stat. req. FEMA do X, make that a bot

4:57

Erin Hoffman

system makes me want to scream every time I u

Oct 9, 2025 9:19 PM

I think it's possible to do some of that with simple mechanics. Like pull grants to DHS, but build tech from the ground up, don't just transfer the structure and people. Then transfer continuity to DHS; easy. Then training to FLETC. Some of these functions are just delegated authority which could be easy to revoke, others are a bit trickier but possible. If they're stat. req. FEMA do X, make that a bot that pushes it to the newly designed and sensibly aligned department .

Mission support is easy. Get rid of anyone who isn't a top performer and merge the best people with HQ. 10:18 PM

Then you're left with USFA and ORR and regions. Collapse the regions, make states run their o stuff and use EMACs. Split ORR at

Message

level point of data collection and facilitate communication however

4:57

Erin Hoffman

Mission support is easy. Get rid of ... and merge the best people with HQ.

Oct 9, 2025

10:18 PM

Then you're left with USFA and ORR and regions. Collapse the regions, make states run their own stuff and use EMACs. Split ORR at HQ into Response and Recovery. Response can remain the high level point of data collection and facilitate communication , however S1 should be making the decisions on how to deploy resources since she controls so many pieces

Recovery should be the block grant method with true auditors at HQ. Systems should be integrated with the state's systems for transparency and monitoring, but we don't need to employ inspectors and crap. Make the states do it and see if it really needs to be done!

Would be some light legislative adjustments, but I'm betting we have the capability to do it already

Message

made by S1 to AF1. We are already revoking that.

4:57

Erin Hoffman

we don't need to employ inspectors and crap. Make the states do it and see if it really needs to be done!

Oct 9, 2025

Would be some light legislative adjustments, but I'm betting we have the capability to do it already

For example, the advisor to POTUS is actually a delegation made by S1 to AF1. We are already revoking that.

So MET 1 is OBE 😂 10:33 PM

I know it's not that easy in reality but I definitely don't think the light tweaks he wrote are transformative enough 10:48 PM

Oct 10, 2025

I fell asleep 🤣

I've been so tired lately 5:35 AM

Good, sleep! I was too worked reading the ridiculousness to sleep much

Message

I agree with most of that, but not that easy 🤣

# Exhibit O

2:30

KE Karen Evans

Wed, Dec 10

Thu, Dec 11

What is happening with the FRC meeting? 11:51 AM

It is cancelled 11:55 AM

Why? 11:57 AM

No one can give me an answer on why it was canceled. Super weird 12:01 PM

Governor Bryant said because Susie Wiles said they had not seen the draft report and therefore the meeting would be held at the White House 12:02 PM

Wasn't it supposed to be there anyway?

And that's bullshit, she saw the 2 pager 12:04 PM

Oops..it would NOT be held at the

Message

So did they fully cancel it or just

2:30

KE Karen Evans

pager 12:04 PM

Thu, Dec 11

Oops..it would NOT be held at the white house...sorry about that 12:04 PM

So did they fully cancel it or just relocate? 12:05 PM

It is cancelled 12:05 PM

I hate that I'm traveling today. Too much going on

I thought S1 did really well. Even got to fight back a little on the UASI question 12:06 PM

I haven't seen it i have to go back and watch it 12:17 PM

Mon, Dec 15

Unanswered voice call · 5:26 PM

Call Again

Call me please 5:27 PM

Message

# Exhibit P

11:43

Most of the support thus far has been Direct Federal Assistance which is FEMA sending r... (these are the men... signed)

Corey Lewand...

Jul 8, 2025

No Public Assistance grant to the state has been made yet. We don't expect that to come in until later this week or next. Requires state to pull together numbers

3:38 PM

Copy 3:40 PM

Incoming voice call · 3:41 PM

Call Back

Please send a $5MM block grant to the state immediately (today)

This will be part of the block grant

How much have we sent per individual of that $53K? 3:42 PM

4 households

Corey Lewandowski
This will be part of the block grant

Do you mean part of the Public ...

