CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748

ERIC J. HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
BRAD P. ROSENBERG (DC Bar No. 467513)
JEREMY S.B. NEWMAN
Chief Litigation Counsel
CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors
ROBERT C. BOMBARD
TAYLOR PITZ
Trial Attorneys
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9509
Robert.Bombard2usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**NOTICE OF ERRATA AND CORRECTED DECLARATION EXHIBIT**<br><br>Judge: Hon. Susan Illston |

**PLEASE TAKE NOTICE** that Defendants hereby submit this notice of errata, correcting a PDF-related error in Exhibit A of the Declaration of Kateland Jackson (ECF 469-4). Redacting the documents introduced irregularities and removed all non-redacted text on pages 90, 94, 97, 98, 159, 160, and 161.

A corrected version of Exhibit A is attached hereto.

Dated: August 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

BRAD P. ROSENBERG
JEREMY S.B. NEWMAN
Chief Litigation Counsel

CHRISTOPHER HALL
MARIANNE F. KIES
Assistant Branch Directors

*/s/ Robert C. Bombard*
ROBERT C. BOMBARD
(Colorado Bar No. 45388)
TAYLOR PITZ
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 598-9509
Robert.Bombard2@usdoj.gov

*Counsel for Defendants*