Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiffs submit this response to Defendants' statement in support of sealing certain documents that Plaintiffs provided with their reply in support of motion for partial summary judgment. *See* ECF 460 (Plaintiffs' administrative motion to consider sealing); ECF 469 (Defendants' statement in support of sealing). Defendants have now withdrawn their assertion of confidentiality as to almost all of the materials at issue (ECF 469), which are Exhibits A-U to the Eshleman Declaration in support of Plaintiffs' reply in support of summary judgment regarding DHS and FEMA (*see* ECF 461-2). Defendants have responded by requesting the Court maintain confidentiality of certain work and personal phone numbers, and by attempting to claw-back one document they now (inaccurately) describe as containing attorney-client communications. Plaintiffs address each remaining issue in turn.

As an initial matter, Plaintiffs have no objection to the redaction of the Whatsapp usernames that contain personal phone numbers and will agree to file those documents in redacted form. Those documents are Exhibits H, I, J, P, and T to the Eshleman Declaration (ECF 461-2 at 19-24, 35-36, 43-44). There are no remaining disputes as to Exhibits H, J, P, and T.

Next, Defendants' remaining redactions do not meet the standard in this circuit for continued removal from the public record. The Ninth Circuit has set a high bar for sealing judicially filed documents. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("'[C]ompelling reasons' must be shown to seal judicial records attached to a dispositive motion." (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003)). That is because courts "start with a strong presumption in favor of access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Foltz*, 331 F.3d at 1135); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (recognizing "a general right to inspect and copy public records and documents, including judicial records and documents").

With respect to the request to redact *work* phone numbers, Defendants have not met the "compelling reasons" standard for the material contained in the remaining documents that they seek to keep out of the public eye, all of which pertains to the business of the federal government. ECF 469-4, Exs. A-D; ECF 461-2, Exs. A-D. Defendants ignore that this Court has already overruled such

confidentiality designations. ECF 355 at 2-3.[1] For the same reasons previously resolved by this Court, the names, emails and work telephone numbers of federal officials and employees are not confidential information. *Id*.

The final issue raised by Defendants' statement regarding sealing pertains to an attempt to claw-back a portion of Exhibit I, produced to Plaintiffs and Defendants on May 11, 2026 at the deposition of Kara Voorhies, by third party witness Voorhies, as containing attorney-client communications. ECF 469-4, Ex. I; ECF 461-2, Ex. I. Defendants are plainly incorrect that the communications at issue, between two non-lawyers (Kara Voorhies and Corey Lewandowski) are privileged attorney-client communications. "The attorney-client privilege protects confidential communications *between attorneys and clients*, which are made for the purpose of giving legal advice," *United States v. Richey*, 632 F.3d 559, 566 (9th Cir. 2011) (emphasis added), and does not extend to communications between non-lawyers about the desire to seek legal advice. *See also* 8 *Wright & Miller's Federal Practice & Procedure* §2017 (3d ed. 2026) ("Communications by a client to one who is not a lawyer, or at least reasonably believed to be a lawyer, are not protected."). The Court should reject Defendants' retroactive request to remove the identified communications from the public record because they are plainly not privileged. *Hogan v. Volkswagen Grp. of Am., Inc.*, 2025 WL 3140677, at *2 (E.D. Cal. Nov. 10, 2025) ("While protecting information privileged by the attorney-client privilege or protected as attorney work-product is a compelling reason to file under seal, courts in the Ninth Circuit have denied such requests where the proposed redactions contain material not actually privileged or protected.").

DATED: August 20, 2026

*Respectfully submitted,*

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard

[1] Defendants made this same request recently with respect to documents submitted in support of Plaintiffs' motion for preliminary injunction with respect to the U.S. Department of Agriculture, to redact the work phone numbers of federal employees notwithstanding this Court's prior ruling rejecting confidentiality assertions. ECF 449. Plaintiffs have likewise opposed that assertion of confidentiality (ECF 456), and that dispute also remains pending.

Robin S. Tholin
Elizabeth Eshleman
Jessica Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: */s/ Elizabeth Eshleman*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org

jacek.pruski@protectdemocracy.org

By: /s/ Jules Torti

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: /s/ Norman L. Eisen

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: /s/ Rushab Sanghvi

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: /s/ Teague Paterson

*Attorneys for Plaintiff American Federation of State*

*County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900

Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Eliana Greenberg (SBN 366319)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
eliana@publicrightsproject.org
toby@publicrightsproject.org

By: */s/ Eliana Greenberg*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, Martin Luther King, Jr. County, WA*

ABBIE KAMIN
Harris County Attorney
NEAL SARKAR
First Assistant County Attorney
SARAH J. UTLEY
Managing Counsel,
Affirmative and Special Litigation and Environmental
BETHANY DWYER
Deputy Division Director, Environmental
R. CHAN TYSOR (pro hac vice)

Senior Assistant County Attorney
Environmental Division
1010 Lamar, 11th Floor
Houston, Texas 77002
Tel: (713) 274 - 5150
chan.tysor@harriscountytx.gov

By: /s/ R. Chan Tysor

*Attorneys for Plaintiff Harris County, Texas*

Ebony M. Thompson
Baltimore City Solicitor
Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (443) 610-8859
christopher.sousa@baltimorecity.gov

By: /s/ Christopher Sousa

*Attorneys for Plaintiff City of Baltimore*