United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 25-cv-03698-SI

**ORDER DIRECTING SUPPLEMENTAL BRIEFING**

Plaintiffs' motion for a preliminary injunction is scheduled for a hearing on September 1, 2026. Dkt. No. 440. Plaintiffs claim, *inter alia*, that Congress prohibited USDA from implementing any reorganization in the FY 2026 appropriations acts through the enactment of Sections 716 and 421. The parties dispute whether the committee approval clauses contained in those sections are unconstitutional under *INS v. Chadha*, 462 U.S. 919 (1983), and if those clauses are unconstitutional, whether and to what extent language in Sections 716 and 421 can be severed.

The Court finds that supplemental briefing on this issue would be helpful. The Court directs the parties to file supplemental briefs no later than Thursday, August 27, 2026 discussing the following: (1) whether there is any case law addressing "notification and approval" clauses within the appropriations context, including whether approval clauses are binding and enforceable (and by whom); (2) whether "notification and approval" clauses are commonly or routinely included in appropriations bills, including specifically appropriations bills for USDA; and (3) whether, aside from *Bread for the City, Inc. v. USDA*, USDA has taken the position in litigation that "approval" clauses are binding on the agency. *See generally* USDA Office of Inspector General, *USDA's*

United States District Court
Northern District of California

*Proposal to Realign and Relocate the Economic Research Service and National Institute of Food and Agriculture* at 9 (Aug. 1, 2019) ("OIG Report").

**IT IS SO ORDERED**.

Dated: August 21, 2026

SUSAN ILLSTON
United States District Judge