**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698<br><br>**SUPPLEMENTAL DECLARATION OF MARY PLETCHER RICE** |

I, Mary Pletcher Rice, declare as follows:

**Introduction**

1. I am the Acting Principal Deputy Assistant Secretary for Administration within the Departmental Administration at the United States Department of Agriculture ("USDA" or "Department"), headquartered in Washington, D.C. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.

2. In my role at the USDA, I currently oversee the Department's Office of Human Resources Management; Office of Homeland Security; Office of Leasing, Operations, and Property Management; Office of Safety, Security and Protection; Office of Contracting and Procurement; and Office of Small and Disadvantaged Business Utilization. I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices.

3. One of my responsibilities is leading the planning and implementation of USDA's reorganization. I possess an in-depth understanding of the contents of USDA's Agency Reduction in Force and Reorganization Plans submitted to the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB") in March and April 2025; Secretary Rollin's Reorganization Memorandum; and the Mission Area and Staff Office reorganization plans articulated in Congressional, employee, and union notifications from March 2026 to June 2026.

4. I have reviewed the Court's Order Directing Supplemental Briefing dated August 21, 2026. I provide this supplemental declaration in response to the Court's request for information on appropriations actions at USDA.

5. Attached to this supplemental declaration are five (5) representative letters that USDA sent to Congress regarding appropriations and funding. For each of these letters, USDA appropriately moved forward with its planned fiscal plans outlined in the letter without waiting for approval from Congress or ever receiving formal approval from Congress. These letters include funding decisions made in the prior Administration, decisions affecting up to a billion dollars, and ones affecting programs at the heart of USDA's work for the American people. The attached letters are:

6. A letter dated May 10, 2024 from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the intent to transfer $824,028 million in funds from the Commodity Credit Corporation (CCC) to the Animal and Plant Health Inspection Service (APHIS) for response activities necessary to address outbreaks of highly pathogenic avian influenza (HPAI);

7. A letter dated July 27, 2023 from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the Secretary's intent to transfer $503 million from the Supplemental Nutrition Assistance Program (SNAP) to the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC);

8. A letter dated May 22, 2024, from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of USDA's intent to reprogram $100 million within the Child Nutrition Programs Account of the Food and Nutrition Service from Meal Reimbursements to the Training and Technical Assistance line;

9. A letter dated December 18, 2024 from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of USDA's intent to reprogram about $114 million in prior year unobligated balances available in the Broadband Telecommunication Pilot ReConnect Program; and

10. A letter dated February 6, 2026 from Secretary of Agriculture Brooke Rollins the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of USDA's intent to reallocate $1 billion in balances remaining from prior CCC transfers and execute an additional transfer from CCC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2026

Mary Pletcher Rice Digitally signed by Mary Pletcher Rice Date: 2026.08.27 17:33:36 -04'00'

Mary Pletcher Rice

USDA United States Department of Agriculture

Office of the Secretary
Washington, DC 20250

May 10, 2024

THE HONORABLE JOHN HOEVEN
*Ranking Member*
*Senate Committee on Appropriations*
*Subcommittee on Agriculture, Rural Development,*
*Food and Drug Administration, and Related Agencies*
*United States Senate*
*125 Hart Senate Office Building*
*Washington, DC 20510*

Dear Ranking Member Hoeven:

Consistent with Section 5 of the Commodity Credit Corporation (CCC) Charter Act (15 U.S.C. 714c), the Government Corporation Control Act (31 U.S.C. Chapter 91), and prior practice, I hereby notify the Congress of revisions to the CCC budget for FY 2024.

The FY 2024 Consolidated Appropriations Act, P.L. 118-42, directs the U.S. Department of Agriculture (USDA) to notify the Committees in writing 15 days prior to any announcement on the use of funds from the CCC or to the obligation or commitment of any emergency funds from the CCC. This letter notifies the Committee that USDA intends to transfer $824.028 million in funds from the CCC to the Animal and Plant Health Inspection Service (APHIS) for response activities necessary to address outbreaks of highly pathogenic avian influenza (HPAI) in commercial poultry and wildlife, the growing number of detections in dairy cattle, and potential detections in other agricultural species of concern as the situation continues to evolve. Please see Attachment 1 for a detailed spend plan and expected timeline for program execution for this funding.

APHIS will use $779.578 million to continue response efforts to detections of HPAI in wild birds and commercial poultry production, and for monitoring and response efforts for HPAI in dairy cattle, among other agricultural species of concern. This funding will support anticipated surveillance and control activities; diagnostic work; surveillance in wildlife; and other related activities for APHIS.

APHIS will provide $43.650 million to the Agricultural Research Service to develop vaccines for HPAI in cattle, turkeys, pigs, and goats, as well as to conduct food safety studies related to HPAI virus in food products. APHIS will also provide $800,000 to the Food Safety and Inspection Service to conduct targeted assessments of meat products.

