**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698<br><br>**SUPPLEMENTAL DECLARATION OF MARY PLETCHER RICE** |

I, Mary Pletcher Rice, declare as follows:

**Introduction**

1. I am the Acting Principal Deputy Assistant Secretary for Administration within the Departmental Administration at the United States Department of Agriculture ("USDA" or "Department"), headquartered in Washington, D.C. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.

2. In my role at the USDA, I currently oversee the Department's Office of Human Resources Management; Office of Homeland Security; Office of Leasing, Operations, and Property Management; Office of Safety, Security and Protection; Office of Contracting and Procurement; and Office of Small and Disadvantaged Business Utilization. I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices.

3. One of my responsibilities is leading the planning and implementation of USDA's reorganization. I possess an in-depth understanding of the contents of USDA's Agency Reduction in Force and Reorganization Plans submitted to the Office of Personnel Management ("OPM") and the Office of Management and Budget ("OMB") in March and April 2025; Secretary Rollin's Reorganization Memorandum; and the Mission Area and Staff Office reorganization plans articulated in Congressional, employee, and union notifications from March 2026 to June 2026.

4. On January 25, 2025, USDA's workforce totaled 110,927. On January 24, 2026, USDA's workforce totaled 90,331. As of August 8, 2026, USDA's workforce totals 93,674. This reflects alignment with USDA's staffing plan submitted to the Office of Personnel Management on December 21, 2025.

5. Since December 2025, OPM has approved over 18,749 hiring actions at USDA, which includes internal merit promotion hiring. USDA is actively hiring in alignment with its staffing plan.

6. As of August 28, 2026, of the 725 USDA employees who have received Management Directed Reassignment letters, 64% have accepted reassignment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2026

Mary Pletcher Rice

Digitally signed by Mary Pletcher Rice
Date: 2026.08.28 17:31:55 -04'00'

Mary Pletcher Rice