Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 3:25-cv-03698-SI

**PLAINTIFFS' RESPONSE TO DEFENDANTS' UNTIMELY NOTICE OF FILING AND SUPPLEMENTAL DECLARATION IN OPPOSITION TO PRELIMINARY INJUNCTION**

Plaintiffs object to Defendants' improper eleventh-hour submission of contested facts. *See* ECF 478, 478-1 (Defendants' Notice of Filing: Supplemental Declaration in Opposition to Plaintiffs' Moton for Preliminary Injunction). The information regarding staffing numbers and management directed reassignment ("MDR") acceptance rates has been in the possession of Defendants for weeks or months. The submission of a declaration Friday evening—one business day before the Tuesday morning hearing on the USDA preliminary injunction—is prejudicial to Plaintiffs' ability to respond. Specifically, the August 28, 2026 agency declaration provides statistics on USDA staffing as of January 2025, January 2026, and August 8, 2026, and of hiring actions "since December 2025." The declaration also offers for the first time a statistic on the acceptance rate of USDA employees who have received MDR letters. But the acceptance deadlines for all or almost all of those MDRs occurred by the end of July, four weeks *before* Defendants' submission. *See* ECF 466 at Appendix 2 (acceptance deadlines of July 8, 17, 29, and 31); ECF 457-1 ¶112. Defendants' unjustified, last-minute filing deprives Plaintiffs of the opportunity to verify and fully respond to that information. Moreover, with respect to Plaintiffs' APA claims, that information is the epitome of post-hoc rationalization. Defendants' supplemental declaration should be disregarded.

Regardless, USDA now claims a 64% acceptance rate (reflecting a 36% attrition rate) for these early MDRs, which only confirms Plaintiffs' showing that forced relocations will result in significant amounts of staff attrition. Moreover, the investigation that Plaintiffs have been able to conduct over the weekend shows that the purported relocation acceptance rate of 64% is *significantly overinflated* for several reasons. First, USDA requires that anyone who wishes to seek a hardship exemption or reasonable accommodation to avoid relocation must first *accept* the relocation in order to pursue the exemption or reasonable accommodation. Keywan Johnson Decl. ¶7. Substantial numbers of employees who received MDRs this summer have "accepted" relocation in order to file for exemptions or reasonable accommodations, but will not be able to relocate if those requests are denied.[1] *Id.* Many of those requests are still pending. *Id.* ¶8. The

[1] As relevant to Plaintiffs' revised proposed relief, the vast majority (around 580) of MDRs so far

only exemptions that have been granted are relatively short extensions of reporting dates, which will not address the underlying reasons the requesting employees cannot relocate. *Id.* Second, some employees who declined relocation have nonetheless received letters from USDA stating that the employee is being treated as having *accepted* the relocation and that the employee has unilaterally been given an extended reporting date by management. *Id.* ¶9. Third, many employees who received MDRs "accepted" their relocations within the short time frame they were given to respond in order to keep their options open, including while they try to secure alternatives prior to their later actual relocation date. *Id.* ¶10. Thus, the "acceptance" percentage in Defendants' supplemental declaration substantially overstates the number of employees who will actually relocate, and thus substantially understates the rate of attrition, for the subset of employees to whom USDA has issued an MDR to date.

In addition, this evidence does not speak to attrition rates for the thousands of *other* USDA employees who will be impacted by this Reorganization Plan (and USDA's admitted goal of workforce reduction through forced attrition) for whom MDR letters are imminent but have not yet been issued by USDA.

Finally, USDA also provides additional information regarding workforce numbers and hiring since January 2025. For several reasons, this information has little bearing on the issues raised by Plaintiffs' preliminary injunction motion. First, with respect to hiring, the supplemental declaration confirms that USDA is still operating at a staffing reduction of 17,000 workers compared to January 2025, thus making the effects of any further attrition all the more harmful. Second, the declaration admittedly includes internal promotions as "hiring actions" even though such actions do not add additional staff (without revealing the number or percentage of these actions that are promotions). Third, the declaration does not specify which components have hired, the positions for which those components have hired, or how those hires relate to the relocations and existing and anticipated attrition (or not). Fourth, USDA does not reveal whether the hiring

have been issued to employees in the research agencies in the Research, Education, and Economics ("REE") mission area. ECF 457-1 ¶112. MDRs have also been issued to at least 19 staff members in the Office of General Counsel, *id.*, and to a number of USFS employees, ECF 466-14 ¶23.

actions include the thousands of seasonal and temporary staff USDA hires every year. Fifth, USDA does not indicate how many of those "hiring actions" have already been completed and thus do not represent forthcoming hires relevant to backfilling expected attrition from the reorganization.

In sum, if it is considered by the Court at all, Defendants' late-arriving supplemental declaration is of little relevance given that the reported "acceptance" rates for mandatory relocations are likely inflated, and the hiring data is imprecise at best.

DATED: August 31, 2026

Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Robin S. Tholin
Elizabeth Eshleman
Jessica M. Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com

By: /s/ *Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
Andrea Matthews (pro hac vice)
Gregory M. Cumming (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org

thoshijima@democracyforward.org
amatthews@democracyforward.org
gcumming@democracyforward.org

By: /s/ Andrea Matthews

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti (pro hac vice)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038

Erica J. Newland (pro hac vice)
Jacek Pruski (pro hac vice)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163
Washington, D.C. 20006
Tel: 202-579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

By: /s/ Jules Torti

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Norman L. Eisen (pro hac vice)
Spencer W. Klein (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

By: /s/ Norman L. Eisen

*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC)*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
Matthew Blumin (pro hac vice)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

By: */s/ Steven K. Ury*

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Simi Bhat
Katherine K. Desormeau
Gavin G. McCabe
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St Fl 21,
San Francisco, CA 94104
Tel: (415) 875-6100
sbhat@nrdc.org

kdesormeau@nrdc.org
gmccabe@nrdc.org

By: /s/ Gavin G. McCabe

*Attorneys for Plaintiff Natural Resources Defense Council*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: /s/ David Chiu

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: /s/ Tony LoPresti

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Christopher Sanders (pro hac vice)
General Counsel
Erin King-Clancy (SBN 249197)
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
chrsanders@kingcounty.gov
eclancy@kingcounty.gov

By: /s/ *Erin King-Clancy*

*Attorneys for Plaintiff Martin Luther King, Jr. County*

Sharanya Mohan (SBN 350675)
Kayla Svihovec (pro hac vice pending)
Toby Merrill (pro hac vice)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
kayla.svihovec@publicrightsproject.org
toby@publicrightsproject.org

By: /s/ *Sharanya Mohan*

*Attorney for Plaintiffs Baltimore, MD, Chicago, IL, Harris County, TX, Martin Luther King, Jr. County, WA*

ABBIE KAMIN
Harris County Attorney
NEAL SARKAR
First Assistant County Attorney
SARAH J. UTLEY
Managing Counsel,
Affirmative and Special Litigation and Environmental
BETHANY DWYER
Deputy Division Director, Environmental
R. CHAN TYSOR (pro hac vice)
Senior Assistant County Attorney
Environmental Division
1010 Lamar, 11th Floor
Houston, Texas 77002

Tel: (713) 274 - 5150
chan.tysor@harriscountytx.gov

By: /s/ R. Chan Tysor

*Attorneys for Plaintiff Harris County, Texas*

Ebony M. Thompson
Baltimore City Solicitor
Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (443) 610-8859
christopher.sousa@baltimorecity.gov

By: /s/ Christopher Sousa

*Attorneys for Plaintiff City of Baltimore*