**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 1, 2026 | **Time:** 11:24 – 2:13<br>1 Hour 58 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 25-cv-03698-SI | **Case Name:** American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima, Corinne Johnson, Jessica Levy, Barbara Chisholm; Raphael N. Rajendra (County of Santa Clara); Molly Alarcon (CCSF)
**Attorney for Defendant:** Brad Rosenberg, Jeremy Newman, Taylor Pitz

**Deputy Clerk:** Esther Chung **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Cross-Motions for Summary Judgment re: FEMA (Dkt. 451)
Plaintiff's Motion for Leave to File Second Supplemental Complaint (Dkt. 437)
Plaintiff's Motion for Preliminary Injunction re USDA (Dkt. 440)
Plaintiff's Motion for Rule 37(e) Remedies (Dkt 412)

## SUMMARY

The Court provided its tentative ruling on the Motions and proceeded to question the parties. The parties agreed to argue the FEMA motions then the USDA motions.

Counsel presented their oral arguments and rebuttals on the FEMA motions and they were submitted.

The parties discussed the USDA issues.