Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for Plaintiffs in AFGE v. USDA, Case No. 3:26-cv-09976*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civil Local Rules 3-12 and 7-11 |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs in *American Federation of Government Employees, AFL-CIO, et al. v. United States Department of Agriculture, et al.*, No. 3:26-cv-09976 ("*AFGE v. USDA*"), respectfully submit this administrative motion to consider whether *AFGE v. USDA* should be related to this action, *American Federation of Government Employees, AFL-CIO, et al. v. Trump, et al.*, Case No: 3:25-cv-03698-SI ("*AFGE v. Trump*"), which is the lower-numbered case.

Pursuant to Civil Local Rule 3-12(b), "[w]henever a party … believes that [an] action may be related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related." Civil Local Rule 3-12(a) states that actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The *AFGE v. USDA* Plaintiffs submit this motion because these cases "may be" related. As the Court is aware, this Court issued a September 2, 2026 order denying leave to the *AFGE v. Trump* plaintiffs to file a second supplemental complaint challenging the reorganization at USDA. The Court denied leave to supplement because "the claims plaintiffs seek to bring regarding the USDA reorganization involve new and distinct causes of action that should be the subject of a separate lawsuit." ECF No. 486 at 1. In *AFGE v. USDA*, Plaintiffs now assert the same claims challenging USDA's reorganization that the Court denied leave to supplement to allege in *AFGE v. Trump*. The two defendants in *AFGE v. USDA* are also defendants in *AFGE v. Trump*, and many of the plaintiffs in *AFGE v. USDA* are also plaintiffs in *AFGE v. Trump*.[1]

The *AFGE v. USDA* Plaintiffs acknowledge this Court's findings that "[n]either the original complaint nor any of the successive complaints [in *AFGE v. Trump*] challenge[] the current USDA reorganization," ECF No. 486 at 4, and that the supplemental claims "involve new and distinct legal

[1] Specifically, 2 of the 23 defendants and 10 of the 28 plaintiffs in in *AFGE v. Trump* are parties in *AFGE v. USDA*. There are also two additional union plaintiffs, one additional non-profit plaintiff, and one additional local government plaintiff in *AFGE v. USDA*.

questions … that are not raised by any of the claims or causes of action in the operative complaint" in *AFGE v. Trump*, *id.* at 4-5. And further, the Court rejected the prior attempt to litigate the USDA reorganization claims alongside the claims in *AFGE v. Trump* on the basis that "[p]laintiffs' assertion that the current USDA reorganization is factually connected to the USDA's 2025 ARRPs [challenged in *AFGE v. Trump*] proves too much because under that theory, plaintiffs would be permitted to bring a never-ending list of new claims in this lawsuit against any of the 23 agency or department defendants challenging current agency actions if they can articulate a connection to that agency's 2025 ARRP." *Id.* at 5. Given those findings, the Court may conclude that these two cases do not concern the same "property, transaction, or event" and that conducting the two cases before different judges will not result in "an unduly burdensome duplication of labor" or "conflicting results." Local Rule 3-12(a). Nonetheless, given the overlap in parties and relationship among various workforce reduction issues, Plaintiffs submit this notice for the Court's consideration.

Plaintiffs provided notice to the U.S. Attorney for the Northern District of California Craig Missakian, Civil Division Chief Pamela Johann, and Defendants' counsel in *AFGE v. Trump* regarding Plaintiffs' filing of the complaint in *AFGE v. USDA* and sought their position on this motion to consider whether the cases should be related. Johnson Decl. ¶2. Counsel did not provide a position other than to state that they "will respond to the related case motion in due course." *Id.*

DATED: September 8, 2026

Respectfully submitted,

Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Jessica M. Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

By: */s/ Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Plaintiffs*

Elena Goldstein (*pro hac vice app. forthcoming*)
Tsuki Hoshijima (*pro hac vice app. forthcoming*)
Andrea Matthews (*pro hac vice app. forthcoming*)
Gregory M. Cumming (*pro hac vice app. forthcoming*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
egoldstein@democracyforward.org
thoshijima@democracyforward.org
amatthews@democracyforward.org
gcumming@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice app. forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek (*pro hac vice app. forthcoming*)

General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
202-216-4428
ypiacsek@nffe.org

By: /s/ *Yvette M. Piacsek*

*Attorneys for National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*

PARAS N. SHAH (*pro hac vice app. forthcoming*)
General Counsel
KATHRYN W. BAILEY (*pro hac vice app. forthcoming*)
Assistant Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, NW
Suite 1000
Washington, DC 20001
(202) 572-5500
paras.shah@nteu.org
kathryn.bailey@nteu.org

By: /s/ *Paras N. Shah*

*Attorneys for National Treasury Employees Union (NTEU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: /s/ David Chiu

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: /s/ Tony LoPresti

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Sharanya Mohan (SBN 350675)
Kayla Svihovec (*pro hac vice app. forthcoming*)
Toby Merrill (*pro hac vice app. forthcoming*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
kayla.svihovec@publicrightsproject.org
toby@publicrightsproject.org

By: /s/ Kayla Svihovec

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL, Martin Luther King, Jr. County, WA, Prince George's County, MD*

Christopher Sanders (WA SBN: 47518 (*pro hac vice app. forthcoming*))
General Counsel & Chief Legal Advisor to King County Executive Girmay Zahilay
Mika Rothman (WA SBN: 55870 (*pro hac vice app forthcoming*))

Deputy General Counsel to King County Executive
Girmay Zahilay
Erin King-Clancy (CA SBN: 249197, WA SBN: 57259)
Senior Deputy Prosecuting Attorney
Office of King County Prosecuting Attorney Leesa Manion
401 5th Avenue, Ste. 800
Seattle, WA 98104
(206) 477-9483
ChrSanders@kingcounty.gov
mrothman@kingcounty.gov
EClancy@kingcounty.gov

By: */s/ Erin King-Clancy*

*Attorneys for King County*

Ebony M. Thompson (*pro hac vice app. forthcoming*)
Baltimore City Solicitor
Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (443) 610-8859
christopher.sousa@baltimorecity.gov

By: */s/ Christopher Sousa*

*Attorneys for Plaintiff City of Baltimore*

Anthony D. Jones (*pro hac vice app. forthcoming*)
Prince George's County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Tel: (301) 925-5225
adjones@princegeorgescountymd.gov

By: */s/ Anthony D. Jones*

*Attorneys for Plaintiff Prince George's County*