Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
bchishom@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for Plaintiffs in* AFGE v. USDA, *Case No. 3:26-cv-09976*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF CORINNE F. JOHNSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**DECLARATION OF CORINNE F. JOHNSON**

I, Corinne F. Johnson, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Plaintiffs in this action. I also represent all Union and Non-Profit Plaintiffs in *American Federation of Government Employees, AFL-CIO, et al. v. United States Department of Agriculture, et al.*, No. 3:26-cv-09976 ("*AFGE v. USDA*"). This declaration is based on my personal knowledge, information, and belief.

2. The defendants in *AFGE v. USDA* are USDA and Secretary of Agriculture Brooke Rollins. Counsel for the defendants in *AFGE v. USDA* have not yet entered an appearance. On the morning of September 8, 2026, I provided notice to the U.S. Attorney for the Northern District of California Craig Missakian, Civil Division Chief Pamela Johann, and counsel who represent Defendants USDA and Secretary of Agriculture Brooke Rollins in this case, *AFGE v. Trump.*, No. 3:25-cv-03698-SI, regarding the plaintiffs intent to file their complaint in *AFGE v. USDA*, and asked counsel's position on the motion to consider whether cases should be related under Civil Local Rule 3-12. Counsel for USDA and Secretary Rollins in *AFGE v. Trump* stated that they "will respond to the related case motion in due course."

3. Because the Local Rules require parties to promptly provide the Court notice of a case that may be related, and because the *AFGE v. USDA* plaintiffs are seeking a time-sensitive preliminary injunction, the *AFGE v. USDA* plaintiffs are proceeding to file the administrative motion to consider whether cases should be related.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September 8, 2026, in San Francisco, California.

*/s/ Corinne F. Johnson*
Corinne F. Johnson