UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**[PROPOSED] ORDER**

Having considered the submissions of the parties, the Administrative Motion to Consider Whether Cases Should Be Related is hereby [GRANTED/DENIED].

IT IS SO ORDERED.

Dated: ______________________, 2026

______________________________
The Honorable Susan Illston
United States District Court Judge