**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 25-cv-03698-SI

**Case Name:** American Federation Of Government Employees, AFL-C v. Trump

**Date:** September 15, 2026 **Time:** 8.5 Hours

**Deputy Clerk:** Esther Chung **Court Reporter:** Not Reported or Recorded

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima, Barbara Chisoholm, Jessica Levy, Elizabeth Eshleman, Alex Holtzman, Raphael Rajendra
**Attorney for Defendant:** Brad Rosenberg, Christopher Hall

## PROCEEDINGS

(X ) Settlement Conference

( ) Case Settled (X ) Case Did Not Settle ( ) Partial Settlement

( ) Further Zoom Settlement Conference

( ) Case Settled ( ) Case Did Not Settle ( ) Partial Settlement

( ) Zoom Scheduling Conference

**Notes:** Settlement Conference held. Case did not settle. Further Settlement Conference set for **9/29/2026 at 2:30 p.m. in Courtroom D**.