**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 29, 2026 | **Time:** 2 hours | **Judge:** JOSEPH C. SPERO |
| **Case No.**: 25-cv-03698-SI | **Case Name:** American Federation of Government Employees, AFL-C v. Trump | |

**Attorneys for Plaintiff:** Danielle Leonard, Tsuki Hoshijima, Barbara Chisoholm, and Jessica Levy
**Attorney for Defendant:** Brad Rosenberg, Christopher Hall

**Deputy Clerk:** Stephen Ybarra

**Court Reporter:** Not Reported or Recorded

## PROCEEDINGS

Further Settlement Conference – Held.

**NOTES:** Case did not settle.

**CASE CONTINUED TO**: October 6, 2026 at 1:00 PM for further settlement conference to be held in-person before Magistrate Judge Joseph C. Spero in San Francisco Courtroom D. All plaintiff and defense counsel who attended September 29, 2026 settlement conference, and a representative of DHS/FEMA with the authority to make a recommendation to the final decision maker at DHS/FEMA on any settlement, shall attend.