UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No.25-cv-03698-SI

**NOTICE OF FURTHER SETTLEMET CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 6, 2026**, **at** 1**:00 p.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. All plaintiff and defense counsel and party representatives who attended the September 29, 2026 settlement conference, and a representative of DHS/FEMA with the authority to make a recommendation to the final decision maker at DHS/FEMA on any settlement, shall attend.

**Each party shall submit their Settlement Conference Statement in .pdf format by October 2, 2026 at noon via email to JCSsettlement@cand.uscourts.gov.**

The Settlement Conference Statement need not be served on opposing counsel. The parties are encouraged, however, to exchange Settlement Conference Statements. If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

The parties shall notify Chambers immediately by emailing JCSsettlement@cand.uscourts.gov if this case settles prior to the date set for Settlement

Conference. Counsel shall provide a copy of this order to each party who will participate in the conference.

Dated: September 30, 2026

By: ______________________
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE