**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 25-cv-03698-SI

**Case Name:** American Federation Of Government Employees, AFL-C v. Trump

**Date:** October 6, 2026 **Time:** 2.5 Hours

**Deputy Clerk:** Esther Chung **Court Reporter:** Not Reported or Recorded

**Attorney for Plaintiff:** Danielle Leonard, Tsuki Hoshijima, Alex Holtzman, Raphael Rajendra
**Attorney for Defendant:** Brad Rosenberg, Christopher Hall
**Agency Counsel:** Kurt Dykstra, Patrick Hipple

## PROCEEDINGS

(X ) Settlement Conference

( ) Case Settled (X ) Case Did Not Settle ( ) Partial Settlement

( ) Further Zoom Settlement Conference

( ) Case Settled ( ) Case Did Not Settle ( ) Partial Settlement

( ) Zoom Scheduling Conference

**Notes:** Settlement Conference held. Case did not settle. Further Settlement Conference set for **10/8/2026 at 2:00 p.m. by Zoom Meeting.**

This proceeding will be held via a Zoom Meeting.
https://cand-uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0QT09

Meeting ID: 161 664 4640
Passcode: 841312

All parties and counsel that attended today’s Settlement Conference must attend on 10/8/2026.