UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,

Plaintiffs.

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 25-cv-03698-SI (JCS)

**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for ***October 29, 2026, at 9:00 a.m. Pacific by Zoom Meeting:***

This proceeding will be held via a Zoom Meeting.

https://cand-uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0QT09

Meeting ID: 161 664 4640

Passcode: 841312

All parties and counsel that attended the Settlement Conference on 10/15/2026 must attend on 10/29/2026.

Parties may email any updated settlement conference statements, which are optional, to JCSSettlement@cand.uscourts.gov at any time in advance of the conference.

**IT IS SO ORDERED.**

Dated: October 16, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California