United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,

Plaintiffs.

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 25-cv-03698-SI (JCS)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

Re: Dkt. No. 515

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **December 3, 2026, at 11:00 AM**, via Zoom Videoconference.

One (1) week prior to the scheduled Settlement Conference counsel shall pre-register for the Settlement Conference by submitting one joint email to the clerk at JCSSettlement@cand.uscourts.gov with the names of counsel, and client representative(s). On the day of the Settlement Conference the parties shall connect to the Zoom Meeting at the following address: https://cand.uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0QT09. Zoom Meeting ID: 161 664 4640. Password: 841312. A link to the Court's video conferencing meeting is also located on the Court's website at https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/ Click on the + Joining Non-public hearings (settlement conferences, etc.). Parties will initially enter a "waiting room" and will be admitted into the meeting by court staff.

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

United States District Court
Northern District of California

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: November 12, 2026

JOSEPH C. SPERO
United States Magistrate Judge