Message

block, it is reimbursements.

11:43

Corey Lewand...

How much have we sent per individual of th

Jul 8, 2025

:42 PM

4 households

> Corey Lewandowski
> This will be part of the block grant

Do you mean part of the Public Assistance Grant? That is not a block, it is reimbursements.

I am finding out how we can do a block to them. It's not currently done based on my understanding. I'll find a way

3:46 PM

Get them $5MM and we can deduct it against future $$ owed.

3:47 PM

Further info coming in; she forgot to mention the $4.6m!

Re: block grant, 2 things.
1. We are already providing a grant to TX to administer Other Needs assistance, direct payments to individuals—sorry I misspoke

Message

doing Direct Federal Assistance.
That is about $4.6M and was

11:43

Corey Lewand...

deduct it against future $$ owed.

3:47 PM

Jul 8, 2025

Further info coming in; she forgot to mention the $4.6m!

Re: block grant, 2 things.
1. We are already providing a grant to TX to administer Other Needs assistance, direct payments to individuals—sorry I misspoke when I told you we were only doing Direct Federal Assistance. That is about $4.6M and was approved by S1 yesterday.

2. If we want to provide funding to TX for emergency life saving work, the fastest path is through an expedited public assistance project. Would require the state to raise their hand and say they want it, and it would take us at least a few hours (possibly into tomorrow) to move the money.

3:49 PM

Summary of assistance we have provided to date:

Message

date, we are anticipating around 2,000 households to register

11:43

Corey Lewand...

few hours (possibly into tomorrow) to move the money.

Jul 8, 2025

3:49 PM

Summary of assistance we have provided to date:
-$53K to 4 eligible households to date, we are anticipating around 2,000 households to register
-$4.6M to state for Other Needs Assistance
-$11.5M in direct federal assistance including search and rescue and imagery

Let me know if there is desire to do the $5m on top of the above and we'll get it in motion 3:53 PM

Yes 3:55 PM

Copy. On it. 3:55 PM

They will definitely hit the threshold 3:56 PM

For debris? 3:57 PM

Message

11:43

Corey Lewand...

Yes 3:57 PM

Jul 8, 2025

In motion. Reaching out to the state to get them to put forth a request so we can move funds 3:58 PM

Let's send proactively. 4:00 PM

Let me see what we can do 4:00 PM

Working it through office of response and recovery as well as OCFO. Expect a solution by the time I land 4:07 PM

Boom. 4:08 PM

Unanswered voice call · 5:07 PM

Incoming voice call · 5:11 PM

Call Back

Napkin is being requested. Docs

Message

as we work it tonight 5:27 PM

11:43

Corey Lewand...

Jul 16, 2025

WV dec for June flooding is with the WH for decision.
In general they don't share specifics on where the dec's are in the process to avoid getting ahead of POTUS. That's why he hasn't heard anything. 6:13 PM

Thank you. Please follow up tomorrow with the WH 6:30 PM

Jul 17, 2025

NSC responded that the WV request is still under review along with 15 others 1:31 PM

Can we get someone to call the Governor and tell him ? 1:32 PM

We can. FEMA typically does not do so as they do not want to "throw the WH under the bus".
If they won't call him, myself or Victoria will

directly? 1:37 PM

Message

11:43

Corey Lewand...

Jul 17, 2025

I also ... nse for Gov Landry. Shall I send that to him directly?
1:37 PM

How bad is the Landry response
1:39 PM

Incoming voice call · 1:39 PM

Call Back

Do you have Landry and Morrisey's cell numbers?
2:06 PM

Landry - [redacted]

Morrissey - [redacted]
2:30 PM

Jul 18, 2025

Just need to send a resume over to Roland Edwards in OCHCO and let him know it's schedule A and urgent

Happy to handle it with John if you

Message

Incoming voice call · 7:18 AM

11:44

Corey Lewand...

on it?