Bill language included in the current appropriation for APHIS authorizes the Secretary to transfer funds from other appropriations "…for the arrest and eradication of contagious or infectious disease or pests of animals, poultry, or plants, and for expenses in accordance with

An Equal Opportunity Employer

sections 10411 and 10417 of the Animal Health Protection Act (7 U.S.C. 8310 and 8316) and Sections 431 and 442 of the Plant Protection Act (7 U.S.C. 7751 and 7772)…", which specifies funding may be transferred for "arrest, control, eradication, and prevention" of pests or diseases that threaten U.S. agriculture. This funding will allow APHIS to address these emergency situations that threaten U.S. agriculture.

Under 15 U.S.C. 714b (j), CCC "Shall determine the character of and the necessity for its obligations and expenditures and the manner in which they shall be incurred, allowed, and paid" and as such transfer the funding. This transfer is within the borrowing limits of the CCC.

In addition, I note that the Emergency Assistance for Livestock, Honey Bees, and Farm-raised Fish Program (ELAP) provides broad authority for "the Secretary [to] use the funds of the Commodity Credit Corporation to provide emergency relief to eligible producers of livestock, honey bees, and farm-raised fish to aid in the reduction of losses due to disease (including cattle tick fever)" 7 USC 9081(d). In the coming weeks, I will issue a rule to update the ELAP program to provide producers assistance to compensate them HPAI-related milk production losses.

USDA looks forward to continuing to work with your office on this important program. If you have any questions, please contact the Office of Congressional Relations at (202) 720-7095.

A similar letter has been sent to Chairman Martin Heinrich.

Sincerely,

THOMAS J. VILSACK
*Secretary*

**Attachment 1**

The following are estimated timelines for these funds to be obligated by APHIS and ARS by fiscal year. These are rough estimates given that this unprecedented situation continues to evolve.

| | Estimated Obligations ($ in Millions) | | | |
|---|---|---|---|---|
| **Fiscal Year** | **APHIS** | **ARS** | **FSIS** | **Total** |
| FY 2024 | $571 | $9 | $0.4 | **$581** |
| FY 2025 | 208 | 17 | 0.4 | **225** |
| FY 2026 | 0 | 11 | 0 | **11** |
| FY 2027 | 0 | 5 | 0 | **5** |
| FY 2028 | 0 | 2 | 0 | **2** |
| **Total** | **779** | **44** | **0.8** | **824** |

USDA United States Department of Agriculture

Office of the Secretary
Washington, DC 20250

July 27, 2023

THE HONORABLE ANDY HARRIS, M.D.
*Chairman*
*House Committee on Appropriations*
*Subcommittee on Agriculture, Rural Development,*
*Food and Drug Administration, and Related Agencies*
*U.S. House of Representatives*
*2362-A Rayburn House Office Building*
*Washington, DC 20515*

Dear Chairman Harris:

This letter is to inform the Committee of the Department of Agriculture's intent to use the Secretary's interchange authority under 7 U.S.C. 2257 to transfer $503 million from the Supplemental Nutrition Assistance Program (SNAP) to the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC). This transfer is necessary to provide States with sufficient funding to continue serving all eligible WIC participants. Transferring these funds adheres to the 7-percent transfer authority set in the statute above and will not adversely impact SNAP.

As a result of recent trends in the birth rate combined with historic investments in outreach, modernization, and improved food packages, WIC participation began to grow in FY 2022 and has seen even more accelerated growth in FY 2023. Average monthly participation through April 2023 (the most recent data available) shows a 3.5-percent increase over FY 2022, with projections estimating a 5-percent increase in participation for the full fiscal year.

Food package costs have also increased in FY 2023, driven by rising food costs and increased redemption rates for food package components. Current data through April 2023 shows a 15-percent increase over FY 2022 food package costs, and USDA projects 17.6-percent growth by the end of the fiscal year.

WIC received $5.685 billion in FY 2023 appropriations ($6 billion in budget authority with $315 million rescinded). However, the increase in both participation and food costs in FY 2023 thus far necessitates additional funds in order to maintain regular program operations. The transfer detailed above and in the enclosed table will provide WIC with the necessary resources to avoid waitlists and ensure all eligible participants continue to be served.

WIC is widely regarded as one of the Nation's most effective public health nutrition programs, providing healthy foods and essential nutrients to ensure participants get a healthy start in life. For this reason, Administrations and Congresses have worked together for decades to make sure that all eligible participants who apply for WIC are able to receive benefits. I believe the transfer of these funds is a necessary fiscal decision to meet program needs and is consistent with our collective commitment to fully fund the program.

If you have any questions, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095. A similar letter is being sent to Ranking Member Sanford Bishop, Jr.