Aug 5, 2025

Separately, Patrick Powers informed us this morning that Gov Bryant is presenting to NSC today at the weekly in-person meeting. He is also having dinner and spending time with Dave this afternoon 10:31 AM

Don't need the memo. 10:52 AM

Aug 21, 2025

He is asking me if you are asking me to stay... I said not directly, people have made passing comments about not wanting me to leave.
John must have spoken to him.
He is saying to stand firm... 4:58 AM

Aug 22, 2025

Further item to consider on the FIFA grant email I sent is if S[illegible] would like to have the ability to apply Sanctuary Jurisdiction

Message

She is reviewing it now 2:48 PM

11:44

Corey Lewand...

Does Dillon kr

Sep 16, 2025

Yes, FEMA OCIO

YES, Dillon is fully aware and will be attending 5:53 PM

Okay. 5:53 PM

No action needed. Just wanted you to be aware since it's FEMA 5:55 PM

Appreciate that 5:55 PM

Sep 17, 2025

Have a call with Joe and Katie at 10:45 but I can walk you through the Homeland Security Grant memo after that if you are available.
Regional catastrophic- confirming with legal that we can reallocate. Will be some political risk
EMPG- I've requested some statistics for consideration, hopefully supporting a non of 1

Message

9:44 AM

11:44

Corey Lewand...

Sep 17, 2025

have a call with Joe and [illegible] at 10:45 but I can walk you through the Homeland Security Grant memo after that if you are available.
Regional catastrophic- confirming with legal that we can reallocate. Will be some political risk
EMPG- I've requested some statistics for consideration, hopefully supporting a pop of 1 year. More to come on that

9:44 AM

Sep 18, 2025

For awareness - ALL of the Homeland Security Grant Program target allocations were published in the NOFOs, not just Operation Stonegarden. So states and localities know what their "target" estimated amount would be.

10:25 AM

Was that a requirement. 10:25 AM

I believe it is an artifact, but I doubt it is required to be included

Message

Idiots 10:28 AM

11:44

Corey Lewand...

Was that a requirement. 10:25 AM

Sep 18, 2025

I believe it is an artifact, but I doubt it is required to be included in the NOFO legally 10:27 AM

Idiots 10:28 AM

Sep 19, 2025

Kara -

Per your request, below is updated cost data for NC Helene obligations. Please let us know if you have any questions.

| Obligations for Hurricane Helene - North Carolina | | | |
|---|---|---|---|
| Program Area | Funding as of 1/20/25 | Funding Between 1/20/25 and 9/18/25 | Total as of 9/18/25 |
| Individual Assistance | 785,507,519 | 8,898,464 | 794,405,983 |
| Public Assistance | 467,092,343 | 413,297,854 | 880,390,197 |
| Mitigation | 7,271,659 | 9,038,709 | 16,310,368 |
| Operations | 1,002,523,361 | 2,025,977,772 | 3,028,501,133 |
| Administration | 668,928,970 | 203,020,348 | 871,949,318 |
| **Total** | **2,931,323,852** | **2,660,233,147** | **5,591,556,999** |

As of yesterday. USACE is included in operations 8:41 AM

Excellent. Thank you 8:49 AM

Message

I have an answer on the debris

11:44

Corey Lewand...

Sep 22, 2025

I have an answer on the debris contractor that contacted you. Please call me when time permits 4:48 PM

Incoming voice call · 4:49 PM

Call Back

Why are all these FEMA grants in front of her for signature 5:37 PM

ESEC must have delivered the packages to her. They were supposed to be delivered to you

I am hearing rumors that you approved reassignment of the CFO 5:39 PM

What ?

I did nothing. 5:39 PM

Dave is such a pa

Message

should have a say since he knows he's not here long term. 5:41 PM

11:45

Corey Lewand...

I did nothing. 5:39 PM

Sep 22, 2025

Dave is such a pain!