Sincerely,

THOMAS J. VILSACK
*Secretary*

Enclosure

USDA United States Department of Agriculture

Office of the Secretary
Washington, DC 20250

May 22, 2024

THE HONORABLE ANDY HARRIS, M.D.
*Chairman*
*Committee on Appropriations*
*Subcommittee on Agriculture, Rural Development,*
*Food and Drug Administration, and Related Agencies*
*U.S. House of Representatives*
*2362-A Rayburn House Office Building*
*Washington, DC 20515*

Dear Chairman Harris:

This letter is to inform the Committee on Appropriations of the United States Department of Agriculture's intent to reprogram $100 million within the Child Nutrition Programs Account of the Food and Nutrition Service from Meal Reimbursements to the Training and Technical Assistance line. This reprogramming will provide a one-time infusion of grant funding for Child Nutrition Technology Innovation Grants (TIGs) to States, Indian Tribal Organizations (ITOs), and territories for modifying technology systems for implementation of the new Summer Electronic Benefits Transfer Program for Children (Summer EBT). Reprogramming these funds will not adversely impact the availability of Child Nutrition meal reimbursement funding.

As States, ITOs, and territories pursue implementation of this new program in 2024 and beyond, TIGs provide an opportunity to support robust technology infrastructure that complies with statutory and regulatory requirements. These improved technology systems will help ensure program integrity for this entitlement program that, when fully implemented, will reach 30 million children each year across the Nation. It is important to support the Summer EBT program right from the start to establish a long-term and sustainable program that operates with the proper controls.

If you have any questions, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095. A similar letter is being sent to Ranking Member Sanford Bishop, Jr..

Sincerely,

THOMAS J. VILSACK
*Secretary*

USDA United States Department of Agriculture

Office of the Secretary
Washington, DC 20250

December 18, 2024

THE HONORABLE ANDY HARRIS, M.D.
*Chairman*
*Committee on Appropriations*
*Subcommittee on Agriculture, Rural Development,*
*Food and Drug Administration, and Related Agencies*
*U.S. House of Representatives*
*2362-A Rayburn House Office Building*
*Washington, DC 20515*

Dear Chairman Harris:

Pursuant to Section 716(b) of the Consolidated Appropriations Act 2024 (Public Law 118-42), the U.S. Department of Agriculture (USDA) is notifying Congress of its intent to reprogram prior year unobligated balances available in the Broadband Telecommunication Pilot Program ReConnect established by Section 779 of Division A of the Consolidated Appropriations Act of 2018. The proposed reprogramming of about $114.4 million in prior year unobligated balances from 100 percent loans and 50 percent combined loan/grant awards to 100 percent grants will address the outstanding demand for grants.

The anticipated impact of this reprogramming will allow Rural Development (RD) to make additional awards early in fiscal year 2025. Specifically, RD plans to fund an estimated additional 7 applications, which will result in greater broadband access in rural America. Since the beginning of the fiscal year, RD has already obligated $177.7 million for 20 combined 50 percent loan/grants and about $181.8 million for 100 percent grants.

If you have any questions, please have a member of your staff contact the Office of Congressional Relations and Intergovernmental Affairs at 202-720-7095. A similar response is being sent to your colleagues.

Sincerely,

THOMAS J. VILSACK
*Secretary*

Enclosure

*Secretary Brooke L. Rollins*

Washington, D.C.

February 06, 2026

THE HONORABLE JOHN HOEVEN
*Chairman*
*Subcommittee on Agriculture, Rural Development,*
*Food and Drug Administration, and Related Agencies*
*Committee on Appropriations*
*United States Senate*
*129 Dirksen Senate Office Building*
*Washington, DC 20510*

Dear Chairman Hoeven:

Consistent with Section 5 of the Commodity Credit Corporation (CCC) Charter Act (15 U.S.C. 714c), the Government Corporation Control Act (31 U.S.C. Chapter 91), the Continuing Appropriations, Agriculture… Act, 2026 (Public Law 119-37), and prior practice, I hereby notify the Congress of revisions to the CCC budget for FY 2026.

This letter notifies the Committee that USDA intends to reallocate up to $1 billion in balances remaining from prior CCC transfers and execute an additional transfer from CCC. These actions are being taken to make an additional $3 billion available to support the Administration's plan to support farmers through the Farmer Bridge Assistance (FBA) program. The attached includes a spend plan demonstrating the intended use of these funds and the total $13 billion that will be available for FBA.

The Administration is committed to supporting the hard-working farmers and ranchers that feed, clothe and fuel this great nation. With the passage of the historic One Big Beautiful Bill Act (OBBBA) the Administration is bringing critical reforms and enhancements to key programs that support American agriculture. The FBA provides assistance to producers with a bridge until the full benefits and impacts of the OBBBA become available.

Under 15 U.S.C. 714b (j), CCC "Shall determine the character of and the necessity for its obligations and expenditures and the manner in which they shall be incurred, allowed, and paid" and as such transfer the funding. This transfer is within the borrowing limits of the CCC.

USDA looks forward to continuing to work with your office on this important program. If you have any questions, please contact the Office of Congressional Relations at (202) 720-7095. An identical letter and the report are being sent to Ranking Member Shaheen.

Sincerely,

Brooke L. Rollins
Secretary
U.S. Department of Agriculture

Enclosure