He just keeps trying to get rid of her. I don't know why he thinks he should have a say since he knows he's not here long term. 5:41 PM

Sep 24, 2025

10/1 is not a firm date on the threshold adjustment. I am having them tee it up as a memo with the context and courses of action 11:32 AM

Good. 11:35 AM

Sep 26, 2025

Jacky Bell is the POC about map amendment work the Seminole tribe. Number is [redacted] She is in Region 4. 9:27 AM

Thank you 9:34 AM

Oct 10, 2025

Message

join a call to brief the host cities on

# Exhibit Q

5:46

Joe Guy (Mobil...
1d

Sep 9, 2025

I'll look at the NEW(!!!) items carefully. And likely non-concur, unless I get a very good vibe from them lol 7:02 AM

Okay - if you non concur I will not approve 7:04 AM

OMB call is off today. Katie has a conflict

I flagged our concerns for her 8:15 AM

Okay 8:25 AM

Unanswered voice call · 9:23 AM

Incoming voice call · 9:42 AM

Call Back

FEMA letter he mentioned is signed by DR, not S1 12:17 PM

with other agencies before the principals meeting. That makes us

Message

5:46

Joe Guy (Mobil...
1d

signed by DR, not S1 12:17 PM

Sep 9, 2025

We will have to brief Corey. I will not commit to sharing our plan with other agencies before the principals meeting. That makes us lose control and power 12:24 PM

Agreed 12:24 PM

OMB is trying to keep everything together and make the decisions before they're made 12:25 PM

This is why we need to limit FEMA discussions with him. They will give the lead on the position 12:31 PM

Yes

We have to get NC PA money out 12:32 PM

Did S1 clear the packages? Or are we just pushing NC out again?

Just need to know what to tell

Message

Have to ask Corey but Ted Budd is

# Exhibit R

11:03

FEMA RIF

FEMA RIF

Karen Evans, Joe Guy (Mobile), and you

Sep 26, 2025

Joe Guy (Mobile) added you to the group.

**Joe Guy (Mobile)**

OMB is asking for our RIF submissions by COB today

@Karen Evans troup told me you were involved in the initial plan. We can be more aggressive here

Please call Greyson 1:04 PM

**Karen Evans**

Yes I was. I will call Grey

1:06 PM

Message

11:03

FEMA RIF

Yes I was. I will call Grey

Sep 26, 2025

Just was pulling all of this up 😀 1:36 PM

👍

KE Just talked with Grey. Got it and will work it 2:28 PM

Joe Guy (Mobile)
Thank you 2:54 PM

👍

Let's discuss when the package is put together. Think it will be done tomorrow? 4:31 PM

KE Karen Evans
Yikes...let me get moving then 4:50 PM

Sep 27, 2025

Karen Evans
I got everything I needed from Roland. Roland also said he would help me with the

Message

11:03

FEMA RIF

Sep 27, 2025

I got everything I needed from Roland. R[illegible]id he would help me with the package as I am trying to keep it close hold. Supposed to get list of offices from Dave today. Dave said he is going to call Troup 6:31 AM

KE

Joe Guy (Mobile)
Egg sellent 7:28 AM

We have until 10 am Monday to submit the RIF 2:16 PM

Karen Evans
We have a tasking...to submit to MGMT sunday..we should be good 2:58 PM

KE

Sep 28, 2025

Karen when can we expect to see the plan today?

Joe - I am assuming we w[illegible] to see a copy before they submit to MGMT, correct?

Message

Joe Guy (Mobile)
Yes. I can review anytime this

11:03

see the plan today?

FEMA RIF

submit to MGMT, correct?

Sep 28, 2025

7:21 AM

**Joe Guy (Mobile)**

Yes. I can review anytime this morning. The way that we're going to do it is that each component will submit a plan and it will be included in a broader decision S1 memo that she will go through and say yes or no in

7:35 AM

**Karen Evans**

I sent the chart last night to Joe, Dave and Jay. They want to discuss. I am now working on the write up.

It is total of 41% cut to PFT 68% to disaster staffing and 79% cut to surge

Total of 11,426 remain from the August number of 22,187

KE

8:22 AM

Please forward to me.
Joe- can you give Karen the

Message

did with grants? This will give

11:03

FEMA RIF

August number of 22,187

KE 8:22 AM

Sep 28, 2025

Please forward to me.
Joe- can you give Karen the instruction to copy me on anything that comes up like we did with grants? This will give her cover if Dave keeps playing games 8:38 AM

**Joe Guy (Mobile)**
Karen, I instruct you to do this! 8:39 AM

**Karen Evans**
KE Thanks so much sending now 8:40 AM

Sep 29, 2025

**Karen Evans**
KE Hey Joe I am supposed to let you know DR just talked with me and I am the acting cOS 9:56 AM

**Joe Guy (Mobile)**
Good 10:23 AM

Message

11:03

FEMA RIF

Sep 28, 2025

Sep 29, 2025

Karen Evans
Hey Joe I am supposed to let you know DR just talked with me and I am the acting cOS
KE 9:56 AM

Joe Guy (Mobile)
Good 10:23 AM

Karen Evans
Also per our discussion i will focus on the numbers for the next phase. Let me know if I have to do the rewrite but will definitely get all the stuff together
KE 10:39 AM

Fri, May 1

New Messages

Your safety number with Joe Guy (Mobile) has changed.

Learn More

Message

# Exhibit S

5:50

Joe Guy (Mobil...
1d

Okay, I'll come over then 8:27 AM

Oct 14, 2025

Convo with John was MUCH better 11:27 AM

Did he know his shit? 11:28 AM

He does.

If you have 2 minutes I can debrief you 11:29 AM

I need probably 15 11:29 AM

K. Will grab a bite for lunch and come by after 11:30 AM

Incoming voice call · 11:47 AM

Call Back

Oct 15, 2025

Did they ever send us a link for a call this morning? 6:39 AM

Yes, I just forwarded it to you as

Message

It's at 9 6:42 AM

5:50

Joe Guy (Mobil...
1d

Did they ever send us a link for a call this morn'

Oct 15, 2025

6:39 AM

Yes, I just forwarded it to you as well. It's titled SYNC - FEMA Review Council

It's at 9 6:42 AM

Alright. You gonna be in by then?
6:47 AM

Trying. But it will be tight
6:47 AM

Same.

Probably won't be.

My plan is to just ask him for his thoughts/what he has been expecting to happen with the report and then we can do the same for him.

And we'll tell him we want to coordinate closely and we will come over there and meet with him

Message

Sounds good

5:50

Joe Guy (Mobil...
1d

I think we should just let him have it

Oct 15, 2025

It's a little too much not to give it to him I think

Plus, you're right who cares

I'll just tell him he can't share it with anyone else, including anyone in the FEMA front office 6:54 AM

I'm sure Governor B will give it to him if we don't 6:54 AM

They're holding out for now

It's pathetic 6:55 AM

Scrivani is at DHS today for a council meeting. I'm going to sit with him at 2. Will ask him his feelings on the report 7:07 AM

I will meet with him as well 7:24 AM

What time is his council meeting? 7:25 AM

Message

5:50

Joe Guy (Mobil...
1d

Oct 15, 2025

3-4
7:25 AM

Corey wants me to meet with him too

But I am booked at 2

Asked if he could do 1:30

Corey also said we were good to share the report with Dave as long as we put a watermark on it
7:29 AM

Just got off the phone with Katie. Will call you after the 9 to discuss
7:56 AM

Unanswered voice call · 8:00 AM

Incoming voice call · 8:01 AM

Incoming voice call · 1:20 PM

Outgoing voice call · 4:59 PM

Call Again

Message

Yes and I called Gov Bryant

5:50

Joe Guy (Mobil...
1d

Call Again

Oct 15, 2025

Forgot to ask, did you talk to Corey about Scravini? 6:13 PM

Yes and I called Gov Bryant.

Corey doesn't like that he's not a Trump guy 6:14 PM

Yeah, that's a problem 6:14 PM

Oct 16, 2025

Corey wants us to shut down the DRF activities (other than emergency response, I presume). We are shutdown, no one should be operating business as usual when our law enforcement is not getting paid. The field offices should go home and we should discontinue PA processing.
Do you want me to notify Karen? 6:28 AM

You
Corey wants us to shut down the

Message

Yes please 6:28 AM

5:50

Joe Guy (Mobil...
1d

"staffing discussion" 6:30 PM

Oct 22, 2025

No he won't 7:04 PM

Oct 23, 2025

Missed voice call · 12:12 PM

Outgoing voice call · 1:12 PM

Outgoing voice call · 1:26 PM

Call Again

Or, we just do what the FO wants to do and stop everything until congress opens the government 3:03 PM

😂

lol 3:03 PM

Missed voice call · 5:50 PM

Outgoing voice call · 6:03 PM

Call Again

Oct 24, 2025

Message

5:51

Joe Guy (Mobil...
1d

Okay. 10:50 AM

Nov 5, 2025

Outgoing voice call · 10:50 AM

Call Again

Are we doing our sync with Karen or are you tied up at TSA? 11:52 AM

I'm gonna call in 11:52 AM

No pushback on the 20 page report. 2:20 PM

That's good.

This discussion is ridiculous. The whole point is to make the states take the liability lol 2:21 PM

You should tell them!

It's a useless discussion because it's not getting in the report anyways

Message

5:51

Joe Guy (Mobil...
1d

it's not getting in the report anyways

Nov 5, 2025

And it'll be 50% no matter what Youngkin says 2:22 PM

Yeah, not worth it

Let them pontificate

And the long one should not be published so who cares 2:23 PM

The only point to this conversation was saying the 20 page report was going to be the final one 2:23 PM

This is a little late in the game to be getting to this lol

What HAVE they actually been doing for 9 months? 2:31 PM

They have to feel like they have something to do

It's just a work exercise

Nim Kidd just texted me and asked th

weeds lol 2:32 PM

Message

5:51

Joe Guy (Mobil...
1d

something to do

Nov 5, 2025

It's just a work exercise

Nim Kidd just texted me and asked if I thought this was too in the weeds lol 2:32 PM

Definitely too in the weeds for a report that's essentially done! 2:33 PM

That's exactly what I said 2:33 PM

But this should have been considered in June 2:33 PM

I'll listen for 10 more mins 2:33 PM

Just waiting for Gov Y to talk about the 50% 2:34 PM

NOW they're litigating releasing the short report vs both the short & long one 2:57 PM

Definitely some push back on not releasing the longer version after

Message

5:51

Joe Guy (Mobil...
1d

the short report vs both the short & long
Nov 5, 2025
2:57 PM

Definitely some push back on not releasing the longer version after you got off but we held the line
3:34 PM

My laptop died 3:34 PM

Incoming voice call · 3:34 PM

Call Back

Nov 6, 2025

Unanswered voice call · 9:22 AM

Incoming voice call · 9:24 AM

Call Back

Will call back in 2 seconds
9:31 AM

Outgoing voice call · 9:31 AM

Outgoing voice call · 2:20 PM

Message

Go okay with Dave?

# Exhibit T

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 15 | Date Range: 2/23/2026 |

[redacted] [redacted]

**Messages in chronological order** (times are shown in GMT -06:00)

---

**CHAT - KaraVoorhies_WhatsApp0000001 - 00007 - 2026/02/23**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit U

2:52

FEMA SANITY CLUB

Why does it take some long to update two things 3:05 PM

Sep 28, 2025

Ok it's incoming 3:19 PM

Are we going to see the RIF list ? 4:07 PM

Joe Guy (Mobile)
Yes 4:10 PM

It's not really a list, but Karen is finishing it up

Should have it soon 4:14 PM

Victoria Barton
Ok! 4:14 PM

For AZ the declaration request won't be until like a week

I asked Bob Fenton directly 4:35 PM

We are now on phone with Keith the letter was horrible

We may want to have a call to

Message

I know the federal affairs guy -

2:52

FEMA SANITY CLUB

We are now on phone with
Keith the ... Sep 28, 2025 ...rible

We may want to have a call to SC Gov and see if they want to withdraw this request ...

I know the federal affairs guy - we would have to put TPs for the person
This request really doesn't make sense 5:43 PM

Can yall talk?

Keith is changing the people writing these letters bc there was so many mistakes 5:54 PM

Joe Guy (Mobile)
Let me know what you guys think of the RIF plan 6:41 PM

Reading now 6:44 PM

Victoria Barton
There's a typo on second page
I think they put "XX" as a placeholder

Message

2:52

FEMA SANITY CLUB

Reading now 6:44 PM

Sep 28, 2025

Victoria Barton

There's a typo on second page I think they put "XX" as a placeholder 6:47 PM

Yup 6:47 PM

Victoria Barton

Why does it say the agencies plan is approved? What plan?

Wait, disregard I think it's the wording

For some reason, I feel like the numbers are wrong 🤪 based on past numbers I've seen, but who knows still looking 6:51 PM

It's sort of nonsense because table 2 doesn't have a total to match to anything in table 1

The wording after table 1 says 10,438 but the table says 10,843... I guess Dave IS a writer not a mathematician

Message

Victoria Barton

I'm pretty sure we know who

2:52

FEMA SANITY CLUB

The wording after table ... 10,438 but the table says ... writer not a mathematician 6:52 PM

Sep 28, 2025

**Victoria Barton**
I'm pretty sure we know who wrote this lol Stephanie Dobitsch and her ChatGPT 6:53 PM

Why does it say reduce in realign unnecessary programs but then doesn't talk about any programs that they're gonna realign 6:54 PM

Joe, what was the task? I feel like he is taking credit for the Fork in his % 6:54 PM

**Victoria Barton**
Yeah, what is the task because I don't see what you're even approving?

Like what are you agreeing to?

I'll re read 6:55 PM

Message

**FEMA SANITY CLUB**

I'll re read

Sep 28, 2025

> **Joe Guy (Mobile)**
> Let me know what you guys think of the RIF plan

We have many THOUGHTS lol 6:56 PM

**Joe Guy (Mobile)**
The task was to make a RIF plan to submit to management 6:56 PM

**Victoria Barton**
So they're saying we should fire 20,000 people

Which ones are they firing? Maybe I'm retarded. 6:57 PM

He is basing the rif on 1/20 info, which is not useful in my opinion 6:57 PM

If #2 under Proposed Reduction and Realignm[...] (duplicate service at FEMA and DHS HQ will be [...] eliminated) is being implemented, how is the

Message

2:52

He is basing the rif on 1/20 info, which is not useful in my opinion 6:57 PM

FEMA SANITY CLUB

Sep 28, 2025

I[...]posed Reduction and Realignment (duplicate service at FEMA and DHS HQ will be consolidated at DHS HQ or eliminated) is being implemented, how is the mission enabling RIF only 12%? 7:03 PM

Victoria Barton
The letter for SC is updated and coming up through STORM and looks much better

We can deal with it in the morning 8:47 PM

Joe Guy (Mobile)
Please make sure the process is right 8:47 PM

Victoria Barton
Yes sir 🫡

AZ is now undecided on if they will need a disaster Declaration request but the

Message

11:03

FEMA RIF

FEMA RIF

Karen Evans, Joe Guy (Mobile), and you

Sep 26, 2025

Joe Guy (Mobile) added you to the group.

**Joe Guy (Mobile)**
OMB is asking for our RIF submissions by COB today

@Karen Evans troup told me you were involved in the initial plan. We can be more aggressive here

Please call Greyson 1:04 PM

**Karen Evans**
Yes I was. I will call Grey
1:06 PM

Message

11:03

FEMA RIF

Yes I was. I will call Grey

Sep 26, 2025

Just was pulling all of this up 😀 1:36 PM

KE Just talked with Grey. Got it and will work it 2:28 PM

Joe Guy (Mobile)
Thank you 2:54 PM

Let's discuss when the package is put together. Think it will be done tomorrow? 4:31 PM

KE Karen Evans
Yikes...let me get moving then 4:50 PM

Sep 27, 2025

Karen Evans
I got everything I needed from Roland. Roland also said he would help me with the

Message